

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WMP:JPL
F. #2012R01716

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 28, 2016

BY HAND DELIVERY AND ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. John Doe,
                  Criminal Docket No. 16-515 (AMD)

Dear Judge Donnelly:

       The government respectfully requests that the Court amend the title of this case to: United States v. OZ Africa Management GP, LLC and amend the Court's calendar for tomorrow, September 29, 2016 to reflect this change.

                                      Respectfully submitted,

                                      ROBERT L. CAPERS
                                      United States Attorney

                By:     /s/ James P. Loonam
                          James P. Loonam
                          Jonathan Lax
                          David Pitluck
                          Assistant U.S. Attorneys
                          718-254-7000

          SANDRA MOSER
          Principal Deputy Chief
          Criminal Division, Fraud Section
          U.S. Department of Justice

      By:   /s/ Leo R. Tsao
          Leo R. Tsao, Assistant Chief
          James P. McDonald, Trial Attorney
          202-598-2441

cc:  Defense counsel (via e-mail)