UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-                                        Case No. 16-cr-515 (AMD)

OZ AFRICA MANAGEMENT GP, LLC

-------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lee G. Dunst of Gibson, Dunn & Crutcher LLP, an attorney admitted to practice in this Court, hereby enters his appearance in the above-captioned action as counsel for OZ Africa Management GP, LLC.

Dated: New York, New York
          September 29, 2016

                                          GIBSON, DUNN & CRUTCHER LLP

                                          By:  */s/ Lee G. Dunst*
                                              Lee G. Dunst

                                          200 Park Avenue, 48th Floor
                                          New York, New York 10166
                                          Tel.: (212) 351-4000
                                          ldunst@gibsondunn.com

                                          *Attorneys for OZ Africa Management GP, LLC*