UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-                                              Case No. 16-cr-515 (AMD)

OZ AFRICA MANAGEMENT GP, LLC

------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joel M. Cohen of Gibson, Dunn & Crutcher LLP, an attorney admitted to practice in this Court, hereby enters his appearance in the above-captioned action as counsel for OZ Africa Management GP, LLC.

Dated: New York, New York
         September 29, 2016

                                              GIBSON, DUNN & CRUTCHER LLP

                                              By:  */s/ Joel M. Cohen*
                                                        Joel M. Cohen

                                              200 Park Avenue, 48th Floor
                                              New York, New York 10166
                                              Tel.: (212) 351-4000
                                              jcohen@gibsondunn.com

                                              *Attorneys for OZ Africa Management*
                                              *GP, LLC*