UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

OZ AFRICA MANAGEMENT GP, LLC

Case No. 16-cr-515 (NGG)

## NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE that upon the annexed declaration of movant in support of his motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Mr. F. Joseph Warin, a member of the firm of Gibson, Dunn & Crutcher LLP and a member in good standing of the Bar of the District of Columbia, as attorney pro hac vice to argue or try this case in whole or in part as counsel for OZ Africa Management GP, LLC.  There are no pending disciplinary proceedings against me in any state or federal court.

Dated:  October 11, 2016

GIBSON, DUNN & CRUTCHER LLP

By:   /s/ *F. Joseph Warin*
      F. Joseph Warin

1050 Connecticut Avenue NW
Washington, DC  20036
Tel: (202) 955-8500
fwarin@gibsondunn.com

*Attorney for OZ Africa Management GP, LLC*