D/F

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Joel M. Cohen
Direct: +1 212.351.2664
Fax: +1 212.351.5264
JCohen@gibsondunn.com

March 17, 2017

VIA ELECTRONIC FILING

The Honorable Nicholas G. Garaufis
United States Senior District Judge
Eastern District of New York
United States Courthouse
Room 1416 S
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. OZ Africa Management GP, LLC, 16 CR 515 (NGG)

Dear Judge Garaufis:

We represent Och-Ziff Capital Management Group LLC ("Och-Ziff"), and OZ Africa Management GP, LLC ("OZ Africa"). On September 29, 2016, the Court accepted the guilty plea of OZ Africa to a Four Count Criminal Information. The Court scheduled sentencing for March 29, 2017. However, the Plea Agreement governing the matter contemplated the need to seek an adjournment of sentencing to allow Och-Ziff to apply to the Department of Labor ("DOL") for an exemption to continue to act as a Qualified Professional Asset Manager.

Paragraph 22 of the Plea Agreement (on page 14) reflects the Government's (the "Offices") consent to a six-month adjournment of sentencing to allow Och-Ziff's application to the DOL:

"The Offices will not object to and will consent to a request by the Defendant for an initial six-month adjournment of sentencing to allow time for Och-Ziff to pursue an application with the United States Department of Labor ("DOL") for a regulatory rule exemption to allow Och-Ziff to continue to act as a Qualified Professional Asset Manager under ERISA Prohibited Transaction Class Exemption 84-14."

We now write to confirm that Och-Ziff's application is under consideration by DOL but the process is not completed. Accordingly, we respectfully request that the Court adjourn sentencing for six months, to September 27, 2017. We have conferred with the Government (James Loonam for the U.S. Attorney's Office for the Eastern District of New York and

# GIBSON DUNN

The Honorable Nicholas G. Garaufis
March 17, 2017
Page 2

James McDonald for the Fraud Section of the Department of Justice) they have confirmed the Government does not object and consents to this request.

Respectfully submitted,

*Joel M. Cohen*

Joel M. Cohen

JMC/rmc

cc: James Loonam, United States Attorney's Office for the Eastern District of New York
James McDonald, Fraud Section, United States Department of Justice
Lee Dunst, Esq.
Mark Schonfeld, Esq.
F. Joseph Warin, Esq.

*Application granted. Contact the court's case manager to confirm a new sentencing date. So ordered.*

s/Nicholas G. Garaufis

3/20/17