**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Joel M. Cohen
Direct: +1 212.351.2664
Fax: +1 212.351.5264
JCohen@gibsondunn.com

November 28, 2017

VIA ECF

The Honorable Nicholas G. Garaufis
United States Senior District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East, Room 1416 S
Brooklyn, New York  11201

Re:   United States v. OZ Africa Management GP, LLC, 16 CR 515 (NGG)

Dear Judge Garaufis:

OZ Africa Management GP, LLC ("OZ Africa"), through its undersigned counsel, respectfully submits this letter to request, with the consent of the Government, a 60-day adjournment of sentencing in this matter, currently scheduled for December 15, 2017.

On September 29, 2016, the Court accepted the guilty plea of OZ Africa to a four-count Information, under a Rule 11(c)(1)(C) plea agreement (the "Plea Agreement"). The Plea Agreement contemplates adjournments of sentencing, in increments of up to six months, to permit the Department of Labor ("DOL") to consider the application of OZ Africa's parent, Och-Ziff Capital Management Group LLC ("Och-Ziff"), to continue to act as a Qualified Professional Asset Manager ("QPAM"). *See* Plea Agreement at 14, ¶ 22. The Court previously granted adjournments on this basis on March 20, 2017 and August 25, 2017.

Because Och-Ziff's QPAM application is still pending with the DOL, OZ Africa respectfully requests that sentencing be adjourned for 60 days, to February 15, 2017, or as soon thereafter as is convenient for the Court. As indicated, the Government consents to this request.

Respectfully submitted,


/s/ Joel M. Cohen
Joel M. Cohen

cc: David C. Pitluck, AUSA
    Lee Dunst, Esq.

GIBSON DUNN

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.