**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Joel M. Cohen
Direct: +1 212.351.2664
Fax: +1 212.351.5264
JCohen@gibsondunn.com

Client/Matter: 68412-00085

February 8, 2018

VIA ECF

The Honorable Nicholas G. Garaufis
United States Senior District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East, Room 1416 S
Brooklyn, New York  11201

Re:   United States v. OZ Africa Management GP, LLC, 16 CR 515 (NGG)

Dear Judge Garaufis:

OZ Africa Management GP, LLC, through its undersigned counsel, respectfully submits this letter to request, with the consent of the Government, a brief adjournment of sentencing in this matter. The parties have requested adjournment three times previously, and each request was granted.

Sentencing is currently scheduled for February 21, 2018 at 11:30 a.m., but an essential member of the defense team has a pre-planned vacation at that time. We have been informed by the Government that the Court would be available for sentencing on March 7, 2018 at 3:00 p.m., and that this date would also work for the Government. Accordingly, we respectfully request that sentencing be adjourned to March 7, 2018, at 3:00 p.m.

Respectfully submitted,


/s/ Joel M. Cohen
Joel M. Cohen

cc:  David C. Pitluck, AUSA
     Lee Dunst, Esq.