# Exhibit 3

-------- Original message --------
From: Tony Harwood <tharwood@iafrica.com>
Date: 01/12/2017 8:44 AM (GMT+02:00)
To: "Grove, Jeffrey M. (NY) (FBI)" <Jeffrey.Grove@ic.fbi.gov>
Cc: "Schill, Kristen (NY) (FBI)" <Kristen.Schill@ic.fbi.gov>
Subject: RE: Africo/Akam Court Case

Hi Jeff and Kristen
Good to meet you yesterday.
Further to our discussion the following contact details:
- Chris Theodoropoulos former chairman of Africo chris@dominiongoldfields.com, Vancouver based, cell +1-604-3401521
- Alex Mason-Apps geologist formerly with Signet uranium, based in Joburg, cell +27-83-6511891
- Grant Pierce former Country Manager Africo grantpierce99@yahoo.com, Perth +61407604944 until 13th January then will be in Tanzania on 14th on +255688116435.
- Barry Sargeant journalist, based on a farm somewhere, cell +27-82-4150341, I attach one of his articles from the Africo time

I also attach RAIDS latest report.
I will send an email to Grant and Chris as discussed.

Best regards
Tony


Dr Tony Harwood
UKCell:+44-77-69971854
SACell +27-83-3006934
Tel: +27-11-616-0784

Important Note: The information contained in this e-mail (including any attachments) may contain confidential and/or privileged information. If you are not an intended recipient you must not use, disclose, disseminate, copy or print its contents. If you receive this e-mail in error, please notify the sender by reply e-mail and delete this message from your system.

---

**From:** Grove, Jeffrey M. (NY) (FBI) [mailto:Jeffrey.Grove@ic.fbi.gov]
**Sent:** 09 January 2017 16:38
**To:** Tony Harwood <tharwood@iafrica.com>
**Cc:** Schill, Kristen (NY) (FBI) <Kristen.Schill@ic.fbi.gov>; 'Debbie Midlane' <debbie@monteromining.com>
**Subject:** RE: Africo/Akam Court Case

You can reach out to me when you arrive and I will bring you inside. The security desk needs to put you on the list. Can you please send me your date of birth?

--

-------- Original message --------
From: Tony Harwood <tharwood@iafrica.com>
Date: 01/09/2017 5:03 AM (GMT-05:00)
To: "Grove, Jeffrey M. (NY) (FBI)" <Jeffrey.Grove@ic.fbi.gov>
Cc: "Schill, Kristen (NY) (FBI)" <Kristen.Schill@ic.fbi.gov>, 'Debbie Midlane' <debbie@monteromining.com>
Subject: RE: Africo/Akam Court Case

Hi Jeff
I hope you are well.
Let's make it 10am as requested at the USA Embassy in Pretoria. Could you let me know who I should ask for on my arrival?
Safe travels
Best regards
Tony


Dr Tony Harwood
UKCell:+44-77-69971854
SACell +27-83-3006934
Tel: +27-11-616-0784

Important Note: The information contained in this e-mail (including any attachments) may contain confidential and/or privileged information. If you are not an intended recipient you must not use, disclose, disseminate, copy or print its contents. If you receive this e-mail in error, please notify the sender by reply e-mail and delete this message from your system.

---

**From:** Grove, Jeffrey M. (NY) (FBI) [mailto:Jeffrey.Grove@ic.fbi.gov]
**Sent:** 08 January 2017 20:04
**To:** Tony Harwood <tharwood@iafrica.com>
**Cc:** Schill, Kristen (NY) (FBI) <Kristen.Schill@ic.fbi.gov>
**Subject:** RE: Africo/Akam Court Case

Tony,

Let's plan on meeting at 10:00am Wednesday at the US Embassy in Pretoria. I'm flexible with the time and can do it early or later if it fits your schedule better. You can reach me on this email or on my cell, 917-731-9580. See you Wednesday.

Also, if you have any documents that you think would be helpful to understand the situation better, please feel free to bring them.

Jeff

--

-------- Original message --------
From: Tony Harwood <tharwood@iafrica.com>
Date: 01/04/2017 12:12 PM (GMT-05:00)
To: "Grove, Jeffrey M. (NY) (FBI)" <Jeffrey.Grove@ic.fbi.gov>
Subject: Re: Africo/Akam Court Case

Dear Jeff
Thank you for the clarification. I will be available for a call as scheduled tomorrow.
Best regards
Tony

Sent from my iPhone

On 04 Jan 2017, at 17:14, Grove, Jeffrey M. (NY) (FBI) <Jeffrey.Grove@ic.fbi.gov> wrote:

> Tony,
>
> The principle purpose of the call tomorrow would be to schedule a time to meet in person. I'd very much prefer to discuss the content of the case in person rather than over the phone. Perhaps we could have a quick call to talk about travel plans and schedule and what may work, and of course I'd be happy to give you a brief overview of what I'd like to discuss, though I'm sure you may have a pretty good idea already. After that conversation, maybe you can make a better determination if you feel the attorneys need to be involved or not. And of course if at any time during our brief call you feel you want an attorney, we can stop and reschedule a call with them on the line. Let me know if that works, also, I'm free to briefly discuss now if you are free, otherwise we can talk tomorrow.
>
> Thanks,
>
> Jeff
>
> **From:** Tony Harwood [mailto:tharwood@iafrica.com]
> **Sent:** Wednesday, January 04, 2017 7:45 AM
> **To:** Grove, Jeffrey M. (NY) (FBI)
> **Subject:** RE: Africo/Akam Court Case
>
> Dear Jeff
> This would be satisfactory.
> For your information I have been approached by ex-Africo Resources shareholders that are looking to take some action against the alleged perpetrators here and a New York legal firm has been engaged to advise (Kevin O'Brien of Ford O'Brien LLP).
> Could you indicate the nature of the call and if possible would you object to them being on the call with us? While I don't want to complicate matters I don't want to compromise a way forward to bringing any potential action to justice.
> I can provide a conference call facility.
> Best regards
> Tony

3

Dr Tony Harwood
UKCell:+44-77-69971854
SACell +27-83-3006934
Tel: +27-11-616-0784

Important Note: The information contained in this e-mail (including any attachments) may contain confidential and/or privileged information. If you are not an intended recipient you must not use, disclose, disseminate, copy or print its contents. If you receive this e-mail in error, please notify the sender by reply e-mail and delete this message from your system.

---

**From:** Grove, Jeffrey M. (NY) (FBI) [mailto:Jeffrey.Grove@ic.fbi.gov]
**Sent:** 03 January 2017 16:57
**To:** Tony Harwood <tharwood@iafrica.com>
**Subject:** RE: Africo/Akam Court Case

Thanks for the quick response. Could we set up a call for this Thursday at 9:00am NY time, 4:00pm SA time? I'll call your cell phone if that's the best way to reach you.

---

**From:** Tony Harwood [mailto:tharwood@iafrica.com]
**Sent:** Saturday, December 31, 2016 1:51 AM
**To:** Grove, Jeffrey M. (NY) (FBI)
**Subject:** Re: Africo/Akam Court Case

Dear Jeff
Thank you for your email. I would be happy to talk or meet at your convenience to assist. I am based most of the time in Johannesburg, South Africa. I am currently on holiday but back at my desk mid next week. Perhaps a call in the first instance and we can then proceed from there. There is a 7hr time difference between NY and Johannesburg, so we could set a time in your morning and my afternoon would be best.
My SA cell number is +27-83-3006934.
Best regards and happy new year.
Tony

Sent from my iPhone

On 30 Dec 2016, at 19:51, Grove, Jeffrey M. (NY) (FBI) <Jeffrey.Grove@ic.fbi.gov> wrote:

> Dr. Harwood,
>
> My name is Jeff Grove, and I am a Special Agent of the Federal Bureau of Investigation, based out of New York. I am currently investigating allegations of corrupt payments made to Government Officials in the Democratic Republic of Congo surrounding mining deals. I understand you and your company at the time, Africo, may have been a victim regarding some of those corrupt payments. I would very much like to speak with you regarding your experience with the DRC

court case involving Africo and Akam, and the roles of certain people and entities in the case.

I would be willing to travel to meet with you to discuss the above at a time which is convenient for you. My contact information is below. I look forward to hearing from you.

Thank you,

Special Agent Jeff Grove

FBI New York

212-384-4646(desk)

917-731-9580(cell)

jeffrey.grove@ic.fbi.gov