# Exhibit 4



**Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
PHONE 212.999.5800
FAX 212.999.5899
www.wsgr.com

March 24, 2017

**VIA FEDERAL EXPRESS & EMAIL**

James Loonam
Deputy Chief, Business and Securities Fraud Section
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

James P. McDonald
Trial Attorney, Fraud Section
United States Department of Justice
950 Constitution Ave., NW
Washington, DC 20530

Re: *United States v. OZ Africa Management GP, LLC*, No. 16-cr-00515-NGG

Dear Gentlemen,

We represent former shareholders and other security holders of Africo Resources Limited ("Africo"). As a part of its far-reaching conspiracy to which they have pled guilty in the above-captioned matter, OZ Africa Management GP, LLC (the "Defendant") – working with their co-conspirators – perverted the Congolese legal system and "purchased" a favorable judgment, stealing a valuable copper and cobalt mine from Africo and illegally and dramatically deflating the value of the security holders' interests. The security holders of Africo as of the time of these actions are thus crime victims under the Crime Victims' Rights Act, 18 U.S.C. § 3771 (the "CVRA") and the Mandatory Restitution Act, 18 U.S.C. § 3663(a) (the "MRA"). We write to apprise you of their status so that the Department of Justice will assure that they are accorded the rights afforded them pursuant to the CVRA and the MRA.

As you know, among the various rights afforded to crime victims under the CVRA and the MRA, is the right to "full and timely" restitution. 18 U.S.C. § 3771(a)(6); *see also*, 18 U.S.C. § 3663(A)(1)(a). Moreover, the Plea Agreement signed by the Defendant specifically envisions the payment of restitution. *See* Plea Agreement at paragraph 12. We are in the process of calculating the amount of restitution owed our clients and will provide you and the Court that information as soon as it becomes available. In the meantime, please begin providing the notices to which our clients are legally entitled as crime victims in the care of the undersigned so that we may ensure their rights are fully vindicated.

**WSGR** Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

March 24, 2017
Page 2 of 2

Thank you for your attention and anticipated cooperation.

Best Regards,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*/s/ Uwe Joden*

Michael S. Sommer
Morris J. Fodeman
Wilson Sonsini Goodrich & Rosati
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York, New York 10019
Tel: (212) 999-5800
Email: msommer@wsgr.com
Email: mfodeman@wsgr.com