# Exhibit 5

**U.S. Department of Justice**
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
Phone: (718) 254-6256
Fax: (718) 254-6329

April 25, 2017

Wilson Sonsini Goodrich & Rosati
Mr. Morris Fodeman
1301 Avenue of the Americas, 40th floor
New York, NY 10019

Re:  United States v. Defendant(s) OZ AFRICA MANAGEMENT GROUP, LLC
     Case Number 2016R01758 and Court Docket Number 16-CR-00515

Dear Mr. Fodeman:

The enclosed information is provided by the United States Department of Justice Victim Notification System (VNS). As a victim witness professional, my role is to assist you with information and services during the prosecution of this case. You have been designated to receive notifications on behalf of the following victim(s) (or potential victims) identified by law enforcement during the investigation of the case: The equity holders of Africo Resources Limited as of April 2008.

As victims, the equity holders of Africo Resources Limited as of April 2008 are entitled to the following rights, according to the Crime Victims' Rights Act, Title 18 United States Code section 3771: (1) The right to be reasonably protected from the accused; (2) The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused; (3) The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding; (4) The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding; (5) The reasonable right to confer with the attorney for the Government in the case; (6) The right to full and timely restitution as provided in law; (7) The right to proceedings free from unreasonable delay; (8) The right to be treated with fairness and with respect for the victim's dignity and privacy; (9) The right to be informed in a timely manner of any plea bargain or deferred prosecution agreement; and (10) The right to be informed of the rights under this section and the services described in section 503(c) of the Victims' Rights and Restitution Act of 1990 (42 U.S.C. 10607(c)) and provided contact information for the Office of the Victims' Rights Ombudsman of the Department of Justice.

On September 29, 2016, defendant OZ AFRICA MANAGEMENT GROUP, LLC pled guilty to the charges listed below. Any remaining counts will be disposed of at the time of sentencing. As a result of the guilty plea, there will be no trial involving this defendant.

| Number of Charges | Description of Charge(s) | Disposition |
|---|---|---|
| 1 | Conspiracy to commit offense or to defraud US | Guilty |

The sentencing is scheduled for September 14, 2017 at 11:30 a.m. before Judge Nicholas G. Garaufis, at the United States Federal Courthouse, 225 Cadman Plaza East, Brooklyn, NY in courtroom 4D South. You have a right to be heard. If you would like to attend or speak at the sentencing, please call our office one or two business days before the sentencing to confirm date and time - **718-254-6375**. If you hear our voicemail, please leave a message and we will return your call.

Through the Victim Notification System (VNS) we will continue to provide you with updated scheduling and event information as the case proceeds through the criminal justice system. You may obtain current information about this case on the VNS website at https://www.notify.usdoj.gov or from the VNS Call Center at 1-866-DOJ-4YOU (1-866-365-4968) (TDD/TTY: 1-866-228-4619) (International: 1-502-213-2767). In addition, you may use the Call Center or Internet to update your contact information and/or change your decision about participation in the notification program.

For many VNS registrants email will provide the most timely notification. VNS does not currently have an email address for you. You can provide VNS an email address by accessing the VNS Internet Web page using the login information provided below. By entering your email as part of the VNS registration process future notifications will be delivered by email, except in rare circumstances when you might also receive a letter from VNS. In order to continue to receive notifications, it is your responsibility to keep your contact information current.

You will use your Victim Identification Number (VIN) '**5319010**' and Personal Identification Number (PIN) '**5430**' anytime you contact the Call Center and the first time you log into VNS on the website. If you are receiving notifications with multiple victim ID/PIN codes please contact the VNS Call Center. In addition, the first time you access the VNS website, you will be prompted to enter your last name (or business name) as currently contained in VNS. The name you should enter is Wilson Sonsini Goodrich & Rosati.

Remember, VNS is an automated system and cannot answer questions. If you have other questions which involve this matter, please contact this office at the number listed above.

Sincerely,

*Lisa Foster*

Lisa Foster
Victim Witness Coordinator