UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

      -against-

OZ AFRICA MANAGEMENT GP, LLC,

              Defendant.

Case No.: 1:16-cr-00515-NGG

ECF Case

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for The Victims.

I certify that I am admitted to practice in this Court.


Dated:  February 21, 2018
      New York, New York

s/ Michael S. Sommer
Michael S. Sommer
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899
Email:  msommer@wsgr.com

*Counsel for The Victims*