UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

            Plaintiff,

    -against-                         Case No. 16-cr-00515 (NGG)

OZ AFRICA MANAGEMENT GP, LLC,

            Defendant.

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that Samantha Lawson, of Cahill Gordon & Reindel

LLP, hereby enters her appearance as counsel for defendant OZ Africa Management, GP, LLC in

the above-captioned action.  I certify that I am admitted to practice before this Court.

Dated:  February 23, 2018                   Respectfully submitted,

                                          /s/ Samantha Lawson
                                          Samantha Lawson
                                          slawson@cahill.com
                                          CAHILL GORDON & REINDEL LLP
                                          Eighty Pine Street
                                          New York, New York 10005
                                          Telephone: 212.701.3000
                                          Facsimile: 212.269.5420