UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    -against-<br><br>OZ AFRICA MANAGEMENT GP, LLC,<br><br>                  Defendant. | Case No. 16-cr-00515 (NGG) |

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Anirudh Bansal, of Cahill Gordon & Reindel LLP, hereby enters his appearance as counsel for defendant OZ Africa Management, GP, LLC in the above-captioned action. I certify that I am admitted to practice before this Court.

Dated: February 23, 2018

                                                      Respectfully submitted,

                                                      /s/ Anirudh Bansal
                                                      Anirudh Bansal
                                                      abansal@cahill.com
                                                      CAHILL GORDON & REINDEL LLP
                                                      Eighty Pine Street
                                                      New York, New York 10005
                                                      Telephone: 212.701.3000
                                                      Facsimile: 212.269.5420