CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, NY 10005-1702

| | | | | |
|---|---|---|---|---|
| ROBERT A. ALESSI | CHARLES A. GILMAN | TELEPHONE: (212) 701-3000 | JOEL H. LEVITIN | MICHAEL A. SHERMAN |
| HELENE R. BANKS | ARIEL GOLDMAN | WWW.CAHILL.COM | GEOFFREY E. LIEBMANN | DARREN SILVER |
| ANIRUDH BANSAL | JASON M. HALL | | BRIAN T. MARKLEY | JOSIAH M. SLOTNICK |
| DAVID L. BARASH | WILLIAM M. HARTNETT | 1990 K STREET, N.W. | WILLIAM J. MILLER | RICHARD A. STIEGLITZ JR. |
| LANDIS C. BEST | NOLA B. HELLER | WASHINGTON, DC 20006-1181 | NOAH B. NEWITZ | SUSANNA M. SUH |
| BRADLEY J. BONDI | CRAIG M. HOROWITZ | (202) 862-8900 | MICHAEL J. OHLER | ANTHONY K. TAMA |
| BROCKTON B. BOSSON | DOUGLAS S. HOROWITZ | | DAVID R. OWEN | JONATHAN D. THIER |
| JAMES J. CLARK | TIMOTHY B. HOWELL | | JOHN PAPACHRISTOS | SEAN P. TONOLLI* |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | CAHILL GORDON & REINDEL (UK) LLP | LUIS R. PENALVER | JOHN A. TRIPODORO |
| AYANO K. CREED | ELAI KATZ | 24 MONUMENT STREET | KIMBERLY PETILLO-DÉCOSSARD | GLENN J. WALDRIP, JR. |
| SEAN M. DAVIS | BRIAN S. KELLEHER | LONDON EC3R 8AJ | SHEILA C. RAMESH | HERBERT S. WASHER |
| STUART G. DOWNING | RICHARD KELLY | +44 (0)20 7920 9800 | MICHAEL W. REDDY | MICHAEL B. WEISS |
| ADAM M. DWORKIN | CHÉRIE R. KISER* | | OLEG REZZY | S. PENNY WINDLE |
| ANASTASIA EFIMOVA | JOEL KURTZBERG | | JAMES ROBINSON | DAVID WISHENGRAD |
| JENNIFER B. EZRING | TED B. LACEY | WRITER'S DIRECT NUMBER | THORN ROSENTHAL | COREY WRIGHT |
| JOAN MURTAGH FRANKEL | MARC R. LASHBROOK | | TAMMY L. ROY | JOSHUA M. ZELIG |
| JONATHAN J. FRANKEL | ALIZA R. LEVINE | (212) 701-3207 | JONATHAN A. SCHAFFZIN | DANIEL J. ZUBKOFF |
| PIERRE M. GENTIN | | | | |

*ADMITTED IN DC ONLY

February 27, 2018

Re: *United States v. OZ Africa Management GP, LLC*, 16 CR 515 (NGG)

Dear Judge Garaufis,

    Prior to the Court's Order of February 22, 2018, requiring the parties to respond by March 2, 2018 to the February 16, 2018 letter of Morris J. Fodeman, Esq., defendant OZ Africa Management GP LLP ("OZ Africa") planned to make its sentencing submission by February 28, 2018, pursuant to the Court's Individual Rule IV(E). Because, apart from the issues raised in Mr. Fodeman's letter, we do not expect there to be other contested issues at sentencing, OZ Africa respectfully requests that it be permitted to make its full sentencing submission, which will address the issues raised in Mr. Fodeman's letter, on March 2, 2018. Naturally OZ Africa's submission will adhere to the page limitation set forth in the Court's February 22 Order.

    We have discussed this request with the Government and are informed that they do not object.

Respectfully submitted,

*Anirudh Bansal /SL*

Anirudh Bansal

The Honorable Nicholas G. Garaufis
United States Senior District Judge
Eastern District of New York
United States Courthouse
Room 1416 S
225 Cadman Plaza East
Brooklyn, New York 11201

Via HAND DELIVERY

CAHILL GORDON & REINDEL LLP

- 2 -

cc:    David C. Pitluck, AUSA
        James McDonald, AUSA
        United States Attorney's Office for the Eastern District of New York

        Gerald Moody, Trial Counsel
        United States Department of Justice
        Criminal Division, Fraud Section

        Lee Dunst, Esq.
        Mark Schonfeld, Esq.
        F. Joseph Warin, Esq.

(via ECF)