# Exhibit 6

AFRICO
RESOURCES LTD

# Management Information Circular

The information contained in this Information Circular, unless otherwise indicated, is as of May 15, 2012. In this Information Circular, unless otherwise specified, all references to "$" or "dollars" are to Canadian dollars.

This Information Circular is being mailed by the management of Africo Resources Ltd. ("Africo" or the "Corporation") to everyone who was a shareholder of record of Africo on May 15, 2012, which is the date that has been fixed by the directors of Africo as the record date to determine shareholders who are entitled to receive notice of the meeting.

We are mailing this Information Circular in connection with the solicitation of proxies by and on behalf of management for use at the annual meeting of shareholders of Africo that is to be held on **Tuesday, June 19, 2012**, at **1:00 p.m. (Pacific time)** at our offices at **Suite 520 - 800 West Pender Street, Vancouver, British Columbia, Canada.** The solicitation of proxies will be primarily by mail. Certain employees or directors of Africo may also solicit proxies by telephone or in person. The cost of solicitation will be borne by Africo.

Under Africo's By-laws, at least two persons must be present in person or represented by proxy, each being a shareholder entitled to vote at the meeting or a duly appointed proxy for an absent shareholder so entitled, before any action may validly be taken at the meeting. If such a quorum is not present in person or by proxy, we will reschedule the meeting.

## PART 1 – VOTING

### HOW A VOTE IS PASSED

All of the matters that are to be voted at the meeting as described in the attached Notice of Meeting are ordinary resolutions and can be passed by a simple majority – that is, if more than half of the votes that are cast in person or by proxy are in favour, then the resolution is approved.

### WHO CAN VOTE?

If you are a registered shareholder of Africo as at May 15, 2012, you are entitled to attend the meeting and cast a vote for each share registered in your name on all resolutions put before the meeting. If the shares are registered in the name of a corporation, a duly authorized officer of the corporation may attend on its behalf but documentation indicating such officer's authority should be presented at the meeting. If you are a registered shareholder but do not wish to, or cannot, attend the meeting in person you can appoint someone who will attend the meeting and act as your proxyholder to vote in accordance with your instructions (see "Voting by Proxy"). If your shares are registered in the name of a "nominee" (usually a bank, trust company, securities dealer or other financial institution) you should refer to the section entitled "Non-registered Shareholders" set out below.

It is important that your shares be represented at the meeting regardless of the number of shares you hold. If you will not be attending the meeting in person, we invite you to complete, date, sign and return your form of proxy as soon as possible so that your shares will be represented.

**VOTING BY PROXY**

If you do not attend the meeting, you can still make your votes count by appointing someone who will be there to act as your proxyholder. You can either tell that person how you want to vote or you can let him or her decide for you. You can do this by completing a form of proxy.

In order to be valid, you must return the completed form of proxy by no later than 1:00 p.m. (Pacific time) on Friday, June 15, 2012, to our transfer agent, Computershare Investor Services Inc., 9th Floor, 100 University Avenue, Toronto, Ontario M5J 2Y1 Canada (facsimile numbers: within North America 1-866-249-7775; outside North America 1-416-263-9524); or, if the meeting is adjourned, by no later than 48 hours (excluding Saturdays, Sundays and holidays) prior to the time of the adjourned meeting.

*What is a proxy?*

A form of proxy is a document that authorizes someone to attend the meeting and cast your votes for you. We have enclosed a form of proxy with this Information Circular. You should use it to appoint a proxyholder, although you can also use any other legal form of proxy.

*Appointing a proxyholder*

**You can choose any individual to be your proxyholder.** It is not necessary for the person whom you choose to be a shareholder of Africo. To make such an appointment, simply fill in the person's name in the blank space provided in the enclosed form of proxy. To vote your shares, your proxyholder must attend the meeting. If you do not fill a name in the blank space in the enclosed form of proxy, the persons named in the form of proxy are appointed to act as your proxyholder. Those persons are directors and/or officers of Africo.

*Instructing your proxy*

You may indicate on your form of proxy how you wish your proxyholder to vote your shares. To do this, simply mark the appropriate boxes on the form of proxy. If you do this, your proxyholder must vote your shares in accordance with the instructions you have given.

If you do not give any instructions as to how to vote on a particular issue to be decided at the meeting, your proxyholder can vote your shares as he or she thinks fit. If you have appointed the persons designated in the enclosed form of proxy as your proxyholder they will, unless you give contrary instructions, vote your shares at the meeting as follows:

- ✔ **FOR the election of the proposed nominees as directors;**
- ✔ **FOR the re-appointment of PricewaterhouseCoopers LLP, Chartered Accountants, as Africo's auditor; and**
- ✔ **FOR the resolution authorizing the Board of Directors to fix the auditor's remuneration.**

For more information about these matters, see Part 3 - The Business of the Meeting. The enclosed form of proxy gives the persons named on it the authority to use their discretion in voting on amendments or variations to matters identified on the Notice of Meeting. At the time of printing this Information Circular, the management of Africo is not aware of any other matter to be presented for action at the meeting. If, however, other matters do properly come before the meeting, the persons named on the enclosed form of proxy will vote on them in accordance with their best judgment, pursuant to the discretionary authority conferred by the form of proxy with respect to such matters.

*Changing your mind*

If you want to revoke your proxy after you have delivered it, you can do so at any time before it is used. You may do this by (a) attending the meeting and voting in person; (b) signing a proxy bearing a later date; (c) signing a written statement which indicates, clearly, that you want to revoke your proxy and delivering this signed written statement to the registered office of Africo at Suite 1810, 1111 West Georgia Street, Vancouver, British Columbia, Canada V6E 4M3; or (d) in any other manner permitted by law.

Your proxy will only be revoked if a revocation is received by 5:00 p.m. (Pacific time) on the last business day before the day of the meeting, or any adjournment thereof, or delivered to the person presiding at the meeting before it (or any adjournment) commences. If you revoke your proxy and do not replace it with another that is deposited with us before the deadline, you can still vote your shares but to do so you must attend the meeting in person.

**NON-REGISTERED SHAREHOLDERS**

If your shares are not registered in your own name, they will be held in the name of a "nominee," usually a depository, bank, trust company, securities dealer or other financial institution and, as such, your nominee will be the entity legally entitled to vote your common shares and must seek your instructions as to how to vote your shares.

Accordingly, unless you have previously informed your nominee that you do not wish to receive material relating to shareholders' meetings, you will have received this Information Circular from your nominee, together with a form of proxy or a request for voting instruction form. If that is the case, **it is most important that you comply strictly with the instructions that have been given to you by your nominee on the form of proxy or voting instruction form**. If you have voted and wish to change your voting instructions, you should contact your nominee to discuss whether this is possible and what procedures you must follow.

If your shares are not registered in your own name, Africo's transfer agent will not have a record of your name and, as a result, unless your nominee has appointed you as a proxyholder, will have no knowledge of your entitlement to vote. If you wish to vote in person at the meeting, therefore, please insert your own name in the space provided on the form of proxy or voting instruction form that you have received from your nominee. If you do this, you will be instructing your nominee to appoint you as proxyholder. Please adhere strictly to the signature and return instructions provided by your nominee. It is not necessary to complete the form in any other respect, since you will be voting at the meeting in person. Upon arrival at the meeting, please register with the scrutineer at the meeting.

**The Notice of Meeting, this Information Circular and our audited consolidated financial statements and Management's Discussion and Analysis for the fiscal year ended December 31, 2011, are being sent to both registered and non-registered owners of common shares in the capital of Africo. If you are a non-registered owner and we have sent these materials to you directly, your name and address and information about your holdings of common shares of Africo have been obtained in accordance with applicable securities regulatory requirements from the nominee holding the securities on your behalf. By choosing to send these materials to you directly, Africo (and not your nominee) has assumed responsibility for (i) delivering these materials to you, and (ii) executing your proper voting instructions. Please return your voting instructions as specified in the form of proxy or request for voting instructions form.**

**PART 2 - VOTING SHARES AND PRINCIPAL HOLDERS THEREOF**

Africo has authorized voting capital of unlimited common shares. Each shareholder is entitled to one vote for each common share registered in his or her name at the close of business on May 15, 2012, the date fixed by our directors as the record date for determining who is entitled to receive notice of and to vote at the meeting.

At the close of business on May 15, 2012, 71,311,278 common shares in the capital of Africo were outstanding. To the knowledge of Africo's directors and officers, the only entities that beneficially owned, directly or indirectly, or exercised control or direction over 10% or more of Africo's common shares on that date were:

| Name[(1)] | Number of common shares[(1)] | Percentage of issued shares |
|---|---|---|
| Camrose Resources Limited[(2)(3)] | 45,400,000[(2)(3)] | 63.7% |
| Geologic Resource Partners LLC[(4)] | 10,732,400[(4)] | 15.1% |

(1) Information as to ownership of shares has been taken from the list of registered shareholders maintained by Africo's transfer agent, Computershare Investor Services Inc., or has been extracted from insider reports or other disclosure documents filed with regulators by the entity and publicly available through the Internet on the Canadian System for Disclosure by Insiders (SEDI) at www.sedi.ca or the Canadian System for Electronic Document Analysis and Retrieval (SEDAR) at www.sedar.com.

(2) The transactions relating to the acquisition by Camrose Resources Limited ("Camrose") of common shares in the capital of Africo are disclosed in Africo's Management Information Circular dated May 14, 2008, prepared in connection with the annual and special meeting of shareholders held on June 12, 2008, which has been filed with regulators and is available for viewing through the Internet on the SEDAR website at www.sedar.com. See "Rights for Representation on the Board of Directors" below, as well as Part 3 – The Business of the Meeting – Election of Directors and Part 8 – Other Information – Interest of Informed Persons in Material Transactions.

(3) As disclosed in a report dated August 20, 2010, filed with regulators by Eurasian Natural Resources Corporation plc ("ENRC") pursuant to applicable early warning legislation, ENRC reported that, through its wholly owned subsidiary, ENRC Congo BV ("ENRC Congo"), it acquired 13,130 common shares of Camrose representing 50.5% of the issued and outstanding common shares of Camrose, the result of which is that, as reported by ENRC, ENRC Congo is deemed for purposes of Canadian securities laws to indirectly beneficially own 45,400,000 common shares of Africo, representing approximately 64% of the outstanding common shares of Africo.

(4) This information with respect to shareholdings by Geologic Resource Partners LLC was extracted from an Alternative Monthly Report dated April 9, 2010, filed with regulators by Geologic Resource Partners LLC pursuant to applicable early warning legislation, which is available for public viewing through the Internet on the SEDAR website at www.sedar.com.

Certain of the information in the table above was derived from reports filed with securities regulators in the past by the respective entities, which reports are publicly available. We have no way of determining if these securityholdings, as reported in the past, have changed between the time of filing of the report by the respective entity and the date of this Circular.

***Rights for Representation on the Board of Directors***

Pursuant to the terms of the Subscription Agreement dated as of April 17, 2008, as amended, between Camrose Resources Limited and Africo, Africo has agreed to support majority representation on its Board of Directors by representatives of Camrose, subject to a reduction in the number of representatives to be designated by Camrose should its percentage ownership of Africo decrease. See Part 3 – The Business of the Meeting – Election of Directors.

## PART 3 - THE BUSINESS OF THE MEETING

### FINANCIAL STATEMENTS

The audited consolidated financial statements of Africo for the year ended December 31, 2011 will be placed before you at the meeting. These financial statements, together with Management's Discussion & Analysis for the year ended December 31, 2011, have been mailed to shareholders together with the Notice of Meeting and this Information Circular.

### ELECTION OF DIRECTORS

Directors of Africo are elected for a term of one year. The current term of office of each of the current directors will expire at the meeting. Each of the nominees named in the table below, if elected, will serve until the close of the next annual meeting, unless he resigns or otherwise vacates office before that time.

**ADDITIONAL INFORMATION**

You may obtain additional financial information about Africo in our audited consolidated financial statements and Management's Discussion and Analysis for the year ended December 31, 2011, copies of which are included with this Information Circular. Additional copies may be obtained without charge upon request to us at Suite 520 - 800 West Pender Street, Vancouver, British Columbia, Canada V6C 2V6, telephone (604) 646-3225; fax (604) 646-3226. You may also access our disclosure documents through the Internet on the Canadian System for Electronic Document Analysis and Retrieval (SEDAR) at www.sedar.com.

**APPROVAL OF THE DIRECTORS**

The Board of Directors of Africo has approved the contents of this Information Circular and the sending of it to each shareholder entitled to receive notice of the meeting.

Vancouver, British Columbia, May 15, 2012.

(signed) *"Chris Theodoropoulos"*

Chris Theodoropoulos, Chair of the Board