# Exhibit 11

News release via Canada NewsWire, Toronto 416-863-9350

Attention Business Editors:
Africo receives unsolicited conditional proposal from Creat Group Co., Ltd.

/THIS PRESS RELEASE IS NOT FOR DISTRIBUTION IN THE UNITED STATES OR TO U.S. NEWS AGENCIES/

TORONTO, June 11 /CNW/ - Africo Resources Ltd. (TSX:ARL) announces that it has received a non-binding, conditional proposal from Creat Group Co., Ltd. ("Creat"), an investment enterprise group based in Beijing, China, which focuses on industrial, real estate, mineral resource and financial investments. The proposal is for Creat to subscribe for 35 million units of Africo at a price of CAD $3.00, each unit consisting of one common share of Africo and one-half of one warrant, each whole warrant entitling the holder to purchase an additional common share at a price of CAD $4.00 for a period of 24 months from the date of issuance. In addition, Creat proposed that it would be responsible for arranging the balance of the capital required to develop Africo's Kalukundi property and would assist Africo in resolving its outstanding legal proceedings in the DRC regarding the ownership of Swanmines Sprl. Creat stated that the completion of an investment would be subject to due diligence by Creat, which would take approximately four months to complete.

Africo's management is of the view that it cannot consider the proposal from Creat at this time as the proposal is in a very preliminary form and is conditional upon, among other things, Creat performing due diligence to its satisfaction. There is no assurance that any transaction contemplated by the proposal could be finalized to Africo's satisfaction or that the current legal dispute between Africo and Akam Mining sprl would be resolved.

Africo maintains and re-confirms its recommendation to its shareholders to approve the transactions contemplated with Camrose at Africo's annual and special meeting scheduled for June 12, 2008, the details of which are included in Africo's information circular dated May 14, 2008 and filed on www.sedar.com. In making this recommendation, Africo's management is of the view that the injection in the short term of $100 million equity capital by Camrose at $2.50 per unit as well as the potential project synergies provided through the adjacent Mashitu properties and the settlement of the Akam legal dispute, when taken together, are in the best interests of Africo and its shareholders. As outlined in the circular, the transactions with Camrose will bring a resolution to the litigation surrounding Swanmines. If the transaction with Camrose were not to proceed, there can be no assurance whatsoever as to the outcome of such litigation.

Note for editors:

Africo Resources Ltd is a Canadian mineral company, committed to developing, acquiring and exploring for base metal and gold assets in Africa. The company's main project is Kalukundi, a development stage copper-cobalt deposit located in the Katangan Copperbelt in the Democratic Republic of Congo (DRC). The development team has an operational base in the DRC, with the company corporate offices located in Vancouver, Canada. The company listed on the Toronto Stock Exchange in December 2006.

Forward-looking statements:

This news release contains certain statements that may be deemed "forward-looking statements". All statements in this release, other than statements of historical fact, that address events or developments that Africo expects to occur, are forward looking statements.

Forward looking statements are statements that are not historical facts and are generally, but not always, identified by the words "expects", "plans", "anticipates", "believes", "intends", "estimates", "projects", "potential" and similar expressions, or that events or conditions "will", "would", "may",

"could" or "should" occur. Although Africo believes the expectations expressed in such forward-looking statements are based on reasonable assumptions, such statements are not guarantees of future performance and actual results may differ materially from those in forward looking statements. Factors that could cause the actual results to differ materially from those in forward-looking statements include market prices, exploitation and exploration success, continued availability of capital and financing and general economic, market or business conditions. Investors are cautioned that any such statements are not guarantees of future performance and actual results or developments may differ materially from those projected in the forward-looking statements. Forward looking statements are based on the beliefs, estimates and opinions of Africo's management on the date the statements are made. Other than as required by law, Africo undertakes no obligation to update these forward-looking statements in the event that management's beliefs, estimates or opinions, or other factors, should change.

The Toronto Stock Exchange has not reviewed and does not accept responsibility for the adequacy or accuracy of this release.

THIS PRESS RELEASE, REQUIRED BY APPLICABLE CANADIAN LAWS, IS NOT FOR DISTRIBUTION TO U.S. NEWS SERVICES OR FOR DISSEMINATION IN THE UNITED STATES, AND DOES NOT CONSTITUTE AN OFFER OF THE SECURITIES DESCRIBED HEREIN. THESE SECURITIES HAVE NOT BEEN REGISTERED UNDER THE UNITED STATES SECURITIES ACT OF 1933, AS AMENDED, OR ANY STATE SECURITIES LAWS, AND MAY NOT BE OFFERED OR SOLD IN THE UNITED STATES OR TO U.S. PERSONS UNLESS REGISTERED OR EXEMPT THEREFROM.

%SEDAR: 00024685E

/For further information: Dr Tony Harwood, President and CEO, on tel: +27(11) 463-0081; Michael O'Brien, CFO, on tel: (604) 646-3225; Bill Cavalluzzo (Investor Relations) on tel: (416) 265-8049; Charmane Russell (Investor Relations) on tel +27(11) 880-3924/
(ARL.)

CO: Africo Resources Ltd.

CNW 17:48e 11-JUN-08