# Exhibit 12

News release via Canada NewsWire, Toronto 416-863-9350

Attention Business Editors:
Africo Resources completes CAD$100 million private placement with Camrose Resources Limited to develop the Kalukundi project and re-establish its ownership of Swanmines

/THIS PRESS RELEASE IS NOT FOR DISTRIBUTION IN THE UNITED STATES OR TO U.S. NEWS AGENCIES/

TORONTO, July 24 /CNW/ - Africo Resources Ltd (TSX:ARL), the Toronto Stock Exchange listed mineral exploration and development company, and Camrose Resources Limited ("Camrose") are pleased to announce that, further to Africo's news release of April 21, 2008, the private placement of CAD$100 million at a price of $2.50 per unit with Camrose, a company incorporated under the laws of the British Virgin Islands and whose ultimate owner is a trust for the benefit of family members of Dan Gertler, has been completed. Each unit consists of a common share and one-half of a share purchase warrant. Each whole warrant will entitle Camrose to acquire an additional common share at a price of $3.50 per share until January 24, 2010.

This placement results in Camrose owning approximately 60% of the outstanding share capital of Africo prior to the exercise of any warrants. This percentage will increase in connection with the transfer of the Mashitu property as outlined below. Camrose has the right to nominate four directors to the Board of Africo and the right to participate in future financings to maintain its percentage equity ownership. Camrose entered into the transactions with Africo for investment purposes and may acquire, sell or otherwise trade in or with respect to securities of Africo in the future. Vipar Investments Limited ("Vipar") has made certain credit facilities available to Camrose in connection with the transactions pursuant to terms and conditions set out in a loan facility (the "Facility") between Camrose and Vipar. Vipar may become a direct or indirect holder of securities of Africo pursuant to the terms of the Facility or enforcement of security thereunder. Camrose and Vipar are arms'-length commercial parties and the foregoing should not be construed as a statement that Camrose and Vipar are in any way acting jointly or in concert.

Concurrent with the closing of the private placement, Africo's wholly-owned subsidiary will re-establish ownership of 75% of the outstanding shares of Swanmines sprl, in consideration of which Africo issued 5,400,000 common shares to Camrose. In addition, legal proceedings between Akam Mining and Africo have ceased. As a result of this share issuance, Camrose owns approximately 63% of the outstanding share capital of Africo.

Following the completion of drilling on the Mashitu property, Africo and Camrose will also be working towards obtaining a valuation for the Mashitu property, which consists of an exploitation permit for copper, cobalt, gold and nickel in 41 blocks that are contiguous to the Kalukundi property and cover approximately 34.82 square kilometres. Upon completion of the valuation, Africo will acquire the Mashitu property by issuing shares to Camrose at a deemed price of $2.50 per share.

Note for editors:
-----------------
Africo Resources Ltd. is a Canadian mineral company, committed to developing, acquiring and exploring for base metal and gold assets in Africa. The company's main project is Kalukundi, a development stage copper-cobalt deposit located in the Katangan Copperbelt in the Democratic Republic of Congo (DRC). The development team has an operational base in the DRC, with the company corporate offices located in Vancouver, Canada. The company listed on the Toronto Stock Exchange in December 2006.

Forward-looking statements:

This news release contains certain statements that may be deemed "forward-looking statements". All statements in this release, other than

statements of historical fact, that address events or developments that Africo expects to occur, are forward looking statements. Forward looking statements are statements that are not historical facts and are generally, but not always, identified by the words "expects", "plans", "anticipates", "believes", "intends", "estimates", "projects", "potential" and similar expressions, or that events or conditions "will", "would", "may", "could" or "should" occur. Although Africo believes the expectations expressed in such forward-looking statements are based on reasonable assumptions, such statements are not guarantees of future performance and actual results may differ materially from those in forward looking statements. Factors that could cause the actual results to differ materially from those in forward-looking statements include market prices, exploitation and exploration success, continued availability of capital and financing and general economic, market or business conditions. Investors are cautioned that any such statements are not guarantees of future performance and actual results or developments may differ materially from those projected in the forward-looking statements. Forward looking statements are based on the beliefs, estimates and opinions of Africo's management on the date the statements are made. Other than as required by law, Africo undertakes no obligation to update these forward-looking statements in the event that management's beliefs, estimates or opinions, or other factors, should change.

The Toronto Stock Exchange has not reviewed and does not accept responsibility for the adequacy or accuracy of this release.

THIS PRESS RELEASE, REQUIRED BY APPLICABLE CANADIAN LAWS, IS NOT FOR DISTRIBUTION TO U.S. NEWS SERVICES OR FOR DISSEMINATION IN THE UNITED STATES, AND DOES NOT CONSTITUTE AN OFFER OF THE SECURITIES DESCRIBED HEREIN. THESE SECURITIES HAVE NOT BEEN REGISTERED UNDER THE UNITED STATES SECURITIES ACT OF 1933, AS AMENDED, OR ANY STATE SECURITIES LAWS, AND MAY NOT BE OFFERED OR SOLD IN THE UNITED STATES OR TO U.S. PERSONS UNLESS REGISTERED OR EXEMPT THEREFROM.

%SEDAR: 00024685E

/For further information: Africo Resources Ltd., Dr Tony Harwood, President and Chief Executive Officer on Tel: +27(11) 463-0081; Michael O'Brien, Chief Financial Officer on Tel: (604) 646-3225; Camrose Resources Limited, Weber Shandwick, James White/Alex Brod On Tel: +44(0)207 067 0000/ (ARL.)

CO: Africo Resources Ltd.

CNW 14:41e 24-JUL-08