# Exhibit 16

# Annual Information Form

AFRICO RESOURCES LTD

**For the Fiscal Year Ended December 31, 2011**

**March 29, 2012**

## Table of Contents


**CAUTIONARY LANGUAGE REGARDING FORWARD-LOOKING INFORMATION** ....1

**ITEM 1 CORPORATE STRUCTURE** ....2
1.1 Name, Address and Incorporation ....2
1.2 Intercorporate Relationships ....2

**ITEM 2 GENERAL DEVELOPMENT OF THE BUSINESS** ....3
2.1 Overview ....3
2.2 History ....3
2.3 Significant Acquisitions ....5

**ITEM 3 NARRATIVE DESCRIPTION OF THE BUSINESS** ....5
3.1 General ....5
3.2 Material Contracts ....5
3.3 Competitive Conditions ....9
3.4 Environmental Protection ....9
3.5 Employees ....10
3.6 Foreign Operations ....10
3.7 Bankruptcy and Similar Procedures ....11
3.8 Reorganization ....11
3.9 Social or Environmental Policies ....11
3.10 Mineral Projects – The Kalukundi Property ....11
3.11 Management Update ....19
3.12 Risk Factors ....21

**ITEM 4 DIVIDENDS** ....28

**ITEM 5 DESCRIPTION OF CAPITAL STRUCTURE** ....28

**ITEM 6 MARKET FOR SECURITIES** ....29
6.1 Trading Price and Volume ....29
6.2 Prior Sales ....29

**ITEM 7 ESCROWED SECURITIES** ....29

**ITEM 8 DIRECTORS AND OFFICERS** ....30
8.1 Name, Occupation and Security Holding ....30
8.2 Cease Trade Orders, Bankruptcies, Penalties or Sanctions ....31
8.3 Conflicts of Interest ....31

**ITEM 9 AUDIT COMMITTEE** ....32
9.1 The Audit Committee's Charter ....32
9.2 Composition of the Audit Committee ....32
9.3 Relevant Education and Experience ....32
9.4 Pre-Approval Policies and Procedures ....33
9.5 External Auditor Service Fees ....33

**ITEM 10 INTEREST OF MANAGEMENT AND OTHERS IN MATERIAL TRANSACTIONS** ....33

**ITEM 11 TRANSFER AGENT AND REGISTRAR** ....34

**ITEM 12 MATERIAL CONTRACTS** ....34

**ITEM 13 INTERESTS OF EXPERTS** ....34

**ITEM 14 ADDITIONAL INFORMATION** ....34

**CHARTER FOR THE AUDIT COMMITTEE** ....35

AFRICO RESOURCES LTD

All information contained in this Annual Information Form ("**AIF**") for the fiscal year ended December 31, 2011 of **AFRICO RESOURCES LTD.**, referred to herein as "**Africo**" or the "**Corporation**", is as at December 31, 2011, unless otherwise indicated. All dollar amounts presented in this Annual Information Form are expressed in Canadian dollars, unless otherwise indicated.

## CAUTIONARY LANGUAGE REGARDING FORWARD-LOOKING INFORMATION

This AIF may include or incorporate by reference certain statements or disclosures that constitute "forward-looking information" under applicable securities laws. All information, other than statements of historical fact, included or incorporated by reference in this AIF that address activities, events or developments that Africo or its management expects or anticipates will or may occur in the future, including such things as future capital expenditures (including the amounts and nature thereof), business strategies and measures to implement strategies, goals, expansion and growth of its business and operations, plans and references to the future success of Africo, and other such matters, constitute forward-looking information. Forward-looking statements are statements that are not historical facts and are generally, but not always, identified by the words "expects", "plans", "anticipates", "believes", "intends", "estimates", "projects", "potential" and similar expressions, or that events or conditions "will", "would", "may", "could" or "should" occur or continue. These forward-looking statements are based on certain assumptions and analyses made by Africo and its management in light of its experience and its perception of historical trends, current conditions and expected future developments, as well as other factors it believes are appropriate in the circumstances.

Although Africo believes the expectations expressed in such forward-looking information is based on reasonable assumptions, such statements are not guarantees of future realities and actual realities may differ materially from those in forward-looking information. Investors are cautioned that any such statements are not guarantees of future realities and actual realities or developments may differ materially from those projected in the forward-looking statements. Whether actual results and developments will conform to the expectations and predictions of Africo and its management is subject to a number of risks and uncertainties, including those risk factors discussed under "Risk Factors" and elsewhere in this AIF and the documents incorporated by reference. In particular, if any of the risk factors outlined herein materialize, the expectations and predictions of Africo and its management may need to be reevaluated. Consequently, all of the forward-looking information in this AIF and the documents incorporated herein by reference is expressly qualified by these cautionary statements and other cautionary statements or factors contained herein or in documents incorporated by reference herein, and there can be no assurance that the actual results or developments anticipated by Africo and its management will be realized or, even if substantially realized, that they will have the expected consequences for, or effects on, Africo. Forward-looking statements are based on the beliefs, estimates and opinions of Africo's management on the date the statements are made. Unless otherwise required by law, Africo expressly disclaims any intention and assumes no obligation to update or revise any forward-looking statements in the event that management's beliefs, estimates or opinions, or other factors, should change, whether as a result of new information, future events or otherwise, and Africo does not have any policies or procedures in place concerning the updating of forward-looking information other than those required under applicable securities laws.

March 2009 – Swanmines Sprl signed a Memorandum of Understanding (the "**MOU**") with the Societe Nationale d'Electricite ("**SNEL**") relating to the supply of electricity to its Kalukundi Property. Pursuant to the MOU, Africo, through Swanmines, has agreed to finance studies targeting reinforcement of the capabilities of SNEL's electrical system in order to guarantee power to Swanmines and the diversion of high voltage power lines to enable mining of the area that the lines currently overhang. Swanmines has agreed to pay the cost of the studies and raise the funding required for the installation of the required infrastructure. SNEL will supply high voltage as needed at the official rate and will reimburse Swanmines' funding of the studies out of revenue from the sale of power.

May 2009 – Africo entered into an agreement with Camrose and Comide Sprl pursuant to which all parties agreed to terminate the acquisition by Africo of the Exploitation Permit (as herein defined – see Item 3.2 – Material Contracts – Transfer Agreement) that was announced on April 21, 2008 and July 24, 2008, as certain conditions precedent were not fulfilled. The termination agreement was subject to approval by ordinary resolution of disinterested shareholders of Africo, which approval was obtained at Africo's annual general meeting held June 18, 2009. See Item 3.2 – Material Contracts.

August 2009 – Africo reported results from a drilling program undertaken on the Kalukundi Property. A program of infill drilling was focused on establishing the continuity in depth of mineralization of the Principal Fragment and to determine the potential for mineralization of the SE Anticline Fragment.

***2010***

Throughout the year, Africo continued to evaluate the Kalukundi Property (see Item 3.11 – Management Update), as well as potential acquisitions in the resource sector.

**2011**

In June 2011, Africo announced that it had retained MDM Engineering to review and update its planned increased throughput design and cost revalidation of the Feasibility Study for Africo's Kalukundi Property. In May 2006, MDM completed the initial Feasibility Study, based on a throughput of 800,000 tonne per annum plant. Africo has now requested that MDM complete a review and cost update for the Feasibility Study and the Front End Engineering Design (FEED) that was previously completed. The review, which is currently underway, will be based on the throughput of 1.25 million tonnes per annum that was evaluated during the FEED. In this regard, it is anticipated that the costs to develop the Kalukundi Property will be substantially higher than was outlined in the Kalukundi Report due to the increased throughput and to current labour and material costs. In order to proceed with the development of the property, Africo will require substantial additional debt and/or equity funding.

Also in June 2011, Africo announced that it had commenced drilling at its Kalukundi Property. The initial programme of borehole drilling focused on the Principal and Anticline Fragments of the property where the highest grades of copper and cobalt were encountered during Africo's last exploration activities conducted in 2008 and 2009. An initial programme of 4,000 metres of drilling is underway as infill drilling with the objective of intersecting the hanging wall mineralization, to confirm continuity and grade of the currently defined geology and mineralization and to search for extensions of the known mineralization.

Exploration drilling has been initially focused on the Principal Fragment. As of December 31, 2011, 11 core boreholes (1142m) have been completed. The drilling had added significantly to the understanding of this Fragment and confirmed the continuity of the mineralised units delineated by previous drilling. Core processing has been finalized and samples for these holes have been submitted for analysis. Assay results are pending. Exploration drilling has also been undertaken on the South East Anticline Fragment. Here 9 core boreholes (1257m) have been completed. Results of this drilling have been variable. Some positive intersections have been made, but a number of barren holes confirm the structural complexity of this Fragment. A more detailed assessment will be possible once the assay data has been received and assessed.

In addition, a programme of shallow drill holes is underway for the Kii and Kalukundi Fragments. Twenty-five (25) short holes have been planned over the two Fragments. The targeted zones are to improve confidence in close to surface mineralization which has previously not been drilled on the hills due to difficult rig access. Twenty-five drill

with a view to commissioning a preliminary mining plan on the northeast extensions of each of these two Fragments.

Additional drilling will continue in 2012 and Africo will update the Kalukundi Report to include any additional drilling and assay results, as well as assess and provide an update on the cost and development of the Kalukundi Property.

Africo is also considering an acquisition strategy provided that the acquired assets are deemed to be a long term strategic fit.

As was previously noted, estimates for pre-production capital expenditure plus pre-production stripping identified in the Technical Report are based on work completed in 2005 and 2006 and will have to be reviewed by Africo's management based on current prices and conditions. Based on preliminary indications provided to Africo by MDM Engineering, which is currently reviewing and updating Africo's planned increased throughput design and cost revalidation of the Technical Report, it is anticipated that these costs will be substantially higher than initially estimated.

The disclosure in this Item 3.11 has been prepared under the supervision of Michael J. Evans, Africo's Consulting Geologist, who is a Qualified Person as defined in NI 43-101.

### 3.12 Risk Factors

The operations of Africo are speculative due to the nature of Africo's business, the location in which it operates, and the present stage of its development. The following risk factors pertain to the business operations of Africo and its subsidiaries and could have a material adverse effect on, among other things, the operating results, earnings, properties, business and condition (financial or otherwise) of, or realities faced by, Africo.

***Financing***

Significant additional debt and/or equity funding is required to bring the Kalukundi Property into production. Due to the current economic environment, there can be no guarantee that such financing will be available at economic terms to enable the Kalukundi Property to be developed. Further, in order for Africo to raise additional financing, it will have to review and revise the capital cost estimates that are currently outlined in the Technical Report, which capital cost estimates could be significantly higher than as currently outlined in the Technical Report.

***Swanmines Agreement***

The Swanmines Agreement, as amended, contains a number of provisions that may be subject to differing interpretations. In addition, the Swanmines Agreement and the amendments thereto do not deal with its subject matter comprehensively. It is, therefore, not possible to accurately and adequately describe in this AIF all of the terms of the Swanmines Agreement, as amended. Although Africo has used its best efforts to comply with what it considers to be the material terms of the Swanmines Agreement, there can be no assurance that it has complied with such terms. In addition, if the Swanmines Agreement is determined by a court of competent jurisdiction to have a meaning that differs from the interpretation of the Swanmines Agreement as disclosed in this AIF, Africo could be materially adversely affected. Failure to perform its obligations under, and otherwise to comply with, the terms of the Swanmines Agreement may result in a forfeiture without compensation of Africo's interest in the Kalukundi Property.

Further, Amendment No. 4, that was entered into in January 2009 following completion of the mining review by the Government of the DRC, is between GCM and Akam Mining sprl, not Africo. This is because at the time of negotiation of this agreement, Akam was the purported holder of the Swanmines Shares. Although Amendment No. 4 acknowledges the impending transfer of the Swanmines Shares from Akam to Africo DRC as a result of the settlement of the litigation involving the Kalukundi Property pursuant to the Akam Agreement (which transfer of shares was effected on January 15, 2009), it does not contain specific assignment provisions for the rights and obligations of Akam under Amendment No. 4 to be assigned to Africo DRC. While, on advice of Congolese legal

**Form 52-109F1**
***Certification of Annual Filings***
***Full Certificate***

I, **Chris Theodoropoulos,** the Acting Chief Executive Officer of Africo Resources Ltd., certify the following:

1. ***Review:*** I have reviewed the AIF, if any, annual financial statements and annual MD&A, including, for greater certainty, all documents and information that are incorporated by reference in the AIF (together, the "annual filings") of **Africo Resources Ltd.** (the "issuer") for the financial year ended **December 31, 2011**.

2. ***No misrepresentations:*** Based on my knowledge, having exercised reasonable diligence, the annual filings do not contain any untrue statement of a material fact or omit to state a material fact required to be stated or that is necessary to make a statement not misleading in light of the circumstances under which it was made, for the period covered by the annual filings.

3. ***Fair presentation:*** Based on my knowledge, having exercised reasonable diligence, the annual financial statements together with the other financial information included in the annual filings fairly present in all material respects the financial condition, financial performance and cash flows of the issuer, as of the date of and for the periods presented in the annual filings.

4. ***Responsibility:*** The issuer's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (DC&P) and internal control over financial reporting (ICFR), as those terms are defined in National Instrument 52-109 *Certification of Disclosure in Issuers' Annual and Interim Filings*, for the issuer.

5. ***Design:*** Subject to the limitations, if any, described in paragraphs 5.2 and 5.3, the issuer's other certifying officer(s) and I have, as at the financial year end

    (a) designed DC&P, or caused it to be designed under our supervision, to provide reasonable assurance that

        (i) material information relating to the issuer is made known to us by others, particularly during the period in which the annual filings are being prepared; and

        (ii) information required to be disclosed by the issuer in its annual filings, interim filings or other reports filed or submitted by it under securities legislation is recorded, processed, summarized and reported within the time periods specified in securities legislation; and

    (b) designed ICFR, or caused it to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with the issuer's GAAP.

5.1 ***Control framework:*** The control framework the issuer's other certifying officer(s) and I used to design the issuer's ICFR is COSO.

5.2 ***ICFR – material weakness relating to design:*** Not applicable.

5.3 ***Limitation on scope of design:*** Not applicable.

6. ***Evaluation:*** The issuer's other certifying officer(s) and I have

(a) evaluated, or caused to be evaluated under our supervision, the effectiveness of the issuer's DC&P at the financial year end and the issuer has disclosed in its annual MD&A our conclusions about the effectiveness of DC&P at the financial year end based on that evaluation; and

(b) evaluated, or caused to be evaluated under our supervision, the effectiveness of the issuer's ICFR at the financial year end and the issuer has disclosed in its annual MD&A

(i) our conclusions about the effectiveness of ICFR at the financial year end based on that evaluation; and

(ii) not applicable.

7. ***Reporting changes in ICFR:*** The issuer has disclosed in its annual MD&A any change in the issuer's ICFR that occurred during the period beginning on October 1, 2011, and ended on December 31, 2011, that has materially affected, or is reasonably likely to materially affect, the issuer's ICFR.

8. ***Reporting to the issuer's auditors and board of directors or audit committee:*** The issuer's other certifying officer(s) and I have disclosed, based on our most recent evaluation of ICFR, to the issuer's auditors, and the board of directors or the audit committee of the board of directors any fraud that involves management or other employees who have a significant role in the issuer's ICFR.

Date: March 29, 2012.

(signed) *"Chris Theodoropoulos"*

Chris Theodoropoulos
Acting Chief Executive Officer