# Exhibit 17

AFRICO RESOURCES LTD




# News Release

**For immediate release** **December 31, 2012**

## CHANGES TO AFRICO'S BOARD OF DIRECTORS

Africo Resources Ltd. ("Africo") (TSX:ARL) wishes to report that we have been advised by Eurasian Natural Resources Corporation ("ENRC") that they have purchased the remaining 49.5% of the shares of Camrose Resources Ltd ("Camrose"). As part of the purchase and reorganization of Camrose, Matthew Fisher and Douglas Ryan have resigned as directors of Africo. We wish to thank Mr. Fisher and Mr. Ryan for their contributions and invaluable assistance to Africo during the past four years.

In addition to its other significant holdings in the DRC, Camrose is our largest shareholder and owns 45,400,000 shares of Africo or approximately 63.7% of our issued and outstanding shares.

**For further information contact:**

**Chris Theodoropoulos**
Chairman
on Tel: +1(604) 646-3225

**Larry Okada**
Chief Financial Officer
on Tel: +1(604) 646-3225

Note for editors:

Africo Resources Ltd. is a Canadian mineral company engaged in developing, acquiring and exploring for base metal assets in Africa. The company's main project is Kalukundi, a development stage copper-cobalt deposit located in the Katangan Copperbelt in the Democratic Republic of Congo (DRC) in which Africo has a 75% interest. The development team has an operational base in the DRC, with the company corporate offices located in Vancouver, Canada.

The TSX has not reviewed and does not accept responsibility for the adequacy or accuracy of this release.