# Exhibit 19

# Eurasian Resources Group completes transaction to acquire 100% of Africo Resources Limited

07.07.2016



**Eurasian Resources Group (ERG), a leading diversified natural resources producer, announces the closing of the transaction to purchase all of the issued and outstanding shares of Africo Resources Limited (Africo) (TSX:ARL), a Canadian mineral company engaged in the acquisition, exploration and development of base metal assets in Africa.**

The transaction was first announced by Africo on May 13, 2016, and closed on July 6 after being approved by 99.99% of shareholders at Africo's annual and special meeting. Pursuant to the transaction, ERG, via its wholly-owned subsidiary Camrose Resources Limited (Camrose), will acquire all of the issued and outstanding common shares of Africo that Camrose did not already own, by way of a plan of arrangement (the "Plan of Arrangement") approved by the Ontario Superior Court of Justice. Before the transaction Camrose owned 63.68% of Africo's common shares.

Benedikt Sobotka, Chief Executive Officer of Eurasian Resources Group, said: "This acquisition is a step forward with our strategy to consolidate our asset . By buying out Africo's minority shareholders we have simplified the ownership of the Kalukundi property and strengthened our position in the African copper belt."

With the plan of arrangement complete, it is expected that Africo's shares will be de-listed from the Toronto Stock Exchange on July 11, 2016.