# Exhibit 20

# Form 62-103F1

***Required Disclosure under the Early Warning Requirements***

**State if this report is filed to amend information disclosed in an earlier report. Indicate the date of the report that is being amended.**

Not Applicable.

**Item 1 – Security and Reporting Issuer**

**1.1 State the designation of securities to which this report relates and the name and address of the head office of the issuer of the securities.**

Common shares (each an "**Africo Share**") of Africo Resources Ltd. ("**Africo**")

Africo Resources Ltd.
Suite 520 – 800 West Pender Street
Vancouver, British Columbia
V6C 2V6

**1.2 State the name of the market in which the transaction or other occurrence that triggered the requirement to file this report took place.**

The transactions to which this report relates did not take place through the facilities of any stock exchange or any other marketplace.

**Item 2 – Identity of the Acquiror**

**2.1 State the name and address of the acquiror.**

Camrose Resources Limited ("**Camrose**")
57/63 Line Wall Road
Gibralter

**Jurisdiction of Incorporation:** British Virgin Islands

**Principal Business:** Holding company for Eurasian Resources Group B.V.'s African assets.

**2.2 State the date of the transaction or other occurrence that triggered the requirement to file this report and briefly describe the transaction or other occurrence.**

July 6, 2016

On July 6, 2016, Camrose acquired all of the outstanding common shares of Africo by way of a court-approved plan of arrangement (the "**Arrangement**")

under the *Canada Business Corporations Act*. Pursuant to the Arrangement, Camrose acquired all of the outstanding Africo Shares which were not already owned by Camrose or its affiliates in exchange for CDN$1.00 per Africo Share.

**2.3 State the names of any joint actors.**

Not applicable.

**Item 3 – Interest in Securities of the Reporting Issuer**

**3.1 State the designation and number or principal amount of securities acquired or disposed of that triggered the requirement to file this report and the change in the acquiror's securityholding percentage in the class of securities.**

As a result of the Arrangement, Camrose acquired 25,913,127 Africo Shares. Prior to the Arrangement, Camrose owned 45,400,000 Africo Shares.

**3.2 State whether the acquiror acquired or disposed ownership of, or acquired or ceased to have control over, the securities that triggered the requirement to file this report.**

Camrose acquired ownership of the securities that triggered the requirement to file this report.

**3.3 If the transaction involved a securities lending arrangement, state that fact.**

Not applicable.

**3.4 State the designation and number or principal amount of securities and the acquiror's securityholding percentage in the class of securities, immediately before and after the transaction or other occurrence that triggered the requirement to file this report.**

As a result of the Arrangement, Camrose owns 71,313,127 Africo Shares representing 100% of the Africo Shares. Prior to the Arrangement, Camrose owned 45,400,000 Africo Shares.

**3.5 State the designation and number or principal amount of securities and the acquiror's securityholding percentage in the class of securities referred to in Item 3.4 over which**

**(a) the acquiror, either alone or together with any joint actors, has ownership and control,**

See 3.4 above.

**(b) the acquiror, either alone or together with any joint actors, has ownership but control is held by persons or companies other than the acquiror or any joint actor, and**

Not applicable.

**(c) the acquiror, either alone or together with any joint actors, has exclusive or shared control but does not have ownership.**

Not applicable.

**3.6 If the acquiror or any of its joint actors has an interest in, or right or obligation associated with, a related financial instrument involving a security of the class of securities in respect of which disclosure is required under this item, describe the material terms of the related financial instrument and its impact on the acquiror's securityholdings.**

Not applicable.

**3.7 If the acquiror or any of its joint actors is a party to a securities lending arrangement involving a security of the class of securities in respect of which disclosure is required under this item, describe the material terms of the arrangement including the duration of the arrangement, the number or principal amount of securities involved and any right to recall the securities or identical securities that have been transferred or lent under the arrangement.**

Not applicable.

**State if the securities lending arrangement is subject to the exception provided in section 5.7 of NI 62-104.**

Not applicable.

**3.8 If the acquiror or any of its joint actors is a party to an agreement, arrangement or understanding that has the effect of altering, directly or indirectly, the acquiror's economic exposure to the security of the class of securities to which this report relates, describe the material terms of the agreement, arrangement or understanding.**

Not applicable.

**Item 4 – Consideration Paid**

**4.1 State the value, in Canadian dollars, of any consideration paid or received per security and in total.**

Holders of Africo Shares will receive cash consideration of CDN$1.00 per Africo Share. Holders of Africo Shares and options to purchase Africo Shares may also receive an additional aggregate amount of USD $7.5 million if certain transactions, in respect of the Africo's main Kalukundi project, a development stage copper-cobalt deposit located in the Katanga Copperbelt in the Democratic Republic of Congo (DRC), are completed within 14 months following the closing of the Arrangement. The terms and conditions of this contingent payment are set out in Africo's management proxy circular dated May 31, 2016. The additional amount, if paid, would be equal to approximately USD $0.27 per common share. However, there can be no assurance that the additional payment will be made because this is contingent.

**4.2 In the case of a transaction or other occurrence that did not take place on a stock exchange or other market that represents a published market for the securities, including an issuance from treasury, disclose the nature and value, in Canadian dollars, of the consideration paid or received by the acquiror.**

See 2.2 and 4.1 above.

**4.3 If the securities were acquired or disposed of other than by purchase or sale, describe the method of acquisition or disposition.**

Not applicable.

**Item 5 – Purpose of the Transaction**

**State the purpose or purposes of the acquiror and any joint actors for the acquisition or disposition of securities of the reporting issuer. Describe any plans or future intentions which the acquiror and any joint actors may have which relate to or would result in any of the following:**

**(a) the acquisition of additional securities of the reporting issuer, or the disposition of securities of the reporting issuer;**

**(b) a corporate transaction, such as a merger, reorganization or liquidation, involving the reporting issuer or any of its subsidiaries;**

**(c) a sale or transfer of a material amount of the assets of the reporting issuer or any of its subsidiaries;**

**(d) a change in the board of directors or management of the reporting issuer, including any plans or intentions to change the number or term of directors or to fill any existing vacancy on the board;**

**(e) a material change in the present capitalization or dividend policy of the reporting issuer;**

**(f) a material change in the reporting issuer's business or corporate structure;**

**(g) a change in the reporting issuer's charter, bylaws or similar instruments or another action which might impede the acquisition of control of the reporting issuer by any person or company;**

**(h) a class of securities of the reporting issuer being delisted from, or ceasing to be authorized to be quoted on, a marketplace;**

**(i) the issuer ceasing to be a reporting issuer in any jurisdiction of Canada;**

**(j) a solicitation of proxies from securityholders;**

**(k) an action similar to any of those enumerated above.**

Camrose is a wholly-owned subsidiary of Eurasian Resources Group B.V., previously known as Eurasian Natural Resources Corporation. Camrose is Africo's largest shareholder and immediately prior to the completion of the Arrangement owned, beneficially, directly or indirectly, or exercises control or direction over approximately 63.7% of the outstanding Africo Shares. The purpose of the Arrangement was to acquire 100% of the outstanding Africo Shares.

The Africo Shares are expected to be delisted from the Toronto Stock Exchange in due course and Camrose intends to apply for Africo to cease to be a reporting issuer. In addition, certain of Africo's existing directors and members of management have resigned and have been replaced by current directors and members of management of Camrose, as is customary following a transaction of this nature.

**Item 6 – Agreements, Arrangements, Commitments or Understandings With Respect to Securities of the Reporting Issuer**

**Describe the material terms of any agreements, arrangements, commitments or understandings between the acquiror and a joint actor and among those persons and any person with respect to securities of the class of securities to which this report relates, including but not limited to the transfer or the voting of any of the securities, finder's fees, joint ventures, loan or option arrangements, guarantees of profits, division of profits or loss, or the giving or withholding of proxies. Include such information for any of the securities that are pledged or otherwise subject to a contingency, the occurrence of which would give another person voting power or investment power over such securities, except that disclosure of standard default and similar provisions contained in loan agreements need not be included.**

In connection with the Arrangement, Camrose and Africo entered into an arrangement agreement (the "**Arrangement Agreement**") dated May 13, 2016. The Arrangement Agreement is described in the management information circular of Africo dated May 31, 2016, and a copy of the Arrangement Agreement has been filed on CanWel's SEDAR profile at www.sedar.com.

Also in connection with the Arrangement, CanWel entered into lock-up agreements (the "**Lock-Up Agreements**") with certain shareholders of Africo (the "**Locked-Up Shareholders**"). The Lock-Up Agreements set forth, among other things, the agreement of each of the Locked-Up Shareholders to cause the respective Africo Shares to be voted in favour of the Arrangement.

**Item 7 – Change in Material Fact**

**If applicable, describe any change in a material fact set out in a previous report filed by the acquiror under the early warning requirements or Part 4 in respect of the reporting issuer's securities.**

Not applicable.

**Item 8 – Exemption**

**If the acquiror relies on an exemption from requirements in securities legislation applicable to formal bids for the transaction, state the exemption being relied on and describe the facts supporting that reliance.**

Not applicable.

**Item 9 – Certification**

**The acquiror must certify that the information in this report is true and complete in every respect. In the case of an agent, the certification is based on the agent's best knowledge, information and belief but the acquiror is still responsible for ensuring that the information filed by the agent is true and complete.**

**This report must be signed by each person on whose behalf the report is filed or his or her authorized representative.**

**It is an offence to submit information that, in a material respect and at the time and in the light of the circumstances in which it is submitted, is misleading or untrue.**

**Certificate**

I, as the acquiror, certify, or I, as the agent filing the report on behalf of an acquiror, certify to the best of my knowledge, information and belief, that the statements made in this report are true and complete in every respect.

**Date**: July 7, 2016

**CAMROSE RESOURCES LIMITED**

Per: (signed) "*Kyrylo Mogylnyk*"
Name: Kyrylo Mogylnyk
Title: Authorized Signatory