

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

April 9, 2018

<u>VIA CM/ECF</u>

The Honorable Nicholas G. Garaufis
Senior United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>United States v. OZ Africa Management GP, LLC</u>, No. 1:16-cr-00515-NGG

Dear Judge Garaufis:

    We represent certain former equity holders of Africo Resources Limited (the "Africo Owners" or "Claimants"), victims of the defendant's crime for whom we are seeking restitution. Based on certain assertions made at the April 5, 2018 status conference, it is clear that the Claimants and the government continue to have a different understanding of certain facts and circumstances surrounding the defendant's crime and the impact those facts may have on the Claimants' entitlement to restitution under the MVRA. Accordingly, we have accepted the government's invitation in its March 2, 2018 letter to the Court (Dkt. No. 40 at 16) to meet and provide additional information and evidence to clarify any remaining issues regarding the scope of the charged conspiracy as well as the causal connection between the offense conduct and the Claimants' harm.

    Accordingly, we respectfully request that the Court withhold its ruling on this matter until the government and counsel for the Claimants have met, which we expect will occur within the next two weeks. We will inform the Court of the results of the meeting shortly thereafter.

    Respectfully submitted,

    WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation

    <u>s/ Morris J. Fodeman</u>
    Morris J. Fodeman
    Michael S. Sommer

Cc:  All Counsel of Record (via CM/ECF)