

U.S. Department of Justice

United States Attorney
Eastern District of New York

F. #2012R02196

271 Cadman Plaza East
Brooklyn, New York 11201

April 26, 2018

By Hand and ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. OZ Africa Management GP, LLC
             Criminal Docket No. 16-515 (NGG)

Dear Judge Garaufis:

      The government respectfully submits this letter, in connection with the above-captioned matter and, specifically, in connection with claims by former shareholders of Africo Resources Ltd. ("Africo") for restitution from the defendant OZ Africa Management GP, LLC. On April 9, 2018, claimant Africo advised the Court that it was meeting with the government to discuss new information Africo maintained is relevant to its restitution claim. See DE 44. The government can confirm that it met with counsel for Africo on April 19, 2018. The government is considering the information Africo provided during that meeting and what effect, if any, that information will have on the government's position with

Hon. Nicholas G. Garaufis
April 26, 2018
Page 2

respect to Africo's restitution claims.  The government will provide the Court with an update as expeditiously as possible.

          Respectfully submitted,

          RICHARD P. DONOGHUE
          United States Attorney

By:   /s/ David C. Pitluck
          David C. Pitluck
          Jonathan P. Lax
          James P. McDonald
          Assistant U.S. Attorneys
          (718) 254-7000

          SANDRA L. MOSER
          Acting Chief
          Criminal Division, Fraud Section

By:   /s/ Gerald M. Moody, Jr.
          Gerald M. Moody, Jr.
          Trial Attorney
          (202) 616-4988

cc:   Clerk of the Court (NGG) (by ECF)
      All Counsel of Record (by ECF)

j