# CAHILL GORDON & REINDEL LLP
## EIGHTY PINE STREET
## NEW YORK, NY 10005-1702

ROBERT A. ALESSI
HELENE R. BANKS
ANIRUDH BANSAL
DAVID L. BARASH
LANDIS C. BEST
BRADLEY J. BONDI
BROCKTON B. BOSSON
JAMES J. CLARK
CHRISTOPHER W. CLEMENT
AYANO K. CREED
SEAN M. DAVIS
STUART G. DOWNING
ADAM M. DWORKIN
ANASTASIA EFIMOVA
JENNIFER B. EZRING
HELENA S. FRANCESCHI
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL

CHARLES A. GILMAN
ARIEL GOLDMAN
JASON M. HALL
WILLIAM M. HARTNETT
NOLA B. HELLER
CRAIG M. HOROWITZ
DOUGLAS S. HOROWITZ
TIMOTHY B. HOWELL
DAVID G. JANUSZEWSKI
ELAI KATZ
BRIAN S. KELLEHER
RICHARD KELLY
CHÉRIE R. KISER*
JOEL KURTZBERG
TED B. LACEY
MARC R. LASHBROOK
ALIZA R. LEVINE
JOEL H. LEVITIN

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM
———
1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900
———
CAHILL GORDON & REINDEL (UK) LLP
24 MONUMENT STREET
LONDON EC3R 8AJ
+44 (0) 20 7920 9800
———
WRITER'S DIRECT NUMBER

GEOFFREY E. LIEBMANN
BRIAN T. MARKLEY
MEGHAN N. McDERMOTT
WILLIAM J. MILLER
NOAH B. NEWITZ
MICHAEL J. OHLER
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
KIMBERLY PETILLO-DÉCOSSARD
SHEILA C. RAMESH
MICHAEL W. REDDY
OLEG REZZY
JAMES ROBINSON
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN

MICHAEL A. SHERMAN
DARREN SILVER
JOSIAH M. SLOTNICK
RICHARD A. STIEGLITZ JR.
ROSS E. STURMAN
SUSANNA M. SUH
ANTHONY K. TAMA
JONATHAN D. THIER
SEAN P. TONOLLI
JOHN A. TRIPODORO
GLENN J. WALDRIP, JR.
HERBERT S. WASHER
MICHAEL B. WEISS
DAVID WISHENGRAD
COREY WRIGHT
JOSHUA M. ZELIG
DANIEL J. ZUBKOFF

* ADMITTED IN DC ONLY

(212) 701-3207

September 3, 2019

Re: *United States* v. *OZ Africa Management GP, LLC*, 16 CR 515 (NGG) - **FILE UNDER SEAL**

Dear Judge Garaufis,

We represent defendant OZ Africa Management GP LLP ("OZ Africa") and write in response to the Court's August 29, 2019 Order, and to respectfully request, with the consent of the Government and Claimants' counsel, that the Court's August 29, 2019 Memorandum and Order [dkt. no. 51] (the "Memorandum and Order") be unsealed in its entirety.

OZ Africa's parent company, Och-Ziff Capital Management Group, Inc. ("Och-Ziff"), is a public company with disclosure obligations to the market and fund investors. Och-Ziff has determined that, in an abundance of caution, it would be prudent to disclose the Memorandum and Order to the public as soon as possible.

We have conferred with both the Government and Claimant's counsel and have determined that no redactions to the Court's Memorandum and Order are necessary. Accordingly, we respectfully request that the Court unseal the Memorandum and Order.

*Application granted.*
*So ordered.*

s/Nicholas G. Garaufis

9/3/19

Respectfully submitted,

/s/
Anirudh Bansal

CAHILL GORDON & REINDEL LLP

-2-

The Honorable Nicholas G. Garaufis
United States Senior District Judge
Eastern District of New York
United States Courthouse
Room 1416 S
225 Cadman Plaza East
Brooklyn, New York  11201

Via ECF and email

cc:     David C. Pitluck, AUSA
        James McDonald, AUSA
        United States Attorney's Office for the Eastern District of New York

        Gerald Moody, Trial Counsel
        United States Department of Justice
        Criminal Division, Fraud Section

        Lee Dunst, Esq.
        Mark Schonfeld, Esq.
        F. Joseph Warin, Esq.

(via ECF)

        Moe Fodeman
        Michael Sommer