

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

October 7, 2019

<u>**VIA CM/ECF**</u>

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:** <u>United States v. OZ Africa Management GP, LLC</u>, No. 1:16-cr-00515-NGG

Dear Judge Garaufis:

    This letter is submitted with the consent of both the government and the defendant to request an adjustment to the briefing schedule in the above-referenced matter. Due to pre-existing professional commitments of Neal Rigby, the mine valuation expert who is preparing an updated valuation report for the Court, the Victims respectfully request that the briefing schedule proposed by the parties and accepted by the Court be pushed back by 18 days. Under the revised schedule, the opening brief of the government and the Victims will now be due on November 15, 2019. Defendant's brief would then be due on December 22, 2019, subject to its requests for discovery (as discussed at the recent conference), and reply briefs would follow on a schedule agreed to by the parties in order to account for the holidays.

                              Respectfully submitted,

                              WILSON SONSINI GOODRICH & ROSATI
                              Professional Corporation

                              <u>*s/ Morris J. Fodeman*</u>
                              Morris J. Fodeman
                              Michael S. Sommer

cc: All Counsel of Record (via CM/ECF)