D/F





**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DCP:JPM/GMM
F. #2012R02196

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 13, 2019

By ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. OZ Africa Management GP, LLC
     Criminal Docket No. 16-515 (NGG)

Dear Judge Garaufis:

   As the Court is aware, the government and the former shareholders of Africo Resources Ltd. (the "Claimants") are scheduled to submit their opening submissions on the calculation of the appropriate restitution amount for the Claimants by November 15, 2019. The government respectfully requests that the government and the Claimants be provided with an additional week, to November 22, 2019, to file their opening submissions. The government respectfully requests this brief adjournment because it has recently received additional materials and information that it needs to analyze and incorporate into its submission. Counsel for

Claimants and the defendant OZ Africa Management GP, LLC ("OZ Africa") consent to this request.

                                          Respectfully submitted,

                                          RICHARD P. DONOGHUE
                                          United States Attorney

By:     /s/ David C. Pitluck
         David C. Pitluck
         Jonathan P. Lax
         James P. McDonald
         Assistant U.S. Attorneys
         (718) 254-7000

                                          ROBERT ZINK
                                          Chief, Fraud Section, DOJ-Criminal Division

By:     /s/ Gerald M. Moody
         Gerald M. Moody
         Trial Attorney
         (202) 616-4988

cc:    Clerk of the Court (NGG) (by ECF)
       All Counsel of Record (by ECF)

**Application granted.**
**So Ordered.**
s/Nicholas G. Garaufis
_____
Hon. Nicholas G. Garaufis
Date: 11/14/19