# EXHIBIT 3

**Mining and exploration**
Africa

**Initiation of coverage**
Equity Research

29 August 2007

Renaissance Capital

Mark Smith
+44 (207) 367 7932
+44 7989 989 218
msmith@rencap.com

# Central African miners and developers
## Emerging copper and gold opportunities



Important disclosures begin on page 58. This research material is released by Renaissance Securities (Cyprus) Limited. Regulated by the Cyprus Securities & Exchange Commission (License No: KEPEY 053/04)

# Africo Resources (TSX: ARL) – UNDER REVIEW

## Africo Resources financial highlights

| | | | | |
|---|---|---|---|---|
| Price, CAN$ | 0.82 | | Target price, CAN$ | UR |
| P/NAV | 0.42x | | NAV, CAN$ | 3.22 |
| 52-wk high, CAN$ | 5.00 | | 52-wk low, CAN$ | 0.80 |
| Float, mn | 16.4 | | Debt-to-cap | 0.00x |
| Shares out, mn | 27.9 | | MktCap, CAN$mn | 23 |
| Dividend, $ | 0.00 | | Yield | 0.00% |
| EV, $mn | 12 | | EV/resource, $/oz | 0.028 |

Strategic shareholders: Rubicon Minerals - 39.6%; management - 1.6%

| Year ending 31 Dec | | 2006 | 2007E | 2008E | 2009E | 2010E |
|---|---|---|---|---|---|---|
| EPS, $ | | (0.14) | (0.16) | 0.02 | (0.01) | 0.95 |
| CFPS, $ | | (0.09) | (0.16) | (0.04) | (0.03) | 1.08 |
| Production | Copper (t) | 0 | 0 | 0 | 0 | 13,012 |
| | Cobalt (t) | 0 | 0 | 0 | 0 | 3,319 |
| Cash cost | $/lb Cu | 0.00 | 0.00 | 0.00 | 0.00 | -1.16 |

UR – under review

Source: Company data, Renaissance Capital estimates

## Company description

Africo Resources is a Canadian mineral exploration and development company, founded in 2004. The company is advancing the development of its high-grade Kalukundi cobalt-copper deposit in the Katanga province of the DRC with the aim of first production in 2008. Africo has title to 75% of Kalukundi (through 100% ownership of H&J Swanepoel Family Trust) and Gécamines has a 25% free carry. The project has reserves of 0.18mnt Cu and 54kt Co. Average production will be around 15,250t Cu, 3,290t Co per year (finished product) for 10 years.

## Project description

**Kalukundi project – 75% ownership**

The Kalukundi project is located 60km east of Kolwezi and just 4km north of the main road between Likasi and Kolwezi. The project was owned by Gécamines and held through an agreement with JCI Gold Limited, who were undertaking an evaluation of the property. In 2000/2001 a programme of exploration was undertaken, which expanded into a scoping study, to determine the feasibility of developing the Kalukundi Project into a mining operation. A feasibility study was completed in May 2006, confirming the presence of mineable oxide ore reserves amenable to a 10-year operation by opencast mining methods, with high recoveries of copper and cobalt though SX-EW (Solvent Extraction – Electro Winning).

The deposit consists of 12 fragments of the mineralised lower Roan strata; however, the mine plan just focuses on four: Principal, Anticline, Kalukundi and Kii fragments. There is considerable scope to increase the initial reserve base of 7.8mnt of ore by converting some of the inferred resources to reserves through additional drilling on the four main fragments evaluated to date. In addition, drilling of other mineralised fragments on the property is planned. Surface evaluation work has demonstrated significant ore potential on at least three fragments. We have modelled an additional five years life-of-mine at this stage.

The project could process 0.8mn tpa, with a strip ratio of 4:1 to produce 15,250t of copper and 3,290t of cobalt per year at cash costs of -$0.15/lb for copper (net of bi-products) by contractual mining. The capital cost of the project is $174mn (including the pre-strip), with a two-year construction and development period. We estimate first production will be in 3Q09 with saleable product in 1Q10.

## Reserves & resources

- **Proven & probable reserves –** 7.8mnt at 2.37% Cu, 0.69% Co for 186Kt Cu and 54Kt Co
- **Measured resource –** 9.65mnt at 2.45% Cu, 0.61% Co for 237Kt Cu and 59Kt Co
- **Indicated resource –** 2.46mnt at 2.46% Cu, 0.61% Co for 57Kt Cu and 15Kt Co
- **Inferred resource –** 15.02mnt at 2.63% Cu, 0.58% Co for 395Kt Cu and 87Kt Co

Resources include reserves and resources only defined down to 200m, orebody in many instances is open downdip.

### Project location

Location of the Kalukundi project




Kalukundi licence showing the mineralised fragments




Source: Company data

## Project title

After 31 Mar 2007, Africo was informed that a decision by a court in Lubumbashi, DRC, cited that AKAM Mining (a local company) has title to 75% of Swanmines (owner of the Kalakundi project) and Gécamines owns the other 25%. This ownership was through a purchase agreement for $0.6mn from a former employee who claimed title to the deposit. The case for judicial misconduct by the Lubumbashi court for awarding the title to AKAM was presented to the Supreme Court of Justice. The ruling was that the actions of the judges in certain matters could not be examined by the Supreme Court as they took the form of orders and not judgements. This matter has been referred back to the local court (Lubumbashi) to reside upon.

The International Finance Corporation (IFC), the private sector arm of the World Bank Group has agreed to participate in $7.6mn equity and up to $40mn in debt funding for the Kalukundi Project. The proposal details IFC's intention to subscribe for approximately 2,877,697 units of Africo Resources at a price per unit of CAN$2.78 for gross proceeds of approximately CAN$8mn ($7.6mn). Each unit is comprised of one share and one warrant. Each warrant entitles the holder to acquire an additional share at a price of CAN$3.48 for a period of six years. We believe this is a strong endorsement for the project and title ownership for Africo Resources.

Until we gain more clarity of surety of tenure for Kalukundi we will rank the stock **UNDER REVIEW**.

## Management

**Chris Theodoropoulos; chairman** – for the past 20 years he has practised in the fields of corporate, securities, mining and commercial law. He is currently an associate counsel with the law firm of Getz Prince Wells LLP.

**Dr Tony Harwood; president and CEO** – prior to joining Africo he was vice president of generative exploration (Africa-Eurasia) for Placer Dome Inc., a position he held for eight years. Prior to joining Placer, Harwood founded a consulting company that operated for 10 years and also lectured at universities in South Africa and the UK.

**Dr David Adamson; non executive director** – currently president and CEO of Rubicon Minerals, a company listed on the TSX. He has extensive experience in marketing and capital raisings, particularly in North American markets. As a former president of Africo Resources he was instrumental in the acquisition of the Kalukundi copper cobalt project and the delivery of a positive feasibility study on the project.

**Tinus Maree; non executive director** – a lawyer by training, he was a partner in a leading law firm in South Africa for 10 years before retiring from legal practice in June 1998 to found the River Group, a boutique investment banking firm with offices in South Africa and Canada. Maree has advised on numerous M&A transactions in North America, Europe, Africa and Asia over the last decade.

**Dr John Dixon; non executive director** – was a consultant to Placer Dome and Tiomin Resource Inc for target generation in southern and East Africa. Dixon is one of the founding members of Africo Resources and currently president of Oryx Mining and Exploration, an African gold exploration company.

**Grant Pierce OAM; country manager –** 20 years of experience in both open-cut and underground mining, eight years of which have been in Africa. He has held a number of senior management positions including operations manager of the Golden Pride project in Tanzania and more recently executive general manager for Barrick Gold Corporation in Tanzania.

## Rating/valuation/impediments

Our NAV for the mine is CAN$3.22 per share. Assuming the revised appeal for judicial misconduct is awarded to Africo, we would normally apply a 1.0x P/NAV multiple to our NAV to derive a target price of CAN$3.25 per share. **However, until we gain a further understanding of the outcome of the title review, we will remain Under Review.**

**Risk-reward -** Our NAV at 10% for the Kalukundi asset is CAN$3.22 per share. As the company gets closer to development and we see a clear path to production from the Kalukundi asset we will likely reduce our discount rate on this key asset to 8%, implying an upside value of CAN$4.17 per share. Further out, as the company achieves full production, we believe that the market will start to value the asset on a multiple of future earnings, thus offering the investor further upside.

The key impediments to Africo shares achieving our target price include the success (or lack thereof) of title ownership, development risk, financing risk for the remainder of the capital requirement, changes in country-risk premiums and exploration success. Also, as with all metal mining and processing companies, world economic growth, commodity prices and currency fluctuations could have a material impact on revenue, while energy, people and environmental costs have the potential to materially affect the overall cost structure.

## Investment rationale

**Strong management team –** Africo has a strong management team with an engineering and development bias to develop the Kalukundi project. The asset provides good exploration upside beyond the 10 year life-of-mine and we believe management will aggressively seek to expand the reserve base over the next few years.

**Production growth –** Given the oxide nature of the deposit, the project is amenable to a simple ore flow sheet and the SX-EW plant will be modular for incremental expansion as more reserves are delineated. This equity offers the investor value accretion through a reduction in production risk and a re-rating as the market will value the asset on a multiple of future earnings, implying a value of CAN$4.50 per share.

**Leveraged play –** A 10% increase in our forecast copper prices increases NAV (10%) by 15.6%, and 10% increase in our cobalt price increases our NAV (10%) by 23.3%.

# Africo Resources financial summary

| TSX:ARL | Share price | $0.78 | CAN$0.82 |
|---|---|---|---|
| | MktCap (mn) | $22 | CAN$23 |

Fiscal year ending 31 Dec, $mn unless noted

| Ratio analysis | FY06 | FY07E | FY08E | FY09E |
|---|---|---|---|---|
| Av. shares outstanding, mn | 19.1 | 30.4 | 63.0 | 63.0 |
| Net income | -2.7 | -4.7 | 1.3 | -0.9 |
| EPS, $/sh | -0.14 | -0.16 | 0.02 | -0.01 |
| P/E multiple, x | nm | nm | nm | nm |
| Operating cash flow | -1.7 | -4.7 | -2.6 | -1.6 |
| CFPS before working cap, $/sh | -0.09 | -0.16 | -0.04 | -0.03 |
| Price/CF,x | nm | nm | nm | nm |
| Dividends per share, $/sh | $0.00 | $0.00 | $0.00 | $0.00 |
| Dividend yield*, % | 0.0% | 0.0% | 0.0% | 0.0% |
| LTD/(total cap), 5 | 0.0% | 0.0% | 19.4% | 19.2% |

| Income statement | FY06 | FY07E | FY08E | FY09E |
|---|---|---|---|---|
| Sales rev. incl. royalties | 0.0 | 0.0 | 0.0 | 0.0 |
| Operating costs | 0.0 | 0.0 | 0.0 | 0.0 |
| EBITDA | -2.6 | -5.0 | -5.6 | -5.6 |
| DD&A | 0.0 | 0.0 | 0.0 | 0.0 |
| EBIT | -2.6 | -5.0 | -5.6 | -5.6 |
| Net interest expense | 0.1 | 0.4 | 0.9 | -3.3 |
| EBT | -2.5 | -4.6 | -4.7 | -8.9 |
| Non-Recurring Items/Other | -0.2 | -0.2 | 0.0 | 0.0 |
| Taxes/Recovery | 0.0 | 0.0 | 0.0 | 0.0 |
| Minority interest | 0.0 | 0.0 | 0.0 | 0.0 |
| Net income | -2.7 | -4.7 | -4.7 | -8.9 |
| Shares o/s | 19.1 | 30.5 | 63.1 | 63.1 |
| EPS, $/sh | ($0.14) | ($0.16) | $0.02 | $0.01 |

| Cash flow | FY06 | FY07E | FY08E | FY09E |
|---|---|---|---|---|
| Cash flows from operating activities | | | | |
| Net income | -2.7 | -4.7 | -4.7 | -8.9 |
| DD&A | 0.0 | 0.0 | 0.0 | 0.0 |
| Deferred taxes | 0.3 | 0.0 | 0.0 | 0.0 |
| Interest received | -0.1 | -0.3 | -3.9 | -0.7 |
| Non Recurring/Other | 1.1 | 0.3 | 0.0 | 0.0 |
| Working cap. changes | 0.1 | -0.1 | 0.0 | 0.0 |
| Net operating cash flow | -1.3 | -4.8 | -8.6 | -9.6 |
| Cash flows from investing activities | | | | |
| Capital expenditure (net) | -3.4 | -5.8 | -135.9 | -31.5 |
| Acquis./Investments | -1.6 | 1.6 | 3.9 | 0.7 |
| Net investing cash flow | -5.1 | -4.2 | -132.0 | -30.8 |
| Cash flows from financing activities | | | | |
| Equity issues (net of costs) | 16.2 | 132.1 | 0.0 | 0.0 |
| Net borrowings | 1.1 | 0.0 | 40.0 | 0.0 |
| Dividends paid & other | 0.0 | 0.0 | 0.0 | 0.0 |
| Net financing cash flow | 17.3 | 132.1 | 40.0 | 0.0 |
| FX adjustment | -0.1 | 0.5 | 0.0 | 0.0 |
| Net change in cash | 10.9 | 123.5 | -100.6 | -40.4 |
| Cash at end of year | 13.2 | 136.8 | 36.2 | -4.2 |

| Balance sheet | FY06 | FY07E | FY08E | FY09E |
|---|---|---|---|---|
| Cash & equivalents | 13.2 | 136.8 | 42.2 | 9.8 |
| Total current assets | 13.3 | 137.0 | 42.4 | 10.1 |
| PP&E & mining interests | 10.4 | 24.1 | 160.1 | 191.6 |
| Exploration & evaluation | 4.7 | 0.0 | 0.0 | 0.0 |
| Other | 2.3 | 0.0 | 0.0 | 0.0 |
| Total assets | 30.6 | 161.2 | 202.5 | 201.6 |
| Current liabilities | 0.6 | 1.4 | 1.4 | 1.4 |
| LT debt | 0.0 | 0.0 | 40.0 | 40.0 |
| Other LT liabilities | 1.9 | 3.5 | 3.5 | 3.5 |
| Total liabilities | 2.4 | 5.0 | 45.0 | 45.0 |
| S/Holder Equity | 28.1 | 156.2 | 157.8 | 156.6 |
| Total liab. & s/holder equity | 30.6 | 161.2 | 202.5 | 201.6 |
| Working cap | 12.7 | 135.6 | 41.0 | 8.6 |

| Stock rating: | UR | Implied return: | nm |
|---|---|---|---|
| Target price: | UR | NAV (at 8%): | CAN$3.22 |

| Prices/Exchange rates | | FY06 | FY07E | FY08E | FY09E |
|---|---|---|---|---|---|
| Copper | $/lb | $3.03 | $3.26 | $3.25 | $3.00 |
| Cobalt | $/lb | $17.35 | $28.98 | $25.00 | $20.00 |

| Mine/Equity production | FY06 | FY07E | FY08E | FY09E |
|---|---|---|---|---|
| Attrib.contained Cu payable, t | 0 | 0 | 0 | 0 |
| Attrib. contained Co payable, oz | 0 | 0 | 0 | 0 |
| Cash cost (C1) net by-products, $/lb | nm | nm | nm | nm |
| Total cost (C3) net by-products, $/lb | nm | nm | nm | nm |

| Share reserves, resources | | | | |
|---|---|---|---|---|
| Attributable reserves: (P&P) | Cu mnt | 0.19 | Co t | 0.05 |
| Attributable resources:(M,I,I)* | Cu mnt | 0.52 | Co t | 0.12 |

| Other data | | | |
|---|---|---|---|
| Issued shares | 27.9mn | 12M high: | CAN$5 |
| Issued shares (fully diluted) | 35.7mn | 12M low: | CAN$1.68 |




| | FY06 | FY07E | FY08E | FY09E | FY10E |
|---|---|---|---|---|---|
| Attrib. Cu payable (t) | 0 | 0 | 0 | 0 | 13,012 |
| Attrib. C0 payable (t) | 0 | 0 | 0 | 0 | 3,319 |

Estimated share valuation (f.d basis) - Net Asset Value basis

| Projects | % Ownership | $mn | $/Sh | CAN$/Sh |
|---|---|---|---|---|
| Kalukundi (DRC) at 10% | 75% | 104.9 | $3.48 | 3.66 |
| Net operating assets | | 104.9 | $3.48 | 3.66 |
| Options (1.89mn at C$1.25) | | 2.3 | $0.07 | 0.08 |
| Working cap | | 13.0 | $0.43 | 0.45 |
| Debt | | 0.0 | $0.00 | 0.00 |
| Corporate G&A | | -27.86 | -$0.93 | -0.97 |
| NAV (at 10%) | | 107.9 | $3.06 | CAN$3.22 |

NAV Sensitivities:

| | $mn | $/Sh | CAN$/Sh |
|---|---|---|---|
| NAV (at 6%) | 154.7 | $5.14 | 5.40 |
| NAV (at 8%) | 119.7 | $3.98 | 4.17 |
| NAV (at 10%) | 92.3 | $3.06 | 3.22 |
| NAV (at 12%) | 70.6 | $2.35 | 2.46 |
| NAV (at 15%) | 74.6 | $2.48 | 2.60 |

*Resources include reserves

Estimates share valuation - peak earnings method

| 6.0x 2010 EPS at 10% disc.rate | 2007E | 2008E | 2009E | 2010E |
|---|---|---|---|---|
| CAN$4.50 | 0.00 | 0.00 | 0.00 | 5.99 |

Source: Company Reports; Renaissance Capital estimates