# EXHIBIT 4

# Africo Resources Ltd.

Report to the Audit Committee
of the Board of Directors
March 24, 2008

PRICEWATERHOUSECOOPERS

**PricewaterhouseCoopers LLP**
**Chartered Accountants**
PricewaterhouseCoopers Place
250 Howe Street, Suite 700
Vancouver, British Columbia
Canada V6C 3S7
Direct Tel +1 604 806 7000
Facsimile +1 604 806 7806

March 24, 2008

Mr. David Adamson, Chairman of the
Audit Committee of the Board of Directors
Africo Resources Ltd.
1108 – 1030 West Georgia Street
Vancouver, BC V6E 2Y3

Dear Mr. Adamson:

We have substantially completed our audit of the consolidated financial statements of Africo Resources Ltd. for the year ended December 31, 2007 and propose to issue an unqualified report dated March 28, 2008 on those financial statements. Our draft report is included as Appendix A.

We have issued the accompanying report to assist members of the committee in their review of the consolidated financial statements. At the audit committee meeting to be held on March 28, 2008, we will be responding to questions from the committee relating to our audit.

We would like to express our thanks to the management and staff of the company who have assisted us in carrying out our work. We look forward to meeting with you and the other members of the committee to discuss the contents of this report and any other matters which you consider appropriate.

Yours very truly,

PricewaterhouseCoopers LLP

Mark Platt
Incorporated Partner and Engagement Leader
Audit and Assurance Group

cc: Members of the Audit Committee
Mr. Michael O'Brien, CFO

PricewaterhouseCoopers refers to the Canadian firm of PricewaterhouseCoopers LLP and the other member firms of PricewaterhouseCoopers International Limited, each of which is a separate and independent legal entity.

# Contents

Status of the audit ........ 1

Significant audit, accounting and reporting matters ........ 2

Required communications to the audit committee ........ 6

Communicating control weaknesses ........ 8

2007 Fees ........ 9

Evolving accounting, auditing and regulatory developments ........ 10

# Appendices

Appendix A: Audit Opinion
Appendix B: Management Representation Letter
Appendix C: Independence Letter
Appendix D: Summary of Unadjusted & Adjusted Differences
Appendix E: Summary of Control Weaknesses
Appendix F: IFRS Publications
Appendix G: Financial Reporting Release

# Status of the audit

We have substantially completed our audit of the 2007 consolidated financial statements of Africo Resources Ltd. (Africo or the Company) pending the completion of the items noted below under "Remaining items to complete". Our audit has been performed substantially in accordance with the plan and timeline previously communicated to the audit committee.

## Remaining items to complete

The report will be issued once we have completed final testing of the Company's year-end financial reporting process. The following items also will need to be completed prior to issuance of our opinion:

- Audit Committee approval of financial statements
- Review of final consolidated financial statements and management's discussion and analysis (MD&A)
- Receipt of signed management representation letter

Legal letter from Lukombe Nghenda, one of the legal counsel for the Berardone case and legal dispute with Akam Mining in the DRC

# Significant audit, accounting and reporting matters

Below is an update of the risk analysis we previously presented to you in our Audit Plan, as well as a summary of the significant audit, accounting, and financial reporting matters that should be brought to your attention as a result of our audit. With respect to the matters noted below, we accept management's accounting treatment in the context of the financial statements as a whole.

## a) Update on risks identified in our client service plan

| Risk previously identified | Matters arising |
|---|---|
| **Mineral Property - Ownership**<br>Africo's interest in the Kalukundi project has been challenged. The court of Lubumbashi accepted a third party claim that it had acquired 75% of Swanmines at a sale in execution pursuant to the legal judgment with respect to the proceeding initiated by a former Africo employee against the Company. | We enquired with the Company's legal counsels and noted no other claims other than legal disputes relating to the Berardone case and Akam Mining. Both cases are still in litigation and there has been no resolution to the cases.<br><br>The Company has disclosed these in Note 2 (Contingencies and Measurement Uncertainty) of the financial statements stating uncertainty over the title ownership of Swanmines. We have reviewed this note disclosure to ensure it is appropriate. |
| **Mineral Property – Estimates/Impairments**<br>The carrying value of the Kalukundi properties may not be recoverable through future cash flows. | Based on our discussions with management and review of press releases, there is no impairment in the carrying value of the Kalukundi property. A feasability study completed in May 2006 had a projected NPV of $162.9 million for the mine and copper and cobalt prices have appreciated substantially from that time.<br><br>The Company had the intention of going into mine development; however, this has been halted due to the legal dispute relating to ownership of Swanmines as noted above. The Company intends to continue with development upon resolution of the litigation. If the resolution to the litigation is unfavourable, the Company may be required to write-down or write off the property's carrying value. |
| **Income Taxes – Complexity of Transactions / GAAP**<br>Africo has significant overseas operations and accounting for income taxes will need to take local tax regulations into account. | We have reviewed the work performed by PwC Lubumbashi relating to FIT provision. We have also reviewed the consolidated income tax disclosure to gain assurance that it is appropriate. Refer to Appendix D for the Summary of Adjusted Differences found for the FIT provision. |

| Risk previously identified | Matters arising |
|---|---|
| Implication of the shift from equity accounting to the consolidation of H&J Swanepoel Family Trust s.p.r.l. ("H&J") may be complex. | We have reviewed the purchase price allocation for the equity pick-up for the H&J Swanepoel Family Trust sprl (H&J) and the consolidation entries relating to H&J. No exceptions were noted. The only issued noted for H&J was the ownership of shares relating to the Company. Refer to Other audit findings for further details. |
| **Options/Other Arrangements – Complexity of Transactions/GAAP**<br>Stock-based compensation charges may be significant and require significant management estimates. | We have performed our own analysis relating to amounts recorded as stock-based compensation expense or as capitalized in mineral property to ensure that the underlying assumptions are reasonable. Based on our analysis, we have recommended several adjustments. Refer to Appendix D for Summary of Unadjusted and Adjusted Differences. |
| **Accruals/ Provisions – Estimates and Reserves**<br>From our discussion with management, there are some expenditure-based taxes in the DRC that may require accruals to the extent not paid by year-end. | We have reviewed PwC Lubumbashi's reporting to us relating to completeness over the DRC's tax and other liabilities. No significant issues were noted for the completeness of the DRC taxes and other liabilities. However, it was noted that there were delays in the declaration and payment of some taxes. Refer to Communicating Control Weaknesses section. |
| **Contingencies/Commitments – Significant Contracts/Agreements**<br>Africo is involved in mineral property exploration and development activity. As a result of these activities, asset retirement obligations may arise. Africo may have commitments to incur certain expenditures to fulfill earning requirements as a result of entering into arrangements with the local government. | As a result of our audit procedures, we have determined that an asset retirement obligation exists and have recommended this adjustment to management. Management agrees with the adjustment and has adjusted accordingly. Refer to Appendix D for Summary of Adjusted Differences. |
| **Going Concern**<br>Africo is a development stage company and has no revenue stream and is dependent on future equity and/or debt financing to raise capital for exploration and development. | As current cash cannot sustain operating costs for a period of one year and due to uncertainty over title ownership of the Kalukundi property, there is substantial doubt about the Company's ability to continue as a going concern for the foreseeable future.<br><br>The Company has disclosed a going concern note (Note 1) in the financial statements. We have reviewed this disclosure, including discussions with our risk management partner, and consider that it is appropriate. |

## b) Other audit findings

Below is a summary of other significant audit, accounting and financial reporting matters that we bring to your attention as a result of our audit:

| Issue | Observation and findings |
|---|---|
| **Uncertainty of Mineral Property Title for Kisankala**<br><br>Africo's ownership interest in Swanmines sprl ("Swanmines"), which is the entity that owns the Kalukundi project, may be at risk due to the government letter revisiting the mining agreement with respect to Swanmines. | The Company informed us that Swanmines has received written notification from the DRC Minister of Mines of the results of the revisitation of the mining agreement with respect to Swanmines ownership of the concession.<br><br>The Company has responded to the government letter. We have reviewed the Company's response and noted they have responded to all of the government's requests.<br><br>Management is currently awaiting the final decision of the government.<br><br>The Company has disclosed the above as a subsequent events note (Note 11) in the financial statements. We have reviewed this disclosure to ensure it is appropriate. |
| **Ownership to H&J Shares**<br><br>An issue was noted during the course of the audit as to whether Africo legally holds a 100% ownership of H&J. | The 52% shares held by Kisankala Mining Corp (a wholly owned subsidiary of Africo) were conveyed inadvertently to Antony Harwood (CEO), a Company representative at the meeting, instead of Africo during a November 26, 2007 special general meeting. Management brought this to our attention when the H&J meeting minutes were read.<br><br>The documents have been notarized with Antony Harwood (CEO) as the shareholder of the 52% shares of H&J, thus making him the legal shareholder.<br><br>Management is in the process of correcting the situation to transfer the 52% H&J shares back to Africo. An irrevocable undertaking document signed by Antony Harwood declaring that he is only holding the 52% shares in trust for Kisankala has been received by management. Management is also working with their DRC legal counsel to have the shares transferred to the Company.<br><br>We have agreed with management's conclusions that it is appropriate to consolidate H&J during 2007 as it was never the CEO's intention to acquire the shares and based on the above actions taken by management. |

| Issue | Observation and findings |
|---|---|
| **Ownership of Swanmines Shares**<br>The issue is the H&J ownership percentage of Swanmines shares which will affect its minority interest and the consolidation of Swanmnines' accounts. | Consistent with the prior year, the shareholding of Swanmines as agreed in the amendment no. 3 to the Statutes of Swanmines (75% share for H&J and 25% share for Gecamines) is not yet in place. A formal shareholders' meeting has not yet taken place to confirm the change in Swanmines ownership. To date, the shareholding is still legally 55% H&J and 45% Gecamines, thus the shareholding is not consistent with amendment no. 3.<br><br>Management has confirmed in their letter response to the Ministry of Mines in the DRC as noted above that H&J owns 75% of Swanmines. If this statement is challenged due to this issue, this could adversely affect the Company's position when the government reviews their response letter and gives the final decision on the Company's Kisankala mining title.<br><br>Management noted that a shareholders' meeting cannot be held immediately due to the legal dispute currently ongoing. Management will rectify the situation as soon as practicable.<br><br>This issue does not currently impact the consolidation of Swanmines and the financial statements as the Company is loss making and Gecamines is not assured to pick up its share of losses incurred. |

# Required communications to the audit committee

Generally Accepted Auditing Standard 5751 and other professional standards require the external auditors to communicate certain matters to the Audit Committee that may assist the audit committee in overseeing management's financial reporting and disclosure process. Below we summarize these required communications as they apply to Africo.

| Matter to be communicated | Auditors' response |
|---|---|
| Auditors' responsibility under Canadian generally accepted auditing standards | The financial statements are the responsibility of management. Our audit was designed in accordance with auditing standards generally accepted in Canada to provide reasonable, rather than absolute, assurance that the consolidated financial statements are free of material misstatement. As a part of the audit, we obtained an understanding of internal controls sufficient to plan our audit and to determine the nature, timing and extent of testing performed. |
| The auditors' professional judgment on the qualitative aspects of accounting principles including:<br>▪ initial selection of and changes in significant accounting policies<br>▪ effect of significant accounting policies<br>▪ existence of acceptable alternative policies and methods<br>▪ effect of significant unusual transactions<br>▪ issues involved and related judgments made by management in formulating particularly sensitive accounting estimates and disclosures<br>▪ basis for the auditors' conclusions regarding the reasonableness of estimates<br>▪ factors affecting asset and liability carrying valuestiming of transactions that affect the recognition of revenue or avoid recognition of expenses | There was one significant accounting change from the prior year relating to the acquisition of Swanmines and no new accounting policies were adopted other than the adoption of Financial Instruments.<br><br>There are a number of areas were significant estimates are used in the financial statements:<br>• Impairment of mineral properties<br>• Contingent liabilities including matters in litigation<br>• Tax provisions and future tax balances<br>• Asset retirement obligations<br>• Stock-based compensation. |
| Significant audit adjustments | See Appendix D for a summary of significant unadjusted and adjusted differences. |
| Potential effect on the financial statements of any significant risks and exposures | We are not aware of any significant risks or exposures that could materially affect the consolidated financial statements. |
| Material uncertainties related to events and conditions that may cast doubt on the ability to continue as a going concern | The litigation over title ownership of the Kalukundi property has resulted in measurement uncertainty of the Company's claim to title of the property. As well, the Company's current obligations and the Company's liquidity have cast substantial doubt on the Africo's ability to continue as a going concern. |
| Material weaknesses in internal control | Please see section title "Communicating control weaknesses." |

| Matter to be communicated | Auditors' response |
|---|---|
| Other information in documents containing audited/reviewed financial information | We have read the MD&A and have considered whether its content or manner of presentation is materially inconsistent with the financial information covered by our report or whether it contains a material misstatement of fact.<br><br>Based on our reading, we noted no instances of inconsistent content or presentation or material misstatement of fact. |
| Disagreements with management | During our audit, we received full co-operation from management and had no disagreements about matters that individually or in the aggregate were significant to the company's consolidated financial statements, the effectiveness of internal control or our audit report. |
| Management's consultation with other accountants | Management has advised us that it has not relied on consultations with other accounting firms regarding any significant accounting matters in 2007. |
| Significant issues discussed, or subject to correspondence, with management prior to retention | There were no issues discussed or subject to correspondence, with management in connection with the reappointment of PricewaterhouseCoopers LLP as independent accountants for 2008. |
| Significant difficulties encountered during the audit | No difficulties were encountered while performing our audit that require the attention of the audit committee. |
| Fraud and illegal acts | No irregularities, fraud or illegal acts involving senior management, or that would cause a material misstatement of the consolidated financial statements, came to our attention as a result of our audit procedures. |
| Related party transactions not in the normal course of operations and involving significant judgments made by management concerning measurement and disclosure | Related party transactions were in the normal course of operations. We reviewed related party note disclosure (note #4 in the financial statements) to ensure it is appropriate. |
| Independence | Our annual independence confirmation is included in Appendix C. |
| Other matters<br>▪ Auditors' report<br>▪ Modified auditors' report | <br>We have attached our auditors' report in Appendix A with an unqualified opinion. |
| Matters relating to component entities that are of significance in the context of the primary entity | No other matters relating to component entity that are not already communicated to audit committee. |

# Communicating control weaknesses

Professional standards require the auditor to communicate to management and the Audit Committee significant weaknesses in the design or operation of internal controls identified during the audit.

We considered the company's internal control over financial reporting as a basis for designing our audit procedures for the purpose of expressing our opinion on the [consolidated] financial statements but not for the purpose of expressing an opinion on the effectiveness of internal control over financial reporting.

We do, however, discuss our observations and recommendations with management during the course of our audit and highlight the following items designed to help the company improve internal controls and achieve operational efficiencies.

See Appendix E for a summary of the control weaknesses identified that should be brought to your attention as a result of our review.

# 2007 Fees

Actual fees invoiced for the period from January 1, 2007 to December 31, 2007 are as follows:

| Service description | Actual fees 2007 | Actual fees 2006 |
|---|---|---|
| Consolidated Financial Statement Audit | 94,338 | 67,000 |
| Quarterly reviews | 9,600 | 8,000 |
| **Audit services** | **103,938** | **75,000** |
| Prospectus | 30,580 | |
| Rubicon management information circular | 3,800 | |
| **Audit related services** | **34,380** | **-** |
| Tax services | - | - |
| **Tax services** | **-** | **-** |
| **Total services** | **138,318** | **75,000** |

# Evolving accounting, auditing and regulatory developments

1. As required by CICA 1506, the Company has included disclosure in the consolidated financial of new accounting and disclosure standards that will impact Africo in 2008 and 2009.

## CICA 1535 - Capital Disclosures

CICA 1535 establishes new disclosure requirements regarding capital and how the Company manages capital. This standard is effective for Africo for interim and annual financial statements commencing January 1, 2008. The standard requires qualitative and quantitative disclosure of the Company's objectives, policies and processes for capital management. There are no accounting changes arising from the implementation of this standard.

## CICA 3031 - Inventories

CICA 3031 supersedes CICA 3030, establishing standards for the measurement and disclosure of inventories. The standard is effective for Africo for interim and annual financial statements commencing on January 1, 2008. This standard aligns Canadian GAAP with the equivalent IFRS standard, IAS 2. The standard provides more detail on the definition of inventory cost and inventory costing methods.

## CICA 3862 and 3863 - Financial Instruments - Disclosures and Presentation

These new financial instrument sections, CICA 3862 (on disclosures) and CICA 3863 (on presentation) replace CICA 3861, revising and enhancing its disclosure requirements and carrying forward unchanged its presentation requirements. The standards are effective for Africo for interim and annual financial statements commencing on January 1, 2008. These standards align Canadian GAAP disclosure requirements with those contained in IFRS 7. The standards require significant additional quantitative and qualitative disclosures related to financial instrument policies, objectives and exposures.

## CICA 3064 – Goodwill and Intangible Assets

This new standard provides guidance on recognition, measurement, presentation and disclosure of goodwill and intangible assets. The standard is effective for Africo for interim and annual financial statements commencing on January 1, 2009. Concurrent with the adoption of this standard EIC-27, Revenues and Expenditures in the pre-operating period has been withdrawn. This will result in a change to the Company's accounting on the start up of mining operations, as pre-commercial production costs can no longer be capitalized as an asset. Transitional provisions, to be applied in 2009, will require retrospective restatement on adoption

2. The transition to IFRS for Canadian companies over the next 3 years will have significant implications for the subsidiary companies. We have included in **Appendix F** an IFRS update for your information.

3. **Appendix G** includes a copy of our Financial Reporting Release for January 2008.

# Appendix A

## Audit opinion

PRICEWATERHOUSECOOPERS

**PricewaterhouseCoopers LLP**
**Chartered Accountants**
PricewaterhouseCoopers Place
250 Howe Street, Suite 700
Vancouver, British Columbia
Canada V6C 3S7
Telephone +1 604 806 7000
Facsimile +1 604 806 7806

**Independent Auditors' Report**

To the Shareholders of Africo Resources Ltd.

We have audited the consolidated balance sheets of Africo Resources Ltd. as at December 31, 2007 and 2006 and the consolidated statements of operations, comprehensive loss and deficit and cash flows for two years then ended. These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audits.

We conducted our audits in accordance with Canadian generally accepted auditing standards. Those standards require that we plan and perform an audit to obtain reasonable assurance whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation.

In our opinion, these consolidated financial statements present fairly, in all material respects, the financial position of the Company as at December 31, 2007 and 2006 and the results of its operations and cash flows for the years then ended in accordance with Canadian generally accepted accounting principles.

DRAFT

**Chartered Accountants**

Vancouver, British Columbia, Canada
March __, 2008

PricewaterhouseCoopers refers to the Canadian firm of PricewaterhouseCoopers LLP and the other member firms of PricewaterhouseCoopers International Limited, each of which is a separate and independent legal entity.

# Appendix B

## Management representation letter

**Please put on Africo Resources Letterhead**

March 28, 2008

PricewaterhouseCoopers LLP
200 - 250 Howe Street
Vancouver, B.C.
V6C 3S7
Attention: Mark Platt

Dear Sirs:

We are providing this letter in connection with your audit of the consolidated financial statements of Africo Resources Ltd. ("Africo") as of December 31, 2007 and December 31, 2006 and for the years then ended for the purpose of expressing an opinion as to whether such consolidated financial statements present fairly, in all material respects, the financial position, results of operations and cash flows of Africo in accordance with Canadian generally accepted accounting principles. We confirm that we are responsible for the fair presentation in the consolidated financial statements of financial position, results of operations, and cash flows in accordance with generally accepted accounting principles and for establishing and maintaining disclosure controls and procedures and internal control over financial reporting as defined in Multilateral Instrument 52-109 *Certification of Disclosure in Issuers' Annual and Interim Filings,* and for performing an assessment of the design and operating effectiveness of disclosure controls and procedures, and an assessment of the design of internal control over financial reporting.

Certain representations in this letter are described as being limited to those matters that are material. Items are considered material, regardless of size, if they involve an omission or misstatement of accounting information that, in the light of surrounding circumstances, makes it probable that the judgment of a reasonable person relying on the information would have been changed or influenced by the omission or misstatement.

We confirm, to the best of our knowledge and belief, as of March 28, 2008, the date of your report, the following representations made to you during your audit:

1. The consolidated financial statements referred to above are fairly presented in accordance with Canadian generally accepted accounting principles and include all disclosures necessary for such fair presentation and disclosures otherwise required to be included therein by the laws and regulations to which Africo is subject.

2. The consolidated financial statements disclose all of the matters of which we are aware that are relevant to Africo's ability to continue as a going concern, including all significant conditions and events, mitigating factors and Africo's plans. Africo also has the intent and ability to take actions necessary to continue as a going concern. We have made available to you all relevant information on Africo's ability to continue as a going concern that could affect the financial statements, including the recoverability or classification of recorded assets or the amounts and classification of liabilities. Accordingly, Africo's financial statements are appropriately prepared on a going concern basis. This is subject to management's ability to obtain the necessary equity financing over the next few months and the Company's ability to prevail in the ongoing litigation.

3. We have made available to you all:

   a. Financial records and related data.

   b. Minutes of the meetings of shareholders, directors, and Audit or other committees of directors. The most recent meetings held were:

      - Board of Directors on December 19, 2007
      - Audit Committee on January 31, 2008
      - Compensation Committee on November 20, 2007

4. We are unaware of any known or probable instances of non-compliance with the requirements of regulatory authorities, including their financial reporting requirements.

5. We have no knowledge of any violations or possible violations of laws or regulations the effects of which should be considered for disclosure in the consolidated financial statements or as the basis for recording a contingent loss.

6. There are no material transactions, agreements or accounts that have not been properly recorded in the accounting records underlying the consolidated financial statements.

7. The effects of the uncorrected misstatements in the financial statements summarized in the accompanying schedule (Appendix A) are immaterial, both individually and in the aggregate, to the financial statements taken as a whole.

8. (a) We have designed disclosure controls and procedures to provide reasonable assurance that material information relating to the Africo, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which the annual filings are being prepared.

   (b) We have designed internal control over financial reporting to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with Canadian generally accepted accounting principles.

(c) We have performed an assessment of the effectiveness of Africo's disclosure controls and procedures and concluded that Africo maintained effective disclosure controls and procedures as of December 31, 2007.

9. We have disclosed to you all deficiencies in the design or operation of disclosure controls and procedures and internal control over financial reporting identified as part of management's assessment as of December 31, 2007.

10. There are no significant weaknesses in the design or operation of internal control over financial reporting that are reasonably likely to adversely affect Africo's ability to record, process, summarize and report financial data.

11. We acknowledge our responsibility for the design and implementation of programs and controls to prevent and detect fraud and error. We have disclosed to you the results of our assessment of the risk that the financial statements may be materially misstated as a result of fraud.

12. We have no knowledge of any fraud or suspected fraud affecting Africo involving:

a. Management,

b. Employees who have significant roles in internal control, or

c. Others where the fraud could have a non-trivial effect on the consolidated financial statements.

13. We have no knowledge of any allegations of fraud or suspected fraud affecting Africo received in communications from employees, former employees, analysts, regulators, short sellers, or others.

(As to items 12, 13 and 14, we understand the term "fraud" to mean those matters described in CICA Handbook S. 5135 – *The Auditor's Responsibility to Consider Fraud and Error*.)

14. Management is not aware of any illegal or possibly illegal acts committed by the Company's directors, officers or employees acting on the Company's behalf.

15. a. We have identified to you all known related parties and related amounts receivable by or payable to Africo and all transactions therewith, including (but not limited to) sale and purchase transactions that have not been given accounting recognition (such as management services without charge), non-monetary transactions, loans, transfers, leasing arrangements and guarantees. We understand the term "related party" to include those entities and individuals described in CICA Handbook S. 3840 – *Related Party Transactions* which include, but are not limited to directors, officers, senior members of management, or immediate family members of such individuals, or entities over which these individuals are able to exert significant influence.

b. The list of related parties attached to this letter as Appendix B accurately and completely describes Africo's related parties and the relationship of Africo with such parties.

16. All related party transactions have been appropriately measured and disclosed in the consolidated financial statements.

17. All liabilities and contingencies, including those associated with guarantees, whether written or oral, under which Africo is contingently liable in accordance with AcG-14 *Disclosure of Guarantees*, have been disclosed to you and are appropriately reflected in the consolidated financial statements.

18. Significant estimates, measurement uncertainties, and risks known to management that are required to be disclosed in accordance with CICA Handbook S. 1508 – *Measurement Uncertainty* and CICA Handbook S. 3860 – *Financial Instruments - Disclosure and Presentation,* have been appropriately disclosed.

19. Africo has satisfactory title to all owned assets, and there are no liens or encumbrances on such assets nor has any asset been pledged as collateral, except as disclosed in the consolidated financial statements.

20. We have no plans or intentions that may materially affect the carrying value or classification of assets and liabilities.

21. All contractual arrangements entered into by Africo with third parties have been properly reflected in the accounting records or, where material (or potentially material) to the financial statements, have been disclosed to you. Africo has complied with all aspects of contractual agreements that would have a material effect on the consolidated financial statements in the event of noncompliance, including all covenants, conditions or other requirements of all outstanding debt.

22. Africo has adopted CICA Section 3855 - *Financial Instruments – Recognition and Measurement*, as of January 1, 2007 and as a result Africo has recognized and/or re-measured all financial assets, financial liabilities and non-financial derivatives as appropriate on January 1, 2007. Upon adoption any recognition of a new financial instrument, or any adjustment to the carrying value of an existing financial instrument, or financial statement balance, has been recognized as an adjustment to opening retained earnings except when a financial asset was classified as available for sale. For available-for-sale financial assets, the no adjustment was needed as a component of opening accumulated other comprehensive income.

23. Receivables recorded in the consolidated financial statements represent bona fide claims against debtors for sales or other charges arising on or before the balance sheets dates and are not subject to discount except for normal cash discounts. Receivables classified as current do not include any material amounts which are collectible after one year. All receivables have been appropriately reduced to their estimated net realizable value.

24. All liabilities of Africo of which we are aware are included in the consolidated financial statements at the balance sheet dates. There are no other liabilities or gain or loss contingencies that are required to be accrued or disclosed by CICA Handbook S. 3290 – *Contingencies*. All claims and possible claims which existed at the balance sheet date or exist now, have been disclosed to you whether or not they have been discussed with legal counsel.

25. Africo has appropriately reconciled its books and records (e.g., general ledger accounts) underlying the consolidated financial statements to their related supporting information (e.g., sub ledger or third-party data). All related reconciling items considered to be material were identified and included on the reconciliations and were appropriately adjusted in the consolidated financial statements. There were no material unreconciled differences or material general ledger suspense account items that should have been adjusted or reclassified to another account balance. There were no material general ledger suspense account items written off to a balance sheet account, which should have been written off to an income statement account and vice versa. All consolidating entries have been properly recorded. All intracompany and intercompany accounts have been eliminated or appropriately measured and considered for disclosure in the consolidated financial statements.

26. The method used to determine our liabilities for potential assessments from taxing authorities has been applied on a basis and the resulting liabilities are supported by specifically identified income tax exposures.

27. For recorded or disclosed amounts in the consolidated financial statements that incorporate fair value measurements, we confirm that:

    a) The measurement methods are appropriate and consistently applied.

    b) The significant assumptions used in determining fair value measurements represent our best estimates, are reasonable, and have been consistently applied.

    c) The significant assumptions used in determining fair value measurements are consistent with Africo's planned courses of action. We have no plans or intentions that have not been disclosed to you which may materially affect the recorded or disclosed fair values of assets or liabilities.

28. There have been no events or changes in circumstances that indicate the carrying value of a mineral properties is not recoverable; accordingly management was not required to perform an impairment test in accordance with CICA 3063 "Impairment of Long-lived Assets" during the period. We believe that the carrying amount of Africo Resources Ltd.'s long-lived assets is fully recoverable despite: (i) the title dispute on the Kalukundi property; (ii) the letter from the DRC Ministry of Mines relating to a potential re-assessment of the ownership of the Kalukundi project. The company is taking all necessary steps to ensure the mineral property rights are in good standing.

29. Africo Resources Ltd. has adopted and applied the relevant provisions of AcG-15, *Consolidation of Variable Interest Entities.* Management has concluded that Africo does not have any variable interest entities that fall under the criteria of AcG-15.

30. We confirm that commitments related to environmental matters have been measured and disclosed, as appropriate, in the financial statements.

31. Africo has reviewed tangible long-lived assets, operating lease agreements and other agreements for associated asset retirement obligations (AROs), and have recognized related liabilities where required, in accordance with CICA 3110 "Asset Retirement Obligations". The methods and assumptions used to measure the fair value of recorded AROs are appropriate and reasonable under the circumstances and utilize the best available information from the Environmental Manager in the DRC.

32. We confirm that we have received irrevocable undertakings from Antony Harwood (CEO) as follows:

- that he is holding the 52% shares of H&J Swanepoel Family Trust s.p.r.l. (H&J) in trust for Africo until such time as the proper measures are taken to re-transfer the shares to Africo which will be expedited as soon as possible; and

- that any voting rights will be exercised on behalf of and in trust for Africo and in accordance with Africo's wishes.

We believe based on above that consolidation of H&J is appropriate.

33. We confirm other than disclosed to you in respect of:

- Akam/Berardone legal matters;

- outstanding General Meeting for Swanmines to confirm our 75% ownership interest.

We are not aware of any event or matter likely to have a material effect on the financial statements.

To the best of our knowledge and belief, (1) no events have occurred subsequent to the balance sheet date and through the date of this letter that would require adjustment to or disclosure in the aforementioned consolidated financial statements; and (2) no changes in disclosure controls or procedures or internal control over financial reporting or other factors that might significantly affect internal control over financial reporting, including any corrective actions taken by management with regard to significant weaknesses, have occurred subsequent to the balance sheet date and through the date of this letter . There have been no events subsequent to the date of the comparative financial statements that would require adjustment to those financial statements and the related notes.

Antony Harwood, Chief Executive Officer

Michael O'Brien, Chief Financial Officer

**APPENDIX A: Summary of Unadjusted and Adjusted Differences**

**SUD SHEET**

| | **Earnings** | ***Balance sheet*** | | |
|---|---|---|---|---|
| **Description** | **Over (under) stated** | **Assets (over) under stated** | **Liabilities Over (Under) Stated** | ***Equity over (under) stated*** |
| Dr. Warrant<br>Cr. Share capital<br><br>*Change in allocation of consideration for private placement.* | | | | $57,073<br>$(57,073) |
| Dr. Expense<br>Cr. Accounts payable<br><br>*To adjust the entry for the search for unrecorded liabilities.* | $21,123 | | ($21,123) | |
| Dr. Retained earnings<br>Cr. Expenses<br><br>*To adjust the 2006 expense recorded in 2007 relating to consulting fees from related parties..* | $(27,411) | | | $27,411 |
| Dr. Contributed surplus<br>Cr. Compensation expense<br>Cr. Mineral properties<br><br>*To reallocate the value of stock options based on a different grant date.* | ($120,119) | ($41,537) | | $161,656 |
| Dr. FIT<br>Cr. ARO Asset<br><br>*To adjust the FIT recorded for the ARO.* | | ($135,040) | $135,040 | |
| **Total differences** | *($126,407)* | *($176,577)* | *$113,917* | *$189,067* |

**SAD Sheet**

| | **Earnings** | ***Balance sheet*** | | |
|---|---|---|---|---|
| **Description** | **Over (under) stated** | **Assets (over) under stated** | **Liabilities Over (Under) Stated** | ***Equity over (under) stated*** |
| Dr. Compensation expense<br>Dr. Mineral properties<br>Cr. Contributed surplus<br><br>*To adjust for the value of stock based compensation to reflect the appropriate volatility and useful life assumptions.* | $552,792 | $450,000 | | ($1,002,792) |
| Dr. Mineral properties<br>Cr. FIT<br><br>*To adjust the FIT for the capitalized stock based compensation to mineral properties.* | | $300,000 | ($300,000) | |
| Dr. Warrant<br>Cr. Share capital<br><br>*Change in allocation of consideration for private placement.* | | | | $236,313<br>($236,313) |
| Dr. ARO Asset<br>Cr. ARO liability<br><br>*To record the ARO.* | | $202,560 | ($202,560) | |
| Dr. OCI<br>Cr. Exchange gain<br><br>*To reclassify the gain from OCI to the income statement.* | ($17,415) | | | $17,415 |
| Dr. FIT liability<br>Cr. Mineral properties<br><br>*To adjust for the FIT bump up on the Zambia feasibility and consulting costs.* | | ($100,362) | $100,362 | |
| Dr. Contributed surplus | | | | $418,047 |

| | **Earnings** | *Balance sheet* | | |
|---|---|---|---|---|
| **Description** | **Over (under) stated** | **Assets (over) under stated** | **Liabilities Over (Under) Stated** | ***Equity over (under) stated*** |
| Dr. FIT<br>Cr. Stock based compensation<br>Cr. Mineral properties<br><br>*To reallocate the value of stock options based on a different grant date..* | ($41,998) | ($626,750) | $250,701 | |
| **Total differences** | *$493,381* | *$361,985* | *($288,036)* | *($567,330)* |

## APPENDIX B: RELATED PARTIES

**Board of Directors and their immediate family:**
Tony Harwood (CEO)
Chris Theodoropoulos (Chairman)
David Adamson
Tinus Maree (Secretary)
John Dixon

**Subsidiaries:**
- Africo Resources (BC) Ltd
- Seven Seasons Ltd
- Swanex Zambia Limited
- Kisankala Mining Corp.
- H&J Swanepoel Family Trust sprl
- Swanmines sprl

*Other related parties:*

- Oryx Mining and Exploration Ltd - common director, T Harwood and J Dixon
- Montero Mining and Exploration Ltd - common director, T Harwood and J Dixon
- Lapland Goldmines AB - common director, T Harwood
- Global Mining Services Ltd - personal services company of T Harwood
- Peer 1 Network Enterprises, Inc. - common director, C Theodoropoulos
- Canarc Resource Corp. - common director, C Theodoropoulos
- Goldquest Mining Corp. - common director, C Theodoropoulos
- Endeavor Silver Corp. - common director, C Theodoropoulos
- Novra Technologies Inc. - common director, C Theodoropoulos
- 143 Investments Ltd - personal services company, C Theodoropoulos
- Rubicon Minerals Corp. - common director, D Adamson
- Constantine Metal Resource Ltd. - common director, D Adamson
- Paragon Minerals Corporation - common director, D Adamson
- Toquima Mineral Corporation - common director, D Adamson
- River Capital Corp. - personal services company, T Maree
- Energem Resources Inc. - common director, T Maree
- East African Minerals - beneficial owner, J Dixon
- Seaforth Limited - beneficial owner, J Dixon

# Appendix C

## Independence letter

PRICEWATERHOUSECOOPERS

**PricewaterhouseCoopers LLP**
**Chartered Accountants**
PricewaterhouseCoopers Place
250 Howe Street, Suite 700
Vancouver, British Columbia
Canada V6C 3S7
Telephone +1 604 806 7000
Facsimile +1 604 806 7806

March 24, 2008

The Audit Committee of the Board of Directors
Africo Resources Ltd.
1108 – 1030 West Georgia Street
Vancouver, BC
V6E 2Y3

Dear Audit Committee Members:

We have been engaged to audit the consolidated financial statements of Africo Resources Ltd. (the Company) for the year ending December 31, 2007.

Canadian generally accepted auditing standards (GAAS) require that we communicate at least annually with you regarding all relationships between the Company and us that, in our professional judgement, may reasonably be thought to bear on our independence.

In determining which relationships to report, these standards require us to consider relevant rules and related interpretations prescribed by the Institute of Chartered Accountants of British Columbia and applicable legislation, covering such matters as:

(a) holding a financial interest, either directly or indirectly, in a client;
(b) serving as an officer or director of a client;
(c) performance of management functions for an assurance client;
(d) personal or business relationships of immediate family, close relatives, partners or retired partners, either directly or indirectly, with a client;
(e) economic dependence on a client;
(f) long association of senior personnel with a listed entity audit client;
(g) audit committee approval of services to a listed entity audit client; and
(h) provision of services in addition to the audit engagement.

We have prepared the following comments to facilitate our discussion with you regarding independence matters arising since March 27, 2007, the date of our last letter.

We are not aware of any relationships between the Company and PricewaterhouseCoopers LLP that, in our professional judgement, may reasonably be thought to bear on our independence, that have occurred from March 27, 2007 to March 24, 2008.

PricewaterhouseCoopers refers to the Canadian firm of PricewaterhouseCoopers LLP and the other member firms of PricewaterhouseCoopers International Limited, each of which is a separate and independent legal entity.

PRICEWATERHOUSECOOPERS

**Africo Resources Ltd.**
March 24, 2008

The total fees billed to the Company for audit services were $138,318 and for non-audit services were $nil during the period from January 1, 2007 to December 31, 2007. An analysis of these services is provided in the "2007 Fees" section of our report to the audit committee.

We hereby confirm that we are independent with respect to the Company within the meaning of the Rules of Professional Conduct of the Institute of Chartered Accountants of British Columbia as of March 24, 2008.

This report is intended solely for the use of the audit committee, the board of directors, management, and others within the Company and should not be used for any other purposes.

We look forward to discussing with you the matters addressed in this letter at our upcoming meeting on March 28, 2008.

Yours very truly,

PricewaterhouseCoopers LLP

**Chartered Accountants**

# Appendix D

## Summary of unadjusted and adjusted differences

### a) Summary of unadjusted differences

At the conclusion of our audit, we summarized all significant unadjusted items and discussed these with management. The net amount of unadjusted items of which we are aware at December 31, 2007 resulted in income of the Company being understated by $126,407.

We concur with management's assertion that the unadjusted items above are immaterial, both individually and in aggregate to the consolidated financial statements taken as a whole.

| | **Earnings** | ***Balance sheet*** | | |
|---|---|---|---|---|
| **Description** | **Over (under) stated** | **Assets (over) under stated** | **Liabilities Over (Under) Stated** | ***Equity over (under) stated*** |
| Dr. Warrant<br>Cr. Share capital<br><br>*Change in allocation of consideration for private placement.* | | | | $57,073<br>$(57,073) |
| Dr. Expense<br>Cr. Accounts payable<br><br>*To adjust the entry for the search for unrecorded liabilities.* | $21,123 | | ($21,123) | |
| Dr. Retained earnings<br>Cr. Expenses<br><br>*To adjust the 2006 expense recorded in 2007 relating to consulting fees from related parties..* | $(27,411) | | | $27,411 |
| Dr. Contributed surplus<br>Cr. Compensation expense<br>Cr. Mineral properties<br><br>*To reallocate the value of stock options based on a different grant date.* | ($120,119) | ($41,537) | | $161,656 |
| Dr. FIT<br>Cr. ARO Asset<br><br>*To adjust the FIT recorded for the ARO.* | | ($135,040) | $135,040 | |
| **Total differences** | *($126,407)* | *($176,577)* | *$113,917* | *$189,067* |

## b) Summary of adjusted differences

The following is a summary of errors noted during the course of our year-end audit work that were adjusted by management:

| | Earnings | *Balance sheet* | | |
|---|---|---|---|---|
| **Description** | **Over (under) stated** | **Assets (over) under stated** | **Liabilities Over (Under) Stated** | ***Equity over (under) stated*** |
| Dr. Compensation expense<br>Dr. Mineral properties<br>Cr. Contributed surplus<br><br>*To adjust for the value of stock based compensation to reflect the appropriate volatility and useful life assumptions.* | $552,792 | $450,000 | | ($1,002,792) |
| Dr. Mineral properties<br>Cr. FIT<br><br>*To adjust the FIT for the capitalized stock based compensation to mineral properties.* | | $300,000 | ($300,000) | |
| Dr. Warrant<br>Cr. Share capital<br><br>*Change in allocation of consideration for private placement.* | | | | $236,313<br>($236,313) |
| Dr. ARO Asset<br>Cr. ARO liability<br><br>*To record the ARO.* | | $202,560 | ($202,560) | |
| Dr. OCI<br>Cr. Exchange gain<br><br>*To reclassify the gain from OCI to the income statement.* | ($17,415) | | | $17,415 |
| Dr. FIT liability<br>Cr. Mineral properties<br><br>*To adjust for the FIT bump up on the Zambia feasibility and consulting costs.* | | ($100,362) | $100,362 | |
| Dr. Contributed surplus<br>Dr. FIT<br>Cr. Stock based compensation<br>Cr. Mineral properties<br><br>*To reallocate the value of stock options based on a different grant date..* | ($41,998) | ($626,750) | $250,701 | $418,047 |
| **Total differences** | *$493,381* | *$361,985* | *($288,036)* | *($567,330)* |

# Appendix E

## Summary of Control Weaknesses

### The following are the issues noted at head office.

| Issue | Recommendation | Management's comments |
|---|---|---|
| **Whistle Blower Policy**<br>The Company has a whistleblower policy but the design of control is weak as there is no designated person to communicate matters to. | It is recommended that the company designate a person for the whistleblower policy such as the Chairman of the Audit Committee so this policy can be operating effectively as employees will be comfortable communicating to this designated person. | Management will communicate this at the next Board meeting so the Board can designate someone for the whistleblower policy. |
| **Absence of Bank Reconciliations**<br>Bank reconciliations are not performed on a monthly basis nor is there indication of a review when the reconciliations are performed. | It is recommended that the reconciliations are prepared and are evidenced to indicate a review has been completed on a monthly basis. | The CFO prepares bank reconciliations on a quarterly basis and he does not initiate payments, thus there is a compensating control in the cash and treasury cycle. |
| **Consulting Agreement**<br>All Consultants do not have signed consulting agreements. | It is recommended that consultant agreements be obtained and signed for all consultants as an unsigned agreement or lack of an written agreement may result in a risk of a lawsuit in regards to payment for work performed. | This applies to one consultant. The CFO will discuss this with the CEO. |
| **Lack of Segregation of Duties for Posting Journal Entries**<br>The CFO will post journal entries that are higher risk. No one reviews journal entries posted by the CFO. | It is recommended that someone else review journal entries posted by the CFO. | Management notes that they have no one on staff with the technical expertise to perform this review. |

| Issue | Recommendation | Management's comments |
|---|---|---|
| **Lack of Signed Intercompany Loan Agreements**<br>There are no loan agreements signed between Swanmines and H&J and Swanmines and Africo Resources Ltd. | It is recommended that the loan agreements be written and signed by management in the DRC and Vancouver, thus ensuring agreed upon terms are documented and can be utilized in case of a dispute between the two entities. | Management intends on obtaining signed loan agreements this year. |

## The following are the issues noted in the DRC.

| Issue | Recommendation | Management's comments |
|---|---|---|
| **Weaknesses in Procurement**<br>The following weaknesses were noted relating to procurement procedures:<br>▪ absence of approved purchase orders for some transactions making it impossible to check the authorisations for the related orders;<br>▪ non respect of approval limits set up by the Board;<br>▪ no evidence of competitive bids obtained (and evaluated) for contracts awarded with values exceeding USD 100,000 which is the Company policy;<br>▪ goods received notes are not issued and signed for items received by the company. | It is recommended that:<br>▪ purchase orders are raised and approved before all orders for goods and services are issued;<br>▪ current approval limits are respected or changed if currently not practical to follow;<br>▪ tender procedures currently in place are to be respected;<br>▪ goods received notes should be signed each time goods are received from suppliers. | Management will reinforce procedures to ensure compliance is achieved. The approval limits will be reviewed to ensure the limits are practical. Management will also review receival procedures to ensure they are adequate. |
| **Absence of Bank Reconciliations**<br>Bank reconciliations are not performed on a monthly basis nor is there evidence of review if the reconciliations are performed. | It is recommended that bank reconciliations are performed consistently on a monthly basis and must be reviewed by someone other than the person who performed the reconciliation. This will result in timely detection of errors or fraud as most transactions in the DRC are cash transactions. | Management agrees and has performed bank reconciliations on a monthly basis starting September 2007. It is anticipated that the accountant will look after the majority of the month end accounting work with the Finance Manager providing a review of his work. |

| Issue | Recommendation | Management's comments |
|---|---|---|
| **Lack of Segregation of Conflicting Duties**<br>The Finance Manager prepares pay slips and payroll summary sheets, approves them and authorizes cash disbursements for payment of the related salaries:<br>▪ The Finance Manager and Accountant act as cashiers and at the same time record accounting entries for cash transactions;<br>▪ The Finance Manager signs bank instructions (cheque, transfer order, etc.) and at the same time records bank transactions; etc. | The segregation of duties issues is due to the fact the office is very small and the absence of proper segregation of duties may increase the risk due to fraud and non-detection of errors. Thus, it is recommended that employees are given clear job descriptions with the performance of conflicting tasks avoided.<br><br>Review procedures should also be put in place to ensure that all tasks performed by employees at all levels are reviewed by someone senior. | Management notes that this is difficult to achieve due to limited staff in place in the country and with leave rotations. However, management will continue to explore the possibility of moving the cash function to someone else to avoid conflicting duties. |
| **Non Respect of Deadlines for the Declaration and Payment of Taxes**<br>There were delays in the declaration and payment of some taxes, such as payroll tax (IPR/IER); tax turnover (ICA); tax on rents (IRL); during certain months in 2007. | It is recommended that deadlines for the declaration and payment of taxes are consistently respected by the company. | Management has put procedures in place to ensure taxes are paid on a timely basis. |

This communication is intended solely for the information and use of the audit committee, management and others within the organization.

# Appendix F

## IFRS publications

### Canadian Adoption of IFRS

In Canada, the Canadian Accounting Standards Board ("AcSB") has proposed that Canadian GAAP for public companies transition to International Financial Reporting Standards (IFRS) over the next three years by effectively incorporating the complete IFRS standards into Canadian GAAP. Complete comparative IFRS accounts will be first published in the first quarter of 2011.

The transition to IFRS will present the biggest accounting and reporting challenge to Canadian companies in recent memory. It may require resolution of extensive financial, operational, systems and compliance issues throughout the business, with a significant investment in resources, processes and systems to complete.

Audit committees should understand who is responsible within their organization for the implementation of IFRS and understand the company's implementation timetable vis-à-vis the AcSB proposal.

### Current proposed timing and reporting requirements

The AcSB has proposed the following implementation timetable for calendar year end companies. The exact change-over date, early adoption and the impact on US GAAP filers will be determined by the AcSB and the Canadian Securities Administrators ("CSA") in the first quarter of this year.



# Preparing for December 31, 2008 requirements

Step 1 – Initial Diagnostic

Management should perform an initial diagnostic review to determine the GAAP differences which could be significant to the company's financial reporting. These differences will have varying levels of impact depending on the accounting policy choices made to date. The AcSB intends to work towards eliminating some of the existing differences between Canadian GAAP and IFRS over the transition period by adopting new IFRS standards as they are promulgated.

The chart below provides a high level snapshot of what we believe will be the potentially high-impact areas in your financial statement components under IFRS identified in terms of the effort required to achieve compliance and the potential impact, such as ARO and PP&E, on Africo]'s financial statements.



Step 2 – Development of a Comprehensive Implementation Plan

IFRS adoption could present challenges or issues for senior management in the following areas:

- ***Management information:*** The adoption of IFRS will change the way in which Africo reports financial performance both externally and internally. Therefore planning should include consideration of the impact of IFRS on management information requirements, including those related to performance measurement, for example the terms of management and employee incentive schemes which are dependent on reported financial data.

- ***Managing messages to the market:*** The adoption of IFRS could have a significant impact on reported earnings and key ratios. If so, this will need to be managed carefully with the investment community, and analysts in particular. Africo should ensure that its investor relation functions are briefed on the potential implications of IFRS adoption. Africo could also take the opportunity provided by the adoption of the IFRS standards to reassess its market disclosures.

- ***Systems and controls:*** Accounting and other systems will need to provide the information required to enable Africo to prepare IFRS-compliant financial statements. Our experience is that under IFRS there are often additional extensive note disclosure requirements. As such the information systems, processes and related controls may require substantial modifications to meet IFRS and SOX or MI 52-109 reporting and compliance obligations. IFRS required changes should be scoped and built into existing system change projects to minimize cost and disruption.

## SEC Eliminates Reconciliation of IFRS to US GAAP Accounts

On December 21, 2007 the Securities and Exchange Commission adopted rules to allow foreign private issuers to prepare their filings in accordance with IFRS as issued by the International Accounting Standards Board ("IASB") without reconciliation to US GAAP. The amended rules are applicable for financial years ending on or after November 15, 2007. The amended rules also extend indefinitely the two year accommodation for all first time adopters of IFRS such that upon adoption only one year of comparative financial information would be required.

## IFRS and the Role of the Auditor

There is no prohibition to the use of auditors to provide IFRS accounting advice and permitted advisory services to audit clients. We believe there are substantial benefits to be gained from using your auditors to assist in your conversion efforts - their knowledge of your business, industry, accounting policies and their specific application, existing contractual arrangements, systems, processes and controls reduces the learning curve, speeds up delivery timeframes and reduces the risk of subsequent disagreements over the selection and application of accounting policies.

# Appendix G

## PricewaterhouseCoopers

## Financial Reporting Release

www.pwc.com/ca

© 2008 PricewaterhouseCoopers LLP, Canada. PricewaterhouseCoopers refers to PricewaterhouseCoopers LLP, Canada, an Ontario limited liability partnership, or, as the context requires, the network of member firms of PricewaterhouseCoopers International Limited, each of which is a separate and independent legal entity.