# EXHIBIT 5

AFRICO RESOURCES LTD

# RBC Capital Markets
# African Copperbelt Conference 2008



Dr Tony Harwood, President and CEO

TSX:ARL

AFRICO RESOURCES LTD

# Disclaimer

This presentation contains certain statements that may be deemed "forward-looking statements". All statements in this release, other than statements of historical fact, that address events or developments that Africo expects to occur, are forward-looking statements.

Forward-looking statements are statements that are not historical facts and are generally, but not always, identified by the words "expects", "plans", "anticipates", "believes", "intends", "estimates", "projects", "potential" and similar expressions, or that events or conditions "will", "would", "may", "could" or "should" occur. Although Africo believes the expectations expressed in such forward-looking statements are based on reasonable assumptions, such statements are not guarantees of future performance and actual results may differ materially from those in forward-looking statements. Factors that could cause the actual results to differ materially from those in forward-looking statements include market prices, exploitation and exploration success, continued availability of capital and financing and general economic, market or business conditions. Investors are cautioned that any such statements are not guarantees of future performance and actual results or developments may differ materially from those projected in the forward- looking statements. Forward-looking statements are based on the beliefs, estimates and opinions of Africo's management on the date the statements are made. Africo undertakes no obligation to update these forward looking statements in the event that management's beliefs, estimates or opinions, or other factors, should change.

The Toronto Stock Exchange has not reviewed and does not accept responsibility for the adequacy or accuracy of this presentation.

AFRICO RESOURCES LTD

# Why invest in Africo?

- High-grade copper-cobalt play in the world's richest Copperbelt
- Proven management with in-country, mine building experience
- Well-capitalized, low-cost production plan with near-term cash flow
- Excellent infrastructure: direct access to roads, rail, power and water
- Permits in place (Mining Review pending)
- In good company, with producing neighbors and opportunity for consolidation
- Strong market prospects for copper and cobalt









AFRICO RESOURCES LTD

# About Africo

- Founded in 2004 through Rubicon Minerals
- TSX-listed December 2006, recent share value C$1.28 - C$1.90
- Shares outstanding 72.6 million
- Kalukundi, a development stage project in the DRC with proven reserves of 7.8 million tonnes and initial resources of 27 million tonnes
- Extensive gold exploration land package in Mporokoso Basin, Zambia, Tarkwa and Witwatersrand analogy
- Headquartered in Vancouver, operational bases in Lubumbashi and Kalukundi project site






AFRICO RESOURCES LTD

# Africo's development strategy

- Fast-track Kalukundi to production by 2010
- Aggressively expand resources and convert to reserves through extensive drill program
- Expand construction and production as resources, reserves and cash flow increase
- Maintain or improve on estimated operating costs to among the lowest in the industry
- Include the adjoining Mashitu property, held through a purchase agreement awaiting assessment
- Continue mapping and drilling on Africo's Zambia project to quantify and prioritize targeted areas for gold, nickel and copper









AFRICO RESOURCES LTD

# The Kalukundi project




Kalukundi Property

AFRICO RESOURCES LTD

# In good company



AFRICO RESOURCES LTD

# Mining in the DRC

- Kalukundi project 75% interest held in Swanmines sprl through 100% ownership H&J Family Trust sprl in partnership with state-owned Gécamines
- Mining reform and standardized policy continues to stabilize the sector
- Mining Review in final stage, favorable conclusion anticipated
  - Feasibility study submitted to Ministry of Mines
  - Legal dispute (Akam) resolved
  - Social impact programs detailed
  - Gécamines' role being redefined






AFRICO RESOURCES LTD

# Mining in the DRC, cont'd

- Very good rapport with State Government, Ministry of Mines, Governor of Katanga and local communities
- On-site Environmental and social specialists direct community programs including vaccinations, wheel chair distribution, clean water, healthcare, and HIV/AIDS testing
- Mining License, Environmental Adjustment Plan (EAP), Environmental and Social Impact Assessment (ESIA), Bankable Feasibility and FEED Studies have been completed









AFRICO RESOURCES LTD

# From explorer to producer

- Initial annual production 16,400t Copper, 3,800t Cobalt
- High-grade – 8.9%* Copper equivalent, as oxide from surface
- Conventional open-pit - contract mining
- Phased multiple-pit operation
- Pre-stripping and blending ore to maintain feed continuity
- Cu-Co SX-EW process producing cathode metal
- Front End Engineering and Design (FEED) by MDM Engineering

* Derived from reserves using $1.25/lb Cu and $12/lb Co. Project data refers to 100% holding






AFRICO RESOURCES LTD

- Original reserves and resources are derived from 4 of Kalukundi's 12 identified fragments
- Additional definition drilling in 2007 extended mineralization and included the Kesho fragment
- Currently sterilized reserves of 1.4Mt may be economically converted



AFRICO RESOURCES LTD

# Resource evaluation – 2007

| Resource drilling – Kii fragment | | | |
|---|---|---|---|
| | **Cu** | **Co** | |
| K95 | 2.92% | 0.72% | 46.45m |
| K96 | 3.68% | 0.20% | 52.45m - plus |
| | 1.08% | 0.14% | 41.75m (h/w SDS shales) |
| K97 | 2.77% | 0.80% | 54.77m |
| Deeper drilling proves oxides down to 140m vertically | | | |
| K102 | 2.73% | 0.62% | 54.77m |
| K103 | 2.41% | 0.50% | 48.51m |

AFRICO RESOURCES LTD

# Resource evaluation – 2007, cont'd

| Resource drilling – Kalukundi fragment | | | |
|---|---|---|---|
| | **Cu** | **Co** | |
| K99 | 1.72% | 0.70% | 37.00m |
| No deeper drilling undertaken as the oxide mineralization is shallow here from 40m down to 75m vertical depth | | | |

AFRICO RESOURCES LTD

# Resource evaluation – 2007, cont'd

| Resource drilling – Kesho fragment | | | |
|---|---|---|---|
| | Cu | Co | |
| KRC2 | 1.46% | 1.18% | 35.00m true width |
| Including | 2.60% | 1.22% | 16.00m true width |
| KRC4 | 2.10% | 0.72% | 38.00m true width |
| KRC8 | 1.46% | 1.06% | 30.00m true width |
| KRC10B | 1.60% | 0.42% | 54.00m true width |
| Good continuity of mineralization has been established and will be substantiated by core drilling | | | |

AFRICO RESOURCES LTD

# Resource drilling- Kii fragment



AFRICO RESOURCES LTD

# KALUKUNDI PROCESS - HOW WE DO IT



AFRICO RESOURCES LTD

# Milestones

- Licenses secured
- Feasibility study completed
- Resource upgrade in progress
- Plant design completed
- New mining study in progress
- CAD$100million equity financing in place
- New shareholder profile









AFRICO RESOURCES LTD

# Milestones, cont'd

- FEED deliverables
  - Finalization of process design and equipment selection
  - Plant layout
  - Control budget estimation
  - Selection of sub-contractors
- EPCM contract award to follow FEED
  - Incorporate permitting, engineering, procurement, construction, training, cost control and mine commissioning






AFRICO RESOURCES LTD

# Value multipliers

- DRC Mining Review – in process
- 2008 exploration results – Q4 2008
- Resource/Reserve update - Q4 2008
- Additional staff and board members appointed – Q3 & 4 2008
- Mine construction under way – Q1 2009
- Exploration of eight additional fragments – 2009
- Revised feasibility study with Masitu - 2009
- Convert reserves currently sterilized by power lines









AFRICO RESOURCES LTD

# Financial structure*

| | |
|---|---|
| Total mine production: | $1.47 billion** |
| Copper | $452.7 million |
| Cobalt | $1,018.1 million |
| Contained metal value | >$200 per tonne |
| Total operating cost | $68 per tonne ** |
| Profit margin | 54% ** |
| After-tax NPV at 10%: | $162.9 million ** |
| After-tax IRR | 28.5% ** |
| Estimated total capital cost | $250 million |
| Completed equity financing 2008 | $100 million |

* Market data in CAD; financial data in USD

** *Derived from May 2006 Feasibility Study using $1.25/lb Copper and $12/lb Cobal.*

AFRICO RESOURCES LTD

# Why invest in Africo?

- High-grade cobalt-copper project
- Well-capitalized, low-cost production plan
- Near-term cash flow, 4 year pay back
- Experienced development and mining team
- Excellent infrastructure
- Permits in place (Mining Review pending)
- Strong market prospects for copper and cobalt
- Production scheduled for 2010






AFRICO RESOURCES LTD

# RBC Capital Markets
# African Copperbelt Conference 2008



Dr Tony Harwood, President and CEO

TSX:ARL