# EXHIBIT 7

***Private & Confidential***

***DRAFT FOR DISCUSSION***

**AFRICAN GLOBAL CAPITAL INVESTMENT MEMORANDUM**
**CAMROSE RESOURCES LIMITED**

| | |
|---|---|
| **To:** | Michael Cohen, Anthony Fobel, Mark Wilcox, Walter Hennig |
| **Cc:** | Brian Lee, Andre Cilliers, Grant Frew, Marius Saaiman |
| **From:** | Vanja Baros, Taj Sidhu, Pim Kalisvaart |
| **Date:** | July 15th, 2008 |
| **Company name:** | Camrose Resources Limited ("Camrose") |
| **Transaction:** | Convertible Loan |
| **Transaction Size:** | US$115.0 million (two tranches, US$16.25m + US$98.75m) |
| **AGC Investment Amount:** | US$98.75 million (second tranche) |
| **Timing of Investment:** | July, 2008 |

**AGC transaction with Camrose**

Camrose is a special purpose vehicle which is ultimately 100% owned and controlled by Line Trust Corporation ("LTC"), a trust for the benefit of Dan Gertler's family (see detailed holding structure in Appendix A). It was set up with the sole purpose of acquiring shares and warrants in Africo Resources Limited ("Africo"), shares in Akam Mining ("Akam") and LTC's indirect interest in Comide sprl ("Comide"). Africo and Comide are engaged in copper and cobalt exploration and mining in The Democratic Republic of Congo (the "DRC") (see description of Africo and Comide below). The proposed transaction is a **US$115.0** convertible loan to Camrose, to enable Camrose to:

Step 1) Acquire 100% of shares in Akam Mining for **US$13.5m**

Step 2) Extend a short term loan to Africo for general working capital purposes of C$2.0m (to be offset against the settlement of Africo share placement below)

Step 3) Subscribe for 40m Africo shares at C$2.50/share and 20m warrants at C$3.50/share in a private placement (around **US$100.0m** pre warrants), which would result in Camrose owning ~52.5% of Africo (62.4% incl warrants)

Step 4) Pay the legal and admin costs associated with 1-3 above of approx **US$1.5m**

First tranche of the loan of **US$16.25m was funded on 17-Apr-08** and Camrose subsequently completed the acquisition of Akam for US$13.5m on 13-May-08, extended a loan to Africo of C$2.0m and paid the legal fees accrued to the date of funding of the first tranche of the loan of around US$750k. We are **now seeking approval for the second tranche of US$98.75m** as the private placement was approved by Africo shareholders on 13-Jun-08. Settlement is yet to be determined and dependant on finalisation of certain conditions and final consent of the Toronto Stock Exchange. At the point of the drawdown of the second tranche, Camrose will own 100% of LTC's interest in Comide (economic interest of 60% of Comide) and will own 40m Africo shares and 20m warrants. AGC will be the only lender to Camrose, and 100% of the equity will be owned by LTC and its affiliates.

The security for the convertible loan is fixed and floating security over LTC's interest in Camrose (which includes 100% of LTC's indirect interest (through its wholly owned subsidiaries) in Comide, 100% of shares in Akam and 100% shares and warrants in Africo). In

addition, the loan is guaranteed by LTC, which as of April 16, 2008, had a net asset value of US$2.0bn, with US$500m in cash and liquid assets. LTC provided an undertaking that, for the life of the loan, the liquid assets in LTC will not fall below US$200m.

The AGC loan is convertible into equity in Camrose within 6 months from funding of the second tranche at the agreed value of Camrose (see Appendix B). AGC also has an option to acquire, at the time of conversion, up to 50% of Camrose at the same value. LTC, and all entities ultimately controlled by or related to LTC, have committed to treat AGC as a preferred partner with respect to acquisition and financing of any other mining projects in the DRC, with acquisition structure, terms and conditions to be agreed on a case by case basis.

**Sources and uses of funds (at Camrose level)**

| **Sources of funds** | **US$m** | **Uses of funds** | **US$m** |
|---|---|---|---|
| AGC Tranche 1 | 16.25 | Acquisition of Akam Mining | 13.50 |
| AGC Tranche 2 | 98.75 | Africo placement (in C$[1]) | 100.00 |
| | | Legal fees | 1.50 |
| | | | |
| **Total Sources** | **115.00** | **Total Uses** | **115.00** |

1 Settlement for Africo placement is C$100.0m (incl C$2.0m intercompany loan), which is currently approx US$100m

**Summary of key terms**

Pre-Conversion

- 115m USD Loan at LIBOR + 8.0% (payment in kind)
- 180 day maturity with 90 day extension
- Security over Camrose's interests in both Africo and Comide
- Guarantee from LTC
- Right to convert into common equity during first 180 days at agreed valuation
- Post conversion right to increase ownership in Camrose to 50% at agreed valuation
- Negative control over all material actions with respect to Camrose, Comide and the Africo shares (subject to certain exceptions)
- Appropriate reps/warranties/undertakings and default mechanisms

Post conversion

- All material decisions made jointly
- Board representation to reflect ownership
- Exit/Share Sale Restrictions
    - Share sales restricted entirely for 18 months
    - After restricted period either party can force an exit of 100% of the assets subject to certain restrictions
    - Right of first offer to other party
- Commitment to work in partnership within the DRC
- Appropriate reps/warranties/undertakings and default mechanisms

## Camrose transaction with Africo

Africo and Akam have been in a legal dispute since April 2007 over the ownership of the exploration and mining licence over the Kalukundi property in the DRC. Akam was a shell company created by a former employee, Mr Berardone, that obtained a US$3.4 million default judgement (the "Berardone Judgement") against Africo. Africo did not learn of the proceedings brought against it until it received notice of the Berardone Judgement in February 2007. Subsequent thereto, a court in Lubumbashi declared (the "Akam Declaration") that Akam Mining s.p.r.l. had acquired by way of a sale in execution of the Berardone Judgement, and is the owner of, a 75% interest in Swanmines, the owner of the Kalukundi Property. Africo learned of the Akam Declaration in April 2007. Project development has since been halted.

Camrose acquired Akam for US$13.5m on 13-May-08 and entered into an agreement with Africo (subject to Africo shareholders' approval) whereby Camrose was going to:

1. Sell 100% of shares in Akam to Africo (and effectively settle the dispute) in exchange for 5.4m Africo shares at a subscription price of C$2.50/share (C$13.5m)
2. Subscribe for 40.0m Africo shares at C$2.50/share and 20m warrants at C$3.50/share in a private placement to raise C$100.0m to start the development of the Kalukundi project
3. Sell to Africo Comide's interest in PE2607 (one of the properties owned by Comide which is adjacent to Africo's Kalukundi deposit) in exchange for additional share in Africo. It was agreed that the PE2607 transaction will be done on the basis of an independent expert's valuation of PE2607 and a deemed price for Africo shares of C$2.50/share
4. Have the right to appoint the majority of Africo's Board of Directors going forward as it would effectively acquire 52.5% of Africo as a result of 1 and 2 above (pre warrants)

The proposed transaction was approved in its totality by Africo shareholders on 13-Jun-08 (including the waiver of the mandatory offer requirement as a result of any of the above transactions with Camrose).

## Overview of Comide

Comide is located in Western Katanga, DRC, about 30km east of Kolwezi and about 150km west of the town of Likasi. Comide owns 4 exploration licences on the Copperbelt (in partnership with Gecamines), Shabulungu PE 2608, Kalukundi PE 2606 and 2607 and Kansuki Block PE 643. An overview of how the licences are held is given in the chart below.



An overview of the location of the assets is given below:




The squared area is expanded below in a regional geological map, highlighting Comide's concessions in light green. It is worth noting that the area in Red is Africo's Kalukundi deposit.




As can be seen in the previous charts, Comide's assets are near Freeport's Tenke Fungurume property and close to road, rail, power and water supply. There are a total of 26 known deposits within the Comide area. The total resources at Comide are estimated at 92mt at 2.2% Cu and 0.23% Co, yielding c. 4.5mlbs of contained copper and 0.5mlbs of contained cobalt. Most of the resources are in the inferred category. Having said that, it is worth nothing that, once the current drill programme is completed and results analysed, the drill spacing should allow for the majority of these to be upgraded to the indicated category.

A detailed overview of Comide's resources and the classification thereof is given in the table below:

| AGC summary | mil m³ | Mt | % Cu | %Co | Mlb Cu | Mlb Co |
|---|---|---|---|---|---|---|
| **PE 2606 & 2607** | | | | | 2,204.6 | |
| - Mashitu Principal | 3.4 | 8.3 | 2.70% | 0.40% | 493 | 73 |
| - Mashitu South | 3.7 | 9.1 | 2.18% | 0.42% | 438 | 84 |
| - Safwe North | 2.4 | 5.8 | 4.67% | 0.10% | 593 | 13 |
| - Safwe North Fault Ore | 0.9 | 2.2 | 4.67% | 0.10% | 225 | 5 |
| - Kii | - | 1.2 | 2.31% | 0.25% | 61 | 6 |
| Total | 10.4 | 26.5 | 3.09% | 0.31% | 1,810 | 181 |
| **PE 2608** | | | | | | |
| - Kanika | 1.7 | 4.1 | 1.77% | 0.24% | 159 | 22 |
| - Pungelume East | 5.1 | 12.3 | 0.87% | 0.14% | 235 | 38 |
| - Shabulungu | 0.9 | 2.1 | 2.39% | 0.17% | 113 | 8 |
| - Pungelume Principal | 0.5 | 1.1 | 1.14% | 0.16% | 29 | 4 |
| - Bona South | 1.0 | 2.4 | 2.35% | 0.18% | 122 | 9 |
| - Additional areas | - | 30.0 | 1.97% | 0.21% | 1,305 | 141 |
| Total | 9.0 | 52.0 | 1.71% | 0.19% | 1,963 | 222 |
| **PE 643** | | | | | | |
| - Kansuki | - | 22.5 | 2.31% | 0.25% | 1,144 | 122 |
| | | | | | | |
| **Total** | **19.5** | **101.0** | **2.21%** | **0.24%** | **4,917** | **525** |
| | | | | | | |
| Inferred | 10.4 | 25.3 | 3.13% | 0.31% | 1,749 | 175 |
| Recon | 9.0 | 22.0 | 1.36% | 0.17% | 658 | 81 |
| Potential | - | 53.7 | 2.12% | 0.23% | 2,511 | 269 |
| **Total** | **19.5** | **101.0** | **2.21%** | **0.24%** | **4,917** | **525** |

Comide is currently going through a detailed drilling and assaying programme. As of the end of June, Comide had drilled 35,040 meters in total. Most drilling focused on Kalukundi and Shabulungu, however, currently the drilling is focussed at Kansuki where drilling started in the beginning of June. In order to drill the Kansuki Block, the company has established a 5-month drilling programme during which some 14km will be drilled using 10 diamond drills. Internal lab results are expected in Q3/Q4 of this year. Simultaneously, Comide is undertaking airbourne surveys to discover new areas.

Independent consultants SRK and MSA are working on site alongside Comide exploration team to ensure that procedures comply with recognized international standards.

## Overview of Africo

Africo Resources Ltd is a Canadian mineral exploration and development company, trading on the Toronto Stock Exchange [ARL CN]. The company owns a high-grade Kalukundi cobalt-copper deposit in the DRC in partnership with Gecamines. Africo's Kalukundi property is located within the Kolwezi District of Katanga Province and is adjacent to Comide's Kalukundi property.

As shown in the chart below, Africo owns 75% of Kalukundi though an entity called Swanmines.




As the map above in the Africo section indicates, the position of Kalukundi is adjacent to various other known copper deposits in the area and is effectively surrounded by Comide licences.

An independent, NI 43-101 compliant feasibility study on a part of the deposit was completed in June 2006 by RSG Global. The feasibility study was done on the basis of 7.8Mt reserves and 27.0Mt resources with average grade of 2.55% Cu and 0.55% Co (c.880Kt of contained Cu and c.190Kt of contained Co). The study was completed on the oxide component of the ore only for the purposes of capital raising and indicated $172mm of development capex and opex pre by product credits of USS$1.52/lb. The economics of the deposit were based on a production rate of 800,000 tonnes per year of ore for nominal annual production of 16,400 tonnes per year copper and 3,800 tonnes per year cobalt.

The development of the project was halted by the dispute with Akam (see detailed description above). The dispute resulted in Africo's share price decreasing substantially, as shown in the annotated share price graph below:




Kalukundi itself has additional exploration potential and it is highly likely that the development plan will change, especially after the acquisition of PE 2607 from Comide. A new feasibility

study will be commissioned on the enlarged resource base that should support higher annual production rates and a longer mine life for a relatively low additional capex (see Valuation section below for valuation impact of combined Africo and PE 2607).

## Valuation

*Africo*

The team has performed a DCF valuation on Africo using the 2006 Feasibility study which was adjusted where appropriate. Adjustments include increasing the US$ denominated capital and cash cost by 20% and 10% respectively, in order to reflect industry wide cost pressures. In terms of how the capex compares to the industry, if Africo were plotted on the chart below, the value would amount to US$3.25/lb, which is higher than regional deposits such as Tenke, Kolwezi and Frontier. This is largely driven by the lack of economies of scale as a smaller resource has to supports a similar size plant.




Despite the higher capex ratio, the project does have very attractive copper grades; where current world production is produced at around 1.2% copper (see next graph), Africo and indeed Comide have grades north of 2% copper. Once adjusted for cobalt by product credits this would amount to as high as 6-8% copper equivalent.




Source: Brook Hunt

The valuation analysis was run at conservative long term commodity prices of US$c150/lb for copper and US$12/lb cobalt, compared to consensus long terms prices of US$c180/lb and US$14.25/lb and spot price of US$c373/lb and US$41.5/lb, for copper and cobalt respectively. Using a 22-year mine life and a 12% real discount rate, as well as conservative prices mentioned above, the standalone attributable value for Africo (on a pre–new-money basis) at the start of development (which we estimate to be in 12 months time) amounts to $194m. Using a 30% discount rate to capture revisions in the FS study etc, a pre new money valuation of $150m is given today.

In 2 years time, this could translate in an attributable value for Camrose (i.e. for 52.5% of Africo) of $180m (using 12% real discount rate and conservative commodity price assumptions) in the case of an IPO. In the case of a trade sale to another (local) copper producer we believe that Africo could get sold at a 3.5x forward EBITDA multiple – a multiple lower than the through the cycle multiple for copper of 5.0x to captures the near term decline in copper prices. Such an exit would generate an attributable value for Camrose of $235m.

At an initial investment of US$115m for 52.5% of Africo, Camrose would generate an IRR on this asset of between 20% (in the case of IPO) to 34% (in the case of a trade sale) over a 2 year horizon. Although we do recognize that there is upside in commodity prices, since the analysis is run at the lower end of the consensus, these IRRs are not deemed attractive enough for a project in such a stage of development in the DRC.

*PE2607*

PE 2607, which surrounds Kalukundi as shown in map above, is, for all intents and purposes, identical to Africo's stake in Kalukundi from a geology, capex, opex, and production point of view. However, the deposit is less developed than Kalukundi and probably some 18 months away from where Kalukundi is today. Given the status of PE2607 and the inherent development risk, we would expect a further 30% discount rate p.a. to the value over an 18 months period hence valuing the deposit at US$100mm ($150m for Africo discounted at 30% for 18 months, i.e. $150m/((1+30%)^1.5)

*Africo and PE2607 combined*

We believe that a combination of Africo and PE2607 is an attractive value proposition. One of the main drivers for this is the economies of scale. A modular increase of the plant, at 50% higher capex, is expected to sustain a doubling in production rate. This gives a capex per annual pound of US$2.44/lb, more in line with comparable deposits. As such, the combination of PE2607 and Africo changes the economics materially, and we would expect the company to commission a FS on the combined projects.

Camrose would have an economic interest of 67.4% of such a combination. This is computed as $115 of cash inserted in Africo plus $100 of assets contributed through PE2607 (at the valuation above) giving a total US$215m divided by the value of Africo plus PE2607. The value of Africo as a whole amounts to $115m divided by 52.5% or US$219m resulting in a value of Africo plus PE2607 of $219m plus $100m = $319m. The economic interest is thus = (115m + 100m)/(319m) = 67.4%.

In 2 years time, this could translate in an attributable value for Camrose of $526m using a 12% real discount rate and conservative commodity price assumptions in the case of an IPO. In the case of a trade sale to another (local) copper producer we believe that Africo could get sold at a 3.5x forward EBITDA multiple – a multiple lower than the through the cycle multiple for copper of 5.0x to captures the near term decline in copper prices. Such an exit would generate an attributable value for Camrose of $630m. It is worth nothing that, on a combined basis this asset is more interesting for an acquiror, especially given plant economies of scale. This further increases optionality regarding an exit compared to the assets on a stand alone basis.

At an acquisition price of $215mm (i.e. $115m for Kalukundi plus $100m for PE2607), over a 2 year time horizon, this would generate an IRR of 45 (in the case of IPO) to 55% (in the case of a trade sale) to Camrose. This is a level of returns which we feel is more appropriate for this type of project.

*Kansuki*

Kansuki is expected to have an easier geology than Africo and/or PE2607—the resource is effectively an outcropping mountain. The resource is as large as the rest of Comide together, and about double the size of Africo and PE2607 combined. Given the limited amount of drilling done on this deposit, we only include 50% of the resource (or 22.5Mt) in our estimates. It is some 24 months behind in development compared to combined Africo and PE2607. As such, we believe that this resource has the potential to be worth around the same as Africo and PE2607 combined in 2 years time. As such we believe that, in 2 years time, Kansuki has a value of $215m / 67.4% = $319m.

*Comide*

It is worth noting that Kansuki and PE2607 account for less than half of total Comide exploration potential of 100mt. As such, there is further potential for value for some 50mt which is currently not modelled explicitly. We conservatively estimate this value to amount to $150m, or $3/t of resources, which is at less than a third of what the regional comps are trading at (see below), appropriately including a contingency for development risk and resource estimation risk.

We believe that there are many combinations between Comide's deposits, Africo and for that matter other companies in the Copperbelt are viable from a technical point of view; the deposits are close to the surface and close to each other thus allowing for sharing of logistics and the possibility of having 1 core plant with modular increases. This could result in substantial synergies through economies of scale as production can increase at steeper rates than the underlying supporting capex. The team will spend the next few months on identifying the most attractive combination and sequencing of development prior to deciding whether to exercise the conversion option.

*Comparable comps*

The next table gives an overview of comparable companies, Katanga, Central African Mining and Exploration Company (CAMEC), Anvil Mining and First Quantum. These companies are in production and hence some 24 months away from where Camrose is today. However, even at current low market prices (licences speculation, etc), the comparable companies suggest a potential exit value for this type of asset in two years time of $1.0bn using a resource base for Camrose of 100mt.

*Private & Confidential*

**DRAFT FOR DISCUSSION**

**Comparable companies**

| US$m | Katanga | CAMEC | ANVIL | First Quantum | COMIDE | | |
|---|---|---|---|---|---|---|---|
| Share price (loc/share) | CAD 12.28 | £0.45 | CAD 10.58 | CAD 69.79 | | | |
| Market Capitalisation (US$m) | 2,537 | 2,329 | 755 | 4,765 | | | |
| Net debt / (cash) (US$mm) | (225) | (100) | (240) | 371 | | | |
| Less public holdings (US$mm) | - | (473) | - | - | | | |
| **Enterprise value (EV)** | **2,312** | **1,756** | **515** | **5,136** | | | |
| Less non Cu/Co assets | - | (1,050) | - | (282) | | | |
| **Cu/Co EV** | **2,312** | **706** | **515** | **4,854** | **400.0** | | |
| Status | Single site<br>In Production<br>Requires new development capex<br>Further Development<br>Further Exploration | Single site<br>In Production<br>Post development capex<br>Further Development<br>Further Exploration | Multiple sites<br>In Production<br>Post initial development capex<br>Further Development (SXEW)<br>Further Exploration | Multiple sites<br>In Production<br>Post initial development capex<br>Further Development<br>Further Exploration | Multiple sites<br>Exploration | | |
| | | | | | **Resource range** | | |
| Cu/Co Resources (Mt) | 239 | 60 | 60.7 | 386 | 50 | 100 | |
| Cu grade | 4.45% | 2.12% | 3.30% | 1.44% | 2.20% | 2.20% | |
| Co grade | 0.44% | 0.49% | 0.13% | | 0.23% | 0.23% | |
| Cu contained (Mt) | 10.6 | 1.3 | 2.0 | 5.6 | 1.1 | 2.2 | |
| Co contained (Mt) | 1.1 | 0.3 | 0.1 | - | 0.1 | 0.2 | |
| Cu equiv (Mt) 10.0x | 21.2 | 4.2 | 2.8 | 7.9 | 2.3 | 7.2 | |
| EV / resources (US$/t) | 9.7 | 11.7 | 8.5 | 12.6 | 10.7 | 10.7 | |
| EV / contained Cu (US$/t) | 217.4 | 553.1 | 257.6 | 872.5 | 405.3 | 405.3 | |
| EV / contained Cu equiv (US$/t) | 109.3 | 167.0 | 184.0 | 613.7 | 175.5 | 175.5 | |
| **Implied COMIDE valuation (100%)** | | | | | | | |
| EV / resources (US$/t) | | | | | 535.0 | 1,070.0 | |
| EV / contained Cu (US$/t) | | | | | 445.5 | 891.0 | |
| EV / contained Cu equiv (US$/t) | | | | | 398.8 | 1,256.6 | |
| Average (in production comps) | | | | | **459.7** | **1,072.5** | **Exit value** |
| Average (resource and development risk) 50.00% | | | | | **229.9** | **536.3** | |

*Summary*
In summary, the team believes that sufficient value exists in a combination of Africo and Comide to support the convertible loan and indeed devote resources to develop a DRC copper platform. In doing so, the team will continue building a robust business plan for each individual deposits or indeed for a combination of the deposits.

As shown in the table below, from an AGC point of view, the analysis indicates that the underlying value in Camrose could amount to as much as $1.0bn, which in itself is already more than double Camrose's valuation at creation of $353m (see detailed structure chart in Appendix A for an exact flow up of values which gets to value of $353m). ACG has the potential to convert the loan in an equity ownership in Camrose of some 32.5% and thus gaining exposure to the identified upside.
This analysis is further supported by the comparables which show a valuation of circa US$1.0bn is achievable in 2 years time for a deposit the size of Comide alone.

| *All values in US$m* | *Value today* | *Value in 24 months* |
|---|---|---|
| Africo and PE2607 | | 526-630 |
| Kansuki | | 319 |
| Other Comide | | 150 |
| **Total Camrose** | $353m | 995 – 1,099 |

This would result in an IRR of between 68 – 75% over a 2 years investment period.

The team identifies further upside as at this stage we have not attributed any value to the future pipeline of projects coming into Camrose, which the partners have agreed to bring in on a 'at cost' basis, we believe that there is significant value here which is unquantifiable today.

A full overview of the Africo model is given in appendix D.

**Exit strategy**

We believe that a producing Camrose (24 months from now) could be a very interesting proposition to (regional) copper producers. The current portfolio allows for the assets to be repackaged to suit potential acquirors, or in the case of a bigger producer, the company in its entirety. We also expect Camrose, or parts thereof, to be attractive from a pure investment perspective, and having brought it up the development value curve, it should attract interest from the equity market and allow an exit through an IPO. There are various examples of listed copper companies which are at the same stage as Camrose will be in 24 months, an overview of those is giving in the section above in the sub-section comparable comps.

In short, the team believes there is significant optionality regarding the exit strategy and over the coming period will work on the technical viability of the combinations as well as the exit opportunities thereof.

## Status of due diligence

*Commercial / Technical*

Africo and Comide properties are at various stages of exploration, with Africo's Kalukundi being the most advanced. Lab results and detailed geological models are not yet available for most properties, however, extensive drilling has been undertaken and the results are expected in Q3 and Q4 of 2008. At this stage, we believe that the value of Camrose, combined with a guarantee from LTC, is sufficient as collateral for the loan and that there is potential for significant value uplift, however, detailed commercial due diligence and valuation have not yet been undertaken. AGC has negotiated a right to participate in the day-to-day management of Camrose prior to conversion. The intention is to engage with Camrose team immediately post tranche 2 funding to review and agree the current drilling program and develop a 3 year business plan with the assistance of external consultants, which would effectively allow AGC to undertake in-depth commercial due diligence prior to conversion.
The team has visited the assets in March 2008.

*Legal*

Legal due diligence and detailed background checks on all entities and key individuals ultimately controlled or related to LTC have been completed, as well as on validity of Africo and Comide exploration and mining licences.

## Investment highlights

*High quality assets*

- High grade Cu deposits relative to current industry average
- Cobalt is a very attractive 'free' by-product which can materially enhances project economics
- Asset adjacent to existing infrastructure which, despite generally poor condition, is sufficient for their development
- Comide hosts a large resource base which could be suitable for future expansion
- Potential for significant synergies between Africo and Comide
- Attractive currency in the Copperbelt

*Attractive Valuation*

AGC has been able to secure an investment into Camrose at an attractive valuation (assuming no major issues in commercial due diligence).

*Deal Structure:*

The convertible loan structure allows AGC sufficient time to complete detailed a satisfactory commercial due diligence of Camrose assets and actively participate in the development of a business plan to create value.

*Management:*

Both Africo and Comide have experienced mining teams with operating history in the DRC, complemented by well-known external consultants such as SRK.

*Platform in the DRC*
LTC, and all entities ultimately controlled by or related to LTC, have committed to treat AGC as a preferred partner with respect to acquisition and financing of any other mining projects in the DRC, with acquisition structure, terms and conditions to be agreed on a case by case basis

**Key risks and mitigants**

*Pre FS status*
The Comide assets are still at Pre-FS status, and as such there is a risk that opex, capex and production might differ from what will be established at BFS or achieved at actual development. In order to mitigate this, the team has built a model with conservative assumptions including contingencies. The valuation also includes sensitivities to appreciate negative impact. Lastly, team has used a high real discount rate of 12% to reflect uncertainty of future cash flows.

*Resource estimate*
The resources referred to in this memo are an estimate and the actual amount might differ. To mitigate this risk the team has not valued all tonnage in a valuation model but only 30% of the total tonnage.

*Copper and cobalt prices*
Although currently at current record high level, the copper price might have come down by the time the project comes into production. In order to mitigate the risk associated with this, the team has used a conservative through the cycle long term copper price of US$c150/lb, compared to current spot level north of US$c373/lb.

*DRC*
The DRC recently emerged out of several years of civil war. Although now a country in national unity, there is still some minor civil unrest in part of the country and it ranks lowest in the World Bank's ease of doing business rankings (see appendix G). One of the key constraints for successfully developing a large copper deposit in the DRC at the moment is the current poor state of the infrastructure. It is expected that Camrose's deposits will be less affected by this, as the deposits are smaller in size and located closer to the coast.
The management is very cautious of the safety aspect and has hired a security team to provide maximum security to the site and its employees.
The UN forecasts the population of DRC to grow significantly over the next 4 decades and reach some 190m by 2050, from circa 60m today. It is also forecast that, as the country prolongs the period of political and social stability, Foreign Direct Investment in especially resources will increase.
Lastly, Dan Gertler is one for the most successful businessmen in the DRC and he has the ability to provide the team with on-the-ground intelligence and manage local affairs.

*Security of mining licences / Gecamines participation*
The DRC Government announced a review of most mining licences in 2007. Both Africo and Comide are in compliance right now post the Camrose deal.
It is possible that Gecamines stake in the projects may be increased in the future as the DRC further develops the rules around indigenous population participation in the economy.

**Recommendation**

It is recommended that AGC supports the above described transaction which will give it exposure to a portfolio of promising deposits in the DRC and a platform through which to pursue further investments in the DRC. At the acquisition price of the equity and the valuation of the assets there is considerable upside potential, which will be confirmed through day-to-day participation in Camrose operations prior to conversion.

**Appendix A; Detailed holdings structure**

## Appendix B: Convertible loan agreement

**Appendix C: near final draft Shareholder's Deed**

**Appendix D: Valuation summary**

## Appendix E: Commodity overview

*Copper*

Copper is widely used in electrical and electronic applications and in piping. Copper products can be divided into three main groups; copper wire rod, copper products and copper alloy products. Wire rod is copper's principal first-use and accounts for the majority of the copper use. Copper and copper alloy products mainly comprise tube, plate, sheet and strip, rods, bars and sections.

In general, copper products are consumed in the following five broad sectors:

• construction (39%)
• electric and electronic products (22%)
• industrial machinery and equipment (14%)
• transportation equipment; (10%) and
• consumer and general products (15%)

The size of the copper market is some 18.5m tonnes or US$150bn using today's copper prices — the relative size of this market compared with other major commodities is shown in the chart below.

Chart 7: Relative size of key commodity markets in 2007 and 2008E* (US$bn)




Source: Thomson Datastream, BP, Clarkson, Tex Report
Note: * UBS forecasts for commodity prices.

The copper industry has consolidated over the last 10 years, but arguably not as much as many other commodities, largely a result of sizeable new players entering the market.

Chart 29: Market share of top 10 producers in 1995, 2000 and 2007E




Source: AME, Brook Hunt, company data; metal share is mined, coal share is of all export markets

The largest producing countries include Chile, Peru, China, Australia and USA. Major producers include Codelco, BHPB, Freeport and Xstrata. The supply side of the industry is currently struggling to meet demand due to amongst others power/water/equipment/people/infrastructure shortages, strikes, falling grades, rising taxes and royalties and resource nationalism.
The demand outlook is primarily driven by China's urbanisation. The construction boom has resulted in China currently making up more than 20% of global demand, compared to 5% in 1990.

As shown in the graph below, the copper price has recently peaked at c.US$8,500/t (US$3.80/lb), Brokers forecast prices to ease on the back of expected new projects coming on stream over the next 3-5 years. Long term through-the-cycle price estimates are currently around US$4,000-4,500/t (US$1.80-2.00/lb). Although higher than historic prices, these levels are supported by increased operating cost/capex of new projects as well as lower grades.




Source: Bloomberg. Credit case defined as 70% of consensus median

*Cobalt*
Primary uses of cobalt are in high performance rechargeable batteries used in hybrid electric and plug-in electric cars as well as specialty alloys. A detailed overview of all the uses is given below:




---

With global production of some 50kt per annum, the cobalt market amounts to some $4.5bn at today's prices.

Traditionally, most of the world supply of cobalt came from the African Copperbelt in Africa. In recent years, however, the supply characteristics have changed. With the development of several sulphide nickel projects, the production of cobalt as a by-product of nickel has increased significantly. In addition, new technology has made it possible to develop cobalt as a primary metal. As at 2006 production, the split of cobalt production was roughly: nickel by-product – 48%; copper by-product – 37%; and primary cobalt operations – 15%.

Available statistics show that there is enough land cobalt resources to last around 100 years, with another 200–300 years of resources under the sea. The total cobalt supply in 2007 was 53,723t, largely flat on 2006 supply of 53,632. Producers that recorded a decline in production include: Norilsk (-25%); Xstrata (-20%) and Chambishi (-18%). On the other hand, significant increases in production were reported by: Eramet (+20%); Sumitomo (+18%); Vale (+19%); BHPB (+13%) and CTT (+13%). China saw cobalt concentrate imports decline by around 26%, however Chinese producers increased production 4% and imports of raw cobalt carbonate have also increased. In Africa, Gecamines (DRC) and Kasese (Uganda) also recorded increases in production. India showed a 17% decrease in production as a result of a shortage of raw material.

Global cobalt demand has been growing at approximately 10% per year and is predicted to double in annual consumption over the next 5 years to 120,000tonnes. The increase in demand in recent years has been driven by strong demand in China and Japan. There has also been a significant increase in demand from superalloys over the last three years. There has been a fundamental change in demand: 1) there has been a shift in demand away from the US and Western Europe to Asia (apparent demand has increased by around 80% since 2002); 2) an

increase in demand has resulted almost exclusively from chemical applications (rechargeable batteries and catalysts) which in 2006accounted for 50% of global cobalt demand.

As shown in the graph below, the cobalt price has recently peaked at nearly US$50/lb. Long term through-the-cycle price estimates are currently around US$10-15/lb.

**Cobalt price ($/lb - Nom)**




Source: Bloomberg. Credit case defined as 70% of consensus median. No forward data available

## Appendix F: Geography overview

*DRC*

The DRC is one of Africa's richest mining countries, with copper, cobalt and diamonds being the main minerals mined. Historically, the copper and cobalt mining industries have been dominated by Gecamines, the state-owned mining company. Gecamines production has however been affected by corruption, civil unrest and failure to reinvest.

The DRC has a history filled with political strife. A brief description of the important events is presented below:

* The Congo became independent on 30 June 1960. The transition after independence was abrupt, resulting in a destructive civil war that led to numerous political and economic problems. An army takeover in November 1965 brought Joseph Mobutu to power. Mobutu changed the country's name to Zaire. He ruled for 32 years and was ousted from power by a rebellion led by President Laurent-Désiré Kabila. The country was renamed the Democratic Republic of Congo (DRC).
* Military conflict erupted again in August 1998 as rebels began an uprising against President Kabila's government. Under the leadership of President Chiluba of Zambia, in collaboration with the OAU, UN and others, a ceasefire agreement was signed on 10 July 1999 in Lusaka. The Movement for the Liberation of the Congo (MLC) subsequently signed the agreement on 1 August 1999.
* On 16 January 2001, President Kabila was shot and wounded by one of his bodyguards at his residence; he died on 18 January 2001. Following his assassination, his son Major General Joseph Kabila was sworn in as the new President.
* The war in the DRC has claimed an estimated 3.0 million lives and 1.8 million Congolese are internally displaced. It is a complex conflict that cannot be described simply as a civil war as it involves several nations. The Lusaka Peace Accord holds the most promise for securing a real commitment from the warring parties to stop the conflict. During 2002, there was a withdrawal of some of the foreign troops fighting in the country. Former rebels have joined the government of national unity set up in 2003. General elections were last held in 2006.

Economic outlook

Some 70 per cent of the population are dependent on agriculture, which is the main activity in rural areas and represented 48 per cent of GDP in 2006. In 2007, the agricultural sector recorded a growth rate of 3.1 per cent, a decline from the previous year. Mining and quarrying industries (8.2 per cent of GDP in 2006) grew at a rapid pace. This performance primarily resulted from an economic upturn in Katanga province, an upswing in diamond production in the two Kasaï provinces, and growing world demand for minerals. The increased global demand for non-ferrous metals led to a considerable price rise, which has benefited Congolese mining production. Copper production increased by 2.5 per cent, cobalt production by 3.5 per cent and zinc production by 8.1 per cent. Total diamond production rose by 7.5 per cent at the end of June 2007 because of an increase in small-scale production (19.1 per cent).

***DRAFT FOR DISCUSSION***

**Figure 2 - GDP by Sector in 2006** (percentage)




**Source:** Authors' estimates based on local authorities' data.

StatLink http://dx.doi.org/10.1787/317477377082

As the charts below indicated, the DRC is forecasted to enjoy strong economic growth in coming years;
however this comes off a low base. In line with a strong commodity cycle, GDP is expected to soar, which will translate into wealth creation (steady increase in GDP per capita). Besides the attractiveness of the mining sector, prospects for the country's reconstruction and the strengthening of macroeconomic stability support this outlook.
As is common among sub-Saharan African countries, foreign direct investment ("FDI") in the DRC is directed towards the mining industry. This trend stems, in part, from the growth of world demand for minerals. In 2007, FDI reached USD 576 million compared to USD 500 million in 2006 and USD 405 million in 2005.With regard to the behaviour of the world minerals market, an increase in FDI is expected in 2008 based on China's investment plans and reconstruction prospects.

**Fig 47 GDP growth, constant prices**




Source: IMF, Macquarie Research, May 2008

**Fig 48 GDP, current prices**




Source: IMF, Macquarie Research, May 2008

**Fig 49 GDP per capita, current price**




Source: IMF, Macquarie Research, May 2008

Ease of doing business
DRC is ranked at the bottom (no 178) of the World Bank's survey for doing business. This survey encompasses topics such as starting business, dealing with licences, protecting investors, etc. As a comparison Chad, Niger and South Africa rank at 173, 169 and 35 respectively.