# EXHIBIT 8



# COMIDE s.p.r.l

## MASHITU PROJECT MINERAL RESOURCE STATEMENT AND MINERAL ASSET VALUATION REPORT

**October 2008**



**IN THIS DOCUMENT:**


- Key Features
- Locality
- Historical Background
- Regional Geology
- Local Geology and Mineralisation
- Geological Model and Interpretation
- Mineral Resources and Reserve Statement
- Valuation Summary
- Conclusions


**LOCATION IN AFRICA**




## DISCLAIMER

This report has been prepared for your confidential use only and is not intended for use in the public domain in its present form and content. To safeguard the integrity of the information contained herein, any reference to it, in whole or in part, requires the prior written consent of Venmyn Rand (Pty) Ltd. Should any reproduction, electronically or otherwise, be made of this document, Venmyn Rand (Pty) Ltd is indemnified against any consequence which may arise. While all reasonable efforts were taken by Venmyn Rand (Pty) Ltd to verify the information contained in this report, Venmyn Rand (Pty) Ltd does not accept responsibility for any inaccuracies in this regard, nor any action which might arise as a consequence.

## KEY FEATURES - prepared in the format of a Short Form NI43-101 document for the Canadian Securities Exchanges

| | |
|---|---|
| Qualified Person (NI1) | Mr. Andy Clay, M.Sc.(Geol), M.Sc.(Min. Eng.), Dip.Bus.M., Pr.Sci.Nat., MSAIMM, FAusIMM, FGSSA, IOD, AAPG, CIMMP.<br>Mr Godknows Njowa, M.Sc.(Min. Eng.), B.Sc.Hons (Min. Eng), Grad CIS, MSAIMM, Cand Eng. |
| Effective Date (NI1) | 16th October 2008 |
| Prepared For (NI4) | La Congolaise Des Mines Et De Development (COMIDE) Sprl |
| Purpose (NI4) | This statement was prepared in order to present the prospectivity, mineral resources and the valuation for the Mashitu Copper Cobalt Project. This has been based upon the company's exploration work which includes the geology, geophysics and diamond drilling and orebody modeling |
| Sources of information (NI4) | Information was supplied to Venmyn by the company and includes legal, corporate and the reporting undertaken to prepare a Mineral Resource Statement from SRK Consulting Engineers and Scientists and Exploration results for COMIDE Sprl. |
| Reliance on Other Experts (N15) | The authors of this technical statement have reviewed the legal title documentation and whilst this does not constitute a legal opinion, the authors have satisfied themselves that the information presented here is materially correct. The report of SRK has been relied upon to prepare this document. |
| Property Description and Location (Ni6) | The Mashitu Copper-Cobalt Project is located approximately 33 km north-east of the regional center of Kolwezi and about 100 km north-west of the town of Likasi in western Katanga. The small town of Tenke lies approximately 20km south-east of the project area. |
| Licence Status (NI6) | COMIDE is currently in possession of one mining licence for Kalakundi no. PE 2607, which is divided into fragments and includes the Mashitu Principal, Mashitu South and Safwe North areas. |
| Climate (N17) | The DRC has a tropical climate that is hotter and humid in the equatorial river basin, cooler and drier in the southern highlands and cooler and wetter in the eastern highlands. The project area has its dry season from April to October; which is the wet season north of the equator. |
| Infrastructure and Accessibility (NI7) | Access to Mashitu is via a well maintained gravel road approximately 10km south of the area and from a rail link, approximately the same distance. |
| Geological Setting and Deposit Type (Ni10) | The mineralised zones are located within the Lufilian Arc, which hosts the Katangan and Zambian Copperbelt. These deposits are hosted mainly by metasedimentary rocks of the Late Proterozoic Katangan System. |

**LOCALITY MAP**




## LOCALITY

The Mashitu Copper-Cobalt Project is located in the Democratic Republic of Congo (DRC) in western Katanga, approximately 33km north east of the regional centre of Kolwezi, about 100km north west of the town of Likasi, and approximately 140km north west of the city of Lubumbashi, which hosts an international airport with scheduled flights from Johannesburg as well as Lusaka and Kinshasa.



This diagrams and the information herein are copyrighted.They may not be edited or transmitted in any form or by any means without prior written permission.

## HISTORICAL BACKGROUND

Initial work in the area commenced in 1939 when Union Miniere du Haut Katanga (UMHK) conducted a regional survey of the Mashitu deposits followed by surface trenching and mapping.

COMIDE has been exploring the Cu-Cu potential in the area since 2006 by means of maping tranching and piting,as well as diamond drilling and airborne geophysical surveys. The exploration drilling program has been undertaken in two phases; the first of which was an initial reconnaissance phase which commenced in October 2006 and was concluded in December 2007. This was followed by Phase 2, which was an infill drilling program, completed in June 2008. Airborne geophysical exploration commenced in December 2007 and was finalised in March 2008.

### REGIONAL GEOLOGY




**LEGEND:**

- Post "Karoo" — Tertiary to Recent continental clastic sediments
- "Karoo" Equivalent Series — Mid Carb to Triassic continental clastic sediments and volcanoes
- Upper Proterozoic — Sandstones, limestones and shales of the Kundelungu Supergroup
- Middle Proterozoic — Psammites and pelites
- Lower Proterozoic — Metamorphosed clastic sediments and carbonites
- Archean — Undifferentiated gneiss and intrusives
- Archean Greenstone — Metasediments and Metavolcanics
- Normal fault
- Geological Boundary
- Working mine / Advanced Prospect
- Diamonds
- Deposit

## REGIONAL GEOLOGY

The mineralised zones within the Mashitu Project area are located within the Lufilian Arc, which hosts the Katangan and Zambian Copper Belts. The Cu-Co deposits are hosted by mainly metasedimentary rocks of the Late Proterozoic Katangan System. Geonochrological data indicate an age of deposition of the Katangan sediments of ca.880Ma and deformation during the Katangan Orogeny at <650Ma. This deformation led to the formation of the NW-SE trending Lufilian Arc, which extends for more than 300km from Kolwezi in the northwest to southeast of Lubumbashi, within the DRC.

Stratigraphically, the rich Cu and Co deposits occur localised in the Roan Supergroup. The Roan occurs at the base of the Katanga succession, unconformably overlying the basement rocks of Kibaran age (Mid-Proterozoic). The Roan (also referred to as the Mine Series, Mines Group or Series Des Mines) is separated from the overlying rocks of the Upper and Lower Kundelungu Supergroups by the Grand Conglomerate. The Lower Kundelungu consists essentially of sediments and is separated from the Lower Kundelungu by the Petit Conglomerate. The Stratigraphic column is shown in the adjacent figure.

## LOCAL GEOLOGY AND MINERALISATION

The deposits of Cu and Co that have been exploited in the Lufilian Arc occur within the dolomite rocks formed under conditions that have favoured the development of rich oxidised base metal ores at the surface, which commonly pass into lower grade primary sulphide ores at depth. The regional geological map also shows operating Cu mines in the Lufilian arc. Typically, the ore deposits in this region consist of a weathered zone of oxidation, a secondary enriched sulphide zone and a zone of primary sulphide mineralization. Carbonate, oxide, and silicate minerals predominate in the oxidised zone, which may form 20m to 300m in depth.

The suite of Cu minerals encountered consists of malachite, azurite, and chrysocolla, and minor cuprite. In the secondary enriched zone, chalcolite and bornite with subordinate covellite are the most common minerals whilst, in the deeper primary zone, sulphides predominate and are almost exclusively chalcopyrite. In addition to Cu, Co is an important by-product. In the oxidised zone, Co occurs as complex oxide and hydrated minerals represented by heterogenite and sphaerocobaltite. These are produced from primary carrolilte, linnaeite, and cobaltnickelpyrite which appear at depth.

**SIMPLIFIED STRATIGRAPHY OF THE KATANGAN COPPERBELT**

KATANGA SYSTEM — STRATIGRAPHY

| System | Series | Formation | Local Name | | | Description | Thickness (m) |
|---|---|---|---|---|---|---|---|
| KATANGA | UPPER KUNDELUNGU | | | | | Sediments | 30 - 50 |
| | LOWER KUNDELUNGU | | | | | Sediments, sandstones and shales | 200 - 500 |
| | ROAN | R4-1and 2 | MWASHYA | | | Shales, siltstone, sandstone to dolomites | 50 -100 |
| | | R3-2 | DIPETA | | | Shales and sandy schists | 1000? |
| | | R3-1 | RGS | | | Roches Greseuse Superieur | 100 -200 |
| | | R2-3 | CMN | | | Calcaire a Minerais Noirs | 130 |
| | | R2-2 | SDS | | | Schistes Dolomitic Superieur | 50 -80 |
| | | R2-1 | SDB | UOB | COMBINED OREBODY | Schistes De Base | 10 -15 |
| | | | RSC | IOB | | Roches Silicieuses Cellulaire | 12 -25 |
| | | | RSF | LOB | | Roches Silicieuses Feuilletees | 5 |
| | | | D STRAT | | | Dolomie Stratifiee, argilitic dolomite | 3 |
| | | | RAT grises | | | Roches Argilleuses Talceuse | 2 -5 |
| | | R1 | RAT 2 | | | Roches Argilleuses Talceuse | 190 |
| | | | RAT 1 | | | Roches Argilleuses Talceuse | 40 |
| | | | POUDINGUE | | | Unknown formation, transgression conglomerate | ? |


This diagrams and the information herein are copyrighted.They may not be edited or transmitted in any form or by any means without prior written permission.

The mineralised zones intersected within the boreholes in the Mashitu Project area indicate base metal grade continuity within certain lithological units. These units are generally the SDB and the RSF/DSTRAT for the upper and lower mineralised zone respectively.

In between the two mineralised zones is normally the RSC lithology which is invariably low grade (i.e. below cut-off grade) but may contain mineralization, especially when the lithology is heavily brecciated, allowing for mineralization fluids to flow through the fracture and infill the vugs and breccias zones. The observations from the cores indicate that the mineralisation is mostly associated with fracture zones, fault lines and joint planes.

## GEOLOGICAL MODEL AND INTERPRETATION

Diamond borehole drilling in the first phase yielded 10,404m of core from a total of 80 boreholes. Phase 2 drilling was undertaken as an infill drilling programme following positive intersections from the Phase 1 drilling. The proposed borehole spacing was at nominal 50m spacing

**DRILLING**




where possible. The Phase 1 results were not encouraging for Safwe South and this deposit was omitted from the Phase 2 infill drilling program. The locations of boreholes for both phases of exploration are shown in the accompanying figure.

SRK generated wireframe models of the various lithological intersections based upon the digitised section views from the COMIDE interpretations. In itself this was based upon the combined borehole database, trench data and surface outcrop observations.

The Mashitu Principal area was defined from surface mapping as a saucer shaped and thrusted, near surface fragment with inward dips of 20º to 25º; while the central portion was thrusted out and occupied by a major breccia. During Phase 1 drilling, a second so-called fragment was identified beneath the surface fragment. A review of the borehole cores indicated that lithologies of the Lower Roan at depth were

**MASHITU-SAFWE SOLID MODEL - LOOKING NORTH**




separated from the top fragment by a major breccia zone. A schematic representation of this structure is shown in the structural diagram. Geological interpretations of the borehole contacts indicate that the lower fragment dips towards the north with a north-east plunge. The surface mapping of Mashitu South fragment indicated sub-outcropping Lower Roan lithologies in an almost north-south strike with dips towards the east at about 30º.

The Safwe North fragment has been indicated to be north-south striking with shallow dips of about 5-10º to the east. A review of the geological sections for the project areas indicated close proximity between the Safwe North and Mashitu Principal fragments. There is a strong possibility that the Safwe North fragment extends below the near-surface Mashitu Principal fragment and is one and the same to the one reffered to as the lower Mashitu Principal fragment above.

**LICENCE AREA AND MASHITU PROSPECT LOCATION**





This diagrams and the information herein are copyrighted.They may not be edited or transmitted in any form or by any means without prior written permission.

## MINERAL RESOURCES AND RESERVES STATEMENT

In classifying the Mineral Resources, SRK took several factors into consideration in the Mineral Resource classification, and these are shown in the table below:

| MINERAL RESOURCE CLASSIFICATION FACTORS | |
|---|---|
| **CLASSIFICATION FACTOR** | **DETAILS** |
| Data Quality and Quantity | The drilling has been along section lines at approximately 50m apart. Issues pertaining to the down-the-hole surveys and the discrepancies between lithology and sample logging sheet data over the same intervals are yet to be resolved. However, in the mean time and for the purposes of this study, the sample logging sheet data was considered acceptable. |
| Grade Distributions | A review of the %TCu grade distribution by mineralized zones does indicate moderate variability with relatively high grade in the central area and lower grades on the periphery fpr Mashitu Principal. Mashitu South has relatively higher grade mineralisation at depth in the east compared to the near surface in the west. The central area coincides with the deeper portion in the main mineralised zone. Safwe displays a relatively high grade zone associated with a massive breccias zone in the northern extremity of the mineralised zone; |
| Core Recovery | The average drillhole core recovered within the mineralised intersections varies from +70% to +80%. This reflects on the quality of the data and impacts on the quality of the estimates being generated. |
| Spatial Continuity | Omni-directional variograms were generated separately within each of the project areas where data allowed. The variogram models for %TCu indicated spatial continuity of just over 60m Mashitu Principal, 55m for and Mashitu South and 29m from Safwe North. |
| QA/QC | The QA/QC report is still due from MSA, but MSA intimated that blank samples and certified reference materials were inserted in the sample stream. Results are awaited. |
| Bulk Density | Density determinations have been undertaken on selected cores within various lithologies by COMIDE by Archimedes Principle;where selected core pieces were weighed first in air, wrapped in cling wrap and then weighed in water. Although the core samples were sun-dried prior to the determination to minimise the moisture content, no studies have been undertaken to determine the inherent moisture content of the samples used. For the conversion of the volume to tones, density data has been collated by lithology and average density values have been assigned to the geological block model on the basis of lithologies. Statistically, SRK is of the opinion that there is adequate data to support the values assigned. |
| Validation of Estimates | The comparisons of the estimates against the composite values by swath indicate good correspondence. |

Taking these issues into account Therefore, SRK has classified the Mashitu Mineral Resources into the Indicated and Inferred categories based on the guidelines and criteria defined by the SAMREC code, and tabled below: -

| SRK MINERAL RESOURCE - MASHITU PROJECT BASED UPON A 0.5% TCU CUT-OFF AS OF OCTOBER 2008 | | | | | | |
|---|---|---|---|---|---|---|
| **PROVISIONAL CLASSIFICATION** | **PROJECT** | **Mt** | **%TCu** | **%AsCu** | **%TCo** | **%AsCo** |
| **INDICATED** | Mashitu Principal | 5 | 2.76 | 1.42 | 0.33 | 0.78 |
| | Mashitu South | 5 | 1.54 | 1.22 | 0.22 | 0.14 |
| | Safwe North | 2.2 | 2.64 | 2.04 | 0.1 | 0.07 |
| | **TOTAL** | **12.3** | **2.24** | **1.45** | **0.24** | **0.14** |
| **INFERRED** | Mashitu Principal (lower mineralised zones) | 5.3 | 1.47 | 0.84 | 0.1 | 0.06 |

## MASHITU FUTURE POTENTIAL

Several probable future targets were recognised from the geological modelling done by SRK and the drilling programme carried out by COMIDE.

Mashitu Principal Gap represents the several gaps within the RSC horizon in some of the Mashitu South Drill holes that were not sampled because they "appeared" to be barren. After drilling activity ceased, mineralisation proved to be evident. The areas referred to include a small portion of the Mashitu South Deposit. These areas were digitised and modelled in GEMS and are shown below.

Mashitu South Gap and Down Dip Extension represent drill holes in the south east end of Mashitu that may have stopped short according to the SRK Resource Model.


This diagrams and the information herein are copyrighted.They may not be edited or transmitted in any form or by any means without prior written permission.

In addition, the airborne and ground resistivity data both suggest there may possibly be a down-dip extension further towards the east. These areas are shown in the E-W section above. Mashitu Principal Deepened Holes are the drill holes surrounding "isolated" mineralised pods (identified by closer inspection) that need to be deepened in order to establish the continuity over distances, which can also be seen on the E-W section .A map of the future potential areas is included below, showing the lateral extent of the Gap areas and the Deepening Holes.

**MASHITU SOUTH: E-W SECTION 10**




**MASHITU SAMPLE GAPS AND DEEPENING HOLES**




## VALUATION SUMMARY

The valuation of the Mashitu Project consists of the sections that have been termed, Mashitu Principal, Mashitu South and Safwe North and was based upon the mineral resources estimated by SRK (October 2008) on the basis of the drilling information acquired by COMIDE in two drilling phases. Based upon the geological confidence levels, the mineral resources have been classified as inferred and indicated resources.

Although further additional mineralization has been identified as potential "exploration target", this could not be classified into any mineral resource category under the SAMREC Code, since the geological confidence level was low and a closer borehole drill spacing is required in the future. COMIDE's geologists have estimated the resource tonnages, specific gravity for these targets but no grade was estimated. Venmyn has considered these estimates as upside potential and the value of these exploration targets was provided for indicative purpose only.Additional exploration to determine the geology and the grade may result in a significant uplift in project value. In order to carry out a valuation, the traditional methods of multiples of historical cost and comparable methods have been used.

The Comparable Transaction Valuation method was used.to determine the value of the in-situ Cu-Co mineral resources on the respective Mashitu mineral resource inventory within the context of other mineral property valuations. Venmyn used the comparative valuations to indicate a value range for Mashitu based upon Cu but took into account the Co credits that would be attributable to the projects. Venmyn prepared a valuation curve for similar Cu-Co mineral resource transactions which indicated a range of values per USD/lb Cu including Co credits. This comparative analysis also took into account the ore grade, depth, other technical parameters, together with the resource classification attributable to them.

The USD/lb value was multiplied by the Cu-Co resource and reserve metal pounds contained in the respective areas to provide a total USD value. These values are indicative, but they do provide a guideline as to the magnitude of comparable values that have been paid or are likely to be paid between a willing buyer and a willing seller for the exchange of in-situ Cu-Co tonnes resources in base metal projects in the Democratic Republic of Congo. Venmyn maintains records of similar transaction information and valuation profiles for a number of the mineral commodities and the fact that many transaction values have been reported in a similar quantitative, and qualitative, manner provides assurance that this is a reasonable and reliable method. Criteria which contribute to the choice of relative discounts or premiums that may be applicable to the market range of values relevant to the respective Cu-Co resource and reserve categories are shown as following:-

- confidence in the interpretation of the geology;
- the depth of the defined Cu-Co resources relative to surface i.e. whether the undeveloped resources are likely to be mined early, or later in the production plan, and at what relative cost;
- the availability of existing mining infrastructure and mineral production within the project area, i.e. whether the undeveloped resources are likely to be mined as an extension of a pre-existing operation; and
- relative difficulty or ease of mining conditions largely due to complex geological structures, and are not conducive to mechanised mining.

The project resources have been incorporated onto the recently updated southern African Cu-Co comparative valuation curve. The Cu-Co asset has been compared to other similar assets of similar ore body size, Cu-Co qualities, and geographical location.

Significantly, a range of values needs to be determined for the Mashitu mineral asset since the primary driver behind market valuations are related to the current market uncertainties. The volatility of Cu and Co prices over the past few years has meant that base metal producers do have the flexibility to modify their Cu or Co production profiles.


This diagrams and the information herein are copyrighted.They may not be edited or transmitted in any form or by any means without prior written permission.

Whilst Co prices and the supply and demand balance is highly sensitive relative the more robust Cu market, producers can change their production mix to a certain degree and this is reflected in the sensitivities presented below.

The table below shows the primary valuation summary of Mashitu Cu project including the Cu equivalents for the Co content. The mean value is USD153m based on the Cu/Co valuation curve below.

| Resource Category | Project Area | Tonnes (t) | Cu Grade (%) | Co Grade (%) | Cu Content (t) | Cu Mlbs | Cu Mlbs | Cu Valuation Mean USD/lb | Cu Valuation USDm | Co Valuation USDm | Total USDm |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Indicated Resources | Mashitu Principal | 5,000,000 | 2.76% | 0.33% | 138,000 | 304 | 36 | 0.15 | 45.64 | 21.83 | 67.46 |
| | Mashitu South | 5,000,000 | 1.54% | 0.22% | 77,000 | 170 | 24 | 0.15 | 25.46 | 14.55 | 40.01 |
| | Safwe North | 2,200,000 | 2.64% | 0.10% | 58,080 | 128 | 5 | 0.15 | 19.21 | 2.91 | 22.12 |
| | **TOTAL** | **12,200,000** | **2.24%** | **0.24%** | **273,080** | **602** | **65** | | **90.31** | **39.29** | **129.59** |
| Inferred Resources | Mashitu Principal Lower Zone | 5,300,000 | 1.74% | 0.10% | 92,377 | 204 | 12 | 0.09 | 18.80 | 4.31 | 23.11 |
| **GRAND TOTAL** | | **17,500,000** | **2.09%** | **0.20%** | **365,457** | **806** | **77** | **0.14** | **109.1** | **43.60** | **152.71** |
| | | | | | | | | | | **Mean Actual Value** | **152.71** |




The table below indicates the value attributable to Mashitu given the stage of development and the relative Prospectivity Enhancement Multiplier of 5.5. The values per hectare have been calculated but no comparable transaction had been determined using this method and so this is for interest only.

| Historical Cost USD | PEM | Equiv USD/lb | USDm |
|---|---|---|---|
| 21,452,845 | 5.5 | 0.15 | 117.99 |

*Based upon historical cost valuation approach the value is USD118m*

## UPSIDE POTENTIAL

Any indicative value for a resource which may be identified could be derived from using USD0.05/lb in-situ mineralisation. The geophysics suggests that approximately 20% of the COMIDE Mashitu licence area has the potential to generate additional significant Cu-Co resources.

## CONCLUSIONS

In Venmyn's opinion, the Mashitu Cu-Co main mineral asset mean value is USD153m. Additional potential for the Mashitu projects exists and, may generate additional USD23m to USD30m to the value. In this case, the Mashitu project value could be USD176m to USD183m.

The values presented here are considered reasonable given the recent upward movement in the in situ Cu-Co resources for Mashitu as determined by SRK. This also takes into account an increased global demand for Cu and Co deposits which was manifest in substantial increases in company market valuations and the cost of purchasing Cu-Co assets in recent times. It must be noted, however, that this valuation has been carried out as an indicative assessment of values that could reasonably be expected in view of recent market comparisons and valuations placed on Cu-Co resources by the market. Venmyn has provided its view on the unit comparisons having performed a high level



This diagrams and the information herein are copyrighted.They may not be edited or transmitted in any form or by any means without prior written permission.

review of the contributing mineral assets. Valuations that consider the timing of extraction, exchange rates fluctuations and views on the Cu-Co market trends may, therefore, arrive at materially different values.

Venmyn has reviewed the Mineral Resource Estimates document for Mashitu Cu-Co Deposit carried out by SRK. In order to realise the full potential of the project, the points mentioned below need to be taken note of:-

- QA/QC reports are still to be provided by MSA on the drilling data of Mashitu Projects;
- Sampling and assaying portions of the holes that were not originally sampled in the earlier exploration phase, due to failure to correctly identify the second mineralised zone;
- there is low spatial continuity for Mashitu, a high variability in data. There is therefore a need for closer drillhole spacing. Extending the drillholes intersecting the top mineralised zone in the Mashitu Principal to depths of about 150m to investigate and provide intersections of the lower mineralised zones;
- a number of assumptions were made in the calculations of volume, specific gravity, and grade, and these could impact on the accuracy of the total tonnage of the copper and cobalt that have been calculated to-date;
- due to the structural complexity of the geology on the project area, no significant exploration drilling and sampling was conducted on the Mashitu Gap and the down deep extension which means that they represent a potential exploration target mineralisation;
- the method used in calculating the bulk density of the Mashitu mineral resources has to be documented for verification purposes;
- drill the area between Mashitu Principal and Safwe North to confirm that the Mashitu Principal lower mineralised zone is the same fragment as the Safwe North fragment and to investigate the extent of the high grade mineralisation intersected in Safwe North which appears to end abruptly towards the northern edge of Safwe North due to lack of drilling information;
- review the exploration targets generated from the geophysical interpretation, in preparation of a detailed exploration programme; and
- the Mashitu gap and down deep extension are not classified into mineral resource categories.

**COMPARATIVE ACQUISITIONS**

| Resources | | | | | Total | Reserves | | | | | Total | Acquisition | Value of | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tonnes | Cu Grade | Cu | Co Grade | Co | Cu Equi. | Tonnes | Cu Grade | Cu | Co Grade | Co | Cu Equi. | Cost | Resources | Reserves |
| Mt | % | Mlb | % | Mlb | Mlb | Mt | % | Mlb | % | Mlb | Mt | USDm | US$/lb | US$/lb |
| | | 6,560 | | | 6,560 | | | 5,898 | | | 5,898 | 750 | 0.11 | 0.13 |
| 51.39 | 3.45 | 3,912 | 0.20 | 227 | 5,045 | 25.70 | 4.00 | 2,266 | - | - | 2,266 | 385 | 0.08 | 0.17 |

**Transaction Description**

Xstrata's acquisition of Tintaya    Anvil's 15% increase in Kinsevere

**COMPARATIVE VALUATION**

| Attributable Resources | | | | | Total | Attributable Reserves | | | | | Total | Market | Value of | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tonnes | Cu Grade | Cu | Co Grade | Co | Cu Equi. | Tonnes | Cu Grade | Cu | Co Grade | Co | Cu Equi. | Cap | Resources | Reserves |
| Mt | % | Mlb | % | Mlb | Mlb | Mt | % | Mlb | % | Mlb | Mt | USDm | US$/lb | US$/lb |
| 48.82 | 3.45 | 3,713 | 0.20 | 20 | 3,813 | 24.42 | 4.50 | 2,153 | - | - | 2,153 | 411.23 | 0.11 | 0.19 |
| 288.09 | 2.80 | 17,784 | 0.25 | 147 | 18,520 | 57.75 | 2.27 | 2,890 | 0.33 | 420 | 3,310 | 756.34 | 0.04 | 0.23 |
| 5.27 | 3.48 | 404 | - | - | 404 | - | - | - | - | - | - | 4.69 | 0.01 | - |

**Company**

Kinsevere    Tenke Fungurume    Kalumines

## KALUKUNDI-MASHITU LIKE FOR LIKE COMPARISON

In the present economic climate, Venmyn recommends that mineral assets should be valued and exchanged on a broadly like for like basis. Venmyn believes that the most similar asset to Mashitu is Africo's Kalakundi project, which is intimately related to Mishitu by virtue of its geographical location.

The similarities between the projects are evident in the mineral resource statements. Whilst it is always difficult to definitively compare mineral assets, using the Comparable Transaction Valuation method, in Venmyn's opinion, the valuation of Mashitu compared to Kalukundi does reflect a similar relative value.

**COMPARATIVE VALUATION**

| Company | | Value of | |
|---|---|---|---|
| | USDm | Resources | Reserves |
| | | US$/lb | US$/lb |
| Kalukundi | 143 | 0.08 | 0.25 |
| Mashitu | 153 | 0.14 | - |


This diagrams and the information herein are copyrighted.They may not be edited or transmitted in any form or by any means without prior written permission.