# EXHIBIT 9

# Kalukundi-Mashitu Valuation Report

**Report Prepared for**

## Africo Resources Limited
## Comide s.p.r.l.

**Report No 390825/kalukundi-mashitu Valuation Report**

**November 2008**

SRK Consulting
Engineers and Scientists

# Kalukundi-Mashitu Valuation Report

## Africo Resources Limited
## Comide s.p.r.l.

### SRK Project Number 390825/kalukundi-mashitu Valuation Report

**SRK Consulting**
**265 Oxford Road**
**Illovo**
**2196**
**South Africa**

**P O Box 55291**
**Northlands**
**2116**
**South Africa**

**Tel: (011) 441-1111**
**Fax: (011) 880-8086**

### November 2008

**Compiled by:**

| | |
|---|---|
| AJ McDonald CEng | Associate Consultant |
| A Smithen PrEng | Partner & Principal Environmentalist |
| G Cunningham | Associate Metallurgical Consultant |
| VM Simposya PrSciNat | Partner & Principal Geologist |
| HG Waldeck PrEng | Partner & Principal Mining Engineer |

**Reviewed by:**

| | |
|---|---|
| HG Waldeck PrEng | Partner & Principal Mining Engineer |
| S Anderson | Senior Mining Engineer (SRK, UK) |

# Executive Summary

*[Item T1.1 of SAMVAL Code]*

SRK Consulting (South Africa) (Pty) Ltd ("SRK") was commissioned by Africo Resources Ltd and Comide s.p.r.l. to determine independent values for the Kalukundi and Mashitu Projects (the "Projects") which are situated east of Kolwezi in the Katanga Province of the Democratic Republic of Congo. The valuations are based on a feasibility study, compiled by MDM Ferroman (Pty) Ltd as study managers, for the Kalukundi Project in 2006 and a Mineral Resource estimate for the Mashitu Project prepared by SRK in 2008. The conclusions reached in this Mineral Asset Valuation Report ("MAVR") and the valuations of the Projects are correct at 28 November 2008, which is also the Effective Date of this MAVR. The valuation is therefore only valid for this date and may change with time in response to variations in economic, market, legal or political factors, in addition to results obtained from on-going technical investigations. These conditions can change significantly over relatively short periods of time and as such the information and opinions contained in this report may be subject to change.

SRK has reviewed the legal title documentation provided by Africo and Comide. Whilst this does not constitute a legal opinion, SRK is satisfied that the information presented in this MAVR is materially correct.

This report contains statements of a forward looking nature which are subject to a number of known and unknown risks, uncertainties and other factors that may cause the results to differ materially from those anticipated in this report. The achievability of budgets and forecasts is neither warranted nor guaranteed by SRK. The forecasts are necessarily based on economic assumptions, many of which are beyond the control of Africo, Comide or their management and cannot be assured. Future cash flows and profits derived from such forecasts are inherently uncertain and actual results may be significantly more or less favourable.

Valuation of the Projects has been prepared in accordance with the 2008 SAMVAL Code. The Kalukundi and Mashitu Projects have been classified as a Development Property and an Exploration Property respectively in terms of the definitions of the SAMVAL Code (see Section 1.4). SRK has used valuation methods that are appropriate to these project classifications as set out by the SAMVAL Code and derived a weighted value as specified by the Code.

The **Recommended Fair Market Value** for the Kalukundi Project is **US$102.6million,** within the range of US$41.3million to US$168.8million. The **Recommended Fair Market Value** for the Mashitu Project is **US$59.1million**, within the range of US$20.1million to US$116.4million. Each value is for the total Project and does not represent the value attributable to Africo or Comide. To put these values into perspective, the primary differences and similarities between the projects, as shown in the table below, have been added to assist comparison of the projects. *[Item T1.19 of SAMVAL Code]*

The value assigned to Mashitu is relatively insensitive to changes in the weightings applied to the different valuation methods.

## Kalukundi-Mashitu Valuation – Comparative Project Data

| Parameter | | Kalukundi Project | Mashitu Project |
|---|---|---|---|
| Area of PE licence | ($km^2$) | 19.5 | 34.8 |
| PE licence valid to | | 10 Oct 2021 | 5 May 2022 |
| Development Status | | Feasibility Study completed | Mineral Resources declared |
| Ore zone – rock type | | Oxides, partially weathered sulphides | Oxides |
| Dip angles of the orebodies | (°) | 45° to 78° | 5° to 30° |
| Cut-off grade applied to resources | (% Cu) | 1.5% | 0.5% |
| Resources (Indicated & Inferred) | (Mt) | 20.8 | 17.6 |
| Cu grade | (%) | 2.37 | 2.01 |
| Co grade | (%) | 0.59 | 0.20 |
| Contained metal (Cu-equivalent) | (Mlb) | 2.84 | 1.25 |
| Reserves (Probable) | (Mt) | 7.8 | - |
| Cu grade | (%) | 2.37 | - |
| Co grade | (%) | 0.69 | - |
| Waste rock mined | (Mt) | 31.5 | - |
| Stripping ratio | (t : t) | 3.7 | - |
| Recommended Fair Market value | (US$m) | 102.6 | 59.1 |
| **Ratio of Kalukundi:Mashitu Value** | | **1.735** | |

# Table of Contents

1 Introduction and Scope ........ 1
1.1 Introduction ........ 1
1.2 Purpose of Report, Compliance and Sources of Data ........ 2
1.2.1 Purpose of Report ........ 2
1.2.2 Compliance ........ 2
1.2.3 Sources of Data ........ 3
1.2.4 Site Visits ........ 3
1.3 Effective Date/Valuation Date ........ 3
1.4 Verification, Validation and Reliance ........ 3
1.4.1 Verification and Validation ........ 3
1.4.2 Reliance on Other Experts ........ 4
1.5 Valuation Methodology ........ 4
1.6 Qualifications, Independence and Experience ........ 5
1.7 Disclaimer ........ 7
1.7.1 Legal Title ........ 7
1.7.2 Forward looking Statements ........ 7
2 Kalukundi Project ........ 10
2.1 Property Description and Tenure ........ 10
2.2 History ........ 10
2.3 Geological Setting ........ 10
2.3.1 Regional Geology ........ 10
2.3.2 Project Geology ........ 11
2.4 Mineral Resources and Mineral Reserves ........ 12
2.4.1 Mineral Resource Review ........ 12
2.4.2 Historical Mineral Resource Estimates ........ 14
2.4.3 Mineral Reserves ........ 17
2.5 Mining ........ 17
2.5.1 Introduction ........ 17
2.5.2 Mining Approach ........ 17
2.5.3 Geotechnical Investigation ........ 18
2.5.4 Hydrogeology ........ 18
2.5.5 Drilling and Blasting ........ 18
2.5.6 Contract Mining Quotations ........ 18
2.5.7 Open Pit Optimisation ........ 18
2.5.8 Modifying Factors ........ 19
2.5.9 Pit Design and Mineral Reserves ........ 19
2.5.10 Mine Production Scheduling ........ 19
2.6 Processing ........ 22
2.6.1 Introduction ........ 22
2.6.2 Metallurgical Testwork ........ 22
2.6.3 Process Description ........ 22
2.6.4 Metal Recoveries and Metal Lock-up ........ 23
2.6.5 Plant & Mine Infrastructure ........ 24
2.6.6 Capital Costs ........ 24
2.6.7 Adequacy of the Estimate ........ 25
2.6.8 Exclusions from Estimate ........ 26
2.6.9 Operating Costs ........ 26
2.6.10 Product Quality ........ 27
2.6.11 Project Schedule and Ramp-up ........ 27
2.6.12 Concerns, Risks and Opportunities ........ 27
2.7 Tailings Disposal ........ 28
2.8 Infrastructure ........ 28
2.9 Logistics ........ 28
2.10 Environment ........ 28
2.10.1 Introduction ........ 28
2.10.2 Environmental Issues ........ 29
2.10.3 Social Issues ........ 29
2.10.4 Closure considerations ........ 30

2.10.5 Liabilities and Risks ....30
2.11 SRK Comments ....31
2.11.1 Mineral Resources ....31
2.11.2 Mining ....31
2.11.3 Processing ....32
2.11.4 Environment ....32
**3 Mashitu Project ....36**
3.1 Identity and Tenure ....36
3.2 History ....36
3.3 Geological Setting ....36
3.3.1 Regional Geology ....36
3.3.2 Project Geology and Mineralization ....36
3.3.3 Geological Model and Interpretation ....37
3.4 Mineral Resources and Mineral Reserves ....38
3.4.1 Data Quality and Quantity ....38
3.4.2 Grade Distributions ....38
3.4.3 Core Recovery ....38
3.4.4 Spatial Continuity ....38
3.4.5 Quality Assurance/Quality Control ....38
3.4.6 Bulk Density ....38
3.4.7 Validation of Estimates ....38
3.4.8 Mineral Resource Estimate ....39
3.4.9 Upside Potential ....39
3.4.10 Modifying Factors ....39
3.5 SRK Comments ....40
**4 Previous Valuations ....42**
4.1 Kalukundi Project ....42
4.1.1 Feasibility Study (May 2006) ....42
4.1.2 Venmyn Rand (Pty) Ltd (October 2008) ....42
4.2 Mashitu Project ....42
4.2.1 Maverick Strategic Finance (23 October 2008) ....42
4.2.2 Venmyn Rand (Pty) Ltd (October 2008) ....43
**5 Market Assessment ....45**
5.1 Copper Market ....45
5.2 The Cobalt Market ....46
5.3 Historical Prices for Copper and Cobalt ....47
5.4 Consensus Price Forecasts ....48
**6 Valuation Guidelines ....49**
6.1 Introduction ....49
6.2 Appropriate Valuation Methods ....50
6.3 Valuation of the Kalukundi Project ....51
6.3.1 Cash Flow Valuation Approach ....51
6.3.2 Market Valuation Approach (Comparable Transactions) ....52
6.3.3 In-situ Mineralization (Yardstick Method) ....53
6.3.4 Valuation Weighting ....53
6.3.5 Summary Value for Kalukundi ....54
6.4 Valuation of the Mashitu Project ....54
6.4.1 Market Valuation Approach (Comparable Transactions) ....54
6.4.2 In-situ Mineralization (Yardstick Method) ....55
6.4.3 Cost Approach ....56
6.4.4 Cash Flow Valuation Approach ....56
6.4.5 Valuation Weighting ....56
6.4.6 Summary Value for Mashitu Project ....57
6.5 Recommended Fair Market Values for the Projects ....58
**7 Valuation Summary and Conclusions ....59**
**8 References ....61**
Appendix 1 - Project Status Definitions used by the MEG website ....64
Appendix 2 - Dataset of DRC-based Comparable Transactions according to MEG Project Definitions ....65
Appendix 3 – Glossary of Terms ....66

# List of Tables

Table 1.1: Applicability of Valuation Approaches to Property Types....5
Table 2.1: Kalukundi Project - Mineral Resource Statement per Kalukundi Block Model (MDM, 2006b)....14
Table 2.2: Kalukundi Project - Mineral Resource Statement at 1.5% Cu-equivalent cut-off (Hearne and Verbeek, 2006)....15
Table 2.3: Kalukundi Project - SRK's Audited Mineral Resource Statement at 1.5%Cu cut-off grade (at October 2008)....16
Table 2.4: Kalukundi Project - Mineral Reserves Statement (MDM 2006a)....17
Table 2.5: Kalukundi Project - Whittle Input Parameters (MDM, 2006a)....19
Table 2.6: Kalukundi Project - Summary Production Schedule (MDM, 2006a)....21
Table 2.7: Predicted Leach Recoveries with depth (MDM, 2006a)....23
Table 2.8: Kalukundi – Variation of Process Costs with depth (MDM, 2006a)....26
Table 3.1: Mashitu Project - Mineral Resource Statement (0.5%TCu cut-off) (October 2008)....39
Table 4.1: Values for Mashitu Project (Venmyn, 2008)....43
Table 5.1: Consensus long term Cu and Co prices (source: Och-Ziff, 2008)....48
Table 6.1: Valuation Approaches applicable to Kalukundi and Mashitu Projects....51
Table 6.2: Kalukundi Project – Values derived from Comparable Transactions....53
Table 6.3: Kalukundi Project – Yardstick Method Values using factors from Comparable Transactions....53
Table 6.4: Kalukundi Project – Weighting for different Valuation Approaches....54
Table 6.5: Kalukundi Project – Summary Fair Market Value....54
Table 6.6: Mashitu Project – Values derived from Comparable Transactions....55
Table 6.7: Mashitu Project – Values derived from Yardstick Method....55
Table 6.8: Mashitu Project – Yardstick Method Values using factors from Comparable Transactions....55
Table 6.9: Mashitu Project – Weighting for different Valuation Approaches....57
Table 6.10: Mashitu Project – Summary Fair Market Value....57
Table 6.11: Mashitu Project –Value Sensitivity to Weighting Factors....58
Table 7.1: Kalukundi-Mashitu Valuation – Comparative Statistics....60

# List of Figures

Figure 1.1: Kalukundi-Mashitu Valuation – Location of Projects....9
Figure 2.1: Kalukundi-Mashitu Valuation – Generalised Distribution of Mineralized Fragments showing drillhole coverage (source: Simposya, 2008; RSG, 2006a)....33
Figure 2.2: Kalukundi-Mashitu Valuation – Interpreted Geological Sections of the Principal, Anticline, Kalukundi and Kii Fragments (PE591) (source: MDM 2006a, Section 11 – Environment)....34
Figure 2.3: Kalukundi-Mashitu Valuation – Kalukundi Mine Layout (source: Africo, 2008d)....35
Figure 3.1: Kalukundi-Mashitu Valuation – Interpreted Geological Sections of the Mashitu Principal, Mashitu South and Safwe North Fragments (PE2607) (source: Simposya, 2008)....41
Figure 5.1: Copper Prices from December 2003 to November 2008 (source: kitco.com)....47
Figure 5.2: Cobalt Prices from Nov 2003 to Nov 2008 (source: nickelalloy.com)....47

SRK Consulting
Engineers and Scientists

SRK House
265 Oxford Road, Illovo
Johannesburg 2196

P O Box 55291
Northlands 2116
South Africa

e-Mail: johannesburg@srk.co.za
URL: http://www.srk.co.za

Tel: +27 (0) 11 441 1111
Fax:+27 (0) 11 880 8086

28 November 2008

SRK Project Number 390825/kalukundi-mashitu Valuation Report

# Africo Resources Limited and Comide s.p.r.l.
# Kalukundi-Mashitu Valuation Report

# 1 Introduction and Scope

*[Item T1.2 of SAMVAL Code]*

## 1.1 Introduction

Africo Resources Limited ("Africo") is a private Canadian registered company which holds a 36% interest in the H&J Swanepoel Family Trust ("H&J Trust"), which in turn holds a 75% interest in Swanmines s.p.r.l. ("Swanmines"), a joint venture with La Générale des Carrières et des Mines ("Gécamines"). Legal title to the Kalukundi Project is held by Swanmines under an Exploitation Licence (*permis d'exploitation*) PE591. Africo has the option to increase its holding in the H&J Trust to 100%.

La Congolese des Mines et des Development ("Comide") s.p.r.l. is a joint venture company registered in the Democratic Republic of Congo ("DRC"), which owns and holds the Mashitu Project under licence PE2607. An affiliate company of Camrose Resources Limited ("Camrose") owns a 75% interest in Comide, with the balance held by Gécamines.

The Kalukundi Project is located in the Kolwezi District of the Katanga Province in the south east of the DRC (Figure 1.1). The Mashitu Project is situated immediately south west of and contiguous with the Kalukundi Project.

CESA

**Partners** JCJ Boshoff, MJ Braune, JM Brown, CD Dalgliesh, JR Dixon, DM Duthe, T Hart, PR Labrum, DJ Mahlangu, RRW McNeill, HAC Meintjes, BJ Middleton, MJ Morris, GP Murray, GP Nel, VS Reddy, PN Rosewarne, PE Schmidt, PJ Shepherd, VM Simposya, AA Smithen, PJ Terbrugge, KM Uderstadt, DJ Venter, HG Waldeck, A Wood
**Directors** AJ Barrett, JR Dixon, DJ Mahlangu, BJ Middleton, MJ Morris, PE Schmidt, PJ Terbrugge
**Associates** AN Birtles, BM Engelsman, R Gardiner, DJD Gibson, WC Joughin, SA McDonald, WA Naismith, M Ristic, JJ Slabbert, D Visser, ML Wertz
**Consultants** AC Burger, BSc *(Hons);* IS Cameron-Clarke, *PrSci Nat, MSc;* JAC Cowan, JH de Beer, *PrSci Nat, MSc;* GA Jones, *PrEng, PhD;* TR Stacey, *PrEng, DSc;* OKH Steffen, *PrEng, PhD;* RJ Stuart, *PrTech Eng, GDE;* DW Warwick, *PrSci Nat, BSc (Hons)*

**SRK Consulting (South Africa) (Pty) Ltd** **Reg No 1995.012890.07**

| | |
|---|---|
| Durban | +27 (0) 31 279 1200 |
| East London | +27 (0) 43 748 6292 |
| Johannesburg | +27 (0) 11 441 1111 |
| Kimberley | +27 (0) 53 861 5798 |
| Pietermaritzburg | +27 (0) 33 345 6311 |
| Port Elizabeth | +27 (0) 41 581 1911 |
| Pretoria | +27 (0) 12 361 9821 |
| Rustenburg | +27 (0) 14 594 1280 |
| Dar-es-Salaam | +25 (5) 22 260 1881 |
| Harare | +263 (4) 49 6182 |

Africo entered into an agreement dated 17 April 2008 whereby Comide will transfer PE2607 to Swanmines (to be owned at least 75% by Africo and the balance by Gécamines). The agreement required that the purchase price for the transfer will be based on the value of the Mashitu exploitation permit as determined by SRK Consulting (South Africa) (Pty) Limited ("SRK"). The valuation of the Mashitu Project will be determined independently of the Kalukundi Project.

SRK has been commissioned to determine independent values for the Kalukundi and Mashitu Projects. SRK's findings from the review are set out in this Valuation Report, which will be referred to as the Mineral Asset Valuation Report ("MAVR").

## 1.2 Purpose of Report, Compliance and Sources of Data

### 1.2.1 Purpose of Report

On 12 June 2008, Africo confirmed that its shareholders had approved the Cdn$100million private placement by Camrose Resources Limited ("Camrose"), a company incorporated under the laws of the British Virgin Islands. This placement resulted in Camrose owning approximately 60% of the outstanding share capital of Africo prior to the exercise of any warrants by Camrose.

In the same announcement, Africo confirmed that the legal dispute over ownership of Swanmines had been resolved in favour of Africo, since the legal entity which initiated the dispute had been acquired by an affiliate of Camrose. In consideration of this, Africo issued an aggregate of 5.4million shares to Camrose, which resulted in Camrose owning approximately 63% of the outstanding share capital of Africo.

At the same time, Africo also agreed to acquire 75% of the Mashitu property, adjacent to Kalukundi, from an affiliate of Camrose, with the remaining 25% interest continuing to be held by Gécamines. The purchase price was to be based on a valuation to be prepared by SRK and would be satisfied by the issue of Africo common shares at a price of Cdn$2.50 per share.

This MAVR has been prepared by SRK to provide an independent valuation of the Kalukundi and Mashitu Projects as announced by Africo on 12 June 2008.

SRK has been advised that this MAVR will be for internal use by Africo and Comide only, and will not be used in any form of public disclosure. Nevertheless, the valuations have been done in a way that adheres to the principles of materiality and transparency as laid down by the SAMVAL Code.

### 1.2.2 Compliance

This report has been prepared under the direction of the Competent Person ("CP") who assumes overall professional responsibility for the document (Section 1.6). The report, however, is published by SRK, the commissioned entity, and accordingly SRK assumes responsibility for the views expressed herein. Consequently all references to SRK mean the CP and vice versa.

SRK has reported the Mineral Resources and Mineral Reserves in this MAVR in accordance with the SAMREC Code. The valuation of the Projects has been done in accordance with the requirements of the SAMVAL Code.

### 1.2.3 Sources of Data

*[Item T1.11 of SAMVAL Code]*

Details of data/information used to prepare this MAVR are given in the list of references at the end of this report.

### 1.2.4 Site Visits

*[Item T1.14 of SAMVAL Code]*

SRK is familiar with the Projects as these have been visited by SRK staff at various times during the past few years, as follows:

| Project | SRK Engineer | Discipline | Date(s) visited |
|---|---|---|---|
| Kalukundi | GP Murray PrEng | Project Manager, Infrastructure | 2006 |
| | A Smithen PrEng | Environmental | 2006 |
| | VM Simposya PrSciNat | Geology, Mineral Resources | 2006 |
| Mashitu | VM Simposya PrSciNat | Geology, Mineral Resources | 2006, 2007, Sep 2008 |

The Projects have not been visited by Messrs Waldeck and McDonald.

Africo and Comide have confirmed in writing to SRK that to their knowledge, the information provided by them was complete and not incorrect, misleading or irrelevant in any material aspect. SRK has no reason to believe that any material facts have been withheld.

## 1.3 Effective Date/Valuation Date

*[Item T1.9 of SAMVAL Code]*

The conclusions reached in this MAVR and the respective valuations of the Projects are correct at 28 November 2008 (the "Valuation Date"), which is also the Effective Date of this MAVR. The valuation is therefore only valid for this date and may change with time in response to variations in economic, market, legal or political factors, in addition to results obtained from on-going technical investigations.

## 1.4 Verification, Validation and Reliance

### 1.4.1 Verification and Validation

SRK has made use of certain technical and financial information in preparing this MAVR. The technical information as provided to and taken in good faith by SRK has not been independently verified by means of re-calculation. SRK has however:

- Conducted a review and assessment of material technical issues likely to influence the future outcome of the feasibility study of the Kalukundi Project;
- Conducted a review of the Mineral Resource estimation process followed, and underlying data used, by RSG Global as part of the Feasibility Study for the Kalukundi Project, to ensure that as far as possible

within the time available the Mineral Resource estimates for the Kalukundi and Mashitu Projects can be considered on a like-for-like basis;

- Reviewed the financial model compiled by RSG Global for the Kalukundi Feasibility Study and adjusted this, as required, to enable a view of the project to be obtained on a pre-finance post-tax basis using appropriate production and current cost parameters;
- Satisfied itself that such information is both appropriate and valid for valuation as reported herein. SRK considers that with respect to all material technical-economic matters it has undertaken all necessary investigation, both in terms of level of investigation and level of disclosure, to satisfy the reporting requirements of the SAMVAL Code.

SRK has performed all necessary validation and verification of the information provided by Gem Diamonds in order to place an appropriate level of reliance on such information.

### 1.4.2 Reliance on Other Experts

*[Item T1.13 of SAMVAL Code]*

SRK has reviewed the legal title documentation provided by Africo and Comide. Whilst this does not constitute a legal opinion, SRK is satisfied that the information presented in this MAVR is materially correct.

SRK has relied upon the Feasibility Study for Kalukundi compiled by MDM Ferroman (Pty) Ltd ("MDM") as study manager (MDM, 2006) in the preparation of this MAVR.

SRK has relied upon RSG Global that the calculation methodology and logic embodied in the financial model for the Kalukundi Feasibility Study is correct. SRK has adjusted the model to remove the effects of financing structures, incorporate a production ramp-up for the process plant and consider revised capital costs in light of recent experience in the DRC.

## 1.5 Valuation Methodology

*[Item T1.8 of SAMVAL Code]*

Valuation of the Projects has been prepared in accordance with the 2008 SAMVAL Code, which has been compiled under the auspices of the South African Mineral Committee. The SAMVAL Code incorporates the principles of the CIMVal Code (Canadian Institute of Mining, Metallurgy and Petroleum), the Valmin Code (Australasian Institute of Mining and Metallurgy) and the International Valuation Standards Committee, and is consistent with international reporting practices.

The various property types as defined by the SAMVAL Code and applied in this MAVR are as follows:

- ***"Defunct Property"*** is a mineral asset on which the Mineral Resources and Mineral Reserves have been exhausted and exploitation has ceased, or that may or may not have residual assets and liabilities.
- ***"Development Property"*** is a mineral asset that is being prepared for mineral production and for which economic viability has been demonstrated by a Feasibility Study or Pre-feasibility Study and includes a mineral asset which may not be financed or under construction.
- ***"Dormant Property"*** is a mineral asset that is not being actively explored or exploited, in which the Mineral Resources and Mineral Reserves have not been exhausted, and that may or may not be economically viable.

- ***"Exploration Property"*** is a mineral asset that is being actively explored for mineral deposits but for which economic viability has not been demonstrated. Exploration properties have asset values derived from their potential for the discovery of economically viable mineral deposits.
- ***"Production Property"*** is a mineral asset that is in production.

The three generally accepted approaches to mineral asset valuation are:

- ***"Cash Flow Approach"*** which relies on the 'value-in-use' principle and requires determination of the present value of future cash flows over the useful life on the mineral asset.
- ***"Market Approach"*** which relies on the principle of 'willing buyer-willing seller' and requires that the amount obtainable from the sale of the mineral asset is determined as if in an arm's-length transaction.
- ***"Cost Approach"*** which relies on historical and/or future amounts spent on the mineral asset.

The applicability of the three valuation approaches to the different property types as set out in the SAMVAL Code is shown in Table 1.1. In some instances, a particular mineral property or project may include assets that logically fall under more than one of these property types.

**Table 1.1: Applicability of Valuation Approaches to Property Types**

| Valuation Approach | Exploration Properties | Development Properties | Production Properties | Dormant Properties | | Defunct Properties |
|---|---|---|---|---|---|---|
| | | | | Economically Viable | Not Viable | |
| Cash Flow | Not generally used | Widely Used | Widely Used | Widely Used | Not generally used | Not generally used |
| Market | Widely Used | Less widely used | Quite widely used | Quite widely used | Widely Used | Widely Used |
| Cost | Quite widely used | Not generally used | Not generally used | Not generally used | Less widely used | Quite widely used |

The SAMVAL Code requires that at least two valuation approaches must be applied and the results from the valuation approaches and methods must be weighted and reconciled into a concluding opinion on value. A range of values must be provided, together with the estimated value.

The currency of valuation used in this report is the United States Dollar ("US$") or United States cents ("USc", where US$1.00 = 100 USc).

The valuation set out in this MAVR excludes consideration of the Identifiable Component Asset Values ("ICA"). *[Item T1.16 of SAMVAL Code]*

## 1.6 Qualifications, Independence and Experience

*[Items T1.13 and T1.14 of SAMVAL Code]*

SRK is part of an international group (the SRK Group) that comprises more than 700 staff, offering expertise in a wide range of resource engineering disciplines. The SRK Group's independence is ensured by the fact that it holds no equity in any project and its ownership rests largely with its staff. This permits SRK to provide its clients with conflict-free and objective recommendations on crucial judgement issues.

The SRK Group has a demonstrated track record in undertaking independent project evaluations, technical due-diligence audits, competent person's reports and independent feasibility evaluations to bankable

standards on behalf of exploration and mining companies and financial institutions world wide. The SRK Group has worked on a large number of major international mining operations and projects for all the major stock exchanges and has specific experience in evaluations of this nature.

The consultants who have carried out the work in this report, have extensive experience in the mining industry and are members in good standing of appropriate professional institutions. Details of their qualifications, experience and discipline are set out below:

- Victor Simposya, PrSciNat, MSAIMM, MSc Geology, Resources;
- Andrew Smithen, PrEng, MSAIAE, MSAICE, MSAIMM, MSc(Eng), MBL Environment;
- Gordon Cunningham, PrEng, MSAIMM, MMMASA, BEng Mineral Processing;
- Andrew McDonald, CEng, FSAIMM, MIMMM, MSc, MBL Valuation, Market Review;
- HG (Wally) Waldeck, PrEng, FSAIMM, AMAMMSA, BSc(Eng), MBA Mining, Reserves.

All of SRK House, 265 Oxford Road, Illovo, 2196 Johannesburg.

The CP with overall responsibility for the MAVR is Mr. HG (Wally) Waldeck PrEng (Engineering Council of SA), FSAIMM, who is a Partner with SRK. Mr Waldeck is a mining engineer with 35 years experience in the mining industry and has supervised numerous due-diligence reviews in Southern Africa and internationally during the past 10 years.

The CP with overall responsibility for the Mineral Resources in this MAVR is Mr V Simposya PrSciNat (SACNAS), MSAIMM, who is a Partner with SRK. Mr Simposya is a mining geologist with 20 years' experience in the mining industry and has been responsible for the reporting and evaluation of Mineral Resources on a range of mining properties during the past twenty years.

In terms of the SAMREC definition of a Competent Person, the responsible persons for SRK are members of a statutory, relevant international body, i.e. the South African Institute of Mining and Metallurgy, referred to as the SAIMM.

Mr Andrew McDonald, an Associate Consultant with SRK holding a MSc degree in Geophysics (cum laude) from the University of the Witwatersrand and a MBL from UNISA, is the Competent Valuator for this MAVR. He is a registered Chartered Engineer (Reg. No. 334897) through the Institution of Materials, Minerals and Mining in London and is a Fellow of the Southern African Institute of Mining and Metallurgy. He has 34 years of diverse experience in a range of management, technical and financial activities, the past 13 of which have been involved in the fields of feasibility studies, due-diligence audits and financial evaluation for mining-related projects throughout Africa and other international locations. He has undertaken numerous mineral property and project valuations since 1996.

SRK operates as an independent technical consultant providing resource evaluation, mining engineering and mine valuation services to clients. SRK has received, and will receive, professional fees for its preparation of this report at commercial rates in accordance with normal professional consulting practice. Payment of fees is in no way contingent upon the conclusions reached in this report. Neither SRK nor any of its directors, staff or sub-consultants who contributed to this report has any pecuniary or beneficial interest, whether direct or indirect, in:

- Africo or any of its mineral assets; or
- Comide or any of its mineral assets; or
- any of the advisers to Africo or Comide; or
- the Kalukundi and Mashitu Projects reviewed; or
- the outcome of the proposed merger of the Kalukundi and Mashitu Projects.

## 1.7 Disclaimer

### 1.7.1 Legal Title

*[Item T1.3 of SAMVAL Code]*

SRK has not undertaken nor commissioned a legal due diligence review of the title of Africo and Comide to the Projects described in this report.

SRK has reviewed the legal title documentation provided by Africo and Comide. Whilst this does not constitute a legal opinion, SRK is satisfied that the information presented in this MAVR is materially correct. Nevertheless, SRK is not responsible for the accuracy of property data provided by Africo and Comide for the Projects and SRK does not make any claim or state any opinion as to the validity of title of the licences described herein.

### 1.7.2 Forward looking Statements

*[Item T1.10 of SAMVAL Code]*

This report contains statements of a forward looking nature which are subject to a number of known and unknown risks, uncertainties and other factors that may cause the results to differ materially from those anticipated in this report. Factors that may cause such differences include: changes in mineral commodity markets, equity markets, costs and availability of materials relevant to the mining industry, changes in government and changes to regulations affecting the mining industry.

The achievability of budgets and forecasts is neither warranted nor guaranteed by SRK. The forecasts for the Projects as presented and discussed herein have been developed by Africo and Comide, and amended by SRK as appropriate based on the findings of its review as set out in this MAVR. The forecasts are necessarily based on economic assumptions, many of which are beyond the control of Africo, Comide or their management and cannot be assured. Future cash flows and profits derived from such forecasts are inherently uncertain and actual results may be significantly more or less favourable.

The information presented in this MAVR reflects various technical economic conditions prevailing at the date of this report. These conditions can change significantly over relatively short periods of time and as such the information and opinions contained in this report may be subject to change. Should these change materially, the value could be materially different in these changed circumstances. SRK has no obligation or undertaking to advise any person of any change in circumstances which comes to its attention after the date of this MAVR or to review, revise or update the MAVR or its opinion.

This report includes technical information, which requires subsequent calculations to derive subtotals, totals and weighted averages. Such calculations may involve a degree of rounding and consequently introduce an error. Where such errors occur, SRK does not consider them to be material.




**Figure 1.1: Kalukundi-Mashitu Valuation – Location of Projects**

# 2 Kalukundi Project

## 2.1 Property Description and Tenure

*[Item T1.3 of SAMVAL Code]*

The Kalukundi Project is located within the Kolwezi District of the Katanga Province in the south east of the DRC, 60km to the east of Kolwezi (see Figure 1.1). The Kalukundi Project is located just to the north of the main road between Likasi and Kolwezi, 250km by road from the provincial capital of Lubumbashi and 120km from the mining centre of Likasi.

The Kalukundi PE591 consists of 23 blocks covering a total area of approximately 19.5km$^2$. PE591 confers on Swanmines the exclusive right to carry out within the perimeter over which it has been granted, exploration, development, construction and exploitation works for copper, cobalt, gold and nickel and associated mineral substances.

Given that PE591 stems from Concession No 242 which was granted under the former mining legislation, it is valid for the duration of the original term, i.e. from 11 October 2001 to 10 October 2021, and can be renewed twice for periods of fifteen years.

## 2.2 History

*[Item T1.4 of SAMVAL Code]*

Preliminary evaluation work was conducted by Gécamines in 1986/7 and Johannesburg Consolidated Investment Limited in 2002.

Work on the Kalukundi feasibility study commenced in late 2004. A number of consultants were appointed to carry out the work, with MDM as study managers. Drill rigs were mobilized to site in August 2004 and drilling activities continued through to mid October 2005. A second drilling contractor undertook the geotechnical drilling programme and completed this programme by May 2005.

Consolidation of the information occurred during later 2005 and early 2006, with the final report issued in April 2006.

## 2.3 Geological Setting

*[Item T1.5 of SAMVAL Code]*

### 2.3.1 Regional Geology

The mineralised zones within the Kalukundi project are located within the Lufilian Arc, which hosts the Katangan and Zambian Copperbelt. The Copperbelt is one of the great metallogenic provinces of the world and contains some of the richest copper and cobalt deposits. These deposits are hosted mainly by metasedimentary rocks of the Late Proterozoic Katangan System. Geochronological data indicate an age of deposition of the Katangan sediments of ca. 880Ma and deformation during the Katangan Orogeny at

<650Ma. This deformation led to the formation of the NW-SE trending Lufilian Arc, which extends for more than 300km from Kolwezi in the northwest to southeast of Lubumbashi, within the DRC.

Within the Lufilian Arc in the DRC are large scale E-W to NW-SE trending folds with wavelengths extending for kilometres. The folds are faulted along the crests of the anticlines through which rocks of the Roan Supergroup are thrust to overlie rocks of the younger Kundelungu Supergroup.

Stratigraphically, the rich copper and cobalt deposits occur localised in the Roan Supergroup. The Roan occurs at the base of the Katanga succession, unconformably overlying the basement rocks of Kibaran age (Mid-Proterozoic). The Roan (also referred to as the Mine Series, Mines Group or Series Des Mines) is separated from the overlying rocks of the Upper and Lower Kundelungu Supergroups by The Grand Conglomerat. The Lower Kundelungu is composed of sandstones and shales with a basal conglomerate while the Upper Kundelungu consists essentially of sediments and is separated from the Lower Kundelungu by the Petit Conglomerat.

### 2.3.2 Project Geology

The Kalukundi deposit represents hypogene remobilisation of primary sulphide mineralisation. The primary mineralisation was probably typical of other Lower Roan mineralisation in copper belt deposits in Zambia and the DRC. Some of the deeper drillholes at Kalukundi have intersected partially weathered sulphide mineralisation as far down as 270m below the surface. The principal sulphide zone copper bearing minerals are chalcocite, chalcopyrite and bornite. Cobalt is present in carrollite. Within the oxidised zone copper occurs as malachite and cobaltiferous malachite with subordinate kolwezite and chrysocolla, and cobalt occurs as heterogenite. Spherocobaltite occurs within the RSC in small amounts.

Within the Kalukundi fragment significant amounts of chalcocite are developed below the depth of 40 metres below surface, whilst elsewhere, malachite persists well below this depth. Chalcocite is, however, often developed in a supergene zone near surface and does not necessarily reflect true unoxidised sulphide ore.
Heterogenite appears to be enriched near surface, especially in the subsurface from 4m down to about 40m depth.

Mineralisation in the Mines Series in the sulphide zone on the Katanga Copperbelt is well developed and shows continuity within the upper and lower ore bodies both along strike and down dip, while the stromatolitic dolomite unit separating these ore bodies, the RSC, carries some cobalt mineralisation and only minor copper mineralisation. In the oxide zone, remobilisation of copper and cobalt into the RSC results in this central zone being quite well mineralised in places.
Mineralisation at Kalukundi is best developed within the lower ‘ore’ body (RAT Grise/D Strat/RSF) and to a slightly lesser degree in the upper (SDB/RSC) ‘ore’ zone. The two mineralised horizons may have been distinct within the sulphide zone with lower grade mineralisation between the two. In the oxide zone mineralisation is largely continuous from the DStrat to the SDB with significant remobilisation of metal into the RSC. Nevertheless, the highest grades usually remain in the lower and upper ‘ore’ zones.

In certain parts of the fragments, the upper ‘ore’ body is poorly mineralised to barren and the adjacent RSC is often poorly mineralised adjacent to this zone. This is evident in the SE Principal fragment, both near surface and in depth and in the Kalukundi fragment near surface. The distribution of mineralisation is

variable, reflecting changes in both the original distribution and the subsequent weathering regimes. Within the oxidised zone very high grades of both copper and cobalt may be encountered due to supergene enrichment. Contrarily, certain zones may be poorly mineralised. Differential leaching in the porous RSC unit near surface results in this unit and closely adjacent lithologies being locally barren.

## 2.4 Mineral Resources and Mineral Reserves

*[Item T1.6 of SAMVAL Code]*

### 2.4.1 Mineral Resource Review

The following aspects of the review were undertaken:

- Review of the drillhole data;
- Review the wireframe models with respect to the drillhole lithological intersections and whether the strings were snapped onto the drillhole contacts;
- Use the lithological wireframes to extract the drillhole data;
- Statistics on the lithological data ex wireframes;
- Composite the ex wireframes data at 2m intervals and compare with the 2m composite data provided;
- Comment on the variography;
- Review the block estimation process including input data and parameters used in the estimation;
- Validate the block estimates against the composite data by swath analyses;
- Comment inventory of the block models.

**Drillhole Database**

The RSG Technical Report makes reference to trench data collected after the drilling campaign, but these data are not in the database collected and SRK cannot comment on the quantity and quality of these data and the suitability for inclusion in the Mineral Resource estimates.

**Statistics**

The Technical Report (Hearne and Verbeek, 2006) does not provide statistical tables or histograms plots for any of the data used in the estimation process. SRK has computed statistics from the composite files provided.

**Data Selection Methods**

The basis for this review was to try and establish the criteria used in the selection of the samples for estimation. This is necessary as the Technical Report (Hearne and Verbeek, 2006) is vague on this aspect and does not provide comparative statistics for each of the lithological zones modelled and estimated.

The results of this work indicated that the wireframes were not used in the data extraction, as data extracted when composited was not consistent with the composite files as provided.

In addition, there was no consistent coding to allow for the data to be extracted using the lithology codes. It is not clear to SRK how the data used in the compositing and estimation were extracted.

**Density**
Both the Technical and Feasibility study reports do not explain how the density determinations were done. Coffey Mining (which now incorporates RSG Global) indicated to SRK that this was done using the Archimedes Principle. SRK queried whether the core pieces were waxed or wrapped prior to being immersed in water to avoid water ingress in the core and no reply was received.

SRK discussed the determinations with a Mr. Trevor Tregoning, a Site Geologist / Camp Manager at Africo who was involved with the data collection during the Africo drilling and he confirmed that the core was not waxed or wrapped. This implies to SRK that the densities are probably over-stated.

**Variography**
Variogram data from the composite files used in the estimation process are presented in table format in the Technical Report (Verbeek, 2006; Hearne and Verbeek, 2006), but without graphical images that would show the quality of the variograms.

SRK has requested the graphical plots and these have not been provided. In a telephone conversation with a Senior Consultant Resources at Coffey Mining, the variograms were reported as “not good”, probably explaining why they were not included in any of the reports.

According to the Technical Report (Hearne and Verbeek, 2006), composites for estimation were sourced using a search neighbourhood 90m x 50m x 30m in the X, Y and Z directions rotated in the plane of the strike of the mineralisation.

Except for the RSF and SDB, the variogram ranges for various lithologies are fractions of the search distances: for RATGR for instance, the search in the strike direction is almost 3 times the variogram range (at 33m).

The implication of this is that the blocks estimated and classified into the Measured and Indicated Mineral Resources were being sourced from data well outside the zone of spatial continuity as indicated by the variogram modelling.

**Validation of Estimates**
The validation of the block model estimates is not documented in either the Technical Report (Hearne and Verbeek, 2006) or the Feasibility Study report (MDM, 2006).

SRK has validated the block model estimates against the composite data provided with the exception of the Kalukundi deposit, where SRK generated the composites from the drillhole data provided.

The validation has been done in swaths of approximately 50m width across the strike of each of the fragments. Composite data and block model data falling within each respective swath were extracted and statistical analyses done on the extracted data. The means of the composite and block estimates for each of the grade variables, %Cu and %Co, within each swath were compared together with the number of composites found in the swath, indicating how well informed the estimates are expected to be.

A review of the validation of estimates against composite data by swath for each deposit revealed the following:

- Anticline deposit - generally an over estimation with respect to %Cu and to a lesser extent for %Co;
- Principal deposit – the block estimates are generally higher than the composite data within each of the swaths. The RATGR estimates are comparable to the composite data for %Co, but the %Cu is over-estimated;
- Kalukundi deposit - swath analyses by lithology show on average an over-estimation of grade compared to the input composite data.

### 2.4.2 Historical Mineral Resource Estimates

RSG classified the Mineral resources within the four project areas on the basis of:

- their global experience in estimating and exploiting stratigraphic Cu-Co deposits in the Lufilian Arc;
- continuity of the units and especially tectonic fragments of units;
- number of drillholes intersecting units - Measured Resources were defined as estimates falling between adjacent boreholes at a nominal spacing of 50m with a thin rim of Measured Resource was projected beyond the last boreholes on each section. A further rim of Indicated Resource was interpreted beyond that;
- their confidence in the grade estimates was considered to be good, even though drillhole density was limited down dip. Confidence was supported by low grade variability and low skewness parameters;
- rapid increase in the kriging variance beyond the last borehole on each section in defining the limits of Measured and Indicated Resources;
- Where the continuity of tectonic fragments was uncertain, the zones were classified as Inferred Resource.

SRK has computed the inventories of tonnages and average grades for each of the project areas, on the basis of the block models provided. SRK found that the block model contains about 152,000 tonnes that do not have %Cu and %Co grade estimates estimated, equivalent to almost 1% of the total block model inventory. The total Mineral Resource inventory which SRK extracted from the block model is presented in Table 2.1.

**Table 2.1: Kalukundi Project - Mineral Resource Statement per Kalukundi Block Model (MDM, 2006b)**

| Classification | PROJECT | Mt | %TCu | %TCo |
|---|---|---|---|---|
| Measured | Principal | 2.3 | 2.60 | 0.80 |
| | Anticline | 1.5 | 2.57 | 0.53 |
| | Kalukundi | 2.9 | 2.80 | 0.39 |
| | Kii | 1.5 | 2.65 | 0.63 |
| | **Total Measured Resources** | **8.2** | **2.67** | **0.58** |
| Indicated | Principal | 0.6 | 2.46 | 0.78 |
| | Anticline | 0.3 | 1.79 | 0.62 |
| | Kalukundi | 1.0 | 2.96 | 0.38 |
| | Kii | 0.4 | 2.63 | 0.62 |
| | **Total Indicated Resources** | **2.2** | **2.62** | **0.56** |
| Inferred | Principal | 2.1 | 2.28 | 0.76 |
| | Anticline | 2.9 | 2.38 | 0.59 |
| | Kalukundi | 3.8 | 2.54 | 0.50 |
| | Kii | 1.5 | 2.71 | 0.64 |
| | **Total Inferred Resources** | **10.4** | **2.47** | **0.60** |
| **Total Resources** | | **20.8** | **2.57** | **0.59** |

The Mineral Resources as reported in the Technical Report (Hearne and Verbeek, 2006) are based on a 1.5%Cu equivalent cut-off defined as 12:1 Co to Cu equivalence ratio based largely on price ratios (Table 2.2). Elsewhere under section 17.7 of the Technical Report, it is reported that "Cu equivalent cut-off has been calculated on the basis of a 12:1 Co:Cu revenue basis which in turn is based largely on price ratios". This is at odds with the prices used in the financial model of US$12.50/lb for Co and US$1.25/lb for Cu, implying a ratio of 10:1.

**Table 2.2: Kalukundi Project - Mineral Resource Statement at 1.5% Cu-equivalent cut-off (Hearne and Verbeek, 2006)**

| Classification | PROJECT | Mt | %TCu | %TCo |
|---|---|---|---|---|
| | Principal | 3.5 | 2.39 | 0.83 |
| | Anticline | 1.5 | 2.58 | 0.53 |
| **Measured** | Kalukundi | 2.7 | 2.39 | 0.40 |
| | Kii | 2.0 | 2.54 | 0.57 |
| | **Total Measured Resources** | **9.6** | **2.45** | **0.61** |
| | Principal | 0.7 | 2.44 | 0.88 |
| | Anticline | 0.3 | 1.79 | 0.62 |
| **Indicated** | Kalukundi | 0.9 | 2.22 | 0.43 |
| | Kii | 0.6 | 2.48 | 0.54 |
| | **Total Indicated Resources** | **2.5** | **2.30** | **0.61** |
| **Inferred** | Principal | 5.5 | 2.99 | 0.74 |
| | Anticline | 2.9 | 2.40 | 0.59 |
| | Kalukundi | 4.7 | 2.43 | 0.38 |
| | Kii | 1.9 | 2.45 | 0.60 |
| | **Total Inferred Resources** | **15.0** | **2.63** | **0.58** |
| **Total Resources** | | **27.2** | **2.54** | **0.59** |

In addition, SRK cannot determine where the additional 6.5Mt of resources in Table 2.2 relative to Table 2.1 have come from. Such a large difference requires explanation. It is also customary when a cut-off grade is applied that the grades of the declared resources are increased relative to the in-situ resource grades. Inspection of Tables 2.1 and 2.2 suggests that that this is generally not the case.

During the review process, SRK raised the following queries with Africo and RSG regarding the significance of the Cu-equivalent cut-off:

- was there a formula used to derive this cut-off grade and what were the input factors used;
- was the cut-off applied to drillhole data and thereby defining an orebody envelope, or;
- was it applied after the block estimation process and only for the quantification of Mineral Resources?

There has been no response to these queries from either Africo or RSG. SRK has made the assumption that the cut-off was applied to the estimates as there is no evidence of orebody wireframe models.

As the cut-off is value driven, having higher grade estimates would result in more blocks being above the cut-off and therefore reporting as Mineral Resources. SRK has highlighted issues with the modelling and estimation process which impact on the quantities and qualities of the material reported as Mineral Resources.

SRK has reviewed the classification in view of the issues highlighted:

- **Data selection-** either the wireframes were not optimised or the lithologies were not grouped to be consistent with the wireframe interpretations;
- **Density** – Coffey indicate that density determinations were undertaken using Archimedes Principle. SRK queried whether the core pieces were waxed or wrapped prior to being immersed in water to avid water ingress in the core and no reply was received. SRK discussed the determinations with a Mr. Trevor Tregoning, a site geologist / Camp Manager at Africo who was involved with the data collection during the Africo drilling and he confirmed that the core was not waxed or wrapped. This implies to SRK that the densities are over-stated.
- **Variography** – Coffey in a telephonic discussion indicated that the variograms were "not good", which probably explains why they were not included in any of the reports;
- **Sample search during grade estimates** – grade estimation was by lithology irrespective of the grades intersected. Samples for grade estimation were sourced from distances equivalent to 3x or more of the variogram ranges for the various lithologies. The combination of not good variograms and the much wider search;
- **Block validation** – validation of block estimates indicate that the estimates are generally higher than the composite values within the respective lithologies;
- **Classification** – Mineral resources were classified into Measured on the basis of sample spacing of 50m despite the variogram ranges being far less than that, in some cases half that spacing.
- **Cut-off grade -** the cut-off grade, as SRK understands it, was applied to the estimates and used in the definition of Mineral resources based on value. The application of a cut-off grade on estimates derived from "not good" variograms, sample selected within 3x the variogram range, well past the limit of spatial continuity and over-estimated values results in a larger Mineral Resources base.

In summary, SRK is of the opinion that the Mineral Resources for the Africo properties are over-stated in both tonnes and grade and that the estimates are not of good quality to qualify for Measured Mineral Resources. SRK considers the work done sufficient to qualify for an Indicated Mineral Resource category. SRK's audited Mineral Resource statement for Kalukundi is presented in Table 2.3. The Mineral Resources presented in Table 2.3 are inclusive of the Mineral Reserves shown in Table 2.4.

**Table 2.3: Kalukundi Project - SRK's Audited Mineral Resource Statement at 1.5%Cu cut-off grade (at October 2008)**

| Classification | PROJECT | Mt | %TCu | %TCo |
|---|---|---|---|---|
| Indicated | Principal | 2.9 | 2.58 | 0.80 |
| | Anticline | 1.8 | 2.45 | 0.54 |
| | Kalukundi | 3.8 | 2.84 | 0.39 |
| | Kii | 1.9 | 2.64 | 0.63 |
| | **Total Indicated Resources** | **10.4** | **2.66** | **0.57** |
| Inferred | Principal | 2.1 | 2.28 | 0.76 |
| | Anticline | 3.0 | 2.38 | 0.59 |
| | Kalukundi | 3.8 | 2.54 | 0.50 |
| | Kii | 1.5 | 2.71 | 0.64 |
| | **Total Inferred Resources** | **10.4** | **2.47** | **0.60** |
| **Total Resources** | | **20.8** | **2.57** | **0.59** |

### 2.4.3 Mineral Reserves

Based on the pit designs described in Section 2.6.8, a summary of the Mineral Reserves is given in Table 2.4. This has been adjusted to match the amended classification provided in Table 2.3.

**Table 2.4: Kalukundi Project - Mineral Reserves Statement (MDM 2006a)**

| Classification | PROJECT | Mt | %TCu | %TCo |
|---|---|---|---|---|
| **Probable** | Principal | 2.6 | 2.23 | 1.01 |
| | Anticline | 1.6 | 2.47 | 0.55 |
| | Kalukundi | 1.5 | 2.26 | 0.44 |
| | Kii | 2.1 | 2.56 | 0.56 |
| **Total Reserves** | | **7.8** | **2.37** | **0.69** |

## 2.5 Mining

### 2.5.1 Introduction

RSG Global (RSG) undertook the Mining Study for the Kalukundi Copper Cobalt Project in the DRC and presented their findings in a report dated June 2006. RSG undertook Optimisation studies, pit design, the preparation of mine production schedules as well as mining equipment fleet estimates. In addition RSG sourced mining contractor quotes and estimated mine operating costs.

### 2.5.2 Mining Approach

The Kalukundi Project consists of 4 mining areas based around 4 mineralised fragments, i.e. the Principal, Anticline, Kalukundi and Kii fragments. The plant throughput used as the basis for the final production schedule was 800ktpa.

The project will involve a conventional open pit selective mining method employing a mining contractor to undertake the mining operations. The mining equipment to be employed will consist of backhoe excavators and rigid frame dump trucks to mine and haul the ore. The 80-tonne backhoe configured excavator will load the haul trucks of 25 to 35-tonne capacity.

Multiple open pits will be operated to ensure continuity of blended ore feed, timely pre-stripping of future ore producing areas together with the other mining considerations. It is anticipated that two mining areas will be operated at any one time to provide the required ore blend to the plant.

A bench height of 5m is proposed to be excavated in two flitches of 2.5m each. The mining operation will work continuously as a two shift operation each shift nominally of 11 hour duration.

Waste will be hauled to the waste dumps while low grade material will be stockpiled separately.

The mine will employ RC grade control drilling as opposed to blasthole sampling as it offers a number of advantages. These include less in-hole contamination and better control over the sampling.

The option of an owner mining operation versus a contractor mining option was evaluated. It was concluded that the project lends itself to contractor mining.

### 2.5.3 Geotechnical Investigation

Ground conditions that will influence open pit slope stability and excavation requirements for the various pits were assessed by Knight Piésold. It is estimated that the zone of oxidation related to weathering extends down 40m to 60 below surface for the Kalukundi fragment and between 10 and 30m for the other fragments.

Recommendations for batter height, batter angle and berm width have been provided for each geotechnical domain. The overall slope angles vary from 27° to 29° to 51° and 56° depending on the domain and elevation in the open pit.

The slope stability assessment and design was developed assuming that the pit dewatering will comprise a pit sump dewatering system with appropriate stormwater control. The geotechnical recommendations have been based on inferences from limited information.

### 2.5.4 Hydrogeology

The groundwater level is about 50m below the surface at Kalukundi. There are two perennial springs at Kisankala and Kii. Very little is known about the hydrogeology of the Kalukundi site with a study by African Mining Consultants reportedly under way at the time of the Mining study.

No surface hydrology work was presented at the time of writing the Mining Report.

### 2.5.5 Drilling and Blasting

Knight Piésold has undertaken a preliminary review of drilling and blasting parameters for the project. They anticipated that free dig conditions will extend to about 50m below the surface. Most of the waste rock types can be excavated by ripping and dozing with the requirement for drilling and blasting restricted to benches at depth in more competent rock. In all the fresh rock units, drilling and blasting will be required.

### 2.5.6 Contract Mining Quotations

A request for quotation for contract mining was issued to a number of mining contracting companies although only four companies expressed an interest. Two out of the four failed to submit a quote and the other two, the MCC Group and Swanepoel decided to form a joint venture. MCC provided a quote on behalf of the JV. Based on the extrapolated contractor costs and the total volume of material for the project of 16million BCM, the mining costs were estimated to average US$9.95/BCM or US$4.32/t of material.

Due to the single quote received, RSG compiled a first principles cost model ("FPCE") to simulate contract mining costs as part of the Mining Study. For this purpose a fleet of suitable mining equipment was selected consisting of excavators, haul trucks, an ancillary fleet, track dozers, graders, water trucks, loaders and drill rigs. Comprehensive quotes for supply and maintenance services were received from Original Equipment Manufacturers ("OEM") BIA (Komatsu and Atlas Copco Dealer) and Sandvik (Tamrock Dealer). AEL submitted a quote for the provision of blasting services. The unit mining cost derived by RSG was US$4.74/t material.

### 2.5.7 Open Pit Optimisation

In line with JORC guidelines, RSG only applied the optimisation to the Measured and Indicated Resources for the base case. The input parameters that were used are shown in Table 2.4.

**Table 2.5: Kalukundi Project - Whittle Input Parameters (MDM, 2006a)**

| Input Parameter | Unit | Value |
|---|---|---|
| Mining Dilution | (%) | 3.0 |
| Mining Losses | (%) | 2.0 |
| Copper Price | (US$/lb) | 1.25 |
| Cobalt Price | (US$/lb) | 12.00 |
| Average Waste Mining Cost | (US$/tonne) | 3.12 |
| Average Ore Mining Cost | (US$/tonne) | 4.01 |
| Mine Supervision and Overheads | (US$/t ore) | 1.76 |
| De-Watering | (US$mill/yr) | 0.50 |
| Grade Control | (US$/t ore) | 0.06 |
| Rehabilitation | (US$/t waste) | 0.1 |
| Crusher Feed | (US$/t ore) | 1.16 |
| Base Processing Cost (0 – 10m_ | (US$/t) | 35.35 |
| Av. Incremental processing cost (per extra 10m) | (%) | 7.7% |
| Metal Transport | (US$/t Cu Metal) | 300 |
| | (US$/t Co Metal) | 377 |
| Marketing Cost | (US$/t Metal) | 2% |

Based on the greatest average Discounted Cash Flow, the optimum four pit shells for the four fragments were selected. The optimum pits contained 8.6Mt of mill feed at an average grade of 2.49% Cu and 0.69% Co. The waste amounted to 32Mt at a strip ratio of 3.7:1.

The optimum pits based on the Undiscounted Cash Flow contained some 8.8Mt of mill feed at 2.49% Cu and 0.69% Co. The waste in this instance amounts to 34.2Mt at a strip ratio of 3.9:1. The pit shells based on the Undiscounted Cash Flow were selected for practical pit design.

### 2.5.8 Modifying Factors

*[Item T1.7 of SAMVAL Code]*

The modifying factors applied by RSG in converting Mineral Resources to Mineral Reserves were mining dilution of 3% at zero grade and mining losses of 2% (see Table 2.5).

### 2.5.9 Pit Design and Mineral Reserves

Design parameters for the practical pit design are in keeping with established mining practice. Dual lane haul roads and ramps were designed to allow for the largest dump truck.

The main power line into the DRC runs over part of the Principal fragment. As the line cannot be moved the pit was designed to be 50m or more away from the line. This had the result of sterilising some 1.4Mt of ore at 2.29% Cu and 0.43% Co.

The final pit designs allow for ramp exits close to the plant and nearby waste dumps.

### 2.5.10 Mine Production Scheduling

Following a number of plant reviews during the study, the plant throughput was increased to 800ktpa that was also applied to the production schedule. The maximum vertical rate of advance for the open pits was set at 40m per year.

The schedule was required to achieve as far as possible amongst others a maximum Cu grade of 3.03% for the 800ktpa throughput and to maintain a constant metal production over the life. This was not easy to

schedule as the grades are relatively low at surface and increase with depth, apart from the Kii fragment. As Co provided about 70% of the revenue for the project, maximising the project value could be achieved by feeding the highest Co grade first. A compromise in achieving the maximum value and producing at constant metal production was reached by feeding the higher Co ore from the upper benches in the Principal pit with the higher Cu grade from the Kii Pit.

The summary production schedule in annual periods is shown in Table 2.6.

**Table 2.6: Kalukundi Project - Summary Production Schedule (MDM, 2006a)**

| Period | Units | Totals / Averages | Pre-Production | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Waste | (kt) | 31,515.5 | 2,550.6 | 6,476.1 | 5,471.6 | 3,767.2 | 3,269.7 | 2,387.8 | 2,207.2 | 1,969.4 | 1,410.5 | 1,165.2 | 840.2 |
| Ore | (kt) | 7,834.0 | 57.4 | 797.5 | 797.7 | 794.0 | 799.1 | 800.8 | 800.5 | 792.2 | 802.2 | 801.1 | 591.5 |
| Total Rock | (kt) | 39,349.5 | 2,608.0 | 7,273.6 | 6,269.3 | 4,561.2 | 4,068.8 | 3,188.6 | 3,007.7 | 2,761.6 | 2,212.7 | 1,966.3 | 1,431.7 |
| Strip Ratio | | 4.0 | 44.4 | 8.1 | 6.9 | 4.7 | 4.1 | 3.0 | 2.8 | 2.5 | 1.8 | 1.5 | 1.4 |
| Cu contained | (t) | 169,118.0 | 236.0 | 14,401.0 | 16,728.0 | 15,587.0 | 12,196.0 | 14,932.0 | 20,496.0 | 17,407.0 | 17,444.0 | 21,020.0 | 18,671.0 |
| Co contained | (t) | 48,274.0 | 77.0 | 4,500.0 | 4,914.0 | 4,895.0 | 5,199.0 | 4,934.0 | 4,794.0 | 4,785.0 | 4,476.0 | 4,680.0 | 5,020.0 |

## 2.6 Processing

### 2.6.1 Introduction

The Kalukundi Copper/Cobalt project is designed to treat 66,750tpm (801ktpa) of open pit ore with a total tonnage to be treated of about 7.8Mt. The ore is to contain 2.37% Cu and 0.69% Co. Due to a change in mine planning, the original process plant was designed to treat 60,000tpm and operating costs were factored to the 66,750tpm but the capital costs were not increased to the same extent. The mine will produce 21,100tpa of Copper cathode and 4,200tpa of Cobalt cathode.

### 2.6.2 Metallurgical Testwork

Metallurgical test work was conducted at both SGS Lakefield and at Mintek, both in South Africa from November 2004. A 2-tonne sample of 'representative' material from a number of boreholes was made available for metallurgical testing. Additional samples from surface, the bulk sample and composites of deeper ores were also collected for metallurgical test work. There are 5 lithologies associated with the ore body and these were also tested metallurgically.

The test work was conducted in 3 phases, the first being bench scale test work on 22 samples, the second being a large scale pilot plant for copper recovery and the third being pilot plant for cobalt recovery.

Testwork indicated that the ore is amenable to conventional SAG/Ball Milling with the Ball Mill in closed circuit with hydro-cyclones. The ore requires a 12 hour sulphuric acid leach at 25°C with 150g/t $H_2SO_4$ and $SO_2$ as leaching agents. High copper and cobalt leach efficiencies were achieved consistently.

It is reported that leach recoveries in excess of 97% for copper and 94% for cobalt were achieved. The overall metal recovery for the process plant is not stated clearly in the study.

There is reference to the deeper ores having reduced copper and cobalt recovery and higher acid consumption. The reduced metal recovery seems to be related to contained sulphide ores which will not be recovered in this plant.

The metallurgical test work is regarded as adequate for the project, although additional variability samples should be submitted for acid soluble rather than total copper and cobalt determinations.

### 2.6.3 Process Description

The process plant is designed to treat 60,000tpm although it will be expected to process 66,750tpm, as a result of the open pit Whittle programme review. The grade to be processed will be 2.37% Cu and 0.69% Co on average for the life of mine.

Ore from the pit will be transported to the tip for blending purposes. The blended ore is to be crushed to 160mm and stockpiled ahead of the milling plant in a 12,000 tonne surge stockpile, of which 4,000 tonnes is live. The SAG / Ball Mill combination will treat 95tph of ore to produce a product with a 75% passing 75µm size at an overall availability of 91%. The milled product is thickened, filtered and repulped with recycled acid solution (raffinate). The repulped slurry is pumped to the leach circuit which will consist of one storage tank, two copper leach tanks and two cobalt leach tanks. The slurry will flow to six counter-current

decantation (CCD) thickeners with the solution being clarified and flow to the Pregnant Leach Solution Pond (PLS). The CCD slurry is neutralized with lime and pumped to the tailings dam. The solution from the PLS Pond is pumped to the primary solvent extraction circuit (PSX) and the return solution (raffinate) is returned to the leach circuit. From the PSX circuit, the purified copper solution is pumped to the copper electro-winning circuit (EW) for recovery of copper metal as cathode. A bleed stream is taken from the primary copper circuit for removal of contained base metal (such as aluminium, iron, manganese, zinc and any contained copper) prior to the cobalt SX circuit. The purified cobalt solution is pumped to the cobalt EW circuit for recovery of cobalt cathode.

This process is well understood internationally and there is limited process risk to the project. Historically, this process has not been evident in DRC but has recently been implemented at Ruashi and will be implemented at Katanga, First Quantum Kolwezi Project and at Tenke Fungurume during the coming years.

No provision is included in the process plant for recovery of sulphide mineralogy. This may be necessary subject to the mining plan and the quantity of sulphide ore to be mined.

### 2.6.4 Metal Recoveries and Metal Lock-up

The metallurgical test work indicates that high metal recoveries will be achieved from the process plant. Overall copper recovery varied from 89 to 93% and cobalt from 70 to 78%, as shown in Table 2.7. The reduced metal recovery for deeper ores seems to be related to the depth of weathering and contained sulphide ores which will not be recovered in this plant.

**Table 2.7: Predicted Leach Recoveries with depth (MDM, 2006a)**

| Depth | Principal Fragment Recoveries (%) | | Anticline Fragment Recoveries (%) | | Kalukundi Fragment Recoveries (%) | | Kii Fragment Recoveries (%) | |
|---|---|---|---|---|---|---|---|---|
| | Cu | Co | Cu | Co | Cu | Co | Cu | Co |
| 0 – 10m | 93 | 78 | 93 | 78 | 93 | 78 | 93 | 78 |
| 10 – 20m | 91 | 74 | 91 | 74 | 91 | 74 | 91 | 74 |
| 20 – 30m | 91 | 74 | 91 | 74 | 91 | 74 | 91 | 74 |
| 30 – 40m | 89 | 70 | 89 | 70 | 89 | 70 | 89 | 70 |
| 40 – 50m | 89 | 70 | 89 | 70 | 20 | 50 | 89 | 70 |
| 50 – 60m | 89 | 70 | 89 | 70 | 10 | 30 | 89 | 70 |
| 60 – 70m | 89 | 70 | 89 | 70 | 5 | 20 | 89 | 70 |
| 70 – 80m | 89 | 70 | 89 | 70 | 5 | 0 | 89 | 70 |
| 80 – 90m | 89 | 70 | 89 | 70 | 5 | 0 | 89 | 70 |
| 90 – 100m | 89 | 70 | 89 | 70 | 5 | 0 | 89 | 70 |
| 100 – 110m | 89 | 70 | 60 | 55 | 5 | 0 | 60 | 55 |
| 110 – 120m | 89 | 70 | 40 | 20 | 5 | 0 | 40 | 20 |
| 120 – 130m | 60 | 55 | 20 | 0 | 5 | 0 | 20 | 0 |
| 130 – 140m | 40 | 20 | 10 | 0 | 5 | 0 | 10 | 0 |

The financial model has copper recovery ranging from 81% to 93% with a life of mine average of 88.3% whilst cobalt recovery ranges from 67.7% to 78% with a life of mine average of 71.3%. The metal recoveries as detailed in the financial model are supported by the metallurgical test work and are regarded as reasonable.

Process Plant metal lock-up does not seem to be included in the model and is not commented upon in the process plant section. A plant of this size will have a copper lock-up of 500t and a cobalt lock-up of 150t, all of which occurs during the first six months of production. It is recommended that the lock-up needs to be included in the financial model.

### 2.6.5 Plant & Mine Infrastructure

The general and plant infrastructure is regarded as reasonable for a process plant of this size and complexity.

Fire protection facilities have been included but seem to be inadequate for the solvent extraction plants.

Site vehicles are adequate for the process plant but exclude the mining operations.

Communication systems for the plant are adequate with a radio system. No mention is made of the cell phone network which would also be used for site and off-site communications. No mention is made regarding data networks which are critical for an operation such as this.

Buildings listed are adequate for such an operation, although the drawings were not reviewed and thus the sizes cannot be confirmed as appropriate.

A weighbridge has been included.

The site will have a security CCTV system installed with a full fence around the plant.

A sewage system has been included for the plant and accommodation areas.

A fully equipped laboratory is included in the estimate.

### 2.6.6 Capital Costs

The Process Plant capital cost (based on a lump sum turnkey (LSTK) basis) is estimated to be US$172.4m, including first fill and mine infrastructure, but excluding all mine related costs. A contingency of 7.6% has been included in the capital costs to cover minor errors and omissions, which is really an accuracy provision and is not regarded as a true contingency. It seems that the plant costing is based on the design to treat 720ktpa and it has been assumed that this plant will be able to treat the 801ktpa and this will need to be confirmed as appropriate for the project.

It is stated that this estimate is considered to be ±10% accuracy in March 2006 money terms. The formal exchange rate base is R6.00 = US$1.00.

It has proven to be extremely difficult to reconcile the individual estimates with the summary capital documents presented for review. This is partially as a result of the estimates being completed in South African Rand terms without conversion to US Dollar in the individual estimates. In addition, it appears that different exchange rates have been used for some of the conversions, such as R6.00 and R6.50.

In addition there appear to be errors and omissions in some of the equipment calculation costs, but as the costs cannot be reconciled, this aspect cannot be confirmed.

The financial model has a total capital cost of US$166.1m, which is inconsistent with the process plant capital cost estimate. In addition, an amount of US$7.3m has been added for the pre-strip mining costs. The financial model claims to be based in July 2006 money terms yet the MDM capital costs are in March 2006 money terms without any escalation provision.

No owner costs have been included in the overall capital expenditure and as a result of the location in DRC, these costs will be significant. It is estimated that these costs will be approximately US$15m, spread over the construction and commissioning period.

There does not seem to be a provision for local employee accommodation within the capital estimate although there does seem to be accommodation for non-DRC residents and a construction camp. Provision for the operation of the construction camp cannot be found in the capital estimate or the financial model. This could require a provision of up to US$10,000 per day for at least 12 months or US$3.65m.

It seems that minimal taxes have been applied to the capital costs and whilst this may be legally correct, in practice, it will be necessary to add approximately 10% to the overall costs to cater for the unofficial taxes which will be imposed, irrespective of the legal standing of Kalukundi.

It is stated in the report that a mine sustaining capital provision of US$50,000 per annum has been made. This is regarded as totally inadequate and should be approximately 2% of the total capital cost of the project. Based on the above costs, the sustaining capital would more appropriately be US$3m per annum.

It is stated that a working capital provision equal to 3 months operation at full production has been allowed for in the financial evaluation. This is inconsistent with the financial evaluation section of the report.

The hourly rates as indicated in the EPCM were not market related, even in March 2006 money terms. If these rates are regarded by the engineering company as correct, the Kalukundi will not be getting the best available management team and the project will most probably not be well engineered. The overall EPCM percentage is approximately 8% of the equipment and construction cost – this is unrealistically low for a project in DRC and should be more likely to be 15%, an increase of $US7.5m.

### 2.6.7 Adequacy of the Estimate

In terms of the total capital cost in March 2006 money terms, the overall provision is regarded as fair and reasonable at US$172.4m but an additional 15% contingency should be included in the estimate.

An additional 10% provision for taxes and other imposed duties should be included in the estimate.

The sustaining capital provision of US$3m per annum should be included in the financial evaluation.

Inadequate provision has been made for the cost of plant commissioning. An additional US$5.0m will be required for commissioning and de-bottlenecking teams from completion of the plant and prior to actual commissioning.

Inadequate provision seems to have been made for operation of the construction camp and an additional US$3.65m will be required.

The capital cost in March 2006 money terms is more likely to be US$211.92m plus the sustaining capital of US$3.0m per annum and the owner's costs of US$15.0m. A contingency provision of 15% should also be included in the financial model.

The capital cost in November 2008 terms for this processing plant and infrastructure will have escalated by approximately 2% per month since March 2006, or about 64%. It is estimated that the capital cost will be about US$348m, US$24.6 for owner's costs, US$5.0m per annum for sustaining capital and a 15% contingency provision.

### 2.6.8 Exclusions from Estimate

The MDM capital estimate excludes the following aspects:

- Any mining related costs such as mining fleet or contractor establishment;
- Mining related accommodation;
- Owners costs estimated at least $US15m in March 2006 terms;
- Resource drilling for mine planning purposes;
- Provision for construction camp operation including feeding of the construction team.

### 2.6.9 Operating Costs

Process plant variable operating costs are US$44.42 per tonne milled on average in April 2006 money terms, which are regarded as reasonable. The process costs vary with depth as shown in Table 2.8. In the same way as reduced metal recovery with depth is attributed to sulphide ores, SRK attributes the increase in process costs with depth to increased acid and reagent consumption due to contained sulphide ores.

**Table 2.8: Kalukundi – Variation of Process Costs with depth (MDM, 2006a)**

| Depth | Total Processing Cost (US$/t) |
|---|---|
| 0 – 10m | 35.35 |
| 10 – 20m | 36.98 |
| 20 – 30m | 39.02 |
| 30 – 40m | 41.53 |
| 40 – 50m | 44.50 |
| 50 – 60m | 47.93 |
| 60 – 70m | 51.80 |
| 70 – 80m | 56.14 |
| 80 – 90m | 60.92 |
| 90 – 100m | 65.16 |
| 100 – 110m | 71.86 |
| 110 – 120m | 78.01 |
| 120 – 130m | 84.61 |
| 130 – 140m | 91.67 |

Labour cost provision of US$3.44m per annum is based on a complement of 203 for the processing plant, which is regarded as appropriate for the plant but inadequate for the laboratory. The project also has too few senior management and supervisory staff.

The analytical laboratory operating cost for consumables is stated as US$16,000 per annum (excluding manpower) which is more likely to be US$192,000 per annum plus labour costs.

The major components of the process plant operating costs are reagents (66.8%), power (9.8%), labour (9.7%), maintenance (5.7%) and grinding media & liners (3.5%). The major components of the reagents are sulphur (35.3% of total), lime (20.9% of total) and sodium hydroxide (3.7% of total). These seven items (namely sulphur, lime, power, labour, maintenance, sodium hydroxide and grinding media & liners) account for 88.7% of the total process plant operating costs. While some of the input costs are largely unchanged from March 2006, other costs have almost doubled between March 2006 and November 2008. The net result is that the unit plant operating cost of US$44.42/t in the Feasibility Study (MDM, 2006a) is more likely to be US$58.44/t milled in November 2008.

The tailings disposal cost for Kalukundi was estimated to be $US0.60/t deposited in April 2006 money terms. The financial model seems to exclude the tailings dam operating costs. Applying similar price escalation as above, the tailings dam operating cost will increase to US$0.98/t deposited.

By comparison, a recently-completed feasibility study on a very similar deposit in the DRC determined process operating costs between US$31/t and US$41/t, depending on the type of ore processed. As around two-thirds of the processing cost is due to reagents, the consumption factors and delivered costs of the reagents used in building up the cost estimates have a large influence on the final cost. Further, the tailings deposition cost was estimated to be around US$0.21/t.

Changes in process operating costs have a significant impact on the economic results for the Kalukundi Project. SRK understands that the operating costs for the Kalukundi Project are currently being reviewed.

### 2.6.10 Product Quality

It is apparent that Kalukundi will produce 'A' Grade copper cathode (at 1,618tpm) and high grade cobalt cathode (at 308.8tpm), based on 60ktpm being fed to the refinery.

### 2.6.11 Project Schedule and Ramp-up

The project schedule indicates that the plant will be designed and built within 18 months and a six week commissioning period. This will not be possible and it will take a minimum of 24 months to get the plant to the point of commissioning, plus 4 months of commissioning with a production profile of no more than 75% at the end of commissioning.

Production can be ramped up during the post-commissioning period to 100% after a further 12 months.

### 2.6.12 Concerns, Risks and Opportunities

SRK understands that the project financial and capital estimates are in the process of being reviewed and updated.

## 2.7 Tailings Disposal

Golder Associates Africa (Pty) Ltd designed a tailings storage facility ("TSF") that can accommodate 12Mt of tailings at a deposition rate of 60ktpm over the life of the Kalukundi Project (MDM, 2006). The envisaged life of the TSF per the study was 10 years.

SRK has not reviewed this design as part of this MAVR. The cost of US$4.98m seems appropriate for a dam with a capacity of almost 12Mt, although the design is based on a treatment rate of 60ktpm and not 66,750tpm.

A closure provision of US$0.75m is included in the financial evaluation as part of the overall closure costs for the mine.

## 2.8 Infrastructure

Water will be pumped some 25km from Lake Lualaba to the mine. It is proposed to have the pipeline located in the power line servitude. This may be the easiest route but as a result of induced voltage from the power lines, extreme care must be taken with this routing to ensure safety of the local communities from these induced voltages.

Power will be supplied from the power grid with backup power from self generated sources. The grid runs approximately 100m from the plant boundary. It is reported that the installed supply capacity will be 30MVA with a consumed power of 23.58MVA.

A provision for the local mine and plant roads has been made and comments about upgrading of the regional road infrastructure are made. The capital estimate does not seem to detail these aspects.

Rail spur connections from the national infrastructure will involve a 4.8km spur from the Kisanfu siding.

## 2.9 Logistics

This aspect of the feasibility study was not reviewed.

## 2.10 Environment

### 2.10.1 Introduction

This report is based on some prior knowledge of the Kalakundi site obtained in a site visit by SRK several years ago and a desk top review of the following documents:

- The Environmental Adjustment Plan (EAP) compiled by African Mining Consultants and approved by the DRC authorities in April 2007.
- The Environmental and Social Impact Assessment (ESIA) compiled by Africo in October 2008.

Documentation provided did not include the Relocation Action plan.

### 2.10.2 Environmental Issues

In general terms, there is no evidence to suggest that the operation will differ significantly from other similar mines in the DRC in terms of the nature of the operation and its environmental impact, subject to the following observations:

- In contrast to many of the operations previously undertaken by Gecamines in Katanga, the Kalakundi deposits are in a relatively pristine environment, with existing impacts limited to those associated with artisanal mining and other small scale activities in the area. This has the advantage of ensuring that the proposed operation does not become liable for historic liabilities which can be considerable, particularly in relation to water quality issues. This advantage is clearly associated with the responsibility of ensuring that cumulative impacts are limited to the extent that the near pristine conditions are maintained.
- The EAP provides for the engineering of the waste rock piles to direct rainfall runoff to the open pits where it will be contained, thereby reducing the risk of surface water contamination by suspended solids. The impact of this proposed practice on ground water needs to be established.
- According to the EAP the volume of ground water inflow into the pit has not yet been established although there is a commitment to do this before mining commences. Assumptions have been used in the EAP but it is stated that the water management plan has yet to be developed. Water and therefore also salt balance implications were not fully understood at the time of the compilation of the EAP for the DRC government. The ESIA, which was compiled later, notes a surplus of water amounting to 22,000m$^3$ per day which will be discharged into local streams.
- Acid based accounting suggests that the waste rock to be produced is potentially acid forming. Reliance is placed on the blending of waste rock to reduce this potential. Should this blending not be carried out, or not be effective, an acid mine drainage problem could develop.
- The ESIA has notes that two springs in the area will dry up as a result of dewatering operations and that following mining, it will take 45 years for ground water levels to recover to a level where the springs will flow again. Options are mentioned for mitigating this problem but it is stated that more work is required a definitive mitigation plan can be put in place. If mitigation is in fact required post mining, the financial implications are unknown.
- The recently completed ESIA does not attach a significance rating to the impact of the loss of local rare habitats, pots mitigation. This is significant since this impact is rated as very high without mitigation. The same assessment (don't know) applies to the impact related to the possible loss of endemic species. It is SRK's view, however, that with proper planning and the advice of suitably qualified ecological specialists, the significance of these impacts can be reduced to acceptable levels. Studies to facilitate this are recommended in the ESIA.
- The environmental assessment does not cover the new village site, apart from its identification.

### 2.10.3 Social Issues

There are in excess of 2,300 people in the village in the area who will have to be relocated and compensated. The current commitment in the EAP is to compensate these people at rate of 150% of their current assets. This cost will have to be provided for, as well as the cost of establishing the alternative village site. A draft Resettlement Action Plan (RAP) is in place.

The village relocation cost of US$0.904m is regarded as extremely low and as with many other projects in DRC, this cost is likely to be between US$5.0m and US$10.0m.

### 2.10.4 Closure considerations

The EAP provides for the following activities associated with closure:

- Removal of all infrastructure.
- Re-vegetation of the waste rock dumps, tailings dam plant and village areas.
- Post Closure monitoring and inspection.
- Implementation of a Sustainable Development Plan.

The financial provision for closure as quoted in the EAP amount to less than US$1million. In the absence of a detailed review of the calculation of this amount it is SRK's view that it may be insufficient for the work scoped and, since certain possible closure requirements have not been listed above the amount may have to be increased to address such requirements. These include:

- The possible need to re-shape the waste rock dumps for stability purposes prior to their re-vegetation.
- Possible remedial work on the tailings dam if concurrent re-vegetation of that facility does not meet required standards at the time of mine closure.
- Provision of safety measures around the four pits, which will not be backfilled. A common approach is to provide for berms, which could be constructed of waste rock, around pit perimeters to prevent inadvertent access and the EAP provides for this. With proper planning these berms could be constructed as part of the mining operation, rather than at closure but lack of implementation of the plan could represent a risk.
- Possible expanded requirements of the Sustainable Development Programme. This programme has yet to be developed and in the light of increasing expectations on the part of DRC authorities requirements may be more onerous than currently expected by the project team.

### 2.10.5 Liabilities and Risks

SRK has not undertaken a detailed liability assessment. The following potentially material risks should be recognized:

- The closure cost provision may be inadequate. Particular areas of concern are:
  - Inadequate rehabilitation during the life of mine resulting in a rehabilitation backlog, given that the current estimate assumes adequate rehabilitation where possible using operational budgets.
  - The need to maintain river flow in the period between cessation of the dewatering operation and recovery of ground water levels.
- There is a potential that surplus water which will be discharged into the surface water system may not meet required quality limits.
- Potential acid mine drainage from the waste rock piles is addressed by means of an intention to blend waste rock to reduce the potential. If this is not effective a comprehensive water management plan to address acid mine drainage will be required.
- Effluent is unlikely to meet required discharge limits and there is no indication in the ESIA that effluent discharge can be avoided. The ESIA alludes to dilution during the wet season but this is not quantified.
- The potential that mitigation measures for the loss of local rare habitats may not be sufficient. This could give rise to international criticism and the need for costly re-instatement of habitats, as well as reputational damage.
- Information provided on the social issues and relocation plan is insufficient to assess whether there are material risks associated with this aspect of the project.

## 2.11 SRK Comments

### 2.11.1 Mineral Resources

SRK has reviewed the Africo models and highlighted issues with the quality of the estimation and the Mineral Resources as quoted. SRK is of the opinion that:

- the reported tonnes in the project areas maybe over-stated due to the possibility that the density is over-stated;
- the %Cu and %Co grades have been over-estimated generally in the model and that the true estimate is probably lower than that shown in the reports.

### 2.11.2 Mining

The production summary (Table 3.5) shows that in the Pre-Strip period, 2.6Mt of waste are mined. In Year 1, the waste being stripped amounts to 6.5Mt and then decreases on an annual basis to 0.84Mt in the last year, Year 10.

The contained Cu in the RoM ore produced per year also shows fluctuations from year to year varying between 12,196t in Year 4 and 21,020t in Year 9. The above is the result of rather targeting Co production that is more uniform and provides about 70% of the revenue. SRK is of the opinion that the above production schedule is not optimal unless a take-off agreement is in place for the Co that will be produced. Given the contribution to the total market, it is bound to have an impact and the assumed prices may not be realised.

To compromise, SRK would recommend rather mining the Principle and Kii fragments together to get as much of the higher grade Cu in the early years and still have the high grade Co available as well.

The Mining cost comprises the contractor costs as well as the owner's cost. The owner's cost is made up of the mining supervision, geology grade control and mine planning. The average unit cost for the LoM amounts to the following:

| | |
|---|---|
| Contractor | US$3.57/t, |
| Owner | US$0.48/t, |
| Total | US$4.05/t. |

SRK is of the opinion that the total of US$4.05/tonne is high in relation to other projects in the DRC. Recent quotes that were obtained for a project in the Eastern DRC were US$3.85/tonne whilst other projects in the Kolwezi area were in the order of US$3.30/tonne for a contractor operation. In this instance the owner's cost of 0.48/tonne appear high although it includes allowances for grade control, rehabilitation, crusher feed, mining supervision and de-watering.

The mining capital cost amounts to US$10.79million of which the major component is US$7.56million for the pre-production mining. The sustaining capital allowed is US$0.05million per year.

### 2.11.3 Processing

The reduced metal recovery for deeper ores seems to be related to the depth of weathering and contained sulphide ores which will not be recovered in this plant.

### 2.11.4 Environment

In the absence of a detailed liability assessment, SRK has identified a number of risks that could be potentially material:

- The closure cost provision may be inadequate;
- Potential discharges into the surface water system may not meet required quality limits;
- A comprehensive water management plan to address acid mine drainage may be required.
- Effluent is unlikely to meet required discharge limits;
- Mitigation measures for the loss of local rare habitats may not be sufficient;
- The capital allowance for the relocation plan is insufficient.




**Figure 2.1: Kalukundi-Mashitu Valuation – Generalised Distribution of Mineralized Fragments showing drillhole coverage (source: Simposya, 2008; RSG, 2006a)**




**Figure 2.2: Kalukundi-Mashitu Valuation – Interpreted Geological Sections of the Principal, Anticline, Kalukundi and Kii Fragments (PE591) (source: MDM 2006a, Section 11 – Environment)**




**Figure 2.3: Kalukundi-Mashitu Valuation – Kalukundi Mine Layout (source: Africo, 2008d)**

# 3 Mashitu Project

## 3.1 Identity and Tenure

*[Item T1.3 of SAMVAL Code]*

The Mashitu Project is located within the Kolwezi District of the Katanga Province in the south east of the DRC, 60km to the east of Kolwezi and directly south of the Kalukundi Project (see Figure 1.1). The Mashitu Project lies 1km to the north of the main road between Likasi and Kolwezi.

The Mashitu PE2607 consists of 41 blocks covering a total area of approximately 34.8km$^2$. PE2607 confers on Comide the exclusive right to carry out within the perimeter over which it has been granted, exploration, development, construction and exploitation works for copper, cobalt, gold and nickel and associated mineral substances.

Given that PE2607 stems from Concession No 243 which was granted under the former mining legislation, it is valid for the duration of the original term, i.e. from 6 May 2002 to 5 May 2022, and can be renewed twice for periods of fifteen years.

## 3.2 History

*[Item T1.4 of SAMVAL Code]*

Union Minière du Haut Katanga conducted a regional survey of the Mashitu deposits in 1939, followed by surface trenching and mapping.

Comide has been exploring the Cu-Co potential in the Mashitu area since 2006 by means of mapping, trenching and pitting, diamond drilling and airborne geophysical surveys. The exploration drilling has been done in two phases. The first of these was an initial reconnaissance phase which ran from October 2006 to December 2007. Phase 2 comprised an infill drill programme completed in June 2008. Airborne geophysical exploration commenced in December 2007 and was completed by March 2008.

## 3.3 Geological Setting

*[Item T1.5 of SAMVAL Code]*

### 3.3.1 Regional Geology

This is described in Section 2.3.1.

### 3.3.2 Project Geology and Mineralization

The Mashitu Project area encompasses three main fragments, Mashitu Principal, Mashitu South and Safwe North as shown in Figure 2.1.

Deposits of Cu and Co that have been exploited in the DRC occur within dolomite rocks under conditions that have favoured the development of rich oxidised ore at the surface, which commonly passes into leaner primary ore at depth. Typically, the ore deposits consist of a weathered zone of oxidation, a secondary

enriched sulphide zone and a zone of primary sulphide mineralization. In the oxidised zone, which may vary form from 20 to 300m in depth, carbonate, oxide and silicate minerals predominate.

The suite of Cu minerals encountered comprises malachite, azurite and chrysocolla, with cuprite of lesser importance. In the secondary enriched zone, chalcocite and bornite with subordinate covellite are the usual minerals while in the deeper primary zone, sulphides occur and are almost exclusively represented by chalcopyrite. In addition to copper, cobalt is an important product. In the oxidized zone, cobalt occurs as complex oxide and hydrated minerals represented by heterogenite and sphaerocobaltite. These are produced from primary carrollite, linnaeite and cobaltnickelpyrite which appear at depth.

The mineralized zones intersected in the drillholes in the Mashitu Project indicate consistency with certain lithological units within the fragments: these units being the SDB and the RSF/DSTRAT for the upper and lower mineralized zone respectively. In between the two mineralized zones, the RSC lithology is found which is generally low grade (below cut-off grade) but may contain mineralization, especially when the lithology is heavily brecciated, allowing for mineralization fluids to flow through the fracture and infill the vugs and breccias zones. The observations from the cores indicate that the mineralization is mostly associated with fracture zones, fault lines and joint planes.

### 3.3.3 Geological Model and Interpretation

Diamond borehole drilling in Phase 1 yielded 10,404m of core from 80 boreholes. Phase 2 drilling was undertaken as an infill drilling programme following positive intersections from the Phase 1 drilling. The initial results for Safwe South from the Phase 1 drilling were not encouraging and this deposit was omitted from the Phase 2 programme. A nominal 50m spacing of the drillholes was achieved where possible. The locations of the boreholes can be seen on Figure 2.1.

Wireframe models of the various lithological intersections were based on Comide interpretations, the combined borehole database, trench data and surface outcrop observations.

The Mashitu Principal area was defined as a saucer shaped and thrusted, near surface fragment with inward dips of 20° to 25° (see Figure 3.1). During Phase 1 drilling, a second fragment of Lower Roan was identified at depth below the surface fragment, separated by a major breccia zone. Geological interpretations of the borehole contacts indicate the lower fragment dips towards the north with a north-east plunge.

The Safwe North fragment is indicated to have a north-south strike with a shallow dip of 5° to 10° to the east. A review of the geological sections for the project indicates close proximity between the Safwe North and Mashitu Principal fragments (Figure 3.1). There is a strong possibility that the Safwe North fragment extends below the near surface Mashitu Principal and is the same one as the lower Mashitu Principal fragment referred to above.

The surface mapping of the Mashitu South fragment indicates sub-outcropping Lower Roan lithologies in an almost north-south strike with dips towards the east of about 30° (Figure 3.1).

## 3.4 Mineral Resources and Mineral Reserves

*[Item T1.6 of SAMVAL Code]*

### 3.4.1 Data Quality and Quantity

The drilling has been done on section lines approximately 50m apart. Discrepancies between lithology and sample logging sheet data over the same intervals and issues related to the down-the-hole surveys still have to be resolved. SRK considered the sample logging sheet data acceptable for resource estimation purposes. SRK considered that there is adequate drilling information to support the classification of the Mineral Resources. Should there be a need for classification with a higher confidence, SRK recommended a drilling programme with holes at much shorter spacing than the current 50m spacing and with improved core recoveries.

The findings of SRK's site visit in September 2008 indicate that the protocols instituted by SRK had not been followed strictly, as demonstrated by portions of the core not being sampled despite the visual mineralisation.

### 3.4.2 Grade Distributions

The %TCu grade distribution indicates moderate variability. Mashitu Principal shows high grade in the central area and lower grades on the periphery. Mashitu South has relatively higher grades at depth in the east compared to the near surface in the west. Safwe North displays a relatively high grade zone associated with a massive breccia zone in the northern extremity of the mineralised zone.

### 3.4.3 Core Recovery

The average drillhole core recovery within the mineralized sections varies from +70% to +80%. The data quality impacts on the quality of the estimates being generated.

### 3.4.4 Spatial Continuity

Omni-directional variograms were generated separately within each of the deposits where data allowed. The variogram models for %TCu indicated spatial continuity of 60m for Mashitu Principal, 55m for Mashitu South and 29m for Safwe North.

### 3.4.5 Quality Assurance/Quality Control

A report on the data collection and QA/QC undertaken by independent consultant MSA is still awaited.

### 3.4.6 Bulk Density

Density determinations were conducted on selected cores within the various lithologies by Comide. The core pieces were weighed in air, wrapped in cling wrap and then weighed in water. For the conversion of volume to tonnes, density data were collated by lithology and the average density values were assigned to the geological block model by lithology. There is adequate data to statistically support the values assigned.

### 3.4.7 Validation of Estimates

The comparisons of the estimates against the composite values by swath indicate good correspondence.

### 3.4.8 Mineral Resource Estimate

SRK has provisionally classified the Mineral Resources for the Mashitu Project into Indicated and Inferred Mineral Resource categories in accordance with the definitions and guidelines of the SAMREC Code. The classification is provisional subject to the confirmation of the QA/QC work being undertaken by MSA. The Mineral Resources for the Mashitu Project are presented in Table 3.1.

**Table 3.1: Mashitu Project - Mineral Resource Statement (0.5%TCu cut-off) (October 2008)**

| Provisional Classification | PROJECT | Mt | %TCu | %TCo |
|---|---|---|---|---|
| Indicated | Mashitu Principal | 5.0 | 2.76 | 0.33 |
| | Mashitu South | 5.0 | 1.54 | 0.22 |
| | Safwe North | 2.2 | 2.64 | 0.10 |
| | **Total Indicated Resources** | **12.3** | **2.24** | **0.24** |
| Inferred | Mashitu Principal (Intermediate mineralized zones) | | | |
| | **Total Inferred Resources** | **5.3** | **1.47** | **0.10** |
| **Total Resources** | | **17.6** | | |

### 3.4.9 Upside Potential

SRK has identified upside potential which would result in an increase in the Mineral Resources for Mashitu Project and recommended remedial measures which would increase the confidence of the Mineral Resources of the intermediate mineralised zone. The recommendations included:

- a concerted effort should be undertaken to sample and provide assay results for all the unsampled portions of the cores not originally sampled;
- selected drillholes in the Mashitu Principal should be extended to depths of about 150m to provide intersections of the intermediate mineralised zone to a 50m spacing;
- a comprehensive drilling programme should be undertaken in the area between Mashitu Principal and Safwe North to confirm the possible connectivity between the intermediate mineralised zone of Mashitu Principal with the Safwe North fragment mineralisation. Also to investigate the extent of the high grade mineralisation intersected in Safwe North which appears to end abruptly towards the northern edge of Safwe North due to lack of drilling information;
- Review the targets generated from the geophysical interpretations.

### 3.4.10 Modifying Factors

*[Item T1.7 of SAMVAL Code]*

No Mineral Reserves have been declared for the Mashitu Project, as no formal mine design, mine planning or production scheduling has been done.

## 3.5 SRK Comments

SRK has estimated the Mineral Resources for the Mashitu Project on the basis of drilling information acquired by Comide on these assets in two drilling phases. SRK monitored and supervised the initial drilling phase which culminated in a report generated by SRK on the preliminary assessment of the potential of the assets in January 2008. In that report SRK recommended a drilling programme for infill and step-out drilling to refine and improve on the potential of the assets. A modified version of the proposed drilling program was undertaken by Comide under the supervision of MSA.

SRK visited the site at the end of September 2008 to review the cores from the drilling and to provide feedback to the Comide geologist on the aspects of the geological and resource modelling. The findings of the site visit indicate that the protocols instituted by SRK had not been followed strictly as demonstrated by portions of the core not being sampled despite the visual mineralisation.

The Comide geologists were shown a 3-dimensional model of the Mashitu Project highlighting the areas of opportunities with regards to the sampling and also the areas of deficiencies with regards to the drilling.

A report on the data collection and QA/QC undertaken by independent consultant MSA is still awaited.

SRK consider that there is adequate drilling information to support the classification of the Mineral Resources as reported, but should there be a need for classification with a higher confidence, SRK recommend a drilling programme with holes at much shorter spacing than the current 50m spacing and with improved core recoveries.

SRK has provisionally classified the Mineral Resources for the Mashitu Project into Indicated and Inferred Mineral Resource categories in accordance with the definitions and guidelines of the SAMREC Code. The classification is provisional subject to the confirmation of the QA/QC work being undertaken by MSA.

Case 1:16-cr-00515-NGG-LB Document 68-9 Filed 11/22/19 Page 49 of 68 PageID #: 1428






**Figure 3.1: Kalukundi-Mashitu Valuation – Interpreted Geological Sections of the Mashitu Principal, Mashitu South and Safwe North Fragments (PE2607) (source: Simposya, 2008)**

# 4 Previous Valuations

*[Item T1.12 of SAMVAL Code]*

## 4.1 Kalukundi Project

### 4.1.1 Feasibility Study (May 2006)

RSG Global was part of the team of consultants that compiled the feasibility study report for H&J Trust in May 2006. RSG Global conducted the financial modelling for the Kalukundi Project and determined a total gross value for the Kalukundi Project of US$228million based on a 10% real discount rate and debt finance of 70%. This included a value of US$65.5million assigned to mineral resources that were not included in the Whittle-optimised LoM plan. If financed on a full equity basis, the gross value of the Project reduced to US$130million.

There are a number of aspects associated with the MSF valuation which need to be noted:

- The process plant throughput was increased to 800ktpa, whereas the tailings disposal facility was designed on the original throughput rate of 720ktpa;
- A three-month payment pipeline was assumed due to the long transport route to Durban;
- Long-term prices of US$1.25/lb for Cu and US$12.50/lb for cobalt were used in the valuation;
- The estimated cost of closure was set at US$0.96million, which appears too low. This excludes a closure rehabilitation estimate for the tailings disposal facility of US$0.8million;
- Debt finance at the level of 70% and amortisation on a 60% declining balance basis were included in the cash flow model.

If gearing (debt finance) has to be used to demonstrate the economic viability of a project, one has to critically assess whether the project is really worth pursuing. SRK believes the use of gearing in the evaluation of the Kalukundi Project even at a feasibility study stage of development is not appropriate.

### 4.1.2 Venmyn Rand (Pty) Ltd (October 2008)

Venmyn Rand (Pty) Ltd ("Venmyn") compiled a report which presented the Mineral Resource statement and Mineral Asset Valuation Report for the Mashitu Project. At the end of this report, Venmyn presented a comparative valuation for the Kalukundi Project of US$143million. It would appear that Venmyn derived this valuation based on comparable transaction information.

## 4.2 Mashitu Project

### 4.2.1 Maverick Strategic Finance (23 October 2008)

Maverick Strategic Finance ("MSF") was commissioned by Comide to conduct a high-level valuation of the Mashitu Project in the DRC. MSF assigned a value to the Mashitu Project of US$174million based on discounted cash flows ("DCF") arising from a resource depletion schedule, assumed capital and operating costs and debt finance of 60%, within the range of US$160million to US$180million.

If the suggested upside potential is excluded, the assigned value for the declared Indicated and Inferred Mineral Resources reduces to US$125million. MSF tested the valuation model under various copper price scenarios, which showed that the value could vary between US$138million and US$265million.

In determining the above indicative values, MSF presented a number of qualifying statements:

- The valuation was not prepared in accordance with the VALMIN Code;
- It was based on resource estimates that were issued in draft format, plus some discounted upside potential;
- MSF made certain broad assumptions for the valuation using publicly-available data from similar projects;
- No detailed projected life of mine plan was available;
- A fast production ramp-up was assumed, with 65% of plant feed in the first year of production and at full capacity thereafter.

There are a number of further aspects associated with the MSF valuation which need to be noted:

- The "upside potential" cannot be classified as Inferred Resources;
- The ore production level was adjusted in the model provided to SRK to ensure that 35kt of Cu was produced per year – this resulted in plant feed varying between 1.7Mtpa and 2.6Mtpa, in comparison to an assumed plant capacity of 1.8Mtpa which is not possible;
- Capital expenditure was assumed to be US$220million, which is low for a 1.8Mtpa SX/EW operation in the DRC. A capital figure closer to US$300million would be more appropriate;
- Mining costs of US$4.50/t rock (ore and waste) moved are high even for a mining contractor, whereas plant costs of US$23.50/t feed are low for projects in the DRC;
- Long-term prices of US$1.75/lb for Cu and US$7.50/lb for cobalt were used in the valuation.

The use of gearing in the valuation of the Mashitu Project at this stage of development is not appropriate. The assigned value should therefore be treated with caution.

### 4.2.2 Venmyn Rand (Pty) Ltd (October 2008)

Venmyn compiled a report which presented the Mineral Resource statement and Mineral Asset Valuation Report for the Mashitu Project. Venmyn applied two valuation methods to the Mashitu Project, with the results summarised in Table 4.1.

**Table 4.1: Values for Mashitu Project (Venmyn, 2008)**

| Valuation Method | Assigned Value (US$million) |
|---|---|
| Historical Exploration Expenditure, with Prospectivity Enhancement Multiplier of 5.5 | 118 |
| Comparable Transactions | 153 |

Several probable future targets were recognised from the geological modelling done by SRK and the aeromagnetic survey results. Venmyn estimated that these probable targets could generate additional value between US$23million and US$30million.

Venmyn concluded that its valuation was an indicative assessment of values that could reasonably be expected in view of recent market comparisons and valuations placed on Cu-Co resources by the market. The copper and cobalt prices used by Venmyn in deriving its valuation were not stated.

It should be noted that Venmyn used valuation methods that were appropriate for the stage of development according to Table 1.1.

# 5 Market Assessment

*[Item T1.18 of SAMVAL Code]*

## 5.1 Copper Market

Copper experienced a bull market that started around 2003 and traded at previously unheard of levels in excess of US$3.00/lb for more than two years to late 2008. These market prices reflected simple economic fundamentals related to supply and demand. With a strong global economy in recent years, the price of copper was run up as increasing demand chased after a less resilient supply stream (Zeal, 2007). These fundamentals were largely the result of an economic cycle that greatly increased the demand for base metals.

Asia, led by China and India, has a population of nearly 4 billion people, over 60% of the global population. These once closed economies have been vying for the commodities that modernized the rest of the world (Zeal, 2007). In China, cities have been growing like mad as open commerce and upgraded technology enabled the populace to make greater economic contributions.

In 2007, copper production accounted for about 2/3rds of annual copper consumption, with recycling picking up the balance. Global mined production of copper had increased by 70% since 1990, and was expected to increase by 6% in 2007 relative to 2006 (Zeal, 2007).

A survey of 24 major copper smelters in China during October 2008 showed that 90% of the enterprises were not optimistic about the future copper market (Chinamining, 2008). The survey found that there were several reasons behind the low production rate at the copper smelters:

- Scrap copper suppliers unwilling to supply;
- Recent copper price slump has increased the production and operational risks;
- Worldwide economic slowdown triggered by financial crisis has made enterprises worry about future demand.

An influencing factor in the copper price trend in future was seen to be the state of China's macro economy and the financial market environment, whereas supply/demand dynamics would have little effect on the price trend for copper. Nearly half of the enterprises surveyed believed that a support price for copper would be reached when the copper price had fallen between 35,000yuan/t (US$5,100/t) and 45,000yuan/t (US$6,570/t), while the remainder were waiting for some clarity in international financial markets (Chinamining, 2008).

Stocks of metal in LME warehouses have risen across the board and the prospects for copper demand are bleak in an oversupplied market (The Australian, 2008). Copper, used extensively in power and construction, is down about 60% since hitting a record high of US$8,940/t in July 2008 (The Australian, 2008). The latest data to hit sentiment was industrial output in Japan, which dropped 3.1% in October.

## 5.2 The Cobalt Market

There have been major changes to the cobalt market over the last 25 years. There has been a significant increase in the number of cobalt producers, while demand has moved towards specialized applications which rely on the unique properties of cobalt.

Apart from its use in superalloys, cobalt is used as a catalyst (for synthetic fibres and gas to liquid technology), binder (for WC components in the diamond tools industry), li-ion batteries and organic chemicals (paint/ink dies and improved adhesion between steel and rubber in radial tyres) (Ereport, 2008).

The cobalt market is dynamic but small in comparison to other base metals (Geovic, 2008). Consumers purchase cobalt through negotiated agreements, bids and open markets. Cobalt consumption was only 24,000t in 1995, but grew to be 59,940t in 2007, a compound annual growth rate of 7.9% (Geovic, 2008).

Cobalt production in 2007 was derived as a by-product of nickel from sulphide and laterite deposits (48% of production), a by-product of copper operations, mainly in the DRC and Zambia (38%), with balance coming from primary producers. Geovic (2008) identified several advanced projects that would produce significant quantities of cobalt in 2009-10, with roughly 80% of this planned additional production coming as a by-product from projects in the DRC. There were however concerns regarding political and logistical issues in the DRC that may endanger the viability of these projects.

Cobalt prices fluctuate significantly in response to world events, such as the 11 September 2001 terrorist attacks that reduced orders for jet engines, labour and political unrest, and changes to supply and demand. Prices for cobalt metal are set through sources such as Platt's Metal Week, Metal Bulletin and BHP Billiton's Cobalt Open Sales System. Prices of cobalt compounds are less transparent and are limited to published producer's prices.

## 5.3 Historical Prices for Copper and Cobalt

Historical prices for Cu and Co for the past five years are shown in Figures 5.1 and 5.2 respectively.




**Figure 5.1: Copper Prices from December 2003 to November 2008 (source: kitco.com)**




**Figure 5.2: Cobalt Prices from Nov 2003 to Nov 2008 (source: nickelalloy.com)**

It is clear from Figures 5.1 and 5.2 that the Cu and Co prices move independently of one another, although the dramatic fall in recent months is evidenced in both commodity prices.

## 5.4 Consensus Price Forecasts

Consensus long-term copper and cobalt prices from a variety of brokers were supplied by Och Ziff Management Europe Ltd and these are shown in Table 5.1.

**Table 5.1: Consensus long term Cu and Co prices (source: Och-Ziff, 2008)**

| Company/Broker | Date | Source | Commodity Price (US$/lb) | |
|---|---|---|---|---|
| | | | Cu | Co |
| Blackmont Capital | 3-Oct-08 | Base M&M | 2.00 | 15.00 |
| BMO Capital | 3-Oct-08 | M&M | 2.20 | 8.00 |
| Canaccord | 10-Oct-08 | M&M | | 12.50 |
| Cazenove | 4-Nov-08 | Cazenove Mining sector today | 2.00 | 10.00 |
| CIBC | 31-Oct-08 | Teck report | 1.75 | |
| Citi | 27-Oct-08 | Commodity Outlook | 1.60 | 8.00 |
| CLSA | 10-Nov-08 | Australia Resources | 1.80 | |
| Credit Suisse | 4-Nov-08 | Metals Snapshot | 1.50 | |
| Deutsche Bank | 17-Oct-08 | Commodities Update | 2.00 | 13.00 |
| Dundee | 10-Oct-08 | Quarterly Commodity Update | 2.00 | 8.10 |
| HSBC | 29-Oct-08 | Teck Cominco | 1.85 | |
| ING | 21-Nov-08 | UK mining | 2.15 | 20.00 |
| JPM | 19-Nov-08 | Resource Sector | 1.93 | |
| Macquarie | 17-Nov-08 | Commodities outlook | 2.00 | 10.00 |
| Merrill Lynch | 4-Nov-08 | Mine 2 Market | 1.55 | 15.00 |
| MS | 5-Nov-08 | M&M | 2.00 | |
| National Bank Financial | 20-Oct-08 | Diversified M&M | | 10.00 |
| Raymond James | 24-Oct-08 | Copper Producers | 1.90 | 10.50 |
| RBC | 4-Nov-08 | Global Mining trends & Values | 1.50 | 7.00 |
| Salman Partners | 14-Nov-08 | Metals Morning Note | 1.60 | |
| Scotia Capital | 27-Oct-08 | Precious Minerals | 1.75 | |
| TD Newcrest | 10-Nov-08 | Base Metals Outlook | 1.75 | |
| UBS | 31-Oct-08 | European M&M | 1.50 | |
| **Average** | | | **1.83** | **11.32** |

# 6 Valuation Guidelines

*[Item T1.8 of SAMVAL Code]*

## 6.1 Introduction

There are numerous recognised methods applied in valuing "mineral assets". There are also a diversity of situations in which a valuation may be required and hence no simple formula or recipe can be used without critical appraisal of the specific situation at hand. The most appropriate application of the various methods must make use of valuation methods suitable for the mineral assets under consideration and will depend on such factors as:

- the nature of the valuation;
- the development status of the mineral or petroleum assets; and
- the extent and reliability of available information.

Where previous and future committed exploration expenditures are known, or can be reasonably estimated, the Multiple of Exploration Expenditures ("MEE") method can be applied to derive a cost-based technical value. The method requires establishing a relevant Expenditure Base ("EB") from past and future committed exploration expenditure. A premium or discount is then assigned to the EB through application of a Prospectivity Enhancement Multiplier ("PEM"), which reflects the success or failure of exploration done to date and the future potential of the asset. The PEM usually ranges between 0.5 and 3.0, but can be as low as 0 and as high as 5. The lower factor would reflect disappointing exploration results and the higher identification of potentially economic mineral resources. The basic tenet of this approach is that the amount of exploration expenditure justified on a property is related to its intrinsic technical value. This reasoning is usually valid in a qualitative sense, but the quantity (i.e. the actual amount expended) may vary greatly for properties of similar intrinsic value, hence the experience of the valuer in carefully weighing up the PEM and the final result is of great import. The MEE method is best applicable to Exploration and Advanced Exploration Areas.

Where Comparable Transactions relating to the sale, joint venture or farm-in/farm-out of mineral assets are known, such transactions may be used as a guide to, or a means of, valuation. For a transaction to be considered comparable it should be similar to the asset being valued in terms of location, timing and commodity, and the transaction can be regarded as of "arm's length" (that would take place between a willing buyer and willing seller). The Comparable Transactions method is best applicable to Exploration and Advanced Exploration areas, and Pre-Development Projects. Its application to more advanced mineral assets is generally restricted to recent sales (whole or part) of the actual assets under consideration.

Where a comparable (same definition as above) joint venture agreement has been negotiated, the Joint Venture Terms (or Farm-in/Farm-out) valuation method may be applied. In a typical staged earn-in agreement, the value assigned to each of the various stages can be combined to reflect the total, 100% equity, value. That is, the 100% equity value is the sum of all successive stages of earning in.

The equity stake that the Farminor (buying into the asset) acquires at any earn-in stage of the joint venture is taken as the value of the liquid assets (cash, shares or other considerations) transferred to the Farminee

(selling part of the asset), plus the value of committed future exploration expenditure. The value of the future expenditure is commonly discounted (usually at a rate of 10% per annum) to present day value. In the case where the expenditure is discretionary, a range of probabilities (low and high) is applied to reflect the valuer's opinion on the likelihood that the full future expenditure will be concluded.

Development, Pre-production and Production Projects should have Measured and Indicated Resources estimated, with technical parameters known or reasonably determinable with regard to mining and mineral processing. In such cases, a technical value of the asset can be derived with a reasonable degree of confidence by compiling a discounted cash flow ('DCF') and determining the net present value ('NPV').

Where Mineral Resources are classified in only the Inferred category, reflecting a lower level of confidence and understanding, the application of mining parameters is not practicable and it would be inappropriate to value such resources by applying the DCF/NPV approach. The argument also applies to a mineral asset where economic viability cannot be readily demonstrated for a resource assigned to a higher confidence category (e.g. a feasibility study that shows marginal or sub-economic financial returns). In these instances it is frequently appropriate to adopt the In Situ Resource (or "Yardstick") method of technical valuation for such assets. The In Situ Resource technique involves application of a heavy discount to the value of the total in-situ metal contained within the resource. The discount is usually taken as a range of a certain fraction (or percentage) of the spot metal price as at the valuation date. The actual range varies for different commodities, being typically between 2% and 4.5% for gold (Lawrence, 1994) and diamonds, and between 0.5% and 3% for base metals (including platinum group elements) (van der Merwe and Erasmus, 2006), but may also vary substantially in response to a range of additional factors such as physiography, infrastructure and the proximity of a suitable processing facility. The depth (and hence cost) of a potential mining operation on the asset is also a determining factor.

The "fair market value" of a mineral asset usually comprises two components: the underlying or "technical value" of the assets and a premium or discount relating to market, strategic and other considerations. The fair market value is therefore more likely to fluctuate with time.

In the case of Exploration Areas, and to a lesser extent Advanced Exploration Areas, the assets have "hidden" potential that has a speculative effect on their value. The valuation of Exploration Areas is therefore to a significant extent dependent on the informed, professional opinion of the valuer. Taking into account and comparing results from more than one valuation technique is likely to lead to a more confident range of values.

Regardless of the technical application of various valuation methods and guidelines, the valuer should strive to adequately reflect the considered risks and potentials of the project in the valuation ranges and the preferred values.

## 6.2 Appropriate Valuation Methods

*[Items T1.8 of SAMVAL Code]*

In terms of the SAMVAL definitions in Section 1.4, the Kalukundi Project would be classified as a Development Property, whereas the Mashitu Project is primarily an Exploration Property. The valuation

methods that are appropriate to use in determining a value for the Projects (cf. Table 1.1) are highlighted in Table 6.1.

**Table 6.1: Valuation Approaches applicable to Kalukundi and Mashitu Projects**

| Valuation Approach | Mashitu Project (Exploration Property) | Kalukundi Project (Development Property) |
|---|---|---|
| Cash Flow | Not generally used | Widely Used |
| Market | Widely Used | Less widely used |
| Cost | Quite widely used | Not generally used |

- Cash Flow Approach which relies on the 'value-in-use' principle and requires determination of the present value of future cash flows over the useful life on the mineral asset and is commonly referred to as the Discounted Cash Flow model ("DCF").
- Market Approach which relies on the principle of 'willing buyer-willing seller' and requires that the amount obtainable from the sale of the mineral asset is determined as if in an arm's-length transaction. It is based on the substitution of values for Mineral Assets that must be similar in all material respects. Within this approach, a number of valuation methods exist, inter alia:
  - Comparable transactions to derive a US Dollar per unit of contained mineral;
  - Yardstick method.
- Cost Approach which relies on historical and/or future amounts spent on the mineral asset.

The results from the valuation approaches and methods must be weighted and reconciled into a concluding opinion on value, to be presented as a range of values and the estimated value [Section 26 of SAMVAL Code]. The reasons for giving a higher weighting to one method or approach over another must also be stated.

## 6.3 Valuation of the Kalukundi Project

*[Items T1.8 of SAMVAL Code]*

### 6.3.1 Cash Flow Valuation Approach

SRK has modified the RSG model to a pure project-based model taking into account the discussion in Section 4.1.1, with the following changes made to the model:

- All loan financing and interest payments were removed from the model;
- Dividends payable to the joint venture partners were removed from the model;
- The plant feed rate was reduced by 50% in quarter 1, 25% in quarter 2 and 10% in quarter 3;
- The initial capital expenditure budget was doubled to US$340million, with US$21million added for owner's costs during construction and US$5million allowed as sustaining capital per annum;
- Long-term prices of US$1.83/lb for Cu and US$11.32/lb for Co per Table 5.1 were used in the valuation.

Using the RSG model modified as shown here, the indicative value for the Mashitu project based on the NPV at 10% discount is US$96million. Since this value is directly linked to the commodity price forecasts, this is considered to be a market-related value. The discussion in Section 2.6.9 suggests that the average

process plant costs should increase from US$44.42/t to US$58.44/t, although recent costs for a similar project of US$41/t are comparable to the MDM-derived figure. If the higher plat operating cost is applied, the NPV is shown to reduce to US$25million. SRK has accepted the MDM study cost for valuation purposes. Clearly, the current reassessment of operating costs is important in the final evaluation of the Kalukundi Project.

A range of values has been estimated from the RSG model by determining the NPV at Cu and Co prices ±10% either side of the long-term price projections. These are US$50.8million and US$139.5million.

### 6.3.2 Market Valuation Approach (Comparable Transactions)

Using the Minerals Economics Group ("MEG") website, data on all Cu-Co projects in the DRC that would employ open pit and/or underground mining methods were extracted. This search yielded 22 projects which were at the different stages of development of Reserve Development, Feasibility, Pre-production and Production (see definitions in Appendix 1). The search data have been collated into these four categories which are included as Appendix 2. With certain projects, more than one transaction was recorded and each one has been used.

In most cases, the MEG database was sufficient to provide the key technical and economic parameters needed, as follows:

- Date interest purchased;
- Interest purchased in the project;
- Price paid to acquire the interest in US Dollars;
- The total resources (tonnes and Cu-Co grades) declared for the project at the date the interest was purchased.

In some cases, only part of this information was available on the MEG database. It then became necessary to review press announcements, technical reports and annual reports on the various company websites to extract the necessary technical and economic parameters. Where the purchase price was given in a currency other than US Dollars, the average exchange rate between the reported currency and the US Dollar at the time of the transaction was sourced from http://www.oanda.com/convert/fxhistory. Nevertheless, SRK was not able to completely populate the dataset with all the above parameters (Appendix 2).

To ensure an adequate spread of data and to best match the status of the Kalukundi Project as a Development Property, SRK has used the entire dataset shown in Appendix 2.

The above parameters were used to determine a value for each project, which was then converted to a value per combined pound of contained Cu and Co in US$/lb. A value weighting for Co relative to Cu was taken to be 6.2, which is the ratio of Co/Cu long-term prices in Table 5.1. Thus, the combined metal becomes 1 x lb Cu + 6.2 x lb Co. This gives a value per Cu-equivalent.

To ensure an adequate spread of data and to best match the status of the Kalukundi Project as an Development Property, SRK selected Cu-Co projects that had been classified by MEG into the categories of

Reserve Development, Feasibility and Preproduction. The Production data are presented for completeness, but have not been used. From the identified projects in Reserve Development Feasibility and categories in Appendix 2, the minimum, average and maximum US$/lb Cu-equivalent values have been extracted and summarised in Table 6.2. Weightings have been applied to the Reserve Development and Feasibility value ranges of 60% and 40% respectively to derive the totals.

**Table 6.2: Kalukundi Project – Values derived from Comparable Transactions**

| Project Status | Weighting | Value (US$/lb Cu equiv) | | | Value (US$million) | | |
|---|---|---|---|---|---|---|---|
| | | Minimum | Average | Maximum | Minimum | Average | Maximum |
| Reserve Development | 20% | 0.02 | 0.06 | 0.15 | 55.5 | 182.3 | 422.0 |
| Feasibility | 70% | 0.00 | 0.03 | 0.06 | 3.4 | 81.4 | 165.7 |
| Preproduction | 10% | 0.02 | 0.09 | 0.13 | 57.3 | 246.3 | 368.8 |
| **Totals** | | | | | **19.2** | **118.0** | **237.3** |

Comparable transactions result in market-related value estimates.

### 6.3.3 In-situ Mineralization (Yardstick Method)

The Yardstick Method is not really applicable to the Kalukundi Project, but has been used as a sanity check. The US$/lb value derived from comparable transactions (Appendix 2) when compared with the Cu price at the time the transaction occurred gives a range of factors that can be applied to the declared Mineral Resources. Applying the factors for the Reserve Development, Feasibility and Preproduction categories to the total contained Cu-equivalent pounds in the resources (2.84Mlb) and the long-term Cu price of US$1.83/lb, a range of values is derived as shown in Table 6.3. Weighting factors of 20%, 70% and 10% have been applied to the Reserve Development, Feasibility and Preproduction value ranges respectively to derive the value totals.

**Table 6.3: Kalukundi Project – Yardstick Method Values using factors from Comparable Transactions**

| Project Status | Weightings | Range of Factors from Comparable Transactions | | | Value Range (US$m) | | |
|---|---|---|---|---|---|---|---|
| | | Low | Average | High | Low | Average | High |
| Reserve Development | 20% | 0.6% | 3.0% | 5.9% | 30.8 | 155.5 | 308.9 |
| Feasibility | 70% | 0.1% | 1.3% | 2.3% | 4.4 | 67.7 | 121.3 |
| Preproduction | 10% | 0.8% | 2.7% | 4.0% | 41.9 | 141.0 | 207.6 |
| **Totals** | **100%** | | | | **13.5** | **92.6** | **167.5** |

Valuations derived by the Yardstick Method are generally deemed to be technical values. In the case of the values derived in Table 6.3, these results can be considered as market-related value estimates as they use the current view of commodity prices.

### 6.3.4 Valuation Weighting

Two different valuation approaches have been considered in Sections 6.3.1 to 6.3.2. SRK has applied relative weightings shown in Table 6.4 to the values derived to arrive at the final value for the Kalukundi Project.

### Table 6.4: Kalukundi Project – Weighting for different Valuation Approaches

| Valuation Approach | Kalukundi Project (Development Property) | Weighting Applied |
|---|---|---|
| Cash Flow | Widely Used | 70% |
| Market | Less widely used | 30% |
| Cost | Not generally used | - |

These weighting factors take cognisance of the applicable valuation approaches set out in the SAMVAL Code with a higher weighting of 70% given to the Cash Flow Approach ("Widely used" in Table 6.4) and a weighting of 30% given to the Market Approach ("less widely used" in Table 6.4). The Market Approach weighting in turn is made up of the different project status categories - 20% coming from the Reserves Development category, 70% coming from the Feasibility category and 10% from the Preproduction category. The Cost Approach has not been considered for Kalukundi.

### 6.3.5 Summary Value for Kalukundi

Combination of the results from Sections 6.3.1 to 6.3.4 and the weightings given in Table 6.4 allow a range of Fair Market Values for the Kalukundi Project to be derived. In the absence of a more thorough review of the model, SRK has assigned low and high ranges to the cash flow value for Kalukundi. These are summarised in Table 6.5.

### Table 6.5: Kalukundi Project – Summary Fair Market Value

| Valuation Method | Component Valuations (US$m) | | | Weighting | Weighted Valuations (US$m) | | |
|---|---|---|---|---|---|---|---|
| | Minimum | Average | Maximum | | Minimum | Average | Maximum |
| Cash Flow | 50.8 | 96.0 | 139.5 | 70% | 35.5 | 67.2 | 97.6 |
| Market | | | | | | | |
| Reserve Development | 55.5 | 182.3 | 422.0 | 6% (1) | 3.3 | 10.9 | 25.3 |
| Feasibility | 3.4 | 81.4 | 165.7 | 21% (2) | 0.7 | 17.1 | 34.8 |
| Preproduction | 57.3 | 246.3 | 368.8 | 3% (3) | 1.7 | 7.4 | 11.1 |
| Cost | - | - | - | - | - | - | - |
| **Total** | | | | **100%** | **41.3** | **102.6** | **168.8** |

1 Combination of two weightings, 30% for Market Approach and 20% for Reserve Development.
2 Combination of two weightings, 30% for Market Approach and 70% for Feasibility.
3 Combination of two weightings, 30% for Market Approach and 10% for Preproduction.

The weighting factors take cognisance of the applicable valuation approaches set out in the SAMVAL Code with a higher combined weighting of 70% given to the Cash Flow Approach ("widely used" in Table 1.1), a combined weighting of 30% given to the Market Approach ("less widely used") and a 0% weighting given to the Cash Flow Approach ("not generally used").

## 6.4 Valuation of the Mashitu Project

*[Items T1.8 of SAMVAL Code]*

### 6.4.1 Market Valuation Approach (Comparable Transactions)

The same approach as described in Section 6.3.2 was followed for the Mashitu Project.

To ensure an adequate spread of data and to best match the status of the Mashitu Project as an Exploration Property, SRK selected Cu-Co projects that had been classified by MEG into the categories of Reserve

Development and Feasibility. From the identified projects in Reserve Development and Feasibility categories in Appendix 2, the minimum, average and maximum US$/lb Cu-equivalent values have been extracted and summarised in Table 6.6. Weightings have been applied to the Reserve Development and Feasibility value ranges of 60% and 40% respectively to derive the totals.

**Table 6.6: Mashitu Project – Values derived from Comparable Transactions**

| Project Status | Weighting | Value (US$/lb Cu equiv) | | | Value (US$million) | | |
|---|---|---|---|---|---|---|---|
| | | Minimum | Average | Maximum | Minimum | Average | Maximum |
| Reserve Development | 60% | 0.02 | 0.06 | 0.15 | 24.5 | 80.5 | 186.3 |
| Feasibility | 40% | 0.00 | 0.03 | 0.06 | 1.5 | 35.9 | 73.2 |
| **Totals** | | | | | **15.3** | **62.6** | **141.0** |

Comparable transactions result in market-related value estimates.

### 6.4.2 In-situ Mineralization (Yardstick Method)

The Yardstick Method of valuation is essentially the value of the contained commodity in the resource, modified by a factor which represents the relative confidence attached the resource classification and a weighting of technical factors that could affect the ability to extract the resources. Technical parameters such as grade, size, depth, mining method, infrastructure, political risk, etc. will influence the valuer in deciding where within this range the appropriate value of the resource would be. Van der Merwe (2006) showed that the range for base metals is typically 0.5% and 3%. Application of this method to the pounds of contained Cu-equivalent in the Indicated and Inferred Resources with different ranges of factors and the long-term Cu price of US$1.83/lb is shown in Table 6.7.

**Table 6.7: Mashitu Project – Values derived from Yardstick Method**

| Resource Classification | Contained Cu-equivalent (000'lb) | Weighting Factor | | Value Range (US$m) | |
|---|---|---|---|---|---|
| | | Low | High | Low | High |
| Indicated | 1008.0 | 0.50% | 2.50% | 9.2 | 46.1 |
| Inferred | 244.2 | 0.25% | 1.50% | 1.1 | 6.7 |
| **Totals** | **1252.2** | | | **10.3** | **52.8** |

An alternative approach is to compare the US$/lb value derived from comparable transactions (Appendix 2) with the Cu price at the time the transaction occurred. This gives a range of factors that can be applied in the same way as above. Applying the factors for the Reserve Development and Feasibility categories to the total contained Cu-equivalent pounds in the resources (see Table 6.7) and the long-term Cu price of US$1.83/lb, a range of values is derived as shown in Table 6.8. Weightings of 60% and 40% are applied respectively to the Reserve Development and Feasibility value ranges as before to get the totals.

**Table 6.8: Mashitu Project – Yardstick Method Values using factors from Comparable Transactions**

| Project Status | Weighting | Range of Factors from Comparable Transactions | | | Value Range (US$m) | | |
|---|---|---|---|---|---|---|---|
| | | Low | Average | High | Low | Average | High |
| Reserve Development | 60% | 0.6% | 3.0% | 5.9% | 13.6 | 68.5 | 136.0 |
| Feasibility | 40% | 0.1% | 1.3% | 2.3% | 2.0 | 29.8 | 53.4 |
| **Totals** | | | | | **8.9** | **53.0** | **103.0** |

Valuations derived by the Yardstick Method are generally deemed to be technical values. In the case of the values derived in Table 6.8, these results can be considered as market-related value estimates as they use the current view of commodity prices.

### 6.4.3 Cost Approach

According to the report by Venmyn (2008), the historical exploration expenditure incurred by Comide on the Mashitu Project is US$21.4million. Venmyn applied a PEM of 5.5 which is outside of the range of 0.5 to 3.0 typically used, as discussed in Section 5.1 above.

Application of a PEM of 3 gives an indicative value for the Mashitu Project of US$64.2million, within a possible range of US$42.8million (PEM = 2) and US$107million (PEM=5).

### 6.4.4 Cash Flow Valuation Approach

According to Table 1.1 and Table 6.1, the cash flow valuation approach is not generally used for exploration properties. MSF compiled a cash flow model for the Mashitu Project based on a suite of assumptions. SRK has modified the MSF model taking into account the discussion in Section 4.2.2, with the following changes made to the model:

- The MSF model provided to SRK did not include debt finance, so it was not necessary to remove the gearing effects from the cash flow analysis;
- The Inferred Resources were discounted by 30% and the upside potential material excluded from the production schedule. In addition, the resource tonnes and grade values were adjusted with 5% dilution and 95% mining recovery to simulate mine modifying factors;
- The production and plant feed rate was limited at 1.8Mtpa;
- Capital expenditure of US$300million for a 1.8Mtpa SX/EW operation in the DRC was used;
- Long-term prices of US$1.83/lb for Cu and US$11.32/lb for Co per Table 5.1 have been used in the valuation.

Using the MSF model modified as shown here, the indicative value for the Mashitu project based on the NPV at 10.83% discount is US$51.7million. Since this value is directly linked to the commodity price forecasts, this is considered to be a market-related value. A range of values has been estimated from the MSF model by determining the NPV at Cu and Co prices ±10% either side of the long-term price projections. These are -US$8.6million (taken as zero) and US$111.4million.

A low weighting will be applicable to the value derived from the projected cash flows for two reasons:

- the inherent uncertainties in the extent of ore that is economically extractable, the production plan and the capital and operating costs as incorporated into the cash flow model;
- this valuation method is not generally used for projects at this level of development.

### 6.4.5 Valuation Weighting

Three different valuation approaches have been considered in Sections 6.4.1 to 6.4.3. SRK has applied relative weightings shown in Table 6.9 to the values derived to arrive at the final value for the Mashitu Project.

### Table 6.9: Mashitu Project – Weighting for different Valuation Approaches

| Valuation Approach | Mashitu Project (Exploration Property) | Weighting Applied |
|---|---|---|
| Cash Flow | Not generally used | 10% |
| Market | Widely Used | 60% |
| Cost | Quite widely used | 30% |

These weighting factors take cognisance of the applicable valuation approaches set out in the SAMVAL Code with a higher weighting of 60% given to the Market Approach ("Widely used" in Table 6.3), a weighting of 30% given to the Cost Approach ("quite widely used" in Table 6.3) and a weighting of 10% given to the Cash Flow Approach ("not generally used" in Table 6.3). The market approach weighting in turn is made up of comparable transactions and yardstick approaches on a 50%:50% basis, with each approach weighted to the different project status categories - 60% coming from the Reserves Development category and 40% coming from the Feasibility category.

## 6.4.6 Summary Value for Mashitu Project

Combination of the results from Sections 6.4.1 to 6.4.3 and the weightings given in Table 6.9 allow a range of Fair Market Values for the Mashitu Project to be derived. These are summarised in Table 6.10.

### Table 6.10: Mashitu Project – Summary Fair Market Value

| Valuation Method | Component Valuations (US$m) | | | Weighting | Weighted Valuations (US$m) | | |
|---|---|---|---|---|---|---|---|
| | Minimum | Average | Maximum | | Minimum | Average | Maximum |
| Cash Flow | 0.0 | 51.7 | 111.4 | 10% | 0.0 | 5.2 | 11.4 |
| Market | | | | | | | |
| *Comparable Transaction* | | | | | | | |
| Reserve Development | 24.5 | 80.5 | 186.3 | 18% (1) | 4.4 | 14.5 | 33.5 |
| Feasibility | 1.5 | 35.9 | 73.2 | 12% (2) | 0.2 | 4.3 | 8.8 |
| *Yardstick* | | | | | | | |
| Reserve Development | 13.6 | 68.5 | 136.0 | 18% (1) | 2.4 | 12.3 | 24.5 |
| Feasibility | 2.0 | 29.8 | 53.4 | 12% (2) | 0.2 | 3.6 | 6.4 |
| Cost | 42.8 | 64.2 | 107.0 | 30% | 12.8 | 19.3 | 32.1 |
| **Total** | | | | **100%** | 20.1 | 59.1 | 116.4 |

1 Combination of three weightings, 60% for Market Approach, 50% for Comparable Transaction Approach and 60% for Reserve Development.

2 Combination of three weightings, 60% for Market Approach, 50% for Comparable Transaction Approach and 40% for Feasibility.

The weighting factors take cognisance of the applicable valuation approaches set out in the SAMVAL Code with a higher combined weighting of 60% given to the Market Approach ("widely used" in Table 1.1), a weighting of 30% given to the Cost Approach ("quite widely used") and a 10% weighting given to the Cash Flow Approach ("not generally used").

The sensitivity of the Mashitu Project to the weightings applied has been examined with the results shown in Table 6.11. The Cu price was kept fixed at US$1.83/lb throughout. This demonstrates that the value assigned to Mashitu is reasonable, since it is relatively insensitive to changes in the weightings applied to the different valuation methods.

**Table 6.11: Mashitu Project –Value Sensitivity to Weighting Factors**

| Weighting Factors | | | | Weighted Valuation (US$m) | | |
|---|---|---|---|---|---|---|
| **Market Approach** | **Cost** | **Reserve Development** | **Feasibility** | **Minimum** | **Average** | **Maximum** |
| 60% | 30% | 60% | 40% | 20.1 | 59.1 | 116.4 |
| 65% | 25% | 65% | 35% | 19.1 | 60.2 | 120.4 |
| 70% | 20% | 70% | 30% | 18.2 | 61.4 | 124.8 |
| 75% | 15% | 75% | 25% | 17.4 | 62.9 | 129.7 |

## 6.5 Recommended Fair Market Values for the Projects

*[Item T1.15 of SAMVAL Code]*

The **Recommended Fair Market Value** for the Kalukundi Project is **US$102.6million,** within the range of US$41.3million to US$168.8million. This is the total value for the Kalukundi Project and not the value attributable to Africo.

The **Recommended Fair Market Value** for the Mashitu Project is **US$59.1million**, within the range of US$20.1million to US$116.4million. This is the total value for the Mashitu Project and not the value attributable to Comide.

# 7 Valuation Summary and Conclusions

*[Item T1.10 of SAMVAL Code]*

SRK Consulting (South Africa) (Pty) Ltd ("SRK") was commissioned by Africo Resources Ltd and Comide s.p.r.l. to determine independent values for the Kalukundi and Mashitu Projects (the "Projects") which are situated east of Kolwezi in the Katanga Province of the Democratic Republic of Congo. The valuations are based on a feasibility study, compiled by MDM Ferroman (Pty) Ltd as study managers, for the Kalukundi Project in 2006 and a Mineral Resource estimate for the Mashitu Project prepared by SRK in 2008. The conclusions reached in this Mineral Asset Valuation Report ("MAVR") and the valuations of the Projects are correct at 28 November 2008, which is also the Effective Date of this MAVR. The valuation is therefore only valid for this date and may change with time in response to variations in economic, market, legal or political factors, in addition to results obtained from on-going technical investigations. These conditions can change significantly over relatively short periods of time and as such the information and opinions contained in this report may be subject to change.

SRK has reviewed the legal title documentation provided by Africo and Comide. Whilst this does not constitute a legal opinion, SRK is satisfied that the information presented in this MAVR is materially correct.

This report contains statements of a forward looking nature which are subject to a number of known and unknown risks, uncertainties and other factors that may cause the results to differ materially from those anticipated in this report. The achievability of budgets and forecasts is neither warranted nor guaranteed by SRK. The forecasts are necessarily based on economic assumptions, many of which are beyond the control of Africo, Comide or their management and cannot be assured. Future cash flows and profits derived from such forecasts are inherently uncertain and actual results may be significantly more or less favourable.

Valuation of the Projects has been prepared in accordance with the 2008 SAMVAL Code. The Kalukundi and Mashitu Projects have been classified as a Development Property and an Exploration Property respectively in terms of the definitions of the SAMVAL Code (see Section 1.4). SRK has used valuation methods that are appropriate to these project classifications as set out by the SAMVAL Code and derived a weighted value as specified by the Code.

The **Recommended Fair Market Value** for the Kalukundi Project is **US$102.6million,** within the range of US$41.3million to US$168.8million. The **Recommended Fair Market Value** for the Mashitu Project is **US$59.1million**, within the range of US$20.1million to US$116.4million. Each value is for the total Project and does not represent the value attributable to Africo or Comide.

To put these recommended values into perspective, the primary differences and similarities between the Kalukundi and Mashitu Projects, as shown in Table 7.1, have been added to assist comparison of the projects. *[Item T1.19 of SAMVAL Code]*

### Table 7.1: Kalukundi-Mashitu Valuation – Comparative Statistics

| Parameter | | Kalukundi Project | Mashitu Project |
|---|---|---|---|
| Area of PE licence | ($km^2$) | 19.5 | 34.8 |
| PE licence valid to | | 10 Oct 2021 | 5 May 2022 |
| Development Status | | Feasibility Study completed | Mineral Resources declared |
| Ore zone – rock type | | Oxides, partially weathered sulphides | Oxides |
| Dip angles of the orebodies | (°) | 45° to 78° | 5° to 30° |
| Cut-off grade applied to resources | (% Cu) | 1.5% | 0.5% |
| Resources (Indicated & Inferred) | (Mt) | 20.8 | 17.6 |
| Cu grade | (%) | 2.37 | 2.01 |
| Co grade | (%) | 0.59 | 0.20 |
| Contained metal (Cu-equivalent) | (Mlb) | 2.84 | 1.25 |
| Reserves (Probable) | (Mt) | 7.8 | - |
| Cu grade | (%) | 2.37 | - |
| Co grade | (%) | 0.69 | - |
| Waste rock mined | (Mt) | 31.5 | - |
| Stripping ratio | (t : t) | 3.7 | - |
| Recommended Fair Market value | (US$m) | 102.6 | 59.1 |
| **Ratio of Kalukundi:Mashitu Value** | | **1.735** | |

The value assigned to Mashitu is relatively insensitive to changes in the weightings applied to the different valuation methods.

All facts presented in this MAVR are correct to the Competent Valuator's knowledge.





**HG Waldeck** PrEng
Partner & Principal Mining Engineer
SRK Consulting

**AJ McDonald** CEng
Associate Consultant & Competent Valuator
SRK Consulting *[Item T1.14 of SAMVAL Code]*