# EXHIBIT 10

**United States v. OZ Africa Management GP, LLC**
**Sensitivity of the Value of the Kalukundi Mine**
**Exhibit 10**

***(US $000s)***

| | Spot Price [1] | | Consensus Price (Mean - 1 STD) [2] | | Consensus Price (Mean) [2] | | Consensus Price (Mean + 1 STD) [2] | |
|---|---|---|---|---|---|---|---|---|
| Copper | $2.64 | | $2.94 - $3.37 | | $3.09 - $3.58 | | $3.24 - $3.79 | |
| Cobalt | $16.10 | | $19.84 - $21.69 | | $20.83 - $25.33 | | $20.83 - $30.50 | |
| | **1.25M MT** | **800k MT** | **1.25M MT** | **800k MT** | **1.25M MT** | **800k MT** | **1.25M MT** | **800k MT** |
| **Discount Rate** | | | | | | | | |
| **10%** | $ 345,604 | $ 64,721 | $ 540,430 | $ 125,158 | $ 590,752 | $ 145,412 | $ 640,883 | $ 165,555 |
| **12%** | $ 266,905 | $ 34,604 | $ 432,516 | $ 88,333 | $ 477,465 | $ 106,743 | $ 522,227 | $ 125,043 |
| **15%** | $ 176,837 | $ (406) | $ 308,267 | $ 44,740 | $ 346,585 | $ 60,767 | $ 384,718 | $ 76,688 |
| **20.5%** | $ 70,192 | $ (42,269) | $ 159,332 | $ (9,118) | **$ 188,690** | $ 3,497 | $ 217,869 | $ 16,010 |
| **25%** | $ 17,784 | $ (62,504) | $ 84,656 | $ (36,452) | $ 108,774 | $ (25,940) | $ 132,716 | $ (15,527) |

[1] Per prices reported on the London Metals Exchange as of November 20, 2019
[2] Consensus pricing sourced from Capital IQ for the first six years (2023-2028) and holding the 2028 consensus pricing constant for each year thereafter. The "- 1 STD" and "+ 1 STD" columns adjust the Consensus Mean minus and plus 1 standard deviation, which is also provided by Capital IQ.

Dr. Rigby's 2017 model adjusted for the following:
-Copper Royalty changed from 2.0% to 3.5%
-Cobalt Royalty changed from 2.0% to 10.0%
-Inclusion of cost for Communities Provision (0.3% of Gross Revenue)
-Environmental Remediation (Rehabilitation Allowance, per Dr. Rigby) changed from a constant of $23M to 0.5% of Gross Revenue
-Inclusion of Super Tax on Excess Profits
-Increase in Investment Size by 16% for the 1.25M MT production plan based on the MDM 2007 Report, which indicated the investment costs for a 1.25M MT per year production plan was 16% greater than the investment costs for a 800k MT per year production plan; escalated the respective 2017 costs by 1% per year to determine the equivalent 2019 costs.
-Corrected Dr. Rigby's discount factor to only include a 30% discount rate for the time between Valuation Date (December 31, 2019) and Construction Date (January 1, 2021), which represents the time needed to obtain financing