# EXHIBIT 11

**United States v. OZ Africa Management GP, LLC**
**Consensus Pricing**
**Exhibit 11**

| | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|---|
| Mean - 1 STD | | | | | | |
| Copper | $ 2.94 | $ 3.08 | $ 3.20 | $ 3.21 | $ 3.28 | $ 3.37 |
| Cobalt | $ 21.69 | $ 19.84 | $ 20.00 | $ 20.32 | $ 20.83 | $ 21.35 |
| Mean | | | | | | |
| Copper | $ 3.09 | $ 3.22 | $ 3.39 | $ 3.41 | $ 3.49 | $ 3.58 |
| Cobalt | $ 25.33 | $ 25.17 | $ 21.50 | $ 21.66 | $ 20.83 | $ 21.35 |
| Mean + 1 STD | | | | | | |
| Copper | $ 3.24 | $ 3.36 | $ 3.58 | $ 3.61 | $ 3.70 | $ 3.79 |
| Cobalt | $ 28.97 | $ 30.50 | $ 23.00 | $ 23.00 | $ 20.83 | $ 21.35 |