# November 2019 SRK Addendum

# FILED UNDER SEAL