UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

OZ AFRICA MANAGEMENT GP, LLC,

Defendant.

Case No.: 1:16-cr-00515-NGG

# NOTICE OF MOTION OF OZ AFRICA MANAGEMENT GP, LLC FOR DISCOVERY UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 17(C)

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of OZ Africa Management GP, LLC's ("OZ Africa") Motion for Discovery under Federal Rule of Criminal Procedure Rule 17(c), Defendant OZ Africa will move, by and through its undersigned counsel, before the Honorable Nicholas G. Garaufis, United States District Judge for the Eastern District of New York, on such date that the Court will determine, for an Order granting its Motion for Discovery under Federal Rule of Criminal Procedure 17(c).

Respectfully submitted,

CAHILL GORDON & REINDEL LLP

By: /s/ Charles A. Gilman
    Charles A. Gilman
    Anirudh Bansal
    Tara H. Curtin
    Samantha Lawson
    Benjamen Starkweather
80 Pine Street
New York, New York 10005
Tel.: (212) 701-3000

*Attorneys for OZ Africa Management GP, LLC*

December 9, 2019