UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

OZ AFRICA MANAGEMENT GP, LLC,

        Defendant.

Case No.: 1:16-cr-00515-NGG

ECF Case

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel for The Victims.

    I certify that I am admitted to practice in this Court.

Dated: December 10, 2019
       New York, New York

s/ Katherine T. McCarthy
Katherine T. McCarthy
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: kmccarthy@wsgr.com

*Counsel for The Victims*