

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

January 2, 2020

<u>**VIA CM/ECF**</u>

The Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>***United States v. OZ Africa Management GP, LLC***</u>**, No. 1:16-cr-00515-NGG-LB**

Dear Judge Bloom:

      We represent certain of the defendant's victims in the above-referenced criminal case, which has been referred to Your Honor for decision on the defendant's Discovery Motion (ECF No. 71). On December 23, 2019, the Court scheduled oral argument on the defendant's Discovery Motion for January 17, 2020 at 11:00 a.m. We write with the consent of all parties to respectfully request that the oral argument be rescheduled to January 28, 2020 at 2 p.m., a time we understand the Court is available.

      Respectfully submitted,

      WILSON SONSINI GOODRICH & ROSATI
      Professional Corporation

      <u>*s/ Morris J. Fodeman*</u>
      Morris J. Fodeman

cc:  All Counsel of Record (via Email and CM/ECF)