# Exhibit 19

**Form 51-102F4**
***Business Acquisition Report***

## Item 1 Identity of Company

### 1.1 Name and Address of Company

AFRICO RESOURCES LTD. (the "Company")
#1108 - 1030 West Georgia Street
Vancouver, British Columbia V6E 2Y3

### 1.2 Executive Officer

Michael O'Brien, Chief Financial Officer
Business Telephone: (604) 646-3225

## Item 2 Details of Acquisition

### 2.1 Nature of Business Acquired

Pursuant to a Memorandum of Agreement dated March 23, 2004 among Lymnokyknos Holdings Ltd. and Hasita s.a. (together, the "Sellers") and Africo Resources (BC) Ltd. ("Africo BC"), now a wholly-owned subsidiary of the Company, the Sellers agreed to transfer to Africo BC all their right, title and interest in all of the issued and outstanding share capital (the "H&J Shares") of The Enterprise H&J Swanepoel Famille Trust s.p.r.l. (also known as H&J Swanepoel Family Trust s.p.r.l.) ("H&J") owned by the Sellers. Subject to the disclosure outlined in Note 2 to the financial statements of H&J annexed as Schedule "B" to this Report, H&J is the owner of 75% of the shares of Swanmines s.p.r.l., the holder of the exploitation permit for the Kalukundi copper cobalt project (the "Kalukundi Property") located in the Democratic Republic of the Congo (the "DRC").

The Company's only material property is the Kalukundi Property. A technical report on the Kalukundi Property dated June 2006 (the "Kalukundi Report") was written by John Hearne, BEng., MBA, MAusIMM, and Dr. Julian Verbeek, BSc (Honours), PhD (Geol.), MAusIMM. Further details with respect to the Kalukundi Property are available from the Kalukundi Report and from the Company's Annual Information Form dated March 30, 2007 for the fiscal year ended December 31, 2006, which are available on the Internet at the System for Electronic Document Analysis and Retrieval (SEDAR) website: www.sedar.com.

### 2.2 Date of Acquisition

March 31, 2007.

### 2.3 Consideration

The purchase price for the H&J Shares was US$2,275,000 (the "Purchase Price"), consisting of a number of staged payments beginning in the 2004 financial year and culminating in the current year with a payment of US$1,250,000 for the remaining 52% of H&J. All payments in respect of this acquisition have been financed by various private equity placements over the period of acquisition. An additional

amount of US$254,530, paid in settlement of a dispute between the prior owners of H&J and Africo, has been allocated to this investment.

**2.4 Effect on Financial Position**

The effect of the acquisition on the Company's financial position is outlined in the Company's pro-forma consolidated financial statements which are attached to this report as Schedule "A". The acquisition of the final 52% of H&J in the current year is the culmination of the strategy of the Company since it made its initial investment in H&J. During the period from September 2006 to March 2007, the Company put in place a new management team in the DRC, in anticipation of acquiring a controlling interest in the Kalukundi Property, who are responsible for overseeing the construction of a copper/cobalt mine at Kalukundi, and the set-up of appropriate systems, procedures, and controls.

The Company will require additional equity and debt funding to address current working capital requirements and project development costs. The Company is considering its options in this regard including raising funds by way of an equity raising, and project financing in respect of the debt requirement.

The Company and H&J are involved in various court cases in the DRC to protect H&J's interest in Swanmines which has been awarded to a third party under the terms of a ruling of the court in Lubumbashi. This situation is fully described in the Consolidated Annual Financial Statements of H&J, which are attached to this Report as Schedule "B", and until resolved, will have an impact on the ability of the Company to raise the equity and debt funding described above.

**2.5 Prior Valuations**

Not applicable.

**2.6 Parties to Transaction**

The Sellers are neither informed persons, nor associates or affiliates (as those terms are defined by applicable securities legislation) of the Company.

**2.7 Date of Report**

June 12, 2007.

**Item 3 Financial Statements**

See the following financial statements, which are attached hereto, namely:

- The Company's pro forma consolidated financial statements at December 31, 2006 attached as Schedule "A" hereto.
- H&J Swanepoel Famille Trust s.p.r.l. consolidated financial statements at December 31, 2006 attached as Schedule "B" hereto.

# SCHEDULE "A"

## Africo Resources Ltd.

## Pro Forma Consolidated Financial Statements at December 31, 2006

# Africo Resources Ltd.

Pro forma Consolidated Financial Statements
(Unaudited)
**December 31, 2006**
(expressed in thousands of U.S. dollars)

# Africo Resources Ltd.

Pro forma Consolidated Balance Sheet
(Unaudited)
**As at December 31, 2006**

(expressed in thousands of U.S. dollars)

| | As reported | | Pro forma adjustments | Pro forma consolidated Africo |
|---|---|---|---|---|
| | Africo $ | H&J $ | $ (note 2) | $ |
| **Assets** | | | | |
| **Current assets** | | | | |
| Cash and cash equivalents | 13,231,302 | 187,860 | - | 13,419,162 |
| Accounts receivable and prepaid expenses | 53,977 | 70,401 | - | 124,378 |
| **Total current assets** | 13,285,279 | 258,261 | - | 13,543,540 |
| **Equity investment** | 998,757 | - | (998,757) | - |
| **Loans receivable** | 10,363,117 | - | (10,363,117) | - |
| **Other assets** | 1,251,293 | - | (1,250,000) | 1,293 |
| **Mineral property** | 4,672,223 | 10,827,208 | 3,888,922 | 19,388,353 |
| **Total assets** | 30,570,669 | 11,085,469 | (8,722,952) | 32,933,186 |
| **Liabilities** | | | | |
| **Current liabilities** | | | | |
| Accounts payable and accrued liabilities | 574,200 | 806,948 | - | 1,381,148 |
| **Loans payable** | - | 11,405,137 | (11,405,137) | - |
| **Future income tax liability** | 1,868,892 | - | 1,555,569 | 3,424,461 |
| **Total liabilities** | 2,443,092 | 12,212,085 | (9,849,568) | 4,805,609 |
| **Shareholders' Equity** | | | | |
| **Capital stock** | 29,782,986 | 36 | (36) | 29,782,986 |
| **Contributed surplus** | 1,686,342 | - | - | 1,686,342 |
| **Warrants** | 1,163,255 | - | - | 1,163,255 |
| **Deficit** | (4,505,006) | (1,126,652) | 1,126,652 | (4,505,006) |
| **Total shareholders' equity** | 28,127,577 | (1,126,616) | 1,126,616 | 28,127,577 |
| **Total liabilities and shareholders' equity** | 30,570,669 | 11,085,469 | (8,722,952) | 32,933,186 |

The accompanying notes are an integral part of this pro forma consolidated balance sheet.

# Africo Resources Ltd.

Pro forma Consolidated Statement of Operations
(Unaudited)
**For the year ended December 31, 2006**

(expressed in thousands of U.S. dollars)

| | As reported Africo $ | As reported H&J $ | Pro forma adjustments $ (note 2) | Pro forma consolidated Africo $ |
|---|---|---|---|---|
| **Expenses** | | | | |
| General and administrative costs | 1,284,459 | 337,793 | - | 1,622,252 |
| Professional fees | 411,329 | 78,264 | - | 489,593 |
| Stock-based compensation | 563,370 | - | - | 563,370 |
| Stock exchange and transfer agent fees | 153,998 | - | - | 153,998 |
| Travel | 194,082 | 50,074 | - | 244,156 |
| **Loss before other items** | (2,607,238) | (466,131) | - | (3,073,369) |
| **Foreign exchange loss** | (29,668) | - | - | (29,668) |
| **Interest and other income** | 107,751 | - | - | 107,751 |
| **Loss on equity accounted investment** | (174,819) | - | 174,819 | - |
| **Loss for the year** | (2,703,974) | (466,131) | 174,819 | (2,995,286) |

The accompanying notes are an integral part of this pro forma consolidated statement of income.

# Africo Resources Ltd.

Notes to Pro forma Consolidated Financial Statements
(Unaudited)
**December 31, 2006**

(expressed in U.S. dollars)

## 1 Basis of presentation

This unaudited pro forma consolidated financial information has been prepared by the management of Africo Resources Ltd. (Africo), in accordance with Canadian generally accepted accounting principles (Canadian GAAP), for illustrative purposes only, to show the effect of the acquisition of H&J Swanepoel Famille Trust s.p.r.l. (H&J) by Africo.

The unaudited pro forma consolidated financial information is not intended to be indicative of the results that would actually have occurred, or the results expected in future periods, had the events reflected herein occurred on the dates indicated. Actual amounts recorded upon consummation of the transaction will differ from those recorded in the unaudited pro forma consolidated financial information. Any potential synergies that may be realized after the transaction have been excluded from the unaudited pro forma financial information.

The unaudited pro forma consolidated balance sheet as at December 31, 2006 has been prepared from the audited balance sheet of Africo as at December 31, 2006 and the audited balance sheet of H&J as at December 31, 2006.

The unaudited pro forma consolidated statement of operations for the year ended December 31, 2006 has been prepared from the audited statements of operations for Africo and H&J for the year ended December 31, 2006.

The unaudited financial pro forma consolidated financial statement information should be read in conjunction with the historical consolidated financial statements of Africo and H&J.

## 2 Pro forma assumptions and adjustments

The acquisition by Africo of H&J will be accounted for as a purchase of assets and an assumption of liabilities under Canadian GAAP as H&J does not meet the definition of a business under Emerging Issues Committee (EIC) 124. The results of operations of H&J will be included in the consolidated financial statements of Africo from the date of acquisition. Certain adjustments have been reflected in these unaudited pro forma consolidated financial statements to illustrate the effects of the purchase.

For purposes of preparing the unaudited pro forma consolidated balance sheet, Africo has made certain assumptions which are set out below.

The unaudited pro forma consolidated financial information assumes the cost of acquisition is set out below. The actual purchase consideration may differ as final costs and determinations are made.

| | $ |
|---|---|
| Cash consideration | 2,529,530 |
| Less: Equity loss of H&J recognized previously | (280,773) |
| Total cost of the acquisition | 2,248,757 |

(expressed in U.S. dollars)

The allocation of the purchase price, based on management's preliminary estimate, is as follows:

| **Allocation of purchase price** | **$** |
|---|---|
| **Assets** | |
| Cash | 187,860 |
| Accounts receivable and prepaid expenses | 70,401 |
| Mineral property | 14,716,130 |
| | 14,974,391 |
| **Liabilities** | |
| Accounts payable and accrued liabilities | (806,948) |
| Future income tax liability | (1,555,569) |
| Loans payable | (10,363,117) |
| | (12,725,634) |
| **Net assets purchased** | 2,248,757 |

The final fair values of the assets and liabilities will be determined after management has had the opportunity to conduct a detailed assessment of the fair value of the assets and liabilities of H&J.

**Pro forma assumptions and adjustments affecting the consolidated balance sheet**

The unaudited pro forma consolidated balance sheet reflects the following adjustments as if the acquisition had occurred on December 31, 2006:

a) a decrease in other assets to reflect the cash payment from trust of $1,250,000 for purchase of the remaining 52% of H&J.

b) an increase in mineral property costs of $3,888,922 as a result of the excess purchase price being allocated to the Kalukundi project.

c) an increase of $1,555,569 in future income taxes to account for the future income tax liability arising on the acquisition.

d) a decrease in capital stock of $36 to eliminate the share capital of H&J.

e) an adjustment of $1,126,652 to eliminate H&J's accumulated deficit.

f) elimination of intercompany loans of $10,363,117 between Africo and H&J.

# Africo Resources Ltd.

Notes to Pro forma Consolidated Financial Statements
(Unaudited)
**December 31, 2006**

(expressed in U.S. dollars)

**Pro forma basic and diluted earnings per share**

| | |
|---|---|
| Weighted average number of Africo common shares outstanding | 19,099,764 |
| Pro forma loss | $ 2,995,286 |
| Pro forma loss per share - basic and diluted | $ 0.16 |

# SCHEDULE "B"

## H&J Swanepoel Famille Trust s.p.r.l.

## Consolidated Financial Statements at December 31, 2006

# H&J Swanepoel Famille Trust s.p.r.l.

Consolidated Financial Statements
**December 31, 2006**
(expressed in U.S. dollars)

PRICEWATERHOUSECOOPERS

**PricewaterhouseCoopers LLP**
**Chartered Accountants**
PricewaterhouseCoopers Place
250 Howe Street, Suite 700
Vancouver, British Columbia
Canada V6C 3S7
Telephone +1 604 806 7000
Facsimile +1 604 806 7806

## Auditors' Report

**To the Directors of**
**Africo Resources Ltd.**

We have audited the consolidated balance sheet of **H&J Swanepoel Famille Trust s.p.r.l.** as at December 31, 2006 and the consolidated statements of operations and deficit and cash flows for the year then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with Canadian generally accepted auditing standards. Those standards require that we plan and perform an audit to obtain reasonable assurance whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation.

In our opinion, these consolidated financial statements present fairly, in all material respects, the financial position of the Company as at December 31, 2006 and the results of its operations and its cash flows for the year then ended in accordance with Canadian generally accepted accounting principles.

PricewaterhouseCoopers LLP

**Chartered Accountants**

Vancouver, British Columbia, Canada
June 8, 2007

PricewaterhouseCoopers refers to the Canadian firm of PricewaterhouseCoopers LLP and the other member firms of PricewaterhouseCoopers International Limited, each of which is a separate and independent legal entity.

# H&J Swanepoel Famille Trust s.p.r.l.

Consolidated Balance Sheets

**As at December 31, 2006**

(expressed in U.S. dollars)

| | 2006<br>$ | 2005<br>$<br>(Unaudited) |
|---|---:|---:|
| **Assets** | | |
| **Current assets** | | |
| Cash | 187,860 | 166,584 |
| Accounts receivable and prepaid expenses | 70,401 | 219,535 |
| | 258,261 | 386,119 |
| **Mineral property** (note 4) | 10,827,208 | 6,881,529 |
| | 11,085,469 | 7,267,648 |
| **Liabilities** | | |
| **Current liabilities** | | |
| Accounts payable and accrued liabilities | 806,948 | 3,200 |
| **Loan payable to Africo Resources Ltd.** (note 5) | 11,405,137 | 7,924,933 |
| | 12,212,085 | 7,928,133 |
| **Shareholders' Deficiency** | | |
| **Capital stock** (note 6) | 36 | 36 |
| **Deficit** | (1,126,652) | (660,521) |
| | (1,126,616) | (660,485) |
| | 11,085,469 | 7,267,648 |

**Nature of operations and going concern** (note 1)

**Contingencies and measurement uncertainty** (note 2)

**Approved on behalf of the Board of Directors**

______________"Tony Harwood"_______________ Director

See accompanying notes to the consolidated financial statements.

# H&J Swanepoel Famille Trust s.p.r.l.

Consolidated Statements of Operations and Deficit

**For the year ended December 31, 2006**

(expressed in U.S. dollars)

| | **2006** **$** | **2005** **$** (Unaudited) |
|---|---|---|
| **Expenses** | | |
| General and administrative costs | 337,793 | 262,994 |
| Professional fees | 78,264 | 30,616 |
| Travel | 50,074 | 7,607 |
| **Loss for the year** | (466,131) | (301,217) |
| **Deficit - Beginning of year** | (660,521) | (359,304) |
| **Deficit - End of year** | (1,126,652) | (660,521) |

See accompanying notes to the consolidated financial statements.

# H&J Swanepoel Famille Trust s.p.r.l.

Consolidated Statements of Cash Flows

**For the year ended December 31, 2006**

(expressed in U.S. dollars)

| | 2006<br>$ | 2005<br>$<br>(Unaudited) |
|---|---|---|
| **Cash flows from operating activities** | | |
| Loss for the year | (466,131) | (301,217) |
| Changes in non-cash working capital items | | |
| Accounts receivable and prepaid expenses | 149,134 | (111,566) |
| Accounts payable and accrued liabilities | 16,818 | 200 |
| | (300,179) | (412,583) |
| **Cash flows from investing activities** | | |
| Deferred mineral property costs | (3,158,749) | (3,721,633) |
| **Cash flows from financing activities** | | |
| Loans payable to Africo Resources Ltd. | 3,480,204 | 4,292,600 |
| **Increase in cash and cash equivalents** | 21,276 | 158,384 |
| **Cash and cash equivalents - Beginning of year** | 166,584 | 8,200 |
| **Cash and cash equivalents - End of year** | 187,860 | 166,584 |

See accompanying notes to the consolidated financial statements.

# H&J Swanepoel Famille Trust s.p.r.l.

Notes to Consolidated Financial Statements
**December 31, 2006**

(expressed in U.S. dollars)

## 1 Nature of operations and going concern

### Nature of operations

H&J Swanepoel Famille Trust s.p.r.l. (the Company) is a mineral resource company engaged in exploring, acquiring and developing precious metal and base metal properties. The Company owns a 75% interest in the Kalukundi copper/cobalt project (the Kalukundi project) in the Democratic Republic of the Congo (DRC) through its 75% ownership of Swanmines s.p.r.l. (Swanmines), a DRC company. The remaining 25% of the Kalukundi project is owned by La Générale des Carrières et des Mines ("Gécamines"), a company owned by the government of DRC. The 25% interest held by Gécamines is a carried interest and Gécamines has no obligation to contribute to the cost of the project.

The recoverability of the cost of mineral properties and related deferred exploration expenditures is dependent upon the discovery of economically recoverable reserves, preservation of the Company's interest in the underlying mineral claims, the ability of the Company to obtain the necessary financing to complete the project, and future profitable production, or alternatively, upon the Company's ability to dispose of its interests on an advantageous basis. Changes in future conditions could result in material reductions in the carrying amount of mineral properties.

The mineral properties are also subject to title and sovereign risks, including political and economic instability, government regulations relating to mining, civil disorder, currency fluctuations and inflation, all or any of which may impede the Company's activities or may result in the impairment or loss of part or all of the Company's interest in the Kalukundi project.

The balances presented at December 31, 2005 and the transactions for the year then ended have not been audited or reviewed.

### Going concern

While these financial statements have been prepared on the going concern basis that assumes continuity of operations and realization and settlement of liabilities in the normal course of business, there are a number of factors that raise significant doubt about the validity of this assumption. As at December 31, 2006, the Company had a working capital deficiency of $548,687 and a shareholder deficit of $1,126,616. The Company has a history of incurring losses and is dependent on support from its parent company, Africo Resources Ltd. ("Africo"), to be able to advance the Kalukundi project and to be able to pay its liabilities as they fall due (see note 5).

If financing is not obtained from Africo, the Company may not be able to meet its obligations as they become due. A different basis of measurement may be necessary if the going concern assumption is not appropriate, and these adjustments could be material.

(expressed in U.S. dollars)

## 2 Contingencies and measurement uncertainty

During the course of the year, a former employee of Africo, in the DRC, Mr. Alessandro Berardone, with whom Africo is in a labour dispute regarding the termination of his employment, had ex parte and without proper notice, obtained a default judgement (the “Berardone Judgment”) against Africo for the payment of damages in the amount of $3,000,400.

Based on legal advice received from senior counsel in the DRC, Africo believed that the judgement obtained is frivolous, illegal and unenforceable and should be set aside. Accordingly, Africo initiated the appropriate legal steps to have the default judgement obtained by Mr. Berardone set aside.

Subsequent to December 31, 2006, the Company has been made aware of a decision (the “Decision”) rendered by a court in Lubumbashi, DRC in a matter between Akam Mining s.p.r.l. (“Akam”) and Gécamines. The latter holds a 25% interest in Swanmines.

The Decision contains a declaration by the court to the effect that it accepts the assertion by Akam that Akam (and thus not the Company) is the owner of the remaining 75% of Swanmines. The Decision appears to accept Akam's claim that it acquired 75% of Swanmines at a sale in execution pursuant to the Berardone Judgment for the sum of US$600,000.

Acting pursuant to the Decision, a meeting of Akam and Gécamines was held on April 20, 2007 at which the purported interest of Akam was recognized in the constating documents of Swanmines and other corporate acts were undertaken without the knowledge of Africo.

The Company has been advised by DRC counsel that the purported sale is illegal and not only subject to rescission in conjunction with the Berardone Judgment, but is also null and void because the Swanmines shares in question were at the time owned by the Company, which is not a party to any of these proceedings.

Africo was not made aware of any threatened or impending legal proceedings involving Akam and Gécamines nor was it given notice of the meeting on April 20, 2007. Swanmines has lodged an appeal in the proceedings between Akam and Gécamines to have the Decision set aside.

The Company has filed a separate application for a court order declaring the sale of the Swanmines shares to Akam null and void.

In addition, Africo has filed a complaint for judicial misconduct by the Lubumbashi court in the Supreme Court of the DRC in Kinshasa. Africo is advised that if this proceeding is successful, all previous judgments and orders pertaining to this subject matter will be null and void.

Management believes that the Company will ultimately prevail, and these accounts have been prepared in a manner consistent with that assertion. There can, however, be no assurance that the Company will be successful, and should the Company not be successful in asserting its ownership of 75% of Swanmines then the appropriateness of consolidating Swanmines, the recoverability of loans, and the valuation of the Company’s mineral property will have to be reconsidered and amounts potentially restated or written off.

(expressed in U.S. dollars)

## 3 Summary of significant accounting policies

### Basis of accounting and consolidation

The consolidated financial statements are prepared in accordance with generally accepted accounting principles accepted in Canada. A summary of the significant accounting policies of the Company is set out below.

### Basis of consolidation

These consolidated financial statements include the accounts of the Company and its 75% owned subsidiary, Swanmines, a DRC company which owns the Kalukundi project. All significant inter-company balances and transactions have been eliminated upon consolidation.

### Use of estimates

The preparation of financial statements in conformity with Canadian generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts assets and liabilities and the disclosure of any contingent assets and liabilities as at the date of the financial statements, as well as the reported amounts of revenues earned and expenses incurred during the period. The key management estimate relates to the assessment of impairment of mineral property carrying values. Actual results could differ from those estimates.

### Foreign currency translation

The functional currency of the Company is U.S. dollar as the majority of the Company's transactions are conducted in that currency. The Company has limited exposure of fluctuations between the U.S. dollar and other currencies because the majority of its transactions are denominated in U.S. dollars.

Gains and losses on transactions conducted and settled in currencies other than U.S. dollars, primarily Congolese Francs (CF), are charged to income.

### Cash and cash equivalents

Cash and cash equivalents comprise cash and short-term notes and bank deposits with an original maturity of three months or less.

### Mineral property expenditures

Direct costs related to the acquisition and exploration of mineral properties held or controlled by the Company are deferred on an individual property basis until the viability of a property is determined or until the property is sold, abandoned or impaired. Administration costs and general exploration costs are expensed as incurred. When a property reaches commercial production, deferred costs will be depleted using the units-of production method.

(expressed in U.S. dollars)

The Company reviews the carrying value of mineral properties and deferred exploration costs when there are events or changes in circumstances that may indicate impairment. Where estimates of future cash flows are available, an impairment charge is recorded if the undiscounted future net cash flows are less than the carrying amount. Reductions in the carrying value of properties are recorded to the extent the net book value of the property exceeds the discounted value of future cash flows. Where estimates of future cash flows are not available and where other conditions suggest impairment, management assesses if carrying value can be recovered and provides for impairment if so indicated.

Although the Company has taken steps to verify title to mineral properties in which it has an interest, these procedures do not guarantee the Company's title. Such properties may be subject to prior agreements or transfers, or title may be affected by undetected defects.

**Asset retirement obligations**

Asset retirement obligations are recognized when a legal or constructive obligation arises. A liability is recognized at the fair value of the asset retirement obligation based on the extent of site disturbance and required reclamation at that time. When the liability is initially recorded the Company capitalizes the cost by increasing the carrying amount of the related long-lived asset. Over time the liability is accreted up to its expected settlement value through periodic charges to earnings.

**Income taxes**

The Company accounts for tax consequences of the differences in the carrying amounts of assets and liabilities and their tax bases using tax rates expected to apply when these temporary differences are expected to be settled. When the future realization of income tax assets does not meet the test of being more likely than not to occur, a valuation allowance in the amount of the potential future benefit is taken and no future income tax asset is recognized. The Company has taken a valuation allowance against all such potential tax assets.

**Financial instruments**

The Company's short-term financial instruments consist of cash and cash equivalents, accounts receivable and accounts payable, the fair values of which approximate their carrying amounts due to the short-term nature of these instruments.

The fair value of the loan payable is not readily determinable.

(expressed in U.S. dollars)

## 4 Mineral property

| | Year ended December 31, | |
|---|---|---|
| | **2006** | **2005** (Unaudited) |
| **Kalukundi (Congo)** | | |
| Balance - Beginning of year | 6,881,529 | 3,159,896 |
| Exploration costs incurred during the year | 3,945,679 | 3,721,633 |
| Balance - End of year | 10,827,208 | 6,881,529 |

The Company's significant mineral property is as follows:

**Kalukundi**

Swanmines owns a 75% interest in the Kalukundi copper cobalt project in the DRC. Expenditures incurred in 2005 and 2006 relate to prefeasibility work and feasibility study costs. These have been funded principally by a direct loan from Africo to Swanmines.

In respect of the Kalukundi project, Swanmines is subject to a royalty of 2.5% of gross revenues, payable to Gécamines. A further Net Smelter Returns royalty of 2% is payable to the Government under the terms of the Mining Code of the DRC.

## 5 Loan payable to Africo Resources Ltd.

The amount payable of $11,405,137 (2005 - $7,924,933) comprises a loan from Africo to fund operating expenses and the feasibility study in respect of the Kalukundi project (see note 4). The loan is without interest or fixed terms of repayment.

## 6 Capital stock

Authorized
100 ordinary shares of CF100

Issued

| | **Number of shares** | **Amount $** |
|---|---|---|
| Balance - December 31, 2005 (unaudited) and 2006 | 100 | 36 |

(expressed in U.S. dollars)

## 7 Income taxes

A reconciliation of income taxes at statutory rates with the reported taxes is as follows:

| | Year ended December 31, | |
|---|---|---|
| | **2006** | **2005** (Unaudited) |
| Statutory rate | 40% | 40% |
| | **$** | **$** |
| Income tax recovery computed at statutory rate | 186,452 | 120,487 |
| Non-deductible expenses for tax purposes | (186,452) | (120,487) |
| Income tax expense | - | - |

Future income taxes arise from temporary differences in the recognition of income and expenses for financial reporting and tax purposes. There were no items giving rise to future income tax assets and liabilities.

The Company has approximately $10.8 million of resource and other tax pools available to offset future income.