# Exhibit 25

*AFRICO RESOURCES LTD.*
*Suite 1540 - 800 West Pender St.*
*Vancouver, B C. V6C 2V6*

NOT FOR DISTRIBUTION IN THE UNITED STATES OR FOR DISSEMINATION TO U.S. NEWS WIRE SERVICES.
**April 13, 2007**

# Africo Announces C$100 million Financing

**Africo Resources Ltd.** (TSX: ARL) is pleased to announce that it has entered into a financing agreement (the "Agreement") with an underwriting syndicate led by Paradigm Capital Inc. and including GMP Securities LP (together, the "Underwriters"), pursuant to which the Underwriters have agreed to purchase 27,030,000 common shares (the "Common Shares") of Africo at a price of C$3.70 per Common Share for total gross proceeds of C$100,011,000 (the "Offering"). Africo has granted the Underwriters an over-allotment option which will allow the Underwriters to purchase an additional number of Common Shares equal to up to 15% of the Offering at a price equal to the issue price, for a period of 30 days following closing.

The Common Shares will be offered in the provinces of Canada, other than Quebec, by way of a short-form prospectus and in such other jurisdictions outside of Canada as the Underwriters and Africo may agree upon. The Offering is expected to close on or about May 8, 2007 and is subject to certain conditions, including but not limited to the receipt of all necessary approvals including the approval of the TSX and the securities regulatory authorities.

The net proceeds from the Offering will be primarily used to fund the equity requirements for the development of Africo's Kalukundi project and for general corporate purposes including working capital.

This News Release does not constitute an offer to sell or the solicitation of an offer to buy any common shares within the United States. The common shares have not been offered and will not be registered under the United States Securities Act of 1933, as amended (the "1933 Act"), or any state securities laws. Accordingly, the common shares may not be offered or sold in the United States or to U.S. persons (as such terms are defined in Regulation S under the 1933 Act) unless registered under the 1933 Act and applicable state securities laws or exempt therefrom.

Africo is an exploration company, which is focusing on the further exploration and development of the Kalukundi Property which is located in the Democratic Republic of the Congo (the "DRC"). Africo's common shares are listed on the TSX under the symbol "ARL". Africo's principal activities include mineral exploration, development and mining, with a focus on the copper and cobalt sectors in the DRC.

FOR FURTHER INFORMATION PLEASE CONTACT:

Africo Resources Ltd.
Dr. Tony Harwood, President and CEO or
Chris Theodoropoulos, Chairman
(604) 646-3225

Africo Resources Ltd.
Bill Cavalluzzo
Investor Relations
1-866-365-4706 or 416 265 8049; E-mail: bcavalluzzo@rogers.com

*AFRICO RESOURCES LTD.*
*Suite 1540 - 800 West Pender St.*
*Vancouver, B C. V6C 2V6*

NOT FOR DISTRIBUTION IN THE UNITED STATES OR FOR DISSEMINATION TO U.S. NEWS WIRE SERVICES.
Website: www.africoresources.com

*This news release contains certain statements that may be deemed "forward-looking statements". All statements in this release, other than statements of historical fact, that address events or developments that Africo expects to occur, are forward looking statements.*

*Forward looking statements are statements that are not historical facts and are generally, but not always, identified by the words "expects", "plans", "anticipates", "believes", "intends", "estimates", "projects", "potential" and similar expressions, or that events or conditions "will", "would", "may", "could" or "should" occur. Although Africo believes the expectations expressed in such forward-looking statements are based on reasonable assumptions, such statements are not guarantees of future performance and actual results may differ materially from those in forward looking statements. Factors that could cause the actual results to differ materially from those in forward-looking statements include market prices, exploitation and exploration success, continued availability of capital and financing and general economic, market or business conditions. Investors are cautioned that any such statements are not guarantees of future performance and actual results or developments may differ materially from those projected in the forward-looking statements. Forward looking statements are based on the beliefs, estimates and opinions of Africo's management on the date the statements are made. Africo undertakes no obligation to update these forward-looking statements in the event that management's beliefs, estimates or opinions, or other factors, should change.*

The Toronto Stock Exchange has not reviewed and does not accept responsibility for the adequacy or accuracy of this release.