# Exhibit 26

REUTERS

JNTO Japan National Tourism Organization



# Africo Announces C$100 Million Financing <ARL.TO>

CCNMATTHEWSAfrico Resources Ltd.April 13, 2007 - 08:57:27 AMAfrico Announces C$100 Million FinancingVANCOUVER, BRITISH COLUMBIA—(CCNMatthews - April 13, 2007) - NOT FOR DISTRIBUTION IN THE UNITED STATES OR FOR DISSEMINATION TO U.S. NEWSWIRE SERVICES.Africo Resources Ltd. (TSX:ARL) is pleased to announce that it has enteredinto a financing agreement (the “Agreement”) with an underwriting syndicateled by Paradigm Capital Inc. and including GMP Securities LP (together, the”Underwriters”), pursuant to which the Underwriters have agreed to purchase27,030,000 common shares (the “Common Shares”) of Africo at a price of C$3.70per Common Share for total gross proceeds of C$100,011,000 (the “Offering”).Africo has granted the Underwriters an over-allotment option which will allowthe Underwriters to purchase an additional number of Common Shares equal to upto 15% of the Offering at a price equal to the issue price, for a period of 30days following closing.The Common Shares will be offered in the provinces of Canada, other thanQuebec, by way of a short-form prospectus and in such other jurisdictionsoutside of Canada as the Underwriters and Africo may agree upon. The Offeringis expected to close on or about May 8, 2007 and is subject to certainconditions, including but not limited to the receipt

of all necessaryapprovals including the approval of the TSX and the securities regulatoryauthorities.The net proceeds from the Offering will be primarily used to fund the equityrequirements for the development of Africo's Kalukundi project and for generalcorporate purposes including working capital.This News Release does not constitute an offer to sell or the solicitation ofan offer to buy any common shares within the United States. The common shareshave not been offered and will not be registered under the United StatesSecurities Act of 1933, as amended (the "1933 Act"), or any state securitieslaws. Accordingly, the common shares may not be offered or sold in the UnitedStates or to U.S. persons (as such terms are defined in Regulation S under the1933 Act) unless registered under the 1933 Act and applicable state securitieslaws or exempt therefrom.Africo is an exploration company, which is focusing on the further explorationand development of the Kalukundi Property which is located in the DemocraticRepublic of the Congo (the "DRC"). Africo's common shares are listed on theTSX under the symbol "ARL". Africo's principal activities include mineralexploration, development and mining, with a focus on the copper and cobaltsectors in the DRC.This news release contains certain statements that may be deemed"forward-looking statements". All statements in this release, other thanstatements of historical fact, that address events or developments that Africoexpects to occur, are forward looking statements.Forward looking statements are statements that are not historical facts andare generally, but not always, identified by the words "expects", "plans","anticipates", "believes", "intends", "estimates", "projects", "potential" andsimilar expressions, or that events or conditions "will", "would", "may","could" or "should" occur. Although Africo believes the expectations expressedin such forward-looking statements are based on reasonable assumptions, suchstatements are not guarantees of future performance and actual results maydiffer materially from those in forward looking statements. Factors that couldcause the actual results to differ materially from those in forward-lookingstatements include market prices, exploitation and exploration success,continued availability of capital and financing and general economic, marketor business conditions. Investors are cautioned that any such statements arenot guarantees of future performance and actual results or developments maydiffer materially from those projected in the forward-looking statements.Forward looking statements are based on the beliefs, estimates and opinions ofAfrico's management on the date the statements are made. Africo undertakes noobligation to update these forward-looking statements in the event thatmanagement's beliefs, estimates or opinions, or other factors, should change.FOR FURTHER INFORMATION PLEASE CONTACT: Africo Resources Ltd. Dr. Tony Harwood President and CEO (604) 646-3225 Africo Resources Ltd. Chris

Theodoropoulos Chairman (604) 646-3225 Africo Resources Ltd. Bill Cavalluzzo Investor Relations 1-866-365-4706 or

(416) 265-8049 Email: bcavalluzzo@rogers.com Website: www.africoresources.comThe Toronto Stock Exchange has not reviewed and does not accept responsibilityfor the adequacy or accuracy of this release.

C Reuters 2007. All rights reserved. Republication or redistribution ofReuters content, including by caching, framing or similar means, is expresslyprohibited without the prior written consent of Reuters. Reuters and the Reuterssphere logo are registered trademarks and trademarks of the Reuters group ofcompanies around the world.nCCNdFwBsa

*Our Standards:* *The Thomson Reuters Trust Principles.*

MORE FROM REUTERS