# Exhibit 27

**AFRICO RESOURCES LTD.**
*(Formerly Copperco Resource Corp.)*

Interim Consolidated Financial Statements
(Stated in US Dollars)
Unaudited

First Quarter ended March 31, 2007

NOTICE TO READER
The attached financial statements have been prepared by the management of Africo Resources Ltd and have not been reviewed by the auditors of Africo Resources Ltd.

# AFRICO RESOURCES LTD.

Consolidated Balance Sheet
*(Stated in US Dollars)*
*Unaudited*

| | March 31, 2007 | December 31, 2006 |
|---|---|---|
| **ASSETS** | | |
| **Current** | | |
| Cash and cash equivalents | $ 11,191,130 | $ 13,231,302 |
| Accounts receivable | 197,871 | 53,977 |
| **Total Current Assets** | 11,389,001 | 13,285,279 |
| **Equity investment** | - | 998,757 |
| **Loans receivable** | - | 10,363,117 |
| **Funds held in trust** | - | 1,251,293 |
| **Mineral properties** (note 6) | 21,530,873 | 4,672,223 |
| **Total Assets** | $ 32,919,874 | $ 30,570,669 |
| | | |
| **LIABILITIES** | | |
| **Current** | | |
| Accounts payable and accrued liabilities | $ 1,402,327 | $ 574,200 |
| **Total current liabilities** | 1,402,327 | 574,200 |
| | | |
| **Future income tax liability** | 3,466,937 | 1,868,892 |
| **Total Liabilities** | 4,869,264 | 2,443,092 |
| | | |
| **Shareholders' equity** | | |
| Common Shares (note 7) | 30,620,823 | 29,782,986 |
| Contributed Surplus (note 7) | 1,625,315 | 1,686,342 |
| Warrants | 1,163,255 | 1,163,255 |
| Deficit | (5,462,815) | (4,505,006) |
| Accumulated other comprehensive income | 104,032 | - |
| **Total Shareholders' Equity** | 28,050,610 | 28,127,577 |
| **Total Liabilities and Shareholders' Equity** | $ 32,919,874 | $ 30,570,669 |

*See accompanying notes to the interim consolidated financial statements*

*Contingencies and measurement uncertainty (note 2)*

Approved by the Board of Directors:

*"Tony Harwood"*
Tony Harwood
Director

*"Chris Theodoropoulos"*
Chris Theodoropoulos
Director

# AFRICO RESOURCES LTD.

Consolidated Statements of Operations, Deficit, Comprehensive Loss, and Accumulated Other Comprehensive Income

*(Stated in US Dollars)*

*Unaudited*

| | Three months ended March 31, 2007 | Three months ended March 31, 2006 |
|---|---|---|
| **Expenses** | | |
| General and administrative costs | $ 588,812 | $ 166,255 |
| Professional fees | 75,025 | 13,139 |
| Stock based compensation (Note 7) | 159,953 | - |
| Stock exchange, filing and transfer agents fees | 31,452 | - |
| Travel | 53,707 | 23,640 |
| **Loss before other items:** | (908,949) | (203,034) |
| Foreign exchange (loss)/gain | (4,262) | 6,708 |
| Interest and other income | 122,891 | 29,873 |
| Loss on equity accounted investment (note 4) | (167,489) | (23,146) |
| **Loss for the period** | (957,809) | (189,599) |
| **Deficit, beginning of period** | (4,505,006) | (1,606,896) |
| **Deficit, end of period** | $ (5,462,815) | $ (1,796,495) |

| | | |
|---|---|---|
| **Basic and diluted loss per common share** | (0.04) | (0.01) |
| **Weighted average number of common shares outstanding** | 24,850,546 | 19,559,139 |

| **Comprehensive Loss** | | |
|---|---|---|
| **Loss for the period before comprehensive income** | $ (957,809) | $ (189,599) |
| Unrealized gain on available for sale investments | 104,032 | - |
| **Comprehensive Loss for the period** | $ (853,777) | $ (189,599) |

| **Accumulated Other Comprehensive Income** | | |
|---|---|---|
| Unrealized gain on available for sale investments | $ 104,032 | $ - |
| **Balance, end of period** | $ 104,032 | $ - |

**AFRICO RESOURCES LTD.**

Consolidated Statement of Cash Flows

*(Stated in US Dollars)*

*Unaudited*

| | Three months ended March 31, 2007 | Three months ended March 31, 2006 |
|---|---|---|
| **Operating Activities** | | |
| Net loss for the period | $ (957,809) | $ (189,599) |
| Adjustment for items which do not involve cash: | | |
| Stock based compensation | 159,953 | - |
| Loss on equity accounted investment | 167,489 | 23,146 |
| | (630,367) | (166,453) |
| Changes in non-cash working capital components: | | |
| Accounts receivable | (45,812) | (3,710) |
| Accounts payable and accrued liabilities | (53,397) | (72,533) |
| **Cash used in operating activities** | (729,576) | (242,696) |
| **Investing Activities** | | |
| Loans receivable | - | (562,792) |
| Funds held in trust | 1,251,293 | - |
| Acquisition of assets of subsidiary: | | - |
| Deferred mineral property costs | (2,352,589) | - |
| Other assets, net of cash | (930,190) | - |
| **Cash used in investing activities** | (2,031,486) | (562,792) |
| **Financing Activities** | | |
| Common shares issued for cash | 616,858 | - |
| **Cash provided by financing activities** | 616,858 | - |
| **Net increase in cash and cash equivalents during the period** | (2,144,204) | (805,488) |
| **Cash and cash equivalents, beginning of period** | 13,231,302 | 2,640,707 |
| **Foreign currency gain included in cash equivalents at period end** | 104,032 | - |
| **Cash and cash equivalents, end of period** | $ 11,191,130 | $ 1,835,219 |

## 1. NATURE OF OPERATIONS

**Nature of operations**

Africo Resources Ltd ("the Company" or "Africo") is a mineral resource company engaged in exploring, acquiring and developing precious metal and base metal properties. These activities are conducted principally in the Democratic Republic of the Congo ("DRC").

The recoverability of the cost of mineral properties and related deferred exploration expenditures is dependent upon the discovery of economically recoverable reserves, preservation of the Company's interest in the underlying mineral claims, the ability of the Company to obtain necessary financing to complete the project, and future profitable production, or alternatively, upon the Company's ability to dispose of its interests on an advantageous basis. Changes in future conditions could require material reduction in the carrying amounts of loans receivable, investments and mineral properties.

The mineral properties are also subject to title and sovereign risks, including political and economic instability, government regulations relating to mining, civil disorder, currency fluctuations and inflation, all or any of which may impede the Company's activities or may result in the impairment or loss of part or all of the Company's interest in the properties.

## 2. CONTINGENCIES AND MEASUREMENT UNCERTAINTY

At March 31, 2007 the Company held 100% of the shares of H&J Swanepoel Family Trust s.p.r.l. ("H&J") which holds a 75% interest in Swanmines s.p.r.l. ("Swanmines"), the entity that owns the Kalukundi copper/cobalt deposit in the DRC.

As initially reported in our December 31, 2006 financial statements, one of Africo's former employees in the DRC, Mr. Alessandro Berardone, initiated legal proceedings against the Company before the Court of Grande Instance of Lubumbashi in the DRC on the grounds that he had an employment contract with the Company which provided for a performance based bonus, among other things, which contract was terminated by the Company without payment of such bonus. He also claimed that he was responsible for the Company's acquisition of its interest in the Kalukundi Property as well as certain mining concessions acquired by the Company, for which he was not properly compensated. He claimed the amount of US$30,000,000. Mr. Berardone, without proper notice to the Company, obtained a default judgment against the Company (the "Berardone Judgment") in the amount of US$3,000,400.

Based on legal advice received from senior counsel in the DRC, the Company believed that the judgment obtained is frivolous, illegal and unenforceable and should be set aside. Accordingly, the Company had initiated the appropriate legal steps to have the default judgment obtained by Mr. Berardone set aside and did not make provision for any expense in this regard.

Subsequent to March 31, 2007, Africo was made aware of a decision (the "Decision") rendered by a court in Lubumbashi, DRC in a matter between Akam Mining s.p.r.l. ("Akam") and La Générale des Carrières et des Mines ("Gécamines"). The latter holds a 25% interest in Swanmines.

The Decision contained a declaration by the court to the effect that it accepted the assertion by Akam that Akam (and thus not Africo through its subsidiaries) is the owner of the remaining 75% of Swanmines. The Decision accepted Akam's claim that it acquired 75% of Swanmines at a sale in execution pursuant to the Berardone Judgment for the sum of US$600,000.

## 2. CONTINGENCIES AND MEASUREMENT UNCERTAINTY *(continued)*

Acting pursuant to the Decision, a meeting of Akam and Gecamines was held on April 20, 2007 at which the purported interest of Akam was recognized in the constating documents of Swanmines and other corporate acts were undertaken without the knowledge of Africo.

Africo has been advised by DRC counsel that the purported sale is illegal and not only subject to rescission in conjunction with the Berardone Judgment, but is also null and void because the Swanmines shares in question were at the time owned by H&J, which is not a party to any of these proceedings.

Africo was not made aware of any threatened or impending legal proceedings involving Akam and Gécamines nor was it given notice of the meeting on April 20, 2007. Swanmines has lodged an appeal in the proceedings between Akam and Gecamines to have the Decision set aside.

H&J, the entity that owns 75% of the shares of Swanmines, has filed a separate application for a court order declaring the sale of the Swanmines shares to Akam Mining null and void.

In addition, a complaint for judicial misconduct by the Lubumbashi court has been being filed in the Supreme Court of the DRC in Kinshasa. Africo is advised that if this proceeding is successful, all previous judgments and orders pertaining to this subject matter will be null and void.

Management believes that the Company will ultimately prevail, and these statements have been prepared in a manner consistent with that assertion. There can, however, be no assurance that the Company will be successful, and should the Company not be successful in asserting its ownership of 75% of Swanmines, then the appropriateness of consolidating Swanmines, the recoverability of loans, and the valuation of the Company's mineral property will have to be reconsidered and amounts potentially restated or written off.

## 3. BASIS OF PRESENTATION

The consolidated accounts have been prepared using accounting principles generally accepted in Canada for interim reporting, but do not contain all of the information required for annual financial statements, and should be read in conjunction with the December 31, 2006 financial statements. These statements include the accounts of Africo Resources Ltd and its material wholly owned subsidiaries, Africo Resources (B.C.) Ltd, Kisankala Mining Corp., and H&J Swanepoel Family Trust s.p.r.l.. All significant inter-company transactions are eliminated on consolidation.

Kisankala Mining Corp. was incorporated during the quarter ended March 31, 2007 to hold the additional interest in H&J acquired during the quarter as further described in note 4 below, and which resulted in H&J becoming a wholly owned subsidiary on March 31, 2007.

The accounting policies followed by the Company are set out in Note 2 to the audited consolidated financial statements for the year ended December 31, 2006 and have been consistently followed in the preparation of these consolidated financial statements except that the Company has adopted the following CICA guidelines effective for the Company's first quarter commencing January 1, 2007:

a) Section 3855 - Financial Instruments - Recognition and Measurement. Section 3855 requires that all financial assets, except those classified as held to maturity, and derivative financial instruments, must be measured at fair value. All financial liabilities must be measured at fair value when they are

## 3. BASIS OF PRESENTATION *(continued)*

classified as held for trading; otherwise, they are measured at cost. Investments classified as available for sale are reported at fair market value based on quoted market prices with unrealized gains or losses excluded from earnings and reported as other comprehensive income or loss. The Company's cash equivalents have been designated as available for sale.

b) Section 1530 - Comprehensive Income. Comprehensive income is the change in the Company's net assets that results from transactions, events and circumstances from sources other than the Company's shareholders and includes items that would not normally be included in net earnings such as unrealized gains or losses on available-for-sale investments. Other comprehensive income includes the holding gains and losses from available for sale securities which are not included in net income (loss) until realised.

c) Transition adjustment to opening balance: The adoption of Sections 1530 and 3855 has not impacted the opening equity and losses of the Company.

## 4. H&J ACQUISITION

The Company acquired 100% of H&J Swanepoel Family Trust s.p.r.l. in a series of transactions from 2004 until March 2007. The acquisition of a 48% interest was made in prior years through a series of staged cash payments totalling $1,279,530 of which $504,530 was paid in 2006. The investment in H&J was accounted for using the equity method up until March 31, 2007. The Company paid a further $1,250,000 to increase its shareholding in H&J to 100% as at March 31, 2007 and it has been consolidated with effect from that date.

The acquisition of H&J has been accounted for as an asset purchase with the total cost of the acquisition being comprised of:

| | | |
|---|---|---|
| **Cash** | $ | 2,529,530 |
| Less: Equity loss of H&J recognized previously | | (448,262) |
| **Total cost of the acquisition** | $ | 2,081,268 |

The preliminary allocation of the purchase price to assets and liabilities is as follows:

| | | |
|---|---|---|
| **Assets** | | |
| Cash | $ | 319,810 |
| Accounts receivable | | 98,083 |
| Mineral Property | | 16,858,650 |
| **Liabilities** | | |
| Accounts payable and accrued liabilities | | (881,524) |
| Future income tax component | | (1,598,045) |
| Shareholders loan assumed | | (12,715,706) |
| **Net assets acquired** | $ | 2,081,268 |

The purchase price allocation is preliminary and subject to adjustment over the course of 2007 on completion of the valuation process and analysis of resulting tax effects.

## 5. RELATED PARTY TRANSACTIONS

Consulting fees relating to legal, financial, investor relations and other corporate matters, and salaries paid to Directors, former Directors, and organizations having common Directors totalled $490,020 (2006 - $48,234) in the three months ended March 31, 2007.

These transactions are in the normal course of operations and are measured at the exchange amount which is the amount of consideration agreed to by the related parties.

The total amounts owing to Directors, former Directors, and organizations having common Directors for consulting fees and directors fees amounted to $363,123 (2006 – $43,262) at March 31, 2007.

A shareholder, Rubicon Minerals Corporation ("Rubicon") received management fees amounting to $ nil (2006 - $43,654). The balance owing to Rubicon and included in accounts payable at March 31, 2007 amounted to $ nil (2006 - $61,190).

Other related party transactions are disclosed elsewhere in these financial statements.

## 6. MINERAL PROPERTIES

| **For the three months ended March 31, 2007** | **Kalukundi (Congo)** |
|---|---|
| **Balance beginning of period** | $ 4,672,223 |
| Exploration costs | |
| Arising on acquisition of subsidiary | 15,260,605 |
| Future income tax component | 1,598,045 |
| **Total costs incurred during the period** | 16,858,650 |
| **Balance March 31, 2007** | $ 21,530,873 |

| **For the Year ended December 31, 2006** | **Kalukundi (Congo)** |
|---|---|
| **Balance beginning of year** | $ 4,397,372 |
| Exploration costs | |
| Stock based compensation (note 7) | 164,907 |
| Future income tax component | 109,944 |
| **Total costs incurred during the year** | 274,851 |
| **Balance December 31, 2006** | $ 4,672,223 |

## 7. EQUITY

### Common Shares

Authorised:

Unlimited common shares without par value

| Issued: | Number of Shares | Amount |
|---|---|---|
| Balance, December 31, 2006 | 24,500,597 | $ 29,782,986 |
| Stock options exercised | 420,550 | 616,858 |
| Transfer on exercise of stock options | - | 220,979 |
| Shares issued in terms of plan of arrangement | 66,064 | - |
| Balance, March 31, 2007 | 24,987,211 | $ 30,620,823 |

### Contributed Surplus

| | March 31, 2007 | December 31, 2006 |
|---|---|---|
| Balance, at beginning of period | $ 1,686,342 | $ 784,329 |
| Options granted | 159,953 | 728,277 |
| Placement agent compensation options issued at fair value | - | 210,243 |
| Options exercised | (220,979) | (36,507) |
| Balance, at end of period | $ 1,625,315 | $ 1,686,342 |

During the period ended March 31, 2007 the Company granted 200,000 stock options at an exercise price of CAD$4.00 per share, to an officer. These options have a term of 5 years. Stock based compensation expense of $159,953 has been recorded in operations in respect of the stock options granted. 100,000 options vested immediately with the remaining vesting in March 2008.

The stock based compensation expense for the year was estimated using the Black-Scholes option-pricing model. Assumptions used in the pricing model are as follows:

| | | |
|---|---|---|
| Dividend Yield | : | 0% |
| Average risk free interest rate | : | 4.0 % |
| Expected volatility | : | 45% |
| Expected life of option | : | 5 years |

The Black-Scholes and other option pricing models require the input of highly subjective assumptions that can materially affect the fair value estimate.