# Exhibit 28

**AFRICO RESOURCES LTD.**

Interim Consolidated Financial Statements
(Stated in US Dollars)

First Quarter ended March 31, 2008

NOTICE TO READER
The attached financial statements have been prepared by the management of Africo Resources Ltd. and have not been reviewed by the auditors of Africo Resources Ltd.

# AFRICO RESOURCES LTD.

Consolidated Balance Sheets
*Stated in US Dollars, Unaudited*

| | March 31, 2008 | December 31, 2007 |
|---|---|---|
| **ASSETS** | | |
| **Current** | | |
| Cash and cash equivalents | $ 3,045,041 | $ 5,516,295 |
| Accounts receivable and prepayments | 182,407 | 248,047 |
| **Total Current Assets** | 3,227,448 | 5,764,342 |
| **Other assets** | 17,089 | 27,559 |
| **Mineral properties** (note 6) | 29,687,428 | 28,900,007 |
| **Total Assets** | $ 32,931,965 | $ 34,691,908 |
| | | |
| **LIABILITIES** | | |
| **Current** | | |
| Accounts payable and accrued liabilities | $ 863,511 | $ 885,241 |
| **Total current liabilities** | 863,511 | 885,241 |
| **Asset Retirement Obligation** | 202,560 | 202,560 |
| **Future income tax liability** | 3,856,292 | 3,856,292 |
| **Total Liabilities** | 4,922,363 | 4,944,093 |
| | | |
| **Shareholders' equity** | | |
| Common Shares (note 7) | 33,392,832 | 33,392,832 |
| Contributed Surplus | 4,033,408 | 4,033,408 |
| Warrants | 2,718,496 | 2,718,496 |
| Deficit | (12,135,134) | (10,396,921) |
| **Total Shareholders' Equity** | 28,009,602 | 29,747,815 |
| **Total Liabilities and Shareholders' Equity** | $ 32,931,965 | $ 34,691,908 |

*See accompanying notes to the interim consolidated financial statements*

*Nature of operations and going concern (note 1)*
*Contingencies and measurement uncertainty (note 2)*
*Subsequent event (note 9)*

Approved by the Board of Directors:

| | |
|---|---|
| *"David Adamson"* | *"John Dixon"* |
| David Adamson<br>Director | John Dixon<br>Director |

# AFRICO RESOURCES LTD.

Consolidated Statements of Operations, Comprehensive Loss and Deficit

*Stated in US Dollars, Unaudited*

| | Three months ended March 31, 2008 | Three months ended March 31, 2007 |
|---|---|---|
| **Expenses** | | |
| General and administrative costs | $ 1,318,328 | $ 588,812 |
| Professional fees | 147,834 | 75,025 |
| Stock based compensation | - | 159,953 |
| Stock exchange, filing and transfer agents fees | 34,847 | 31,452 |
| Travel | 157,549 | 53,707 |
| **Loss before other items:** | (1,658,558) | (908,949) |
| Foreign exchange loss | (119,745) | (4,262) |
| Interest and other income | 40,090 | 122,891 |
| Loss on equity accounted investment (note 5) | - | (167,489) |
| **Loss for the period** | (1,738,213) | (957,809) |
| **Deficit, beginning of period** | (10,396,921) | (4,505,006) |
| **Deficit, end of period** | $ (12,135,134) | $ (5,462,815) |

| | | |
|---|---|---|
| **Basic and diluted loss per common share** | (0.06) | (0.04) |
| **Weighted average number of common shares outstanding** | 27,211,720 | 24,850,546 |

| **Comprehensive Loss** | | |
|---|---|---|
| **Loss for the period before comprehensive income** | $ (1,738,213) | $ (957,809) |
| Unrealised gain on available for sale investments | - | 104,032 |
| **Comprehensive Loss for the period** | $ (1,738,213) | $ (853,777) |

| **Accumulated Other Comprehensive Income** | | |
|---|---|---|
| **Balance at start of period** | $ - | $ - |
| Unrealised gain on available for sale investments | - | 104,032 |
| **Balance, end of period** | $ - | $ 104,032 |

# AFRICO RESOURCES LTD.

Consolidated Statements of Cash Flows

*Stated in US Dollars, Unaudited*

| | Three months ended March 31, 2008 | Three months ended March 31, 2007 |
|---|---|---|
| **Operating Activities** | | |
| Net loss for the period | $ (1,738,213) | $ (957,809) |
| Adjustment for items which do not involve cash: | | |
| Stock based compensation | - | 159,953 |
| Loss on equity accounted investment | - | 167,489 |
| | (1,738,213) | (630,367) |
| Changes in non-cash working capital components: | | |
| Accounts receivable | 65,640 | (45,812) |
| Accounts payable and accrued liabilities | (21,730) | (53,397) |
| **Cash used in operating activities** | (1,694,303) | (729,576) |
| **Investing Activities** | | |
| Funds held in trust and other assets | 10,470 | 1,251,293 |
| Deferred mineral property costs | (787,421) | - |
| Acquisition of assets of subsidiary: | | |
| Deferred mineral property costs | - | (2,352,589) |
| Other assets, net of cash | - | (930,190) |
| **Cash used in investing activities** | (776,951) | (2,031,486) |
| **Financing Activities** | | |
| Common shares issued for cash | - | 616,858 |
| **Cash provided by financing activities** | - | 616,858 |
| **Net decrease in cash and cash equivalents during the period** | (2,471,254) | (2,144,032) |
| **Cash and cash equivalents, beginning of period** | 5,516,295 | 13,231,302 |
| **Foreign currency gain included in cash equivalents at period end** | - | 104,032 |
| **Cash and cash equivalents, end of period** | $ 3,045,041 | $ 11,191,130 |

## 1. NATURE OF OPERATIONS AND GOING CONCERN

Africo Resources Ltd. ("the Company" or "Africo") is a mineral resource company engaged in exploring, acquiring and developing precious metal and base metal properties. These activities are conducted principally in the Democratic Republic of the Congo ("DRC").

The recoverability of the cost of mineral properties and related deferred exploration expenditures is dependent upon the discovery of economically recoverable reserves, preservation of the Company's interest in the underlying mineral claims, the ability of the Company to obtain necessary financing to complete the project, and future profitable production, or alternatively, upon the Company's ability to dispose of its interests on an advantageous basis. Changes in future conditions could require a material reduction in the carrying amounts of mineral properties.

The mineral properties are also subject to title and sovereign risks, including political and economic instability, government regulations relating to mining, civil disorder, currency fluctuations and inflation, all or any of which may impede the Company's activities or may result in the impairment or loss of part or all of the Company's interest in the properties.

The viability of the Company's principal asset, the Kalukundi project, is dependent on future financing, and the resolution of the legal dispute outlined in note 2 below. Based on discussions with equity partners and potential debt providers, management believes that a viable financing strategy can be concluded for the development of Kalukundi, subject to the matters referred to in note 2 being resolved.

These consolidated financial statements have been prepared using Canadian generally accepted accounting principles applicable to a going concern which assume that the Company will be able to realize its assets and discharge its liabilities in the normal course of business for the foreseeable future. At March 31, 2008 the Company had a positive working capital balance totalling $2,363,937, a deficit totalling $12,135,134, and had incurred a net loss of $1,738,213 for the period then ended. In conjunction with the Company's Kalukundi property (see Note 6), the Company has expenditure commitments to fulfill. These circumstances lend substantial doubt as to the ability of the Company to meet its obligations as they come due and, accordingly, the appropriateness of the use of accounting principles applicable to a going concern.

The continuing operations of the Company are dependent upon its ability to continue to raise adequate financing and to ultimately achieve profitable operations in the future.

The Company is engaged in discussions with equity providers and hopes to raise sufficient capital in the near term to fund its operations. Nevertheless, there is no assurance that these initiatives will be successful.

## 2. CONTINGENCIES AND MEASUREMENT UNCERTAINTY

### Legal dispute

One of Africo's ex-consultants, Mr. Alessandro Berardone, who was on a $5,000 per month contract, and who had provided general releases to both Africo and Swanmines s.p.r.l. ("Swanmines") following the payment of agreed upon severance and termination payments from both Africo and Swanmines, obtained a default judgment for $3,000,400 in the courts of Lubumbashi in September, 2006 in respect of the termination of his employment. Neither Africo nor Swanmines were provided with advance notice of the court proceedings.

## 2. CONTINGENCIES AND MEASUREMENT UNCERTAINTY *(continued)*

In December, 2006, pursuant to the default judgment there was a purported share sale of Africo's shares in Swanmines by Mr. Berardone for $600,000 to Akam Mining s.p.r.l. ("Akam"). Africo was again not notified of this purported sale. Africo has never been the registered owner of the shares in Swanmines as these shares have always been held and owned by its subsidiary, H & J Swanepoel Family Trust s.p.r.l (H&J). At the time of these judgments Africo was the holder of 48% of H&J and the remainder was acquired in March 2007.

Based on the purported sale of Africo's shares a further declaration was made by the Lubumbashi courts on April 4, 2007, again without any notice to Africo or to H&J, directing Gecamines, the DRC state owned entity holding 25% of Swanmines, to recognize Akam as its partner. Management and the board are of the view that H&J is and continues to be the shareholder in Swanmines along with Gecamines,

Based on legal advice received from senior counsel in the Democratic Republic of the Congo, the Company believes that the judgment obtained by Mr. Berardone is frivolous, illegal and unenforceable and should be set aside. Accordingly, the Company has initiated the appropriate legal steps to have the default judgment obtained by Mr. Berardone set aside and has made not made provision for any expense in this regard. In addition, Africo and its associated companies have taken various legal steps to have the purported share sale and subsequent actions set aside.

Management believes that it will ultimately prevail and its title to the Kalukundi asset will be reasserted through its ownership of H&J, and continues to prepare its financial statements in a manner consistent with that assertion. There can, however, be no assurance that the Company will be successful, and should the Company not be successful in asserting its ownership of 75% of Swanmines, then the appropriateness of consolidating Swanmines and the valuation of the Kalukundi Property will have to be reconsidered, and amounts potentially restated or written down completely.

**Mining review**

On February 11, 2008, the Government of the DRC issued a letter to Swanmines detailing certain findings from its recently completed mining review and recommending actions, some of which could have the effect of reducing Africo's equity interest in the Kalukundi project. It is anticipated that Africo will have to negotiate an additional payment to Gecamines.

H&J has responded to the letter, for and on behalf of Swanmines, indicating that it has met its contractual obligations and that the Company's ownership interest was obtained in fair and balanced negotiations that yielded an outcome in line with similar transactions being concluded at the time. Africo expects to enter into negotiations with Gecamines in the foreseeable future, the outcome of which cannot be foreseen at this time.

## 3. BASIS OF PRESENTATION AND CONSOLIDATION

The consolidated financial statements are prepared in accordance with generally accepted accounting principles accepted in Canada for interim reporting, but do not include all of the information required for annual financial statements and should be read in conjunction with the December 31, 2007 financial statements. These consolidated financial statements include the accounts of Africo Resources Ltd and its material wholly owned subsidiaries, Africo Resources (B.C.) Ltd, Kisankala Mining Corp., H&J Swanepoel Family Trust s.p.r.l., and Swanmines s.p.r.l.. All significant inter-company transactions are eliminated on consolidation.

## 3. BASIS OF PRESENTATION AND CONSOLIDATION *(continued)*

The accounting policies followed by the Company are set out in Note 3 to the audited consolidated financial statements for the year ended December 31, 2007 and have been consistently followed in the preparation of these consolidated financial statements as compared to prior years except that the Company has adopted the following CICA guidelines effective 1 January 2008:

Capital Disclosure - Section 1535 establishes disclosure requirements regarding an entity's capital and how it is managed. The purpose is to enable users of the financial statements to evaluate the entity's objectives, policies and processes for managing capital. Disclosures required by this standard are included in note 7.

Financial Instruments - Sections 3862 and 3863 replaces Section 3861, Financial Instruments – Disclosure and Presentation, revising and enhancing its disclosure requirements and carrying forward unchanged its presentation requirements. These new sections place increased emphasis on disclosure about the nature and extent of risks arising from financial instruments and how the entity manages those risks. Disclosures required by these standards are included in note 8.

## 4. RELATED PARTY TRANSACTIONS

Consulting fees relating to legal, financial, investor relations and other corporate matters, and salaries paid to Directors, former Directors, and organizations having common Directors totalled $351,749 for the period ended March 31, 2007 (2006 - $490,020).

These transactions are in the normal course of operations and are measured at the exchange amount which is the amount of consideration agreed to by the related parties.

## 5. ACQUISITION OF H&J

At March 31, 2008 the Company held 100% of the shares of H&J Swanepoel Family Trust s.p.r.l. ("H&J"), 52% of which were being held in trust for the company by its CEO, Dr Tony Harwood. H&J holds a 75% interest in Swanmines, the entity that owns the Kalukundi copper/cobalt deposit in the DRC.

The Company increased its shareholding in H&J to from 48% to 100% as at March 31, 2007 and H&J has been consolidated with effect from that date.

## 6. MINERAL PROPERTIES

| For the three months ended March 31, 2008 | Kalukundi (Congo) | Mporokoso (Zambia) | Total |
|---|---|---|---|
| **Balance beginning of period** | $ 28,749,463 | $ 150,544 | $ 28,900,007 |
| Development expenditure | 742,105 | - | 742,105 |
| Exploration costs | | | |
| Consulting fees | - | 45,316 | 45,316 |
| **Total costs incurred during the year** | 742,105 | 45,316 | 787,421 |
| **Balance March 31, 2008** | $ 29,491,568 | $ 195,860 | $ 29,687,428 |

## 6. MINERAL PROPERTIES *(continued)*

| **For the year ended December 31, 2007** | **Kalukundi (Congo)** | **Mporokoso (Zambia)** | **Total** |
|---|---|---|---|
| **Balance beginning of year** | $ 4,672,223 | $ - | $ 4,672,223 |
| Development expenditure | 5,671,728 | - | 5,671,728 |
| Asset retirement obligation | 202,560 | - | 202,560 |
| Exploration costs | | | |
| Consulting fees | - | 150,544 | 150,544 |
| Stock based compensation (note 8) | 963,949 | - | 963,949 |
| Arising on acquisition of subsidiary (net of future income taxes) | 15,369,336 | - | 15,369,336 |
| Future income tax component | 1,869,667 | - | 1,869,667 |
| **Total costs incurred during the period** | 24,077,240 | 150,544 | 24,227,784 |
| **Balance December 31, 2007** | $ 28,749,463 | $ 150,544 | $ 28,900,007 |

The Company's significant mineral properties are as follows:

**Kalukundi**

The Kalukundi Project, consists of a number of copper and cobalt deposits located within the Kolwezi District of Katanga Province in the south–east of the DRC. The project is located 65km by road from the mining centre of Kolwezi in the Katanga Province. The Company has completed a feasibility study and front end engineering design work for an open pit mine and processing facility to be constructed on site. Major works have been reduced pending an outcome in the legal dispute outlined in note 2 above.

**Mporokoso**

The Company acquired an interest in the Mporokoso gold project in Zambia as part of a basket of properties acquired along with the Kalukundi project. Geological work is currently underway to define past work and current geology in order to delineate a future possible exploration program for the property.

## 7. EQUITY

**Common Shares**

<u>Authorised:</u>

Unlimited common shares without par value

## 7. EQUITY, *(continued)*

| Issued: | Number of Shares | Amount (USD) |
|---|---|---|
| **Balance, December 31, 2007** | **27,211,705** | **$ 33,392,832** |
| Shares issued under the plan of arrangement | 1,387 | - |
| **Balance, March 31, 2008** | **27,213,092** | **$ 33,392,832** |

Under the plan of arrangement completed during 2006, the Company has reserved shares for issuance to option and warrant holders of Rubicon Minerals Corp for no further consideration. At the quarter end, 231,121 shares remain to be issued under the plan.

**Capital Disclosure**

The Company manages its capital structure and makes adjustments to it, based on the funds available to the Company, in order to support the exploration and development of mineral property. The Board of Directors has not established quantitative capital structure criteria for management, but will review on a regular basis the capital structure of the Company to ensure its appropriateness to the stage of development of the business.

The property in which the Company currently has a 75% interest is in the development stage and the Company is dependent on external financing to fund its activities. In order to carry out planned exploration and development and pay for administrative costs, the Company will spend its existing working capital and raise additional amounts as needed.

Management reviews its capital management approach on an ongoing basis and believes that this approach, given the relative size of the Company, is reasonable.

There were no changes in the Company's approach to capital management during the three months ended March 31, 2008 compared to the year ended December 31, 2007. The Company is not subject to externally imposed capital requirements.

## 8. FINANCIAL INSTRUMENTS

**Fair Value**

The Company has classified its cash and equivalents and short-term investments as available for sale. Amounts receivable are classified as loans and receivables. Accounts payable and accrued liabilities are classified as other liabilities. As of March 31, 2008, the Balance Sheet carrying amounts of these financial instruments equal their fair value, and the Company held no derivative instruments.

Fair value estimates are made at the balance sheet date, based on relevant market information and other information about the financial instruments. Fair values are determined directly by reference to published price quotations in an active market, when available, or by using a valuation technique that uses inputs observed from the markets.

## 8. FINANCIAL INSTRUMENTS *(continued)*

### Financial risk management

The Company's activities expose it to a variety of financial risks including credit risk, foreign exchange risk, interest rate risk, liquidity risk, copper and cobalt price risk, and liquidity risk.

*Credit risk*
Credit risk is the risk that one party to a financial instrument will fail to discharge an obligation and cause the other party to incur a financial loss. Financial instruments that potentially subject the Company to credit risk consist of cash and cash equivalents, and accounts receivable. Africo deposits its cash and cash equivalents, with high credit quality major Canadian financial institutions, as determined by ratings agencies, with original maturities of less than 90 days. Management believes the risk of loss to be remote.

*Currency risk*
The Company operates in the DRC and Canada and has a functional currency of US Dollars. It is therefore exposed to foreign exchange risk arising from transactions denominated in a foreign currency. Africo's cash and cash equivalents, accounts receivable, accounts payable and accrued liabilities are held in several currencies (mainly Canadian dollars) and are therefore subject to fluctuation against the US dollar.

The Company had the following balances in Canadian Dollars as at March 31, 2008:

| | **Canadian Dollars** |
|---|---|
| Cash and cash equivalents | $ 2,723,647 |
| Accounts receivable and prepayments | 970 |
| Accounts payable and accrued liabilities | (550,115) |
| **Net balance** | **$ 2,174,502** |
| **Equivalent in US Dollars** | **$ 2,118,400** |

Based on the balances as at March 31, 2008, a 1% increase (decrease) in the exchange rates on that date would have resulted in a (decrease) increase of approximately $21,183 in earnings before income.

*Interest rate risk*
Interest rate risk is the risk that the fair value of future cash flows of a financial instrument will fluctuate due to changes in market interest rates. Cash and cash equivalents include deposits which are at variable interest rates. Sensitivity to a plus or minus 1% change in change in rates would affect net loss for the quarter by $7,612.

*Copper and Cobalt price risk and other price risk*
The Company is exposed to price risk with respect to copper and cobalt prices. The prices of these metals have increased substantially in recent years, and future significant price declines could cause continued exploration and development of the Kalukundi property to be impractical. Any potential impact of price risk on the loss for the quarter is remote since the company is not a producing entity.

## 8. FINANCIAL INSTRUMENTS *(continued)*

*Liquidity risk*
Liquidity risk is the risk that an entity will encounter difficulty in raising funds to meet commitments associated with financial instruments. The Company manages liquidity by maintaining adequate cash and cash equivalent balances. The Company monitors and reviews both actual and forecasted cash flows, and also matches the maturity profile of financial assets and liabilities.

## 9. SUBSEQUENT EVENT

Subsequent to the period end, on April 17, 2008, Africo entered into a Subscription Agreement for a private placement of 40,000,000 units at a price of C$2.50 per unit with Camrose Resources Limited (“Camrose”) for gross proceeds of C$100,000,000. Each unit will consist of one common share in the capital of Africo and one-half of a share purchase warrant. Each whole warrant will entitle Camrose to acquire an additional common share in the capital of Africo at a price of C$3.50 per share for an eighteen month period following closing. The private placement is subject to satisfaction of a number of conditions, including termination of Africo’s Shareholders Rights Plan Agreement, regulatory approval and the approval of Africo’s shareholders.

This placement will result in Camrose owning approximately 60% of the outstanding share capital of Africo. Camrose will have majority representation on the Board of Africo, and the right to participate in future financings to maintain its percentage equity ownership.

Concurrently with execution of the Subscription Agreement, Camrose has loaned C$2,000,000 to Africo. This loan bears interest at a rate equal to the London Interbank Offer Rate plus 2% per annum and matures on the earliest of (i) the completion of the Subscription Agreement, (ii) the termination of the Subscription Agreement and (iii) August 31, 2008. If demand is made upon the completion of the subscription contemplated by the Subscription Agreement, the entire amount will be set off against the aggregate subscription price payable to Africo. If demand is made for any other reason, the entire amount may, at the option of Africo, be repaid by the issuance of common shares at a deemed price of C$2.50 per share.

Camrose has acquired the outstanding shares of Akam Mining Sprl (“Akam”). Akam purportedly holds, indirectly through Swanmines Sprl (“Swanmines”), the Kalukundi property. Camrose and Africo have entered into an agreement (the “Akam Agreement”) pursuant to which Africo’s subsidiary will acquire 75% of the outstanding shares of Swanmines concurrent with completion of the private placement described above for a purchase price of C$13,500,000, to be paid by issuing 5,400,000 common shares of Africo at a price per share of C$2.50. Gecamines, a mining company owned by the Democratic Republic of the Congo, owns the remaining 25% of the outstanding shares of Swanmines. The Akam Agreement also provides that Akam will release Africo from all claims it has against Africo, and Africo will release Akam from the legal proceedings it has brought against Akam.

In addition, Africo has agreed to acquire a 75% interest in the Mashitu property from an affiliate of Camrose, with the remaining 25% interest continuing to be held by Gecamines. The Mashitu property consists of an exploitation permit for copper, cobalt, gold and nickel in 41 blocks that are contiguous to the Kalukundi property. The purchase price is to be based on a valuation to be prepared by an independent expert agreed to by the parties and will be paid in common shares of Africo at a price per share of C$2.50.

**9. SUBSEQUENT EVENT** *(continued)*

The valuation is to be carried out as soon as practicable following the earlier of completion of the exploration drilling program currently being carried out by Camrose's affiliate and six months following completion of the private placement referred to above. Africo is not in a position to reliably estimate what the purchase price will be, and Africo is obligated to accept the independent expert's determination of the purchase price. This acquisition is subject to satisfaction of conditions precedent, including certain assurances with respect to title, completion of the private placement referred to above and receipt of regulatory and shareholder approval.

Africo has scheduled an annual and special meeting of its shareholders to be held on or about June 12, 2008, to approve the above transactions. There can be no assurance that any of the transactions will complete.