# Exhibit 29

**NEWS RELEASE** **AFRICO RESOURCES LTD.**

**Vancouver, British Columbia – February 23, 2007 -** Africo Resources Ltd. (TSX:ARL) (the "Company") reported today that it has been advised that one of its former employees in the Democratic Republic of Congo (the "DRC"), Mr. Alessandro Berardone, with whom the Company is in a labour dispute regarding the termination of his employment, has ex parte and without proper notice to the Company, obtained a default judgement against the Company for the payment of damages in the amount of US$3,000,400.

Dr. Tony Harwood, President and CEO stated: "Based on legal advice received from senior counsel in the DRC, the Company believes that the judgement obtained is frivolous, illegal and unenforceable and should be set aside." Accordingly, the Company has initiated the appropriate legal steps to have the default judgement obtained by Mr. Berardone set aside.

**AFRICO RESOURCES LTD.**

*"Antony Harwood"*

Antony Harwood
President and Chief Executive Officer

For more information, contact info@africoresources.com, or contact:

Dr. Antony Harwood, Telephone: 011-27-114630081; Email: tharwood@africoresources.com

Chris Theodoropoulos, Telephone: 604-605-4298; E-mail: chris@africoresources.com

---

*This news release contains certain statements that may be deemed "forward-looking statements". All statements in this release, other than statements of historical fact, that address events or developments that Africo expects to occur, are forward looking statements.*

*Forward looking statements are statements that are not historical facts and are generally, but not always, identified by the words "expects", "plans", "anticipates", "believes", "intends", "estimates", "projects", "potential" and similar expressions, or that events or conditions "will", "would", "may", "could" or "should" occur. Although Africo believes the expectations expressed in such forward-looking statements are based on reasonable assumptions, such statements are not guarantees of future performance and actual results may differ materially from those in forward looking statements. Factors that could cause the actual results to differ materially from those in forward-looking statements include market prices, exploitation and exploration success, continued availability of capital and financing and general economic, market or business conditions. Investors are cautioned that any such statements are not guarantees of future performance and actual results or developments may differ materially from those projected in the forward-looking statements. Forward looking statements are based on the beliefs, estimates and opinions of Africo's management on the date the statements are made. Africo undertakes no obligation to update these forward-looking statements in the event that management's beliefs, estimates or opinions, or other factors, should change.*

The Toronto Stock Exchange has not reviewed and does not accept responsibility for the adequacy or accuracy of this release.