# Exhibit 30

News release via Canada NewsWire, Toronto 416-863-9350

Attention Business Editors:
Africo Resources Ltd. - Press Release

TORONTO, April 27 /CNW/ - Africo Resources Ltd. (TSX: ARL) Africo has been made aware of a decision (the "Decision") rendered by a court in Lubumbashi, Democratic Republic of the Congo ("DRC") in a matter between Akam Mining s.p.r.l. ("Akam") and La Générale des Carrières et des Mines ("Gécamines"). The latter holds a 25% interest in Swanmines s.p.r.l. ("Swanmines"), the entity that owns the Kalukundi copper/cobalt deposit in the DRC.

The Decision is related to the ex parte default judgment obtained by Alejandro Berardone (the "Berardone Judgment") described in Africo's news release of February 23, 2007. Africo has an appeal application to oppose the Berardone Judgment.

A preliminary translation of the Decision indicates that it contains a declaration by the court to the effect that it accepts the assertion by Akam that Akam (and thus not Africo through its subsidiaries) is the owner of the remaining 75% of Swanmines. The Decision appears to accept Akam's claim that it acquired 75% of Swanmines at a sale in execution pursuant to the Berardone Judgment for the sum of US$600,000. Acting pursuant to the Decision, a meeting of Akam and Gecamines was held on April 20, 2007 at which the purported interest of Akam was recognized in the constating documents of Swanmines and other corporate acts were undertaken without the knowledge of Africo.

Africo has been advised by DRC counsel that the purported sale is illegal and not only subject to rescission in conjunction with the Berardone Judgment, but is also null and void because the Swanmines shares in question are owned by H&J Swanepoel Famille Trust s.p.r.l., which is not a party to any of these proceedings.

Africo was not made aware of any threatened or impending legal proceedings involving Akam and Gécamines nor was it given notice of the meeting on April 20. Africo has been advised by DRC counsel that an appeal has been lodged in the proceedings between Akam and Gecamines to have the Decision set aside.

In addition to the pending application for rescission of the Berardone Judgment and further possible legal action against Akam, Africo's DRC counsel has advised that a complaint for judicial misconduct by the Lubumbashi court is also being filed in the Supreme Court of the DRC in Kinshasa. Africo is advised that if this proceeding is successful, all previous judgments and orders pertaining to this subject matter will be null and void. In addition, Africo is pursuing all other available avenues to have the Decision set aside forthwith and the amendments to the constating documents rescinded.

Africo believes that these actions taken by third parties in the DRC are wholly without merit. Africo will vigorously pursue its interests in the courts and is optimistic that it will prevail, although there can be no assurance of this.

This news release contains certain statements that may be deemed "forward-looking statements". All statements in this release, other than statements of historical fact, that address events or developments that Africo expects to occur, are forward looking statements.

Forward looking statements are statements that are not historical facts and are generally, but not always, identified by the words "expects", "plans", "anticipates", "believes", "intends", "estimates", "projects", "potential" and similar expressions, or that events or conditions "will", "would", "may", "could" or "should" occur. Although Africo believes the expectations expressed in such forward-looking statements are based on reasonable assumptions, such statements are not guarantees of future performance and actual results may differ materially from those in forward looking statements. Factors that could cause the actual results to differ materially from those in forward-looking statements include market prices, exploitation and exploration success, continued availability of capital and financing and general economic, market or business conditions. Investors are cautioned that any such statements are

not guarantees of future performance and actual results or developments may differ materially from those projected in the forward-looking statements. Forward looking statements are based on the beliefs, estimates and opinions of Africo's management on the date the statements are made. Africo undertakes no obligation to update these forward-looking statements in the event that management's beliefs, estimates or opinions, or other factors, should change.

The Toronto Stock Exchange has not reviewed and does not accept responsibility for the adequacy or accuracy of this release.

%SEDAR: 00024685E

/For further information: Africo Resources Ltd., Dr. Tony Harwood, President and CEO or Chris Theodoropoulos, Chairman, (604) 646-3225; Michael O'Brien, Chief Financial Officer, (604) 646-3225; Bill Cavalluzzo, Investor Relations, 1-866-365-4706; E-mail: bcavalluzzo(at)rogers.com; Website: www.africoresources.com/

(ARL.)

CO: Africo Resources Ltd.

CNW 16:45e 27-APR-07