# Exhibit 31

News release via Canada NewsWire, Toronto 416-863-9350

Attention Business Editors:
Africo Resources Ltd. - Financing Cancelled

TORONTO, April 27 /CNW/ - Africo Resources Ltd. (TSX: ARL) Africo announces that due to the developments announced in its news release of earlier today, Africo and its underwriters have mutually agreed to withdraw the offering announced on April 13, 2007.

This news release contains certain statements that may be deemed "forward-looking statements". All statements in this release, other than statements of historical fact, that address events or developments that Africo expects to occur, are forward looking statements.

Forward looking statements are statements that are not historical facts and are generally, but not always, identified by the words "expects", "plans", "anticipates", "believes", "intends", "estimates", "projects", "potential" and similar expressions, or that events or conditions "will", "would", "may", "could" or "should" occur. Although Africo believes the expectations expressed in such forward-looking statements are based on reasonable assumptions, such statements are not guarantees of future performance and actual results may differ materially from those in forward looking statements. Factors that could cause the actual results to differ materially from those in forward-looking statements include market prices, exploitation and exploration success, continued availability of capital and financing and general economic, market or business conditions. Investors are cautioned that any such statements are not guarantees of future performance and actual results or developments may differ materially from those projected in the forward-looking statements. Forward looking statements are based on the beliefs, estimates and opinions of Africo's management on the date the statements are made. Africo undertakes no obligation to update these forward-looking statements in the event that management's beliefs, estimates or opinions, or other factors, should change.

The Toronto Stock Exchange has not reviewed and does not accept responsibility for the adequacy or accuracy of this release.

%SEDAR: 00024685E

/For further information: Africo Resources Ltd., Dr. Tony Harwood, President and CEO or Chris Theodoropoulos, Chairman, (604) 646-3225; Michael O'Brien, Chief Financial Officer, (604) 646-3225; Bill Cavalluzzo, Investor Relations, 1-866-365-4706; E-mail: bcavalluzzo(at)rogers.com, Website: www.africoresources.com/
(ARL.)

CO: Africo Resources Ltd.

CNW 18:54e 27-APR-07