# Exhibit 32

News release via Canada NewsWire, Toronto 416-863-9350

Attention Business Editors:
Africo Resources - update on legal proceedings in the DRC

TORONTO, Aug. 13 /CNW/ - Further to the news release dated August 2, 2007, Africo Resources Ltd ("Africo") has been advised of the outcome of the public hearing that took place on Friday August 10, 2007 at the Supreme Court of Justice in Kinshasa, at which the judgement in the action against the three judges of the Tribunal de Grande Instance de Lubumbashi for judicial misconduct was considered.

A preliminary analysis by our DRC legal counsel indicates that the Supreme Court of Justice determined that the actions of the judges in certain of the matters could not be examined by the Supreme Court as they took the form of orders and not judgements. In addition, the motions brought by Swanmines sprl ("Swanmines") and H&J Swanepoel Famille Trust sprl ("H&J") were also not considered as these entities were not parties to any of the decisions or orders being contested.

The judgement left intact all the other appropriate recourses against the instruments ordering and carrying out the public sale of the shares of Swanmines, which can thus be initiated before the Lubumbashi courts. In this regard, Africo had initiated a number of actions in addition to the judicial misconduct application and will continue to vigorously pursue these. Africo will proceed forthwith to have the hearing in the original action appealing the judgement that awarded the $3 million to Mr Beradone, which had been postponed pending the outcome in the judicial misconduct application, as well as the application by H&J for a court order declaring the sale of the Swanmines shares to Akam Mining, declared null and void.

Note for editors:

Africo Resources Limited is a Canadian mineral company, committed to developing, acquiring and exploring for base metal assets in Africa. The company's main project is Kalukundi, a development stage copper-cobalt deposit located on the Katangan Copperbelt in the Democratic Republic of Congo (DRC). The development team has an operational base in the DRC, with the company corporate offices located in Vancouver, Canada. The company listed on the Toronto Stock Exchange in December 2006.

Forward-looking statements:

This news release contains certain statements that may be deemed "forward-looking statements". All statements in this release, other than statements of historical fact, that address events or developments that Africo expects to occur, are forward looking statements.

Forward looking statements are statements that are not historical facts and are generally, but not always, identified by the words "expects", "plans", "anticipates", "believes", "intends", "estimates", "projects", "potential" and similar expressions, or that events or conditions "will", "would", "may", "could" or "should" occur. Although Africo believes the expectations expressed in such forward-looking statements are based on reasonable assumptions, such statements are not guarantees of future performance and actual results may differ materially from those in forward looking statements. Factors that could cause the actual results to differ materially from those in forward-looking statements include market prices, exploitation and exploration success, continued availability of capital and financing and general economic, market or business conditions. Investors are cautioned that any such statements are not guarantees of future performance and actual results or developments may differ materially from those projected in the forward-looking statements. Forward looking statements are based on the beliefs, estimates and opinions of Africo's management on the date the statements are made. Africo undertakes no obligation to update these forward-looking statements in the event that management's beliefs, estimates or opinions, or other factors, should change.

The Toronto Stock Exchange has not reviewed and does not accept responsibility for the adequacy or accuracy of this release.

%SEDAR: 00024685E

/For further information: please visit our website at www.africoresources.com, or contact: Dr Tony Harwood, President and CEO, on tel: +27(11) 463-0081; Chris Theodoropoulos, Chairman, on tel: (604) 646-3225; Bill Cavalluzzo (Investor Relations) on tel: (866) 365-4706; Charmane Russell on (tel) +27(11) 880-3924/
(ARL.)

CO: Africo Resources Ltd.

CNW 09:56e 13-AUG-07