# Exhibit 34

# AFRICO RESOURCES LTD.

## Management's Discussion & Analysis for the year ended

**December 31, 2008**

# AFRICO RESOURCES LTD.

## MANAGEMENT'S DISCUSSION AND ANALYSIS

*Set out below is a review of the activities, results of operations and financial condition of Africo Resources Ltd. and its subsidiaries (referred to herein together as "the Company" or "Africo") for the year ended December 31, 2008 compared with the year ended December 31, 2007. The following information should be read in conjunction with its audited financial statements for the year ended December 31, 2008. The financial statements have been prepared in accordance with Canadian generally accepted accounting principles. The accounting policies have been consistently followed in preparation of these financial statements except that the Company has adopted the following guidelines: Section 1535, Capital Disclosures; Section 3862, Financial Instruments – Disclosures; and Section 3863, Financial Instruments – Presentation, January 1, 2008. This review is prepared as at March 27, 2009. All dollar amounts, unless otherwise indicated, are in US Dollars.*

*The Company is a reporting issuer in the Provinces of British Columbia, Alberta, Ontario, and Quebec in Canada and is listed on the TSX in Canada under the symbol ARL.*

*Additional information related to the Company, including the Company's most recent annual information form (once filed) is available on SEDAR at www.sedar.com.*

### OVERVIEW

Africo Resources Ltd. is a development stage company with an operational base in the Democratic Republic of the Congo (DRC) and with corporate offices in Vancouver, Canada. Africo is pursuing the development of the high-grade Kalukundi copper cobalt deposit near Kolwezi in the DRC and is also seeking to acquire other strategic mining investments.

### HIGHLIGHTS FOR THE YEAR

**Private Placement and resolution of Kalukundi ownership dispute**

On July 24, 2008, Africo completed a C$100 million private placement with Camrose Resources Limited ("Camrose"). Concurrently with the Camrose private placement, the Company entered into an agreement with Camrose pursuant to which Africo's wholly-owned subsidiary re-established ownership of 75% of the outstanding shares of Swanmines sprl ("Swanmines"), the holder of the permit to the Kalukundi Property. This finally brought to an end the ownership dispute which had caused significant disruption to Africo's operational plans in the DRC.

**Mining Review**

Under the terms of the mining review, subsequent to the year-end, on January 13, 2009, the Company's subsidiary concluded an agreement with La Générale des Carrières et des Mines ("Gécamines") and the Government of the Democratic Republic of Congo on the amended terms governing the Kalukundi property. The main additional obligations under the Amendment agreement are that Africo is required to pay Gécamines US$1.6 million per year for a four year period as an entry premium, and an additional payment will be required on the basis of U$35 per ton of copper on reserves exceeding 180,000 tons should these be booked.

**Kalukundi Exploration and Development Activity**

During 2007, a total of 9 core boreholes (1,105m) were drilled on the Kii and Kalukundi Fragments that successfully established additional continuity of high grade mineralisation. This data will allow for conversion of inferred resources to Measured and Indicated resources. All of the borehole positions were surveyed to verify accuracy of the locations and elevations. The data was given to RSG Global/Coffey Mining to update the geological models, following which a Mining study was then commissioned with Coffey Mining in Perth in 2008. This returned very positive results. A financial study was undertaken in October – November 2008, but the results could not be finalized due to the volatility of the financial and resource markets at the time. This study is still on hold.

Exploration activities at Kalukundi IN 2008 focused on the search for mineralisation within new fragments. Positive results had been returned from the Kesho, Golf and NW Principal fragments. Based on these results, a core drilling programme was initiated in August and started in October 2008 on the Kesho Fragment, achieved 2280m of drilling from 18 boreholes. This established the continuity of Cu and Co-rich oxide mineralisation over a strike of 400m, a down-dip extent of +200m and down to depths of up to 110m vertically below surface. Sampling of the borehole core is in progress, but will continue well into 2009.

Assay results for the first borehole drilled at Kesho were at hand by the year end and these are as follows:

KES 1 (-60°) - 3.08% Cu, 0.54% Co over 36.00m drilled width. Final depth 52.75m

The remaining results are expected to be available by the end of May 2009.

Assay values from 3 pits on the SE Anticline fragment returned anomalous cobalt assays as follows:

SE6 – 0.39% Cu, 1.50% Co over 1.00m in Saprolite
SE7 – 0.24% Cu, 3.87% Co over 1.50m in SDB shales
SE8 – 0.15% Cu, 1,26% Co over 1.80m.in RSC siliceous dolomite.

On the SE Anticline Fragment, drilling of 6 core boreholes (830m) encountered encouraging mineralisation indicating that this large fragment has excellent potential to locate new mineral resources for the Kalukundi Project.

As part of the Mining study a hydro-geological evaluation of the RAT Lilas formation was undertaken for pit optimization and dewatering reasons through the drilling of 13 RC boreholes (1130m). It had previously been established that this formation is porous but that permeability is very poor. The drilling established that where the RAT Lilas is fractured it can be dewatered. However, saprolitised RAT Lilas may have the tendency to retain water and dewatering of these zones may require horizontal drainage holes. The more massive, un-fractured and fresh RAT Lilas does not pose a problem for dewatering, is more extensive than anticipated and will contribute to open pit wall stability. This study has added considerably to an understanding of dewatering characteristics of the formations to be mined in the open pit situation at Kalukundi. In addition, preliminary geotechnical studies were commenced on these new drill holes.

**<u>Mporokoso Project in Zambia</u>**

The Company continued to seek joint venture partners to participate in exploration activities on the project.

## SELECTED ANNUAL FINANCIAL INFORMATION

The table below sets forth selected financial data relating to the Company's years ended December 31, 2008, and December 31, 2007.

| | Year ended December 31 | | Fourth Quarter | |
|---|---|---|---|---|
| **DEFICIT** | **2008** | **2007** | **2008** | **2007** |
| General and administrative costs | 5,187,909 | 3,798,330 | 647,018 | 1,078,620 |
| Professional fees | 1,398,364 | 1,375,022 | 684,987 | 714,574 |
| Stock based compensation | 135,000 | 1,604,096 | 135,000 | 1,363,358 |
| Stock exchange, listing and transfer agent fees | 137,611 | 125,695 | 46,518 | 25,892 |
| Travel | 529,279 | 373,390 | 229,211 | 191,645 |
| Foreign Exchange gain | 243,204 | 1,199,685 | 456,176 | 318,820 |
| Interest and other income | 1,165,908 | 352,422 | 617,865 | 53,572 |
| Loss on equity accounted investment | - | 167,489 | - | - |
| Loss | (5,989,051) | (5,891,915) | (668,693) | (3,001,696) |
| Loss per share | (0.13) | (0.23) | (0.01) | (0.12) |
| Weighted average number of shares | 47,114,787 | 25,241,107 | 72,615,172 | 25,975,436 |
| Comprehensive loss | (22,534,317) | (5,891,915) | (12,563,559) | (3,264,949) |
| **BALANCE SHEET** | | | | |
| Total assets | 129,992,025 | 34,691,908 | | |
| Total liabilities | 13,024,102 | 4,944,093 | | |
| Shareholders' equity | 116,967,923 | 29,747,921 | | |

## RESULTS OF OPERATIONS

*Year ended December 31, 2008*

- General and administrative costs were $5,187,909 (2007 - $3,798,330) and included bonuses paid on conclusion of the C$100 million private placement with Camrose, and additional directors fees paid, totaling $1,281,466. The remaining costs were consistent with an increase in activities levels compared with the previous year.

- Professional fees of $1,398,364 (2007 – $1,375,022) were high as a result of legal fees resulting from Swanmines ownership dispute being dealt with in the DRC which began in April 2007.

- Stock based compensation cost amounted to $135,000 (2007 - $1,604,096) being the value attributed to options that vested during the year and reflects that fact that fewer options were granted in the year.

- Stock exchange, filing and transfer agent fees totaled $137,611 (2007 - $125,695). The increase over the prior year is attributable to higher costs arising as a result of the private placement with Camrose compared to costs associated with placements in the prior year.

- Travel costs amounted to $539,279 (2007 – $373,390) The increase results from the increased travel demands of both raising capital and transitioning the group into a development phase in the DRC, as well as the added travel requirements resulting from the legal issues being dealt with in the DRC and concluding the C$100 million private placement with Camrose.

- The net foreign exchange gain for the period amounted to $243,204 (2007 – $1,199,685) and results mainly from translation differences arising due to the fact that some of the Company's transactions are conducted in Canadian Dollars and most cash is held in Canadian Dollars whereas the Company's functional currency is US Dollars.

- Interest and other income for 2008 was $1,165,908 (2007 – $352,422) and is attributable to the increase in cash balances arising from the private placements in July 2008.

- The loss on equity accounted investments was $nil for the year (2007- $167,489) which reflects the fact that the operating results of Swanmines are now consolidated and incorporated on a line by line basis rather than as equity earnings.

- The comprehensive loss includes an unrealized foreign exchange loss amounting to $16,573,610. This has arisen on the translation of cash and short term investments which are held in Canadian Dollar designated instruments with major Canadian banks, and which have been designated as available for sale.

*Fourth Quarter 2008*

- General and administrative costs amounted to $647,018 (2007 - $1,078,620). The decrease is reflective of significant drop in activity towards year-end as well as the reversal of an accrual in respect of disputed consulting fees where a settlement was reached.

- Professional fees of $684,987 (2007– $714,574) consisted mainly of legal fees, being the settlements of amounts claimed by DRC based lawyers in respect of the Swanmines ownership dispute.

- Stock based compensation costs amounted to $135,000 (2007 - $1,363,358) being the value attributed to options that vested during the period.

- Stock exchange, filing and transfer agent fees totaled $46,518 (2007 - $25,892), and includes TSX costs for reviewing applications for new directors and control shareholders.

- Travel costs amounted to $229,211 (2007 – $191,645) which included additional meeting costs compared to the prior year.

- The net foreign exchange gain for the period amounted to $456,176 (2007– $318,820) and results mainly from translation differences arising due to the fact that some of the Company's transactions are conducted in Canadian Dollars and its investments are held in Canadian Dollars, whereas the Company's functional currency is US Dollars.

- Interest and other income amounted to $617,865 (2007 – income of $53,572) and is attributable to the decrease in average cash balances over the same period in the prior year.

- The comprehensive loss includes an unrealized foreign exchange loss for the quarter amounting to $11,894,866. This has arisen on the translation of cash and short term investments which are held in Canadian Dollar designated instruments with major Canadian banks, and which have been designated as available for sale.

## DISCUSSION OF CASH FLOWS

| | Year ended December 31 | | Fourth Quarter | |
|---|---|---|---|---|
| | 2008 | 2007 | 2008 | 2007 |
| Operating activities | (5,707,722) | (4,786,800) | 19,719 | (1,894,851) |
| Investing activities | (29,061,000) | (7,872,315) | (26,807,104) | (1,425,398) |
| Financing activities | 98,674,516 | 4,944,108 | (784) | 4,327,249 |

*Year ended December 31, 2008*

Cash outflows from operating activities was $5,707,722 (2007 - $ 4,786,800) due mainly to the increase in General and Administrative expenses.

The cash outflow from investing activities of $29,061,000 (2007 - $7,872,315) was in respect of a transfer to short term investments of $24,731,839, and exploration and development costs incurred in respect of the Kalukundi project of $4,329,161.

Financing activities generated $98,674,516 ($4,944,108) as a result of the C$100 million Camrose private placement in July 2008, and is net of share issuance costs.

*Fourth Quarter 2008*

There was a cash inflow from operating activities of $19,719 (2007 - outflow $ 1,894,851) which resulted from net working capital changes more than offsetting the operating loss in the quarter.

Cash outflows from investing activities of $26,807,104 (2007 - $1,425,398) consisted of $24,731,839 that was transferred to short term investments, and exploration and development costs incurred in respect of the Kalukundi project of $2,075,265.

## FINANCIAL POSITION

| | Year ended December 31 | |
|---|---|---|
| **BALANCE SHEET** | 2008 | 2007 |
| **Assets** | | |
| Cash and short term investments | 77,608,662 | 5,516,295 |
| Accounts receivable and prepayments | 296,658 | 248,047 |
| Other assets | 15,577 | 27,559 |
| Mineral properties | 52,071,128 | 28,900,908 |
| Total assets | 129,992,025 | 34,691,908 |

| **Liabilities** | | |
|---|---|---|
| Total current liabilities | 1,864,192 | 885,241 |
| Asset retirement obligation | 210,876 | 202,560 |
| Future income tax liability | 10,949,034 | 3,856,292 |
| Total liabilities | 13,024,102 | 4,944,093 |
| **Shareholders' equity** | 116,967,923 | 29,747,815 |

**Cash and short term investments**

The increase in cash and short term investments to $77,608,662 at December 31, 2008 (2007 - $5,516,295) is due to the C$100 million private placement during the year offset by operating costs and exploration and development related expenditure on Kalukundi, as well as unrealized foreign exchange losses of $16,545,266 on conversion of Canadian Dollar designated investments to US Dollars for reporting purposes.

**Mineral properties**

The mineral property balance is mainly attributable to the Kalukundi project. The increase to $52,071,128 at December 31, 2008 (2007 - $28,900,007) results from cash expenditure of $4,329,161 the market value of shares issued in respect of the AKAM settlement, further described below together with the appropriate tax adjustment in respect of this, totaling $18,037,657.

The decline in the market capitalization of the Company as its share price dropped in step with markets generally, along with the decline in commodity prices from historically high levels are indicators of impairment, and triggered the need for an impairment review. The 2006 feasibility model was flexed using current estimates of capital expenditure and operating costs, and returned a positive net undiscounted cash flow. No impairment was required to be booked.

**Current liabilities**

The increase in current liabilities to $1,864,192 at December 31, 2008 (2007 - $885,241) results mainly from accruals related to the drilling program, which was completed in December 2008.

**Asset retirement obligation**

The current cost for the asset retirement obligation provision was estimated at $210,876 at December 31, 2008 (2007 - $202,560). Mining activities have not yet commenced, and the rehabilitation activities will be focused on areas impacted by exploration activities. In view of the difficulty in assessing the end of mine life given the uncertainty regarding the potential start of mine development, the Company has not used a discounted future value as a basis for this provision.

**Future income tax liability**

The future income tax liability of $10,949,034 at December 31, 2008 (2007 – $3,856,292) results from the non deductibility in Canada for tax purposes of mineral property costs incurred directly by the Canadian Parent Company in respect of the Kalukundi project.

**Shareholders equity**

Shareholders' equity has increased to $116,967,923 at December 31, 2008 (2007 - $29,747,815) arising from the Camrose private placement, offset by the accumulated comprehensive loss, and operating loss.

*Camrose private placement*

On July 24, 2008, Africo completed a private placement of 40,000,000 units at a price of C$2.50 per unit with Camrose for gross proceeds of C$100,000,000. Each unit consisted of one common share in the capital of Africo and one-half of a share purchase warrant. Each whole warrant entitles Camrose to acquire an additional common share in the capital of Africo at a price of C$3.50 per share until January 24, 2010.

This placement resulted in Camrose owning approximately 60% of the outstanding share capital of Africo. Camrose has majority representation on the board of directors of Africo, and the right to participate in future financings to maintain its percentage equity ownership.

On April 17, 2008 Camrose loaned C$2,000,000 to Africo. This loan carried interest at a rate equal to the London Interbank Offer Rate plus 2% per annum and the entire principal amount was set off against the aggregate subscription price payable to Africo on closing.

Camrose had previously acquired all of the outstanding shares of Akam Mining Sprl ("Akam"). Akam purportedly held, indirectly through Swanmines , the Kalukundi property. Camrose and Africo entered into an agreement (the "Akam Agreement") pursuant to which Africo's subsidiary acquired 75% of the outstanding shares of Swanmines as a result of the completion of the private placement described above. In consideration for the assignment of the Swanmines shares and concurrently with the completion of the Camrose financing, Africo issued 5,400,000 common shares of Africo to Camrose at a deemed price per share of C$2.50 for an aggregate of C$13,500,000. Gecamines, a mining company owned by the Democratic Republic of the Congo, owns the remaining 25% of the outstanding shares of Swanmines. As required by the Akam Agreement, Akam has released Africo from all claims it has against Africo, and Africo has released Akam from the legal proceedings it has brought against Akam.

In addition, Africo has agreed to acquire a 75% interest in the Mashitu property from an affiliate of Camrose, with the remaining 25% interest continuing to be held by Gecamines. The Mashitu property consists of an exploitation permit (the "Exploitation Permit") for copper, cobalt, gold and nickel in 41 blocks that are contiguous to the Kalukundi property. The purchase price for the transfer will be based on the value of the Exploitation Permit (the "Valuation") as determined by Stephan, Robertson & Kirsten (SRK) Consulting Engineering and Scientists. The Valuation will be started on the earlier of completion of an exploratory drilling program currently being carried out by Camrose's affiliate and six months after completion of the Camrose financing. The purchase price will be 75% of the midpoint of the range determined by the Valuation (the "Mid-Point Amount"). The purchase price is 75% of the Mid-Point Amount because Gecamines will retain the 25% interest in the Exploitation Permit. The parameters and scope of the Valuation will be agreed upon by the parties in advance of the commencement of the Valuation. The Valuation will be carried out on a stand-alone basis, which means that the concession comprising the Exploitation Permit will be valued separately and independently of the Kalukundi property, taking into account its own capital cost requirements. In the event that either party is not satisfied with the results of the Valuation, such party can nominate a second valuator to carry out a valuation with the other party's consent. In that event, the determining valuation will be the average of the two valuations carried out. In the event of a dispute with respect to the scope and process of the Valuation, the parties have agreed to implement arbitration proceedings to resolve such dispute. The purchase price will be paid by the issuance of common shares by Africo to affiliates of Camrose, at a deemed price of $2.50 per share, subject to usual anti-dilution adjustments. The acquisition is also subject to a number of conditions precedent being satisfied, including the consent of Gecamines, which have not as yet been fulfilled.

*Accumulated other comprehensive net loss*

Accumulated other comprehensive net loss contains net unrealized losses on available-for-sale securities of $16,545,266 resulting from the decline in the value of the Canadian Dollar between the date the private placement proceeds were received and invested in Canadian Dollar designated investments, and the year end.

## LIQUIDITY

Net working capital amounted to $76,041,128 at December 31, 2008 (2007 - $4,879,101). The Company has taken steps to reduce the level of its operating costs with a view to ensuring that it is able to withstand any delay in bringing the Kalukundi project in production as a result of the current economic conditions.

## OUTLOOK

The feasibility study for the Kalukundi project which was completed in May 2006 estimated capital costs totaling $166.6 million. Taking into account the lead time to build the mine and potential working capital requirements at the start of production, the Company will need to raise approximately $200 million for capital costs, working capital, and additional mining and exploration activities to enable the Company to meet its development plans. As noted above, the Company has raised C$100 million of equity funding, and the company will need to secure a debt component in order to proceed with the project.

In light of current market conditions Africo has significantly scaled back activities on its Kalukundi project until such time as global economic conditions improve, and copper and cobalt prices support better financing terms for the project. The Company has also laid off its expatriate development team in order to reduce its costs on the project.

The Company is also considering an acquisition strategy that would take advantage of current market conditions to acquire assets, providing that these are a good long term strategic fit.

## SUMMARY OF QUARTERLY RESULTS (UNAUDITED)

| | **2008 Fourth Quarter** | **2008 Third Quarter** | **2008 Second Quarter** | **2008 First Quarter** | **2007 Fourth Quarter** | **2007 Third Quarter** | **2007 Second Quarter** | **2007 First Quarter** |
|---|---|---|---|---|---|---|---|---|
| Interest income........... | **617,865** | 486,309 | 21,644 | 40,090 | 53,572 | 67,351 | 108,608 | 122,891 |
| Net loss for the quarter........................ | **(668,693)** | (2,383,865) | (1,198,280) | (1,738,213) | (3,001,696) | (763,129) | (1,169,281) | (957,809) |
| Loss per share............. | **$0.01** | $0.04 | $0.04 | $0.06 | $ 0.11 | $0.03 | $0.05 | $0.04 |

Quarterly expenses in the fourth quarter of 2007 reflect the effect of vesting stock options and include bonuses paid to consultants for successful completion of the private placement and plan of arrangement. The loss in the third quarter of 2008 includes bonuses paid related to the Camrose transaction. Interest income has tracked the cash balances of the Company. Quarterly results above are included from the period during which the Company first became listed on the Toronto Stock Exchange on December 15, 2006.

## OFF BALANCE SHEET ARRANGEMENTS

The Company has no off-balance sheet arrangements.

## TRANSACTIONS WITH RELATED PARTIES

Consulting fees relating to legal, financial, investor relations and other corporate matters, and salaries paid to Directors, former Directors, and organizations having common Directors totalled $2,274,112 for the year ended December 31, 2008 (2007 - $1,139,400).

These transactions are in the normal course of operations and are measured at the exchange amount which is the amount of consideration agreed to by the related parties.

## OUTSTANDING SHARE DATA

As at March 25, 2009 the Company had the following securities issued and outstanding:

- 72,646,614 common shares;
- 4,375,000 common share purchase options
- 21,880,093 share purchase warrants

The Company also has the obligation under a plan of arrangement with Rubicon Minerals Corporation, among others, which completed on December 8, 2006, to issue shares to pre-existing Rubicon option and warrant holders, all consideration in respect of which is payable to Rubicon. A total of 197,523 shares remain to be issued to these option and warrant holders or to Rubicon.

## CRITICAL ACCOUNTING ESTIMATES

The preparation of financial statements in conformity with generally accepted accounting policies requires management of the Company to make estimates and assumptions that affect the reported amounts of assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. These estimates are based on past experience, industry trends and known commitments and events. By their nature, these estimates are subject to measurement uncertainty and the effects on the financial statements of changes in such estimates in future periods could be significant. Actual results will likely differ from those estimates.

### Carrying value of deferred property interests

The Company has capitalized the cost of acquiring mineral property interests and on-going exploration and maintenance costs. Capitalized property costs are expensed in the period in which the Company determines that the mineral property interests have no future economic value. Capitalized property costs may also be written down if future cash flow, including potential sales proceeds and option payments, related to the property are estimated to be less than the carrying value of the property. The Company reviews the carrying value of its mineral properties periodically, and whenever events or changes in circumstances indicate the carrying value may not be recoverable, reductions in the carrying value of each property would be recorded to the extent that the carrying value of the investment exceeds the property's estimated fair value. Such events or changes in circumstances involve changes in political risk, economic risk, commodity prices, exchange rates, and interest rates among others.

The Company has determined that there is no impairment in the carrying value of the Kalukundi property.

**Stock-based compensation**

The Company uses the Black-Scholes option pricing model to calculate the fair value of stock options and compensatory warrants granted. This model is subject to various assumptions. The assumptions the Company makes will likely change from time to time. At the time the fair value is determined, the methodology the Company uses is based on historical information, as well as anticipated future events. The assumptions with the greatest impact on fair value are those for estimated stock volatility and for the expected life of the instrument.

**Future income taxes**

The Company accounts for tax consequences of the differences in the carrying amounts of assets and liabilities and their tax bases using tax rates expected to apply when these temporary differences are expected to be settled. When the future realization of income tax assets does not meet the test of being more likely than not to occur, a valuation allowance in the amount of the potential future benefit is taken and no future income tax asset is recognized. The Company has taken a valuation allowance against all such potential tax assets.

## CHANGES IN ACCOUNTING POLICIES

The Company has adopted the following CICA guidelines effective January 1, 2008:

**Going Concern**

In April 2007, the CICA approved amendments to Handbook Section 1400, *General Standards of Financial Statement Presentation.* These amendments require management to assess an entity's ability to continue as a going concern.

When management is aware of material uncertainties related to events or conditions that may cast doubt on an entity's ability to continue as a going concern, those uncertainties must be disclosed. In assessing the appropriateness of the going concern assumption, the standard requires management to consider all available information about the future, which is at least, but not limited to, twelve months from the balance sheet date. The standard was adopted by the Company effective January 1, 2008.

**Capital Disclosures**

Effective January 1, 2008, the Company adopted the CICA Handbook Section 1535, *Capital Disclosures*. The new standard requires a company to disclose information that enables users of its financial statements to evaluate its objectives, policies and procedures for managing capital including disclosures of any externally imposed capital requirements and the consequences for non-compliance.

**Financial Instruments**

Effective January 1, 2008, the Company adopted CICA Handbook Section 3862, *Financial Instruments – Disclosures*, and Section 3863, *Financial Instruments – Presentation*. The objective of these new standards is to provide more information for users of the Company's financial statements to understand the significance of financial instruments to the Company's financial position, performance, and cash flows. These new standards have superseded CICA Handbook Section 3861.

### International Financial Reporting Standards

In February 2008, the CICA Accounting Standards Board confirmed that International Financial Reporting Standards will replace Canada's current generally accepted accounting principles for publicly accountable profit-oriented enterprises effective January 1, 2011.

The Company is currently developing its IFRS conversion plan with priority being placed on those standards likely to have a significant impact. Our analysis will include identifying the differences between IFRS and the Company's current accounting policies, assessing the impact of the difference, and where necessary, analyzing the various policies that it could elect to adopt. Changes in accounting policies are likely and may materially impact the Company's consolidated financial statements.

## CONTROLS AND PROCEDURES

### Internal control over Financial Reporting

The Company's management is responsible for establishing adequate internal control over financial reporting. Any system of internal control over financial reporting, no matter how well designed, has inherent limitations. Therefore, even those systems determines to be effective can provide only reasonable assurance with respect to financial statements preparation and presentation.

The Company management has evaluated the effectiveness of the design and operation of the Company's internal control over financial reporting as of the period covered by this report. Based on the result of the assessment, the Company's Chief Executive Officer and Chief Financial Officer have concluded that the Company's internal control over financial reporting are effective.

### Disclosure Controls and Procedures

Disclosure controls and procedure as designed to provide reasonable assurance that material information is gathered and reported to senior management, including the Chief Executive Officer and Chief Financial Officer, as appropriate to permit timely decisions regarding public disclosure.

Management, including the Chief Executive Officer and Chief Financial Officer, has evaluated the effectiveness of the design and operation of our disclosure controls and procedures. Based on this evaluation, the Chief Executive Officer and Chief Financial Officer have concluded that the Company's disclosure controls and procedures, as defined in Multilateral Instrument 52-109 – Certification of Disclosure in Issuer's Annual and Interim Filings, are effective to ensure that information required to be disclosed in reports that are filed or submitted under Canadian securities legislation are recorded, processed, summarized and reported within the time period specified in those rules.

## CORPORATE GOVERNANCE

### Composition of the Board of Directors

The Board of Directors of Africo is at present comprised of seven directors, four of whom are considered to be independent.

## SUBSEQUENT EVENTS

Subsequent to the year-end, on January 13, 2009, a subsidiary of the Company concluded an agreement with La Générale des Carrières et des Mines ("Gécamines") and the Government of the Democratic Republic of Congo on the amended terms governing the Kalukundi property.

Pursuant to the amendment agreement, Africo is required to pay Gécamines US$1.6 million per year for a four year period as an entry premium. An additional payment will be required on the basis of U$35 per ton Copper on reserves exceeding 180,000 tons when these are booked

## RISKS AND UNCERTAINTIES

The success of the Company depends upon a number of factors, many of which are beyond our control. Certain of these risks include political risks, financing risks, title risks, commodity prices, exchange rate risks, operating and environmental hazards encountered in the exploration, development and mining business and changing laws and public policies. Risk factors are more fully described in our Annual Information Form for the year ended December 31, 2008 and dated March 25, 2008, available electronically through the Internet on the Canadian System for Electronic Document Analysis and Retrieval (SEDAR) under Africo's issuer profile, which can be accessed at www.sedar.com.

*Currency risk*

The Company operates in the DRC and Canada and has a functional currency of US Dollars. It is therefore exposed to foreign exchange risk arising from transactions denominated in a foreign currency. Africo's cash and cash equivalents, accounts receivable, accounts payable and accrued liabilities are held in several currencies (mainly Canadian dollars) and are therefore subject to fluctuation against the US dollar.

Investment in the Company's shares is highly speculative and investors risk losing their entire investment.

## QUALIFIED PERSON

Disclosures under the heading "Kalukundi Exploration and Development Activity" were prepared under the supervision of Michael J. Evans, Africo's Consulting Geologist, who is a Qualified Person under National Instrument 43-101 (NI 43-101).

## FORWARD LOOKING STATEMENTS

The Company's annual financial statements for the years ended December 31, 2008 and December 31,2007 and this accompanying MD&A contain certain statements that may be deemed "forward-looking statements". All statements in this document, other than statements of historical fact, that address events or developments that the Company expects to occur, are forward looking statements. Forward looking statements are statements that are not historical facts and are generally, but not always, identified by the words "expects", "plans", "anticipates", "believes", "intends", "estimates", "projects", "potential", "interprets" and similar expressions, or that events or conditions "will", "would", "may", "could" or "should" occur. Forward-looking statements in this document include statements regarding future exploration programs and joint venture partner participation, liquidity and effects of accounting policy changes. Although the Company believes the expectations expressed in such forward-looking statements are based on reasonable assumptions, such statements are not guarantees of future performance and actual results may differ materially from those in forward-looking statements. Factors that

could cause the actual results to differ materially from those in forward-looking statements include market prices, exploitation and exploration success, continued availability of capital and financing, inability to obtain required regulatory or governmental approvals and general economic, market or business conditions. Investors are cautioned that any such statements are not guarantees of future performance and actual results or developments may differ materially from those projected in the forward-looking statements. Forward looking statements are based on the beliefs, estimates and opinions of the Company's management on the date the statements are made. The Company undertakes no obligation to update these forward-looking statements in the event that management's beliefs, estimates or opinions, or other factors, should change except as required by law.

These statements are based on a number of assumptions, including, among others, assumptions regarding general business and economic conditions, the timing of the receipt of regulatory and governmental approvals for the transactions described herein, the ability of Africo and other relevant parties to satisfy stock exchange and other regulatory requirements in a timely manner, the availability of financing for Africo's proposed transactions and exploration and development programs on reasonable terms and the ability of third-party service providers to deliver services in a timely manner. The foregoing list of assumptions is not exhaustive. Events or circumstances could cause results to differ materially.

AFRICO RESOURCES LTD.

By:

Anthony Harwood

PRESIDENT, CEO AND DIRECTOR

March 25, 2009