# Exhibit 35

**AFRICO RESOURCES LTD.**

Interim Consolidated Financial Statements
(Stated in US Dollars)

Third Quarter ended September 30, 2008

NOTICE TO READER
The attached financial statements have been prepared by the management of Africo Resources Ltd. and have not been reviewed by the auditors of Africo Resources Ltd.

# AFRICO RESOURCES LTD.

Consolidated Balance Sheets

*Stated in US Dollars, Unaudited*

| | September 30, 2008 | December 31, 2007 |
|---|---|---|
| **ASSETS** | | |
| **Current** | | |
| Cash and cash equivalents | $ 91,559,858 | $ 5,516,295 |
| Accounts receivable and prepayments | 479,287 | 248,047 |
| **Total Current Assets** | 92,039,145 | 5,764,342 |
| **Other assets** | 16,483 | 27,559 |
| **Mineral properties** (note 6) | 49,704,479 | 28,900,007 |
| **Total Assets** | $ 141,760,107 | $ 34,691,908 |
| **LIABILITIES** | | |
| **Current** | | |
| Accounts payable and accrued liabilities | $ 1,007,398 | $ 885,241 |
| **Total current liabilities** | 1,007,398 | 885,241 |
| **Asset retirement obligation** | 202,560 | 202,560 |
| **Future income tax liability** | 11,152,892 | 3,856,292 |
| **Total Liabilities** | 12,362,850 | 4,944,093 |
| **Shareholders' equity** | | |
| Common shares (note 7) | 133,043,032 | 33,392,832 |
| Contributed surplus | 4,033,408 | 4,033,408 |
| Warrants (note 7) | 12,688,496 | 2,718,496 |
| Deficit | (15,717,279) | (10,396,921) |
| Accumulated other comprehensive loss | (4,650,400) | - |
| **Total Shareholders' Equity** | 129,397,257 | 29,747,815 |
| **Total Liabilities and Shareholders' Equity** | $ 141,760,107 | $ 34,691,908 |

*See accompanying notes to the interim consolidated financial statements*

*Nature of operations (note 1)*
*Contingencies and measurement uncertainty (note 2)*

Approved by the Board of Directors:

| | |
|---|---|
| *"Douglas Ryan"* | *"Matthew Fisher"* |
| Douglas Ryan<br>Director | Matthew Fisher<br>Director |

# AFRICO RESOURCES LTD.

Consolidated Statements of Operations, Comprehensive Loss and Deficit

*Stated in US Dollars, Unaudited*

| | Three months ended September 30, 2008 | Three months ended September 30, 2007 | Nine months ended September 30, 2008 | Nine months ended September 30, 2007 |
|---|---|---|---|---|
| **Expenses** | | | | |
| General and administrative costs | $ 2,277,895 | $ 957,883 | $ 4,540,891 | $ 2,719,710 |
| Professional fees | 312,179 | 381,405 | 713,377 | 660,448 |
| Stock based compensation | - | 41,401 | - | 240,737 |
| Stock exchange, filing, and transfer agents fees | 47,061 | 19,151 | 91,093 | 99,805 |
| Travel and accommodation | 119,969 | 17,072 | 310,068 | 181,745 |
| **Loss before other items:** | (2,757,104) | (1,416,912) | (5,655,429) | (3,902,445) |
| Foreign exchange (loss) / gain | (113,070) | 586,432 | (212,972) | 880,865 |
| Interest and other income | 486,309 | 67,351 | 548,043 | 298,850 |
| Loss on equity accounted investment (note 5) | - | - | - | (167,489) |
| **Loss for the period** | (2,383,865) | (763,129) | (5,320,358) | (2,890,219) |
| **Deficit, beginning of the period** | (13,333,414) | (6,632,096) | (10,396,921) | (4,505,006) |
| **Deficit, end of the period** | $ (15,717,279) | $ (7,395,225) | $ (15,717,279) | $ (7,395,225) |

| | | | | |
|---|---|---|---|---|
| **Basic and diluted loss per common share** | $ (0.04) | $ (0.03) | $ (0.14) | $ (0.12) |
| **Weighted average number of shares outstanding** | 61,140,957 | 25,188,109 | 38,521,918 | 25,014,647 |

| **Comprehensive Loss** | | | | |
|---|---|---|---|---|
| **Loss for the period before comprehensive income** | $ (2,383,865) | $ (763,129) | $ (5,320,358) | $ (2,890,219) |
| Unrealised (loss)/gain on available for sale investments | (4,650,400) | - | (4,650,400) | 263,253 |
| Realised gain on available for sale investments | - | (248,994) | - | - |
| **Comprehensive Loss for the period** | $ (7,034,265) | $ (1,012,123) | $ (9,970,758) | $ 2,626,966) |

| **Accumulated Other Comprehensive Loss** | | | | |
|---|---|---|---|---|
| Available for sale securities | $ (4,650,400) | $ (248,994) | $ (4,650,400) | $ 263,253 |
| **Balance, beginning of period** | - | 512,247 | - | - |
| **Balance, end of period** | $ (4,650,400 | $ 263,253 | $ (4,650,400) | $ 263,253 |

# AFRICO RESOURCES LTD.

Consolidated Statements of Cash Flows

*Stated in US Dollars, Unaudited*

| | Three months ended September 30, 2008 | Three months ended September 30, 2007 | Nine months ended September 30, 2008 | Nine months ended September 30, 2007 |
|---|---|---|---|---|
| **Operating Activities** | | | | |
| Net loss for the period | $ (2,383,865) | $ (763,129) | $ (5,320,358) | $ (2,890,219) |
| Adjustment for items which do not involve cash: | | | | |
| Stock based compensation | - | 41,401 | - | 240,737 |
| Loss on equity accounted investment | - | - | - | 167,489 |
| | (2,383,865) | (721,728) | (5,320,358) | (2,481,993) |
| Changes in non-cash working capital components: | | | | |
| Accounts receivable | (278,060) | (27,684) | (231,240) | (139,892) |
| Accounts payable and accrued liabilities | 123,845 | (250,007) | (175,843) | (270,064) |
| **Cash used in operating activities** | (2,538,080) | (999,419) | (5,727,441) | (2,891,949) |
| **Investing Activities** | | | | |
| Funds held in trust | - | - | - | 1,251,293 |
| Deferred mineral property costs | (501,799) | (1,888,682) | (2,253,896) | (4,415,431) |
| Acquisition of assets of subsidiary: | | | | |
| Deferred mineral property costs | - | - | - | (2,352,589) |
| Other assets, net of cash | - | - | - | (930,190) |
| **Cash used in investing activities** | (501,799) | (1,888,682) | (2,253,896) | (6,446,917) |
| **Financing Activities** | | | | |
| Common shares and warrants issued for cash | 96,892,600 | - | 98,872,800 | 616,859 |
| Share issuance costs | (197,500) | - | (197,500) | - |
| **Cash provided by financing activities** | 96,695,100 | - | 98,675,300 | 616,859 |
| **Net decrease in cash during the period** | 93,655,221 | (2,888,101) | 90,693,963 | (8,722,007) |
| **Cash and cash equivalents, beginning of the period** | 2,555,037 | 7,909,643 | 5,516,295 | 13,231,302 |
| **Effect of exchange rate and mark to market changes** | (4,650,400) | (248,994) | (4,650,400) | 263,253 |
| **Cash and cash equivalents, end of the period** | $ 91,559,858 | $ 4,772,548 | $ 91,559,858 | $ 4,772,548 |

*See accompanying notes to the interim consolidated financial statements*

## 1. NATURE OF OPERATIONS

Africo Resources Ltd. ("the Company" or "Africo") is a mineral resource company engaged in exploring, acquiring and developing precious metal and base metal properties. These activities are conducted principally in the Democratic Republic of the Congo ("DRC").

The recoverability of the cost of mineral properties and related deferred exploration expenditures is dependent upon the discovery of economically recoverable reserves, preservation of the Company's interest in the underlying mineral claims, the ability of the Company to obtain necessary financing to complete the project, and future profitable production, or alternatively, upon the Company's ability to dispose of its interests on an advantageous basis. Changes in future conditions could require a material reduction in the carrying amounts of mineral properties.

The mineral properties are also subject to title and sovereign risks, including political and economic instability, government regulations relating to mining, civil disorder, currency fluctuations and inflation, all or any of which may impede the Company's activities or may result in the impairment or loss of part or all of the Company's interest in the properties.

The viability of the Company's principal asset, the Kalukundi project, is dependent on future financing, and a successful conclusion of the mining review outlined in note 2 below. Based on discussions with equity partners and potential debt providers, management believes that a viable financing strategy can be concluded for the development of Kalukundi, albeit with difficulty given current market conditions, subject to a successful conclusion of the mining review described in note 2. The Company completed a $100 million private placement on July 24, 2008, as further described in note 7, and continues to engage in discussions with lenders. Nevertheless, there can be no assurance that these initiatives will be successful.

## 2. CONTINGENCIES AND MEASUREMENT UNCERTAINTY

### Legal dispute

One of Africo's ex-consultants, Mr. Alessandro Berardone, who was on a $5,000 per month contract, and who had provided general releases to both Africo and Swanmines s.p.r.l. ("Swanmines") following the payment of agreed upon severance and termination payments from both Africo and Swanmines, obtained a default judgment for $3,000,400 in the courts of Lubumbashi in September, 2006 in respect of the termination of his employment. Neither Africo nor Swanmines were provided with advance notice of the court proceedings.

In December, 2006, pursuant to the default judgment there was a purported share sale of Africo's shares in Swanmines by Mr. Berardone for $600,000 to Akam Mining s.p.r.l. ("Akam"). Africo was again not notified of this purported sale. Africo has never been the registered owner of the shares in Swanmines as these shares have always been held and owned by its subsidiary, H & J Swanepoel Family Trust s.p.r.l (H&J). At the time of these judgments Africo was the holder of 48% of H&J and the remainder was acquired in March 2007.

## 2. CONTINGENCIES AND MEASUREMENT UNCERTAINTY *(continued)*

Based on the purported sale of Africo's shares a further declaration was made by the Lubumbashi courts on April 4, 2007, again without any notice to Africo or to H&J, directing Gecamines, the DRC state owned entity holding 25% of Swanmines, to recognize Akam as its partner.

The Company initiated the appropriate legal steps to have the default judgment obtained by Mr. Berardone set aside and did not make provision for any expense in this regard. In addition, Africo and its associated companies took various legal steps to have the purported share sale and subsequent actions set aside.

On July 24, 2008, and concurrently with the private placement described in note 7 below, the Company entered into a settlement agreement with Akam whereby the Company acquired from Akam the shares in Swanmines purportedly held by it. Akam has released Africo from all claims it has against Africo, and Africo has released Akam from the legal proceedings brought against it. Further details of the agreement are described in note 7.

### Mining review

On February 11, 2008, the Ministry of Mines in the DRC issued a letter to Swanmines detailing certain findings from its recently completed mining review and recommending actions, some of which could have the effect of reducing Africo's equity interest in the Kalukundi project. It is anticipated that Africo will have to negotiate an additional payment to Gecamines.

H&J has responded to the letter, for and on behalf of Swanmines, indicating that it has met its contractual obligations and that the Company's ownership interest was obtained in fair and balanced negotiations that yielded an outcome in line with similar transactions being concluded at the time. Africo has entered into negotiations with Gecamines, the outcome of which cannot be foreseen at this time.

## 3. BASIS OF PRESENTATION AND CONSOLIDATION

The consolidated financial statements are prepared in accordance with generally accepted accounting principles accepted in Canada for interim reporting, but do not include all of the information required for annual financial statements and should be read in conjunction with the December 31, 2007 financial statements. These consolidated financial statements include the accounts of Africo Resources Ltd. and its material wholly owned subsidiaries, Africo Resources (B.C.) Ltd., Kisankala Mining Corp., H&J Swanepoel Family Trust s.p.r.l., and Swanmines s.p.r.l.. All significant inter-company transactions are eliminated on consolidation.

## 3. BASIS OF PRESENTATION AND CONSOLIDATION *(continued)*

The accounting policies followed by the Company are set out in Note 3 to the audited consolidated financial statements for the year ended December 31, 2007 and have been consistently followed in the preparation of these consolidated financial statements as compared to prior years except that the Company has adopted the following CICA guidelines effective 1 January 2008:

Capital Disclosure - Section 1535 establishes disclosure requirements regarding an entity's capital and how it is managed. The purpose is to enable users of the financial statements to evaluate the entity's objectives, policies and processes for managing capital. Disclosures required by this standard are included in note 8.

Financial Instruments - Sections 3862 and 3863 replaces Section 3861, Financial Instruments – Disclosure and Presentation, revising and enhancing its disclosure requirements and carrying forward unchanged its presentation requirements. These new sections place increased emphasis on disclosure about the nature and extent of risks arising from financial instruments and how the entity manages those risks. Disclosures required by these standards are included in note 9.

## 4. RELATED PARTY TRANSACTIONS

Consulting fees relating to legal, financial, investor relations and other corporate matters, and salaries, and bonuses paid to Directors, former Directors, and organizations having common Directors totalled $1,434,999 (2007 - $173,350) in the three months, and $2,083,497 (2007 - $793,835) in the nine months ended September 30, 2008.

These transactions are in the normal course of operations and are measured at the exchange amount which is the amount of consideration agreed to by the related parties.

## 5. ACQUISITION OF H&J

The Company increased its shareholding in H&J to from 48% to 100% as at March 31, 2007 and H&J has been consolidated with effect from that date. H&J holds a 75% interest in Swanmines, the entity that owns the Kalukundi copper/cobalt deposit in the DRC

## 6. MINERAL PROPERTIES

| **For the period ended September 30, 2008** | **Kalukundi (Congo)** | **Mporokoso (Zambia)** | **Total** |
|---|---|---|---|
| **Balance beginning of period** | $ 28,749,463 | $ 150,544 | $ 28,900,007 |
| Acquisition costs | 10,944,900 | - | 10,944,900 |
| Development expenditure | 2,483,573 | - | 2,483,573 |
| Exploration costs | | | |
| Consulting fees | - | 79,399 | 79,399 |
| Future income tax component | 7,296,600 | - | 7,296,600 |
| **Total costs incurred during the year** | 20,725,073 | 79,399 | 20,804,472 |
| **Balance September 30, 2008** | $ 49,474,536 | $ 229,943 | $ 49,704,479 |

## 6. MINERAL PROPERTIES *(continued)*

| For the year ended December 31, 2007 | Kalukundi (Congo) | Mporokoso (Zambia) | Total |
|---|---|---|---|
| **Balance beginning of year** | $ 4,672,223 | $ - | $ 4,672,223 |
| Development expenditure | 5,671,728 | - | 5,671,728 |
| Asset retirement obligation | 202,560 | - | 202,560 |
| Exploration costs | | | |
| Consulting fees | - | 150,544 | 150,544 |
| Stock based compensation | 963,949 | - | 963,949 |
| Arising on acquisition of subsidiary (net of future income taxes) | 15,369,336 | - | 15,369,336 |
| Future income tax component | 1,869,667 | - | 1,869,667 |
| **Total costs incurred during the period** | 24,077,240 | 150,544 | 24,227,784 |
| **Balance December 31, 2007** | $ 28,749,463 | $ 150,544 | $ 28,900,007 |

The Company’s significant mineral properties are as follows:

**Kalukundi**

The Kalukundi Project, consists of a number of copper and cobalt deposits located within the Kolwezi District of Katanga Province in the south–east of the DRC. The project is located 65km by road from the mining centre of Kolwezi in the Katanga Province. The Company has completed a feasibility study and front end engineering design work for an open pit mine and processing facility to be constructed on site.

The Kalukundi Project has been the subject of an ownership dispute with Akam as described in note 2 above. Concurrently with the private placement described in note 7 below, the Company issued 5,400,000 common shares of the company to Camrose Resources Limited (“Camrose”) in terms of a settlement agreement with Akam whereby the Company acquired from Akam the shares in Swanmines purportedly held by it. The consideration in respect of the shares has been valued at the price per share on the date of issue of the shares of C$2.05 ($2.03) per share, and has been allocated to mineral properties as acquisition costs.

**Mporokoso**

The Company acquired an interest in the Mporokoso gold project in Zambia as part of a basket of properties acquired along with the Kalukundi project. Geological work is currently underway to define past work and current geology in order to delineate a future possible exploration program for the property.

## 7. EQUITY

**Common Shares**

Authorised:

Unlimited common shares without par value

**7. EQUITY,** *(continued)*

| Issued: | Number of Shares | Amount (USD) |
|---|---|---|
| **Balance, December 31, 2007** | **27,211,705** | **$ 33,392,832** |
| Private placement | 40,000,000 | 88,902,800 |
| Shares issued in settlement of mineral property dispute | 5,400,000 | 10,944,900 |
| Shares issued under the plan of arrangement | 3,467 | - |
| Share issuance costs | - | (197,500) |
| | **72,615,172** | **$ 133,043,032** |

On July 24, 2008, Africo completed a private placement of 40,000,000 units at a price of C$2.50 ($2.47) per unit with Camrose for gross proceeds of C$100,000,000 ($98,872,800). Each unit consists of one common share in the capital of Africo and one-half of a share purchase warrant. Each whole warrant entitles Camrose to acquire an additional common share in the capital of Africo at a price of C$3.50 per share for an eighteen month period following closing. The fair value of the warrant was determined using the Black-Scholes pricing method and the total fair value of the warrant of $9,970,000 was transferred to the warrants account.

This placement has resulted in Camrose owning approximately 60% of the outstanding share capital of Africo. Camrose will have majority representation on the Board of Africo, and the right to participate in future financings to maintain its percentage equity ownership.

Concurrently with execution of the Subscription Agreement on April 17, 2008 Camrose loaned C$2,000,000 to Africo. This loan carried interest at a rate equal to the London Interbank Offer Rate plus 2% per annum and the entire principal amount was set off against the aggregate subscription price payable to Africo on closing.

Camrose had previously acquired all of the outstanding shares of Akam Mining Sprl ("Akam"). Akam purportedly held, indirectly through Swanmines Sprl ("Swanmines"), the Kalukundi property. Camrose and Africo have entered into an agreement (the "Akam Agreement") pursuant to which Africo's subsidiary acquired 75% of the outstanding shares of Swanmines concurrent with completion of the private placement described above for a purchase price of C$13,500,000, paid by issuing 5,400,000 common shares of Africo at a price per share of C$2.50. Gecamines, a mining company owned by the Democratic Republic of the Congo, owns the remaining 25% of the outstanding shares of Swanmines. In terms of the Akam Agreement, Akam has released Africo from all claims it has against Africo, and Africo has released Akam from the legal proceedings it has brought against Akam. The consideration in respect of these shares has been valued at the price per share on the date of issue of the shares of C$2.05 ($2.03) per share, and the total consideration of $10,944,900 has been allocated to mineral properties as acquisition costs.

## 7. EQUITY *(continued)*

In addition, Africo has agreed to acquire a 75% interest in the Mashitu property from an affiliate of Camrose, with the remaining 25% interest continuing to be held by Gecamines. The Mashitu property consists of an exploitation permit for copper, cobalt, gold and nickel in 41 blocks that are contiguous to the Kalukundi property. The purchase price is to be based on a valuation to be prepared by an independent expert agreed to by the parties and will be paid in common shares of Africo at a price per share of C$2.50.

The valuation is to be carried out as soon as practicable following the earlier of completion of the exploration drilling program currently being carried out by Camrose's affiliate and six months following completion of the private placement referred to above. Africo is not in a position to reliably estimate what the purchase price will be, and Africo is obligated to accept the independent expert's determination of the purchase price. This acquisition is subject to satisfaction of conditions precedent, including certain assurances with respect to title.

Under the plan of arrangement completed during 2006, the Company has reserved shares for issuance to option and warrant holders of Rubicon Minerals Corp for no further consideration. At the quarter end, 228,965 shares remain to be issued under the plan.

### Warrants

A summary of changes to warrants during 2008 are as follows:

| | Number of warrants | Weighted-average exercise price | Amount (USD) |
|---|---|---|---|
| **Year ended December 31, 2008** | | | |
| Outstanding at beginning of year | 4,569,073 | CAD$ 4.13 | $ 2,718,496 |
| Issued: | | | |
| Private placement | 20,000,000 | CAD$ 3.50 | 9,970,000 |
| Expired in period | (2,688,980) | CAD$ 5.00 | - |
| **Outstanding at end of year** | 21,880,093 | CAD$ 3.45 | $ 12,688,496 |

The warrants issued to non-related parties were valued using the Black-Scholes option-pricing model.

Assumptions used in the pricing model are as follows:

| | | |
|---|---|---|
| Dividend Yield | : | 0% |
| Average risk free interest rate | : | 3.1% |
| Expected volatility | : | 90% |
| Expected life of warrant | : | 1.5 years |
| Estimated fair value of warrant | : | $0.50 |

Outstanding warrants expire at various dates from January 23, 2010 to November 27, 2012.

## 7. EQUITY, *(continued)*

### Capital Disclosure

The Company manages its capital structure and makes adjustments to it, based on the funds available to the Company, in order to support the exploration and development of mineral property. The Board of Directors has not established quantitative capital structure criteria for management, but will review on a regular basis the capital structure of the Company to ensure its appropriateness to the stage of development of the business.

The property in which the Company currently has a 75% interest is in the development stage and the Company is dependent on external financing to fund its activities. In order to carry out planned exploration and development and pay for administrative costs, the Company will spend its existing working capital and raise additional amounts as needed.

Management reviews its capital management approach on an ongoing basis and believes that this approach, given the relative size of the Company, is reasonable.

There were no changes in the Company's approach to capital management during the period ended September 30, 2008 compared to the year ended December 31, 2007. The Company is not subject to externally imposed capital requirements.

## 8. FINANCIAL INSTRUMENTS

### Fair Value

The Company has classified its cash and equivalents and short-term investments as available for sale. Amounts receivable are classified as loans and receivables. Accounts payable and accrued liabilities are classified as other liabilities. As of September 30, 2008, the Balance Sheet carrying amounts of these financial instruments equal their fair value, and the Company held no derivative instruments.

Fair value estimates are made at the balance sheet date, based on relevant market information and other information about the financial instruments. Fair values are determined directly by reference to published price quotations in an active market, when available, or by using a valuation technique that uses inputs observed from the markets.

### Financial risk management

The Company's activities expose it to a variety of financial risks including credit risk, foreign exchange risk, interest rate risk, liquidity risk, copper and cobalt price risk, and liquidity risk.

*Credit risk*
Credit risk is the risk that one party to a financial instrument will fail to discharge an obligation and cause the other party to incur a financial loss. Financial instruments that potentially subject the Company to credit risk consist of cash and cash equivalents, and accounts receivable. Africo deposits its cash and cash equivalents, with high credit quality major Canadian financial institutions, as determined by ratings agencies, with original maturities of less than 90 days. Management believes the risk of loss to be remote.

## 8. FINANCIAL INSTRUMENTS *(continued)*

*Currency risk*
The Company operates in the DRC and Canada and has a functional currency of US Dollars. It is therefore exposed to foreign exchange risk arising from transactions denominated in a foreign currency. Africo's cash and cash equivalents, accounts receivable, accounts payable and accrued liabilities are held in several currencies (mainly Canadian dollars) and are therefore subject to fluctuation against the US dollar.

The Company had the following balances in Canadian Dollars as at September 30, 2008:

| | **Canadian Dollars** |
|---|---|
| Cash and cash equivalents | $ 97,068,886 |
| Accounts receivable and prepayments | 97,514 |
| Accounts payable and accrued liabilities | (377,682) |
| **Net balance** | **$ 96,788,718** |
| **Equivalent in US Dollars** | **$ 90,952,358** |

Based on the balances as at September 30, 2008, a 1% increase (decrease) in the exchange rates on that date would have resulted in a decrease (increase) of approximately $909,523 in the net comprehensive loss.

*Interest rate risk*
Interest rate risk is the risk that the fair value of future cash flows of a financial instrument will fluctuate due to changes in market interest rates. Cash and cash equivalents include deposits which are at variable interest rates. Sensitivity to a plus or minus 1% change in change in rates would affect net loss for the year to date by approximately $728,016.

*Copper and Cobalt price risk and other price risk*
The Company is exposed to price risk with respect to copper and cobalt prices. The prices of these metals have increased substantially in recent years, and future significant price declines could cause continued exploration and development of the Kalukundi property to be impractical. Any potential impact of price risk on the loss for the quarter is remote since the company is not a producing entity.

*Liquidity risk*
Liquidity risk is the risk that an entity will encounter difficulty in raising funds to meet commitments associated with financial instruments. The Company manages liquidity by maintaining adequate cash and cash equivalent balances. The Company monitors and reviews both actual and forecasted cash flows, and also matches the maturity profile of financial assets and liabilities.