# Exhibit 36

Congoa

# ENRC buys into disputed Congo project

Christopher Thompson and William MacNamara AUGUST 21 2010

Eurasian Natural Resources Corp, the Kazakh mining group, has expanded its push into Africa by buying a mine that is snared in high-profile international arbitration.

ENRC, a member of the FTSE 100 index, paid $175m (£113m) for a relatively large suite of assets in the Democratic Republic of Congo that includes a majority stake in the Kolwezi copper project.

The seller was Dan Gertler, an Israeli mining entrepreneur with strong links to the Kinshasa government.

First Quantum Minerals, a Vancouver-based copper miner, was developing Kolwezi until August 2009, when the Congo government shut down the project, citing contract violations.

First Quantum said the act had “no legal basis” and unsuccessfully contested it in Congo courts.

In February it launched international arbitration against the Congo government through the International Chamber of Commerce in Paris.

The arbitration is still pending. But Congo courts confirmed in July that the Kolwezi project was up for sale, according to First Quantum.

The International Finance Corp, a branch of the World Bank, is a project partner in Kolwezi and has joined the arbitration alongside First Quantum. Involving such high-profile investors, the 10-month dispute has added to perceptions of investment risk in Congo’s mining sector.

On Friday ENRC bought a 50.5 per cent stake in Camrose, a vehicle that houses Mr Gertler’s interests in five Congo copper and cobalt mining projects. Mr Gertler’s trust

company will hold the remainder.

As part of the deal, ENRC will loan $400m to Highwind, another Gertler vehicle, "for the purposes of satisfying existing payment obligations on the part of the Highwind Group" as well as developing mining projects controlled by Highwind.

ENRC has also provided a $155m guarantee to secure the debts of Cerida, a Gertler-linked company.

The Camrose acquisition gives ENRC a majority stake in Africo, a Toronto-listed metals explorer. Africo's Congo assets are near the copper and cobalt projects of Camec, the Congo copper producer that ENRC bought in September for $955m.

That acquisition marked the start of ENRC's rapid push out of Kazakhstan, where it is the largest mining group, and into Africa. At the time of the deal, Felix Vulis, ENRC chief executive, acknowledged that there were risks associated with Camec, but said they were more than offset by an attractive purchase price.

Responding to questions about the Kolwezi deal, Mr Vulis said the company had undertaken "substantial due diligence" before deciding to proceed. ENRC's board, he said, "is satisfied with those findings, and the withdrawal of the exploitation licence [from First Quantum] has been confirmed by a court of appeal in Congo".

A spokesman for First Quantum said the company did not approach them over the purchase. The company is considering legal action against ENRC.

ENRC confirmed in its statement on Friday that Highwind, the Gertler vehicle, has owned 70 per cent of Kolwezi since January this year, when First Quantum was in the midst of appealing against what it sees as asset expropriation.

Martin Kabwelulu, the DRC minister of mines, welcomed the ENRC purchase.

In a statement, he criticised First Quantum, accusing it of an alleged "denigration campaign through a long series of statements that are at the very least misleading and extremely harmful to [Congo's] internationally endorsed efforts to attract long term productive investment".

"I want to reassure the international investor community that the government ...is working hard to ensure a fair and level playing field for all operators and investors in the country."

Mr Vulis said he expected the assets to eventually add 45,000 tonnes of copper and 6,000 tonnes of cobalt per annum to ENRC's overall production.

In May ENRC bought a 12 per cent stake in Northam Platinum, a South African company. With the Camec purchase ENRC gained assets in Zimbabwe and Mozambique. Earlier this week Mr Vulis said that ENRC was also looking to acquire coal assets in South Africa and Zimbabwe.

Copyright The Financial Times Limited 2020. All rights reserved.