# Exhibit 37

Kolwezi

# ENRC takes full control of Congo venture

Mark Wembridge and Michael Kavanagh DECEMBER 10 2012

Eurasian Natural Resources Corporation has agreed a deal to take full control of a group of copper and cobalt mines in the Democratic Republic of Congo, in a move that will spell the end of the miner's controversial joint venture with Dan Gertler, the Israeli billionaire.

London-listed ENRC on Monday confirmed the $550m all-cash deal to buy the remaining 49.5 per cent stake in Camrose Resources, a holding company that owns the concessions in the central African country.

However, it emerged that ENRC remains under the threat of fine and public censure, depending on the outcome of an investigation prompted by concerns raised in April by the Financial Services Authority over deals including its initial purchase of its half stake in Camrose.

The buyout will bring to an end ENRC's high-profile partnership with Mr Gertler, a businessman who started off in diamonds and is close to Joseph Kabila, president of the mineral-rich country.

But in a circular to shareholders issued on Monday announcing details of the deal, ENRC confirmed that, following its contacts with the FSA, it had commissioned a risk management group to investigate past-related party dealings including its initial Camrose purchase.

ENRC said that "this review of related party transactions is ongoing" but added the FSA's UK Listing Authority had not referred the matter to an enforcement team. The FTSE 100 company warned, though, that potentially it remained at risk of fine, public censure, private warning and demands to improve systems to abide by UK listing rules.

The company said on Monday that completion of a full buyout of Camrose would "simplify the group's organisational structure and consolidate its position within the DRC".

"ENRC is committed to upholding the highest standards of corporate governance. We have been working with the UKLA for a number of months, responding to their requests for information," ENRC told the Financial Times.

ENRC bought its initial 50.5 per cent controlling stake in the Kolwezi concession for copper and cobalt from Mr Gertler in 2010, for $50m in cash with the promise of $125m to come.

The deal provoked a $2bn lawsuit from First Quantum, the Toronto-listed miner that had owned rights to the concessions until they were expropriated by Mr Kabila's government and sold on to ENRC.

The two companies ended the dispute in January through a $1.25bn out-of-court settlement.

At the time, the purchase in the DRC raised the ire of some shareholders in London, who were concerned that the move would tarnish the image of ENRC. The reputation of the Kazakh-based mining group was then hit last year by a boardroom battle that spilled into the public domain.

Mehmet Dalman, the veteran investment banker appointed as chairman of ENRC in February with a brief of putting corporate governance controversies behind it, said: "This transaction is an integral part of the corporate governance and company structure optimisation that I set as a key priority when I assumed chairmanship.

"The transaction creates one of the largest copper producers in the African copper belt, targeting in excess of 200,000 tonnes per annum of copper over the next five years."

Fleurette Properties, the company owned by the family of Mr Gertler, said: "Fleurette is committed to investing heavily in the country and further development of its assets."

ENRC shares fell 2.4 per cent to 276.20p on Monday.

Copyright The Financial Times Limited 2020. All rights reserved.