# Exhibit 45

# The financial evaluation of 25 major iron ore projects using risk-adjusted discount rates

Share
Share
Tweet 0

Serafino Capoferri - 12 February 2014

**This paper focuses on the impact that variations in discount rate can have on the value of an iron ore project and proposes a methodology for the calculation of discount rate that better accounts for risk than existing industry practice. When applying our proposed risk-adjusted discount rates, we find that many of the iron ore projects currently under development, and particularly large-scale projects in W. Africa, have a greater potential to destroy value than otherwise might be expected, whereas projects in Canada, for example, fare much better.**

### The discount rate dilemma

The rate used to discount future cash flows is the single, most subjective variable in the calculation of a mineral project's present value. While those involved in a project tend to agree on virtually all other aspects of a project evaluation (e.g. reserves, recovery, capital costs, operating costs, taxes), the discount rate usually represents the major difference in opinion between developers and investors. In theory, an appropriate discount rate should reflect all of the constituent components of a project risk: that is, real interest, country risk and project-specific risk.

In practice, however, there is no universally accepted model for the estimation of appropriate discount rates. Most mining companies simply apply their weighted average cost of capital (WACC), adjusted by some measure of country risk-premium, to the evaluation of those projects they intend to invest in. Equity premium differentials versus a benchmark country, typically the US, are often used to estimate country risk premia. Calculated this way, however, these merely reflect the political risk of investing in a country as whole, but fail to account for project-specific characteristics that could give rise to uncertainty regarding future cash flows. The omission of the project-risk premium in the applied discount rate can cause large swings in the value of an asset and lead to potentially disastrous investment decisions.

### Industry practice

The net-present value (NPV) and internal rate of return (IRR) of an iron ore project are both often used to compare competing investment opportunities. Most developers usually apply standard discount rates, ranging between 7% and 10%, for the calculation of a project NPV in their feasibility studies. Although these levels of discount rate account for real interest (i.e. approximately 7.7% according to our estimates ) and a political risk premium (i.e. ranging from -0.5% for Canadian projects to 4.0% for some African countries), they do not account for project-specific risk. The implication is that, particularly for technically complex projects for which uncertainty is greater, this will lead to inflated NPV compared with the true underlying value of a project.




[1]




*Fig. 1: Frequency distribution of discount rates used in feasibility studies for 96 projects across the commodity spectrum*

**Our measure of project risk**

To overcome these problems, we propose an alternative methodology to WACC to estimate discount rates based on the twin assumptions that project promoters are rational and the market in which projects compete for finance efficient. These assumptions imply that no 'free-lunch' is available for project promoters: higher-risk projects need to promise higher returns, usually in the form of an IRR, in their feasibility studies in order to attract finance.

In other words, project promoters progress to advance feasibility studies only with projects that they feel have the technical potential (i.e. exceptional high grade, low projected operating costs) to attract investment. They know that, when confronted with two iron ore projects with similar risk characteristics, but different rates of return, investors will always choose the one promising the higher return. As a result, a project that, at any stage of development, appears incapable of delivering an acceptable IRR (i.e. lower than expected grade etc.) will be abandoned and never sees the light of day.

If something analogous to the above occurs in the real world, published IRRs should correlate with some measure of underlying risk. To test if this is the case, we plotted published IRRs for the same sample of 96 mineral projects discussed above against OECD country risk rankings. OECD country risk ranking is used here as an indicator of underlying project risk, not just political risk, and the assumption is that projects in similar locations will be perceived by investors as similarly risky since they present similar characteristics .




*Fig. 2: 95% confidence intervals for the mean, post-tax IRR versus OECD country risk*

The plot above, and further statistical analysis, confirm the existence of a positive relationship: that is, higher announced IRR are associated with higher indicated risk. This suggests that an African project offering an IRR below 20% will be unlikely to obtain finance since, for that level of promised return, a rational investor would prefer investing in a lower-risk Australian or Brazilian project – and project developers recognise this. Only African projects with the technical potential to deliver an IRR above Australian and Brazilian levels will tend to be progressed. As a result, the shaded band in the above plot can be seen as the industry expectations for the minimum, acceptable returns that a project has to offer, given its underlying risk.

That is, they can be interpreted as a measure of a project's cost of capital . However, given the variability related to project-level risk, as demonstrated by the confidence intervals above, it is considered that the lower-bound of the IRR range applicable to each country rank is the most appropriate measure of minimum, acceptable IRR. This approach eliminates the

variable element of the project risk premium and ensures that lower-risk projects are not unfairly penalised. Conversely, however, this approach is likely to show riskier projects in a better light than might otherwise be the case.

| OECD rank | Discount rate (Nominal) | Dicount Rate (real) |
|---|---|---|
| 0 | 18.0 | 15.5 |
| 1 | 18.5 | 16.0 |
| 2 | 19.0 | 16.5 |
| 3 | 20.0 | 17.5 |
| 4 | 22.0 | 18.0 |
| 5 | 23.5 | 18.5 |
| 6 | 26.0 | 21.0 |
| 7 | 31.0 | 26.0 |

*Fig. 3: Our proposed measure of risk-adjusted discount rates*

Most iron ore projects in our sample are located in Australia, Canada, Brazil and in West African countries. Based on the analysis above, a fair measure of cost of capital for an iron ore project in Australia or Canada is estimated to be 15.5%, 17.5% for iron ore projects located in Brazil, 21.0% for projects located in Cameroon or the Republic of Congo and 26.0% for projects located in Guinea, Liberia or Sierra Leone.

**Incentive prices**

An incentive price is the minimum iron ore price required by a project to cover its cost of capital; that is, the minimum price at which the project shareholders would breakeven (i.e. when NPV is zero). Generally, the higher the incentive price, the lower the quality of an iron ore project and, if a project has a relatively high incentive price, it will also present a relatively low IRR or a low NPV; that is, incentive price, NPV and IRR represent different facets of the same measure, but the key underlying variable they intend to capture is always a project's attractiveness in the eye of an investor.

In this regard, the discount rates given above, alongside other assumptions regarding mine life, capital and operating costs, can be used to determine the value of individual projects and the results of just such an analysis, applying CRU's standardised Discounted Cash Flow (DCF) model, are set out below.

The impact of risk on project value. Thus, in order to show the impact of discount rate on project value, we have calculated the incentive price for 25 selected iron ore projects applying two different measures of cost of capital:

1. 11% for all iron ore projects in the sample: This is the standard discount rate typically used in feasibility studies by project developers.
2. Our proposed risk-adjusted discount rates outlined above: The resulting incentive prices are risk-adjusted incentive prices, as they take into account variations in project risk.

The incentive price curve calculated using a standard 11% cost of capital, normalised with respect to the median project, is shown in Figure 4. The risk-adjusted incentive price curve, calculated using the set of discount rates given above and similarly normalised, is shown in Figure 5.

As can be seen in the plot below, when using 11% as the discount rate (i.e. Figure 4), the incentive price for most iron ore projects come below our long-term iron ore price bounds forecast. This implies that, assuming an investor accepts 11% as an acceptable discount rate, most projects in the sample appear capable of delivering a return above the cost of capital.

Unsurprisingly, Australian and Brazilian majors tend to occupy the lower-end of the curve given in Figure 4, however, larger West African iron ore projects also sit in the 1st and 2nd quartiles, even after accounting for their multi-billion dollar capital investments. The upper end of the curve is more typically occupied by large Canadian projects and Brazilian and Australian magnetite operations.






*Fig. 4: Non risk-adjusted incentive price curve for 25 selected iron ore projects (11% discount rate)*




*Fig 5: Risk-adjusted incentive price curve for 25 selected iron ore projects at risk-adjusted discount rates*

A radically different picture emerges when risk-adjusted discount rates are utilised to evaluate the same sample of 25 iron ore projects (i.e. Figure 5). While still generating positive cash flows, returns for most of the projects in the sample look insufficient to recompense investors for their opportunity cost of capital under our long-term price forecast. This means that, should they be developed, they have much greater potential to destroy shareholder wealth . Note that the breakdown of the incentive price curves shown in Figures 4 and 5 are significantly different.

In Figure 5, Australian and Brazilian majors are the big winners from the switch in discount rates and consolidate their position at the lower end of the curve; their incentive prices are now significantly lower than other projects. Large-scale, infrastructure-intensive, West African projects emerge as the big losers, shifting drastically to the right compared with the 'tier 1' expansion projects of the majors. Interestingly, West African projects now appear even less competitive than their Canadian peers, with which they often compete for finance.

**The joint effect of capital and risk on project value**

The marginal impact on incentive price of an increase of 1% in the discount rate applied above critically depends on other variables in the DCF model, such as a project's capital costs, capacity (i.e. revenue) and operating costs. In Figure 5, capital intensive projects appear the worst hit by the increase in discount rates.

Smaller, less capital intensive projects show less variation in incentive price when a higher value of discount rate is applied. In the figure below, we have plotted the variation in incentive price for Brazilian iron ore projects for the same increase in discount rate of 6.5% (i.e. from the standard rate of 11% to the risk-adjusted value of 17.5%). Evidence of a positive relationship is

clear: the more capital intensive a project, the greater the variation in incentive price for a given change in cost of capital.




*Fig. 6: Variation in incentive price for a given change in discount rate versus a project's capital intensity*

Even if these projects promise a superior IRR when evaluated at a corporate cost of capital (i.e. 7-11%) and under fixed assumptions regarding operating and capital costs at feasibility stage, they may turn out to be poorer investments than less promising projects if capital and operating cost overruns take place. As the recent experience of the iron ore industry bears witness too, this is often the case. Thus, the true value of a project is not solely defined by its capital and operating costs individually analysed. The interaction of risk, capital and operating costs is a third added variable that can significantly change the face of an iron ore project that must be taken into account in the investment decision.

Capital-intensive projects are per-se riskier than smaller projects with similar characteristics, as their actual returns to investors are more sensitive to variations in underlying assumptions made at feasibility stage. It follows that the bias introduced by the evaluation of corporate cost of capital is particularly acute for capital intensive projects.

Investors appear somewhat aware of this fact. In Figure 7 below, we plotted the same incentive price curve given in Figure 5 but, this time, we distinguished projects depending on their stage of development, as determined by CRU's proprietary Gateway System. A committed project is one that has already obtained finance and is under construction; a probable project is one for which all key permits are in place and a bankable feasibility study completed, but finance has yet to be secured; a possible project is one at the pre-feasibility stage.






*Fig. 7: Risk-adjusted incentive price curve per stage of development*

This figure shows that the most attractive projects, from a risk-return perspective (i.e. with lowest risk-adjusted incentive prices), have already obtained finance, or are close to, and are at an advanced stage of development; these are the low-hanging fruit of the global iron ore industry. Contrarily, some projects with a higher risk-adjusted incentive price are also those at earlier stages of development. Note, however, the presence of some committed iron ore projects that are sitting dangerously on the upper end of the cost curve. These are projects that are expected to come to market, but which have greater potential to destroy value for their shareholders.

For information on how CRU can help you understand the commodities markets through our suite of products and tailored solutions, please contact **sales@crugroup.com**

**Authors:**



**Serafino Capoferri** - *Consultant Steel*
Serafino has been with CRU for just under two years and in this time has built up an unparalleled understanding of iron ore developments in West Africa. He is also responsible for our research on iron ore supply in N. America and contributes to our regular publications on iron ore (i.e. Iron Ore Market Outlook and Iron Ore Long-term Market Outlook). Serafino also contributes to our metallurgical coal products and Iron Ore Cost Service.



**Laura Brooks** - *Consultant Steel*
Laura has been with CRU for just under five years and is our lead analyst for iron ore. Laura is responsible for our Iron Ore Market Outlook and Iron Ore Long-term Market Outlook products, as well as the monthly publication, the Steelmaking Raw Materials Monitor. She has built a global reputation in the iron ore sector, regularly presents at key industry conferences and advises clients on all aspects of the iron ore market.

If you would like to receive these CRU Insights direct to your inbox for free, **register here**

# Contact US

- Phone: +44 20 7903 2146
- Email: sales@crugroup.com