# Exhibit 47

AFRICO RESOURCES LTD

**Condensed Interim Consolidated Financial Statements**

**For the Three Months Ended March 31, 2016**

**(Unaudited – Prepared by Management)**

**(Stated in US Dollars Unless Noted Otherwise)**

# Notice of no Auditor Review of Interim Financial Statements

Under National Instrument 51-102, Part 4, subsection 4.3(3)(a), if an auditor has not performed a review of the interim financial statements, they must be accompanied by a notice indicating that the financial statements have not been reviewed by an auditor.

The accompanying unaudited condensed interim consolidated financial statements of Africo Resources Ltd. (the "Company") as at March 31, 2016, and for the three months ended March 31, 2016, have been prepared by and are the responsibility of the Company's management.

The Company's independent auditor has not performed a review of these financial statements in accordance with standards established by the Chartered Professional Accountants of Canada ("CPA Canada") for a review of interim financial statements by an entity's auditor.

# AFRICO RESOURCES LTD.

**Condensed Interim Consolidated Statements of Financial Position**

**(Unaudited – Prepared by Management)**

**(Stated in US Dollars Unless Noted Otherwise)**

| | As at March 31, 2016 | As at December 31, 2015 |
|---|---|---|
| **ASSETS** | | |
| **Current assets:** | | |
| Cash and cash equivalents | **$ 45,845,904** | $ 44,196,833 |
| Due from related party *(Note 4c)* | **-** | 42,844 |
| Accounts receivable and prepayments | **305,837** | 296,919 |
| | **46,151,741** | 44,536,596 |
| **Non-current assets:** | | |
| Exploration and evaluation assets *(Note 5)* | **19,600,578** | 19,600,578 |
| Reclamation deposits *(Note 6)* | **299,644** | 299,644 |
| **TOTAL ASSETS** | **$ 66,051,963** | $ 64,436,818 |
| **LIABILITIES AND EQUITY** | | |
| **Current liabilities:** | | |
| Accounts payable and accrued liabilities | **$ 1,095,298** | $ 1,109,116 |
| **Non-current liabilities:** | | |
| Provision for closure and reclamation *(Note 7)* | **210,876** | 210,876 |
| **TOTAL LIABILITIES** | **1,306,174** | 1,319,992 |
| **Equity:** | | |
| Share capital *(Note 8a)* | **130,193,394** | 130,193,394 |
| Equity reserve | **10,616,534** | 10,616,534 |
| Deficit | **(76,064,139)** | (77,693,102) |
| **TOTAL EQUITY** | **64,745,789** | 63,116,826 |
| **TOTAL LIABILITIES AND EQUITY** | **$ 66,051,963** | $ 64,436,818 |

**Commitments** *(Note 9)*

**Subsequent Event** *(Note 12)*

Approved by the Board of Directors:

*"James Cook"* Director — *"George Ireland"* Director

James Cook — George Ireland

- *See accompanying notes to the condensed interim consolidated financial statements* -

# AFRICO RESOURCES LTD.

**Condensed Interim Consolidated Statements of Income (Loss) and Comprehensive Income (Loss)**
**(Unaudited – Prepared by Management)**
**(Stated in US Dollars Unless Noted Otherwise)**

| | **For the three months ended March 31, 2016** | For the three months ended March 31, 2015 |
|---|---|---|
| **Expenses** | | |
| Exploration and evaluation expenditures *(Note 5)* | **$ 371,244** | $ 445,832 |
| Management and consulting fees | **132,708** | 138,461 |
| Office expenses | **43,882** | 41,099 |
| Professional fees | **23,899** | 19,693 |
| Stock exchange, filing and transfer agents fees | **22,823** | 28,964 |
| Travel | **3,167** | 13,508 |
| **Total Expenses** | **(597,723)** | (687,557) |
| **Other Income (Expenses)** | | |
| Foreign exchange gain (loss) | **2,141,374** | (3,319,633) |
| Interest and other income | **85,312** | 139,819 |
| **Net Income (Loss) and Comprehensive Income (Loss) for the Period** | **$ 1,628,963** | $ (3,867,371) |
| **Earnings (Loss) per Common Share** | | |
| Basic | **$ 0.02** | $ (0.05) |
| Diluted | **$ 0.02** | $ (0.05) |
| **Weighted Average Number of Common Shares Outstanding** | | |
| Basic | **71,313,127** | 71,313,127 |
| Diluted | **73,468,127** | 71,313,127 |

- *See accompanying notes to the condensed interim consolidated financial statements -*

# AFRICO RESOURCES LTD.

## Condensed Interim Consolidated Statements of Cash Flows

**(Unaudited – Prepared by Management)**
**(Stated in US Dollars Unless Noted Otherwise)**

| | **For the three months ended March 31, 2016** | For the three months ended March 31, 2015 |
|---|---|---|
| **Operating Activities** | | |
| Net income (loss) for the period | **$ 1,628,963** | $ (3,867,371) |
| Adjustment for items which do not involve cash: | | |
| Unrealized foreign exchange (gain) loss | **(2,139,710)** | 3,233,998 |
| Changes in non-cash working capital components: | | |
| Accounts receivable and prepayments | **(8,918)** | (127,075) |
| Accounts payable and accrued liabilities | **(13,818)** | 67,621 |
| **Cash used in operating activities** | **(533,483)** | (692,827) |
| **Investing Activities** | | |
| Short-term investments | **-** | 13,096,030 |
| Due from related party | **42,844** | 60,164 |
| **Cash provided by investing activities** | **42,844** | 13,156,194 |
| **Effect of exchange rate changes on cash and cash equivalents** | **2,139,710** | (1,565,057) |
| **Net increase in cash and cash equivalents during the period** | **1,649,071** | 10,898,310 |
| **Cash and cash equivalents, beginning of the period** | **44,196,833** | 19,500,905 |
| **Cash and cash equivalents, end of the period** | **$ 45,845,904** | $ 30,399,215 |

- *See accompanying notes to the condensed interim consolidated financial statements* -

# AFRICO RESOURCES LTD.

## Condensed Interim Consolidated Statements of Changes in Equity

**(Unaudited – Prepared by Management)**
**(Stated in US Dollars Unless Noted Otherwise)**

| | SHARE CAPITAL | | | EQUITY | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | SHARES | | AMOUNT | | RESERVE | | DEFICIT | | EQUITY |
| **Balance – January 1, 2015** | **71,313,127** | **$** | **130,193,394** | **$** | **10,616,534** | **$** | **(68,833,538)** | **$** | **71,976,390** |
| Net loss for the period | - | | - | | - | | (3,867,371) | | (3,867,371) |
| **Balance – March 31, 2015** | **71,313,127** | **$** | **130,193,394** | **$** | **10,616,534** | **$** | **(72,700,909)** | **$** | **68,109,019** |
| **Balance – January 1, 2016** | **71,313,127** | **$** | **130,193,394** | **$** | **10,616,534** | **$** | **(77,693,102)** | **$** | **63,116,826** |
| Net income for the period | - | | - | | - | | 1,628,963 | | 1,628,963 |
| **Balance – March 31, 2016** | **71,313,127** | **$** | **130,193,394** | **$** | **10,616,534** | **$** | **(76,064,139)** | **$** | **64,745,789** |

- *See accompanying notes to the condensed interim consolidated financial statements* -

## 1. NATURE OF OPERATIONS

Africo Resources Ltd. (the "Company" or "Africo") is a mineral resource company engaged in the exploration and development of precious and base metal mineral properties. Currently, the Company's principal mineral property is the Kalukundi Property, located in the Democratic Republic of the Congo ("DRC").

Africo is a publicly listed company incorporated in Canada with limited liability under the laws of Canada. The Company's shares are listed on the Toronto Stock Exchange under the symbol ARL.

The head office, principal address and records office of the Company are located at 800 West Pender Street, Suite 520, Vancouver, British Columbia, Canada, V6C 2V6. The Company's registered address is 1111 West Georgia Street, Suite 1810, Vancouver, British Columbia, Canada, V6E 4M3.

## 2. BASIS OF PREPARATION

### (a) Statement of Compliance

These condensed interim consolidated financial statements were prepared in accordance with International Accounting Standards 34, Interim Financial Reporting ("IAS 34"), using accounting policies consistent with International Financial Reporting Standards ("IFRS") as issued by the International Accounting Standards Board ("IASB").

The accounting policies and methods of application applied by the Company in these condensed interim consolidated financial statements are the same as those applied in the Company's most recent annual consolidated financial statements as at and for the year ended December 31, 2015, except for those policies which have changed as a result of the adoption of new and amended IFRS pronouncements effective January 1, 2016. These condensed interim consolidated financial statements do not include all of the information required for full annual financial statements and therefore should be read in conjunction with the Company's most recent annual consolidated financial statements as at and for the year ended December 31, 2015. The effects of the adoption of new, amended and future IFRS pronouncements have been disclosed in Note 3 of these condensed interim consolidated financial statements.

### (b) Approval of the Financial Statements

The condensed interim consolidated financial statements of Africo Resources Ltd. for the three months ended March 31, 2016 were reviewed by the Audit Committee and approved and authorized for issue by the Board of Directors on May 13, 2016.

## 3. NEW, AMENDED AND FUTURE IFRS PRONOUNCEMENTS

<u>Future IFRS Pronouncements</u>

The following standards have been published and are mandatory for the Company's annual accounting periods beginning on or after January 1, 2018:

## 3. NEW, AMENDED AND FUTURE IFRS PRONOUNCEMENTS - *continued*

**IFRS 7**

This standard was amended to require additional disclosures on transition from IAS 39 to IFRS 9. The Company is currently evaluating the extent of the impact of the adoption of this standard.

**IFRS 9 – Financial Instruments**

IFRS 9, Financial Instruments introduces new requirements for the classification and measurement of financial assets and liabilities. The Company is currently evaluating the extent of the impact of the adoption of this standard.

**IFRS 15 - Revenue**

IFRS 15, *Revenue from Contracts with Customers ("IFRS 15")*, was issued by the IASB in May 2014 and clarifies the principles for recognizing revenue from contracts with customers. In July 2015, the IASB deferred the effective date of the standard to annual reporting periods beginning on or after January 1, 2018, with earlier application permitted. The Company intends to adopt IFRS 15 in its financial statements for the annual period beginning January 1, 2018. The Company is currently evaluating the impact of IFRS 15 on its financial statements, if any.

**IFRS 16 - Leases**

On January 13, 2016 the IASB issued IFRS 16, according to which, all leases will be on the balance sheet of lessees, except those that meet the limited exception criteria. Respectively, rent expense is to be removed and replaced by the recording of depreciation and finance expenses. The standard is effective for annual periods beginning on or after January 1, 2019.

## 4. RELATED PARTY TRANSACTIONS

Details of the transactions between the Company and related parties are disclosed below:

### (a) Related Parties

The Company's related parties consist of a majority shareholder, a company controlled by the majority shareholder, directors and companies owned by executive officers. The nature of the Company's relationships with its related parties is as follows:

| | Nature of Relationship |
|---|---|
| Camrose Resources Limited * | Majority Shareholder |
| Comide S.P.R.L. * | Consulting |
| Directors | Directorship |
| L. M. Okada Ltd. | Management |
| 143 Investments Ltd. | Management |

* *Companies controlled by Eurasian Resources Group (formerly Eurasian Natural Resources Corporation) as to 100%.*

## 4. RELATED PARTY TRANSACTIONS *- continued*

### (a) Related Parties *- continued*

The Company incurred fees and expenses in the normal course of operations in connection with companies owned by key management. Details are as follows:

| | Three Months Ended March 31, 2016 | Three Months Ended March 31, 2015 |
|---|---|---|
| Management fees | $ 88,753 | $ 102,214 |
| | **$ 88,753** | **$ 102,214** |

**Management Fees**

The Company paid or accrued fees to a private company controlled by a director of the Company for management services performed outside of his capacity as a director. The total amount paid or accrued during the three months ended March 31, 2016 was $66,895 (March 31, 2015 - $78,529). The Company also paid fees to a private company controlled by an officer of the Company for consulting services. The total amount paid during the three months ended March 31, 2016 was $21,858 (March 31, 2015 - $23,685).

### (b) Compensation of Key Management Personnel

The remuneration of directors and members of key management personnel during the three month periods ended March 31, 2016 and 2015 were as follows:

| | Note | Three Months Ended March 31, 2016 | Three Months Ended March 31, 2015 |
|---|---|---|---|
| Management and directors' fees | (i) | $ 111,704 | $ 127,593 |
| | | **$ 111,704** | **$ 127,593** |

**(i)** During the three months ended March 31, 2016, the Company paid or accrued directors' fees totaling $22,951 (March 31, 2015 - $25,379). Also, management and directors' fees include management fees disclosed in Note 4(a).

Amounts due to related parties are unsecured, non-interest bearing and due on demand. Accounts payable and accrued liabilities at March 31, 2016 included $35,805 (December 31, 2015 – $22,759) which was due to directors and a private company controlled by a director of the Company.

Key management personnel were not paid post-employment benefits, termination benefits or other long-term benefits during the three month periods ended March 31, 2016 and 2015.

### (c) Loan to Related Party

On October 10, 2012, the Company loaned $963,203 or CDN $944,595 to a director and officer of the Company to acquire a block shares from a minority shareholder. The loan bore interest at 5% per annum and was secured by the block of shares. The block of shares could not be sold, exchanged or pledged unless the loan was repaid. As at March 31, 2016, the entire loan, principal and interest, has been repaid.

## 5. EXPLORATION AND EVALUATION ASSETS AND EXPENDITURES

Details of the Company's exploration and evaluation assets are as follows:

| | Kalukundi (Congo) |
|---|---|
| Balance, December 31, 2014 and 2015 | $ 19,600,578 |
| Acquisition costs during the period | - |
| **Balance, March 31, 2016** | **$ 19,600,578** |

Details of the Company's exploration and evaluation expenses, which have been cumulatively expensed in the consolidated financial statements, are as follows:

| | Kalukundi (Congo) | Mporokoso (Zambia) | Other Properties (Zambia) | Total |
|---|---|---|---|---|
| Balance, January 1, 2015 | $ 48,300,975 | $ 277,937 | $ 19,161 | $ 48,598,073 |
| Exploration and evaluation expenditures | 445,832 | - | - | 445,832 |
| Balance, March 31, 2015 | $ 48,746,807 | $ 277,937 | $ 19,161 | $ 49,043,905 |
| | | | | |
| Balance, January 1, 2016 | $ 50,297,605 | $ 277,937 | $ 19,161 | $ 50,594,703 |
| Exploration and evaluation expenditures | 371,244 | - | - | 371,244 |
| **Balance, March 31, 2016** | **$ 50,668,849** | **$ 277,937** | **$ 19,161** | **$ 50,965,947** |

### (a) Kalukundi

In March 2001, La Générale des Carrières et des Mines ("GCM''), an entity controlled by the Government of the DRC, entered into an agreement with a private company in the DRC to establish a joint venture company and to transfer title to the Kalukundi Property to the DRC joint venture company, which was named Swanmines SAS ("Swanmines"). The property interest is evidenced by an Exploitation Permit which is valid until October 2021. The original agreement with GCM has subsequently been amended by various agreements between May 2003 and January 2009. The material consolidated terms of the original agreement and the amendments are as follows:

**Ownership**

The Kalukundi Property is owned 100% by Swanmines and Swanmines is owned 75% by the Company and 25% by GCM;

## 5. EXPLORATION AND EVALUATION ASSETS AND EXPENDITURES - *continued*

### (a) Kalukundi - *continued*

**Company Obligations**

1. Finance and prepare a feasibility study *(completed)*;
2. Secure the necessary financing to commence commercial production, including the building of a metallurgical processing plant;
3. Make an entry payment of $6,400,000 from 2009 until 2012 in four annual equal instalments - *(All 4 instalments of $1,600,000 have been made as of January 13, 2012);*
4. Reserve a 2.5% gross turnover royalty to GCM and a 2% Net Smelter Return royalty payable to the Government under the terms of the Mining Code of the DRC; and
5. Reserve an additional royalty to GCM based on $35 per ton of copper on reserves exceeding 180,000 tons.

GCM has no funding requirements it has to fulfil for the property. The Company will receive 70% of the net revenue (as defined in the agreement) until its advances to Swanmines are reimbursed with 30% of the remaining net revenue to be allocated based on the share structure. Thereafter the net revenue will be split according to the share structure. It should be noted that, pursuant to the Swanmines Creation Agreement, Africo was originally required to organise financing for Kalukundi within 6 months of the provision of the relevant feasibility study, and to begin construction within 6 months thereafter. These deadlines have not been met. Failure by Africo to meet such deadlines may entitle GCM to terminate the Swanmines Creation Agreement, thereby rendering all loans from Africo to Swanmines non-refundable, and transfer Swanmines' license to GCM without consideration. Although these intended deadlines were not met, to date, GCM has not issued any notices of default. Africo submitted a programme and budget in 2012, including details of the drilling plan, and plan for commencement of operations to GCM.

Africo has not as yet implemented the non-drilling portions of this programme and budget as the Company has deferred the program and budget proposed by MDM Engineering Group Limited ("MDM") regarding the site establishment of a plant in an effort to try and work out arrangements with Camrose, which is the Company's majority shareholder, on a potential joint development with their Comide project and the funding of such development. Whilst Africo has no reason to believe that GCM will not remain supportive of Africo's development of the Kalukundi Project, there can be no assurance that GCM will not, in the future, if Africo does not develop or commence development of the project to GCM's satisfaction, pursue its rights under the Swanmines Creation Agreement, in which case the Company may risk losing title to the Kalukundi Project without compensation.

## 6. RECLAMATION DEPOSITS

In accordance with the mining code in the DRC, the Company is required to make annual instalments as a financial guarantee for environmental rehabilitation with respect to its Kalukundi Property (Note 9b). The Company is required to make these instalment payments for reclamation on an annual basis and which are to coincide with the commencement of production. Although the Company has not as yet commenced production as of March 31, 2016, the Company made initial instalment payments totaling $299,644 to cover the periods from 2010 to 2015.

In the event that the cost of rehabilitation work on the property is less than the financial guarantee the Company shall be entitled to a reimbursement of such amount.

## 7. PROVISION FOR CLOSURE AND RECLAMATION

The Company is obliged under the mining code of the DRC and its environmental policies to rehabilitate the Kalukundi site once it ceases operations. As mining activities have not yet commenced, the rehabilitation activities would be focused on areas impacted by exploration and evaluation activities. In view of the difficulty in assessing the end of mine life given the uncertainty regarding the potential start of mine development, as of March 31, 2016 the Company has used a current cost estimate as the basis for the closure and reclamation provision of $210,876 (December 31, 2015 - $210,876).

## 8. EQUITY

### (a) Share Capital

The Company's authorized share capital consists of an unlimited number of common voting shares without par value.

### (b) Share-based Compensation

**Three Months Ended March 31, 2016**

There were no stock options which were granted or which vested during the three months ended March 31, 2016.

**Three Months Ended March 31, 2015**

There were no stock options which were granted or which vested during the three months ended March 31, 2015.

*A summary of changes to the Company's incentive stock options are as follows:*

| Incentive Stock Options | Number of Options | Weighted Average Exercise Price |
|---|---|---|
| Outstanding at December 31, 2014 | 3,980,000 | CDN$ 0.73 |
| Cancelled during the period | (1,325,000) | CDN$ 1.25 |
| Expired during the period | (500,000) | CDN$ 0.56 |
| **Outstanding at December 31, 2015 and March 31, 2016** | **2,155,000** | **CDN$ 0.45** |

## 8. EQUITY - *continued*

### (b) Share-based Compensation - *continued*

*At March 31, 2016, the following options were outstanding and exercisable:*

| Expiry Date | Weighted Average Exercise Price | Number of Options Outstanding | Weighted Average Remaining in Years | Options Exercisable |
|---|---|---|---|---|
| December 5, 2019 | CDN $0.45 | 2,155,000 | 3.68 | 2,155,000 |
| | **CDN $0.45** | **2,155,000** | **3.68** | **2,155,000** |

## 9. COMMITMENTS

**(a)** Effective May 1, 2016, the Company entered into a verbal sub-lease agreement (to be finalized via written agreement) for office space at approximately CDN $3,900 per month (CDN $46,800 annually). The sub-lease is effectively a month to month lease however, should the Company wish to discontinue use of the premises, 6 months written notice must be provided. The head-lease expires on April 30, 2019.

**(b)** In accordance with the mining code in the DRC, the Company is required to provide a financial guarantee in connection with the future environmental rehabilitation of its Kalukundi Property (Note 6). The financial guarantee is to be provided by making annual instalments in the form of cash. GCM has accepted the following payment plan and the Company is required to make the following remaining payments:

| | | |
|---|---|---|
| 2016 | $ | 107,952 |
| 2017 | $ | 125,104 |
| 2018 | $ | 142,255 |
| 2019 | $ | 158,397 |
| 2020 | $ | 175,549 |

In the event that the cost of rehabilitation work on the property is less than the financial guarantee the Company shall be entitled to a reimbursement of such amount.

## 10. SEGMENTED INFORMATION

The Company conducts its business in a single operating segment being the mining business in Africa. All mineral properties and equipment are situated in Africa. Investment revenues were earned principally from Canadian sources.

## 11. FAIR VALUE MEASUREMENT

There are three levels of the fair value hierarchy that prioritize the inputs to valuation techniques used to measure fair value, with Level 1 inputs having the highest priority. The levels and the valuation techniques used to value our financial assets and liabilities are described below:

**Level 1** – Unadjusted quoted prices in active markets that are accessible at the measurement date for identical, unrestricted assets or liabilities.

**Level 2** – Quoted prices in markets that are not active, or inputs that are observable, either directly or indirectly, for substantially the full term of the asset or liability; and

**Level 3** – Prices or valuation techniques that require inputs that are both significant to the fair value measurement and unobservable (supported by little or no market activity).

The Company does not have any financial assets and liabilities that are measured at fair value on a recurring basis and does not have any non-financial assets and liabilities measured at fair value on a non-recurring basis.

## 12. SUBSEQUENT EVENT

Subsequent to the quarter ended March 31, 2016, Africo entered into a definitive agreement (the “Arrangement Agreement”) with Camrose Resources Limited (“Camrose”) under which the Company would be taken private pursuant to a plan of arrangement (the “Plan of Arrangement”). Camrose currently owns 63.66% of Africo’s common shares (“Common Shares”).

Under the Plan of Arrangement, Camrose would acquire all of the Common Shares that Camrose does not already own for cash consideration of CDN $1.00 per share. Further details of the definitive agreement have been disclosed in a News Release issued by Africo on May 13, 2016.