# Exhibit 48

**To:** "'Vanja Baros'" [redacted]
**From:** "Matthew J Fisher"
**Sent:** Wed 4/1/2009 5:29:04 AM (UTC)
**Subject:** FW: Africo FS, MD&A, AIF
Avenant 4 EN 30-01-2009.doc
PV du 15 janvier 2009.pdf
Consent Resolution April22 08.pdf
Simplified feas model updated.xlsx
Appendix 9 - Client service report (Draft 1).doc

Pretty quick response from Michael. I also spoke to Chris about the authorised share capital point, will explain further when we next speak.
KR
Matthew

---

**From:** Michael O'Brien [redacted]
**Sent:** Tuesday, March 31, 2009 8:31 PM
**To:** Matthew J Fisher
**Cc:** Chris Theodoropoulos
**Subject:** RE: Africo FS, MD&A, AIF

Hi Matthew

I have responded in the body of your email below.

Kind regards,

Michael

---

**From:** Matthew J Fisher [redacted]
**Sent:** March 31, 2009 8:42 AM
**To:** Michael O Brien
**Cc:** Chris Theodoropoulos
**Subject:** Africo FS, MD&A, AIF

Dear Michael,

First, I trust that Douglas signed the Balance Sheet and sent it back!
Yes he did we are currently tweaking the AIF and will file later this morning.

I have some general queries arising from review of AIF, MD&A and PWC Report. You touched an a couple of the following items during the conference call of the Audit Committee and PWC, but I would nonetheless be gratefulif you would look at the following questions and requests and respond in due course.

* Do you have a copy of an English translation to Amendment 4 to the Swanmines JV?
Please see attached our French speaking audit manager was not impressed with the quality of the translation (despite it having been certified) and in respect of critical issues we will seek clarification using the French version.

* Do you know what the legal ramification is for Africo of Amendment 4 having been signed with Akam (not Africo) and the responsibilities and obligations of Akam not having been assigned to Africo? This doesn't look right to me.
This was a major concern that Zahra had, and I have attached the email received from our in-house lawyer in the DRC in this regard. I will be more comfortable once Africo Resources (DRC) Sprl becomes a party to a consolidated JV agreement.

* Also, do you know the status of the 'consolidated' JV/association agreement that was supposed to be agreed between the parties within 3 months of Amendment 4?
I am following up there was a management meeting held with Swanmines on March 26 where this process was meant to be put in motion and I am waiting for feedback on this.

* Can you send me something about the Mporokoso project. I don't know anything about it.
There is a section on this property on our website in the projects section www.africoresources.com.
I will spend some time in the next week or so updating the website as it has fallen out of date, particularly in respect of employees.

* I note that Africo has unlimited number of authorised common shares without par value. Technically what does this mean?
I understand it to mean that are we will never have to go back to shareholders to increase our share capital, and we not restricted to a specific price when issuing shares (as we would be if we had specified shares of specific denomination). This is the standard way of setting things up for listed companies in Canada.

* Can you tell me something about the 2008 option incentive plan with 10m available common shares? Can you send me a copy of it please.
Please see copy of incentive plan attached to April 22, 2008 minutes. The increase over the previous plan was in anticipation of us issuing additional options to new directors as we had limited room in the old plan.

* I see that management prepared a cash flow analysis of Kalukundi project using three scenarios. Would you mind sending those models across to me please?
The simplified feasibility model is attached. Note that undiscounted cash flow is used for determining if we have impairment under Canadian GAAP.

* There were $10.5m of claims from lawyers and consultants while management have accured $500k. Is that enough? Can you let me know the status of those claims.
We accrued a settlement for Lukombe of $400,000 and Kasongo of $228,850 at year-end, which amounts were paid post year end. Some partial payments had been made in respect of these claims prior to the year end. The largest claim was from a company called Multiseco in the DRC who were looking for $8.6million  Tony manages this relationship and sent me an email saying that no accrual was necessary at year end.

* PWC should have provided you with a summary of the control weaknesses arising from their work int he DRC. Please provide me with a copy.
Please see attached PWC client service report in respect of the DRC.

* In item 21 of the Management Representation Letter to PWC there is confirmation that Africo have reflected all outstanding debt. This is zero, right?
Correct, other than normal accounts payable.

* In PWC's Summary of Adjusted and Unadjusted Differences, item 2 is an invoice incorrectly accrued for current year-end services provided by Envirolution Consulting subsequent to year-end. Can you explain this a bit more and tell me who they are?
Envirolution did the Environmental and Social Impact assessment that we were required to do to be in compliance with IFC and World Bank guidelines, a copy of which is on our web-site. I have checked our records and have not made any payments to Envirolution subsequent to the year end  I will follow up on why the accrual was made and will revert.

* I trust you have updated the outstanding share data on page 10 of the MD&A.
Yes - the information is now correct as at March 25, 2009.

I will send through my suggested budget proposal during the course of tomorrow.
I am interested to see and discuss this with you. In respect of the budget, Tony has informed me that he was not able to terminate two DRC based employees before the end of March as was originally planned. We did not have anyone for Sambu, our GM administration, to hand over to, as Aziz, the consultant who will manage this office going forward was had to return home on break on March 26. Ghislaine, our in-house lawyer is in the process of handling legal matters related to retrenchments and other claims . The combined costs of these two individuals is approximately $25k per month that will continue through April.

Thank you.
Kind regards,
Matthew

**Matthew Fisher**
[redacted]

This e-mail is confidential and may also be privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, please note that the disclosure, distribution or copying of this email is strictly prohibited. Please notify me immediately by return e-mail or by telephoning the number shown above and delete the message from your computer. It is also recommended that any attachments in this message be scanned prior to opening, as I cannot accept liability for any loss or damage caused by software viruses.

**Africo Simplified Kalukundi Model** Base Case per feas updated to mid 2008, no terminal value, 100% equity, capex updated, Cu price updated

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Present Value** | | **US$m** | **$1** | **Discount Rate** | | **10%** | | | | | | | | | | | |
| **IRR** | | | **10.1%** | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| **Assumptions** | | | | | | | | | | | | | | | | | |
| **Reserves** | | Kt | **7,845** | | **Cu** | **2.25%** | | | | | | | | | | | |
| **Annual Production** | | Kt | **800** | | **Co** | **0.66%** | | | | | | | | | | | |
| **Capex** | | US$m | **387.00** | | | | | | | | | | | | | | |
| **Copper Price** | | $ | **2.00** | | | | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 |
| **Cobalt Price** | | $ | **12.00** | | | | 12.00 | 12.00 | 12.00 | 12.00 | 12.00 | 12.00 | 12.00 | 12.00 | 12.00 | 12.00 | 12.00 |
| | | **Units** | **Totals** | **2007** | **2008** | **2009** | **2010** | **2011** | **2012** | **2013** | **2014** | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** |
| | | | **Years** | **-1** | **0** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** |
| **PRODUCTION** | | | | | | | | | | | | | | | | | |
| **Mining** | | | | | | | | | | | | | | | | | |
| Ore Mined | | Kt | 7,845 | | | | 200 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 445 |
| Remaining Reserves | | Kt | | | | 7,845 | 7,645 | 6,845 | 6,045 | 5,245 | 4,445 | 3,645 | 2,845 | 2,045 | 1,245 | 445 | - |
| Stripping Ratio | | Times | 4.02 | | | | 13.41 | 8.12 | 6.86 | 4.74 | 4.09 | 2.98 | 2.76 | 2.49 | 1.76 | 1.45 | 1.42 |
| Waste Mined | | Kt | 31,517 | | | | 2,682 | 6,496 | 5,488 | 3,796 | 3,273 | 2,385 | 2,206 | 1,989 | 1,407 | 1,164 | 632 |
| Total Material Mined | | Kt | 39,362 | | | | 2,882 | 7,296 | 6,288 | 4,596 | 4,073 | 3,185 | 3,006 | 2,789 | 2,207 | 1,964 | 1,077 |
| **Mining Cost $/t** | **4.86** | US$m | 191.3 | | | | 14.01 | 35.46 | 30.56 | 22.34 | 19.80 | 15.48 | 14.61 | 13.55 | 10.72 | 9.54 | 5.23 |
| **Processing** | | | | | | | | | | | | | | | | | |
| Plant Feed | | Kt | 7,845 | | | | 200 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 445 |
| Cu - Head Grade | 2.25% | | | | | | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% |
| Co - Head Grade | 0.66% | | | | | | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% |
| Cu Recovery | **0.91** | | | | | | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% |
| Co Recovery | **0.74** | | | | | | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% |
| Cu Cathode | | Kt | 160.63 | | | | 4.10 | 16.38 | 16.38 | 16.38 | 16.38 | 16.38 | 16.38 | 16.38 | 16.38 | 16.38 | 9.11 |
| Co Cathode | | Kt | 38.31 | | | | 0.98 | 3.91 | 3.91 | 3.91 | 3.91 | 3.91 | 3.91 | 3.91 | 3.91 | 3.91 | 2.17 |
| **Processing Cost $/t milled** | **53.244** | US$m | 417.7 | | | | 10.65 | 42.60 | 42.60 | 42.60 | 42.60 | 42.60 | 42.60 | 42.60 | 42.60 | 42.60 | 23.69 |
| **CASH FLOW** | | | | | | | | | | | | | | | | | |
| **Sales** | Copper | US$m | 708.2 | - | - | - | 18.1 | 72.2 | 72.2 | 72.2 | 72.2 | 72.2 | 72.2 | 72.2 | 72.2 | 72.2 | 40.2 |
| | Cobalt | US$m | 1,013.6 | - | - | - | 25.8 | 103.4 | 103.4 | 103.4 | 103.4 | 103.4 | 103.4 | 103.4 | 103.4 | 103.4 | 57.5 |
| **Total Revenue** | | | **1,721.9** | **-** | **-** | **-** | **43.9** | **175.6** | **175.6** | **175.6** | **175.6** | **175.6** | **175.6** | **175.6** | **175.6** | **175.6** | **97.7** |
| Mining Costs | | US$m | 191.3 | - | - | - | 14.0 | 35.5 | 30.6 | 22.3 | 19.8 | 15.5 | 14.6 | 13.6 | 10.7 | 9.5 | 5.2 |
| Processing Costs | | US$m | 417.7 | - | - | - | 10.6 | 42.6 | 42.6 | 42.6 | 42.6 | 42.6 | 42.6 | 42.6 | 42.6 | 42.6 | 23.7 |
| **Total Revenue after Direct Costs** | | | **1,112.9** | **-** | **-** | **-** | **19.2** | **97.5** | **102.4** | **110.7** | **113.2** | **117.5** | **118.4** | **119.4** | **122.3** | **123.5** | **68.7** |
| **Realisation Costs** | | | | | | | | | | | | | | | | | |
| Marketing (% Sales) | **2.0%** | US$m | 34.4 | - | - | - | 0.9 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 2.0 |
| Cu Transport (US$ / t Cu) | **360** | US$m | 57.8 | - | - | - | 1.5 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 3.3 |
| Co Transport (US$ / t Co) | **444** | US$m | 17.0 | - | - | - | 0.4 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.0 |
| Royalties to DRC Gov (% Sales) | **2.0%** | US$m | 34.4 | - | - | - | 0.9 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 2.0 |
| Royalties to Gecamines (% Sales) | **2.5%** | US$m | 43.0 | - | - | - | 1.1 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 2.4 |
| General/Admin Costs (balancing) | **2.8** | US$m | 30.8 | - | - | - | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Environmental Costs | | US$m | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Terminal Benefits | | US$m | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Working Capital Movement | | US$m | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Realisation Costs** | | US$m | **217.6** | **-** | **-** | **-** | **7.6** | **21.8** | **21.8** | **21.8** | **21.8** | **21.8** | **21.8** | **21.8** | **21.8** | **21.8** | **13.4** |
| **Capex** | | | | | | | | | | | | | | | | | |
| Project Capex | 387.00 | US$m | 387.0 | - | 38.7 | 232.2 | 116.1 | - | - | - | - | - | - | - | - | - | - |
| Ongoing Capex | 0.05 | US$m | 0.5 | - | - | - | - | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Working Capital movement | 25.4 | US$m | (0.0) | - | - | - | - | 25.4 | - | - | - | - | - | (6.4) | (6.4) | (6.4) | (6.4) |
| **Total Investment** | | US$m | **387.5** | **-** | **38.7** | **232.2** | **116.1** | **25.5** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** | **(6.3)** | **(6.3)** | **(6.3)** | **(6.3)** |
| **Cash Flow Before Tax** | | | 507.8 | - | (38.7) | (232.2) | (104.4) | 50.2 | 80.5 | 88.8 | 91.3 | 95.6 | 96.5 | 103.9 | 106.7 | 107.9 | 61.6 |
| **Taxation** | | | | | | | | | | | | | | | | | |
| Tax Rate | **30.0%** | | | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% |
| Beginning Tax Losses | | | | - | - | 38.70 | 270.90 | 375.32 | 325.08 | 244.54 | 155.77 | 64.47 | - | - | - | - | - |
| Tax Losses Accrued | | | | - | 38.70 | 232.20 | 104.42 | - | - | - | - | - | - | - | - | - | - |
| Tax Losses Used | | | | | - | - | - | (50.24) | (80.54) | (88.76) | (91.30) | (64.47) | - | - | - | - | - |
| Ending Tax Losses | | | | - | 38.70 | 270.90 | 375.32 | 325.08 | 244.54 | 155.77 | 64.47 | - | - | - | - | - | - |
| **Taxation Liability** | | US$m | **152.35** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **9.35** | **28.95** | **31.17** | **32.02** | **32.37** | **18.49** |
| **Net Free Cash Flow** | | | 355.48 | - | (38.70) | (232.20) | (104.42) | 50.24 | 80.54 | 88.76 | 91.30 | 86.27 | 67.54 | 72.73 | 74.71 | 75.53 | 43.15 |

| | | |
|---|---|---|
| **Swanmines NPV (10%)** | | **$32** |
| **IRR** | | **12.2%** |
| | NPV @ 10.0% | **$32** |
| | NPV @ 11.0% | **$17** |
| | NPV @ 12.0% | **$3** |
| | NPV @ 12.5% | **-$3** |
| | NPV @ 15.0% | **-$29** |

**CASH FLOW TO AFRICO**

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Loan from Africo | | | 0.00 | 38.70 | 272.84 | 390.90 | 410.44 | 400.06 | 370.53 | 334.47 | 295.04 | 256.74 | 228.03 | 194.71 | 158.50 | 119.97 |
| Interest | **5.0%** | | 0.00 | 1.94 | 13.64 | 19.54 | 19.77 | 18.80 | 17.20 | 15.35 | 13.46 | 11.82 | 10.31 | 8.61 | 6.79 | 5.35 |
| Max Cash Flow to Repay Loan | **60.0%** | 438.48 | 0.00 | 0.00 | 0.00 | 0.00 | 30.14 | 48.33 | 53.26 | 54.78 | 51.76 | 40.53 | 43.64 | 44.82 | 45.32 | 25.89 |
| Cash Flow Used to Repay Loan | | 438.48 | 0.00 | 0.00 | 0.00 | 0.00 | 30.14 | 48.33 | 53.26 | 54.78 | 51.76 | 40.53 | 43.64 | 44.82 | 45.32 | 25.89 |
| Outstanding Loan | | | 0.00 | 40.64 | 286.48 | 410.44 | 400.06 | 370.53 | 334.47 | 295.04 | 256.74 | 228.03 | 194.71 | 158.50 | 119.97 | 99.43 |
| Cash Flow to Gecamines | **25.0%** | 73.08 | 0.00 | 0.00 | 0.00 | 0.00 | 5.02 | 8.05 | 8.88 | 9.13 | 8.63 | 6.75 | 7.27 | 7.47 | 7.55 | 4.32 |
| **Post Tax Cash Flow to Africo** | | **282.40** | **0.00** | **-38.70** | **-232.20** | **-104.42** | **45.22** | **72.49** | **79.89** | **82.17** | **77.65** | **60.79** | **65.46** | **67.24** | **67.98** | **38.84** |
| | | 0.79 | 0.00 | 1.00 | 1.00 | 1.00 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 |

| | | | |
|---|---|---|---|
| | | | *Per Share* |
| **Africo NPV (10%)** | | **$1** | **C$0.02** |
| **IRR** | | **10.1%** | |
| | NPV @ 10.0% | **$1** | C$0.02 |
| | NPV @ 11.0% | **-$12** | -C$0.17 |
| | NPV @ 12.0% | **-$24** | -C$0.34 |

| | | | |
|---|---|---|---|
| | NPV @ 12.5% | **-$29** | -C$0.42 |
| | NPV @ 15.0% | **-$51** | -C$0.73 |
| | | | |
| Shares in Issue | | **72.613** | |
| C$ / US$ | | **1.05** | |

**Africo Simplified Kalukundi Model** Base Case per feas updated early 2009, no terminal value, 100% equity, capex updated, Cu price updated

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Present Value** | | **US$m** | **-$82** | **Discount Rate** | | **10%** | | | | | | | | | | | |
| **IRR** | | | **3.9%** | | | | | | | | | | | | | | |
| **Assumptions** | | | | | | | | | | | | | | | | | |
| **Reserves** | | Kt | **7,845** | | **Cu** | **2.25%** | | | | | | | | | | | |
| **Annual Production** | | Kt | **800** | | **Co** | **0.66%** | | | | | | | | | | | |
| **Capex** | | US$m | **387.00** | | | | | | | | | | | | | | |
| **Copper Price** | | $ | **1.75** | | | | 1.75 | 1.75 | 1.75 | 1.75 | 1.75 | 1.75 | 1.75 | 1.75 | 1.75 | 1.75 | 1.75 |
| **Cobalt Price** | | $ | **9.50** | | | | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 |
| | | **Units** | **Totals** | **2007** | **2008** | **2009** | **2010** | **2011** | **2012** | **2013** | **2014** | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** |
| | | | **Years** | **-1** | **0** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** |
| **PRODUCTION** | | | | | | | | | | | | | | | | | |
| **Mining** | | | | | | | | | | | | | | | | | |
| Ore Mined | | Kt | 7,845 | | | | 200 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 445 |
| Remaining Reserves | | Kt | | | | 7,845 | 7,645 | 6,845 | 6,045 | 5,245 | 4,445 | 3,645 | 2,845 | 2,045 | 1,245 | 445 | - |
| Stripping Ratio | | Times | 4.02 | | | | 13.41 | 8.12 | 6.86 | 4.74 | 4.09 | 2.98 | 2.76 | 2.49 | 1.76 | 1.45 | 1.42 |
| Waste Mined | | Kt | 31,517 | | | | 2,682 | 6,496 | 5,488 | 3,796 | 3,273 | 2,385 | 2,206 | 1,989 | 1,407 | 1,164 | 632 |
| Total Material Mined | | Kt | 39,362 | | | | 2,882 | 7,296 | 6,288 | 4,596 | 4,073 | 3,185 | 3,006 | 2,789 | 2,207 | 1,964 | 1,077 |
| **Mining Cost $/t** | **4.86** | US$m | 191.3 | | | | 14.01 | 35.46 | 30.56 | 22.34 | 19.80 | 15.48 | 14.61 | 13.55 | 10.72 | 9.54 | 5.23 |
| **Processing** | | | | | | | | | | | | | | | | | |
| Plant Feed | | Kt | 7,845 | | | | 200 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 445 |
| Cu - Head Grade | 2.25% | | | | | | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% |
| Co - Head Grade | 0.66% | | | | | | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% |
| Cu Recovery | **0.91** | | | | | | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% |
| Co Recovery | **0.74** | | | | | | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% |
| Cu Cathode | | Kt | 160.63 | | | | 4.10 | 16.38 | 16.38 | 16.38 | 16.38 | 16.38 | 16.38 | 16.38 | 16.38 | 16.38 | 9.11 |
| Co Cathode | | Kt | 38.31 | | | | 0.98 | 3.91 | 3.91 | 3.91 | 3.91 | 3.91 | 3.91 | 3.91 | 3.91 | 3.91 | 2.17 |
| **Processing Cost $/t milled** | **53.244** | US$m | 417.7 | | | | 10.65 | 42.60 | 42.60 | 42.60 | 42.60 | 42.60 | 42.60 | 42.60 | 42.60 | 42.60 | 23.69 |
| **CASH FLOW** | | | | | | | | | | | | | | | | | |
| **Sales** | Copper | US$m | 619.7 | - | - | - | 15.8 | 63.2 | 63.2 | 63.2 | 63.2 | 63.2 | 63.2 | 63.2 | 63.2 | 63.2 | 35.2 |
| | Cobalt | US$m | 802.5 | - | - | - | 20.5 | 81.8 | 81.8 | 81.8 | 81.8 | 81.8 | 81.8 | 81.8 | 81.8 | 81.8 | 45.5 |
| **Total Revenue** | | | **1,422.2** | **-** | **-** | **-** | **36.3** | **145.0** | **145.0** | **145.0** | **145.0** | **145.0** | **145.0** | **145.0** | **145.0** | **145.0** | **80.7** |
| Mining Costs | | US$m | 191.3 | - | - | - | 14.0 | 35.5 | 30.6 | 22.3 | 19.8 | 15.5 | 14.6 | 13.6 | 10.7 | 9.5 | 5.2 |
| Processing Costs | | US$m | 417.7 | - | - | - | 10.6 | 42.6 | 42.6 | 42.6 | 42.6 | 42.6 | 42.6 | 42.6 | 42.6 | 42.6 | 23.7 |
| **Total Revenue after Direct Costs** | | | **813.2** | **-** | **-** | **-** | **11.6** | **67.0** | **71.9** | **80.1** | **82.6** | **87.0** | **87.8** | **88.9** | **91.7** | **92.9** | **51.7** |
| **Realisation Costs** | | | | | | | | | | | | | | | | | |
| Marketing (% Sales) | **2.0%** | US$m | 28.4 | - | - | - | 0.7 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 1.6 |
| Cu Transport (US$ / t Cu) | **360** | US$m | 57.8 | - | - | - | 1.5 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 3.3 |
| Co Transport (US$ / t Co) | **444** | US$m | 17.0 | - | - | - | 0.4 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.0 |
| Royalties to DRC Gov (% Sales) | **2.0%** | US$m | 28.4 | - | - | - | 0.7 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 1.6 |
| Royalties to Gecamines (% Sales) | **2.5%** | US$m | 35.6 | - | - | - | 0.9 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 2.0 |
| General/Admin Costs (balancing) | **2.8** | US$m | 30.8 | - | - | - | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Environmental Costs | | US$m | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Terminal Benefits | | US$m | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Working Capital Movement | | US$m | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Realisation Costs** | | US$m | **198.1** | **-** | **-** | **-** | **7.1** | **19.9** | **19.9** | **19.9** | **19.9** | **19.9** | **19.9** | **19.9** | **19.9** | **19.9** | **12.3** |
| **Capex** | | | | | | | | | | | | | | | | | |
| Project Capex | 387.00 | US$m | 387.0 | - | 38.7 | 232.2 | 116.1 | - | - | - | - | - | - | - | - | - | - |
| Ongoing Capex | 0.05 | US$m | 0.5 | - | - | - | - | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Working Capital movement | 25.4 | US$m | (0.0) | - | - | - | - | 25.4 | - | - | - | - | - | (6.4) | (6.4) | (6.4) | (6.4) |
| **Total Investment** | | US$m | **387.5** | **-** | **38.7** | **232.2** | **116.1** | **25.5** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** | **(6.3)** | **(6.3)** | **(6.3)** | **(6.3)** |
| **Cash Flow Before Tax** | | | 227.6 | - | (38.7) | (232.2) | (111.6) | 21.7 | 52.0 | 60.2 | 62.7 | 67.0 | 67.9 | 75.3 | 78.1 | 79.3 | 45.8 |
| **Taxation** | | | | | | | | | | | | | | | | | |
| Tax Rate | **30.0%** | | | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% |
| Beginning Tax Losses | | | | - | - | 38.70 | 270.90 | 382.46 | 360.80 | 308.83 | 248.64 | 185.92 | 118.87 | 50.96 | - | - | - |
| Tax Losses Accrued | | | | - | 38.70 | 232.20 | 111.56 | - | - | - | - | - | - | - | - | - | - |
| Tax Losses Used | | | | | - | - | - | (21.66) | (51.97) | (60.19) | (62.73) | (67.04) | (67.91) | (50.96) | - | - | - |
| Ending Tax Losses | | | | - | 38.70 | 270.90 | 382.46 | 360.80 | 308.83 | 248.64 | 185.92 | 118.87 | 50.96 | - | - | - | - |
| **Taxation Liability** | | US$m | **68.28** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **7.31** | **23.44** | **23.80** | **13.73** |
| **Net Free Cash Flow** | | | 159.32 | - | (38.70) | (232.20) | (111.56) | 21.66 | 51.97 | 60.19 | 62.73 | 67.04 | 67.91 | 68.01 | 54.70 | 55.53 | 32.03 |

| | | |
|---|---|---|
| **Swanmines NPV (10%)** | | **-$59** |
| **IRR** | | **5.7%** |
| | NPV @ 10.0% | **-$59** |
| | NPV @ 11.0% | **-$69** |
| | NPV @ 12.0% | **-$77** |
| | NPV @ 12.5% | **-$81** |
| | NPV @ 15.0% | **-$95** |

**CASH FLOW TO AFRICO**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Loan from Africo | | | 0.00 | 38.70 | 272.84 | 398.04 | 417.94 | 425.52 | 414.83 | 398.56 | 379.91 | 357.67 | 333.79 | 308.65 | 290.44 | 270.81 |
| Interest | **5.0%** | | 0.00 | 1.94 | 13.64 | 19.90 | 20.57 | 20.50 | 19.84 | 18.99 | 17.99 | 16.86 | 15.67 | 14.61 | 13.69 | 13.06 |
| Max Cash Flow to Repay Loan | **60.0%** | 325.07 | 0.00 | 0.00 | 0.00 | 0.00 | 13.00 | 31.18 | 36.11 | 37.64 | 40.23 | 40.75 | 40.81 | 32.82 | 33.32 | 19.22 |
| Cash Flow Used to Repay Loan | | 325.07 | 0.00 | 0.00 | 0.00 | 0.00 | 13.00 | 31.18 | 36.11 | 37.64 | 40.23 | 40.75 | 40.81 | 32.82 | 33.32 | 19.22 |
| Outstanding Loan | | | 0.00 | 40.64 | 286.48 | 417.94 | 425.52 | 414.83 | 398.56 | 379.91 | 357.67 | 333.79 | 308.65 | 290.44 | 270.81 | 264.65 |
| Cash Flow to Gecamines | **25.0%** | 54.18 | 0.00 | 0.00 | 0.00 | 0.00 | 2.17 | 5.20 | 6.02 | 6.27 | 6.70 | 6.79 | 6.80 | 5.47 | 5.55 | 3.20 |
| **Post Tax Cash Flow to Africo** | | **105.14** | **0.00** | **-38.70** | **-232.20** | **-111.56** | **19.50** | **46.77** | **54.17** | **56.46** | **60.34** | **61.12** | **61.21** | **49.23** | **49.98** | **28.83** |
| | | 0.66 | 0.00 | 1.00 | 1.00 | 1.00 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 |

| | | | |
|---|---|---|---|
| | | | *Per Share* |
| **Africo NPV (4%)** | | **-$82** | **-C$1.18** |
| **IRR** | | **3.9%** | |
| | NPV @ 10.0% | **-$82** | -C$1.18 |
| | NPV @ 11.0% | **-$89** | -C$1.29 |
| | NPV @ 12.0% | **-$96** | -C$1.39 |

| | | | |
|---|---|---|---|
| | NPV @ 12.5% | **-$99** | -C$1.43 |
| | NPV @ 15.0% | **-$110** | -C$1.59 |
| | | | |
| Shares in Issue | | **72.613** | |
| C$ / US$ | | **1.05** | |