

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

March 30, 2020

**VIA CM / ECF**

The Honorable Nicholas G. Garaufis
Senior United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>*United States v. OZ Africa Management GP, LLC*</u>, No. 1:16-cr-00515-NGG

Dear Judge Garaufis:

  This letter is submitted on behalf of the Government and the Victims in the above-referenced matter, and with the consent of the Defendant, to request a three-week extension of the date on which the Government's and the Victims' Reply briefs are due, to April 27, 2020. This request is occasioned by the impact of the pandemic and shelter-in-place restrictions, which have impeded the parties' ability to proceed efficiently.

  We thank the Court in advance for its courtesy in this regard.

          Respectfully submitted,

          WILSON SONSINI GOODRICH & ROSATI
          Professional Corporation

          *s/ Morris J. Fodeman*
          Morris J. Fodeman
          Michael S. Sommer

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

The Honorable Nicholas G. Garaufis
March 30, 2020
Page 2

cc:
For Och-Ziff Africa (via email):
Charles A. Gilman, Cahill Gordon & Reindel LLP
Anirudh Bansal, Cahill Gordon & Reindel LLP
Kevin J. Burke, Cahill Gordon & Reindel LLP
Samantha Lawson, Cahill Gordon & Reindel LLP

cc:
For the United States Department of Justice (via email):
David C. Pitluck, Assistant U.S. Attorney
James P. McDonald, Assistant U.S. Attorney
Jonathan P. Lax, Assistant U.S. Attorney
Gerald M. Moody, Jr., Trial Attorney, Frauds Section, DOJ