

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

April 24, 2020

<u>VIA CM/ECF</u>

The Honorable Nicholas G. Garaufis
Senior United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: <u>*United States v. OZ Africa Management GP, LLC*</u>, **No. 1:16-cr-00515-NGG**

Dear Judge Garaufis:

  This letter is submitted on behalf of the Victims in the above-referenced matter, and with the consent of the Government and the Defendant to request a three-day extension of the date on which the Government's and the Victims' Reply briefs are due, to Thursday, April 30, 2020.

  We thank the Court in advance for its courtesy in this regard.

         Respectfully submitted,

         WILSON SONSINI GOODRICH & ROSATI
         Professional Corporation

         <u>*s/ Morris J. Fodeman*</u>
         Morris J. Fodeman
         Michael S. Sommer

cc:  All Counsel of Record (via CM/ECF)