# Exhibit 5

## Africo Resources Ltd.

| | |
|---|---|
| **Type:** | **POP - BOT** |
| **Amount:** | **$149,563,250** |
| **No. of CS:** | **40,422,500** |
| **Price per CS:** | **$3.70** |
| **Closing:** | **08-May-07** |
| **Commission:** | **6.0%** |
| **Syndicate:** | **PCI 67.5%, GMP 32.5%** |

| | **Common Shares** | **$** |
|---|---|---|
| Colonial | 5,542,000 | $20,505,400.00 |
| RBIM | 4,069,000 | $15,055,300.00 |
| ABC | 3,695,000 | $13,671,500.00 |
| Julius Baer (GMP) | 3,333,000 | $12,332,100.00 |
| Omers | 2,970,000 | $10,989,000.00 |
| Polar | 2,500,000 | $9,250,000.00 |
| Salida | 1,848,000 | $6,837,600.00 |
| Acuity | 1,562,000 | $5,779,400.00 |
| Sprott | 1,555,000 | $5,753,500.00 |
| QVT | 1,478,000 | $5,468,600.00 |
| Mackenzie | 1,231,000 | $4,554,700.00 |
| Jones Heward | 1,094,000 | $4,047,800.00 |
| Moore (GMP) | 911,000 | $3,370,700.00 |
| Delaney | 862,000 | $3,189,400.00 |
| Passport | 857,000 | $3,170,900.00 |
| Libra | 615,000 | $2,275,500.00 |
| AGF | 615,000 | $2,275,500.00 |
| Goodman | 615,000 | $2,275,500.00 |
| RAB | 606,000 | $2,242,200.00 |
| Aslan (GMP) | 591,000 | $2,186,700.00 |
| Roundtable | 471,000 | $1,742,700.00 |
| Acker | 456,000 | $1,687,200.00 |
| DKR | 420,000 | $1,554,000.00 |
| Burnac | 370,000 | $1,369,000.00 |
| Sprott 2 | 310,000 | $1,147,000.00 |
| Wexford | 280,000 | $1,036,000.00 |
| JMM | 273,000 | $1,010,100.00 |
| Jemmek | 228,000 | $843,600.00 |
| AIG | 185,000 | $684,500.00 |
| Sanovest | 136,500 | $505,050.00 |
| Sprott 3 | 123,000 | $455,100.00 |
| Oceanic | 123,000 | $455,100.00 |
| Newgate | 91,000 | $336,700.00 |
| Lakeshore | 91,000 | $336,700.00 |
| TD Asset | 74,000 | $273,800.00 |
| Zechner | 68,000 | $251,600.00 |
| Boecht | 61,000 | $225,700.00 |
| K2 | 45,000 | $166,500.00 |
| Waterfall | 31,000 | $114,700.00 |
| Rival | 23,000 | $85,100.00 |
| Tipvest (GMP) | 14,000 | $51,800.00 |
| | 40,422,500 | $149,563,250.00 |