# Exhibit 6

# Section 13
# Safety and Security



## TABLE OF CONTENTS

13 SAFETY AND SECURITY 13-3
13.1 Occupational Health and Safety (H&S) ... 13-3
13.1.1 Risk and impact assessments ... 13-3
13.1.2 First aid and occupational health service facilities ... 13-6
13.1.3 Medical services ... 13-7
13.1.4 Training ... 13-8
13.1.5 Inspection and action ... 13-10
13.2 Site Security ... 13-11
13.2.1 Introduction ... 13-11
13.2.2 Physical security ... 13-11
13.2.3 Site Security ... 13-12
13.2.4 Regional security ... 13-13

# 13 SAFETY AND SECURITY

## 13.1 Occupational Health and Safety (H&S)

The Occupational Health and Safety system is a five stage proactive system aimed at identifying health and safety risks, providing first aid and occupational health services, medical services and training and initiating inspection and action. These stages are described in more detail in the following sections.

### 13.1.1 Risk and impact assessments

#### 13.1.1.1 Statement of Objectives

To identify and assess H&S risks through a dynamic, formal, structured and holistic process to facilitate effective risk reduction. As Africo Resources has not yet established formal mining safety controls with the DRC Mining Authorities the South African Mine Health and Safety Act (29) of 1996 has been used as a reference in drawing up standards and systems for mine health and safety for the Kalukundi project.

**Standard**

General requirements:

- There is a systematic approach and standard procedure on all work sites to identify and assess risks and the impact thereof.
- The applicable site H&S practitioner is alerted to planned process activation and modifications. An assessment team is then established for that specific task. All tasks are assessed, incident preventive measures are initiated before the activity starts and the H&S impacts are discussed with all the applicable employees working on that job.
- All applicable parties are involved in the assessment process.
- All applicable assessments are reviewed annually.
- Assessments include all significant activities, covering the full scope of responsibility and accountability of the operations and include the activities of all sub-contractors.
- Employees are competent to evaluate and identify risks related to a specific task / function.
- Assessments are carried out before operation and before changes / modifications are done.
- Normal, abnormal and potential conditions, throughout the process cycle, are taken into consideration when assessing risks.

- Two yearly surveys are carried out by appropriately qualified / accredited personnel and if major modifications / new installations are added; steps are taken to identify and control new arising risks.

These surveys include:

**A - Health risk analyses**

A1 - Chemical stress

- The Survey identifies hazards related to vapours, gases, mist and dust.
- Toxicity of substances is determined.
- Toxicological effects of all substances are identified.
- Absorption factors are included.

A2 - Psychological stress

- In areas where extreme concentration is required.

A3 - Physical stress

Noise:

- Noise surveys are conducted in all work areas.
- Noise zones are identified and indicated by means of symbolic signs.

Lighting and vision:

- Light surveys are conducted in all work areas.
- Surveys include all work areas, tasks and conditions.
- Inadequate lighting is assessed and actioned.
- Occupational hazards involving vision and visibility are identified.

Heat and cold extremes:

- Areas above WBGT index 30 (degrees Celsius) are identified.
- Cold stress areas are identified
- Areas likely to inflict cryogenic burns are identified.

Vibration:

- Potential hazards are determined.
- Vibration effects are identified.
- Exposure to vibration is identified.

Ventilation:

- Natural ventilation is sufficient where adequate mechanical ventilation is installed.
- Local exhaust ventilation is adequate.
- All mechanical ventilation systems are on a maintenance program.

Non-ionising radiation:

- Processes utilising non-ionising radiation are identified.
- Health risks pertaining to non-ionising radiation are identified.
- Where applicable a non-ionising program is in place.
- Exposure to excessive sunlight is identified and actioned.

Ionising radiation:

- Ionising hazards are identified

A4 – Biological stress

- Occupational hazards involving bacteria, viruses, fungus and parasites are identified.

A5 – Ergonomical stress

- Man / machine activities are assessed.
- Appropriate checklists are used.
- Observations are done while the task is in process.
- Detailed analysis is done on hazardous tasks.
- Impacts are reported and actioned.
- A multi-disciplinary team compiles remedial action plans.
- Health and safety risk tasks are assessed.
- Workstation and workplace designs are ergonomically sound.
- Workflow design and environmental conditions are adequate

- The posture, actions and movement required for manual handling are not causing a risk.
- The shape, size, weight and nature of objects are assessed beforehand.
- The transportation distances of manual handling are taken into consideration.
- The handlers' age and general state of health is assessed.
- A study of energy consumption demands is carried out where applicable.

A6 – Risk identification and evaluation

- Risk assessments carried out take full cognisance of MSDS data, survey results, medical information and general complaints.
- Occupational Health experiences are included in assessments of existing processes, new processes and modifications, pre-commissioning, new plant hand over and JSA and WSWP studies.

A7 – Occupational hygiene surveys

- The survey is done by an appropriately qualified hygienist / organisation.
- Surveys are conducted according to legal requirements and methodologies.
- All instrumentation complies with regulated standards.
- Survey reports are circulated to all relevant parties.
- Appropriate laboratories are used to analyse samples.

### 13.1.2 First aid and occupational health service facilities

13.1.2.1 Statement of Objectives

To ensure that effective medical treatment is available, and that sufficient personnel are trained in first aid and all personnel receive training in occupational health issues.

**Standard**

- Local medical services with trained personnel, and associated facilities, are used if and when necessary.
- Documentation and record of all treatment is kept.
- An employee support program exists for all employees with personal / medical problems. Employees are referred to a specialist if necessary. Support is coordinated / arranged by the appointed H&S practitioner.

- Medical aid is given to all employees with first aid incidents and medical problems until they can see a doctor. Registers / records of all incidents are kept on site.
- Occupational health awareness is done via the internal newsletter and H&S posters, distributed monthly.
- Persons injured or who may have an occupational sickness are, where applicable, subjected to a rehabilitation program as recommended by a professional practitioner.
- Local ambulance services are used if and when necessary.
- ***All injuries*** are reported, treated and investigated in full.
- Emergency first aid boxes are placed in strategic places. *(At least one per work site)*
- The emergency first aid boxes are checked monthly by the H&S coordinator and stocked *(to a standardised minimum stock list)* as required.
- The first aid box is under the control of a competent / trained first aider *(full-time on the work site)* and is clearly demarcated.
- First aiders receive first aid training by an accredited body and are familiar with the applicable work site's specific hazards.
- Possible health risks are identified and assessed in all work areas.
- Where necessary, primary health care, wellbeing, rehabilitation and infectious diseases are co-ordinated with assistance from the HR department.

### 13.1.3 Medical services

13.1.3.1 Statement of Objectives

To ensure that all identified employees undergo a medical examination before employment and with service termination

**Standard**

- All new employees undergo medical examinations before employment. (pre-medicals)
- All employees undergo a medical examination on service termination.
- "Task- man" specifications include medical examination requirements and are available for use during medical examination.
- "Task- man" specifications are updated as task criteria changes.
- Personnel exposed to identified health / medical risks, are examined on a routine basis. This may include:

- Audiometric tests – annually on persons in noise areas.
- HIV/Tuberculosis – annually on identified exposed personnel.
- Drivers and operators of motorised equipment - annually.
- "Health-check" examination – annually.
- Personnel are medically examined before transfers.
- Personnel exposed to radiographic testing – annually.
- Personnel exposed to asbestos - annually.
- Hazardous substances handlers – annually

- If medical abnormalities are found, corrective action is taken.
- Reports regarding health issues are discussed at H&S meetings.
- Personal records are kept for permanent employees.
- Employees unfit for work are identified and every case attended to individually.
- Job / post specifications regarding personnel placement are reviewed annually and when task, process or risk standards change, these specifications include statutory aspects.
- Planned medical treatment / examinations are scheduled and adhered to.
- All work areas are assessed to identify possible exposure to occupational diseases.
- Follow-up medicals are done when / where necessary.
- Certification by an accredited practitioner is obtained where necessary and records are kept.
- Records are analysed and trends determined. Problem areas are reported to senior management.
- Clinic visits are linked to medical examinations/ monitoring.

### 13.1.4 Training

13.1.4.1 <u>Statement of Objectives</u>

To ensure that all employees receive the necessary training to perform their work in a safe and productive manner.

**Standard**

- All new employees receive basic health, safety and environmental training (induction training) which is formulated from site applicable hazards, H&S standards, emergency procedures etc.

- All employees, as well as sub-contractors, receive basic H&S induction training (translated if necessary) at the specific site / area site before work commences.
- General H&S rules are handed out to all new employees after training. These contain the company's mission and policy. Issued documentation is signed for and records are kept.
- All personnel receive task specific training with regard to health, safety and environmental risks / impact of a specific job / work area. *(This also applies to transfers and promotions)*
- Task descriptions exist for all identified operational functions.
- Related H&S issues (hazards / risks) form part of the task descriptions.
- Job observations are done with in-task training to determine competence and forms part of our training program.
- Training needs are addressed continually through all phases of a project:
  - Induction training
  - Awareness training
  - H&S system requirements
  - Task related training
  - Risk related training for special assignments
  - Required medical surveillance
  - Biological monitoring
  - Applicable PPE requirements
- A training schedule is documented and adhered to in all branches.
- Employees are trained in all applicable H&S standards, procedures, WSWP, WSOP risk assessments compiled and site applicable H&S induction related to their responsibilities before work commences.
- Supervisory staff / mentors are trained to give on the job training including all applicable H&S issues.
- All employees are familiar with the health risks and exposure controls related to their tasks. Employees are also familiar with the effects of exposure and the necessary treatment requirements and facilities available.
- Divisional H&S training programs are drawn up / approved on an annual basis addressing the training needs and is updated monthly reflecting the effectiveness and / or future requirements per individual. Attendance is controlled and absence strictly actioned.
- Competency training forms part of the in-house training system.

- Translators are used if and when necessary.

### 13.1.5 Inspection and action

13.1.5.1 Statement of Objectives

To identify unsafe conditions and acts by means of regular inspections and audits and to rectify them by bringing them to the attention of management.

**Standard**

- H&S representatives carry out monthly inspections for which they are allowed time to cover their entire area of responsibility.
- Completed inspection lists are presented to the appointed manager for information, action. The inspections are then discussed at the H&S committee meetings. The applicable manager gives feedback to the H&S representatives of corrective actions taken.
- H&S representative's inspection reports are kept for three years.
- Other health, safety and environmental inspections done by supervisors, foremen, managers and safety practitioners are documented, reported and corrective action is taken.
- Inspections are carried out as follows:
  - Foreman: daily
  - H&S practitioners: weekly
  - Supervisors: weekly
  - Site manager: monthly
  - Principal H&S practitioner: monthly
- Inspections / audits as mentioned above are documented including corrective actions, planned completion dates and responsible persons. These reports are continually reviewed / co-ordinated by the applicable manager.
- Meaningful comments / recommendations are made
- Inspections cover the entire area of responsibilities.
- Critical unsafe conditions / acts are actioned immediately.
- Copies of all reports are forwarded to the next level of management after the completion of the inspection / audit.

- Action / progress is communicated to all relevant parties.

## 13.2 Site Security

### 13.2.1 Introduction

This section describes the proposed security measures that will be implemented on the Kalukundi project during operations in order to ensure the safety and security of both the work force and the local communities.

During operations, security management will involve dialogue with local communities, through the Security Manager, with individual local community representatives and officials. This will ensure that all issues of mutual concern are managed effectively.

The entire lease area will be secured as well as the mining and plant areas within the lease area to prevent access of unauthorised personnel. Access control will be implemented and where necessary alternative access routes will be provided to members of the local community

### 13.2.2 Physical security

The terrain surrounding the mine and plant area offers security as there are only four points of road access. The vegetation in the area prevents vehicle access other than by the established access points.

A 21km long 4-strand barbed wire fence will be erected around the concession area to deter unauthorised access. Notices will be mounted on this fence at 100 meter intervals to inform both local and external people of the risk of entering.

Heavy-duty fencing will be erected around the mining areas, plant, stores and accommodation areas. The plant area and mine will be floodlit.

CCTV monitoring with tape backup will be used to monitor office and stores entry points to deter theft.

### 13.2.3 Site Security

Site security requirements during the evaluation programme were provided by a locally contracted private security company. The services of this company will be extended to cover the industrial security requirements of the project during the construction, commissioning and production phases of the projects development. Private security companies in the DRC are not permitted to carry arms.

They will be required to fulfil the following functions:

- To prevent unauthorised access to the mine and plant areas
- To patrol and monitor the lease area boundary
- To patrol the mine, plant, stores and accommodation perimeter fences
- To prevent interference with the mine water supply from the Lake Nzila on the Lualaba River
- To monitor and record the arrival and departure of goods, vehicles and personnel including those in transit through the lease area to other destinations
- To ensure that goods and personnel travelling off site do so without interference, by providing an escort service at times of risk
- To guard and be responsible for the storage and movement of mine explosives together with the Mines Police
- To act as marshals during mine blasting operations
- To request assistance from local or regional police and security authorities if and when required

A contingent of Mines Police will be garrisoned at the mine to perform civil security duties:

- To confiscate, register and store any weapons carried by personnel on arrival at all entry points to the lease area
- To arrest any employee or visitor to the site who threatens any other employee or visitor with violence
- To arrest illegal and unauthorised intruders in the lease area

### 13.2.4 Regional security

The company has established lines of communication with both local and regional security authorities in Kolwezi and Lubumbashi and liaises regularly on matters of security and permiting. These relationships will continue into the future as part of the companies ongoing interaction with surrounding communities and authorities.