# Exhibit 7

**THE CIRCULAR IS IMPORTANT AND REQUIRES YOUR IMMEDIATE ATTENTION**

**If you are in doubt** as to any aspect of this circular or as to the action to be taken, you should consult your licenced securities dealer or registered institution in securities, bank manager, solicitor, professional accountant or other professional adviser.

**If you have sold or transferred** all your shares in **Jinchuan Group International Resources Co. Ltd**, you should at once hand this circular and the accompanying form of proxy to the purchaser or transferee or to the bank, licenced securities dealer or other agent through whom the sale or transfer was effected for transmission to the purchaser or transferee.

Hong Kong Exchanges and Clearing Limited and The Stock Exchange of Hong Kong Limited take no responsibility for the contents of this circular, make no representation as to its accuracy or completeness and expressly disclaim any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this circular.

This circular appears for information purposes only and does not constitute an invitation or offer to acquire, purchase or subscribe for securities of the Company.

JINCHUAN 金川

# JINCHUAN GROUP INTERNATIONAL RESOURCES CO. LTD
# 金川集團國際資源有限公司

*(Incorporated in the Cayman Islands with limited liability)*

**(Stock Code: 2362)**

## (1) VERY SUBSTANTIAL ACQUISITION AND CONNECTED TRANSACTION IN RELATION TO THE ACQUISITION OF THE ENTIRE ISSUED SHARE CAPITAL OF JIN RUI MINING INVESTMENT LIMITED AND THE SALE LOANS INVOLVING THE ISSUE OF CONSIDERATION SHARES AND PERPETUAL SUBORDINATED CONVERTIBLE SECURITIES (2) PROPOSED INCREASE IN AUTHORISED SHARE CAPITAL AND (3) SPECIFIC MANDATE TO ISSUE NEW SHARES

**Sole Global Arranger**

BOCI ASIA LIMITED

**Joint Financial Advisers**

BOCI ASIA LIMITED BofA Merrill Lynch

**Independent Financial Adviser**

Investec

Capitalised terms used in this cover have the same meaning as those defined in the section headed "Definitions" in this circular. A letter from the Board is set out from pages 13 to 49 of this circular. A letter from the Independent Board Committee containing its advice to the Independent Shareholders in connection with the Acquisition pursuant to the terms of the Acquisition Agreement is set out on pages 50 and 51 of this circular. A letter from Independent Financial Adviser containing its advice to the Independent Board Committee and the Independent Shareholders in connection with the Acquisition pursuant to the terms of the Acquisition Agreement is set out from pages 52 to 96 of this circular.

A notice convening the extraordinary general meeting of the Company to be held at 10:30 a.m. on Monday, 23 September 2013 at Boardroom 6, Mezzanine Floor, Renaissance Harbour View Hotel Hong Kong, 1 Harbour Road, Wanchai, Hong Kong or any adjournment is set out from pages EGM-1 to EGM-3 of this circular. Whether or not you are able to attend the meeting in person, you are requested to complete and return the accompanying form of proxy to Hong Kong Registrars Limited at 17M Floor, Hopewell Centre, 183 Queen's Road East, Hong Kong, as soon as possible and in any event not less than 48 hours before the time appointed for the holding of the extraordinary general meeting of the Company. Completion and return of the form of proxy shall not preclude you from attending and voting at the extraordinary general meeting of the Company should you so wish.

This circular will remain on the "**Listed Company Information**" pages of the website of the Stock Exchange and the website of the Company for at least seven days from the date of its posting.

30 August 2013

# IMPORTANT

This circular is not an offer of securities for sale or solicitation of an offer to purchase securities. The securities described herein have not been and will not be registered under the US Securities Act of 1933 (the "**US Securities Act**"), and may not be offered or sold in the United States absent registration under the US Securities Act, or an applicable exemption from the registration requirements thereof. There will be no public offering of the securities described herein in the United States.

This circular is being made by the Company. None of the financial advisers to the Company nor any of its directors, supervisors, officers, employees, advisers, consultants or agents makes any representation or warranty, express or implied, as to the accuracy, reliability or completeness of the information in this circular, or shall be responsible for the accuracy, reliability or completeness of any such information and nothing in this circular is, or shall be relied upon as, a promise or representation by any of the financial advisers to the Company or any of its directors, supervisors, officers, employees, advisers, consultants or agents.

## FORWARD-LOOKING INFORMATION

Certain information contained in this circular constitutes forward-looking information. Investors and Shareholders are cautioned that forward-looking information is inherently uncertain and involves risks and uncertainties that could cause actual results, performance or achievements of the Group or the Target Group to be materially different from any future results, performance or achievements expressed or implied by such forward-looking information. These forward-looking statements include, without limitation, statements relating to the Completion and terms of the Acquisition, the proposed strategies of the Group following Completion, the Placings and the use of proceeds from the Placings. Factors that could cause actual results to differ materially include, without limitation, the ability to complete the Acquisition, changes in the price of commodities generally or zinc, copper, lead, gold, silver and nickel specifically, and changes in Hong Kong and other relevant securities markets. In addition, specific reference is made to the section headed "Risk Factors" in this circular. There can be no assurance that future developments affecting the Group or the Target Group will be those anticipated by the management. While the Company may elect to update the forward-looking information at any time, the Company does not undertake to update it at any particular time or in response to any particular event. Investors and Shareholders should not assume that any forward-looking information in this circular represents the management's estimate as at any date other than the date of this circular.

## CURRENCY AND EXCHANGE RATES

In this circular, for the purpose of illustration only, unless otherwise specified, conversion of US$ into HK$ is based on the exchange rate of US$1.00 = HK$7.80. No representation is made and there is no assurance that US$ or HK$ can be purchased or sold at such rate.

# CONTENTS


| | *Page* |
|---|---|
| **Definitions** | 1 |
| **Glossary** | 9 |
| **Expected Timetable** | 12 |
| **Letter from the Board** | 13 |
| The Acquisition | 14 |
| Proposed Increase in Authorised Share Capital | 24 |
| Specific Mandate to Issue New Shares | 25 |
| Information on the Target Group | 29 |
| Mineral Assets of The Metorex Group | 30 |
| Reasons for and Benefits of the Acquisition | 40 |
| Effects of the Acquisition on the Company | 43 |
| Implication Under the Listing Rules | 47 |
| General Information | 48 |
| EGM | 48 |
| Recommendation | 49 |
| Additional Information | 49 |
| **Letter from the Independent Board Committee** | 50 |
| **Letter from Investec** | 52 |
| **Risk Factors** | 97 |
| **Industry Overview** | 123 |
| **Overview of the DRC and Zambia** | 149 |

# CONTENTS

**Information of the Target Group** . . . . . 153

I. Overview . . . . . 153

II. Business of the Metorex Group . . . . . 164

Operating Mines . . . . . 164

Development Project – Kinsenda Project . . . . . 192

Exploration Projects . . . . . 198

Sustainable Development . . . . . 202

Employees . . . . . 207

No Material Adverse Change . . . . . 208

III. Ongoing Transactions that will Become Continuing Connected Transactions Upon Completion . . . . . 209

**Strategies and Competitive Strengths of the Enlarged Group** . . . . . 213

**Directors and Senior Management of the Metorex Group** . . . . . 219

**Appendix I – Financial Information of the Target Group** . . . . . I – 1

**Appendix II – Financial Information of the Metorex Group** . . . . . II – 1

**Appendix III – Financial Information of the Group** . . . . . III – 1

**Appendix IV – Unaudited Pro Forma Financial Information of the Enlarged Group** . . . . . IV – 1

**Appendix V – Competent Person's Report and Valuation Report** . . . . . V – 1

**Appendix VI – Legal and Regulatory Regime in which the Target Group Operates** . . . . . VI – 1

**Appendix VII – General Information** . . . . . VII – 1

**Notice of EGM** . . . . . EGM – 1

In this circular, unless the context otherwise requires, the following terms shall have the meanings set out below:

| | |
|---|---|
| "Acquisition" | the proposed acquisition by the Company of the Sale Share and the Sale Loans pursuant to the Acquisition Agreement |
| "Acquisition Agreement" | the sale and purchase agreement dated 27 August 2013 entered into between the Company, the Seller and Jinchuan HK in relation to the Acquisition |
| "Announcement" | the announcement issued by the Board on 27 August 2013 in relation to the Acquisition |
| "ASFDs" | agitated spin flash driers |
| "associate" | has the meaning ascribed to it under the Listing Rules |
| "Board" | the board of Directors |
| "BOCI" | BOCI Asia Limited, a corporation licensed to conduct Type 1 (dealing in securities) and Type 6 (advising on corporate finance) regulated activities under the SFO and the Sole Global Arranger and a Joint Financial Adviser to the Company in respect of the Acquisition |
| "BVI" | the British Virgin Islands |
| "CCS" | Chambishi Copper Smelter Limited, a company incorporated in Zambia and a subsidiary of China Nonferrous Mining Corporation Limited |
| "CDI" | Cobalt Development Institute |
| "Chibuluma plc" | Chibuluma Mines plc, a company incorporated in Zambia and a subsidiary of Metorex |
| "Chibuluma Central" | the exploration area between the Chibuluma South Mine, Chibuluma West Mine and Chibuluma East Mine |
| "Chibuluma East Mine" | the Chibuluma East Mine, which is located at the east side of the licenced area under 7064-HQ-LML licence and adjacent to the town of Kalulushi |
| "Chibuluma South Mine" | an underground copper mine owned by Chibuluma plc situated in Zambia near the town of Kalulushi |

| | |
|---|---|
| "Chibuluma West Mine" | the Chibuluma West Mine which is located within the licenced area under 7064-HQ-LML licence, to the west of the Chibuluma East Mine and adjacent to the town of Kalulushi |
| "CML" | Consolidated Murchison Limited, the former name of Metorex |
| "Cobalt Metals" | Cobalt Metals Company Limited |
| "Company" or "Buyer" | Jinchuan Group International Resources Co. Ltd, a company incorporated in the Cayman Islands, the Shares of which are listed on the main board of the Stock Exchange |
| "Competent Evaluator" | has the meaning ascribed to it under Chapter 18 of the Listing Rules |
| "Competent Person" | has the meaning ascribed to it under Chapter 18 of the Listing Rules |
| "Competent Person's Report" | has the meaning ascribed to it under Chapter 18 of the Listing Rules, the competent person's report dated 30 August 2013, prepared by SRK |
| "Completion" | the completion of the sale and purchase of the Sale Share and the Sale Loans pursuant to the Acquisition Agreement |
| "Completion Date" | the date on which Completion takes place in accordance with the Acquisition Agreement; |
| "connected person" | has the meaning ascribed to it under the Listing Rules |
| "Consideration Shares" | the 1,595,880,000 new Shares to be issued and allotted to the Seller and/or its nominee(s) to satisfy part of the Purchase Price |
| "controlling shareholder" | has the meaning ascribed to it under the Listing Rules |
| "Conversion Price" | HK$1.00 per Conversion Share, being the initial conversion price of the PSCS (subject to adjustment in accordance with the terms of the PSCS) |
| "Conversion Shares" | the new Share(s) to be issued by the Company upon conversion of the PSCS from time to time |
| "Copper Resources" | Copper Resources Corporation, a company incorporated in the BVI and a subsidiary of Metorex |

# DEFINITIONS

| | |
|---|---|
| "CSI" | Corporate Social Investment |
| "Director(s)" | the director(s) of the Company |
| "DRC" | the Democratic Republic of Congo |
| "DRC Minister of Mines" | the minister in charge of mines and quarries of the DRC |
| "EBITDA" | earnings before interest, tax, depreciation and amortisation |
| "EGM" | the extraordinary general meeting of the Company to be convened for the purpose of considering and, if thought fit, passing the relevant resolutions to approve the Acquisition Agreement and the transaction contemplated by the Acquisition Agreement as well as the increase in authorised share capital and the granting of the Specific Mandate |
| "Enlarged Group" | the Group immediately after Completion, being the Group combined with the Target Group |
| "Exploration Projects" | the two advanced stage exploration projects owned by the Metorex Group located in the DRC namely,<br>(i) Lubembe Project; and<br>(ii) Musonoi Est Project |
| "GDP" | gross domestic product |
| "Gécamines" | La Générale des Carrières et des Mines, a state-owned mining company in the DRC |
| "Group" | the Company and its subsidiaries |
| "HK$" | Hong Kong dollar(s), the lawful currency of Hong Kong |
| "Hong Kong" | the Hong Kong Special Administrative Region of the PRC |
| "ICSG" | International Copper Study Group |
| "IFRS" | the International Financial Reporting Standards |
| "Independent Board Committee" | a committee of the Board comprising all the independent non-executive Directors, namely Mr. Gao Dezhu, Mr. Wu Chi Keung, and Mr. Yen Yuen Ho, Tony |

| | |
|---|---|
| "Independent Financial Adviser" or "Investec" | Investec Capital Asia Limited, a corporation licensed to conduct Type 1 (dealing in securities), Type 4 (advising on securities), Type 6 (advising on corporate finance) and Type 9 (asset management) regulated activities under the SFO and the independent financial adviser appointed to advise the Independent Board Committee and the Independent Shareholders in respect of the Acquisition |
| "Independent Shareholders" | the shareholders of the Company, other than Jinchuan Group and its associates |
| "Jinchuan Group" | 金川集團股份有限公司 (Jinchuan Group Co., Ltd*), a state-owned enterprise established in the PRC and the controlling shareholder of the Company |
| "Jinchuan HK" | Jinchuan Group (Hongkong) Resources Holdings Limited (金川集團(香港)資源控股有限公司), an investment holding company incorporated in Hong Kong and a wholly-owned subsidiary of Jinchuan Group |
| "JORC Code" | the Australasian Code for Reporting of Exploration Results, Mineral Resources and Ore Reserves |
| "Kinsenda Project" or "Development Project" | a brownfields copper project owned by Kinsenda Sarl and situated in the Katanga Province, the DRC |
| "Kinsenda Sarl" | Kinsenda Copper Company Sarl, a company incorporated in the DRC and a subsidiary of Metorex |
| "Lanzhou Jinchuan" | Lanzhou Jinchuan Advanced Materials Technology Co., Ltd (蘭州金川新材料科技股份有限公司), a company incorporated in the PRC, approximately 99% interest of which is indirectly held by Jinchuan Group |
| "Last Trading Date" | 27 August 2013, being the last trading day for the Shares immediately preceding the issue of the Announcement |
| "Latest Practicable Date" | 27 August 2013, being the latest practicable date prior to the printing of this circular for ascertaining certain information contained herein |
| "Listing Rules" | the Rules Governing the Listing of Securities on The Stock Exchange of Hong Kong Limited |

* *For identification purpose only*

| | |
|---|---|
| "Listing Rules Valuation" | a valuation on Metorex's mineral assets as at 30 June 2013 conducted by SRK in compliance with Chapter 18 of the Listing Rules |
| "LME" | the London Metal Exchange |
| "Lubembe Project" | a greenfields copper project owned by Kinsenda Sarl and situated in the Katanga Province, DRC |
| "Market Valuation" | an independent market valuation on Metorex Group's mineral assets as at 30 June 2013 undertaken by SRK in compliance with the SAMVAL Code |
| "MCK" | Mining Company Katanga S.P.R.L. |
| "MCK Mining Contract" | the mining contract entered into by Ruashi Mining and MCK on 7 September 2011 |
| "Merrill Lynch" | Merrill Lynch (Asia Pacific) Limited, a corporation licensed to conduct Type 1 (dealing in securities), Type 4 (advising on securities) and Type 6 (advising on corporate finance) regulated activities under the SFO and a Joint Financial Adviser to the Company in respect of the Acquisition |
| "Metorex" | Metorex (Proprietary) Limited (formerly named Metorex Limited), a company incorporated in South Africa and an indirect wholly-owned subsidiary of the Target Company |
| "Metorex Group" | Metorex and its subsidiaries (including Chibuluma plc, Kinsenda Sarl and Ruashi Mining), which comprise (amongst other investment holding companies) the operating companies within the Target Group |
| "MRI" | MRI Trading AG |
| "Musonoi Est Project" | a greenfields copper and cobalt project owned by Ruashi Mining and situated in the Katanga Province, DRC |
| "Newshelf" | Newshelf 1124 (Proprietary) Limited, a company incorporated in South Africa and a direct wholly owned subsidiary of the Target Company |
| "Old Metorex" | Metorex (Proprietary) Limited, a company incorporated in South Africa but a separate company from Metorex |

| | |
|---|---|
| "Operating Mines" | Ruashi Mine and Chibuluma South Mine |
| "Parity Securities" | in respect of the Company, any security issued or guaranteed by the Company which ranks or is expressed to rank *pari passu* with the PSCS |
| "Placing(s)" | one or more potential share placement(s) to be conducted by the Company, where new Shares to be issued will be covered under the Specific Mandate |
| "PRC" | the People's Republic of China |
| "PSCS" | the perpetual subordinated convertible securities to be issued by the Company to satisfy part of the Purchase Price |
| "PSCS Holder(s)" | in relation to the PSCS, means the person(s) in whose names the PSCS are registered |
| "Purchase Price" | an amount of US$1,290.0 million (equivalent to approximately HK$10,062.0 million), being the consideration payable by the Company to the Seller for the sale and purchase of the Sale Share and the Sale Loans pursuant to the terms of the Acquisition Agreement |
| "Ruashi Holdings" | Ruashi Holdings (Proprietary) Limited, a company incorporated in South Africa and a subsidiary of Metorex |
| "Ruashi JVA" | the Contract for the Creation of Ruashi Mining entered into between Cobalt Metals and Gécamines in June 2000 |
| "Ruashi Mine" | an opencast oxide copper and cobalt mine owned by Ruashi Mining and situated in the DRC on the outskirts of Lubumbashi, the capital of Katanga province |
| "Ruashi Mining" | Ruashi Mining Sprl, a company duly incorporated in the DRC and a subsidiary of Ruashi Holdings |
| "Sale Loans" | all shareholder's loans outstanding and owing at the Completion Date by the Target Company to the Seller, such loans being interest free loans, which amounted to approximately US$925.8 million (equivalent to approximately HK$7,221.0 million) as at 30 June 2013 |
| "Sale Share" | one ordinary share in the share capital of the Target Company, representing the entire issued share capital of the Target Company |

| | |
|---|---|
| "SAMREC Code" | South African Code for the Reporting of Exploration Results, Mineral Resources and Mineral Reserves (2007 edition) as amended from time to time |
| "SAMVAL Code" | the South African Code for the Reporting of Mineral Asset Valuation (2008 edition) as amended from time to time |
| "Seller" | Jintai Mining Investment Limited 金泰礦業投資有限公司, a company incorporated in Hong Kong and a direct wholly-owned subsidiary of Jinchuan HK |
| "Senior Creditors" | with respect to the Company, all creditors (including subordinated creditors) of the Company other than the PSCS Holder(s), the holder(s) of any Parity Securities and the holder(s) of any class of shares of the Company |
| "SFO" | the Securities and Futures Ordinance, Chapter 571 of the Laws of Hong Kong |
| "Share(s)" | ordinary share(s) of HK$0.01 each in the share capital of the Company |
| "Shareholder(s)" | holder(s) of the Shares |
| "SHEC" | Safety, Health, Environment and Communities |
| "SNEL" | Société Nationale d'Electricité, being the national electricity company of the DRC |
| "Sodimico" | Société de Développement Industriel et Minere du Congo, a state-owned enterprise in the DRC |
| "Somika" | Somika S.P.R.L. |
| "South Africa" | the Republic of South Africa |
| "Specific Mandate" | a specific mandate for the Directors to issue up to 4,000,000,000 new Shares and further details of which are set out under the sub-section headed "Letter from the Board – Specific Mandate to Issue New Shares" in this circular |
| "SRK" or "Competent Person" | SRK Consulting (South Africa) Pty Ltd |
| "Standard Bank" | the Standard Bank of South Africa Limited |

| | |
|---|---|
| "Stock Exchange" | The Stock Exchange of Hong Kong Limited |
| "subsidiaries" | has the meaning ascribed to it under the Companies Ordinance (Chapter 32 of the Laws of Hong Kong) |
| "Target Company" | Jin Rui Mining Investment Limited (金瑞礦業投資有限公司), a company incorporated in the Republic of Mauritius and an indirect wholly-owned subsidiary of Jinchuan HK |
| "Target Group" | the Target Company, Newshelf and the Metorex Group |
| "trading day" | a day on which the Shares are traded on the Stock Exchange |
| "Transactions" | the transactions contemplated under the Acquisition Agreement |
| "US" | the United States |
| "US$" | United States dollars, the lawful currency of the US |
| "USGS" | U.S. Geological Survey |
| "Valuation Report" | has the meaning ascribed to it under the Chapter 18 of the Listing Rules, the valuation report dated 30 August 2013 prepared by SRK |
| "Zambia" | the Republic of Zambia |
| "Zambia Ministry of Mines" | the ministry of mines, energy and water development of Zambia |
| "ZAR" | South African Rand, the lawful currency of South Africa |
| "ZCCM" | ZCCM Investment Holdings plc (formerly named Zambia Consolidated Copper Mines Limited), a Zambian state-owned mining company |
| "%" | percentage |

# GLOSSARY

This glossary of technical terms contains terms used in this circular in connection with the Enlarged Group. As such, these terms and their meanings may not correspond to standard industry meaning or usage of these terms

| | |
|---|---|
| "Ag" | silver |
| "bcm" | bank cubic metre |
| "Co" | cobalt |
| "Cu" | copper |
| "ha" | hectare(s) |
| "$H_2SO_4$" | sulphuric acid |
| "km" | kilometre(s) |
| "$km^2$" | square kilometre(s) |
| "kt" | thousand tonnes |
| "ktpm/pa" | thousand tonnes per month/per annum |
| "kWhr" | kilo watt hours |
| "lb" | pound(s) (2.204lb =1kg) |
| "m" | metre(s) |
| "Mt" | million tonnes |
| "Mtpa" | million tonnes per annum |
| "MVA" | million volt-amperes |
| "MW" | million watts |
| "Ni" | nickel |
| "Pb" | lead |
| "Pd" | palladium |
| "Pt" | platinum |
| "$SO_2$" | sulphur dioxide |

# GLOSSARY

| | |
|---|---|
| "t" | tonne(s) |
| "TCu" | total copper |
| "W" | tungsten |
| "Zn" | zinc |
| "Indicated Mineral Resource(s)" | that part of a Mineral Resource for which tonnage, densities, shape, physical characteristics, grade and mineral content can be estimated with a reasonable level of confidence. It is based on information from exploration, sampling and testing of material gathered from locations such as outcrops, trenches, pits, workings and drill holes. The locations are too widely or inappropriately spaced to confirm geological or grade continuity but are spaced closely enough for continuity to be assumed |
| "Inferred Mineral Resource(s)" | that part of a Mineral Resource for which volume or tonnage, grade and mineral content can be estimated with a low level of confidence. It is inferred from geological evidence and assumed but not verified geologically or through grade continuity. It is based on information gathered through appropriate techniques from locations such as outcrops, trenches, pits, workings and drill holes that may be limited, or of uncertain quality and reliability |
| "LoM" | Life of mine |
| "Measured Mineral Resource(s)" | that part of a Mineral Resource for which the tonnage, densities, shape, physical characteristics, grade and mineral content can be estimated with a high level of confidence. It is based on detailed and reliable information from exploration, sampling and testing of material from locations such as outcrops, trenches, pits, workings and drill holes. The locations are spaced closely enough to confirm geological and grade continuity |
| "Mineral Reserve(s)" | the economically mineable material derived from a Measured Mineral Resource or Indicated Mineral Resource or both. It includes diluting and contaminating materials and allows for losses that are expected to occur when the material is mined. Appropriate assessments to a minimum of a pre-feasibility study for a project and a LOM plan for an operation must have been completed, including consideration of, and modification by, realistically assumed mining, metallurgical, economic, marketing, legal, environmental, social and governmental factors (the modifying factors). Such modifying factors must be disclosed |

| | |
|---|---|
| "Mineral Resource(s)" | a concentration or occurrence of material of economic interest in or on the earth's crust in such a form, quality, and quantity that there are reasonable and realistic prospects for eventual economic extraction. The location, quantity, grade, continuity and other geological characteristics of a Mineral Resource are known, or estimated from specific geological evidence, sampling and knowledge interpreted from an appropriately constrained and portrayed geological model |
| "Probable Reserve" | the economically mineable material derived from a Measured Mineral Resource or Indicated Mineral Resource or both. It is estimated with a lower level of confidence than a Proved Reserve. It includes diluting and contaminating materials and allows for losses that are expected to occur when the material is mined. Appropriate assessments to a minimum of a pre-feasibility study for a project or a LOM plan for an operation must have been completed, including consideration of, and modification by, realistically assumed mining, metallurgical, economic, marketing, legal, environmental, social and governmental factors (the modifying factors). Such modifying factors must be disclosed |
| "Proved Reserve" | the economically mineable material derived from a Measured Mineral Resource. It is estimated with a high level of confidence. It includes diluting and contaminating materials and allows for losses that are expected to occur when the material is mined. Appropriate assessments to a minimum of a pre-feasibility study for a project or a LOM plan for an operation must have been completed, including consideration of, and modification by, realistically assumed mining, metallurgical, economic, marketing, legal, environmental, social and governmental factors (the modifying factors). Such modifying factors must be disclosed |
| "RoM" | run-of-mine, being the ore that is usually produced from the mine for delivery to the process plant |
| "SMBS" | Sodium meta bi-sulphite |
| "SX-EW" | solvent extraction – electrowinning |

# EXPECTED TIMETABLE

**Set out below is the expected timetable, Shareholders should note that the timetable is subject to change**

| | |
|---|---|
| Despatch of this circular on | 30 August 2013 |
| Latest time for lodging forms of proxy for the EGM *(Note 1)* | 10:30 a.m. on 21 September 2013 |
| EGM to be held | 10:30 a.m. on 23 September 2013 |
| Announcement of results of the EGM on | 23 September 2013 |
| Expected Completion Date | as soon as practicable but no later than 30 September 2014 |
| Announcement of Completion | on the Completion Date |

*Notes:*

1. *In order to be valid, forms of proxy must be lodged with Hong Kong Registrars Limited, as soon as possible and in any event not later than 48 hours before the time appointed for holding the EGM or any adjournment thereof. Completion and return of the form of proxy to Hong Kong Registrars Limited at 17M Floor, Hopewell Centre, 183 Queen's Road East, Hong Kong for the EGM will not preclude a Shareholder from attending, and voting in person at the EGM or any adjournment thereof if he so wishes. In such event, the returned form of proxy will be deemed to have been revoked.*

2. *All references in this circular to times and dates are references to Hong Kong times and dates.*

JINCHUAN金川

# JINCHUAN GROUP INTERNATIONAL RESOURCES CO. LTD
# 金川集團國際資源有限公司

*(Incorporated in the Cayman Islands with limited liability)*
**(Stock Code: 2362)**

*Executive Directors:*
Mr. Yang Zhiqiang
*(Chairman of the Board and Chief Executive Officer)*
Mr. Zhang Sanlin
Mr. Zhang Zhong

*Non-executive Directors:*
Mr. Gao Tianpeng
Mr. Qiao Fugui
Ms. Zhou Xiaoyin

*Independent Non-executive Directors:*
Mr. Gao Dezhu
Mr. Wu Chi Keung
Mr. Yen Yuen Ho, Tony

*Registered Office:*
P.O. BOX 309
Ugland House,
Grand Cayman KY1-1104
Cayman Islands

*Head office and principal place of business in Hong Kong:*
Suite 1203B, 12/F, Tower 1
Admiralty Centre
18 Harcourt Road
Hong Kong

30 August 2013

*To the Shareholders*

Dear Sir or Madam,

## (1) VERY SUBSTANTIAL ACQUISITION AND CONNECTED TRANSACTION IN RELATION TO THE ACQUISITION OF THE ENTIRE ISSUED SHARE CAPITAL OF JIN RUI MINING INVESTMENT LIMITED AND THE SALE LOANS INVOLVING THE ISSUE OF CONSIDERATION SHARES AND PERPETUAL SUBORDINATED CONVERTIBLE SECURITIES (2) PROPOSED INCREASE IN AUTHORISED SHARE CAPITAL AND (3) SPECIFIC MANDATE TO ISSUE NEW SHARES

## INTRODUCTION

On 27 August 2013, the Board announced that the Company (as Buyer), Jintai Mining Investment Limited (as Seller) and Jinchuan HK (as Seller's guarantor) have entered into the Acquisition Agreement, pursuant to which, the Seller has agreed to sell and the Company has agreed to purchase the Sale Share, which represents the entire issued share capital of the Target Company, and the Sale Loans, at the Purchase Price of US$1,290.0 million (equivalent to approximately HK$10,062.0 million).

## THE ACQUISITION

### The Acquisition Agreement

**Date:** 27 August 2013

| | | |
|---|---|---|
| **Parties:** | Seller: | Jintai Mining Investment Limited (金泰礦業投資有限公司), a wholly-owned subsidiary of Jinchuan HK |
| | Seller's Guarantor: | Jinchuan HK |
| | Buyer: | the Company |

### Assets to be Acquired

The Sale Share, representing the entire issued share capital of the Target Company, and the Sale Loans are to be sold to the Company free and clear from all encumbrances. As at 30 June 2013, the Sale Loans amounted to approximately US$925.8 million (equivalent to approximately HK$7,221.0 million). The Target Company is an investment holding company incorporated in Mauritius and is indirectly wholly-owned by Jinchuan HK. In turn, the Target Company indirectly holds (through Newshelf) the entire issued share capital of Metorex. Metorex holds majority interest in three key operating companies within the Target Group, namely Chibuluma plc, Ruashi Mining and Kinsenda Sarl. Please refer to the section headed "Information of the Target Group" of this circular for further information.

### Purchase Price

The Purchase Price payable by the Company to the Seller pursuant to the Acquisition Agreement will be a total of US$1,290.0 million (equivalent to approximately HK$10,062.0 million). The Purchase Price has been determined with reference to the Market Valuation, and represents a slight discount to the Market Valuation, and a premium over the Listing Rules Valuation of US$1,127.3 million (equivalent to approximately HK$8,792.9 million).

The Company has commissioned SRK to prepare the Competent Person's Report and the Valuation Report (which contains the Listing Rules Valuation) that have been consolidated into a single report and will be appended to this circular. The Company has also commissioned SRK to prepare the

Market Valuation. The Market Valuation was prepared in accordance with the SAMVAL Code, using methodologies in line with international market practices. The Market Valuation seeks to evaluate the full market value of mineral interests held by the Metorex Group and accordingly, reflects the additional value associated with Inferred Mineral Resources and the exploration potential of the Metorex Group's mineral assets, which are specifically excluded from the Listing Rules Valuation as required by the Listing Rules.

The Market Valuation is based primarily on a discounted cash flow analysis on the estimated life of mine and operational parameters for the Operating Mines and Development Project, including, but not limited to, Mineral Reserves estimates, production schedules, capital and operating costs and outlook for commodity prices, with alternative valuation methodologies based on Mineral Resources multiples, derived from comparable transaction analysis and comparable company analysis which are applied to Mineral Resources not included in the discounted cash flow analysis.

The Market Valuation is a common methodology used in assessing valuation of mining operations in merger and acquisition transactions that involve companies engaged in such operations. The Market Valuation seeks to evaluate the fair market value of all mineral assets and liabilities held by the Metorex Group and accordingly, reflects the additional value associated with Inferred Mineral Resources of the Metorex Group's assets relative to the Listing Rules Valuation. The value of the Inferred Mineral Resources is determined according to the principle of substitution from data derived from market comparable transactions which have Mineral Resources with similar characteristics such as location and depth below the surface. This value is included in the Market Valuation.

According to SRK, most of the bases and assumptions applied in the preparation of the Listing Rules Valuation and the Market Valuation are the same. The major difference in the bases and assumptions applied relates to the exclusion or inclusion of the Inferred Mineral Resources in the valuation. The Inferred Mineral Resources are lateral or down-dip extensions of known orebodies, which do not have adequate drill coverage for the higher classification. Once drilled to a closer spacing, it is likely that the classification of these resources can be upgraded. In the Listing Rules Valuation, SRK has not included any consideration of Inferred Mineral Resources in determining the value of the Metorex Group. However, according to SRK, the value of the Inferred Mineral Resources that has a reasonable likelihood of being mined in the future has been included in the Market Valuation.

The Listing Rules Valuation estimates the valuation of the Metorex Group at approximately US$1,127.3 million (approximately HK$8,792.9 million). The Purchase Price represents a slight discount to the Market Valuation, and a premium over the Listing Rules Valuation.

According to the terms of the Acquisition Agreement, the Purchase Price will be satisfied in the following manner:

(1) Issuance of Consideration Shares

As to US$204.6 million (equivalent to approximately HK$1,595.9 million), through the issuance by the Company of 1,595,880,000 Consideration Shares to the Seller or its nominee(s) upon Completion at an issue price of HK$1.00 per Consideration Share which should rank *pari passu* with the then existing issued Shares of the Company.

(2) Issuance of PSCS

As to the remaining balance of the Purchase Price of US$1,085.4 million (equivalent to approximately HK$8,466.1 million), through the issuance by the Company of the PSCS convertible into 8,466,120,000 Conversion Shares to the Seller or its nominee(s) upon Completion at an initial Conversion Price of HK$1.00 per Conversion Share which, when issued, shall rank *pari passu* with the then existing issued Shares of the Company.

**Consideration Shares**

Assuming that, other than those contemplated under the Acquisition Agreement, there will be no changes in the shareholding of the Company during the period from the Latest Practicable Date to the Completion Date, the Consideration Shares represent approximately 57.93% of the existing issued share capital of the Company as at the Latest Practicable Date and approximately 36.68% of the enlarged issued share capital of the Company immediately after Completion. The issue price of the Consideration Shares of HK$1.00 per Consideration Share represents:

(i) a discount of approximately 29.08% to the price per Share as quoted on the Stock Exchange of HK$1.41 on the Latest Practicable Date;

(ii) a discount of approximately 29.08% to the price per Share as quoted on the Stock Exchange of HK$1.41 on the Last Trading Date;

(iii) a discount of approximately 28.57% to the average closing price of the Shares as quoted on the Stock Exchange for the last 30 consecutive trading days up to and including the Last Trading Date, being approximately HK$1.40 per Share;

(iv) a discount of approximately 29.58% to the average closing price of the Shares as quoted on the Stock Exchange for the last 90 consecutive trading days up to and including the Last Trading Date, being approximately HK$1.42 per Share;

(v) a discount of approximately 36.71% to the average closing price of the Shares as quoted on the Stock Exchange for the last 180 consecutive trading days up to and including the Last Trading Date, being approximately HK$1.58 per Share;

(vi) a discount of approximately 36.31% to the average closing price of the Shares as quoted on the Stock Exchange for the last one calendar year up to and including Last Trading Date, being approximately HK$1.57 per Share; and

(vii) a price to book value of 3.6 times the unaudited consolidated net asset value of the Group as at 30 June 2013 per Share of HK$0.28.

The issue price of HK$1.00 for the Consideration Shares is (i) slightly higher than the mid-point between the current market price per Share and the unaudited consolidated net asset value of the Group as at 30 June 2013 per Share; (ii) 3.6 times of the unaudited consolidated net asset value of the Group as at 30 June 2013 per Share of HK$0.28; and (iii) 1.35 times the pro forma consolidated net asset value (excluding non-controlling interests) of the Enlarged Group as at 30 June 2013 per Share of HK$0.74 (assuming Completion has taken place and on a fully-diluted basis upon the issuance of all the Consideration Shares and the Conversion Shares but before the issuance of any new Share under the Specific Mandate), and these form the basis for determining such issue price. An application will be made by the Company to the Listing Committee of the Stock Exchange for the listing of, and permission to deal in, the Consideration Shares.

**PSCS**

The following table sets out the key terms of the PSCS:

| | |
|---|---|
| Issuer | The Company |
| Aggregate principal amount of the PSCS | US$1,085.4 million (equivalent to approximately HK$8,466.1 million) |
| Status and subordination | The PSCS constitutes direct, unsecured and subordinated obligations of the Company and rank *pari passu* without any preference or priority among themselves. In the event of the winding-up of the Company, the rights and claims of the PSCS Holders shall (i) rank ahead of those persons whose claims are in respect of any class of share capital (including preference shares) of the Company; (ii) be subordinated in right of payment to the claims of all other present and future Senior Creditors of the Company and (iii) *pari passu* with each other and with claims of holders of Parity Securities |
| Issue price | 100% of principal amount of the PSCS |
| Form and denomination | The PSCS will be issued in registered form in the denomination of US$100,000 each |
| Distribution | The PSCS shall not bear any interest for the first three (3) years from the issue date but shall bear interest at 0.1% per annum thereafter payable annually in arrears on 31 December each year |

| | |
|---|---|
| Optional deferral of distributions | The Company may, at its sole discretion, elect to defer a distribution which is otherwise scheduled to be paid on a distribution payment date to the next distribution payment date by giving notice to the PSCS Holder(s). The deferred distribution will be cumulative in nature. Any deferred distributions may be further deferred provided that the Company may not, inter alia, declare or pay any dividends or distribution on any Shares or redeem or buy-back any Shares, for so long as any distributions which have been due and payable but have not yet been paid in full. All distributions and deferred distributions outstanding will become due and payable on (i) a redemption of the PSCS (ii) a conversion of the PSCS or (iii) the occurrence of an event of default under the terms of the PSCS<br><br>Each deferred distribution shall bear interest at the prevailing distribution rate and the amount of such interest shall be due and payable on the next distribution payment date (unless further deferred pursuant to the terms of the PSCS) |
| Expected issue date | Completion Date |
| Maturity date | There is no maturity date. This feature would give the Company the option to choose to pay distributions on the PSCS, force redemption of the PSCS or force conversion of the PSCS in circumstances as the Company considers appropriate or desirable according to the terms of the PSCS. In addition, the perpetual nature of the PSCS would allow the Company to account for the PSCS as equity in its financial accounts |
| Conversion period | Any time from the date of issue of the PSCS, subject to certain conditions as provided in the terms of the PSCS |
| Conversion Price | Initially HK$1.00 per Conversion Share, subject to adjustment as provided for in the terms of the PSCS |
| Restriction on conversion | The Company or a PSCS Holder may only convert such number of PSCS as would not cause the Company to contravene the minimum public float requirement under the Listing Rules following conversion |
| Fractional Shares | Fractions of Shares will not be issued on conversion and no cash adjustments will be made in respect thereof but (except in certain cases where any such cash payment equals to or is less than US$1.00) a cash payment will be made to the PSCS Holder(s) in respect of such fraction |

| | |
|---|---|
| Conversion Price adjustment | The Conversion Price will be subject to adjustment in certain events, including but not limited to, consolidation, subdivision or reclassification, capitalisation of profits or reserves, capital distribution, rights issues of Shares or options over Shares, rights issues of other securities, issues of Shares at less than the current market price, other issues of securities at less than the current market price, modification of rights of conversion and other offers to Shareholders |
| Issuer's option to force conversion | On or at any time after three (3) years after the date of issue of the PSCS, the Company may, at its sole discretion, elect to convert the PSCS in whole or in part in respect of the holding of any Holder into Shares. No such conversion may be made unless the average closing price of the Shares for the 30 consecutive trading days ending on a date which is no more than three business days immediately prior to the date upon which notice of such conversion is given, was at least 200% of the applicable Conversion Price then in effect. The Company's right to force conversion will only apply to the extent of the PSCS such that if converted, would not cause the Company to contravene the minimum public float requirement under the Listing Rules. This feature would allow the Company to choose to convert the PSCS in circumstances that the Company considers appropriate or desirable (for example, if market conditions are such that it would be in the interest of the Company if the dilution impact of the issue of the Conversion Shares would be reflected to the greatest extent as possible) and hence will no longer be required to pay distributions on those PSCS which have been forced by the Company to be converted pursuant to this provision |
| Issuer's option to force redemption | The PSCS may be redeemed at the option of the Company in whole, but not in part, at their principal amount plus distribution accrued upon the Company giving not less than five (5) business days notice to the PSCS Holder. However, a PSCS Holder has no right to require redemption of any outstanding principal amount of the PSCS |
| Voting | The PSCS Holder(s) will not be entitled to receive notice of, attend or vote at, general meetings of the Company by reason only of it being a PSCS Holder |

| | |
|---|---|
| Transferability | Subject to the terms of the PSCS, a PSCS may be transferred by delivery of a transfer form, together with the certificate issued in respect of that PSCS, to the registered office of the Company or the specified office of any registrar which the Company may appoint. Upon a transfer of the PSCS, a new certificate will be issued to the transferee. Where only part of a principal amount of the PSCS in respect of which a certificate is issued is to be transferred, a new certificate in respect of the PSCS not so transferred will be issued to the transferor. No transfer of a PSCS will be valid unless and until entered on the register of PSCS Holder(s) |
| Automatic Conversion | At any time when a PSCS Holder is not a connected person of the Company, a principal amount of PSCS which upon conversion will result in the PSCS Holder holding in aggregate under 10% of the issued share capital of the Company shall be automatically converted into Conversion Shares<br><br>The automatic conversion right is set out in the terms and conditions of the PSCS which is the governing document of the PSCS. The terms and conditions of the PSCS constitute a binding contract between the Company and the PSCS Holders and as such, the PSCS Holders are required to comply with terms and conditions of the PSCS. The Company will be responsible for administering the mechanism of the conversion. If at any time a PSCS Holder disposes of any Shares (if a PSCS Holder holds any Shares) or there is any change to the Company's issued share capital (for example, the issued share capital has been enlarged) which results in a decrease in the shareholding of such PSCS Holder, the Company will exercise its right under the terms and conditions of the PSCS to convert such remaining portion of the PSCS held by such PSCS Holder into Conversion Shares to the extent that upon conversion the total number of Shares held by such PSCS Holder in aggregate shall be under 10% of the issued share capital of the Company. For the avoidance of doubt, the automatic conversion feature will only apply to the extent of the PSCS such that if converted, would not cause the Company to contravene the minimum public float requirement under the Listing Rules<br><br>The automatic conversion feature is structured to ensure that to the extent the Conversion Shares to be held by any PSCS Holders can be recognized as free float, the Company will have the right to require such conversion. With the automatic conversion feature in place, additional Conversion Shares will be issued once the shareholding of any PSCS Holders is below 10% of the issued |

share capital of the Company. This may result in the Conversion Shares being highly concentrated in a few shareholders' hands. However, more Shares will be tradable and can potentially enhance the trading volume and diversify the equity base of the Company

Pre-emption right

Not more than 20 nor less than 15 business days prior to the PSCS Holder delivering a transfer form under the terms of the PSCS to the Company or the registrar (as the case may be) for the transfer of a PSCS, the PSCS Holder must notify the Company in writing of the PSCS Holder's intention to transfer the PSCS. Following the receipt by the Company of such notice, the Company may by no later than 15 business days after it has received such notice, elect to purchase and cancel all or some of the PSCS and at the price specified in such notice. The Directors will take into account, among other things, (i) the principal amount of PSCS to be transferred, (ii) the prevailing market price of the Shares and (iii) the prevailing Conversion Price of the PSCS in determining whether the purchase price is fair and reasonable. The Company must complete the purchase of the relevant PSCS within 15 business days of it informing the PSCS Holder that it has elected to purchase the PSCS. The periods specified for the Company to elect to purchase the relevant PSCS and to complete the purchase and cancellation of the relevant PSCS shall be extended by any period during which the Company is prohibited from doing so pursuant to the requirements of any applicable laws, rules and/or regulations (including the Listing Rules) and shall be extended by a requisite period in order for the Company to comply with any necessary requirements under any applicable laws and/or regulations (including the Listing Rules). If the Company does not elect to purchase, or fails to complete the purchase after so elected, the PSCS Holder may transfer such PSCS to the purchaser and at the purchase price specified in such notice. The exercise of the pre-emptive right to purchase the PSCS is an exempt share repurchase under the Hong Kong Code on Share Repurchases as such repurchase would be made in accordance with the terms and conditions of the PSCS being repurchased. The Company will comply with the relevant requirements under Chapter 14A of the Listing Rules upon the exercise of the pre-emptive right to purchase the PSCS, if necessary

As the PSCS are not listed or freely tradable on a securities market, it was considered to be appropriate for the Company to have a pre-emptive right over the transfer of a PSCS. The pre-emptive right would allow the Company to have an opportunity

to determine the identity of persons to whom the PSCS may be transferred and to have an opportunity to repurchase the PSCS if the Company considers that the transfer price and terms are favourable

Internal control

A PSCS Holder who wishes to convert its PSCS would have to deliver a notice to the Company specifying, *inter alia*, the beneficial owner of the Conversion Shares. The identity of the beneficial owner will be checked against the existing register of members of the Company and the disclosure of interest filings made under Part XV of the SFO to ensure that no Shareholder would become a substantial shareholder and hence a connected person of the Company by virtue of its conversion of the PSCS. A register of PSCS Holders will also be maintained to ensure that the Company is aware of the identities of the PSCS Holders from time to time

Based on the initial Conversion Price of HK$1.00 and assuming no changes in the shareholding in the Company from the Latest Practicable Date to the Completion Date other than those contemplated under the Acquisition Agreement, the Company will allot and issue 8,466,120,000 Conversion Shares credited as fully paid upon full conversion of the PSCS. The 8,466,120,000 Conversion Shares represent approximately 307.31% of the existing issued share capital of the Company as at the Latest Practicable Date, approximately 194.59% of the enlarged issued share capital of the Company immediately after Completion (assuming no conversion of the PSCS), approximately 66.05% of the enlarged issued share capital of the Company immediately after Completion (assuming full conversion of the PSCS) and approximately 50.34% of the enlarged issued share capital of the Company immediately after Completion (assuming full conversion of the PSCS) and the issue of the maximum number of new Shares under the Specific Mandate.

The initial Conversion Price of the PSCS of HK$1.00 per Conversion Share represents:

(i) a discount of approximately 29.08% to the price per Share as quoted on the Stock Exchange of HK$1.41 on the Latest Practicable Date;

(ii) a discount of approximately 29.08% to the price per Share as quoted on the Stock Exchange of HK$1.41 on the Last Trading Date;

(iii) a discount of approximately 28.57% to the average closing price of the Share as quoted on the Stock Exchange for the last 30 consecutive trading days up to and including the Last Trading Date, being approximately HK$1.40 per Share;

(iv) a discount of approximately 29.58% to the average closing price of the Share as quoted on the Stock Exchange for the last 90 consecutive trading days up to and including the Last Trading Date, being approximately HK$1.42 per Share;

(v) a discount of approximately 36.71% to the average closing price of the Share as quoted on the Stock Exchange for the last 180 consecutive trading days up to and including the Last Trading Date, being approximately HK$1.58 per Share;

(vi) a discount of approximately 36.31% to the average closing price of the Share as quoted on the Stock Exchange for the last one calendar year up to and including the Last Trading Date, being approximately HK$1.57 per Share; and

(vii) a price to book value of 3.6 times the unaudited consolidated net asset value of the Group as at 30 June 2013 per Share of HK$0.28.

The initial Conversion Price per Share of HK$1.00 for the Conversion Shares is (i) slightly higher than the mid-point between the current market price per Share and unaudited consolidated net asset value of the Group as at 30 June 2013 per Share; (ii) 3.6 times of the unaudited consolidated net asset value of the Group as at 30 June 2013 per Share of HK$0.28; and (iii) 1.35 times the pro forma consolidated net asset value (excluding non-controlling interests) of the Enlarged Group as at 30 June 2013 per Share of HK$0.74 (assuming Completion has taken place and on a fully-diluted basis upon the issuance of all the Consideration Shares and the Conversion Shares but before the issuance of any new Share under the Specific Mandate), and these form the basis for determining the initial Conversion Price. An application will be made by the Company to the Listing Committee of the Stock Exchange for the listing of, and permission to deal in, the Conversion Shares to be issued pursuant to the conversion of the PSCS. No application will be made by the Company for the listing of the PSCS on the Stock Exchange or on any other stock or securities exchange.

**Conditions Precedent**

Completion of the Acquisition is subject to the satisfaction or waiver by the Company of certain conditions precedent (except for the conditions set out in paragraph (i) to (iii), (v) and (vi) which cannot be waived (as the case may be), including:

(i) each of the Company, the Seller and Jinchuan HK having obtained all necessary internal authorisations, consents and approvals for entering into of the Acquisition Agreement and undertaking the Acquisition;

(ii) the Independent Shareholders having approved, by the passing of an ordinary resolution at a general meeting, the entering into of the Acquisition Agreement by the Company and the transaction contemplated by the Acquisition Agreement;

(iii) the Shareholders having approved, by the passing of an ordinary resolution at a general meeting, the proposed increase in the authorised share capital of the Company for the purposes of issuing the Consideration Shares and the Conversion Shares by the Company;

(iv) all necessary consents, if required, having been obtained from certain existing creditors of the Metorex Group or third parties relating to the change in control of the Metorex Group resulting from the Acquisition pursuant to the terms of their existing facility agreements or other agreements with the Metorex Group (which condition may be waived by the Company);

(v) all necessary governmental and regulatory approvals, clearance, consents or confirmations in the PRC, the DRC, Zambia and South Africa, having been obtained for the undertaking of the Acquisition;

(vi) the Company having obtained such approvals from the Stock Exchange as are required under the Listing Rules in connection with the transaction contemplated by the Acquisition Agreement, including the Listing Committee of the Stock Exchange approving the listing of, and granting permission to deal in, the Consideration Shares and the Conversion Shares;

(vii) the representations, warranties and undertakings given by the parties to the Acquisition Agreement remaining true and accurate as at the Completion Date (which condition may be waived by the Company and/or the Seller, as the case may be); and

(viii) no material adverse effect on the market value of the Sale Share or the Target Group occurs between the date of the Acquisition Agreement and the date on which all the conditions precedent set out in paragraphs (i) to (vii) above having been satisfied or waived (as the case may be) (which condition may be waived by the Company).

In the event that any of the conditions precedent above (a) has not been fulfilled or waived on or before 30 September 2014 (which could be extended by the parties by agreement in writing), or (b) becomes incapable of satisfaction or the parties agree that any of such conditions cannot be satisfied, the parties should not be bound to proceed with Completion and the Seller or the Company may terminate the Acquisition Agreement by not less than three business days' notice to the other, except for any antecedent breaches of the terms of the Acquisition Agreement. The Company may consider waiving conditions precedent (iv), (vii) and/or (viii) if any non-fulfilment of such conditions precedent is not material, could be adequately compensated by suing for damages for breach of contract, or a corresponding reduction in the Purchase Price can be agreed upon between the parties. The Company currently has no intention of waiving those conditions precedent that are waivable.

**Guarantee**

The obligations of the Seller under the Acquisition Agreement are guaranteed by Jinchuan HK.

**Completion**

Subject to the fulfilment or waiver (as the case may be) of the relevant conditions precedent above, Completion shall take place on the Completion Date.

**PROPOSED INCREASE IN AUTHORISED SHARE CAPITAL**

The authorised share capital of the Company is HK$50,000,000 comprising 5,000,000,000 Shares, of which 2,754,873,051 Shares are in issue as at the Latest Practicable Date. In connection with the Acquisition, the Board proposes to increase the authorised share capital of the Company from HK$50,000,000 to HK$200,000,000 by the creation of an additional 15,000,000,000 unissued Shares to rank *pari passu* in all respects with the existing issued Shares in the capital of the Company. The proposed

increase in authorised share capital of the Company is subject to the approval of the Shareholders by the passing of an ordinary resolution at the EGM.

## SPECIFIC MANDATE TO ISSUE NEW SHARES

### Specific Mandate and Placing(s)

The Board proposes to, subject to approval from the Shareholders at the EGM for the increase of the authorised share capital of the Company as described above, seek a Specific Mandate from the Shareholders at the EGM to issue not more than 4,000,000,000 new Shares (representing approximately 145.20% of the existing issued share capital of the Company as at the Latest Practicable Date, approximately 91.94% of the enlarged issued share capital of the Company immediately after Completion (assuming no conversion of the PSCS), approximately 31.21% of the enlarged issued share capital of the Company immediately after Completion (assuming full conversion of the PSCS), and approximately 23.79% of the enlarged issued share capital of the Company immediately after Completion (assuming full conversion of the PSCS) and the issue of the maximum number of new Shares under the Specific Mandate. The major terms of the proposed Specific Mandate are as follows:

(a) to issue not more than 4,000,000,000 new Shares;

(b) the new Shares will be issued at a discount of not more than 20% to the higher of:

(i) the closing price on the date of any relevant placing agreement or other agreement involving the proposed issue of securities under the Specific Mandate; and

(ii) the average closing price in the five trading days immediately prior to the earlier of:

(A) the date of announcement of the placing or the proposed transaction or arrangement involving the proposed issue of securities under the Specific Mandate;

(B) the date of the placing agreement or other agreement involving the proposed issue of securities under the Specific Mandate; and

(C) the date on which the placing or subscription price is fixed;

(c) at the price of no less than HK$0.74 per Share, and it represents:

(i) a discount of approximately 47.52% to the closing price of HK$1.41 per Share as quoted on the Stock Exchange on the Latest Practicable Date;

(ii) a discount of approximately 47.89% to the average closing price of approximately HK$1.42 per Share as quoted on the Stock Exchange for the last five trading days up to and including the Latest Practicable Date;

(iii) a discount of approximately 47.52% to the closing price of HK$1.41 per Share as quoted on the Stock Exchange on the Last Trading Day; and

(iv) the same as HK$0.74 per Share calculated by dividing the pro forma equity attributable to owners of the Enlarged Group of approximately HK$9,424.0 million as at 30 June 2013 by the total number of 12,816,873,051 Shares immediately after completion and assuming full conversion of the PSCS but before issuance of any new Shares under the Specific Mandate.

(d) the grant of the Specific Mandate is subject to the passing of an ordinary resolution by the Shareholders at the EGM approving such grant;

(e) the issue of the new Shares pursuant to the Specific Mandate will be conditional upon Completion; and

(f) the proposed Specific Mandate is for the period from the passing of the relevant resolutions at the EGM up to the earlier of (a) the date falling 90 days after the date of the passing of the aforesaid resolutions at the EGM; or (b) the revocation or variation of the authority given under the relevant resolution(s) at the EGM by ordinary resolution(s) of the Shareholders in a general meeting of the Company.

Subject to market conditions, the Directors may or may not exercise the proposed Specific Mandate, if granted, to issue new Shares and, where the proposed Specific Mandate is exercised, may issue less than or up to 4,000,000,000 new Shares. It is currently intended that the Specific Mandate will cover new Shares to be issued pursuant to one or more potential Placing(s) to be conducted by the Company, subject to the then prevailing market conditions.

Subject to market conditions, the Directors intend to raise gross proceeds of approximately US$400 million and apply such proceeds from the potential Placing(s) for:

(a) the deployment of funding towards the development and exploration initiatives of the Metorex Group's projects, including:

(i) approximately US$290 million to be applied towards the development of the Kinsenda Project which would be required to be spent from the time the proceeds are obtained and in stages until 2015 (approximately US$89.4 million of which represents committed costs), and these capital expenditures will be primarily used for mine development and construction of plant and infrastructure. Currently, it is intended that approximately US$70.5 million will be utilised in the remainder of 2013, approximately US$182.2 million will be utilised in 2014, and the remaining portion to be utilised in 2015;

(ii) approximately US$28.1 million to be applied towards the development of the identified projects of Chibuluma plc (namely, in respect of the Chifupu deposit) with the majority of which is to be spent from the time the proceeds are obtained and in stages until 2017, and these will be primarily used for development of site infrastructure, acquisition of mining equipment and underground mine development. Currently, it is intended that approximately US$2.5 million will be utilised in the remainder of 2013, approximately US$3.8 million will be utilised in 2014, approximately US$7.8 million will be utilised in 2015, approximately US$8.0 million will be utilised in 2016, approximately US$6.0 million will be utilised in 2017;

(iii) approximately US$15.8 million to be applied towards the feasibility studies for the Exploration Projects (approximately US$6.8 million of which represents committed costs). Currently, it is intended that approximately US$2.7 million will be utilised in the remainder of 2013, approximately US$7.1 million will be utilised in 2014 and the remaining portion to be utilised in 2015; and

(b) the remaining proceeds to be applied towards merger and acquisition activities, costs and expenses in relation to the Acquisition and the Placing(s) as well as general working capital and activities of the Enlarged Group.

The proposed uses set out in (a) above represent expenditures that have been internally planned or approved by the Metorex Group. In the event that the gross proceeds from the potential Placing(s) are less than expected, the Directors will consider to adjust the allocation of such proceeds for the above-mentioned purposes or postpone such projects, initiatives and activities. The potential Placing(s) is expected to further enhance the value of the Enlarged Group through investing in the various exploration and development projects of the Metorex Group.

Due to the nature of development of mining exploration and extraction projects, the Company considers that upfront certainty of funding for the entire capital expenditures needed to bring the Kinsenda Project to commercial production is crucial. Whilst the entire funding may not be utilised immediately, it would not be beneficial to the Enlarged Group and hence the Shareholders if only part of the funding is raised at the beginning (and hence project development commences on this basis) and there remains an uncertainty as to whether or not the remaining part of the funding could be raised. Therefore, the Company believes that raising the intended amount of funds at this stage will increase the degree of certainty to the Shareholders that the Enlarged Group will be able to fund most of the capital expenditures for developing the Kinsenda Project and reduce the risk that the development might have commenced but needs to be rescheduled, suspended or terminated because of the difficulty for the Enlarged Group to conduct follow-on fundraisings (whether by equity or debt) during the course of the development.

Prior to considering seeking Shareholders' approval on the Specific Mandate to conduct the Placing(s), the Company had considered whether it would be more desirable or feasible to conduct a rights issue to raise all or part of the amount proposed to be raised under the Specific Mandate to allow Shareholders to reduce or avoid dilution of their existing shareholding in the Company. However, in the present circumstances, the Company considers the Placing(s) to be a more effective method compared with a rights issue for achieving the desired results for the Enlarged Group for the following reasons:

(i) the Placing allows the Company to expand the shareholder base of the Company by issuing Shares to investors who are interested in making an investment in a company that will be principally engaged in the mining industry and who understand and recognise the value and potential of the Target Group and its mineral assets which would in turn support a re-rating of the Shares and increase the overall liquidity of the Shares. For example, the Company may direct part of the Placing(s) to strategic or institutional investors who may take a longer term interest when investing in the Company;

(ii) the Placing represents a more efficient method of fundraising in terms of time and cost as compared to a rights issue. Placings are typically conducted within a shorter time frame and underwriting commissions payable for placings are generally lower than rights issues;

(iii) in order for the Company to raise gross proceeds of US$400 million, a rights issue will have to be conducted at a high ratio basis. Shareholders will have to pay a significant amount upfront to subscribe for entitlements (in such number which may be equal to or exceed their existing shareholding). In addition, a large number of nil-paid rights will be issued to Shareholders, which, if not well received by Shareholders and are disposed of in the market, may result in downward pressure on the market trading price of the Shares (including the nil-paid rights) and may threaten the success of the rights issue exercise; and

(iv) in view of the proposed size of the Placing(s), if the same amount were to be raised from conducting a rights issue, the Company would need to engage a number of parties to act as underwriters in the rights issue so that the rights issue could be conducted on a fully underwritten basis. Considering the recent market volatility, the Company considers it would be very difficult to secure sufficient number of underwriters to fully underwrite a rights issue of this size. The risk of an underwriter is very different from the risk of a placee in a Placing, as the underwriter would have committed to take up the rights shares from the beginning and would need to underwrite and take up the rights shares even though the subscription price per rights share may be higher than the market price (as the timetable for a rights issue is usually relatively long, the underwriters are exposed to the risk of market price trading below the subscription price per rights share). On the other hand, a placee in a Placing does not need to commit to subscribe for the new shares in a Placing until it is satisfied that the placing price per new share would achieve its commercial intention and it would not be bound to subscribe for the new shares if the subscription price per share is at or higher that the market price (as the timetable for conducting a Placing is relatively short, the risk exposure to a placee is very different from the risk exposure to an underwriter in a rights issue).

The Directors, having taken into account that (i) the proceeds raised from the issuance of new Shares under the Specific Mandate is intended to be applied towards, among others, the development and exploration initiatives of the Enlarged Group's projects and is not paid to the Seller; (ii) the unaudited consolidated net asset value of the Group as at 30 June 2013 per Share will increase by almost threefold from HK$0.28 per Share to HK$0.74 per Share calculated by dividing the pro forma equity attributable to owners of the Enlarged Group of approximately HK$9,424.0 million as at 30 June 2013 by the total number of 12,816,873,051 Shares immediately after Completion and assuming full conversion of the PSCS but before issuance of any new shares under the Specific Mandate; and (iii) the overall gearing of the Group will be reduced as a result of the enlarged capital base of the Company, consider that the dilution effects on the shareholding interests of the Shareholders as a result of the issuance of the maximum number of Shares under the Specific Mandate to be fair and reasonable and in the interest of the Company and the Shareholders as a whole.

The potential Placing(s), if executed, will enlarge the shareholder and capital bases of the Company and strengthen the financial position of the Enlarged Group. Having regard to the Acquisition and the potential Placing(s), Jinchuan Group (through Jinchuan HK) is committed to remain as the controlling shareholder of the Company and to hold more than 50% of the issued share capital of the Company.

When the Placing(s) occurs, an application will be made by the Company to the Listing Committee of the Stock Exchange for the listing of, and permission to deal in, the new Shares to be issued and placed pursuant to the potential Placing(s) under the Specific Mandate. In order to facilitate the undertaking of the Placing(s), the Company may conduct the Placing(s) through top-up placing(s) with the assistance of Jinchuan HK and/or the Seller (or their respective nominee(s)).

**Sufficiency of public float**

The Company intends to maintain the listing status of the Shares on the Stock Exchange and the 25% minimum public float requirement upon the issue of new Shares pursuant to Placing(s) conducted under the Specific Mandate, as well as to honour the terms of the PSCS so that the Seller could convert the PSCS during the period in which the PSCS may be converted into Conversion Shares.

Accordingly, if the Seller intends to convert the PSCS and obtain the Conversion Shares immediately upon the issue of new Shares by the Company pursuant to a Placing, the Company will procure that (1) as a condition precedent to the completion of such Placing, the delivery of a conversion notice with the requisite information by the Seller (or its nominee(s)) to the Company; and (2) the issue of the Conversion Shares by the Company to the Seller (or its nominee(s)) will complete simultaneously at the same time as the issue of new Shares to the placees pursuant to such Placing, provided always that the conversion of such number of PSCS would not result in the Company's failure to satisfy the minimum public float requirement immediately after the issue of the requisite number of Conversion Shares and the new Shares pursuant to such Placing. The Company will procure that similar arrangements will be incorporated into the placing agreement for a particular Placing if it were to be conducted by way of a top-up placing with the assistance of Jinchuan HK and/or the Seller (or their respective nominee(s)).

**INFORMATION ON THE TARGET GROUP**

The Target Company is an investment holding company incorporated in Mauritius on 30 November 2011 and is indirectly wholly-owned by Jinchuan HK. In turn, the Target Company, through Newshelf, holds the entire issued share capital of Metorex. Metorex is an established mid-tier mining company and focuses on the base metal mining industry, primarily copper and cobalt production.

Jinchuan Group acquired Metorex through the making of a public takeover offer in July 2011 with a total offer price of ZAR9,110.3 million (which was equivalent to approximately US$1.36 billion at the then exchange rate between ZAR and US$) and the takeover and privatisation were completed on 16 January 2012 upon which Jinchuan Group acquired the entire issued share capital of Metorex through a number of intermediary investment holding companies which include the Seller, the Target Company and Newshelf. It is expected that, notwithstanding the Acquisition by the Company, Jinchuan Group will remain to be the indirect majority shareholder of Metorex through its indirect majority shareholding in the Company. Prior to the acquisition by Jinchuan Group, Metorex was listed on the Johannesburg Stock Exchange. Metorex was delisted from the Johannesburg Stock Exchange on 17 January 2012 as a result of Jinchuan Group's takeover and privatisation of Metorex.

The actual purchase price (excluding financing and transaction costs) paid by Jinchuan Group in January 2012 for the acquisition of Metorex upon completion of the takeover amounted to US$1.27 billion, at the then exchange rate between ZAR and US$. Upon the completion of such acquisition, the Target Company came to hold the entire issued share capital of Metorex through Newshelf and Metorex became an indirect wholly-owned subsidiary of Jinchuan Group. The acquisition of Metorex represents a landmark step of Jinchuan Group to extend its global footprint to the African continent. Since such acquisition, Metorex has become an important platform for Jinchuan Group to implement its mineral resource strategy in Africa.

A current simplified corporate structure of the Target Group showing the key companies and mineral assets within the Target Group is set out below:




*Note: The minister responsible for finance holds one special share of Chibuluma plc on behalf of the Government of Zambia.*

## MINERAL ASSETS OF THE METOREX GROUP

Metorex is an established mid-tier mining company and focuses on base metals mining, primarily copper and cobalt. The Metorex Group currently operates two Operating Mines and holds a portfolio of highly attractive development and advanced stage exploration projects. All the projects of the Metorex Group are located in the DRC and Zambia, which are within the Central African copperbelt. The Central African copperbelt which extends from north eastern Angola through southern DRC and into Zambia, is one of the richest sources of copper and cobalt in the world containing over a tenth of the world's copper mineral reserves and a third of the world's cobalt mineral reserves. The grades of the copper deposits found in this area are generally in the range of 1.0% to 4.0% and grades of 7.0% to 8.0% have been recorded in some instances, which are significantly higher than the typical grade of world deposits in the range of 0.2% to 2%, according to British Geological Survey. It is second only to the Chilean Porphyry belt in terms of copper endowment. The main cities of the copperbelt are Kitwe, Ndola, Mufulira, Luanshya, Chingola, Chililabombwe, Lubumbashi and Kolwezi.

The Metorex Group operates and holds the mining rights to some of the highest grade copper projects in the world. Mineral Resources at the Chibuluma South Mine and the Ruashi Mine have average grades at 3.58% copper and 2.18% copper, respectively. The Kinsenda Project is one of the world's highest grade copper deposits, with Mineral Resources grade averaging 5.51% copper. In addition, the two advanced stage exploration projects, the Lubembe Project and the Musonoi Est Project, also benefit from relatively high grade Mineral Resources with average copper grades ranging between 1.96% and 2.76%.

As at 30 June 2013, the Metorex Group has SAMREC-compliant total Mineral Reserves of approximately 744 kt of contained copper metal (22.5 Mt at 3.30% Cu) and 59 kt of contained cobalt metal (22.5 Mt at 0.26% Co) and Mineral Resources (inclusive of Mineral Reserves) of approximately 4,736 kt of contained copper metal (182.3 Mt at 2.04% Cu) and 389 kt of contained cobalt metal (182.3 Mt at 0.21% Co).

The following map illustrates the location of Metorex Group's key projects:




*Source: Competent Person's Report (figure 1.1)*

The key assets of Metorex are summarised in the table below:

| Operating Mines/ Development Project/ Exploration Projects | Effective Interest held by Metorex | Location | Status | Minerals |
|---|---|---|---|---|
| Ruashi Mine | 75% | DRC | operating | copper/cobalt |
| Chibuluma South Mine (including Chifupu deposit) | 85% | Zambia | operating (Chibuluma South Mine)/exploration project (Chifupu deposit) | copper |
| Kinsenda Project | 77% | DRC | development project | copper |
| Lubembe Project | 77% | DRC | exploration project | copper |
| Musonoi Est Project | 75% | DRC | exploration project | copper/cobalt |

*Source: Competent Person's Report*

The Mineral Resources and Mineral Reserves of Metorex as at 30 June 2013 are set out in the tables below:

**Summary of Metorex Mineral Resources***(Note)*

| Mineral Resources(1) | Tonnage (Mt) | Grade(2) (% Cu) | (% Co) | Contained Metals (kt Cu) | (kt Co) |
|---|---|---|---|---|---|
| **Ruashi Mine (oxide and sulphide)** | | | | | |
| – Measured | 0.7 | 4.71 | 0.26 | 34.7 | 1.9 |
| – Indicated | 18.6 | 2.15 | 0.38 | 400.0 | 70.2 |
| – Inferred | 14.0 | 2.08 | 0.21 | 290.4 | 29.4 |
| – Total Ruashi Mine | 33.3 | 2.18 | 0.30 | 725.0 | 101.4 |
| **Chibuluma** | | | | | |
| **Chibuluma South Mine** | | | | | |
| – Measured | 1.6 | 3.99 | – | 63.8 | – |
| – Indicated | 1.2 | 4.34 | – | 52.0 | – |
| – Inferred | 0.7 | 4.55 | – | 31.9 | – |
| – Total Chibuluma South Mine | 3.5 | 4.22 | – | 147.7 | – |
| **Chifupu deposit** | | | | | |
| – Measured | – | – | – | – | – |
| – Indicated | 1.3 | 2.68 | – | 34.8 | – |
| – Inferred | 0.9 | 2.41 | – | 21.7 | – |
| – Total Chifupu deposit | 2.2 | 2.57 | – | 56.5 | – |
| – Total Chibuluma South Mine (including Chifupu deposit) | 5.7 | 3.58 | – | 204.2 | – |
| **Kinsenda Project (Development Project)** | | | | | |
| – Measured | 0.0 | 0.00 | – | 0.0 | – |
| – Indicated | 13.5 | 5.25 | – | 711.1 | – |
| – Inferred | 7.5 | 5.96 | – | 445.6 | – |
| – Total Kinsenda Project | 21.0 | 5.51 | – | 1,156.6 | – |
| **Musonoi Est Project (Exploration Project)** | | | | | |
| – Measured | 13.0 | 3.27 | 0.92 | 424.4 | 118.9 |
| – Indicated | 13.9 | 2.36 | 0.92 | 328.2 | 127.2 |
| – Inferred | 4.8 | 2.52 | 0.87 | 120.6 | 41.4 |
| – Total Musonoi Est Project | 31.7 | 2.76 | 0.91 | 873.2 | 287.6 |
| **Lubembe Project (Exploration Project)** | | | | | |
| – Measured | – | – | – | – | – |
| – Indicated | 54.0 | 1.88 | – | 1,015.8 | – |
| – Inferred | 36.6 | 2.08 | – | 761.4 | – |
| – Total Lubembe Project | 90.6 | 1.96 | – | 1,777.2 | – |
| **Metorex's Resources** | | | | | |
| – Measured | 15.3 | 3.41 | 0.79 | 522.9 | 120.8 |
| – Indicated | 102.5 | 1.49 | 0.19 | 2,541.9 | 197.4 |
| – Inferred | 64.5 | 2.59 | 0.11 | 1,671.5 | 70.8 |
| **– Total Resources** | **182.3** | **2.04** | **0.21** | **4,736.4** | **388.9** |

*Source: Competent Person's Report*

*Notes:*

*(1) The figures do not imply precision and may not total due to rounding. Mineral Resources for the various operations and projects have been compiled in compliance with SAMREC Code. Mineral Resources are quoted inclusive of Mineral Reserves.*

*(2) The grade for the Chibuluma South Mine, the Chifupu deposit and the Lubembe Project is TCu grade.*

**Summary of Metorex Mineral Reserves***(Note)*

| Mineral Reserves(1) | Tonnage (Mt) | Grade(2) (% Cu) | (% Co) | Contained Metals (kt Cu) | (kt Co) |
|---|---|---|---|---|---|
| **Ruashi Mine (oxide)** | | | | | |
| – Proved Reserves | 0.3 | 6.12 | 0.26 | 19.7 | 0.8 |
| – Probable Reserves | 12.7 | 2.59 | 0.46 | 329.7 | 58.5 |
| – Total Ruashi Mine | 13.1 | 2.68 | 0.45 | 349.4 | 59.3 |
| **Chibuluma South Mine** | | | | | |
| – Proved Reserves | 1.4 | 3.06 | – | 43.6 | – |
| – Probable Reserves | 0.9 | 3.95 | – | 35.4 | – |
| – Total Chibuluma South Mine | 2.3 | 3.41 | – | 79.0 | – |
| **Chifupu deposit** | | | | | |
| – Proved Reserves | – | – | – | – | – |
| – Probable Reserves | 1.1 | 2.12 | – | 22.4 | – |
| – Total Chifupu deposit | 1.1 | 2.12 | – | 22.4 | – |
| – Total Chibuluma South Mine (including Chifupu deposit) | 3.4 | 3.01 | – | 101.4 | – |
| **Kinsenda Project (Development Project)** | | | | | |
| – Proved Reserves | – | – | – | – | – |
| – Probable Reserves | 6.1 | 4.80 | – | 293.1 | – |
| – Total Kinsenda Project | 6.1 | 4.80 | – | 293.1 | – |
| **Metorex's Reserves** | | | | | |
| – Proved Reserves | 1.7 | 3.63 | 0.05 | 63.4 | 0.8 |
| – Probable Reserves | 20.8 | 3.27 | 0.28 | 680.6 | 58.5 |
| **– Total Reserves** | **22.5** | **3.30** | **0.26** | **743.9** | **59.3** |

*Source: Competent Person's Report*

*Notes:*

*(1) The figures do not imply precision and may not total due to rounding. Mineral Reserves for the various operations and projects have been compiled in compliance with SAMREC Code. No Mineral Reserve has as yet been declared for the Lubembe Project and the Musonoi Est Project.*

*(2) The grade for the Chibuluma South Mine and the Chifupu deposit is TCu grade.*

The production volumes of the Operating Mines for the 18 months ended 31 December 2010, the year ended 31 December 2011, the year ended 31 December 2012 and the six months ended 30 June 2013 are set out in the table below:

**Summary of Metorex Production Volume (Contained Metals)**

| Operating Mines | 18 months ended 31 December 2010 | | Year ended 31 December 2011 | | Year ended 31 December 2012 | | Six months ended 30 June 2013 | |
|---|---|---|---|---|---|---|---|---|
| | Copper (t) | Cobalt (t) | Copper (t) | Cobalt (t) | Copper (t) | Cobalt (t) | Copper (t) | Cobalt (t) |
| Ruashi Mine | 42,998 | 5,058 | 34,534 | 3,678 | 26,976 | 3,035 | 16,092 | 1,462 |
| Chibuluma South Mine | 26,148 | – | 17,533 | – | 17,906 | – | 8,279 | – |
| **Total Production Volume***(Note)* | **69,146** | **5,058** | **52,067** | **3,678** | **44,882** | **3,035** | **24,371** | **1,462** |

Note: *The total production volume does not include the copper and cobalt produced by Sable Zinc Kabwe Limited, which was sold by the Metorex Group to independent third parties in 2010 and 2011.*

## Operating Mines

(a) The Ruashi Mine. Metorex indirectly owns a 75% interest in Ruashi Mining which owns the Ruashi Mine, a copper and cobalt mine located in the DRC. The Ruashi Mine comprises three open pits and a modern leach SX-EW processing plant. The remaining 25% interest in Ruashi Mining is held by Gécamines, a state-owned mining company in the DRC.

(i) Location: the Ruashi Mine is an open pit copper and cobalt mine located near Lubumbashi, the capital city of the Katanga province of the DRC.

(ii) Products: copper cathode and cobalt hydroxide.

(iii) The exploitation permits of PE578 and PE11751 in respect of Ruashi Mine are owned by Ruashi Mining. Ruashi Mine currently has a remaining mine life of approximately ten years based on its Mineral Reserves. Currently, the sulphide ores at the Ruashi Mine are not mined and processed, which if undertaken could extend the life of the Ruashi Mine. Metorex has been involved in the Ruashi Mine since 2004 and has developed the project in two phases. Open-pit mining operations at the Ruashi Mine commenced in October 2007. Ruashi Mine is an open cast mining operation and the deposit is mined by conventional open-pit mining methods using truck and excavator combinations. It has an annual production capacity of approximately 38.5 kt of copper and 5 kt of cobalt. Ruashi Mining sells its copper cathode produced by the Ruashi Mine under off-take agreements entered into with its customers. Ruashi Mining sources its customers through a tender process conducted annually for its copper cathode products. As at the Latest Practicable Date, Ruashi Mining sells its copper cathode products to Glencore International AG and MRI. All of the annual production of cobalt carbonate and/or cobalt hydroxide produced at the Ruashi Mine is sold to Jinchuan Group and/or its affiliates pursuant to an off-take agreement.

(iv) For the financial year ended 31 December 2012, production from the Ruashi Mine amounted to 26,976 t of copper and 3,035 t of cobalt.

(v) For the six months ended 30 June 2013, production from the Ruashi Mine amounted to 16,092 t of copper and 1,462 t of cobalt.

(vi) As at 30 June 2013, 1,187 employees and 1,408 casual and contract workers were engaged in the operation of the Ruashi Mine.

(b) The Chibuluma South Mine. Metorex directly owns an 85% interest in Chibuluma plc, which owns the Chibuluma South Mine, a copper mine located in Zambia. The remaining 15% interest in Chibuluma plc is held by ZCCM.

(i) Location: Chibuluma South Mine is an underground mine located 13 km from the town of Kalulushi, which is approximately 12 km west of Kitwe, one of the metropolitan and industrial centres of Zambia and is approximately 300 km north of Lusaka, the capital city of Zambia.

(ii) Products: copper concentrate.

(iii) The mining licences 7064-HQ-LML and 7065-HQ-LML are owned by Chibuluma plc. The Chibuluma South Mine is the main operating asset of Chibuluma plc and is an underground mechanised mine capable of treating up to 50 ktpm of run of mine ore. The Chibuluma South Mine and processing facility has an annual production capacity of approximately 19 kt of copper in concentrate. The Chifupu deposit, located approximately 1.7 km southwest of the Chibuluma South Mine, forms part of the mining licences. Chibuluma plc is planning on mining the Chifupu deposit simultaneously with the Chibuluma South Mine going forward. The Mineral Reserves of the Chibuluma South Mine and the Chifupu deposit as at 30 June 2013 support mining operations up to 2019. The concentrator which was commissioned in 2000 is currently treating ore from the Chibuluma South Mine and Chibuluma plc plans to blend ore from the Chibuluma South Mine with ore from the Chifupu deposit in the future. All of the Chibuluma South Mine's copper concentrate product is sold to CCS, a company which is a subsidiary of China Non-ferrous Mining Corporation Limited, pursuant to the off-take agreements. CCS operates a copper smelter that processes copper concentrate into copper blisters. The production of Chibuluma plc is currently transported approximately 50 km by road to CCS. On 9 January 2013, Chibuluma plc was awarded a large scale prospecting licence in respect of Chibuluma Central for two years until 8 January 2015. An exploration budget has been included in Chibuluma plc's budget for 2013 in respect of work for Chibuluma Central.

(iv) For the financial year ended 31 December 2012, production from the Chibuluma South Mine amounted to 17,906 t of copper in concentrate.

(v) For the six months ended 30 June 2013, production from the Chibuluma South Mine amounted to 8,279 t of copper in concentrate.

(vi) As at 30 June 2013, 577 employees and 169 casual and contract workers were engaged in the operation of the Chibuluma South Mine.

**Development Project**

The Kinsenda Project is held by Kinsenda Sarl, previously known as Minière de Musoshi et Kinsenda Sarl, in which a 4.85% interest is directly held by Metorex and a 72.15% interest is held indirectly by Metorex through Copper Resources. The remaining 23% interest in Kinsenda Sarl is held by Sodimico.

The Kinsenda Project is a brownfields underground mining project, located 5 km from the border of Zambia, in southern Katanga Province of the DRC. Kinsenda Sarl owns the mining rights under mining licences PE101 and PE12548.

The Kinsenda Project is one of the world's highest grade copper deposits, with an average Mineral Resources grade at 5.51% copper. A feasibility study was completed by Metorex in the first half of 2013 which determined the viability of the Kinsenda Project. The ore reserves of the Kinsenda Project are planned to be extracted in two phases. Phase 1 will involve extraction of the high grade copper sulphides/oxides which is estimated to last for a period of ten years. Phase 2 which will involve extraction of the lower grade copper sulphides/oxides, if determined to be economically feasible and undertaken, will allow the life of mine of the Kinsenda Project to be further extended beyond ten year period. The Kinsenda Project is expected to produce, on average, approximately 24 ktpa of copper in concentrate.

The board of Metorex approved the development of the Kinsenda Project in April 2013 and the development has commenced since April 2013 with first production expected during the first quarter of 2015.

**Exploration Projects**

(a) The Lubembe Project

The Lubembe Project is also held by Kinsenda Sarl. The Lubembe Project is a greenfields site located in the DRC, a further 25 km south-east of the Kinsenda Project and within a 50 km radius of Kasumbalesa. Kinsenda Sarl holds mining licence PE330 for the exploitation of the Lubembe Project.

The Lubembe Project is an advanced stage exploration project. An infill drilling programme on the Lubembe deposit was funded by Metorex and commenced in June 2008 to verify old data and improve the resource confidence. A number of mining options were considered in the mining scoping study completed in 2011, with options including open pit, longitudinal and transverse sub-level caving, block caving and open stoping. Conceptually, the Lubembe Mineral Resources of 90.6 Mt at an average 1.96% TCu copper grade, is likely to be mined using large-scale open-pit mining methods. At a planned ore production rate of 3.6 Mtpa, the operation is expected to have a 20-year life of mine. No Mineral Reserve has as yet been declared for the Lubembe Project.

A pre-feasibility study commenced in mid 2012 to determine the optimal processing option, to carry out detailed metallurgical testing and to commence baseline environmental fieldwork in the areas identified for waste rock dumping and tailings storage. The results of the pre-feasibility study recommended that two possible ore processing methods be taken

through to definitive feasibility study level. Kinsenda Sarl is currently undertaking the work required to advance the Lubembe Project to a feasibility study level of confidence and has already spent US$4.0 million on exploration at the Lubembe Project. The budget for the compilation of the feasibility study is a further amount US$9.0 million, split into US$3.0 million and US$6.0 million to be spent in 2014 and 2015 respectively.

(b) The Musonoi Est Project

The Musonoi Est Project is located in the DRC, on the outskirts of the mining town of Kolwezi. The project area covers the Dilala Syncline which has been extensively drilled by Metorex since 2006. The Musonoi Est Project is located within the area for which mining licence PE13083 has been issued and which is held by Ruashi Mining.

During 2010, Metorex completed a pre-feasibility study to evaluate the economic viability of developing an underground mine at the Musonoi Est Project with mineral processing to recover copper and cobalt in concentrate via a differential flotation plant. Metorex has indicated that the copper concentrate produced at the Musonoi Est Project could be transported to the Ruashi Mine for treatment. The pre-feasibility study recommended the optimal extraction rate for the mine as 70 ktpm RoM, which would support ten years of mining operations. Metorex has appointed an independent third party to complete a definitive feasibility study in respect of the Musonoi Est Project which is presently underway. The Musonoi Est Project Mineral Resources is likely to be mined using the long hole open stoping and sub-level open stoping methods. The budget for the compilation of the feasibility study is US$6.8 million, split into US$2.7 million to be spent in the remainder of 2013 and US$4.1 million to be spent in 2014. A total of US$1.8 million had already been spent in 2012 and the first half of 2013. No Mineral Reserve has as yet been declared for the Musonoi Est Project.

**Financial Information of the Metorex Group and the Target Group**

According to the audited consolidated financial statements of the Metorex Group for the years ended 31 December 2011 and 31 December 2012, and the six months ended 30 June 2013, respectively prepared in accordance with IFRS, the consolidated net asset value of the Metorex Group as at 31 December 2011 was approximately US$637.3 million (equivalent to approximately HK$4,970.9 million), as at 31 December 2012 was US$652.0 million (equivalent to approximately HK$5,085.6 million) and as at 30 June 2013 was US$644.0 million (equivalent to approximately HK$5,023.2 million).

The audited consolidated revenue, EBITDA, and net profit before and after taxation of the Metorex Group for the 18 months ended 31 December 2010 (which was a financial year comprising 18 months), the year ended 31 December 2011, the year ended 31 December 2012 and the six months ended 30 June 2013, respectively, prepared in accordance with IFRS were as follows:

| | 18 months ended 31 December 2010 *(US$'000)* | Year ended 31 December 2011[(1)] *(US$'000)* | Year ended 31 December 2012[(2)] *(US$'000)* | Six months ended 30 June 2013 *(US$'000)* |
|---|---|---|---|---|
| Revenue | 561,404 | 507,315 | 408,051 | 203,085 |
| EBITDA | 249,760 | 190,862 | 119,003 | 48,441 |
| Net profit before taxation (continuing operations) | 172,066 | 140,939 | 69,884 | 24,795 |
| Net profit after taxation (continuing operations) | 133,448 | 70,312 | 28,512 | 12,762 |

*Note:* (1) *In 2011, the Metorex Group made a one-off impairment charge of an amount of US$9.9 million relating to a change in the tax rate which it previously expected to recover from the Zambian tax authority. The Metorex Group also incurred a substantial amount of income tax expense of US$60.7 million due to the increase in corporate tax rate in Zambia from 30% to 42% and the incurrence of additional non-tax deductible expenses.*

(2) *The decrease in the total revenue of the Metorex Group in 2012 compared with 2011 was primarily due to the decrease in the volumes of copper and cobalt produced and therefore sold at the Ruashi Mine as a result of large scale power disruptions in the DRC as well as a reduction in the average price of the cobalt sold by the Metorex Group arising from a decrease in cobalt commodity prices from 2011 to 2012. This decrease has had an impact on the EBITDA, net profit before taxation and net profit after taxation figures of the Metorex Group for 2012. For further details, please refer to the "Financial Information of the Metorex Group " set out in Appendix II to this circular.*

According to the audited consolidated financial statements of the Target Group for the period ended 31 December 2011, the year ended 31 December 2012 and the six months ended 30 June 2013, respectively, prepared in accordance with IFRS, the audited consolidated net liabilities of the Target Group as at 31 December 2011 was approximately US$18,000 (equivalent to approximately HK$140,400), the audited consolidated net asset value of the Target Group as at 31 December 2012 was US$246.0 million (equivalent to approximately HK$1,918.8 million) and the audited consolidated net asset value of the Target Group as at 30 June 2013 was US$389.9 million (equivalent to approximately HK$3,041.2 million).

The audited consolidated revenue, EBITDA, and net profit before and after taxation of the Target Group for the period from 30 November 2011 (date of incorporation of the Target Company) to 31 December 2011, the year ended 31 December 2012 and the six months ended 30 June 2013, respectively, prepared in accordance with IFRS were as follows:

| | **For the period from 30 November 2011 to 31 December 2011** *(US$'000)* | **Year ended 31 December 2012** *(US$'000)* | **Six months ended 30 June 2013** *(US$'000)* |
|---|---|---|---|
| Revenue | – | 388,990 | 203,085 |
| EBITDA | (18) | 143,631 | 60,080 |
| Net profit before taxation (continuing operations) | (18) | 73,897 | 173,111 |
| Net profit after taxation (continuing operations) | (18) | 49,249 | 164,721 |

*Note: The Target Group consolidated the results of the Metorex Group since 16 January 2012.*

## REASONS FOR AND BENEFITS OF THE ACQUISITION

The Directors consider that the Acquisition is consistent with the Company's continuing strategy to strengthen its business in the mineral resources sector and, in view of the quality of the Operating Mines, the Development Project and the Exploration Projects held by the Target Group, that the Acquisition represents a rare and valuable opportunity for the Company to acquire profit generating mines as well as mining projects with immense development potential to drive future revenue and profit. The Acquisition is expected to allow the Group to transform into Jinchuan Group's flagship to undertake overseas mineral resources projects and to significantly increase the Group's business scale and shareholder value.

It is expected that the Acquisition will enhance the Group's business and performance in the following aspects:

(i) **Reposition the Company as an international upstream base metals company**

The objective of the Company is to reposition itself to become an international upstream base metals company for undertaking overseas development of mining assets. The Acquisition represents a good opportunity for the Company to operate a diversified and significant portfolio of operating and development copper and cobalt mining projects in Central Africa and is expected to contribute to the achievement of this strategic objective of the Company.

(ii) **Deliver a diversified and significant portfolio of mineral assets, operations, development projects and future growth opportunities**

Metorex is a copper focused mining company with significant copper and cobalt reserves and resources. It currently operates two copper mines and holds a portfolio of highly attractive development and advanced stage exploration projects. As at 30 June 2013, it has significant SAMREC-compliant total Mineral Reserves of approximately 744 kt of contained copper metal and 59 kt of contained cobalt metal and Mineral Resources (inclusive of Mineral Resources) of approximately 4,736 kt of contained copper metal and 389 kt of contained cobalt metal. All of Metorex's mining projects are located in the DRC and Zambia in the Central African copperbelt, which hosts some of the world's largest copper and cobalt deposits, containing over a third of the world's cobalt mineral reserves and a tenth of the world's copper mineral reserves. It is expected that the Acquisition will allow the Enlarged Group to further expand its business into the mineral resources sector and acquire a diversified portfolio of high-quality upstream base metal assets.

(iii) **Derive and deliver a substantial earnings and cash flow contribution from the Metorex Group**

Through the Acquisition, the Company expects to derive and deliver a substantial earnings and cash flow contribution from the Metorex Group. The Metorex Group produced significant quantities of base metal including 44.9 kt of copper and 3.0 kt of cobalt for the year ended 31 December 2012. Such production resulted in Metorex reporting a gross revenue of approximately US$408.1 million (equivalent to approximately HK$3,183.2 million) and profit before taxation of US$69.9 million (equivalent to approximately HK$545.2 million) and profit attributable to its owners of US$22.7 million (equivalent to approximately HK$177.1 million) for the year ended 31 December 2012. The cash and cash equivalents of Metorex at the end of the year ended 31 December 2012 amounted to approximately US$36.6 million (equivalent to approximately HK$285.5 million).

(iv) **Expand shareholder base and investors' interest in the Company to support a market re-rating**

It is expected that the Acquisition represents a unique opportunity for the investors of the Company to participate in an established mid-tier mining group uniquely positioned in the Central African base metals mining industry, supported by Jinchuan Group, one of the leading PRC state-owned enterprises with a strong international market position in the nonferrous mining, ore processing and smelting sector, as its ultimate controlling Shareholder. It is believed that the relatively few number of mining companies with a focus on upstream copper mining business and operating and profit generating mineral assets that are listed on the Stock Exchange will make the Shares appealing to both institutional and retail investors domestically and internationally, which will enhance the Enlarged Group's shareholder base and support a market re-rating for the Shares.

(v) **Benefit from a management team with in-depth mining related experience in Africa**

The existing senior management team of Metorex, which the Group intends to retain upon completion of the Acquisition, possesses a deep understanding of and rich experience in various aspects of the mining business and operations of the Metorex Group, including exploration, ore processing, smelting and sales and marketing of minerals, including copper and cobalt in Africa. In addition, many of these senior management members of Metorex have had extensive on-the-ground mining related experience in the DRC and Zambia and possess the industry knowledge, skills and contact networks to engage with local government bodies and other authorities and maintain relationship with local communities. Upon completion of the Acquisition, the senior management team of Metorex will continue to be in charge of the day-to-day management and operational decisions of the Metorex Group. It is expected that the Enlarged Group will benefit from the extensive experience of the board of directors and executive committee of Metorex with their valued insights into the base metals markets in Africa and expertise and contributions in the identification and execution of any potential future mergers and acquisitions by the Enlarged Group in Africa. The combination of the capable and experienced boards and management teams of both the Group and the Metorex Group will provide the Enlarged Group with complementary human capital and enhance its talent pools.

(vi) **Capitalise on the favourable copper and cobalt industry dynamics by establishing a presence in the upstream base metals mining sector**

According to Copper Market Forecast 2012-2013, ICSG, global refined copper consumption in 2012 was around 20.47 Mt, of which around 63% was consumed in Asia; while the global refined copper production in 2012 was approximately 20.12 Mt, of which almost half was produced in Asia, indicating a production deficit of 350 kt of refined copper in 2012, which has been the third year of supply deficit since 2010.

According to Darton Commodities Limited, the global refined cobalt consumption has seen a steady growth between 2009 and 2012, reaching approximately 73,900 t in 2012, representing a CAGR of 11.7% during the period. The recorded world refined cobalt production in 2012 was approximately 76,040 t, representing a small surplus of approximately 2,140 t of refined cobalt or approximately 2.8% of the total production in 2012. Whilst production surpluses from previous years and available but declining metal stocks in China may continue to weigh on the market during 2013, the underlying short-term market fundamentals appear to be signaling a significant improvement. This suggests that the cobalt market may see a gradual but structural price recovery over the course of the year, resulting in a higher average price range from that seen during 2012. The recovery of the global economies coupled with the increase in industrial production might have a positive impact on cobalt price in the long run.

The Acquisition presents a good opportunity for the Group to establish a presence in the upstream copper and cobalt mining sector which will in turn allow it to capitalise on the favourable copper and cobalt industry dynamics.

Whilst operating mining assets located in the DRC and Zambia may present certain challenges including political instability and limited infrastructure such as power, road transport and communication facilities, the Company considers that the quality of the assets of the Metorex Group, in particular its significant copper and cobalt reserves and resources, present attractive opportunities for the Company to derive sustainable growth of business, operations and financial performance. The Company noted that the Metorex Group has taken active steps to implement measures to stabilise the power supply in the DRC as well as to reduce the negative impact that may be brought about by limited infrastructure and other facilities. The Company considers that these positive measures, together with the retention of the existing management personnel of the Metorex Group who are familiar with the operating environment of the DRC and Zambia, will help the Enlarged Group to continue to devise and implement measures to address these challenges presented in the DRC and Zambia.

The Directors believe that the Acquisition will bring various benefits to the Company, including the benefits mentioned in the section headed "Strategies and Competitive Strengths of the Enlarged Group" in this circular, and is in conformity with the aligned interests of the Company and its Shareholders as a whole. The Directors believe that the terms of the Acquisition are fair and reasonable and in the interests of the Company and its Shareholders as a whole.

## EFFECTS OF THE ACQUISITION ON THE COMPANY

### (a) Shareholding structure

Assuming no changes in the shareholding of the Company from the Latest Practicable Date to the Completion Date, other than those contemplated under the Acquisition Agreement, the shareholding structure of the Company (a) as at the Latest Practicable Date, (b) immediately after Completion (assuming no conversion of the PSCS) and (c) immediately after Completion (assuming full conversion of the PSCS) and the issue of the maximum number of new Shares under the Special Mandate are illustrated as follows:

| | As at the Latest Practicable Date | | Immediately after Completion (assuming no conversion of the PSCS) | | Immediately after Completion (assuming full conversion of the PSCS) and the issue of the maximum number of new Shares under the Specific Mandate | |
|---|---|---|---|---|---|---|
| **Name of Shareholders** | *Number of Shares* | *% of total issued Shares* | *Number of Shares* | *% of total issued Shares* | *Number of Shares* | *% of total issued Shares* |
| Jinchuan Group | 1,667,142,857 | 60.52% | 1,667,142,857 | 38.32% | 1,667,142,857 | 9.91% |
| Seller-Consideration Shares[Note 1] | – | – | 1,595,880,000 | 36.68% | 1,595,880,000 | 9.49% |
| Seller-Conversion Shares[Note 1] | – | – | – | – | 8,466,120,000 | 50.34% |
| **Total Jinchuan Group shareholding**[Note 2] | 1,667,142,857 | 60.52% | 3,263,022,857 | 75.00% | 11,729,142,857 | 69.75% |
| Other public Shareholders | 1,087,730,194 | 39.48% | 1,087,730,194 | 25.00% | 1,087,730,194 | 6.47% |
| Placees | – | – | – | – | 4,000,000,000 | 23.79% |
| **Total Issued Shares** | **2,754,873,051** | **100%** | **4,350,753,051** | **100%** | **16,816,873,051** | **100%** |

*Notes:*

1. *The above table assumes that the Seller will directly subscribe for the Consideration Shares and hold the PSCS. The Seller may only convert such number of securities, where such conversion would not cause the Company to contravene the minimum public float requirement under the Listing Rules.*

2. *Jinchuan Group holds the entire issued share capital of Jinchuan HK. Jinchuan HK indirectly holds approximately 60.52% of the issued share capital of the Company as at the Latest Practicable Date. The Consideration Shares and the Conversion Shares are to be issued to the Seller. The Seller is a direct wholly-owned subsidiary of Jinchuan HK.*

As set out above, assuming no changes in the shareholding of the Company from the Latest Practicable Date other than those contemplated under the Acquisition Agreement, there will not be any change in control of the Company immediately after Completion as Jinchuan Group will remain to be the controlling shareholder of the Company.

**(b) Corporate Structure**

Assuming no changes in the shareholding of the Company between the Latest Practicable Date and the Completion Date, the simplified corporate structure of the Company and the Target Group (i) as at the Latest Practicable Date, and (ii) immediately after Completion are illustrated as follows:

(i) As at the Latest Practicable Date



(ii) Immediately upon Completion (assuming no conversion of the PSCS and that the Seller will hold the Consideration Shares directly)




**(c) Pro forma financial effects**

Following Completion, the Target Company will become a direct wholly-owned subsidiary of the Company and its financial information will be consolidated into the financial statements of the Company using merger accounting to account for business combinations under common control. Unaudited pro forma financial information of the Enlarged Group is included in Appendix IV to this circular.

The following tables set out, for illustrative purposes only, the key financials of the Group and the unaudited pro forma financial information of the Enlarged Group for the six months ended 30 June 2013 assuming the Acquisition had taken place on 1 January 2013 for the unaudited pro forma condensed consolidated statement of profit or loss and other comprehensive income and on 30 June 2013 for the unaudited pro forma condensed consolidated statement of financial position of the Enlarged Group, respectively, as extracted from Appendix IV to this circular:

*For the six months ended 30 June 2013:*

| | Group | Enlarged Group | % change |
|---|---|---|---|
| Revenue (HK$'000) | 1,147,451 | 2,731,514 | 138.1 |
| EBITDA (HK$'000) | 28,181 | 1,641,306 | 5,724.2 |
| Net profit attributable to owners of the Company (HK$'000) | 35,590 | 1,282,520 | 3,503.6 |
| Basic earnings per Share (HK cents) | 1.30 | 29.48 | 2,167.7 |

The net profit attributable to owners of the Company will increase significantly because the Sale Loans of ZAR9,193.4 million (equivalent to approximately US$925.8 million as at 30 June 2013) will be sold to the Company as part of the Acquisition upon Completion and the exchange gain on such loan derived by the Target Group prior to the Acquisition will be the main contributor of such increase in net profit.

*As at 30 June 2013:*

| | Group | Enlarged Group | % change |
|---|---|---|---|
| Total assets (HK$'000) | 1,666,218 | 17,002,023 | 920.4 |
| Total liabilities (HK$'000) | 899,636 | 5,985,876 | 565.4 |
| Equity attributable to owners of the Company (HK$'000) | 766,582 | 9,423,972 | 1,129.3 |
| Equity attributable to owners of the Company per share (HK cents) | 27.8 | 216.6 | 679.1 |
| Net gearing (%) | 49.59 | 11.13 | (77.6) |
| Interest coverage (times) | 3.60 | 56.50 | 1,469.4 |

*Notes:*

1. *The above should be read in conjunction with the assumptions set out in Appendix IV to this circular.*

2. *The number of Shares in the computation of the basic earnings per Share of the Enlarged Group for the six months ended 30 June 2013 above is assumed to be 4,350,753,051 Shares, being the total number of Shares immediately after Completion (before conversion of any PSCS and the issuance of any new Shares under the Specific Mandate) since they are not directly attributable to the Acquisition and are related to future events. Assuming 12,816,873,051 shares will be in issue and outstanding immediately after Completion and after conversion of all PSCS but before issuance of any new shares under the Specific Mandate, the basic earning/(loss) per Share and equity attributable to owners per Share of the Enlarged Group will be 10.01 cents and 73.53 cents, respectively.*

3. *Net gearing is defined as net debt divided by equity. Net debt is defined as total borrowings less cash and cash equivalent, net of restricted cash.*

4. *Interest coverage is defined as operating profit divided by the finance costs.*

## IMPLICATION UNDER THE LISTING RULES

As the applicable percentage ratios calculated pursuant to Rule 14.07 of the Listing Rules in respect of the Acquisition exceed 100%, the Acquisition constitutes a very substantial acquisition of the Company under the Rule 14.06(5) of the Listing Rules.

In addition, the Seller is an indirect wholly-owned subsidiary of Jinchuan Group. As at the Latest Practicable Date, Jinchuan HK indirectly owns 1,667,142,857 Shares, representing approximately 60.52% of the issued share capital of the Company. Jinchuan Group, the ultimate shareholder of Jinchuan HK, is deemed to be interested in 1,667,142,857 Shares, representing approximately 60.52% of the issued share capital of the Company. Since Jinchuan Group is the ultimate controlling Shareholder of the Company, the Seller is an associate of Jinchuan Group and is therefore a connected person of the Company under Chapter 14A of the Listing Rules. Accordingly, the Acquisition constitutes a connected transaction of the Company under Chapter 14A of the Listing Rules and is subject to the Independent Shareholders' approval requirement under Rule 14A.48 of the Listing Rules. Therefore, Jinchuan Group and its associates are required to abstain from voting on the Acquisition at the EGM.

The Directors consider that the terms of the Acquisition Agreement have been entered into on normal commercial terms, are fair and reasonable and in the interest of the Company and the Shareholders as a whole. In addition, the Directors consider that (i) the proposed increase in the authorised share capital of the Company is in the interest of the Company and the Shareholders as a whole, and (ii) the Specific Mandate is on normal commercial terms, fair and reasonable, and in the interest of the Company and the Shareholders as a whole.

Further, the Directors consider that the Purchase Price, the issue price of the Consideration Shares and the initial Conversion Price of the PSCS are fair and reasonable and in the interest of the Company and the Shareholders as a whole, taking into account, among other things, the terms and conditions of the Acquisition Agreement, the quality and potential of the mineral assets held by the Metorex Group, the Market Valuation and the Listing Rules Valuation prepared by SRK, the recent average trading price of the Shares as well as the unaudited consolidated net asset value of the Group as at 30 June 2013 per Share.

The Directors are of the view that the current trading price per Share cannot be taken as the fair market value of the Shares because there appears to be a lack of correlation between the current trading price of the Shares and the underlying business operations or financial performance of the Company when compared with the trading valuation level for comparable listed companies, and the increase in the share price since Jinchuan Group's subscription of new Shares of the Company in 2010 may have been underpinned by the expectation of corporate action to fulfill the stated intention of Jinchuan Group to deploy the Company as its flagship for undertaking overseas operations in the exploration and exploitation of mining assets and related trading. Such expectation might have had the effect of decoupling the typical relationship between share price and the Group's financial performance of its underlying business. Accordingly, the net asset value of the Company per Share was considered as the main value indicator when determining the issue price for the Consideration Shares and the initial Conversion Price for the PSCS.

As Mr. Zhang Zhong is a director of the Seller and the Target Company, Mr. Zhang Sanlin is a director of Newshelf and Mr. Gao Tianpeng and Ms. Zhou Xiaoyin are directors of Metorex, they have abstained from voting on the board resolutions approving the terms of the Acquisition Agreement and the Transactions. In addition, for good corporate governance, Mr. Yang Zhiqiang and Mr. Qiao Fugui, being a director and assistant to the general manager of Jinchuan Group respectively, had also voluntarily abstained from voting in the meeting of the Board in which the Acquisition was to be approved. However,

all of these Directors were not required to, and did not, abstain from voting on the other resolutions considered at such meeting of the Board (including those relating to the proposed increase in the authorised share capital of the Company and the Specific Mandate).

An Independent Board Committee has been established to advise the Independent Shareholders in relation to the Acquisition. None of the members of the Independent Board Committee has any material interest in the Acquisition. Investec has been appointed as the independent financial adviser to advise the Independent Board Committee and the Independent Shareholders in respect of the Acquisition. Investec has reviewed and considered, among other things, the Competent Person's Report, the Valuation Report setting out the Listing Rules Valuation, the report on the Market Valuation, and the basis and differences between the Market Valuation and the Listing Rules Valuation in concluding their advice.

## GENERAL INFORMATION

### Information of the Group

The Company's current holding company, Jinchuan HK, became the controlling shareholder of the Company since 30 November 2010 pursuant to a subscription of new shares of the Company which was announced by the Company on 24 August 2010. Jinchuan Group is the ultimate holding company of both Jinchuan HK and the Company. The current principal activities of the Group are trading of mineral and metal products. It is the Company's strategic intention to develop its business into base metals and mineral resources sector.

### Information of Jinchuan Group

Jinchuan Group, founded in 1958, is a state-owned enterprise with its majority interest held by the People's Government of Gansu Province. Jinchuan Group is a large-scale non-ferrous mining conglomerate with an international presence, specializing in mining, concentrating, metallurgy, chemical engineering and further downstream processing. With the world's third largest mine of nickel sulphides associated with cobalt sulphides, Jinchuan Group is the fourth largest nickel producer and second largest cobalt producer in the world, the largest producer of nickel, cobalt and platinum group metals in the PRC and the third largest copper producer in the PRC.

## EGM

A notice convening the EGM is set out on pages EGM – 1 to EGM – 3 in this circular. The EGM will be held at 10:30 a.m. on Monday, 23 September 2013 at Boardroom 6, Mezzanine Floor, Renaissance Harbour View Hotel Hong Kong, 1 Harbour Road, Wanchai, Hong Kong or any adjournment thereof. Ordinary resolutions will be proposed to consider and, if thought fit, approve, among other things, the Acquisition Agreement and the transaction contemplated thereunder, including, but not limited to, (i) the allotment and issue by the Company of the Consideration Shares, (ii) the issue by the Company of the PSCS, (iii) the increase in the authorised share capital of the Company from HK$50,000,000 divided into 5,000,000,000 Shares to HK$200,000,000 divided into 20,000,000,000 Shares by the creation of an additional 15,000,000,000 unissued Shares; and (iv) the grant of the Specific Mandate for the Directors to issue not more than 4,000,000,000 new Shares during the period from the passing of the relevant resolutions at the EGM up to the earlier of (a) the date falling 90 days after the date of the passing of the aforesaid resolutions at the EGM; or (b) the revocation or variation of the authority given under the relevant resolution(s) at the EGM by ordinary resolution(s) of the Shareholders in a general meeting of the Company.

A proxy form for use in the EGM is enclosed in the circular. Whether or not you propose to attend the meeting, you are requested to complete the enclosed proxy form in accordance with the instructions printed thereon and return the same to Hong Kong Registrars Limited at 17M Floor, Hopewell Centre, 183 Queen's Road East, Hong Kong as soon as possible and in any event not later than 48 hours before the time appointed for holding of the EGM or any adjournment thereof. Completion and return of the proxy form for the EGM will not preclude you from attending, and voting in person at the EGM or any adjournment thereof should you so wish.

## RECOMMENDATION

The Directors (including the independent non-executive Directors) consider that the Acquisition Agreement and the transaction contemplated thereunder, including, but not limited to, (i) the allotment and issuance by the Company of the Consideration Shares, (ii) the issuance by the Company of the PSCS, (iii) the increase in the authorised share capital of the Company from HK$50,000,000 divided into 5,000,000,000 Shares to HK$200,000,000 divided into 20,000,000,000 Shares by the creation of an additional 15,000,000,000 unissued Shares; and (iv) the grant of the Specific Mandate for the Directors to issue not more than 4,000,000,000 new Shares for the period from the passing of the relevant resolutions at the EGM up to the earlier of (a) the date falling 90 days after the date of the passing of the aforesaid resolutions at the EGM; or (b) the revocation or variation of the authority given under the relevant resolution(s) at the EGM by ordinary resolution(s) of the Shareholders in a general meeting of the Company, are fair and reasonable and in the interests of the Company and the Shareholders as a whole.

Accordingly, the Directors (including the independent non-executive Directors) recommend the Shareholders vote in favour of the proposed ordinary resolutions for approval of the Acquisition Agreement and the transaction contemplated thereunder, including, but not limited to, (i) the allotment and issuance by the Company of the Consideration Shares, (ii) the issuance by the Company of the PSCS, (iii) the increase in the authorised share capital of the Company from HK$50,000,000 divided into 5,000,000,000 Shares to HK$200,000,000 divided into 20,000,000,000 Shares by the creation of an additional 15,000,000,000 unissued Shares; and (iv) the grant of the Specific Mandate for the Directors to issue not more than 4,000,000,000 new Shares for the period from the passing of the relevant resolutions at the EGM up to the earlier of (a) the date falling 90 days after the date of the passing of the aforesaid resolutions at the EGM; or (b) the revocation or variation of the authority given under the relevant resolution(s) at the EGM by ordinary resolution(s) of the Shareholders in a general meeting of the Company.

## ADDITIONAL INFORMATION

BOCI has been appointed as the Sole Global Arranger and BOCI and Merrill Lynch have been appointed as the Joint Financial Advisers to the Company in connection with the Acquisition and related matters.

Your attention is drawn to the information set out in the appendices to this circular.

By the Order of the Board
**JINCHUAN GROUP INTERNATIONAL RESOURCES CO. LTD**
**Mr. Yang Zhiqiang**
*Chairman*

JINCHUAN 金川

# JINCHUAN GROUP INTERNATIONAL RESOURCES CO. LTD
# 金川集團國際資源有限公司

*(Incorporated in the Cayman Islands with limited liability)*

**(Stock Code: 2362)**

30 August 2013

*To the Independent Shareholders*

Dear Sir/Madam,

## (1) VERY SUBSTANTIAL ACQUISITION AND CONNECTED TRANSACTION IN RELATION TO THE ACQUISITION OF THE ENTIRE ISSUED SHARE CAPITAL OF JIN RUI MINING INVESTMENT LIMITED AND THE SALE LOANS INVOLVING THE ISSUE OF CONSIDERATION SHARES AND PERPETUAL SUBORDINATED CONVERTIBLE SECURITIES (2) PROPOSED INCREASE IN AUTHORISED SHARE CAPITAL AND (3) SPECIFIC MANDATE TO ISSUE NEW SHARES

We refer to the circular of the Company (the "**Circular**") dated 30 August 2013 of which this letter forms part. Terms defined in the Circular shall have the same meanings herein unless the context otherwise requires.

We have been appointed to establish the Independent Board Committee to give recommendations in respect of the Acquisition as referred to in the Circular. Investec has been appointed as the Independent Financial Adviser to advise the Independent Board Committee and the Independent Shareholders in this regard.

Please refer to the letter from the Board set out on pages 13 to 49 of the Circular which contains, inter alia, information in respect of the Acquisition together with the proposed increase in the authorised share capital of the Company and the grant of the Specific Mandate and the letter from the Independent Financial Adviser set out on pages 52 to 96 of the Circular which contains its advice in respect of the Acquisition.

Case 1:16-cr-00515-NGG-LB Document 93-7 Filed 05/01/20 Page 56 of 811 PageID #: 5301



Having taken into account the opinion of the Independent Financial Adviser, we consider that the Acquisition are on normal commercial terms and are fair and reasonable and that the Acquisition are in the interests of the Company and the Shareholders as a whole. Accordingly, we recommend the Independent Shareholders to vote in favour of the ordinary resolution to be proposed at the EGM to approve the Acquisition.

Yours faithfully,
For and on behalf of
the Independent Board Committee
**JINCHUAN GROUP INTERNATIONAL RESOURCES CO. LTD**
**Mr. Gao Dezhu, Mr. Wu Chi Keung and Mr. Yen Yuen Ho, Tony**
*Independent non-executive Directors*

*The following is the text of the letter of advice from Investec to the Independent Board Committee and the Independent Shareholders in relation to the Acquisition Agreement and the transactions contemplated under the Acquisition Agreement prepared for the purpose of incorporation in this circular.*

Investec

Investec Capital Asia Limited
3609, 36/F, Two International Finance Centre
8 Finance Street, Central, Hong Kong
香港中環金融街8號國際金融中心二期36樓3609室
Tel/電話: (852) 3187 5000
Fax/傳真: (852) 2501 0171
www.investec.com

30 August 2013

*To: The Independent Board Committee and*
*the Independent Shareholders of*
*Jinchuan Group International Resources Co. Ltd*

Dear Sirs/Madams,

## VERY SUBSTANTIAL ACQUISITION AND CONNECTED TRANSACTION IN RELATION TO THE ACQUISITION OF THE ENTIRE ISSUED SHARE CAPITAL OF JIN RUI MINING INVESTMENT LIMITED AND THE SALE LOANS INVOLVING THE ISSUE OF CONSIDERATION SHARES AND PERPETUAL SUBORDINATED CONVERTIBLE SECURITIES

### I. INTRODUCTION

We refer to our appointment as the independent financial adviser to advise the Independent Board Committee and the Independent Shareholders with regard to the Acquisition Agreement and the transactions contemplated under the Acquisition Agreement. Details of the Acquisition Agreement are contained in the letter from the Board (the "**Letter from the Board**") of the circular to the Shareholders dated 30 August 2013 (the "**Circular**"), of which this letter forms part. Unless otherwise stated, terms defined in the Circular have the same meanings in this letter.

On 27 August 2013, the Company (as Buyer) entered into the Acquisition Agreement with Jintai Mining Investment (as Seller) and Jinchuan HK (as Seller's guarantor), pursuant to which, the Seller has agreed to sell and the Company has agreed to purchase the Sale Share, representing the entire issued share capital of the Target Company, and Sale Loans at the Purchase Price of US$1,290.0 million (equivalent to approximately HK$10,062.0 million). The Purchase Price will be satisfied as to (i) US$204.6 million (equivalent to approximately HK$1,595.9 million) through the issuance of the Consideration Shares; and (ii) US$1,085.4 million (equivalent to approximately HK$8,466.1 million) through the issuance of the PSCS at an initial Conversion Price of HK$1.00 per Conversion Share, by the Company to the Seller and/or its nominee(s) upon Completion.

As part of the terms of the Acquisition, the Board proposes to increase the authorised share capital of the Company from HK$50,000,000 to HK$200,000,000 by the creation of an additional 15,000,000,000 unissued Shares to rank *pari passu* in all respects with the existing issued Shares.

In addition, the Board proposes to seek a Specific Mandate from the Shareholders at the EGM to issue not more than 4,000,000,000 new Shares, subject to approval from Shareholders at the EGM for the increase of the authorised share capital of the Company as described above.

As the applicable percentage ratios calculated pursuant to Rule 14.07 of the Listing Rules in respect of the Acquisition exceed 100%, the Acquisition constitutes a very substantial acquisition for the Company under the Rule 14.06(5) of the Listing Rules.

The Seller is an indirect wholly-owned subsidiary of Jinchuan Group. As at the Latest Practicable Date, Jinchuan HK owns 1,667,142,857 Shares, representing approximately 60.52% of the issued share capital of the Company. Jinchuan Group, the ultimate shareholder of Jinchuan HK, is deemed to be interested in 1,667,142,857 Shares, representing approximately 60.52% of the issued share capital of the Company. Since Jinchuan Group is the ultimate controlling Shareholder, the Seller is an associate of Jinchuan Group and is therefore a connected person of the Company under Chapter 14A of the Listing Rules.

Accordingly, the Acquisition also constitutes a connected transaction of the Company under Chapter 14A of the Listing Rules and is subject to the Independent Shareholders' approval requirement under Rule 14A.48 of the Listing Rules.

The Board consists of three executive Directors, namely Mr. Yang Zhiqiang, Mr. Zhang Sanlin and Mr. Zhang Zhong, three non-executive Directors, namely, Mr. Gao Tianpeng, Mr. Qiao Fugui and Ms. Zhou Xiaoyin, and three independent non-executive Directors, namely Mr. Gao Dezhu, Mr. Wu Chi Keung, and Mr. Yen Yuen Ho, Tony.

The Independent Board Committee comprising all of the independent non-executive Directors, namely, Mr. Gao Dezhu, Mr. Wu Chi Keung and Mr. Yen Yuen Ho, Tony, has been established to consider the Acquisition. As the independent financial adviser to the Independent Board Committee and the Independent Shareholders, our role is to give an independent opinion to the Independent Board Committee and the Independent Shareholders as to whether or not the Acquisition Agreement and the transactions contemplated under the Acquisition Agreement (i) are in the interests of the Company and Shareholders as a whole; (ii) the terms of which are on normal commercial terms and are fair and reasonable; and (iii) whether the Independent Shareholders should vote in favour of the resolution to be proposed at the EGM to approve the Acquisition Agreement and the transactions contemplated under the Acquisition Agreement at the EGM.

## II. BASIS AND ASSUMPTIONS OF THE ADVICE

In formulating our advice, we have relied solely on the statements, information, opinions and representations for matters relating to the Group contained in the Circular and the information and representations provided to us by the Group and/or its senior management staff (the "**Management**") and/or the Directors. We have assumed that all such statements, information, opinions and representations for matters relating to the Group contained or referred to in the Circular or otherwise provided or made or given by the Group and/or the Management and/or the Directors and for which it is/they are solely responsible were true, accurate and complete in all material respects at the time they were made and given and continued to be true and valid as at the date of the Circular. We have assumed that all the opinions and representations for matters relating to the Group made or provided by the Directors and/or the Management contained in the Circular have been made on a reasonable basis after due and careful enquiries. We have also sought and obtained confirmation from the Group and/or the Management and/or the Directors that no material facts have been omitted from the information provided and referred to in the Circular, the omission of which would render any statement in the Circular misleading.

We consider that we have reviewed all currently available information and documents to enable us to reach an informed view and to justify our reliance on the information provided so as to form a reasonable basis for our opinions. We have no reason to doubt the truth, accuracy and completeness of the statements, information, opinions and representations provided to us by the Group and/or the Management and/or the Directors and their respective advisers or to believe that material information has been withheld or omitted from the information provided to us or referred to in the aforesaid documents. We have not, however, carried out any independent verification of the information provided, nor have we conducted any independent investigation into the business and affairs of the Group, the Target Group, the Jinchuan Group and their respective subsidiaries or the prospects of the markets in which they respectively operate.

## III. PRINCIPAL FACTORS CONSIDERED

In formulating our recommendation, we have taken into consideration the following principal factors and reasons:

### 1. Background information of the Group and reasons for the Acquisition Agreement

On 30 November 2010, upon the completion of the subscription pursuant to the subscription agreement dated 14 August 2010, Jinchuan HK became the Company's controlling Shareholder, details of which are set out in the announcement of the Company dated 24 August 2010.

Jinchuan Group is the ultimate holding company of both Jinchuan HK and the Company. The current principal activities of the Group are trading of mineral and metal products.

As set out in the annual report of the Company for the year ended 31 December 2012 (the "**2012 Annual Report**"), it is the strategic intention of the Company to become Jinchuan Group's flagship platform for undertaking overseas mining and mineral resources operations. The Group will focus on boosting its international minerals and metals trading business by cementing relationships with its existing network of overseas suppliers as well as expanding its customer portfolio by making strategic moves in the development and selection of suppliers and customers. Moreover, the Group will actively explore possible acquisitions of overseas mining and mineral resources assets, in particular operating/producing assets.

Set out below is a summary of the operating results of the Group for each of the six months ended 30 June 2013 and 2012, and two years ended 31 December 2012, based on the interim results announcement dated 23 August 2013 (the "**2013 Interim Results Announcement**") and the 2012 Annual Report:

| | For the six months ended 30 June | | For the year ended 31 December | |
|---|---|---|---|---|
| | **2013** | **2012** | **2012** | **2011** |
| | *HK$'000* | *HK$'000* | *HK$'000* | *HK$'000* |
| | *(unaudited)* | *(unaudited)* | *(audited)* | *(audited)* |
| Revenue | | | | |
| – Trading of mineral and metal products | 1,147,451 | 165,934 | 1,740,990 | – |
| – Cosmetic and beauty | – | 54,233 | 101,689 | 129,394 |
| Total Group revenue | 1,147,451 | 220,167 | 1,842,679 | 129,394 |
| Gross Profit | 33,885 | 37,873 | 82,883 | 87,372 |
| Profit/(loss) for the period/year | 35,590 | (5,564) | (7,368) | (18,086) |
| Profit/(loss) attributable to | | | | |
| – Owners of the Company | 35,590 | (5,564) | (7,367) | (18,084) |
| – Non-controlling interests | – | – | (1) | (2) |

*For the six months ended 30 June 2013 and 30 June 2012*

As set out in the 2013 Interim Results Announcement, the unaudited revenue of the Group increased from approximately HK$165.9 million for the six months ended 30 June 2012 to approximately HK$1,147.5 million for the six months ended 30 June 2013. Attributable to, among others, the increase in revenue and improvement in gross profit margin, the unaudited profit of the Group for the six months ended 30 June 2013 (after the discontinued operations) was approximately HK$35.6 million compared to an unaudited loss of the Group for the six months ended 30 June 2012 of approximately HK$5.6 million.

On 24 June 2013, the Company (as the vendor) and Ambleside Associates Limited (as the purchaser) entered into a sale and purchase agreement for the disposal of the Group's cosmetic and beauty business and completion of the aforesaid disposal took place in late June 2013.

*For the two years ended 31 December 2012*

Revenue for the year ended 31 December 2012 was approximately HK$1,842.7 million, representing an increase of approximately 14.24 times from approximately HK$129.4 million for the year ended 31 December 2011. The Group derived revenue of approximately HK$1,741.0 million from its minerals and metals trading business for the year ended 31 December 2012, representing approximately 94.5% of the Group's total revenue. The Group's cosmetic and beauty business contributed revenue of approximately HK$101.7 million for the year ended 31 December 2012, representing approximately 5.5% of the Group's total revenue as compared to approximately HK$129.4 million for the year ended 31 December 2011 or 100% of the Group's total revenue.

The Group's minerals and metals trading business commenced in 2012. During the year ended 31 December 2012, the Group purchased a total of approximately 11,545 t of copper blister and 79,624 t of copper concentrates under contracts with overseas suppliers, all of which were sold to Jinchuan Group.

For the year ended 31 December 2012, the Group's minerals and metals trading business recorded a segment gain of approximately HK$14.6 million and its cosmetic and beauty business recorded a segment loss of approximately HK$7.9 million. Loss for the year ended 31 December 2012 was approximately HK$7.4 million, representing a year-on-year decrease of approximately 59.3% from a loss of approximately HK$18.1 million for the year ended 31 December 2011. As set out in the 2012 Annual Report, the gross profit margin of the Group has decreased from approximately 67.5% for the year ended 31 December 2011 to approximately 4.5% for the year ended 31 December 2012, largely due to the introduction of the non-ferrous metals trading business which is characterised by substantial revenue with a lean gross profit margin.

**2. Information of the Target Group**

The Target Company, being an indirect wholly-owned subsidiary of Jinchuan HK, indirectly holds the entire issued share capital of Metorex.

Metorex is an established mid-tier mining company and focuses on base metals mining, primarily copper and cobalt. Metorex has its headquarters in South Africa and has control over two mining projects in Africa which are in operation and are profit generating, namely (i) the Ruashi Mine, a copper and cobalt mine located in the DRC; and (ii) the Chibuluma South Mine, a copper mine located in Zambia. In addition, Metorex also has control over one Development Project and two Exploration Projects located in the DRC.

Prior to the acquisition by Jinchuan Group, Metorex was listed on the Johannesburg Stock Exchange and the London Stock Exchange since December 1999. Metorex was delisted from the London Stock Exchange in March 2009. Following the acquisition by Jinchuan Group, Metorex was privatised and delisted from the Johannesburg Stock Exchange in January 2012.

A simplified corporate structure of the Target Group setting out the key companies within the Target Group is set out below:




*Note:* *The minister responsible for finance holds one special share of Chibuluma plc on behalf of the Government of Zambia.*

### 2.1 Business of Metorex

The key assets of the Metorex Group are summarised in the following table:

| Operating Mines/ Development Project/ Exploration Projects | Effective Interest held by Metorex | Location | Status | Minerals |
|---|---|---|---|---|
| Ruashi Mine | 75% | DRC | operating | copper/cobalt |
| Chibuluma South Mine (including Chifupu deposit) | 85% | Zambia | operating (Chibuluma South Mine)/ exploration project (Chifupu deposit) | copper |
| Kinsenda Project | 77% | DRC | development project | copper |
| Lubembe Project | 77% | DRC | exploration project | copper |
| Musonoi Est Project | 75% | DRC | exploration project | copper/cobalt |

*Source: Competent Person's Report*

### 2.2 Mineral Resources of the Metorex Group

As set out under paragraph headed "II. Business of the Metorex Group" in the section headed "Information of the Target Group" of the Circular, the Metorex Group operates and holds the mining rights to some of the highest grade copper projects in the world. Mineral Resources at the Chibuluma South Mine and the Ruashi Mine have average grades of 3.58% copper and 2.18% copper, respectively. The Kinsenda Project is one of the world's highest grade copper deposits, with Mineral Resources grade averaging 5.51% copper. In addition, the two advanced stage exploration projects, the Lubembe Project and the Musonoi Est Project, also benefit from relatively high grade Mineral Resources with average copper grades ranging between 1.96% and 2.76%.

For further details of the mineral assets of the Target Group including but not limited to, (i) the detailed location of the mineral assets; (ii) operational information of each mine/project; (iii) Mineral Resources and Mineral Reserves, and production volume of the Target Group; and (iv) details of the concessions, please refer to the section headed "Information of the Target Group" of the Circular.

### 2.3 Financial results of the Metorex Group and the Target Group

As set out in the "Letter from the Board" of the Circular, the Metorex Group is made up of Metorex and its subsidiaries (including Chibuluma plc, Kinsenda Sarl and Ruashi Mining) and comprises (amongst other investment holding companies) the operating companies within the Target Group.

According to the audited consolidated financial statements of the Target Group for the year ended 31 December 2012 prepared in accordance with IFRS, the consolidated net asset/(liability) value of the Target Group was (i) approximately (US$18,000) (equivalent to approximately (HK$140,400)) as at 31 December 2011; and (ii) approximately US$246.0 million (equivalent to approximately HK$1,918.8 million) as at 31 December 2012. The significant increase in the net asset value of the Target Group from its net liability value as at 31 December 2011 was mainly attributable to the completion of the acquisition of the entire share capital of Metorex on 16 January 2012. Accordingly, the results of Metorex together with its subsidiaries have been consolidated into the financial statements of the Target Group since 16 January 2012.

According to the audited consolidated financial statements of the Metorex Group for the year ended 31 December 2012, the consolidated net asset value of the Metorex Group as at 31 December 2012 was approximately US$652.0 million (equivalent to approximately HK$5,085.6 million).

The audited consolidated net profit before and after tax of the Metorex Group for the six months ended 30 June 2013 and 30 June 2012, and two years ended 31 December 2012 were as follows:

| | **6 months ended 30 June 2013** | **6 months ended 30 June 2012** | **12 months ended 31 December 2012** | **12 months ended 31 December 2011** |
|---|---|---|---|---|
| | *(US$'000)* | *(US$'000)* | *(US$'000)* | *(US$'000)* |
| *(from continuing operations)* | | (unaudited) | | |
| Revenue | 203,085 | 201,287 | 408,051 | 507,315 |
| Net profit before tax | 24,795 | 53,048 | 69,884 | 140,939 |
| Net profit after tax | 12,762 | 32,342 | 28,512 | 70,312 |

The revenue (from continuing operations) of the Metorex Group decreased from approximately US$507.3 million (equivalent to approximately HK$3,956.9 million) for the year ended 31 December 2011 to approximately US$408.1 million (equivalent to approximately HK$3,183.2 million) for the year ended 31 December 2012. We note that in 2011, the Metorex Group made a one-off impairment of an amount of tax of approximately US$9.9 million relating to a change in the tax rate which it has previously expected to recover from the Zambian tax authority. The Metorex Group also incurred a substantial amount of income tax expense of approximately US$60.7 million for the year ended 31 December 2011 due to the increase in corporate tax rate in Zambia from 30% to 42% and the incurrence of additional non-tax deductible expenses. For the year ended 31 December 2012, decrease in revenue and net profit after tax was mainly attributable to the reduction in volumes of copper and cobalt produced from the Ruashi Mine caused by power outages in the DRC from time to time, which in turn adversely affected the sales volume, as well as a reduction in the average price of the cobalt sold by the Metorex Group arising from a decrease in cobalt commodity prices from 2011 to 2012.

The revenue (from continuing operations) of the Metorex Group increased from approximately US$201.3 million (equivalent to approximately HK$1,570.1 million) for the six months ended 30 June 2012 to approximately US$203.1 million (equivalent to approximately HK$1,584.2 million) for the six months ended 30 June 2013. We note from the section headed "Financial Information of the Metorex Group" as set out in Appendix II of the Circular that the Metorex Group countered the downward pressure on the copper and cobalt prices by increasing the volume of copper produced and sold for the six months ended 30 June 2013.

The audited consolidated revenue and net profit after tax of the Target Group for the year ended 31 December 2012 is approximately US$389.0 million and US$48.8 million (equivalent to approximately HK$3,034.2 million and HK$380.6 million), respectively. The audited consolidated revenue and net profit after tax of the Target Group for the six months ended 30 June 2013 is approximately US$203.1 million and US$164.7 million (equivalent to approximately HK$1,584.2 million and HK$1,284.7 million), respectively.

We note from the section headed "Information of the Target Group" of the Circular that in an effort to improve the availability of power supplies on the sites in the DRC, Ruashi Mining had purchased seven diesel powered generators. The new generators and the majority of the ancillary equipment have been delivered to Ruashi Mine and commissioning has taken place in August 2013. These generators are capable of co-generating power with SNEL and therefore will significantly reduce the possibility of disruptions in its mining operations. As an interim measure, Ruashi Mining had also entered into a six month lease agreement for certain diesel powered generators which were commissioned in February 2013. Ruashi Mining plans to purchase these leased diesel powered generators during the second half of 2013 following the expiry of the lease term as an additional measure for the Ruashi Mine to reduce its reliance on power supplies from SNEL and Zambia and become fully self-sufficient in power supply and therefore minimising the negative impact on the mining operations when national grid power disruptions and/or reductions occur.

The net profit after taxation of the Metorex Group (from continuing operations) decreased from approximately US$70.3 million (equivalent to approximately HK$548.3 million) for the year ended 31 December 2011 to US$28.5 million (equivalent to approximately HK$222.3 million) for the year ended 31 December 2012. Such decrease was mainly attributable to the combination of (i) the reduction in revenue (after hedge adjustments) of approximately US$99.3 million (equivalent to approximately HK$774.5 million); (ii) decrease in other expenditure and amortisation of deferred hedge premium of approximately US$29.6 million (equivalent to approximately HK$230.9 million); and (iii) decreased in taxation of approximately US$29.3 million (equivalent to approximately HK$228.5 million).

The net profit after taxation of the Metorex Group (from continuing operations) decreased from approximately US$32.3 million (equivalent to approximately HK$251.9 million) for the six months ended 30 June 2012 to approximately US$12.8 million (equivalent to approximately HK$99.8 million) for the six months ended 30 June 2013. Based on information in "Financial Information of the Metorex Group" as set out in Appendix II of the Circular, the aforesaid decrease was largely attributable to the increase of cost of production of approximately US$35.8 million (equivalent to approximately HK$279.2 million) was due to, among others, the increase in mining

costs as a result of the increase in the volume of the copper produced and sold by Ruashi Mining, general inflationary increase in staff's salaries and wages, and payments of retention benefits to certain management personnel in relation to Jinchuan Group's acquisition of Metorex.

**3. Overview of the DRC and Zambia**

Of the five mining projects of the Target Group, four of the mining projects are situated in the DRC and the remaining project is situated in Zambia. Both the DRC and Zambia are located in the Central African copperbelt which holds some of the world's largest and highest quality deposits of, among others, non-ferrous metals and precious metals. The Central African copperbelt, which extends from north eastern Angola through southern DRC and into Zambia, is one of the richest sources of copper in the world containing over a third of the world's cobalt mineral reserves and a tenth of the world's copper mineral reserves.

For detailed information on the DRC and Zambia, please refer to section headed "Overview of the DRC and Zambia" of the Circular. In addition, for risks relating to conducting mining operations in the DRC and Zambia and investment activities in South Africa, including but not limited to political, economic, regulatory, legal and social risks associated with conducting operations in the DRC and Zambia, please refer to section headed "Risk Factors" of the Circular.

**4. Industry Overview**

***4.1 Copper***

Copper, being a base metal with high thermal and electrical conductivity, is commonly used in wires, electromagnets, printed circuit boards as an electrical conductor and heat exchangers as a thermal conductor. Copper exists in two broad categories of ore types: sulphide and oxide.

*Copper pricing and exchanges*

The copper price has been fluctuating significantly in recent years. The LME provides a terminal market for the buying and selling of pure copper. The copper stocks are stored in LME designated warehouses and are branded by the LME to ensure that it meets the prescribed criteria for shape, weight and quality. Prices are set amongst producers, consumers, funds and speculators on the exchange and are traded in the spot market or with further contracts.

*Historical copper price movement during the review period*

The following graph shows the LME copper spot closing price since 2 January 2010 up to and including 26 August 2013 (the "**Copper Spot Price Review Period**"):

**LME Copper Spot Closing Price January 2010 – August 2013#**




# *up to and including 26 August 2013*
*Source: Bloomberg*

| Year | LME Copper Spot Closing Price per mt (US$) (approximately) Highest *(date)* | Lowest *(date)* | Average |
|---|---|---|---|
| 2013# | 8,267 (04/02/13) | 6,638 (24/06/13) | 7,417 |
| 2012 | 8,738 (09/02/12) | 7,283 (08/06/12) | 7,959 |
| 2011 | 10,180 (14/02/11) | 6,722 (20/10/11) | 8,813 |
| 2010 | 9,650 (31/12/10) | 6,068 (07/06/10) | 7,543 |
| **Average over the Copper Spot Price Review Period** | | | **7,981** |

# *up to and including 26 August 2013*

For the first two months of 2013, the average LME copper spot closing price was marginally above the US$8,000 per mt level which is at a similar level of the 2012 average. However, the copper spot closing price has since fallen and fluctuated in the range of approximately US$6,638 per mt and US$7,798 per mt between March 2013 and 26 August 2013. Based on the data from Bloomberg, the average LME copper spot closing price for the Copper Spot Price Review Period was approximately US$7,981 per mt.

The decrease in LME copper spot closing price since the beginning of 2013 may be attributable to, among other factors, concerns of slower growth in economies from the PRC to the U.S. which may reduce demand for copper in addition to the increase in copper inventories as tracked by the LME. Copper price, like the price of other metals/minerals, may be affected by prevailing global economics and subject to volatilities from time to time.

Based on our discussion with SRK, we note that SRK applied the historic three-years trailing average price of copper traded on the LME from 1 July 2010 to 30 June 2013 when adopted the DCF Approach (defined hereafter) to value the Mineral Assets (for details, refer to paragraph headed "(b) Market Valuation" below). Thus, we consider that it is appropriate to review the LME copper spot closing price for the Copper Spot Price Review Period which covers the entire period adopted by SRK as stated above.

For further historic information on the LME copper price, please refer to paragraph headed "LME Copper Price" under section headed "Industry Overview" of the Circular.

Notwithstanding the recent decrease in the LME copper spot closing prices, the Directors have considered the following factors with regard to the long term prospects of copper, in particular (i) the self-sufficiency rate of copper concentrate in the PRC will maintain at 40% to 42% for the years from 2013 to 2016 according to Beijing General Research Institute of Mining & Metallurgy* (國務院國資委管理的中央企業, a central enterprise managed by the State-owned Assets Supervision and Administration Commission of the PRC*), as such PRC companies are required to make up the domestic production deficit by, among others, import raw material and refined copper; (ii) the PRC is the leading consumer of copper worldwide according to Copper Market Forecast 2012-2013, and as stated by SRK in the Competent Person's Report, the outlook for copper is focused mainly on the PRC and India, which are forecast to make up 50% of the demand by 2020; (iii) the PRC currently does not have abundant copper resources and lacks large-scale high-grade copper mines as set out under paragraph headed "China Copper Market Overview" in section headed "Industry Overview" of the Circular; (iv) the PRC has an annual GDP target of 7% from 2011 to 2015 in accordance to the 12th Five-Year Plan of the PRC government (the "**12th Five-Year Plan**"), part of which may be attributable to the growth in domestic consumption; and (v) the PRC targets to increase its urbanisation rate from approximately 47.5% to approximately 51.5% under the 12th Five-Year Plan. The Directors are of the view that, given the anticipated demand for copper from the PRC and based on the aforementioned factors, the Acquisition is consistent with the strategic objectives of the Group.

For further details with regard to the copper industry, please refer to the section headed "Industry Overview" of the Circular.

***4.2 Cobalt***

Cobalt, a ferromagnetic metal, is normally associated with nickel and copper containing ores and is mined as a by-product or co-product of these metals. Cobalt is a strategic and critical metal used in many diverse industrial and military applications.

* *for identification purposes only*

*Cobalt pricing and exchanges*

Based on a press release by the LME dated 19 May 2010, we note that cash trading in cobalt commenced on the LME on 19 May 2010. We have reviewed the LME cobalt spot closing price from 19 May 2010 up to and including 26 August 2013 (the "**Cobalt Spot Price Review Period**"), which is set out in the following graph:

**LME Cobalt Price May 2010* – August 2013#**




* *cash trading in cobalt commenced on the LME on 19 May 2010*
# *up to and including 26 August 2013*
*Source: Bloomberg*

| | LME Cobalt Spot Closing Price per mt (US$) (approximate) | | |
|---|---|---|---|
| **Year** | **Highest** *(date)* | **Lowest** *(date)* | **Average** |
| 2013# | 32,038 (28/06/13) | 24,900 (02-10,16/01/13) | 27,089 |
| 2012 | 33,975 (18/01/12) | 22,405 (27/11/12) | 28,931 |
| 2011 | 40,350 (21/02/11) | 27,800 (17-18/11/11) | 35,297 |
| 2010* | 43,300 (14-16/09/10) | 35,150 (01/12/10) | 38,672 |
| **Average over the Cobalt Spot Price Review Period** | | | **32,375** |

# *up to and including 26 August 2013*
* *the Cobalt Spot Price Review Period commenced from 19 May 2010*

For the first eight months of 2013 (up to and including 26 August 2013), the LME cobalt price fluctuated in the range of approximately US$24,900 per mt and US$32,038 per mt and recorded an average of approximately US$27,089 per mt which is slightly lower than the average LME cobalt spot closing price for 2012. Based on the data from Bloomberg, the average LME cobalt spot closing price for the Cobalt Spot Price Review Period was approximately US$32,375 per mt. Cobalt price like the price of other metals/minerals, may be affected by the prevailing global economics and is subject to volatilities from time to time.

Based on our discussion with SRK, we note that SRK applied the historic trailing average price of Cobalt traded on the LME from 1 July 2010 to 30 June 2013 when adopted the DCF Approach (defined hereafter) to value the Mineral Assets (for details, refer to paragraph headed "Market Valuation" below). Thus, we consider that it is appropriate to review the LME cobalt spot closing price for the Cobalt Spot Price Review Period which covers the entire period adopted by SRK as stated above.

As stated under the paragraph headed "Cobalt Market Balance and Pricing" under section headed "Industry Overview" of the Circular, we note that the trends in cobalt consumption closely follow those of global industrial production. In 2011, cobalt prices were lagging behind those of copper and nickel as the greater demand fell due to the global financial crisis. The recovery in output at nickel and copper mines pulled cobalt supply up. Whilst production surpluses from previous years and available but declining metal stocks in the PRC may continue to weigh on the market during 2013, the underlying short-term market fundamentals appear to be signaling a momentous improvement. This suggests that the cobalt market may see a gradual but structural price recovery over the course of the year, resulting in a higher average price range from that seen during 2012.

Based on the above, despite the Cobalt Spot Closing Price was in a declining trend for the period under review, the LME cobalt price has experienced gradual increase in the first half of 2013 and the Directors are of the view that the recovery of the global economies coupled with the increase in industrial production might have a positive impact on cobalt price in the long run.

**5. Reasons for and benefits of the Acquisition**

***Corporate strategy of the Group***

As set out in the 2012 Annual Report, the Group will continue to follow the strategic path to becoming Jinchuan Group's flagship for undertaking overseas mining and mineral resources operations. The Group will focus on boosting its international trade business of the minerals and metals segment by cementing relationships with its existing network of overseas suppliers as well as expanding its customer portfolio by making strategic moves in the development and selection of suppliers and customers. Furthermore, it was noted that the Group will actively explore possible acquisitions of overseas mining and mineral resources assets, in particular matured assets, in order to further expand its global footprints.

The Directors consider that the Acquisition is consistent with the Company's continuing strategy to strengthen its business in the mining and mineral resources sector. In view of the quality of the Operating Mines, the Development Project and the Exploration Projects, details of which have been set out under section headed "Information of the Target Group" of the Circular as well as under paragraph headed "2.2 Mineral Resources of the Metorex Group" in this letter, the Directors believe that the Acquisition represents a rare but valuable opportunity for the Company to acquire a profitable mining operation as well as mining projects with immense development potential to drive future revenue and profit. The Directors also expect the Acquisition, if implemented, would be a milestone step of its transformation into Jinchuan Group's flagship to undertake overseas mining projects and to increase the scale of the Group's business.

***Secured income for 2013 through off-take agreements***

As set out in the section headed "Information of the Target Group" of the Circular, Ruashi Mining, of which 75% interest is indirectly held by Metorex, entered into off-take agreements with (i) Glencore for 50% of its annual production of copper cathode; (ii) MRI for approximately 50% of the annual production of copper cathode; and (iii) Jinchuan Group/Lanzhou Jinchuan for 100% of its annual production of cobalt carbonate and/or cobalt hydroxide, respectively. The existing off-take agreements with Glencore and MRI have a duration of twelve months and will both expire on 31 December 2013. As for the off-take agreement with Jinchuan Group/Lanzhou Jinchuan, subject to the relevant requirements of the Listing Rules, will be reviewed and agreed by Ruashi Mining and Jinchuan Group/Lanzhou Jinchuan every three years.

Pursuant to off-take agreement entered into between Chibuluma plc and CCS (the "**Chibuluma Off-take Agreement**"), all of Chibuluma South Mine's copper production is sold to CCS, a company which is incorporated in Zambia and is a subsidiary of China Nonferrous Mining Corporation Limited. The Chibuluma Off-take Agreement has a duration of 12 months and will expire on 20 December 2013.

As such, the Target Group has a secured income and cash flow source for 2013 pursuant to the aforesaid off-take agreements.

***Proven track record***

The Metorex Group has a proven track record in generating revenue and operating a profitable business as evidenced by information contained in Appendix I and Appendix II to the Circular headed "Financial Information of the Target Group" and "Financial Information of the Metorex Group", respectively.

For the 18 months ended 31 December 2010, the two years ended 31 December 2012 and six months ended 30 June 2013, the Metorex Group has recorded (i) revenue (from continuing operations) of approximately US$561.4 million, US$507.3 million, US$408.1 million and US$203.1 million (equivalent to approximately HK$4,378.9 million, HK$3,956.9 million and HK$3,183.2 million and HK$1,584.2 million), respectively; and (ii) net profit after tax (from continuing operations) of approximately US$133.4 million, US$70.3 million, US$28.5 million and US$12.8 million (equivalent to approximately HK$1,040.5 million, HK$548.3 million, HK$222.3 million and HK$99.8 million), respectively.

Furthermore, each of the Ruashi Mine and the Chibuluma mine has more than five years of production history, with mining operations commencing in October 2007 and June 2001, respectively.

***Metorex Senior Management Team***

The Company intends to retain the majority of the existing board of directors and senior management team of Metorex after Completion. The existing board of directors of Metorex (the "**Metorex Board**") comprises nine members and the executive committee of Metorex comprises 13 members (the "**Metorex Executive Committee**" together with the Metorex Board, the "**Metorex Senior Management Team**"). Save for one existing member of the Metorex Senior Management Team who has approximately five years' working experience in the mining industry, each member of the Metorex Senior Management Team has more than 12 years' related working experience in the mining/metal trading industry, with eight of those members having over 20 years' related working experience. The Directors expected that the Enlarged Group will benefit from the extensive experience of the board of directors and executive committee of Metorex with their valued insights into the base metals markets in Africa and expertise and contributions in the identification and execution of any potential future mergers and acquisitions by the Enlarged Group in the Africa continent. The combination of the capable and experienced boards and management teams of both the Group and the Metorex Group will provide the Enlarged Group with complementary human capital and enhance its talent pools.

Notwithstanding the above, save for two of the non-executives directors of Metorex, who are also non-executive Directors, as at the Latest Practicable Date, the Company has no firm plans to appoint additional directors or senior management members of the Target Group as a Director after Completion. However, the Company may reassess the position after the integration of the business and operations of the Target Group with the business and operations of the Group.

For biographies of members of the Metorex Senior Management Team, please refer to the section headed "Directors and senior management of the Metorex Group" of the Circular.

***Other benefits to the business and performance of the Group***

As set out in the "Letter from the Board", the Board expects that the Acquisition will enhance the Group's business and performance in the following aspects:

*(i)* *Derive and deliver a substantial earnings and cash flow contribution from the Target Group*

Through the Acquisition, the Company expects to derive a substantial earnings and cash flow contribution from Metorex. Metorex produced significant quantities of base metal including 44.9 kt of copper and 3.0 kt of cobalt for the year ended 31 December 2012. Such production resulted in Metorex reporting profit attributable to its owners of approximately US$22.7 million (equivalent to approximately HK$177.1 million) for the year ended 31 December 2012. The cash and cash equivalents of Metorex as at 31 December 2012 amounted to approximately US$36.6 million (equivalent to approximately HK$285.5 million).

*(ii) Deliver a diversified and significant portfolio of mineral assets, operations, development projects and future growth opportunities*

Metorex is a copper focused mining company with significant copper and cobalt reserves and resources. It currently operates two copper mines and holds a portfolio of highly attractive development and advanced stage exploration projects. As at 30 June 2013, it has significant SAMREC-compliant total Mineral Reserves of approximately 744 kt of contained copper metal and 59 kt of contained cobalt metal and Mineral Resources of approximately 4,736 kt of contained copper metal and 389 kt of contained cobalt metal. All of Metorex's mining projects are located in the DRC and Zambia in the Central African copperbelt, which hosts some of the world's largest copper and cobalt deposits in the world.

It is expected that the Acquisition will allow the Enlarged Group to further expand its business into the mineral resources sector and acquire a diversified portfolio of high-quality upstream base metal assets.

In addition, the Directors are of the view that the Acquisition will be beneficial to the Enlarged Group as the Enlarged Group will (i) have scalable, high quality copper and cobalt resources and reserves upon Completion; (ii) control a diversified portfolio of mineral assets with a strong growth profile supported by an attractive pipeline of development and advanced stage exploration projects; and (iii) establish its strategic footprint in the Central African copperbelt.

Notwithstanding the above, we note that the Metorex Group recorded a year-on-year decrease in net profit after tax for the year ended 31 December 2012, primarily due to reasons including power deficiency at the Ruashi Mine which in turn adversely affected the production at the Ruashi Mine, which is being managed by the Metorex Group through the installation of diesel powered generators. For further details, please refer to information set out under paragraph headed "2.3 Financial results of the Metorex Group and the Target Group" in this letter above. However, as set out under sub-paragraph headed "(c) Summary on evaluation of the Purchase Price" under paragraph headed "6.2 Evaluation of the Purchase Price" in this letter below, when assessing the fairness and reasonableness of the Purchase Price, we have considered a number of factors, in particular, the Purchase Price represents a discount to the Market Valuation.

Further details on the reasons for and benefits of the Acquisition considered by the Company are set out in the section headed "Reasons for and benefits of the Acquisition" in the "Letter from the Board" in the Circular.

## 6. Principal terms of the Acquisition Agreement

### *6.1 The Acquisition Agreement*

| | | |
|---|---|---|
| Date: | 27 August 2013 | |
| Parties: | Seller: | Jintai Mining Investment Limited (金泰礦業投資有限公司), an indirect wholly-owned subsidiary of Jinchuan Group |
| | Seller's Guarantor: | Jinchuan HK |
| | Buyer: | the Company |

*Assets to be acquired*

The Sale Share, representing the entire issued share capital of the Target Company, and the Sale Loans are to be sold to the Company free and clear from all encumbrances. The Target Company is an investment holding company incorporated in Mauritius and is indirectly wholly-owned by Jinchuan HK. In turn, the Target Company indirectly holds (through Newshelf) the entire issued share capital of Metorex. Metorex holds majority interest in three key operating companies within the Target Group, namely Chibuluma plc, Ruashi Mining and Kinsenda Sarl. Please refer to the section headed "Information of the Target Group" in the Circular for further information.

*Purchase Price*

The Purchase Price payable by the Company to the Seller pursuant to the Acquisition Agreement will be US$1,290.0 million (equivalent to approximately HK$10,062.0 million). As set out in the "Letter from the Board" in the Circular, the Purchase Price has been determined with reference to the Market Valuation prepared by SRK. The Purchase Price represents a slight discount to the Market Valuation.

The Market Valuation seeks to evaluate the full market value of assets held by the Metorex Group and accordingly, reflects the additional value associated with the Inferred Mineral Resources and the exploration potential of the Metorex Group's assets, which are specifically excluded from the Listing Rules Valuation as required by the Listing Rules.

According to the terms of the Acquisition Agreement, the Purchase Price will be satisfied in the following manner:

(1) Issue of Consideration Shares

As to US$204.6 million (equivalent to approximately HK$1,595.9 million) through the issuance by the Company of 1,595,880,000 Consideration Shares to the Seller and/or its nominee(s) upon Completion at an issue price of HK$1.00 per Share which shall rank pari passu with the existing issued Shares.

(2) PSCS

As to the remaining balance of the Purchase Price of US$1,085.4 million (equivalent to approximately HK$8,466.1 million), through the issuance by the Company of the PSCS convertible into 8,466,120,000 Conversion Shares to the Seller and/or its nominee(s) at an initial Conversion Price of HK$1.00 per Conversion Share which, when issued, shall rank pari passu with the existing issued Shares.

*Other principal terms*

For details of the other principal terms of the Acquisition Agreement, including "Conditions precedent", "Guarantee" and "Completion", please refer to the paragraph headed "The Acquisition" in the "Letter from the Board" in the Circular.

### *6.2 Evaluation of the Purchase Price*

The Purchase Price, payable by the Company to the Seller pursuant to the Acquisition Agreement will be US$1,290.0 million (equivalent to approximately HK$10,062.0 million), was determined with reference to the Market Valuation prepared by SRK.

With a view to satisfying the relevant Listing Rules disclosure requirements and in connection with the determination of the Market Valuation, the Company commissioned SRK to prepare the Competent Person's Report and to conduct (i) a valuation in compliance with Chapter 18 of the Listing Rules, as set out in Appendix V to the Circular; and (ii) the Market Valuation, which was prepared using methodologies in accordance with the SAMVAL Code, on the mineral assets of Metorex. A summary of the respective valuation methodologies adopted are set out below.

*(a) Listing Rules Valuation*

We note that the Listing Rules Valuation prepared by SRK has been prepared in accordance with Chapter 18 of the Listing Rules (which sets out, among others, the additional listing conditions and disclosure requirements for mineral companies) and the guidelines set out in the SAMVAL Code, the details of the Listing Rules Valuation are set out in a report format in the section headed "Competent Person's Report and Valuation Report" in Appendix V to the Circular (the "**Listing Rules Valuation Report**").

We also note that the Listing Rules Valuation has not included any consideration of the Inferred Mineral Resources in determining the values of the mineral assets of Metorex (the "**Mineral Assets**"). SRK is of the view that the exclusion of these sources of potential value as well as exclusion of a premium or discount related to the market, strategic or other considerations, means that the values assigned to the Mineral Assets do not reflect a fair market value, which is defined under the VALMIN Code 2005 and set out in the section headed "Competent Person's Report and Valuation Report" in Appendix V to the Circular (the "**Fair Market Value**").

In connection with the Listing Rules Valuation, SRK considered the three generally accepted approaches to mineral asset valuation, namely (i) Cash Flow Approach; (ii) Market Approach; and (iii) Cost Approach (each approach is defined hereafter). The SAMVAL Code requires that at least two valuation approaches are applied. Given that the mineral assets of the Metorex Group are in different stages of the mining lifecycle, different combinations of the valuation approaches were applied by SRK to each mineral asset. In determining the Listing Rules Valuation, a sum-of-the-parts methodology was adopted. Under the sum-of-the-parts methodology, (i) SRK selected a value from two valuation approaches for each property (i.e. the mine or project) in accordance with, among others, their respective stage in the mining life cycle (i.e. whether it is in operation, being developed or under exploration); (ii) summed up the values of each property; and (iii) applied certain adjustments (including debt, head office expenses, the terminal value of plant and equipments) to arrive at the Listing Rules Valuation.

*Table 6.2.1: Details of the valuation method adopted to value each property*

| PROPERTY | MOST APPROPRIATE VALUATION METHOD USED |
|---|---|
| ***1. Operating Mines*** | |
| Ruashi Mine | Cash Flow Approach *(DCF)* *Note 1* |
| Chibuluma South Mine | Cash Flow Approach *(DCF)* *Note 1* |
| ***2. Development Project*** | |
| Kinsenda copper project | Cash Flow Approach *(DCF)* *Note 1* |
| ***3. Exploration Projects*** | |
| Lubembe copper project | Market Approach *(weighed from CTM, GCM and Yardstick methods)* *Note 2* |
| Musonoi Est Project | Market Approach *(weighed from CTM, GCM and Yardstick methods)* *Note 2* |
| ***4. Project under studies*** | |
| Ruashi sulphides *Note 3* *(being part of the Ruashi Mine)* | Market Approach *(weighed from CTM, GCM and Yardstick methods)* *Note 2* |

*Notes*

*(1) discounted cash flow ("**DCF**") involves the calculation of the net present values by discounting expected future cash flows.*

*(2) completed transaction method ("**CTM**") derived valuation from completed sales transactions in the subject's industry that are a qualified substitute;*

*guideline company method ("**GCM**"), also known as market capitalisation method, derived the valuation from the market capitalisation, adjusted for the value of options, convertible securities, preference shares and debt; and*

*Yardstick method: also known as in-situ resource method involves application of a heavy discount to the value of the total in-situ metal contained within the resource.*

*(3) Studies are being conducted to determine if the sulphide ore is economically viable and which could extend the life of the Ruashi Mine.*

*Source: Appendix V to the Circular headed "Competent Person's Report and Valuation Report"*

As set out in the table above, SRK adopted the DCF Approach, being the most widely used valuation method for development and operating mines, to value the two Operating Mines and the Development Project of the Target Group, namely, the Ruashi Mine, the Chibuluma South Mine and the Kinsenda copper project. According to SRK, the DCF Approach is more widely used than the Market Approach for valuing the Operating Mines and the Development Project as the DCF Approach takes into consideration, inter alia, forecast production conditions, operating costs, capital expenditure to sustain the operations and the fiscal regime of the country in which the mine or property is situated.

The DCF Approach involves the calculation of the net present values by discounting projected future cash flows. Present values are calculated by discounting projected cash flows using discount rates that take into account the time value of money and the risks associated with the cash flows. We consider the DCF Approach to be appropriate for assets such as the Operating Mines and the Development Project where reserves are depleted over time and capital expenditure is required. We understand from SRK that it is a widely used method of valuation for development and production properties in the mining industry.

The Market Approach, which relies on the principle of substitution where data from similar transactions can be applied to the target asset to estimate value, is used as a reasonableness test of the DCF Approach. We note from SRK that for a transaction to be comparable, it should be similar to the asset being valued in terms of location, geology, commodity, size and grade of resource, and timing (ideally recent). It is often difficult to obtain sufficient transaction information that is recent, so a wider timeframe is used and adjustments applied to convert the resultant metrics into usable data at the valuation date. We also note from SRK that the Cost Approach (defined hereafter) is not appropriate for the Operating Mines and the Development Project.

We also set out below the reasons of SRK for adopting the Market Approach as the most appropriate valuation method for valuing the advanced Exploration Projects (i.e. projects where engineering studies are underway). These reasons include (i) the production rates, LoM, capital expenditure and other key economic data related to the mining operations of such projects, which are fundamental assumptions under the DCF Approach, cannot be reliably estimated at the time of compiling the Listing Rules Valuation Report; and (ii) the cost approach only takes into consideration the expenditures already incurred in relation to the Exploration Projects and the project under studies plus probability-weighted reasonable future exploration expenditure, but not the value of the underlying Mineral Assets (the "**Cost Approach**").

According to SRK, the DCF Approach is not an appropriate valuation methodology for the Exploration Projects and the project under studies.

As set out in Appendix V to the Circular headed the "Competent Person's Report and Valuation Report", the Listing Rules Valuation has been estimated by SRK at approximately US$1,127.3 million (equivalent of approximately HK$8,792.9 million). As such, the Purchase Price represents a premium of approximately 14.4% over the Listing Rules Valuation. However, it should be noted that the Listing Rules Valuation does not reflect the Fair Market Value.

Furthermore, as advised by the Directors, the Purchase Price has been determined with reference to the Market Valuation prepared by SRK. Accordingly, we have also reviewed the valuation methodologies adopted by SRK to derive the Market Valuation below.

*(b) Market Valuation*

As explained in the sub-section headed "(a) Listing Rules Valuation" above, the Listing Rules Valuation Report prepared by SRK has only taken into account the Measured and Indicated Resources that are considered to be economically extractable, which will generally be limited to an estimate of the aggregate value of reserves (i.e. the portion of measured and indicated resources that has been demonstrated to be economically extractable). In particular, the Inferred Mineral Resources are ignored. As such, the Listing Rules Valuation assigned to the Mineral Assets does not reflect a Fair Market Value.

In light of the above, the Company also commissioned SRK to conduct a Market Valuation. The Market Valuation seeks to evaluate the full market value of mineral interests held by the Metorex Group and accordingly, reflects the additional value associated with the Inferred Mineral Resources and the exploration potential of the Metorex Group's mineral assets, which are specifically excluded from the Listing Rules Valuation. According to Chapter 18 of the Listing Rules, inferred resource is defined as a mineral resource for which tonnage, grade and mineral content can only be estimated with a low level of confidence. It is inferred from geological evidence, sampling and assumed but not verified geological and/or grade continuity. According to the SAMREC Code, it is based on information gathered through appropriate techniques from locations such as outcrops, trenches, pits, workings and drill holes that may be limited or of uncertain quality and reliability.

We have reviewed the report on Market Valuation of the Metorex Group's mineral interests as at 30 June 2013 by SRK prepared in accordance with the SAMVAL Code (the "**Market Valuation Report**"). Similar to the Listing Rule Valuation, we note that SRK considered the three generally accepted approaches to mineral asset valuation, namely (i) Cash Flow Approach; (ii) Market Approach; and (iii) Cost Approach. In deriving the Market Valuation, different valuation approaches were adopted depending on, among others, (i) the stage of the mining lifecycle of the particular mine/project; and (ii) the type of the Mineral Resources of the underlying mine/project (i.e. Measured/Indicated/Inferred).

We note that the same valuation methodologies to derive the Listing Rules Valuation of the respective mines/projects with respect to the Measured and Indicated Mineral Resources portion of the Market Valuation were adopted. Please refer to information set out in Table 6.2.1 titled "Details of the valuation method adopted to value each property" above. Following our discussions with SRK, we note that different combinations of the valuation approaches were applied by SRK to each mineral asset given the mineral assets of the Metorex Group are in different stages of the mining lifecycle. In determining the Market Valuation, a sum-of-the-parts methodology was adopted. Under the sum-of-the-parts methodology, we note that (i) SRK selected a value from two valuation approaches for each property (i.e. the mine or project) in accordance with, among others, their respective stage in the mining life cycle (i.e. whether it is in operation, being developed or under exploration); and (ii) summed up the values of each property, to arrive at the Measured and Indicated Mineral Resources portion of the Market Valuation.

As for valuing the Inferred Mineral Resources of the respective property, the Market Approach was adopted. In this regard, we reviewed the Market Approach valuation methodology adopted by SRK and note that it was based on, among others, (i) historical data on copper project transactions located in Zambia and the DRC, including consideration paid, and Measured, Indicated and Inferred Mineral Resources transacted; and (ii) the data for acquisitions in the DRC/Zambian copperbelt area during the past few years. Based on the data groupings of comparable transactions, SRK derived a USD/lb copper equivalent for Inferred Mineral Resources and applied such value to the contained lbs of Copper equivalent in the Inferred Mineral Resources category to derive a value for the Inferred Mineral Resources of each of the properties (i.e. the mine or project). SRK advised that the valuation methodologies adopted to derive the Market Valuation are in accordance with the SAMVAL Code.

The Market Valuation is the aggregate of (i) the value of the Measured and Indicated Mineral Resources of the mineral assets of Metorex; (ii) the value of the Inferred Mineral Resources of the mineral assets of Metorex; and (iii) certain adjustments (including debt, head office expenses, the terminal value of plant and equipments).

As discussed with SRK, most of the bases and assumptions applied in Listing Rules Valuation and the Market Valuation are the same. The major difference in the bases and assumptions applied relates to the exclusion or inclusion of the Inferred Mineral Resources in the valuation. In the Listing Rules Valuation, SRK has not included any consideration of the Inferred Mineral Resources in determining the value of the Metorex Group. On the other hand, in the Market Valuation, SRK has included the value of the Inferred Mineral Resources of the Mineral Assets. The quantum of the abovementioned differences attributable to the respective underlying Mineral Assets (Inferred Mineral Resources) is dependent on the nature of individual resources assets. For Mineral Assets which were well explored, tending towards the end of their economic lives and with limited opportunities to exploit mineralisation beyond current reserves, the difference between its fair market value and value estimated for the purposes of the Listing Rules Valuation may be immaterial. However, for Mineral Assets such as resource projects in the early stages of their development and/or with limited certainties over the quantity of economically minable resources, the difference between estimate of its fair market value and estimate of value for the purpose of the Listing Rules Valuation may be substantial.

According to SRK, the difference between the Market Valuation and the Listing Rules Valuation is primarily attributable to the value of the Inferred Mineral Resources, which has been excluded from the Listing Rules Valuation as required under Rule 18.30(3) of the Listing Rules. However, a value is derived for the Inferred Mineral Resources and included in the Market Valuation as the Competent Person is of the view that certain Inferred Mineral Resources have a reasonable likelihood of being mined in the future.

In addition, we have also discussed with SRK regarding the major assumptions made under the Market Valuation and note the following:

(i) where the DCF Approach was adopted, (a) the forecasted production data applied was based on the LoM plans as developed by the operating mines of Ruashi and Chibuluma and a feasibility study for Kinsenda carried out by professional parties, in addition, the forecasted RoM techno-economic parameters were compared against the historical operational data; (b) the commodity price applied was based on the historic three-year trailing average price of Copper / Cobalt traded on the LME from 1 July 2010 to 30 June 2013, being in line with the market valuation practice as per our discussion with SRK; (c) the forecasted operating and capital expenditure were primarily based on future plans provided by the management of the Metorex Group, reviewed and adjusted as appropriate by SRK; and (d) the discount rate (i.e. the weighted average cost of capital ("**WACC**")) was calculated based on the Capital Asset Pricing Model and reflects, among others, (aa) risk-free rate, being the rate quoted for an United States 10-year government bonds as at 30 June 2013; (bb) the

risk premiums in respect of market risk (which was based on the findings of the report "2012 Valuation Methodology Survey" conducted by an international professional firm), company risk (calculated based on beta and market risk premium) and country risk (which was based on data published by an international business and finance focused publisher); and (cc) the equity to debt ratio based on Chinese resource-based companies listed on the Stock Exchange; and

(ii) where the Market Approach was adopted, (a) the selection criteria of comparables; and (b) the rationale and basis for the adjustment factors, where applicable.

We note that the Management has reviewed and satisfied themselves with the basis of the underlying assumptions in connection with the Market Valuation. We have discussed with SRK regarding its rationale for adopting the abovementioned major assumptions and SRK has also confirmed that the methodology and parameters used in assessing the fair market value of the Mineral Assets, including the major assumptions adopted, are in alignment with market practice.

In connection with Copper/Cobalt price applied under the DCF Approach, we have reviewed and set out our analysis on the Copper and Cobalt LME price under paragraph headed "4.1 Copper" and "4.2 Cobalt" above. As for the capital and operating expenditure, we have discussed with SRK in relation to the reasoning behind the adjustments made by SRK and the appropriateness of the capital and operating expenditure as provided by the Company. We also note from the Market Valuation report that Metorex compiled a benchmark analysis for the C1 costs[1] of the Operating Mines against those of other producers in various African countries, we note the estimated C1 costs of each of the Operating Mines are in line with the C1 costs of other producers in various African countries. With regard to the discount rate (i.e. WACC), we have reviewed the calculation by SRK based on its data and sensitivities analysis on the net present value by varying factors such as the discount rate, revenue, the operating expenditure and price of commodity.

Furthermore, we note that the Market Valuation was prepared in accordance with the SAMVAL Code, a recognised code under Chapter 18 of the Listing Rules. As such, we consider the valuation method adopted to derive the Market Valuation to be fair and reasonable.

Based on the Market Valuation prepared by SRK, the Purchase Price represents a slight discount to the Market Valuation.

[1] *C1 costs include the sum of mining (waste + ore), processing, site overheads, transportation costs, refining/realisation charges and mineral royalties, but will exclude company taxation, corporate overheads, environmental closure costs, terminal benefits liabilities, financing charges and all non-cash items such as depreciation and amortisation.*

Furthermore, we have also reviewed acquisitions of various mineral assets conducted by listed issuers on the Main Board of the Stock Exchange (the "**Main Board Listed Issuers**") for a consideration of not less than HK$800 million since 1 January 2010 up to and including the Latest Practicable Date and identified a number of transactions, including the acquisition of mineral assets conducted by (i) Minmetals Resources Limited[2], Sinocop Resources (Holdings) Limited[3] ("**Sino Resources**") and China Precious Metals Resources Holdings Co., Limited[4] ("**CPM**"), the acquisition agreement of which was entered into in October 2010, November 2011 and July 2012, respectively (together the "**Market Transactions**").

We note that the consideration for each of the Market Transactions was determined after taken into account, among other things, the fair value measurement and/or volume and quality of the underlying mineral assets which includes the value associated with inferred resources. The location of underlying mineral assets of the Market Transactions include Australia, Canada, Indonesia, the PRC and Laos.

In addition, we also note that the Australian Securities Exchange and the Toronto Stock Exchange, from the relevant standards and guidelines, including the VALMIN Code[5] and the CIMVAL[6] standards and guidelines, permits inferred resources to be included in the mineral properties valuation reports issued under its listing rules. We also note both the VALMIN Code and CIMVAL standards and guidelines are recognised standards/codes under Chapter 18 of the Listing Rules. Given that it is common practice for parties to make reference to the market valuation and/or consider the volume and quality of the mineral assets (including inferred resources) when determining the consideration for the sale and purchase of mineral assets, we consider that the adoption of the Market Valuation to value the mineral assets of Metorex to be appropriate.

[2] *as set out in the circular of Minmetals Resources Limited dated 22 November 2010, the purchase price was arrived at after arm's length negotiations between the parties to the acquisition and was determined with reference to the range of the market valuation (which seeks to evaluate the full market value of the target mineral assets and accordingly, reflects the value associated with inferred resources and the exploration potential of the Target Group's assets) and adjusted by the parties for expectations on working capital changes until 31 December 2010.*

[3] *as set out in the announcement of Sino Resources dated 29 March 2012 (the "**Sino Announcement**"), the consideration was determined after arm's length negotiations between Sino Resources and the vendors and was based on the various factors, including, among others, the volume, quality and accessibility of the Glauberite estimated reserves and the relative size of that Glauberite deposits comparable in volume, quality and accessibility to the deposits at other PRC glauberite mines and the potential earnings that may be derived from the deposits at the Glauberite Mine, and as at the date of the Sino Announcement, the estimated resources of sodium sulfate are based on the preliminary Competent Person's Report issued by SRK Consulting (Australasia) Pty Ltd in relation to the estimate resource potential in the Glauberite Mine. As set out in the Sino Announcement, the stated sodium sulfate were made up of inferred, indicated and measured resources.*

[4] *as set out in the circular of CPM dated 24 September 2012, the consideration was determined between the purchaser and the vendor after arm's length negotiations, taking into account, (i) the preliminary range of market valuation (prepared using methodologies in line with the VALMIN Code and seeks to evaluate the full market value of the target group and accordingly, reflects the value associated with inferred resources and the exploration potential of the mines; and (ii) the future prospects of the gold mining industry.*

[5] *Code for the Technical Assessment and Valuation of Mineral and Petroleum Assets and Securities for Independent Expert Reports*

[6] *Canadian Institute of Mining, Metallurgy and Petroleum on valuation of mineral properties*

*(c) Summary on evaluation of the Purchase Price*

Having considered the above factors, in particular, (i) the Purchase Price represents a slight discount to the Market Valuation (prepared by SRK in accordance with the SAMVAL Code using methodologies in line with international market practices, which seeks to evaluate the full market value of the Mineral Assets held by the Metorex Group and accordingly reflect the additional value associated with the Inferred Mineral Resources and the exploration potential of the Metorex Group's assets); and (ii) we note that the Market Valuation is a common methodology used in assessing valuation of assets in mergers and acquisitions transactions that involve companies engaged in mining operations which is in line with our findings as detailed above, we concur with the Directors' view that the Purchase Price is fair and reasonable. Further analysis on the settlement of the Purchase Price is set out below.

***6.3 Consideration Shares***

According to the terms of the Acquisition Agreement, the Purchase Price will be satisfied by the issue of (i) Consideration Shares as to US$204.6 million (equivalent to approximately HK$1,595.9 million); and (ii) PSCS as to US$1,085.4 million (equivalent to approximately HK$8,466.1 million), respectively.

The Consideration Shares represent approximately 57.9% of the entire existing issued share capital of the Company as at the Latest Practicable Date and approximately 36.7% of the enlarged issued share capital of the Company immediately after Completion, assuming that, other than those contemplated under the Acquisition Agreement, there will be no changes in the shareholding of the Company during the period from the Latest Practicable Date to the Completion Date.

*Comparison of issue price of the Consideration Shares with prevailing Share price and net asset value of the Group*

The issue price of the Consideration Shares of HK$1.00 per Share (the "**Consideration Share Issue Price**") represents:

(i) a discount of approximately 29.08% over the average closing price of HK$1.41 per Share as quoted on the Stock Exchange as at the Latest Practicable Date;

(ii) a discount of approximately 29.08% to the closing price of HK$1.41 per Share as quoted on the Stock Exchange on the Last Trading Date;

(iii) a discount of approximately 28.57% over the average closing price of approximately HK$1.40 per Share for the last 30 trading days up to and including the Last Trading Date;

(iv) a discount of approximately 29.58% over the average closing price of approximately HK$1.42 per Share for the last 90 trading days up to and including the Last Trading Date; and

(v) a price to book value of approximately 3.6 times the unaudited consolidated net asset value of the Group of approximately HK$0.28 per Share as at 30 June 2013.

In addition to the above, when assessing the fairness and reasonableness of the Consideration Share Issue Price, we have also taken into account of (i) the daily closing price of the Shares as quoted on the Stock Exchange from the 12 months period prior the publication of the announcement dated 24 August 2010 in relation to the subscription for new Shares by Jinchuan HK (the "**Subscription**") up to and including the Last Trading Date (the "**Share Price Review Period**"); and (ii) the relative share price performance of the Company as compared to its peer companies based on the principal business activities of the Group (i.e. trading of mineral and metal products).

*Selection of Peer Companies*

With a view to identify comparable companies for comparison purposes, based on the existing principal activities of the Group, we have set out the following parameters, trading of mineral resources as one of its principal operating activities (which contribute to no less than 50% of its overall revenue for the latest full financial year based on their published annual reports) with no mineral resources processing, manufacturing or production activities of its own. To the best of our knowledge, we have identified four listed issuers on the Main Board of the Stock Exchange which fall within the abovementioned category (based on their respective latest published annual reports), namely APAC Resources Limited[7] ("**APAC**"); CGN Mining Co. Limited ("**CGN Mining**"); Poly Capital Holdings Limited ("**Poly**"); and Prosperity International Holdings (H.K.) Limited[8] ("**PIHL**") (the "**Minerals Trading Companies**").

In addition to the comparables set out for Minerals Trading Companies, in view of that (i) the Group has been loss making for each of the two years ended 31 December 2012; (ii) the relatively small asset base of the Group compared to the asset base of the Target Group; (iii) the Acquisition will result in a significant change in the Company's principal business activities; and (iv) the Directors expect that the Enlarged Group's assets, revenue and profit will be primarily attributable to the Target Group upon Completion, thus we have extended our analysis to include companies based on the Copper Companies Selection Criteria (defined hereafter). Accordingly, we have identified, to the best of our knowledge, an exhaustive list of eight listed issuers on the Main Board of the Stock Exchange with copper mining operations as one of its principal operating activities based on their respective latest published annual reports and a market capitalisation of no less than HK$8.0 billion as at the Latest Practicable Date (the "**Copper Companies Selection Criteria**"), namely China Gold International Resources Corp. Limited ("**China Gold**"), China Nonferrous Mining Corporation Limited ("**China Nonferrous**"); Glencore Xstrata PLC ("**Glencore**"); Jiangxi Copper Company Limited ("**Jiangxi Copper**"); Kazakhmys PLC ("**Kazakhmys**"); MMG Limited (formerly known as Minmetals Resources Limited) ("**MMG**"); Zhaojin Mining Industry Co., Limited ("**Zhaojin**"); and Zijin Mining Group Company Limited ("**Zijin**") (the "**Copper Companies**", together with the Trading Companies, the "**Peer Companies**"). Given that the Purchase Price is marginally above the HK$10.0 billion, we have set the selection threshold for the market capitalisation of Copper Companies to be no less than HK$8.0 billion.

---

[7] *APAC has minority shareholdings in three ASX listed exploration / producer companies, given the minority nature of the investment, we have included APAC as a comparable.*

[8] *PIHL engages in iron ore trading through its 64.07%-owned and London-listed subsidiary, Prosperity Minerals Holdings Limited, which in turn holds a 35% effective interest in a joint venture company engaged in the exploration and production of iron ore. Given its indirect minority position in such investment, we have included PIHL as a comparable.*

*Chart 6.3.1: Daily closing price of the Shares during the Share Price Review Period*




*Source: based on information extracted from Stock Exchange website*

During the Share Price Review Period, the daily closing Share price was in the range of HK$0.26 per Share to HK$4.82 per Share. The average closing price of the Shares for the Share Price Review Period was approximately HK$1.59 per Share, a premium of approximately 59.0% over the Consideration Share Issue Price.

As illustrated in Chart 6.3.1 above, the closing Share price since the commencement of the Share Price Review Period and prior to the publication of the announcement in relation to the Subscription dated 24 August 2010 (the "**Subscription Announcement**") had not been higher than HK$0.80 per Share. However, on 24 August 2010, being the first trading day since the publication of the Subscription Announcement, the closing Share price reached HK$1.26 per Share. Upon completion of the Subscription (the "**Subscription Completion**") on 30 November 2010, the Share price further increased to HK$2.52 per Share and on 21 April 2011 (the "**Record High Date**"), the closing Share price reached its record high of HK$4.82 during the Share Price Review Period (the "**Record High**").

We also note that between the publication date of the Subscription Announcement and the Record High Date, the Company published a profit warning announcement on 28 January 2011, setting out the fact that the Group expected a considerable increase in its loss for the year ended 31 December 2010 as compared the corresponding prior year (the "**Profit Warning**") and subsequently releasing its annual results for the year ended 31 December 2010 on 28 February 2011. Despite the Profit Warning and the fact that the Group recorded a loss of approximately HK$437.7 million for the year ended 31 December 2010 as compared to a loss for the year of appropriately HK$9.2 million for the prior year, the closing Share price since the date of the Profit Warning up until 31 March 2011 maintained between HK$2.31 per Share to HK$2.93 per Share.

Given that there appears to be a lack of correlation between the closing Share price and the financial performance of the Company during the aforesaid review period, we have further reviewed and compared the relative share price performance of the Company to those of the Peer Companies during the Share Price Review Period.

*Chart 6.3.2: Relative share price performance of the Company to the Peer Companies (Note 1) during the Share Price Review Period (Note 2)*




*Notes*

(1) *Each of China Gold, Glencore, Kazakhmys and China Nonferrous was listed on the Stock Exchange on 1 December 2010, 25 May 2011, 29 June 2011 and 29 June 2012, respectively, and therefore their respective shares were not traded on the Stock Exchange during the entire Share Price Review Period. As such, we have excluded the aforementioned companies from Chart 6.3.2 (the "**Excluded Copper Companies**").*

(2) *The Share Price Review Period commenced on 24 August 2009, being 6 months prior to the publication of the Subscription Announcement. For the purpose of our analysis, we have (i) fixed the average closing price of the Peer Companies on 24 August 2009 as 100% on the y-axis of the chart (the "**Reference Date**"); and (ii) charted the average closing price movement of the Peer Companies and since the Reference Date over the Share Price Review Period.*

(3) *As set out in the unusual price movement announcement of the Company dated 20 April 2011, the Company was not aware of any reason for the substantial increase in Share price, save for the following transaction which was in negotiation. As disclosed in the announcement of the Company dated 21 April 2011, such transaction was in connection with the disposal of a subsidiary of the Company which in turn held interest in a property project and constituted a discloseable transaction for the Company (the "**Disposal**"). The Company expected to record a gain of approximately HK$0.8 million from the Disposal.*

*Source: based on information extracted from Stock Exchange website*

As illustrated in Chart 6.3.2 above, the performance of the closing Share price was largely stable until around two months immediately prior to the publication of the Subscription Announcement. We further note that from the publication of the Subscription Announcement till the Subscription Completion, the closing Share price surged by approximately 421.5% over the closing Share price on average as at the commencement of the Share Price Review Period (the "**Commencement Closing Share Price**"), compared to the closing share prices of Trading Companies and Copper Companies (save for the Excluded Copper Companies) which (decreased)/ increased by an average of approximately (0.3%) and 67.4% during the same period, respectively. Subsequently, from the Subscription Completion up to and including the Last Trading Date, the closing Share price remained substantially higher than those prior the publication of the Subscription Announcement and increased by approximately 565.6% over the Commencement Closing Share Price on average, as compared to the closing share prices of Peer Companies (save for the Excluded Copper Companies) which increased by an average of approximately 45.4% and 43.7% during the same period, respectively.

*Share price review conclusion*

Having considered that (i) the closing share price of the Company remained at a similar level despite the publication of a results announcement in relation to the Group recording additional losses of over HK$420.0 million for the year ended 31 December 2010 when compared to the corresponding prior year, representing a loss in excess of 45 times the losses recorded from the corresponding prior year (the "**2010 Results Announcement**") and that we are not aware of other material factors and/or explanation except for the Subscription Agreement; and (ii) the significant disparity between the performance of the closing Share price of the Company compared to those of the Peer Companies (save for the Excluded Copper Companies) during the Share Price Review Period, we concluded that the significant increase in the closing Share price observed during the Share Price Review Period might have been underpinned by the expectation of corporate action to fulfill the stated intention of Jinchuan Group of deploying the Company as its flagship for undertaking overseas operations in the exploration and exploitation of mineral assets and related trading, such expectation may have the effect of decoupling the typical relationship between share price and the Group's financial performance. In view of the above, we do not consider the prevailing Share price as an objective value benchmark supported by the Company's existing business.

In view of the above, when assessing the fairness and reasonableness of the issue price of HK$1.00 for the Consideration Shares, we have primarily considered the basis of which the issue price was determined, including that the issue price represents approximately 3.6 times of the unaudited net asset value per Share of HK$0.28 as at 30 June 2013, being notably higher than that of the net asset value per Share.

We also note that in this letter under the heading of "7. Expected financial effects of the Acquisition to the Group", the Acquisition is expected to result in an enhancement in net asset per Share (excluding non-controlling interests) backing from approximately HK$0.28 per Share as reported in the Company's six months ended 30 June 2013, to approximately HK$0.74 per Share on a fully diluted basis assuming full conversion of the PSCS but before the issuance of any new Share

under the Specific Mandate as set out in section headed "Unaudited pro forma financial information of the Enlarged Group" as set out in Appendix IV to the Circular. As such, the net asset value per Share immediately after the Completion is expected to be higher than the net asset value per Share of approximately HK$0.28 as at 30 June 2013.

Based on information as set out in the "Letter from the Board" and the section headed "Unaudited pro forma financial information of the Enlarged Group" as set out in Appendix IV to the Circular, we also note that the basic earnings per Share of the Group for the six months ended 30 June 2013 is approximately 1.30 HK cents. Immediately after Completion, the basic earnings per Share of the Enlarged Group would be approximately 29.48 HK cents based on pro forma net profit attributable to equity owners of the Enlarged Group of approximately HK$1,282.5 million divided by 4,350,753,051 Shares (before conversion of any PSCS and the issuance of any new Shares under the Specific Mandate). Based on pro forma net profit attributable to equity owners of the Enlarged Group approximately HK$1,282.5 million and assuming 12,816,873,051 Shares will be in issue and outstanding immediately after Completion and after conversion of all PSCS but before issuance of any new shares under the Specific Mandate, the basic earnings per Share of the Enlarged Group will be approximately 10.01 HK cents.

*Peer Companies comparison*

Further to the analysis set out above, we have also considered common approach for the evaluation of issue price of the Consideration Shares, including (i) the prevailing Share price; (ii) the historical price to earnings ratio (the "**P/E ratio**") of the Peer Companies; and (iii) the historical price to net book value ratio (the "**P/NAV ratio**") of the Peer Companies, each of the above being an appropriate and representative method for comparison purposes.

However, based on our analysis set out under paragraph headed "Share price review conclusion" above, we do not consider the prevailing Share price as an objective value benchmark supported by the Company's existing business. In addition, given that the Group recorded a loss for the year ended 31 December 2012, the Company has no P/E ratio for comparison purposes.

In view of the above, we have performed our analysis on the P/NAV ratio, being a common approach and an appropriate indicator in evaluating the issue price of the Consideration Shares for comparable purposes.

For the comparison of P/NAV ratio against the Peer Companies, we have included (i) Minerals Trading Companies; and (ii) Copper Companies, based on reasons as set out under paragraph headed "Selection of Peer Companies" above, including factors such as the principal operating activities of the Group and the Acquisition (if consummated) will result in a significant change in the Company's principal business activities.

Set out in Table 6.3.3 below are the market statistics of the Peer Companies for comparison purposes:

*Table 6.3.3: Market statistics of the Peer Companies*

| **Minerals Trading Companies *(stock code)*** | **Price to net asset value per share** *(note 1)* *(approximately)* | **Copper Companies *(stock code)*** | **Price to net asset value per share** *(note 1)* *(approximately)* |
|---|---|---|---|
| PIHL *(803) (note)* | 0.8 times | Jiangxi Copper *(358) (note 2)* | 0.4 times |
| APAC *(1104)* | 0.2 times | Glencore *(805)* | 1.1 times |
| Poly *(1141)* | 0.3 times | Kazakhmys *(847)* | 0.4 times |
| CGN Mining *(1164)* | 2.1 times | MMG *(1208)* | 0.8 times |
| | | China Nonferrous *(1258)* | 1.6 times |
| | | Zhaojin *(1818) (note 2)* | 0.6 times |
| | | China Gold *(2099)* | 1.0 times |
| | | Zijin *(2899) (note 2)* | 0.3 times |
| Average | 0.9 times | Average | 0.8 times |
| Maximum | 2.1 times | Maximum | 1.6 times |
| Minimum | 0.2 times | Minimum | 0.3 times |
| **Consideration Share Issue Price to net asset value per share** | | | 3.7 times |

*Notes:* (1) *Calculated by the respective share price as at the date of the Announcement divided by the respective latest published audited net asset value (excluding non-controlling interests) per share.*

(2) *Conversion of Renminbi ("**RMB**") into Hong Kong dollars is based on the exchange rate of RMB1.00 = HK$1.25*

As shown in Table 6.3.3 above, the Consideration Share Issue Price is at approximately 3.7 times to the audited net asset value (excluding non-controlling interests) per Share as at 31 December 2012, which is also notably above the average P/NAV ratio of the Minerals Trading Companies and Copper Companies of approximately 0.9 times and 0.8 times, respectively.

Given the Consideration Share Issue Price is at approximately 3.7 times to the audited net asset value (excluding non-controlling interests) per Share as at 31 December 2012, being significantly above the average P/NAV ratio of the Peer Companies, we believe that the Share price is not justified by the underlying fundamental of its own businesses. It is also questionable as to whether the prevailing share price of the Company can be sustained in the long term in the event that the Acquisition is not implemented or there are any changes in the stated intention to mould the Company as the flagship of Jinchuan Group for overseas acquisition of mineral assets.

The Acquisition, if implemented, would considerably enhance the business base of the Group and its long-term prospects and would be an inaugural event marking the beginning of the Group's strategy as a mining exploration and production company. The successful implementation of the Acquisition should also allow the Company's future long-term share price to be underpinned by significant assets, improved business fundamentals and prospects, which are important factors for the long-term sustainability of the Company's future share price.

In addition to the above analysis, based on the characteristics of the Acquisition, including (i) the Purchase Price; (ii) the mineral assets are located in Africa; (iii) Metorex focuses on base metals mining, primarily consists of copper and cobalt; and (iv) the Purchase Price will be satisfied by way of issue of shares (in part or in full), we have determined our criteria for selecting precedent transactions to be acquisitions of copper mineral assets in Africa by the Main Board Listed Issuers for a consideration in excess of HK$10.0 billion which was settled (partially or in full) by way of issue of shares, between 1 January 2012 up to and including the Latest Practicable Date for comparable purposes. Based on the aforesaid criteria and review period, we have not identified any such transaction. As such, we performed additional work by expanding our criteria to cover the acquisitions of copper mineral assets worldwide by Main Board Listed Issuers for a consideration in excess of HK$10.0 billion which was settled (partially or in full) by way of issue of shares during the period commencing 36 months immediately prior the date of the Announcement. Based on the aforesaid criteria, we have identified only one acquisition, the details of which are as follows.

Pursuant to the agreement dated 19 October 2010 entered between the relevant parties, MMG acquired the Minerals and Metals Group (the "**2010 MMG Acquisition**"), being a significant producer of, among other minerals, copper for an aggregate amount of US$1,846 million whereby approximately US$361.84 million was satisfied by the issuance of new shares of MMG at an issue price of HK$3.00 per consideration share (the "**MMG Issue Price**"). As set out in the 2010 MMG Acquisition transaction circular dated 22 November 2010, the MMG Issue Price represented a price-to-book value of approximately 1.1 times the net asset value per share attributable to the owners for the then latest financial year (which is notably lower than the price to book value of approximately 3.7 times under the Acquisition). For illustration purposes, notwithstanding that there is a decoupling effect on the typical relationship between Share price and the Group's financial performance as detailed under paragraph headed "Share price review conclusion" above, we note that the MMG Issue Price represent a discount of approximately 48.6% to its closing price on the last trading date (which exceeds the discount of approximately 29.1% under the Acquisition).

Having considered that, among others, (i) both the Acquisition and the 2010 MMG Acquisition involve the acquisition of copper mineral assets and part of the consideration is settled/ to be settled by way of the issuance of shares; (ii) both of the subject mineral assets also include a number of mines which are in different stages of the mining lifecycle; and (iii) the Acquisition will result in a significant change of the Company's principal business and the Directors expect that the Enlarged Group's assets will be primarily attributable to the Target Group upon Completion, we are of the view that comparison between the 2010 MMG Acquisition and the Acquisition to be appropriate.

Taking into account the analysis on the Consideration Share Issue Price as set out above, in particular, (i) the Issue Price represents a significant price to book value ratio; (ii) based on the unaudited pro forma financial position of the Enlarged Group as set out in Appendix IV to this Circular, which illustrates the effect of the Acquisition assuming that Completion had taken place on 30 June 2013 and taking into account the issue of 8,466,120,000 Conversion Shares upon the full conversion of the PSCS, the net asset value per Share will be enhanced as a result of the Acquisition from approximately HK$0.28 per Share as at 30 June 2013 to approximately

HK$0.74 per Share, details of which are set out under paragraph headed "7. Expected financial effects of the Acquisition to the Group" in this letter; and (iii) the new shares issued under the 2010 MMG Acquisition in relation to MMG's then net asset value compared to the Consideration Share Issue Price to the net asset value of the Company as at 31 December 2012, we conclude that the Consideration Share Issue Price is fair and reasonable.

### *6.4 PSCS*

Pursuant to the terms of the Acquisition Agreement, US$1,085.4 million (equivalent to approximately HK$8,466.1 million) of the Purchase Price will be satisfied by the issue of PSCS, which is convertible into 8,466,120,000 Shares at the initial conversion price of HK$1.00 per Share (subject to adjustment) (the "**Initial Conversion Price**").

The key terms of the PSCS are summarised below:

| | |
|---|---|
| Issuer | The Company |
| Maximum aggregate principal amount of the PSCS | US$1,085.4 million (equivalent to approximately HK$8,466.1 million) |
| Status and subordination | The PSCS constitutes direct, unsecured and subordinated obligations of the Company and rank *pari passu* without any preference or priority among themselves. In the event of the winding-up of the Company, the rights and claims of the PSCS Holders shall (i) rank ahead of those persons whose claims are in respect of any class of share capital (including preference shares) of the Company; (ii) be subordinated in right of payment to the claims of all other present and future Senior Creditors of the Company and (iii) *pari passu* with each other and with claims of holders of Parity Securities |
| Issue price | 100% of principal amount of the PSCS |
| Distribution(s) | The PSCS shall not bear any interest for the first three (3) years from the issue date but shall bear interest at 0.1% per annum thereafter payable annually in arrears on 31 December each year |
| Optional deferral of distributions | The Company may, at its sole discretion, elect to defer a distribution pursuant to the terms of the PSCS |

| | |
|---|---|
| Maturity date | There is no maturity date. This feature would give the Company the option to choose to pay distributions on the PSCS, force redemption of the PSCS or force conversion of the PSCS in circumstances as the Company considers appropriate or desirable. In addition, the perpetual nature of the PSCS would allow the Company to account for the PSCS as equity in its financial accounts |
| Conversion period | Any time from the date of issue of the PSCS, subject to certain conditions as provided in the terms of the PSCS |
| Conversion Price | Initially HK$1.00 per Conversion Share, subject to adjustment as provided for in the terms of the PSCS |
| Restriction on conversion | The Company or a PSCS Holder may only convert such number of PSCS as would not cause the Company to contravene the minimum public float requirement under the Listing Rules following conversion |
| Conversion Price adjustment | The Conversion Price will be subject to adjustment in certain events, including but not limited to, consolidation, subdivision or reclassification, capitalisation of profits or reserves, capital distribution, rights issues of Shares or options over Shares, rights issues of other securities, issue of Shares at less than the current market price, other issues of securities at less than the current market price, modification of rights of conversion and other offers to Shareholders |
| Issuer's option to force conversion | On or at any time after three (3) years after the date of issue of the PSCS, the Company may, at its sole discretion, elect to convert the PSCS in whole or in part in respect of the holding of any holder into Shares. Conversion are subject to certain conditions and restrictions as set out in the paragraph headed "PSCS" in the "Letter from the Board" |
| Issuer's option to force redemption | The PSCS may be redeemed at the option of the Company in whole, but not in part, at their principal amount plus distribution accrued upon the Company giving not less than five (5) business days notice to |

| | |
|---|---|
| | the holder of the PSCS. However, a PSCS Holder has no right to require redemption of any outstanding principal amount of the PSCS |
| Voting | The PSCS Holder(s) will not be entitled to receive notice of, attend or vote at, general meetings of the Company by reason only of its being a PSCS Holder |
| Transferability | Subject to the terms of the PSCS, a PSCS may be transferred by delivery of a transfer form, together with the certificate issued in respect of that PSCS, to the registered office of the Company or the specified office of any registrar which the Company may appoint |
| Automatic Conversion | At any time when a PSCS Holder is not a connected person of the Company, a principal amount of PSCS which upon conversion will result in the PSCS Holder holding in aggregate just under 10% of the issued share capital of the Company shall be automatically converted into Conversion Shares<br><br>The automatic conversion right is set out in the terms and conditions of the PSCS which is the governing document of the PSCS. Further details of which are set out in the paragraph headed "PSCS" in the "Letter from the Board" |
| Pre-emption right | Subject to terms and conditions of the PSCS, following the receipt by the Company of a notice, the Company may by no later than 15 business days after it has received the notice, elect to purchase and cancel all or some of the PSCS and at the price specified in the notice. The Directors will take into account, among other things, (i) the principal amount of PSCS to be transferred, (ii) the prevailing market price of the Shares, and (iii) the prevailing Conversion Price of the PSCS, in determining whether the purchase price is fair and reasonable. The Company must complete the purchase of the relevant PSCS within 15 business days of it informing the PSCS Holder that it has elected to purchase the PSCS. If the Company does not elect to |

purchase, or fails to complete the purchase after so elected, the PSCS Holder may transfer such PSCS to the purchaser and at the purchase price specified in the notice in accordance with the terms of the PSCS

Further details of the pre-emption right are set out in the paragraph headed "PSCS" in the "Letter from the Board"

For further key terms of the PSCS, please refer to the "Letter from the Board" paragraph headed "PSCS" in this Circular.

*Analysis of the terms of the PSCS*

Shareholders should note that the PSCS, subject to the terms and conditions governing the PSCS, bear the following characteristics:

- the PSCS have no maturity and no redemption obligation (notwithstanding that the PSCS may be redeemed at the option of the Company in whole), as such the Company has the option of not paying back any outstanding principal amount of the PSCS to the holder of the PSCS but subject to a distribution rate in accordance to terms of the PSCS;

- the perpetual nature of the PSCS would allow the Company to account for the PSCS as equity in its financial accounts;

- the issuer's option to force conversion allows the Company to choose to convert the PSCS in circumstances that the Company considers appropriate or desirable (for example, if market conditions are such that it would be in the interest of the Company if the dilution impact of the issue of the Conversion Shares would be reflected to the greatest extent as possible) and hence will no longer be required to pay distributions on those PSCS which have been forced by the Company to be converted pursuant to this provision;

- the issuer's option to force redemption allows the Company flexibility and at its discretion to redeem outstanding PSCS;

- the PSCS are subordinated in right of payment to the claims of all other present and future Senior Creditors of the Company;

- holders are entitled to no interests for the first three years from the issue date and a distribution rate of 0.1% per annum thereafter on any outstanding principal amount;

- the Company has the option to defer scheduled distribution pursuant to the terms of the PSCS;

- the automatic conversion feature is structured to ensure that to the extent the Conversion Shares of any PSCS Holders can be recognized as free float, the Company will have the right to require such conversion. With the automatic conversion feature in place, additional Shares will be issued once the shareholding of any PSCS Holders is below 10% of the issued share capital of the Company. This may result in the Conversion Shares being highly concentrated in a few shareholders' hands. However, more Shares will be tradable and can potentially enhance the trading volume and diversify the equity base of the Company; and

- as the PSCS are not listed or freely tradable on a securities market, it was considered to be appropriate for the Company to have a pre-emptive right over the transfer of a PSCS. The pre-emptive right would allow the Company to have an opportunity to determine the identity of persons to whom the PSCS may be transferred and to have an opportunity to repurchase the PSCS if the Company considers that the transfer price and terms are favourable.

*Comparison of Initial Conversion Price with prevailing Share price and net asset value of the Group*

The Initial Conversion Price of HK$1.00 per Share, which is equivalent to the Consideration Share Issue Price, represents:

(i) a discount of approximately 29.08% over the average closing price of HK$1.41 per Share as quoted on the Stock Exchange as at the Latest Practicable Date;

(ii) a discount of approximately 29.08% to the closing price of HK$1.41 per Share as quoted on the Stock Exchange on the Last Trading Date;

(iii) a discount of approximately 28.57% over the average closing price of approximately HK$1.40 per Share for the last 30 trading days up to and including the Last Trading Date;

(iv) a discount of approximately 29.58% over the average closing price of approximately HK$1.42 per Share for the last 90 trading days up to and including the Last Trading Date; and

(v) a price to book value of approximately 3.6 times the unaudited consolidated net asset value of the Group of approximately HK$0.28 per Share as at 30 June 2013.

Based on the Initial Conversion Price of HK$1.00 and assuming no changes in the shareholding in the Company from the Latest Practicable Date other than those contemplated under the Acquisition Agreement, the Company will allot and issue 8,466,120,000 Conversion Shares credited as fully paid upon full conversion of the PSCS. The 8,466,120,000 Conversion Shares represent approximately 307.3% of the entire existing issued share capital of the Company as at the Latest Practicable Date, approximately 194.6% of the enlarged issued share capital of the Company immediately after Completion (assuming no conversion of the PSCS), approximately 66.1% of the enlarged issued share capital of the Company immediately after Completion (assuming full

conversion of the PSCS) and approximately 50.3% of the enlarged issued share capital of the Company immediately after Completion (assuming full conversion of the PSCS) and assuming the issue of maximum number of new Shares under the Specific Mandate.

*Perpetual convertible instruments comparables*

Given that the universe of perpetual convertible instruments (excluding bonus perpetual convertible instrument issues) issued by Main Board Listed Issuers within the 24-months period immediately prior to the date of the Announcement is limited, all of the identified perpetual convertible instruments under the aforesaid parameters, being five in total, were selected for review (the "**Perpetual Convertible Comparables**"). Set out below are the details of the Perpetual Convertible Comparables:

*Table 6.4.1: Perpetual Convertible Instruments (note 1)*

| Company (Stock code) | Date of announcement | Initial conversion price (per Share) | Premium/ (discount) of the conversion price to the closing price on the last trading date *(approx. %)* | Premium/ (discount) of conversion price to the audited net asset value per share attributable to the owners for the latest full financial year based on the date of the transaction announcement *(approx. %)* | Distribution rate per annum *(%)* | Maturity | Optional deferral of distributions by the issuer | Restriction on conversion | Redemption rights of the holder | Holder of Perpetual Convertible Instrument being connected person(s) of the issuer | Purpose of issue |
|---|---|---|---|---|---|---|---|---|---|---|---|
| China Qinfa Group Limited ("**Chinq Qinfa**") (866) | 28-Nov-12 | HK$1.65 | 51.4 | 22.6 | 3.0 | None | Yes | Yes | Yes | Yes | Fund raising |
| Guangdong Nan Yue Logistics Company Limited ("**GNYL**") (3399) | 23-Sep-12 | RMB2.74 | 155.1 *(note 2)* | 0.9 | 1.0 | None | Yes | Yes | No | Yes | Settlement of consideration |
| Greentown China Holdings Limited ("**Greentown**") (3900) | 8-Jun-12 | HK$7.40 | 38.3 | (41.9) | 9.0 *(note 3)* | None | Yes | Yes | No | Yes | Fund raising from strategic investor |
| Hop Hing Group Holdings Limited ("**Hop Hing**") (47) | 1-Dec-11 | HK$0.37 | (15.9) | (61.1) *(note 4)* | 3.5 | None | Yes | Yes | No | Yes | Settlement of consideration |
| CATIC Shenzhen Holdings Limited ("**CATIC**") (161) | 21-Nov-11 | RMB3.56 | 10.0 | 21.1 *(note 5)* | 1.0 | None | Yes | Yes | No | Yes | Settlement of consideration |
| | | Maximum | *(note 2)* 51.4 | 22.6 | 9.0 | | | | | | |
| | | Minimum | (15.9) | (61.1) | 1.0 | | | | | | |
| | | Average | *(note 2)* 21.0 | (11.7) | 3.5 | | | | | | |
| **The Company** | **27-Aug-13** | **HK$1.00** | **(29.1)** | **267.7** | **Nil for the first three years and 0.1 p.a. thereafter** | **None** | **Yes** | **Yes** | **No** | **Yes** | Settlement of consideration |

*Notes:*

(1) *for the avoidance of doubt, the Perpetual Convertible Comparables comprise only perpetual convertible instrument which shall rank ahead of those persons whose claims are in respect of any class of share capital (including preference shares) of the issuer and the holder of which does not have the right to receive dividends and other distributions pari passu with holders of the ordinary shares.*

(2) *the premium of approximately 155.1% over the closing price of the H shares of the issuer is considered to be unusually high and to avoid distortion to the overall analysis, we have not included this result in our range and average analysis.*

(3) *as stated from the announcement of this comparable, the distribution rate was 9% per annum in the first five years, and it would be adjusted in every five years. Details of which please refer to the announcement dated 8 June 2012 of this comparable.*

(4) *as the conversion price to net asset value ratio was not set out in the transaction announcement/circular, it is calculated based on the initial conversion price of HK$0.37 divided by the audited net asset value attributable to the owners of the company per share of approximately HK$0.95 per share.*

(5) *as the conversion price to net asset value ratio was not set out in the transaction announcement/circular, it is calculated based on the initial conversion price of RMB3.56 divided by the audited net asset value attributable to the owners of the company per share of approximately RMB2.94 per share (inclusive of both issued domestic and H shares).*

*Source: based on information extracted from the respective transaction announcement and/or circular published on the Stock Exchange website*

We note that three of the Perpetual Convertible Comparables were issued for the settlement of the consideration for an acquisition (in part or in full), the remaining two Perpetual Convertible Comparables were issued for the purpose of fund raising. Notwithstanding that two of the Perpetual Convertible Comparables were issued for different purposes, having considered, like the PSCS, all of the Perpetual Convertible Comparables (i) are accounted for as equity instrument in the financial statements of the respective issuer; and (ii) contain similar principal terms as set out in Table 6.4.1, such as no maturity, optional deferral of distributions by the issuer, restriction on conversion and no redemption rights of the holder, we consider the inclusion of all the Perpetual Convertible Comparables for comparison purposes to be appropriate. As set out in Table 6.4.1, the conversion price of recent share issues by the Perpetual Convertible Comparables ranged from a premium of approximately 51.4% to a discount of approximately 15.9% with an average discount of approximately 21.0% to the respective closing prices of their shares on the last trading day prior to the release of the relevant announcement.

We note that the discount of the Conversion Price to the closing Share price on the Last Trading Day is approximately 29.1%, which is below the largest discount of the Perpetual Convertible Comparables. However, having considered the reasons as set out under the paragraph headed "Share review conclusion" in this letter above, in particular (i) the closing share price of the Company remained at a similar level despite the publication of the 2010 Results Announcement in relation to the Group recording additional losses of over HK$420.0 million for the year ended 31 December 2010 when compared to the corresponding prior year, representing a loss in excess of 45 times the losses recorded from the corresponding prior year and that we are not aware of other material factors and/or explanation except for the Subscription Agreement; and (ii) the significant disparity between the performance of the closing Share price of the Company compared to those of the Peer Companies during the Share Price Review Period indicated that the significant increase in the closing Share price observed during the Share Price Review Period might have been underpinned by the expectation of corporate action to fulfill the stated intention of Jinchuan Group to deploy the Company as its flagship for undertaking overseas operations in the exploration and exploitation of mineral assets and related trading, such expectation may have the effect of decoupling the typical relationship between share price and the Group's financial performance of the underlying trading of mineral and metal products business, and cosmetic and beauty product business (which was disposed of by the Company in June 2013), we are of the view that the issue price to share price ratio is not an appropriate benchmark for assessing fairness and reasonableness for the Conversion Price.

In view of the above, we have also compared the conversion price to the net asset value per share (the "**Conversion Price/NAV**") of the Company under the Acquisition with the Perpetual Convertible Comparables. As set out in the Table 6.4.1, the Conversion Price/NAV of the Perpetual Convertible Comparables ranged from a premium of approximately 22.6% to a discount of approximately 61.1% with an average discount of approximately 11.7%. The Conversion Price/NAV under the Acquisition, being approximately 267.7%, is markedly above the highest premium of the Conversion Price/NAV of the Perpetual Convertible Comparables.

In terms of the distribution rate per annum, the PSCS bears a 0.1% distribution rate per annum, which is the lowest amongst the Perpetual Convertible Comparables.

We have also compared other features of the PSCS with those of the Perpetual Convertible Comparables and note that the PSCS and each of the Perpetual Convertible Comparables have (i) no maturity; (ii) optional deferral of distributions by the issuer; and (iii) no redemption rights of the holder. In addition, none of the holders of the PSCS and the Perpetual Convertible Comparables have redemption rights.

In addition, we also compared other features of the PSCS with those of the Perpetual Convertible Comparables. Based on information extracted from the respective transaction announcement and/or circular published on the Stock Exchange website, we note that, similar to the PSCS, (i) a majority of the Perpetual Convertible Comparables has the features of (a) force conversion, namely, GNYL, Greentown and CATIC; and (b) pre-emptive rights, namely, GNYL, Hop Hing and CATIC; (ii) the perpetual convertible instrument issued by Greentown also has the force redemption feature; and (iii) the perpetual convertible instrument issued by Hop Hing also has the automatic conversion feature.

Having considered the analysis of the terms of the PSCS, and noting in particular that the PSCS is non-voting, non-redeemable and holders are not entitled to earnings or dividend participation save for the 0.1% coupon payable from the fourth anniversary of the issue, we consider the terms of the PSCS, in the context of the Company as a going concern, to be more favourable to that the Consideration Shares which as we concluded earlier to be fair and reasonable. In practice, the issue of the PSCS allows the Company to finance the Acquisition and continue to comply with the minimum public float shareholding requirement of the Stock Exchange. It also gives the Company more flexibility in the timing of future equity issues and thus avoiding any market overhang caused by an impending equity placement in the market to finance the Acquisition. We therefore concur with view of the Directors that the terms of the PSCS are fair and reasonable and in the interests of the Company and the shareholders as a whole.

## 7. Expected financial effects of the Acquisition to the Group

### *Earnings*

Based on the unaudited pro forma condensed consolidated statement of profit or loss and other comprehensive income of the Enlarged Group as set out in Appendix IV to the Circular and assuming Completion had taken place on 1 January 2013, as a result of the Completion, (i) the total revenue (from continuing operations) of the Group for the six months ended 30 June 2013 would be increased by approximately 138.0% from approximately HK$1,147.5 million to approximately HK$2,731.5 million; and (ii) the profit (from continuing operations) for the six months ended 30 June 2013 of approximately HK$13.7 million would increase to a profit of approximately HK$1,286.2 million (not including profit from discontinued operations of approximately HK$21.8 million). Such is mainly attributable to the Target Group's profit for the six months ended 30 June 2013 of approximately HK$1,284.8 million from its continuing operations.

***Assets, liabilities and capital commitment***

Shareholders' attention is drawn to the unaudited pro forma financial position of the Enlarged Group as set out in Appendix IV to this Circular, which illustrates the effect of the Acquisition assuming that Completion had taken place on 30 June 2013 and taking into account the issue of 8,466,120,000 Conversion Shares upon the full conversion of the PSCS. Based on the abovementioned unaudited pro forma financial position of the Enlarged Group and as set out in the "Letter from the Board" of the Circular, (i) the unaudited consolidated net asset value of the Group as at 30 June 2013 per Share will increase from approximately HK$0.28 per Share to approximately HK$0.74 per Share calculated by dividing the pro forma equity attributable to owners of the Enlarged Group of approximately HK$9,424.0 million as at 30 June 2013 by the total number of 12,816,873,051 Shares immediately after Completion and assuming full conversion of the PSCS but before issuance of any new shares under the Specific Mandate; and (ii) there would be corresponding respective significant increases in the total assets, total liabilities and net assets.

***Working capital***

As set out in the unaudited pro forma statement of financial position of the Enlarged Group as set out in Appendix IV to the Circular and assuming completion of the Acquisition had taken place on 30 June 2013, the bank balances and cash would be increased by approximately HK$115.2 million and the interest-bearing borrowings, classified as current liabilities, would be increased by approximately HK$662.3 million.

**8. Proposed increase in authorised share capital of the Company**

The authorised share capital of the Company is HK$50,000,000 comprising of 5,000,000,000 Shares, of which 2,754,873,051 Shares are in issue as at the Latest Practicable Date. In connection with the Acquisition, the Board proposes to increase the authorised share capital of the Company from HK$50,000,000 to HK$200,000,000 by the creation of an additional 15,000,000,000 unissued Shares to rank *pari passu* in all respects with the existing issued Shares in the capital of the Company.

**9. Dilution**

As set out under paragraph headed "Effects of the Acquisition on the Company" in the "Letter from the Board" of the Circular, the equity interest of the existing public Shareholders in the Company will be diluted from approximately 39.5% as at the Latest Practicable Date to approximately 6.5% upon the issuance of the Consideration Shares, assuming full conversion of the PSCS (based on the initial Conversion Price) and the issuance of the 4,000,000,000 new Shares under the Specific Mandate (on the assumption that there are no changes in the shareholding in the Company from the Latest Practicable Date to the Completion Date other than those contemplated under the Acquisition Agreement).

Set out in Table 10.1 below is the potential dilution effects on the shareholding of public shareholders as a result of the issuance of Consideration Shares, Conversion Shares (upon conversion of the PSCS) and the new Shares under the Specific Mandate:

*Table 9.1: Potential dilution effects on the shareholding of the public shareholders*

| Name of Shareholders | As at the Latest Practicable Date — *Number of Shares* | As at the Latest Practicable Date — *% of total issued Shares* | Immediately after Completion (assuming no conversion of the PSCS) — *Number of Shares* | Immediately after Completion (assuming no conversion of the PSCS) — *% of total issued Shares* | Immediately after Completion and full conversion of the PSCS *(note 3)* — *Number of Shares* | Immediately after Completion and full conversion of the PSCS *(note 3)* — *% of total issued Shares* | Immediately after Completion (assuming full conversion of the PSCS) and the maximum number of new Shares are issued under the Specific Mandate — *Number of Shares* | Immediately after Completion (assuming full conversion of the PSCS) and the maximum number of new Shares are issued under the Specific Mandate — *% of total issued Shares* |
|---|---|---|---|---|---|---|---|---|
| Jinchuan Group | 1,667,142,857 | 60.52% | 1,667,142,857 | 38.32% | 1,667,142,857 | 13.01% | 1,667,142,857 | 9.91% |
| Seller-Consideration Shares *(note 1)* | – | 0.00% | 1,595,880,000 | 36.68% | 1,595,880,000 | 12.45% | 1,595,880,000 | 9.49% |
| Seller-Conversion Shares *(note 2)* | – | 0.00% | – | 0.00% | 8,466,120,000 | 66.05% | 8,466,120,000 | 50.34% |
| **Total Jinchuan Group Shareholding** | 1,667,142,857 | 60.52% | 3,263,022,857 | 75.00% | 11,729,142,857 | 91.51% | 11,729,142,857 | 69.75% |
| Other public shareholders | 1,087,730,194 | 39.48% | 1,087,730,194 | 25.00% | 1,087,730,194 | 8.49% | 1,087,730,194 | 6.47% |
| Placees | – | – | – | – | – | – | 4,000,000,000 | 23.79% |
| **Total Issued Shares** | **2,754,873,051** | **100.00%** | **4,350,753,051** | **100.00%** | **12,816,873,051** | **100.00%** | **16,816,873,051** | **100.00%** |

*Notes*

(1) *The above table assumes that the Seller will directly subscribe for the Consideration Shares and hold the PSCS. The Seller may only convert such number of securities, where such conversion would not cause the Company to contravene the minimum public float requirement under the Listing Rules.*

(2) *Jinchuan Group holds the entire issued share capital of Jinchuan HK. Jinchuan HK holds approximately 60.52% of the issued share capital of the Company as at the Latest Practicable Date. The Seller is a wholly-owned subsidiary of Jinchuan Group.*

(3) *Assuming full conversion of the PSCS but before issuance of any new shares under the Specific Mandate, the total issued Shares immediately after Completion would be 12,816,873,051 Shares, which is the aggregate of (i) the total issued Shares of 2,754,873,051 Shares as at the Latest Practicable Date; (ii) the Consideration Shares of 1,595,880,000 Shares; and (iii) the conversion shares (upon the conversion of the PSCS at an initial Conversion Price) of 8,466,120,000 Shares.*

When considering the potential dilution effects to the shareholding of the Independent Shareholders, it should be noted that under the terms and conditions of the PSCS, a holder of the PSCS may only convert such number of PSCS as would not cause the Company to contravene the minimum public float requirement under the Listing Rules following conversion.

Having taken into account, (i) the factors as set out under paragraph headed "5. Reasons for and the benefits of the Acquisition" in this letter and that the Consideration Shares and the PSCS will be issued to satisfy the Purchase Price; (ii) the terms of the Consideration Shares and the PSCS, in particular, the issue price per Consideration Share and the conversion price of the PSCS of HK$1.00 is at a substantial premium to the net asset value per Share as at 30 June 2013; (iii) the net proceeds raised from the issuance of new Shares under the Specific Mandate is intended to be applied towards, among others, the exploration and development initiatives of the Target Group's projects; and (iv) upon the issuance of the Consideration Shares, the Conversion Shares (upon conversion of the PSCS) and/or the new Shares under the Specific Mandate, the capital base of the Company will be enlarged, thereby reducing the overall gearing of the Group, we are of the view that the dilution on the shareholding interests of the Independent Shareholders to be acceptable.

## IV. RECOMMENDATION

Having considered the factors and analysis set out in this letter, in particular,

(i) the Purchase Price represents a discount to the Market Valuation (prepared by SRK in accordance with the SAMVAL Code using methodologies in line with international market practices, which seeks to evaluate the full market value of assets held by the Metorex Group and accordingly reflect the additional value associated with Inferred Mineral Resources and the exploration potential of the Metorex Group's assets);

(ii) our analysis on the settlement methodology as set out under paragraphs headed "6.3 Consideration Shares" and "6.4 PSCS" in this letter; and

(iii) the expected financial effects as set out under paragraph headed "7. Expected financial effects of the Acquisition to the Group" in this letter,

we consider that the Acquisition Agreement and the transactions contemplated thereunder are on normal commercial terms which are fair and reasonable and in the interests of the Company and the Shareholders as a whole, even though the Acquisition does not fall within the ordinary course of business of the Company.

Accordingly, we would recommend the Independent Board Committee to advise the Independent Shareholders to vote in favour of the resolution to approve the Acquisition Agreement and the transactions contemplated thereunder at the EGM.

Yours faithfully
For and on behalf of
**Investec Capital Asia Limited**
**Jimmy Chung**
*Managing Director*
*Corporate Finance*

*Shareholders should carefully consider all of the information set out in this circular, including the risks and uncertainties described below associated with the Acquisition and the business and assets of the Target Group and the industry in which it operates before making a decision on how to vote on the resolutions relating to the Acquisition, the increase in the authorised share capital of the Company and the Specific Mandate at the EGM. The business, financial condition and results of operations of the Group, the Target Group and the Enlarged Group could be materially and adversely affected by any of these risks.*

*To the best of the Directors' knowledge, the Directors consider the following risks to be the most significant in respect of the assets and business of the Target Group for the Shareholders and potential investors of the Company. However, the risks listed below do not purport to comprise all those risks associated with the Acquisition, the Group, the Target Group and the Enlarged Group and are not set out in any particular order of priority. Additional risks and uncertainties not currently known to the Directors may also have an adverse effect on the Acquisition, the Group, the Target Group and the Enlarged Group. If any of the following risks actually occurs, the Acquisition, and the Group's, the Target Group's and the Enlarged Group's business, financial condition, capital resources, results and/ or future operations could be materially and adversely affected.*

## RISKS ASSOCIATED WITH THE ACQUISITION AND THE ENLARGED GROUP

### 1. Risks relating to investments in a new business in foreign developing jurisdictions

The Acquisition constitutes an investment in a new business sector involving the exploration, mining and production of copper and cobalt in the DRC and Zambia, which the Company has not previously been involved in. The Target Group's exploration and future development and operating activities in the DRC and Zambia are subject to the risks normally associated with the conduct of business in countries with less developed or emerging economies. The DRC and Zambia have a history of political instability and sometimes unpredictable changes in government policies and laws, social and labour unrest (which in some cases has been violent) and, in the case of the DRC, civil conflict and war. Please refer to the section headed "Risks relating to the political, economic, regulatory, legal and social aspects associated with conducting operations in Zambia and the DRC and investing in South Africa" below for more information about the risks relating to conducting business in such foreign jurisdictions.

If the Enlarged Group is unable to function effectively within the above-mentioned risk environment, its financial condition and operating results may be materially and adversely affected.

Any change in the political and economic conditions in the jurisdictions in which the Target Group operates may also adversely affect the financial and operational results of the Target Group. Consequently, the Target Group is not in a position to assure the timing and amount of any return or benefits that may be received. If the business in the new mining sectors does not develop or progress as planned, the Target Group may not recover the funds and resources it has spent, and this may adversely affect the Target Group.

### 2. Risks relating to completion of the Acquisition

A number of the conditions precedent to Completion as set out in the paragraph headed "Conditions Precedent" in the section headed "Letter from the Board" of this circular involves the decision of third parties, including approvals by the Independent Shareholders at the EGM, the consent from existing creditors of the Metorex Group, all necessary governmental and regulatory approvals in the PRC, the DRC, Zambia and South Africa, and the approval from the Stock Exchange as are required under the Listing Rules in connection with the transaction contemplated by the Acquisition Agreement. As fulfilment of such conditions precedent is not within the control of the parties involved in the Acquisition, there is no assurance that the Acquisition will be completed as contemplated.

### 3. Risks relating to potential future acquisitions or investments in other companies

The Enlarged Group may seek to expand its business through acquisitions as it intends to consider and evaluate opportunities for further growth through acquisitions when there are suitable acquisition targets; however, there can be no assurance that the Enlarged Group will find attractive acquisition candidates in the future, or that the Enlarged Group will be able to acquire such candidates on commercially acceptable terms, if at all. Acquisitions may require substantial capital and negotiations of potential acquisitions and the integration of acquired operations could disrupt the Enlarged Group's business by diverting management, and employees' attention away from day-to-day operations. The difficulties of integration may be increased by the necessity of coordinating geographically diverse organizations, integrating personnel with disparate backgrounds and combining different corporate cultures.

At times, acquisition candidates may have liabilities or adverse operating issues that the Enlarged Group fails to discover through due diligence prior to the acquisition. If the Enlarged Group consummates any future acquisitions, the Enlarged Group's capitalisation, and results of operations may change significantly.

Any acquisition involves potential risks, including, among other things: (i) mistaken assumptions about mineral properties, Mineral Resources and costs, including synergies; (ii) an inability to successfully integrate any operation the Enlarged Group acquires; (iii) an inability to hire, train or retain qualified personnel to manage and operate the operations acquired; (iv) the assumption of unknown liabilities; (v) limitations on rights to indemnity from the seller; (vi) mistaken assumptions about the overall cost of equity or debt; (vii) unforeseen difficulties operating acquired projects, which may be in new geographic areas; and (viii) the loss of key employees and/or key relationships at the acquired project.

Acquisitions or investments may require the Enlarged Group to expend significant amounts of cash, resulting in the Enlarged Group's inability to use these funds for other business purposes. The potential impairment or complete write-off of goodwill and other intangible assets related to any such acquisition may reduce the Enlarged Group's overall earnings and could negatively affect the Enlarged Group's balance sheet.

The occurrence of any of the foregoing could have a material adverse effect on the Enlarged Group's business, financial condition, results of operations or prospects.

### 4. Risks relating to the Group's business of trading of mineral and metal products

The Group is engaged in the business of trading of mineral and metals. During the year ended 31 December 2012, the Group purchased copper blisters and copper concentrate from overseas suppliers and sold all of these mineral and metal products to Jinchuan Group. As at the Latest Practicable Date, the Group sells a significant majority of its products from its mineral and metal products trading business to Jinchuan Group. Whilst we consider that the possibility is unlikely, however, if Jinchuan Group ceases to purchase such products from the Group, the Group cannot give any assurance that the arrangements entered into with future customers will be on terms that are similar to the terms of the arrangement entered into with Jinchuan Group or on terms that are more favourable to the Group. If the Group fails to secure sales arrangement on similar terms or that are favourable to the Group, the financial performance and operating results of the Group may be materially and adversely affected.

## RISKS ASSOCIATED WITH THE BUSINESS OF THE TARGET GROUP

### 5. Risks relating to operation and development of mines

Exploration drilling to establish productive reserves is inherently speculative. The techniques presently available to technical specialists to identify the existence and location of resources are indirect and subject to a wide variety of variables which are subjective in nature. Mineral exploration is highly speculative in nature. The Target Group's exploration projects involve many risks, and success in exploration is dependent upon a number of factors, including, but not limited to, quality of management, quality and availability of geological expertise and availability of exploration capital.

The Target Group cannot give any assurance that its future exploration efforts will result in the discovery of a mineral resource or ore reserve, or that its current and future exploration programs will result in the expansion or replacement of current production with new resources and reserves. In particular, as the Development Project and the Exploration Projects of the Target Group are respectively pre-production development and pre-development exploration projects, there can be no assurance that these projects will be successfully developed or economically viable. The Target Group cannot give assurance that its exploration projects will be able to extend the life of its existing mines or result in the discovery of new producing mines. In addition, the mining operations, development and exploration of the Target Group's mining assets require significant and continuous operational and capital expenditure. The original budgets that the Target Group initially sets aside for these operational and capital expenditure purposes may be exceeded because of factors beyond the Target Group's control.

The Operating Mines, the Development Project and the Exploration Projects of the Target Group by their nature also involves certain risks and hazards, including environmental pollution, accidents or spills, industrial and transportation accidents, unexpected labour shortages and compensatory claims, disputes or strikes, cost increases for contracted and/or purchased goods and services, shortages of required materials and supplies, electrical power interruptions, mechanical and electrical equipment failure, changes in the regulatory environment, natural phenomena such as inclement weather conditions, floods and earthquakes, encountering unusual or unexpected climatic conditions which may or may not result from global warming, and encountering unusual or unexpected geological conditions. The occurrence of any of these hazards can delay or interrupt production, increase production costs at the Operating Mines and result in liabilities to the Target Group. In particular, the occurrence of such hazards could impede the progress

of exploration activities at the Development Project. The Target Group could become subject to liability for pollution or other hazards against which it has not insured or cannot insure, including those in respect of past activities for which it was not responsible. For further details of these environmental and social challenges of the Metorex Group, please refer to section 9.2.15 of the Competent Person's Report set out in Appendix V to this circular.

**6. Risks relating to the major capital expenditure programmes**

The major capital expenditure projects under the Target Group's expansion program may not be completed within the expected time frame and budget, or at all, and may not achieve the intended economic results. The Target Group's expenditure may not be fully recovered and the depleted ore reserves may not be replaced. The Target Group intends to invest in projects at its existing operations to increase its production efficiency, as well as to expand and develop its mining and processing capacities. The Target Group is also currently in the process of making capital expenditures in connection with the expansion of its operations.

Capital expenditure projects the Target Group is currently undertaking include the development of the Kinsenda Project and the exploration of the Chifupu deposit, the Musonoi Est Project and the Lubembe Project. In respect of the Kinsenda Project, a concentrator will be constructed at an estimated cost of US$86.4 million. The capital cost estimate represents a plant design that is basic and may not take into account additional items that have been recommended by consultants for the operation of this plant. However, Metorex takes the view that the capital estimate is adequate as it was developed by an external consultant to a high level of accuracy, includes contingencies and is in line with industry benchmarks. In the event that it is proven that this capital cost estimate is too low, the Target Group may have to make additional provisions or seek alternative sources of funding to cater to such increase in the cost of construction of the concentrator.

The Target Group typically conducts feasibility studies to determine whether to undertake construction projects, these include those being conducted for the Exploration Projects. Actual results may differ from those anticipated by the feasibility studies. In addition, if a valuable resource is discovered, it could take several years and require capital expenditure to complete the initial phases of exploration and mine development before production commences, and during this period, the capital cost and economic feasibility may change.

The capital expenditure projects, including the planned capital expenditures for the development of the Kinsenda Project, may also be delayed or adversely affected by a variety of factors, including the failure to obtain the necessary regulatory approvals or sufficient funding, construction difficulties, technical difficulties and manpower or other resource constraints. Costs of these projects may also exceed the Target Group's planned investment budget. Even if the Target Group is able to complete the projects without any delay and within its budget, as a consequence of changes in market circumstances or other factors, the Target Group may not achieve the intended economic benefits of these projects. As a consequence of any delay in completing the Target Group's capital expenditure projects, cost overruns, changes in market circumstances or other factors, the intended economic benefits from these capital expenditure projects may not materialise, and the Target Group's business, financial condition and results of operations may be materially and adversely affected.

**7. Risks relating to title and concessions and the inability to obtain, retain or renew concessions, permits or licences**

The Target Group's mining and exploration concessions in the DRC and Zambia may be subject to prior unregistered agreements or transfers and title may be affected by undetected defects or underlying landholdings. Accordingly other parties could potentially dispute the Target Group's title to its mining and exploration rights. The acquisition of title to mineral properties in the DRC and Zambia is a very detailed and time-consuming process. Failure to make certain payments and take certain actions required to keep permits or rights in good standing may result in the loss of such permits or rights. In addition, there can be no assurance that the Target Group has kept proper corporate records or made the necessary filings with the relevant authorities in respect of entities that the Target Company has an interest in.

The Target Group is required under applicable laws and regulations to seek governmental concessions, permits, authorisations, mining and prospecting licences and other approvals, including in connection with its operating, producing, exploitation, exploration and development activities. Obtaining these permits or licences can be a complex and time-consuming process and may involve substantial costs or the imposition of unfavourable pre-grant or post-grant conditions. There can be considerable delay in obtaining the necessary permits and other authorisations and, in certain cases, the relevant government agency may be unable to issue a permit or other authorisation which is required in a timely manner.

In addition, the duration and success of licence applications are contingent on many factors that are beyond the Target Group's control (including pressure from local communities, non-governmental organizations or media). Certain of the concessions, permits, authorizations, licences or approvals held by the Target Group in respect of its mining operations, production and development projects and exploration projects may be terminated under certain circumstances, which include the following: (i) failure to comply with any of the material, general or special licence conditions (including provision of regular reports and the taking out of appropriate insurance) or gain an extension to the time period required for compliance with such conditions; (ii) minimum expenditure levels or minimum work commitments not undertaken or achieved by the Target Group (or a corresponding penalty is not paid to the appropriate state authority); (iii) environmental, health and safety standards (including payment of contributions and establishment of environmental performance bonds) are not met; (iv) operating in the licensed areas in a manner that violates the laws of Zambia and the DRC; (v) failure to provide information required or requested by authorities; (vi) liquidation of the immediate licence holder; (vii) failure to comply with any requirement under the mining legislation relating to the mining or prospecting licence; and (viii) not providing or giving false information on recovery of ores and mineral products, production costs or sales.

The Target Group may, in the future, be required to apply for extensions of the initial exploration periods for the exploration licences which it may hold and extensions for the terms of mining permits or licences for its existing assets. There is no assurance that the Target Group will be able to obtain the extensions in respect of any expiring exploration periods or the term of any expiring mining permits or licences. If such extensions are not granted, the Target Group may lose its right of mining in respect of these areas. If these title risks materialise, the business, financial condition and operating results of the Target Group may be materially and adversely affected.

The Target Group may not be able to continue to comply with such laws and regulations due to factors that are beyond its control, and under those circumstances, the licences and permits may be revoked and it may be subject to penalty. Operational income derived under such licences or permits may also be forfeited. To the extent that these laws, regulations and legal requirements are evolving, additional licences and permits may be required or the Target Group may be required to adjust its activities in order to comply with such regulations and in doing so, may incur substantial costs.

**8. Risks relating to changes in the estimates of the mineral resources and reserves of the Operating Mines, the Development Project and the Exploration Projects**

The mineral resource and mineral reserve estimates of the Operating Mines, the Development Project and the Exploration Projects set out in this circular and the Competent Person's Report comply with the SAMREC Code, but no assurance can be given that any particular level of recovery from ore reserves will in fact be realised or that an identified mineral resource will qualify as a commercially mineable orebody that can be economically exploited.

The estimation of mineral resources and ore reserves involves some interpretation and is a partially subjective process. The accuracy of mineral resource and reserve estimates is a function of the quantity and quality of available data and the assumptions used and judgments made in interpreting engineering and geological information. Data used in the resource estimation may be based on historical data where the quality control methods applied to the data collection are not known to the Metorex Group and there is a risk that the tonnage or grades are overstated. In addition, resource classification may be based on data drilled by the Metorex Group's predecessors at the projects and consequently there may be a risk of a false interpretation of geology or grade of the mineral resources. Details of SRK's assessment of the risks are set out in section 9.2.4 of the Competent Person's Report set out in Appendix V to this circular. Metorex's internal procedures and planning process seek to ensure that all resources are extracted profitably, without sterilising any grades below the calculated cut-off grade.

There is uncertainty in any resource or reserve estimate and the actual deposits encountered and the economic viability of mining a deposit may differ materially from the estimates set out in this circular and the Competent Person's Report. In particular, the Mineral Resource estimates of the Metorex Group's assets are largely premised on an average historical copper price which may be higher than the price ruling as at 30 June 2013. While this is acceptable practice in mineral resource estimation, there is a risk that a portion of the estimated resources may not be economically extracted.

The discovery of mineral resources through exploration of mineral tenements is speculative in nature and is frequently unsuccessful. The Target Group may be unable to successfully discover and exploit new reserves to replace those it is mining to ensure the ongoing viability of the Target Group's projects.

Estimated mineral resources or ore reserves may have to be re-calculated based on changes in metals prices, further exploration or development activity or actual production experience. This could have a material adverse effect on estimates of the volume or grade of mineralisation, estimated recovery rates or other important factors that influence resource or reserve estimates. Market price fluctuations for metals, increased production costs, reduced recovery rates or other factors may render the present Proven Reserves and Probable Reserves of the Operating Mines, and the Development Project uneconomical or unprofitable to develop at a particular site or sites.

**9. Risks relating to the power disruptions in the DRC**

The Target Group's mining operations are largely dependent on adequate infrastructure, in particular reliable power sources. Each project of the Target Group requires substantial amounts of electrical power in order for it to sustain its operations at the Operating Mines, the Development Project and the Exploration Projects (once developed). In the DRC, supply of hydro-electric power by the

DRC's national electricity company SNEL has been erratic due to the poor infrastructure and inadequate maintenance of the national power grids, cables and plants. The mining operations and development activities of the Target Group at the Ruashi Mine and the Kinsenda Project in the DRC have been disrupted from time to time as a result of such power outages. For example, as a result of large-scale power disruptions in the DRC during 2012, the volume of copper sold by Ruashi Mining has been substantially reduced by 22.6% in 2012 from 2011 resulting in the total revenue generated by the Metorex Group decreasing by 19.6% over the same year. The lack of constant electricity supply has resulted in the Target Group not being able to operate its mining and processing machinery and equipment optimally which in turn has had a material adverse effect on the Target Group's business, financial condition and results of operations. In addition, owing to such deficiency of electricity, pumps to extract excess water at the Kinsenda Project have experienced incidents where they have been unable to operate resulting in flooding of sections underground. To alleviate these problems, the management of the Target Group has been proactively seeking alternative and potential sources of power and has undertaken measures to reduce the reliance upon such hydro-electric power provided by SNEL.

In an effort to improve the availability of power supplies at the Ruashi Mine and as an interim measure pending the commissioning of the seven new diesel power generators with a combined generation capacity of 15 MW, Ruashi Mining entered into a six-month lease agreement for 13 diesel powered generators with a combined generation capacity of 13 MW. The leased diesel powered generators were commissioned in February 2013 and had an immediate improvement on the availability of power since being commissioned. Ruashi Mining plans to purchase these leased diesel powered generators during the second half of 2013 following the expiry of the lease term as a measure for the Ruashi Mine to reduce its reliance on power supplies from SNEL and Zambia and become fully self-sufficient in power supply and therefore minimise the negative impact on its mining operations when national grid power disruptions and/or reductions occur. However, investments in these generation plants and generators are substantial and the generation of electricity using these alternative sources will drive up the cost of production for the mining operations of the Target Group. This reliance on alternative and more expensive sources of power will have a material adverse effect on the results of operations and profitability of the Target Group. In addition, there can be no assurance that measures taken by the management of the Target Group to adopt alternative sources of electricity will be made available for use by the Target Group in sufficient quantities to allow it to produce at contemplated production rates.

**10. Risks relating to workplace safety, including personal injury, death and legal liability**

The Target Group's mining operations are subject to risks related to workplace safety, including damage to, or destruction of, mining equipment and processing facilities, and could also result in personal injury, death, performance delays, monetary losses and legal liability. The Target Group has taken various steps to enhance workplace safety – it has implemented a health and safety strategy based on a risk management framework and designed around five key elements: identify hazards, establish procedures, train employees, implement procedures and monitor compliance. However, it may be difficult to enforce compliance with the established standards and procedures and workplace accidents may occur from time to time. For example, there was a fatal accident at the Ruashi Mine which resulted in the death of one employee of African Mechanical Superlift Limited, a construction contractor, in March 2013 at the Ruashi Mine. The fatality was caused by the contractor's employee's non-compliance with relevant rules and procedures. For more details on the fatality and the safety record of the Metorex Group's operations, please refer to the sub-section headed "Information of the Target Group – Sustainable Development – Safety" in this circular. The Target Group has implemented a comprehensive health and safety plan in

order to improve the compliance with health and safety standards at its projects. A number of procedures governing the behaviours of staff and contractors have been formalised and these were implemented to improve the safety culture and to improve the management of contractors. The mechanical shortcomings identified as contributors to safety incidents have been prioritised and will be addressed.

Notwithstanding these measures, minesite construction, mining and mineral processing and transportation are inherently dangerous activities and there can be no assurance that serious accidents or fatalities would not occur in the future. If the Target Group fails to prevent serious accidents or fatalities, it may be held liable for damages arising therefrom or in connection therewith and there may be lost time and disruptions to normal mining operations and schedules. In addition, such accidents or fatalities could have a negative effect on its reputation and its relationship with the local community. Any of the foregoing could have a material adverse effect on the Target Group's results of operations, business, financial condition and prospects.

**11. Risks relating to dewatering programmes, groundwater quality monitoring, quality controls and waste dumping**

The Target Group's mining operations are subject to principal risks related to effective dewatering programmes, groundwater monitoring, space for waste dumping and quality controls.

*Dewatering programmes*

The exploitation activities of the Target Group are dependent on the availability of dry mining conditions. At the Kinsenda Project, studies have indicated that the use of a dewatering programme is likely to result in the lowering of the groundwater levels in the shallower aquifer where the community boreholes are located. The Kinsenda Project feasibility study has taken account of the water conditions and appropriate pumping systems have been designed to deal with this. The water pumping system has been recently upgraded by Kinsenda Sarl commissioning three vertical 30 m settlers and one clear water vertical dam which is 30 m high to ensure a flooded suction to the clear water pumps. Additional provision has been made by Kinsenda Sarl to install three off mud pumps, which is expected to be used to control the level of mud in each dirty water settler. Ongoing provisions have been made for operating costs of the pumping infrastructure comprising predominantly maintenance and power related costs. The ground water level is monitored in the boreholes of the surrounding communities at the Kinsenda Project on a monthly basis. As at the Latest Practicable Date, no significant lowering of the water table has been detected. At the Musonoi Est Project, high ground water inflow rates can be expected and there is a risk that the water treatment costs may be high. While the Target Group has put in place water pumps to extract excess groundwater at the Kinsenda Project, the extent of groundwater levels has not been completely assessed. In addition, there is little knowledge of the hydrological/groundwater regime at the Musonoi Est Project and the Lubembe Project. Without thorough hydrogeological assessments, there is a risk that the extent of groundwater may be higher than expected, which may mean that the existing pumps may be undersized. This would translate into increased pumping costs and time to ensure dry mining conditions, which could materially and adversely affect the business and financial condition. Any increase in the time and cost related to the supply of electricity used to power the water pumps could also materially and adversely affect the financial condition and results of operations. Studies of the water conditions at the Lubembe Project and the Musonoi Est Project will form part of the feasibility studies and appropriate mitigating measures will be implemented where required. As at the Latest Practicable Date, the hydrogeological study for the Musonoi Est Project (which is still in progress) has not indicated excessive water flows.

*Groundwater quality monitoring*

There is also the risk of groundwater contamination arising from the mixture of the sulphide ores mined and the groundwater in the Operating Mines, development sites and exploration sites. Groundwater contamination has been identified as a risk at the Chibuluma South Mine, particularly from the tailings storage facility. Due to the nature of sulphide ores mined, acid mine drainage can also be expected. Metorex reported that further studies would be conducted to determine the potential for acid mine drainage at the Chibuluma South Mine and mitigating measures would be identified. Accordingly, there is a risk that there will be a need for expensive post closure water treatment at the Operating Mines, development sites and exploration sites. While the Target Group has undertaken various steps to mitigate the risk of groundwater contamination, claims may still be asserted against the Target Group arising out of its operations as a result of groundwater contamination or actions by environmental protection groups or other interested parties who object to the actual or perceived environmental and health impact of the mining operations of the Target Group. These claims and actions may delay or halt production and/or may create negative publicity in relation to the Target Group and their relationship with the local community. There is no assurance that the costs (including remediation costs) of complying with current health, safety and environmental laws and regulations, and any liabilities arising from past or future releases of, or exposure to, hazardous substances (including contaminated groundwater) will not materially and adversely affect the business, financial condition and results of operations of the Target Group.

*Quality control systems*

The successful blending of ores to the mill is dependent on effective quality control procedures and the implementation of a sophisticated truck despatch or material tracking systems. The effectiveness of the Target Group's quality control procedures depend significantly on a number of factors, including the design of the procedures, the related training programmes as well as the availability of skilled personnel required to implement these procedures. From time to time, there may be inefficiencies arising from the implementation and operation of such systems, which could result in a material adverse effect on the Target Group's business and results of operations.

*Waste dumping*

Mining operations generally require land upon which waste arising from mining activities is dumped. The Target Group has relatively little land for waste dumping at the Ruashi Mine which will result in the Ruashi Mine having to dump waste in Ruashi I in future according to the latest mining schedule. There can be no assurance that Ruashi I at the Ruashi Mine will be mined out on time so as to create sufficient space for waste dumping. A backfill design and implantation plan will be established for the Ruashi Mine waste dump in Ruashi I as part of the 2014 LoM plan of the Ruashi Mine.

**12. Risks relating to customers and suppliers**

The Target Group currently sells its copper products to three customers, namely, Glencore, MRI and CCS, under short-term one year off-take agreements. The Target Group sources these customers through a tender process conducted annually and the terms of the off-take arrangements are dependent on the results of the tender process by bidders. The current off-take agreements with the three customers will expire in December 2013. Upon the expiry of such arrangements, the Target Group cannot give assurance

that the off-take arrangements entered into with future customers will be on terms that are similar to the terms of the arrangements entered into with its existing customers or on terms that are more favourable to the Target Group. If the Target Group is unable to secure off-take arrangements on similar terms or that are favourable to the Target Group through the tender process, the financial performance and operating results of the Target Group may be materially and adversely affected. In addition, the Target Group has credit exposure to its customers from time to time and any material adverse change in current customers' financial position may impact the Target Group.

The Target Group will have exposure to movements in prices charged by external suppliers, including those that provide inputs to production, such as electricity and other energy providers, explosives suppliers, sea freight and transport service providers. An increase in one or more of these cost items for a sustained period could have an adverse impact on the financial performance of the Target Group, especially in circumstances where alternative suppliers are not available. In addition, there can be no assurance that the supplies, including reagents, required for the Target Group's operations, will be available to the Target Group or be delivered on time. Any unforeseen adverse changes in quality or reductions in the quantity of supplies provided may also have a material adverse impact on operations.

The Group is also engaged in the business of trading of mineral and metal products. CCS, a purchaser of the Target Group's copper concentrate produced at the Chibuluma South Mine, supplies copper blisters processed by it to the Group for its trading business. As at the Latest Practicable Date, the Group only purchases copper blisters from CCS. If CCS ceases to supply such products to the Group, the Group cannot give the assurance that it will be able to source copper blisters on the same terms entered into with CCS, which may in turn adversely affect the results of operation of its mineral and metal products trading business.

**13. Risks relating to joint ventures**

The Target Group holds its interest in each of the projects in conjunction with other third parties, and such joint venture arrangements may not be successful. Failure of these co-owners to meet their obligations to the respective project companies or to third parties could have a material adverse effect on the Target Group. In addition, the Target Group may enter into further joint ventures in the future along with the expansion of its operations. Joint ventures necessarily involve certain risks. Such risks include the possibilities that the Target Group's joint venture partners may have disputes with it in connection with the performance of each party's obligations and the scope of each party's responsibilities under the joint venture agreements, have economic or business interests or goals that are inconsistent with or opposed to the Target Group, exercise veto rights, pre-emptive rights and block actions that the Target Group believes to be not in its or the joint venture's best interests, be unable or unwilling to fulfill their obligations under the joint venture or other agreements or require capital contributions to the joint venture or the funding of their portion of the joint venture which may be beyond the Target Group's scope.

In respect of the current joint venture arrangements that the Target Group is a party to, although the Target Group is entitled to appoint a majority of the directors of the relevant operating companies related to the projects and is responsible for the day-to-day operation and management of the projects, certain members of the boards of directors of the operating companies of the projects are, or will be, nominated by the minority co-owner. Certain decisions require, or will require, unanimous approval, such as: (i) amendments to constitutional documents; (ii) issuances of new securities; (iii) dissolution; (iv) mortgage of the assets; and (v) merger or division of the form of organisation. To the extent unanimous consent cannot be obtained, there is a risk that the Target Group will not be able to effect these matters despite its desire to do so.

In addition, the ownership and development of the projects with a minority co-owner creates the potential for disputes or disagreements, including: (i) disputes among the parties as to the performance or scope of each party's obligations under relevant agreements, (ii) financial difficulties encountered by a party affecting its ability to perform its obligations, (iii) conflicts between the policies or objectives adopted by the Target Group and the minority co-owner, (iv) exercise of minority co-owner's protection rights that may affect or disrupt the continuing operations of the joint venture company or may not be in the best interest of the joint venture company and hence the Target Group's interest and (v) conflict between the decision of the Target Group and the minority co-owner to dissolve or wind-up the joint venture company. There can be no assurance that disputes or disagreements will not arise in the future. If any dispute or disagreement does arise between the Target Group and a minority co-owner, it could be time-consuming, costly and distracting for the Target Group and disrupt the timely progress of development of a project or even result in the loss or termination of a project. Further details of the joint venture arrangements of the Target Group are set out in the sections headed "Information of the Target Group – Business of the Metorex Group – Ruashi Mine – Ruashi Joint Venture Agreement", "Information of the Target Group – Business of the Metorex Group – Chibuluma South Mine and Chifupu Deposit – Chibuluma plc Shareholders Agreement" and "Information of the Target Group – Business of the Metorex Group – Development Project – Kinsenda Project – Salient terms of the Articles of Association of Kinsenda Sarl" of this circular.

The occurrence of any of the above could have a material adverse effect on the Target Group's business, financial condition, results of operations or prospects through disruption to any joint venture's business or the delay, non-completion or early termination of the relevant development projects.

### 14. Risks relating to mining contractor

The Target Group relies on a third party, namely MCK, to conduct mining operations at the Ruashi Mine. The Target Group's operations at the Ruashi Mine are affected by the performance of MCK. Although at the outset the Target Group undertook the necessary background checks to ensure that MCK possesses the requisite qualifications and expertise for undertaking the work, there can be no assurance that MCK will continue to provide such mining services to the level and standard required by the Target Group. Failure to maintain a cooperative relationship with MCK or to renew the service contract on similar terms, or at all, when it expires may affect the Target Group's mining operations at the Ruashi Mine. In the event that the Target Group is unable to carry out the work itself or engage replacement third party contractor(s) to carry out the outsourced work in a timely manner or on acceptable terms, or at all, the production and financial performance of the Target Group may be materially adversely affected.

The Target Group maintains supervision over MCK and adopts cost, quantity and quality controls from time to time. Notwithstanding these efforts, the Target Group may not be able to control the quality, safety and environmental standards of the work done by MCK to the same extent as when the work is performed by its own employees. Any failure by such contractor to meet the Target Group's quality, safety and environmental standards may have a material adverse effect on the business, financial condition and results of operations.

### 15. Risks relating to litigation

As with any company, the Target Group is or will be exposed to risks of litigation. To the extent such risks are not covered by insurance, an adverse outcome in litigation or the cost of and the management's time spent on responding to potential or actual litigation or negotiating settlement of claims may have a material adverse impact on financial performance. Litigation brought against the Target Group could prove costly and time consuming, requiring the attention of senior management, which could have material adverse effects on the Target Group's business, financial condition and results of operation.

### 16. Risks relating to net current liabilities as at 30 June 2013

The Metorex Group recorded net current liabilities of approximately US$22.7 million (equivalent to approximately HK$177.1 million) as at 30 June 2013, after having recorded net current assets as of 31 December 2010, 2011 and 2012 respectively. The net current liabilities as of 30 June 2013 was primarily due to the increase in short term borrowings to US$84.9 million from US$70.8 million as of 31 December 2012, and this was because the Metorex Group made capital expenditures developing the Kinsenda Project during the six months ended 30 June 2013 which were partly funded by internal cash resources of the Metorex Group thereby reducing its current assets. On the other hand, the Group had net current assets of approximately HK$765.9 million as at 30 June 2013. Accordingly, upon Completion of the Acquisition, it is expected that the Enlarged Group should record a net current assets position on a consolidated basis. However, if the Enlarged Group fails to maintain or generate current assets to the extent that the aggregate amount of its current assets is less than its current liabilities, the Enlarged Group may record net current liabilities after Completion of the Acquisition. If the Enlarged Group has significant net current liabilities for an extended period of time, its working capital for the purpose of its operations may be subject to constraints, which may have a material adverse effect on its business, financial condition and results of operation going forward. Since 30 June 2013, the Metorex Group had entered into a facility agreement in respect of a term loan facility of US$80 million from the China Development Bank Corporation to support its working capital requirements.

### 17. Risks relating to the ability to attract, retain and train key personnel

The future performance of the Target Group depends, to an extent, upon its ability to continue to attract, retain and motivate key qualified personnel, key senior management and other employees with a variety of skills and experience, including in relation to the development and operation of mineral projects. There is no assurance that these key qualified personnel will continue to provide services to the Target Group or will honour the agreed terms and conditions of their employment or service contracts. The Target Group's success will also depend upon the contributions of qualified technical personnel and the Target Group's ability to attract and retain highly skilled personnel in the DRC and Zambia in particular. Competition for such personnel is intense, and the Target Group may not be successful in attracting and retaining qualified personnel in the DRC or Zambia, or in obtaining the necessary work permits to hire qualified expatriates. In the DRC, increased demand for skilled workers has created a shortage of skilled workers and intense competition for these workers, particularly as DRC legislation limits the number of foreign workers at a mine site at 2% to 2.5% of the workforce, with certain positions reserved exclusively for Congolese staff. Any loss of key qualified personnel or failure to recruit and retain personnel may have a material adverse effect on the Target Group's mining business, financial condition, results of operations and future prospects.

In addition, the Target Group's ability to train operating and maintenance personnel is a key to the success of its mining business activities. If the Target Group is not successful in recruiting, training and retaining such personnel, its business and results of operations could be materially and adversely affected.

**18. Risks relating to foreign currency exchange rate fluctuations and foreign exchange control regulations**

The Target Group's business generates revenue in U.S. dollars from the sales of copper and cobalt and a material portion of its construction and operating costs are incurred in ZAR and local currencies of the DRC and Zambia. From time to time, the Target Group may borrow funds and incur expenditures that are denominated in a foreign currency. Metals are sold throughout the world, based principally on a U.S. dollar price, but as stated, a significant portion of the Target Group's operating expenses are incurred in non-U.S. dollar currencies. The effect of currency exchange fluctuations is impossible to predict with any degree of certainty. The appreciation of ZAR and local currencies of the DRC and Zambia against the U.S. dollar would increase the costs of operations, which could have a material adverse effect on the Target Group's business, financial condition, results of operations or prospects. The Target Group currently has no currency hedging in place and accordingly, is fully exposed to any adverse fluctuations in the relevant exchange rates.

The Target Group is also subject to applicable foreign exchange control regulations enacted from time to time in the countries where it conducts its operations. In particular, the Government of Zambia has demonstrated an intention to regulate the use of foreign currency in Zambia and to monitor foreign currency payments into and out of Zambia. In this regard, payments for domestic transactions in foreign currency and price setting of domestic transactions based on indexing to a foreign currency has been made illegal. These regulations will restrict the Target Group from setting prices linked to foreign currency when selling or buying from other Zambian registered companies and expose it to currency risks when undertaking domestic transactions in Zambia, which may have a material or adverse effect on the results of operations of the Target Group.

In addition, the Government of Zambia has in 2013 also imposed notification requirements on exporters and importers who make or receive foreign currency payments for goods and services, including dividends, royalties, management fees, technical fees, commissions or consultancy fees. When making or receiving foreign currency payments for goods and services, the Target Group will have to produce additional documentation which may result in delays or additional costs involved when complying with these regulations.

As these laws have been newly enacted, there is an increased risk of arbitrary decisions in its implementation and there can be no assurance that the Target Group will be able to comply fully with these export control regulations and notification requirements when conducting its operations in Zambia.

**19. Risks relating to the compliance with applicable environmental protection and remediation regulations in the mining industry as well as the implementation of resettlement action plans**

The exploration and development activities of the Target Group are subject to laws and regulations relating to the protection and remediation of the environment. The Target Group will need to perform certain procedures to remedy and rehabilitate the environmental and social impact that its mining operations have on local communities. Remediation, rehabilitation, closure and removal of its facilities will incur various costs which may be substantial and are subject to various risks. In the event of non-compliance with applicable rehabilitation obligations, the Target Group could be subject to a variety of penalties and other administrative actions, including inability to proceed with certain administrative procedures relating to mining permits (including annual inspection, renewal, alteration and mortgage registration), suspension and cancellation of mining permits or ceasing of operations. The provisions or reserves made by the Target Group for the rehabilitation and remediation of its mining assets may not be sufficient to cover its actual liabilities.

In addition, the Target Group's mining operations are subject to risks associated with the relocation of communities to the extent that these communities are adversely impacted by its operations. For example, SRK has identified that a resettlement action plan at the Lubembe Project involving 50 houses, comprising of 400 to 500 people is necessary. A full social impact assessment on the project will be conducted. The need to resettle will depend on the proximity of the community to the pit, waste dumps and proposed infrastructure. Expectation management, resettlement planning and acceptable implementation of corporate social initiative projects can be expected. The community of the Chibuluma South Mine has expressed concern regarding impacts, including air quality and acid mine damage. A resettlement action plan is in the process of being executed and alternative land has been made available for this purpose. In addition, Ruashi Mining removed approximately 3,000 artisanal miners from the Ruashi Mine when operations first commenced. By virtue of the proximity of the Ruashi Mine to the community and the inherent volatility of communities, dissatisfaction and possible unrest of such communities may represent a risk to the Ruashi Mine's operations. It is anticipated that resettlement of housing and farming land in respect of the Musonoi Est Project is required and surveys in this regard have commenced. There can be no assurance that the Target Group will be able to implement these resettlement action plans according to its plan. Any cost overruns or delays in the implementation of such plans may have a material adverse effect on the Target Group's business, financial condition and results of operations.

**20. The Metorex Group may retain environmental liabilities in respect of mineral assets that had been disposed of by the Metorex Group**

In 2009, the Metorex Group had decided to focus on the exploration and exploitation of base minerals and as a result had subsequently disposed of its non-strategic South African assets through an asset or share sale. Under the laws of South Africa, the person who causes the environmental degradation remains liable for such degradation, notwithstanding the disposal of the land or asset in respect of which any such degradation took place, although a person may mitigate its statutory liability by showing that it took all reasonable measures to prevent, minimise or stop the environmental degradation. Accordingly, notwithstanding these disposals, the Metorex Group remains responsible for any historical environmental and rehabilitation liabilities and obligations of these disposed assets. Despite this, the Metorex Group has in certain circumstances sought to limit its residual statutory environmental liability by contract and

vary its position as set out under legislation. Although this is legally permissible, the environmental authorities will not take into account such contractual arrangements and may still hold the Metorex Group (as previous owner) and the new owners jointly and severally liable for environmental pollution. Any imposition of any environmental penalties or rehabilitation liabilities by the relevant environmental authorities in respect of any of the disposed assets may have a material and adverse effect on the Target Group's operations and financial condition.

**21. Risks relating to the availability of additional financing in the future**

The mining operations of the Target Group are very capital intensive. To fund its current and future operations, capital expenditure requirements, acquisition and investment plans and other funding requirements, the Target Group needs sufficient internal sources of liquidity or access to financing from external sources. The Target Group currently funds its capital expenditures with short-term and long-term bank loans, cash flow from its operating activities and capital contributions and shareholder loans. Its future liquidity, payment of trade and other payables and repayment of its outstanding debt obligations as and when they become due will primarily depend on its ability to maintain adequate cash inflows from its operating activities and adequate external financing, and its ability to generate adequate cash inflows from operating activities may be affected by decreasing sales or downward movements in prices for copper and cobalt products. The Target Group's ability to obtain external financing in the future is subject to a variety of uncertainties, including its future financial condition, results of operations and cash flows, the condition of the global and domestic financial markets, changes in bank interest rates and lending practices and conditions, ability to renew or refinance its existing short-term bank loans or secure additional external financing, and downward movement in base metal prices. In particular, the disruptions, uncertainty or volatility in the capital and credit markets resulting from the global financial crisis may limit the Target Group's ability to obtain financing to meet its funding requirements and the Target Group may postpone certain development projects if its directors determine that doing so would be in the interest of the Target Group after taking into consideration the current market conditions, its financial performance and other relevant factors. A portion of the funding for the capital expenditure projects of the Target Group will come from the potential Placing(s) that the Company is intending to undertake but the success of the Placing(s) would depend significantly on market conditions. The occurrence of any of these events may cause the Target Group not to have sufficient cash flow to fund its operating costs and, in that event, its business, financial condition and results of operations may be materially and adversely affected.

**22. Mining operations have a limited life and the Target Group is responsible for the eventual closure and rehabilitation of its historical and current projects**

The Target Group's existing mining operations have a limited life. The key costs and risks for mine closures are (i) long-term management of permanent engineered structures; (ii) achievement of environmental closure standards (such as rehabilitation requirements); (iii) orderly retrenchment of employees and third-party contractors; and (iv) relinquishment of the sites with associated permanent structures and community development infrastructure and programs to new owners. The Target Group's operations currently provide funds for the eventual closure and rehabilitation of the Ruashi Mine, the Chibuluma South Mine (including the Chibuluma West Mine and the Chibuluma East Mine), and the Kinsenda Project. In addition, Metorex is also responsible for the rehabilitation of the Rooiberg and Leeupoort mines held by Maranda Mines (Proprietary) Limited which are no longer in operation. These closure calculations are based on different methodologies and are compiled by external consultants in

accordance with the relevant national regulatory requirements. However, these provisions are at best estimates and there can be no assurance that these provisions would be adequate for the actual costs that may be involved to attain closure or rehabilitation of mines in accordance with applicable law. If the provisions prove to be inadequate, the Target Group will be required to find alternative sources of funding to ensure compliance with its environmental obligations and the financial and cash flow position of the Target Group may be adversely affected. The Target Group is also required to pay out termination benefits in the DRC, Zambia and South Africa under the terms of the employment contracts or applicable law at closure of the mines which may be substantial and could materially affect the Target Group's result of operations if such benefits are not adequately provided for or estimated accurately. In addition, there is no assurance that the closure of mines will be successful and without delays or additional costs. The Target Group may experience a difficult closure, the consequences of which range from increased closure costs, handover delays and conflicts with local communities in relation to ongoing monitoring and environmental rehabilitation costs and damage to the Target Group's reputation if desired outcomes cannot be achieved. In the event of a difficult closure, the Target Group's business, financial condition and results of operations could be materially and adversely affected.

**23. Risk relating to the proposed equity raising through placing**

It is currently intended that the Specific Mandate will cover new Shares to be issued pursuant to one or more potential Placing(s) to be conducted by the Company, subject to the then prevailing market conditions.

Subject to market conditions, the Directors intend to raise gross proceeds of approximately US$400 million and apply such proceeds from the potential Placing(s) for (i) the deployment of funding towards the exploration and development initiatives of the Metorex Group's projects, including but not limited to, the development of the Kinsenda Project in the DRC, (ii) other development and exploration initiatives of the Metorex Group and (iii) merger and acquisition activities, costs and expenses of the Acquisition and the Placing(s) as well as general working capital for the Enlarged Group.

The Target Group's ability to complete the Placing(s) and/or raise sufficient funds is subject to a variety of uncertainties including the conditions of the global and domestic financial and equity capital markets, the Company's prevailing share price and the fluctuation in the global commodities market. In the event that the Company is not able to exercise the Specific Mandate or to raise sufficient funds pursuant to the exercise of the Specific Mandate according to plan or at all and the Company is not able to obtain alternative sources of funding, the Target Group may be unable to pursue or delay the expected timeframe in pursuing the above-mentioned exploration and development initiatives of the Metorex Group's projects and, in that event, its business, financial condition and results of operations may be materially and adversely affected.

**24. Risks relating to limited insurance coverage that may not be adequate to satisfy all potential claims**

Exploration, development and production operations on mineral properties involve numerous risks and hazards, including rock bursts, slides, earthquakes or other adverse environmental occurrence, industrial accidents, labour disputes, political and social instability, technical difficulties due to unusual

or unexpected geological formation, failure of pit walls, and flooding and periodic interruptions due to inclement or hazardous weather condition. These risks can result in, among others, damage to, and destruction of, mineral properties or production facilities, personal injuries, environmental damages, delays in mining, monetary losses and legal liability.

Although the Target Group maintains insurance to protect against certain risks in such amounts as it considers to be reasonable and consistent with industry practice in the countries where it operates its business, its insurance will not cover all the potential risks associated with its activities, including any future mining operations. The Target Group may also be unable to maintain insurance to cover its risks at economically feasible premiums, or at all. Insurance coverage may not continue to be available or may not be adequate to cover any resulting liability. Moreover, insurance against risks such as environmental pollution or other hazards as a result of exploration or production may not be available to the Target Group on acceptable terms. The Target Group might also become subject to liability for pollution or other hazards which it is not currently insured against and/or in future may not insure against because of premium costs or other reasons. Losses from these events may cause the Target Group to incur significant costs which could have a material adverse effect on the Target Group's business, financial condition, results of operations or prospects.

**25. Risks relating to inclement weather**

Inclement weather may cause evacuation of personnel, curtailment of operations, damage to mineral resources, transportation routes and loading facilities. This could in turn result in temporary suspension of operations and a general reduction in productivity. From time to time, the Target Group experiences tropical weather events that can result in its inbound and outbound logistics routes being cut off. There is no assurance that inclement weather will not cause losses to the Target Group in the future. Any damage to the Target Group's projects or delays to its operations by prolonged periods of inclement weather could have a material adverse effect on the Target Group's business, financial condition, results of operations or prospects.

**26. Risks relating to change in future plans**

Whether the Target Group ultimately implements the production plans and mining schedule of the Target Group or achieves the objectives described in this circular, will depend on a number of factors including, but not limited to, (i) the availability and cost of capital; (ii) current and projected prices of copper and cobalt; (iii) copper and cobalt markets; (iv) costs and availability of drilling services, costs and availability of heavy equipment, supplies and personnel; (v) success or failure of activities in similar areas to those in which its projects are situated; and (vi) changes in estimates of project completion costs. The Target Group will continue to gather information about its projects, and it is possible that additional information will cause the Target Group to alter its schedule or determine that a project should not be pursued at all. Accordingly, the Target Group's plans and objectives may change from those described in this circular.

### 27. Risks relating to hedging activities

The Target Group periodically enters into hedging activities at the request of loan providers with respect to a portion of its production to manage its exposure to commodity price volatility. Whilst such hedging activities may reduce the Target Group's exposure to commodity price movements to a certain extent, such activities may also limit the Target Group's participation in commodity price increases and increase the Target Group's exposure to counterparty credit risk. To the extent that the Target Group engages in price risk management activities to protect itself from commodity price declines, the Target Group may be prevented from fully realising the benefits of commodity price increases above the prices established by the Target Group's hedging contracts. In addition, the Target Group's hedging arrangements may expose it to the risk of financial loss in certain circumstances, including instances in which the counterparties of the Target Group's hedging contracts fail to perform under the contracts.

## RISKS RELATING TO THE INDUSTRY

### 28. Risks relating to fluctuations in the market price of copper and cobalt

The Target Group is focused on the base metal industry, primarily copper and cobalt production and its revenue is generated from the sale of these two products. The price volatility of copper and cobalt may affect the future production, profitability and financial condition of the Target Group. Such factors include, but are not limited to, interest rates, exchange rates, inflation or deflation, global supply and demand, and the political and economic conditions of major metal consuming countries throughout the world. The price of most metals including copper and cobalt has fluctuated widely in recent years, and particularly the copper price has fallen since February 2013 due to the weakening copper demand. Future metal price declines could cause development of, and commercial production from, the Target Group's projects to be impracticable or uneconomic. The Target Group expects to derive substantially all of its revenue in the foreseeable future from sales of copper cathode, copper concentrate and cobalt hydroxide. Currently, the sales price of the Target Group's products under its off-take agreements are benchmarked against the prevailing market trading prices. Therefore, the results of operation, in particular, profitability of the Target Group will be directly affected by the prevailing market prices of such products.

The metals market also tends to move in cycles. Periods of high demand, increasing profits and high capacity utilisation lead to additional capacity through expansion of existing mines and investment in new mines which results in increased production. This growth increases supply until the market is saturated, leading to declining prices and declining capacity utilisation until the cycle repeats. This cyclicality in prices can result in supply/demand imbalances and pressures on mineral prices and profit margins which could have a material adverse effect on the Target Group's business, financial condition, results of operations or prospects.

Depending on the price of copper and cobalt, projected cash flow from planned mining operations may not be sufficient and the Target Group could be forced to discontinue development and may lose its interest in, or may be forced to sell, one or more of its projects. Future production from the Target Group's mining properties will be dependent on metal prices that are adequate to make these properties economically viable. Furthermore, future mine plans using lower metal prices could result in material write-downs of the Target Group's investment in mining properties.

In addition to adversely affecting the Target Group's current Mineral Resources estimates and any future Mineral Reserves estimates and its financial condition, declining commodity prices can impact operations by requiring a reassessment of the feasibility of a particular project. Such a reassessment may be the result of a management decision or may be required under financing arrangements related to a particular project. If such a reassessment determines that any of the projects are not economically viable, then mine development may cease and such projects may never be fully developed or developed at all. Even if the projects are ultimately determined to be economically viable, the need to conduct such a reassessment may cause substantial delays or may interrupt operations until the reassessment can be completed. There may also be changes made to the mine plans of the projects of the Target Group which will require additional capital expenditures or result in delays in production. The occurrence of any of the foregoing could have a material adverse effect on the Target Group's business, financial condition, results of operations or prospects.

**29. Risks relating to economic conditions and market demand**

The operating and financial performance of the Target Group are influenced by a variety of general business cycles and economic conditions. Changes in business and economic factors, such as interest rates, exchange rates, inflation, national demographics, government fiscal, monetary policies in South Africa, the DRC and Zambia, and accounting and financial reporting standards, could impact the Target Group's business. In addition, the operating and financial performance of the Target Group is also influenced by the worldwide demand for copper and cobalt products. As the PRC is a major purchaser of the world's copper and cobalt products, any adverse change in the PRC's economic and market condition that in turn reduces the demand for the copper and cobalt products mined by the Target Group and could materially and adversely affect the Target Group's business and results of operations.

**30. Risks relating to competition**

The markets for the commodities mined or contemplated to be mined by the Target Group, namely copper and cobalt, are intensely competitive and the Target Group faces competition from Chinese, Mongolian, Australian and other foreign miners. Competition in these markets is based on many factors, including, among others, price, production, capacity, quality, transportation capabilities and costs, blending capability and brand name. Some of the Target Group's competitors may have greater production capacity as well as greater financial, marketing, distribution and other resources, and may benefit from more established brand names in the international market.

The mining industry is also characterised by technological advancements and the introduction of new production process using new technologies. Some of the Target Group's competitors may develop new technologies and processing methods that are more effective or less costly than those currently used by the Target Group.

Competitive activities in the markets served by the Target Group could have a significant impact on the prices realised for its products and can therefore have a material adverse effect on its results of operations and financial condition. The Target Group's future success will depend on its ability to respond in an effective and timely manner to competitive pressure.

## RISKS RELATING TO CONDUCTING OPERATIONS IN ZAMBIA, THE DRC AND SOUTH AFRICA

### 31. Risks relating to the political, economic, regulatory, legal and social aspects associated with conducting operations in Zambia and the DRC and investing in South Africa

The Target Group has its headquarters in South Africa and the Operating Mines, the Development Project and the Exploration Projects are located in the DRC and Zambia. Similar to other emerging markets, Zambia, the DRC and South Africa are subject to certain political, economic, regulatory, legal and social developments that may, individually or in combination, create risks for investors that may be more difficult to predict or measure than in certain developed economies.

These risks, which the Target Group believes are greater in Zambia and the DRC, include, among others, labour unrest, invalidation of governmental orders and permits, corruption, uncertain political and economic environments, sovereign risk, war (including within or with other countries), civil disturbances and terrorist actions, arbitrary changes in laws or policies, the failure of foreign parties to honour contractual relations with little or no recourse to local courts, challenges to or reviews of the Target Group's legal and contractual rights, reviews of taxation of foreign companies, changing tax and royalty regimes, delays in obtaining or the inability to obtain, or the cancellation of, necessary governmental permits, limitations on foreign ownership, limitations on the repatriation of earnings, limitations on mineral exports, price controls, review of taxes on foreign investment, instability due to economic under-development, inadequate infrastructure and increased financing costs. As a result of conflict in the DRC, international governments may impose regulations or sanctions to limit commercial trade activities for and make more burdensome purchases of goods and services originating in the DRC, which could have a material adverse effect on the Target Group's business, financial condition, results of operations or prospects.

The DRC is in transition from a largely state-controlled economy to one based on free market principles, and from a non-democratic political system with a centralised ethnic power base to one based on more democratic principles. The northeast region of the DRC has undergone civil unrest and instability in recent years which could have an impact on political, social or economic conditions in the DRC more broadly. While the government of the DRC is working to extend the central government's authority into the regions, there can be no assurance that such efforts will be successful. In addition, many of the mineral rights and interests of the Target Group in the DRC are subject to government approvals, licences and permits, which, as a practical matter, are subject to the discretion of applicable governments or governmental officials. No assurance can be given that the Target Group will be successful in obtaining, maintaining or renewing any or all of the various approvals, licences and permits required to operate its projects in full force and effect or without modification or revocation. Although the Target Group's projects in the DRC are in the southeast of the country, the effect of unrest and instability on political, social or economic conditions in the DRC could result in the impairment of the Target Group's exploration, future development and prospective mining operations.

The general election in Zambia held in September 2011 has led to a change in the ruling political party and the government, and as a result may affect the policies adopted in Zambia in relation to foreign investment. There is no assurance that the current Zambian government will not implement more restrictive policies in relation to foreign ownership in mines, currency control, foreign workers, and tax

rates in the future. In addition, the Zambian government has increased the mineral royalty rate applicable to base metals, such as copper, from 3% to 6% with effect from 1 April 2012, at which time Chibuluma plc commenced to pay royalties at the rate of 6%. The increase in mineral royalties will cause the Target Group to pay more mineral royalties and thus have an adverse impact on its financial conditions. The general election in the DRC held in November 2011 has not led to a change in the ruling political party. However, general elections in the DRC to be held in the future may similarly lead to a change in the ruling political party and governmental policy relating to foreign investment. DRC and Zambian laws in respect of mining codes, tax laws and environmental legislation are susceptible to change, revision or cancellation in connection with any changes in ruling political party or government. Such changes may have a material adverse effect on the Target Group's results of operations and business.

Political disruptions and civil unrest that may occur in any neighboring countries could potentially have an adverse effect on Zambian and the DRC exports and consequently, on the Target Group's business. Changes or instability to the economic or political environment in any of South Africa or its neighbouring countries could affect the attractiveness of South Africa as a country to invest in or do business with and which may adversely affect the Target Group's operations and profits.

Changes in the interpretation or enforcement of the laws and regulations currently in effect in Zambia, the DRC and South Africa could adversely affect the Target Group's business and it is difficult to predict the future political, social and economic direction in these countries.

**32. Risks relating to the prohibition on exports of certain minerals out of the DRC in connection with the Decree of 5 April 2013 issued by the Ministry of Finance and the Ministry of Mines of the DRC**

The Target Group, when conducting its mining operations in the DRC and Zambia, is subject to various applicable laws, regulations and policies relating to the limitations or prohibitions on mineral exports. Any changes or implementation of new laws, regulations and policies in this regard may have a material adverse effect on the Target Group's business, financial condition, results of operation or prospects.

In this connection, the Ministry of Finance and the Ministry of Mines of the DRC had on 5 April 2013 signed a decree purporting to prohibit the export of, inter alia, all merchant mineral products with a humidity of more than 25%, copper concentrates and cobalt concentrates. Whilst an informal statement contained within the decree provides that the decree comes into effect immediately (namely, on 5 April 2013), the decree does not have a formal clause stating the date on which it commences. This decree has been the subject of significant dispute and controversies in the DRC including objections raised by local government and mining operations. Such dispute may ultimately result in amendments to the decree or the decree not coming into effect or being unenforced. In addition, the DRC currently faces power shortage issue and does not have the necessary infrastructure within the country for mining operators to transform or process their products before export out of the DRC. Following the issue of the decree, a meeting was held on 10 July 2013 at which the Minister of Mines and the members of the Federation of Congolese Companies Chamber of Mines of the DRC were present and confirmed that the prohibition on export of mineral concentrates would be delayed until 31 December 2013 and that the tax on export of mineral concentrates (with the exception of cobalt hydroxides) would be increased from US$60 per tonne to US$100 per tonne from 15 July 2013. Having been advised by its legal adviser, the Company

is of the view that this decree is likely to be blocked or postponed. Notwithstanding this, if such export prohibition becomes effective on 1 January 2014 or thereafter, Ruashi Mining, which currently sells its cobalt hydroxide produced at the Ruashi Mine to Jinchuan Group, may be prohibited from carrying out sales of cobalt hydroxide, unless it is able to reduce the humidity content of such products below 25%. Ruashi Mining has the capacity to reduce the moisture content of cobalt hydroxide from 70% to 15% when such products are processed through its three ASFDs which have been commissioned. In addition, when the Kinsenda Project commences commercial production in 2015, Kinsenda Sarl intends to transport the copper sulphide concentrate produced from the Kinsenda Project to nearby smelters in Zambia for smelting, treatment and refining. If the export prohibition is effective in 2015, Kinsenda Sarl will not be able to export its copper sulphide concentrate products from the Kinsenda Project out of the DRC and may have to seek alternative and potentially more expensive ways of treating and refining its products within the DRC. Further, Kinsenda Sarl may also be subject to the abovementioned higher export tax on its export of mineral concentrates. The Target Group will continue to monitor the developments in relation to this decree and take appropriate steps to investigate alternative in-country beneficial options for the processing of sulphide concentrates. The Target Group plans to conduct a feasibility study in relation to the development of stand-alone and/or centralised processing facilities in the DRC, such as smelters and roasters, that will enable it to produce copper cathodes and/or copper blisters from the Kinsenda Project, the Lubembe Project and the Musonoi Est Project. The feasibility studies in respect of the Exploration Projects will address processing alternatives for these projects which will in turn guide the Target Group as to the development of its broader processing strategy in the DRC.

**33. Risks relating to changes in governmental policies and regulation relating to taxation and royalties.**

The Target Group, when conducting its business operations in South Africa, the DRC and Zambia, is subject to various applicable laws, regulations and policies relating to taxation and royalties. There can be no assurance that the relevant governments of South Africa, the DRC and Zambia will not review the taxation policies of foreign companies and foreign investment or review and make changes to its royalty regimes to increase the existing tax rates or introduce additional taxes (including withholding taxes on dividends), which may increase the tax/royalty burden. In this connection, the DRC is in the process of reviewing the taxation and royalty regimes of mining companies. A DRC ministerial taskforce is carrying out a review of the Mining Code legislation which provides a framework for the exploration, development and mining of mineral ore resources. The review is in its consultation stages and proposed amendments to the legislation include, a 35% stake in projects that is "free of charges and non-dilutable" as well as a proposal to double royalties on some minerals and the introduction of a 50% levy on the "super profits" of miners. The draft revision defines "super profits" as made when a commodity's price rises exceptionally over 25% compared with its level at the time of the project's feasibility study. Similarly in Zambia, the Income Tax (Amendment) Act, 2012 has introduced a reduction in the mining sector capital allowance from 100% upfront to 25% per annum for four years. Mining companies in Zambia had prior to this allowance cut benefitted from a generous 100% capital allowance as a tax relief to reflect that mining companies have to wait before they see returns on their investments. This cut in allowance will effectively cause mining companies to be taxed earlier. Such laws are likely to increase the tax burden of the Target Group and have a material adverse effect on the results of operation of the Target Group.

### 34. Risks relating to the limited legal protections in the DRC

The legal system in the DRC has inherent uncertainties that could limit the legal protections available to the Target Group, which include: (i) inconsistencies between and within laws; (ii) limited judicial and administrative guidance on interpreting DRC legislation, particularly that relating to business, corporate and securities laws; (iii) substantial gaps in the regulatory structure due to a delay or absence of enabling regulations; (iv) a lack of judicial independence from political, social and commercial forces; (v) corruption; and (vi) bankruptcy procedures that are subject to abuse, any of which could have a material adverse effect on the Target Group's business, financial condition, results of operations or prospects.

Furthermore, the DRC judicial bodies have relatively little experience in enforcing the laws and regulations that currently exist, leading to a degree of uncertainty as to the outcome of any litigation. It may be difficult to obtain swift and equitable enforcement of a DRC judgement, or to obtain enforcement of a judgement by a court of another jurisdiction, which could have a negative impact on the ability of the Target Group to enforce or protect its rights and interests in the DRC and hence an adverse effect on the Target Group's business, financial condition, results of operations or prospects.

### 35. Risks relating to the direct government intervention in the Target Group's mineral property interests in the DRC and Zambia

Mineral development is a sensitive political issue in both the DRC and Zambia, and as a result there is a relatively higher risk of direct government intervention in the property rights and title of the Target Group's projects than that of other industries in those countries. Such intervention could extend to nationalisation, expropriation or other actions that effectively deprive the Target Group of the benefit of its interest in the projects.

Any nationalisation, expropriation or similar action would, in most cases, legally obligate the government to pay just compensation. However, even if the Target Group did obtain compensation in such a circumstance, there could be no guarantee that the compensation paid would represent the Target Group's view as to the full value of the asset lost. Accordingly, any action to nationalise or expropriate any of the projects or other assets could have a material adverse effect on the Target Group's business, financial condition, results of operations or prospects. Furthermore, any increased perception that nationalisation or expropriation of the projects may occur could have a material adverse effect on the price of the Target Group's securities and its ability to access financing.

Specifically, Article 71 of the DRC Mining Code requires that 5% of the shares of a company holding an exploitation permit shall be allotted to the DRC Government. Both Ruashi Mining and Kinsenda Sarl hold exploitation permits in the DRC. Like most of the holders of exploitation permits in the DRC, Ruashi Mining and Kinsenda Sarl respectively has not had 5% of its shares transferred to the DRC Government. Should the DRC Government demand the strict implementation of Article 71, Ruashi Mining and Kinsenda Sarl respectively may be liable to transfer 5% of its shares to the DRC Government. Subject to shareholders agreements or arrangements, the transfer could be done from Gecamines' 25% shareholding in Ruashi Mining and Sodimico's 23% shareholding in Kinsenda Sarl, from the Target Group's shareholding in these companies or partly from each of such parties' respective shareholding. The DRC Government may require the implementation of Article 71 of the DRC Mining Code at any time in the future in respect of the exploitation permits granted, although there can be no prediction as to when it will happen or whether it will happen at all. A requirement to transfer such shareholding may reduce the Target Group's shareholding in Ruashi Mining and Kinsenda Sarl, unless the said transfer is to

be made from Gécamines and Sodimico's shareholdings in these companies. Failure to comply with this requirement is an infringement of the DRC Mining Code and, whilst no specific sanction for this breach is set out in the DRC Mining Code, the reaction of the DRC regulatory authorities cannot be predicted in this jurisdiction.

**36. Limited infrastructure growth of Zambia, the DRC and South Africa such as power demand shortfall, logistics capacity mismatch, poor road conditions may negatively affect the Target Group's business and mining activities.**

The Target Group's mining operations is largely dependent on adequate infrastructure in the DRC and Zambia. In particular, reliable power sources, water supply, logistics capacity, road conditions and communication facilities are key determinants that are needed to operate a mine. Such infrastructure may be inadequate and insufficient in the countries where the Target Group conducts its mining operations, in particular, the DRC. Furthermore, the road infrastructure in Central and Southern Africa is under pressure and delays do occur. For example, the vast majority of consumables and finished products (copper cathode and cobalt hydroxide) from the Ruashi Mine are moved by road transport. Although the main arterial road from Kasumbalesa (the border post) to Lubumbashi has recently been upgraded by Chinese contractors, one of the logistics risks that the Ruashi Mine faces is the extended periods that road vehicles have to endure at the DRC-Zambia border crossing point, especially the fuel (diesel) vehicles, which are necessary to power the mining fleet and the diesel powered generators. The management of the Target Group constantly seeks measures to address these infrastructural challenges to ensure that its mining operations are conducted optimally. Any failure by the management to address these infrastructure requirements adequately may have a material adverse effect on the Target Group's business, financial condition and results of operations.

In addition, the Target Group's mining projects also rely on significant amounts of water supplied by local water authorities. If the local water boards impose restrictive requirements on their conditions of supply, the Target Group's profitability and results of operations may be adversely affected.

Due to the low level of the logistics capacity and communication facilities in Zambia and the DRC such as poor road conditions and low telephone penetration, the Target Group has to incur increased transportation and communication costs, which in the long term could have a negative effect on the development of the Target Group's business.

The Operating Mines utilise road infrastructure to transport consumables and finished products to and from the mine sites and historically have not experienced material disruptions to their operations arising from transport infrastructure. Metorex Group closely monitors developments associated with transport infrastructure challenges and has implemented a number of measures to reduce disruptions that could be caused by inefficiencies in the transport infrastructure network including carrying appropriate inventory levels of consumables and strategic supplies at its mine sites, pre-clearing trucks whenever possible, reducing the volume of exports in respect of cobalt hydroxide through further drying at the mine site, ensuring documentation is in order prior to trucks arriving at the border, splitting of strategic supply contracts across a number of suppliers to reduce delivery risk, and utilising a number of clearing agents to speed up the clearing process.

**37. HIV/AIDS, malaria and other diseases pose risks to the Target Group in terms of productivity and costs**

HIV/AIDS, malaria and other diseases are prevalent in Zambia, the DRC and South Africa and pose a serious threat to the mining companies in these countries, including the Target Group, in terms of potentially reduced productivity, and increased medical and other costs. The per capita incidences of the HIV/AIDS virus in these countries have been estimated as being among the highest in the world. As such, HIV/AIDS remains a healthcare challenge faced by the Target Group's operations and investments in these countries. A significant increase in the incidence of HIV and AIDS infection and HIV and AIDS-related diseases among its workforce over the next several years may limit or disrupt the Target Group's exploration and operation activities or development of future mining operations. There can be no assurance that the Target Group will not incur the loss of a significant number of members of our workforce or workforce man-hours or incur increased medical costs, which may have a material adverse effect on the Target Group's operations and financial condition.

**38. High rates of inflation in Zambia and the DRC could have a material adverse effect upon the Target Group's business, financial condition and results of operations.**

The Target Group's mining operations are located in Zambia and the DRC which have historically experienced relatively high rates of inflation. Since the Target Group is unable to control the market price at which it purchases its raw materials and auxiliary materials, it is possible that significantly higher inflation in the future in Zambia and the DRC, without a concurrent devaluation of the local currency against U.S. dollar or an increase in the prices of the Target Group's products, could have a material and adverse effect on the Target Group's business, financial condition and results of operations.

**39. Labour disputes, conflicts and disruptions may lead to suspensions of mining and processing operations, which could materially and adversely affect the Target Group's productivity and business.**

A substantial number of the employees of the Target Group are members of trade unions. Each of Ruashi Mining, Kinsenda Sarl and Chibuluma plc has entered into collective agreements in respect of its employees engaged in the mining operations in Zambia and the DRC. The collective agreements entered into by Chibuluma plc are typically one year in duration and are subject to expiration at various times in the future. The collective agreements entered into by Ruashi Mining and Kinsenda Sarl are subject to review every two years. It is possible that the Target Group's employees start to strike each year after the then-existing collective agreement expires or is subject to review or to prolong renegotiation of wage increase until they are satisfied with the new terms. If the renegotiation of collective agreements cannot be concluded within a reasonable timeframe or the employees hold prolonged strikes concurrently with their renegotiation with the management of the Target Group, it could result in work stoppages and suspensions of mining and processing operations which could materially and adversely affect the Target Group's productivity and business.

In addition, such strike actions by employees over disputes relating to wage increases, collective agreements, employment contracts or other matters may result in other labour disturbances including civil disturbances or riots which may result in some personal injuries and property damage of the Target Group. In that case, the Target Group may experience a disruption of operations, destruction of property and higher labour costs.

**40. The Target Group's current and planned mining activities may employ processes and chemicals that may be harmful to the environment and are subject to environmental laws and regulations.**

As a mining company focusing on the base metal industry, the Target Group is subject to environmental legislations and regulations in Zambia, the DRC and South Africa. These legislations and regulations could impose unexpected costs and burdens on the Target Group, the full extent of which cannot always be predicted. Details of these regulations are set out in Appendix VI headed "Legal and Regulatory Regime in which the Target Group Operates" to this circular.

Mining activities are generally subject to environmental and safety hazards as a result of the processes and chemicals used in the exploration and production methods. At the Ruashi Mine, contamination of groundwater has been identified as a significant risk. At the Kinsenda Project, apart from groundwater contamination issues, studies indicate that dewatering is likely to result in the lowering of the groundwater levels in the shallower aquifer where the community boreholes are located. In addition, environmental hazards may be encountered while its products are in transit and the disposal of waste products occurs. The occurrence of any such safety or environmental incident could delay production and/or increase production costs and may impact on the Target Group's ongoing compliance with environmental legislation and regulations. The Target Group may be liable for losses associated with environmental hazards and rehabilitation, have its licences and permits withdrawn or suspended, face negative reputational consequences or be forced to undertake extensive remedial clean-up in the event of certain discharges into the environment, environmental damage caused by previous operations or non-compliance with environmental laws or regulations.

In terms of the Target Group's planned mining activities, a detailed environmental study will be required before commencing work on a project site, for which site visits have to be conducted and various documents have to be submitted to local authorities. There can be no assurance that the Target Group will be able to obtain all the necessary permits and approvals. Failure to obtain any of such approvals may adversely affect the development and operations of the planned project.

In the future, if additional or more stringent conditions and requirements are imposed under new legislation and regulations, the Target Group may incur unexpected costs to comply with these requirements, which may include the need to increase and accelerate expenditures on environmental rehabilitation. In that case, the costs of compliance may substantially increase which could have a material and adverse effect on the Target Group's operations and financial condition.

For further details of these environmental and social challenges and rehabilitation plans of the Metorex Group, please refer to the Competent Person's Report set out in Appendix V to this circular.

*This section contains certain information which has been derived from official, market and other public sources including the USGS, Bloomberg, Darton Commodities Limited, LME, ICSG, etc. The Directors believe that the sources of such information are appropriate sources for the information. The Directors have exercised reasonable care in selecting and identifying the named information sources and, in compiling, extracting and reproducing such information, and have no reason to believe that such information is false or misleading or that any fact has been omitted that would render such information false or misleading. This information has not been independently verified by the Directors or any of the Directors' affiliates or advisers or any of their affiliates or advisers and no representation is given as to its accuracy. This information may not be consistent with information from other sources.*

*References to "reserves" or "resources" in this industry overview are not references to reserves or resources determined in accordance with the JORC Code or SAMREC Code. Unless otherwise stated, all references to reserves and resources follow the definitions published by USGS.*

## COPPER MARKET OVERVIEW

### Introduction

Copper is a reddish-brown metal that is corrosion resistant, malleable and ductile. Due to its high conductivity and thermal properties, copper is commonly used in wires, electromagnets, printed circuit boards as an electrical conductor and heat exchangers as a thermal conductor.

Copper is one of the most recycled of all metals and recycled copper (also known as secondary copper) cannot be distinguished from primary copper (copper originating from ores), once processed. Copper is an important contributor to the national economies of mature, newly developed and developing countries.

Primary copper production starts with the extraction of copper-bearing ores. There are three basic ways of copper mining: surface, underground mining and leaching. Open-pit mining is the predominant mining method in the world. Copper exists in two broad categories of ore types: sulphide and oxide. Accordingly, two different processes are applied to deal with the ores. Copper oxide minerals can be readily leached and copper can be recovered from the resultant pregnant leach solution by an SX-EW process to produce marketable cathodes. Sulfide minerals are separated from the waste at the ore processing plant to form copper concentrate which is then shipped to a copper smelter which can be local to the mine or in a different country or continent.

The global demand for copper continues to grow; world refined usage has more than tripled in the last 50 years due to expanding sectors such as electrical and electronic products, building construction, industrial machinery and equipment, transportation equipment, and consumer and general products.

## COPPER DEMAND

### Copper Consumption by Region

According to ICSG, the global refined copper consumption was around 20.47 Mt in 2012. Asia was the largest refined copper consuming region which attributed for 63% in 2012. Europe, North America and Latin America accounted for 21%, 11% and 3% of global refined copper consumption respectively in the same period.

The following chart shows the refined copper consumption by region in 2012:

**Refined Copper Consumption by Region in 2012**




*Source: Copper Market Forecast 2012-2013, ICSG. ICSG (International Copper Study Group) was established in 1992 to promote international co-operation on issues concerning copper by improving the information available on the international copper economy and by providing a forum for intergovernmental consultations on copper. ICSG regularly publishes and updates information and statistics on copper industry on its website.*

World refined copper consumption remained flat in 2009 due to the shrinking demand during the financial crisis. The consumption picked up from 2010 and has continuously moved upward from year to year. The following chart illustrates the five-year historical data for world refined copper consumption.

**World Refined Copper Consumption 2008 – 2012**




*Source: World Refined Copper Production and Usage Trends 2006 – 2012, ICSG*

**Copper Consumption by Sector**

*First Use Consumption*

Copper and copper alloy semis can be transformed by downstream industries for use in end use products such as automobiles, appliances, electronics, and a whole range of other copper-dependent products in order to meet society's needs. Copper has the highest electrical conductivity of all metals apart from silver and therefore is mainly used for electrical/electronic purposes.

*End Use Consumption*

According to LME and CRU Group, copper consumption can be categorized into electrical/electronic, construction, consumer, transport, industrial machinery and others.

The following chart shows the global copper consumption by end use in 2011:

**Global Copper Consumption by End User in 2011**




*Source: Industrial consumption 2011, LME and CRU Group*

## COPPER SUPPLY

### Copper Reserve by Region

According to USGS, the estimated global copper reserves were 680 Mt at the end of 2012. The world's major copper deposits are located in South America, particularly in Chile and Peru, and Australia. The estimated copper reserves in these 3 countries make up half of the world's reserve. According to British Geological Survey, worldwide deposits typically grade between 0.2% and 2% Cu. According to "The Democratic Republic of Congo and Zambia: A Growing Global 'Hotspot' for Copper-Cobalt Mineral Investment and Exploration" published on 6th Southern Africa Base Metals Conference 2011, a reported one-fifth of all global copper resources with a grade of over 1.0% are located in the Central African copperbelt. In some instances, grades of 7% to 8% copper have been recorded. Most operations underway in the region report copper grades of between 1% and 4%, which are significantly higher than the average copper grade of worldwide mined/deposit.

The following chart shows the global copper reserves by region in 2012:

**Global Copper Reserve by Region in 2012**




*Source: Mineral Commodity Summaries 2013, USGS*

### Copper Mines Production

In 2012, the total global copper mine production was around 16.74 Mt according to USGS. Chile was the world's largest producer of mined copper with an estimated 32% of the global market share. China, Peru and United States attributed for 9%, 7% and 7% respectively.

The following chart shows the copper mines production by region in 2012:

**Copper Mines Production by Region in 2012**




*Source: Mineral Commodity Summaries 2013, USGS*

The global copper mines production has been steadily increasing over the past five years. In 2012, it reached 16.74 Mt, representing a 4.50% increase over 2011. The following chart illustrates the historical world copper mines production during 2008 to 2012.

**World Copper Mines Production 2008 – 2012**




*Source: World Refined Copper Production and Usage Trends 2006 – 2012, ICSG*

## Refined Copper

The total amount of world refined copper production in 2012 was 20.12 Mt. The production volume of refined copper in Asia has been increasing in recent years. In 2012, Asia accounted for almost half of the world's copper smelter output, followed by the Latin America, Europe and North America.

The following chart shows the refined copper production by region in 2012:

**Refined Copper Production by Region in 2012**




*Source: Copper Market Forecast 2012-2013, ICSG*

During the past five years, the world refined copper production has been growing at a steady pace. Copper consumption has also increased but at a faster pace, resulting in a shortage of supply between 2010 to 2012. In 2012, the world refined copper production was approximately 20.12 Mt, while the consumption in the same year was approximately 20.47 Mt, indicating a supply deficit of 350,000 t of refined copper in 2012.

The following chart shows the world refined copper production during 2008 to 2012:

**World Refined Copper Production 2008 – 2012**




*Source: World Refined Copper Production and Usage Trends 2006 – 2012, ICSG*

The following tables set out the top players in copper mining and copper refinery industry:

**Top 10 Copper Mines by Capacity in 2011**

| Rank | Mine | Country | Owner(s) | Capacity (kt) | Copper Reserve |
|---|---|---|---|---|---|
| 1 | Escondida | Chile | BHP Billiton (57.5%), Rio Tinto Corp. (30%), Japan Escondida (12.5%) | 1,250 | 4,157Mt at 0.76% |
| 2 | Codelco Norte | Chile | Codelco | 920 | 2,476Mt at 0.7% |
| 3 | Grasberg | Indonesia | P.T. Freeport Indonesia Co. (PT-FI), Rio Tinto | 750 | 2,590Mt Cu at 1.0% |
| 4 | Collahuasi | Chile | Anglo American (44%), Xstrata plc (44%), Mitsui and Nippon (12%) | 520 | Copper Oxide 19.6Mt at 0.75%, sulphide 1550Mt at 0.95%, low grade sulphide 615Mt at 0.52% |
| 5 | Los Pelambres | Chile | Antofagasta Plc (60%), Nippon Mining (25%), Mitsubishi Materials (15%) | 470 | 1,433Mt at 0.65% |

| Rank | Mine | Country | Owner(s) | Capacity (kt) | Copper Reserve |
|---|---|---|---|---|---|
| 6 | El Teniente | Chile | Codelco | 434 | 4,176Mt at 0.84% |
| 7 | Taimyr Peninsula (Norilsk/ Talnakh Mills) | Russia | Norilsk Nickel | 430 | 320Mt at 2.6% |
| 8 | Morenci | United States of America | Freeport-McMoRan Inc 85%, 15% affiliates of Sumitomo | 420 | 4,250Mt at 0.27% |
| 9 | Antamina | Peru | BHP Billiton (33.75%), Teck (22.5%), Xstrata plc (33.75%), Mitsubishi Corp. (10%) | 370 | 822Mt at 0.93 |
| 10 | Andina | Chile | Codelco | 300 | 5,888Mt at 0.78% |

*Source: ICSG, public information*

**Top 10 Copper Refineries by Capacity in 2011**

| Rank | Smelter | Country | Operator/Owner(s) | Capacity (kt) |
|---|---|---|---|---|
| 1 | Guixi | China | Jiangxi Copper Corporation | 900 |
| 2 | Chuquicamata Refinery | Chile | Codelco | 600 |
| 3 | Yunnan Copper | China | Yunnan Copper Industry Group (64.8%) | 500 |
| 4 | Birla | India | Birla Group Hidalco | 500 |
| 5 | Jinchuan | China | Jinchuan Non Ferrous Co. | 500 |
| 6 | Codelco Norte (SX-EW) | Chile | Codelco | 470 |
| 7 | Toyo/Niihama (Besshi) | Japan | Sumitomo Metal Mining Co. Ltd. | 450 |
| 8 | Amarillo | United States of America | Grupo Mexico | 450 |
| 9 | El Paso (refinery) | United States of America | Freeport-McMoRan Copper & Gold Inc. | 415 |
| 10 | Las Ventanas | China | Codelco | 400 |

*Source: ICSG, public information*

## Copper trade

Copper products across the value chain are traded internationally. Often, countries where upstream copper production exceeds downstream production capacity will export the raw materials to meet production needs in other regions. Major product categories of copper traded internationally include: copper concentrates, copper blister and anode, copper cathode and ingots, copper scrap and copper semis. Asia is a major importer of copper concentrates and products.

The World Copper Factbook 2012

**Major International Trade Flows of Copper Ores and Concentrates[1]**

Major **Exporters** of Copper Ores and Concentrates, 2010

1. Chile
2. Peru
3. Indonesia
4. Australia
5. Canada
6. Brazil
7. Argentina
8. Papua New Guinea
9. Mongolia
10. Kazakhstan



Major **Importers** of Copper Ores and Concentrates, 2010

1. China
2. Japan
3. India
4. Korean Rep.
5. Spain
6. Germany
7. Philippines
8. Bulgaria
9. Brazil
10. Finland

[1]Figure is intended to illustrate trade flows but not actual trade routes.

*Source: ICSG, The World Copper Factbook 2012*

## China Copper Market Overview

Since 2000, the copper industry has increased rapidly, especially with continuous demand growth from China due to the overall economic growth during the period. The attractiveness of copper and its related products as investment products has also resulted in an increase in demand.

According to Copper Market Forecast 2012-2013, ICSG, China is the leading consumer of copper worldwide, accounting for approximately 40% of global total consumption of copper. Though China is the largest copper consumption country in the world, it does not have abundant copper mine resources and also lacks large-scale high-grade copper mines. Thus many Chinese companies are seeking overseas copper mining assets to ensure the supply of refined copper, as well as signing long-term contracts with overseas suppliers to avoid the copper price volatility. The domestic copper production can only partially meet the domestic demand in China, therefore China needs to import raw material and refined copper to make up the domestic production deficit.

According to the Chinese Industry Association, the consumption of refined copper in China has been steadily growing during the last decade, from 3.1 Mt in 2003 to 8.95 Mt in 2012, representing a CAGR of 12.5%. The following chart sets out the consumption of refined copper in China during 2003 – 2012.

**Refined Copper Consumption in China 2003-2012**




*Source: Chinese Industry Association*

According to the Chinese Industry Association, as China's economy picks up, the consumption of refined copper in China will keep growing at a growth rate of around 5% for the next five years.

According to Mineral Commodity Summaries 2013, USGS, the copper supply and demand balance remained tight during recent years, in part due to the increasing China net imports, which reached 80% year-on-year increase for the first half of 2012.

The following table sets out the China copper concentrate balance during the past ten years from 2003-2012:

**China Copper Concentrate Balance 2003 – 2012**

| kt | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| Production | 604.4 | 742.2 | 761.6 | 872.9 | 928.0 | 1076.1 | 1044.5 | 1155.8 | 1271.9 | 1624.0 |
| Import | 2669.9 | 2880.0 | 4058.9 | 3611.9 | 4516.2 | 5192.1 | 6132.3 | 6468.1 | 6375.5 | 7830.0 |
| Export | 620.8 | 144.3 | 9.2 | 0.5 | 6.1 | 24.1 | 4.6 | 1.9 | 0.5 | 0.5 |
| Apparent consumption [Note] | 2653.5 | 3477.9 | 4811.2 | 4484.3 | 5438.1 | 6244.1 | 7172.2 | 7622.0 | 7646.9 | 9453.5 |
| Increase rate | | 31.1% | 38.3% | -6.8% | 21.3% | 14.8% | 14.9% | 6.3% | 0.3% | 23.6% |

*Note: Apparent consumption = Production + Import – Export*

*Source: China Non-ferrous Industry Association, Chinese Custom Department*

According to Beijing Research Institute of Mining & Metallurgy, for the years from 2013 to 2016, the self-sufficiency rate of copper concentrate in China will maintain at 40%-42%. The demand of imported copper concentrate in China will continue to grow as the Chinese copper smelting industry will keep developing rapidly, and the trading amount of copper concentrate is expected to reach USD20 billion in the near future.

**Outlook of Copper Market and Challenge**

As stated by SRK in Competent Person's Report, The outlook for copper is focused mainly on China and India, which are forecast to make up 50% of demand by 2020:

- Projections suggest that by 2025, 220 Chinese cities will have over one million inhabitants. This will translate into an increased demand for buildings and transit systems, with 5 million buildings and 170 transit systems projected to be constructed by 2025. Ultimately, whether it is more people, more buildings, or more infrastructure, more copper will be needed to facilitate construction.

  However, one of the largest drivers of copper will be the growth of the Chinese consumer. More consumers, means more demand for cars, appliances, garments, electronics. China has set a goal of 65% urbanization rate by 2050, which translates into 300 million rural residents becoming urban residents over this time period.

- India also provides a very compelling case for copper demand, especially with respect to their power needs. According to the International Energy Agency, India's power production needs to rise by 15% to 20% annually and to meet that, India needs to invest US$1.25 trillion by 2030 into energy infrastructure. From this new infrastructure, India's annual copper demand is expected to more than double during the period.

Chinese demand is not the only major factor to consider in the outlook for copper. The world has also been impacted by supply challenges. The industry is experiencing difficulties with respect to the production of copper from various aspects of the production cycle. Some of the challenges faced by the copper industry are as follows:

- Discoveries of higher grade deposits are becoming less frequent;
- More copper is produced from underground mines, usually, at a smaller output capacity and higher production costs than open pits;
- More challenging environments due to remote locations with limited existing infrastructure imply an increase in the capital intensity of new projects;
- Declining average grades;
- Supply disruptions will continue due to:
  - Technical complexity;
  - Project delays;
  - Labour strike action.

## COPPER PRICING

Copper price is mainly driven by several factors such as supply-demand relationship, monetary supply and global economy situation. The copper price has been fluctuating vastly in recent years. It is expected that the global copper production deficit will continue, and thus the copper price is expected to remain robust in the near future.

### LME Copper Price

LME provides a transparent and terminal market for the buying and selling of pure copper. The copper stocks are stored in LME designated warehouses and brands are registered at the LME to ensure that they meet the prescribed criteria for shape, weight and quality. Prices are set amongst producers, consumers, investors and speculators on the exchanges and are traded on the spot market or using futures contracts. References to the LME prices contained in this section refer to LME copper and cobalt end of the day cash prices.

The following graph shows the LME copper price in the past five years:

**LME Copper Price January 2008 – June 2013**

Copper Price (US$/t)




*Source: Bloomberg*

The table below sets out the average copper price for the past seven years of 1 July 2006 – 30 June 2013, for the past five years of 1 July 2008 – 30 June 2013 and past three years of 1 July 2010 – 30 June 2013.

| US$/t | Historical Copper Price | | |
|---|---|---|---|
| | 7 years<br>1 July 2006 –<br>30 June 2013 | 5 years<br>1 July 2008 –<br>30 June 2013 | 3 years<br>1 July 2010 –<br>30 June 2013 |
| Historical Average Price | 7,291 | 7,229 | 8,171 |

*Source: Bloomberg*

The following table sets out the historical average copper price for each of the year 2005 to six months ended 30 June 2013.

| US$/t | Average Price for Each of the Year | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | Six months ended 30 June 2013 |
| Average Price | 3,681 | 6,740 | 7,139 | 6,959 | 5,178 | 7,543 | 8,813 | 7,958 | 7,543 |

*Source: Bloomberg*

Unlike pure copper, copper concentrates have no terminal market. The copper content in the concentrates is priced on the basis of published LME prices averaged over an agreed fixed time known as the quotational period, less a deduction for treatment charges and refining charges. Benchmark treatment charges and refining charges are settled through an annual or semi-annual negotiation process between buyers (smelters) and sellers (miners). As at the Latest Practicable Date, all of the Chibuluma South Mine's copper concentrate production is sold to CCS, a company incorporated in Zambia and a subsidiary of China Nonferrous Mining Corporation Limited, negotiated between Chibuluma plc and CCS on an annual basis. The pricing mechanism for the concentrates is based on published metal prices for copper as traded on the LME, less a deduction for the treatment charges, refining charges and penalties for impurities, if any. Valuable by-products such as gold and silver are added to the final price as payables.

## COBALT MARKET OVERVIEW

### Introduction

Cobalt is normally associated with nickel and copper containing ore and mined as a by-product or co-product of these operations.

**Cobalt Demand Analysis**

Cobalt is a strategic and critical metal used in many diverse industrial and military applications. Current market data suggests that global cobalt consumption continued to see positive and considerable growth during 2012. Battery chemicals and superalloys are the major consumer of cobalt and demand from both these industries accounted for 58% of global cobalt consumption in 2012 according to Cobalt Market Review 2012-2013, Darton Commodities Limited. Though the end user market suffered from European debt crisis, the cobalt market performed relatively well. The overall consumption increased by approximately 6.8% during 2012, reaching 73,900 t according to Cobalt Market Review 2012-2013, Darton Commodities Limited.

The following chart shows the cobalt consumption by end use in 2012:

**Cobalt Consumption by End Use 2012**




*Source: Cobalt Market Review 2012-2013, Darton Commodities Limited. Darton Commodities Limited was established in October 2000 by Guy Darby and Roy Walton who have a combined experience of over 50 years in the procurement, supply, finance and movement of metals and ferro alloys. Every year, Darton Commodities publishes Cobalt Market Review as free report.*

According to Cobalt Facts 2011 of "CDI", over the past 8-10 years, there have been two major shifts in cobalt demand patterns. First, there was a significant shift in demand from the United States of America and Western Europe to Asia. The apparent demand in Asia has increased significantly since 2002, whereas demand in the United States of America and Western Europe has remained relatively steady. Second, the increase in demand resulted almost exclusively from increases in chemical applications, most notably rechargeable batteries and catalysts.

The global refined cobalt consumption has seen a steady growth between 2009 and 2012, reaching 73,900 t in 2012, representing a CAGR of 11.7% during the period. The following chart shows the historical world refined cobalt consumption over the past five years:

**World Refined Cobalt Consumption 2008 – 2012**




*Source: Cobalt Market Review 2009, 2010-2011, 2012-2013, Darton Commodities Limited*

***Battery Chemicals***

Rechargeable batteries are an important end use sector for cobalt, accounting for close to 38% of total cobalt demand in 2012 according to Cobalt Market Review 2012-2013, Darton Commodities Limited. Nickel-metal hydride batteries have historically dominated cobalt use in vehicle batteries, but within the next decade, cobalt use in lithium-ion batteries is expected to surpass nickel-metal hydride batteries, driven by increasing demand for the use of large-scale power storage systems, environment friendly cars and consumer electronics.

***Superalloys***

The superalloy industry represents the second largest cobalt consuming market after the rechargeable battery sector. Much of the industry's demand growth continued to be driven by a buoyant aerospace sector as airplane and engine build rates remained high. Whilst the short term outlook for the superalloy sector continues to be influenced by prevailing economic uncertainty, most superalloy producers anticipate continued and strong demand growth from the aerospace sector in the coming years.

***Hard Metals***

Approximately 10% of global demand was consumed in the hard metal sector during 2012 according to Cobalt Market Review 2012-2013, Darton Commodities Limited. This has been primarily in the form of fine cobalt powder, used as a binder material in cemented carbide and diamond tool applications.

***Catalysts***

Approximately 6,600 t of cobalt was consumed by the catalyst industry in 2012 according to Cobalt Market Review 2012-2013, Darton Commodities Limited, of which a majority was used in the production of polymerization catalyst. Purified terephthalic acid is primarily used in polyester fibers and polyethylene terephthalate or PET packaging materials.

*Others*

Demand from other end use markets was to a lesser or greater extent impacted by the economic slowdown which negatively affected downstream markets in key geographic markets. The use of cobalt in pigments and ceramics was negatively impacted by a significantly weaker construction sector in primarily the southern European countries. The use of cobalt in rubber adhesion promoters for tires dropped due to lower demand from the European automotive industry.

**Cobalt Supply Analysis**

Cobalt usually is produced as a by-product of another metal. There are four types of cobalt deposit: nickel-bearing laterites, nickel-copper sulphide deposits, strata-bound copper deposits and silver-cobalt sulfarsenide deposits.

The following chart shows the cobalt production by Ore Type:

**Cobalt Production by Ore Type 2011**




*Source: Cobalt Facts 2011, CDI*

Global reserves of cobalt total approximately 7.5 Mt, which is predominantly in Africa and primarily in the copperbelt of the DRC and Zambia which approximately contribute 50% of the total global reserve base. Other important cobalt producers include Australia, Cuba and New Caledonia.

The following chart shows the global cobalt reserve split in 2012:

**Global Cobalt Reserve Split 2012**




*Source: Mineral Commodity Summaries 2013, U.S. Department of the Interior, USGS*

According to Mineral Commodity Summaries 2013 of USGS, global cobalt mine production in 2011 and 2012 was 109,000 t and 110,000 t respectively. During 2012, DRC produced approximately 55% of the total global cobalt mine production. The cobalt mine production has steadily increased since 2009.

The following graph shows the global cobalt mine production in 2012:

**Global Cobalt Mine Production 2012**




*Source: Mineral Commodity Summaries 2013, USGS*

The following graph shows the historical global cobalt mine production from 2008 – 2012:

**Global Cobalt Mine Production 2008 – 2012**




*Source: Mineral Commodity Summaries 2010, 2012, 2013, U.S. Department of the Interior, USGS*

The cobalt market was also affected during the global financial crisis which impacted all commodities in 2008/2009. Since 2009, production of refined cobalt, particularly in China, has continued to increase and the market recorded significant growth of refined cobalt production in 2011.

According to Darton Commodities Limited, the production recorded for mined/semi-refined cobalt sources and the tonnages ultimately made available to and processed by the various producers of refined cobalt products in 2012 was 68,400 t; while the recorded world refined cobalt production in 2012 was 76,040 t, representing a shortage of around 7,000 t of mined/semi-refined cobalt sources, which suggests a substantial destocking of refining cobalt material inventories. Jinchuan Group is the largest miner/operator of mined/semi-refined cobalt in China and accounted for approximately 2% of the global mined/semi-refined cobalt sources, while Metorex Group accounted for approximately 5%.

The following graph shows the mined/semi-refined cobalt sources by miner/operator in 2012:

**Recorded Global mined/semi-refined cobalt sources by Miner/Operator 2012**




*Source: Cobalt Market Review 2012-2013, Darton Commodities Limited*

The following graph shows the composition of global refined cobalt production by producer/refiner in 2012:

**Recorded Global Refined Cobalt Production by Producer/Refiner 2012**




*Source: Cobalt Market Review 2012-2013, Darton Commodities Limited*

Over the past five years, world refined cobalt production has experienced steady growth from 2008 to 2011, but a decline of 5% in 2012 over 2011.

The following chart shows the historical data of refined cobalt production:

**World Refined Cobalt Production 2008 – 2012**




*Source: Cobalt Market Review 2009, 2010-2011, 2012-2013, Darton Commodities Limited*

The following tables set out the top players in cobalt mining and cobalt refinery industry:

**Top 10 Mined Cobalt Sources by Production in 2012**

| Rank | Mine/operation | Miner/operator | Country | 2012 production (t) | Cobalt Reserve |
|---|---|---|---|---|---|
| 1 | Tenke Fungureme | Freeoport McMoRan | DRC | 11,300 | 155.7 Mt at 0.3% |
| 2 | BOSS Mining | ENRC | DRC | 8,300 | N/A |
| 3 | Mutanda Mining | Glencore | DRC | 7,700 | 56.0 Mt at 1% |
| 4 | Kola MMC | Norilsk Nickel | Russia | 6,500 | |
| 5 | Moa Nickel | Moa JV (Sherritt) | Cuba | 3,800 | 145 Mt at 0.085% |
| 6 | Ruashi Mining | Metorex/Jinchuan | DRC | 3,035 | 13.6 Mt at 0.45% |
| 7 | Big Hill | GTL | DRC | 3,200 | 20.8 Mt at 0.086% |
| 8 | Murrin Murrin | Glencore/Minara | Australia | 2,300 | 145 Mt at 0.085% |
| 9 | Coral Bay | Sumitomo Metal Mining | Philippines | 2,300 | N/A |
| 10 | Etoile / Usoke | Shalina Resources/ Chemaf | DRC | 2,200 | N/A |

*Source: Darton Commodities Limited, public information*

**Top 10 Refined Cobalt Producers by Production in 2012**

| Rank | Producer/refiner | Country | 2012 production (t) |
|---|---|---|---|
| 1 | Various (excl. Umicore) | China | 30,400 |
| 2 | OMG | Finland | 10,500 |
| 3 | Chambishi | Zambia | 4,700 |
| 4 | Umicore | Belgium /China | 4,100 |
| 5 | Sherritt/ICCI | Canada | 3,800 |
| 6 | Xstrata | Norway | 2,750 |
| 7 | Minara | Australia | 2,300 |
| 8 | Norilsk | Russia | 2,250 |
| 9 | QNPL | Australia | 2,200 |
| 10 | Katanga Mining | DRC | 2,100 |

*Source: Darton Commodities Limited, public information*

**China Factor**

China is the world's leading producer of refined cobalt despite limited domestic cobalt mine resources, and sources large part of cobalt ore and semi-refined cobalt from DRC. In recent years, China has accumulated a significant stock of cobalt feed. The tightening monetary policy and the appreciation of RMB has pushed up the cost of cobalt production in China. As a result, in the first half of 2012, the production of refined cobalt declined in China, according to Mineral Commodity Summaries 2013 of USGS. In November 2012, Beijing Antaike Information Development Co. Ltd. suggested that China destocked as much as 9,300 t in 2012 and that the Chinese market would continue to be in deficit during 2013, resulting in a further stock reduction.

*Cobalt Market Balance and Pricing*

Trends in cobalt consumption closely follow those of global industrial production. The global economic downturn that began in late 2008 resulted in reduced demand for cobalt in 2008 and 2009, affecting all major end use sectors. As global economic conditions improved in 2009 and 2010, cobalt consumption increased. In 2010, there was a firm recovery in superalloy orders, particularly from the aerospace sector, and growth in cobalt consumption for superalloy production was forecasted to rise by about 10% per year from 2011 to 2013. Cobalt consumption to make rechargeable batteries was forecasted to increase by 14% per year from 2011 to 2013, according to 2010 Minerals Yearbook of USGS.

In 2011, cobalt prices were lagging behind those of copper and nickel as the greater demand fell due to the global financial crisis. The recovery in output at nickel and copper mines pulled cobalt supply up. Whilst production surpluses from previous years and available but declining metal stocks in China may continue to weigh on the market during 2013, the underlying short-term market fundamentals appear to be signaling a momentous improvement. This suggests that the cobalt market may see a gradual but structural price recovery over the course of the year, resulting in a higher average price range from that seen during 2012.

The following graph shows the LME cobalt price in the past three years:

**LME Cobalt Price May 2010 – June 2013**

Cobalt Price (US$/t)




*Source: Bloomberg*

*Note: The LME began trading cobalt futures in February 2010 and producers have since then been referencing LME prices in contract negotiation.*

The following table sets out the historical average cobalt price for each of the year 2010 to six months ended 30 June 2013.

| **US$/t** | **Average Price for Each of the Year** | | | |
|---|---|---|---|---|
| Year | 2010 (May to December) | 2011 | 2012 | Six months ended 30 June 2013 |
| Average Price | 38,672 | 35,297 | 28,931 | 26,739 |

*Source: Bloomberg*

Cobalt price is affected by several factors such as historical volatility, the by-product nature of supply and its reliance on the DRC. The market is overall undersupplied, and the gap between demand and supply is expected to become wider in the following years, thus the cobalt price has begun to pick up since the low levels of November 2012, resulting an upward trend of cobalt price above the historical average.

## OVERVIEW OF ZAMBIA COPPER AND COBALT MARKET

According to USGS, the Central African Copperbelt ("**CACB**") is one of the most important copper-producing regions in the world. The majority of copper produced in Africa comes from this region defined by the Neoproterozoic Katanga sedimentary basin of the southern DRC and northern Zambia.

**Zambia**

According to World Bank, Zambia contains the largest known copper reserves in Africa. Copper mining and refining were the dominant components of Zambia's mineral industry. In 2012, Zambia was ranked sixth in the world in terms of the production of copper and cobalt. The copper industry in Zambia has gone through significant changes in the past. Mines were privatized in 2000 which resulted in increasing investment and output. It also led to geographical expansion to other parts of the country, beyond the copperbelt, where geological surveys have suggested the existence of significant copper deposits. Government of Zambia has the long term target of achieving 1 Mt of copper production per year from 784 kt in 2011.

According to World Bank, historically, the performance of the copper mining industry has played an important role in Zambia's economy. Although the economy is diversifying, copper mining continues to account for a sizeable part of GDP and is one of the leading industries that contribute to economic growth. Many of the country's large copper mining and processing operations are located in Copperbelt Province in north-central Zambia. Many of the firms involved in Zambia's copper mining are the subsidiaries of large mining companies such as Glencore, Vale, Barrick, First Quantum, China Nonferrous Mining Corporation Limited, Vedanta and Jinchuan Group. Although Zambian copper mining essentially is a private industry, the Zambian Government retains minority interest in most of the large copper projects through its controlled entity, ZCCM.

| Major operating companies and major equity owners | Main facilities | Mineral types |
|---|---|---|
| **Copper and cobalt:** | | |
| Barrick Gold Corp. | Lumwana Mine | Copper |
| First Quantum Minerals | Kansanshi Mine | Copper |
| Vedanta Resources | Nchanga Mine, Konkola 1 & 3 shafts and Konkola Deep mining project | Copper, cobalt |
| Vale, African Rainbow Minerals, ZCCM | Lubambe Copper Mine | Copper, cobalt |
| Vale, African Rainbow Minerals | Lusaka and Kabwe | Copper, cobalt |
| Glencore, First Quantum Minerals, ZCCM | Mopani Copper Mine | Copper, cobalt |
| China Non Ferrous Metals Company Limited | Baluba Mine | Copper |
| China Non Ferrous Metals Company Limited | Chambishi Mine | Copper |
| **Jinchuan Group** | **Chibuluma Mine** | **Copper, cobalt** |

*Source: USGS, annual reports of the respective company*

Copper production in Zambia has been growing rapidly from 568 kt in 2008 to 784 kt in 2011, representing a CAGR of 11.4%. Business Monitor International projects that Zambia's copper production will continue to grow at a steady pace, reaching 1 Mt in 2017.

**Zambia Copper Production**




*Source: Business Monitor International – Zambia Mining Report Q2 2013, World Bureau of Metal Statistics*

Zambia's copper production is dominated by international players with First Quantum, Konkola Copper Mines ("KCM", subsidiary of Vedanta), Barrick Gold Corp. and Glencore as the top 4 copper producers, making up approximately 85% of the total copper production in terms of volume.

**Zambia Copper Production By Company, 2011**




*Source: Business Monitor International – Zambia Mining Report Q2 2013, annual reports of the respective company*

According to USGS, the value of copper exports was estimated to be about US$6.9 billion in 2011, accounted for an estimated 78% of Zambia's merchandise export. According to Business Monitor International, the principal destination for Zambian copper is Switzerland, with 525 kt of copper imported from Zambia in 2011. However, almost all of this is re-exported, mostly to China, making China the largest importer of Zambian copper.

**Zambia Copper Exports By Immediate Destination, 2011**




*Source: Business Monitor International – Zambia Mining Report Q2 2013, World Bureau of Metal Statistics*

According to Wood Mackenzie, there are primarily three copper smelters in Zambia – Chambishi, Mufulira and Nchanga. They have a smelter capacity of approximately 195 ktpa, 290 ktpa and 311 ktpa, respectively.

| Major Copper Smelters in Zambia | Ownership % | | Capacity |
|---|---|---|---|
| Chambishi Copper Smelter | NFC Africa | 60% | Approx. 195 ktpa |
| | Yunnan Copper Industry Group | 40% | |
| Mufulira Copper Smelter | Glencore | 73% | Approx. 290 ktpa |
| | First Quantum | 17% | |
| | ZCCM | 10% | |
| Nchanga Copper Smelter | Vedanta | 100% | Approx. 311 ktpa |

*Source: Wood Mackenzie – Metals Cost Service November 2012*

## OVERVIEW OF THE DRC

The DRC, is a country located in Central Africa. It is the second largest country in Africa by area and the eleventh largest in the world. With a population of over 70 million, the DRC is the nineteenth most populous nation in the world.

The DRC's operational environment offers potential investors a mixture of opportunities and challenges. Located in the Central African Copperbelt, the DRC holds some of the world's largest and highest quality deposits of non-ferrous metals and precious metals and some of the world's best diamond deposits. The Central African Copperbelt which extends from north eastern Angola through southern DRC and into Zambia is one of the richest sources of copper in the world containing over a tenth of the world's copper mineral reserves and a third of the world's cobalt mineral reserves. The grades of the copper deposits found in this area are generally in the range of 1.0% to 4.0% and grades of 7.0% to 8.0% have been recorded in some instances, which are significantly higher than the average grade of global copper deposits in the range of 0.2% to 2.0%. It is second only to the Chilean Porphyry Belt in terms of copper endowment.

Whilst mining operators are attracted to the DRC due to these high quality mineral assets, they are often faced with many operational challenges, as the DRC is a difficult place to do business. Corruption is a concern as the new government struggles to assert its authority, especially in the country's former rebel-controlled eastern and north-eastern provinces. While the situation in the eastern Kivu provinces remains tense, with active militias focusing on extracting minerals illegally and controlling parts of the territory, the rest of the DRC, including the Katanga Province where Metorex's projects are located, is today largely at peace.

In the past few years, economic performance in the DRC has shown marked improvement although progress in alleviating poverty and meeting the Millennium Development Goals (which are eight international development goals that were officially established following the Millennium Summit of the United Nations in 2000, including eradicating extreme hunger and poverty and combating HIV/AIDS, malaria and other diseases) has lagged. Prudent macroeconomic policies and structural reforms have underpinned this improved performance and led to the DRC receiving debt relief under the enhanced Heavily Indebted Poor Countries Initiative in mid-2010.

The DRC's weak financial linkages with the euro area countries have largely shielded it from the turmoil there, allowing real GDP growth to expand by about 7% in 2011. Strong trade and investment inflows from non-European countries, driven mainly by the mining sector, have provided the main impetus to growth.

In the November 2011 elections, the existing president of the DRC was re-elected and his coalition partners won a majority seat in parliament. It is believed that his re-election will bring with it a measure of political and social stability and expectations that the thrust of economic policies would continue. Macroeconomic policies have provided strong support to recent performance. In particular, fiscal dominance has been reduced over the past few years, owing to the government's expenditure discipline and commitment to zero (net) financing of the budget from the Central Bank of the Congo ("**BCC**"). This has helped break a vicious inflation-exchange rate depreciation cycle and brought the domestic fiscal deficit down from 2.5% of GDP in 2009 to a projected deficit of 0.9% of GDP in 2012. The improvement in the fiscal situation has also helped the BCC control liquidity and fight inflation.

Although progress in structural reform has been mixed, some reforms in key areas are supportive of better economic performance. These include efforts to improve public financial management, strengthen governance and transparency in the natural resource sector, and enhance the BCC's independence and financial stability and development of the financial sector more generally.

The Government of the DRC recognises that foreign investment, particularly in the mining sector, is crucial to the resurgence of the economy, with the World Bank and other financial institutions involved in a post-conflict reconstruction programme also pushing for greater multinational involvement in the sector's rehabilitation. Despite the government's recent commitment to spend billions of dollars to improve the country's physical infrastructure, decades of under-funding and neglect means the DRC currently does not have a favourable infrastructure system, in terms of transport system and energy supply.

The lack of a source of reliable power is a common problem faced by most mining operators in the DRC. The supply of hydro-electric power by its national electricity company SNEL is erratic due to the inadequate infrastructure and maintenance of the national power grids, cables and plants. This has resulted in disruptions in Metorex's mining operations in the DRC. To alleviate these problems, the management of Metorex has been proactively seeking alternative and potential sources of power and has undertaken measures to reduce the reliance upon such hydro-electric power provided by SNEL. Please refer to the section headed "Information of the Target Group – Business of the Metorex Group – Ruashi Mine – Infrastructure" of this circular for more details.

While the overall transportation infrastructure of the DRC is inadequate, conditions in the Katanga province and in particular in the Lubumbashi area are relatively better. The main arterial road into the DRC from Zambia has been upgraded by Chinese contractors and as a result access is now greatly improved. However, rail infrastructure owned by the state owned national railway company is in poor condition resulting in rail services being unreliable. Hence, the vast majority of consumables and finished products (copper cathode and cobalt hydroxide) are delivered by road transport.

The DRC has benefitted from foreign investment and aid from a number of countries, in particular the PRC, in recent years. In 2007, a massive resources-for-infrastructure deal was signed between two Chinese state construction companies (China Railway Group Limited and Sinohydro Corporation Limited) and certain state copper companies of the DRC, including Gécamines. The Chinese partners to the deal promised to provide US$9 billion (which was subsequently revised to US$6 billion) with finance for nationwide construction of hydroelectric dam, electricity distribution networks, roads, railways, hospitals and schools, as well as for mine development. Rising aid and investment is a positive trend, and could, over the longer term, improve the infrastructure and alleviate the power shortage issue in the DRC.

The DRC is in the process of reviewing the taxation and royalty regimes of mining companies. The Mining Code of the DRC was developed with the support of the World Bank with a view to principally attracting investments in the country's vast mineral resources. It provides a framework for the exploration, development and mining of mineral ore resources. A ministerial taskforce is carrying out a review of the Mining Code legislation. The review is still in its consultation stages and proposed amendments to the legislation include, a 35% stake in projects that is "free of charges and non-dilutable" as well as a proposal to more than double royalties on some minerals and the introduction of a 50% levy on the "super profits" of miners. The draft revision defines "super profits" as made when a commodity's price rises exceptionally over 25% compared with its level at the time of the project's feasibility study. These amendments if enacted are likely to dampen the influx of new mining investments into the DRC.

Despite the challenging operating environment, the DRC with its large and high quality resource deposits remains attractive to mining operators having a good political awareness, effective governance and a willingness to contribute to local welfare. Many members of the Metorex management team have had extensive on-the-ground mining related experience in the DRC and are equipped with the industry knowledge and skills to face these operational challenges of Metorex in the DRC. Metorex has also demonstrated its willingness to contribute to local welfare from its sustainable development initiatives as set out in the section headed " Information of the Target Group – Sustainable Development" of this circular for more details.

**OVERVIEW OF ZAMBIA**

Zambia, officially the Republic of Zambia, is a landlocked country in Southern Africa. The neighbouring countries are the DRC to the north, Tanzania to the north-east, Malawi to the east, Mozambique, the Republic of Zimbabwe, Botswana and Namibia to the south, and Angola to the west. The capital city is Lusaka, located in the south-central part of the country. It has a population of approximately 13 million people. The population is concentrated mainly around Lusaka in the south and the Copperbelt Province to the northwest. Like the DRC, this African country holds some of Africa's largest deposits of high quality copper, cobalt, nickel, zinc, lead, coal, gold, silver, and uranium. Mining is the most significant and attractive sector for foreign investors. These Zambian deposits found in the Central African Copperbelt are of a similar high grade as those found in the DRC.

Compared with the DRC, the operating environment of Zambia is less challenging. Despite being relatively new to multiparty democracy, Zambia has one of the most stable political environments in sub-Saharan Africa, as underlined by the two peaceful changes of governments via the ballot box witnessed in the past two decades. The tax and legal systems are advantageous, and there are few serious security risks. Zambia's legal system, which is based on English common law and customary law, is considered to be adequate. The constitution, which is currently undergoing a review, provides for an independent judiciary, with clear separations from the executive or legislative branches. There is clarity about the Zambian nation's existence as a state, with adequately established and differentiated power structures. Zambia has virtually no competing power structures, such as guerrilla movements or clans, which could challenge the state's monopoly on the use of force.

The business climate is a positive one in Zambia. The government has demonstrated this by creating the Zambian Development Agency as a one-stop centre responsible for promoting, implementing, co-ordinating and facilitating investment programmes and policies for foreign investors. Zambia attracts foreign direct investment in a number of areas, with agriculture, manufacturing, tourism and services attracting a significant proportion of inward foreign direct investment. However, with the Southern African country holding some of Africa's largest deposits of copper, cobalt, nickel, zinc, lead, coal, gold, silver, and uranium, mining remains the most significant and attractive sector for foreign investors. Macroeconomic fundamentals of the Zambian economy are in the best shape in over two decades. In the past five years, nominal per-capita income in Zambia rose to an average of US$1,190 in 2010, up from US$485 in 2004, ranking Zambia for the first time as a low-middle-income country. The commodity supercycle that stretched over the period 2003–2008 attracted significant foreign-direct-investment inflows into the country, especially in the lucrative copper industry.

Relative to the DRC, Zambia's transport infrastructure which comprises approximately 37,000 km of gazetted roads is adequate. The main arterial roads, including the Great North road via Ndola to the DRC, are in good condition. Rail transport is the dominant mode of transportation of goods on the local and international routes. Zambia is served by a rail line running south to South Africa via the Republic of Zimbabwe, and north through the Central Africa Copperbelt to the Angolan port of Lobito, linking up via the DRC with the Benguela Railway. Zambia Railways Limited has announced its new management board which plans to modernize railway infrastructure as part of its master-plan to be implemented in the next three years. In February 2011, the Zambian government launched a US$26.2 billion plan with a long-term vision to turn poverty-stricken Zambia into a middle-income country by 2030. Policies will focus on alleviating poverty and increasing government spending on education, health, and infrastructure development.

In common with most countries in the region, but of a lesser severity compared with the DRC, Zambia struggles to bridge the gap between the demand and supply of energy. Demand for electricity is presently estimated at around 1,600 MW against the supply of around 1,475 MW, which is anticipated to rise to 2,500 MW by 2015 due to the huge demand for more electricity from major mining companies operating in the country. Ongoing infrastructural rehabilitation and the creation of extra capacity could alleviate electricity deficits in the near future. Unlike its operations in the DRC, Metorex is not faced with the challenge of an erratic electricity supply for its mining operations at the Chibuluma South Mine in Zambia.

Zambia has a relatively high tax rate environment and the government is having to play a balancing role between the need to raise extra revenue from the key sector to fund its spending on one hand and having a pro-business regime, especially in the mining sector, that will attract more foreign investors, amid accusations that ordinary Zambian tax payers are being forced to meet the burden. The Income Tax (Amendment) Act, 2012, has introduced a reduction in the mining sector capital allowance from 100% upfront to 25% per annum over four years. Mining companies in Zambia had prior to this benefitted from a generous 100% upfront capital allowance as a tax relief to reflect that mining companies have to wait before they see returns on their investments.

Balancing the government's ongoing pro-investor drive, continued efforts to improve infrastructure and maintenance, and the diversification of the economy against the relatively high poverty levels and social backlog, Zambia remains a favourable investor destination and presents a less challenging operational environment compared to the DRC.

Case 1:16-cr-00515-NGG-LB Document 93-7 Filed 05/01/20 Page 158 of 811 PageID #: 5403



## I. OVERVIEW

Metorex is headquartered in South Africa and controls two mining projects in Africa which are in operation and are profit generating: (i) Ruashi Mine, a copper and cobalt mine located in the DRC; and (ii) Chibuluma South Mine, a copper mine located in Zambia. In addition, Metorex also has control over the Kinsenda copper project, the Development Project located in the DRC which is held by Kinsenda Sarl, and two advanced stage Exploration Projects located in the DRC, namely (i) Lubembe copper project; and (ii) Musonoi Est copper/cobalt project.

The following map illustrates the location of Metorex's key projects:




*Source: Competent Person's Report (figure 1.1)*

The following group structure shows the key companies and mineral assets within the Target Group:




*Note: The minister responsible for finance holds one special share of Chibuluma plc on behalf of the Government of Zambia.*

Metorex (formerly CML) was incorporated in 1934 and owned and operated the Consolidated Murchison Mine, a gold and antimony mine located in Gravelotte in the Limpopo Province of South Africa. In 1999, Metorex, which was listed on the Johannesburg Stock Exchange and the London Stock Exchange, acquired a number of mineral assets spanning a variety of minerals including copper, zinc, tin, coal, manganese and fluorspar from Old Metorex and minority shareholders within the Old Metorex group.

Included in the assets acquired in 1999 was an 85% interest in Chibuluma plc which had been established through a privatization process implemented by the Government of Zambia in 1997, a 70% interest in Vergenoeg Mining Company (Proprietary) Limited, a fluorspar producer and a 92% interest in Wakefield Investments (Proprietary) Limited, a coal producer.

In 2003, Metorex acquired a majority interest in Barbeton Mines Limited from Anglovaal Limited, a gold mine located in Mpumalanga which was subsequently vended into Pan African Resources plc, a gold exploration and development company listed in London and South Africa. This resulted in Metorex holding a controlling interest in Pan African Resources plc.

In 2004, Metorex acquired a majority shareholding in Ruashi Holdings which had entered into a joint venture agreement to develop the Ruashi Mine together with Gécamines. Metorex subsequently acquired the remaining shareholding in Ruashi Holdings in a series of transactions resulting in Ruashi Holdings becoming a wholly-owned subsidiary of Metorex in 2007.

Metorex disposed of its shareholding in Wakefields Investments (Proprietary) Limited in 2007 and continued to grow its portfolio of assets in the DRC through the acquisition of a significant shareholding in Copper Resources, the controlling shareholder of Kinsenda Sarl, and the acquisition of a minority interest directly in Kinsenda Sarl during 2007. Metorex gained control of Copper Resources in 2008 and increased its shareholding to 100% between 2008 and 2010.

During 2009, Metorex disposed of a number of assets including its 53% shareholding in Pan African Resources plc and its 55% interest in Vergenoeg Mining Company (Pty) Limited to refocus as a base metals company and reduce group debt. Vergenoeg Mining Company mainly produced several grades of fluorspar which were sold for the production of hydrofluoric acid and for applications in the metallurgical and ferro-metals industry, while Pan African Resources produced gold.

In line with this strategy, Metorex also entered into an agreement for the disposal of the business and assets of its Consolidated Murchison division in 2010 which transaction comprised three parts: (1) Part A being the disposal of certain assets and the business, (2) Part B being the disposal of the mining right and transfer of the environmental obligations and (3) Part C being the disposal of the prospecting right. Parts A and B of the transaction were completed in 2011 and 2013 respectively and Part C is in the process of being completed.

Jinchuan Group acquired and privatised Metorex through the making of a takeover offer (through Newshelf acting as the offeror) in July 2011 which was completed on 16 January 2012 resulting in the delisting of Metorex from the Johannesburg Stock Exchange on 17 January 2012. Metorex had already been delisted from the London Stock Exchange since March 2009.

The actual purchase price (excluding financing and transaction costs) paid by Jinchuan Group in January 2012 for the acquisition of Metorex upon completion of the takeover amounted to US$1.27 billion. Upon the completion of such acquisition, the Target Company came to hold the entire issued share capital of Metorex through Newshelf and Metorex became an indirect wholly-owned subsidiary of Jinchuan Group. The acquisition of Metorex represents a landmark step of Jinchuan Group to expand its global footprint to the African continent. Since such acquisition, Metorex has become an important platform for Jinchuan Group to implement its mineral resource strategy in Africa.

The major developments of the Metorex Group after the acquisition by Jinchuan Group in January 2012 include (i) the successful conclusion of the bankable feasibility study and subsequent internal approval for undertaking the Kinsenda Project; (ii) finalisation of the issuance of a new exploitation permit PE13083 in respect of the Musonoi Est Project in the name of Ruashi Mining for a portion of area held under exploitation licence PE4958 of Gécamines; (iii) further exploration activities were conducted

on the Chifupu deposit which yielded favourable results and the subsequent internal approval for mining the Chifupu deposit; (iv) improvements in the efficiencies and stability of Metorex Group's operations, including the purchase and rental of diesel powered generators to address the electricity shortage problems faced by the Ruashi Mine and the Kinsenda Project, and the construction and commissioning of the ASFDs; (v) the award of prospecting licence 17314-HQ-LPL for the Chibuluma Central exploration area; (vi) the commencement of development of the Kinsenda Project in the second quarter of 2013; and (vii) continued investment in neighbouring communities in the DRC, creating a working relationship with all stakeholders.

The following timeline marks the milestones of the Metorex Group:




The key assets of the Metorex Group are summarised in the following table:

| Operating Mines/ Development Project/ Exploration Projects | Effective Interest held by Metorex | Location | Status | Minerals |
|---|---|---|---|---|
| Ruashi Mine | 75% | DRC | operating | copper/cobalt |
| Chibuluma South Mine (including Chifupu deposit) | 85% | Zambia | operating (Chibuluma South Mine)/exploration project (Chifupu deposit) | copper |
| Kinsenda Project | 77% | DRC | development project | copper |
| Lubembe Project | 77% | DRC | exploration project | copper |
| Musonoi Est Project | 75% | DRC | exploration project | copper/cobalt |

*Source: Competent Person's Report*

The concessions and their key terms (area and expiry date) that are associated with each of the Operating Mines, the Development Project and the Exploration Projects are summarised in the following table:

| Concession | Number | Location/ Licencing Authority | Area (ha) | Valid from | Licence Holder | Expiry Date | Commodity |
|---|---|---|---|---|---|---|---|
| Ruashi Mine | | | | | | | |
| • Exploitation Permit | PE578 | DRC/DRC Minister of Mines | 900 | 26 September 2001 | Ruashi Mining | 25 September 2021 | Cu, Co, base and precious metals |
| | PE11751 | DRC/DRC Minister of Mines | 420 | 11 December 2009 | Ruashi Mining | 10 December 2039 | Cu, Co, base and precious metals |
| Chibuluma South Mine (including Chifupu) | | | | | | | |
| • Large-scale Mining Licence | 7064-HQ-LML[1] (Chibuluma East Mine and Chibuluma West Mine) | Zambia/ Zambia Ministry of Mines | 4,895 | 6 October 1997 | Chibuluma plc | 5 October 2022 | Cu, Co, base and precious metals |
| | 7065-HQ-LML (Chibuluma South Mine and Chifupu deposit) | Zambia/ Zambia Ministry of Mines | 1,120 | 6 October 1997 | Chibuluma plc | 5 October 2022 | Cu, Co, base and precious metals |
| • Prospecting Licence | 17314-HQ-LPL (Chibuluma Central exploration area) | Zambia/ Zambia Ministry of Mines | 9,309 | 1 February 2013 | Chibuluma plc | 31 January 2015 | Cu, Co, Ni, Zn, Au |
| Kinsenda Project | | | | | | | |
| • Exploitation Permit | PE101 | DRC/DRC Minister of Mines | 4,928 | 6 October 2006 | Kinsenda Sarl | 5 October 2021 | Cu, Co, Pb, Ni, Pd, W |
| | PE12548 | DRC/DRC Minister of Mines | 5,695 | 10 March 2012 | Kinsenda Sarl | 9 March 2042 | Cu, Co, Ag, Ni Au, Pt |
| Lubembe Project | | | | | | | |
| • Exploitation Permit | PE330 | DRC/DRC Minister of Mines | 2,338 | 29 January 2002 | Kinsenda Sarl | 28 January 2017 | Cu, Co, Pb, Ni, Pd, W |
| Musonoi Est Project | | | | | | | |
| • Exploitation Permit | PE13083 | DRC/DRC Minister of Mines | 324 | 4 December 2012 | Ruashi Mining | 3 April 2024 | Cu, Co, Ni and Au |

*Notes:*

*(1) The mining licence of 7064-HQ-LML is held by Chibuluma plc for the Chibuluma west property which comprises the Chibuluma West Mine and the Chibuluma East Mine which are defunct as Mineral Resources and Mineral Reserves have been depleted.*

*(2) There is no material outstanding licence or permit for the conduct by the Metorex Group of the relevant mining, development and exploration activities for the Ruashi Mine, the Chibuluma South Mine (including the Chifupu Deposit), the Kinsenda Project, the Lubembe Project and the Musonoi Est Project.*

*(3) The mining licences and permits of the Metorex Group do not impose limits on the permitted annual production capacities as regards its mining and processing operations at its respective mineral assets.*

*(4) There is no annual mining licence review in the DRC. A concession (exploitation permit) is valid for its whole duration except when the company holding the permit does not pay the surface area fee. To monitor compliance of their mining duties, the DRC authorities require, among other things, mining companies to submit: (i) audit report on environment once every two years, (ii) periodical reports on mining operations and (iii) annual report on environmental impact of mining operations and the measures taken to mitigate and rehabilitate this impact.*

*(5) There is no annual review of mining and prospecting licences in Zambia. A licence is valid for its whole duration unless revoked earlier. A licence may be revoked for failure to comply with licence conditions, failure to comply with provisions of mining legislation, failure to comply with statutory directives issued under mining legislation, conviction on account of environmental, safety or health matters, wasteful mining practices and ineligibility to hold mining rights. The Zambian authorities supervise compliance with mining laws and regulations.*

Ruashi Mining has pledged, *inter alia*, the mining right of permit PE578 for the Ruashi Mine in favour of Standard Bank to secure the US$30 million commercial term loan facility, the US$125 million export credit term loan facility and US$15 million cost overrun facility, extended to Ruashi Mining. As at 30 June 2013, no amounts were outstanding under the US$30 million commercial term loan facility and the US$15 million cost overrun facility. US$22.9 million remains outstanding under the US$125 million export credit from loan facility as at 30 June 2013. In addition, Chibuluma plc has also pledged, *inter alia*, its mining licence in the Chibuluma South Mine in favour of Standard Chartered Bank to secure the banking facilities for a total amount of US$40 million extended to Chibuluma plc, of which US$22.8 million remains outstanding as at 30 June 2013. As at 30 June 2013, neither Standard Bank nor Standard Chartered Bank has sought to enforce any of its rights over the security under these banking facilities.

The above concessions are legally owned by the Metorex Group. Appendix VI headed "Legal and Regulatory Regime in which the Target Group Operates" to this circular describes the key terms of the regulatory framework pursuant to which the concessions are subject to. In particular, that appendix describes the basis upon which concessions are granted and renewed, and the rights and obligations that a holder of a concession has. Importantly, the relevant regulatory regime in each jurisdiction generally allows for concessions to be renewed upon the expiry of a concession if the concession holder has complied with the conditions of the concession and the relevant regulation.

During the course of its due diligence with the assistance of its legal advisers, the Company has made detailed inquiries of the identities of the Metorex Group's customers, suppliers and joint venture partners and obtained confirmations from the Metorex Group and understands that (i) the Metorex Group has not been involved in any incidents of non-compliance that are of a material nature or have had material consequences on its business operations as regards the laws in which it conducts its operations; (ii) no sanctions have been imposed on Zambia that may have a material adverse impact on the Metorex Group's operations; and (iii) the Metorex Group has not entered and does not intend to enter into any

transactions with any person/entity on the specially designated nationals list (who are subject to sanctions) in the DRC. Based on confirmations received from Metorex Group, the Company understands that the Metorex Group has, as far as reasonably possible, assessed its shareholders, employees, officers, directors, suppliers and customers and understood that none of them is a sanction target, and that none of the key customers of the Metorex Group is a company established in the DRC or any sanctioned country. In view of the above, the Company does not believe that the Acquisition, the operations of the Metorex Group, and the sales made by the Metorex Group to its customers are sanctionable activities under the US Treasury Department's Office of Foreign Assets Controls. Upon completion of the Acquisition, in view of the business activities of the Metorex Group and with a view to continuously monitoring and evaluating the Company's exposure to United States sanctions risks and protecting Shareholders' interests, the Company will implement appropriate measures, safeguards and undertakings on a regular basis through the risk management committee of Metorex and the Company respectively.

The risk management committee of Metorex will continue to be involved in reviewing potential projects or business opportunities at the project origination stage before any substantive work commences, and approving all projects to ensure that the Metorex Group does not have any dealings with those groups of entities or individuals of the DRC who are listed under the specially designated nationals lists and thereby monitoring on an ongoing basis regarding the Metorex Group's exposure to sanctions risk. If the risk management committee considers that any existing or potential business will expose the Company or its Shareholders to any material sanctions risk, the risk management committee will either mandate the relevant business department to terminate the existing business or disallow the entering into of the potential business. Where appropriate or required, the risk management committee of Metorex will seek external legal advice on U.S. sanction related issues to assist it in the assessment of sanctions risk. The risk management committee of Metorex also intends to organise trainings for Metorex's senior management on U.S. sanction laws, with the help of external legal advisers who have expertise on the relevant topics. The risk management committee of the Company, comprising of certain directors of the Company, will monitor the work of the risk management committee of Metorex on a regular basis and will organise trainings for the Company's senior management on U.S. sanction laws, with the help of external legal advisers who have expertise on the relevant topics.

The decision by the Metorex Group as to whether to renew a mining or exploration title is generally a cost-benefit analysis based upon a comparison of the expected or potential return or benefit from retaining the title to the holding cost of retaining the title.

The expected or potential return might be in the form of either the right to extract ore through mining operations; access to mineral resources and reserves; the opportunity to increase mineral resources and reserves; or in the case of greenfields exploration, the right to have access to an area to investigate its prospectivity. The holding costs of the title include, among others, annual rental, expenditure conditions or minimum work programme conditions and access payments to landholders and indigenous titleholders.

The following table summarises the Mineral Resources of the Metorex Group as at 30 June 2013.

| Mineral Resources[1] | Tonnage (Mt) | Grade[2] (% Cu) | (% Co) | Contained Metals (kt Cu) | (kt Co) |
|---|---|---|---|---|---|
| **Ruashi Mine (oxide and sulphide)** | | | | | |
| – Measured | 0.7 | 4.71 | 0.26 | 34.7 | 1.9 |
| – Indicated | 18.6 | 2.15 | 0.38 | 400.0 | 70.2 |
| – Inferred | 14.0 | 2.08 | 0.21 | 290.4 | 29.4 |
| – Total Ruashi Mine | 33.3 | 2.18 | 0.30 | 725.0 | 101.4 |
| **Chibuluma** | | | | | |
| **Chibuluma South Mine** | | | | | |
| – Measured | 1.6 | 3.99 | – | 63.8 | – |
| – Indicated | 1.2 | 4.34 | – | 52.0 | – |
| – Inferred | 0.7 | 4.55 | – | 31.9 | – |
| – Total Chibuluma South Mine | 3.5 | 4.22 | – | 147.7 | – |
| **Chifupu deposit** | | | | | |
| – Measured | – | – | – | – | – |
| – Indicated | 1.3 | 2.68 | – | 34.8 | – |
| – Inferred | 0.9 | 2.41 | – | 21.7 | – |
| – Total Chifupu deposit | 2.2 | 2.57 | – | 56.5 | – |
| – Total Chibuluma South Mine (including Chifupu deposit) | 5.7 | 3.58 | – | 204.2 | – |
| **Kinsenda Project (Development Project)** | | | | | |
| – Measured | 0.0 | 0.00 | – | 0.0 | – |
| – Indicated | 13.5 | 5.25 | – | 711.1 | – |
| – Inferred | 7.5 | 5.96 | – | 445.6 | – |
| – Total Kinsenda Project | 21.0 | 5.51 | – | 1,156.6 | – |
| **Musonoi Est Project (Exploration Project)** | | | | | |
| – Measured | 13.0 | 3.27 | 0.92 | 424.4 | 118.9 |
| – Indicated | 13.9 | 2.36 | 0.92 | 328.2 | 127.2 |
| – Inferred | 4.8 | 2.52 | 0.87 | 120.6 | 41.4 |
| – Total Musonoi Est Project | 31.7 | 2.76 | 0.91 | 873.2 | 287.6 |
| **Lubembe Project (Exploration Project)** | | | | | |
| – Measured | – | – | – | – | – |
| – Indicated | 54.0 | 1.88 | – | 1,015.8 | – |
| – Inferred | 36.6 | 2.08 | – | 761.4 | – |
| – Total Lubembe Project | 90.6 | 1.96 | – | 1,777.2 | – |
| **Metorex's Resources** | | | | | |
| – Measured | 15.3 | 3.41 | 0.79 | 522.9 | 120.8 |
| – Indicated | 102.5 | 1.49 | 0.19 | 2,541.9 | 197.4 |
| – Inferred | 64.5 | 2.59 | 0.11 | 1,671.5 | 70.8 |
| **– Total Resources** | **182.3** | **2.04** | **0.21** | **4,736.4** | **388.9** |

*Source: Competent Person's Report*

*Notes:*

*(1) The figures do not imply precision and may not total due to rounding. Mineral Resources for the various operations and projects have been compiled in compliance with SAMREC Code. Mineral Resources are quoted inclusive of Mineral Reserves.*

*(2) The grade for the Chibuluma South Mine, the Chifupu deposit and the Lubembe Project is TCu grade.*

The following table summarises the Mineral Reserves of the Metorex Group as at 30 June 2013.

| **Mineral Reserves[(1)]** | **Tonnage** | **Grade[(2)]** | | **Contained Metals** | |
|---|---|---|---|---|---|
| | **(Mt)** | **(% Cu)** | **(% Co)** | **(kt Cu)** | **(kt Co)** |
| **Ruashi Mine (oxide)** | | | | | |
| – Proved Reserves | 0.3 | 6.12 | 0.26 | 19.7 | 0.8 |
| – Probable Reserves | 12.7 | 2.59 | 0.46 | 329.7 | 58.5 |
| – Total Ruashi Mine | 13.1 | 2.68 | 0.45 | 349.4 | 59.3 |
| **Chibuluma South Mine** | | | | | |
| – Proved Reserves | 1.4 | 3.06 | – | 43.6 | – |
| – Probable Reserves | 0.9 | 3.95 | – | 35.4 | – |
| – Total Chibuluma South Mine | 2.3 | 3.41 | – | 79.0 | – |
| **Chifupu deposit** | | | | | |
| – Proved Reserves | – | – | – | – | – |
| – Probable Reserves | 1.1 | 2.12 | – | 22.4 | – |
| – Total Chifupu deposit | 1.1 | 2.12 | – | 22.4 | – |
| – Total Chibuluma South Mine (including Chifupu deposit) | 3.4 | 3.01 | – | 101.4 | – |
| **Kinsenda Project (Development Project)** | | | | | |
| – Proved Reserves | – | – | – | – | – |
| – Probable Reserves | 6.1 | 4.80 | – | 293.1 | – |
| – Total Kinsenda Project | 6.1 | 4.80 | – | 293.1 | – |
| **Metorex's Reserves** | | | | | |
| – Proved Reserves | 1.7 | 3.63 | 0.05 | 63.4 | 0.8 |
| – Probable Reserves | 20.8 | 3.27 | 0.28 | 680.6 | 58.5 |
| **– Total Reserves** | **22.5** | **3.30** | **0.26** | **743.9** | **59.3** |

*Source: Competent Person's Report*

*Notes:*

*(1) The figures do not imply precision and may not total due to rounding. Mineral Reserves for the various operations and projects have been compiled in compliance with SAMREC Code. No Mineral Reserve has as yet been declared for the Lubembe Project and the Musonoi Est Project.*

*(2) The grade for the Chibuluma South Mine and the Chifupu deposit is TCu grade.*

The following table summarises the capacity, production volume and utilisation rates of the Operating Mines for the 18 months ended 31 December 2010, the year ended 31 December 2011, the year ended 31 December 2012 and the six months ended 30 June 2013, respectively:

| **Operations** | **Capacity** | | **Actual Production Volume (Utilisation Rate)** | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **18 months ended 31 December 2010**(Note) | | **Year ended 31 December 2011** | | **Year ended 31 December 2012** | | **Six months ended 30 June 2013** | |
| | Copper (t) | Cobalt (t) | Copper (t) | Cobalt (t) | Copper (t) | Cobalt (t) | Copper (t) | Cobalt (t) | Copper (t) | Cobalt (t) |
| Ruashi Mine | 38,500 | 5,000 | 42,998 (74%) | 5,058 (67%) | 34,534 (90%) | 3,678 (74%) | 26,976 (70%) | 3,035 (61%) | 16,092 (84%) | 1,462 (58%) |
| Chibuluma South Mine | 19,000 | – | 26,148 (92%) | – | 17,533 (92%) | – | 17,906 (94%) | – | 8,279 **(87%)** | – |
| **Total Volume** | **57,500** | **5,000** | **69,146 (80%)** | **5,058 (67%)** | **52,067 (91%)** | **3,678 (74%)** | **44,882 (78%)** | **3,035 (61%)** | **24,371 (85%)** | **1,462 (58%)** |

*Note:*

*The total production volume does not include the copper and cobalt produced by Sable Zinc Kabwe Limited, which was sold by the Metorex Group to independent third parties in 2010 and 2011. The utilisation rates for the 18 months ended 31 December 2010 and for the six months ended 30 June 2013 for both the Ruashi Mine and the Chibuluma South Mine are calculated based on the annualised figures of the actual production volume of the respective mines.*

## OPERATION AND MANAGEMENT MODEL OF THE METOREX GROUP

Metorex operates on a matrix management system with line management at the mining operations reporting to the Chief Operating Officer and ultimately the Chief Executive Officer, who are both based at the Metorex Corporate Head Office in Johannesburg, South Africa. The specialist aspects of metallurgy, mine planning, geology, finance, environmental and safety are managed by functional specialists based in Johannesburg who have dotted line management responsibilities for their respective functions at the operations and projects of the Metorex Group. These functional specialists in turn report to the Chief Executive Officer. All operations management committees adhere to a regular governance process, and all stakeholders participate in quarterly board meetings where minority shareholders are kept up to date with operational and corporate developments. In addition, all aspects of expenditure beyond a certain threshold are governed by a board approved policy to ensure that material and strategic decisions are escalated to the appropriate level within the Metorex Group.

In the operations of the Operating Mines and the Kinsenda Project, the Metorex Group employs its own employees and casual and contract workers. As at 30 June 2013, 1,187 employees and 1,408 casual and contract workers were engaged at the Ruashi Mine, 577 employees and 169 casual and contract workers were engaged at the Chibuluma South Mine, and 459 employees and 142 casual and contract workers were engaged for the Kinsenda Project. The Metorex Group engages contractors to carry out various activities for the Ruashi Mine and for the Kinsenda Project. The major contractors are as follows:

- MCK has been appointed by Ruashi Mining to perform certain mining activities at the Ruashi Mine. For further details, please refer to the sub-section headed "Information of the Target Group – Ruashi Mine – Mining Contractor".

- DRA Mining (Pty) Ltd has been appointed by Kinsenda Sarl to provide engineering procurement, project management and construction management services for the Kinsenda Project, The obligations of the parties under this contract are expected to be fulfilled by March 2015.

- MCK has been appointed by Kinsenda Sarl to provide all labour, goods, materials, plant and services necessary for the construction of terraces for surface infrastructure, a box-cut, roads, laydown areas and concentrator plant infrastructure for the Kinsenda Project. Such works include, but are not limited to, earthworks in respect of a management camp, a contractors' camp, the central and plant area, the box-cut and haul roads. The obligations of the parties under this contract are expected to be fulfilled by October 2013.

- Safricas Congo Sarl has been appointed by Kinsenda Sarl to provide all labour, goods, materials, plant and services necessary for the manufacture, supply, delivery and construction and/or erection of the civil works at the Kinsenda Project site. The scope includes civil works in respect of the plant section, mining section and infrastructure including the management camp, the contractors' camp, the central and plant area and roads. The obligations of the parties under this contract are expected to be fulfilled by September 2014.

- Allterrain Services DRC Sprl has been appointed by Kinsenda Sarl to provide all labour, goods, materials, plant and services necessary for the construction, management and operation of the contractor's and management camp for the Kinsenda Project. Such works include the supply and erection of prefabricated buildings, appliances, equipment, internal plumbing and electrical works. The obligations of the parties under this contract are expected to be fulfilled by September 2013.

- Outotec (RSA) (Pty) Ltd has been appointed by Kinsenda Sarl to supply the semi-autogenous grinding mill, flotation cells, flash flotation cells and thickeners for the Kinsenda Project. The obligations of the parties under this contract are expected to be fulfilled by December 2014.

- Zhongdu International (Zambia) Company Limited has been appointed by Kinsenda Sarl to conduct primary mining development works for the Kinsenda Project. The obligations of the parties under this contract are expected to be fulfilled by October 2014.

No major contractors have been appointed by the Metorex Group for the activities carried out at the Chibuluma South Mine.

## II. BUSINESS OF THE METOREX GROUP

The Metorex Group currently operates two Operating Mines and holds a portfolio of highly attractive development and advanced stage Exploration Projects. All the projects of the Metorex Group are located in the DRC and Zambia, which are within the Central African Copperbelt. The Central African Copperbelt which extends from north eastern Angola through southern DRC and into Zambia, is one of the richest sources of copper and cobalt in the world containing over a tenth of the world's copper mineral reserves and a third of the world's cobalt mineral reserves. The grades of the copper deposits found in this area are generally in the range of 1.0% to 4.0% and grades of 7.0% to 8.0% have been recorded in some instances, which are significantly higher than the typical grade of world deposits in the range of 0.2% to 2%, according to British Geological Survey. It is second only to the Chilean Porphyry Belt in terms of copper endowment. The main cities of the copperbelt are Kitwe, Ndola, Mufulira, Luanshya, Chingola, Chililabombwe, Lubumbashi and Kolwezi.

The Metorex Group operates and holds the mining rights to some of the highest grade copper projects in the world. Mineral Resources at the Chibuluma South Mine and the Ruashi Mine have average grades of 3.58% copper and 2.18% copper, respectively. The Kinsenda Project is one of the world's highest grade copper deposits, with Mineral Resources grade averaging 5.51% copper. In addition, the two advanced stage Exploration Projects, the Lubembe Project and the Musonoi Est Project, also benefit from relatively high grade Mineral Resources with average copper grades ranging between 1.96% and 2.76%.

As at 30 June 2013, the Metorex Group has SAMREC-compliant total Mineral Reserves of approximately 744 kt of contained copper metal (22.5 Mt at 3.30% Cu) and 59 kt of contained cobalt metal (22.5 Mt at 0.26% Co) and Mineral Resources (inclusive of Mineral Reserves) of approximately 4,736 kt of contained copper metal (182.3 Mt at 2.04% Cu) and 389 kt of contained cobalt metal (182.3 Mt at 0.21% Co).

### OPERATING MINES

The Metorex Group operates two Operating Mines, namely the Ruashi Mine and the Chibuluma South Mine, through Ruashi Mining and Chibuluma plc, respectively.

### RUASHI MINE

Metorex indirectly owns a 75% interest in Ruashi Mining which owns the Ruashi Mine, a copper and cobalt mine located in the DRC. The remaining 25% interest in Ruashi Mining is held by Gécamines, a state enterprise wholly-owned by the Government of the DRC.

Case 1:16-cr-00515-NGG-LB Document 93-7 Filed 05/01/20 Page 170 of 811 PageID #: 5415



**Project overview**

Ruashi Mine is an open pit copper and cobalt mine, on the fabled Central African Copperbelt, located near Lubumbashi, which is the capital of the Katanga province of the DRC. The location of the Ruashi Mine is illustrated below:




*Source: Competent Person's Report (figure 3.2)*

Ruashi Mine comprises three open pits (namely, Ruashi I, II and III orebodies) and a modern leach SX-EW processing plant. The figure on the next page shows the locations of the Ruashi I, II and III orebodies within the Ruashi Mine area.




*Source: Competent Person's Report (figure 3.5)*

Ruashi I, the largest orebody of the three orebodies, is located in the northwest of the mining area and extends approximately 900 m in a northwest to southwest direction and approximately 350 m across strike. Some open pit and underground mining were carried out on the Ruashi I orebody in the 1920s and 1930s. Ruashi II is a smaller fragment, extending along strike for approximately 200 m and 250 m across strike. Previous mining activity on a limited scale was evident at Ruashi II. Ruashi III occurs at the south-easterly end and has a strike length of approximately 650 m and a cross strike width of approximately 200 m. No historic mining was evident in respect of Ruashi III as there was significant overburden covering the deposit which needed to be removed before the ore could be mined. The site at the Ruashi Mine also accommodates a processing plant, including the SX-EW plant, and a tailings dam.

**History of the Ruashi Mine**

The deposits at the Ruashi Mine were discovered in 1919 and have been intensively evaluated by drilling over the years. Prior to Metorex's involvement, the Ruashi Mine comprised an old open pit originally mined by Union Minière starting in the early 1920s and later by Gécamines up to the early 1980s.

In 2000, Cobalt Metals, an independent third party, entered into the Ruashi JVA with Gécamines for the exploitation of the Ruashi orebodies and the Ruashi-Etoile stockpiles under Concession 237. Ruashi Mining was created and registered in the DRC in 2003, with Cobalt Metals holding a 55% interest and Gécamines holding a 45% interest. Concession 237 was transformed into an exploitation licence (PE 578) and was registered in the name of Gécamines in 2003. PE 578 was subsequently ceded to Ruashi Mining in June 2004. The 55% shareholding interest of Cobalt Metals in Ruashi Mining was transferred to Ruashi Holdings (a company owned by Metorex) in 2004 at which time Ruashi Holdings' interest in Ruashi Mining was increased to 80%. The DRC Government commenced a mining titles review process in 2008 to review and, where necessary, renegotiate historic joint ventures which had been entered into by state-owned companies. The review resulted in a negotiation which concluded with, amongst other matters, Ruashi Holdings conceding a 5% interest in Ruashi Mining thereby reducing its shareholding in Ruashi Mining to 75% and Gécamines increasing its shareholding from 20% to 25%. By virtue of the exploitation licence, Ruashi Mining is entitled to extract ore, use the land on which the stockpiles and orebodies are situated, and to build installations and facilities required for mining exploitation and processing.

Metorex has been involved in the Ruashi Mine since 2004 and has developed the project in two phases. Phase I involved the construction of a concentrator plant to treat the oxide stockpiles that were left untreated by Union Minière and Gécamines with the concentrate being transported to the SX-EW facility owned by Sable Zinc in Zambia where copper cathode and cobalt carbonate were produced. Phase II of the project commenced in March 2007 and involved the development of the Ruashi Mine opencast orebody and the construction of an expanded crushing and milling section, the new acid leaching section and SX-EW plant for the production of copper cathode and cobalt hydroxide on site from ore mined from the Ruashi Mine orebody. Open-pit mining operations at the Ruashi Mine commenced in October 2007. Stockpile reserves were depleted and the Phase I concentrator plant was placed on care and maintenance in March 2009. All copper and cobalt have been produced from the Phase II plant since then.

**Operation overview**

Ruashi Mine is an open cast mining operation and the deposit is mined by conventional open-pit mining methods using truck and excavator combinations. It has an annual production capacity of approximately 38.5 kt of copper and 5 kt of cobalt. The Ruashi Mine currently has a mine life of approximately ten years based on its Mineral Reserves. Mining of ore will be completed in eight years, but the stockpiled material allows the plant to be fed for a further two years, hence a total of ten years mine life. Currently, the sulphide orebodies which exist at lower elevations of Ruashi I and III are not mined, and if economical, could extend the life of the Ruashi Mine.

The majority of the current management team of Ruashi Mining, including the chairman of the board of directors and the managing director, are appointed by Ruashi Holdings, while Gécamines appoints other members in the management team, including the deputy managing director and the director in charge of human resources. There is a life-time management arrangement between Ruashi Mining and Metorex where Ruashi Mining appoints Metorex as manager of its business to perform all the functions, services and duties that a manager of such business would be required to carry out.

As at 30 June 2013, 1,187 employees and 1,408 casual and contract workers were engaged at the Ruashi Mine.

### Mineral Resources and Mineral Reserves

Mineral Resources for the Ruashi Mine as at 30 June 2013 are summarised in the table below:

| | Mineral Resources (at 0.78% Cu or 0.62% Co cut-off) | | | | |
|---|---|---|---|---|---|
| **Resource Classification** | **Tonnage (Mt)** | **Grade (% Cu)** | **Contained Cu (kt)** | **Grade (% Co)** | **Contained Co (kt)** |
| **Oxide Material** | | | | | |
| Measured | 0.7 | 4.71 | 34.7 | 0.26 | 1.9 |
| Indicated | 15.7 | 2.22 | 348.3 | 0.38 | 57.4 |
| Inferred | 6.6 | 1.07 | 71.1 | 0.13 | 8.4 |
| **Total Oxide Resources** | **23.0** | **1.97** | **454.1** | **0.29** | **67.6** |
| **Sulphides** | | | | | |
| Indicated | 2.9 | 1.78 | 51.7 | 0.44 | 12.8 |
| Inferred | 7.3 | 2.98 | 219.3 | 0.29 | 21.0 |
| **Total Sulphide Resources** | **10.3** | **2.64** | **270.9** | **0.33** | **33.8** |
| **Oxides + Sulphides Material** | | | | | |
| Measured | 0.7 | 4.71 | 34.70 | 0.26 | 1.90 |
| Indicated | 18.6 | 2.15 | 400.00 | 0.38 | 70.2 |
| Total Measured and Indicated | 19.3 | 2.25 | 434.7 | 0.37 | 72.1 |
| Inferred | 14.0 | 2.08 | 290.4 | 0.21 | 29.4 |
| **Total Mineral Resources** | **33.3** | **2.18** | **725.0** | **0.30** | **101.4** |

*Source: Competent Person's Report*

*Note: The figures do not imply precision and may not total due to rounding.*

Mineral Reserves for the Ruashi Mine as at 30 June 2013 are summarised in the table below:

| | Mineral Reserves (at 1.23% Cu cut-off) | | | | |
|---|---|---|---|---|---|
| **Reserve Classification** | **Tonnage (Mt)** | **Grade (% Cu)** | **Contained Cu (kt)** | **Grade (% Co)** | **Contained Co (kt)** |
| **Oxide Material (in LoM Plan)** | | | | | |
| Proved | 0.3 | 6.12 | 19.7 | 0.26 | 0.8 |
| Probable | 12.7 | 2.57 | 329.7 | 0.46 | 58.5 |
| **Total Mineral Reserves** | **13.1** | **2.68** | **349.4** | **0.45** | **59.3** |

*Source: Competent Person's Report*

*Note: The figures do not imply precision and may not total due to rounding. No Mineral Reserve has as yet been declared for the sulphide orebodies at the Ruashi Mine.*

**Mining contractor**

The Ruashi Mine derives revenues from both copper and cobalt through the mining and production of copper cathode and cobalt hydroxide from oxide ores. The current oxide mining operations are based on a conventional truck and shovel open pit mining method, with the majority of the material capable of being loaded without drilling and blasting. In this mining process, the surface layer of waste rock covering the ore is first removed and then the exposed orebody is extracted.

In line with industry practice, Ruashi Mining outsourced its mining work to an independent third-party contractor, MCK, seven years ago under a tender process of selecting contractors for its mining operations at the Ruashi Mine, taking into account each candidate's skills and experience. MCK is a well-established mining contractor which has been operating for a number of years and performs mining services for several other mining companies in the DRC. Ruashi Mining is one of the largest customers of MCK. MCK possesses the requisite licences, permits, qualifications and capabilities for undertaking the work for which it is commissioned under the MCK Mining Contract.

Under the terms of the current MCK Mining Contract, which was renegotiated in September 2011, MCK performs certain mining activities such as mine site establishment, production mining, hauling, drilling and ore reclamation under the supervision of personnel from Metorex. Ruashi Mining is required to provide certain facilities and equipment (such as workshop on the site, sewerage system, water and diesel fuel supply) as expressly assigned to it under the MCK Mining Contract. MCK is responsible for providing all the other equipment required for completing such activities and for maintaining all equipment in a fully serviced and safe condition as well as taking all measures necessary to protect the environment and the safety of people and property on the site.

MCK's obligation under the MCK Mining Contract comprises a number of components, which include (a) mobilisation, site establishment and demobilisation; (b) monthly management; (c) clearing, grubbing and topsoil stripping; (d) blast hole drilling; (e) excavation, loading, hauling and dumping; (f) ore re-handle and (g) day works. The largest component of the contract relates to excavation, loading, hauling and dumping services. Specified U.S. Dollar rates per bank cubic meter are quoted and applied to each bank cubic meter of ore and waste mined and hauled from the specifically identified mining areas to the ore stockpiles and waste dumps, respectively. Management fees are charged at a fixed monthly rate

and comprise the second largest component of the contract. MCK is required to submit a monthly payment claim (based on the portions of works completed, which is measured by Ruashi Mining, and certain fixed amounts for administrative expenses and management fees) for approval and certification before the monthly payment is made. The MCK Mining Contract also has a rise and fall formula which is applicable to all services by MCK other than establishment, mobilisation, demobilisation and early termination payments. The formula, with reference to indices determined on a quarterly basis, seeks to adjust the specified rates for changes in the cost to MCK of providing the contract mining services due to the effects of inflation and general market conditions. The formula recognises that a portion of the specified rates are fixed in nature and not subject to escalation or reduction. Under the MCK Mining Contract, Ruashi Mining has paid MCK US$36.8 million, US$37.2 million, US$32.8 million and US$14.3 million for the 18 months period ended 31 December 2010, the years ended 31 December 2011 and 31 December 2012 and the six months ended 30 June 2013, respectively for contract mining services. Whilst maintenance of MCK's mining fleet is carried out by the original equipment manufacturer under a maintenance and repairment contract, mine design and planning, grade control and pit survey are managed by Ruashi Mining. Ruashi Mining monitors the operation performance of MCK by reviewing a comprehensive report submitted by MCK on a monthly basis detailing production performance, SHEC related matters, fleet performance and security related matters.

During the term of the MCK Mining Contract, Ruashi Mining is entitled to terminate the contract at any time upon 60 days written notice to MCK, subject to the applicable early termination payment amount. The current term of the MCK Mining Contract will expire in June 2016, which may be extended upon 90 days written notice to MCK for a period of more than one month but not exceeding six months.

The Metorex Group has a review system with respect to third party contractors' safety record before engaging such contractors. As part of its request for quotes or tenders for its contractors, the Metorex Group requests for such candidates to submit their safety plans, policies, statistics and procedures. The Metorex Group also conducts site visits to observe their systems before awarding a tender. In addition, the Metorex Group will undertake the necessary background checks to ensure that its contractors possess the requisite qualifications and capabilities for undertaking the work for which they are commissioned. Under the MCK Mining Contract, MCK is required to abide by the safety management system and environmental standards of Ruashi Mining and all applicable statutory requirements in relation to operational safety. Ruashi Mining appoints an on-site business area manager as its agent to approve the site safety plan submitted by MCK every three months and to monitor the compliance of the terms of the MCK Mining Contract and the safety standards at the Ruashi Mine by the employees, subcontractors and agents of MCK. MCK is also required to provide induction and training to all employees, subcontractors and agents of MCK and maintain insurance covering the safety and casualty of its employees that perform work for Ruashi Mining. MCK indemnifies Ruashi Mining against all liabilities, losses, claims, costs or damages which may be incurred by Ruashi Mining or brought against or claimed from Ruashi Mining arising out of or in connection with MCK's execution of the works and/or its presence at the site or its failure to comply with the obligations under the MCK Mining Contract. Such liability of indemnification is reduced proportionally to the extent that such loss, damage, death or injury is proven to be contributed by the act or omission of Ruashi Mining, its on-site business area manager or its employees or agents. As of the Latest Practicable Date, Ruashi Mining has not experienced any material disputes with MCK since its engagement as mining contractor.

If MCK were to cease operating, there are a number of mining contractors in Southern Africa that could be approached. Otherwise, Ruashi Mining could also undertake the mining function itself. In this regard, Ruashi Mining is entitled to conduct mining activities pursuant to its exploitation permits. Mining equipment comprising predominantly trucks and loaders could be leased from equipment manufacturers (as is the case with MCK) or purchased outright. It is therefore considered that Ruashi Mining has the necessary skills and would be able to obtain the necessary mining equipment readily to conduct these activities should it so desire or if it becomes necessary for it to do so.

For further details, please refer to the Competent Person's Report set out in Appendix V to this circular.

**Mineral Processing**

There are primarily two broad routes of producing copper from copper ore: (1) the smelting and refining route which is typically used in sulphide ores and (2) the SX-EW route which is typically used in oxide ores. The SX-EW route is used in the processing of the oxide ores at the Ruashi Mine. This involves the mined ores being sent to the reduction plant, where they are crushed and milled into slurry. The slurry is then prepared at the pre-leach thickener before being sent to the copper plant.

At the copper plant the feed undergoes four processes: (1) leaching (copper and cobalt), (2) leach counter current decantation, (3) tailings neutralization, and (4) copper SX-EW. First, copper and cobalt metal in the ore is dissolved using sulphuric acid in a leach solution. The Metorex Group has constructed a sulphuric acid plant on site at the Ruashi Mine to produce sulphuric acid and sulphur dioxide and has commissioned the sulphur dioxide section of the plant in the first half of 2013. Solids are then separated from the leach solution using the leach counter current decantation. At the tailing neutralisation stage, the remaining acidic solution is neutralised. Copper is then extracted into a copper sulphate solution. Finally, the solution goes to the electrowinning stage, where it is electrochemically purified and produces copper cathode (LME A Grade). The copper cathode plates are then cleaned, separated and packed for dispatch.

Solution containing cobalt from the solvent extraction process is processed at the cobalt plant. Impurities such as iron and aluminium are first removed from the solution. A cobalt product is then precipitated and further purified as a result of the removal of magnesium. The resultant cobalt salt is dried, packed, and prepared for dispatch. The cobalt hydroxide produced is exported from the Ruashi Mine to Johannesburg. The Phase II SX-EW plant construction was completed in October 2008 and a simplified flow chart of the processing plant at the Ruashi Mine is set out below:




*Source: Competent Person's Report (figure 3.24)*

**Operating performance**

A summary of the operational performance of Ruashi Mining for the periods indicated in the table is set out below:

| Item | Units | For the 18 months ended 31 December 2010 | For the year ended 31 December 2011 | For the year ended 31 December 2012 | For the six months ended 30 June 2013 |
|---|---|---|---|---|---|
| **Production** | | | | | |
| RoM ore mined | (kt) | 2,038.1 | 1,456.9 | 1,273.7 | 811.0 |
| Waste mined | (bcm) | 6,343.0 | 7,557.1 | 5,281.1 | 1,495.9 |
| Strip Ratio | (bcm/kt) | 6.2 | 5.2 | 4.2 | 1.8 |
| Plant feed | (kt) | 1,838.0 | 1,259.3 | 961.7 | 546.9 |
| Head grade – Cu | (%) | 2.9 | 3.3 | 3.2 | 3.3 |
| Head grade – Co | (%) | 0.51 | 0.43 | 0.46 | 0.41 |
| Plant recovery – Cu | (%) | 80.1 | 84.3 | 85.0 | 88.8 |
| Plant recovery – Co | (%) | 55.0 | 68.5 | 69.5 | 67.7 |
| Recovered Cu | (kt) | 43.0 | 34.5 | 27.0 | 16.1 |
| Recovered Co metal in hydroxide | (kt) | 5.1 | 3.7 | 3.0 | 1.5 |
| **Sales** | | | | | |
| Sales – LME grade Cu | (kt) | 43.0 | 34.6 | 26.8 | 16.1 |
| Sales – Co | (kt) | 5.1 | 4.0 | 3.2 | 1.4 |
| Average price received – Cu | (US$/t) | 7,067 | 8,513 | 7,731 | 7,497 |
| Average price received – Co | (US$/t) | 26,371 | 24,142 | 16,484 | 17,828 |
| **Operating Costs** | | | | | |
| On-mine costs | (US$ m) | 194.2 | 148.3 | 164.6 | 99.3 |
| Salaries & wages | (US$ m) | 20.0 | 26.7 | 31.4 | 18.3 |
| Mining Costs | (US$ m) | 40.8 | 17.8 | 18.9 | 14.8 |
| Processing Costs | (US$ m) | 88.6 | 70.2 | 68.5 | 43.7 |
| Engineering costs | (US$ m) | 17.8 | 10.8 | 12.5 | 5.3 |
| SHEC | (US$ m) | –(1) | 5.5 | 0.9 | 1.6 |
| Administration costs | (US$ m) | 27.9 | 17.3 | 32.3 | 11.4 |
| Stock movement | (US$ m) | (0.9) | – | – | 4.2 |
| Off mine costs | (US$ m) | 54.1 | 49.8 | 39.2 | 16.3 |
| Transport costs | (US$ m) | 32.2 | 31.2 | 20.2 | 9.6 |
| Clearing costs | (US$ m) | 21.9 | 18.6 | 19.0 | 6.7 |
| Royalties | (US$ m) | 18.9 | 17.8 | 14.3 | 6.2 |
| **Unit Costs** | | | | | |
| On-mine cost | (US$/t mined) | 100.0 | 117.8 | 171.2 | 181.6 |
| Operating cost per tonne Cu produced | (US$/t Cu produced) | 4,539 | 4,294 | 6,103 | 5,914 |
| Operating cost per tonne of Cu, net of Co credits | (US$/t Cu produced) | 2,627 | 2,356 | 4,146 | 4,929 |

*Source: Competent Person's Report (table 3.2)*

*Notes:*

1. *The SHEC cost in respect of the 18 months ended 31 December 2010 was not reported by Ruashi Mining.*
2. *The figures do not imply precision and may not total due to rounding.*

**Marketing**

Ruashi Mining sells its copper cathode and cobalt hydroxide produced by the Ruashi Mine under off-take agreements entered into with its customers. Ruashi Mining sources its customers through a tender process conducted annually for its copper cathode products. Ruashi Mining has not yet initiated the tender process for the off-take of its 2014 production. This is normally done in the last quarter of a particular year. Market demand is high for copper cathode and Ruashi Mining expects to receive tenders from a number of potential off-takers based on its experience in the past years.

*Off-take agreement with Glencore*

Glencore International AG ("**Glencore**"), a leading integrated producer and marketer of commodities, historically purchased 50% and presently purchases approximately 50% annual production of copper cathode produced by Ruashi Mining pursuant to off-take agreements entered into between Ruashi Mining and Glencore, which was first entered into on 4 September 2007. The current off-take agreement has a duration of twelve months which will expire on 31 December 2013, which can be extended upon mutual agreement. Glencore may, upon written notice to Ruashi Mining, terminate the agreement or suspend or defer its performance of the agreement if there is a material adverse change to the creditworthiness of Ruashi Mining and/or to the ability of Ruashi Mining to perform its obligations under the agreement.

The price per tonne of copper cathodes that Ruashi Mining sells is calculated through a mechanism set out in the agreement, in accordance with normal industry practice for the supply of copper cathodes, which is by reference to the official LME cash settlement price for grade A copper plus a long term contract premium as announced annually by an independent premium benchmark known as the 'Codelco physical long term contract premium benchmark'. The price is then adjusted for impurities, if applicable, by a discount prescribed in the agreement depending on the copper content of the copper cathodes. Provisional payment is made to Ruashi Mining in the month of delivery with adjustment made for final pricing once final details are known.

In connection with the off-take agreement, Glencore entered into a pre-export finance facility on 13 November 2012 pursuant to which Glencore made an advanced payment of US$10 million to be repaid by Ruashi Mining against future delivery of its copper cathode products. Ruashi Mining granted a performance guarantee to Glencore in respect of its repayment obligations under the pre-export finance facility. As at 30 June 2013, an amount of US$3.2 million remained outstanding. Ruashi Mining expects to repay this outstanding amount under the pre-export finance facility in full by September 2013.

*Off-take agreement with MRI*

Ruashi Mining sells approximately 50% of the annual production of copper cathode produced at the Ruashi Mine to MRI, an international commodity trading company, pursuant to an off-take agreement entered into between Ruashi Mining and MRI on 13 November 2012. The current off-take agreement has a duration of 12 months and will expire on 31 December 2013, which can be extended by mutual agreement. Either party may terminate the agreement if there is a long-term force majeure event or certain insolvency related events affecting the other party.

The price per tonne of copper cathodes that Ruashi Mining sells is calculated through a mechanism set out in the agreement, in accordance with normal industry practice for the supply of copper cathodes, which is by reference to the official LME cash settlement price for grade A copper cathodes plus a premium and minus a freight allowance to cover all transport, finance and insurance costs. The price may then be adjusted for certain penalties if there are impurities. Provisional payment is made to Ruashi Mining in the month of delivery with adjustment made for final pricing once final details are known.

*Off-take agreement with Jinchuan Group*

All of the cobalt carbonate and/or cobalt hydroxide produced at the Ruashi Mine is sold to Jinchuan Group and/or its affiliates pursuant to an off-take agreement entered into between Ruashi Mining and Jinchuan Group. The terms of such off-take agreement will be reviewed and agreed by Ruashi Mining and Jinchuan Group every three years. Please refer to the section headed "Information of the Target Group – Ongoing Transactions that will become Continuing Connected Transactions upon Completion" of this circular for more information about such off-take agreement. Whilst the scope of this off-take agreement potentially covers the Group (being a subsidiary of Jinchuan Group), the Group has not obtained any cobalt carbonate or cobalt hydroxide from Ruashi Mining under such off-take agreement.

All the above off-take agreements are consistent with market practices and commercial terms by reference to an independent benchmark price that reflects prevailing rates plus an adjustment mechanism set out in the respective agreement.

Ruashi Mining's sales are managed by the marketing team of Metorex in Johannesburg with assistance of a local team based in the DRC.

**Infrastructure**

*Roads and Railway*

The Ruashi Mine is located approximately 3.5 km southeast of the Lubumbashi International airport, and is accessed using two roads which are in a relatively good condition. The main arterial road from Kasumbalesa (the border post) to Lubumbashi has recently been upgraded by Chinese contractors. Rail infrastructure owned by the state-owned national railway company is, however, in poor condition and is therefore unreliable. As a result, the vast majority of consumables and finished products (copper cathode and cobalt hydroxide) to and from the Ruashi Mine are moved by road transport. One of the logistics risks that the Ruashi Mine faces is the extended periods that road vehicles have to endure at the DRC-Zambia border crossing point, especially the fuel (diesel) vehicles which are necessary to power the mining fleet and the diesel powered generators. To cope with these border delays, Ruashi Mining ensures that fuel stock levels are sufficient at the Ruashi Mine to enable it to run seamlessly.

*Water*

There are ample water resources available, to support all the mining and processing operations at the Ruashi Mine. Bulk service water for the surface plant and infrastructure is supplied from three sources, namely, surface boreholes, in pit dewatering pumps and open pit dewatering boreholes.

*Electricity*

In the DRC, supply of hydro-electric power by the DRC's national electricity company, SNEL, has been erratic due to the poor infrastructure and inadequate maintenance of the national power grids, cables and plants. Ruashi Mining spent approximately US$11 million in upgrading SNEL's main supply sub-station in Lubumbashi. As with many of the DRC state-owned enterprises, SNEL did not have sufficient financial resources to fund the upgrade. Accordingly, Ruashi Mining had funded the upgrade and recovers this funding on a monthly basis by way of a set-off arrangement against a portion of SNEL's invoices on electricity consumed by Ruashi Mining. Despite this upgrade, the power supply to the Ruashi Mine continues to suffer from under voltage and unstable voltages, resulting in equipment failures and prolonged power outages. The mining and processing operations of Ruashi Mining at the Ruashi Mine have been disrupted from time to time, and at times significantly, as a result of such power outages or instabilities.

In addition, the Ruashi Mine is also supplied with power imported from Zambia, from the Zambian Electrical Supply Commission and the Copperbelt Electrical Corporation. Fees payable by Ruashi Mining in respect of these sources of power are in line with market practice. These alternative sources have not fully resolved the Ruashi Mine's power shortage issue as both the Zambian supplies suffer from low supply availability into the DRC, due to restrictions and maintenance issues. The Ruashi Mine also has a number of back up diesel powered generators with a combined generation capacity of 4 MW but these units are becoming unreliable due to their age and over-utilisation.

In an effort to improve the availability and stability of power supplies on the site, Ruashi Mining purchased seven diesel powered generators with a combined generation capacity of 15 MW to generate power on site. The new generators and the majority of the ancillary equipment have been delivered to the Ruashi Mine and commissioning of these generators had recently taken place in August 2013. These generators are capable of supplementing the power supplied by SNEL and are expected to significantly reduce the possibility of disruptions in the Ruashi Mine's mining operations. As an interim measure pending the commissioning of the seven new diesel powered generations, Ruashi Mining had entered into a six-month lease agreement for 13 diesel powered generators with a combined generation capacity of 13 MW. The leased diesel powered generators were commissioned in February 2013 and the introduction of these leased generators had an immediate impact on improving the power availability up to 99.8% since being commissioned. Ruashi Mining plans to purchase these leased diesel powered generators during the second half of 2013 following the expiry of the lease term as an additional measure for the Ruashi Mine to reduce its reliance on power supplies from SNEL and Zambia and become fully self-sufficient in power supply, and therefore minimising the negative impact on the mining operations when national grid power disruptions and/or reductions occur. Whilst the leasing arrangements and the commissioning of the diesel powered generators have further increased its on-mine costs due to the increase in fuel consumption, Ruashi Mining considers that the stability in power supply brought about by such measures will be beneficial to its mining operations through increasing efficiency and utilisation of mining equipment.

**Initiatives to improve efficiencies in mining and processing operations**

Apart from seeking alternative sources of power, Ruashi Mining has undertaken several initiatives to improve efficiencies in the mining and processing operations at the Ruashi Mine. These include:

**A) Construction of the $H_2SO_4/SO_2$ Combination Plant**

The construction of the $H_2SO_4/SO_2$ combination plant was completed in August 2012 at a cost of US$17 million and the $SO_2$ section of the plant was commissioned in the first half of 2013. The installation of this plant had become essential to the mining operations at the Ruashi Mine due to the increased usage of acid and $SO_2$. The benefits of erecting this plant on site include the constant supply of heat via steam for (i) the iron removal at the cobalt plant, which improves the quality of cobalt, (ii) increase in the electrolyte temperature which improves EW tankhouse performance, which in turn has a positive impact on copper quality and current efficiency; (iii) provides heated air to be utilised for cobalt drying in the cobalt dryer; and (iv) the washing efficiency of the wash tanks for good sulphate removal, which improves cobalt precipitation performance. In addition, residual heat in the process water also improves cobalt leach efficiency. The commissioning of this plant also means that Ruashi Mining is able to produce $SO_2$ itself and hence reduce the costs to purchase SMBS, which is used as an alternative to $SO_2$.

**B) Cobalt Agitated Spin Flash Drier Project**

Ruashi Mining commissioned Somika in March 2012 to install three ASFDs for the purpose of drying the cobalt hydroxide prior to transportation. The moisture content of the cobalt hydroxide when processed through the ASFDs can be reduced from 70% to 15%. The reduced moisture content in the cobalt hydroxide will bring about lower transportation costs. The cost of this initiative is estimated to be US$16 million and two of the ASFDs have been commissioned in July 2013 and the third ASFD has been commissioned in August 2013.

**Expansion and exploration plans**

Currently, the sulphide ores at the Ruashi Mine are not mined and processed, which if undertaken could extend the life of mine of the Ruashi Mine. However, changes to the process plant would be required to process such sulphide ore. Metorex had undertaken a pre-feasibility study in January 2012 for such sulphide orebodies. The study shows that the project to mine and process the sulphide orebodies is sub-economical due to the high off-mine costs. SRK has commented that this however represents an opportunity for the Metorex Group to convert the sulphide Inferred Mineral Resources to Mineral Reserves through completion of a feasibility study to determine the economic viability of mining the sulphide orebodies.

**Closure and Rehabilitation**

Metorex's operations at the Ruashi Mine continue to provide funds for the eventual closure and rehabilitation of this mine. Ruashi Mining procures independent closure cost estimates from time to time for its operations on the basis of closure at that particular point in time. In years when estimates are not obtained, Ruashi Mining escalates the previous estimate for inflation. Any increase in the closure cost from year to year as determined by considering the independent estimates is accounted for as an increase to the provision for closure liability.

The Ruashi Mine has had its closure costs estimated by a professional valuation surveyor in 2011. SRK has reviewed the list of items set out in the closure assessment and considers that there may be some possible omissions. These omissions identified by SRK are regarded as possibilities and not certainties. These include:

- The need for ongoing water treatment following closure due to deteriorating pH levels in ground and surface water which potentially represent a long term liability;
- Provision for the rehabilitation of the tailings dam;
- Adequate provision for re-profiling of the dumps; and
- Provision for soil contamination remediation.

SRK has identified the following major risks associated with the closure cost estimate: (i) the possibility of ongoing long term water treatment; and (ii) unexpected social costs due to community expectations being enforced.

*Water treatment and other related provisions*

Ruashi Mining is actively assessing the situation regarding ground and surface water contamination and has implemented measures for its control and monitoring of water quality in the operational phase (including the building of a fence of drill holes around the tailing storage facilities and equipped them with pumps to pump the low pH water back to the tailing storage facilities for neutralisation with lime). Ruashi Mining has included a provision for water monitoring post-closure in the closure plan and will update the plan to include post-closure treatment if required.

Metorex has a group-wide provision for post-closure for water treatment of around US$5 million. However, in the absence of any proper evaluation of the extent and severity of the water to be treated, SRK has agreed with Metorex to increase the provision for post-closure water treatment for the Metorex Group by US$20 million of which US$10 million was allocated to Ruashi Mining.

In terms of the need for provisions for the rehabilitation of the tailings dam and remediation of soil contamination, provisional amounts have been accounted for in the financial statements of the Metorex Group. Ongoing re-shaping of the overburden dumps and plans for depositing overburden from Ruashi II and Ruashi III into the depleted Ruashi I when mining schedules allow for this, as is currently occurring, can be addressed during the operational phase and adequate planning and implementation is possible to address this omission.

*Social Costs*

Apart from the potential need for long-term water treatment following closure, social risks associated with closure are also regarded as significant and cannot be quantified at this stage. The Ruashi Mine is faced with several social challenges / issues related, among others, to poverty in the area, poor basic infrastructure in communities, high community expectations and government scrutiny. The Ruashi Mine is involved in several corporate social responsibility projects in the areas of education, health, infrastructure, potable water and power.

The Ruashi Mine has budgeted for a closure plan to be compiled in 2013. It is expected that the plan will address some of the concerns relating to the Equator Principle compliance and lead to a more accurate assessment of the closure cost. Ruashi Mining had obtained a professional valuation estimate of the closure cost of the Ruashi Mine and such cost was estimated to be approximately US$16.7 million in 2011. This amount has been accounted for in the consolidated financial statements of the Metorex Group as long-term provision. The provision is made based on the net present value of the estimated cost, taking into account the professional valuation estimate. However, SRK has estimated this closure cost to range from US$19.9 million (if conducted in-house) to US$25.9 million (if an external party is contracted) including provisions for the rehabilitation of the tailings dam and the remediation of contaminated soils. As discussed above, SRK has also agreed with Metorex to increase the provision for post-closure water treatment for Ruashi Mining by US$10 million, thereby increasing the total closure cost estimate for the Ruashi Mine to US$35.9 million. Ruashi Mining has accepted this latter figure for evaluation purposes and will continue to revise its closure estimates on a regular basis.

**Ruashi Joint Venture Agreement**

The Ruashi Mine is owned by Ruashi Mining, which is indirectly owned by Metorex (through Ruashi Holdings) with an interest of 75%. The remaining 25% interest in Ruashi Mining is held by Gécamines, a state-owned mining company in the DRC. The relationship between the shareholders of Ruashi Mining is governed by the Ruashi JVA and its amendments made by the shareholders from time to time and the statutes of Ruashi Mining. The key provisions under these constitutional documents (as amended from time to time) of Ruashi Mining include:

- Ruashi Mining is constituted for an unlimited duration and the Ruashi JVA and the arrangements hereunder will remain in force until the end of the life of the Ruashi Mine which is currently expected to continue until 2022;

- The shareholders agreed that if there is any future event of an increase in the share capital of Ruashi Mining, the shares held by Gécamines will be fully exchangeable, into as many shares as are necessary to maintain the percentage of shareholding interest of Gécamines in Ruashi Mining at 25%, at no expense to Gécamines;

- Ruashi Mining shall pay Gécamines 2.5% of its gross turnover in the form of royalties, in payment for the exploitation of the ore able to be exploited economically. The mining rights to the Ruashi Mine deposit were held by Gécamines prior to the parties' entry into the Ruashi JVA.

- Subject to the availability of sufficient funds in order to provide the cash reserve required for operation, the net profits will be allocated as: 75% to reimburse borrowed capital and interest, and 25% to payment to parties, proportionally to their participation in the share capital. Therefore, net profits of Ruashi Mining (after making reimbursements of borrowed capital and interest, if any), if distributable and indeed is distributed, will be shared in the proportion of 75% and 25% by Ruashi Holdings and Gécamines respectively;

- The board of directors comprises eight members, three nominated by Gécamines and five nominated by Ruashi Holdings. It was agreed between the parties at the time of negotiations of the Ruashi JVA that the nomination of directors to the board of Ruashi Mining will not be in accordance with their respective shareholding in Ruashi Mining;

- Ruashi Holdings shall pay Gécamines the pas de porte (mineral content fee) at the rate of US$35 per tonne of copper produced from geologic reserve that is in excess of 1.5 Mt of geologic reserve depleted for production; and

- Ruashi Holdings may terminate the Ruashi JVA by giving notice in writing 30 days in advance to Gécamines. Gécamines may terminate the Ruashi JVA if Ruashi Holdings is in breach of its material obligations under the Ruashi JVA. However, the Ruashi JVA does not stipulate which of the obligations of Ruashi Mining are considered to be material. The Metorex Group has confirmed that Ruashi Mining has not been in breach of a material obligation under the Ruashi JVA prior to the Latest Practicable Date.

The historical royalties and pas de porte (mineral content fee) paid by Ruashi Mining to Gécamines for the periods indicated below were as follows:

| | **18 months ended 31 December 2010** *(US$ million)* | **Year ended 31 December 2011** *(US$ million)* | **Year ended 31 December 2012** *(US$ million)* | **Six months ended 30 June 2013** *(US$ million)* |
|---|---|---|---|---|
| **Royalties paid to Gécamines** | 10.9 | 9.2 | 6.6 | 3.4 |

*Note:* *Ruashi Holdings also paid a mineral content fee in the total amount of US$13.5 million to Gécamines in 2010 and 2012. Such fee of US$35 per tonne of copper produced may be payable in the future should the amount of geologic reserve depleted for production exceed 1.5 Mt.*

## CHIBULUMA SOUTH MINE AND CHIFUPU DEPOSIT

Metorex directly owns an 85% interest in Chibuluma plc, which owns the Chibuluma South Mine, an underground copper mine located in Zambia, the Chifupu deposit, the Chibuluma West Mine and the Chibuluma East Mine, the latter two of which have been mined out and are defunct. The remaining 15% interest in Chibuluma plc is held by ZCCM.

### Project Overview

The 7065-HQ-LML licence consists of the existing Chibuluma South Mine, being an underground operating mine, and the Chifupu deposit, which is under exploration and for which a feasibility study has recently been completed. The Chibuluma South Mine is an underground mine located 13 km from the town of Kalulushi, which is approximately 12 km west of Kitwe, one of the metropolitan and industrial centres of Zambia and is approximately 300 km north of Lusaka, the capital city of Zambia. The Chifupu deposit is located approximately 1.7 km southwest of the Chibuluma South Mine. These deposits are located in the Zambian portion of the Central African Copperbelt. The location of the Chibuluma South Mine is illustrated below:




*Source: Competent Person's Report (figure 4.1)*

**History of Chibuluma Mine**

Chibuluma East Mine began production in 1955 and Chibuluma West Mine in 1963 and the town of Kalulushi was developed to support mining operations in the early 1950s. The Chibuluma South Mine deposit was discovered in 1969 as a strike extension to the Chifupu deposit which had been discovered in 1967. The mines on the Zambian Copperbelt were nationalised and merged into ZCCM in 1982. In October 1997, Old Metorex led a consortium of investors which acquired certain assets from ZCCM and procured the issue of prospecting licences and mining licences from the Ministry of Mines and Mineral Development acting through a new company, Chibuluma plc. As part of the purchase consideration, a 15% shareholding in Chibuluma plc was issued to ZCCM. Metorex acquired the consortium members' interests in 1999.

The feasibility study for the Chibuluma South Mine was completed in May 2000. The Chibuluma South Mine reached steady state production as an underground mine by mid-2007. Since the privatisation in 1997, Chibuluma plc has produced in excess of 100,000 t of copper in concentrate. Metorex carried out exploration campaigns involving three twin drill holes in 1999 and 15 holes at the Chifupu deposit in 2007. The feasibility study for the Chifupu deposit was completed in March 2013 and the environmental impact assessment was prepared and approved in June 2013.

Apart from the Chibuluma South Mine and the Chifupu deposit, Chibuluma plc also holds the Chibuluma west property under mining licence 7064-HQ-LML which comprises the Chibuluma West Mine and the Chibuluma East Mine, which are defunct as Mineral Resources and Mineral Reserves have been depleted. At the time of the privatisation in 1997, a price reduction was agreed between the parties on the basis that all environmental liabilities as at the point of sale in respect of the Chibuluma west property would be assumed by Chibuluma plc. The latest closure cost estimate provided by SRK in relation to the Chibuluma West Mine and Chibuluma East Mine are US$2.9 million and US$1 million respectively. Such closure costs have been accounted for in the consolidated financial statements of the Metorex Group as long term provision.

Chibuluma Central tenement was previously explored by African Rainbow Minerals and certain exploration activities were conducted but no significant mineralisation was intersected in the drill holes. In October 2010, a low resolution airborne magnetic, electromagnetic and radiometric survey was flown over the area. On 9 January 2013, Chibuluma plc was awarded a large scale prospecting licence in respect of Chibuluma Central for two years until 8 January 2015. An exploration budget has been included in Chibuluma plc's budget for 2013 in respect of work for Chibuluma Central.

**Operation overview**

The Chibuluma South Mine is the main operating asset of Chibuluma plc and is an underground, mechanised mine capable of treating up to 50 ktpm of run of mine ore. The Chibuluma South Mine and processing facility have an annual production capacity of approximately 19 kt of copper in concentrate. Chibuluma plc is planning on mining the Chifupu deposit simultaneously with the Chibuluma South Mine going forward. Development of the decline shaft system to access the Chifupu deposit has commenced with excavation of the box cut and development of the decline is planned to commence in the fourth quarter of 2013. Ore development of the Chifupu deposit is planned to commence in 2014,

with production from stopes expected to begin in 2016. Total production from the Chibuluma South Mine and the Chifupu deposit is expected to cease in 2019. It should be noted that there was some 1.2 Mt of material included in the LoM plan, 0.7 Mt and 0.5 Mt from the Chibuluma South Mine and the Chifupu deposit, respectively, which was removed from the Mineral Reserves as SRK downgraded the resource classification of this material. If included, this would extend the LoM for the Chibuluma South Mine and the Chifupu deposit by approximately two years and Chibuluma plc plans to undertake the necessary work to potentially upgrade these resources.

Chibuluma plc has entered into a life-time management agreement with Metorex and ZCCM where Chibuluma plc appointed Metorex as its manager to perform the management of Chibuluma plc and undertake all matters that may ordinarily or reasonably be required of the conduct of the business undertaking of Chibuluma plc. Please also refer to the section headed "Information of the Target Group – Ongoing Transactions that will become Continuing Connected Transactions upon Completion" below for more details of this management agreement.

As at 30 June 2013, 577 employees and 169 casual and contractors were engaged at the Chibuluma South Mine.

**Mineral Resources and Mineral Reserves**

Mineral Resources for the Chibuluma South Mine and the Chifupu deposit as at 30 June 2013 are summarised below:

| | **Mineral Resources** *(at 1% TCu Cut-off)* | | |
|---|---|---|---|
| **Classification** | **Tonnage (Mt)** | **Grade (% TCu)** | **Contained Cu (kt)** |
| **Chibuluma South Mine Underground** | | | |
| Measured | 0.8 | 4.06 | 32.5 |
| Indicated | 0.8 | 4.58 | 36.6 |
| Inferred | 0.7 | 4.55 | 31.9 |
| **Buttress Pillars** | | | |
| Measured | 0.8 | 3.91 | 31.3 |
| Indicated | 0.4 | 3.85 | 15.4 |
| **Sub-Total Chibuluma South Mine** | **3.5** | **4.22** | **147.7** |
| **Chifupu underground deposit** | | | |
| Measured | – | – | – |
| Indicated | 1.3 | 2.68 | 34.8 |
| Inferred | 0.9 | 2.41 | 21.7 |
| **Sub-Total Chifupu deposit** | **2.2** | **2.57** | **56.5** |
| **Total Chibuluma South Mine/Chifupu deposit** | **5.7** | **3.58** | **204.2** |

*Source: Competent Person's Report*

*Note: The figures do not imply precision and may not total due to rounding.*

Mineral Reserves for the Chibuluma South Mine and the Chifupu deposit as at 30 June 2013 are summarised below:

| | Mineral Reserves *(at 1% Cu Cut-off)* | | |
|---|---|---|---|
| **Classification** | **Tonnage (Mt)** | **Grade (% TCu)** | **Contained Cu (kt)** |
| **Chibuluma South Mine Underground** | | | |
| Proved | 0.5 | 3.83 | 17.6 |
| Probable | 0.9 | 3.95 | 35.4 |
| **Buttress Pillars** | | | |
| Proved | 1.0 | 2.70 | 26.0 |
| Probable | – | – | – |
| **Sub-Total Chibuluma South Mine** | **2.3** | **3.41** | **79.0** |
| **Chifupu underground deposit** | | | |
| Proved | – | – | – |
| Probable | 1.1 | 2.12 | 22.4 |
| **Sub-Total Chifupu deposit** | **1.1** | **2.12** | **22.4** |
| **Total Chibuluma South Mine/Chifupu deposit** | **3.4** | **3.01** | **101.4** |

*Source: Competent Person's Report*

*Note: The figures do not imply precision and may not total due to rounding.*

**Mining activities**

The Chibuluma South Mine is an underground mine and access to the mine for miners, materials and utilities is through the decline ramp positioned from the bottom of the open pit. Fresh air is downcast through the ramp and is directed to all underground workings. A cut and fill mining method is applied to extract the majority of the orebody and long hole stoping method is often used where the orebody is narrow or to mine the remaining 7.5 m cut where cut and fill mining approaches a mined out level above. A post pillar cut and fill method has been introduced in the 398 m level block since April 2009. Mining takes place from the bottom up, while development is from top down. Chibuluma plc intends to extend the use of the long hole stoping method to the majority of the orebody for the remaining life of mine. SRK concludes that the long hole stoping method has been trialled sufficiently and is feasible in the prevailing mining environment.

The mine commenced underground mining in 2005 and reached a mining rate of 40.0 ktpm by June 2007, and has been operating at a mining rate between 45.0 ktpm and 50.0 ktpm since then. A mining rate of about 50.0 ktpm is planned from two mining blocks at any one time and each block is scheduled at 25.0 ktpm. The mine recently upgraded its haul fleet from 30 t to 40 t capacity units to maintain production at this level.

For further details, please refer to section 4.9.3 of the Competent Person's Report set out in Appendix V to this circular.

### Mineral Processing

Ore from the Chibuluma South Mine is treated at the on-site Chibuluma concentrator. Ore is first crushed and milled into a fine powder before being fed into the floatation plant for concentration. At the concentration stage, the ore is mixed with chemicals and introduced to a water bath. Copper sulphides form as a froth at the surface and are skimmed off. The froth is dried and forms a copper concentrate with a grade of 46.0% copper. Trucks then haul the concentrate to CCS, where it is purchased.

The simplified process flow chart of the concentrator at the Chibuluma South Mine is set out below:




*Source: Competent Person's Report (figure 4.22)*

The Chibuluma concentrator was commissioned in 2000. Originally copper oxide and copper sulphide ores were treated. The percentage copper recovery and the silica content of the copper oxide ore made it uneconomical to treat and currently only copper sulphide ore is treated.

The concentrator is currently treating ore from the Chibuluma South Mine and Chibuluma plc plans to blend ore from the Chibuluma South Mine with ore from the Chifupu deposit in the future. The concentrator rated capacity is 48 ktpm.

For further details, please refer to section 4.10.3 of the Competent Person's Report set out in Appendix V to this circular.

## Operating performance

A summary of the operational performance of Chibuluma plc for the periods indicated in the table is set out below:

| Item | Units | For the 18 months ended 31 December 2010 | For the year ended 31 December 2011 | For the year ended 31 December 2012 | For the six months ended 30 June 2013 |
|---|---|---|---|---|---|
| **Production** | | | | | |
| RoM ore mined | (kt) | 863.1 | 559.4 | 560.1 | 274.1 |
| Plant feed | (kt) | 853.7 | 559.8 | 556.8 | 274.0 |
| Head grade – Cu | (%) | 3.39 | 3.46 | 3.46 | 3.25 |
| Plant recovery – Cu | (%) | 94.8 | 95.0 | 96.5 | 96.3 |
| Concentrate produced | (kt) | 56.8 | 40.5 | 40.5 | 18.9 |
| Concentrate grade | (% Cu) | 48.3 | 45.2 | 45.9 | 45.5 |
| Smelter recovery | (%) | 95.7 | 95.8 | 96.3 | 96.5 |
| Payable Cu (after smelting) | (kt) | 26.1 | 17.5 | 17.9 | 8.3 |
| **Sales** | | | | | |
| Sales – LME grade Cu | (kt) | 26.2 | 17.5 | 17.9 | 8.3 |
| Average price received – Cu | (US$/t) | 6,907 | 8,844 | 7,943 | 7,586 |
| **Operating Costs** | | | | | |
| On-mine costs | (US$ m) | 47.6 | 41.1 | 44.3 | 22.4 |
| Salaries & wages | (US$ m) | 16.2 | 12.9 | 15.2 | 8.1 |
| Mining Costs | (US$ m) | 7.5 | 6.6 | 8.6 | 3.9 |
| Processing Costs | (US$ m) | 7.3 | 1.7 | 2.2 | 0.7 |
| Engineering (including power) | (US$ m) | 12.8 | 15.9 | 14.6 | 8.2 |
| SHEC | (US$ m) | –(1) | 0.8 | 0.9 | 0.2 |
| Administration costs | (US$ m) | 4.3 | 3.2 | 2.8 | 1.4 |
| Stock movement | (US$ m) | (0.5) | – | – | 0.0 |
| Off mine costs | (US$ m) | 24.7 | 16.5 | 15.3 | 7.3 |
| Transport costs | (US$ m) | 14.6 | 0.6 | 0.7 | 0.4 |
| Refining/smelting costs | (US$ m) | 10.1 | 15.9 | 14.6 | 6.9 |
| Management fees | (US$ m) | 2.2 | 2.5 | 2.5 | 1.3 |
| Hospital separation(3) | (US$ m) | – | – | – | 0.9 |
| Royalties | (US$ m) | 5.8 | 4.6 | 7.5 | 3.8 |
| **Unit Costs** | | | | | |
| On-mine cost | (US$/t mined) | 56.3 | 77.8 | 84.1 | 98.4 |
| Operating cost per tonne Cu produced | (US$/t Cu produced) | 2,841 | 3,694 | 3,887 | 3,749 |

*Source: Competent Person's Report (table 4.2)*

*Note:*

1. *Chibuluma plc did not report the SHEC cost for the 18 months period ended 31 December 2010.*
2. *The figures do not imply precision and may not total due to rounding.*
3. *Costs relating to the transfer of the Kalulushi hospital to the local government. The Kalulushi hospital was part of the mine assets acquired in 1997 but was unsustainable as the hospital was not generating reasonable income.*

## Marketing

All of the Chibuluma South Mine's copper production is sold to CCS, a company which is incorporated in Zambia and a subsidiary of China Nonferrous Mining Corporation Limited, pursuant to off-take agreements entered into between Chibuluma plc and CCS on a yearly basis. CCS operates a copper smelter that processes copper concentrate into copper blisters. The production of Chibuluma plc is currently transported approximately 50 km by road to CCS. The first off-take agreement was entered into between Chibuluma plc and CCS on 12 January 2010. The off-take agreement is consistent with market practices and commercial terms are based on an LME base price for copper. The current off-take agreement has a duration of 12 months and will expire on 20 December 2013. Either party may terminate the agreement on the basis of a payment default of the other party.

The price per dry metric ton of copper concentrates that Chibuluma plc sells is calculated through a mechanism set out in the agreement, in accordance with normal industry practice for the supply of copper concentrate, as a prescribed percentage of an independent benchmark price that reflects prevailing rates. The price is then adjusted for treatment charges, refining charges, realisation charges and certain penalties for impurities, if applicable, in accordance with the agreement. Please refer to the section headed "Industry Overview – Copper Pricing" in this circular for an overview of the industry standard for pricing copper concentrates. The sales of Chibuluma plc are managed by the marketing teams of Metorex and Chibuluma plc.

CCS processes the copper concentrate purchased from Chibuluma plc at its smelter into copper blister, an intermediate raw material used in the manufacture of refined copper. Since April 2012, the Group purchases copper blisters indirectly from CCS for its minerals and metals trading business. As at 30 June 2013, CCS is the only supplier of copper blisters for the Group.

## Infrastructure

### *Road*

The Chibuluma South Mine is located 8 km from the South Downs airstrip, which is a tarred strip capable of handling light aircraft. The Chibuluma South Mine is accessed via a service road off the South Downs access road. This road was upgraded in 2007 from gravel to a tarred surface. Concentrate and other heavy trucks are however routed via an alternate back road to avoid damage to the new tar road.

Concentrate from the Chibuluma South Mine is hauled between the Chibuluma South Mine and CCS smelter for 50 km through road transport. The Chibuluma South Mine negotiates an annual road transport contract with a third party who is responsible for providing the vehicles and the security guards to guard the daily shipments. No major problems have been encountered with the road transport of the copper concentrate to CCS smelter.

***Water***

There are ample water resources available to support all the mining and processing operations at the Chibuluma South Mine. Bulk service water for the process plant and underground section is supplied from the Kalulushi stream 3 km from the mine. Surface water for the process plant is also available from the clear water dam on surface should it be required. The surface treatment plant has recently been upgraded and potable water was available to the workforce from October 2012.

The Chibuluma South Mine dewaters up the decline ramp in staged pumping to the plant surface water storage dams. Each pump station is equipped with four centrifugal pumps fitted with 185 kW drive motors.

***Electricity***

The Chibuluma South Mine has an adequate power supply to ensure continuous operations. A power line was constructed by Copperbelt Electrical Corporation ("CEC") in 2000 and supplies power to the Chibuluma South Mine. In addition, the mine has recently procured two backup diesel powered generators capable of producing 2 MW which is sufficient to provide emergency power for underground ventilation fans and pumping. To improve on the mine's power factor, Chibuluma plc plans to install power factor control equipment in the future. Chibuluma plc is closely monitoring the power situation on a daily basis to ensure that the peak demand limit is not exceeded.

Chibuluma plc entered into a power supply agreement dated 8 October 1997 with CEC, initially for a term of 15 years, which was then extended to 7 October 2022 pursuant to an amendment agreement dated 1 December 2010. Under the power supply agreement, CEC agrees to supply all of Chibuluma plc's electrical power requirements subject to a supply limit. Fees payable by Chibuluma plc are indexed in line with market tariffs.

The electricity infrastructure for the Chibuluma South Mine is well designed and constructed and both surface and underground electrical infrastructure has been upgraded over the last two to three years.

**Expansion and exploration**

*Chibuluma South Mine*

In order to improve the performance of existing plants, replacement of mining equipment and underground development, Chibuluma plc has budgeted capital expenditure for the Chibuluma South Mine in the amount of US$9.6 million for the second half of 2013, US$17.9 million for 2014 and US$11.4 million for 2015.

*Chifupu Deposit*

The Chifupu deposit is located approximately 1.7 km southwest from the Chibuluma South Mine and Chibuluma plc is planning on mining the Chifupu deposit in the future. A feasibility study was completed in March 2013 by the Chibuluma Mining Technical Services department and was independently reviewed by Sound Mining Solutions, which indicated that the Chifupu mineral resources could be mined economically, and converted into a mineral reserve. The grade of copper identified at the Chifupu deposit is relatively lower than that found in the Chibuluma South Mine deposit. When blended in with the higher quality resources mined at the Chibuluma South Mine, the Chifupu deposit will support the mining operations of the entire Chibuluma complex (including the Chifupu deposit) until 2019. Based on the mineralogical and metallurgical testwork conducted by Chibuluma plc, the metallurgical properties of the Chifupu ore are assumed to be similar to those at the Chibuluma South Mine. Ore development at the Chifupu deposit is planned to commence in 2014, with production from stopes expected to begin in 2016. Capital expenditure for the development of the Chifupu deposit is budgeted at US$28.1 million and will be incurred in stages from the second half of 2013 to 2017. This capital expenditure may be funded using internal cash resources of Chibuluma plc. Alternatively, Chibuluma plc may seek external funding for this capital expenditure. In the event of downside market developments, or if the internal cash resources of Chibuluma plc are to be materially adversely affected, Metorex may consider delaying the funding of the Chifupu development project for a limited period.

Because of the geometry and other physical characteristics of the Chifupu deposit orebodies being broadly similar to that of the Chibuluma South Mine, the cut and fill mining method proposed for the Chifupu deposit is the same as that practised at the Chibuluma South Mine, with stopes being mined from the bottom towards the top of the orebody. Similar to the Chibuluma South Mine, the Chifupu deposit will also be accessed through one single ramp and the decline ramp from surface will allow the miners to access the mine and will also act as the main air intake airway for the underground mine.

*Chibuluma Central*

On 9 January 2013, Chibuluma plc was awarded a large-scale prospecting licence 17314-HQ-LPL over an area of 93 $km^2$, which covers the ground between the Chibuluma South Mine and Chibuluma West Mine, known as Chibuluma Central. This licence is valid for two years until 8 January 2015. An exploration budget had been included in Chibuluma plc's budget for 2013 in respect of work on Chibuluma Central, accordingly such exploration costs have already been provided for by Chibuluma plc. Considerable work has to be conducted on this prospecting licence before Mineral Resources may be declared at this asset.

**Chibuluma plc Shareholders Agreement**

The Chibuluma South Mine is owned by Chibuluma plc, a holding company owned by Metorex with an interest of 85%. The remaining 15% interest is held by ZCCM, a state-owned mining company in Zambia.

The relationship between the shareholders of Chibuluma plc is governed by the Shareholders Agreement relating to Chibuluma plc and the Articles of Association of Chibuluma plc. The key provisions under these constitutional documents of Chibuluma plc include:

- The shareholders agreement will remain in force and effect until whichever may be the earlier: (a) the termination by the mutual consent of the shareholders, or (b) the date upon which all the shares are held by one shareholder, or (c) the date upon which the company is dissolved;

- The board of directors shall comprise no more than ten members. Each of Metorex and ZCCM shall have the exclusive right to appoint, remove and replace one director for each 10% of the then issued shares which it owns; and

- Profits in respect of each year, after (a) the provision of working capital as determined by the board, (b) making of such transfers to reserves and provisions, and (c) full compliance with the restrictions on dividend payments contained in any financing agreement, is distributed to the shareholders by way of dividend within six months of the end of each year. Net profits of Chibuluma plc, if distributable and indeed is distributed, will be shared in the proportion of 85% and 15% to Metorex and ZCCM respectively.

The Government of Zambia holds one share with special rights that enables it, in the national interest, to intervene in the operations of Chibuluma plc where specific actions are undertaken by Chibuluma plc. These specific actions to be undertaken by Chibuluma plc that require the written consent of the Government of Zambia include the winding up, change of control, disposal of a material part of the undertaking, property or assets and material change in the business of Chibuluma plc. In addition, the Government of Zambia shall, in the case of a distribution of capital in a winding up of Chibuluma plc, be entitled to repayment of the capital paid up on the one special share in priority to repayment of capital to any other member. The special share confers no other right to participate in the capital or profits of Chibuluma plc. The Government of Zambia may also require Chibuluma plc to redeem this one special share at nominal value at any time by written notice. At the time of the acquisition by Jinchuan Group of the Metorex Group in 2012, the consent of the Government of Zambia for the change in control was obtained. Other than the aforesaid consent being sought, the Government of Zambia has not, in the past exercised its right over such special share.

**Closure and Rehabilitation**

Mine closure costs have been estimated by African Mining Consultants ("AMC") for the Chibuluma West Mine, the Chibuluma East Mine and the Chibuluma South Mine in 2011. Chibuluma plc has fully provided for these closure costs based on AMC's estimates. As set out in the Competent Person's Report, SRK has made certain adjustments to the closure cost estimated by AMC. Differences between the AMC cost estimate and the reworked calculation include differences between the unit costs for re-vegetation of the tailing dams and waste rock dumps, inflation estimates and an increased contingency percentage.

*Chibuluma South Mine*

The total closure cost estimate by AMC in 2011 amounted to some US$1.9 million. The closure cost estimate of SRK by reworking the AMC estimate is US$4.1 million.

*Chibuluma West Mine*

The total cost estimate by AMC in 2011 amounted to some US$1.3 million. The closure cost estimate of SRK by reworking the AMC estimate and taking into account the differences is US$2.9 million.

*Chibuluma East Mine*

No cost estimate has been seen for Chibuluma East. Chibuluma plc may be liable for environmental damage at Chibuluma East not caused by Chibuluma plc. There is thus a risk that the projected environmental rehabilitation and closure costs may be understated. The associated rehabilitation costs for Chibuluma East is included in the current liability assessment but this may not include all of the applicable third party liabilities. SRK has made a provision of US$1 million.

*Total cost and residual risk*

According to a SHEC report prepared in 2012, sulfides in waste rock and in-situ rock in the underground workings pose a risk of acid mine drainage. The possibility that on-going water treatment may be required in the post closure scenario and that closure liabilities at Chibuluma East may be greater than the provision suggested, remain a risk. Neither the likelihood nor quantum associate with this risk can be ascertained at this stage. Chibuluma plc is actively assessing the situation regarding ground water contamination and has implemented measures for its control in the operational phase.

As part of a group-wide increase the provision for the overall post-closure water treatment for the Metorex Group by a total of US$20 million, US$5 million of such additional provision was allocated to Chibuluma plc. SRK's total closure cost estimate for Chibuluma plc is therefore US$13.0 million and Chibuluma plc has accepted this figure for evaluation purposes.

## DEVELOPMENT PROJECT – KINSENDA PROJECT

The Kinsenda Project is held by Kinsenda Sarl, previously known as Minière de Musoshi et Kinsenda sarl, in which a 4.85% interest is directly held by Metorex and a 72.15% interest is held by Copper Resources, a wholly-owned subsidiary of Metorex. The remaining 23% interest in Kinsenda Sarl is held by Sodimico.

### *Project Overview*

The Kinsenda Project is a brownfields underground mining project, located 5 km from the border of Zambia, in southern Katanga Province of the DRC.




*Source: Competent Person's Report (figure 5.1)*

The Kinsenda Project is one of the world's highest grade copper deposits, with an average resource grade at 5.51%. The Kinsenda Project mineralisation consists mainly of copper sulphides (75-80%) and copper oxides (20-25%).

### *History of Kinsenda Deposit*

The Kinsenda deposit was discovered in 1930 and was previously operated between 1977 and 2002. In total, 4.2 Mt of ore was mined during this period at an average grade of 5% copper. The operation was taken over by a Canadian company in the early 1980s, but was curtailed in 1987 due to low copper prices and limited developed reserves. Operations stopped completely with the flooding of the mine in the mid-1990s.

Copper Resources took a controlling interest in Kinsenda Sarl in September 2005 and in 2006, installed and refurbished the pumping operations of the mine. A feasibility study completed in 2006 was never fully accepted by Metorex, due to concerns regarding the mine design and engineering design of the concentrator plant. Between 2010 and 2012, Metorex undertook three drilling campaigns comprising of an aggregate of 71 drill holes.

***Operation overview***

A feasibility study was completed by Metorex in 2013 which determined the viability of the Kinsenda Project. The ore reserves at the Kinsenda Project are planned to be extracted in two phases. Phase 1 will involve the high grade extraction of copper sulphides/oxides which is estimated to last for a period of ten years. Phase 2 which will involve the lower grade extraction of copper sulphides/oxides, if determined to be economically feasible and undertaken, will allow the life of mine of the Kinsenda Project to be further extended beyond the ten year period. The Kinsenda Project is expected to produce, on average, approximately 24 ktpa of copper. The board of Metorex approved the development of the Kinsenda Project in April 2013 and the development has commenced since April 2013, and if the development were to proceed as planned, the first production is expected to occur during the first quarter of 2015. Total project capital expenditure is expected to be approximately US$319.4 million.

| **Estimated capital expenditure for the Kinsenda Project**[1] | **Total**[2] | **2H2013E** | **2014E** | **2015E** | **2016E** | **2017-2024E** |
|---|---|---|---|---|---|---|
| | *US$m* | *US$m* | *US$m* | *US$m* | *US$m* | *US$m* |
| Mine development | 107.7 | 28.1 | 47.5 | 26.1 | 6.1 | – |
| Process plant | 86.2 | 19.7 | 62.2 | 4.3 | – | – |
| EPCM costs | 39.5 | 5.7 | 31.6 | 2.2 | – | – |
| Owners costs (holding costs) | 35.2 | 10.2 | 20.0 | 5.0 | – | – |
| Community development plan | 5.0 | 0.2 | 0.3 | 0.3 | 0.3 | 3.9 |
| Other | 4.8 | – | – | 3.6 | 1.2 | – |
| Contingencies | 28.7 | 6.6 | 20.6 | 1.4 | – | – |
| Total | 307.1 | 70.5 | 182.2 | 42.9 | 7.6 | 3.9 |

*Note:*

1. *The projected capital expenditure for 2015 and 2016 exclude the allowance for sustaining capital in the amount of US$3.8 million and US$3.8 million respectively. The figures do not imply precision and may not total due to rounding. US$89.4 million of the US$307.1 million represents committed costs of Kinsenda Sarl as at the Latest Practicable Date and relate to mine development, process plant and surface infrastructure.*

2. *The total amount excludes an amount of US$12.3 million spent during the first half of 2013.*

The estimated capital expenditure for the project is likely to be financed by external bank loans and equity, and Metorex intends to use part of the US$80 million term loan facility obtained from the China Development Bank Corporation in July 2013 to fund certain of the above estimated capital expenditure. As at the Latest Practicable Date, Metorex is undertaking the necessary steps to procure that full funding of the capital expenditure is arranged upfront to reduce the risk of any shortfall of funds required for this

development project. Please refer to "Financial Information of the Target Group" set out in Appendix I to the circular for more information. As full funding is expected to be in place, the development of the Kinsenda Project is less likely to be adversely impacted by downside market developments.

### *Mineral Resources and Mineral Reserves*

The statement of Mineral Resources and Mineral Reserves as derived by Metorex from the Kinsenda model and based on the LoM plan at 30 June 2013 is presented in the table below.

| | Mineral Resources (at 1.5% Cu cut-off) | | | | Mineral Reserves (at 3.5% Cu cut-off) | | |
|---|---|---|---|---|---|---|---|
| Classification | Tonnage (Mt) | Grade (% Cu) | Contained Cu (kt) | Classification | Tonnage (Mt) | Grade (% Cu) | Contained Cu (kt) |
| Measured | 0.0 | 0.00 | 0.0 | Proved | | | |
| Indicated | 13.5 | 5.25 | 711.1 | Probable | 6.1 | 4.80 | 293.1 |
| Inferred | 7.5 | 5.96 | 445.6 | | | | |
| **Total Kinsenda** | **21.0** | **5.51** | **1,156.6** | **Total Kinsenda** | **6.1** | **4.80** | **293.1** |

*Source: Competent Person's Report*

*Note: The figures do not imply precision and may not total due to rounding.*

### *Mining and Processing*

The mechanised cut and fill and longitudinal drift-and-fill mining method has been proposed as the most appropriate mining method for the Kinsenda Project. Test work has confirmed that high metal recovery rates can be achieved with standard crushing, grinding and flotation processing. It is proposed that access to the mine from the surface be through decline ramps and a verticle shaft equipped with one cage only.

The proposed Kinsenda Project concentrator is designed to recover copper from a copper sulphide/ oxide orebody at a treatment rate of 50 ktpm at an average feed grade of 4.5% Cu over the LoM. It is expected that the copper sulphide/oxide orebody will be processed in a substantially similar manner as the copper ores at the Chibuluma South Mine.

The sulphide concentrate produced from the Kinsenda concentrator plant will be sold to the nearby smelters in Zambia for smelting and refining. The oxide concentrate will be transported to Lubumbashi for processing at the Ruashi SX-EW processing facility. These concentrates are planned to be transported by road. Ruashi Mining will treat the oxide concentrate on a toll basis – charge Kinsenda Sarl a tolling fee for the concentrate treated and return to Kinsenda Sarl a certain prescribed percentage of total copper in concentrate in the form of copper cathodes. Kinsenda Sarl will be responsible for collecting the copper cathodes from Ruashi Mining and selling these into the open market.

Development of the Kinsenda Project has commenced since April 2013 and Kinsenda Sarl has appointed contractors to undertake construction work and other related activities for the project. Please refer to the section headed "Information of the Target Group – Operation and Management Model of the Metorex Group" of this circular for further details.

***Infrastructure***

As the Kinsenda Project was historically a production facility, it has considerable industrial and social infrastructure.

*Road/Railway Infrastructure*

Kinsenda Project has good access to road infrastructure and the majority of the roads between the Kinsenda Project and the Ruashi Mine are blacktopped and in reasonably good condition. Rail infrastructure is however is in poor condition. Copper concentrates are planned to be transported by truck to smelters in Zambia (sulphides) and the Ruashi Mine (oxides). As part of its project capital programme, Kinsenda Sarl intends to fix certain aspects of the road network that requires rehabilitation. These areas of the roads that require rehabilitation currently do not pose a significant risk to the operations at the Kinsenda Project.

*Electricity*

High-voltage power is available on site and a power purchase agreement has been entered into with SNEL, the national electricity supply company. Whilst Kinsenda Sarl has concluded a power purchase agreement with SNEL in which the agreed tariff for power is US$0.042/kWhr which is in line with market rates, the supply of power by SNEL has been erratic due to the poor infrastructure and inadequate maintenance of the national power grids, cables and plants. The mine suffers from power supply interruptions due to unstable supplies or power shedding on part of the power provider. As an alternative power source, Kinsenda Sarl also has two 2.5 MVA backup diesel powered generators. These generators have been well maintained, but suffer from a lack of parts. To address the power outages anticipated at the Kinsenda Project, Kinsenda Sarl has plans in place to extend the diesel generating capacity by installing additional generators to meet its future power needs. The operation of these diesel powered generators will require diesel to be road hauled in from Zambia and the congestion and long waiting periods to cross the DRC-Zambian border may consequently subject the mine to operational risks. Kinsenda Sarl has considered SRK's recommendation of installing alternative solar-votaic/diesel hybrid back-up generators to drastically reduce the diesel consumption on-site and will be conducting studies to determine the feasibility of this project. According to SRK, the latest hybrid systems installed in South African mines have reported payback period of less than four years and an operational life of at least 25 years.

*Water*

Adequate potable and industrial water is available at the Kinsenda Project for use in the mining and processing operations. The bulk water supplies required for mining and processing will mainly come from the large dewatering system. A treatment plant has been provided to treat the nearby spring water, situated to the south east on the mining area. This is necessary, as water testing has revealed that e-coli was present in the spring water.

Kinsenda Sarl dewaters the underground water from the mine using a water pumping system operated by three 3-stage pumps fitted with 900kW drive motors from 285 m level to 209 m level, and the system utilises existing pipes in the main shaft. The pumping system was viewed by SRK as a temporary arrangement as the pipe columns are corroded and there were many welded repairs. However, the installation of new pipes has been provided in the planned capital expenditure. In addition, the water

pumping system has been recently upgraded by Kinsenda Sarl commissioning three vertical 30 m settlers and one clear water vertical dam which is 30 m high to ensure a flooded suction to the clear water pumps. Additional provision has been made by Kinsenda Sarl to install three off mud pumps, which is expected to be used to control the level of mud in each dirty water settler. The existing water pumping system is expected to be extended as the mine deepens and the plan is to install six multi-stage clear water pumps, fitted with 1 MW motors on 430 m level. It is considered that mud pumping will also be required to ensure that mud is pumped separately to the settler overflows reporting to the stage dam for clear water.

*Communications*

The communication network is reasonable with cellular telephone operators having extensive coverage in the area.

*Labour*

Kinsenda Sarl will employ local residents from nearby settlements as far as possible. Accommodation for workers is readily available in these settlements and the majority of homes have running water and power.

***Closure and Rehabilitation***

The closure cost estimate which was prepared by SLR Consulting for Kinsenda Sarl was US$13.21 million. Such closure cost was not based on a definitive closure plan and hence may change as closure objectives are identified and/or more information becomes available. SRK had used guidelines developed by the South African Department of Mineral Resources ("**DMR**") to check these closure estimates. The DMR rates were escalated to account for escalation and also increased by 50% to account for working outside of South Africa. On the basis above, SRK did not identify any reason to change the cost estimate for demolition and rehabilitation but highlights that no allowance was made for post closure decant of contaminated water which is regarded to be a risk to the closure cost estimate. This is regarded as a risk which may, however be regarded as relatively low in the light of the fact that no evidence of decant has been noted. However, as part of a group-wide increase in the provision for post-closure water treatment of a total of US$20 million, US$5 million of such additional provision was allocated to the Kinsenda Project. As a result, the closure cost estimate has increased to US$18.21 million and Kinsenda Sarl has accepted this figure for evaluation purposes. Provisions for closure costs will be made in the financial statements once the mine is commissioned.

***Salient terms of the Articles of Association of Kinsenda Sarl***

The relationship between the shareholders of Kinsenda Sarl is governed by the Articles of Association of Kinsenda Sarl. The key provisions under the Articles of Association of Kinsenda Sarl include:

- Kinsenda Sarl shall be established for a period of thirty years commencing on the date of the Articles of Association (i.e. 3 April 2003). Shareholders of Kinsenda Sarl may unanimously dissolve Kinsenda Sarl or extend the term of it by a resolution at the general meeting;

- Sodimico's shares may not be diluted;

- Kinsenda Sarl shall pay Sodimico and to the Congolese Government, a combined royalty of 2.5% of the gross turnover in the form of royalties. It was agreed between the parties at the time of the mining titles review that such combined royalty will be payable to Sodimico and the Congolese Government, in consideration for ZCCM allowing Kinsenda Sarl to exploit the ore at the Kinsenda Project. Under the DRC Mining Code, a 2% royalty is payable to the state. The Metorex Group had negotiated that the 2.5% would be a combined royalty payable to both Sodimico and the Congolese Government. Such royalties are payable throughout the term of the LoM of the Kinsenda Project if Kinsenda Sarl generates revenue. Until the company generates revenue through the sale of ore, Kinsenda Sarl shall pay an advance of US$100,000 per month from September 2009;

- Copper Resources shall appoint four members, Metorex shall appoint one member and Sodimico shall appoint three members to the board of the directors;

- If there are profits, the general meeting may decide to allocate the profits for the creation of special reserve fund, provisions or they may be carried forward in the accounts, the remaining cash after covering third party claims shall be allocated by up to 80% to the repayment of loans and the balance shall be distributed among the shareholders.

The historical royalties paid by Kinsenda Sarl to Sodimico for the periods indicated below were as follows:

| | 18 months ended 31 December 2010 | Year ended 31 December 2011 | Year ended 31 December 2012 | Six months ended 30 June 2013 |
|---|---|---|---|---|
| | *(US$ million)* | *(US$ million)* | *(US$ million)* | *(US$ million)* |
| **Royalties paid to Sodimico and the Congolese Government** (Note) | 1.8 | 1.2 | 1.2 | 0.6 |

*Note:* *Copper Resources and Metorex also paid a mineral content fee in the total amount of US$3 million to Sodimico in 2010 and 2012. The obligation of Copper Resources and Metorex to pay a mineral content fee has ceased in 2013.*

## EXPLORATION PROJECTS

Mine exploration is conducted to add further resources to Metorex's mineral portfolio and has potential to create an entirely new mining operation for Metorex and significant shareholder value. The table below sets out the exploration expenses incurred by the relevant companies of the Metorex Group for the mentioned periods.

| | 18 months ended 31 December 2010 *(US$'000)* | Year ended 31 December 2011 *(US$'000)* | Year ended 31 December 2012 *(US$'000)* | Six months ended 30 June 2013 *(US$'000)* |
|---|---|---|---|---|
| Ruashi Mining | 1,097 | 974 | 2,677 | 2,770 |
| Chibuluma plc | – | 2,162 | 1,586 | 2,256 |
| Kinsenda Sarl | 5,252 | 4,632 | 353 | 6 |
| **Total** | **6,349** | **7,768** | **4,616** | **5,032** |

*Note:* *The above exploration expenses includes costs incurred in conducting technical studies such as pre-feasibility and feasibility studies as well as relevant consultancy fees.*

Metorex's accounting policy is to capitalise such costs until the viability of the mining venture has been proven. The Enlarged Group will regularly monitor the funding requirements and maintain sufficient cash and cash equivalents to cover any expected cash demands in connection with the exploration budget of Metorex.

Metorex's exploration projects in the DRC include the following:

## LUBEMBE PROJECT

The Lubembe Project is also held by Kinsenda Sarl. The Lubembe Project is a greenfields site and has not been previously mined. The Lubembe Project is located in the DRC, a further 25 km south-east of the Kinsenda Project and within a 50 km radius of Kasumbalesa. Logistically, the Lubembe Project is closer to the operating mines and support industries of the Zambian Copperbelt than it is to Lubumbashi. It is possible that many of the services for the Lubembe Project will be sourced via Zambia.




*Source: Competent Person's Report (figure 7.1)*

Kinsenda Sarl owns the mining rights under mining licence PE330 for the exploitation of the Lubembe Project.

The Lubembe Project is an advanced stage exploration project. An infill drilling programme on the Lubembe deposit was funded by Metorex and commenced in June 2008 to verify old data and improve the resource confidence. A number of mining options were considered in the mining scoping study completed in 2011, with options including open pit, longitudinal and transverse sub-level caving, block caving and open stoping. This scoping study confirmed the potential to mine and process mixed sulphide and oxide ores at Lubembe. Conceptually, the Lubembe Mineral Resource of 90.6 Mt at 1.96% TCu copper, is likely to be exploited using large-scale open-pit mining methods. At a planned mining rate of 3.6 Mtpa, the operation is expected to have a 20-year life of mine. No Mineral Reserve has as yet been declared for the Lubembe Project.

The Mineral Resources estimates for the Lubembe Project as at 30 June 2013 are set out in the table below.

| | **Mineral Resources** ***(at 1.15% Cu Cut-off grade)*** | | |
|---|---|---|---|
| **Resource classification** | **Tonnage (Mt)** | **Grade (% TCu)** | **Contained Cu (kt)** |
| Measured | – | – | – |
| Indicated | 54.0 | 1.88 | 1,015.8 |
| Inferred | 36.6 | 2.08 | 761.4 |
| **Total** | **90.6** | **1.96** | **1,777.2** |

*Note: The figures do not imply precision and may not total due to rounding.*

A pre-feasibility study commenced in mid 2012 to determine the optimal processing option, to carry out detailed metallurgical testing and to commence baseline environmental fieldwork in the areas identified for waste rock dumping and tailings storage. The results of the pre-feasibility study recommended that two possible ore processing methods be taken through to definitive feasibility study level. Generally, the two methods will involve the copper containing minerals being recovered by flotation and the concentrate being subjected to ferric and acid leaching to produce an electrolytic solution from which copper cathodes will be produced by electrowinning methods, with slight modifications. SRK has flagged certain inadequacies in this pre-feasibility study mainly relating to infrastructural aspects which Kinsenda Sarl is addressing. Kinsenda Sarl has taken on board SRK's recommendations and has incorporated plans to work on the infrastructural aspects of this project in 2013 and 2014. Kinsenda Sarl is currently undertaking the work required to advance the Lubembe Project to a feasibility study level of confidence and has already spent US$4.0 million on exploration at the Lubembe Project. The budget for the compilation of the feasibility study is a further amount of US$9.0 million, split into US$3.0 million and US$6.0 million to be spent in 2014 and 2015 respectively. The estimated capital expenditure for the project is likely to be financed by external third party bank loans and equity.

As at 30 June 2013, no employees were engaged at the Lubembe Project. The project managers of the Lubembe Project are based at Metorex's headquarters in South Africa.

**MUSONOI EST PROJECT**

The Musonoi Est Project is held by Ruashi Mining and is located in the DRC, on the outskirts of the mining town of Kolwezi. The Musonoi Est Project is a greenfields copper/cobalt prospect.




*Source: Competent Person's Report (figure 6.2)*

The project area covers the Dilala Syncline which has been extensively drilled by the Metorex Group since 2006. The Musonoi Est Project is located within the area for which mining licence PE13083 has been issued and which is held by Ruashi Mining. No Mineral Reserve has as yet been declared for the Musonoi Est Project.

The Mineral Resources estimates for the Musonoi Est Project as at 30 June 2013 are set out in the table below:

| | Mineral Resources *(at 1.6% Cu Cut-off grade)* | | | | |
|---|---|---|---|---|---|
| | Tonnage | Grade | | Contained Metals | |
| Classification | (Mt) | (% Cu) | (% Co) | (kt Cu) | (kt Co) |
| **Oxide Material** | | | | | |
| Measured | 3.8 | 3.17 | 1.02 | 120.0 | 38.6 |
| Indicated | 1.3 | 1.72 | 0.84 | 22.8 | 11.1 |
| Inferred | 0.2 | 2.14 | 0.47 | 5.3 | 1.2 |
| **Total Oxide** | **5.4** | **2.76** | **0.95** | **148.1** | **50.9** |
| **Mixed + Sulphide Material** | | | | | |
| Measured | 9.2 | 3.32 | 0.87 | 304.3 | 80.3 |
| Indicated | 12.6 | 2.43 | 0.92 | 305.5 | 116.1 |
| Inferred | 4.5 | 2.54 | 0.89 | 115.3 | 40.2 |
| **Total Mixed + Sulphide** | **26.3** | **2.76** | **0.90** | **725.1** | **236.6** |
| **Oxide + Sulphide Material** | | | | | |
| Measured | 13.0 | 3.27 | 0.92 | 424.4 | 118.9 |
| Indicated | 13.9 | 2.36 | 0.92 | 328.2 | 127.2 |
| Inferred | 4.8 | 2.52 | 0.87 | 120.6 | 41.4 |
| **Total** | **31.7** | **2.76** | **0.91** | **873.2** | **287.6** |

*Source: Competent Person's Report*

During 2010, Ruashi Mining completed a pre-feasibility study to evaluate the economic viability of establishing an underground mine at the Musonoi Est Project with mineral processing to recover copper and cobalt in concentrate via a differential flotation plant. This study recommended the optimal extraction rate for the mine as 70 ktpm run-of-mine, which would support ten years of mining operations. Due to the high off-mine costs associated with transport and treatment of copper and cobalt concentrates, it was recommended that a bulk copper/cobalt concentrate would be produced through a flotation plant which will then be further processed to final copper and cobalt products through a roaster and leach SX-EW plant located within the DRC. Metorex has indicated that the copper concentrate produced at the Musonoi Est Project could be transported to the Ruashi Mine for treatment. The Musonoi Est Project Mineral Resources is likely to be mined using the long hole open stoping and sub-level open stoping methods.

As at 30 June 2013, no employees were engaged at the Musonoi Est Project. The project managers of the Musonoi Est Project are based at Metorex's headquarters in South Africa.

Metorex has appointed an independent third party to complete a definitive feasibility study in respect of the Musonoi Est Project which is presently underway. To date, only Mineral Resources have been declared on the Musonoi Est Project. The feasibility study which will undertake the necessary mine

planning, engineering design and costing, metallurgical testwork, environmental studies and tailings design, necessary for the full evaluation of the project including the applicable modifying factors to enable the conversion of Mineral Resources to Mineral Reserves is expected to be completed in 2014. Ruashi Mining's budget for the compilation of the feasibility study for the Musonoi Est Project is a total of US$6.8 million, divided as US$2.7 million for the second half of 2013 and US$4.1 million for 2014. A total of US$1.8 million had already been spent in 2012 and the first half of 2013.

### Headquarters in South Africa

Metorex is headquartered in South Africa and through its headquarters in Johannesburg which is managed by 43 employees and 4 casual and contract workers as at 30 June 2013 provides management and technical services to the Metorex Group. As part of its strategy to improve productivity and efficiency in all parts of its operations, Metorex Commercial Services was established in 2011 as the start of a full-fledged shared services function within the Metorex Group. The main objective of Metorex Commercial Services is to provide the resource flexibility within the group to address administrative areas such as procurement, supply chain, accounts payable, receivables, project commercial management, treasury, logistics and consolidation, and the accounting and reporting of the Metorex Group. Metorex seeks to capitalise on the efficiencies and economies of scale through this centralised, standardised and systematic approach for shared services driven by Metorex Commercial Services.

## SUSTAINABLE DEVELOPMENT

Metorex continues to implement SHEC policies and management plans that guide safety, health, environment and community performance across the Metorex Group. The SHEC subcommittee of the board of Metorex meets quarterly to review SHEC performance reports from the various operations. Information considered includes the number and nature of incidents, serious potential incidents, hazards identified, risk assessments, occupational health trends, consumption of resources, community initiatives and stakeholder concerns raised at the Metorex Group and at operational level. Based upon this input as well as the guidance provided by the policies of Metorex Group, the SHEC subcommittee provides strategic guidance to the operations, works to share and standardise best practice across operations, and provides feedback to the board of Metorex.

During the 18 month period ended 31 December 2010, the year ended 31 December 2011, the year ended 31 December 2012 and the six months ended 30 June 2013, no money was paid by the Metorex Group or its operations in fines or penalties resulting from transgressions related to environmental, community or occupational health and safety matters. No legal action was brought against the Metorex Group in this regard.

Metorex's total cost incurred for the implementation of its environment, safety, occupational health and community and social initiatives were nil, US$6.3 million, US$1.9 million and US$2.2 million for the 18 month period ended 31 December 2010, the year ended 31 December 2011, the year ended 31 December 2012 and the six months ended 30 June 2013, respectively.

*Environment*

Metorex is committed to conduct its operations in a manner that complies with environmental laws and regulations and continually monitors its environmental performance to minimise its impact on the environment. Metorex has integrated environmental management considerations into its overall management practices throughout the Metorex Group. In order to minimise any damage to the environment caused by its operations, Metorex includes environmental considerations into its project planning, implements pollution control and remediation recommendations from internal and external sources, monitors the effects of mining on mining areas, undertakes rehabilitation concurrent with mining operations where possible, and compiles rehabilitation and closure plans. Metorex conducts environmental impact assessments ("**EIAs**"), compiles environmental management plans ("**EMPs**") and undertakes required environmental audits in order to comply with the environmental laws of the countries in which the Metorex Group has operations. In addition, the Metorex Group is required to comply with the Equator Principles and the International Finance Corporation's performance standards on mines where capital funding is provided by signatory banks. Equator Principles compliant management plans are compiled in this regard, and annual audits are undertaken at relevant operations by external parties. These principles are also used as a best practice guideline for all Metorex Group operations. All EIAs and EMPs are compiled by independent consultants.

Mining and ore processing operations inherently disturb the land surface and have the potential to cause air pollution through dust and emissions and water pollution, which requires management in order to minimise and address the impacts thereof. The key environmental and social challenges of the Metorex Group are (i) the management of ground surface water pollution sources; and (ii) the proximity of the surrounding communities to the mines which presents socio-economic, health, and safety risks that require continual management. For further details of these environmental and social challenges of the Metorex Group, please refer to section 9.2.15 of the Competent Person's Report set out in Appendix V to this circular.

To address these challenges, Metorex has appointed a group environmental consultant at its head office in Johannesburg as well as environmental management staff on all operating mines which appointments are expected to augment the current resource capabilities and provide additional momentum to its continually improving social and environmental management performance. In addition, Metorex has implemented an electronic SHEC system which has resulted in an increase in the reporting of environmental incidents and has allowed the mines to identify the most common causes of such incidents. Metorex intends to obtain certification to ISO14001, the international standard for environmental management systems at its operating mines by the end of 2014.

Essential environmental monitoring, e.g. the daily pH sampling undertaken at the Ruashi Mine, is indicated on electronic system dashboards, and the data is then available to all managers on site, as well as at Metorex's head office in Johannesburg. Each site also operates an environmental plan which includes surface water, groundwater and air quality monitoring forms part of this at each site. Metorex collects the necessary data to ensure that all controlled effluent discharge remains within discharge permit limits. Water quality monitoring measures pH, conductivity, temperature, total dissolved solids as well as the levels of specific dissolved metals as required by legislation. Sampling and analysis is done by the on-site laboratories and verified selectively at off-site facilities. Metorex is committed to performing its mining and exploration activities in an environmentally conscious manner and returning the environment to a state as required under applicable laws and engages in several environmental and community management projects, including resettlement action plans, re-vegetation efforts and mitigation of dust dispersion.

The Metorex Group has obtained all material environmental permits and approvals to conduct its business, and its mining and production facilities, operation, processes and equipment and is in compliance with relevant national environmental and safety standards.

*Rehabilitation*

Metorex provides funds for the eventual closure and rehabilitation of its mines. In accordance with the relevant national regulatory requirements these calculations are based on different methodologies and are compiled by external consultants. Full provision of the rehabilitation expenses is made based on the net present value of the estimated cost of restoring the environmental disturbance that had occurred up to the end of the relevant year. Increases due to additional environmental disturbances are capitalised and amortised over the remaining lives of the mines. Annual increases in the provisions relating to the change in the net present value of the provision and inflationary increases are reflected as profit or loss. The estimated cost of rehabilitation is reviewed annually and adjusted as appropriate for changes in legislation or technology. Metorex has not implemented a specific funding plan for potential increased costs due to ongoing water treatment after mine closure at its operations. In the event that the annual reviews of the closure estimates identify increased ongoing water treatment after mine closure as a cost which needs to be provided for, such costs would be included in the closure cost estimate and the necessary adjustment made to the financial provision. Funding of such potential increase in costs would be included by Metorex in the overall funding plan for the operations, as required.

Due to the inherent need to carry out water treatment work upon the closure of mines to address the surface water or underground water contamination issues that are caused by mining activities. Metorex has a group-wide provision for post-closure water treatment in the amount of approximately US$5 million. In SRK's experience, this figure is likely to be considerably more, particularly considering the potential water-related issues for the Ruashi Mine, the Chibuluma South Mine and the Kinsenda Project. In the absence of any proper evaluation of the extent and severity of water to be treated, SRK has agreed with Metorex to increase this provision for post-closure water treatment by US$20 million to US$25 million for the Metorex Group and this has been accepted for evaluation purposes. Of the additional US$20 million provision, US$10 million was allocated to Ruashi Mining, US$5 million to Chibuluma plc and US$5 million to Kinsenda Sarl.

*Safety*

Metorex believes that employees are an integral part of its operations and consider injuries to its employees as a threat to its reputation and success. Metorex is focused on ensuring that all employees and contractors accept as their shared responsibility that zero harm and loss is a priority when performing all work-related activities so that no one is hurt or harmed, and no ill health is caused because of an individual's work and exposure to conditions or toxins. To achieve this target, Metorex has set minimum standards and requirements for safety measures to be implemented at each mine. Metorex believes that it is essential that all employees and contractors believe that all loss is preventable and accept responsibility for their personal safety and the safety of others. No fatalities occurred at the Metorex Group operations during 2010, 2011 and 2012. Since 1 January 2013 up to the Latest Practicable Date, one fatality had occurred at the Ruashi Mine in March 2013 – an employee of African Mechanical Superlift Limited, the construction contractor commissioned by Ruashi Mining for the construction of the ASFDs. The fatality was caused by contractor employee's negligence in operation and non-compliance with relevant rules and procedures. Metorex stopped construction of the ASFDs for three weeks to ensure that the safety condition of the site had been improved and the safety standard is at an acceptable level. Neither Metorex nor Ruashi Mining are subject to any liabilities in relation to such fatality.

The table below sets out, among others, information regarding the number of lost time injuries (i.e. any injuries that have resulted in the employee being unable to return to his normal duties at work within 24 hours of the incident) ("**LTIs**") sustained at the Metorex Group's operations for the year 2010, 2011 and 2012 and the six months ended 30 June 2013:

| Year | Number of LTIs | LTI frequency rate (calculated based on the accidents per million man hours worked) |
|---|---|---|
| 2010 | 16 | 1.8 |
| 2011 | 12 | 1.3 |
| 2012 | 11 | 1.5 |
| 1H2013 | 4 | 1.0 |

*Source: Competent Person's Report*

*Note:*

1. *The number of LTIs and LTI frequency rate do not include fatalities.*

The above table shows that there has been an overall improving trend in terms of the number of LTIs from 2010 to the first half of 2013. In particular, the Kinsenda Project has reported no non-lost time inquiries and no lost days due to accidents (being the injured person not being able to return to work) during the first half of 2013.

As these compensation claims have been settled by Metorex Group or covered by insurance maintained by the Metorex Group, Metorex is not subject to any outstanding liabilities in respect of the LTIs sustained at its operations for 2010, 2011 and 2012 and the six months ended 30 June 2013. Metorex is of the view that its LTI frequency rate during these periods is satisfactory compared with the safety records of other mining companies in the DRC and Zambia.

In order to avoid future accidents, Metorex has been improving and will continue to improve its safety procedures and condition, including additional training for its employees and contractor's employees, better workplace safety facilities and personal protection equipment. In particular, the electronic SHEC system which has been implemented by Metorex has brought about improvements in incident reporting, investigation, the reporting of hazards and the reduction of the number of LTIs sustained at the Metorex Group's operations. The system allows for the inclusion of actions required to repair and remediate incident causes as well as the assignment of actions for the prevention of repeat incidents. A full audit trail of incidents, hazards and actions are available in the system. The system is also used by the Ruashi Mine's mining contractors. Metorex believes that this SHEC system will enable improvements in incident investigation as well as rectifying the causes of incidents and hazard identification. Metorex also has policies and programmes in place to ensure compliance with applicable laws and to track and improve overall safety performance, including the Metorex Group Safe Production Rules. Metorex has a number of safety-related training programs for its employees, including a training program regarding the Metorex Group Safe Production Rules to ensure that its employees fully understand these rules to ensure compliance.

As a testament to Metorex's effective safety policies, the Chibuluma South Mine was awarded first position in the occupational health and safety category and second positions in the environmental, corporate social responsibility as well as employer of the year category for 2011 at the annual Zambian Federation of Employers award ceremony held in Lusaka.

For further details of the safety policies, performance and issues of the Metorex Group, please refer to section 3.15.1 of the Competent Person's Report set out in Appendix V to this circular.

*Occupational Health*

Metorex is committed to providing a healthy workplace for its employees by progressively identifying, mitigating and where possible eliminating occupational health exposures. Wherever such exposures cannot be eliminated, the use of personal protective equipment is strictly enforced. In addition regular, scheduled medical examinations are conducted of each employee and long-term contractors at appropriately equipped occupational health centres. This surveillance programme forms the mainstay of the Metorex operations occupational health efforts by ensuring regular screening, appropriate work placement, early detection and the prompt referral of occupational diseases. Although the number of malaria cases decreased year on year, malaria remains the major cause of sick leave. Metorex has responded to this by implementing a mosquito control program by supplying mosquito nets and mosquito repellant to workers. A group-wide occupational medical surveillance audit and base line risk assessment was also conducted by an independent consultant, and action plans have been put in place to address the findings of the report.

*Communities and CSI*

In the countries in which the Metorex Group operates, there is increasing pressure by civil, social and the foreign community on mining companies to be more accountable for and transparent about their actions in the communities within which they operate. This requires Metorex to look beyond immediate profitability and production challenges by contributing to socio-economic development in a manner that can leave a lasting legacy. CSI projects are selected, supported and evaluated for the greatest positive impact, at every operation of Metorex. The Metorex Group is involved in CSI projects in the areas of education, health, infrastructure, potable water and power. These projects, which are coordinated by a committee on which the mine, mayoral office, water and electricity utilities and local community leaders are represented, are continuing. The main CSI projects of Metorex includes: the electrification of 1,000 residences in the Kawama, Zambia and Luwowoshi areas within the Ruashi Township together with the upgrade of 16 historic sub-stations to improve overall supply to the Ruashi Township, construction of dormitory at Hodari School in the Ruashi area, construction and rehabilitation of ONESS School (nursing school in the Ruashi area), clean-up of water trenches in the Ruashi area, repairing of roads in the Ruashi town, construction of classrooms and provision of books to Milemu School near the Chibuluma South Mine and recruitment of local full-time/casual posts in the villages near the Chibuluma South Mine.

Metorex implements resettlement action plans from time to time to ensure that the communities where its operations are located are not adversely impacted.

*Stakeholder engagement*

Metorex believes that open stakeholder engagement is an essential component of working in a sustainable manner. It is committed to engaging and working with all interested and affected parties with a view to achieving legitimate sustainable solutions. The mining operations consult regularly with local communities through meetings with community leaders and representatives. A number of community meetings and focus groups have been undertaken.

## EMPLOYEES

As at 30 June 2013, Metorex had 2,266 full-time employees, of whom 58 were expatriates. The following table provides a breakdown of the full-time employees directly employed by the Metorex Group as at 30 June 2013.

| Functions | Number of employees |
|---|---|
| Mining | 446 |
| Processing | 657 |
| Engineering | 446 |
| Site support | 634 |
| Exploration | 23 |
| Projects | 36 |
| Management | 24 |
| **Total:** | **2,266** |

The Metorex Group's local DRC and Zambian employees are employed under employment contracts negotiated between the respective subsidiaries of Metorex and local labour unions in the DRC and Zambia which sets out, among other things, the employee's responsibilities, remuneration, benefits and grounds for termination of employment.

### Employee Remuneration Policy

The remuneration package offered by the Metorex Group to its employees typically includes basic salary and bonus. In determining an employee's remuneration package, the Metorex Group will take into account factors such as market practices, benchmark data and employment regulations and will also consider the employee's qualification and relevant experience. The wages of its local employees in the DRC and Zambia have been negotiated with trade unions.

Annual remuneration reviews are conducted based on individual performance and economic indicators like consumer price index.

The Metorex Group also provides other benefits to its employees, including free medical care, housing allowances, meal subsidies and transportation subsidies.

### Employee Retirement Benefits and Pension Scheme

The Metorex Group maintains employee retirement benefits and pension schemes for its employees as required by relevant laws in which it conducts its operations, as applicable. The Metorex Group has not experienced any default in making such payments nor received penalties from the relevant authorities for a violation of the social security regulations.

### Collective Agreements

A substantial portion of Metorex's employees are members of trade unions.

Ruashi Mining entered into a collective agreement in June 2009 with UPS Union Pour La Paix Social, Garantie Sociale des Travailleurs (Social Guarantee of Workers), Confédération Syndicale du Congo (Trade Union Confederation of Congo), SLC Syndicate Libre du Congo and CTP Consience Des Travailleurs et Paysance du Congo in respect of its employees. This collective agreement is for an unlimited duration but is subject to a review process every two years.

Kinsenda Sarl entered into a collective agreement on 29 June 2011 with certain trade unions in the DRC, namely Confédération Syndicale du Congo (Trade Union Confederation of Congo), Union National des Travailleurs du Congo (National Union of Workers of Congo) and Garantie Sociale des Travailleurs (Social Guarantee of Workers) in respect of its employees. This collective agreement is for an unlimited duration but is subject to a review process every two years.

Chibuluma plc entered into a collective agreement on 9 January 2013 with the Mineworker's Union of Zambia and Zambia Union of Nurses Organisation in respect of its employees. This collective agreement is for the duration of one year and covers the period from 1 January 2013 to 31 December 2013.

These agreements primarily cover employees' responsibilities, remuneration, benefits and grounds for termination of employment and should be interpreted in conjunction with the individual employment contracts signed between each of the subsidiaries of the Metorex Group and its employees.

Each of Ruashi Mining, Kinsenda Sarl and Chibuluma plc plans to commence negotiating with these labour unions about the renewal and review of these collective agreements before they expire or are subject to review. There has been no disturbance or disputes in connection with the negotiations of these collective agreements in the past. However, there can be no assurance that the trade unions and the workers would not engage in prolonged work stoppages concurrently with their re-negotiations with the respective subsidiaries of Metorex, which could result in labour disputes or disturbances (including civil disturbances or riots). Please refer to the section headed "Risk Factors – Labour disputes, conflicts and disruptions may lead to suspensions of mining and processing operations, which could materially and adversely affect the Target Group's productivity and business" of this circular for more details.

## NO MATERIAL ADVERSE CHANGE

No material adverse changes have occurred from the effective date of the Competent Person's Report being 30 June 2013 up to the Latest Practicable Date. SRK has confirmed that no material changes have occurred from the effective date of the Competent Person's Report, being 30 June 2013, up to the Latest Practicable Date that could adversely affect the Mineral Resources and Mineral Reserves statements or the values for the mineral assets contained in the Competent Person's Report and the Valuation Report respectively.

## III. ONGOING TRANSACTIONS THAT WILL BECOME CONTINUING CONNECTED TRANSACTIONS UPON COMPLETION

Upon the Completion of the Acquisition, the existing agreements and arrangements between (1) Ruashi Mining and Jinchuan Group (or its subsidiary, Lanzhou Jinchuan); and (2) certain non-wholly owned subsidiaries of Metorex and the minority shareholders of such subsidiaries would become continuing connected transactions of the Enlarged Group pursuant to Rule 14A.41 of the Listing Rules. Such existing agreements and arrangements are described below:

### (1) Cobalt Off-take Agreement between Ruashi Mining and Jinchuan Group/Lanzhou Jinchuan

Ruashi Mining had entered into an off-take agreement for cobalt carbonate and/or cobalt hydroxide (the "**Cobalt Off-take Agreement**") with Jinchuan Group in August 2007 pursuant to which Ruashi Mining agreed to sell and Jinchuan Group agreed to purchase all cobalt carbonate and/or cobalt hydroxide to be produced by Ruashi Mining during the life of the Ruashi Mine. The parties agreed that the terms of the Cobalt Off-take Agreement including minimum/maximum tonnages will be reviewed and agreed by the parties every three years. At that time, Jinchuan Group and the Metorex Group had no shareholding relationship and Jinchuan Group entered into such a long term agreement for the purpose of securing a long term steady and exclusive supply of cobalt carbonate and/or cobalt hydroxide from a quality mine. The pricing mechanism under the Cobalt Off-take Agreement was negotiated between the parties at arm's length and was tied to the cobalt base price published by the Metal Bulletin from time to time. The parties agreed that the maximum tonnage of supplies by Ruashi Mining to Jinchuan Group under the Cobalt Off-take Agreement was to be 5,000 t of contained cobalt metal per year, with a minimum supply of 340 t of contained cobalt metal per month. Jinchuan Group has been the only off-taker of cobalt metals from the Ruashi Mine since it commenced commercial production in 2009.

Since August 2007, several amendments were made to the commercial terms of the Cobalt Off-take Agreement. Since July 2011, Lanzhou Jinchuan (a company indirectly owned as to approximately 99% by Jinchuan Group) has been taking deliveries of contained cobalt metals from Ruashi Mining pursuant to the Cobalt Off-take Agreement (as amended). Such arrangements have been formalised by the parties agreeing to enter into a novation agreement to novate the rights and obligations of Jinchuan Group under the Cobalt Off-take Agreement (as amended) to Lanzhou Jinchuan with effect from July 2011. The implementation of such novation of rights under the Cobalt Off-take Agreement had been undertaken in connection with Jinchuan Group's decision to integrate or consolidate all of its cobalt assets into Lanzhou Jinchuan. The terms of the Cobalt Off-take Agreement under which the parties are operating and which the parties have also agreed to formalise are as follows:

(i) the duration of the amended terms of the Cobalt Off-take Agreement will be until 31 December 2015 and upon the expiry such period, Lanzhou Jinchuan and Ruashi Mining should review and agree the new terms of the Cobalt Off-take Agreement for the next duration of three years;

(ii) the supply of contained cobalt metal under the Cobalt Off-take Agreement during the above period is priced at a basis price multiplied by a basis coefficient:

(a) the basis price is tied to the monthly average price of the low quotation for low grade cobalt in the free market as published on the Metal Bulletin from time to time, subject to an adjustment mechanism should such monthly average price reduce below US$8/lb or increase above US$20/lb; and

(b) the basis coefficient is 69.5% subject to an adjustment schedule based on the moisture content, percentage of cobalt content and the impurity element content in the metals.

The historical supply volumes and purchase amounts under the Cobalt Off-take Agreement for the periods indicated below were as follows:

| | **18 months ended 31 December 2010** | | **Year ended 31 December 2011** | | **Year ended 31 December 2012** | | **Six months ended 30 June 2013** | |
|---|---|---|---|---|---|---|---|---|
| | *(US$ million)* | *(t)* | *(US$ million)* | *(t)* | *(US$ million)* | *(t)* | *(US$ million)* | *(t)* |
| **Supply of cobalt hydroxide** | 135.2 | 4,934 | 95.4 | 3,952 | 54.4 | 3,202 | 24.6 | 1,462 |

In March 2008, in order to assist Ruashi Mining with the production of contained cobalt metals, Jinchuan Group provided a pre-offtake financing for Jinchuan Group's purchase of contained cobalt metals under the Cobalt Off-take Agreement in the amount of US$20 million. The interest on the prepayment is charged at a fixed annual rate of 4.68%. Ruashi Mining has been servicing the prepayment plus accrued interest by offsetting the purchase consideration payable by Lanzhou Jinchuan for the supply of contained cobalt metals and the pre-offtake financing has been reduced to US$1.3 million as of 30 June 2013. As such the financing support arrangement is tied to the Cobalt Off-take Agreement under which Lanzhou Jinchuan is a customer, the claims that Lanzhou Jinchuan may have over the remaining prepayment amount is subordinated to the claims of the project financier, Standard Bank, who provided project financing to the Ruashi Mine project.

In view of the annual maximum tonnage for the supply of contained cobalt metals provided under the Cobalt Off-take Agreement (as amended) and the historical data of cobalt basis price published by the Metal Bulletin from time to time, the annual cap for the purchase amounts, based on the maximum annual supply volume contracted for, under the Cobalt Off-take Agreement for the years ending 31 December 2013, 31 December 2014 and 31 December 2015, respectively, will be as follows:

| | **Year ending 31 December 2013** | | **Year ending 31 December 2014** | | **Year ending 31 December 2015** | |
|---|---|---|---|---|---|---|
| | *(US$ million)* | *(t)* | *(US$ million)* | *(t)* | *(US$ million)* | *(t)* |
| **Supply of cobalt hydroxide** | 102.0 | 5,000 | 112.3 | 5,000 | 112.3 | 5,000 |

Under the Cobalt Off-take Agreement, the parties could discuss the supply of contained cobalt metals that exceed this annual maximum of 5,000 t if the production of contained cobalt metals at the Ruashi Mine exceeds such amount.

Upon Completion, Ruashi Mining will become a non-wholly owned subsidiary of the Company. As Jinchuan Group is the controlling shareholder of the Company and hence a connected person of the Company, immediately after Completion, the continuing transactions under the Cobalt Off-take Agreement (as amended) between Lanzhou Jinchuan will become continuing connected transactions of the Company under Chapter 14A of the Listing Rules. The Company will comply with the relevant requirements of the Listing Rules if there is any change to the terms of the Cobalt Off-take Agreement or the parties extend the duration of the supply of contained cobalt metals thereunder for a further period of three years when the current period expires on 31 December 2015.

**(2) Arrangements between certain subsidiaries of Metorex and the minority shareholders of such subsidiaries**

***Payment of management fees by Chibuluma plc to ZCCM***

Chibuluma plc had entered into a management agreement with Metorex and ZCCM on 29 September 1997 (the "**Management Agreement**") pursuant to which Chibuluma plc agreed to appoint Metorex as its manager. Metorex is required to manage the business of Chibuluma plc and subject to the provisions in the agreement, undertake all necessary actions that may ordinarily or reasonably be required of, or associated with, the conduct of the business undertaking and the objects generally of Chibuluma plc. The Management Agreement will remain in force on a continuous basis until the closure of Chibuluma plc's mines or the termination of the Management Agreement in accordance with the provisions thereunder or twelve months written notice of termination is given by either party to the other. Chibuluma plc is planning on mining the Chifupu deposit simultaneously with the Chibuluma South Mine going forward. The Mineral Reserves of the Chibuluma South Mine and the Chifupu deposit as at 30 June 2013 support mining operations up to 2019.

The Management Agreement provides that ZCCM, as a part owner of Chibuluma plc and the previous owner of Chibuluma mine, is entitled to a portion of the management fees payable by Chibuluma plc for so long ZCCM holds 10% or more interest in Chibuluma plc. In consideration for the performance and execution of the services under the Management Agreement, Chibuluma plc should pay an amount of US$3.75 per tonne of ore mined exclusive of value added tax, monthly in arrears within 30 days of the last day of each month. This fee is split in the ratio of 15% payable to ZCCM and 85% payable to Metorex. The fee is required to be adjusted in proportion to the percentage shareholding in Chibuluma plc held by ZCCM from time to time. If the holding of ZCCM in Chibuluma plc falls below 10%, ZCCM will no longer be entitled to receive such fee. There are no specific obligations placed on ZCCM under the Management Agreement. ZCCM has no rights under the Management Agreement save for its right to receive the aforementioned management fees.

Upon Completion, Chibuluma plc will become a non-wholly owned subsidiary of the Company. As ZCCM currently holds 15% interest in Chibuluma plc, ZCCM will become a connected person of the Company under Rule 14A.11(1) of the Listing Rules. Therefore, immediately after Completion, the continuing transactions under the Management Agreement which require the payment of part of the management fees by Chibuluma plc to ZCCM will become continuing connected transactions of the Company under Chapter 14A of the Listing Rules.

The historical management fees paid by Chibuluma plc to ZCCM for the periods indicated below were as follows:

| | **18 months ended 31 December 2010** *(US$)* | **Year ended 31 December 2011** *(US$)* | **Year ended 31 December 2012** *(US$)* | **Six months ended 30 June 2013** *(US$)* |
|---|---|---|---|---|
| **Management fees paid to ZCCM**[(Note)] | 331,000 | 371,000 | 371,000 | 191,388 |

*Note: The amount of management fees paid to ZCCM includes the withholding tax of 15% paid directly to the Zambia Revenue Authority.*

## PRINCIPAL STRENGTHS

### 1. The Enlarged Group will be a major international base metals mining group with large, high quality resources and reserves

Metorex is a copper focused mining company with significant copper and cobalt reserves and resources. It currently operates two operating copper mines and holds a portfolio of highly attractive development and advanced stage exploration projects. It produced 44.9 kt of copper and 3.0 kt of cobalt in 2012. As at 30 June 2013, it has SAMREC-compliant total Mineral Reserves of approximately 744 kt of contained copper metal (22.5 Mt at 3.30% Cu) and 59 kt of contained cobalt metal (22.5 Mt at 0.26% Co) and Mineral Resources (inclusive of Mineral Reserves) of approximately 4,736 kt of contained copper metal (182.3 Mt at 2.04% Cu) and 389 kt of contained cobalt metal (182.3 Mt at 0.21% Co). Through its acquisition of the Metorex Group's portfolio of diversified mineral assets focused on copper, the Enlarged Group will be an important international base metals mining group with scalable, high quality resources and reserves. It will be able to capitalise the growth in global demand for copper and benefit from a favourable copper market outlook.

### 2. High grade projects with competitive cost structures

The Enlarged Group will own and operate some of the highest grade copper projects in the world. Mineral Resources at the Chibuluma South Mine and the Ruashi Mine have average grades of 3.58% copper and 2.18% copper, respectively. The Kinsenda Project is one of the world's highest grade copper deposits, with Mineral Resources grade averaging 5.51% copper. In addition, the advanced stage exploration projects also benefit from relatively high grade Mineral Resources with average copper grades ranging between 1.96% and 2.90%.

**Cu grade of the Metorex Group's projects Mineral Reserves compared to Cu grade of top 10 global copper mines (by production) reserves/resources**




| Country | DRC | Zambia | DRC | Russia | Indonesia | Peru | Chile | Chile | Chile | Chile | Chile | Chile | US |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Operator[2] | Metorex | Metorex | Metorex | Norilsk Nickel | Freeport | BHP, Teck, Xstrata, Mitsubishi[4] | Codelco | Codelco | BHP | Anglo, Xstrata, Mitsui, Nippon[4] | Codelco | Antofagasta | Freeport |

*Source: ICSG, annual reports and public information of respective companies, Competent Person's Report*

*Notes: (1) Grade for resources which is inclusive of reserves*

*(2) Reserves and resources for global top 10 producing copper mines are not SAMREC-compliant and are based on publicly available information which may not be comparable as the same time horizon as the information of the Metorex Group as at 30 June 2013*

*(3) Includes Chuquicamata, Radomiro Tomic, Mina Ministro Hales projects*

*(4) Jointly operated*

The higher grade deposits combined with operational efficiency at the Chibuluma South Mine and the Ruashi Mine provide Metorex with a competitive cost structure. The operating cost per tonne of copper produced at the Chibuluma South Mine and the Ruashi Mine in 2012 averaged approximately US$3,887/t and US$4,146/t (after cobalt credits in respect of the Ruashi Mine) of copper produced, and in the first half of 2013 averaged approximately US$3,594/t and US$5,249/t (after cobalt credits in respect of the Ruashi Mine) of copper produced, respectively. This is significantly lower than the average 2012 LME copper price of approximately US$7,958/t and the average first half 2013 LME copper price of approximately US$7,543/t, respectively.

**3. A strong growth profile supported by an attractive pipeline of development and advanced stage exploration projects**

The Enlarged Group will control a diversified portfolio of mineral assets with two operating mines, a development project and two advanced stage exploration projects. Through its operating mines, the Ruashi Mine and the Chibuluma South Mine, the Enlarged Group is expected to derive a steady stream of income and cash flows which can be reinvested into its development and advanced stage exploration projects.

The Kinsenda Project is one of the world's highest grade copper deposits, with total Mineral Resources of 21.0 Mt at 5.51% copper grade. Upon commissioning, the Kinsenda Project is expected to produce, on average, approximately 24 ktpa of copper. Development and capital expenditures for the Kinsenda Project have been approved and the project is expected to be in operation by 2015. The Lubembe Project and the Musonoi Est Project are both advanced stage exploration projects. An extensive exploration program has also been undertaken at the Chifupu deposit which is located close to the Chibuluma South Mine. If developed, it is expected to be able to support the mining operations of the entire Chibuluma complex (including the Chifupu deposit) until 2019. It should be noted that there was some 1.2 Mt of material included in the LoM plan, 0.7 Mt and 0.5 Mt from the Chibuluma South Mine and the Chifupu deposit, respectively, which was removed from the Mineral Reserves as SRK downgraded the resource classification of this material. If included, this would extend the LoM for the Chibuluma South Mine and the Chifupu deposit by approximately two years and Chibuluma plc plans to undertake the necessary work to potentially upgrade these resources.

The Company believes that the diversified portfolio of mineral assets of the Enlarged Group will allow it to deliver consistency in performance but yet position it for long term organic growth.

**4. Strategic footprint in the Central African copperbelt**

All of the Metorex Group's mining projects are located in the DRC and Zambia in the Central African copperbelt, which hosts some of the world's largest copper and cobalt deposits, containing over a tenth of the world's copper mineral reserves and a third of the world's cobalt mineral reserves. The grades of the copper deposits generally found within the Central African copperbelt range from 1.0% to 4.0% and grades of 7.0% to 8.0% have been recorded in some instances according to "The Democratic Republic of Congo and Zambia: A Growing Global 'Hotspot' for Copper-Cobalt Mineral Investment and Exploration" published on 6th Southern Africa Base Metals Conference 2011, which is significantly higher than the average grade of global copper deposits in the range of 0.2% to 2%, according to British Geological Survey. The abundant and high grade mineral resources in the DRC and Zambia have attracted numerous international mining conglomerates, such as Glencore, First Quantum, Minmetals and Freeport McMoran to establish a mining presence in this region. The DRC and Zambia are likely to remain attractive destinations for the Enlarged Group going forward.

The Company believes that its strategic footprint in the Central African copperbelt positions itself to identify value enhancing exploration, development and acquisition opportunities.

**5. The Company will be the flagship and listed international base metals platform of Jinchuan Group and is well positioned to leverage on its relationships, expertise and support**

The Enlarged Group's ultimate controlling shareholder, Jinchuan Group, founded in 1958, is a state-owned enterprise with its majority interest held by the People's Government of Gansu Province. Other minority shareholders include Baosteel Group Corporation and Taiyuan Iron & Steel (Group) Co., Ltd.. Jinchuan Group is a large-scale non-ferrous mining conglomerate, specializing in mining, concentrating, metallurgy, chemical engineering and further processing, with principal businesses in the production of nickel, copper, cobalt, platinum group metals, non-ferrous metal plates, chemical products and chemicals of non-ferrous metals. With the world's third largest mine of nickel sulphides associated with cobalt sulphides, Jinchuan Group is the fourth largest nickel producer and second largest cobalt producer in the world, the largest producer of nickel, cobalt and platinum group metals in the PRC and the third largest copper producer in the PRC. Jinchuan Group maintains an extensive marketing and distribution network through its seven regional offices in Shanghai, Beijing, Guangzhou, Wuhan, Lanzhou, Shenyang and Lhasa in the PRC and exports its products to customers in Japan, the United States of America, Southeast Asia and Europe.

As it seeks to expand its business internationally, the Enlarged Group will benefit from the strong support of Jinchuan Group as its listed international base metals platform, including but not limited to, Jinchuan Group's extensive marketing and distribution network in the PRC and globally, access to PRC banks for competitive financing and support from Jinchuan Group for future acquisition opportunities.

**6. A strong and experienced management team comprising of PRC and international professionals with a strong local workforce**

Experienced mining personnel with established industry experience are critical to the success of mining activities and operations. Upon completion of the Acquisition, the senior management team of Metorex will continue to be in charge of the day-to-day management and operational decisions of the Metorex Group. The senior management team of the Enlarged Group will comprise of existing senior management members of both the Group and the Metorex Group who possess significant experience and expertise in the various aspects of the mining business and operations of the Enlarged Group, including exploration, mine design and construction, mining, processing and sales and marketing of minerals. Many of these senior management members have had extensive on-the-ground mining related experience in the DRC and Zambia and possess the industry knowledge, skills and contact networks to successfully engage with local government bodies and other authorities. The combination of the senior management teams of the Group and the Metorex Group will result in a unique mix of PRC and international management qualifications and expertise in the senior management of the Enlarged Group.

The Enlarged Group will also benefit from Metorex's strong local workforce. A vast majority of the Metorex Group's employees are locally employed in the DRC and Zambia. This local workforce will provide the Enlarged Group with strong insights and an understanding of the local culture and provide the Enlarged Group with a competitive advantage over new entrants into the region. The Metorex Group regards its employees as its most important asset and is committed to enhancing the value contribution of its employees through various training initiatives covering technical and job specific expertise as well as knowledge of safety, health, environment and communities issues.

## STRATEGIES

The strategy of the Enlarged Group is to generate shareholder value by becoming one of the world's leading upstream base metals companies. The Enlarged Group will consider pursuing a number of strategic initiatives to achieve this long term objective, including:

### 1. Commit to excellence in operations, safety, environmental protection and community relations

The Enlarged Group will continue to place the highest priority on the health and safety of its workforce, the protection of its assets and the environment, and fostering close ties with the communities in which its operations are located as it recognizes that excellence in these areas are critical drivers for its continued success. To achieve excellence in these areas, Metorex will continue to implement and improve its SHEC policies and management plans that are currently in place to guide the safety, health, environment and community performance across the Metorex Group. Metorex Group's efforts in this regard have delivered marked improvement in safety performance with the Kinsenda Project having reported no non-lost time injury, no lost time injury and no lost days due to accidents (being injured person not able to return to work) for the six months ended 30 June 2013.

The Enlarged Group recognises that employees are an integral part of its operations and will continue to focus on ensuring that all employees and contractors accept as their shared responsibility that zero harm and loss is a priority when performing all work-related activities.

To ensure that its operations are in compliance with relevant environmental laws and regulations and to minimize damage caused to the environment, the Enlarged Group intends to continue integrating environmental management considerations into its overall management practices and conduct environmental impact studies, including the annual Equator Principle audit and internal audits on its assets.

The Enlarged Group has been dedicated in and intends to continue undertaking efforts to improve the living standards in communities where it conducts its operations and to manage existing and develop new relationships with such communities through stakeholder engagement and its corporate social investment projects. The main corporate social investment projects of Metorex include: the electrification of 1,000 residences in the Kawama, Zambia and Luwowoshi areas within the Ruashi Township together with the upgrade of 16 historic sub-stations to improve overall supply to the Ruashi Township, construction of dormitory and rehabilitation of local schools in Ruashi area and near the Chibuluma South Mine, clean-up of water trenches, repairs of roads in the Ruashi area, and recruitment of local full-time/casual posts in the villages near the Chibuluma South Mine.

## 2. Continue to optimize existing operations

The Enlarged Group aims to continue improving its current mining operational processes and implement new measures to increase efficiencies in its mining operations, including technical and labour efficiencies.

### (a) Increase efficiency

The Enlarged Group will continue to develop and undertake initiatives to reduce the cost of production at its projects and extend the mine-life of its existing operations. The Metorex Group has started to implement efficiency initiatives which include the recent commissioning of the $H_2SO_4/SO_2$ plant and the construction and commissioning of the ASFDs at the Ruashi Mine. The construction of the $H_2SO_4/SO_2$ plant has resulted in higher efficiencies of processing operations at the Ruashi Mine. Two ASFDs have been commissioned in July 2013 and the third ASFD has been commissioned in August 2013 to reduce moisture content in the cobalt hydroxide which will reduce transportation costs and increase prices received for its cobalt hydroxide. For further details of these initiatives, please refer to the sub-section headed "Information of the Target Group – Business of the Metorex Group – Ruashi Mine – Initiatives to improve efficiencies in mining and processing operations" in this circular. The Enlarged Group will also optimise its workforce selection system in order to attract qualified and experienced management and technical personnel in the mining industry and put in place the necessary management succession plans to ensure that the Enlarged Group maintains the skill sets necessary for carrying out its mining operations effectively for the longer term. The Enlarged Group will continuously improve its procurement and supply chain practices to reduce working capital requirements and to develop further strategies to optimize working capital.

### (b) Stabilise electricity supply

The Enlarged Group's projects in the DRC are faced with the challenge of an unreliable electricity supply. In an effort to improve the availability of power supplies at the Ruashi Mine, Ruashi Mining purchased seven diesel powered generators, which have been commissioned in August 2013. These generators will be capable of supplementing power with SNEL and will significantly reduce the possibility of disruptions in its mining operations. As an interim measure pending the commissioning of the seven new diesel power generators with a combined generation capacity of 15 MW, Ruashi Mining entered into a six month lease agreement for diesel powered generators with a combined generation capacity of 13 MW. Ruashi Mining plans to purchase these leased diesel powered generators during the second half of 2013 following the expiry of the lease term as an additional measure for the Ruashi Mine to reduce its reliance on power supplies from SNEL and Zambia and become fully self-sufficient in power supply and therefore minimising the negative impact on the mining operations when national grid power disruptions and/or reductions occur. The Chinese government through China Railway Group Limited and Sinohydro Corporation Limited, its state construction companies, had in 2007 committed US$6 billion in a resources-for-infrastructure deal for the nationwide construction of infrastructure including hydroelectric dams and electricity distribution networks in the DRC. The Enlarged Group believes that it stands to benefit from such investments made by the Chinese government in the DRC and plans to tap into such improved electricity infrastructure as an additional and reliable source of power for its mining operations.

**3. Develop the Kinsenda Project and its advanced stage exploration projects and evaluate an extension of the Ruashi Mine**

The Enlarged Group will push forward with the development of the Kinsenda Project and exploration program at the Lubembe Project, the Musonoi Est Project and the Chifupu project. Development and capital expenditures for the Kinsenda Project have been approved and the mine is expected to be in operation by 2015. Upon commissioning, Kinsenda is expected to produce, on average, approximately 24 ktpa of copper in concentrate.

The Enlarged Group will also focus its efforts on the viability of mining and processing the sulphide ores at the Ruashi Mine which would significantly extend the life of mine of the Ruashi Mine. The development of these projects will enable the Enlarged Group to unlock the value attributable to these projects.

**4. Pursue acquisition and expansion opportunities**

The Enlarged Group intends to establish an exploration and development division within Metorex to pursue exploration, acquisition and expansion opportunities. This division will be responsible for assessing new greenfields opportunities and brownfields projects. In identifying opportunities, the Enlarged Group will utilise existing relationships held by Jinchuan Group and Metorex with other PRC and international mining groups. There is also an intention to investigate the potential of developing a central multi-user processing facility in order to achieve economies of scale through partnerships. The Enlarged Group may also consider acquisitions of neighbouring tenements of its existing assets in the DRC as well as the potential to consolidate international upstream base metals assets currently owned by Jinchuan Group. As at the Latest Practicable Date, the Target Group has been presented with possible acquisition or investment opportunities of the neighbouring tenements of its existing assets in the DRC and the Target Group is conducting a preliminary assessment of these opportunities. However, no negotiations which are material have commenced and no definitive and legally binding agreements or contracts have been entered into in this regard. To the best knowledge, information and belief of the Directors, the Enlarged Group currently has no plans to consolidate international upstream base metal assets owned by Jinchuan Group (apart from the Target) and is not aware of any intention of Jinchuan Group to inject such assets into the Enlarged Group.

**5. Continue to develop the minerals and metals trading business of the Group**

The Group has been engaged in the business of trading of minerals and metals since 2012 and the Enlarged Group intends to continue to develop and grow this business. The Directors believe that the existing minerals and metals trading business of the Group and the upstream mining and processing operations of the Metorex Group are complementary in nature. The combination of both lines of business will enable the Enlarged Group to gain greater market intelligence, diversify its income base and provide additional opportunities for its future development. In addition, the minerals and metals trading business is expected to optimise the value chain of the business of the Enlarged Group to maximise returns to Shareholders.

The existing board of directors of Metorex (being the holding company of the Metorex Group) comprises nine members and the executive committee of Metorex comprises 13 members who, together with the chief executive officer, the chief financial officer and the chief operating officer, are the senior management personnel who are responsible for the day-to-day management and operations of the Metorex Group.

## THE DIRECTORS OF METOREX

Brief biographical details of each of the directors of Metorex are set out below:

**Dexin Chen** (Bachelor of Mining; Professor Level) – chairman of the board and chairman of the remuneration committee of Metorex

Mr. Chen, aged 43, has served as the vice president of Jinchuan Group since September 2010. He has also served as the deputy chairman and a non-executive director of Wesizwe Platinum Limited since May 2011. Mr. Chen has 19 years' working experience in the mining industry, holding various positions in Jinchuan Group. In January 2009 Mr. Chen was appointed as the mine manager of Mining Zone 2 of Jinchuan Group, and for two years before that he served as the secretary of the Party Committee and the secretary of the discipline inspection committee of Mining Zone 2 of Jinchuan Group. From January 2006 to January 2007, Mr. Chen was the deputy secretary of the Party Committee and the secretary of the discipline inspection committee of Mining Zone 2 of Jinchuan Group. He served as the deputy mine manager of the Longshou Mine of Jinchuan Group from June 2004 to January 2006. Mr. Chen qualified from the Mining Institute of Xi'an with a Bachelor of Mining in July 1994.

A brief summary of Mr. Chen's relevant industry experience is set out below:

- September 2010 to present: vice president of Jinchuan Group;
- January 2009 to September 2010: mine manager of mining zone 2 of Jinchuan Group;
- January 2007 to January 2009: secretary of the Party Committee and the Secretary of the Discipline Inspection Committee of mining zone 2 of Jinchuan Group;
- January 2006 to January 2007: deputy secretary of the Party Committee and the secretary of the Discipline Inspection Committee of mining zone 2 of Jinchuan Group;
- June 2004 to January 2006: deputy mine manager of the Longshou Mine of Jinchuan Group; and
- June 1994 to June 2004: general manager of various mining areas of mining zone 2 of Jinchuan Group.

**John Ferreira** (BEng (Metallurgy), MBL) – chief executive officer, member of the SHEC committee of Metorex

Mr. John Ferreira, aged 53, joined Metorex in May 2012. He was previously the executive chairman of Bateman Engineering NV, an international engineering company with a global footprint. In his capacity as chief executive he has had a great deal of exposure to Africa as well as Europe, including Eastern Europe, and the Far East. He has spent most of his career in the BHP Billiton Group. He spent six years as the general manager at two of their chrome operations before moving to the corporate office where he spent six years as the vice president of Samancor Chrome in South Africa.

A brief summary of Mr. Ferreira's relevant industry experience is set out below:

- 2009 to 2012: executive chairman of Bateman Engineering NV;
- 2003 to 2009: vice president of Samancor Chrome;
- 1997 to 2003: general manager at two separate ferro chrome operations within Samancor Chrome (part of the BHP Billiton Group); and
- 1987 to 1997: various management capacities at the BHP Billiton Group aluminium smelters in South Africa.

**Michael Benfield** (BCom, BAcc, CA(SA)) – chief financial officer of Metorex

Mr. Michael Benfield, aged 45, joined Metorex on 1 June 2012 having previously been the chief financial officer of Bateman Engineering NV since May 2010. He was previously the chief financial officer of the mineral recovery division of Bateman, a position he held for over two years. During this period he became very involved in the operations of the Bateman Group's mineral processing plants. He has held senior financial management positions with Norse Air Limited, Super Group Limited, Investec Bank Limited and Ster Kinekor.

A brief summary of Mr. Benfield's relevant industry experience is set out below:

- May 2010 to May 2012: chief financial officer of Bateman Engineering NV, a service and product supplier to the mining industry;
- 2008 to 2010: chief financial officer of the mineral recovery division of the Bateman Group; and
- 1995 to 2007: held senior financial management positions with Norse Air Limited; Super Group Limited, Investec Bank Limited and Ster Kinekor.

**Ms. Nonkululeko** ("Nkuli") **Hathor** – independent non-executive director and chair-lady of the SHEC committee of Metorex.

Ms. Nonkululeko ("Nkuli") Hathor, aged 38, has a background in journalism and was a founder of the Voice of Soweto Community radio station and is an entrepreneur with her own entertainment company. She brings a dynamic wealth of experience in a social and political capacity in Africa, having been educated in a number of southern African countries. Nkuli was appointed as a non-executive director of the board of Metorex in August 2009.

**Mr. Victor Mabuza** (BCom (Acc)) – independent non-executive director, chairman of the audit committee and member of the remuneration committee

Mr. Victor Mabuza, aged 43, is an independent corporate finance adviser. He has advised on many mining company ESOPs, including African Rainbow Minerals Limited, Anglo Platinum Limited, Gold Fields Limited and Northam Platinum, and black economic empowerment transactions including NEF Asonge, Sasol Inzalo and Vodacom YeboYethu. Victor has held various executive, directorship and board positions in retail, corporate and investment banking and has worked for companies including Standard Bank, ABSA, Stanlib and the National Empowerment Fund. Victor joined the board of Metorex as an independent non-executive director in August 2009, and was appointed as chairman of the audit committee of Metorex in January 2012.

**Mr. Jianke Gao** (Bachelor of Mining) – professor level senior engineer, non-executive director, member of the SHEC committee of Metorex

Mr. Jianke Gao, aged 50, is a mining engineer with Jinchuan Group and has 28 years' mining technical and management experience. In July 1984, Mr. Gao received a Bachelor of Mining from Central-South Institute of Mining and Metallurgy and has subsequently achieved the qualification of Professor Level Senior Engineer. Mr. Gao was appointed to the position of general manager assistant of Jinchuan Group in January 2009 and, before that, he served as the mine manager of Mining Zone 2 of Jinchuan Group for six years. Since he joined the company in 1984, Mr. Gao has held a number of senior positions within Jinchuan Group, including a period as the assistant chief engineer and then the chief engineer of the Longshou Mine of Jinchuan. He also served as the deputy director of the technical centre of Jinchuan Group and the vice president of the Nickel and Cobalt Research and Design Institute.

A brief summary of Mr. Gao's relevant industry experience is set out below:

- January 2012 to present: non-executive director of Metorex;
- August 2011 to present: chief executive officer and executive director of Wesizwe Platinum Limited, a Johannesburg Stock Exchange listed company;
- January 2009 to January 2012: general manager assistant of Jinchuan Group;
- 2003 to January 2009: mine manager of Mining Zone 2 of Jinchuan Group; and

- 1984 to 2003: held a number of senior positions within Jinchuan Group, including a period as the assistant chief engineer and then the chief engineer of the Longshou mine of Jinchuan Group.

**Mr. Tianpeng Gao** (BA (Engineering), EMBA) – non-executive director, member of the audit committee of Metorex

Mr Tianpeng Gao, aged 41, is currently the general manager of the asset management division of Jinchuan Group and a non-executive Director of the Company. For the past 18 years since he joined Jinchuan Group, Mr Gao has served as the cost manager of the finance division, finance manager of the international trading arm and general manager of the risk management division of Jinchuan Group. Mr Gao, currently the director of the overseas investment projects and corporate merger and acquisition divisions, has extensive experience in financial cost management, risk management and asset management.

**Ms. Xiaoyin Zhou** (BS(Law)) – non-executive director, member of the audit committee of Metorex

Ms. Xiaoyin Zhou, aged 36, obtained a bachelor's degree in legal studies from Lanzhou University of Commerce in China in 1999 and joined Jinchuan Group in the same year. She obtained the Certificate of Chinese Professional Legal Qualification in 2002 and acted as Jinchuan Group's counsel on a long-term basis. Ms Zhou, as a business executive involved in major overseas investment and finance projects of Jinchuan Group, has a good understanding of the operation of international mining projects and has extensive professional knowledge and experience. She is also a non-executive Director of the Company.

**Mr. Peter Deneen** (BA (Chinese Studies and Economics), MIM (Masters International Management)) – non-executive director and member of the remuneration committee of Metorex

Mr. Peter Deneen, aged 57, has over 20 years of experience as a metals trader, formerly based in Beijing as a permanent resident and chief representative of Cometals, a division of Commercial Metals Company (NYSE: CMC). He later headed up Samsung America's worldwide alumina team, a major supplier to the Chinese aluminium industry. Mr. Deneen also knows the copper industry, having traded copper concentrates and cathodes for many years, and was a former director of Erdmin, a Mongolian refined copper producer. He holds a master's degree in International Management (M.I.M) from the American Graduate School of International Management (Thunderbird), and a BA in Chinese Studies and economics from Hampshire College in Amherst, Massachusetts. Mr. Deneen is fluent in Mandarin Chinese. He also serves as a director of both Newshelf and the Target Company and as senior vice president in charge of trading of the Company.

## EXECUTIVE COMMITTEE OF METOREX

The executive committee of Metorex is not a committee of its board of directors but meets regularly to review the performance of the Metorex Group against set objectives and is primarily responsible for strategy implementation and the execution of the Board's mandates and directives.

Brief biographical details of each of the members of the executive committee of Metorex are set out below:

**Mr. Shuancun Bai** (Bachelor of Engineering (Mining)) – mining engineering consultant of the Metorex Group

Mr. Shuancun Bai, aged 48, joined the executive committee of Metorex in May 2012. He has been the Administrative Assistant General Manager of Jianchaling Nickel Limited, in which Jinchuan held a minority interest since December 2006. He has 23 years' mining, technical and management experience having joined Jinchuan Group in 1989.

**Mr. Lloyd Bradford** (BSc (Hons) Chemical Engineering) – metallurgical manager of the Metorex Group

Mr. Lloyd Bradford, aged 50, spent 19 years working for Anglovaal Mining in various operational and technical roles before joining Metorex in June 2005. Mr. Bradford has spent many years in various capacities working on operations and in a head office environment where he has led feasibility studies, carried out design work and provided technical consulting to operations.

A brief summary of Mr. Bradford's relevant industry experience is set out below:

- 2007 to present: metallurgical manager of Metorex Group;
- June 2005 to 2006: project manager of Metorex Group;
- January 2005 to May 2005: self-employed technical consultant;
- 2000 to 2004: new mine feasibility study manager of Anglovaal Group;
- 1997 to 2000: consulting metallurgist of Anglovaal Group
- 1994 to 1997: plant manager at Nkomati Nickel owned by Anglovaal Group;
- 1992 to 1994: executive plant manager (for 3 plants concurrently – gold, uranium and acid) at Hartebeestfontein gold mine owned by Anglovaal Group; and
- 1982 to 1992: plant superintendent in charge of gold plant at Hartebeesfontein gold mine owned by Anglovaal Group.

**Mr. Theuns de Bruyn** (Bachelor of Engineering (Chemical), MBA) – chief operating officer of Metorex

Theuns de Bruyn, aged 44, joined Metorex in July 2013. He was previously the executive vice president of processing at Lonmin Platinum, where he was responsible for sustainability, corporate safety, health and environment, eight concentrators, five smelters, the base metal refinery, the precious metal refinery and the restructuring and debottlenecking of the whole processing value chain. Prior to joining Lonmin Platinum, he worked for BHP Billiton Group for nearly 14 years, where he held a number of positions in business development, Samancor Chrome and Bayside Aluminium.

A brief summary of Mr. de Bruyn's relevant industry experience is set out below:

- 2012 to 2013: mining and processing consultant for various projects in Southern Africa;
- 2011 to 2012: chief operating officer at Ruukki;
- 2007 to 2011: executive vice president of processing at Lonmin Platinum;
- 2006 to 2007 vice president of processing at Lonmin Platinum;
- 2004 to 2006: business development manager, BHP Billiton;
- 2002 to 2004: general manager of Tubatse Ferrochrome, Samancor Chrome (BHP Billiton Group);
- 1999 to 2002: production manager of west plant at Ferrometals, Samancor Chrome (BHP Billiton Group); and
- 1993 to 1999: various positions (including engineer-in-training, process specialist, process superintendent and production superintendent) at Bayside Aluminium (BHP Billiton Group).

**Mr. Dennis Cooke** (NHD Extractive Metallurgy) – project manager and health and safety consultant of the Metorex Group

Mr. Dennis Cooke, aged 49, spent 11 years as General Manager at Metorex's Vergenoeg Mining Company prior to joining the Metorex corporate office in March 2010. Before joining the Metorex Group in 1999, Mr. Cooke spent 18 years working for Gengold and then Gold Fields Limited in various operational and technical roles associated with metallurgical operations, ending his career with Gold Fields as Chief Consulting Metallurgist. Current responsibilities include managing specific technical and operational projects for Metorex as well as being responsible for health and safety for the Metorex Group.

A brief summary of Mr. Cooke's relevant industry experience is set out below:

- March 2010 to present: project manager and safety consultant of Metorex Group;
- 1999 to 2010; general manager of Metorex's Vergenoeg Mining Company; and

- 1981 to 1999: held various operational and technical roles associated with metallurgical operations positions at Gengold and then Gold Fields Limited.

**Trevor Faber** (BSc Engineering (Mining)) – mining engineer of the Metorex Group

Mr. Trevor Faber, aged 42, joined Metorex in June 2006. His early career incorporated operational and construction management experience obtained mainly in the South African platinum sector. Mr. Faber's role on the executive committee of Metorex is twofold: he is responsible for advancing the Metorex Group's growth projects along the value curve as well as general oversight of all technical issues related to mine design, layout, scheduling and implementation.

**Carolyn Hutton** (BA (Law), BA (Hons) (IR), MBA) – human capital manager of the Metorex Group

Ms. Carolyn Hutton, aged 41, joined Metorex on 1 July 2012 after three-and-a-half years as the human resources vice president for Areva Resources Southern Africa where she was also responsible for communications. Carolyn previously spent 12 years in the BHP Billiton Group mainly in various HR management functions at a number of mines and business units.

A brief summary of Ms. Hutton's relevant industry experience is set out below:

- 2009 to July 2012: human resources vice president of Areva resources Southern Africa; and

- 1997 to 2008: held various human resources management functions at a number of mines and business units.

**Charles Needham** – corporate affairs executive of the Metorex Group

Mr. Charles Needham, aged 59, since he joined Metorex in 1983, Mr Needham had assumed several management roles of the Meterox Group including managing director and chief executive officer and has been instrumental in the development and growth of the operations of the Metorex Group. Currently, Mr Needham is the corporate affairs executive and contributes in the field of financing, hedging and corporate affairs, as well as his in-depth knowledge of and experience in the operations of the Metorex Group. Mr. Needham is active in the interface between corporate and operational management.

**Colleen Parkins** (BSc (Hons), MSc (Zoology), MSc (Quantitative Resource Ecology), MBA, PrSciNat)) – environmental consultant of the Metorex Group

Ms. Colleen Parkins, aged 45, has 18 years' experience in mining environmental management including specialist studies assessing the impact of marine mining on the environment, environmental management coordinator at Namdeb Diamond Corporation in Namibia, Manager – Environmental Services for De Beers Consolidated Mines, and as an Environmental Consultant at Metago Environmental Engineers. Ms. Parkins joined Metorex in 2009.

A brief summary of Ms. Parkins' relevant industry experience is set out below:

- November 2009 to present: environmental consultant of Metorex Group;

- 2005 to 2009: environmental consultant of Metago Environmental Engineers;
- 2002 to 2003: manager of environmental services at De Beers consolidated Mines; and
- 1997 to 2001: environmental management coordinator of Namdeb diamond Corporation in Namibia.

**Gareth Thomson** (BCompt (Hons), CA(SA)) – chief financial controller of Metorex

Mr. Gareth Thomson, aged 41, is a chartered accountant with more than 12 years of experience in the mining and metals industry. Gareth joined Metorex in April 2001 as group accountant of the Metorex Group after having completed his articles. Gareth was promoted to chief financial controller of Metorex in March 2009. He is also the account audit executive of the Metorex Group and holds various directorships within the Metorex Group.

A brief summary of Mr. Thomson's relevant industry experience is set out below:

- March 2009 to present: chief financial controller of Metorex; and
- April 2001 to March 2009: financial controller of Metorex.

**Yulong Tian** (Doctor of Science) – mineral resources consultant of the Metorex Group

Mr. Yulong Tian, aged 43, joined the executive committee of Metorex in May 2012. Prior to assuming this role Yulong was the deputy general manager of the mineral resource division of Jinchuan Group as well as a director of the Mine Institute of Jinchuan Group, which he joined in 2004. Yulong has extensive knowledge of the Jinchuan operations and has published 15 papers, achieving three treatises and seven provincial awards.

**Timothy Williams** (BSc (Hons) (Geology), PrSciNat) – mineral resources manager of the Metorex Group

Mr. Timothy Williams, aged 46, joined Metorex in January 2007 and assumed responsibility for mineral resources management of the Metorex Group in May 2009. Tim is a geologist with 22 years' experience in exploration, resource estimation and mining geology in gold and base metals through West, Central and East Africa.

## MANAGEMENT EXPERIENCE

As described by the above biographical details, the existing board of directors of Metorex comprises nine members and the executive committee of Metorex comprises 13 members, many of which have a minimum of five years industry experience relating to the exploration and/or extraction activities that the Metorex Group and hence the Target Group is pursuing. Such members include:

- Mr. Dexin Chen, the chairman of the board of director of Metorex, who has 19 years' working experience in the mining industry;

- Mr. John Ferreira, the chief executive officer of Metorex, who has in excess of 25 years' working experience in the mining and mineral processing industry;
- Mr. Michael Benfield, the chief financial officer of Metorex, who has 5 years' working experience in the mining industry;
- Mr. Theuns de Bruyn, the chief operating officer of Metorex, who has in excess of 20 years of experience in the mining industry;
- Mr. Jianke Gao, a non-executive director, who has 27 years' mining technical and management experience;
- Mr Tianpeng Gao, a non-executive director, who has over 16 years of experience in the mining industry;
- Ms. Xiaoyin Zhou, a non-executive director, who has in excess of 14 years experience in the mining industry;
- Mr Peter Deneen, a non-executive director, who has over 20 years experience in the metals trading industry;
- Mr. Charles Needham, the Corporate Affairs executive, has assumed several management roles of the Metorex Group since 1983 including managing director and chief executive officer. Mr. Needham has 35 years' of experience in the mining industry;
- Mr Gareth Thomson, the chief financial controller of Metorex, who has more than 12 years' working experience in the mining industry;
- Mr. Shuancun Bai, the mining engineering consultant, who has 22 years' experience in the mining industry;
- Mr. Lloyd Bradford, the metallurgical manager of the Metorex Group, who has 19 years' working experience in the mining industry;
- Mr. Dennis Cooke, the project manager and health and safety consultant of Metorex, who has over 30 years' working experience in mining industry;
- Mr. Trevor Faber, the mining engineer of the Metorex Group, who has 19 years' working experience in mining industry;
- Ms. Colleen Parkins, the environmental consultant of the Metorex Group, who has over 18 years' experience in mining environmental management;
- Mr. Timothy Williams, the mineral resources manager of the Metorex Group, who has 22 years' experience in exploration, resource estimation and mining geology;
- Mr. Yulong Tian, the mineral resources consultant of the Metorex Group who has 18 years experience in the mining industry; and

- Mrs Carolyn Hutton, the human capital manager of the Metorex Group who has over 15 years experience in the mining industry.

In light of the biographical details of the members of the board of directors and senior management of Metorex, they, taken together, have sufficient experience relevant to the exploration and extraction activity that the Metorex Group and hence the Target Group is pursuing and the key individuals have more than five years relevant industry experience.

As a result of the public takeover undertaken by Jinchuan Group to acquire and privatise Metorex and its subsidiaries which was completed in January 2012, the majority of the current board of directors of Metorex were appointed by Jinchuan Group since January 2012. However, two independent non-executive directors, namely Ms. Nonkululeko Hathor and Mr. Victor Mabuza, have been serving the Metorex board for over three years and had transitioned into the new ownership of Metorex. The additions and replacements of certain directors of Metorex and senior management members of the Metorex Group mainly resulted from the change of ownership and the privatised status of Metorex. The added directors and senior management members all have substantial experience in the mining sector that is relevant to the operations of the Metorex Group. It is believed that the relevant experiences in the mining industry of the board of directors and senior management of the Metorex Group have been strengthened as a result of the additions of certain directors and senior management members by Jinchuan Group.

Despite certain additions and replacements, the majority of the senior management team of the Metorex Group has been serving in the Metorex Group for over three years and had continued to be part of the team which is responsible for the day-to-day management and operations of the Metorex Gorup, notwithstanding the takeover of Metorex by Jinchuan Group. Such members include:

- Mr. Lloyd Bradford, the metallurgical manager of Metorex Group, who joined Metorex Group in 2005 and is responsible for metallurgical aspects of projects, operation and research within the Metorex Group;

- Mr. Dennis Cooke, the project manager and safety consultant of the Metorex Group, who joined Metorex Group in 1999 and is responsible for project management and health and safety of the Metorex Group;

- Mr. Trevor Faber, the mining engineer of Metorex Group, who joined Metorex Group in 2006 and is responsible for advancing Metorex's growth projects and general oversight of all technical issues related to mine design, layout, scheduling and implementation;

- Mr. Charles Needham, the corporate affairs executive of Metorex Group, who joined Metorex in 1983 and is responsible for management of corporate affairs of the Metorex Group;

- Ms. Colleen Parkins, the environmental consultant of Metorex Group, who joined Metorex in November 2009 and is responsible for the mining environmental management of the Metorex Group;

- Mr. Gareth Thomson, the chief financial controller of Metorex Group, who joined Metorex in 2001 and is responsible for financial management of the Metorex Group's; and

- Mr. Timothy Williams, the mineral resources manager of the Metorex Group, joined Metorex in January 2007 and assumed responsibility for Metorex Group's mineral resources management.

Two of the non-executive directors of Metorex, namely Mr Tianpeng Gao and Ms Xiaoyin Zhou, are also the non-executive Directors of the Company. The remaining non-executive director of Metorex, namely Mr Peter Deneen, is also a senior vice president of the Company. Mr Deneen is also a director of both Newshelf and the Target Company. Mr Sanlin Zhang and Mr Zhong Zhang, executive directors of the Company, are also directors of the Target Company.

It is expected that the board of directors, executive committee members and senior management members of the Metorex Group will remain the same after Completion and they will continue to be charged with their respective existing duties and responsibilities in the management and operations of the business of the Metorex Group. The senior management team of the Metorex Group will continue to be under the monitoring, supervision, guidance and directions of the existing board of directors of Metorex, and upon Completion, the board of directors of the Company. After Completion, the Company will monitor the operations of the Target Group through the positions held by Mr Tianpeng Gao, Ms Xiaoyin Zhou and Mr Peter Deneen in Metorex, as well as the positions held by Mr. Sanlin Zhang, Mr Zhong Zhang and Mr Deneen in the Target Company and Newshelf (as the case may be). In addition, the Company intends to monitor the performance of the Target Group through having regular meetings with the key management personnel of the Metorex Group and obtaining regular updates from the Target Group (including the Metorex Group) on their financial performance and financial position, as well as through the preparation of consolidated interim financial statements and annual financial statements of the Company which would need to incorporate and consolidate the financial information of the Target Group (including the Metorex Group).

## RECRUITMENT STRATEGY

The Company will continue to seek qualified professionals to join the Metorex Group by offering competitive remuneration packages and benchmarking its employee pay and conditions against its peers.

*The following is the text of reports, prepared for the purpose of incorporation in this circular, received from the reporting accountants, Deloitte Touche Tohmatsu, Certified Public Accountants, Hong Kong.*

Deloitte.
德勤

德勤•關黃陳方會計師行
香港金鐘道88號
太古廣場一座35樓

Deloitte Touche Tohmatsu
35/F One Pacific Place
88 Queensway
Hong Kong

30 August 2013

The Directors
**Jinchuan Group International Resources Co. Ltd**

*Dear Sirs,*

We set out below our report on the consolidated financial information ("Financial Information") regarding Jin Rui Mining Investment Limited (the "Target Company") and its subsidiaries (hereinafter collectively referred to as the "Target Group") for the period from 30 November 2011 (date of incorporation of the Target Company) to 31 December 2011, for the year ended 31 December 2012 and for the 6 months ended 30 June 2013 (the "Relevant Periods") for inclusion in a circular issued by Jinchuan Group International Resources Co. Ltd (the "Company") dated 30 August 2013 in connection with, among others, the proposed acquisition of the entire issued share capital of the Target Company (the "Acquisition") (the "Circular").

The Target Company is a company incorporated in the Republic of Mauritius as a limited liability company on 30 November 2011 and is owned as to 100% indirectly by Jinchuan Group Co., Ltd. ("Jinchuan Group"), a state-owned enterprise established in the People's Republic of China (the "PRC") and a substantial shareholder of the Company. The principal activity of the Target Company is investment holding.

Newshelf 1124 (Proprietary) Limited ("Newshelf"), a wholly-owned subsidiary of the Target Company, is a limited liability company incorporated in the Republic of South Africa ("South Africa"). The Target Company, through Newshelf, holds the entire issued share capital of Metorex (Proprietary) Limited (formerly named Metorex Limited) ("Metorex"). Metorex is a company incorporated in South Africa with limited liability and focuses on base metal mining industry, primarily copper and cobalt production.

Jinchuan Group acquired Metorex and its subsidiaries (collectively refer to as the "Metorex Group") through the making of a public takeover offer in July 2011 and the takeover and privatisation was completed on 16 January 2012 upon which Jinchuan Group acquired the entire issued share capital of Metorex. Prior to the acquisition by Jinchuan Group, Metorex was listed on the Johannesburg Stock Exchange and the London Stock Exchange since December 1999. Metorex was delisted from the London Stock Exchange in March 2009 and delisted from the Johannesburg Stock Exchange in January 2012 as a result of Jinchuan Group's takeover and privatisation of Metorex.

Particulars of the subsidiaries of the Target Company are as follows:

| Name of subsidiary | Place and date of incorporation | Issued and fully paid-up share capital | Equity interest attributable to the Target Company At 31 December 2011 | At 31 December 2012 | At 30 June 2013 | At the date of this report | Principal activities |
|---|---|---|---|---|---|---|---|
| Abbey Commodities SA ("Abbey") *(note 1)* | British Virgin Islands ("BVI") 12 March 1997 | United States Dollar ("US") $50,000 | – | 100% | – *(note 3)* | – | Dormant |
| Chibuluma Mines plc ("Chibuluma plc") *(note 1)* | Republic of Zambia ("Zambia") 25 September 1997 | US$50,000 | – | 85% | 85% | 85% | Copper mining |
| Copper Resources Corporation ("CRC") *(note 1)* | BVI 25 November 2004 | US$104,924,166 | – | 100% | 100% | 100% | Investment holding |
| Kinsenda Copper Company Sarl ("Kinsenda Sarl") *(note 1)* | Democratic Republic of the Congo ("DRC") 29 March 2003 | US$1,250,000 | – | 77% | 77% | 77% | Copper mining |
| Maranda Mines (Proprietary) Limited ("Maranda") *(note 1)* | South Africa 19 May 1908 | South Africa Rand ("ZAR") 103,289,332 | – | 100% | 100% | 100% | In closure |
| Metorex Copper Corporation (DRC) (Proprietary) Limited ("Metorex Copper Corp") *(note 1)* | South Africa 29 May 2007 | ZAR100 | – | 100% | 100% | 100% | Investment holding |
| Metorex Commercial Services (Proprietary) Limited ("Metorex Commercial Services") *(note 1)* | South Africa 24 August 2011 | ZAR100 | – | 100% | – *(note 4)* | – | Dormant |
| Metorex | South Africa 18 April 1934 | US$597,766,000 | – | 100% | 100% | 100% | Investment holding |
| Metorex Share Incentive Scheme (Proprietary) Limited ("Metorex Share Incentive Scheme") *(note 1)* | South Africa 2 June 2010 | ZAR100 | – | 100% | 100% | 100% | Dormant |
| Newshelf *(note 2)* | South Africa 13 September 2010 | ZAR101 | 100% | 100% | 100% | 100% | Investment holding |
| Ruashi Holdings (Proprietary) Limited ("Ruashi Holdings") *(note 1)* | South Africa 3 November 2003 | ZAR1,000 | – | 100% | 100% | 100% | Investment holding |
| Ruashi Mining Sprl ("Ruashi Mining") *(note 1)* | DRC 1 July 2010 | US$12,000,000 | – | 75% | 75% | 75% | Copper and cobalt mining |

*Notes:*

(1) These subsidiaries are directly held by Metorex.

(2) The subsidiary is directly held by the Target Company.

(3) Abbey was dormant for the Relevant Periods. It was liquidated and deregistered during the 6 months ended 30 June 2013.

(4) Metorex Commercial Services was dormant for the Relevant Periods. It was deregistered during the 6 months ended 30 June 2013.

All companies comprising the Target Group have adopted 31 December as their financial year end date. The statutory auditor of the Target Company for the year ended 31 December 2012 is Deloitte & Touche, Mauritius. No audited financial statements have been prepared for Newshelf, Abbey, CRC, Kinsenda Sarl, Metorex Commercial Services, Metorex Share Incentive Scheme and Ruashi Mining since the date of acquisition of Metorex Group or for the Relevant Periods as there are no statutory audit requirements. For the purpose of this report, we have reviewed relevant transactions of Newshelf, Abbey, CRC, Kinsenda Sarl, Metorex Commercial Services, Metorex Share Incentive Scheme and Ruashi Mining since their respective dates of incorporation or acquisition to the date of this report and carried out procedures as we considered necessary for inclusion in the Financial Information relating to these companies.

The statutory financial statements of the entities comprising the Target Group were audited by the following certified public accountants registered in their respective jurisdictions in accordance with IFRSs.

| Name of subsidiary | Financial period | Name of statutory auditor |
|---|---|---|
| Chibuluma plc | Year ended 31 December 2012 | Deloitte & Touche, Zambia |
| Maranda | Year ended 31 December 2012 | Deloitte & Touche, South Africa |
| Metorex | Year ended 31 December 2012 | Deloitte & Touche, South Africa |
| Metorex Copper Corp | Year ended 31 December 2012 | Deloitte & Touche, South Africa |
| Ruashi Holdings | Year ended 31 December 2012 | Deloitte & Touche, South Africa |

*Note:* The statutory financial statements were prepared in accordance with the International Financial Reporting Standards (“IFRSs”).

For the purpose of this report, the directors of the Target Company have prepared the consolidated financial statements of the Target Group for the Relevant Periods in accordance with IFRSs (the “Underlying Financial Statements”). We have undertaken an independent audit of the Underlying Financial Statements in accordance with Hong Kong Standards on Auditing issued by the Hong Kong Institute of Certified Public Accountants (“HKICPA”) and have examined the Underlying Financial Statements in accordance with the Auditing Guideline 3.340 “Prospectuses and the Reporting Accountant” as recommended by the HKICPA.

The Financial Information of the Target Group for the Relevant Periods set out in this report has been prepared from the Underlying Financial Statements. No adjustments were deemed necessary by us to the Underlying Financial Statements in preparing our report for inclusion in the Circular.

The Underlying Financial Statements are the responsibility of the directors of the Target Company who approved their issue. The directors of the Company are responsible for the contents of the Circular in which this report is included. It is our responsibility to compile the Financial Information set out in this report from the Underlying Financial Statements, to form an independent opinion on the Financial Information and to report our opinion to you.

In our opinion, the Financial Information together with the notes thereon gives, for the purpose of this report, a true and fair view of the state of affairs of the Target Group as at 31 December 2011, 31 December 2012 and 30 June 2013, and of the consolidated results and consolidated cash flows of the Target Group for the Relevant Periods.

The comparative consolidated statements of profit or loss and other comprehensive income, cash flows and changes in equity of the Target Group for the 6 months ended 30 June 2012, together with the notes thereon have been extracted from the Target Group's unaudited consolidated financial information for the same period (the "30 June 2012 Financial Information"), which was prepared by the directors of the Target Company solely for the purpose of this report. We have reviewed the 30 June 2012 Financial Information in accordance with the Hong Kong Standard of Review Engagements 2410 "Review of Interim Financial Information Performed by the Independent Auditor of the Entity". Our review of the 30 June 2012 Financial Information consisted of making enquires, primarily of persons responsible for financial and accounting matters, and applying analytical and other review procedures. A review is substantially less in scope than an audit conducted in accordance with Hong Kong Standards on Auditing and consequently does not enable us to obtain assurance that we would become aware of all significant matters that might be identified in an audit. Accordingly, we do not express an audit opinion on the 30 June 2012 Financial Information. Based on our review, nothing has come to our attention that causes us to believe that the 30 June 2012 Financial Information is not prepared, in all material respects, in accordance with the accounting policies consistent with those used in the preparation of the Financial Information which conform with IFRSs.

## A. FINANCIAL INFORMATION OF THE TARGET GROUP

### CONSOLIDATED STATEMENTS OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

| | Notes | For the period from 30 November 2011 (date of incorporation) to 31 December 2011 US$'000 | Year ended 31 December 2012 US$'000 | 6 months ended 30 June 2012 US$'000 (unaudited) | 6 months ended 30 June 2013 US$'000 |
|---|---|---|---|---|---|
| CONTINUING OPERATIONS | | | | | |
| Revenue | 5 | – | 388,990 | 182,226 | 203,085 |
| Realisation costs | | – | (52,488) | (26,367) | (24,547) |
| Cost of production | 7 | – | (269,133) | (106,884) | (152,489) |
| Mining profit | | – | 67,369 | 48,975 | 26,049 |
| Interest income | 8 | – | 790 | 680 | 231 |
| Other income and expenses | 9 | (18) | 11,304 | 11,742 | 149,076 |
| Finance costs | 10 | – | (5,566) | (2,946) | (2,245) |
| (Loss) profit before taxation | 11 | (18) | 73,897 | 58,451 | 173,111 |
| Income tax expense | 13 | – | (24,648) | (15,432) | (8,390) |
| (Loss) profit for the period/year from continuing operations | | (18) | 49,249 | 43,019 | 164,721 |
| DISCONTINUED OPERATIONS | | | | | |
| Discontinued operations – other expenditure | 32 | – | (482) | (726) | (9) |
| Loss for the period/year from discontinued operations | | – | (482) | (726) | (9) |
| (Loss) profit for the period/year | | (18) | 48,767 | 42,293 | 164,712 |
| Other comprehensive (expense) income: | | | | | |
| Items that may be classified subsequently to profit or loss: | | | | | |
| Exchange differences on translation | | – | (1,393) | 6,453 | (19,996) |
| Fair value change on cash flow hedges, net of income tax | | – | (297) | (797) | (83) |
| Other comprehensive (expense) income for the period/year | | – | (1,690) | 5,656 | (20,079) |
| Total comprehensive (expense) income for the period/year | | (18) | 47,077 | 47,949 | 144,633 |

| | For the period from 30 November 2011 (date of incorporation) to 31 December 2011 | Year ended 31 December 2012 | 6 months ended 30 June 2012 | 2013 |
|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* (unaudited) | *US$'000* |
| (Loss) profit for the period/year attributable to owners of the Target Company | | | | |
| – from continuing operations | (18) | 46,264 | 36,983 | 161,457 |
| – from discontinued operations | – | (482) | (726) | (9) |
| (Loss) profit for the period/year attributable to owners of the Target Company | (18) | 45,782 | 36,257 | 161,448 |
| Profit for the period/year attributable to non-controlling interests | | | | |
| – from continuing operations | – | 2,985 | 6,036 | 3,264 |
| – from discontinued operations | – | – | – | – |
| Profit for the period/year attributable to non-controlling interests | – | 2,985 | 6,036 | 3,264 |
| | (18) | 48,767 | 42,293 | 164,712 |
| Total comprehensive (expense) income attributable to: | | | | |
| Owners of the Target Company | (18) | 44,700 | 40,942 | 141,410 |
| Non-controlling interests | – | 2,377 | 7,007 | 3,223 |
| | (18) | 47,077 | 47,949 | 144,633 |

## CONSOLIDATED STATEMENTS OF FINANCIAL POSITION

| | | As at 31 December | | As at 30 June |
|---|---|---|---|---|
| | | 2011 | 2012 | 2013 |
| | *Notes* | *US$'000* | *US$'000* | *US$'000* |
| Non-current assets | | | | |
| Property, plant and equipment | 15A | – | 657,599 | 655,744 |
| Mineral rights and assets | 15B | – | 865,075 | 873,887 |
| Exploration and evaluation assets | 15C | – | 274,665 | 274,665 |
| Other non-current assets | 16 | – | 27,281 | 26,909 |
| | | – | 1,824,620 | 1,831,205 |
| Current assets | | | | |
| Inventories | 17 | – | 60,053 | 64,220 |
| Trade and other receivables | 18 | – | 53,181 | 55,043 |
| Amounts due from fellow subsidiaries | 20 | – | 25 | 32 |
| Derivative financial instruments | 21 | – | 34 | 862 |
| Tax receivable | | – | 49 | – |
| Bank balances and cash | 22 | – | 36,663 | 16,352 |
| | | – | 150,005 | 136,509 |
| Current liabilities | | | | |
| Trade and other payables | 23 | 18 | 63,282 | 61,938 |
| Amount due to immediate holding company | 20 | – | 1,085,737 | 925,773 |
| Borrowings | 24 | – | 70,764 | 84,906 |
| Short-term provisions | 25 | – | 4,828 | 4,977 |
| Derivative financial instruments | 21 | – | 331 | 246 |
| Tax payable | | – | 8,070 | 5,107 |
| | | 18 | 1,233,012 | 1,082,947 |
| Net current liabilities | | (18) | (1,083,007) | (946,438) |
| Total assets less current liabilities | | (18) | 741,613 | 884,767 |

| | | As at 31 December | | As at 30 June |
|---|---|---|---|---|
| | | 2011 | 2012 | 2013 |
| | *Notes* | *US$'000* | *US$'000* | *US$'000* |
| Non-current liabilities | | | | |
| Borrowings | 24 | – | 34,818 | 15,600 |
| Long-term provisions | 25 | – | 19,984 | 20,040 |
| Deferred tax liabilities | 26 | – | 440,837 | 459,268 |
| | | – | 495,639 | 494,908 |
| Net (liabilities) assets | | (18) | 245,974 | 389,859 |
| Capital and reserves | | | | |
| Share capital | 27 | – | – | – |
| Reserves | | (18) | 44,682 | 185,734 |
| Equity attributable to owners of the Target Company | | (18) | 44,682 | 185,734 |
| Non-controlling interests | | – | 201,292 | 204,125 |
| Total equity | | (18) | 245,974 | 389,859 |

## CONSOLIDATED STATEMENTS OF CHANGES IN EQUITY

| | Attributable to owners of the Target Company | | | | | | |
|---|---|---|---|---|---|---|---|
| | Share capital | Translation reserve | Hedging reserve | Accumulated (losses) profits | Total | Non-controlling interests | Total |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| At date of incorporation on 30 November 2011 | – | – | – | – | – | – | – |
| Loss and total comprehensive expense for the period | – | – | – | (18) | (18) | – | (18) |
| At 31 December 2011 | – | – | – | (18) | (18) | – | (18) |
| Profit for the year | – | – | – | 45,782 | 45,782 | 2,985 | 48,767 |
| Other comprehensive expense for the year | – | (785) | (297) | – | (1,082) | (608) | (1,690) |
| Total comprehensive (expense) income for the year | – | (785) | (297) | 45,782 | 44,700 | 2,377 | 47,077 |
| Acquired from acquisition of a subsidiary *(note 33)* | – | – | – | – | – | 202,215 | 202,215 |
| Dividends paid to non-controlling shareholders of a subsidiary | – | – | – | – | – | (3,300) | (3,300) |
| At 31 December 2012 | – | (785) | (297) | 45,764 | 44,682 | 201,292 | 245,974 |
| Profit for the period | – | – | – | 161,448 | 161,448 | 3,264 | 164,712 |
| Other comprehensive expense for the period | – | (19,996) | (42) | – | (20,038) | (41) | (20,079) |
| Total comprehensive (expense) income for the period | – | (19,996) | (42) | 161,448 | 141,410 | 3,223 | 144,633 |
| Elimination upon liquidation of a subsidiary | – | 1,519 | – | (1,877) | (358) | – | (358) |
| Dividends paid to non-controlling shareholders of a subsidiary | – | – | – | – | – | (390) | (390) |
| At 30 June 2013 | – | (19,262) | (339) | 205,335 | 185,734 | 204,125 | 389,859 |

| | Attributable to owners of the Target Company | | | | | | |
|---|---|---|---|---|---|---|---|
| | Share capital | Translation reserve | Hedging reserve | Accumulated (losses) profits | Total | Non-controlling interests | Total |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| At 1 January 2012 | – | – | – | (18) | (18) | – | (18) |
| Profit for the period | – | – | – | 36,257 | 36,257 | 6,036 | 42,293 |
| Other comprehensive income for the period | – | 1,737 | 2,948 | – | 4,685 | 971 | 5,656 |
| Total comprehensive income for the period | – | 1,737 | 2,948 | 36,257 | 40,942 | 7,007 | 47,949 |
| Acquired from acquisition of a subsidiary *(note 33)* | – | – | – | – | – | 202,215 | 202,215 |
| Dividend paid to non-controlling shareholders of a subsidiary | – | – | – | – | – | (1,800) | (1,800) |
| At 30 June 2012 (unaudited) | – | 1,737 | 2,948 | 36,239 | 40,924 | 207,422 | 248,346 |

## CONSOLIDATED STATEMENTS OF CASH FLOWS

| | For the period from 30 November 2011 (date of incorporation) to 31 December 2011 | Year ended 31 December 2012 | 6 months ended 30 June 2012 | 6 months ended 30 June 2013 |
|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| | | | (unaudited) | |
| OPERATING ACTIVITIES | | | | |
| (Loss) profit for the period/year | (18) | 48,767 | 42,293 | 164,712 |
| Adjustments for: | | | | |
| Income tax expense | – | 24,648 | 15,432 | 8,390 |
| Interest income | – | (790) | (680) | (231) |
| Interest expenses | – | 5,566 | 2,946 | 2,245 |
| Gain on disposal of a subsidiary | – | (329) | – | – |
| Loss (gain) on disposal of property, plant and equipment and mineral rights and assets | – | 88 | – | (18) |
| Exchange gain | – | (41,369) | (28,926) | (159,048) |
| Depreciation of property, plant and equipment | – | 40,622 | 19,679 | 19,333 |
| Amortisation of mineral rights and assets | – | 23,546 | 10,920 | 13,707 |
| Operating cash flows before movements in working capital | (18) | 100,749 | 61,664 | 49,090 |
| Refund from rehabilitation trust fund upon completion of restoration work | – | 734 | – | – |
| Royalty prepayment paid | – | (21,745) | (10,669) | – |
| Increase in inventories | – | (5,819) | (5,529) | (4,167) |
| Decrease (increase) in trade and other receivables | – | 38,790 | 27,533 | (1,998) |
| Increase (decrease) in trade and other payables and provisions | 18 | (6,185) | (35,312) | 4 |
| Cash generated from operations | – | 106,524 | 37,687 | 42,929 |
| Income tax paid | – | (19,419) | (12,196) | (12,680) |
| NET CASH FROM OPERATING ACTIVITIES | – | 87,105 | 25,491 | 30,249 |

| | Notes | For the period from 30 November 2011 (date of incorporation) to 31 December 2011 | Year ended 31 December 2012 | 6 months ended 30 June 2012 | 6 months ended 30 June 2013 |
|---|---|---|---|---|---|
| | | *US$'000* | *US$'000* | *US$'000* (unaudited) | *US$'000* |
| INVESTING ACTIVITIES | | | | | |
| Interest received | | – | 790 | 680 | 231 |
| Repayment from a DRC state-owned power company | | – | 704 | – | – |
| Proceeds from disposal of property, plant and equipment and mineral rights and assets | | – | 555 | – | 365 |
| Decrease in other long term assets | | – | – | – | 372 |
| Acquisition of a subsidiary | 33 | – | (1,056,388) | (1,056,388) | – |
| Purchase of property, plant and equipment and mineral rights and assets | | – | (116,582) | (41,596) | (43,816) |
| Net cash outflow on disposal of a subsidiary | 34 | – | (26) | – | – |
| Advances to fellow subsidiaries | | – | (25) | – | – |
| NET CASH USED IN INVESTING ACTIVITIES | | – | (1,170,972) | (1,097,304) | (42,848) |
| FINANCING ACTIVITIES | | | | | |
| Advance from immediate holding company | | – | 1,127,106 | 1,127,106 | – |
| New borrowings raised | | – | 28,037 | 19,744 | 18,774 |
| Repayments of borrowings | | – | (25,747) | (7,810) | (23,851) |
| Interest paid | | – | (5,566) | (2,946) | (2,245) |
| Dividends paid to non-controlling shareholders of a subsidiary | | – | (3,300) | (1,800) | (390) |
| NET CASH FROM (USED IN) FINANCING ACTIVITIES | | – | 1,120,530 | 1,134,294 | (7,712) |
| NET INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS | | – | 36,663 | 62,481 | (20,311) |
| Cash and cash equivalents at the beginning of the period/year | | – | – | – | 36,663 |
| CASH AND CASH EQUIVALENTS AT THE END OF THE PERIOD/YEAR, representing bank balances and cash | | – | 36,663 | 62,481 | 16,352 |

## NOTES TO THE FINANCIAL INFORMATION OF THE TARGET GROUP

### 1. GENERAL AND BASIS OF PRESENTATION OF FINANCIAL INFORMATION OF THE TARGET GROUP

The Target Company was incorporated in the Republic of Mauritius as a limited liability company on 30 November 2011. The Target Company's immediate holding company is Jintai Mining Investment Limited, a company incorporated in Hong Kong, and its ultimate holding company is Jinchuan Group, a company established in the PRC. The address of its registered office is 2nd Floor, Ebene Mews, 57 Ebene Cybercity, Mauritius and the address of its principal place of business is Room 4001-02, Lippo Centre, Tower 2, 89 Queensway, Hong Kong.

The Target Company, through its wholly-owned subsidiary, holds the entire issued share capital of Metorex. Metorex is a company incorporated in South Africa with limited liability and focuses on base metal mining, primarily copper and cobalt production.

Jinchuan Group acquired Metorex through a public takeover offer in July 2011. The takeover and privatisation was completed on 16 January 2012 upon which Jinchuan Group acquired the entire issued share capital of Metorex. The results of Metorex together with its subsidiaries are included in the Financial Information since 16 January 2012. Details of the acquisition are set out in note 33.

The Financial Information is presented in US$, which is the functional currency of the Target Company.

In preparing the Underlying Financial Statements of the Target Group, the directors of the Target Company have given careful consideration to the future liquidity of the Target Group in light of the fact that the Target Group's current liabilities exceeded its current assets by US$946,438,000 as at 30 June 2013. After the completion of the Acquisition, the amount due to immediate holding company will be sold to the Company free and clear from all encumbrances. The Company will not demand repayment of the loan until the Target Group has the financial ability to do so at least for the next twelve months from the date of this report. In the event that the Acquisition is not completed, the immediate holding company also agreed not to demand repayment of the amount due to it until the Target Group has the financial ability to do so at least for the next twelve months from the date of this report. In addition, the Target Group has entered into a financing facility of US$80,000,000 with the China Development Bank Corporation subsequent to 30 June 2013. Therefore, the directors of the Target Company are of the opinion that it is appropriate to prepare the Financial Information on a going concern basis.

### 2. APPLICATION OF IFRSs

For the purpose of preparing and presenting the Financial Information for the Relevant Periods, the Target Group has consistently applied the International Accounting Standards ("IAS"s), IFRSs, Amendments and Interpretations ("IFRIC") (hereinafter collectively referred to as the "IFRSs") which are effective for accounting period beginning on 1 January 2013 throughout the Relevant Periods.

At the date of this report, the following IFRSs have been issued but are not yet effective:

| | |
|---|---|
| Amendments to IFRS 9 and IFRS 7 | Mandatory effective date of IFRS 9 and transition disclosures[2] |
| Amendments to IFRS 10, IFRS 12 and IAS 27 | Investment entities[1] |
| IFRS 9 | Financial instruments[2] |
| Amendments to IAS 32 | Offsetting financial assets and financial liabilities[1] |
| Amendments to IAS 36 | Recoverable amount disclosures for non-financial assets[1] |
| Amendments to IAS 39 | Novation of derivatives and continuation of hedge accounting[1] |
| IFRIC 21 | Levies[1] |

[1] Effective for annual periods beginning on or after 1 January 2014.
[2] Effective for annual periods beginning on or after 1 January 2015.

The directors of the Target Company anticipate that the application of these IFRSs will have no material impact on the Target Group's financial performance and positions.

### 3. SIGNIFICANT ACCOUNTING POLICIES

The Financial Information has been prepared on the historical cost basis except for derivative financial instruments that are measured at fair value in accordance with the accounting policies set out below which conform with IFRSs. Historical cost is generally based on the fair value of the consideration given in exchange for goods and services. These policies have been consistently applied throughout the Relevant Periods.

In addition, the Financial Information includes applicable disclosures required by the Rules Governing the Listing of Securities on The Stock Exchange of Hong Kong Limited and by the Hong Kong Companies Ordinance.

**Basis of consolidation**

The Financial Information incorporates the financial statements of the Target Company and entities controlled by the Target Company (its subsidiaries). Control is achieved where the Target Company (i) has the power over the investee, (ii) is exposed, or has rights to variable returns from its involvement with the investee, and (iii) has the ability to use its power to affect its return.

The Target Group reassesses whether or not it controls an investee if facts and circumstances indicate that there are changes to one or more of the three elements of controls listed date.

Income and expenses of subsidiaries acquired or disposed of during the Relevant Periods are included in the consolidated statement of profit or loss and other comprehensive income from the effective date of acquisition and up to the effective date of disposal, as appropriate.

Where necessary, adjustments are made to the financial statements of subsidiaries to bring their accounting policies into line with those used by other members of the Target Group.

All intra-group transactions, balances, income and expenses are eliminated in full on consolidation.

Non-controlling interests in subsidiaries are presented separately from the Target Group's equity therein.

**Allocation of total comprehensive income to non-controlling interests**

Total comprehensive income and expense of a subsidiary is attributed to the owners of the Target Company and to the non-controlling interests even if the non-controlling interests having a deficit balance.

**Changes in the Target Group's ownership interests in existing subsidiaries**

When the Target Group loses control of a subsidiary, it (i) derecognises the assets and liabilities of the subsidiary at its carrying amounts at the date when control is lost, (ii) derecognises the carrying amount of any non-controlling interests in the former subsidiary at the date when control is lost (including any components of other comprehensive income attributable to them), and (iii) recognises the aggregate of the fair value of the consideration received, with any resulting difference being recognised as a gain or loss in profit or loss attributable to the Target Group.

**Business combinations**

Acquisitions of businesses are accounted for using the acquisition method. The consideration transferred in a business combination is measured at fair value, which is calculated as the sum of the acquisition-date fair values of the assets transferred by the Target Group, liabilities incurred by the Target Group to the former owners of the acquiree and the equity interests issued by the Target Group in exchange for control of the acquiree. Acquisition-related costs are generally recognised in profit or loss as incurred. At the acquisition date, the identifiable assets acquired and the liabilities assumed are recognised at their fair value.

Goodwill is measured as the excess of the sum of the consideration transferred, the amount of any non-controlling interests in the acquiree, and the fair value of the acquirer's previously held equity interest in the acquiree (if any) over the net of the acquisition-date amounts of the identifiable assets acquired and the liabilities assumed. If, after re-assessment, the net of the acquisition-date amounts of the identifiable assets acquired and liabilities assumed exceeds the sum of the consideration transferred, the amount of any non-controlling interests in the acquiree and the fair value of the acquirer's previously held interest in the acquiree (if any), the excess is recognised immediately in profit or loss as a bargain purchase gain.

Non-controlling interests that are present ownership interests and entitle their holders to a proportionate share of the entity's net assets in the event of liquidation may be initially measured either at fair value or at the non-controlling interests' proportionate share of the recognised amounts of the acquiree's identifiable net assets. The choice of measurement basis is made on a transaction-by-transaction basis. Other types of non-controlling interests are measured at their fair value or, when applicable, on the basis specified in another standard.

**Revenue recognition**

Revenue is measured at the fair value of the consideration received or receivable and represents amounts receivable for goods sold in the normal course of business, net of discounts and sales related taxes. Sales is recognised when the product is delivered to the destination specified by the customer or the customer's premises.

For certain sales of minerals, the sales price is determined on a provisional basis at the date of sale, as the final selling price is subject to the grades of copper in the Target Group's copper products and movements in market prices up to the date of final pricing, normally 30 and 90 days after initial booking. Revenue on provisionally priced sales is recognised based on the estimated grades of copper in the Target Group's copper products and fair value of the total consideration receivable. The revenue adjustment mechanism embedded within provisionally priced sales arrangements has the character of a commodity derivative. Accordingly, the fair value of the final sales price adjustment is re-estimated continuously and changes in fair value are recognised as an adjustment to revenue. In all cases, fair value is estimated by reference to forward market prices.

Interest income from a financial asset is accrued on a time basis, by reference to the principal outstanding and at the effective interest rate applicable, which is the rate that exactly discounts the estimated future cash receipts through the expected life of the financial asset to that asset's net carrying amount on initial recognition.

**Property, plant and equipment and mineral rights**

*Mining assets*

Mining assets, including building and infrastructure, plant, machinery and shafts, and construction in progress, are recorded at cost of acquisition.

Expenditure incurred to develop new ore bodies, to define mineralisation in existing ore bodies, to establish or expand productive capacity and expenditure designed to maintain productive capacities, are capitalised until commercial levels of production are achieved.

*Mineral rights*

Mineral rights are recorded at cost of acquisition.

*Freehold land*

Freehold land is shown at cost and is not depreciated.

*Gain or loss on disposal or retirement of assets*

An item of property, plant and equipment and mineral rights and assets is derecognised upon disposal or when no future economic benefits are expected to arise from the continued use of the asset. Any gain or loss arising on the disposal or retirement of an item of property, plant and equipment and mineral rights and assets is determined as the difference between the sales proceeds and the carrying amount of the asset and is recognised in profit or loss.

*Mine development and deferred waste stripping*

Mine development costs are capitalised and amortised based on estimated proved and probable ore resources using the unit of production method (the "UOP"). Mine development costs consist of the establishment of access to deposits, preparation for commercial production including permanent excavations, roads, tunnels and advanced removal of overburden and waste rock.

*Stripping costs*

Normalised stripping costs that are incurred for the production during the period will be recognised as an expense during the period in which they are incurred and will not be deferred.

Deferred stripping costs that are incurred on overburden stripping, which provide improved access to ore, will be capitalised as mine development costs and subsequently amortised based on estimated proved and probable ore resources using the UOP.

*Depreciation of mining assets and mineral rights*

Mining rights and assets, including building and infrastructure and plant, machinery and shafts and mineral rights are depreciated to their residual values based on estimated proved and probable ore reserves using the UOP.

*Depreciation of non-mining assets*

Buildings and other non-mining assets are recorded at cost and depreciated on the straight-line basis over their expected useful lives, which vary between 4 to 10 years.

**Impairment**

At the end of the reporting period, the Target Group reviews the carrying amounts of its assets to determine whether there is any indication that those assets have suffered an impairment loss. If any such indication exists, the recoverable amount of the asset is estimated in order to determine the extent of the impairment loss, if any. If the recoverable amount of an asset is estimated to be less than its carrying amount, the carrying amount of the asset is reduced to its recoverable amount. An impairment loss is recognised as an expense immediately.

Where an impairment loss subsequently reverses, the carrying amount of the asset is increased to the revised estimate of its recoverable amount, but so that the increased carrying amount does not exceed the carrying amount that would have been determined had no impairment loss been recognised for the asset in prior years. A reversal of an impairment loss is recognised as income immediately.

**Exploration and evaluation assets**

Exploration and evaluation assets are recognised at cost on initial recognition. Subsequent to initial recognition, exploration and evaluation assets are stated at cost less any accumulated impairment losses. Costs of exploration are capitalised pending a determination of whether sufficient quantities of potentially mineral reserves have been discovered.

Exploration and evaluation assets include the cost of exploration rights and the expenditures incurred in the search for mineral resources as well as the determination of the technical feasibility and commercial viability of extracting those resources. When the technical feasibility and commercial viability of extracting mineral resources become demonstrable, previously recognised exploration and evaluation assets are reclassified as tangible assets. These assets are assessed for impairment before reclassification.

**Impairment of exploration and evaluation assets**

The carrying amount of the exploration and evaluation assets is reviewed annually. Impairment test is performed in accordance with IAS 36 "Impairment of assets" whenever one of the following events or changes in circumstances indicate that the carrying amount may not be recoverable (the list is not exhaustive):

- the period for which the Target Group has the right to explore in the specific area has expired during the period or will expire in the near future, and is not expected to be renewed.
- substantive expenditure on further exploration for and evaluation of mineral resources in the specific area is neither budgeted nor planned.
- exploration for and evaluation of mineral resources in the specific area have not led to the discovery of commercially viable quantities of mineral resources and the Target Group has decided to discontinue such activities in the specific area.
- sufficient data exist to indicate that, although a development in the specific area is likely to proceed, the carrying amount of the exploration and evaluation asset is unlikely to be recovered in full from successful development or by sale.

An impairment loss is recognised in profit or loss whenever the carrying amount of an asset exceeds its recoverable amount.

**Taxation**

Income tax expense represents the sum of the tax currently payable and deferred tax.

The tax currently payable is based on taxable profit for the period/year. Taxable profit differs from '(loss) profit before taxation' as reported in the consolidated statement of profit or loss and other comprehensive income because it excludes items of income or expense that are taxable or deductible in other years and it further excludes income and expense that are never taxable nor deductible. The Target Group's liability for current tax is calculated using the tax rate that has been enacted or substantially enacted by the end of the reporting period.

Deferred tax is recognised on temporary differences between the carrying amounts of assets and liabilities in the Financial Information and the corresponding tax bases used in the computation of taxable profit. Deferred tax liabilities are generally recognised for all taxable temporary differences. Deferred tax assets are recognised to the extent that it is probable that taxable profit will be available against which deductible temporary differences can be utilised. Such assets and liabilities are not recognised if the temporary difference arises from goodwill or from the initial recognition (other than in a business combination) of other assets and liabilities in a transaction that affects neither the taxable profit nor the accounting profit.

Deferred tax liabilities are recognised for taxable temporary differences associated with investments in subsidiaries, except where the Target Group is able to control the reversal of the temporary difference and it is probable that the temporary difference will not reverse in the foreseeable future. Deferred tax assets arising from deductible temporary differences associated with such investments and interests are only recognised to the extent that it is probable that there will be sufficient taxable profits against which to utilise the benefits of the temporary differences and they are expected to reverse in the foreseeable future.

The carrying amount of deferred tax assets is reviewed at the end of the reporting period and reduced to the extent that it is no longer probable that sufficient taxable profit will be available to allow all or part of the asset to be recovered.

Deferred tax assets and liabilities are measured at the tax rates that are expected to apply in the period in which the liability is settled or the asset is realised, based on tax rate (and tax laws) that have been enacted or substantively enacted by the end of the reporting period.

The measurement of deferred tax liabilities and assets reflects the tax consequences that would follow from the manner in which the Target Group expects, at the end of the reporting period, to recover or settle the carrying amount of its assets and liabilities.

Current and deferred tax is recognised in profit or loss, except when it relates to items that are recognised in other comprehensive income or directly in equity, in which case the current and deferred tax is also recognised in other comprehensive income or directly in equity respectively. Where current tax or deferred tax arises from the initial accounting for a business combination, the tax effect is included in the accounting for the business combination.

**Foreign currencies**

In preparing the financial statements of each individual group entity, transactions in currencies other than the functional currency of that entity (foreign currencies) are recorded in the respective functional currency (i.e. the currency of the primary economic environment in which the entity operates) at the rates of exchanges prevailing on the dates of the transactions. At the end of the reporting period, monetary items denominated in foreign currencies are re-translated at the rates prevailing at that date.

Exchange differences arising on the settlement of monetary items, and on the retranslation of monetary items, are recognised in profit or loss in the period in which they arise.

For the purposes of presenting the Financial Information, the assets and liabilities of the foreign operation are translated into the presentation currency of the Target Group (i.e. US$) at the rate of exchange prevailing at the end of the reporting period, and their income and expenses are translated at the average exchange rates for the period/year, unless exchange rates fluctuate significantly during the period, in which case, the exchange rates prevailing at the dates of transactions are used. Exchange differences arising, if any, are recognised in other comprehensive income and accumulated in equity (the translation reserve).

On the disposal of a foreign operation (i.e. a disposal of the Target Group's entire interest in a foreign operation), all of the exchange differences accumulated in equity in respect of that operation attributable to the owners of the Target Company are reclassified to profit or loss.

**Borrowing costs**

Borrowing costs directly attributable to the acquisition, construction or production of qualifying assets, which are assets that necessarily take a substantial period of time to get ready for their intended use or sale, are added to the cost of those assets, until such time as the assets are substantially ready for their intended use or sale. Investment income earned on the temporary investment of specific borrowings pending their expenditure on qualifying assets is deducted from the borrowing costs eligible for capitalisation.

All other borrowing costs are recognised in profit or loss in the period in which they are incurred.

**Consumable stores and product inventories**

Consumable stores are valued at the lower of cost, determined on a weighted average basis, and estimated net realisable value. Net realisable value represents the estimated selling price less all estimated costs of completion and costs to be incurred in marketing, selling and distribution. Obsolete and slow-moving consumable stores are identified and are written down to their net realisable values. Product inventories are valued at the lower of cost, determined on a weighted average basis, and net realisable value. Costs include direct mining costs and mine overheads.

**Retirement benefits**

Payments to defined contribution retirement benefit plans are recognised as an expense when employees have rendered service entitling them to the contributions. Payments made to state-managed schemes are dealt with as defined contribution plans where the Target Group's obligations under the schemes are equivalent to those arising in a defined contribution retirement benefit plan.

**Provisions**

Provisions are recognised when the Target Group has a legal or constructive obligation resulting from past events and it is probable that an outflow of resources embodying economic benefits will be required to settle the obligation and a reliable estimate can be made of the amount of the obligation.

The amount recognised as a provision is the best estimate of the consideration required to settle the present obligation at the end of the reporting period, taking into account the risks and uncertainties surrounding the obligation. Where a provision is measured using cash flows estimated to settle a present obligation, its carrying amount is the present value of those cash flows.

**Provision for rehabilitation and environmental expenditure**

Long-term environmental obligations are based on the Target Group's environmental plans, in compliance with current environmental and regulatory requirements.

Full provision is made based on the net present value of the estimated cost of restoring the environmental disturbance that has occurred up to the end of the reporting period. Increases due to additional environmental disturbances are capitalised as property, plant and equipment and depreciated based on estimated proved and probable ore reserves using the UOP.

The estimated cost of rehabilitation is reviewed annually and adjusted as appropriate for changes in legislation or technology. Cost estimates are not reduced by the potential proceeds from the sale of assets or from plant clean-up at closure, in view of the uncertainty of estimating the potential future proceeds.

**Financial instruments**

Financial assets and financial liabilities are recognised on the consolidated statement of financial position when a group entity becomes a party to the contractual provisions of the instrument.

Financial assets and financial liabilities are initially measured at fair value. Transaction costs that are directly attributable to the acquisition or issue of financial assets and financial liabilities (other than financial assets and financial liabilities at fair value through profit or loss) are added to or deducted from the fair value of the financial assets or financial liabilities, as appropriate, on initial recognition. Transaction costs directly attributable to the acquisition of financial assets or financial liabilities at fair value through profit or loss are recognised immediately in profit or loss.

***Financial assets***

The Target Group's financial assets are classified into one of the following categories including financial assets at fair value through profit or loss ("FVTPL") and loans and receivables. The classification depends on the nature and purpose of the financial assets and is determined at the time of initial recognition. All regular way purchases or sales of financial assets are recognised and derecognised on a trade date basis. Regular way purchases or sales are purchases or sales of financial assets that require delivery of asset within the time frame established by regulation or convention in the marketplace.

*Effective interest method*

The effective interest method is a method of calculating the amortised cost of a financial asset and of allocating interest income over the relevant period. The effective interest rate is the rate that exactly discounts estimated future cash receipts (including all fees and points paid or received that form an integral part of the effective interest rate, transaction costs and other premiums or discounts) through the expected life of the financial asset, or, where appropriate, a shorter period to the net carrying amount on initial recognition.

Interest income is recognised on an effective interest basis for debt instruments.

*Financial assets at fair value through profit or loss*

Financial assets at FVTPL has two subcategories, including financial assets held for trading and those designated as at FVTPL on initial recognition.

A financial asset is classified as held for trading if:

- it has been acquired principally for the purpose of selling in the near future; or
- it is a part of an identified portfolio of financial instruments that the Target Group manages together and has a recent actual pattern of short-term profit-taking; or
- it is a derivative that is not designated and effective as a hedging instrument.

A financial asset other than a financial asset held for trading may be designated as at FVTPL upon initial recognition if:

- such designation eliminates or significantly reduces a measurement or recognition inconsistency that would otherwise arise; or
- the financial asset forms part of a group of financial assets or financial liabilities or both, which is managed and its performance is evaluated on a fair value basis, in accordance with the Target Group's documented risk management or investment strategy, and information about the grouping is provided internally on that basis; or
- it forms a part of a contract containing one or more embedded derivatives, and IAS 39 "Financial Instruments: Recognition and measurement" permits the entire combined contract (asset or liability) to be designated as at FVTPL.

Financial assets at FVTPL are measured at fair value, with changes in fair value arising from remeasurement recognised directly in profit or loss in the period in which they arise. The net gain or loss recognised in profit or loss excludes any dividend or interest earned on the financial assets and is included in the other gains, losses and expenses line item in the consolidated statement of profit or loss and other comprehensive income.

*Loans and receivables*

Loans and receivables are non-derivative financial assets with fixed or determinable payments that are not quoted in an active market. Subsequent to initial recognition, loans and receivables (including loan receivable, trade and other receivables, amounts due from fellow subsidiaries and bank balances and cash) are carried at amortised cost using the effective interest method, less any identified impairment losses.

*Impairment of financial assets*

Financial assets, other than those at FVTPL, are assessed for indicators of impairment at the end of the reporting period. Financial assets are considered to be impaired where there is objective evidence that, as a result of one or more events that occurred after the initial recognition of the financial asset, the estimated future cash flows of the investment have been affected.

Objective evidence of impairment could include:

- significant financial difficulty of the issuer or counterparty; or
- breach of contract, such as default or delinquency in interest or principal payments; or
- it becoming probable that the borrower will enter bankruptcy or financial reorganisation.

For certain categories of financial assets, such as trade receivables, assets that are assessed not to be impaired individually are, in addition, assessed for impairment on a collective basis. Objective evidence of impairment for a portfolio of receivables could include the Target Group's past experience of collecting payments, an increase in the number of delayed payments in the portfolio past the average credit period, as well as observable changes in national or local economic conditions that correlate with default on receivables.

For financial assets carried at amortised cost, the amount of the impairment recognised is the difference between the asset's carrying amount and the present value of estimated future cash flows, discounted at the financial asset's original effective interest rate.

The carrying amount of the financial asset is reduced by the impairment loss directly for all financial assets with the exception of trade receivables, where the carrying amount is reduced through the use of an allowance account. Changes in the carrying amount of the allowance account are recognised in profit or loss. When a trade receivable is uncollectible, it is written off against the allowance account. Subsequent recoveries of amounts previously written off are credited to profit or loss.

If, in a subsequent period, the amount of the impairment loss decreases and the decrease can be related objectively to an event occurring after the impairment loss was recognised, the previously recognised impairment loss is reversed through profit or loss to the extent that the carrying amount of the investment at the date the impairment is reversed does not exceed what the amortised cost would have been had the impairment not been recognised.

***Financial liabilities and equity instruments***

Financial liabilities and equity instruments issued by a group entity are classified as either financial liabilities or as equity in accordance with the substance of the contractual arrangement and the definitions of a financial liability and an equity instrument.

*Equity instruments*

An equity instrument is any contract that evidences a residual interest in the assets of the Target Group after deducting all of its liabilities. Equity instruments issued by the Target Group are recognised at the proceeds received, net of direct issue costs.

*Effective interest method*

The effective interest method is a method of calculating the amortised cost of a financial liability and of allocating interest expense over the relevant period. The effective interest rate is the rate that exactly discounts estimated future cash payments (including all fees and points paid or received that form an integral part of the effective interest rate, transaction costs and other premiums or discounts) through the expected life of the financial liability, or, where appropriate, a shorter period, to the net carrying amount on initial recognition.

Interest expense is recognised on an effective interest basis.

*Financial liabilities at fair value through profit or loss*

Financial liabilities are classified as at FVTPL where the financial liabilities are either held for trading or those designated as FVTPL on initial recognition.

A financial liability is classified as held for trading if:

- it has been incurred principally for the purpose of repurchasing in the near term; or
- on initial recognition it is a part of portfolio of identified financial instruments that the Target Group manages together and has a recent actual pattern of short-term profit-taking; or
- it is a derivative that is not designated and effective as a hedging instrument.

A financial liability other than a financial liability held for trading may be designated as at FVTPL upon initial recognition if:

- such designation eliminates or significantly reduces a measurement or recognition inconsistency that would otherwise arise; or
- the financial liability forms part of a group of financial assets or financial liabilities or both, which is managed and its performance is evaluated on a fair value basis, in accordance with the Target Group's documented risk management or investment strategy, and information about the grouping is provided internally on that basis; or
- it forms part of a contract containing one or more embedded derivatives, and IAS 39 permits the entire combined contract (asset or liability) to be designated as at FVTPL.

Financial liabilities at FVTPL are measured at fair value, with gains or losses arising on remeasurement recognised directly in profit or loss in the period in which they arise. The net gain or loss is included in the other gains, losses and expenses line item in the consolidated statement of profit or loss and other comprehensive income.

*Other financial liabilities*

Other financial liabilities including trade and other payables, amount due to immediate holding company and borrowings are subsequently measured at amortised cost, using the effective interest method.

***Derivative financial instruments and hedging***

In the ordinary course of its operations, the Target Group may enter into a variety of derivative financial instruments to manage its exposure to commodity prices and foreign exchange rate risk.

Derivatives are initially recognised at fair value at the date when a derivative contract is entered into and are subsequently remeasured to their fair value at the end of the reporting period. The resulting gain or loss is recognised in profit or loss immediately unless the derivative is designated and effective as a hedging instrument, in which event the timing of the recognition in profit or loss depends on the nature of the hedge relationship.

*Hedge accounting*

The Target Group designates certain hedging instruments, which include derivatives, embedded derivatives and non-derivatives in respect of commodity price risk or foreign currency risk, as either fair value hedges or cash flow hedges. Hedges of commodity price risk or foreign exchange risk or firm commitments are accounted for as cash flow hedges.

At the inception of the hedge relationship, the Target Group documents the relationship between the hedging instrument and the hedged item, along with its risk management objectives and its strategy for undertaking various hedge transactions. Furthermore, at the inception of the hedge and on an ongoing basis, the Target Group documents whether the hedging instrument that is used in a hedging relationship is effective in offsetting changes in fair values or cash flows of the hedged item.

*Cash flow hedges*

The effective portion of changes in the fair value of derivatives that are designated and qualify as cash flow hedges are recognised in other comprehensive income and accumulated in hedging reserve. The gain or loss relating to the ineffective portion is recognised immediately in profit or loss and is included in the other income and expenses line item in the consolidated statement of profit or loss and other comprehensive income.

Amounts previously recognised in other comprehensive income and accumulated in equity (hedging reserve) are reclassified to profit or loss in the period when the hedged item is recognised in profit or loss in the same line of the consolidated statement of profit or loss and other comprehensive income as the recognised hedged item. However, when the hedged forecast transaction results in the recognition of a non-financial asset or a non-financial liability, the gains and losses previously recognised in other comprehensive income and accumulated in equity (hedging reserve) are transferred from equity and included in the initial measurement of the cost of the non-financial asset or non-financial liability.

Hedge accounting is discontinued when the Target Group revokes the hedging relationships, the hedging instrument expires or is sold, terminated, or exercised, or when it no longer qualifies for hedge accounting. Any gain or loss recognised in other comprehensive income and accumulated in equity (hedging reserve) at that time remains in equity and is recognised when the forecast transaction is ultimately recognised in profit or loss. When a forecast transaction is no longer expected to occur, the cumulative gain or loss that was deferred in equity is recognised immediately in profit or loss.

***Derecognition***

The Target Group derecognises a financial asset only when the contractual rights to the cash flows from the asset expire, or when it transfers the financial asset and substantially all the risks and rewards of ownership of the asset to another entity. If the Target Group neither transfers nor retains substantially all the risks and rewards of ownership and continues to control the transferred asset, the Target Group continues to recognise the asset to the extent of its continuing involvement and recognises an associated liability. If the Target Group retains substantially all the risks and rewards of ownership of a transferred financial asset, the Target Group continues to recognise the financial asset and also recognises a collateralised borrowing for the proceeds received.

On derecognition of a financial asset, the difference between the asset's carrying amount and the sum of the consideration received and receivable and the cumulative gain or loss that had been recognised in other comprehensive income and accumulated in equity is recognised in profit or loss.

The Target Group derecognises financial liabilities when, and only when, the Target Group's obligations are discharged, cancelled or expire. The difference between the carrying amount of the financial liability derecognised and the consideration paid and payable is recognised in profit or loss.

**Leases**

Leases are classified as finance leases whenever the terms of the lease transfer substantially all the risks and rewards of ownership to the lessee. All other leases are classified as operating leases.

Operating lease payments are recognised as an expense on a straight-line basis over the term of the relevant lease. Benefits received and receivable as an incentive to enter into an operating lease are recognised as a liability and released as a reduction of rental expense over the lease term on a straight-line basis.

## 4. CRITICAL ACCOUNTING JUDGEMENTS AND KEY SOURCES OF ESTIMATION UNCERTAINTY

In the process of applying the Target Group's accounting policies, which are described in note 3, the directors of the Target Company have identified the following judgements and key sources of estimation uncertainty that have significant effect on the amounts recognised in the Financial Information.

The key sources of estimation uncertainty at the end of the reporting period that may have a significant risk of causing a material adjustment to the carrying amounts of assets and liabilities within the next financial year is disclosed below.

**Provision for rehabilitation and environmental expenditure**

The provision for rehabilitation and environmental costs has been determined by the directors of the Target Company based on their best estimates. The directors of the Target Company estimated this liability for final reclamation and mine closure based upon detailed calculations of the amount and timing of future cash flows spending for a third party to perform the required work, escalated for inflation, then discounted at a discount rate that reflects current market assessments of the time value of money, adjusted for inflation and the risks specific to the liability, such that the provision reflects the present value of the expenditures expected to be required to settle the obligation. However, as the effect on the land and the environment from current mining activities becomes apparent in future periods, the estimate of the associated costs may be subject to change in the future. The provision is reviewed regularly to verify that it properly reflects the present value of the obligation arising from the current and past mining activities (see note 25).

**Revenue recognition**

The Target Group produces copper cathodes and copper concentrate. Copper products are sold under provisional pricing arrangements where final grades of copper in copper products are agreed based on third-party examination and final prices are set at a specified date based on market prices. Revenues are recognised when title and risk are passed to the customer using history of grades of copper in copper products based on internal examination statistics and forward prices for the expected date of final settlement. Besides, changes between the prices recorded upon recognition of revenue and the final price due to fluctuations in copper market prices result in the existence of an embedded derivative in trade receivables. This embedded derivative, is recorded at fair value, with changes in fair value classified as a component of revenue.

**Mineral reserves**

Technical estimates of the Target Group's mineral reserves are inherently imprecise and represent only approximate amounts because of the subjective judgements involved in developing such information. There are authoritative guidelines regarding the engineering criteria that have to be met before estimated mineral reserves can be designated as "proved" and "probable". Proved and probable mineral reserves estimates are updated on a regular basis and take into account recent economic production and technical information about each mine. In addition, as production levels and technical standards change from year to year, the estimate of proved and probable mineral reserves also changes. Despite the inherent imprecision in these technical estimates, these estimates are used as the basis for calculation of depreciation of mining assets and mining rights and for assessment of impairment losses as appropriate.

**Depreciation of mining assets and mineral rights**

Mining assets and mineral rights are depreciated using the UOP. The calculation of the UOP rate of depreciation, and therefore the annual depreciation charge to operations, can fluctuate from initial estimates. This could generally result when there are significant changes in any of the factors or assumptions used in estimating mine reserves, notably changes in the geology of the reserves and assumptions used in determining the economic feasibility of the reserves. Estimates of proved and probable reserves are prepared by experts in extraction, geology and reserve determination. Assessments of UOP rates against the estimated reserve base and operating and development plan are performed regularly. Any change in estimates will increase or decrease the cost of sales for the period in which the changes occur. The carrying amounts of mining assets and mining rights are set out in notes 15A and 15B.

**Deferred tax assets**

Deferred tax assets are recognised for all temporary differences to the extent that it is probable that taxable profit will be available against which the deductible temporary differences can be utilised. Recognition primarily involves judgement regarding the future performance of the particular legal entity or tax group in which the deferred tax asset has been recognised. A variety of other factors are also evaluated in considering whether there is convincing evidence that it is probable that some portion or all of the deferred tax assets will ultimately be realised, such as the amounts of the future taxable profit and tax planning strategies. As at 31 December 2011, 31 December 2012 and 30 June 2013, the recognised deferred tax assets are nil, US$17,682,000 and US$21,547,000, respectively.

**Impairment of non-financial assets**

The Target Group assesses whether there are any indicators of impairment for all non-financial assets at the end of the reporting period. An impairment exists when the carrying value of an asset or a cash-generating unit exceeds its recoverable amount, which is the higher of its fair value less costs to sell and its value in use. The calculation of the fair value less costs to sell is based on available data from binding sales transactions in an arm's length transaction of similar assets or observable market prices less incremental costs for disposing of the asset. When value in use calculations are undertaken, the management must estimate the expected future cash flows from the asset or cash-generating unit and choose a suitable discount rate in order to calculate the present value of those cash flows. As at 31 December 2011, 31 December 2012 and 30 June 2013, the carrying amounts of non-current assets (other than loan receivable and rehabilitation trust fund) are nil, US$1,819,084,000 and US$1,825,854,000, respectively.

## 5. REVENUE

Revenue represents revenue arising from sales of goods. An analysis of the Target Group's revenue from continuing operations for the Relevant Periods is as follows:

| | **For the period from 30 November 2011 (date of incorporation) to 31 December 2011** | **Year ended 31 December 2012** | **6 months ended 30 June 2012** | **2013** |
|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* (unaudited) | *US$'000* |
| Continuing operations: | | | | |
| Sales of copper | – | 336,205 | 153,860 | 178,485 |
| Sales of cobalt | – | 52,785 | 28,366 | 24,600 |
| | – | 388,990 | 182,226 | 203,085 |

## 6. SEGMENT INFORMATION

IFRS 8 "Operating segments" requires operating segments to be identified on the basis of internal reports about components of the Target Group that are regularly reviewed by the chief operating decision maker ("CODM") in order to allocate resources to the segment and assess its performance.

The CODM has been identified as the directors of the Target Company and senior management of the Target Group. They review the Target Group's internal reporting for the purposes of resource allocation and assessment of segment performance.

During the period from 30 November 2011 (date of incorporation) to 31 December 2011, the Target Group has not carried on any business. Accordingly, no segment information is presented for this period.

Subsequent to the completion of acquisition of Metorex and its subsidiaries on 16 January 2012, the CODM was provided with internal reports on a site basis for the Target Group's mining operation and the reportable and operating segments of the Target Group are identified as follows:

- Ruashi Mining
- Chibuluma plc
- Kinsenda Sarl

**Segment revenues and results**

The following is an analysis of the Target Group's revenue and results by reportable and operating segments.

*For the year ended 31 December 2012*

| | Ruashi Mining<br>*US$'000* | Chibuluma plc<br>*US$'000* | Kinsenda Sarl<br>*US$'000* | Total<br>*US$'000* |
|---|---|---|---|---|
| Segment revenue | 253,481 | 135,509 | – | 388,990 |
| Segment results | 14,001 | 53,368 | – | 67,369 |
| Unallocated corporate income | | | | 42,709 |
| Unallocated corporate expenses | | | | (36,181) |
| Profit before taxation (continuing operations) | | | | 73,897 |

*For the 6 months ended 30 June 2012 (unaudited)*

| | Ruashi Mining<br>*US$'000* | Chibuluma plc<br>*US$'000* | Kinsenda Sarl<br>*US$'000* | Total<br>*US$'000* |
|---|---|---|---|---|
| Segment revenue | 119,696 | 62,530 | – | 182,226 |
| Segment results | 21,802 | 27,173 | – | 48,975 |
| Unallocated corporate income | | | | 33,502 |
| Unallocated corporate expenses | | | | (24,026) |
| Profit before taxation (continuing operations) | | | | 58,451 |

*For the 6 months ended 30 June 2013*

| | Ruashi Mining<br>*US$'000* | Chibuluma plc<br>*US$'000* | Kinsenda Sarl<br>*US$'000* | Total<br>*US$'000* |
|---|---|---|---|---|
| Segment revenue | 142,672 | 60,413 | – | 203,085 |
| Segment results | 4,026 | 22,023 | – | 26,049 |
| Unallocated corporate income | | | | 160,261 |
| Unallocated corporate expenses | | | | (13,199) |
| Profit before taxation (continuing operations) | | | | 173,111 |

*Note:* Unallocated corporate income mainly include exchange gains and interest income.

Unallocated corporate expenses mainly include royalties, related cost for acquisition of a subsidiary, finance costs and other unallocated corporate expenses.

The accounting policies of operating segments are the same as the Target Group's accounting policies described in note 3. Segment revenue and segment results comprise turnover from external customers and mining profit generated by each segment, respectively.

**Segment assets and liabilities**

The following is an analysis of the Target Group's assets and liabilities by reportable and operating segments:

| | **Ruashi Mining** | **Chibuluma plc** | **Kinsenda Sarl** | **Total** |
|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| *At 31 December 2012* | | | | |
| Assets | | | | |
| Segment assets | 1,202,394 | 252,242 | 508,035 | 1,962,671 |
| Unallocated corporate assets | | | | 11,954 |
| Consolidated total assets | | | | 1,974,625 |
| Liabilities | | | | |
| Segment liabilities | 404,921 | 110,475 | 122,890 | 638,286 |
| Unallocated corporate liabilities: | | | | |
| Amount due to immediate holding company | | | | 1,085,737 |
| Other unallocated corporate liabilities | | | | 4,628 |
| Consolidated total liabilities | | | | 1,728,651 |

| | Ruashi Mining US$'000 | Chibuluma plc US$'000 | Kinsenda Sarl US$'000 | Total US$'000 |
|---|---|---|---|---|
| *At 30 June 2013* | | | | |
| Assets | | | | |
| Segment assets | 1,201,005 | 239,334 | 523,577 | 1,963,916 |
| Unallocated corporate assets | | | | 3,798 |
| Consolidated total assets | | | | 1,967,714 |
| Liabilities | | | | |
| Segment liabilities | 417,646 | 92,327 | 122,693 | 632,666 |
| Unallocated corporate liabilities: | | | | |
| Amount due to immediate holding company | | | | 925,773 |
| Other unallocated corporate liabilities | | | | 19,416 |
| Consolidated total liabilities | | | | 1,577,855 |

*Note:* Segment assets and segment liabilities comprise total assets and total liabilities of each segment, respectively. Unallocated corporate assets include certain bank balances and cash, other receivables, and other unallocated corporate assets. Other unallocated corporate liabilities include term loans, other payables, provisions for termination benefits and leave pay and bonuses, tax payable and other unallocated corporate liabilities.

**Other segment information**

*For the year ended 31 December 2012*

| | Ruashi Mining US$'000 | Chibuluma plc US$'000 | Kinsenda Sarl US$'000 | Unallocated US$'000 | Total US$'000 |
|---|---|---|---|---|---|
| Amounts included in the measure of segment results and segment assets: | | | | | |
| Addition to non-current assets *(note)* | 1,171,394 | 188,998 | 525,488 | 2,048 | 1,887,928 |
| Depreciation of property, plant and equipment | 25,127 | 15,332 | – | 163 | 40,622 |
| Amortisation of mineral rights and assets | 19,607 | 3,939 | – | – | 23,546 |
| Loss on disposal of property, plant and equipment | 83 | 1 | – | 4 | 88 |
| Exploration expenses | 2,565 | 1,520 | 338 | – | 4,423 |

*For the 6 months ended 30 June 2012 (unaudited)*

| | Ruashi Mining *US$'000* | Chibuluma plc *US$'000* | Kinsenda Sarl *US$'000* | Unallocated *US$'000* | Total *US$'000* |
|---|---|---|---|---|---|
| Amounts included in the measure of segment results and segment assets: | | | | | |
| Addition to non-current assets *(note)* | 23,786 | 6,046 | 11,700 | 66 | 41,598 |
| Depreciation of property, plant and equipment | 10,506 | 9,010 | – | 163 | 19,679 |
| Amortisation of mineral rights and assets | 9,997 | 923 | – | – | 10,920 |
| Exploration expenses | 217 | 358 | 251 | – | 826 |

*For the 6 months ended 30 June 2013*

| | Ruashi Mining *US$'000* | Chibuluma plc *US$'000* | Kinsenda Sarl *US$'000* | Unallocated *US$'000* | Total *US$'000* |
|---|---|---|---|---|---|
| Amounts included in the measure of segment results and segment assets: | | | | | |
| Addition to non-current assets *(note)* | 20,316 | 7,917 | 15,541 | 42 | 43,816 |
| Depreciation of property, plant and equipment | 11,943 | 7,191 | – | 199 | 19,333 |
| Amortisation of mineral rights and assets | 12,205 | 1,502 | – | – | 13,707 |
| Loss on disposal of property, plant and equipment | – | 18 | – | – | 18 |
| Exploration expenses | 2,770 | 2,256 | 6 | – | 5,032 |

*Note:* Non-current assets excluded loan receivable and rehabilitation trust fund.

**Geographical information**

As at 31 December 2012 and 30 June 2013, the Target Group's non-current assets (excluding loan receivable and rehabilitation trust fund) are located in Africa. The following is an analysis of the Target Group's revenue from external customers by geographical location of the customers:

| | Year ended 31 December 2012 *US$'000* | 6 months ended 30 June 2012 *US$'000* (unaudited) | 6 months ended 30 June 2013 *US$'000* |
|---|---|---|---|
| Africa | 225,503 | 108,559 | 102,507 |
| PRC | 52,785 | 28,366 | 24,600 |
| Switzerland | 110,702 | 45,301 | 75,978 |
| | 388,990 | 182,226 | 203,085 |

**Information about major customers**

The following is an analysis of revenue from customers of the corresponding year/period contributing over 10% of the total revenue of the Target Group:

| | Year ended 31 December | 6 months ended 30 June | |
|---|---|---|---|
| | **2012** | **2012** | **2013** |
| | *US$'000* | *US$'000* | *US$'000* |
| | | (unaudited) | |
| Customer A (note a) | 135,291 | 62,312 | 60,413 |
| Customer B (note a) | 110,702 | 45,301 | 75,978 |
| Customer C (note a) | 90,212 | 46,247 | * |
| Customer D (note b) | 52,785 | 28,366 | 24,600 |
| Customer E (note a) | – | – | 40,897 |

*Notes:*

(a) Revenue from above customers is arising from sales of copper.
(b) Revenue from above customer is arising from sales of cobalt.
* Amount less than 10% of the total revenue.

## 7. COST OF PRODUCTION

| | For the period from 30 November 2011 (date of incorporation) to 31 December | Year ended 31 December | 6 months ended 30 June | |
|---|---|---|---|---|
| | **2011** | **2012** | **2012** | **2013** |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| | | | (unaudited) | |
| Continuing operations: | | | | |
| Mining costs | – | 26,684 | 10,698 | 18,557 |
| Staff costs | – | 50,384 | 19,014 | 31,249 |
| Processing fee | – | 63,069 | 26,428 | 44,422 |
| Engineering and technical costs | – | 25,954 | 11,471 | 12,494 |
| Safety, health, environment and community costs | – | 1,852 | 1,331 | 1,602 |
| Other on-site mining cost *(note)* | – | 37,022 | 7,343 | 11,125 |
| Depreciation of property, plant and equipment | – | 40,622 | 19,679 | 19,333 |
| Amortisation of mineral rights and assets | – | 23,546 | 10,920 | 13,707 |
| | – | 269,133 | 106,884 | 152,489 |

*Note:* Other on-site mining cost includes fuel, consumable and other costs.

## 8. INTEREST INCOME

| | For the period from 30 November 2011 (date of incorporation) to 31 December 2011 | Year ended 31 December 2012 | 6 months ended 30 June 2012 | 6 months ended 30 June 2013 |
|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* (unaudited) | *US$'000* |
| Continuing operations: | | | | |
| Bank interest income | – | 790 | 680 | 231 |

## 9. OTHER INCOME AND EXPENSES

| | For the period from 30 November 2011 (date of incorporation) to 31 December 2011 | Year ended 31 December 2012 | 6 months ended 30 June 2012 | 6 months ended 30 June 2013 |
|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* (unaudited) | *US$'000* |
| Continuing operations: | | | | |
| (Loss) Gain on disposal of property, plant and equipment | – | (88) | – | 18 |
| Acquisition-related costs for acquisition of a subsidiary *(see note 33)* | – | (9,948) | (9,948) | – |
| Exchange gains | – | 42,104 | 32,156 | 160,012 |
| Decommissioning expense | – | (924) | (288) | (314) |
| Royalties | – | (19,984) | (10,844) | (10,088) |
| Others | (18) | 144 | 666 | (552) |
| | (18) | 11,304 | 11,742 | 149,076 |

## 10. FINANCE COSTS

| | For the period from 30 November 2011 (date of incorporation) to 31 December 2011 | Year ended 31 December 2012 | 6 months ended 30 June 2012 | 6 months ended 30 June 2013 |
|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* (unaudited) | *US$'000* |
| Continuing operations: | | | | |
| Interest on borrowings wholly repayable within five years *(note)* | – | 5,566 | 2,946 | 2,245 |

*Note:* Included in the amounts for the year ended 31 December 2012 and 6 months ended 30 June 2012 and 30 June 2013 were US$208,000, nil (unaudited) and US$59,000, respectively relating to interest payable on term loan due to ultimate holding company (see notes 24 and 35(a)).

## 11. (LOSS) PROFIT BEFORE TAXATION

| | For the period from 30 November 2011 (date of incorporation) to 31 December 2011 | Year ended 31 December 2012 | 6 months ended 30 June 2012 | 6 months ended 30 June 2013 |
|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* (unaudited) | *US$'000* |
| Continuing operations: | | | | |
| (Loss) profit before taxation has been arrived at after charging: | | | | |
| Staff costs | | | | |
| Directors' emoluments *(note 12)* | – | 18 | 7 | 7 |
| Other staff costs | | | | |
| – Salaries and other benefits | – | 45,903 | 16,882 | 28,933 |
| – Retirement benefits schemes contribution | – | 4,463 | 2,125 | 2,309 |
| | – | 50,384 | 19,014 | 31,249 |
| Auditor's remuneration | – | 197 | 97 | 105 |
| Agency and refining charge (included in realisation costs) | – | 14,086 | 6,480 | 6,916 |
| Depreciation of property, plant and equipment | – | 40,622 | 19,679 | 19,333 |
| Amortisation of mineral rights and assets | – | 23,546 | 10,920 | 13,707 |
| Total depreciation and amortisation | – | 64,168 | 30,599 | 33,040 |
| Operating lease rentals in respect of equipment, premises and vehicles | – | 2,181 | 214 | 1,983 |
| Transportation and export clearing costs (included in realisation costs) | – | 38,402 | 19,887 | 17,631 |

**12. DIRECTORS', CHIEF EXECUTIVE'S AND EMPLOYEES' EMOLUMENTS**

**(a) Non-executive director**

The remuneration paid to a non-executive director is presented in the table below:

| | For the period from 30 November 2011 (date of incorporation) to 31 December 2011 | Year ended 31 December 2012 | 6 months ended 30 June 2012 | 6 months ended 30 June 2013 |
|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* (unaudited) | *US$'000* |
| P Deneen | – | 18 | 7 | 7 |

**(b) Executive directors and employees' emoluments**

No emoluments were paid or payable to the chief executive and other executive directors of the Target Company during the Relevant Periods. The emoluments of the five highest paid individuals during the Relevant Periods were as follows:

| | For the period from 30 November 2011 (date of incorporation) to 31 December 2011 | Year ended 31 December 2012 | 6 months ended 30 June 2012 | 6 months ended 30 June 2013 |
|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* (unaudited) | *US$'000* |
| Salaries and other benefits | – | 1,664 | 971 | 974 |
| Retirement benefits schemes contribution | – | 89 | 52 | 51 |
| Performance related incentive payments | – | 684 | 196 | 216 |
| | – | 2,437 | 1,219 | 1,241 |

Their emoluments were within the following bands:

| | For the period from 30 November 2011 (date of incorporation) to 31 December 2011 | Year ended 31 December 2012 | 6 months ended 30 June 2012 | 2013 |
|---|---|---|---|---|
| | *No. of employees* | *No. of employees* | *No. of employees* (unaudited) | *No. of employees* |
| HK$1,000,001 to HK$1,500,000 (equivalent to US$128,205 to equivalent to US$192,308) | – | – | – | 2 |
| HK$1,500,001 to HK$2,000,000 (equivalent to US$192,309 to equivalent to US$256,410) | – | – | 4 | 1 |
| HK$2,500,001 to HK$3,000,000 (equivalent to US$320,513 to equivalent to US$384,615) | – | – | 1 | 2 |
| HK$3,000,001 to HK$3,500,000 (equivalent to US$384,616 to equivalent to US$448,177) | – | 2 | – | – |
| HK$3,500,001 to HK$4,000,000 (equivalent to US$448,178 to equivalent to US$512,821) | – | 2 | – | – |
| HK$5,000,001 to HK$5,500,000 (equivalent to US$641,027 to equivalent to US$705,128) | – | 1 | – | – |

During the Relevant Periods, no emoluments were paid by the Target Group to the directors of the Target Company or the five highest paid individuals as an inducement to join or upon joining the Target Group or as compensation for loss of office. No directors of the Target Company waived any emoluments during the Relevant Periods.

## 13. INCOME TAX EXPENSE

| | For the period from 30 November 2011 (date of incorporation) to 31 December 2011 | Year ended 31 December 2012 | 6 months ended 30 June 2012 | 6 months ended 30 June 2013 |
|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* (unaudited) | *US$'000* |
| Continuing operations: | | | | |
| The tax charge comprises: | | | | |
| Current taxation | | | | |
| Corporate income tax in DRC | – | 245 | – | 168 |
| Corporation income tax in Zambia | – | 21,644 | 11,984 | 9,233 |
| Under provision in prior years | – | 49 | – | – |
| | – | 21,938 | 11,984 | 9,401 |
| Deferred taxation *(note 26)* | – | 2,710 | 3,448 | (1,011) |
| | – | 24,648 | 15,432 | 8,390 |

During the period from 30 November 2011 (date of incorporation) to 31 December 2011, the Target Group has not carried out any business, accordingly, no provision for corporate income tax has been made in the Financial Information.

During the year ended 31 December 2012 and 6 months ended 30 June 2012 and 30 June 2013, corporate income tax in South Africa, DRC and Zambia are calculated at 28%, 30% and 42% on the estimated assessable profits, respectively.

During the Relevant Periods, no provision for Hong Kong Profits Tax has been made in the Financial Information as the Target Group has no assessable profit arising in, or derived from Hong Kong.

The tax charge for the Relevant Periods can be reconciled to the (loss) profit before taxation per the consolidated statement of profit or loss and other comprehensive income as follows:

| | For the period from 30 November 2011 (date of incorporation) to 31 December 2011 | Year ended 31 December 2012 | 6 months ended 30 June 2012 | 6 months ended 30 June 2013 |
|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* (unaudited) | *US$'000* |
| (Loss) profit before taxation (continuing operations) | (18) | 73,897 | 58,451 | 173,111 |
| Tax at income tax rate in Zambia for operation at 42% | – | 22,415 | 5,291 | 6,141 |
| Tax at income tax rate in DRC for operation at 30% | – | 4,201 | 12,353 | 13,085 |
| Tax at income tax rate in South Africa for operations at 28% | (5) | 1,828 | 2,959 | 32,163 |
| | (5) | 28,444 | 20,603 | 51,389 |
| Tax effect of expenses not deductible for tax purposes | 5 | 6,609 | 2,937 | 1,235 |
| Tax effect of income not taxable for tax purpose | – | (11,584) | (8,748) | (44,790) |
| Underprovision in prior years | – | 49 | – | – |
| Tax effect of deductible temporary difference not recognised | – | 1,130 | 640 | 556 |
| Taxation for the period/year (continuing operations) | – | 24,648 | 15,432 | 8,390 |

**14. (LOSS) EARNINGS PER SHARE**

No (loss) earnings per share information is presented as its inclusion, for the purpose of this report, is not considered meaningful.

## 15. PROPERTY, PLANT AND EQUIPMENT, MINERAL RIGHTS AND ASSETS, EXPLORATION AND EVALUATION ASSETS

### 15A. PROPERTY, PLANT AND EQUIPMENT

| | Freehold land | Buildings and infrastructure | Plant, machinery and shafts | Construction in progress | Others | Total |
|---|---|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* *(note)* | *US$'000* |
| **At 30 November 2011 (date of incorporation) and 31 December 2011** | | | | | | |
| Cost | – | – | – | – | – | – |
| Accumulated depreciation | – | – | – | – | – | – |
| **Carrying amount** | – | – | – | – | – | – |
| **At 1 January 2012, net of accumulated depreciation** | – | – | – | – | – | – |
| Acquired from acquisition of a subsidiary | 5,374 | 15,358 | 408,802 | 118,362 | 81,504 | 629,400 |
| Depreciation provided during the year | – | (1,487) | (33,293) | – | (5,842) | (40,622) |
| Additions | – | 583 | 14,330 | 34,238 | 24,346 | 73,497 |
| Disposals | – | – | (17) | – | (626) | (643) |
| Disposal of a subsidiary | – | – | – | – | (2,253) | (2,253) |
| Transfers | – | 2,924 | 3,733 | (12,977) | 6,320 | – |
| Currency realignment | – | (104) | (619) | – | (1,057) | (1,780) |
| **At 31 December 2012, net of accumulated depreciation** | 5,374 | 17,274 | 392,936 | 139,623 | 102,392 | 657,599 |
| **At 31 December 2012** | | | | | | |
| Cost | 5,374 | 24,675 | 614,625 | 139,623 | 125,751 | 910,048 |
| Accumulated depreciation | – | (7,401) | (221,689) | – | (23,359) | (252,449) |
| **Carrying amount** | 5,374 | 17,274 | 392,936 | 139,623 | 102,392 | 657,599 |

| | Freehold land | Buildings and infrastructure | Plant, machinery and shafts | Construction in progress | Others | Total |
|---|---|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* *(note)* | *US$'000* |
| **At 1 January 2013, net of accumulated depreciation** | 5,374 | 17,274 | 392,936 | 139,623 | 102,392 | 657,599 |
| Depreciation provided during the period | – | (793) | (17,213) | – | (1,327) | (19,333) |
| Additions | – | 182 | 5,624 | 19,207 | 586 | 25,599 |
| Disposals | – | (302) | – | – | (45) | (347) |
| Transfers | 59 | 1,627 | 15,451 | (13,184) | (11,673) | (7,720) |
| Currency realignment | – | – | – | – | (54) | (54) |
| **At 30 June 2013, net of accumulated depreciation** | 5,433 | 17,988 | 396,798 | 145,646 | 89,879 | 655,744 |
| **At 30 June 2013** | | | | | | |
| Cost | 5,433 | 25,634 | 602,817 | 145,646 | 103,691 | 883,221 |
| Accumulated depreciation | – | (7,646) | (206,019) | – | (13,812) | (227,477) |
| **Carrying amount** | 5,433 | 17,988 | 396,798 | 145,646 | 89,879 | 655,744 |

*Note:* Included in others are decommissioning asset, motor vehicles, furniture and fixtures and computer equipment.

**15B. MINERAL RIGHTS AND ASSETS**

| | **Mineral rights and assets** *US$'000* |
|---|---|
| **At 30 November 2011 (date of incorporation) and 31 December 2011** | |
| Cost | – |
| Accumulated depreciation and amortisation | – |
| Carrying amount | – |
| **At 1 January 2012, net of accumulated depreciation and amortisation** | – |
| Acquired from acquisition of a subsidiary | 845,536 |
| Additions | 43,085 |
| Depreciation and amortisation provided during the year | (23,546) |
| **At 31 December 2012, net of accumulated depreciation and amortisation** | 865,075 |
| **At 31 December 2012** | |
| Cost | 1,208,418 |
| Accumulated depreciation and amortisation | (343,343) |
| **Carrying amount** | 865,075 |
| **At 1 January 2013, net of accumulated depreciation and amortisation** | 865,075 |
| Additions | 18,217 |
| Depreciation and amortisation provided during the period | (13,707) |
| Transfers | 6,400 |
| Currency realignment | (2,098) |
| **At 30 June 2013, net of accumulated depreciation and amortisation** | 873,887 |
| **At 30 June 2013** | |
| Cost | 1,229,085 |
| Accumulated depreciation and amortisation | (355,198) |
| **Carrying amount** | 873,887 |

## 15C. EXPLORATION AND EVALUATION ASSETS

| | Exploration and evaluation assets |
|---|---|
| | *US$'000* |
| **At 30 November 2011 (date of incorporation), 31 December 2011 and at 1 January 2012** | **–** |
| Acquired from acquisition of a subsidiary | 274,665 |
| **At 31 December 2012 and 30 June 2013** | 274,665 |

Exploration and evaluation assets represent the rights to evaluating the technical feasibility and commercial viability of extracting inferred mineral resources in the Target Group's exploration mines. The management considers that the determination of commercial viability is still in progress as at 31 December 2012 and 30 June 2013.

During the year ended 31 December 2012 and 6 months ended 30 June 2012 and 30 June 2013, the directors of the Target Company determine that there are no facts and circumstances suggesting the carrying amount of exploration and evaluation assets exceeds their recoverable amount and no impairment is recognised.

As at 31 December 2011, 31 December 2012 and 30 June 2013, the Target Group's property, plant and equipment, mineral rights and assets and exploration and evaluation assets with carrying value of nil, US$1,741,871,000 and US$1,745,687,000 respectively, were pledged to secure borrowings.

## 16. OTHER NON-CURRENT ASSETS

| | As at 31 December | | As at |
|---|---|---|---|
| | **2011** | **2012** | **30 June 2013** |
| | *US$'000* | *US$'000* | *US$'000* |
| Loan to a DRC state-owned power company *(note a)* | – | 7,426 | 7,258 |
| Less: amount to be recovered within 1 year included in trade and other receivables *(note 18)* | – | (2,000) | (2,000) |
| | – | 5,426 | 5,258 |
| Royalty prepayment to non-controlling shareholders of subsidiaries | – | 21,745 | 21,558 |
| Rehabilitation trust fund *(note b)* | | 110 | 93 |
| | – | 27,281 | 26,909 |

*Notes:*

(a) It represents a loan provided to a DRC state-owned power company for the construction and commissioning of a high-voltage powerline and substation in the DRC to secure the future power supply to the Target Group. The loan carries interest at London Interbank Offered Rate plus 2% per annum. It is unsecured and recoverable over five years commencing from April 2011.

(b) Payments are made to rehabilitation trusts or investment accounts held by banking institutions with the intention of fully funding these liabilities as required by the governments in South Africa for the mines that have already closed.

## 17. INVENTORIES

| | As at 31 December 2011 | 2012 | As at 30 June 2013 |
|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* |
| Consumable stores | – | 37,436 | 39,602 |
| Product inventories | – | 22,617 | 24,618 |
| | – | 60,053 | 64,220 |

As at 31 December 2012 and 30 June 2013, the Target Group's inventories of US$58,336,000 and US$63,082,000, respectively, were pledged to secure borrowings.

## 18. TRADE AND OTHER RECEIVABLES

| | As at 31 December 2011 | 2012 | As at 30 June 2013 |
|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* |
| Trade receivables | – | 23,379 | 27,522 |
| Other receivables and prepayments | – | 13,829 | 14,923 |
| Loan to a DRC state-owned power company | | | |
| – current *(note 16)* | – | 2,000 | 2,000 |
| Value-added tax recoverable | – | 13,973 | 10,598 |
| | – | 53,181 | 55,043 |

The following is an aged analysis of trade receivables presented based on invoice date, which approximated to the date of revenue recognition, at the end of the reporting period.

| | As at 31 December 2011 | 2012 | As at 30 June 2013 |
|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* |
| 0 – 30 days | – | 21,037 | 25,521 |
| 31 – 60 days | – | 1,104 | 829 |
| 61 – 90 days | – | 1,238 | 1,172 |
| | – | 23,379 | 27,522 |

As at 31 December 2012 and 30 June 2013, the Target Group provided customers a credit period ranging from 15 days to 90 days. Before accepting new customers, the Target Group uses a credit bureau to perform a credit assessment to assess the potential customers' credit limit and credit quality.

As at 31 December 2012 and 30 June 2013, the Target Group's trade receivables of approximately US$15,000,000 and US$13,000,000, respectively, were pledged to secure borrowings.

Included in trade and other receivables at 31 December 2012 and 30 June 2013 was an amount due from ultimate holding company of US$3,172,000 and US$4,665,000, respectively, which was of trade nature. The Target Group allowed credit period of 30 days.

There were no trade receivables that are past due as at 31 December 2011, 31 December 2012 and 30 June 2013.

## 19. TRANSFER OF FINANCIAL ASSETS

The following were the Target Group's financial assets that were transferred to banks by discounting those trade invoices on a fully recourse basis. As the Target Group has not transferred the significant risk and rewards relating to these trade invoices, it continues to recognise the full carrying amount of these trade invoices and has recognised the cash received on the transfer as a secured borrowing. These financial assets are carried at amortised cost in the Target Group's consolidated statement of financial position.

| | Trade invoices discounted to banks with full recourse | | |
|---|---|---|---|
| | As at 31 December | | As at |
| | 2011 | 2012 | 30 June 2013 |
| | *US$'000* | *US$'000* | *US$'000* |
| Carrying amount of transferred assets | – | 4,963 | 4,964 |
| Carrying amount of associated liabilities | – | (4,963) | (4,964) |
| | – | – | – |

## 20. AMOUNTS DUE FROM FELLOW SUBSIDIARIES AND AMOUNT DUE TO IMMEDIATE HOLDING COMPANY

The amounts due from fellow subsidiaries and amount due to immediate holding company are unsecured, interest-free and repayable on demand.

## 21. DERIVATIVE FINANCIAL INSTRUMENTS

| | Assets | | | Liabilities | | |
|---|---|---|---|---|---|---|
| | As at 31 December | | As at | As at 31 December | | As at |
| | 2011 | 2012 | 30 June 2013 | 2011 | 2012 | 30 June 2013 |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| Cash flow hedges: | | | | | | |
| Commodity derivative contracts | – | – | – | – | 331 | 246 |
| Foreign currency forward contracts | – | 34 | 862 | – | – | – |
| | – | 34 | 862 | – | 331 | 246 |

Major terms of the commodity derivative contracts (with net settlement option) as at 31 December 2012 are as follows:

| Quantity | Maturity | Commodity forward price |
|---|---|---|
| Copper 1,275 metric tonnes | January 2013 | Sell at US$8,235/metric tonne |

Major terms of the foreign currency forward contract (with net settlement option) as at 31 December 2012 are as follows:

| Notional amount | Maturity | Swaps |
|---|---|---|
| ZAR15,375,000 | March 2013 | The Target Group will receive ZAR15,375,000 while paying US$1,760,000 at a forward rate of 8.74 |

Major terms of the commodity derivative contracts with net settlement option as at 30 June 2013 are as follows:

| **Quantity** | **Maturity** | **Commodity forward price** |
|---|---|---|
| Copper 3,704 metric tonnes | June-August 2013 | Sell at US$7,414/metric tonne |

Major terms of the foreign currency swap contract (with net settlement option) as at 30 June 2013 are as follows:

| **Notional amount** | **Maturity** | **Foreign Currency Forward** |
|---|---|---|
| ZAR 15,375,000 | June-August 2013 | The Target Group will receive ZAR 15,375,000 while paying US$1,739,000 at a forward rate of 8.84. |

Commodity derivative contracts utilised by the Target Group are mainly standardised copper futures contracts quoted in London Metal Exchange. The fair value of the commodity derivative contracts represents the difference between the quoted market price of commodity derivative contracts at the end of the reporting period and the quoted price at inception of the contracts.

**Hedge accounting**

The Target Group utilises commodity derivative contracts to hedge its exposure to variability in cash flows attributable to price fluctuation risk associated with highly probable forecast sales of copper products. The Target Group's foreign currency forward contracts have been designated as highly effective hedging instruments in order to manage the Target Group's foreign currency exposure in relation to foreign currency denominated monetary items e.g. payable for local purchases. For the purpose of hedge accounting, these hedging transactions of the Target Group are classified as cash flow hedge.

At the inception of the above hedging relationships, the Target Group formally designates and documents the hedge relationship, risk management objective and strategy for undertaking the hedge. The cash flow hedge mentioned above was assessed to be highly effective.

## 22. BANK BALANCES AND CASH

Bank balances comprising cash and short-term deposits with an original maturity of three months or less carried at prevailing market deposit rate. As at 31 December 2012 and 30 June 2013, the effective interest rate of these deposits ranged from 0.1% to 3.0% and 0.1% to 4.5% per annum respectively.

## 23. TRADE AND OTHER PAYABLES

| | **As at 31 December** | | **As at** |
|---|---|---|---|
| | **2011** | **2012** | **30 June 2013** |
| | *US$'000* | *US$'000* | *US$'000* |
| Trade payables | – | 36,561 | 31,583 |
| Other payables and accruals | 18 | 26,721 | 30,355 |
| | 18 | 63,282 | 61,938 |

Included in other payables and accruals are accrual for freight charges, and export clearing charges, and other general operational related payables.

The following is aged analysis of trade payables based on the invoice date at the end of the reporting period.

| | **As at 31 December** | | **As at** |
|---|---|---|---|
| | **2011** | **2012** | **30 June 2013** |
| | *US$'000* | *US$'000* | *US$'000* |
| 0 – 30 days | – | 21,980 | 21,776 |
| 31 – 60 days | – | 8,267 | 9,253 |
| 61 – 90 days | – | 2,457 | 44 |
| Over 90 days | – | 3,857 | 510 |
| | – | 36,561 | 31,583 |

As at 31 December 2012 and 30 June 2013, the credit period on purchases of goods ranged from 30 days to 60 days.

**24. BORROWINGS**

| | As at 31 December 2011 | As at 31 December 2012 | As at 30 June 2013 |
|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* |
| Term loans *(note)* | – | 100,619 | 95,542 |
| Trade invoices discounting facility | – | 4,963 | 4,964 |
| | – | 105,582 | 100,506 |
| Secured | – | 73,566 | 51,977 |
| Unsecured | – | 32,016 | 48,529 |
| | – | 105,582 | 100,506 |

The Target Group's borrowings are repayable as follows:

| | As at 31 December 2011 | As at 31 December 2012 | As at 30 June 2013 |
|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* |
| Within one year | – | 70,764 | 84,906 |
| More than one year, but not exceeding two years | – | 22,818 | 7,200 |
| More than two years, but not exceeding five years | – | 12,000 | 8,400 |
| | – | 105,582 | 100,506 |
| Less: Amount due within one year shown under current liabilities | – | (70,764) | (84,906) |
| Amount due after one year shown as non-current liabilities | – | 34,818 | 15,600 |

As at 31 December 2012 and 30 June 2013, the effective interest rate on the Target Group's borrowings ranged from 1.91% to 6.10% and 1.80% to 5.27%, respectively, per annum.

As at 31 December 2012 and 30 June 2013, all the outstanding borrowings are denominated in US$.

*Note:* As at 31 December 2012 and 30 June 2013, term loan due to ultimate holding company included above amounted to US$3,174,000 and US$10,341,000, respectively. The term loans carried at effective interest rate of 4.68% during the year ended 31 December 2012, and at effective interest rate ranged from 3.25% to 4.68% during the 6 months ended 30 June 2013. The term loans are repayable within one year.

**25. PROVISIONS**

| | As at 31 December 2011 | 2012 | As at 30 June 2013 |
|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* |
| Long-term provisions | | | |
| Rehabilitation and environmental provision *(note)* | – | 19,984 | 20,040 |
| Short-term provisions | | | |
| Termination benefits | – | 92 | 74 |
| Rehabilitation and environmental provision *(note)* | – | 982 | 982 |
| Leave pay and bonuses | – | 3,754 | 3,921 |
| | – | 4,828 | 4,977 |
| Total provisions | – | 24,812 | 25,017 |

| | For the period from 30 November 2011 (date of incorporation) to 31 December 2011 | Year ended 31 December 2012 | 6 months ended 30 June 2013 |
|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* |
| At beginning of the period/year | – | – | 24,812 |
| Acquired on acquisition of a subsidiary *(see note 33)* | – | 24,021 | – |
| Utilised during the period/year | – | (852) | (2,040) |
| Released during the period/year | – | (136) | (116) |
| Provided during the period/year | – | 4,655 | 2,721 |
| Disposal of a subsidiary | – | (2,607) | – |
| Currency realignment | – | (269) | (360) |
| At end of the period/year | – | 24,812 | 25,017 |

*Note:* The Target Group is exposed to environmental liabilities relating to its mining operations. Estimates of the cost of environmental and other remedial work such as reclamation costs, close-down and restoration and pollution control are made on an annual basis, based on the estimated life of the mines.

Rehabilitation and environmental provisions classified as short-term represents the amount estimated to be settled within one year as at the end of the reporting period.

## 26. DEFERRED TAX

For the purpose of presentation in the consolidated statement of financial position, certain deferred tax assets and liabilities have been offset. The following is the analysis of the deferred tax balances before offsetting:

| | As at 31 December 2011 | 2012 | As at 30 June 2013 |
|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* |
| Deferred tax assets | – | (17,682) | (21,547) |
| Deferred tax liabilities | – | 458,519 | 480,815 |
| | – | 440,837 | 459,268 |

The following are the major deferred tax liabilities (assets) recognised and movements thereon during the current and prior reporting periods:

| | Fair value on property, plant and equipment, mineral rights and assets and exploration and evaluation assets | Leave pay provisions | Other provisions | Foreign exchange difference arising from intra-group balances | Tax losses | Others *(note)* | Total |
|---|---|---|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| At 30 November 2011 (date of incorporation) and 31 December 2011 | – | – | – | – | – | – | – |
| Acquired from acquisition of a subsidiary *(Note 33)* | 471,330 | (160) | (3,298) | (10,937) | (23,341) | 4,922 | 438,516 |
| (Credit) charge to profit or loss *(Note 13)* | (19,605) | (44) | 2,264 | 6,086 | 11,748 | 2,261 | 2,710 |
| Charge to other comprehensive income | – | – | – | – | – | (389) | (389) |
| At 31 December 2012 | 451,725 | (204) | (1,034) | (4,851) | (11,593) | 6,794 | 440,837 |
| (Credit) charge to profit or loss *(Note 13)* | (5,698) | (61) | (2,946) | 20,682 | (5,918) | (7,070) | (1,011) |
| Charge to other comprehensive income | – | 9 | 20 | 18,714 | 180 | 519 | 19,442 |
| At 30 June 2013 | 446,027 | (256) | (3,960) | 34,545 | (17,331) | 243 | 459,268 |

*Note:* Other include tax deduction on qualified capital expenditures, hedging instruments and others.

As at 31 December 2011, 31 December 2012 and 30 June 2013, the Target Group has deductible temporary differences in respect of fair value on property, plant and equipment, mineral rights and assets and exploration and evaluation assets and tax losses of nil, US$26,761,000 and US$22,342,000, respectively. No deferred tax asset has been recognised in relation to such deductible temporary difference as it is not probable that taxable profit will be available against which the deductible temporary differences can be utilised.

As at 31 December 2011, 31 December 2012 and 30 June 2013, the Target Group does not recognise deferred tax liability in relation to withholding tax on undistributed profits of its subsidiaries of nil, US$2,615,000 and US$3,243,000, respectively, because the Target Group is able to control the timing of the reversal of the temporary differences and it is probable that the temporary differences will not reverse in the foreseeable future.

**27. SHARE CAPITAL**

| | **Number of share** | **Amount** |
|---|---|---|
| | | *US$'000* |
| Ordinary share of US$1 | | |
| Authorised: | | |
| On 30 November 2011 (date of incorporation) and balance as at 31 December 2011, 31 December 2012 and 30 June 2013 | 1 | – |
| Issued and fully paid: | | |
| Issue of share on 30 November 2011 and balance as at 31 December 2011, 31 December 2012 and 30 June 2013 | 1 | – |

The Target Company is incorporated on 30 November 2011 with an authorised share capital of US$1 divided into 1 ordinary share of US$1.

**28. FINANCIAL INSTRUMENTS**

**Capital risk management**

The Target Group manages its capital to maintain a balance between continuity of cash flows from operating activities and the flexibility through the use of borrowings. The Target Group also monitors the current and expected liquidity requirements and its compliance with lending covenants regularly to ensure that sufficient working capital and adequate committed lines of funding are maintained to meet its liquidity requirements.

The capital structure of the Target Group consists of debts, which include amount due to immediate holding company, borrowings, bank balances and equity attributable to owners of the Target Company, comprising issued capital and reserves.

The management reviews the capital structure on a regular basis. As part of this review, the management considers the cost of capital and the associated risk, and takes appropriate actions to adjust the Target Group's capital structure through new share issues as well as the issue of new debts or the redemption of existing debts.

**Categories of financial instruments**

| | As at 31 December | | As at |
|---|---|---|---|
| | 2011 | 2012 | 30 June 2013 |
| | *US$'000* | *US$'000* | *US$'000* |
| *Financial assets* | | | |
| Loans and receivables (including cash and cash equivalents) | – | 68,488 | 52,219 |
| Derivative financial instruments in designated hedge accounting relationships | – | 34 | 862 |
| *Financial liabilities* | | | |
| At amortised cost | – | 1,230,434 | 1,064,555 |
| Derivative financial instruments in designated hedge accounting relationships | – | 331 | 246 |

**Financial risk management objectives and policies**

The Target Group's major financial instruments include loan receivable, trade and other receivables, amounts due from fellow subsidiaries, bank balances and cash, derivative financial instruments, trade and other payables, amount due to immediate holding company and borrowings. Details of the financial instruments are disclosed in respective notes. The risks associated with these financial instruments and the policies on how to mitigate these risks are set out below. The management manages and monitors these exposures to ensure appropriate measures are implemented on a timely and effective manner.

*Currency risk*

The carrying amounts of the Target Group's monetary liabilities denominated in a foreign currency, i.e. a currency other than the functional currency of the respective group entities, which mainly represent amount due to immediate holding company, at the end of the reporting period are as follows:

| | South Africa Rand |
|---|---|
| | *US$'000* |
| As at 31 December 2011 | |
| Assets | – |
| Liabilities | – |
| As at 31 December 2012 | |
| Assets | – |
| Liabilities | 1,085,737 |
| As at 30 June 2013 | |
| Assets | – |
| Liabilities | 925,773 |

The Target Group manages its foreign currency risk by closely monitoring the movements of foreign currency exchange rates. Other than the foreign currency forward contract as disclosed in note 21, the Target Group currently has not entered into any foreign currency forward contracts to hedge against foreign currency risk.

Sensitivity analysis

The Target Group is mainly exposed to fluctuation against a foreign currency of South Africa Rand. The following table details the Target Group's sensitivity to a 5% increase and decrease in functional currency. 5% represents management's assessment of the reasonably possible change in a foreign exchange rate. The sensitivity analysis includes only outstanding foreign currency denominated monetary items and adjusts their translation at the end of the reporting period for a 5% change in a foreign currency rate. A positive number below indicates a decrease in profit for the year where functional currency of each group entity strengthens 5% against the relevant foreign currency. For a 5% weakening of functional currency of each group entity against the relevant foreign currency, there would be an equal and opposite impact on the profit for the year.

| | **As at 31 December** | | **As at** |
|---|---|---|---|
| | **2011** | **2012** | **30 June 2013** |
| | *US$'000* | *US$'000* | *US$'000* |
| South Africa Rand | – | 54,287 | 46,289 |

In the opinion of directors of the Target Company, the sensitivity analysis is unrepresentative of inherent foreign exchange risk as the period/year end exposure does not reflect the exposure during the period/year.

*Interest rate risk*

The Target Group is exposed to cash flow interest rate risk in relation to floating-rate loan receivable and borrowings with reference to the London Interbank Offered Rate. The management continuously monitors interest rate exposure and will consider hedging interest rate risk should the need arise.

The Target Group is also exposed to fair value interest rate risk in relation to fixed-rate borrowings. The management continuously monitors interest rate exposure.

The Target Group's bank balances have exposure to cash flow interest rate risk due to the fluctuation of the prevailing market interest rate on bank balances. The directors of the Target Company consider that the Target Group's exposure of the short-term bank deposits to interest rate risk is not significant as interest bearing bank balances are with short maturity period.

Sensitivity analysis

The sensitivity analysis has been determined based on the exposure to interest rates for floating-rate interest bearing loan receivable and borrowings. The analysis is prepared assuming those balances outstanding at the end of the reporting period were outstanding for the whole year/period. A 50 basis point increase or decrease which represents the management's assessment of the reasonably possible change in interest rates is used.

If the interest rate on loan receivable and borrowings carried at floating-rate had been 50 basis points higher/lower and all other variables were held constant, the (loss) profit for the period/year ended 31 December 2011, 31 December 2012 and 30 June 2013 would decrease by nil, US$310,000 and US$303,000, respectively.

In the opinion of directors of the Target Company, the sensitivity analysis is unrepresentative of inherent interest rate risk as the period/year end exposure does not reflect the exposure during the period/year.

*Commodity price risk*

The Target Group is also exposed to commodity price risk, i.e. copper price. In order to minimise the commodity price risk, other than provisional price arrangement detailed in note 3, the Target Group also enters into forward contracts to hedge the exposure to fluctuations in mineral prices on specific transactions. The contracts are matched with anticipated future cash flows from mineral sales.

*Credit risk*

The Target Group's maximum exposure to credit risk in the event of the counterparties' failure to perform their obligations at the end of the reporting period in relation to each class of recognised financial assets is the carrying amount of those assets as stated in the consolidated statement of financial position. In order to minimise the credit risk, the directors of the Target Company have delegated the management to be responsible for determination of credit limits, credit approvals and other monitoring procedures to ensure that follow-up action is taken to recover overdue debts. In addition, the Target Group reviews the recoverable amount of each individual trade debt at the end of the reporting period to ensure that adequate impairment losses are made for irrecoverable amounts. In this regard, the directors of the Target Company consider that the Target Group's credit risk is significantly reduced.

The credit risk for bank deposits and bank balances exposed is considered minimal as such amounts are placed with various banks with good credit ratings and there is no significant concentration of credit risk.

The Target Group's copper and cobalt sales are allocated between four customers for the year ended 31 December 2012 and five customers for the 6 months ended 30 June 2013, all of whom have a good track record with respect to settling receivables within the agreed credit period.

*Liquidity risk*

In management of the liquidity risk, the Target Group monitors and maintains a level of cash and cash equivalents deemed adequate by the management to finance the Target Group's operations and mitigate the effects of fluctuations in cash flows. The management monitors the utilisation of borrowings and ensures compliance with loan covenants, if any. The Target Group's current liabilities exceeded its current assets by US$946,438,000 as at 30 June 2013. After the completion of the Acquisition, the amount due to immediate holding company will be sold to the Company free and clear from all encumbrances. The Company will not demand repayment of the loan until the Target Group has the financial ability to do so at least for the next twelve months from the date of this report. In the event that the Acquisition is not completed, the immediate holding company also agreed not to demand repayment of the amount due to it until the Target Group has the financial ability to do so at least for the next twelve months from the date of this report. In addition, the Target Group has entered into a financing facility of US$80,000,000 with the China Development Bank Corporation subsequent to 30 June 2013. Therefore, the directors of the Target Company are of the opinion that it is appropriate to prepare the Financial Information on a going concern basis.

The following table details the Target Group's remaining contractual maturity for its non-derivative financial liabilities. The table has been drawn up based on the undiscounted cash flows of financial liabilities based on the earliest date on which the Target Group can be required to pay. The maturity dates for other non-derivative financial liabilities are based on the agreed repayment dates.

The table includes both interest and principal cash flows. To the extent that interest flows are floating rate, the undiscounted amount is derived from market interest rate at the end of the reporting period.

In addition, the following table details the Target Group's liquidity analysis for its derivative financial instruments. The tables have been drawn up based on the undiscounted contractual net cash (inflows) and outflows on derivative instruments settled on a net basis. The liquidity analyses for the Target Group's derivative financial instruments are prepared based on the contractual maturities as the management considers that the contractual maturities are essential for an understanding of the timing of the cash flows of the derivatives.

| | Weighted average interest rate | On demand and within one year | Over one year but not more than five years | Total undiscounted cash flows | Carrying amount |
|---|---|---|---|---|---|
| | *%* | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| **As at 31 December 2012** | | | | | |
| **Non-derivative financial liabilities** | | | | | |
| Trade and other payables | – | 39,115 | – | 39,115 | 39,115 |
| Amount due to immediate holding company | – | 1,085,737 | – | 1,085,737 | 1,085,737 |
| Borrowings | 3.20 | 72,464 | 36,107 | 108,571 | 105,582 |
| | | 1,197,316 | 36,107 | 1,233,423 | 1,230,434 |
| **Derivative – net settlement** | | | | | |
| – net inflow | – | (34) | – | (34) | (34) |
| – net outflow | – | 331 | – | 331 | 331 |
| **As at 30 June 2013** | | | | | |
| **Non-derivative financial liabilities** | | | | | |
| Trade and other payables | – | 38,276 | – | 38,276 | 38,276 |
| Amount due to immediate holding company | – | 925,773 | – | 925,773 | 925,773 |
| Borrowings | 3.12 | 86,151 | 16,942 | 103,093 | 100,506 |
| | | 1,050,200 | 16,942 | 1,067,142 | 1,064,555 |
| **Derivative – net settlement** | | | | | |
| – net inflow | – | (862) | – | (862) | (862) |
| – net outflow | – | 246 | – | 246 | 246 |

**Fair value measurements of financial instruments**

The fair values of derivative financial instruments are measured at fair value by reference to the valuation provided by counterparty financial institutions for these instruments.

The directors of the Target Company consider that the carrying amounts of financial assets and financial liabilities recorded at amortised cost in the Financial Information approximate to their fair values.

The following table provides an analysis of financial instruments that are measured subsequent to initial recognition at fair value, grouped into Levels 1 to 3 based on the degree to which the fair value is observable.

- Level 1 fair value measurements are those derived from quoted prices (unadjusted) in active market for identical assets or liabilities.
- Level 2 fair value measurements are those derived from inputs other than quoted prices included within Level 1 that are observable for the asset or liability, either directly (i.e. as prices) or indirectly (i.e. derived from prices).
- Level 3 fair value measurements are those derived from valuation techniques that include inputs for the asset or liability that are not based on observable market data (unobservable inputs).

There were no transfers between Levels 1, 2 and 3 during the Relevant Periods.

The fair value of commodity derivative contracts as at 31 December 2012 and 30 June 2013 are liability of US$331,000 and US$246,000, respectively, determined by those derived by the forward rate (from observable forward rates in active market at the end of the reporting period)

The valuation of all commodity derivative contracts are classified in level 1 of the fair value hierarchy with the fair value derived from quoted price (unadjusted) in active market for identifiable assets or liabilities.

The fair value of foreign currency forward contracts as at 31 December 2012 and 30 June 2013 are assets of US$34,000 and US$862,000 respectively, determined by discounted cash flow that future cash flow are estimated based on forward exchange rates (from observable forward exchange rates at the end of the reporting period) and forward contracted forward rates, discounted at a rate that reflects the credit risk of various counterparties.

The valuation of all foreign currency forward contracts are classified in level 2 of the fair value hierarchy with the fair value derived from inputs other than quoted prices that are observable for the asset or liability,either directly (i.e. as prices) or indirectly (i.e. derived from prices).

Commodity derivative contracts and foreign currency forward contracts are measured at fair value subsequent to initial recognition and grouped into Level 1 and Level 2, respectively.

Except as detailed above, the directors of the Target Company consider that the carrying amounts of financial assets and financial liabilities recorded at amortised cost approximate to their fair values.

## 29. LEASE COMMITMENTS

At the end of the reporting period, the Target Group was committed to make the following future minimum lease payments under non-cancellable operating leases which fall due as follows:

| | **As at 31 December** | | **As at** |
|---|---|---|---|
| | **2011** | **2012** | **30 June 2013** |
| | *US$'000* | *US$'000* | *US$'000* |
| Within one year | – | 2,465 | 2,451 |
| In the second to fifth years inclusive | – | 2,230 | 2,224 |
| | – | 4,695 | 4,675 |

Operating lease payments represent rental payable by the Target Group for certain of its equipment, premises and vehicles. Lease is negotiated and rental is fixed originally for a lease term ranging from one to five years.

## 30. COMMITMENTS

| | **As at 31 December** | | **As at** |
|---|---|---|---|
| | **2011** | **2012** | **30 June 2013** |
| | *US$'000* | *US$'000* | *US$'000* |
| Capital expenditure in respect of property, plant and equipment, mineral rights and assets and exploration and evaluation assets | | | |
| – authorised but not contracted for | – | 9,005 | 221,882 |
| – contracted for but not provided | – | 5,540 | 38,691 |
| | – | 14,545 | 260,573 |

**31. RETIREMENT BENEFIT INFORMATION**

Contributions are made by the South African companies to independent pension and provident funds which are defined contribution retirement benefit plans governed by the Pension Funds Act, 1956. All eligible employees are required to become members of these schemes.

DRC employees contribute to the DRC National Social Security Fund in accordance with applicable labour laws. All eligible Zambian employees are required to join and contribute to an external pension fund, Africa Life. Both funds are defined contribution retirement benefits plans.

The assets of the schemes are held separately from those of the Target Group in funds under the control of the trustees. The amounts incurred for retirement benefit scheme contributions are disclosed in note 11. According to the respective schemes, those contributions are not refundable nor forfeitable.

**32. DISCONTINUED OPERATIONS – OTHER EXPENDITURE**

O'Okiep Copper Company (Proprietary) Limited ("OCC") and Maranda are classified as discontinued operations and OCC was disposed of during the year ended 31 December 2012.

The operating results of OCC and Maranda are detailed below:

| | For the period from 30 November 2011 (date of incorporation) to 31 December 2011 | Year ended 31 December 2012 | 6 months ended 30 June 2012 | 2013 |
|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* (unaudited) | *US$'000* |
| Other expenditures | – | (482) | (726) | (9) |
| | – | (482) | (726) | (9) |

The cash flows incurred by OCC and Maranda during the Relevant Periods are insignificant.

**33. ACQUISITION OF A SUBSIDIARY**

On 16 January 2012, Newshelf acquired the entire equity interests in Metorex, which is principally engaged in the business of copper and cobalt mining, for a consideration of ZAR9,111,350,000 (equivalent to US$1,117,052,000). Upon completion of the acquisition, Metorex became a wholly-owned subsidiary of Newshelf. Metorex was acquired so as to establish a platform for the acquisition, exploration, development and operation of copper and cobalt projects in Africa.

Acquisition-related costs amounting to US$9,948,000 have been recognised as an expense during the year ended 31 December 2012, within the other income and expenses line item in the consolidated statement of profit or loss and other comprehensive income.

| | 2012 |
|---|---|
| | *US$'000* |
| **Fair value of assets acquired and liabilities assumed at the date of acquisition:** | |
| Property, plant and equipment | 629,400 |
| Mineral rights and assets | 845,536 |
| Exploration and evaluation assets | 274,665 |
| Other non-current assets | 8,974 |
| Inventories | 54,234 |
| Trade and other receivables | 88,502 |
| Derivative financial instruments | 1,098 |
| Bank balances and cash | 60,664 |
| Trade and other payables | (73,687) |
| Borrowings | (103,292) |
| Tax payable | (4,290) |
| Provisions | (24,021) |
| Deferred tax liabilities | (438,516) |
| Net assets acquired | 1,319,267 |

On the date of acquisition, fair value adjustments of US$829,603,000 and US$169,168,000 have been made to mineral rights and assets and exploration and evaluation assets respectively, with the recognition of corresponding adjustments to deferred tax liabilities amounting to US$257,464,000 and US$50,750,000, respectively. The assets acquired and liabilities assumed were fair valued by Asset Appraisal Limited, an independent qualified valuer not connected to the Target Group. The address of Asset Appraisal Limited is Room 802, 8/F, On Hong Commercial Building, 145 Hennessy Road, Wanchai, Hong Kong. The fair values of loan receivable and trade and other receivables approximate to their respective gross contractual amounts.

| | 2012 |
|---|---|
| | *US$'000* |
| **Goodwill arising on acquisition:** | |
| Consideration | 1,117,052 |
| Add: Non-controlling interests of subsidiaries of Metorex | 202,215 |
| Less: Net assets acquired | (1,319,267) |
| | – |

**Non-controlling interests:**

The non-controlling interests recognised at the acquisition date was measured by reference to the proportionate share of the acquiree's identifiable net assets and amounted to US$202,215,000.

| | 2012 |
|---|---|
| | *US$'000* |
| **Net cash outflow arising on acquisition:** | |
| Cash consideration paid | (1,117,052) |
| Bank balances and cash acquired | 60,664 |
| | (1,056,388) |

Included in profit for the year ended 31 December 2012 is profit of US$17,356,000 attributable to the additional business generated by Metorex. Revenue for the year ended 31 December 2012 includes US$388,990,000 generated from Metorex.

Had the acquisition been completed on 1 January 2012, total group revenue for the year ended 31 December 2012 would have been US$408,051,000 and profit for the year ended 31 December 2012 would have been US$43,781,000 after taking into account additional depreciation and amortisation charges arising from fair value adjustment on mineral rights and assets and exploration and evaluation assets upon acquisition. The pro forma information is for illustrative purposes only and is not necessarily an indication of revenue and results of operations of the Target Group that actually would have been achieved had the acquisition been completed on 1 January 2012, nor is it intended to be a projection of future results.

## 34. DISPOSAL OF A SUBSIDIARY

In December 2012, the Target Group disposed of the entire equity interests in a subsidiary, OCC, for a consideration of ZAR10 (equivalent to US$1) to an independent third party, OCC mainly owns a retired mine in South Africa.

| | **2012** |
|---|---|
| | *US$'000* |
| **Analysis of assets disposed of and liabilities derecognised over which control was lost at the date of disposal:** | |
| Property, plant, equipment | 2,253 |
| Trade and other receivables | 35 |
| Bank balances and cash | 26 |
| Trade and other payables | (36) |
| Provisions | (2,607) |
| Net liabilities disposed of | (329) |

| | *US$'000* |
|---|---|
| **Gain on disposal of a subsidiary:** | |
| Consideration received | – |
| Net liabilities disposed of | (329) |
| Gain on disposal | (329) |

| | **2012** |
|---|---|
| | *US$'000* |
| **Net cash outflow arising on disposal:** | |
| Cash consideration received | – |
| Less: Cash and cash equivalents disposed of | (26) |
| | (26) |

During the 6 months ended 30 June 2013, the Metorex Group made no disposals, while Abbey was liquidated and deregistered and Metorex Commercial Services was deregistered. Both these companies were dormant with limited transactions.

## 35. RELATED PARTY TRANSACTIONS

### (a) Transaction with related parties

Apart from details of the balances with related companies disclosed in the respective notes, the Target Group entered into the following transactions with related parties during the Relevant Periods:

| | For the period from 30 November 2011 (date of incorporation) to 31 December 2011 | Year ended 31 December 2012 | 6 months ended 30 June 2012 | 6 months ended 30 June 2013 |
|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* (unaudited) | *US$'000* |
| Sales of goods to ultimate holding company | – | 52,785 | 28,366 | 24,600 |
| Interest expenses on term loan due to ultimate holding company | – | 208 | – | 59 |

### (b) Compensation of key management personnel

Details of the remuneration of key management personnel, who are the five highest paid individuals, during the Relevant Periods, are set out in note 12.

## B. EVENTS AFTER THE END OF REPORTING PERIOD

The Target Group has entered into a financing facility of US$80,000,000 with the China Development Bank Corporation subsequent to 30 June 2013.

## C. SUBSEQUENT FINANCIAL STATEMENTS

No audited financial statements have been prepared by the Target Group, the Target Company or its subsidiaries in respect of any period subsequent to 30 June 2013.

Yours faithfully,

**Deloitte Touche Tohmatsu**
Certified Public Accountants
Hong Kong

## 2. MANAGEMENT DISCUSSION AND ANALYSIS OF THE TARGET GROUP

The Target Group comprises the Target Company, Newshelf and the Metorex Group. The Target Company owns the entire issued share capital of Newshelf, which in turn owns entire issued share capital of Metorex.

Jinchuan Group acquired Metorex and its subsidiaries through the making of a public takeover in July 2011 and the takeover and privatisation of Metorex was completed on 16 January 2012. Jinchuan Group used the Target Company and Newshelf as special purpose vehicles for undertaking the takeover, and upon completion of the takeover, Newshelf is an investment holding company which does not carry out any business other than holding its 100% shareholding interest in Metorex, and the Target Company is also an investment holding company which does not carry out any business other than holding its 100% shareholding interest in Newshelf, and hence Metorex.

The Target Company was incorporated on 30 November 2011. During the period from its incorporation date to 31 December 2011, the Target Company did not engage in any activity save for the incurrence of certain immaterial set up expenses. For the six months ended 30 June 2012 and also the year ended 31 December 2012, the financial results of the Metorex Group are included in the financial information of the Target Company since 16 January 2012 upon completion of the takeover acquisition of Metorex by Newshelf. In view that (i) the Target Company has been in existence for less than two full financial years; and (ii) the Target Company and Newshelf are only investment holding companies with no business other than their interest in the Metorex Group since 16 January 2012, it would not be meaningful to conduct a full period on period discussion and analysis of the financial results of the Target Group. Shareholders should refer to section 2 of Appendix II to this circular for a discussion and analysis on the financial results of the Metorex Group for the 18 months ended 31 December 2010, the year ended 31 December 2011, the year ended 31 December 2012 and the six months ended 30 June 2013, which comprises the operating subsidiaries that are within the Target Group.

Accordingly, the following paragraphs only contain discussions on selected items of the financial information of the Target Group.

***Consolidated Statements of Profit or Loss and Other Comprehensive Income***

| | For the period from 30 November 2011 (date of incorporation) to 31 December 2011 | Year ended 31 December 2012 | Six months ended 30 June 2012 | 2013 |
|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* (unaudited) | *US$'000* |
| CONTINUING OPERATIONS | | | | |
| Revenue | – | 388,990 | 182,226 | 203,085 |
| Realisation costs | – | (52,488) | (26,367) | (24,547) |
| Cost of production | – | (269,133) | (106,884) | (152,489) |
| Mining profit | – | 67,369 | 48,975 | 26,049 |
| Interest income | – | 790 | 680 | 231 |
| Other income and expenses | (18) | 11,304 | 11,742 | 149,076 |
| Finance costs | – | (5,566) | (2,946) | (2,245) |
| (Loss) profit before taxation | (18) | 73,897 | 58,451 | 173,111 |
| Income tax expense | – | (24,648) | (15,432) | (8,390) |
| (Loss) profit for the period/year from continuing operations | **(18)** | **49,249** | **43,019** | **164,721** |
| DISCONTINUED OPERATIONS | | | | |
| Discontinued operations – other expenditure | – | (482) | (726) | (9) |
| Loss for the period/year from discontinued operations | – | (482) | (726) | (9) |
| (Loss) profit for the period/year | (18) | 48,767 | 42,293 | 164,712 |
| Other comprehensive expense: | | | | |
| Items that may be classified subsequently to profit or loss: | | | | |
| Exchange differences on translation | – | (1,393) | 6,453 | (19,996) |
| Fair value change on cash flow hedges, net of income tax | – | (297) | (797) | (83) |
| Other comprehensive (expense) income for the period/year | – | (1,690) | 5,656 | (20,079) |
| Total comprehensive (expense) income for the period/year | **(18)** | **47,077** | **47,949** | **144,633** |
| (Loss) profit for the period/year attributable to owners of the Target Company | | | | |
| – from continuing operations | (18) | 46,264 | 36,983 | 161,457 |
| – from discontinued operations | – | (482) | (726) | (9) |
| (Loss) profit for the period/year attributable to owners of the Target Company | (18) | 45,782 | 36,257 | 161,448 |
| Profit for the period/year attributable to non-controlling interests | | | | |
| – from continuing operations | – | 2,985 | 6,036 | 3,264 |
| – from discontinued operations | – | – | – | – |
| Profit for the period/year attributable to non-controlling interests | – | 2,985 | 6,036 | 3,264 |
| | (18) | 48,767 | 42,293 | 164,712 |
| Total comprehensive (expense) income attributable to: | | | | |
| Owners of the Target Company | (18) | 44,700 | 40,942 | 141,410 |
| Non-controlling interests | – | 2,377 | 7,007 | 3,223 |
| | **(18)** | **47,077** | **47,949** | **144,633** |

*Consolidated Statements of Financial Position*

| | As at 31 December | | As at 30 June |
|---|---|---|---|
| | **2011** | **2012** | **2013** |
| | *US$'000* | *US$'000* | *US$'000* |
| Non-current assets | | | |
| Property, plant and equipment | – | 657,599 | 655,744 |
| Mineral rights and assets | – | 865,075 | 873,887 |
| Exploration and evaluation assets | – | 274,665 | 274,665 |
| Other non-current assets | – | 27,281 | 26,909 |
| | – | 1,824,620 | 1,831,205 |
| Current assets | | | |
| Inventories | – | 60,053 | 64,220 |
| Trade and other receivables | – | 53,181 | 55,043 |
| Amounts due from fellow subsidiaries | – | 25 | 32 |
| Derivative financial instruments | – | 34 | 862 |
| Tax receivable | – | 49 | – |
| Bank balances and cash | – | 36,663 | 16,352 |
| | **–** | **150,005** | **136,509** |
| Current liabilities | | | |
| Trade and other payables | 18 | 63,282 | 61,938 |
| Amount due to immediate holding company | – | 1,085,737 | 925,773 |
| Borrowings | – | 70,764 | 84,906 |
| Short-term provisions | – | 4,828 | 4,977 |
| Derivative financial instruments | – | 331 | 246 |
| Tax payable | – | 8,070 | 5,107 |
| | 18 | 1,233,012 | 1,082,947 |
| Net current liabilities | **(18)** | **(1,083,007)** | **(946,438)** |
| Total assets less current liabilities | (18) | 741,613 | 884,767 |
| Non-current liabilities | | | |
| Borrowings | – | 34,818 | 15,600 |
| Long-term provisions | – | 19,984 | 20,040 |
| Deferred tax liabilities | – | 440,837 | 459,268 |
| | – | 495,639 | 494,908 |
| Net (liabilities) assets | **(18)** | **245,974** | **389,859** |
| Capital and reserves | | | |
| Share capital | – | – | – |
| Reserves | (18) | 44,682 | 185,734 |
| Equity attributable to owners of the Target Company | (18) | 44,682 | 185,734 |
| Non-controlling interests | – | 201,292 | 204,125 |
| Total equity | **(18)** | **245,974** | **389,859** |

**(a) Six months ended 30 June 2012 compared to six months ended 30 June 2013**

As the Target Company and Newshelf are only investment holding companies with no business activities other than their interest in the Metorex Group since 16 January 2012, the financial results of the Target Group for the six months ended 30 June 2012 and the six months ended 30 June 2013 primarily comprised of the financial results of the Metorex Group for the corresponding periods. There are however certain key differences between the financial results of the Target Group and those of the Metorex Group. Accordingly, the discussions set out below only compare certain key items of financial information of the Target Group for these periods which do not form part of the financial results of the Metorex Group.

The total cost of production of continuing operations for the Target Group for the six months ended 30 June 2013 increased by 42.7% to US$152.5 million from US$106.9 million for the six months ended 30 June 2012. In addition to the increase being attributable to the increase in total cost of production of the Metorex Group over these periods, the increase was also attributable to the higher amount of the amortisation costs of mineral rights and assets being recognised as a result of the increase in the units of production for the six months ended 30 June 2013 as compared with the units of production for the six months ended 30 June 2012. Please refer to note 3 to the financial information of the Target Group in this appendix for details of the accounting policy adopted for the amortisation and depreciation of mineral rights and assets.

The other income of continuing operations for the Target Group for the six months ended 30 June 2013 increased by 11.7 times to US$149.1 million from US$11.7 million for the six months ended 30 June 2012. This was primarily due to the depreciation of South African Rand against U.S. Dollar during the six months ended 30 June 2013 which resulted in exchange gains being derived on the amount of shareholder's loan of ZAR9,193.4 million (equivalent to approximately US$925.8 million as of 30 June 2013) from Jintai Mining Investment Limited which is denominated in South African Rand (being the Sale Loans). As such shareholder's loan will be sold by Jintai Mining Investment Limited to the Company as part of the Acquisition, upon Completion, exchange gain or loss on such loan (even though the loan may continue to remain outstanding) will not be reflected in the consolidated financial results of the Company due to intragroup eliminations.

Primarily as a result of the items described above, the profit before taxation of continuing operations for the Target Group for the six months ended 30 June 2013 increased by 2.0 times to US$173.1 million from US$58.5 million for the six months ended 30 June 2012. Also, the profit for the period of continuing operations for the Target Group for the six months ended 30 June 2013 increased by 2.8 times to US$164.7 million from US$43.0 million for the six months ended 30 June 2012.

**(b) Year ended 31 December 2012**

As the Target Company was only incorporated on 30 November 2011, it would not be meaningful to include a discussion on the period on period comparison of the consolidated financial results of the Target Company for the period from 30 November 2011 to 31 December 2011, compared with the consolidated financial results of the Target Company for the year ended 31 December 2012. Accordingly, the discussions set out below only highlight certain items which represent the key differences between the financial information of the Target Group and the financial information of the Metorex Group for the year ended 31 December 2012.

***Selected items of statements of profit or loss and other comprehensive income***

As the Target Company had only acquired the Metorex Group on 16 January 2012, the consolidated financial results of the Target Company for the year ended 31 December 2012 had only included the financial results of the Metorex Group from 16 January 2012 to 31 December 2012.

The total cost of production of continuing operations for the Target Group for the year ended 31 December 2012 was US$269.1 million, which was greater than the cost of production of the Metorex Group of US$255.8 million for the same year. This was attributable to the higher amortisation and depreciation costs of mineral rights and assets incurred by the Target Group than that incurred by the Metorex Group over the same year. This was because the amortisation and depreciation costs of mineral rights and assets of the Target Company have taken into account the additional amortisation and depreciation costs arising from the fair value adjustment on mineral rights and assets due to the difference between the acquisition consideration paid by Newshelf for the acquisition of Metorex and the fair value of the net assets of the Metorex Group at the time of the acquisition.

The Target Group had a total other income of continuing operations of US$11.3 million for the year ended 31 December 2012, whilst the Metorex Group had a total other expenses of US$22.8 million for the same year. This was attributable to the exchange gains of US$42.1 million derived by the Target Group which was partially offset by the costs of US$9.9 million incurred by Newshelf for the acquisition of Metorex during the year.

The Target Group's income tax expense of continuing operations for the year ended 31 December 2012 was US$24.6 million, whilst the Metorex Group's income tax expense was US$41.4 million. This was because the additional amortisation and depreciation costs of mineral rights and assets had given rise to deferred tax credits of the Target Group and hence the release of the relevant deferred tax liabilities which had the effect of reducing the overall income tax expense for the year.

Primarily as a result of the items described above, the Target Group's profit of continuing operations for the year ended 31 December 2012 was US$49.2 million, compared to the profit for the year of the Metorex Group of US$28.5 million over the same year.

***Selected items of statements of financial position***

The mineral rights and assets of the Target Group as at 31 December 2012 was US$865.1 million, whilst the Metorex Group's mineral rights and assets as at the same date was US$215.8 million. This was because the Target Group has accounted for the difference between the acquisition consideration paid by Newshelf for the acquisition of Metorex and the fair value of the net assets of the Metorex Group at the time of the acquisition as additional value of the mineral rights and assets of the acquiree company. The acquisition has also created an additional amount of exploration and evaluation assets of US$274.7 million being accounted for by the Target Group as of 31 December 2012.

A breakdown of the value of the mining rights acquired by the Target Group (through the acquisition of the Metorex Group) as at 16 January 2012 was as follows:

| | *US$ million* |
|---|---|
| Ruashi Mine (including Musonoi Est Project) | 524.1 |
| Chibuluma plc | 74.4 |
| Kinsenda Sarl (including Lubembe Project) | 247.0 |
| | **845.5** |

The Target Group's total current liabilities as at 31 December 2012 were US$1,233.0 million, whilst the Metorex Group's total current liabilities as at the same date were US$147.3 million. This was because the Target Group's had additional borrowings in the form of an interest-free shareholder's loan of ZAR9,193.4 million (equivalent to approximately US$925.8 million as of 30 June 2013) which was provided by its immediate holding company, Jintai Mining Investment Limited (namely, the Seller), to fund the consideration for the acquisition of Metorex by Newshelf (the shareholder's loan, being the Sale Loans, will be transferred and assigned by the Seller to the Company upon Completion). It is understood that, in view of the net current liability position, the Target Group will not be demanded for repayment of the shareholder's loan by the Seller.

The Target Group's total non-current liabilities as at 31 December 2012 were US$495.6 million, whilst the Metorex Group's total non-current liabilities as at the same date were US$194.7 million. This was because the Target Group had to account for additional deferred tax liability associated with the additional value of mineral rights and assets and exploration and evaluation assets as described above.

Primarily as a result of the items described above, the Target Group had a net current liability position of US$1,083.0 million whilst the Metorex Group had a net current assets position of US$0.7 million as at 31 December 2012, and the Target Group had net assets of US$246.0 million whilst the Metorex Group had net assets of US$652.0 million as at 31 December 2012.

*The following is the text of reports, prepared for the purpose of incorporation in this circular, received from the reporting accountants, Deloitte & Touche, Registered Auditors, South Africa.*

30 August 2013

The Directors
**Jinchuan Group International Resources Co. Ltd**

*Dear Sirs,*

We set out below our report on the consolidated financial information ("Financial Information of the Metorex Group") regarding Metorex (Proprietary) Limited (formerly named Metorex Limited) ("Metorex") and its subsidiaries (hereinafter collectively referred to as the "Metorex Group") for the period from 1 July 2009 to 31 December 2010, for the years ended 31 December 2011 and 31 December 2012 and for the 6 months ended 30 June 2013 (the "Relevant Periods") for inclusion in a circular ("The Circular") issued by Jinchuan Group International Resources Co. Ltd (the "Company") dated 30 August 2013 in connection with, among others, the proposed acquisition of the entire issued share capital of Jin Rui Mining Investment Limited (the "Target Company"), an intermediate holding company of Metorex.

Metorex is a company incorporated in South Africa with limited liability and focuses on base metal mining industry, primarily copper and cobalt production.

Metorex Group was acquired by Jinchuan Group Co., Ltd. ("Jinchuan Group"), a state-owned enterprise established in the People's Republic of China (the "PRC") and a substantial shareholder of Jin Rui Mining Investment Limited, through the making of a public takeover offer in July 2011 and the takeover and privatisation was completed on 16 January 2012 upon which Jinchuan Group acquired the entire issued share capital of Metorex. Prior to the acquisition by Jinchuan Group, Metorex was listed on the Johannesburg Stock Exchange and the London Stock Exchange since December 1999. Metorex was delisted from the London Stock Exchange in March 2009 and delisted from the Johannesburg Stock Exchange in January 2012 as a result of Jinchuan Group's takeover and privatisation of Metorex.

Particulars of the subsidiaries of Metorex are as follows:

| Name of subsidiary | Place and date of incorporation | Issued and fully paid-up share capital | Equity interest attributable to the Target Company: At 31 December 2010 | 2011 | 2012 | At 30 June 2013 | At the date of this report | Principal activities |
|---|---|---|---|---|---|---|---|---|
| Abbey Commodities SA ("Abbey") *(note 1)* | British Virgin Islands ("BVI") 12 March 1997 | United States Dollar ("US") $50,000 | 100% | 100% | 100% | – *(note 2)* | – | Dormant |
| Chibuluma Mines plc ("Chibuluma plc") *(note 1)* | Republic of Zambia ("Zambia") 25 September 1997 | US$50,000 | 85% | 85% | 85% | 85% | 85% | Copper mining |
| Copper Resources Corporation ("CRC") *(note 1)* | BVI 25 November 2004 | US$104,924,166 | 100% | 100% | 100% | 100% | 100% | Investment holding |
| Kinsenda Copper Company Sarl ("Kinsenda Sarl") | Democratic Republic of the Congo ("DRC") 29 March 2003 | US$1,250,000 | 77% | 77% | 77% | 77% | 77% | Copper mining |
| Maranda Mines (Proprietary) Limited ("Maranda") *(note 1)* | Republic of South Africa ("South Africa") 19 May 1908 | South Africa Rand ("ZAR") 103,289,332 | 100% | 100% | 100% | 100% | 100% | In closure |
| Metorex Copper Corporation (DRC) (Proprietary) Limited ("Metorex Copper Corp") *(note 1)* | South Africa 29 May 2007 | ZAR100 | 100% | 100% | 100% | 100% | 100% | Investment holding |
| Metorex Commercial Services (Proprietary) Limited ("Metorex Commercial Services") *(note 1)* | South Africa 24 August 2011 | ZAR100 | 100% | 100% | 100% | – *(note 3)* | – | Dormant |
| Metorex Share Incentive Scheme (Proprietary) Limited ("Metorex Share Incentive Scheme") *(note 1)* | South Africa 2 June 2010 | ZAR100 | 100% | 100% | 100% | 100% | 100% | Dormant |
| O'Okiep Copper Company (Pty) Limited ("OCC") *(note 1)* | South Africa 25 May 1937 | ZAR7,000,000 | 100% | 100% | – *(note 4)* | – | – | In closure |
| Ruashi Holdings (Proprietary) Limited ("Ruashi Holdings") *(note 1)* | South Africa 3 November 2003 | ZAR1,000 | 100% | 100% | 100% | 100% | 100% | Investment holding |
| Ruashi Mining Sprl ("Ruashi Mining") | DRC 1 July 2010 | US$12,000,000 | 75% | 75% | 75% | 75% | 75% | Copper and cobalt mining |
| Sable Zinc Kabwa Limited ("Sable") *(note 1)* | Zambia 20 December 1999 | – | 100% | 100% | – *(note 5)* | – | – | Processing facility – copper/cobalt |

*Note:*

(1) The subsidiary is directly held by Metorex.

(2) Abbey was dormant for the Relevant Periods. It was liquidated and deregistered during the 6 months ended 30 June 2013.

(3) Metorex Commercial Services was dormant for the Relevant Periods. It was deregistered during the 6 months ended 30 June 2013.

(4) Effective 31 December 2012, the Group disposed of its interest in OCC.

(5) During the year ended 31 December 2011, Sable was classified as an asset held-for-sale and subsequently disposed of during the year ended 31 December 2012.

On 4 June 2010, the directors of Metorex resolved to change the reporting period end date of Metorex from 30 June to 31 December because the directors of Metorex determined to bring the annual reporting period end date of Metorex in line with its major operating subsidiary, Ruashi Mining. All companies comprising the Metorex Group have adopted 31 December as their financial year end date.

We have acted as the auditor of Metorex, Maranda, Metorex Copper Corp, and Ruashi Holdings for the Relevant Periods in accordance with the International Financial Reporting Standards ("IFRSs"). Our audit was performed in accordance with International Standards on Auditing.

The statutory audited financial statements of the following subsidiary were audited by the following certified public accountants registered in its respective jurisdiction in accordance with IFRSs.

| Name of subsidiary | Financial period | Name of statutory auditor |
|---|---|---|
| Chibuluma plc | Year ended 30 June 2010 | Deloitte & Touche, Zambia |
| | 6 months ended 31 December 2010 | Deloitte & Touche, Zambia |
| | Year ended 31 December 2011 | Deloitte & Touche, Zambia |
| | Year ended 31 December 2012 | Deloitte & Touche, Zambia |

No statutory audited financial statements have been prepared for Abbey, CRC, Kinsenda Sarl, Metorex Commercial Services, Metorex Share Incentive Scheme and Ruashi Mining for the Relevant Periods as there are no statutory IFRS audit requirements.

For the purpose of this report, the directors of Metorex have prepared the consolidated financial statements of the Metorex Group for the Relevant Periods in accordance with IFRSs (the "Underlying Financial Statements"). We have undertaken an independent audit of the Underlying Financial Statements in accordance with International Standards on Auditing and have examined the Underlying Financial Statements in accordance with the Auditing Guideline 3.340 "Prospectuses and the Reporting Accountant" as recommended by the Hong Kong Institute of Certified Public Accountants.

The Financial Information of the Metorex Group for the Relevant Periods set out in this report has been prepared from the Underlying Financial Statements. No adjustments to the Underlying Financial Statements were deemed necessary by us in preparing our report for inclusion in the Circular except certain additional disclosures in the notes to the Financial Information of the Metorex Group.

The Underlying Financial Statements are the responsibility of the directors of Metorex who approved their issue. The directors of the Company are responsible for the contents of the Circular in which this report is included. It is our responsibility to form an independent opinion on the Financial Information of the Metorex Group and to report our opinion to you.

In our opinion, the Financial Information of the Metorex Group together with the notes thereon, for the purpose of this report, fairly presents of the state of affairs of the Metorex Group as at 31 December 2010, 31 December 2011, 31 December 2012 and 30 June 2013, and of the consolidated results and consolidated cash flows of the Metorex Group for the Relevant Periods.

The comparative consolidated statements of profit or loss and other comprehensive income, cash flows and changes in equity of the Metorex Group for the 6 months ended 30 June 2012, together with the notes thereon have been extracted from the Metorex Group's unaudited consolidated financial information for the same period (the "30 June 2012 Financial Information of the Metorex Group"), which was prepared by the directors of Metorex solely for the purpose of this report. We have reviewed the 30 June 2012 Financial Information of the Metorex Group in accordance with the International Standard of Review Engagements 2410 "Review of Interim Financial Information Performed by the Independent Auditor of the Entity". Our review of the 30 June 2012 Financial Information of the Metorex Group consisted of making enquires, primarily of persons responsible for financial and accounting matters, and applying analytical and other review procedures. A review is substantially less in scope than an audit conducted in accordance with International Standards on Auditing and consequently does not enable us to obtain assurance that we would become aware of all significant matters that might be identified in an audit. Accordingly, we do not express an audit opinion on the 30 June 2012 Financial Information of the Metorex Group. Based on our review, nothing has come to our attention that causes us to believe that the 30 June 2012 Financial Information of the Metorex Group is not prepared, in all material respects, in accordance with the accounting policies consistent with those used in the preparation of the Financial Information of the Metorex Group which conform with IFRSs.

## A. FINANCIAL INFORMATION OF THE METOREX GROUP

### CONSOLIDATED STATEMENTS OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME

| | Notes | 18 months ended 31 December 2010 US$'000 | Year ended 31 December 2011 US$'000 | Year ended 31 December 2012 US$'000 | 6 months ended 30 June 2012 US$'000 (unaudited) | 6 months ended 30 June 2013 US$'000 |
|---|---|---|---|---|---|---|
| CONTINUING OPERATIONS | | | | | | |
| Revenue | 5 | 561,404 | 507,315 | 408,051 | 201,287 | 203,085 |
| Realisation costs | | (78,704) | (64,937) | (54,527) | (28,406) | (24,547) |
| Cost of production | 7 | (313,362) | (245,292) | (255,818) | (105,072) | (140,851) |
| Mining profit | | 169,338 | 197,086 | 97,706 | 67,809 | 37,687 |
| Interest income | 8 | 3,158 | 1,132 | 822 | 712 | 231 |
| Other income and expenses | 9 | 31,431 | (40,519) | (22,792) | (12,241) | (10,878) |
| Amortisation of deferred hedge premium | | (11,888) | (11,888) | – | – | – |
| Held for sale assets, net of tax | 21 | (3,580) | 1,521 | – | – | – |
| Finance costs | 10 | (16,393) | (6,393) | (5,852) | (3,232) | (2,245) |
| Profit before taxation | 11 | 172,066 | 140,939 | 69,884 | 53,048 | 24,795 |
| Impairment – Zambian Taxation | 13 | – | (9,898) | – | – | – |
| Income tax expense | 13 | (38,618) | (60,729) | (41,372) | (20,706) | (12,033) |
| Profit for the period/year from continuing operations | | 133,448 | 70,312 | 28,512 | 32,342 | 12,762 |
| DISCONTINUED OPERATIONS | | | | | | |
| Discontinued operations – other expenditure | 21 | (3,174) | (854) | (490) | (734) | (9) |
| Loss for the period/year from discontinued operations | | (3,174) | (854) | (490) | (734) | (9) |
| Profit for the period/year | | 130,274 | 69,458 | 28,022 | 31,608 | 12,753 |
| Other comprehensive (expense) income: | | | | | | |
| Items that may be classified subsequently to profit or loss: | | | | | | |
| Exchange differences on translation | | (126,408) | 15,720 | (5,007) | 1,110 | (19,996) |
| Fair value change on cash flow hedges, net of income tax | | (12,021) | 35,018 | (4,027) | (3,773) | (83) |
| Other comprehensive (expense) income for the period/year | | (138,429) | 50,738 | (9,034) | (2,663) | (20,079) |
| Total comprehensive (expense) income for the period/year | | (8,155) | 120,196 | 18,988 | 28,945 | (7,326) |

| | 18 months ended 31 December | Year ended 31 December | | 6 months ended 30 June | |
|---|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 2012 | 2013 |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| | | | | (unaudited) | |
| Profit (loss) for the period/year attributable to owners of Metorex | | | | | |
| – from continuing operations | 116,752 | 51,304 | 23,152 | 25,793 | 7,636 |
| – from discontinued operations | (3,948) | (854) | (490) | (734) | (9) |
| Profit for the period/year attributable to owners of Metorex | 112,804 | 50,450 | 22,662 | 25,059 | 7,627 |
| Profit for the period/year attributable to non-controlling interests | | | | | |
| – from continuing operations | 16,696 | 19,008 | 5,360 | 6,549 | 5,126 |
| – from discontinued operations | 774 | – | – | – | – |
| Profit for the period/year attributable to non-controlling interests | 17,470 | 19,008 | 5,360 | 6,549 | 5,126 |
| | 130,274 | 69,458 | 28,022 | 31,608 | 12,753 |
| Total comprehensive (expense) income attributable to: | | | | | |
| Owners of Metorex | (21,500) | 99,951 | 3,871 | 15,776 | (12,411) |
| Non-controlling interests | 13,345 | 20,245 | 15,117 | 13,169 | 5,085 |
| | (8,155) | 120,196 | 18,988 | 28,945 | (7,326) |

## CONSOLIDATED STATEMENTS OF FINANCIAL POSITION

| | | As at 31 December | | | As at 30 June |
|---|---|---|---|---|---|
| | | 2010 | 2011 | 2012 | 2013 |
| | *Notes* | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| Non-current assets | | | | | |
| Property, plant and equipment | 15 | 485,770 | 535,006 | 601,000 | 599,145 |
| Mineral rights and assets | 15 | 191,840 | 213,440 | 215,843 | 236,293 |
| Goodwill | 16 | 1,745 | 1,745 | – | – |
| Other non-current assets | 17 | 12,352 | 8,974 | 29,281 | 28,909 |
| | | 691,707 | 759,165 | 846,124 | 864,347 |
| Current assets | | | | | |
| Inventories | 18 | 50,145 | 52,700 | 60,053 | 64,220 |
| Trade and other receivables | 19 | 81,442 | 80,110 | 51,205 | 53,075 |
| Derivative financial instruments | 22 | – | 7,111 | 34 | 862 |
| Tax receivable | | 2,290 | 1,478 | 49 | – |
| Bank balances and cash | | 66,193 | 72,331 | 36,580 | 16,279 |
| | | 200,070 | 213,730 | 147,921 | 134,436 |
| Assets classified as held for sale | 21 | 6,257 | – | – | – |
| | | 206,327 | 213,730 | 147,921 | 134,436 |
| Current liabilities | | | | | |
| Trade and other payables | 23 | 62,365 | 73,285 | 63,276 | 61,932 |
| Borrowings | 24 | 52,703 | 50,203 | 70,764 | 84,906 |
| Short-term provisions | 25 | 3,929 | 2,227 | 4,828 | 4,977 |
| Derivative financial instruments | 22 | 48,073 | 3,734 | 331 | 246 |
| Tax payable | | 4,291 | 9,296 | 8,070 | 5,107 |
| Bank overdrafts | | – | 2,589 | – | – |
| | | 171,361 | 141,334 | 147,269 | 157,168 |
| Liabilities associated with assets classified as held for sale | 21 | 11,118 | – | – | – |
| | | 182,479 | 141,334 | 147,269 | 157,168 |
| Net current assets (liabilities) | | 23,848 | 72,396 | 652 | (22,732) |
| Total assets less current liabilities | | 715,555 | 831,561 | 846,776 | 841,615 |

| | | As at 31 December | | | As at 30 June |
|---|---|---|---|---|---|
| | | 2010 | 2011 | 2012 | 2013 |
| | *Notes* | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| Non-current liabilities | | | | | |
| Borrowings | 24 | 76,480 | 49,527 | 34,818 | 15,600 |
| Long-term provisions | 25 | 21,802 | 21,391 | 19,984 | 20,040 |
| Deferred tax liabilities | 26 | 86,924 | 123,120 | 139,937 | 162,012 |
| Post-retirement medical aid | | 302 | 199 | – | – |
| Derivative financial instruments | 22 | 9,135 | – | – | – |
| | | 194,643 | 194,237 | 194,739 | 197,652 |
| Net assets | | 520,912 | 637,324 | 652,037 | 643,963 |
| Capital and reserves | | | | | |
| Share capital | 27 | 15,161 | 15,217 | – | – |
| Share premium | 27 | 581,985 | 582,549 | – | – |
| Stated capital | 28 | – | – | 597,766 | 597,766 |
| Reserves | | (92,178) | 8,880 | 11,776 | (993) |
| Equity attributable to owners of Metorex | | 504,968 | 606,646 | 609,542 | 596,773 |
| Non-controlling interests | | 15,944 | 30,678 | 42,495 | 47,190 |
| Total equity | | 520,912 | 637,324 | 652,037 | 643,963 |

Case 1:16-cr-00515-NGG-LB Document 93-7 Filed 05/01/20 Page 305 of 811 PageID #: 5550



## CONSOLIDATED STATEMENTS OF CHANGES IN EQUITY

| | Attributable to owners of Metorex | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Share capital | Share premium | Stated capital | Translation reserve | Hedging reserve | Equity reserve | Share option reserve | Accumulated (losses) profits | Assets classified as held for sale | Total | Non-controlling interests | Total |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| At 1 July 2009 | 11,252 | 451,418 | – | (35,925) | (12,544) | (17,774) | 7,211 | (17,900) | (22,156) | 363,582 | 69,279 | 432,861 |
| Profit for the period | – | – | – | – | – | – | – | 112,804 | – | 112,804 | 17,470 | 130,274 |
| Other comprehensive (expense) income for the period | – | – | – | (150,477) | (7,896) | – | – | 24,069 | – | (134,304) | (4,125) | (138,429) |
| Total comprehensive (expense) income for the period | – | – | – | (150,477) | (7,896) | – | – | 136,873 | – | (21,500) | 13,345 | (8,155) |
| Issue of shares, net of costs | 3,935 | 130,567 | – | – | – | – | – | – | – | 134,502 | – | 134,502 |
| Disposal of subsidiaries/assets classified as held for sale | – | – | – | – | – | 2,618 | (262) | – | 22,511 | 24,867 | (65,428) | (40,561) |
| Share option scheme | (26) | – | – | – | – | – | – | – | – | (26) | – | (26) |
| Recognition of share-based payments | – | – | – | – | – | – | 3,543 | – | – | 3,543 | – | 3,543 |
| Dividends paid to non-controlling shareholders of subsidiaries | – | – | – | – | – | – | – | – | – | – | (1,252) | (1,252) |
| At 31 December 2010 | 15,161 | 581,985 | – | (186,402) | (20,440) | (15,156) | 10,492 | 118,973 | 355 | 504,968 | 15,944 | 520,912 |
| Profit for the year | – | – | – | – | – | – | – | 50,450 | – | 50,450 | 19,008 | 69,458 |
| Other comprehensive income (expense) for the year | – | – | – | 15,720 | 33,781 | – | (8,510) | 8,510 | – | 49,501 | 1,237 | 50,738 |
| Total comprehensive income (expense) for the year | – | – | – | 15,720 | 33,781 | – | (8,510) | 58,960 | – | 99,951 | 20,245 | 120,196 |
| Issue of shares, net of costs | 56 | 564 | – | – | – | – | – | – | – | 620 | – | 620 |
| Disposal of subsidiaries/assets classified as held for sale | – | – | – | 3,444 | – | – | – | – | (355) | 3,089 | – | 3,089 |
| Recognition of share-based payments | – | – | – | – | – | – | (1,982) | – | – | (1,982) | – | (1,982) |
| Dividends paid to non-controlling shareholders of subsidiaries | – | – | – | – | – | – | – | – | – | – | (5,511) | (5,511) |
| At 31 December 2011 | 15,217 | 582,549 | – | (167,238) | 13,341 | (15,156) | – | 177,933 | – | 606,646 | 30,678 | 637,324 |

| | Attributable to owners of Metorex | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Share capital US$'000 | Share premium US$'000 | Stated capital US$'000 | Translation reserve US$'000 | Hedging reserve US$'000 | Equity reserve US$'000 | Share option reserve US$'000 | Accumulated (losses) profits US$'000 | Assets classified as held for sale US$'000 | Total US$'000 | Non-controlling interests US$'000 | Total US$'000 |
| At 31 December 2011 | 15,217 | 582,549 | – | (167,238) | 13,341 | (15,156) | – | 177,933 | – | 606,646 | 30,678 | 637,324 |
| Profit for the year | – | – | – | – | – | – | – | 22,662 | – | 22,662 | 5,360 | 28,022 |
| Other comprehensive (expense) income for the year | – | – | – | (5,007) | (13,784) | – | – | – | – | (18,791) | 9,757 | (9,034) |
| Total comprehensive (expense) income for the year | – | – | – | (5,007) | (13,784) | – | – | 22,662 | – | 3,871 | 15,117 | 18,988 |
| Transfer of share capital, share premium and reserves | (15,217) | (582,549) | 597,766 | 23,917 | – | 17,151 | – | (41,068) | – | – | – | – |
| Disposal of subsidiaries | – | – | – | (975) | – | – | – | – | – | (975) | – | (975) |
| Dividends paid to non-controlling shareholders of a subsidiary | – | – | – | – | – | – | – | – | – | – | (3,300) | (3,300) |
| At 31 December 2012 | – | – | 597,766 | (149,303) | (443) | 1,995 | – | 159,527 | – | 609,542 | 42,495 | 652,037 |
| Profit for the period | – | – | – | – | – | – | – | 7,627 | – | 7,627 | 5,126 | 12,753 |
| Other comprehensive expense for the period | – | – | – | (19,996) | (42) | – | – | – | – | (20,038) | (41) | (20,079) |
| Total comprehensive (expense) income for the period | – | – | – | (19,996) | (42) | – | – | 7,627 | – | (12,411) | 5,085 | (7,326) |
| Elimination upon liquidation of a subsidiary | – | – | – | 1,519 | – | – | – | (1,877) | – | (358) | – | (358) |
| Dividend paid to non-controlling shareholders of a subsidiary | – | – | – | – | – | – | – | – | – | – | (390) | (390) |
| At 30 June 2013 | – | – | 597,766 | (167,780) | (485) | 1,995 | – | 165,277 | – | 596,773 | 47,190 | 643,963 |

| | Attributable to owners of Metorex | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Share capital US$'000 | Share premium US$'000 | Stated capital US$'000 | Translation reserve US$'000 | Hedging reserve US$'000 | Equity reserve US$'000 | Share option reserve US$'000 | Accumulated profits US$'000 | Assets classified as held for sale US$'000 | Total US$'000 | Non-controlling interests US$'000 | Total US$'000 |
| At 1 January 2012 | 15,217 | 582,549 | – | (167,238) | 13,341 | (15,156) | – | 177,933 | – | 606,646 | 30,678 | 637,324 |
| Profit for the period | – | – | – | – | – | – | – | 25,059 | – | 25,059 | 6,549 | 31,608 |
| Other comprehensive income (expense) for the period | – | – | – | 1,110 | (10,393) | – | – | – | – | (9,283) | 6,620 | (2,663) |
| Total comprehensive income (expense) for the period | – | – | – | 1,110 | (10,393) | – | – | 25,059 | – | 15,776 | 13,169 | 28,945 |
| Transfer of share capital, share premium and reserves | (15,217) | (582,549) | 597,766 | (2,358) | – | (625) | – | 2,983 | – | – | – | – |
| Dividends paid to non-controlling shareholders of a subsidiary | – | – | – | – | – | – | – | – | – | – | (1,800) | (1,800) |
| At 30 June 2012 (unaudited) | – | – | 597,766 | (168,486) | 2,948 | (15,781) | – | 205,975 | – | 622,422 | 42,047 | 664,469 |

## CONSOLIDATED STATEMENTS OF CASH FLOWS

| | | 18 months ended 31 December | Year ended 31 December | | 6 months ended 30 June | |
|---|---|---|---|---|---|---|
| | | 2010 | 2011 | 2012 | 2012 | 2013 |
| | *Notes* | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| | | | | | (unaudited) | |
| OPERATING ACTIVITIES | | | | | | |
| Cash generated from operations | A | 118,774 | 200,130 | 123,612 | 46,312 | 42,762 |
| Dividends paid | | (1,252) | (5,511) | (3,300) | (1,800) | (390) |
| Taxation paid | | (19,543) | (29,510) | (19,419) | (12,196) | (12,680) |
| Interest income | | 3,158 | 1,132 | 822 | 712 | 231 |
| Finance costs | | (16,393) | (6,393) | (5,852) | (3,232) | (2,245) |
| NET CASH FROM OPERATING ACTIVITIES | | 84,744 | 159,848 | 95,863 | 29,796 | 27,678 |
| INVESTING ACTIVITIES | | | | | | |
| Gross proceeds on disposal of shares in subsidiary/investments | | 141,836 | 15,934 | – | – | – |
| Purchase of property, plant and equipment and mineral rights and assets | | (131,030) | (130,246) | (115,622) | (41,596) | (43,816) |
| Movement in assets classified as held for sale/discontinued operations | | (19,295) | (5,179) | – | – | – |
| Decrease (increase) in other non-current assets | | – | 1,514 | (18,562) | (8,923) | 372 |
| Proceeds from disposal of property, plant and equipment and mineral rights and assets | | – | 4 | – | – | 365 |
| NET CASH USED IN INVESTING ACTIVITIES | | (8,489) | (117,973) | (134,184) | (50,519) | (43,079) |
| FINANCING ACTIVITIES | | | | | | |
| Shares issued | | 134,476 | 620 | – | – | – |
| Repayment of borrowings | | (175,388) | (45,453) | (32,648) | (7,810) | (23,851) |
| New borrowings raised | | – | 16,000 | 38,500 | 19,744 | 18,774 |
| NET CASH (USED IN) FROM FINANCING ACTIVITIES | | (40,912) | (28,833) | 5,852 | 11,934 | (5,077) |
| NET INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS | | 35,343 | 13,042 | (32,469) | (8,789) | (20,478) |
| Cash and cash equivalents at the beginning of the period/year | | 2,914 | 66,193 | 69,742 | 69,742 | 36,580 |
| Effect of foreign exchange rate changes | | 29,004 | (8,571) | (667) | 875 | 177 |
| Disposals of subsidiaries | | (1,068) | (922) | (26) | – | – |
| CASH AND CASH EQUIVALENTS AT THE END OF THE PERIOD/YEAR | B | 66,193 | 69,742 | 36,580 | 61,828 | 16,279 |

| | 18 months ended 31 December 2010 US$'000 | Year ended 31 December 2011 US$'000 | 2012 US$'000 | 6 months ended 30 June 2012 US$'000 (unaudited) | 2013 US$'000 |
|---|---|---|---|---|---|
| **A. RECONCILIATION OF PROFIT BEFORE TAXATION TO CASH GENERATED FROM OPERATIONS** | | | | | |
| Profit for the period/year | 130,274 | 69,458 | 28,022 | 31,608 | 12,753 |
| Adjustments for: | | | | | |
| Income tax expense | 38,618 | 60,729 | 41,372 | 20,706 | 12,033 |
| Impairment – Zambian Taxation | – | 9,898 | – | – | – |
| (Profit) loss for the period/year from subsidiary sold/discontinued operations/assets classified as held for sale/investments | (56,875) | (10,321) | (2,964) | – | 3 |
| Amortisation of deferred hedge premium | 11,888 | 11,888 | – | – | – |
| Loss (gain) on disposal of property, plant and equipment and mineral rights and assets | 239 | 25 | 88 | – | (18) |
| Share option costs | 2,973 | 3,201 | – | – | – |
| Net finance costs | 13,235 | 5,261 | 5,030 | 2,520 | 2,014 |
| Depreciation and amortisation of property, plant and equipment and mineral rights and assets | 57,327 | 43,530 | 43,267 | 21,201 | 21,401 |
| Other non-cash movements | – | – | (45) | (45) | 737 |
| Operating cash flows before movements in working capital | 197,679 | 193,669 | 114,770 | 75,990 | 48,923 |
| Increase in inventories | (21,479) | (4,451) | (7,353) | (7,063) | (4,167) |
| (Increase) decrease in trade and other receivables | (35,318) | (3,925) | 26,582 | 16,120 | (1,998) |
| (Decrease) increase in trade and other payables and provisions | (22,108) | 14,837 | (10,387) | (38,735) | 4 |
| Cash generated from operations | 118,774 | 200,130 | 123,612 | 46,312 | 42,762 |
| **B. CASH AND CASH EQUIVALENTS** | | | | | |
| Bank balances and cash | 66,193 | 72,331 | 36,580 | 61,828 | 16,279 |
| Bank overdrafts | – | (2,589) | – | – | – |
| | 66,193 | 69,742 | 36,580 | 61,828 | 16,279 |

## NOTES TO THE FINANCIAL INFORMATION OF THE METOREX GROUP

### 1. GENERAL AND BASIS OF PRESENTATION OF FINANCIAL INFORMATION OF THE METOREX GROUP

Metorex is a company incorporated in South Africa with limited liability and focuses on base metal mining primarily copper and cobalt production. Metorex's immediate holding company is Newshelf 1124 (Proprietary) Limited, a company incorporated in South Africa, and its ultimate holding company is Jinchuan Group, a company established in the PRC. The address of its registered office and the address of its principal place of business is 5th floor, the Mall Offices, Corner Cradock Avenue and Baker Street, Rosebank, 2196, South Africa.

Jinchuan Group acquired Metorex through a public takeover offer in July 2011. The takeover and privatisation was completed on 16 January 2012, upon which Jinchuan Group acquired the entire issued share capital of Metorex.

The Financial Information of the Metorex Group is presented in US$, which is the functional currency of Metorex.

On 4 June 2010, the directors of Metorex resolved to change the reporting period end date of Metorex from 30 June to 31 December because the directors of Metorex were determined to bring the annual reporting period end date of Metorex in line with its major operating subsidiary, Ruashi Mining. Accordingly, the consolidated statements of profit or loss and other comprehensive income, cash flows and related notes for the period from 1 July 2009 to 31 December 2010 covering 18 months ended 31 December 2010 were presented.

In preparing the Financial Information of the Metorex Group, the directors of the Metorex Group have given careful consideration to the future liquidity of the Metorex Group in light of the net current liabilities of the Metorex Group amounting to US$ 22,732,000 as at 30 June 2013.

The Financial Information of the Metorex Group has been prepared on a going concern basis because the Metorex Group has entered into a financing facility of US$80,000,000 with the China Development Bank Corporation subsequent to 30 June 2013. In addition, the Metorex Group is in the process of renegotiating all facilities with Standard Bank as at the date of this circular. The directors are of the opinion that the Metorex Group is able to meet in full its financial obligation as and when they fall due in the foreseeable future.

### 2. APPLICATION OF IFRSs

For the purpose of preparing and presenting the Financial Information of the Metorex Group for the Relevant Periods, the Metorex Group has consistently applied the International Accounting Standards ("IAS"s), IFRSs, Amendments and Interpretations ("IFRIC") (hereinafter collectively referred to as the "IFRSs") which are effective for accounting period beginning on 1 January 2013 throughout the Relevant Periods.

At the date of this report, the following IFRSs have been issued but are not yet effective:

| | |
|---|---|
| Amendments to IFRS 9 and IFRS 7 | Mandatory effective date of IFRS 9 and transition disclosures[2] |
| Amendments to IFRS 10, IFRS 12 and IAS 27 | Investment entities[1] |
| IFRS 9 | Financial instruments[2] |
| Amendments to IAS 32 | Offsetting financial assets and financial liabilities[1] |
| Amendments to IAS 36 | Recoverable amount disclosures for non-financial assets[1] |
| Amendments to IAS 39 | Novation of derivatives and continuation of hedge accounting[1] |
| IFRIC 21 | Levies[1] |

[1] Effective for annual periods beginning on or after 1 January 2014.
[2] Effective for annual periods beginning on or after 1 January 2015.

The directors of Metorex anticipate that the application of these IFRSs will have no material impact on the Metorex Group's financial performance and positions.

## 3. SIGNIFICANT ACCOUNTING POLICIES

The Financial Information of the Metorex Group has been prepared on the historical cost basis except for derivative financial instruments that are measured at fair value in accordance with the accounting policies set out below which conform with IFRSs. Historical cost is generally based on the fair value of the consideration given in exchange for goods and services. These policies have been consistently applied throughout the Relevant Periods.

**Basis of consolidation**

The Financial Information of the Metorex Group incorporates the financial statements of Metorex and entities controlled by Metorex (its subsidiaries). Control is achieved where Metorex (i) has power over the entity, (ii) is exposed, or has rights to variable returns from its involvement with the entity; and (iii) has the ability to use its power to affect its return.

Metorex reassesses whether or not it controls an investee if facts and circumstances indicate that there are changes to one or more of the three elements of controls listed date.

Income and expenses of subsidiaries acquired or disposed of during the Relevant Periods are included in the consolidated statement of profit or loss and other comprehensive income from the effective date of acquisition and up to the effective date of disposal, as appropriate.

Where necessary, adjustments are made to the financial statements of subsidiaries to bring their accounting policies into line with those used by other members of the Metorex Group.

All intra-group transactions, balances, income and expenses are eliminated in full on consolidation.

Non-controlling interests in subsidiaries are presented separately from the Metorex Group's equity therein.

**Allocation of total comprehensive income to non-controlling interests**

Total comprehensive income and expense of a subsidiary is attributed to the owners of Metorex and to the non-controlling interests even if the non-controlling interests having a deficit balance.

**Changes in the Metorex Group's ownership interests in existing subsidiaries**

When the Metorex Group loses control of a subsidiary, it (i) derecognises the assets and liabilities of the subsidiary at its carrying amounts at the date when control is lost, (ii) derecognises the carrying amount of any non-controlling interests in the former subsidiary at the date when control is lost (including any components of other comprehensive income attributable to them), and (iii) recognises the aggregate of the fair value of the consideration received, with any resulting difference being recognised as a gain or loss in profit or loss attributable to the Metorex Group.

**Goodwill**

Goodwill arising on consolidation represents the excess of the cost of acquisition over the Metorex Group's interest in the fair value of the identifiable assets and liabilities of a subsidiary at the date of acquisition. Goodwill is initially recognised as an asset at cost and is subsequently measured at cost less accumulated impairment losses.

For the purpose of impairment testing, goodwill is allocated to each of the Metorex Group's cash-generating units expected to benefit from the synergies of the combination. Cash-generating units to which goodwill has been allocated are tested for impairment annually, or more frequently when there is an indication that the unit may be impaired. If the recoverable amount of the cash-generating unit is less than the carrying amount of the unit, the impairment loss is allocated first to reduce the carrying amount of any goodwill allocated to the unit and then to the other assets of the unit pro rata on the basis of the carrying amount of each asset in the unit. An impairment loss recognised for goodwill is not reversed in a subsequent period.

On disposal of a subsidiary, the attributable amount of goodwill is included in the determination of the profit or loss on disposal.

**Revenue recognition**

Revenue is measured at the fair value of the consideration received or receivable and represents amounts receivable for goods sold in the normal course of business, net of discounts and sales related taxes. Sales are recognised when the product is delivered to the destination specified by the customer or the customer's premises.

For certain sales of minerals, the sales price is determined on a provisional basis at the date of sale, as the final selling price is subject to the grades of copper in the Metorex Group's copper products and movements in market prices up to the date of final pricing, normally 30 and 90 days after initial booking. Revenue on provisionally priced sales is recognised based on the estimated grades of copper in the Metorex Group's copper products and fair value of the total consideration receivable. The revenue adjustment mechanism embedded within provisionally priced sales arrangements has the character of a commodity derivative. Accordingly, the fair value of the final sales price adjustment is re-estimated continuously and changes in fair value are recognised as an adjustment to revenue. In all cases, fair value is estimated by reference to forward market prices.

Interest income from a financial asset is accrued on a time basis, by reference to the principal outstanding and at the effective interest rate applicable, which is the rate that exactly discounts the estimated future cash receipts through the expected life of the financial asset to that asset's net carrying amount on initial recognition.

**Property, plant and equipment and mineral rights**

*Mining assets*

Mining assets, including building and infrastructure, plant, machinery and shafts, and construction in progress, are recorded at cost of acquisition.

Expenditure incurred to develop new ore bodies, to define mineralisation in existing ore bodies, to establish or expand productive capacity and expenditure designed to maintain productive capacities, are capitalised until commercial levels of production are achieved.

*Mineral rights*

Mineral rights are recorded at cost of acquisition.

*Freehold land*

Freehold land is shown at cost and is not depreciated.

*Gain or loss on disposal or retirement of assets*

An item of property, plant and equipment and mineral rights and assets is derecognised upon disposal or when no future economic benefits are expected to arise from the continued use of the asset. Any gain or loss arising on the disposal or retirement of an item of property, plant and equipment and mineral rights and assets is determined as the difference between the sales proceeds and the carrying amount of the asset and is recognised in profit or loss.

*Mine development and deferred waste stripping*

Mine development costs are capitalised and amortised based on estimated proved and probable ore resources using the unit of production method (the "UOP"). Mine development costs consist of the establishment of access to deposits, preparation for commercial production including permanent excavations, roads, tunnels and advanced removal of overburden and waste rock.

*Stripping costs*

Normalised stripping costs that are incurred for the production during the period are recognised as an expense during the period in which they are incurred and are not deferred.

Deferred stripping costs that are incurred on overburden stripping, which provide improved access to ore, are capitalised as mine development costs and subsequently amortised based on estimated proved and probable ore resources using the UOP.

*Depreciation of mining assets and mineral rights*

Mining rights and assets, including building and infrastructure and plant, machinery and shafts and mineral rights are depreciated to their residual values based on estimated proved and probable ore reserves using the UOP.

*Depreciation of non-mining assets*

Buildings and other non-mining assets are recorded at cost and depreciated on the straight-line basis over their expected useful lives, which vary between 4 to 10 years.

**Impairment**

At the end of the reporting period, the Metorex Group reviews the carrying amounts of its assets to determine whether there is any indication that those assets have suffered an impairment loss. If any such indication exists, the recoverable amount of the asset is estimated in order to determine the extent of the impairment loss, if any. If the recoverable amount of an asset is estimated to be less than its carrying amount, the carrying amount of the asset is reduced to its recoverable amount. An impairment loss is recognised as an expense immediately.

Where an impairment loss subsequently reverses, the carrying amount of the asset is increased to the revised estimate of its recoverable amount, but so that the increased carrying amount does not exceed the carrying amount that would have been determined had no impairment loss been recognised for the asset in prior years. A reversal of an impairment loss is recognised as income immediately.

**Exploration and evaluation assets**

Exploration and evaluation assets are recognised at cost on initial recognition. Subsequent to initial recognition, exploration and evaluation assets are stated at cost less any accumulated impairment losses. Costs of exploration are capitalised pending a determination of whether sufficient quantities of potentially mineral reserves have been discovered.

Exploration and evaluation assets include the cost of exploration rights and the expenditures incurred in the search for mineral resources as well as the determination of the technical feasibility and commercial viability of extracting those resources. When the technical feasibility and commercial viability of extracting mineral resources become demonstrable, previously recognised exploration and evaluation assets are reclassified as tangible assets. These assets are assessed for impairment before reclassification.

**Impairment of exploration and evaluation assets**

The carrying amount of the exploration and evaluation assets is reviewed annually. Impairment test is performed in accordance with IAS 36 "Impairment of assets" whenever one of the following events or changes in circumstances indicate that the carrying amount may not be recoverable (the list is not exhaustive):

- the period for which the Metorex Group has the right to explore in the specific area has expired during the period or will expire in the near future, and is not expected to be renewed.
- substantive expenditure on further exploration for and evaluation of mineral resources in the specific area is neither budgeted nor planned.
- exploration for and evaluation of mineral resources in the specific area have not led to the discovery of commercially viable quantities of mineral resources and the Metorex Group has decided to discontinue such activities in the specific area.
- sufficient data exist to indicate that, although a development in the specific area is likely to proceed, the carrying amount of the exploration and evaluation asset is unlikely to be recovered in full from successful development or by sale.

An impairment loss is recognised in profit or loss whenever the carrying amount of an asset exceeds its recoverable amount.

**Taxation**

Income tax expense represents the sum of the tax currently payable and deferred tax.

The tax currently payable is based on taxable profit for the period/year. Taxable profit differs from 'profit before taxation' as reported in the consolidated statement of profit or loss and other comprehensive income because it excludes items of income or expense that are taxable or deductible in other years and it further excludes income and expense that are never taxable nor deductible. The Metorex Group's liability for current tax is calculated using the tax rate that has been enacted or substantially enacted by the end of the reporting period.

Deferred tax is recognised on temporary differences between the carrying amounts of assets and liabilities in the Financial Information of the Metorex Group and the corresponding tax bases used in the computation of taxable profit. Deferred tax liabilities are generally recognised for all taxable temporary differences. Deferred tax assets are recognised to the extent that it is probable that taxable profit will be available against which deductible temporary differences can be utilised. Such assets and liabilities are not recognised if the temporary difference arises from goodwill or from the initial recognition (other than in a business combination) of other assets and liabilities in a transaction that affects neither the taxable profit nor the accounting profit.

Deferred tax liabilities are recognised for taxable temporary differences associated with investments in subsidiaries, except where the Metorex Group is able to control the reversal of the temporary difference and it is probable that the temporary difference will not reverse in the foreseeable future. Deferred tax assets arising from deductible temporary differences associated with such investments and interests are only recognised to the extent that it is probable that there will be sufficient taxable profits against which to utilise the benefits of the temporary differences and they are expected to reverse in the foreseeable future.

The carrying amount of deferred tax assets is reviewed at the end of the reporting period and reduced to the extent that it is no longer probable that sufficient taxable profit will be available to allow all or part of the asset to be recovered.

Deferred tax assets and liabilities are measured at the tax rates that are expected to apply in the period in which the liability is settled or the asset is realised, based on tax rate (and tax laws) that have been enacted or substantively enacted by the end of the reporting period.

The measurement of deferred tax liabilities and assets reflects the tax consequences that would follow from the manner in which the Metorex Group expects, at the end of the reporting period, to recover or settle the carrying amount of its assets and liabilities.

Current and deferred tax is recognised in profit or loss, except when it relates to items that are recognised in other comprehensive income or directly in equity, in which case the current and deferred tax is also recognised in other comprehensive income or directly in equity respectively.

**Foreign currencies**

In preparing the financial statements of each individual group entity, transactions in currencies other than the functional currency of that entity (foreign currencies) are recorded in the respective functional currency (i.e. the currency of the primary economic environment in which the entity operates) at the rates of exchanges prevailing on the dates of the transactions. At the end of the reporting period, monetary items denominated in foreign currencies are re-translated at the rates prevailing at that date.

Exchange differences arising on the settlement of monetary items, and on the retranslation of monetary items, are recognised in profit or loss in the period in which they arise.

For the purposes of presenting the Financial Information of the Metorex Group, the assets and liabilities of the foreign operation are translated into the presentation currency of the Metorex Group (i.e. US$) at the rate of exchange prevailing at the end of the reporting period, and their income and expenses are translated at the average exchange rates for the period/year, unless exchange rates fluctuate significantly during the period, in which case, the exchange rates prevailing at the dates of transactions are used. Exchange differences arising, if any, are recognised in other comprehensive income and accumulated in equity (the translation reserve).

On the disposal of a foreign operation (i.e. a disposal of the Metorex Group's entire interest in a foreign operation), all of the exchange differences accumulated in equity in respect of that operation attributable to the owners of Metorex are reclassified to profit or loss.

**Borrowing costs**

Borrowing costs directly attributable to the acquisition, construction or production of qualifying assets, which are assets that necessarily take a substantial period of time to get ready for their intended use or sale, are added to the cost of those assets, until such time as the assets are substantially ready for their intended use or sale. Investment income earned on the temporary investment of specific borrowings pending their expenditure on qualifying assets is deducted from the borrowing costs eligible for capitalisation.

All other borrowing costs are recognised in profit or loss in the period in which they are incurred.

**Consumable stores and product inventories**

Consumable stores are valued at the lower of cost, determined on a weighted average basis, and estimated net realisable value. Net realisable value represents the estimated selling price less all estimated costs of completion and costs to be incurred in marketing, selling and distribution. Obsolete and slow-moving consumable stores are identified and are written down to their net realisable values. Product inventories are valued at the lower of cost, determined on a weighted average basis, and net realisable value. Costs include direct mining costs and mine overheads.

**Retirement benefits**

Payments to defined contribution retirement benefit plans are recognised as an expense when employees have rendered service entitling them to the contributions. Payments made to state-managed schemes are dealt with as defined contribution plans where the Metorex Group's obligations under the schemes are equivalent to those arising in a defined contribution retirement benefit plan.

**Provisions**

Provisions are recognised when the Metorex Group has a legal or constructive obligation resulting from past events and it is probable that an outflow of resources embodying economic benefits will be required to settle the obligation and a reliable estimate can be made of the amount of the obligation.

The amount recognised as a provision is the best estimate of the consideration required to settle the present obligation at the end of the reporting period, taking into account the risks and uncertainties surrounding the obligation. Where a provision is measured using cash flows estimated to settle a present obligation, its carrying amount is the present value of those cash flows.

**Provision for rehabilitation and environmental expenditure**

Long-term environmental obligations are based on the Metorex Group's environmental plans, in compliance with current environmental and regulatory requirements.

Full provision is made based on the net present value of the estimated cost of restoring the environmental disturbance that has occurred up to the end of the reporting period. Increases due to additional environmental disturbances are capitalised as property, plant and equipment and depreciated based on estimated proved and probable ore reserves using the UOP.

The estimated cost of rehabilitation is reviewed annually and adjusted as appropriate for changes in legislation or technology. Cost estimates are not reduced by the potential proceeds from the sale of assets or from plant clean-up at closure, in view of the uncertainty of estimating the potential future proceeds.

**Financial instruments**

Financial assets and financial liabilities are recognised on the consolidated statement of financial position when a group entity becomes a party to the contractual provisions of the instrument.

Financial assets and financial liabilities are initially measured at fair value. Transaction costs that are directly attributable to the acquisition or issue of financial assets and financial liabilities (other than financial assets and financial liabilities at fair value through profit or loss) are added to or deducted from the fair value of the financial assets or financial liabilities, as appropriate, on initial recognition. Transaction costs directly attributable to the acquisition of financial assets or financial liabilities at fair value through profit or loss are recognised immediately in profit or loss.

***Financial assets***

The Metorex Group's financial assets are classified into one of the following categories including financial assets at fair value through profit or loss ("FVTPL") and loans and receivables. The classification depends on the nature and purpose of the financial assets and is determined at the time of initial recognition. All regular way purchases or sales of financial assets are recognised and derecognised on a trade date basis. Regular way purchases or sales are purchases or sales of financial assets that require delivery of asset within the time frame established by regulation or convention in the marketplace.

*Effective interest method*

The effective interest method is a method of calculating the amortised cost of a financial asset and of allocating interest income over the relevant period. The effective interest rate is the rate that exactly discounts estimated future cash receipts (including all fees and points paid or received that form an integral part of the effective interest rate, transaction costs and other premiums or discounts) through the expected life of the financial asset, or, where appropriate, a shorter period to the net carrying amount on initial recognition.

Interest income is recognised on an effective interest basis for debt instruments.

*Financial assets at fair value through profit or loss*

Financial assets at FVTPL has two subcategories, including financial assets held for trading and those designated as at FVTPL on initial recognition.

A financial asset is classified as held for trading if:

- it has been acquired principally for the purpose of selling in the near future; or
- it is a part of an identified portfolio of financial instruments that the Metorex Group manages together and has a recent actual pattern of short-term profit-taking; or
- it is a derivative that is not designated and effective as a hedging instrument.

A financial asset other than a financial asset held for trading may be designated as at FVTPL upon initial recognition if:

- such designation eliminates or significantly reduces a measurement or recognition inconsistency that would otherwise arise; or
- the financial asset forms part of a group of financial assets or financial liabilities or both, which is managed and its performance is evaluated on a fair value basis, in accordance with the Metorex Group's documented risk management or investment strategy, and information about the grouping is provided internally on that basis; or
- it forms a part of a contract containing one or more embedded derivatives, and IAS 39 "Financial Instruments: Recognition and measurement" permits the entire combined contract (asset or liability) to be designated as at FVTPL.

Financial assets at FVTPL are measured at fair value, with changes in fair value arising from remeasurement recognised directly in profit or loss in the period in which they arise. The net gain or loss recognised in profit or loss excludes any dividend or interest earned on the financial assets and is included in the other gains, losses and expenses line item in the consolidated statement of profit or loss and other comprehensive income.

*Loans and receivables*

Loans and receivables are non-derivative financial assets with fixed or determinable payments that are not quoted in an active market. Subsequent to initial recognition, loans and receivables are carried at amortised cost using the effective interest method, less any identified impairment losses.

*Impairment of financial assets*

Financial assets, other than those at FVTPL, are assessed for indicators of impairment at the end of the reporting period. Financial assets are considered to be impaired where there is objective evidence that, as a result of one or more events that occurred after the initial recognition of the financial asset, the estimated future cash flows of the investment have been affected.

Objective evidence of impairment could include:

- significant financial difficulty of the issuer or counterparty; or
- breach of contract, such as default or delinquency in interest or principal payments; or
- it becoming probable that the borrower will enter bankruptcy or financial reorganisation.

For certain categories of financial assets, such as trade receivables, assets that are assessed not to be impaired individually are, in addition, assessed for impairment on a collective basis. Objective evidence of impairment for a portfolio of receivables could include the Metorex Group's past experience of collecting payments, an increase in the number of delayed payments in the portfolio past the average credit period, as well as observable changes in national or local economic conditions that correlate with default on receivables.

For financial assets carried at amortised cost, the amount of the impairment recognised is the difference between the asset's carrying amount and the present value of estimated future cash flows, discounted at the financial asset's original effective interest rate.

The carrying amount of the financial asset is reduced by the impairment loss directly for all financial assets with the exception of trade receivables, where the carrying amount is reduced through the use of an allowance account. Changes in the carrying amount of the allowance account are recognised in profit or loss. When a trade receivable is uncollectible, it is written off against the allowance account. Subsequent recoveries of amounts previously written off are credited to profit or loss.

If, in a subsequent period, the amount of the impairment loss decreases and the decrease can be related objectively to an event occurring after the impairment loss was recognised, the previously recognised impairment loss is reversed through profit or loss to the extent that the carrying amount of the investment at the date the impairment is reversed does not exceed what the amortised cost would have been had the impairment not been recognised.

***Financial liabilities and equity instruments***

Financial liabilities and equity instruments issued by a group entity are classified as either financial liabilities or as equity in accordance with the substance of the contractual arrangement and the definitions of a financial liability and an equity instrument.

*Equity instruments*

An equity instrument is any contract that evidences a residual interest in the assets of the Metorex Group after deducting all of its liabilities. Equity instruments issued by the Metorex Group are recognised at the proceeds received, net of direct issue costs.

*Effective interest method*

The effective interest method is a method of calculating the amortised cost of a financial liability and of allocating interest expense over the relevant period. The effective interest rate is the rate that exactly discounts estimated future cash payments (including all fees and points paid or received that form an integral part of the effective interest rate, transaction costs and other premiums or discounts) through the expected life of the financial liability, or, where appropriate, a shorter period, to the net carrying amount on initial recognition.

Interest expense is recognised on an effective interest basis.

*Financial liabilities at fair value through profit or loss*

Financial liabilities are classified as at FVTPL where the financial liabilities are either held for trading or those designated as FVTPL on initial recognition.

A financial liability is classified as held for trading if:

- it has been incurred principally for the purpose of repurchasing in the near term; or
- on initial recognition it is a part of portfolio of identified financial instruments that the Metorex Group manages together and has a recent actual pattern of short-term profit-taking; or
- it is a derivative that is not designated and effective as a hedging instrument.

A financial liability other than a financial liability held for trading may be designated as at FVTPL upon initial recognition if:

- such designation eliminates or significantly reduces a measurement or recognition inconsistency that would otherwise arise; or

- the financial liability forms part of a group of financial assets or financial liabilities or both, which is managed and its performance is evaluated on a fair value basis, in accordance with the Metorex Group's documented risk management or investment strategy, and information about the grouping is provided internally on that basis; or

- it forms part of a contract containing one or more embedded derivatives, and IAS 39 permits the entire combined contract (asset or liability) to be designated as at FVTPL.

Financial liabilities at FVTPL are measured at fair value, with gains or losses arising on remeasurement recognised directly in profit or loss in the period in which they arise. The net gain or loss is included in the other gains, losses and expenses line item in the consolidated statement of profit or loss and other comprehensive income.

*Other financial liabilities*

Other financial liabilities are subsequently measured at amortised cost, using the effective interest method.

***Derivative financial instruments and hedging***

In the ordinary course of its operations, the Metorex Group may enter into a variety of derivative financial instruments to manage its exposure to commodity prices and foreign exchange rate risk.

Derivatives are initially recognised at fair value at the date when a derivative contract is entered into and are subsequently remeasured to their fair value at the end of the reporting period. The resulting gain or loss is recognised in profit or loss immediately unless the derivative is designated and effective as a hedging instrument, in which event the timing of the recognition in profit or loss depends on the nature of the hedge relationship.

A derivative is presented as a non-current asset or a non-current liability if the remaining maturity of the instrument is more than 12 months and it is not expected to be realised or settled within 12 months. Other derivatives are presented as current assets or current liabilities.

*Hedge accounting*

The Metorex Group designates certain hedging instruments, which include derivatives, embedded derivatives and non-derivatives in respect of commodity price risk or foreign currency risk, as either fair value hedges or cash flow hedges. Hedges of commodity price risk or foreign exchange risk or firm commitments are accounted for as cash flow hedges.

At the inception of the hedge relationship, the Metorex Group documents the relationship between the hedging instrument and the hedged item, along with its risk management objectives and its strategy for undertaking various hedge transactions. Furthermore, at the inception of the hedge and on an ongoing basis, the Metorex Group documents whether the hedging instrument that is used in a hedging relationship is effective in offsetting changes in fair values or cash flows of the hedged item.

*Cash flow hedges*

The effective portion of changes in the fair value of derivatives that are designated and qualify as cash flow hedges are recognised in other comprehensive income and accumulated in hedging reserve. The gain or loss relating to the ineffective portion is recognised immediately in profit or loss and is included in the other income and expenses line item in the consolidated statement of profit or loss and other comprehensive income.

Amounts previously recognised in other comprehensive income and accumulated in equity (hedging reserve) are reclassified to profit or loss in the period when the hedged item is recognised in profit or loss in the same line of the consolidated statement of profit or loss and other comprehensive income as the recognised hedged item. However, when the hedged forecast transaction results in the recognition of a non-financial asset or a non-financial liability, the gains and losses previously recognised in other comprehensive income and accumulated in equity (hedging reserve) are transferred from equity and included in the initial measurement of the cost of the non-financial asset or non-financial liability.

Hedge accounting is discontinued when the Metorex Group revokes the hedging relationships, the hedging instrument expires or is sold, terminated, or exercised, or when it no longer qualifies for hedge accounting. Any gain or loss recognised in other comprehensive income and accumulated in equity (hedging reserve) at that time remains in equity and is recognised when the forecast transaction is ultimately recognised in profit or loss. When a forecast transaction is no longer expected to occur, the cumulative gain or loss that was deferred in equity is recognised immediately in profit or loss.

***Derecognition***

The Metorex Group derecognises a financial asset only when the contractual rights to the cash flows from the asset expire, or when it transfers the financial asset and substantially all the risks and rewards of ownership of the asset to another entity. If the Metorex Group neither transfers nor retains substantially all the risks and rewards of ownership and continues to control the transferred asset, the Metorex Group continues to recognise the asset to the extent of its continuing involvement and recognises an associated liability. If the Metorex Group retains substantially all the risks and rewards of ownership of a transferred financial asset, the Metorex Group continues to recognise the financial asset and also recognises a collateralised borrowing for the proceeds received.

On derecognition of a financial asset, the difference between the asset's carrying amount and the sum of the consideration received and receivable and the cumulative gain or loss that had been recognised in other comprehensive income and accumulated in equity is recognised in profit or loss.

The Metorex Group derecognises financial liabilities when, and only when, the Metorex Group's obligations are discharged, cancelled or expire. The difference between the carrying amount of the financial liability derecognised and the consideration paid and payable is recognised in profit or loss.

**Leases**

Leases are classified as finance leases whenever the terms of the lease transfer substantially all the risks and rewards of ownership to the lessee. All other leases are classified as operating leases.

Operating lease payments are recognised as an expense on a straight-line basis over the term of the relevant lease. Benefits received and receivable as an incentive to enter into an operating lease are recognised as a liability and released as a reduction of rental expense over the lease term on a straight-line basis.

**Equity participation plan**

Equity-settled share-based payments to employees and others providing similar services are measured at the fair value of the equity instruments at the grant date.

The fair value determined at the grant date of the equity-settled share-based payments is expensed on the straight-line basis over the vesting period, based on the Metorex Group's estimate of equity instruments that will eventually vest. At each reporting date, the Metorex Group revises its estimate of the number of equity instruments expected to vest. The impact of the revision of the original estimates, if any, is recognised in profit or loss over the remaining vesting period, with a corresponding adjustment to the equity-settled employee benefits reserve.

**Non-current assets held-for-sale**

Non-current assets and disposal groups are classified as held-for-sale if their carrying amount will be recovered principally through a sale transaction rather than through continuing use. This condition is regarded as met only when the sale is highly probable and the asset (or disposal group) is available for immediate sale in its present condition. Management must be committed to the sale, which should be expected to qualify for recognition as a completed sale within one year from the date of classification.

Non-current assets (and disposal groups) classified as held-for-sale are measured at the lower of their previous carrying amount and fair value less costs to sell.

## 4. CRITICAL ACCOUNTING JUDGEMENTS AND KEY SOURCES OF ESTIMATION UNCERTAINTY

In the process of applying the Metorex Group's accounting policies, which are described in note 3, the directors of Metorex have identified the following judgements and key sources of estimation uncertainty that have significant effect on the amounts recognised in the Financial Information of the Metorex Group.

The key sources of estimation uncertainty at the end of the reporting period that may have a significant risk of causing a material adjustment to the carrying amounts of assets and liabilities within the next financial year is disclosed below.

**Provision for rehabilitation and environmental expenditure**

The provision for rehabilitation and environmental costs has been determined by the directors of Metorex based on their best estimates. The directors of Metorex estimated this liability for final reclamation and mine closure based upon detailed calculations of the amount and timing of future cash flows spending for a third party to perform the required work, escalated for inflation, then discounted at a discount rate that reflects current market assessments of the time value of money, adjusted for inflation and the risks specific to the liability, such that the provision reflects the present value of the expenditures expected to be required to settle the obligation. However, as the effect on the land and the environment from current mining activities becomes apparent in future periods, the estimate of the associated costs may be subject to change in the future. The provision is reviewed regularly to verify that it properly reflects the present value of the obligation arising from the current and past mining activities (see note 25).

**Revenue recognition**

The Metorex Group produces copper cathodes and copper concentrate. Copper products are sold under provisional pricing arrangements where final grades of copper in copper products are agreed based on third-party examination and final prices are set at a specified date based on market prices. Revenues are recognised when title and risk are passed to the customer using history of grades of copper in copper products based on internal examination statistics and forward prices for the expected date of final settlement. Besides, changes between the prices recorded upon recognition of revenue and the final price due to fluctuations in copper market prices result in the existence of an embedded derivative in trade receivables. This embedded derivative, is recorded at fair value, with changes in fair value classified as a component of revenue.

**Mineral reserves**

Technical estimates of the Metorex Group's mineral reserves are inherently imprecise and represent only approximate amounts because of the subjective judgements involved in developing such information. There are authoritative guidelines regarding the engineering criteria that have to be met before estimated mineral reserves can be designated as "proved" and "probable". Proved and probable mineral reserves estimates are updated on a regular basis and take into account recent economic production and technical information about each mine. In addition, as production levels and technical standards change from year to year, the estimate of proved and probable mineral reserves also changes. Despite the inherent imprecision in these technical estimates, these estimates are used as the basis for calculation of depreciation of mining assets and mining rights and for assessment of impairment losses as appropriate.

**Depreciation of mining assets and mineral rights**

Mining assets and mineral rights are depreciated using the UOP. The calculation of the UOP rate of depreciation, and therefore the annual depreciation charge to operations, can fluctuate from initial estimates. This could generally result when there are significant changes in any of the factors or assumptions used in estimating mine reserves, notably changes in the geology of the reserves and assumptions used in determining the economic feasibility of the reserves. Estimates of proved and probable reserves are prepared by experts in extraction, geology and reserve determination. Assessments of UOP rates against the estimated reserve base and operating and development plan are performed regularly. Any change in estimates will increase or decrease the cost of sales for the period in which the changes occur. The carrying amounts of mining assets and mining rights are set out in note 15.

**Deferred tax assets**

Deferred tax assets are recognised for all temporary differences to the extent that it is probable that taxable profit will be available against which the deductible temporary differences can be utilised. Recognition primarily involves judgement regarding the future performance of the particular legal entity or tax group in which the deferred tax asset has been recognised. A variety of other factors are also evaluated in considering whether there is convincing evidence that it is probable that some portion or all of the deferred tax assets will ultimately be realised, such as the amounts of the future taxable profit and tax planning strategies.

**Impairment of non-financial assets**

The Metorex Group assesses whether there are any indicators of impairment for all non-financial assets at the end of the reporting period. An impairment exists when the carrying value of an asset or a cash-generating unit exceeds its recoverable amount, which is the higher of its fair value less costs to sell and its value in use. The calculation of the fair value less costs to sell is based on available data from binding sales transactions in an arm's length transaction of similar assets or observable market prices less incremental costs for disposing of the asset. When value in use calculations are undertaken, the management must estimate the expected future cash flows from the asset or cash-generating unit and choose a suitable discount rate in order to calculate the present value of those cash flows. As at 31 December 2010, 31 December 2011, 31 December 2012 and 30 June 2013, the carrying amounts of non-current assets (other than unlisted investments, loan receivable and rehabilitation trust fund) are US$679,355,000, US$750,191,000, US$838,588,000 and US$856,996,000, respectively.

**Assets held-for-sale and discontinued operations**

Management had to make judgement as to which non-current assets and discontinued operations full within the scope of the standard and had to be reclassified and measured in terms of IFRS5 "Non-current assets held-for-sale and discontinued operations" (refer to note 21).

## 5. REVENUE

Revenue represents revenue arising from sales of goods. An analysis of the Metorex Group's revenue from continuing operations for the Relevant Periods is as follows:

| | 18 months ended 31 December | Year ended 31 December | | 6 months ended 30 June | |
|---|---|---|---|---|---|
| | **2010** | **2011** | **2012** | **2012** | **2013** |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* (unaudited) | *US$'000* |
| Continuing operations: | | | | | |
| Sales of copper | 426,241 | 411,904 | 353,691 | 171,346 | 178,485 |
| Sales of cobalt | 135,163 | 95,411 | 54,360 | 29,941 | 24,600 |
| | 561,404 | 507,315 | 408,051 | 201,287 | 203,085 |

## 6. SEGMENT INFORMATION

IFRS 8 "Operating segments" requires operating segments to be identified on the basis of internal reports about components of the Metorex Group that are regularly reviewed by the chief operating decision maker ("CODM") in order to allocate resources to the segment and assess its performance.

The CODM has been identified as the directors of Metorex and senior management of the Metorex Group. They review the Metorex Group's internal reporting for the purpose of resource allocation and assessment of segment performance.

For the 18 months ended 31 December 2010, the years ended 31 December 2011 and 31 December 2012 and the 6 months ended 30 June 2012 and 30 June 2013, the CODM was provided with internal reports on a site basis for the Metorex Group's mining operations and the reportable and operating segments of the Metorex Group are identified as follows:

- Ruashi Mining
- Chibuluma plc
- Kinsenda Sarl

**Segment revenue and results**

The following is an analysis of the Metorex Group's revenue and results by operating segments.

*For the 18 months ended 31 December 2010*

| | **Ruashi Mining** *US$'000* | **Chibuluma plc** *US$'000* | **Kinsenda Sarl** *US$'000* | **Total** *US$'000* |
|---|---|---|---|---|
| Segment revenue | 380,643 | 180,761 | – | 561,404 |
| Segment results | 84,293 | 85,045 | – | 169,338 |
| Unallocated corporate income | | | | 68,419 |
| Unallocated corporate expenses | | | | (65,691) |
| Profit before taxation (continuing operations) | | | | 172,066 |

*For the year ended 31 December 2011*

| | **Ruashi Mining** *US$'000* | **Chibuluma plc** *US$'000* | **Kinsenda Sarl** *US$'000* | **Total** *US$'000* |
|---|---|---|---|---|
| Segment revenue | 360,700 | 146,615 | – | 507,315 |
| Segment results | 126,516 | 70,570 | – | 197,086 |
| Unallocated corporate income | | | | 15,852 |
| Unallocated corporate expenses | | | | (71,999) |
| Profit before taxation (continuing operations) | | | | 140,939 |

*For the year ended 31 December 2012*

| | Ruashi Mining *US$'000* | Chibuluma plc *US$'000* | Kinsenda Sarl *US$'000* | Total *US$'000* |
|---|---|---|---|---|
| Segment revenue | 265,403 | 142,648 | – | 408,051 |
| Segment results | 36,852 | 60,854 | – | 97,706 |
| Unallocated corporate income | | | | 1,885 |
| Unallocated corporate expenses | | | | (29,707) |
| Profit before taxation (continuing operations) | | | | 69,884 |

*For the 6 months ended 30 June 2012 (unaudited)*

| | Ruashi Mining *US$'000* | Chibuluma plc *US$'000* | Kinsenda Sarl *US$'000* | Total *US$'000* |
|---|---|---|---|---|
| Segment revenue | 131,618 | 69,669 | – | 201,287 |
| Segment results | 34,941 | 32,868 | – | 67,809 |
| Unallocated corporate income | | | | 1,611 |
| Unallocated corporate expenses | | | | (16,372) |
| Profit before taxation (continuing operations) | | | | 53,048 |

*For the 6 months ended 30 June 2013*

| | Ruashi Mining *US$'000* | Chibuluma plc *US$'000* | Kinsenda Sarl *US$'000* | Total *US$'000* |
|---|---|---|---|---|
| Segment revenue | 142,672 | 60,413 | – | 203,085 |
| Segment results | 14,398 | 23,289 | – | 37,687 |
| Unallocated corporate income | | | | 297 |
| Unallocated corporate expenses | | | | (13,189) |
| Profit before taxation (continuing operations) | | | | 24,795 |

*Note:*

Unallocated corporate income mainly includes gain on disposal of subsidiaries, interest income, exchange gains and other unallocated corporate income.

Unallocated corporate expenses mainly includes royalties, share option expense, finance costs and other unallocated corporate expenses.

The accounting policies of operating segments are the same as the Metorex Group's accounting policies described in note 3. Segment revenue and segment results comprise turnover from external customers and mining profit generated by each segment, respectively.

**Segment assets and liabilities**

The following is an analysis of the Metorex Group's assets and liabilities by reportable and operating segments:

| | **Ruashi Mining** | **Chibuluma plc** | **Kinsenda Sarl** | **Total** |
|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| *At 31 December 2010* | | | | |
| Assets | | | | |
| Segment assets | 609,226 | 144,669 | 51,906 | 805,801 |
| Assets classified as held for sale | | | | 6,257 |
| Unallocated corporate assets | | | | 85,976 |
| Consolidated total assets | | | | 898,034 |
| Liabilities | | | | |
| Segment liabilities | 255,304 | 82,918 | 5,282 | 343,504 |
| Liabilities associated with assets classified as held for sale | | | | 11,118 |
| Unallocated corporate liabilities | | | | 22,500 |
| Consolidated total liabilities | | | | 377,122 |

| | **Ruashi Mining** | **Chibuluma plc** | **Kinsenda Sarl** | **Total** |
|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| *At 31 December 2011* | | | | |
| Assets | | | | |
| Segment assets | 653,745 | 155,022 | 81,799 | 890,566 |
| Unallocated corporate assets | | | | 82,329 |
| Consolidated total assets | | | | 972,895 |
| Liabilities | | | | |
| Segment liabilities | 196,754 | 94,008 | 2,931 | 293,693 |
| Unallocated corporate liabilities | | | | 41,878 |
| Consolidated total liabilities | | | | 335,571 |

| | Ruashi Mining *US$'000* | Chibuluma plc *US$'000* | Kinsenda Sarl *US$'000* | Total *US$'000* |
|---|---|---|---|---|
| *At 31 December 2012* | | | | |
| Assets | | | | |
| Segment assets | 689,898 | 184,052 | 108,226 | 982,176 |
| Unallocated corporate assets | | | | 11,869 |
| Consolidated total assets | | | | 994,045 |
| Liabilities | | | | |
| Segment liabilities | 251,631 | 81,879 | 3,875 | 337,385 |
| Unallocated corporate liabilities | | | | 4,623 |
| Consolidated total liabilities | | | | 342,008 |

| | Ruashi Mining *US$'000* | Chibuluma plc *US$'000* | Kinsenda Sarl *US$'000* | Total *US$'000* |
|---|---|---|---|---|
| *At 30 June 2013* | | | | |
| Assets | | | | |
| Segment assets | 698,955 | 172,411 | 123,767 | 995,133 |
| Unallocated corporate assets | | | | 3,650 |
| Consolidated total assets | | | | 998,783 |
| Liabilities | | | | |
| Segment liabilities | 267,474 | 64,263 | 3,679 | 335,416 |
| Unallocated corporate liabilities | | | | 19,404 |
| Consolidated total liabilities | | | | 354,820 |

*Note:* Segment assets and segment liabilities comprise total assets and total liabilities of each segment, respectively.

**Other segment information**

| | Ruashi Mining US$'000 | Chibuluma plc US$'000 | Kinsenda Sarl US$'000 | Unallocated US$'000 | Total US$'000 |
|---|---|---|---|---|---|
| *For the 18 months ended 31 December 2010* | | | | | |
| Amounts included in the measure of segment results and segment assets: | | | | | |
| Addition to non-current assets *(note)* | 72,145 | 31,273 | 27,508 | 104 | 131,030 |
| Depreciation and amortisation of property, plant and equipment and mineral rights and assets | 42,231 | 15,018 | – | 4,052 | 61,301 |
| Loss on disposal of property, plant and equipment and mineral rights and assets | 169 | 67 | – | 3 | 239 |
| Exploration expenses | 1,097 | – | 5,252 | – | 6,349 |

| | Ruashi Mining US$'000 | Chibuluma plc US$'000 | Kinsenda Sarl US$'000 | Unallocated US$'000 | Total US$'000 |
|---|---|---|---|---|---|
| *For the year ended 31 December 2011* | | | | | |
| Amounts included in the measure of segment results and segment assets: | | | | | |
| Addition to non-current assets *(note)* | 79,680 | 21,396 | 29,008 | 162 | 130,246 |
| Depreciation and amortisation of property, plant and equipment and mineral rights and assets | 28,737 | 14,619 | – | 174 | 43,530 |
| Loss on disposal of property, plant and equipment and mineral rights and assets | – | 25 | – | – | 25 |
| Exploration expenses | 974 | 2,162 | 4,632 | – | 7,768 |

| | Ruashi Mining US$'000 | Chibuluma plc US$'000 | Kinsenda Sarl US$'000 | Unallocated US$'000 | Total US$'000 |
|---|---|---|---|---|---|
| *For the year ended 31 December 2012* | | | | | |
| Amounts included in the measure of segment results and segment assets: | | | | | |
| Addition to non-current assets *(note)* | 83,119 | 17,367 | 35,774 | 1,107 | 137,367 |
| Depreciation and amortisation of property, plant and equipment and mineral rights and assets | 26,189 | 16,900 | – | 178 | 43,267 |
| Loss on disposal of property, plant and equipment and mineral rights and assets | 83 | 1 | – | 4 | 88 |
| Exploration expenses | 2,677 | 1,586 | 353 | – | 4,616 |

| | Ruashi Mining<br>*US$'000* | Chibuluma plc<br>*US$'000* | Kinsenda Sarl<br>*US$'000* | Unallocated<br>*US$'000* | Total<br>*US$'000* |
|---|---|---|---|---|---|
| *For the 6 months ended 30 June 2012 (unaudited)* | | | | | |
| Amounts included in the measure of segment results and segment assets: | | | | | |
| Addition to non-current assets *(note)* | 23,786 | 6,046 | 11,700 | 66 | 41,598 |
| Depreciation and amortisation of property, plant and equipment and mineral rights and assets | 11,744 | 9,280 | – | 177 | 21,201 |
| Exploration expenses | 329 | 439 | 266 | – | 1,034 |

| | Ruashi Mining<br>*US$'000* | Chibuluma plc<br>*US$'000* | Kinsenda Sarl<br>*US$'000* | Unallocated<br>*US$'000* | Total<br>*US$'000* |
|---|---|---|---|---|---|
| *For the 6 months ended 30 June 2013* | | | | | |
| Amounts included in the measure of segment results and segment assets: | | | | | |
| Addition to non-current assets *(note)* | 20,316 | 7,917 | 15,541 | 42 | 43,816 |
| Depreciation and amortisation of property, plant and equipment and mineral rights and assets | 13,775 | 7,427 | – | 199 | 21,401 |
| Gain on disposal of property, plant and equipment and mineral rights and assets | – | 18 | – | – | 18 |
| Exploration expenses | 2,770 | 2,256 | 6 | – | 5,032 |

*Note:* Non-current assets excludes loans receivable and rehabilitation trust fund.

**Geographical information**

As at 31 December 2010, 31 December 2011, 31 December 2012 and 30 June 2013, the Metorex Group's non-current assets (excluding loan receivable and rehabilitation trust fund) are located in Africa. The following is an analysis of the Metorex Group's revenue from external customers by geographical location of the customers:

| | 18 months ended 31 December | Year ended 31 December | | 6 months ended 30 June | |
|---|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 2012 | 2013 |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* (unaudited) | *US$'000* |
| Africa | 285,996 | 273,343 | 234,667 | 117,723 | 102,507 |
| PRC | 135,163 | 95,411 | 54,360 | 29,941 | 24,600 |
| Switzerland | 140,245 | 138,561 | 119,024 | 53,623 | 75,978 |
| | 561,404 | 507,315 | 408,051 | 201,287 | 203,085 |

**Information about major customers**

The following is an analysis of revenue from customers of the corresponding year/period contributing over 10% of the total revenue:

| | 18 months ended 31 December | Year ended 31 December | | 6 months ended 30 June | |
|---|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 2012 | 2013 |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* (unaudited) | *US$'000* |
| Customer A (note a) | 180,761 | 146,615 | 142,648 | 69,669 | 60,413 |
| Customer B (note a) | 140,245 | 138,561 | 119,024 | 53,623 | 75,978 |
| Customer C (note a) | 105,235 | 126,728 | 92,019 | 45,786 | * |
| Customer D (note b) | 135,163 | 95,411 | 54,360 | 29,941 | 24,600 |
| Customer E (note a) | – | – | – | – | 40,897 |

*Notes:*

(a) Revenue from above customers arises from sales of copper.
(b) Revenue from above customer arises from sales of cobalt.

* Amount less than 10% of the total revenue.

## 7. COST OF PRODUCTION

| | 18 months ended 31 December | Year ended 31 December | | 6 months ended 30 June | |
|---|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 2012 | 2013 |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| | | | | (unaudited) | |
| Continuing operations: | | | | | |
| Mining costs | 48,301 | 24,406 | 27,596 | 11,610 | 18,557 |
| Staff costs | 43,759 | 45,145 | 52,336 | 20,965 | 31,249 |
| Processing fee | 95,907 | 71,895 | 65,861 | 29,220 | 44,422 |
| Engineering and technical costs | 30,625 | 26,653 | 27,159 | 12,676 | 12,494 |
| Safety, health, environment and community costs | – | – | 1,852 | 1,331 | 1,602 |
| Other on-site mining cost *(note)* | 37,443 | 33,663 | 37,747 | 8,069 | 11,126 |
| Depreciation and amortisation of property, plant and equipment and mineral rights and assets | 57,327 | 43,530 | 43,267 | 21,201 | 21,401 |
| | 313,362 | 245,292 | 255,818 | 105,072 | 140,851 |

*Note:* Other on-site mining cost includes fuel, consumables and other costs.

## 8. INTEREST INCOME

| | 18 months ended 31 December | Year ended 31 December | | 6 months ended 30 June | |
|---|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 2012 | 2013 |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| | | | | (unaudited) | |
| Continuing operations: | | | | | |
| Bank Interest income | 3,158 | 1,132 | 822 | 712 | 231 |

## 9. OTHER INCOME AND EXPENSES

| | 18 months ended 31 December | Year ended 31 December | | 6 months ended 30 June | |
|---|---|---|---|---|---|
| | **2010** | **2011** | **2012** | **2012** | **2013** |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| | | | | (unaudited) | |
| Continuing operations: | | | | | |
| (Loss) gain on disposal of property, plant and equipment and mineral rights and assets | (239) | (25) | (88) | – | 18 |
| Exchange (losses) gains | (570) | 3,232 | 734 | 899 | 48 |
| Gain (loss) on disposal of subsidiaries *(Note 34)* | 65,261 | 9,654 | 329 | – | (3) |
| Share option expense | (2,973) | (3,201) | – | – | – |
| Decommissioning expense | (981) | (529) | (924) | (288) | (314) |
| Royalties | (24,787) | (20,242) | (20,699) | (11,559) | (10,088) |
| Write off of project expenses for takeover transactions | – | (29,721) | – | – | – |
| Others | (4,280) | 313 | (2,144) | (1,293) | (539) |
| | 31,431 | (40,519) | (22,792) | (12,241) | (10,878) |

## 10. FINANCE COSTS

| | 18 months ended 31 December | Year ended 31 December | | 6 months ended 30 June | |
|---|---|---|---|---|---|
| | **2010** | **2011** | **2012** | **2012** | **2013** |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| | | | | (unaudited) | |
| Continuing operations: | | | | | |
| Interest on borrowings wholly repayable within five years *(note)* | 16,393 | 6,393 | 5,852 | 3,232 | 2,245 |

*Note:* Included in the amounts for the year ended 31 December 2012 and for the period ended 30 June 2013 were US$208,000 and US$59,000 relating to interest payable on term loan due to ultimate holding company, respectively.

## 11. PROFIT BEFORE TAXATION

| | 18 months ended 31 December | Year ended 31 December | | 6 months ended 30 June | |
|---|---|---|---|---|---|
| | **2010** | **2011** | **2012** | **2012** | **2013** |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* (unaudited) | *US$'000* |
| Continuing operations: | | | | | |
| Profit before taxation has been arrived at after charging: | | | | | |
| Staff costs | | | | | |
| Directors' emoluments *(note 12)* | 2,034 | 1,727 | 7,630 | 7,082 | 872 |
| Other staff costs | | | | | |
| – Salaries and other benefits | 37,862 | 39,706 | 46,321 | 17,836 | 28,068 |
| – Retirement benefits schemes contribution | 3,863 | 3,712 | 4,463 | 2,125 | 2,309 |
| | 43,759 | 45,145 | 58,414 | 27,043 | 31,249 |
| Auditor's remuneration | 470 | 283 | 197 | 97 | 105 |
| Agency and refining charge (included in realisation cost) | 10,044 | 16,667 | 14,633 | 7,027 | 6,916 |
| Depreciation and amortisation of property, plant and equipment and mineral rights and assets | 61,301 | 43,530 | 43,267 | 21,201 | 21,401 |
| Operating lease rentals in respect of equipment, premises and vehicles | 1,220 | 1,045 | 2,181 | 214 | 1,983 |
| Transportation and export clearing costs (included in realisation cost) | 68,660 | 48,270 | 39,894 | 21,379 | 17,631 |

## 12. DIRECTORS', CHIEF EXECUTIVE'S AND EMPLOYEES' EMOLUMENTS

### (a) Non-executive directors

The remuneration paid to non-executive directors is reflected in the table below:

| | 18 months ended 31 December | Year ended 31 December | | 6 months ended 30 June | |
|---|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 2012 | 2013 |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* (unaudited) | *US$'000* |
| D Chen | – | – | 28 | 11 | 16 |
| P Deneen | – | – | 18 | 7 | 7 |
| J Gao | – | – | 18 | 7 | 10 |
| T Gao | – | – | 18 | 6 | 10 |
| X Zhou | – | – | 18 | 7 | 10 |
| R Still | 180 | 147 | – | – | – |
| A Barrenechea | 40 | 38 | – | – | – |
| H Hickey | 14 | 50 | 1 | – | – |
| N Hathor | 34 | 42 | 28 | 15 | 10 |
| V Mabuza | 43 | 47 | 34 | 17 | 11 |
| P Molapo | 11 | 48 | 1 | – | – |
| L Paton | 45 | 51 | 1 | – | – |
| Total | 367 | 423 | 165 | 70 | 74 |

### (b) Executive directors

The remuneration paid to executive directors is reflected below:

*For the 18 months ended 31 December 2010*

| | Salary | Retirement contributions | Total guaranteed remuneration | Performance incentives(Note) | Other benefits(Note 1) | Total |
|---|---|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| T Goodlace | 605 | 114 | 719 | 261 | – | 980 |
| M Smith | 354 | 43 | 397 | 166 | 124 | 687 |
| Total | 959 | 157 | 1,116 | 427 | 124 | 1,667 |

*For the year ended 31 December 2011*

| | Salary | Retirement contributions | Total guaranteed remuneration | Performance incentives(Note) | Other benefits(Note 1) | Total |
|---|---|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| T Goodlace | 456 | 85 | 541 | 182 | – | 723 |
| M Smith | 301 | 36 | 337 | 121 | 123 | 581 |
| Total | 757 | 121 | 878 | 303 | 123 | 1,304 |

*For the year ended 31 December 2012*

| | Salary | Retirement contributions | Total guaranteed remuneration | Performance incentives(Note) | Other benefits(Note 1) | Share based payments | Total |
|---|---|---|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| M Benfield (Note 2) | 148 | 23 | 171 | 8 | – | – | 179 |
| J Ferreira (Note 3) | 284 | 58 | 342 | 45 | – | – | 387 |
| T Goodlace (Note 4) | 244 | 47 | 291 | 82 | – | 4,653 | 5,026 |
| M Smith (Note 5) | 161 | 19 | 180 | 49 | 219 | 1,425 | 1,873 |
| Total | 837 | 147 | 984 | 184 | 219 | 6,078 | 7,465 |

*For the 6 months ended 30 June 2012 (unaudited)*

| | Salary | Retirement contributions | Total guaranteed remuneration | Performance incentives(Note) | Other benefits(Note 1) | Share based payments | Total |
|---|---|---|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| M Benfield (Note 6) | 22 | 3 | 25 | – | – | – | 25 |
| J Ferreira (Note 7) | 73 | 15 | 88 | – | – | – | 88 |
| T Goodlace (Note 4) | 244 | 47 | 291 | 82 | – | 4,653 | 5,026 |
| M Smith (Note 5) | 161 | 19 | 180 | 49 | 219 | 1,425 | 1,873 |
| Total | 500 | 84 | 584 | 131 | 219 | 6,078 | 7,012 |

*For the 6 months ended 30 June 2013*

| | Salary | Retirement contributions | Total guaranteed remuneration | Performance incentives(Note) | Other benefits(Note 1) | Total |
|---|---|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| M Benfield | 114 | 18 | 132 | 101 | – | 233 |
| J Ferreira | 191 | 39 | 230 | 335 | – | 565 |
| Total | 305 | 57 | 362 | 436 | – | 798 |

*Note:* The performance incentives are determined with reference to the operating results and individual performance during all years/periods.

*Note 1:* Other benefits include retention payments.

*Note 2:* Employed on 1 June 2012, guaranteed remuneration represents 7 months.

*Note 3:* Employed on 1 May 2012, guaranteed remuneration represents 8 months.

*Note 4:* Resigned on 30 April 2012, guaranteed remuneration represents 4 months.

*Note 5:* Resigned on 31 May 2012, guaranteed remuneration represents 5 months.

*Note 6:* Employed on 1 June 2012, guaranteed remuneration represents 1 month.

*Note 7:* Employed on 1 May 2012, guaranteed remuneration represents 2 months.

Mr. T Goodlace was appointed chief executive of the Metorex Group with affect from 2 March 2009 to 30 April 2012. Mr. J Ferreira was the chief executive of Metorex Group from 1 May 2012. Their emoluments disclosed above include those for services rendered by them during their appointment as the chief executive.

(c) **Employees' emoluments**

The five highest paid individuals included 2, 2, 1, 1 and 1 directors of Metorex for the 18 months ended 31 December 2010, the year ended 31 December 2011 and 31 December 2012 and the 6 months ended 30 June 2012 and 30 June 2013, respectively, details of whose emolument are included above. The emoluments of the remaining highest paid individuals during the Relevant Periods were as follows:

| | 18 months ended 31 December | Year ended 31 December | | 6 months ended 30 June | |
|---|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 2012 | 2013 |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* (unaudited) | *US$'000* |
| Salaries and other benefits | 1,727 | 1,307 | 1,288 | 759 | 644 |
| Retirement benefits schemes contributions | 76 | 59 | 76 | 40 | 34 |
| Performance related incentive payments | 449 | 1,076 | 684 | 196 | 216 |
| | 2,252 | 2,442 | 2,048 | 995 | 894 |

Their emoluments were within the following bands:

| | 18 months ended 31 December | Year ended 31 December | | 6 months ended 30 June | |
|---|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 2012 | 2013 |
| | *No. of employees* | *No. of employees* | *No. of employees* | *No. of employees* (unaudited) | *No. of employees* |
| HK$1,000,001 to HK$1,500,000 (equivalent to US$128,205 to equivalent to US$192,308) | – | – | – | – | 2 |
| HK$1,500,001 to HK$2,000,000 (equivalent to US$192,309 to equivalent to US$256,410) | – | – | – | 3 | 1 |
| HK$2,500,001 to HK$3,000,000 (equivalent to US$320,513 to equivalent to US$384,615) | – | – | – | 1 | 1 |
| HK$3,000,001 to HK$3,500,000 (equivalent to US$384,616 to equivalent to US$448,177) | – | – | 1 | – | – |
| HK$3,500,001 to HK$4,000,000 (equivalent to US$448,178 to equivalent to US$512,821) | – | – | 2 | – | – |
| HK$4,500,001 to HK$5,000,000 (equivalent to US$576,923 to equivalent to US$641,026) | 1 | 1 | – | – | – |
| HK$5,000,001 to HK$5,500,000 (equivalent to US$641,027 to equivalent to US$705,128) | – | 1 | 1 | – | – |
| HK$6,000,001 to HK$6,500,000 (equivalent to US$769,231 to equivalent to US$833,333) | 1 | – | – | – | – |
| HK$6,500,001 to HK$7,000,000 (equivalent to US$833,334 to equivalent to US$897,436) | 1 | – | – | – | – |
| HK$9,000,001 to HK$9,500,000 (equivalent to US$1,153,846 to equivalent to US$1,217,949) | – | 1 | – | – | – |

## 13. INCOME TAX EXPENSE

| | 18 months ended 31 December 2010 | Year ended 31 December 2011 | 2012 | 6 months ended 30 June 2012 | 2013 |
|---|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* (unaudited) | *US$'000* |
| Continuing operations: | | | | | |
| The tax charge comprises: | | | | | |
| Corporate income tax in South Africa: | | | | | |
| Current period/year | 3,314 | – | – | – | – |
| Prior period/year | (13) | 33 | 49 | – | – |
| | 3,301 | 33 | 49 | – | – |
| Corporate income tax in other jurisdictions: | | | | | |
| Current period/year | 15,843 | 25,582 | 22,974 | 13,069 | 9,401 |
| Prior period/year | 865 | (210) | – | – | – |
| | 16,708 | 25,372 | 22,974 | 13,069 | 9,401 |
| Deferred taxation *(note 26)* | | | | | |
| Current period/year | 18,770 | 27,878 | 10,556 | 7,637 | 2,552 |
| Prior period/year | (161) | 7,446 | 7,793 | – | 80 |
| | 18,609 | 35,324 | 18,349 | 7,637 | 2,632 |
| | 38,618 | 60,729 | 41,372 | 20,706 | 12,033 |

The tax charge can be reconciled to profit before taxation per the consolidated statement of profit or loss and other comprehensive income as follows:

| | 18 months ended 31 December | Year ended 31 December | | 6 months ended 30 June | |
|---|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 2012 | 2013 |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* (unaudited) | *US$'000* |
| Profit before taxation | 172,066 | 140,939 | 69,884 | 53,048 | 24,795 |
| Less: Held-for-sale assets, net of tax | 3,580 | (1,521) | – | – | – |
| Profit before taxation – continuing operations | 175,646 | 139,418 | 69,884 | 53,048 | 24,795 |
| Tax charge at the domestic taxation rate of 28% | 49,181 | 39,037 | 19,568 | 14,853 | 6,942 |
| Tax effect of expenses not deductible for tax purposes | 2,838 | 17,976 | 5,467 | 2,289 | 3,735 |
| Underprovision in prior years | 691 | 7,269 | 7,842 | – | 80 |
| Foreign exchange gains | – | – | 1,024 | – | 13 |
| Deferred tax assets not recognised | (5,672) | (263) | 1,348 | 858 | 556 |
| Effect of different tax rates of subsidiaries in other jurisdictions | (8,691) | (3,816) | 6,210 | 2,044 | 707 |
| Others | 271 | 526 | (87) | 662 | – |
| Taxation for the period/year – continuing operations | 38,618 | 60,729 | 41,372 | 20,706 | 12,033 |

Corporate income tax in South Africa and DRC are calculated at 28% and 30% of the estimated assessable profits during the 18 months ended 31 December 2010, years ended 31 December 2011 and 31 December 2012, and 6 months ended 30 June 2012 and 30 June 2013, respectively. Corporate income tax in Zambia is calculated at 30% of the estimated assessable profits during the 18 months ended 31 December 2010. In accordance with the new mining tax regime implemented by the government of Zambia, its corporate income tax is calculated at 42% during the years ended 31 December 2011 and 31 December 2012, and 6 months ended 30 June 2012 and 30 June 2013, respectively.

The Chibuluma plc variable taxes and historic windfall taxes of US$9,898,000 were recorded as a receivable from the Government of the Republic of Zambia ("GRZ") against the taxation account in 2010. Following extensive discussions with the GRZ and other industry players in Zambia, the directors of Metorex resolved to impair the taxation receivable from GRZ amounting to US$9,898,000 during 2011. This receivable related to historic taxes in excess of those permitted under the Chibuluma Development Agreement.

## 14. (LOSS) EARNINGS PER SHARE

No (loss) earnings per share information is presented as its inclusion, for the purpose of this report, is not considered meaningful.

## 15. PROPERTY, PLANT AND EQUIPMENT AND MINERAL RIGHTS AND ASSETS

| | Freehold land | Buildings and infrastructure | Plant, machinery and shafts | Construction in progress | Mineral rights and assets | Others | Total |
|---|---|---|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* *(note)* | *US$'000* |
| **At 1 July 2009, net of accumulated depreciation** | 953 | 4,907 | 65,856 | 419,123 | 207,241 | 34,615 | 732,695 |
| Additions | 5,620 | 2,728 | 33,246 | 46,018 | 34,581 | 8,837 | 131,030 |
| Depreciation and amortisation provided during the period | – | (1,455) | (45,214) | – | (9,123) | (5,509) | (61,301) |
| Disposals | – | (53) | 310 | – | – | (11) | 246 |
| Transfers | – | 5,586 | 349,846 | (354,979) | (5,063) | 4,610 | – |
| Transfer to assets classified as held for sale | (951) | (455) | (7,964) | – | (3,983) | (3,071) | (16,424) |
| Currency realignment | (620) | (841) | (11,385) | (58,936) | (31,813) | (5,041) | (108,636) |
| **At 31 December 2010, net of accumulated depreciation** | 5,002 | 10,417 | 384,695 | 51,226 | 191,840 | 34,430 | 677,610 |
| **At 31 December 2010** | | | | | | | |
| Cost | 5,002 | 17,198 | 528,407 | 51,226 | 466,661 | 46,098 | 1,114,592 |
| Accumulated depreciation | – | (6,781) | (143,712) | – | (274,821) | (11,668) | (436,982) |
| **Carrying amount** | 5,002 | 10,417 | 384,695 | 51,226 | 191,840 | 34,430 | 677,610 |
| **At 1 January 2011, net of accumulated depreciation** | 5,002 | 10,417 | 384,695 | 51,226 | 191,840 | 34,430 | 677,610 |
| Additions | – | 553 | 17,821 | 81,787 | 28,878 | 1,207 | 130,246 |
| Depreciation and amortisation provided during the year | – | (1,457) | (32,345) | – | (6,217) | (3,511) | (43,530) |
| Disposals | – | – | – | – | – | (22) | (22) |
| Transfers | 372 | 6,012 | 54,067 | (40,120) | 3,276 | (20,170) | 3,437 |
| Transfer to assets classified as held for sale | – | (132) | (14,901) | – | (322) | (993) | (16,348) |
| Currency realignment | – | 42 | 1,195 | (2) | (4,015) | (167) | (2,947) |
| **At 31 December 2011, net of accumulated depreciation** | 5,374 | 15,435 | 410,532 | 92,891 | 213,440 | 10,774 | 748,446 |
| **At 31 December 2011** | | | | | | | |
| Cost | 5,374 | 23,763 | 600,295 | 92,891 | 498,850 | 27,135 | 1,248,308 |
| Accumulated depreciation | – | (8,328) | (189,763) | – | (285,410) | (16,361) | (499,862) |
| **Carrying amount** | 5,374 | 15,435 | 410,532 | 92,891 | 213,440 | 10,774 | 748,446 |

| | Freehold land US$'000 | Buildings and infrastructure US$'000 | Plant, machinery and shafts US$'000 | Construction in progress US$'000 | Mineral rights and assets US$'000 | Others US$'000 (note) | Total US$'000 |
|---|---|---|---|---|---|---|---|
| **At 1 January 2012, net of accumulated depreciation** | 5,374 | 15,435 | 410,532 | 92,891 | 213,440 | 10,774 | 748,446 |
| Additions | – | 583 | 14,330 | 58,991 | 40,704 | 1,014 | 115,622 |
| Depreciation and amortisation provided during the year | – | (1,564) | (35,023) | – | (4,084) | (2,596) | (43,267) |
| Disposals | – | – | (17) | – | – | (626) | (643) |
| Transfers | – | 2,924 | 3,733 | (12,259) | (34,217) | 40,537 | 718 |
| Currency realignment | – | (104) | (619) | – | – | (3,310) | (4,033) |
| **At 31 December 2012, net of accumulated depreciation** | 5,374 | 17,274 | 392,936 | 139,623 | 215,843 | 45,793 | 816,843 |
| **At 31 December 2012** | | | | | | | |
| Cost | 5,374 | 24,675 | 614,625 | 139,623 | 539,554 | 65,778 | 1,389,629 |
| Accumulated depreciation | – | (7,401) | (221,689) | – | (323,711) | (19,985) | (572,786) |
| **Carrying amount** | 5,374 | 17,274 | 392,936 | 139,623 | 215,843 | 45,793 | 816,843 |
| **At 1 January 2013, net of accumulated depreciation** | 5,374 | 17,274 | 392,936 | 139,623 | 215,843 | 45,793 | 816,843 |
| Additions | – | 182 | 5,624 | 19,207 | 18,217 | 586 | 43,816 |
| Depreciation and amortisation provided during the period | – | (793) | (17,213) | – | (2,069) | (1,326) | (21,401) |
| Disposals | – | (302) | – | – | – | (45) | (347) |
| Transfers | 59 | 1,627 | 15,451 | (13,184) | 6,439 | (11,670) | (1,278) |
| Currency realignment | – | – | – | – | (2,137) | (58) | (2,195) |
| **At 30 June 2013, net of accumulated depreciation** | 5,433 | 17,988 | 396,798 | 145,646 | 236,293 | 33,280 | 835,438 |
| **At 30 June 2013** | | | | | | | |
| Cost | 5,433 | 25,634 | 602,817 | 145,646 | 560,221 | 43,718 | 1,383,469 |
| Accumulated depreciation | – | (7,646) | (206,019) | – | (323,928) | (10,438) | (548,031) |
| **Carrying amount** | 5,433 | 17,988 | 396,798 | 145,646 | 236,293 | 33,280 | 835,438 |

As at 31 December 2010, 31 December 2011, 31 December 2012 and 30 June 2013, the Metorex Group's property, plant and equipment and mineral rights and assets with carrying value of US$490,871,000, US$545,066,000, US$581,409,000 and US$589,136,000, respectively, were pledged to secure borrowings.

*Note:* Included in others are exploration and evaluation assets, decommissioning assets, motor vehicles, furniture and fixtures and computer equipment.

## 16. GOODWILL

| | *US$'000* |
|---|---|
| COST | |
| Balances at 1 July 2009, 31 December 2010 and 31 December 2011 | 1,745 |
| Impairment loss recognised in 2012 | (1,745) |
| Balance at 31 December 2012 and 30 June 2013 | – |

Goodwill acquired in a business combination is allocated at acquisition to the cash-generating units that are expected to benefit from that business combination.

Management impaired the goodwill during the year ended 31 December 2012 due to the change in cash-generating units as the composition of the Metorex Group was significantly different from when the goodwill arose. The majority of these operations were disposed of in 2012 and the previous years and do not form part of the Metorex Group any longer. Therefore the goodwill related to these cash-generating units was impaired.

## 17. OTHER NON-CURRENT ASSETS

| | **As at 31 December** | | | **As at** |
|---|---|---|---|---|
| | **2010** | **2011** | **2012** | **30 June 2013** |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| Unlisted investments, at cost | 2,816 | – | – | – |
| Loan to a DRC state-owned power company *(note a)* | 8,572 | 8,130 | 7,426 | 7,258 |
| Royalty prepayment to non-controlling shareholders of subsidiaries | – | – | 21,745 | 21,558 |
| Rehabilitation trust fund *(note b)* | 964 | 844 | 110 | 93 |
| | 12,352 | 8,974 | 29,281 | 28,909 |

*Notes:*

(a) It represents a loan provided to a DRC state-owned power company for the construction and commissioning of a high-voltage powerline and substation in the DRC. The loan carries interest at London Interbank Offered Rate plus 2% per annum. It is unsecured and recoverable over five years commencing from April 2011.

(b) As at 31 December 2010, 31 December 2011, 31 December 2012 and 30 June 2013, the balance of the rehabilitation trust fund, were US$964,000, US$844,000, US$110,000 and US$93,000, respectively. Payments are made to rehabilitation trusts or investment accounts held by banking institutions with the intention of fully funding these liabilities as required by the governments in respective jurisdictions.

**18. INVENTORIES**

| | As at 31 December 2010 | 2011 | 2012 | As at 30 June 2013 |
|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| Consumable stores | 31,986 | 35,776 | 37,436 | 39,602 |
| Product inventories | 18,159 | 16,894 | 22,617 | 24,618 |
| Others | – | 30 | – | – |
| | 50,145 | 52,700 | 60,053 | 64,220 |

As at 31 December 2010, 31 December 2011, 31 December 2012 and 30 June 2013, certain items of inventory amounting to US$1,800,000, US$5,200,000, nil and nil, respectively, were carried at net realisable value.

As at 31 December 2010, 31 December 2011, 31 December 2012 and 30 June 2013, the Metorex Group's inventories of US$41,419,000, US$44,976,000, US$58,336,000 and US$63,082,000, respectively, were pledged to secure borrowings.

**19. TRADE AND OTHER RECEIVABLES**

| | As at 31 December 2010 | 2011 | 2012 | As at 30 June 2013 |
|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| Trade receivables | 52,002 | 21,097 | 23,379 | 27,522 |
| Other receivables and prepayments | 26,699 | 56,411 | 13,853 | 14,955 |
| Value-added tax recoverable | 2,741 | 2,602 | 13,973 | 10,598 |
| | 81,442 | 80,110 | 51,205 | 53,075 |

The following is an aged analysis of trade receivables at the end of the reporting period presented based on invoice date which is approximate to revenue recognition date.

| | As at 31 December 2010 | 2011 | 2012 | As at 30 June 2013 |
|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| 0 – 30 days | 45,714 | 14,409 | 21,037 | 25,521 |
| 31 – 60 days | 1,557 | 1,305 | 1,104 | 829 |
| 61 – 90 days | 4,731 | 5,383 | 1,238 | 1,172 |
| | 52,002 | 21,097 | 23,379 | 27,522 |

As at 31 December 2010, 31 December 2011, 31 December 2012 and 30 June 2013, the Metorex Group provided customers a credit period ranging from 15 days to 90 days. Before accepting new customers, the Metorex Group uses a credit bureau to perform a credit assessment to assess the potential customers' credit limit and credit quality.

As at 31 December 2010, 31 December 2011, 31 December 2012 and 30 June 2013, the Metorex Group's trade receivables of approximately US$52,000,000, US$14,000,000, US$15,000,000 and US$13,000,000, respectively, were pledged to secure borrowings.

Included in trade and other receivables at 31 December 2010, 31 December 2011, 31 December 2012 and 30 June 2013 was an amount due from ultimate holding company of nil, US$7,201,000 and US$3,172,000 and US$4,665,000 which was of trade nature. The Metorex Group allowed credit period of 30 days.

There were no trade receivables that are past due as at 31 December 2010, 31 December 2011, 31 December 2012 and 30 June 2013.

## 20. PLEDGE OF FINANCIAL ASSETS

The following were the Metorex Group's financial assets that were pledged to banks by discounting those receivables on a fully recourse basis. As the Metorex Group has not transferred the significant risk and rewards relating to these receivables, it continues to recognise the full carrying amount of the receivables and has recognised the cash received on the transfer as a secured borrowing. These financial assets are carried at amortised cost in the Metorex Group's consolidated statement of financial position.

| | Trade receivables discounted to banks with full recourse | | | |
|---|---|---|---|---|
| | As at 31 December | | | As at |
| | 2010 | 2011 | 2012 | 30 June 2013 |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| Carrying amount of transferred assets | 5,173 | 4,971 | 4,963 | 4,964 |
| Carrying amount of associated liabilities | (5,173) | (4,971) | (4,963) | (4,964) |
| | – | – | – | – |

## 21. ASSETS AND LIABILITIES CLASSIFIED AS HELD FOR SALE/DISCONTINUED OPERATIONS

During the 18 months ended 31 December 2010, Consolidated Murchison ("CM") division was classified as assets held for sale and subsequently disposed of during the year ended 31 December 2011. Sable Zinc Kabwe Limited ("Sable") was classified as assets held for sale and disposed of during the year ended 31 December 2011. O'Okiep Copper Company (Proprietary) Limited ("OCC") and Maranda which were classified as discontinued operations during the 18 months ended 31 December 2010, the years ended 31 December 2011 and 31 December 2012, and the 6 months ended 30 June 2013. OCC was disposed of during the year ended 31 December 2012.

The operating results of CM, Sable, OCC and Maranda are detailed below:

| | 18 months ended 31 December | Year ended 31 December | | 6 months ended 30 June | |
|---|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 2012 | 2013 |
| | | | | (unaudited) | |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| Revenue | 105,983 | 46,369 | – | – | – |
| Cost of production and realisation cost | (111,181) | (46,296) | – | – | – |
| Other income, other gains, losses and expenses and finance costs | (436) | 1,281 | – | – | – |
| (Loss) profit before taxation | (5,634) | 1,354 | – | – | – |
| Income tax credit | 2,054 | 167 | – | – | – |
| (Loss) profit for the period/year for assets classified as held for sale | (3,580) | 1,521 | – | – | – |
| Discontinued operations | (3,174) | (854) | (490) | (734) | (9) |
| (Loss) profit for the period/year | (6,754) | 667 | (490) | (734) | (9) |

The assets and liabilities classified as held for sale of CM and Sable are detailed below:

| | As at 31 December | | | As at |
|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 30 June 2013 |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| Inventories | 1,928 | – | – | – |
| Trade and other receivables | 4,297 | – | – | – |
| Bank balances and cash | 32 | – | – | – |
| Total assets classified as held for sale | 6,257 | – | – | – |
| Trade and other payables | 5,579 | – | – | – |
| Provisions | 5,020 | – | – | – |
| Bank overdrafts | 519 | – | – | – |
| Total liabilities associated with assets classified as held for sale | 11,118 | – | – | – |

## 22. DERIVATIVE FINANCIAL INSTRUMENTS

The Metorex Group may enter into forward contracts in order to hedge their exposure to fluctuations in mineral prices and exchange rates on specific transactions. The contracts are matched with anticipated future cash flows from mineral sales.

Commodity derivative contracts utilised by the Metorex Group are mainly standardised copper futures contracts quoted in London Metal Exchange. The fair value of the commodity derivative contracts represents the difference between the quoted market price of commodity derivative contracts at the end of the reporting period and the quoted price at inception of the contracts. The fair value of the foreign currency swap contracts, which are estimated using valuation provided by the counterparty banks, was insignificant.

**Hedge accounting**

The Metorex Group utilises commodity derivative contracts to hedge its exposure to variability in cash flows attributable to price fluctuation risk associated with highly probable forecast sales of copper products. The Metorex Group's foreign currency forward contracts have been designated as highly effective hedging instruments in order to manage the Metorex Group's foreign currency exposure in relation to foreign currency denominated monetary items e.g. payable for local purchases. For the purpose of hedge accounting, these hedging transactions of the Metorex Group are classified as cash flow hedge.

At the inception of above hedging relationships, the Metorex Group formally designates and documents the hedge relationship, risk management objective and strategy for undertaking the hedge. The cash flow hedge mentioned above was assessed to be highly effective.

## 23. TRADE AND OTHER PAYABLES

| | As at 31 December | | | As at |
|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 30 June 2013 |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| Trade payables | 46,440 | 31,142 | 36,561 | 31,583 |
| Other payables and accruals | 15,925 | 42,143 | 26,715 | 30,349 |
| | 62,365 | 73,285 | 63,276 | 61,932 |

The following is aged analysis of trade payables based on the invoice date at the end of the reporting period.

| | As at 31 December | | | As at |
|---|---|---|---|---|
| | **2010** | **2011** | **2012** | **30 June 2013** |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| 0 – 30 days | 27,556 | 27,332 | 21,980 | 21,776 |
| 31 – 60 days | 17,282 | 10 | 8,267 | 9,253 |
| 61 – 90 days | 99 | 2,941 | 2,457 | 44 |
| Over 90 days | 1,503 | 859 | 3,857 | 510 |
| | 46,440 | 31,142 | 36,561 | 31,583 |

As at 31 December 2010, 31 December 2011, 31 December 2012 and 30 June 2013, the credit period on purchases of goods ranged from 30 days to 60 days.

Included in other payables and accruals are accruals for freight charges and export clearing charges, and other general operational related payables.

## 24. BORROWINGS

| | As at 31 December | | | As at |
|---|---|---|---|---|
| | **2010** | **2011** | **2012** | **30 June 2013** |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| Term loans *(note)* | 124,010 | 94,759 | 100,619 | 95,542 |
| Instalment finance and invoice discounting facility | 5,173 | 4,971 | 4,963 | 4,964 |
| | 129,183 | 99,730 | 105,582 | 100,506 |

As at 31 December 2010, 31 December 2011, 31 December 2012 and 30 June 2013, borrowings amounted to US$129,183,000, US$99,730,000, US$73,566,000 and US$51,977,000, respectively, are secured by the assets of the Metorex Group. The remaining nil, nil, US$32,016,000 and US$48,529,000, respectively are borrowed by the subsidiaries of the Metorex and are guaranteed by Metorex.

The Metorex Group's borrowings are repayable as follows:

| | As at 31 December | | | As at |
|---|---|---|---|---|
| | **2010** | **2011** | **2012** | **30 June 2013** |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| Within one year | 52,703 | 50,203 | 70,764 | 84,906 |
| More than one year, but not exceeding two years | 31,001 | 30,527 | 22,818 | 7,200 |
| More than two years, but not exceeding five years | 45,479 | 19,000 | 12,000 | 8,400 |
| | 129,183 | 99,730 | 105,582 | 100,506 |
| Less: Amount due within one year shown under current liabilities | (52,703) | (50,203) | (70,764) | (84,906) |
| Amount due after one year shown as non-current liabilities | 76,480 | 49,527 | 34,818 | 15,600 |

As at 31 December 2010, 31 December 2011, 31 December 2012 and 30 June 2013, all the outstanding borrowings are denominated in US$.

*Note:* As at 31 December 2010, 31 December 2011, 31 December 2012 and 30 June 2013, term loan due to Jinchuan Group Co., Ltd and Jinchuan HK, included above amounted to nil, US$6,597,000, US$3,174,000 and US$10,341,000, respectively. Jinchuan Group Co., Ltd is the ultimate holding company of the Metorex Group as at 31 December 2012 and 30 June 2013. The term loans carried at effective interest rate of 4.68% during the year ended 31 December 2012, and at effective interest rate ranged from 3.25% to 4.68% during the period ended 30 June 2013. The term loans are repayable within one year.

**25. PROVISIONS**

| | As at 31 December | | | As at |
|---|---|---|---|---|
| | **2010** | **2011** | **2012** | **30 June 2013** |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| Long-term provisions | | | | |
| Rehabilitation and environmental provision *(note)* | 21,386 | 21,391 | 19,984 | 20,040 |
| Others | 416 | – | – | – |
| | 21,802 | 21,391 | 19,984 | 20,040 |
| Short-term provisions | | | | |
| Terminal benefits | 256 | 48 | 92 | 74 |
| Rehabilitation and environmental provision *(note)* | 1,045 | 930 | 982 | 982 |
| Leave pay and bonus | 1,074 | 1,105 | 3,754 | 3,921 |
| Others | 1,554 | 144 | – | – |
| | 3,929 | 2,227 | 4,828 | 4,977 |
| | 25,731 | 23,618 | 24,812 | 25,017 |

| | 18 Months ended 31 December | Year ended 31 December | | As at |
|---|---|---|---|---|
| | **2010** | **2011** | **2012** | **30 June 2013** |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| At beginning of the period/year | 32,510 | 25,731 | 23,618 | 24,812 |
| Transfer from assets classified as held for sale | 712 | – | – | – |
| Utilised during the period/year | (7,941) | (1,875) | (852) | (2,040) |
| Released during the period/year | (1,272) | (203) | (136) | (116) |
| Provided during the period/year | 6,612 | 940 | 5,785 | 2,721 |
| Disposal of a subsidiary | – | – | (3,334) | – |
| Currency realignment | (4,890) | (975) | (269) | (360) |
| At end of the period/year | 25,731 | 23,618 | 24,812 | 25,017 |

*Note:* The Metorex Group is exposed to environmental liabilities relating to its mining operations. Estimates of the cost of environmental and other remedial work such as reclamation costs, close-down and restoration and pollution control are made on an annual basis, based on the estimated life of the mines.

Rehabilitation and environmental provisions classified as short-term represent the amount estimated to be settled within one year as at the end of the reporting period.

## 26. DEFERRED TAX

For the purpose of presentation in the consolidated statement of financial position, certain deferred tax assets and liabilities have been offset. The following is the analysis of the deferred tax balances for financial reporting purposes:

| | As at 31 December | | | As at |
|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 30 June 2013 |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| Deferred tax assets | (66,468) | (37,736) | (17,682) | (21,547) |
| Deferred tax liabilities | 153,392 | 160,856 | 157,619 | 183,559 |
| | 86,924 | 123,120 | 139,937 | 162,012 |

| | As at 31 December | | | As at |
|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 30 June 2013 |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| **Deferred tax liabilities** | | | | |
| *Recognised directly in profit or loss:* | | | | |
| Property, plant and equipment and mineral rights and other assets | 136,415 | 146,979 | 150,825 | 148,771 |
| Leave pay provision | (387) | (160) | (204) | (256) |
| Other provisions | (3,251) | (3,298) | (1,034) | (3,960) |
| Foreign exchange | (682) | (10,937) | (4,851) | 34,545 |
| Assessable tax losses | (62,148) | (23,341) | (11,593) | (17,331) |
| Other | 15,037 | 11,712 | 6,794 | 243 |
| *Recognised directly in other comprehensive income:* | | | | |
| Other | 1,940 | 2,165 | – | – |
| Net deferred tax liabilities | 86,924 | 123,120 | 139,937 | 162,012 |
| **Reconciliation of deferred tax liabilities** | | | | |
| Net deferred tax liabilities at the beginning of the period/year | 71,106 | 86,924 | 123,120 | 139,937 |
| Deferred tax charge for the period/year | 18,609 | 35,324 | 18,349 | 2,632 |
| Deferred tax charge for the period – other comprehensive income | – | – | 3,758 | 19,549 |
| Currency realignment | (1,539) | (895) | (2,255) | (748) |
| Disposals of subsidiaries | (3,193) | (4,626) | – | – |
| Deferred tax raised (released) on additional mineral rights and other assets | 1,941 | 6,393 | (3,035) | 642 |
| Net deferred tax liabilities at the end of the period | 86,924 | 123,120 | 139,937 | 162,012 |
| **Deferred tax asset not recognised** | | | | |
| Property, plant and equipment and mineral rights and other assets | 27,835 | 21,637 | 26,690 | 20,804 |
| Assessable losses | 1,069 | 1,087 | 71 | 1,538 |
| | 28,904 | 22,724 | 26,761 | 22,342 |
| The following table shows the movement in the unrecognised deferred tax asset for the period: | | | | |
| Opening balance | 30,883 | 28,904 | 22,724 | 26,761 |
| Net unrecognised deferred tax asset during the current year/period | (1,979) | (6,180) | 4,037 | (4,419) |
| Closing balance | 28,904 | 22,724 | 26,761 | 22,342 |

As at 31 December 2010, 31 December 2011, 31 December 2012 and 30 June 2013, the Metorex Group has deductible temporary differences in respect of property, plant and equipment and mineral rights and other assets and tax losses of approximately US$28,904,000, US$23,724,000, US$26,761,000 and US$22,342,000, respectively. No deferred tax asset has been recognised in relation to such deductible temporary difference as it is not probable that taxable profit will be available against which the deductible temporary differences can be utilised.

## 27. SHARE CAPITAL AND SHARE PREMIUM

| | As at 31 December | | | As at 30 June | As at 31 December | | | As at 30 June |
|---|---|---|---|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 2013 | 2010 | 2011 | 2012 | 2013 |
| | *Number of ordinary shares of ZAR0.1 each* | | | | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| SHARE CAPITAL | | | | | | | | |
| Authorised: | | | | | | | | |
| Balances at the beginning of the period/year | 1,500,000,000 | 1,500,000,000 | 1,500,000,000 | – | 22,729 | 22,729 | 22,729 | – |
| Converted to stated capital | – | – | (1,500,000,000) | – | – | – | (22,729) | – |
| Balances at the end of the period/year | 1,500,000,000 | 1,500,000,000 | – | – | 22,729 | 22,729 | – | – |
| Issued and fully paid: | | | | | | | | |
| Balances at the beginning of the period/year | 742,538,403 | 1,002,263,403 | 1,004,263,403 | – | 11,252 | 15,161 | 15,217 | – |
| Issue of shares | 259,725,000 | 2,000,000 | – | – | 3,935 | 56 | – | – |
| Converted to stated capital | – | – | (1,004,263,403) | – | – | – | (15,217) | – |
| Balances at the end of the period/year | 1,002,263,403 | 1,004,263,403 | – | – | 15,187 | 15,217 | – | – |
| Treasury shares | | | | | (26) | – | – | – |
| | | | | | 15,161 | 15,217 | – | – |
| SHARE PREMIUM | | | | | | | | |
| Balance at the beginning of the period/year | | | | | 451,418 | 581,985 | 582,549 | – |
| Issue of shares, net of costs | | | | | 130,567 | 564 | – | – |
| Transfers | | | | | – | – | (582,549) | – |
| Balance at the end of the period/year | | | | | 581,985 | 582,549 | – | – |

## 28. STATED CAPITAL

During the year ended 31 December 2012, Metorex was delisted from the Johannesburg Stock Exchange and converted into a private company. A new memorandum of incorporation was lodged and the share capital and share premium was converted to stated capital.

## 29. FINANCIAL INSTRUMENTS

**Capital risk management**

The Metorex Group manages its capital to ensure that it will be able to continue as a going concern with the ultimate objective of maximising the return to stakeholders through the optimisation of the debt and equity balance. The Metorex Group is in a growth phase and strategically aims at rightsizing the scope of new projects to its financial means through a risk-based approach.

The capital structure of the Metorex Group consists of debt, which includes borrowings, cash and cash equivalents and equity, comprising share capital, stated capital, share premium, reserves, and accumulated profits as disclosed in the consolidated statements of changes in equity.

The management regularly reviews the capital structure of the Metorex Group.

**Credit risk**

Credit risk refers to the risk that counterparty will default on its contractual obligations resulting in financial loss to the Metorex Group. The Metorex Group has adopted a policy of only dealing with creditworthy counterparties and obtaining sufficient collateral, where appropriate, as means of mitigating the risk.

The Metorex Group's credit risk is primarily attributable to its trade receivables. The amounts presented in the consolidated statements of financial position are net of allowances for doubtful receivables, estimated by the management based on the current economic environment.

The Metorex Group's copper and cobalt sales are allocated between four customers, all of whom have a good track record with respect to settling invoices within the agreed terms.

The credit risk on liquid funds is limited because the counterparties are recognised banking institutions with high credit ratings.

The Metorex Group does not have any significant credit risk exposure to any single counterparty or any group of counterparties having similar characteristics. The Metorex Group defines counterparties as having similar characteristics if they are related entities.

**Currency and commodity price risk**

The Metorex Group may enter into forward contracts in order to hedge their exposure to fluctuations in mineral prices and exchange rates on specific transactions. The contracts are matched with anticipated future cash flows from mineral sales.

Metorex Group has foreign currency denominated monetary assets and liabilities at the end of the reporting period. No sensitivity analysis on foreign currency exposure is presented as the effect is not material.

**Interest rate and liquidity risk**

Fluctuations in interest rates impact the value of short-term investment and financing activities, giving rise to interest rate risk.

In the ordinary course of business, the Metorex Group receives cash proceeds from its operations and is required to fund working capital and capital expenditure requirements. The cash is managed to ensure that surplus funds are invested to maximise returns whilst ensuring that capital is safeguarded to the maximum extent by only investing with reputable financial institutions.

Contractual arrangements for committed borrowing facilities are maintained with several banking counterparties to meet the Metorex Group's normal and contingency funding.

**Interest rate risk**

The Metorex Group is exposed to interest rate risk as entities within the Metorex Group borrow funds at both fixed and floating interest rates.

*Interest rate sensitivity analysis*

The sensitivity analysis has been determined based on the exposure to interest rates at the end of the reporting period. The effect of the interest rate exposure of the Metorex Group on the consolidated statements of profit or loss and other comprehensive income is not material.

**Liquidity risk**

Ultimate responsibility for liquidity risk management rests with Metorex's board of directors, which has built an appropriate 12-month rolling monthly cash flow forecast model for the management's short-term funding and liquidity requirements linked to a commodity price sensitivity matrix. The Metorex Group manages liquidity risk by seeking to generate adequate reserves, banking facilities and reserve borrowings facilities, by continually monitoring forecast and actual cash flows and matching maturity profiles of financial assets and liabilities.

The Metorex Group has access to financing facilities. The Metorex Group expects to meet its financial obligations from operating cash flows and proceeds from maturing financial assets.

The following table indicates the Metorex Group's remaining contractual maturity from its non-derivative financial liabilities:

| | Weighted average interest rate | Less than 12 months | 1-5 years | Total |
|---|---|---|---|---|
| | *%* | *US$'000* | *US$'000* | *US$'000* |
| **As at 31 December 2010** | | | | |
| Trade payables | – | 46,440 | – | 46,440 |
| Short-term borrowings | 3.1 | 52,703 | – | 52,703 |
| Long-term borrowings | 2.7 | – | 76,480 | 76,480 |
| **As at 31 December 2011** | | | | |
| Trade payables | – | 31,142 | – | 31,142 |
| Short-term borrowings | 2.9 | 50,203 | – | 50,203 |
| Long-term borrowings | 2.6 | – | 49,527 | 49,527 |
| **As at 31 December 2012** | | | | |
| Trade payables | – | 36,561 | – | 36,561 |
| Short-term borrowings | 3.2 | 70,764 | – | 70,764 |
| Long-term borrowings | 3.8 | – | 34,818 | 34,818 |
| **As at 30 June 2013** | | | | |
| Trade payables | – | 31,583 | – | 31,583 |
| Short-term borrowings | 2.9 | 84,906 | – | 84,906 |
| Long-term borrowings | 4.5 | – | 15,600 | 15,600 |

**Fair value measurements of financial instruments**

The fair value of financial assets and financial liabilities other than derivative financial instruments is determined in accordance with generally accepted pricing models based on discounted cash flow analysis.

The fair values of derivative financial instruments are measured at fair value by reference to the valuation provided by counterparty financial institutions for these instruments.

The directors of the Metorex Company consider that the carrying amounts of financial assets and financial liabilities recognised at amortised cost in the Financial Information approximate to their far values.

The following table provides an analysis of financial instruments that are measured subsequent to initial recognition at fair value, grouped into Levels 1 to 3 based on the degree to which the fair value is observable.

- Level 1 fair value measurements are those derived from quoted prices (unadjusted) in active market for identical assets or liabilities.
- Level 2 fair value measurements are those derived from inputs other than quoted prices included within Level 1 that are observable for the asset or liability, either directly (i.e. as prices) or indirectly (i.e. derived from prices).
- Level 3 fair value measurements are those derived from valuation techniques that include inputs for the asset or liability that are not based on observable market data (unobservable inputs).

There were no transfers between Levels 1, 2 and 3 during the Relevant Periods.

The fair value of commodity derivative contracts as at 31 December 2010, 31 December 2011, 31 December 2012 and 30 June 2013 are liability of US$53,805,000, asset of US$3,376,000, liability of US$331,000 and asset of US$862,000, respectively, determined by those derived by the forward rate (from observable forward rates in active market at the end of the reporting period)

The valuation of all commodity derivative contracts are classified in level 1 of the fair value hierarchy with the fair value derived from quoted price (unadjusted) in active market for identifiable assets or liabilities.

The fair value of foreign currency forward contracts as at 31 December 2010, 31 December 2011, 31 December 2012 and 30 June 2013 are liability of US$3,403,000, nil, asset of US$ 34,000 and liability of US$246,000, respectively, determined by discounted cash flow that future cash flow are estimated based on forward exchange rates (from observable forward exchange rates at the end of the reporting period) and forward contracted forward rates, discounted at a rate that reflects the credit risk of various counterparties.

The valuation of all foreign currency forward contracts are classified in level 2 of the fair value hierarchy with the fair value derived from inputs other than quoted prices that are observable for the asset or liability,either directly (i.e. as prices) or indirectly (i.e. derived from prices).

Except as detailed above, the directors of the Company consider that the carrying amounts of financial assets and financial liabilities recorded at amortised cost approximate to their fair values.

Commodity derivative contracts and foreign currency forward contracts are measured at fair value subsequent to initial recognition and grouped into Level 1 and Level 2, respectively.

## 30. LEASE COMMITMENTS

At the end of the reporting period, the Metorex Group was committed to make the following future minimum lease payments under non-cancellable operating leases which fall due as follows:

| | As at 31 December | | | As at |
|---|---|---|---|---|
| | **2010** | **2011** | **2012** | **30 June 2013** |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| Within one year | 686 | 313 | 2,465 | 2,451 |
| In the second to fifth years inclusive | 2,357 | 1,597 | 2,230 | 2,224 |
| | 3,043 | 1,910 | 4,695 | 4,675 |

Operating lease payments represent rental payable by the Metorex Group for certain of its equipment, premises and vehicles. Lease is negotiated and rental is fixed originally for a lease term ranging from one to five years.

## 31. COMMITMENTS

| | As at 31 December | | | As at |
|---|---|---|---|---|
| | **2010** | **2011** | **2012** | **30 June 2013** |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| Capital expenditure in respect of property, plant and equipment and mineral rights and assets | | | | |
| – authorised but not contracted for | 44,936 | 18,249 | 9,005 | 221,882 |
| – contracted for but not provided | 2,659 | 1,800 | 5,540 | 38,691 |
| | 47,595 | 20,049 | 14,545 | 260,573 |

Capital commitments mainly relate to projects at Ruashi and Kinsenda. The Kinsenda Project will be funded by a combination of the utilisation of the US$80,000,000 Chinese Development Bank facility as well as a project finance facility and the possibility of a capital raising.

## 32. SHARE-BASE PAYMENTS

The Metorex Group had a share incentive scheme for eligible employees of the Metorex Group. Options were offered at a price equal to the average quoted market price of Metorex's shares on the trading day preceding the offer date. The vesting period was between one and five years and exercise was subject to the approval from Metorex's board of directors. Options lapsed if not exercised within 10 years of the option date. Options were forfeited if the employee leaves the Metorex Group on account of resignation or dismissal.

Details of the share options outstanding during the period/year are:

| | As at 31 December | | | | | | As at 30 June | |
|---|---|---|---|---|---|---|---|---|
| | 2010 | | 2011 | | 2012 | | 2013 | |
| | Number of share options | Weighted average exercise price *ZAR* | Number of share options | Weighted average exercise price *ZAR* | Number of share options | Weighted average exercise price *ZAR* | Number of share options | Weighted average exercise price *ZAR* |
| Outstanding at the beginning of the period/year | 33,909,750 | 3.22 | 33,871,100 | 2.82 | 28,996,850 | 3.04 | – | – |
| Granted during the period/year | 11,342,000 | 4.07 | – | – | – | – | – | – |
| Options amended, cancelled, lapsed | (4,622,250) | 6.44 | (2,524,150) | 1.45 | – | – | – | – |
| Exercised during the period/year | (6,758,400) | 4.17 | (2,350,100) | 1.68 | – | – | – | – |
| Settled during the period/year | – | – | – | – | (28,996,850) | N/A | – | N/A |
| Outstanding at the end of the period/year | 33,871,100 | 2.82 | 28,996,850 | 3.04 | – | – | – | – |
| Exercisable at the end of the period/year | 7,776,050 | | 11,909,550 | | – | | – | |

During the Relevant Periods, the weighted average share price at the date of exercise for share options was exercised ZAR3.92, ZAR6.99, nil and nil, respectively.

Options were exercisable between one and nine years.

All share options were settled when the Jinchuan acquisition transaction became effective in January 2012 and the company de-listed from the Johannesburg Stock Exchange.

The fair values were calculated using the American binomial option-pricing model. The inputs into the model were as follows:

| | As at 31 December | | | As at |
|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 30 June 2013 |
| Weighted average share price | ZAR2.79 | ZAR3.01 | – | – |
| Weighted average exercise price | ZAR2.82 | ZAR3.04 | – | – |
| Expected volatility | 41%-64% | 41%-64% | N/A | N/A |
| Expected life | 2-5 years | 2-5 years | N/A | N/A |
| Risk-free rate | 8.2%-8.9% | 8.2%-8.9% | N/A | N/A |
| Expected dividend yield | 2.5%-4.6% | 2.5%-4.6% | N/A | N/A |

Excepted volatility was determined by calculating the historical volatility of Metorex's share price over the previous eight years. The expected life used in the model has been adjusted, based on the management's best estimate, for the effects of non-transferability, exercise restrictions and behaviour considerations.

The Metorex Group recognised total expenses of US$3 million, US$3 million, nil, nil and nil for the 18 months ended 31 December 2010, the years ended 31 December 2011 and 31 December 2012 and the 6 months ended 30 June 2012 and 30 June 2013 related to equity-settled share-based payment transactions, respectively.

## 33. RETIREMENT BENEFIT INFORMATION

Contributions are made by the South African companies to independent pension and provident funds which are defined contribution retirement benefit plans governed by the Pension Funds Act, 1956. All eligible employees are required to become members of these schemes.

DRC employees contribute to the DRC National Social Security Fund in accordance with applicable labour laws. All eligible Zambian employees are required to join and contribute to an external pension fund, African Life. Both funds are defined contribution retirement benefits plan.

The assets of the schemes are held separately from those of the Metorex Group in funds under the control of the trustees. The amounts incurred for retirement benefit scheme contributions are disclosed in note 11. According to the respective schemes, those contributions are not refundable nor forfeitable.

## 34. DISPOSAL OF SUBSIDIARIES

*For the 18 months ended 31 December 2010*

During the 18 months ended 31 December 2010, the Metorex Group disposed of its interest in Vergenoeg Mining Company (Proprietary) Limited ("VMC") and Pan African Resources plc ("PAR"). Details are as follows:

On 1 July 2009, the Metorex Group disposed of its interests in PAR.

On 26 December 2009, the Metorex Group disposed of its entire interest in VMC.

| | **PAR** | **VMC** | **Total** |
|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* |
| Book value of net assets sold | | | |
| Current assets | | | |
| Cash and cash equivalents | 4,584 | 1,971 | 6,555 |
| Trade and other receivables | 2,783 | 5,123 | 7,906 |
| Inventories | 687 | 10,878 | 11,565 |
| Non-current assets | | | |
| Property, plant and equipment and mineral rights and assets | 111,647 | 19,109 | 130,756 |
| Goodwill | 33,577 | – | 33,577 |
| Current liabilities | | | |
| Trade and other payables | 8,454 | 2,925 | 11,379 |
| Provisions | 29,307 | 3,346 | 32,653 |
| Non-current liabilities | | | |
| Borrowings | – | 1,131 | 1,131 |
| Deferred tax liabilities | 922 | 2,271 | 3,193 |
| Net assets disposed of | 114,595 | 27,408 | 142,003 |
| Non-controlling interests | 58,091 | 7,337 | 65,428 |
| Proceeds | | | |
| Proceeds received in cash and cash equivalents | 56,504 | 85,332 | 141,836 |
| Gain on disposal | – | 65,261 | 65,261 |

*For the year ended 31 December 2011*

During the year ended 31 December 2011, the Metorex Group disposed of its interest in Sable and CM. The Metorex Group also disposed of its investment in Cuprachem.

Effective from 28 February 2011, the Metorex Group disposed of its interest in CM, which was disclosed as assets classified as held for sale at 31 December 2010.

Effective from 30 September 2011, the Metorex Group disposed of its entire interest in Sable.

| | **Cuprachem** | **CM** | **Sable** | **Total** |
|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| Book value of net assets (liabilities) sold | | | | |
| Current assets | | | | |
| Cash and cash equivalents | – | 2 | 3,123 | 3,125 |
| Trade and other receivables | – | 2,747 | 6,795 | 9,542 |
| Inventories | – | 2,076 | 6,090 | 8,166 |
| Non-current assets | | | | |
| Property, plant, equipment and mineral rights and assets | – | – | 14,443 | 14,443 |
| Investment | 2,423 | – | 106 | 2,529 |
| Current liabilities | | | | |
| Trade and other payables | – | 4,717 | 9,819 | 14,536 |
| Bank overdraft | – | 1,291 | – | 1,291 |
| Non-current liabilities | | | | |
| Borrowings | – | – | 4,409 | 4,409 |
| Deferred tax liabilities | – | – | 4,626 | 4,626 |
| Provisions | – | 6,011 | 652 | 6,663 |
| Net assets (liabilities) disposed of | 2,423 | (7,194) | 11,051 | 6,280 |
| Proceeds | | | | |
| Proceeds received (paid) in cash and cash equivalents | 1,000 | (8,523) | 23,457 | 15,934 |
| (Loss) gain on disposal | (1,423) | (1,329) | 12,406 | 9,654 |

*For the year ended 31 December 2012*

In December 2012, the Metorex Group disposed of the entire interests in OCC for a consideration of ZAR10 (equivalent to US$1).

| | *US$'000* |
|---|---|
| Book value of net liabilities sold | |
| Current assets | |
| Cash and cash equivalents | 26 |
| Trade and other receivables | 35 |
| Non-current assets | |
| Property, plant, equipment | 2,253 |
| Current liabilities | |
| Trade and other payables | 36 |
| Non-current liabilities | |
| Provisions | 2,607 |
| Net liabilities disposed of | (329) |
| Proceeds | |
| Proceeds paid in cash and cash equivalents | – |
| Gain on disposal | 329 |

*For the period ended 30 June 2013*

During the period ended 30 June 2013, the Metorex Group made no disposals. During the period, Abbey was deregistered and liquidated and Metorex Commercial Services was deregistered. Both these companies were dormant with limited transactions.

## 35. RELATED PARTY TRANSACTIONS

### (a) Transaction with related parties

Apart from details of the balances with related companies disclosed in the respective notes, the Metorex Group entered into the following transactions with related parties during the Relevant Periods:

| | **18 months ended 31 December** | **Year ended 31 December** | | **6 months ended** | |
|---|---|---|---|---|---|
| | **2010** | **2011** | **2012** | **30 June 2012** | **30 June 2013** |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* (unaudited) | *US$'000* |
| Sales of goods to ultimate holding company | – | – | 52,785 | 28,366 | 24,600 |
| Interest expenses on term loan due to ultimate holding company | – | – | 208 | – | 59 |

### (b) Compensation of key management personnel

Details of the remuneration of key management personnel, who are the five highest paid individuals, during the Relevant Periods, are set out in note 12.

## B. EVENTS AFTER THE END OF REPORTING PERIOD

The Metorex Group has entered into a financing facility of US$80,000,000 with the China Development Bank Corporation subsequent to 30 June 2013. In addition, the Metorex Group is in the process of renegotiating all facilities with Standard Bank as at the date of this circular.

## C. SUBSEQUENT FINANCIAL STATEMENTS

No audited financial statements have been prepared by the Metorex Group, Metorex or its subsidiaries in respect of any period subsequent to 30 June 2013.

**Deloitte & Touche**
*Registered Auditors*
Per Ian Marshall
Partner
Johannesburg
South Africa

30 August 2013

## 2. MANAGEMENT DISCUSSION AND ANALYSIS OF THE METOREX GROUP

Metorex is headquartered in South Africa and has control over two mining projects in Africa which are in operation and are profit generating: (i) Ruashi Mine, a copper and cobalt mine located in the DRC; and (ii) Chibuluma South Mine, a copper mine located in Zambia. In addition, Metorex also has control over the Kinsenda Project, a brownfields project under construction and located in the DRC which is held by Kinsenda Sarl, and two advanced stage Exploration Projects located in the DRC, namely (i) Lubembe Project; and (ii) Musonoi Est Project. The shares of Metorex were listed on the Johannesburg Stock Exchange until 16 January 2012 when the entire issued share capital of Metorex was acquired by the Target Company (through Newshelf), which is an indirect wholly-owned subsidiary of Jinchuan Group, by way a public takeover and as a result Metorex was privatised and delisted from the Johannesburg Stock Exchange.

*Consolidated Statements of Profit or Loss and Other Comprehensive Income*

| | For the 18 months ended 31 December 2010 | For the year ended 31 December 2011 | For the year ended 31 December 2012 | For the six months ended 30 June 2012 | 2013 |
|---|---|---|---|---|---|
| | *(US$'000)* | *(US$'000)* | *(US$'000)* | *(US$'000)* *(unaudited)* | *(US$'000)* |
| CONTINUING OPERATIONS | | | | | |
| Revenue | 561,404 | 507,315 | 408,051 | 201,287 | 203,085 |
| Realisation costs | (78,704) | (64,937) | (54,527) | (28,406) | (24,547) |
| Cost of production | (313,362) | (245,292) | (255,818) | (105,072) | (140,851) |
| Mining profit | **169,338** | **197,086** | **97,706** | **67,809** | **37,687** |
| Interest income | 3,158 | 1,132 | 822 | 712 | 231 |
| Other income and expenses | 31,431 | (40,519) | (22,792) | (12,241) | (10,878) |
| Amortisation of deferred hedge premium | (11,888) | (11,888) | – | – | – |
| Held-for-sale assets, net of tax | (3,580) | 1,521 | – | – | – |
| Finance costs | (16,393) | (6,393) | (5,852) | (3,232) | (2,245) |
| Profit before taxation | **172,066** | **140,939** | **69,884** | **53,048** | **24,795** |
| Impairment – Zambian Taxation | – | (9,898) | – | – | – |
| Income tax expense | (38,618) | (60,729) | (41,372) | (20,706) | (12,033) |
| Profit for the period/year from continuing operations | **133,448** | **70,312** | **28,512** | **32,342** | **12,762** |
| DISCONTINUED OPERATIONS | | | | | |
| Discontinued operations – other expenditure | (3,174) | (854) | (490) | (734) | (9) |
| Loss for the period/year from discontinued operations | (3,174) | (854) | (490) | (734) | (9) |
| Profit for the period/year | **130,274** | **69,458** | **28,022** | **31,608** | **12,753** |
| Other comprehensive (expense) income: | | | | | |
| Items that may be classified subsequently to profit or loss: | | | | | |
| Exchange differences on translation | (126,408) | 15,720 | (5,007) | 1,110 | (19,996) |
| Fair value change on cash flow hedges, net of income tax | (12,021) | 35,018 | (4,027) | (3,773) | (83) |
| Other comprehensive (expense) income for the period/year | (138,429) | 50,738 | (9,034) | (2,663) | (20,079) |
| Total comprehensive (expense) income for the period/year | **(8,155)** | **120,196** | **18,988** | **28,945** | **(7,326)** |
| Profit (loss) for the period/year attributable to owners of Metorex | | | | | |
| – from continuing operations | 116,752 | 51,304 | 23,152 | 25,793 | 7,636 |
| – from discontinued operations | (3,948) | (854) | (490) | (734) | (9) |
| Profit for the period/year attributable to owners of Metorex | 112,804 | 50,450 | 22,662 | 25,059 | 7,627 |
| Profit for the period/year attributable to non-controlling interests | | | | | |
| – from continuing operations | 16,696 | 19,008 | 5,360 | 6,549 | 5,126 |
| – from discontinued operations | 774 | – | – | – | – |
| Profit for the period/year attributable to non-controlling interests | 17,470 | 19,008 | 5,360 | 6,549 | 5,126 |
| | 130,274 | 69,458 | 28,022 | 31,608 | 12,753 |
| Total comprehensive (expense) income attributable to: | | | | | |
| Owners of Metorex | (21,500) | 99,951 | 3,871 | 15,776 | (12,411) |
| Non-controlling interests | 13,345 | 20,245 | 15,117 | 13,169 | 5,085 |
| | **(8,155)** | **120,196** | **18,988** | **28,945** | **(7,326)** |

**(a) Six months ended 30 June 2012 compared to six months ended 30 June 2013**

***Selected items of the statements of profit or loss and other comprehensive income***

***Revenue for continuing operations***

| | For the six months ended 30 June 2012 *(unaudited)* | For the six months ended 30 June 2013 |
|---|---|---|
| **Volume of copper sold** *(t)* | **21,247** | **24,320** |
| – Ruashi Mining | 12,661 | 16,056 |
| – Chibuluma plc | 8,586 | 8,264 |
| **Volume of cobalt sold** *(t)* | | |
| – Ruashi Mining | **1,616** | **1,421** |
| **Revenue from sales of copper** *(US$'000)* | **171,346** | **178,485** |
| – Ruashi Mining | 101,677 | 118,072 |
| – Chibuluma plc | 69,669 | 60,413 |
| **Revenue from sales of cobalt** *(US$'000)* | | |
| – Ruashi Mining | **29,941** | **24,600** |
| **Total Revenue** *(US$'000)* | **201,287** | **203,085** |
| **Average price received per tonne sold** *(US$/t)* | | |
| – Copper | 8,064 | 7,339 |
| – Cobalt | 18,528 | 17,312 |

The total revenue of the Metorex Group is generally determined by reference to LME copper prices and cobalt prices quoted on the Metal Bulletin as well as volumes sold. The total revenue for the six months ended 30 June 2013 increased marginally by 0.9% to US$203.1 million from US$201.3 million for the six months ended 30 June 2012. The total revenue remained steady because the increase of 14.5% in the volume of copper sold was offset by the decrease of 12.1% in the volume of cobalt sold and the decrease in the average price received per tonne of copper and cobalt sold. The decrease in the average price received per tonne of copper and cobalt sold was due to the decreasing trend of the copper and cobalt commodity prices over the period. Selling prices for copper and cobalt for all of the offtake agreements entered into by the Metorex Group are referenced to movements in the general commodity prices.

The Metorex Group countered the downward pressure on the copper and cobalt prices by increasing the volume of copper produced and hence sold for the six months ended 30 June 2013, which was brought about by the utilisation of leased diesel powered generators since February 2013. The utilisation of these generators were able to supplement the unsteady power supplied by SNEL and therefore increasing the efficiency and utilisation of the mining equipment, which increased the overall copper output volume of the Ruashi Mine.

***Realisation costs of continuing operations***

| | For the six months ended 30 June 2012 *(unaudited)* | For the six months ended 30 June 2013 |
|---|---|---|
| **Total realisation costs** *(US$'000)* | **28,406** | **24,547** |
| – Copper | 18,208 | 16,525 |
| – Cobalt | 10,198 | 8,022 |
| Realisation costs per tonne of copper sold *(US$/t)* | 857 | 679 |
| Realisation costs per tonne of cobalt sold *(US$/t)* | 6,311 | 5,645 |

Realisation costs represent the off-mine costs incurred by the Metorex Group when it sells its copper and cobalt. The realisation costs are primarily comprised of transportation expenses, ocean freight expenses, custom clearing expenses, and treatment charges and refining charges for the operations of Chibuluma mines.

The total realisation costs of the Metorex Group for the six months ended 30 June 2013 decreased by 13.7% to US$24.5 million from US$28.4 million for the six months ended 30 June 2012. The decrease was primarily due to a one-off adjustment on prepaid royalties made for the six months ended 30 June 2012 which resulted in an additional charge of US$3.8 million and no similar adjustment was made for the six months ended 30 June 2013.

***Cost of production of continuing operations***

| | For the six months ended 30 June 2012 *US$'000* *(unaudited)* | For the six months ended 30 June 2013 *US$'000* |
|---|---|---|
| Mining costs | 11,610 | 18,557 |
| Salaries and wages | 20,965 | 31,249 |
| Processing fee | 29,220 | 44,422 |
| Engineering and technical costs | 12,676 | 12,494 |
| Safety, health, environment and community costs | 1,331 | 1,602 |
| Other on-site mining cost (which includes fuel cost, consumables and other costs) | 8,069 | 11,126 |
| Depreciation and amortisation of property, plant and equipment and mineral rights and assets | 21,201 | 21,401 |
| | 105,072 | 140,851 |

Cost of production represents the on-mine costs associated with the production of copper and cobalt sold by the Metorex Group. Because of the nature of mining operations, a portion of the cost of production of the Metorex Group comprises costs which are not completely associated with production volume such as salaries and wages, other on-site mining costs, and depreciation and amortisation costs. As Ruashi Mining produces both copper and cobalt from the same orebody at the Ruashi Mine, and the production of these two metals undergo certain common production and processing processes, the cost of production incurred for the production of copper and cobalt is not clearly distinguishable and cannot be meaningfully allocated. Accordingly, it is not possible to determine a per unit cost of production for copper and cobalt sold respectively. For illustration purpose, the cost of production per tonne of copper sold (net of the cobalt revenue credits) for the six months ended 30 June 2013 was US$4,909 per tonne of copper sold, and for the six months ended 30 June 2012 was US$3,875 per tonne of copper sold.

Cost of production of the Metorex Group for the six months ended 30 June 2013 increased by 34.1% to US$140.9 million from US$105.1 million for the six months ended 30 June 2012. The increase in the overall cost of production was primarily due to the increase in mining costs as a result of the increase in the volume of the copper produced and sold by Ruashi Mining, general inflationary increase in staff's salaries and wages, payments of retention benefits to certain management personnel in relation to Jinchuan Group's acquisition of Metorex, payments of retrenchment benefits to certain other personnel, increase in processing fee because of the increase in the throughput volume to the processing plant, conditions of certain ground area at the Ruashi Mine which temporarily required more acid consumption to leach the copper and cobalt ores, and increase in other on-site mining cost as the utilisation of leased power generators had increased the fuel cost for the six months ended 30 June 2013, as compared with those for the six months ended 30 June 2012.

***Mining profit of continuing operations***

As a result of the changes in the items described above, the mining profit of the Metorex Group decreased by 44.4% to US$37.7 million for the six months ended 30 June 2013 from US$67.8 million for the six months ended 30 June 2012.

***Other income and expenses for continuing operations***

Other expenses of the Metorex Group for the six months ended 30 June 2013 decreased by 10.7% to US$10.9 million from US$12.2 million for the six months ended 30 June 2012. This was primarily due to the decrease in the amount of royalties by 12.9% to US$10.1 million for the six months ended 30 June 2013 from US$11.6 million for the six months ended 30 June 2012, which was due to a one-off adjustment on prepaid royalties made for the six months ended 30 June 2012 which resulted in an additional charge of US$2.3 million, and no similar adjustment was made for the six months ended 30 June 2013.

***Finance costs of continuing operations***

The finance costs of the Metorex Group for the six months ended 30 June 2013 decreased by 31.3% to US$2.2 million from US$3.2 million for the six months ended 30 June 2012, partly due to the refinancing of certain borrowings with lower interest rates.

***Profit before taxation of continuing operations***

As a result of the changes in the items described above, the Metorex Group's profit before taxation decreased by 53.2% to US$24.8 million for the six months ended 30 June 2013 from US$53.0 million for the six months ended 30 June 2012.

***Income tax expense of continuing operations***

Income tax expense of the Metorex Group for the six months ended 30 June 2013 decreased by 42.0% to US$12.0 million from US$20.7 million for the six months ended 30 June 2012. The decrease was primarily resulted from the decrease in the profit before taxation for the six months ended 30 June 2013 as compared with that for the six months ended 30 June 2012.

***Profit for the year of continuing operations***

As a result of the above, the profit for the year of the Metorex Group decreased by 60.4% to US$12.8 million for the six months ended 30 June 2013 from US$32.3 million for the six months ended 30 June 2012.

**(b) Year ended 31 December 2012 compared to the year ended 31 December 2011**

***Selected items of the statements of profit or loss and other comprehensive income***

***Revenue for continuing operations***

| | **For the year ended 31 December 2011** | **For the year ended 31 December 2012** |
|---|---|---|
| **Volume of copper sold** *(t)* | **52,161** | **44,730** |
| – Ruashi Mining | 34,642 | 26,799 |
| – Chibuluma plc | 17,519 | 17,931 |
| **Volume of cobalt sold** *(t)* | | |
| – Ruashi Mining | **3,952** | **3,202** |
| **Revenue from sales of copper** *(US$'000)* | **411,904** | **353,691** |
| – Ruashi Mining | 265,289 | 211,043 |
| – Chibuluma plc | 146,615 | 142,648 |
| **Revenue from sales of cobalt** *(US$'000)* | | |
| – Ruashi Mining | **95,411** | **54,360** |
| **Total Revenue** *(US$'000)* | **507,315** | **408,051** |
| **Average price received per tonne sold** *(US$/t)* | | |
| – Copper | 7,897 | 7,907 |
| – Cobalt | 24,142 | 16,977 |

The total revenue of the Metorex Group for the year ended 31 December 2012 decreased by 19.6% to US$408.1 million from US$507.3 million for the year ended 31 December 2011. The decrease in the total revenue was primarily due to the decrease in the volumes of copper and cobalt produced and therefore sold by Ruashi Mining as a result of large scale power disruptions in the DRC. As the Ruashi Mine was only able to operate at approximately 75% of its production capacity, the total volume of copper and cobalt sold by Ruashi Mining for the year ended 31 December 2012 decreased to approximately 26,799 tonnes and 3,202 tonnes respectively, from approximately 34,642 tonnes and 3,952 tonnes respectively for the year ended 31 December 2011, representing a decrease of 22.6% and 19.0% respectively. The decrease in the total revenue was also due to the decrease in the average price received for the cobalt sold by the Metorex Group from 2011 to 2012 as a result of the decrease of the cobalt commodity prices from 2011 to 2012.

*Realisation costs of continuing operations*

| | For the year ended 31 December 2011 | For the year ended 31 December 2012 |
|---|---|---|
| **Total realisation costs** *(US$'000)* | **64,937** | **54,527** |
| – Copper | 41,882 | 34,936 |
| – Cobalt | 23,055 | 19,591 |
| Realisation costs per tonne of copper sold *(US$/t)* | 803 | 781 |
| Realisation costs per tonne of cobalt sold *(US$/t)* | 5,834 | 6,118 |

The total realisation costs of the Metorex Group for the year ended 31 December 2012 decreased by 16.0% to US$54.5 million from US$64.9 million for the year ended 31 December 2011. The decrease was primarily due to the decrease in the volumes of copper and cobalt sold by Ruashi Mining during 2012 as compared with 2011.

*Cost of production of continuing operations*

| | For the year ended 31 December 2011 *US$'000* | For the year ended 31 December 2012 *US$'000* |
|---|---|---|
| Mining costs | 24,406 | 27,596 |
| Salaries and wages | 45,145 | 52,336 |
| Processing fee | 71,895 | 65,861 |
| Engineering and technical costs | 26,653 | 27,159 |
| Safety, health, environment and community costs | – | 1,852 |
| Other on-site mining cost (which includes fuel cost, consumables and other costs) | 33,663 | 37,747 |
| Depreciation and amortisation of property, plant and equipment and mineral rights and assets | 43,530 | 43,267 |
| | **245,292** | **255,818** |

For illustration purpose, the cost of production of the Metorex Group per tonne of copper sold (net of the cobalt revenue credits) for the year ended 31 December 2012 was US$4,755 per tonne of copper sold, and for the year ended 31 December 2011 was US$3,284 per tonne of copper sold.

Cost of production of the Metorex Group for the year ended 31 December 2012 increased by 4.3% to US$255.8 million from US$245.3 million for the year ended 31 December 2011. The marginal increase in the cost of production was primarily due to the increase in salaries and wages for staff working on the Operating Mines, particularly to comply with the relevant labour regulations namely, the DRC Labour Act in the DRC and to standardise as far as possible the condition offered to employees at each of the Operating Mines, and the increase in other on-site mining costs in the form of import duty related costs for the year ended 31 December 2012 as compared to such costs incurred for the year ended 31 December 2011. The upward pressure on the cost of production was partially offset by the decrease in processing costs of Ruashi Mining as a result of the reduction of throughput volume to the processing plant due to the decrease in production and sales volume in 2012.

***Mining profit of continuing operations***

As a result of the changes in the items described above, the mining profit of the Metorex Group decreased by 50.4% to US$97.7 million for the year ended 31 December 2012 from US$197.1 million for the year ended 31 December 2011.

***Other income and expenses for continuing operations***

Other expenses of the Metorex Group for the year ended 31 December 2012 decreased by 43.7% to US$22.8 million from US$40.5 million for the year ended 31 December 2011. This was because of the one-off expenses in the total amount of US$29.7 million incurred in 2011 relating to the takeover of Metorex, which primarily consisted of consulting and advisory fees and break fees paid by Metorex to terminate the transaction with Vale S.A., the initial offeror. Such decrease in other expenses was partially offset by the decrease in gain on disposal of subsidiaries derived for the year ended 31 December 2012 as compared with the gain on disposal of subsidiaries derived for the year ended 31 December 2011 as the Metorex Group engaged in fewer divestment activities in 2012 as compared with 2011.

***Amortisation of deferred hedge premium for continuing operations***

For the year ended 31 December 2012, no amortisation of deferred hedge premium was charged as compared with the amortisation charged in the amount of US$11.9 million for the year ended 31 December 2011. This was because the premium paid by the Metorex Group for acquiring the copper price hedging instrument had been fully amortised in 2011.

***Finance costs of continuing operations***

The finance costs of the Metorex Group remained relatively steady for the year ended 31 December 2012 at US$5.9 million as compared with US$6.4 million for the year ended 31 December 2011. This was because the total amount of the outstanding loans of the Metorex Group had remained steady in 2012 as compared with that in 2011.

***Profit before taxation of continuing operations***

As a result of the changes in the items described above, the Metorex Group's profit before taxation decreased by 50.4% to US$69.9 million for the year ended 31 December 2012 from US$140.9 million for the year ended 31 December 2011.

***Income tax expense of continuing operations***

Income tax expense of the Metorex Group for the year ended 31 December 2012 decreased by 31.8% to US$41.4 million from US$60.7 million for the year ended 31 December 2011. The decrease was primarily resulted from the decrease in the profit before taxation and the incurrence of fewer non-tax deductible expenses (i.e. import clearing charges and penalties, and payroll taxes) for the year ended 31 December 2012 as compared with those incurred for the year ended 31 December 2011.

***Profit for the year of continuing operations***

As a result of the above, the profit for the year of the Metorex Group decreased by 59.5% to US$28.5 million for the year ended 31 December 2012 from US$70.3 million for the year ended 31 December 2011.

**(c) Year ended 31 December 2011 compared to 18 months ended 31 December 2010**

The following discussion compares the operating results for the year ended 31 December 2011 and the operating results for the 18 months ended 31 December 2010, as Metorex changed its financial year end from 30 June to 31 December during the period ended 31 December 2010. Due to the difference in the length of these periods, the results may not be comparable and the discussions set out below may be distorted or not complete and the Shareholders should read the following discussions with caution.

**Selected items of the statements of profit or loss and other comprehensive income**
***Revenue of continuing operations***

| | **For the 18 months ended 31 December 2010** | **For the year ended 31 December 2011** |
|---|---|---|
| **Volume of copper sold** *(t)* | **69,208** | **52,161** |
| – Ruashi Mining | 43,037 | 34,642 |
| – Chibuluma plc | 26,171 | 17,519 |
| **Volume of cobalt sold** *(t)* | | |
| – Ruashi Mining | 5,125 | 3,952 |
| **Revenue from sales of copper** *(US$'000)* | **426,241** | **411,904** |
| – Ruashi Mining | 245,480 | 265,289 |
| – Chibuluma plc | 180,761 | 146,615 |
| **Revenue from sales of cobalt** *(US$'000)* | | |
| – Ruashi Mining | 135,163 | 95,411 |
| **Total Revenue** *(US$'000)* | **561,404** | **507,315** |
| **Average price received per tonne sold** *(US$/t)* | | |
| – Copper | 6,159 | 7,897 |
| – Cobalt | 26,373 | 24,142 |

The total revenue of the Metorex Group for the year ended 31 December 2011 was US$507.3 million, which was 9.6% lower than the revenue of US$561.4 million for the 18 months ended 31 December 2010, whilst the volumes of copper and cobalt sold for the year ended 31 December 2011 were 24.6% and 22.9% lower than the volumes of copper and cobalt sold for the 18 months ended 31 December 2010, respectively. The difference in the total revenue is smaller than the difference in sales volumes was primarily because the average price received per tonne of copper sold increased from US$6,159/t for the 18 months ended 31 December 2010 to US$7,897/t for the year ended 31 December 2011, as a result of the general increasing trend of the copper commodity prices from 2010 to 2011. However, this was offset by the decrease of the average price received per tonne of cobalt sold from US$26,373 for the 18 months ended 31 December 2010 to US$24,142 for the year ended 31 December 2011 as a result of the general weakening trend of the cobalt commodity prices from 2010 to 2011. Discounting the distorted impact of comparing the results of a 12-month period with the results of a 18-month period, on an annualised basis, the total revenue and total volumes of copper and cobalt sold increased in 2011.

*Realisation costs of continuing operations*

| | For the 18 months ended 31 December 2010 | For the year ended 31 December 2011 |
|---|---|---|
| **Total realisation costs** *(US$'000)* | **78,704** | **64,937** |
| – Copper | 51,942 | 41,882 |
| – Cobalt | 26,762 | 23,055 |
| Realisation costs per tonne of copper sold *(US$/t)* | 751 | 803 |
| Realisation costs per tonne of cobalt sold *(US$/t)* | 5,222 | 5,834 |

The total realisation costs of the Metorex Group for the year ended 31 December 2011 were 17.5% lower than those for the 18 months ended 31 December 2010, which was primarily due to the distorted impact of comparing a 12-month period with a 18-month period. Discounting this impact, on an annualised basis, the total realisation costs for the year ended 31 December 2011 increased as this could be shown in the increase in the realisation costs per tonne of copper sold and per tonne of cobalt sold by 6.9% and 11.7%, respectively. The increase in the unit realisation costs was attributable to the increase in transportation expenses and custom clearing expenses for the operations of Ruashi Mining.

*Cost of production of continuing operations*

| | For the 18 months ended 31 December 2010 *US$'000* | For the year ended 31 December 2011 *US$'000* |
|---|---|---|
| Mining costs | 48,301 | 24,406 |
| Salaries and wages | 43,759 | 45,145 |
| Processing | 95,907 | 71,895 |
| Engineering and technical costs | 30,625 | 26,653 |
| Other on-site mining cost (which includes fuel cost, consumables and other costs) | 37,443 | 33,663 |
| Depreciation and amortisation of property, plant and equipment and mineral rights and assets | 57,327 | 43,530 |
| | **313,362** | **245,292** |

For illustration purpose, the cost of production of the Metorex Group per tonne of copper sold (net of the cobalt revenue credits) for the year ended 31 December 2011 was US$3,284 per tonne of copper sold, and for the 18 months ended 31 December 2010 was US$2,884 per tonne of copper sold.

Cost of production of the Metorex Group for the year ended 31 December 2011 was 21.7% lower than that for the 18 months ended 31 December 2010, which was primarily due to the distorted impact of comparing the results of a 12-month period with the results of a 18-month period. Discounting this impact, on an annualised basis, the cost of production for 2011 increased which could be shown by the increase in the cost of production per tonne of copper sold (net of the cobalt revenue credits). The increase in the cost of production was primarily due to the increase in salaries and wages because of annual wage increase and the increase in engineering and technical costs because of the increase in equipment maintenance costs of Ruashi Mining, coupled by the increase in processing costs resulting from the increase in sales volumes.

***Mining profit of continuing operations***

As a result of changes in the items described above, the mining profit of the Metorex Group for the year ended 31 December 2011 was US$197.1 million, which was 16.4% higher than the mining profit of US$169.3 million for the 18 months ended 31 December 2010.

***Other income and expenses of continuing operations***

For the year ended 31 December 2011, the Metorex Group incurred an overall other expenses of US$40.5 million compared with an overall other income of US$31.4 million for the 18 months ended 31 December 2010. This was because the Metorex Group derived a substantial gain of US$65.3 million from the disposal of Vergenoeg Mining Company (which was a subsidiary of Metorex engaged in the mining and production of fluospar) during the 18 months ended 31 December 2010, whilst no similar size of gain was derived from the disposals occurred for the year ended 31 December 2011, and also because Metorex incurred a substantial amount of one-off expenses of US$29.7 million in respect of takeover transactions occurred during the year ended 31 December 2011. For more details of the divestment activities of the Metorex Group during the year ended 31 December 2011 and the 18 months ended 31 December 2010 respectively, please refer to note 34 to the financial information of the Metorex Group contained in Appendix II to this circular.

***Amortisation of deferred hedge premium of continuing operations***

This amount of expense remained the same for the year ended 31 December 2011 as compared with that for the 18 months ended 31 December 2010 as this represented an allocated amount of amortisation charge associated with the premium paid by the Metorex Group for acquiring a copper price hedging instrument which had a term of 12-months which expired in June 2011.

***Finance costs of continuing operations***

The finance costs of the Metorex Group of US$6.4 million incurred for the year ended 31 December 2011 were 61.0% lower than those of US$16.4 million incurred for the 18 months ended 31 December 2010. This was because the total amount of outstanding loans was lower during the year ended 31 December 2011 as compared with that during the 18 months ended 31 December 2010, and also because of the distorted impact of comparing the costs incurred for a 12-month period with those incurred for a 18-month period.

***Profit before taxation of continuing operations***

As a result of the items described above, the profit before taxation of the Metorex Group for the year ended 31 December 2011 was US$140.9 million, which was 18.1% lower than the profit before taxation of US$172.1 million for the 18 months ended 31 December 2010.

***Income tax expense of continuing operations***

The income tax expense of the Metorex Group of US$60.7 million for the year ended 31 December 2011 were 57.3% higher than the income tax expense of US$38.6 million for the 18 months ended 31 December 2010. This was primarily because of a substantial increase in non-tax deductible expenses and the increase in the corporate income tax rate in Zambia from 30% to 42% for the year ended 31 December 2011 compared with those for the 18 months ended 31 December 2010.

***Impairment – Zambian taxation***

During the year ended 31 December 2011, the Metorex Group incurred an additional tax expense of US$9.9 million, which represented a one-off impairment of an amount of tax which the Metorex Group previously expected to recover from the Zambian tax authority. This was resulted from a change in tax rates as compared to those taxes contained in the development agreement entered into between Chibuluma plc and the Government of Zambia. No such similar impairment was made during the 18 months ended 31 December 2010.

***Profit for the year/period of continuing operations***

As a result of the above, the profit of the Metorex Group for the year of US$70.3 million for the year ended 31 December 2011 was 47.3% lower than the profit for the period of US$133.4 million for the 18 months ended 31 December 2010.

## LIQUIDITY AND CAPITAL RESOURCES

In the six months ended 30 June 2013, the years ended 31 December 2012 and 31 December 2011, and the 18 months ended 31 December 2010, the principal source of liquidity was cash generated from operating activities. The Metorex Group may use funding from future debt financing, equity financing and internally generated cash resources for the provision of working capital, general exploration and development activities.

The following table represents selected data from the Metorex Group's statements of cash flows for the periods indicated below:

| Cashflows | For the 18 months ended 31 December 2010 | For the year ended 31 December 2011 | For the year ended 31 December 2012 | For the six months ended 30 June 2013 |
|---|---|---|---|---|
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| Cash generated from operating activities | 84,744 | 159,848 | 95,863 | 27,678 |
| Cash used in investing activities | (8,489) | (117,973) | (134,184) | (43,079) |
| Cash (used in) generated from financing activities | (40,912) | (28,833) | 5,852 | (5,077) |
| **Net Increase/(Decrease) in Cash and Cash Equivalents** | 35,343 | 13,042 | (32,469) | (20,478) |

***Operating activities***

The net cash flows generated from operating activities in the six months ended 30 June 2013 amounted to US$27.7 million. Operating profit before working capital was primarily impacted by an increase in trade and other receivables of US$2.0 million and an increase in inventories of US$4.2 million.

The net cash flows generated from operating activities in the year ended 31 December 2012 amounted to US$95.9 million. Operating profit before working capital was primarily impacted by a decrease in trade and other receivables of US$26.6 million and a decrease in trade and other payables provisions of US$10.4 million.

The net cash flows generated from operating activities in the year ended 31 December 2011 amounted to US$159.8 million. Operating profit before working capital was primarily impacted by an increase in trade and other payables and provisions of US$14.8 million.

The net cash flows generated from operating activities in the 18 months ended 31 December 2010 amounted to US$84.7 million. Operating profit before working capital was impacted by an increase in inventories of US$21.5 million, an increase in trade and other receivables of US$35.3 million and a decrease in trade and other payables and provisions of US$22.1 million.

***Investing activities***

The net cash flows used in investing activities in the six months ended 30 June 2013 amounted to US$43.1 million, primarily attributable to the additions to property, plant and equipment and mineral rights and assets of US$43.8 million.

The net cash flows used in investing activities in the year ended 31 December 2012 amounted to US$134.2 million, primarily attributable to the additions to property, plant and equipment and mineral rights and assets of US$115.6 million.

The net cash flows used in investing activities in the year ended 31 December 2011 amounted to US$118.0 million, primarily attributable to additions to property, plant and equipment and mineral rights and assets of US$130.2 million, offset by proceeds received from the disposal of Sable Zinc Kabwe Limited and Cuprachem.

The net cash flows used in investing activities in the 18 months ended 31 December 2010 amounted to US$8.5 million. This was primarily because of additions to property, plant and equipment and mineral rights and assets of US$131.0 million, offset by proceeds received from disposal of interests in Vergenoeg Mining Company and Pan African Resources to independent third parties of the Metorex Group as part of the strategy of the Metorex Group to refocus its operation as a base metals proceducer. For details of the disposals, please refer to the section headed "Information on the Target Group – Overview" of this circular, the paragraphs headed "Material Disposals of Investments" of this Appendix II and note 34 to the financial statements contained in this Appendix II.

***Financing activities***

The net cash flows used in financing activities in the six months ended 30 June 2013 amounted to US$5.1 million. This was primarily attributable to the repayment of borrowings of US$23.9 million, offset by new borrowings raised of US$18.8 million.

The net cash generated from financing activities in the year ended 31 December 2012 amounted to US$5.9 million. This was because of raising of new borrowings of US$38.5 million, offset by repayment of borrowings of US$32.6 million.

The net cash flows used in financing activities in the year ended 31 December 2011 amounted to US$28.8 million. This was primarily attributable to the repayment of borrowings of US$45.5 million, offset by new borrowings raised of US$16.0 million.

The net cash flows used in financing activities in the 18 months ended 31 December 2010 amounted to US$40.9 million. This was because of repayment of borrowings of US$175.4 million.

The Metorex Group holds its bank balances and cash principally in U.S. Dollar and South African Rand. Bank balances and cash consist of cash and short-term deposits. As at 31 December 2010, 31 December 2011, 31 December 2012 and 30 June 2013, the Metorex Group had bank balances and cash of US$66.2 million, US$72.3 million, US$36.6 million and US$16.3 million, respectively. The overall decrease in bank balances and cash was primarily due to capital expenditure of the Metorex Group for various projects and repayment of certain borrowings.

As at 31 December 2010, 31 December 2011 and 31 December 2012, the Metorex Group had net current assets of US$23.8 million, US$72.4 million, US$0.7 million, respectively. As at 30 June 2013, the Metorex Group had net current liabilities of US$22.7 million, primarily due to the increase in the short term borrowings to US$84.9 million from US$70.8 million as of 31 December 2012. The change from a net current assets position as of 31 December 2012 to a net current liabilities position as of 30 June 2013 was primarily a result of the making of capital expenditures in developing the Kinsenda Project which were partly funded by internal cash resources of the Metorex Group. Since 30 June 2013, the Metorex Group had entered into a facility agreement in respect of a term loan facility of US$80 million from the China Development Bank Corporation to support its working capital requirements.

## INDEBTEDNESS AND FINANCING ACTIVITIES

As at 31 December 2010, the Metorex Group's total outstanding interest-bearing liabilities amounted to US$129.2 million, of which US$124.0 million consisted of term loans from lending banks. As at 31 December 2011, the Metorex Group's total outstanding interest-bearing liabilities amounted to US$99.7 million, of which US$94.8 million consisted of term loans from lending banks. As at 31 December 2012, the Metorex Group's total outstanding interest-bearing liabilities amounted to US$105.6 million, consisting of term loans from lending banks of US$97.4 million and a term loan from ultimate holding company of US$3.2 million. As at 30 June 2013, the Metorex Group's total outstanding interest-bearing liabilities amounted to US$100.5 million, consisting of term loans from lending banks of US$85.2 million and loans of US$1.3 million from Jinchuan Group and US$9 million from Jinchuan HK, respectively. All of the Metorex Group's outstanding interest-bearing liabilities are denominated in U.S. dollars and these liabilities are at variable interest rates, save for the pre-off-take financing for Jinchuan Group's purchase of contained cobalt metals under the Cobalt Off-take Agreement provided by Jinchuan Group which is charged at a fixed annual interest rate of 4.68%.

The following table sets out the repayment obligations of the Metorex Group's borrowings:

| | As at 31 December | | | As at 30 June |
|---|---|---|---|---|
| | **2010** | **2011** | **2012** | **2013** |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| Within one year | 52,703 | 50,203 | 70,764 | 84,906 |
| More than one year, but not exceeding two years | 31,001 | 30,527 | 22,818 | 7,200 |
| More than two years, but not exceeding five years | 45,479 | 19,000 | 12,000 | 8,400 |
| | 129,183 | 99,730 | 105,582 | 100,506 |

The following table summarises the details of the loans and guarantees provided by Jinchuan Group or its subsidiaries to or in favour of the Metorex Group as at the 30 June 2013:

| Name of Agreement | Parties | Date of agreement | Purpose | Duration | Outstanding amount as at 30 June 2013 Date | Security provided |
|---|---|---|---|---|---|---|
| Facility Agreement in respect of the revolving loan facility of US$30 million | Ruashi Mining (as borrower) and The Standard Bank of South Africa Limited (as lender) | 13 July 2012 | Funding of (i) the construction and commissioning of a cobalt flash dryer; (ii) the acquisition and installation of back-up generators and ancillary equipment at Ruashi Mine; and (iii) the feasibility study in respect of Musonoi Est Project | 1 August 2012 to 31 July 2014 | US$28.3 million | Industrial and Commercial Bank of China Limited ("**ICBC**") has provided a guarantee ("**ICBC Guarantee**") in favour of the lender. In consideration for the ICBC Guarantee being provided, Jinchuan Group had entered into an agreement regarding the provision of such guarantee with ICBC, pursuant to which, Jinchuan Group, inter alia, was required to pay certain service fees for the ICBC Guarantee |
| Facility Agreement in respect of the term loan facility of US$80 million | Metorex (as borrower) and China Development Bank Corporation (as lender) | 28 June 2013 | Working capital requirements and daily production and operation requirements of Metorex | 8 July 2013 to 8 July 2014 | – | Jinchuan Group has provided a corporate guarantee in favour of the lender in respect of all liability of Metorex under the facility agreement |

The guarantees provided by Jinchuan Group set out in the table above are for the benefit of the Metorex Group and on normal commercial terms. No security over the Enlarged Group's assets will be granted in favour of Jinchuan Group. Accordingly, the provision of these guarantees should, upon Completion, be exempt from all reporting, announcement and independent shareholders' approval requirements pursuant to Rule 14A.65(4) of the Listing Rules.

The above loan facilities are on attractive interest rate terms (LIBOR plus 2.25% for the US$80 million term loan and LIBOR plus 2.00% for the US$30 million revolving loan) compared to the interest rate in the range of LIBOR plus 5% to 7% for loan facilities of the Metroex Group which are not supported by corporate guarantee from Jinchuan Group. Accordingly, it is in the commercial interest of the Enlarged Group to secure these loan facilities with the assistance of Jinchuan Group on a cost effective basis.

## COMMITMENTS FOR EXPENDITURE

### *(a) Commitments*

At the end of the years/period indicated below, the Metorex Group was committed to make the following future minimum capital expenditure:

| | As at 31 December | | | As at 30 June |
|---|---|---|---|---|
| | **2010** | **2011** | **2012** | **2013** |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| Capital expenditure in respect of property, plant and equipment and mineral rights | | | | |
| – authorised but not contracted for | 44,936 | 18,249 | 9,005 | 221,882 |
| – contracted for but not provided | 2,659 | 1,800 | 5,540 | 36,691 |
| | 47,595 | 20,049 | 14,545 | 258,573 |

### *(b) Lease Commitments*

At the end of the years/period indicated below, the Metorex Group was committed to make the following future minimum lease payments under non-cancellable operating leases which fall due as follows:

| | As at 31 December | | | As at 30 June |
|---|---|---|---|---|
| | **2010** | **2011** | **2012** | **2013** |
| | *US$'000* | *US$'000* | *US$'000* | *US$'000* |
| Within one year | 686 | 313 | 2,465 | 2,451 |
| In the second to fifth years inclusive | 2,357 | 1,597 | 2,230 | 2,224 |
| | 3,043 | 1,910 | 4,695 | 4,675 |

Operating lease payments represent rental payable by the Metorex Group for certain of its equipment, premises and vehicles. Lease is negotiated and rental is fixed originally for a lease term ranging from one to five years.

## CONTINGENT LIABILITIES

Metorex and its subsidiaries are defendants from time to time in legal proceedings arising from the conduct of their businesses. The Metorex Group does not consider that the outcome of any of these proceedings ongoing as at 30 June 2013, either individually or in aggregate, is likely to have a material effect on its financial position.

## CHARGE ON ASSETS

As at 31 December 2010, 31 December 2011, 31 December 2012 and 30 June 2013, the Metrorex Group's property, plant and equipment and mineral rights and assets with carrying value of US$490.9 million, US$545.1 million, US$581.4 million and US$589.1 million, respectively, were pledged to secure borrowings of US$129.2 million, US$99.7 million, US$73.6 million and US$52.0 million, respectively.

## MATERIAL DISPOSALS OF INVESTMENTS

In the 18 months ended 31 December 2010, the Metorex Group disposed of its interest in Pan African Resources Plc on 1 July 2009 for a consideration of US$56.5 million and no gain or loss on disposal was derived, and disposed of its entire interest in Vergenoeg Mining Company (Pty) Limited on 26 December 2009 for a consideration of US$85.3 million and a gain on disposal of US$65.3 million was recorded for the period.

In the year ended 31 December 2011, the Metorex Group disposed of its interest in Sable Zinc Kabwe Limited, Consolidated Murchison and Cuprachem, respectively, to different purchasers. The Metorex Group received an overall sales proceeds of US$23.4 million and derived an overall gain on disposal of subsidiaries of US$12.4 million for the year.

In the year ended 31 December 2012, the Metorex Group disposed of its interest in O'Okiep Copper Company (Proprietary) Limited for nominal consideration and derived a gain on disposal of US$0.3 million for the year.

No material disposal of investment was made in the six months ended 30 June 2013.

## PLANS FOR MATERIAL INVESTMENTS OR CAPITAL ASSETS

### *For 2011*

The Metorex Group had budgeted capital expenditures in the total amount of approximately US$98 million, primarily driven by the completion of the construction of the acid plant and the establishment of Pit 3 at the Ruashi Mine, expenditure in terms of the holding costs for the Kinsenda Project and other recurring capital costs. The budgeted capital expenditures were expected to be funded by the cashflow derived from the sales of copper and cobalt produced by the Ruashi Mine and the Chibuluma South Mine. There was no other material investment or acquisition of capital assets budgeted for the year of 2011.

***For 2012***

The Metorex Group had budgeted capital expenditures in the total amount of approximately US$110 million, primarily driven by the expenditure for waste stripping of Pit 3 at the Ruashi Mine, the construction of a new drier plant at the Ruashi Mine, expenditure in terms of the holding costs for the Kinsenda Project and expenditure to bring the Musonoi Est Project to the status for conducting the bankable feasibility study. The budgeted capital expenditures were expected to be funded by the cashflow derived from the sales of copper and cobalt produced by the Ruashi Mine and the Chibuluma South Mine. There was no other material investment or acquisition of capital assets budgeted for the year of 2012.

***For the second half of 2013 (and onwards to 2014)***

The planned material investments of the Metorex Group for 2013 and 2014 comprise the following:

- The amounts for funding the development of the Kinsenda Project which are estimated at US$70.5 million and US$182.2 million for the second half of 2013 and 2014 respectively. Such amounts are expected to be financed by the proceeds of the Placing(s) and/or debt financing.

- The amounts for funding the development of the underground mine at the Chifupu deposit which are estimated at US$2.5 million and US$3.8 million for the second half of 2013 and 2014 respectively. Such costs are expected to be financed by the proceeds of the Placing(s) and/or debt financing.

- The costs to be incurred for the feasibility studies in respect of the Exploration Projects which are estimated at US$2.7 million and US$7.1 million in the second half of 2013 and 2014 respectively. Such costs will be financed by the proceeds of the Placing(s) and/or debt financing.

- The capital expenditure in 2013 of US$32.6 million relating to various projects at Ruashi Mine including, stripping of Ruashi III at the Ruashi Mine, completion of the acquisition and installation of the ASFDs, completion of the acquisition and installation of diesel powered generators, which will be funded from operating cash flows of Ruashi Mining.

- The capital expenditure in 2014 of US$25.3 million relating to various projects at Ruashi Mine including, drilling, surfacing of roads, refurbishment of the acid plant and SHEC related projects, which will be funded from operating cash flows of Ruashi Mining.

- The capital expenditure of US$9.6 million and US$17.9 million in the second half of 2013 and 2014 respectively, relating to underground mine development, replacement of underground mining equipment such as trucks, loaders and drill rigs, metallurgical plant related projects, SHEC related projects and exploration activities in each of the years for the Chibuluma South Mine (excluding the development of the Chifupu deposit), Chibuluma Central as well as neighbouring areas. The projects will be funded from operating cash flows of Chibuluma plc.

**RISKS MANAGEMENT**

***Capital risk management***

The Metorex Group manages their capital to ensure that it will be able to continue as a going concern with the ultimate objective of maximising the return to stakeholders through the optimisation of the debt and equity balance. The Metorex Group is in a growth phase and strategically aims at rightsizing the scope of new projects to its financial means through a risk-based approach.

The capital structure of the Metorex Group consists of debt, which includes borrowings, cash and cash equivalents and equity, comprising share capital, stated capital, share premium, reserves, and accumulated profits as disclosed in the consolidated statements of changes in equity.

The management of the Metorex Group regularly reviews the capital structure of the Metorex Group.

***Credit risk***

Credit risk refers to the risk that counterparty will default on its contractual obligations resulting in financial loss to the Metorex Group. The Metorex Group has adopted a policy of only dealing with creditworthy counterparties and obtaining sufficient collateral, where appropriate, as means of mitigating the risk.

The Metorex Group's credit risk is primarily attributable to its trade receivables. The amounts presented in the consolidated statements of financial position are net of allowances for doubtful receivables, estimated by the management based on the current economic environment.

The Metorex Group's copper and cobalt sales are allocated between four customers, all of whom have a good track record with respect to settling invoices within the agreed terms.

The credit risk on liquid funds is limited because the counterparties are recognised banking institutions with high credit ratings.

The Metorex Group does not have any significant credit risk exposure to any single counterparty or any group of counterparties having similar characteristics. The Metorex Group defines counterparties as having similar characteristics if they are related entities.

***Currency and commodity price risk***

The Metorex Group may enter into forward contracts in order to hedge their exposure to fluctuations in mineral prices and exchange rates on specific transactions. The contracts are matched with anticipated future cash flows from mineral sales.

No sensitivity analysis on foreign currency exposure is presented as the Metorex Group did not have significant foreign currency exposure at the end of the reporting period.

***Interest rate and liquidity risk***

Fluctuations in interest rates impact the value of short-term investment and financing activities, giving rise to interest rate risk.

In the ordinary course of business, the Metorex Group receives cash proceeds from its operations and is required to fund working capital and capital expenditure requirements. The cash is managed to ensure that surplus funds are invested to maximise returns whilst ensuring that capital is safeguarded to the maximum extent by only investing with reputable financial institutions.

Contractual arrangements for committed borrowing facilities are maintained with several banking counterparties to meet the Metorex Group's normal and contingency funding.

***Interest rate risk***

The Metorex Group is exposed to interest rate risk as entities within the Metorex Group borrow funds at both fixed and floating interest rates.

***Interest rate sensitivity analysis***

The sensitivity analysis has been determined based on the exposure to interest rates at the end of the reporting period. The effect of the interest rate exposure of the Metorex Group on the consolidated statements of comprehensive income is not material.

***Liquidity risk***

Ultimate responsibility for liquidity risk management rests with Metorex's board of directors, which has built an appropriate 12-month rolling monthly cash flow forecast model for the management's short-term funding and liquidity requirements linked to a commodity price sensitivity matrix. The Metorex Group manages liquidity risk by seeking to generate adequate reserves, banking facilities and reserve borrowings facilities, by continually monitoring forecast and actual cash flows and matching maturity profiles of financial assets and liabilities.

The Metorex Group has access to financing facilities. The Metorex Group expects to meet its financial obligations from operating cash flows and proceeds from maturing financial assets.

The following table indicates the Metorex Group's remaining contractual maturity from its non-derivative financial liabilities:

| | Weighted average interest rate | Less than 12 months | 1-5 years | Total |
|---|---|---|---|---|
| | % | US$'000 | US$'000 | US$'000 |
| **As at 31 December 2010** | | | | |
| Trade payables | – | 46,440 | – | 46,440 |
| Short-term borrowings | 3.1 | 52,703 | – | 52,703 |
| Long-term borrowings | 2.7 | – | 76,480 | 76,480 |
| **As at 31 December 2011** | | | | |
| Trade payables | – | 31,142 | – | 31,142 |
| Short-term borrowings | 2.9 | 50,203 | – | 50,203 |
| Long-term borrowings | 2.6 | – | 49,527 | 49,527 |
| **As at 31 December 2012** | | | | |
| Trade payables | – | 36,561 | – | 36,561 |
| Short-term borrowings | 3.2 | 70,764 | – | 70,764 |
| Long-term borrowings | 3.8 | – | 34,818 | 34,818 |
| **As at 30 June 2013** | | | | |
| Trade payables | – | 31,583 | – | 31,583 |
| Short-term borrowings | 2.9 | 84,906 | – | 84,906 |
| Long-term borrowings | 4.5 | – | 15,600 | 15,600 |

## GEARING RATIO

The gearing ratio of the Metorex Group at period/year-end was as follows:

| | As at 31 December | | | As at 30 June |
|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 2013 |
| | US$'000 | US$'000 | US$'000 | US$'000 |
| Total debt | 129,183 | 99,730 | 105,582 | 100,506 |
| Cash and cash equivalents, net of restricted cash | (66,193) | (72,331) | (36,580) | (16,279) |
| Net interest-bearing debt | 62,990 | 27,399 | 69,002 | 84,227 |
| Equity | 504,968 | 606,646 | 609,542 | 596,773 |
| Net debt equity ratio | 12.5% | 4.5% | 11.3% | 14.1% |

## 1. INTRODUCTION

The following financial information is extracted from the audited consolidated financial statements of the Group for each of the three years ended 31 December 2010, 2011 and 2012 and the unaudited consolidated financial information of the Group for the six months ended 30 June 2013 together with the relevant notes to the financial statements, which are incorporated by reference in this circular. They could be found in the annual reports of the Company published with the title "Annual Report 2010" dated 28 February 2011 from pages 28 to 115, "Annual Report 2011" dated 14 March 2012 from pages 38 to 139 "Annual Report 2012" dated 21 March 2013 from pages 40 to 143 and the "Announcement of Interim Results for the six months ended 30 June 2013" dated 23 August 2013 from pages 1 to 18, all of which have been published on the website of the Stock Exchange (www.hkexnews.hk) and the website of the Company (http://www.jinchuan-intl.com).

## 2. MANAGEMENT DISCUSSION AND ANALYSIS OF THE GROUP

### (a) Six months ended 30 June 2013 compared to six months ended 30 June 2012

The Group's operating results for the six months ended 30 June 2013 were primarily contributed by the trading business of its Mineral and Metal products segment, and the business of its Cosmetics & Beauty segment which is operated by CMM International Limited and its subsidiaries (the "**CMM Group**"). However, since late June 2013, the Group has disposed of its Cosmetic and Beauty Business and therefore no longer engages in such business thereafter.

Since the Group has discontinued its Cosmetic and Beauty and Property Investment and Development businesses during the period, the following discussions focused on the performance of the Mineral and Metal business of the Group during the six months ended 30 June 2013 as compared with the corresponding period in 2012.

**Revenue and gross profit**

The Group's revenue for the continuing operations for the six months ended 30 June 2013 amounted to approximate HK$1,147.5 million, which represents an appropriate six times increase from the revenue of HK$165.9 million for the corresponding period in 2012. The lower revenue in the six months ended 30 June 2012 was because the Group did not begin trading in copper blister until April 2012 and did not begin trading in copper concentrates until July 2012. Therefore, the Group's trading volume in Mineral and Metal products has substantially increased in 2013.

For the same reason, the Group's gross profit for the continuing operations for the six months ended 30 June 2013 increased to approximately HK$33.9 million from HK$1.9 million for the same period in 2012, representing an increase by seventeen times.

The overall gross profit margin for the continuing operations increased to 2.9% for the six months ended 30 June 2013 from 1.2% for the corresponding period in 2012. The increase in gross profit margin was mainly because of the expansion of gross margin derived from the pricing mechanism concluded in the 2013 annual sales contracts as compared to those contracts effected during the same period in 2012.

* *For identification purposes*

**Other income, other gain and losses**

Other income for the continuing operations for the six months ended 30 June 2013 amounted to HK$0.9 million, which was a decrease of 84.1% from HK$5.6 million for the corresponding period in 2012. The decrease was primarily due to the decrease of interest income received from bank deposits as the Group utilised a majority of its available fund to support its trading business.

Other gains and losses for the continuing operations represent net exchange gains or losses. The Group recognized a net exchange gains of HK$14.3 million for the six months ended 30 June 2013 compared to a net exchange losses of HK$2.8 million for the corresponding period in 2012. The change was mainly due to the fact that most of the trade receivables of the Group are denominated in Renminbi and there was a gradual appreciation of Renminbi during the six months ended 30 June 2013, in contrast to recording a major exchange loss on converting a Renminbi bank deposit at a time of weakened Renminbi during the same period in 2012.

**Selling and distribution costs**

Selling and distribution costs for the continuing operations represent the expenses incurred for the trading of mineral and metal products, and the amount for the six months ended 30 June 2013 amounted to HK$1.4 million, which was a slight decrease of 7.3% from HK$1.5 million for the corresponding period in 2012. The higher amount of costs incurred for the six months ended 30 June 2012 was mainly due to the set up of the Group's trading business in 2012.

**Administrative expenses**

Administrative expenses for the continuing operations for the six months ended 30 June 2013 amounted to HK$7.5 million, representing an increase of 13.5% from HK$6.6 million for the corresponding period in 2012. The higher amount of costs incurred for the six months ended 30 June 2013 was mainly due to increase in staff costs to cater for the significant increase in trade volume during the period.

**Other expenses**

Other expenses for the continuing operations of HK$15.4 million incurred for the six months ended 30 June 2013 represented expenses incurred for the Group's efforts in studying potential acquisition and investment opportunities in mining related assets.

**Finance costs**

New finance costs incurred for the six months ended 30 June 2013 as the Group had started utilising bank borrowings to support its export sales business in 2013.

**Profit for the period**

As a result of the above matters, the Group's profit for the period from the continuing operations for the six months ended 30 June 2013 increased to HK$13.7 million from a loss of HK$3.3 million for the corresponding period in 2012.

The Group's profit for the period (after the discontinued operations) for the six months ended 30 June 2013 was HK$35.6 million, compared to a loss for the period (after the discontinued operations) of HK$5.6 million for the corresponding period in 2012. The profit is attributable to the increase in the profit for the continuing operations as discussed above, as well as the gain derived from the disposal of the Cosmetic and Beauty business of HK$21.9 million in late June 2013, of which HK$18.0 million was related to the release of cumulative exchange differences in respect of the net assets of Cosmetic and Beauty business reclassified from reserves to profit or loss upon disposal.

**Liquidity, Financial Resources and Capital Structure**

On 30 June 2013, the Group had bank balances and cash of HK$271.2 million (excluding restricted cash deposits) and interest-bearing bank borrowings of HK$651.3 million. The gearing ratio of the Group, which is determined by net debt over total equity, was 49.7%. All interest-bearing bank borrowings of the Group are due within one year with variable interest rates determined at the time of borrowing.

During the six months ended 30 June 2013, the Group has generally financed its operations with internally generated cash flows and trade finance facilities provided by banks. As the mineral and metal products trade volume of the Group increased, the Group required to utilise more of its banking facilities to support its operations. Accordingly, the Group was at a net debt position on 30 June 2013 as compared with a net cash position on 31 December 2012.

**Material acquisitions and disposals of investments**

In late June 2013, the Group completed the disposal of its Cosmetic and Beauty business, being its 100% equity interest in Carissa Bay and its subsidiaries, for a cash consideration of HK$24.8 million.

Save for the above, the Group did not have any other material acquisition or disposal of investment during the six months ended 30 June 2013.

**Significant capital expenditures**

During the six months ended 30 June 2013, the Group spent HK$1.6 million on purchase of property, plant and equipment. However, all of them were disposed of through the disposal of Carissa Bay in late June 2013.

Save for the above, the Group did not have any significant capital expenditure during the six months ended 30 June 2013.

**Details of charges on the Group's assets**

During the period under review, restricted cash deposits of HK$2.1 million was pledged to secure banking facilities granted to the Group.

**Contingent liabilities**

The Group had no material contingent liabilities as at 30 June 2013.

**Foreign exchange risk management**

The reporting currency of the Group is in HK$ and the functional currencies of the subsidiaries of the Group are in HK$ or US$. For the mineral and metal products trading business during the six months ended 30 June 2013, sales were made in Renminbi ("**RMB**") and purchases were made in US$. Given that HK$ is pegged to US$, the Group was not exposed to significant exchange rate risk for changes in the value of US$. However, the exchange rate fluctuation of RMB against HK$ could substantially affect the performance and financial position of the Group.

During the six months ended 30 June 2013, the value of RMB has in general gradually appreciated against HK$ which resulted in a significant exchange gain for the Group. Nevertheless, the Group has strictly adhered to its risk management policy to manage its foreign currency exchange risk arising from RMB by entering into specific foreign exchange forward contracts to fix the exchange rate in advance of RMB revenue receipt.

**Employees**

As at 30 June 2013, the Group only has a limited number of employees following the disposal of the Cosmetic and Beauty business. Employees receive competitive remuneration packages include salary and medical benefits. Key staff may also be entitled to performance bonus and share options.

**(b) Year ended 31 December 2012 compared to year ended 31 December 2011**

The Group's operating results for the year ended 31 December 2012 were primarily contributed by the trading business of its Mineral and Metal products segment, and the business of its Cosmetics & Beauty segment which is operated by CMM International Limited and its subsidiaries (the "**CMM Group**").

**Revenue and gross profit**

The revenue for the year ended 31 December 2012 was HK$1,842.7 million, representing an increase of 13.3 times compared with HK$129.4 million in the prior year. This substantial increase in revenue was due to the Group's commencement of mineral and metal trading business which comprised non-ferrous metals commodity sales with a value far greater than the value of sales generated from our cosmetic business.

For the same reason, our gross profit margin has dropped steeply from 67.5% in the prior year to 4.5% in the year under review. This is because the business nature of nonferrous metals trading is characterized by substantial value but lean margin.

**Other income and gains**

Other income and gains in 2012 decreased slightly compared with that in the prior year. Despite the utilisation of majority of funds to finance the growing mineral and metal trading activities, the Group still managed to earn bank interest income of HK$7.7 million in 2012, representing an increase of 14.9% as compared with HK$6.7 million in 2011. However, the decrease in the gain on foreign exchange, net by

HK$2.0 million for the year of 2012 as compared with 2011 has led to an overall decrease in other income and gain by HK$0.7 million for the year of 2012 as compared with the prior year.

**Selling and distribution costs**

Decrease in selling and distribution costs by HK$19.8 million, or 36.5%, from last year was resulted from further downsizing of CMM Group's sales staff. With the strategy to focus on the provision of beauty school and beauty training and services and the restructuring of distribution channel, less expenses were incurred by CMM Group for counter sales staff payroll, trademark licence fees and advertising display of cosmetic products.

**Administrative expenses**

Administrative expenses increased slightly from HK$59.7 million in 2011 to HK$59.8 million in 2012. It was noticeable that the Group did not incur substantial promotional expenses in 2012 as we did in the prior year when we organised a launching ceremony for the Group. CMM Group's administrative staff reduction has resulted in a decrease in salary expenses. But these decreases have been fully offset by a loss on disposal and writes off of book value of property, plant and equipment when CMM Group scaled down its cosmetic product operations.

**Liquidity, Financial Resources and Capital Structure**

As at 31 December 2012, the Group had cash and bank balances of approximately HK$341.9 million (of which HK$39.8 million was pledged) as compared to HK$713.7 million as at 31 December 2011. These cash and bank balances were held in HK$, US$ and RMB. The interest-bearing bank borrowings of the Group of HK$16.9 million were due within one year and were denominated in Hong Kong Dollar and Renminbi. None of the bank borrowings of the Group are at fixed interest rates. For the year under review, the Group had generally financed its operations with internally generated cash flows, and trade facilities provided by banks. The Group was in a net cash position and hence the Group has no net debt as at 31 December 2012 and accordingly, the net gearing ratio is not applicable to the Group.

**Trade and bill receivables**

Trade and bill receivables increased significantly from HK$15.7 million as at 31 December 2011 to HK$1,338.3 million as at 31 December 2012. This is due to the commencement of the Group's mineral and metal products trading operations with the Company's ultimate holding company, Jinchuan Group Co., Ltd in current year. As at 31 December 2012, 94% of trade and bill receivables was covered by letter of credit issued by the banks of Jinchuan Group.

**Trade and bill payables**

The commencement of trading operation also led to the significant increase in trade and bill payables from HK$13.1 million as at 31 December 2011 to HK$933.2 million as at 31 December 2012.

**Material acquisitions and disposals of investments**

In January 2012, the Group disposed of its remaining available-for-sale investment in Macau, being its 26.6% interest in a property interest in Macau, for a total cash consideration of HK$17.3 million.

Save for the above, the Group had no other material acquisitions or disposals of investments during the year under review.

**Significant capital expenditures**

Save for the purchase of property, plant and equipment of HK$3.1 million in the Cosmetic and Beauty segment, no significant capital expenditures were made for the year ended 31 December 2012.

**Details of charges on the Group's assets**

The Group's restricted cash deposits, buildings and prepaid land lease payments with net book values of HK$39.8 million, HK$13.9 million and HK$4.0 million, respectively, were pledged to secure general banking facilities granted to the Group.

**Contingent liabilities**

The Group had no material contingent liabilities as at 31 December 2012.

**Foreign exchange exposure**

The reporting currency of the Group is in HK$ and the functional currencies of the subsidiaries of the Group are in HK$, RMB or US$. With its international operations, the Group is exposed to foreign currency exchange risk in RMB and US$ which are predominantly the currencies the Group receives as its revenue. The Group monitors its exposure to foreign currency exchange risk on a continual basis.

Given the exchange rate peg between HK$ and US$, the Group is not exposed to significant exchange rate risk for transactions conducted in US$. On the other hand, the exchange rate fluctuation of RMB against HK$ could substantially affect the performance and financial position of the Group.

There had been moderate fluctuations in the exchange rate of RMB against US$ and HK$ in recent years. During the year, the Group managed its foreign currency exchange risk arising from RMB denominated transactions by entering into specific deliverable forward contracts to lock the exchange rate of future RMB revenue receipts against US$.

**Employees**

As at 31 December 2012, the Group had 315 (2011: 453) employees. Employees receive competitive remuneration packages including salary and medical benefits. Key staff may also be entitled to performance bonus and share options.

**(c) Year ended 31 December 2011 compared to year ended 31 December 2010**

Except for other income and gains of HK$9.8 million, costs associated with equity-settled share options of HK$1.0 million and administrative expenses of head office in Hong Kong amounting to HK$15.9 million, the Group's operating results for the year ended 31 December 2011 are primarily contributed by its Cosmetics & Beauty segment operated by the CMM Group.

**Revenue and gross profit**

The revenue for the year ended 31 December 2011 was HK$129 million, an increase of 2% as compared with HK$127 million in the prior year. The growth in revenue during the year was resulted from significant growth in service income from providing beauty tuition courses and cosmetic services but offset by decrease in sales of cosmetic products.

Improvement of gross profit margin from 57% in prior year to 68% in current year was also due to the increase in higher margin service income proportion in the total revenue mix.

**Other income and gains**

Other income and gains increased in 2011 compared to prior year mainly due to increase in bank interest income by HK$6.1 million and exchange gain by HK$2.2 million. Majority of the financial resources pending investment in mining assets were placed as bank deposits which thus gave rise to a higher interest income and exchange gains than those of prior year's.

**Selling and distribution costs**

The decrease in selling and distribution costs of HK$5.5 million is mainly due to cost cutting measures carried out by CMM Group upon rationalisation of its sales outlets during the year. Salaries of sales staff decreased as CMM group secured new distributor and thus reduced the headcount of sales staff. To align with the strategic focus on target market, some outlets were closed and resulted in a drop in depreciation on sales counter and rental expenses. The cost cutting measures also extended to the curtail of advertising fees.

**Administrative expenses**

The predominant reason for the increase in administrative expenses by 20.3% to HK$59.7 million from HK$49.6 million in prior year is mainly due to the increase in promotional expenses in launching a ceremony in Hong Kong in February 2011, the Group invited guests from the politics and business arena to witness the milestone upon its change of business focus and name of the Company. Other increases include the office salary and rental expenses, as well as redundancy payment for sales outlets cessation.

**Liquidity, Financial Resources and Capital Structure**

As at 31 December 2011, the Group had cash and bank balances of approximately HK$714 million as compared to HK$631 million as at 31 December 2010. These cash and bank balances were held in Hong Kong Dollar, U.S. Dollar and Renminbi. The interest-bearing bank borrowings of the Group of HK$23 million were due within one year and were denominated in Hong Kong Dollar and Renminbi. None of the bank borrowings of the Group are at fixed interest rates.

For the year under review, the Group generally finances its operation with internally generated cash flows and equity. The Company's issued share capital as at 31 December 2011 was HK$27,548,731 and the number of its issued ordinary shares was 2,754,873,051 shares of HK$0.01 each. During the year, the Company has issued 26,400,000 ordinary shares by means of full exercise of all outstanding share options which generated proceeds of HK$15.6 million. In May 2011, the disposal of its interest in one of its two Macau property projects and the related shareholder loan assignment generated HK$78.0 million (in aggregate). The Group was at a net cash position and hence the Group has no net debt as at 31 December 2011 and accordingly, the net gearing ratio is not applicable to the Group.

**Material acquisitions and disposals of investments**

In May 2011, the Group disposed of its available-for-sale investments, being its entire equity interest in a wholly-owned subsidiary which held interest in one of its two Macau property projects, together with the related shareholder loan assignment, for a total cash consideration of HK$78.0 million.

Save as the above, the Group had no other material acquisitions or disposals of investments during the year under review.

**Significant capital expenditures**

Save for the purchase of property, plant and equipment for HK$4.7 million in the Cosmetic and Beauty segment, there were no significant capital expenditures for the year ended 31 December 2011.

**Details of charges on the Group's assets**

The Group's buildings and prepaid land lease payments with net book values of HK$15.7 million and HK$4.7 million, respectively, were pledged to secure general banking facilities granted to the Group.

**Contingent liabilities**

The Group had no material contingent liabilities as at 31 December 2011.

**Foreign exchange exposure**

During the year under review, since the Group generated most of its revenue from sale of goods and provision of service in Hong Kong and the PRC, the proceeds of which were denominated either in Hong Kong dollars or Renminbi, and the Group's payments for purchases of materials and salaries were either made in Hong Kong dollars, Renminbi, or Hong Kong dollars pegged currencies, the Group has not entered into any transactions for hedging purposes and the Group's foreign currency exposure is minimal. The Group monitors its exposure to foreign currency risk and will consider hedging such risk if necessary.

**Employees**

As at 31 December 2011, the Group had 453 employees. Employees receive competitive remuneration packages including salary and medical benefits. Key staff may also be entitled to performance bonus and share options.

## 3. INDEBTEDNESS

As at the close of business on 30 June 2013, being the latest practicable date for this indebtedness statement prior to the printing of this circular, the Enlarged Group had (i) outstanding interest-bearing borrowings of approximately HK$1,435.3 million (of which HK$10.1 million and HK$70.2 million were loans due to Jinchuan Group and Jinchuan HK, respectively), HK$1,056.5 million out of which were secured and/or guaranteed; (ii) amount due to the Seller by the Target Company of approximately HK$7,221.0 million, being the Sale Loans; and (iii) finance lease payable of HK$0.1 million.

Save as disclosed aforesaid, and apart from the intra-group liabilities and normal trade debts payable, the Enlarged Group did not have any outstanding mortgages, charges, debentures, loan capital or overdraft, or other similar indebtedness, liabilities under acceptances or acceptance credits or any guarantees or other material contingent liabilities as at 30 June 2013.

## 4. WORKING CAPITAL STATEMENT

The Directors are of the opinion that, in the absence of unforeseeable circumstances and after taking into account the Enlarged Group's present internal resources and available banking facilities, the Enlarged Group has sufficient working capital for its present requirements for at least the next 12 months from the date of this circular.

## 5. FINANCIAL AND TRADING PROSPECTS

As we progress into 2013, the Enlarged Group will continue to follow the strategic path to become Jinchuan Group's flagship for undertaking overseas mining and mineral resources operations. We will focus on boosting our international trade business of the Minerals and Metals by cementing relationships with our existing network of overseas suppliers as well as expanding our customer portfolio by making strategic moves in the development and selection of suppliers and customers.

With the weakening of global demand for commodities, prices of mineral and metal commodities have experienced a declining trend since the beginning of 2013 and this has limited the Group's turnover and profit margin for the six months ended 30 June 2013. Notwithstanding the challenging environment, we were still able to generate a moderate profit from our continuing operations and our management believes that the outlook of the metal and mineral trading business remains positive going forward. The Group will continue to source new customers and suppliers to expand the portfolio of our trading business and to strengthen our revenue-generating ability.

The Enlarged Group's next move is to explore actively possible acquisitions of overseas mining and mineral resources assets, in particular matured assets, in order to further expand our global footprints and this includes completing the Acquisition. Jinchuan Group's worldwide network and experience in the field of non-ferrous metals give the Enlarged Group a competitive advantage in due diligence and price negotiation when it comes to executing acquisition projects. The Enlarged Group will deploy specific strategies in such development with a longer term goal to transform the Group to a major international base metals mining group with large, high quality resources and reserves. The Group will utilise appropriate means and channels to raise equity and/or debt funding to support the Group in its pursuit for expansion of business and geographic coverage. The Enlarged Group is always on the outlook for quality assets that are aligned with its corporate strategy. However, other than the Acquisition, the Enlarged Group currently has not identified any specific acquisition as of the Latest Practicable Date.

Upon Completion, the Metorex Group's financial performance and results will be consolidated with the Group's financial performance and results and therefore the Enlarged Group's financial and trading prospects will be influenced to a large extent by the results from the Ruashi Mine and the Chibuluma South Mine which are in turn determined by production volumes, commodity prices and operating costs. Since the commissioning of the leased diesel powered generators in February 2013, copper and cobalt production has improved significantly and can be expected to stabilise at these improved levels into the future although operating costs are expected to increase as a result of the use of diesel powered generators. Monthly copper production from the Chibuluma South Mine is expected to remain stable in 2013 and 2014. The Enlarged Group will target to complete the Lubembe Project and Musonoi Est Project feasibility studies during 2013 and 2014 which could add further production to the Enlarged Group's production profile if developed.

## 1. INTRODUCTION TO THE UNAUDITED PRO FORMA FINANCIAL INFORMATION OF THE ENLARGED GROUP

### A. INTRODUCTION

Pursuant to the Acquisition Agreement as set out in the Circular, the Group has conditionally agreed to acquire the entire issued share capital of the Target Company and all shareholder's loans outstanding by the Target Company (the "Acquisition") at a consideration of US$1,290.0 million (equivalent to approximately HK$10,062.0 million).

According to the Acquisition Agreement, the consideration is to be satisfied as to (i) through the allotment of 1,595,880,000 Consideration Shares of HK$0.01 each at an issue price of HK$1.00 per Consideration Share; and (ii) the issue of the perpetual subordinated convertible securities ("PSCS") of US$1,085.4 million (equivalent to approximately HK$8,466.1 million) (equivalent to 8,466,120,000 Conversion Shares) at an initial conversion price of HK$1.00 per Conversion Share.

The unaudited pro forma financial information of the Enlarged Group (the "Unaudited Pro Forma Financial Information") has been prepared by the directors of the Company in accordance with paragraph 29 of Chapter 4 of the Rules Governing the Listing of Securities on The Stock Exchange of Hong Kong Limited for the purpose of illustrating the effects of the Acquisition as if the Acquisition had taken place on 30 June 2013 in the case of the unaudited pro forma condensed consolidated statement of financial position of the Enlarged Group and on 1 January 2013 in the case of the unaudited pro forma condensed consolidated statement of profit or loss and other comprehensive income and statement of cash flows of the Enlarged Group.

The preparation of the unaudited pro forma condensed consolidated statement of financial position of the Enlarged Group is based on (i) the unaudited condensed consolidated statement of financial position of the Group as at 30 June 2013 which has been extracted from the published interim report of the Company for the six months ended 30 June 2013; and (ii) the audited consolidated statement of financial position of the Target Group as at 30 June 2013 as extracted from the accountants' report on the Target Group for the period from 30 November 2011 (date of incorporation) to 31 December 2011, the year ended 31 December 2012 and the six months ended 30 June 2013 as set out in Appendix I to this circular, after making pro forma adjustments relating to the Acquisition that are (i) directly attributable to the Acquisition; and (ii) factually supportable, as if the Acquisition had been completed on 30 June 2013.

The preparation of the unaudited pro forma condensed consolidated statement of profit or loss and other comprehensive income and statement of cash flows of the Enlarged Group is based on (i) the unaudited condensed consolidated statement of profit or loss and other comprehensive income and the unaudited condensed consolidated statement of cash flows of the Group for the six months ended 30 June 2013 which have been extracted from the published interim report of the Company for the six months ended 30 June 2013; and (ii) the audited consolidated statement of profit or loss and other comprehensive income and the audited consolidated statement of cash flows of the Target Group for the six months ended 30 June 2013 as extracted from the accountants' report on the Target Group for the period from 30 November 2011 (date of incorporation) to 31 December 2011, the year ended 31 December 2012 and the six months ended 30 June 2013 as set out in Appendix I to this circular, after making pro forma adjustments relating to the Acquisition that are (i) directly attributable to the Acquisition; and (ii) factually supportable, as if the Acquisition had been completed on 1 January 2013.

The Unaudited Pro Forma Financial Information is based on a number of assumptions, estimates and uncertainties. The Unaudited Pro Forma Financial Information does not purport to describe (i) the actual financial position of the Enlarged Group that would have been attained had the Acquisition been completed on 30 June 2013; and (ii) the actual results and cash flows of the Enlarged Group that would have been attained had the Acquisition been completed on 1 January 2013. The Unaudited Pro Forma Financial Information does not purport to predict the future financial position, results and cash flows of the Enlarged Group.

The Unaudited Pro Forma Financial Information should be read in conjunction with the historical financial information of the Group as set out in the published interim report of the Company for the six months ended 30 June 2013 and other financial information included elsewhere in this circular.

## B. UNAUDITED PRO FORMA CONDENSED CONSOLIDATED STATEMENT OF FINANCIAL POSITION OF THE ENLARGED GROUP AS AT 30 JUNE 2013

| | The Group as at 30 June 2013 | The Target Group as at 30 June 2013 | Pro forma adjustments | | | The Enlarged Group |
|---|---|---|---|---|---|---|
| | *HK$'000* | *HK$'000* | *HK$'000* | *HK$'000* | *HK$'000* | *HK$'000* |
| | | *Note a* | *Note b* | *Note c* | *Note d* | |
| Non-current assets | | | | | | |
| Property, plant and equipment | 714 | 5,114,803 | | | | 5,115,517 |
| Mineral rights and assets | – | 6,816,319 | | | | 6,816,319 |
| Exploration and evaluation assets | – | 2,142,387 | | | | 2,142,387 |
| Investments in subsidiaries | – | – | 13,986,179 | | (13,986,179) | – |
| Other non-current assets | – | 209,890 | | | | 209,890 |
| | 714 | 14,283,399 | | | | 14,284,113 |
| Current assets | | | | | | |
| Derivative financial instruments | 38,166 | 6,724 | | | | 44,890 |
| Inventories | – | 500,916 | | | | 500,916 |
| Trade and other receivables | 1,354,117 | 429,335 | | | | 1,783,452 |
| Due from fellow subsidiaries | – | 249 | | | | 249 |
| Restricted cash deposits | 2,058 | – | | | | 2,058 |
| Bank balances and cash | 271,163 | 127,546 | | (12,364) | | 386,345 |
| | 1,665,504 | 1,064,770 | | | | 2,717,910 |

Case 1:16-cr-00515-NGG-LB Document 93-7 Filed 05/01/20 Page 392 of 811 PageID #: 5637



| | The Group as at 30 June 2013 | The Target Group as at 30 June 2013 | Pro forma adjustments | | | The Enlarged Group |
|---|---|---|---|---|---|---|
| | *HK$'000* | *HK$'000* | *HK$'000* | *HK$'000* | *HK$'000* | *HK$'000* |
| | | *Note a* | *Note b* | *Note c* | *Note d* | |
| Current liabilities | | | | | | |
| Derivative financial instruments | 42,504 | 1,919 | | | | 44,423 |
| Trade and other payables | 199,469 | 483,116 | | | | 682,585 |
| Interest-bearing borrowings | 651,341 | 662,267 | | | | 1,313,608 |
| Short-term provisions | – | 38,821 | | | | 38,821 |
| Tax payable | 6,257 | 39,835 | | | | 46,092 |
| Finance lease payables | 26 | – | | | | 26 |
| Amount due to immediate holding company | – | 7,221,029 | | | (7,221,029) | – |
| | 899,597 | 8,446,987 | | | | 2,125,555 |
| Net current assets (liabilities) | 765,907 | (7,382,217) | | | | 592,355 |
| Total assets less current liabilities | 766,621 | 6,901,182 | | | | 14,876,468 |
| Non-current liabilities | | | | | | |
| Interest-bearing borrowings | – | 121,680 | | | | 121,680 |
| Long-term provisions | – | 156,312 | | | | 156,312 |
| Finance lease payables | 39 | – | | | | 39 |
| Deferred tax liabilities | – | 3,582,290 | | | | 3,582,290 |
| | 39 | 3,860,282 | | | | 3,860,321 |
| Net assets | 766,582 | 3,040,900 | | | | 11,016,147 |
| Capital and reserves | | | | | | |
| Share capital | 27,549 | – | 15,958 | | | 43,507 |
| Perpetual subordinated convertible securities | – | – | 11,767,906 | | | 11,767,906 |
| Reserves | 739,033 | 1,448,725 | 2,202,315 | (12,364) | (6,765,150) | (2,387,441) |
| Equity attributable to owners of the Company | 766,582 | 1,448,725 | | | | 9,423,972 |
| Non-controlling interests | – | 1,592,175 | | | | 1,592,175 |
| Total equity | 766,582 | 3,040,900 | | | | 11,016,147 |

## C. UNAUDITED PRO FORMA CONDENSED CONSOLIDATED STATEMENT OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME OF THE ENLARGED GROUP FOR THE SIX MONTHS ENDED 30 JUNE 2013

| | The Group for the six months ended 30 June 2013 *HK$'000* | The Target Group for the six months ended 30 June 2013 *HK$'000* *Note a* | Pro forma adjustment *HK$'000* *Note c* | The Enlarged Group *HK$'000* |
|---|---|---|---|---|
| CONTINUING OPERATIONS | | | | |
| Revenue | 1,147,451 | 1,584,063 | | 2,731,514 |
| Cost of sales | (1,113,566) | – | | (1,113,566) |
| Realisation costs | – | (191,467) | | (191,467) |
| Cost of production | – | (1,189,414) | | (1,189,414) |
| Gross profit/mining profit | 33,885 | 203,182 | | 237,067 |
| Other income | 882 | 1,802 | | 2,684 |
| Other gains, losses and expenses | 14,320 | 1,162,793 | (12,364) | 1,164,749 |
| Selling and distribution costs | (1,362) | – | | (1,362) |
| Administrative expenses | (7,471) | – | | (7,471) |
| Other expenses | (15,377) | – | | (15,377) |
| Finance costs | (6,917) | (17,511) | | (24,428) |
| Profit before taxation | 17,960 | 1,350,266 | | 1,355,862 |
| Income tax expense | (4,257) | (65,442) | | (69,699) |
| Profit for the period from continuing operations | 13,703 | 1,284,824 | | 1,286,163 |
| DISCONTINUED OPERATIONS | | | | |
| Profit (loss) for the period from discontinued operations | 21,887 | (71) | | 21,816 |
| Profit for the period | 35,590 | 1,284,753 | | 1,307,979 |
| Other comprehensive expense | | | | |
| Item that may be reclassified subsequently to profit or loss: | | | | |
| Exchange differences on translation of foreign operations | (79) | (155,969) | | (156,048) |
| Exchange reserve released upon disposal of subsidiaries | (18,047) | – | | (18,047) |
| Fair value change on cash flow hedges, net of income tax | – | (647) | | (647) |
| Total comprehensive income for the period | 17,464 | 1,128,137 | | 1,133,237 |
| Profit (loss) for the period attributable to: | | | | |
| Owners of the Company | | | | |
| – from continuing operations | 13,703 | 1,259,365 | (12,364) | 1,260,704 |
| – from discontinuing operations | 21,887 | (71) | | 21,816 |
| | 35,590 | 1,259,294 | | 1,282,520 |
| Profit for the period attributable to: | | | | |
| Non-controlling interests | | | | |
| – from continuing operations | – | 25,459 | | 25,459 |
| – from discontinued operations | – | – | | – |
| | – | 25,459 | | 25,459 |
| | 35,590 | 1,284,753 | | 1,307,979 |
| Total comprehensive income attributable to: | | | | |
| Owners of the Company | 17,464 | 1,102,998 | (12,364) | 1,108,098 |
| Non-controlling interests | – | 25,139 | | 25,139 |
| | 17,464 | 1,128,137 | | 1,133,237 |

## D. UNAUDITED PRO FORMA CONDENSED CONSOLIDATED STATEMENT OF CASH FLOWS OF THE ENLARGED GROUP FOR THE SIX MONTHS ENDED 30 JUNE 2013

| | The Group for the six months ended 30 June 2013 | The Target Group for the six months ended 30 June 2013 | Pro forma adjustment | The Enlarged Group |
|---|---|---|---|---|
| | *HK$'000* | *HK$'000* | *HK$'000* | *HK$'000* |
| | | *Note a* | *Note c* | |
| NET CASH (USED IN) FROM OPERATING ACTIVITIES | (694,307) | 235,943 | (12,364) | (470,728) |
| INVESTING ACTIVITIES | | | | |
| Interest received | 882 | 1,802 | | 2,684 |
| Purchases of property, plant and equipment and mining rights and assets | (1,596) | (341,765) | | (343,361) |
| Net cash inflow from disposal of subsidiaries | 12,243 | – | | 12,243 |
| Decrease in other long term assets | – | 2,901 | | 2,901 |
| Proceeds from disposal of property, plant and equipment and mineral rights and assets | 813 | 2,847 | | 3,660 |
| NET CASH FROM (USED IN) INVESTING ACTIVITIES | 12,342 | (334,215) | | (321,873) |
| FINANCING ACTIVITIES | | | | |
| New borrowings raised | 761,725 | 146,437 | | 908,162 |
| Repayment of borrowings | (110,384) | (186,038) | | (296,422) |
| Repayment of obligations under finance lease | (104) | – | | (104) |
| Interest paid | – | (17,511) | | (17,511) |
| Dividends paid to non-controlling shareholders of a subsidiary | – | (3,042) | | (3,042) |
| NET CASH FROM (USED IN) FINANCING ACTIVITIES | 651,237 | (60,154) | | 591,083 |
| NET DECREASE IN CASH AND CASH EQUIVALENTS | (30,728) | (158,426) | | (201,518) |
| Cash and cash equivalents at beginning of period | 300,096 | 285,972 | | 586,068 |
| Effect of foreign exchange rate changes | 1,795 | – | | 1,795 |
| CASH AND CASH EQUIVALENTS AT END OF PERIOD, representing bank balances and cash | 271,163 | 127,546 | | 386,345 |

*Notes:*

(a) The audited consolidated statement of financial position, the audited consolidated statement of profit or loss and other comprehensive income and the audited consolidated statement of cash flows of the Target Group, which have been presented in US$ in the accountants' report on the Target Group as set out in Appendix I to this ciruclar, are translated to Hong Kong dollars at the conversion exchange rate of US$1 to HK$7.8. No representation is made that US$ denominated amounts have been, could have been or could be converted to HK$, or vice versa, at the rate applied or at any other rates or at all.

(b) The adjustment represents the total consideration for the Acquisition, to be satisfied by; (i) the allotment of 1,595,880,000 Consideration Shares of HK$0.01 each at an issue price of HK$1.00 per Consideration Share; and (ii) the issue of 8,466,120,000 Conversion Shares upon the conversion of the PSCS at the initial conversion price of HK$1.00 per Conversion Share.

The PSCS Holders have no right to require redemption of any outstanding principal amount of the PSCS but the Company has the right at its discretion to redeem any principal amount of the PSCS at its face value. The PSCS meets the definition of equity under International Accounting Standard 32 "Financial Instruments: Presentation" and therefore is accounted for as equity of the Company. For the purpose of the unaudited pro forma condensed consolidated statement of financial position of the Enlarged Group, the fair value of each Consideration Share and each Conversion Share as at the date of completion is assumed to be HK$1.39 which represents the fair value of the Company's each share as at 30 June 2013. The fair values of the Consideration Shares and PSCS to be issued at the date of completion may be substantially different from their fair values used in preparing the Unaudited Pro Forma Financial Information, the amounts of the consideration and, accordingly, the amount of merger reserve at the completion date may be different from the amounts presented above and the difference may be significant.

This adjustment is not expected to have continuing effect on the Enlarged Group's consolidated statement of profit or loss and other comprehensive income and consolidated statement of cash flows.

(c) The adjustment represents the estimated professional fees attributable to the Acquisition of approximately HK$12,364,000, which will be recognised in profit or loss and as a payable upon completion of the Acquisition. The total estimated professional fees amounted to HK$33,905,000, HK$21,541,000 of which have been recognised in profit or loss. This adjustment is not expected to have a continuing effect on the Enlarged Group's consolidated statement of profit or loss and other comprehensive income and consolidated statement of cash flows.

(d) Pursuant to the Acquisition Agreement, the Group has conditionally agreed to acquire the entire issued share capital of the Target Company and all shareholder's loans outstanding by the Target Company. Upon completion of the Acquisition, the assets and liabilities of the Target Group will be accounted for in the consolidated financial statements of the Enlarged Group using the merger accounting as the Company and the Target Company are both under the control of 金川集團股份有限公司, ultimate holding company of the Company and the Target Company, before and after the date of acquisition, and that control is not transitory. The adjustment represents the recognition of deemed contribution from the ultimate holding company of the Company under merger accounting, representing the differences amongst the investment cost in the Target Company as stated in Note b above, the share capital of the Target Company and all shareholder's loans outstanding by the Target Company.

(e) For the purpose of the preparation of the Unaudited Pro Forma Financial Information, no impairment is identified by the directors of the Company on the assets acquired by the Company upon completion of the Acquisition as there is no indicator of impairment under IAS 36 "Impairment of Assets" and IFRS 6 "Exploration for and Evaluation of Mineral Resources". After completion of the Acquisition, in preparation of the consolidated financial statements of the Group for the next financial year, the Group will perform impairment review in accordance with the requirements of IAS 36 "Impairment of Assets" and IFRS 6 "Exploration for and Evaluation of Mineral Resources" whenever there is impairment indicator.

(f) No adjustment has been made to reflect any trading results or other transactions of the Enlarged Group entered into subsequent to 30 June 2013.

## 2. INDEPENDENT REPORTING ACCOUNTANTS' ASSURANCE REPORT ON THE COMPILATION OF PRO FORMA FINANCIAL INFORMATION OF THE ENLARGED GROUP

*The following is the text of a report, prepared for the sole purpose of inclusion in this circular, received from the reporting accountants of Jinchuan Group International Resources Co. Ltd, Deloitte Touche Tohmatsu, Certified Public Accountants in respect of the unaudited pro forma financial information.*

Deloitte.
德勤

德勤•關黃陳方會計師行
香港金鐘道88號
太古廣場一座35樓

Deloitte Touche Tohmatsu
35/F One Pacific Place
88 Queensway
Hong Kong

## INDEPENDENT REPORTING ACCOUNTANTS' ASSURANCE REPORT ON THE COMPILATION OF PRO FORMA FINANCIAL INFORMATION OF THE ENLARGED GROUP

**TO THE DIRECTORS OF JINCHUAN GROUP INTERNATIONAL RESOURCES CO. LTD**

We have completed our assurance engagement to report on the compilation of pro forma financial information of Jinchuan Group International Resources Co. Ltd (the "Company") and its subsidiaries (hereinafter collectively referred to as the "Group") by the directors of the Company (the "Directors") for illustrative purposes only. The pro forma financial information consists of the pro forma condensed consolidated statement of financial position as at 30 June 2013, the pro forma condensed consolidated statement of profit or loss and other comprehensive income for the six months ended 30 June 2013, the pro forma condensed consolidated statement of cash flows for the six months ended 30 June 2013 and related notes as set out on pages IV-1 to IV-6 of the circular issued by the Company dated 30 August 2013 (the "Circular"). The applicable criteria on the basis of which the Directors have compiled the pro forma financial information are described on pages IV-1 to IV-6 of the Circular.

The pro forma financial information has been compiled by the Directors to illustrate the impact of the proposed acquisition of the entire issued share capital of Jin Rui Mining Investment Limited (the "Target Company") and all shareholder's loans outstanding by Target Company on the Group's financial position as at 30 June 2013 and the Group's financial performance and cash flows for the six months ended 30 June 2013 as if the transaction had taken place at 30 June 2013 and 1 January 2013 respectively. As part of this process, information about the Group's financial position, financial performance and cash flows has been extracted by the Directors from the Group's financial statements for the six months ended 30 June 2013, on which no review report has been published.

### Directors' Responsibilities for the Pro Forma Financial Information

The Directors are responsible for compiling the pro forma financial information in accordance with paragraph 4.29 of the Rules Governing the Listing of Securities on The Stock Exchange of Hong Kong Limited (the "Listing Rules") and with reference to Accounting Guideline 7 Preparation of Pro Forma Financial Information for Inclusion in Investment Circulars ("AG 7") issued by the Hong Kong Institute of Certified Public Accountants ("HKICPA").

**Reporting Accountant's Responsibilities**

Our responsibility is to express an opinion, as required by paragraph 4.29(7) of the Listing Rules, on the pro forma financial information and to report our opinion to you. We do not accept any responsibility for any reports previously given by us on any financial information used in the compilation of the pro forma financial information beyond that owed to those to whom those reports were addressed by us at the dates of their issue.

We conducted our engagement in accordance with Hong Kong Standard on Assurance Engagements ("HKSAE") 3420 "Assurance Engagements to Report on the Compilation of Pro Forma Financial Information Included in a Prospectus" issued by the HKICPA. This standard requires that the reporting accountant comply with ethical requirements and plan and perform procedures to obtain reasonable assurance about whether the Directors have compiled the pro forma financial information in accordance with paragraph 4.29 of the Listing Rules and with reference to AG 7 issued by the HKICPA.

For purposes of this engagement, we are not responsible for updating or reissuing any reports or opinions on any historical financial information used in compiling the pro forma financial information, nor have we, in the course of this engagement, performed an audit or review of the financial information used in compiling the pro forma financial information.

The purpose of pro forma financial information included in an investment circular is solely to illustrate the impact of a significant event or transaction on unadjusted financial information of the Group as if the event had occurred or the transaction had been undertaken at an earlier date selected for purposes of the illustration. Accordingly, we do not provide any assurance that the actual outcome of the event or transaction at 30 June 2013 or 1 January 2013 would have been as presented.

A reasonable assurance engagement to report on whether the pro forma financial information has been properly compiled on the basis of the applicable criteria involves performing procedures to assess whether the applicable criteria used by the Directors in the compilation of the pro forma financial information provide a reasonable basis for presenting the significant effects directly attributable to the event or transaction, and to obtain sufficient appropriate evidence about whether:

- The related pro forma adjustments give appropriate effect to those criteria; and
- The pro forma financial information reflects the proper application of those adjustments to the unadjusted financial information.

The procedures selected depend on the reporting accountant's judgment, having regard to the reporting accountant's understanding of the nature of the Group, the event or transaction in respect of which the pro forma financial information has been compiled, and other relevant engagement circumstances.

The engagement also involves evaluating the overall presentation of the pro forma financial information.

We believe that the evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

**Opinion**

In our opinion:

(a) the pro forma financial information has been properly compiled on the basis stated;

(b) such basis is consistent with the accounting policies of the Group; and

(c) the adjustments are appropriate for the purposes of the pro forma financial information as disclosed pursuant to paragraph 4.29(1) of the Listing Rules.

**Deloitte Touche Tohmatsu**
*Certified Public Accountants*
Hong Kong
30 August 2013

# A COMPETENT PERSON'S REPORT AND VALUATION REPORT ON THE MINERAL ASSETS OF METOREX (PTY) LTD IN THE DEMOCRATIC REPUBLIC OF CONGO AND THE REPUBLIC OF ZAMBIA

**Prepared for**

## Jinchuan Group International Resources Co. Ltd





**Report Prepared by**

srk consulting

SRK Consulting (South Africa) (Pty) Ltd

Project Number 453459

30 August 2013

(Effective date: 30 June 2013)

# EXECUTIVE SUMMARY

[18.05(1), 18.09(2)(3), SV2.1]

## ES1 Introduction

SRK Consulting (South Africa) (Pty) Ltd ("**SRK**") is an associate company of the international group holding company, SRK Global Limited (the "**SRK Group**"). SRK has been commissioned by Jinchuan Group International Resources Co. Ltd ("**Jinchuan**", also referred to as the "**Company**") to prepare a Competent Person's Report ("**CPR**") and Competent Valuation Report (**"CVR**") on the operations and projects of Metorex (Pty) Ltd ("**Metorex**") in the Democratic Republic of Congo ("**DRC**") and Republic of Zambia ("**Zambia**") according to the requirements of Chapter 18 of the Rules Governing the Listing of Securities on the Stock Exchange of Hong Kong Limited (respectively the "**Listing Rules**" and the "**HKSE**"). Both the CPR and CVR have been consolidated into this single report (the "**CPVR**").

## ES2 Mineral Assets and Legal Status

[18.05(3), SV2.3]

Metorex is a private company registered in the Republic of South Africa and is a wholly-owned subsidiary of Jinchuan Group Company Limited. Metorex's interests in the operations and projects in the DRC and Zambia (collectively the "**Mineral Assets**") are as follows:

- Through its wholly-owned subsidiary Ruashi Holdings (Pty) Ltd ("**Ruashi Holdings**"), a 75% shareholding in Ruashi Mining sprl ("**Ruashi Mining**") near Lubumbashi in the DRC, which operates the Ruashi open pit mine producing Cu and Co (the "**Ruashi Mine**");
- An 85% shareholding in Chibuluma Mines plc ("**Chibuluma**"), near Kitwe in Zambia, which has the operating Chibuluma South underground mine producing Cu and the nearby Chifupu Project which forms part of the Chibuluma South licence. Chibuluma also holds a prospecting licence for the Chibuluma Central property;
- Through its effective stake in Kinsenda Copper Company sarl ("**KICC**"), a 77% shareholding in the Kinsenda Copper Project ("**Kinsenda**"), which is a brownfields underground mine under construction in the DRC;
- Via Ruashi Holdings and Ruashi Mining, an indirect 75% shareholding in the Musonoi Cu/Co Project ("**Musonoi**", also referred to as the Dilala East Project), near Kolwezi in the DRC, where a feasibility study is in progress; and
- Through its effective stake in KICC, a 77% shareholding in the Lubembe Copper Project ("**Lubembe**"), where a pre-feasibility study is in progress.

The title and rights to the Mineral Assets are summarised in Table ES1.

**Table ES1: Metorex – summary of mineral rights**

| Licence | Type of Title | Area (ha) | Valid from | Expiry Date | Commodity |
|---|---|---|---|---|---|
| **Ruashi** | | | | | |
| PE578 | Exploitation Permit | 900 | 26 Sep 2001 | 25 Sep 2021 | Cu, Co, base and precious metals |
| PE11751 | Exploitation Permit | 420 | 11 Dec 2009 | 10 Dec 2039 | Cu, Co, base and precious metals |
| **Chibuluma** | | | | | |
| 7064-HQ-LML Chibuluma West | Large-scale Mining Licence | 4 895 | 6 Oct 1997 | 5 Oct 2022 | Cu, Co, base and precious metals |
| 7065-HQ-LML Chibuluma South | Large-scale Mining Licence | 1 120 | 6 Oct 1997 | 5 Oct 2022 | Cu, Co, base and precious metals |
| 17314HQ-LPL Chibuluma Central | Large scale Prospecting licence | 9 300 | 1 Feb 2013 | 31 Jan 2015 | Cu, Co, Ni, Zn, Au |
| **Kinsenda** | | | | | |
| PE101 | Exploitation Permit | 4 928 | 6 Oct 2006 | 5 oct 2021 | Cu, Co, Pb, Ni, Pd, W |
| PE12458 | Exploitation Permit | 5 695 | 10 Mar 2012 | 9 Mar 2042 | Cu, Co, Ag, Ni, Pt, Au |
| **Musonoi** | | | | | |
| PE13083 | Exploitation Permit | 324 | 4 Dec 2012 | 3 Apr 2024 | Cu, Co, Ni and Au |
| Lubembe | | | | | |
| PE330 | Exploitation Permit | 2 338 | 29 Jan 2002 | 28 Jan 2017 | Cu, Co, Pb, Ni, Pd, W |

The Mineral Assets are located in the DRC and Zambia within the Central African Copperbelt.

## ES3 Overview of Mineral Assets

[18.05(3), SR1.2, SV2.3]

- **Ruashi Mine** – an open cast mine, processing approximately 1.4 Mtpa of RoM ore through a SX/EW processing plant, producing on average 38.5 ktpa of LME A-grade copper cathode and 4.5 ktpa of cobalt salt;
- **Chibuluma Mine** – an underground mine processing approximately 600 ktpa of RoM ore, producing a copper concentrate containing on average 16 ktpa of payable copper;
- **Kinsenda Project** – a brownfields underground project, which is planned to commence operations in 2015 at a processing rate of approximately 600 ktpa, producing sulphide and oxide concentrates which are expected to yield on average 24 ktpa of payable copper;
- **Musonoi Project** – a feasibility study for an underground mine is underway, scheduled to be completed in 2013. Planned plant feed is 70 ktpm, producing sulphide and oxide concentrates;
- **Lubembe Project** – a feasibility study for an open cast mine is underway, scheduled for completion in 2014. Planned plant feed through a SX/EW plant is 3.6 Mtpa, to produce LME-A grade copper cathode.

## ES4 Material Change Statement

[18.05(2), SV2.9]

Based on information provided by the Company, no material change has occurred since the Effective Date to the resource and reserve statements or the values for the Mineral Assets at the date of publication of this CPVR (the "**Publication Date**").

## ES5 Legal Claims or Proceedings

[18.05(4)]

SRK has been advised by the Company, its legal advisors and Metorex that there are no legal claims or proceedings which could influence Metorex's rights to explore and/or mine at the Mineral Assets.

## ES6 Requirement and Reporting Standard

[18.29(1)(c), 18.34(1)]

The reporting standard adopted for the reporting of the Mineral Resources and Mineral Reserves for the Mineral Assets is the 2007 Edition of "*The South African Code for the Reporting of Exploration Results, Mineral Resources and Mineral Reserves (The* ***SAMREC Code****)*" as prepared by the South African Mineral Resource Committee Working Group under the auspices of the Southern African Institute for Mining and Metallurgy ("**SAIMM**") and the Geological Society of South Africa ("**GSSA**"). The SAMREC Code is an international reporting code that is acceptable to the Listing Rules [Rule 18.29(1)(c)].

The reporting standard adopted for the reporting of the values for the Mineral Assets is the 2008 Edition of "*The South African Code for the Reporting of Mineral Asset Valuation (The* ***SAMVAL Code****)*", as prepared by the South African Mineral Asset Valuation Working Group under the auspices of the SAIMM and the GSSA. The SAMVAL Code is an international valuation code that is acceptable to the Listing Rules [Rule 18.34(1)].

## ES7 Reliance on SRK

[18.21, 18.23]

The CPVR is addressed to and may be relied upon by the Company, the Directors of the Company and the Company's various financial, legal and accounting advisors (the "**Advisors**") in support of the Proposed Transaction, specifically in respect of compliance with the requirements of the Listing Rules. SRK agrees that the CPVR may be made available to and relied upon by the Advisors.

SRK is responsible for the CPVR and for all the technical information in the circular released by the Company in connection with the Proposed Transaction and dated the same date as the CPVR (the "**Circular**") that has been extracted from this CPVR. SRK declares that it has taken all reasonable care to ensure that this CPVR and the technical information extracted from it and included in the Circular is, to the best of its knowledge, in accordance with the facts and contains no omission likely to affect its import.

SRK has no obligation or undertaking to advise any person of any development in relation to the Mineral Assets which comes to its attention after the date of the CPVR or to review, revise or update the CPVR or opinion in respect of any such development occurring after the date of the CPVR.

The Competent Person (CP) with overall responsibility for the CPVR and who has reviewed the Mineral Reserve estimates as reported by Metorex, is Mr Roger Dixon PrEng (Engineering Council of SA), who is Chairman and Corporate Consultant with SRK. Mr Dixon holds a BSc(Hons) degree in mining and is a Honorary Life Fellow of the SAIMM, which is a "*Recognised Professional Organisation"* ("**RPO**") as defined in Chapter 18 of the Listing Rules. Mr Dixon is a mining engineer with 40 years' experience in the mining industry, specialising in engineering studies, due diligence audits and mine valuation, and has supervised numerous engineering studies and due diligence reviews in Southern Africa and internationally during the past 10 years. He has had specific experience in Cu and Cu/Co projects in Zambia and the DRC for more than 10 years.

The CP who has reviewed the Mineral Resource estimates as reported by Metorex, is Mr Victor Simposya PrSciNat (South African Council of Natural and Scientific Professionals), a Member of the SAIMM, and a Partner with SRK with 32 years' experience in the mining industry. Mr Simposya holds a BSc (Min.Sci.) degree in geology from the University of Zambia and a MSc (Mining) from Montana Tech in Butte, Montana. He is a resource geologist who specialises in orebody computer modelling and geostatistical modelling, and has undertaken numerous mineral resource estimations and audits in Southern Africa and internationally during the past 10 years. Mr Simposya has more than 30 years' experience of the geology and resource estimation of Cu/Co projects in the Zambian and DRC Copperbelt. For 18 of these, he was based at ZCCM's Nchanga operations.

The Competent Evaluator (as defined in Chapter 18 of the Listing Rules) is Mr Andrew McDonald, an Associate Consultant with SRK holding a MSc degree in Geophysics (cum laude) from the University of the Witwatersrand and a MBL from UNISA. He is a registered Chartered Engineer (Engineering Council of UK, Reg. No. 334897) through the Institution of Materials, Minerals and Mining ("**IoM$^3$**") in London and is a Fellow of the SAIMM, both RPOs in terms of Chapter 18 of the Listing Rules. He has 39 years of diverse experience in a range of management, technical and financial activities in mining and light industrial industries, the past 18 of which have been involved in the fields of feasibility studies, due-diligence audits, financial evaluation and regulatory reporting for mineral projects throughout Africa and other international locations. He has undertaken numerous mineral property and project technical valuations during the past 14 years, specifically on Cu and Cu/Co projects in Zambia and the DRC since 2002.

SRK confirms that the presentation of information contained elsewhere in the Circular which relates to information in the CPVR is accurate, balanced and not inconsistent with the CPVR.

SRK believes that its opinion must be considered as a whole and selecting portions of the analysis or factors considered by it, without considering all factors and analyses together, could create a misleading view of the process underlying the opinions presented in this CPVR. The preparation of a CPVR is a complex process and does not lend itself to partial analysis or summary.

While SRK has exercised due care in reviewing the supplied information, SRK does not accept responsibility for finding any errors or omissions contained therein and disclaims liability for any consequences of such errors and omissions. SRK's assessment of the Mineral Resources and Mineral Reserves, TEP forecasts and Chapter 18 Value for the Mineral Assets is based on information provided by the Company and Metorex throughout the course of SRK's investigations, which in turn reflect various technical-economic conditions prevailing at the date of the CPVR. In particular, the Mineral Reserves, TEPs and Chapter 18 Value for the Mineral Assets are based on commodity prices and exchange rates prevailing at the Effective Date of this CPVR. These TEPs can change significantly over short periods of time.

This report includes technical information, which requires subsequent calculations to derive subtotals, totals and weighted averages. Such calculations may involve a degree of rounding and consequently introduce an error. Where such errors occur, SRK does not consider them to be material.

## ES8 Independence

[18.22]

SRK will be paid a fee for this work at commercial rates in accordance with normal professional consulting practice. Payment of fees is in no way contingent upon the conclusions to be reached in the CPVR.

## ES9 Effective Date and Valuation Date

[18.12, SR1.1(ii), SR1.1A(iii), SV2.9]

The effective date of the CPVR is 30 June 2013 (the "**Effective Date**"), which is co-incident with the Valuation Date.

The Mineral Resource and Mineral Reserve statements set out in this CPVR are reported as at 30 June 2013 and represent the resources and reserves at 30 June 2013 as audited by SRK.

The associated life-of-mine ("**LoM**") plans and associated technical and economic parameters ("**TEPs**") included in the LoM plans all commence on 1 July 2013.

## ES10 Review Process

SRK has conducted a review (which specifically excludes independent verification by means of re-calculation) and assessment of all material technical issues likely to influence the future performance of the operating mines and development projects and the resulting TEPs, which includes the following:

- Inspection visits to the operations of Ruashi and Chibuluma and the development project of Kinsenda conducted during Q4 2012 and to the Musonoi and Lubembe projects in July 2013;
- Enquiry of key mine management and head office personnel during October 2012 to July 2013 in respect of the Mineral Assets, the resource and reserves statements, the LoM plans, the TEPs and other related matters;
- Examination of historical information for Ruashi and Chibuluma for the financial reporting periods ended 31 December 2010 (referred to as "**F2010**"), 31 December 2011 ("**F2011**"), 31 December 2012 ("**F2012**") and the six months from January to June 2013 ("**H1-F2013**")
- A review of the resource and reserve statements for the Mineral Assets. Whilst SRK has not re-estimated the Mineral Resources and Mineral Reserves, SRK has performed all necessary validation and verification procedures deemed appropriate to place reliance on such information;
- Reporting of the Mineral Resource and Mineral Reserve Statements based on the resources and reserves information provided by Metorex as at 30 June 2013;
- Examination, review and where appropriate modification of TEPs drawn from technical studies and LoM plans for the Mineral Assets, and all conclusions and recommendations drawn therefrom;
- Assessment of the reasonableness of the macro-economic and commodity price assumptions incorporated into the Mineral Resource and Mineral Reserve Statements, the TEPs and values for the Mineral Assets.

SRK confirms that it has performed all validation and verification procedures deemed necessary and/or appropriate by SRK in order to place an appropriate level of reliance on the technical information provided by Metorex and the Company.

## ES11 Geology

[SR1.2A, SV2.5]

The Mineral Assets are located in the Central African Copperbelt, a strongly deformed, arcuate belt of rocks that extends from north-eastern Angola through southern DRC and into Zambia. The different nomenclature for the basal Roan Supergroup reflects not only the different geological history of the belt but also a lack of correlation across national boundaries. Consequently, two sub-types of stratiform, sediment-hosted copper ("**SSC**") deposits are distinguished in the rocks of the Central African Copper belt. These are divided on geographical lines into a northwest district in the DRC ("**Congolese Copper belt**") and a southeast district in Zambia ("**Zambian Copper belt**").

Mineralisation in both Zambia and the DRC is largely restricted to the Lower Roan Group, although vein style mineralisation is locally important higher in the succession (e.g. Kansanshi, Kipushi, Dikulushi).

Historically, mining at Ruashi focussed on near surface oxide copper in the form of malachite and chrysocolla mineralisation. The High Grade ("**HG**") oxides formed a 30 m to 60 m supergene mineralisation blanket in the saprolitic rock close to surface, overlying the primary sulphide ore bodies.

Mineralisation in the Chibuluma South orebody is predominantly Cu with very minor Co and is hosted in detrital conglomerates, sandstones and argillaceous siltstones of the Lower Roan Group.

Kinsenda is a copper only sulphide orebody consisting of predominantly chalcocite, bornite and chalcopyrite mineralisation hosted in detrital conglomerates, sandstones and argillaceous siltstones of the Lower Roan Group.

The mineralised zones at Musonoi consist of talc shales, breccias and siltstones forming part of the meta-sedimentary sequence. Copper and cobalt mineralisation is generally in the form of malachite and heterogenite/kolwezite in the oxide portion of the deposit and chalcocite, bornite and carrollite in the deeper sulphide zone. The depth of oxidation is approximately 220 m below surface.

Copper mineralisation at Lubembe occurs mainly as finely disseminated malachite with some azurite and chrysocolla, whilst cobalt mineralisation occurs as rare heterogenite. Within the sulphide zone (generally below 200 m), copper mineralisation is mainly in the form of finely disseminated chalcocite, with some chalcopyrite, minor bornite and pyrite.

## ES12 Mineral Resources and Mineral Reserves

[18.18, 18.19, 18.29(1)(c), SR1.1A(iii), SR8B(i), SV2.6]

Summaries of the Mineral Resources and Mineral Reserves for the various Mineral Assets, estimated and classified in accordance with the SAMREC Code at 30 June 2013, are set out in Table ES2 to Table ES6 below.

The Mineral Resources are quote inclusive of the Mineral Reserves.

**Table ES2: Ruashi Mine – SRK Audited Mineral Resources and Mineral Reserves at 30 June 2013 at 0.78% Cu or 0.62% Co cut-off**

| Resource Classification | Mineral Resources (@ 0.78% Cu or 0.62% Co cut-off) Tonnes (Mt) | Cu Grade (%) | Copper (kt) | Co Grade (%) | Cobalt (kt) | Reserve Classification | Mineral Reserves (@1.23% CuEq cut-off) Tonnes (Mt) | Cu Grade (%) | Copper (kt) | Co Grade (%) | Cobalt (kt) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Oxide Material** | | | | | | **Oxide Material (in LoM Plan)** | | | | | |
| Measured | 0.7 | 4.71 | 34.7 | 0.26 | 1.9 | Proved | 0.3 | 6.12 | 19.7 | 0.26 | 0.8 |
| Indicated | 15.7 | 2.22 | 348.3 | 0.37 | 57.4 | Probable | 12.7 | 2.59 | 329.7 | 0.46 | 58.5 |
| Inferred | 6.6 | 1.07 | 71.1 | 0.13 | 8.4 | | | | | | |
| **Total Oxide Resources** | **23.0** | **1.97** | **454.1** | **0.29** | **67.6** | **Total Reserves** | **13.1** | **2.68** | **349.4** | **0.45** | **59.3** |
| **Sulphides** | | | | | | | | | | | |
| Indicated | 2.9 | 1.78 | 51.7 | 0.44 | 12.8 | | | | | | |
| Inferred | 7.3 | 2.98 | 219.3 | 0.29 | 21.0 | | | | | | |
| **Total Sulphide Resources** | **10.3** | **2.64** | **270.9** | **0.33** | **33.8** | | | | | | |
| **Oxides + Sulphides Material** | | | | | | | | | | | |
| Measured | 0.7 | 4.71 | 34.70 | 0.26 | 1.90 | | | | | | |
| Indicated | 18.6 | 2.15 | 400.0 | 0.38 | 70.2 | | | | | | |
| Total Measured and Indicated | 19.3 | 2.25 | 434.7 | 0.37 | 72.1 | | | | | | |
| Inferred | 14.0 | 2.08 | 290.4 | 0.21 | 29.4 | | | | | | |
| **Total Mineral Resources** | **33.3** | **2.18** | **725.0** | **0.30** | **101.4** | **Total Mineral Reserves** | **13.1** | **2.68** | **349.4** | **0.45** | **59.3** |

**Table ES3: Chibuluma South including Chifupu – SRK Audited Mineral Resource and Mineral Reserve statement at 30 June 2013 at a 1% TCu cut-off**

| Classification | Mineral Resources Tonnes (Mt) | TCu grade (%) | Contained Cu (kt) | Classification | Mineral Reserves Tonnes (Mt) | TCu grade (%) | Contained Cu (kt) |
|---|---|---|---|---|---|---|---|
| **Chibuluma** | | | | **Chibuluma** | | | |
| Measured | 1.6 | 3.99 | 63.8 | Proved | 1.4 | 3.06 | 43.6 |
| Indicated | 1.2 | 4.34 | 52.0 | Probable | 0.9 | 3.95 | 35.4 |
| Inferred | 0.7 | 4.55 | 31.9 | | | | |
| **Sub-Total Chibuluma** | **3.5** | **4.22** | **147.7** | **Sub-Total Chibuluma** | **2.3** | **3.41** | **79.0** |
| **Chifupu underground** | | | | **Chifupu underground** | | | |
| Measured | | | | Proved | | | |
| Indicated | 1.3 | 2.68 | 34.8 | Probable | 1.1 | 2.12 | 22.4 |
| Inferred | 0.9 | 2.41 | 21.7 | | | | |
| **Sub-Total Chifupu** | **2.2** | **2.57** | **56.5** | **Sub-Total Chifupu** | **1.1** | **2.12** | **22.4** |
| **Total Chibuluma/Chifupu** | **5.7** | **3.58** | **204.2** | **Total Chibuluma/Chifupu** | **3.4** | **3.01** | **101.4** |

**Table ES4: Kinsenda – SRK Audited Mineral Resources and Mineral Reserves at 30 June 2013**

| Classification | Mineral Resources (1.5% Cu cut-off) Tonnes (Mt) | Cu grade (%) | Copper (kt) | Classification | Mineral Reserves (@ 3.5% Cu cut-off) Tonnes (Mt) | Cu grade (%) | Copper (kt) |
|---|---|---|---|---|---|---|---|
| Measured | 0.0 | 0.00 | 0.0 | Proved | | | |
| Indicated | 13.5 | 5.25 | 711.1 | Probable | 6.1 | 4.80 | 293.1 |
| Inferred | 7.5 | 5.96 | 445.6 | | | | |
| **Total Kinsenda** | **21.0** | **5.51** | **1 156.6** | **Total Kinsenda** | **6.1** | **4.80** | **293.1** |

**Table ES5: Musonoi Est – SRK Audited Mineral Resources for Dilala East at 30 June 2013 at a 1.6% Cu cut-off grade**

| Classification | Tonnage (Mt) | Cu grade (%) | Copper (kt) | Co grade (%) | Cobalt (kt) |
|---|---|---|---|---|---|
| **Measured** | 13.0 | 3.27 | 424.4 | 0.92 | 118.9 |
| **Indicated** | 13.9 | 2.36 | 328.2 | 0.92 | 127.2 |
| **Inferred** | 4.8 | 2.52 | 120.6 | 0.87 | 41.4 |
| Total | **31.7** | **2.76** | **873.2** | **0.91** | **287.6** |

**Table ES6: Lubembe – SRK Audited Mineral Resource Estimate at 30 June 2013 at 1.15% Cu cut-off**

| Resource classification | Tonnage (Mt) | % TCu | Cu metal contained, (kt) |
|---|---|---|---|
| Measured | - | - | - |
| Indicated | 54.0 | 1.88 | 1 015.8 |
| Inferred | 36.6 | 2.08 | 761.4 |
| **Total** | **90.6** | **1.96** | **1 777.2** |

Mineral Reserves represent the tonnes fed to the plant, at the reported head grade of the plant feed.

High level summaries of the Mineral Resources and Mineral Reserves at the Mineral Assets are set out in Tables ES7 and ES8 respectively.

**Table ES7: Metorex – Summary of Audited Mineral Resource Estimates at 30 June 2013**

| Classification | Tonnage (Mt) | Cu grade (%) | Copper (kt) | Co grade (%) | Cobalt (kt) |
|---|---|---|---|---|---|
| **Ruashi Mine** | | | | | |
| Measured | 0.7 | 4.71 | 34.70 | 0.26 | 1.90 |
| Indicated | 18.6 | 2.15 | 400.0 | 0.38 | 70.2 |
| Inferred | 14.0 | 2.08 | 290.4 | 0.21 | 29.4 |
| **Total Ruashi Mine** | **33.3** | **2.18** | **725.0** | **0.30** | **101.4** |
| **Chibuluma South Mine including Chifupu** | | | | | |
| Measured | 1.6 | 3.99 | 63.8 | | |
| Indicated | 2.5 | 3.47 | 86.8 | | |
| Inferred | 1.6 | 3.35 | 53.6 | | |
| **Total Chibuluma South (including Chifupu)** | **5.7** | **3.58** | **204.2** | | |
| **Kinsenda Project** | | | | | |
| Measured | 0.0 | 0.00 | 0.0 | | |
| Indicated | 13.5 | 5.25 | 711.1 | | |
| Inferred | 7.5 | 5.96 | 445.6 | | |
| **Total Kinsenda Project** | **21.0** | **5.51** | **1 156.6** | | |
| **Musonoi Project** | | | | | |
| Measured | 13.0 | 3.27 | 424.4 | 0.92 | 118.9 |
| Indicated | 13.9 | 2.36 | 328.2 | 0.92 | 127.2 |
| Inferred | 4.8 | 2.52 | 120.6 | 0.87 | 41.4 |
| **Total Musonoi Project** | **31.7** | **2.76** | **873.2** | **0.91** | **287.6** |
| **Lubembe Project** | | | | | |
| Measured | - | - | - | | |
| Indicated | 54.0 | 1.88 | 1 015.8 | | |
| Inferred | 36.6 | 2.08 | 761.4 | | |
| **Total Lubembe Project** | **90.6** | **1.96** | **1 777.2** | | |
| **Total Metorex** | | | | | |
| Measured | 15.3 | 3.41 | 522.9 | 0.79 | 120.8 |
| Indicated | 102.5 | 1.49 | 2 541.9 | 0.19 | 197.4 |
| Inferred | 64.5 | 2.59 | 1 671.5 | 0.11 | 70.8 |
| **Total Metorex Resources** | **182.3** | **2.04** | **4 736.3** | **0.21** | **388.9** |

**Table ES8: Metorex – Summary of Audited Mineral Reserve Estimates at 30 June 2013**

| Classification | Tonnage (Mt) | Cu grade (%) | Copper (kt) | Co grade (%) | Cobalt (kt) |
|---|---|---|---|---|---|
| **Ruashi Mine** | | | | | |
| Proved | 0.3 | 6.12 | 19.7 | 0.26 | 0.8 |
| Probable | 12.7 | 2.59 | 329.7 | 0.46 | 58.5 |
| **Total Ruashi Mine** | **13.05** | **2.68** | **349.4** | **0.45** | **59.3** |
| **Chibuluma South Mine including Chifupu** | | | | | |
| Proved | 1.4 | 3.06 | 43.6 | | |
| Probable | 1.9 | 2.96 | 57.8 | | |
| **Total Chibuluma South (including Chifupu)** | **3.4** | **3.01** | **101.4** | | |
| **Kinsenda Project** | | | | | |
| Proved | | | | | |
| Probable | 6.1 | 4.80 | 293.1 | | |
| **Total Kinsenda Project** | **6.1** | **4.80** | **293.1** | | |
| **Total Metorex** | | | | | |
| Proved | 1.7 | 3.63 | 63.4 | 0.05 | 0.8 |
| Probable | 20.8 | 3.27 | 680.6 | 0.28 | 58.5 |
| **Total Metorex Reserves** | **22.5** | **3.30** | **743.9** | **0.26** | **59.3** |

## ES13 Reconciliation of Mineral Resources and Mineral Reserves

[SR8B(iv), SR8C(vi)]

Previous Mineral Resource and Mineral Reserve statements for the Mineral Assets were published by Metorex in its Annual Report for 2011. A reconciliation of the changes from the Mineral Resources and Mineral Reserves at 31 December 2011 to 30 June 2013 is provided as follows:

- Ruashi Mine (Table ES9);

- Chibuluma Mine (Table ES10);
- Kinsenda (Table ES11);
- Musonoi (Table ES12);
- Lubembe (Table ES13).

**Table ES9: Ruashi – Mineral Resources and Mineral Reserves Reconciliation - 31 December 2011 to 30 June 2013**

| Item | At Jun 2013 Tonnes | Contained Metal | | At Dec 2011 Tonnes | Contained Metal | | Comments |
|---|---|---|---|---|---|---|---|
| | (Mt) | Cu (kt) | Co (kt) | (Mt) | Cu (kt) | Co (kt) | |
| **Mineral Reserves** | | | | | | | |
| Proved | 0.3 | 19.7 | 0.8 | 0.7 | 37.0 | 2.0 | 1) Mined 1.28 Mt in F2012 and 0.81 Mt in H1-F2013 |
| Probable | 12.7 | 329.7 | 58.5 | 14.6 | 407.0 | 64.0 | 2) Different cut-off grade |
| Total Min. Reserves | 13.1 | 349.4 | 59.3 | 15.3 | 444.0 | 66.0 | |
| **Mineral Resources** | | | | | | | |
| Measured | 0.7 | 34.7 | 1.9 | 1.0 | 46.3 | 2.6 | 1) Mined 1.28 Mt in F2012 and 0.81 Mt in H1-F2013 |
| Indicated | 18.6 | 400.0 | 70.2 | 25.5 | 562.4 | 99.4 | 2) Different cut-off grade |
| Inferred | 14.0 | 290.4 | 29.4 | 23.1 | 385.3 | 47.5 | 3) Deep drilling changed geological interpretation of sulphide extent |
| Total Min. Resources | 33.3 | 725.0 | 101.4 | 49.6 | 993.9 | 149.4 | |

**Table ES10: Chibuluma – Mineral Resources and Mineral Reserves Reconciliation - 31 December 2011 to 30 June 2013**

| Item | At Jun 2013 Tonnes | Contained Metal | At Dec 2011 Tonnes | Contained Metal | Comments |
|---|---|---|---|---|---|
| | (Mt) | Cu (kt) | (Mt) | Cu (kt) | |
| **Mineral Reserves** | | | | | |
| Proved | 1.4 | 43.6 | 1.7 | 61.0 | 1) Mined 0.56 Mt in F2012 and 0.27 Mt in H1-F2013 |
| Probable | 2.0 | 57.8 | 1.2 | 46.0 | 2) Chifupu reserves added |
| Total Min. Reserves | 3.4 | 101.4 | 2.9 | 107.0 | |
| **Mineral Resources** | | | | | |
| Measured | 1.6 | 63.8 | 3.9 | 141.9 | 1) Mined 0.56 Mt in F2012 and 0.27 Mt in H1-F2013 |
| Indicated | 2.5 | 86.8 | 2.3 | 87.1 | 2) Changed classification by SRK |
| Inferred | 1.6 | 53.6 | 0.4 | 10.0 | |
| Total Min. Resources | 5.7 | 204.2 | 6.6 | 239.0 | |

**Table ES11: Kinsenda – Mineral Resources and Mineral Reserves Reconciliation - 31 December 2011 to 30 June 2013**

| Item | At Jun 2013 Tonnes | Contained Metal | At Dec 2011 Tonnes | Contained Metal | Comments |
|---|---|---|---|---|---|
| | (Mt) | Cu (kt) | (Mt) | Cu (kt) | |
| **Mineral Reserves** | | | | | |
| Proved | | | | | |
| Probable | 6.1 | 293.1 | 9.1 | 412.0 | 1) Changed geological interpretation |
| Total Mineral Reserves | 6.1 | 293.1 | 9.1 | 412.0 | 2) Removal of Inferred Mineral Resources included in the LoM plan |
| **Mineral Resources** | | | | | |
| Measured | 0.0 | 0.0 | 0.0 | 0.0 | 1) Changed geological interpretation |
| Indicated | 13.5 | 711.1 | 29.7 | 905.2 | 2) Different cut-off grade |
| Inferred | 7.5 | 445.6 | 17.2 | 564.2 | |
| Total Min. Resources | 21.0 | 1 156.6 | 46.9 | 1 469.4 | |

**Table ES12: Musonoi - Mineral Resources and Mineral Reserves Reconciliation - 31 December 2011 to 30 June 2013**

| Item | At Jun 2013 Tonnes (Mt) | At Jun 2013 Contained Metal Cu (kt) | At Jun 2013 Contained Metal Co (kt) | At Dec 2011 Tonnes (Mt) | At Dec 2011 Contained Metal Cu (kt) | At Dec 2011 Contained Metal Co (kt) | Comments |
|---|---|---|---|---|---|---|---|
| **Mineral Reserves** | - | | | - | | | **None declared** |
| **Mineral Resources** | | | | | | | |
| Measured | 13.0 | 424.4 | 118.9 | 10.6 | 345.6 | 92.8 | 1) Additional drilling increased resource base |
| Indicated | 13.9 | 328.2 | 127.2 | 8.3 | 279.2 | 71.6 | 2) Different cut-off grade |
| Inferred | 4.8 | 120.6 | 41.4 | 3.5 | 111.1 | 32.0 | 3) Changed classification by SRK |
| Total Min. Resources | 31.7 | 873.2 | 287.6 | 22.5 | 735.9 | 196.4 | |

**Table ES13: Lubembe – Mineral Resources and Mineral Reserves Reconciliation - 31 December 2011 to 30 June 2013**

| Total Resources | At Jun 2013 Tonnes (Mt) | At Jun 2013 Contained Metal Cu (kt) | At Dec 2011 Tonnes (Mt) | At Dec 2011 Contained Metal Cu (kt) | Comments |
|---|---|---|---|---|---|
| **Mineral Reserves** | - | | - | | None declared |
| **Mineral Resources** | | | | | |
| Measured | 0.0 | 0.0 | 0.0 | 0.0 | 1) Different cut-off grade |
| Indicated | 54.0 | 1 015.8 | 56.5 | 1 039.6 | |
| Inferred | 36.6 | 761.4 | 36.6 | 761.4 | |
| Total Min. Resources | 90.6 | 1 777.2 | 93.1 | 1 800.9 | |

## ES14 Capital Expenditure

There are two main capital projects within the Mineral Assets during the first two and a half years, i.e. H2-F2013 to F2015. These relate to the establishment of the access and underground infrastructure for Chifupu (part of Chibuluma) and the establishment of an underground mine, plant and associated surface infrastructure at Kinsenda. The capital requirements for Chifupu and Kinsenda for H2-F2013 to F2015 are set out in Table ES14. Also included in Table ES14 are the capital expenditure budgets (in real terms) for Ruashi and Chibuluma (excluding Chifupu), which are aimed at improving the performance of existing plants, replacement of mining equipment and underground development (Chibuluma).

**Table ES14: Capital Expenditure (real terms)**

| Item | Units | H2-F2013 | F2014 | F2015 |
|---|---|---|---|---|
| **Capital Projects** | | | | |
| Chifupu project capital | (USDm) | 2.5 | 3.8 | 7.8 |
| Kinsenda project capital | (USDm) | 70.5 | 182.2 | 42.9 (1) |
| **Operating Mines** | | | | |
| Ruashi | (USDm) | 32.6 | 25.3 | 9.8 |
| Chibuluma (excl Chifupu) | (USDm) | 9.6 | 17.9 | 11.4 |

1. Excluding sustaining capital (or stay-in business capital) in Table 5.22.

## ES15 Operating Costs

The forecast operating costs (in real terms) for Ruashi, Chibuluma and Kinsenda are summarised in Tables ES15, ES16 and ES17 respectively.

**Table ES15: Ruashi Forecast Operating Cost (real terms)**

| Cost Item | Unit | H2-F2013 | F2014 |
|---|---|---|---|
| Mining - ore | (USDm) | 2.85 | 6.78 |
| Mining - waste | (USDm) | 3.46 | 21.63 |
| Mining - other | (USDm) | 5.97 | 11.47 |
| Ore rehandling costs | (USDm) | 1.41 | 2.82 |
| SX-EW process | (USDm) | 36.90 | 71.10 |
| SX-EW engineering | (USDm) | 5.69 | 11.44 |
| Co process | (USDm) | 18.27 | 33.16 |
| Co engineering | (USDm) | 0.39 | 0.79 |
| Operating Cost | (USDm) | 74.95 | 159.18 |
| General & Administration | | | |
| Salaries and wages | (USDm) | 15.63 | 28.99 |
| Administrative costs | (USDm) | 7.59 | 15.19 |
| Consulting fees | (USDm) | 1.86 | 5.03 |
| SHEC | (USDm) | 1.71 | 3.20 |
| Total Production Cost | (USDm) | 101.75 | 211.59 |
| Realisation/off-mine costs | (USDm) | 15.42 | 28.27 |
| Royalties | (USDm) | 8.57 | 17.27 |
| Social spend | (USDm) | 3.33 | 6.08 |
| **Cash Cost** | **(USDm)** | **129.06** | **263.22** |
| Unit cost | (USD/t RoM) | 121.23 | 104.23 |
| | (USD/t plant feed) | 183.29 | 186.81 |

**Table ES16: Chibuluma Forecast Operating Cost (real terms)**

| Cost Item | Unit | H2-F2013 | F2014 |
|---|---|---|---|
| Mining | (USDm) | 3.75 | 7.70 |
| Mining engineering | (USDm) | 4.44 | 8.84 |
| Transport costs - Chifupu ore | (USDm) | 0.00 | 0.05 |
| Processing | (USDm) | 3.32 | 6.96 |
| Surface engineering | (USDm) | 0.37 | 0.75 |
| Power | (USDm) | 1.03 | 2.06 |
| Operating Cost | (USDm) | 12.91 | 26.35 |
| General & Administration | | | |
| Salaries and wages | (USDm) | 8.13 | 16.26 |
| Administrative costs | (USDm) | 1.80 | 3.60 |
| Consulting fees | (USDm) | 1.24 | 2.47 |
| SHEC | (USDm) | 0.63 | 1.27 |
| Production Cost | (USDm) | 24.71 | 49.95 |
| Realisation/off-mine costs | (USDm) | 8.29 | 16.52 |
| Royalties | (USDm) | 4.52 | 9.00 |
| **Cash Cost** | **(USDm)** | 37.52 | 75.48 |
| Unit Cost | (USD/t RoM) | 133.40 | 134.57 |

It should be noted that production at Kinsenda only starts in F2015. Prior to this, there are effectively no operating costs while construction is underway as all costs are capitalised.

**Table ES17: Kinsenda Forecast Operating Cost (real terms)**

| Cost Item | Unit | F2015 | F2016 |
|---|---|---|---|
| Mining | (USDm) | 21.10 | 22.70 |
| Mineral processing | (USDm) | 7.52 | 9.04 |
| Operating Cost | (USDm) | 28.62 | 31.74 |
| General & Administration | | | |
| Salaries and wages | (USDm) | 14.15 | 14.15 |
| Administrative costs | (USDm) | 4.08 | 4.08 |
| Production Cost | (USDm) | 46.84 | 49.96 |
| Realisation/off-mine costs - sulphides | (USDm) | 27.40 | 32.76 |
| Realisation/off-mine costs - oxides | (USDm) | 5.21 | 6.30 |
| Royalties | (USDm) | 3.40 | 4.07 |
| **Cash Cost** | **(USDm)** | 82.85 | 93.10 |
| Units Cost | (USD/t RoM) | 163.73 | 153.11 |

## ES16 Environmental Liabilities

[18.05(6)(e), SR5.2]

The key environmental issues at the Mineral Assets are as follows:

- **Ruashi**:
  - Whilst Metorex has increased the financial provision for post-closure water treatment, the closure cost estimate may not adequately provide for long term water treatment, re-profiling of dumps, remediation of contaminated soil and enforcement of social costs related to community expectations;
  - Management of ground and surface water resources is a key environmental challenge facing the mine;
  - The lack of topsoil stockpiles for rehabilitation is a key environmental risk;
- **Chibuluma**:
  - Metorex may be liable for environmental damage at Chibuluma East not caused by Chibuluma, in which case the closure costs may be understated;
  - Whilst Metorex has increased the financial provision for post-closure water treatment, the possibility that on-going water treatment may be required in the post closure scenario and that closure liabilities may be greater that the provision suggested, remain a risk;
- **Kinsenda:**
  - Several of the mitigatable impacts identified by the Social Impact Assessment have the potential to become unacceptable if poorly managed;
  - The closure costs are not based on a definitive closure plan and SRK notes that no allowance was made for post closure decant of contaminated water;
- **Musonoi**:
  - Due to over 100 years of mining activity in the Kolwezi area, the area may have been impacted by a lowering of the water table or dust fall out from neighbouring mines. If not adequately defined, the closure cost for the project may be much higher than initially estimated. SRK understands that Metorex is busy with an environmental base line study;
  - The principal environmental issues relating to a new mine will be the potential impact on land use, biodiversity, water resources and air quality. Mitigation measures will be addressed in the Environmental Plan which is in progress;
- **Lubembe**:
  - Significant potential for environmental degradation and AMD;
  - Securing additional real estate for waste rock dump and tailings facilities;
  - A settlement of some 50 houses, comprising 400 to 500 people, will have to be relocated. A number of social risks are identified in the social scan report, many of them very typical for mining operations in the area and it is clear that expectation management, resettlement planning, especially in the light of the proximity of the residential area to the mine, and acceptable implementation of the Corporate Social Initiatives will be critical.

## ES17 Sufficiency of Rehabilitation Funding

[18.05(6)(d)]

Metorex reviews the closure cost estimates for the operations on an annual basis. SRK has reviewed these and adjusted the closure costs where appropriate.

The total environmental liabilities of the Mineral Assets amount to a total of USD84.8 million which are expended upon closure of the various mines. Of this, USD47.1 million is attributed to bio-physical closure and USD37.7 million is attributed to terminal benefits.

Metorex has a group-wide provision for post-closure water treatment of around USD5 million. In SRK's experience, this figure is likely to be considerably more. In the absence of any proper evaluation of the extent (quantities) and severity (pH or TDS) of water to be treated, SRK has in agreement with Metorex increased this provision for post closure water treatment to USD25 million for the group for evaluation purposes. The additional provision does not eliminate this risk, but it reduces the potential financial impact on the company significantly.

## ES18 Previous Valuations

[SV2.12]

Jinchuan Group Co. Ltd purchased Metorex for USD1.356 billion in July 2011. This was the value of the deal on the date the offer was made, rather than the actual price paid which decreased due to movement in the ZAR:USD exchange rate. This effectively represents a market value for Metorex in 2011 of this amount.

SRK is not aware of any other valuations of Metorex that have appeared in the public domain in the last two years.

## ES19 Chapter 18 Value

[18.30(3)]

The Chapter 18 Value for Metorex and the Mineral Assets on a sum-of-the-parts basis is presented in Table ES18.

In accordance with Chapter 18 of the Listing Rules, SRK has not included any consideration of Inferred Mineral Resources in determining the Chapter 18 Value for the Mineral Assets. The exclusion of these sources of potential value as well as the exclusion of a premium or discount relative to market, strategic or other consideration, means that the Chapter 18 Value does not reflect a Fair Market Value.

**Table ES18: Metorex Summary Value**

| Item | Selected Value (USDm) | Net Debt (USDm) | Metorex Loans (USDm) | Equity Value (USDm) | Metorex Interest (%) | Value to Metorex (USDm) |
|---|---|---|---|---|---|---|
| **Operations** | | | | | | |
| Ruashi | 577.2 | -41.7 | -215.8 | 319.7 | 75.0% | 455.6 |
| Chibuluma | 109.5 | -17.8 | 0.0 | 91.7 | 85.0% | 77.9 |
| Kinsenda | 174.0 | 0.0 | -174.0 | 0.0 | 77.0% | 174.0 |
| **Projects** | | | | | | |
| Musonoi | 311.0 | | | | 75.0% | 233.3 |
| Lubembe | 208.6 | | | | 77.0% | 160.6 |
| Ruashi Sulphides | 18.8 | | | | 75.0% | 14.1 |
| Sub-total | 1 3992.0 | | | | | 1 115.6 |
| **Adjustments** | | | | | | |
| Metorex Head Office | -26.7 | -9.0 (1) | | | | -35.7 |
| Hedge contracts - mark to market | | | | | | None in force |
| Musonoi Feasibility Study costs | | | | | | Incl in Ruashi capex |
| Lubembe Feasibility Study costs | -7.8 | | | | | -7.8 |
| Environmental liabilities | | | | | | included in cash flows |
| Terminal value of plant & equipment | | | | | | |
| Ruashi | 40.4 | | | | 75.0% | 30.3 |
| Chibuluma | 12.5 | | | | 85.0% | 10.6 |
| Kinsenda | 18.6 | | | | 77.0% | 14.3 |
| **Net Metorex Value** | | | | | | 1 127.3 |

1 Net cash on hand at 30 June 2013.

The net attributable Chapter 18 Value for the Mineral Assets on a sum-of-the-parts basis is estimated at USD1 127 million.

## ES20 Principal Risks and Opportunities

The principal technical risks which impact on the Mineral Resource statements and the Chapter 18 Value for Metorex and the Mineral Assets are summarised in Section 10.2 of this CPVR.

### Specific Risks

- Potential Water-related issues - the long-term dewatering and discharge requirements, extent of contamination of water and potential impact of dewatering on other water users;
- Potential for increased closure costs, especially the ongoing treatment of contaminated water after mine closure;
- Ban on the export of sulphide concentrates or increased export taxes;

- If Kinsenda (and Musonoi) is prevented from treating its sulphide concentrates at CCS, additional capital would have to be sourced to cater for a more complex plant design;
- Increased stockholding levels to cater for delays in delivery of diesel and plant consumables.

### Specific Opportunities

The principal opportunities with respect to the Mineral Assets are:

- Increase in Mineral Resources through exploration of open ended deposits and identification of new deposits;
- Power supply becomes more stable and reliable;
- Supply of $SO_2$ and acid improves;
- Increase in Mineral Reserves through upgrading of Inferred Mineral Resources and completion of technical studies which demonstrate that the treating of sulphide concentrates is both technically feasible and economically viable;
- Reduce the unknowns surrounding environmental closure liabilities by undertaking thorough surface and ground water investigations.

# Table of Contents


1 INTRODUCTION ..... 33
1.1 Background ..... 33
1.2 Corporate Structure of Metorex ..... 34
1.3 Terms of Reference ..... 35
1.4 Reporting Compliance, Reporting Standard and Reliance ..... 35
1.4.1 Reporting Compliance ..... 35
1.4.2 Reporting Standard ..... 36
1.4.3 Reliance ..... 36
1.5 Effective Date ..... 36
1.5.1 Material Change ..... 36
1.5.2 Legal Claims and Proceedings ..... 37
1.5.3 Sufficiency of Rehabilitation Funding ..... 37
1.5.4 Claims over land ..... 37
1.6 Verification and Validation ..... 37
1.7 Limitations, Reliance on Information, Declaration, Consent and Cautionary Statements ..... 38
1.7.1 Limitations ..... 38
1.7.2 Reliance on Information ..... 38
1.7.4 Consent ..... 39
1.7.5 Cautionary Statements ..... 39
1.7.6 Disclaimers and Cautionary Statements for US Investors ..... 39
1.8 Indemnities provided by the Company ..... 40
1.9 Qualifications of Consultants, Competent Persons and Competent Evaluator ..... 40
2 MARKET OVERVIEW AND COMMODITY PRICES ..... 42
2.1 Introduction ..... 42
2.2 Market Overview ..... 42
2.2.1 Supply and Demand for Copper ..... 42
2.2.2 Supply and Demand for Cobalt ..... 44
2.3 Commodity Prices ..... 45
2.3.1 Copper ..... 45
2.3.2 Cobalt ..... 45
2.3.3 Sulphuric Acid ..... 45
2.4 SRK Comments ..... 46
3 RUASHI MINE ..... 47
3.1 Introduction ..... 47
3.2 Location, Climate, Access and Infrastructure ..... 47
3.3 Mining History ..... 48
3.3.1 Historical Development of Ruashi Mine ..... 48
3.3.2 Historical Operating Statistics ..... 50
3.4 Title and Rights ..... 50
3.4.1 Mineral Rights ..... 50
3.4.2 Surface Rights ..... 50
3.4.3 Royalties ..... 51
3.5 Geology ..... 51
3.5.1 History of the Project Area ..... 51
3.5.2 Regional Geology ..... 51
3.5.3 Project Geology ..... 52
3.6 Mineral Resources and Mineral Reserves ..... 58
3.6.1 Data Quality and Quantity ..... 58
3.6.2 Sampling Method and Approach ..... 59

3.6.3 Sample analytical methods ... 61
3.6.4 Quality assurance and quality control ... 62
3.6.5 Bulk density and bulk tonnage data ... 66
3.6.6 Geological Modelling and Zones of Mineralisation ... 66
3.6.7 Mineral Resources estimation ... 66
3.6.8 Validation of estimates ... 68
3.6.9 Mineral Resources Classification ... 68
3.6.10 Cut-off grade determination for 2012 Mineral Resources Estimates ... 69
3.6.11 Audited Mineral Resources and Mineral Reserves ... 69
3.6.12 SRK Comments ... 71
3.6.13 Reconciliation of Mineral Resources and Reserves ... 75
3.7 Rock Engineering ... 75
3.7.1 Geotechnical design considerations ... 75
3.7.2 Risk issues and their mitigation ... 79
3.8 Hydrogeology and Hydrology ... 80
3.8.1 Baseline description ... 80
3.8.2 Numerical Groundwater Model ... 82
3.8.3 Legal Framework ... 83
3.8.4 Hydrogeological and Hydrological Risks ... 83
3.9 Mining ... 84
3.9.1 Introduction ... 84
3.9.2 Mining method and selectivity ... 84
3.9.3 Service infrastructure ... 84
3.9.4 Modifying factors and mining efficiencies ... 85
3.9.5 Mine Design and Planning ... 85
3.9.6 Development and Production Schedule ... 87
3.9.7 Mining Operation ... 89
3.9.8 Mining Equipment ... 89
3.9.9 Manpower ... 89
3.9.10 Capital and Operating Expenditure ... 89
3.9.11 Sulphide Project ... 90
3.9.12 SRK Comments ... 90
3.9.13 Risks and Opportunities ... 91
3.10 Mineral Processing ... 91
3.10.1 Metallurgical Testwork ... 91
3.10.2 Process Description ... 92
3.10.3 Plant Availability ... 99
3.10.4 Metallurgical Balance ... 99
3.10.5 Costs ... 101
3.10.6 SRK Comments ... 102
3.11 Tailings Storage Facilities ... 103
3.11.1 Introduction ... 103
3.11.2 Geometry ... 104
3.11.3 Slurry Pipelines ... 104
3.11.4 Capacity and Rate of Rise ... 104
3.11.5 Seepage ... 104
3.11.6 Rehabilitation ... 104
3.11.7 Water management ... 104
3.11.8 Basin Management ... 105
3.11.9 Stability Analysis ... 105
3.11.10 Return Water Dam ... 105
3.11.11 Capital and Operating Costs ... 105
3.11.12 SRK Comments ... 106

3.12 Infrastructure and Engineering ... 106
3.12.1 Electrical Infrastructure ... 106
3.12.2 Bulk water supplies ... 108
3.12.3 Surface Infrastructure ... 108
3.12.4 Engineering maintenance planning ... 108
3.12.5 Open cast mining operations ... 109
3.12.6 Processing scheduled plant maintenance ... 109
3.12.7 Capital and Operating Costs ... 110
3.12.8 Conclusions ... 110
3.13 Logistics ... 111
3.14 Human Resources ... 111
3.14.1 Operating Structure ... 111
3.14.2 Mine Establishment ... 111
3.14.3 Productivity Assumptions ... 111
3.14.4 Termination Benefits ... 111
3.14.5 SRK Comments ... 112
3.15 Occupational Health and Safety ... 112
3.15.1 Safety, Health, Environment and Community ("SHEC") Management Policy ... 112
3.15.2 Historical Trends in Health and Safety (All operations) ... 114
3.15.3 Quarterly SHEC Reports ... 115
3.15.4 Site visit observations – Ruashi Mine ... 116
3.15.5 SRK Comments ... 117
3.16 Environmental Studies, Permitting and Social Impact ... 117
3.16.1 Introduction and Regional Setting ... 117
3.16.2 Project Description ... 118
3.16.3 Pontential Material Environmental Risks ... 118
3.16.4 General Observations Regarding Environmental Management ... 118
3.16.5 Potential Material Social Risks ... 119
3.16.6 General Observations Regarding Social Considerations ... 119
3.16.7 Legal Compliance ... 120
3.16.8 Mine Closure Planning and Financial Provision ... 120
3.17 Material Contracts ... 121
3.17.1 Off-take Agreements ... 121
3.17.2 Power Supply ... 122
3.17.3 Mining Contract ... 122
3.18 Financial Model Summary ... 122
3.18.1 Financial / Economic Criteria ... 122
3.18.2 Financial model summary ... 123
3.18.3 WACC ... 126
3.18.4 Sensitivities ... 126
3.18.5 Benchmark Costs ... 127
3.19 Summary of Key Risks ... 128
3.19.1 Tenure ... 128
3.19.2 Mineral Resources ... 128
3.19.3 Rock Engineering ... 128
3.19.4 Hydrogeology ... 128
3.19.5 Mining ... 128
3.19.6 Mineral Processing ... 129
3.19.7 Engineering and Surface Infrastructure ... 129
3.19.8 Logistics ... 129
3.19.9 Human Resources ... 129
3.19.10 Occupational Health and Safety ... 130
3.19.11 Environmental ... 130

**4 CHIBULUMA MINE .... 131**

4.1 Introduction .... 131
4.2 Location, Climate, Access and Infrastructure .... 131
4.3 Mining History .... 132
4.3.1 Historical Development of Chibuluma .... 132
4.3.2 Historical Operating Statistics .... 134
4.4 Title and Rights .... 134
4.4.1 Mineral Rights .... 134
4.4.2 Surface Rights .... 135
4.4.3 Royalties .... 135
4.5 Geology .... 135
4.5.1 Exploration History of the Project Area .... 135
4.5.2 Regional Geology .... 136
4.5.3 Local Geology and Mineralisation (Chibuluma South West) .... 138
4.5.4 Exploration Programme and Budget .... 138
4.6 Mineral Resources and Mineral Reserves .... 142
4.6.1 Data Quality and Quantity .... 142
4.6.2 Verification of Historical Drilling .... 142
4.6.3 Sampling Method and Approach .... 143
4.6.4 Sample Analytical Methods .... 143
4.6.5 Quality Assurance and Quality Control .... 143
4.6.6 Geological Modelling .... 143
4.6.7 Grade Estimation .... 143
4.6.8 Validation of Estimates .... 145
4.6.9 Resource Classification Matrix .... 145
4.6.10 SRK Comments .... 146
4.6.11 Audited Mineral Resources and Mineral Reserves .... 150
4.6.12 Reconciliation of Mineral Resources and Mineral Reserves .... 151
4.7 Rock Engineering .... 152
4.7.1 Geotechnical considerations .... 152
4.7.2 SRK Comments .... 153
4.8 Hydrogeology and Hydrology .... 154
4.8.1 Baseline description .... 154
4.8.2 Groundwater Model .... 155
4.8.3 Legal Framework .... 155
4.8.4 Risks to Surface and Groundwater .... 155
4.9 Mining Engineering .... 155
4.9.1 Introduction .... 155
4.9.2 Access .... 156
4.9.3 Mining method .... 156
4.9.4 Service infrastructure (ventilation, rock hoisting, men and material access) .... 160
4.9.5 Modifying factors and mining efficiencies .... 161
4.9.6 Development and production schedule .... 162
4.9.7 Manpower .... 163
4.9.8 Capital and Operating Costs .... 163
4.9.9 SRK Comments .... 164
4.10 Mineral Processing .... 164
4.10.1 Introduction .... 164
4.10.2 Metallurgical Testwork .... 164
4.10.3 Process Description .... 165
4.10.4 Metallurgical Balance .... 167
4.10.5 Costs .... 167
4.10.6 SRK Comments .... 169

4.11 Tailings Storage Facilities ... 170
4.11.1 Vegetation and Rehabilitation ... 170
4.11.2 Geometry ... 170
4.11.3 Seepage ... 170
4.11.4 Pumping and Distribution System ... 170
4.11.5 Return Water ... 170
4.11.6 Capacity and Rate of Rise ... 171
4.11.7 Capital and Operating costs ... 171
4.11.8 SRK Comments ... 171
4.12 Infrastructure and Engineering ... 171
4.12.1 Bulk Services ... 171
4.12.2 Underground pumping system ... 173
4.12.3 Backfill system ... 173
4.12.4 Underground mobile equipment ... 173
4.12.5 Planned maintenance systems ... 174
4.12.6 Capital and Operating Costs ... 175
4.12.7 SRK Comments ... 175
4.13 Logistics ... 176
4.14 Human Resources ... 176
4.14.1 Operating Structure ... 176
4.14.2 Mine Complement ... 176
4.14.3 Productivity Assumptions ... 176
4.14.4 Termination Benefits ... 176
4.14.5 SRK Comments ... 177
4.15 Occupational Health and Safety ... 177
4.15.1 Quarterly SHEC Reports ... 177
4.15.2 Site visit observations ... 178
4.15.3 SRK Comments ... 178
4.16 Environmental ... 179
4.16.1 Regional Setting ... 179
4.16.2 Project Description ... 179
4.16.3 Potentially Material Environmental risks ... 179
4.16.4 General Observation Regarding Environmental Management ... 179
4.16.5 Potentially Material Social Risks ... 180
4.16.6 General Observations Regarding Social Considerations ... 180
4.16.7 Mine Closure Planning and Cost Estimate ... 180
4.17 Material Contracts ... 181
4.17.1 Concentrate Sale Agreement ... 181
4.17.2 Power Supply ... 182
4.18 Financial Model ... 182
4.18.1 Financial / Economic Criteria ... 182
4.18.2 Changes to Metorex's model ... 182
4.18.3 Financial model summary ... 182
4.18.4 WACC ... 185
4.18.5 Sensitivities ... 185
4.18.6 Benchmarked Costs ... 186
4.19 Summary of Key Risks ... 186
4.19.1 Tenure ... 186
4.19.2 Mineral Resources ... 187
4.19.3 Rock Engineering ... 187
4.19.4 Hydrogeology ... 187
4.19.5 Mining ... 187
4.19.6 Metallurgical Processing ... 187

4.19.7 Tailings ... 187
4.19.8 Engineering and Surface Infrastructure ... 187
4.19.9 Logistics ... 188
4.19.10 Human Resources ... 188
4.19.11 Occupational Health and Safety ... 188
4.19.12 Environmental ... 188

**5 KINSENDA COPPER PROJECT ... 190**

5.1 Introduction ... 190
5.2 Location, Climate, Access and Infrastructure ... 190
5.3 Mining History ... 192
5.3.1 Historical Development of Kinsenda Mine ... 192
5.3.2 Historical Production ... 192
5.4 Title and Rights ... 192
5.5 Geology ... 194
5.5.1 Exploration History of the Project Area ... 194
5.5.2 Regional Geology ... 194
5.5.3 Local Geology and Mineralisation ... 195
5.5.4 Project Geology ... 196
5.5.5 Exploration Programme and Budget ... 196
5.6 Mineral Resources and Mineral Reserves ... 198
5.6.1 Data Quality and Quantity ... 198
5.6.2 Sampling Method and Approach ... 198
5.6.3 Sample Analytical Methods ... 199
5.6.4 Quality Assurance and Quality Control ... 199
5.6.5 Bulk Density and Bulk tonnage data ... 203
5.6.6 Geological Modelling and Mineralisation ... 203
5.6.7 Resource Estimation ... 203
5.6.8 Validation of estimates ... 206
5.6.9 Cut-off grade determination for 2012 Mineral Resource Estimates ... 208
5.6.10 SRK Comments ... 208
5.6.11 Audited Mineral Resources and Mineral Reserves ... 208
5.6.12 Reconciliation of Mineral Resources and Reserves ... 209
5.7 Rock Engineering ... 209
5.7.1 Geotechnical Investigation ... 209
5.7.2 Mine Design ... 212
5.7.3 SRK Comments ... 214
5.8 Hydrogeology and Hydrology ... 214
5.8.1 Baseline Description ... 214
5.8.2 Conceptual Groundwater Model ... 217
5.8.3 Numerical Groundwater Model ... 217
5.8.4 Surface and Groundwater Monitoring ... 217
5.8.5 Legal Framework ... 218
5.8.6 Hydrogeological and Hydrological Risks ... 218
5.8.7 SRK Comments ... 219
5.9 Mining ... 219
5.9.1 Introduction ... 219
5.9.2 Description ... 219
5.9.3 Access ... 220
5.9.4 Mining Method ... 221
5.9.5 Rock Handling ... 222
5.9.6 Backfill ... 222
5.9.7 Service infrastructure (ventilation, rock transport, men and material access) ... 222
5.9.8 Development and production schedule ... 222

5.9.9 Manpower ... 223
5.9.10 Capital and Operating Costs ... 223
5.9.11 SRK Comments ... 225
5.10 Mineral Processing ... 225
5.10.1 Mineralogical and Metallurgical Testwork ... 225
5.10.2 Process Plant Flowsheet ... 226
5.10.3 Metallurgical Balance ... 227
5.10.4 Capital and Operating Costs ... 229
5.10.5 SRK Comments ... 230
5.11 Tailings Storage Facilities ... 231
5.12 Infrastructure and Bulk Services ... 231
5.12.1 Mine Headgear and winding plant ... 231
5.12.2 Electricity ... 232
5.12.3 Water bulk supply ... 233
5.12.4 Underground dewatering ... 234
5.12.5 Capital and Operating Costs ... 234
5.12.6 SRK Comments ... 235
5.13 Logistics ... 236
5.14 Human Resources ... 236
5.14.1 Operating Structure ... 236
5.14.2 Mine Complement ... 236
5.14.3 Productivity Assumptions ... 236
5.14.4 Termination Benefits ... 236
5.14.5 SRK Comments ... 236
5.15 Occupational Health and Safety ... 237
5.15.1 Quarterly SHEC Reports ... 237
5.15.2 Site visit observations ... 238
5.15.3 SRK Comments ... 238
5.16 Environmental ... 239
5.16.1 Regional Setting ... 239
5.16.2 Project Description ... 239
5.16.3 General Observations Regarding Environmental Management ... 240
5.16.4 Potentially Material Social Risks ... 241
5.16.5 Legal Compliance ... 241
5.16.6 Mine Closure Planning and Financial Provision ... 241
5.17 Material Contracts ... 242
5.17.1 Concentrate Sale Agreement ... 242
5.17.2 Power Supply ... 242
5.18 Financial Model ... 242
5.18.1 Financial model summary ... 242
5.18.2 Financial / Economic Criteria ... 242
5.18.3 Financial model summary ... 242
5.18.4 WACC ... 246
5.18.5 Sensitivities ... 246
5.19 Summary of Key Risks ... 247
5.19.1 Tenure ... 247
5.19.2 Mineral Resources ... 247
5.19.3 Rock Engineering ... 247
5.19.4 Hydrogeology ... 247
5.19.5 Mining ... 248
5.19.6 Metallurgical Processing ... 248
5.19.7 Tailings ... 248
5.19.8 Engineering and Surface Infrastructure ... 248

5.19.9 Logistics ... 249
5.19.10 Human Resources ... 249
5.19.11 Occupational Health and Safety ... 249
5.19.12 Environmental ... 249
**6 MUSONOI COPPER PROSPECT ... 250**
6.1 Introduction ... 250
6.2 Location, Climate, Access and Infrastructure ... 250
6.3 History ... 251
6.3.1 Historical Development of Musonoi Est Project ... 251
6.3.2 Historical Production ... 251
6.4 Title and Rights ... 252
6.4.1 Mineral Rights ... 252
6.4.2 Surface Rights ... 252
6.4.3 Royalties ... 253
6.5 Geology ... 253
6.5.1 Exploration History of the Project Area ... 253
6.5.2 Regional Geology ... 253
6.5.3 Local Geology and Mineralisation ... 253
6.5.4 Exploration Programme and Budget ... 255
6.6 Mineral Resources and Mineral Reserves ... 256
6.6.1 Quality and Quantity of Data ... 256
6.6.2 Sampling method and approach ... 257
6.6.3 Sample analytical methods ... 257
6.6.4 Quality assurance and quality control ... 257
6.6.5 Bulk density and bulk tonnage data ... 259
6.6.6 Geological modelling and zones of mineralisation ... 259
6.6.7 Variogram modelling ... 260
6.6.8 Grade estimation ... 260
6.6.9 Mineral Resource Classification ... 261
6.6.10 Cut-off Grade for 2012 Mineral Resource Estimates ... 266
6.6.11 Mineral Reserves ... 266
6.6.12 SRK Comments ... 267
6.6.13 SRK Audited Mineral Resources and Mineral Reserves ... 268
6.6.14 Reconciliation of Mineral Resources ... 269
6.7 Rock Engineering ... 269
6.8 Hydrogeology and Hydrology ... 270
6.9 Mining ... 270
6.9.1 Mining Method ... 271
6.9.2 Capital and Operating Costs ... 272
6.9.3 SRK Comments ... 273
6.10 Mineral Processing ... 275
6.10.1 Metallurgical Testwork ... 276
6.10.2 Process Plant Flow Sheet ... 276
6.10.3 Tailings disposal ... 276
6.10.4 Capital and Operating Costs ... 277
6.10.5 SRK Comments ... 277
6.11 Infrastructure and Bulk Services ... 278
6.11.1 Power supply ... 278
6.11.2 Water supply ... 278
6.11.3 Buildings and roads ... 279
6.11.4 Communications ... 279
6.11.5 Capital costs ... 279
6.11.6 SRK Comments ... 279

6.12 Human Resources ........ 279
6.13 Occupational Health and Safety ........ 279
6.14 Environmental ........ 279
6.15 Summary of Key Risks ........ 280
6.15.1 Tenure ........ 280
6.15.2 Mineral Resources ........ 280
6.15.3 Rock Engineering ........ 280
6.15.4 Hydrogeology ........ 280
6.15.5 Mining ........ 281
6.15.6 Metallurgical Processing ........ 281
6.15.7 Tailings ........ 281
6.15.8 Engineering and Surface Infrastructure ........ 281
6.15.9 Environmental ........ 281

**7 LUBEMBE COPPER PROSPECT ........ 282**

7.1 Introduction ........ 282
7.2 Location, Climate, Access and Infrastructure ........ 282
7.3 Mining History ........ 284
7.3.1 Historical Development of Lubembe Project ........ 284
7.3.2 Historical Production ........ 285
7.4 Title and Rights ........ 285
7.5 Geology ........ 285
7.5.1 Exploration History of the Project Area ........ 285
7.5.2 Regional Geology ........ 285
7.5.3 Local Geology and Mineralisation ........ 285
7.5.4 Project Geology ........ 286
7.5.5 Exploration Programme and Budget ........ 290
7.6 Mineral Resources and Mineral Reserves ........ 290
7.6.1 Data Quality and Quantity ........ 290
7.6.2 Sample Analyses ........ 290
7.6.3 Quality Assurance and Quality Control ........ 291
7.6.4 Bulk Density Data ........ 291
7.6.5 Geological Modelling and Resource Estimation ........ 291
7.6.6 Resource Estimation ........ 291
7.6.7 Cut-off Grade determination for 2012 Mineral Resources ........ 292
7.6.8 Audited Mineral Resources ........ 292
7.6.9 SRK Comments ........ 293
7.6.10 Reconciliation of Mineral Resources ........ 293
7.7 Rock Engineering ........ 293
7.8 Hydrogeology and Hydrology ........ 294
7.9 Mining ........ 294
7.9.1 Mining method selection ........ 294
7.9.2 SRK Comments ........ 298
7.10 Mineral Processing ........ 298
7.10.1 Metallurgical Testwork ........ 298
7.10.2 Alternative Process Flowsheets ........ 299
7.11 Tailings Storage Facilities ........ 299
7.12 Infrastructure and Engineering ........ 301
7.12.1 Executive summary ........ 301
7.12.2 Study confidence levels ........ 301
7.12.3 Infrastructure capital ........ 301
7.12.4 In-pit dewatering ........ 301
7.12.5 Electrical reticulation ........ 301
7.12.6 Manpower plans ........ 301

7.12.7 General arrangement drawings ..... 301
7.12.8 Conclusions ..... 302
7.13 Human Resources ..... 302
7.14 Occupational Health and Safety ..... 302
7.15 Environmental ..... 302
7.15.1 Regional Setting ..... 302
7.15.2 Environmental Issues and risks ..... 302
7.15.3 Social Issues and Risks ..... 303
7.16 Summary of Key Risks ..... 303
7.16.1 Tenure ..... 303
7.16.2 Mineral Resources ..... 303
7.16.3 Rock Engineering ..... 303
7.16.4 Hydrogeology ..... 303
7.16.5 Mining ..... 304
7.16.6 Metallurgical Processing ..... 304
7.16.7 Tailings ..... 304
7.16.8 Engineering and Surface Infrastructure ..... 304
7.16.9 Environmental ..... 304
**8 VALUATION REPORT – METHODOLOGY ..... 305**
8.1 Introduction ..... 305
8.2 Valuation Approach and Valuation Methods ..... 305
8.2.1 Materiality ..... 307
8.2.2 Transparency ..... 307
8.3 Selection of Valuation Methods ..... 307
**9 VALUATION REPORT – RISKS AND OPPORTUNITIES ..... 309**
9.1 Introduction ..... 309
9.2 Specific Risks ..... 309
9.2.1 Commodity Price Risk ..... 309
9.2.2 Foreign Exchange and CPI Risk ..... 309
9.2.3 Tenure ..... 309
9.2.4 Mineral Resource Estimation Risk ..... 310
9.2.5 Mineral Reserve Estimation Risk ..... 310
9.2.6 Mining Risk ..... 310
9.2.7 Water Management Risk ..... 311
9.2.8 Metallurgical Processing Risk ..... 311
9.2.9 Tailings Risk ..... 312
9.2.10 Engineering Risk ..... 312
9.2.11 Logistics Risk ..... 313
9.2.12 Capital Risk ..... 313
9.2.13 Human Resources ..... 313
9.2.14 Occupational Health and Safety Risks ..... 313
9.2.15 Environmental and Social Risks ..... 313
9.2.16 Cost of Production Risk ..... 314
9.2.17 Economic Performance Risk ..... 314
9.3 Risk Assessment Methodology ..... 315
9.4 Specific Risk Assessment ..... 315
9.5 Opportunities ..... 317
9.6 Summary Comments ..... 317
**10 VALUATION REPORT – CHAPTER 18 VALUE ..... 318**
10.1 Introduction ..... 318
10.2 DCF (Cash Flow) Values ..... 318
10.3 Market Values ..... 318

10.3.1 Comparable Transactions ........ 318
10.3.2 Copper Trading Comparables ........ 321
10.3.3 Acquisition Data ........ 322
10.3.4 In-Situ / Yardstick Approach ........ 323
10.3.5 Derivation of Market Values ........ 323
10.4 Cost Approach ........ 325
10.5 Selected Values for the Mineral Assets ........ 325
10.5.1 Ruashi Mine ........ 325
10.5.2 Chibuluma Mine (and Chifupu) ........ 326
10.5.3 Kinsenda Mine ........ 326
10.5.4 Musonoi Project ........ 326
10.5.5 Lubembe Project ........ 326
10.5.6 Ruashi Sulphides Project ........ 327
10.6 Metorex Head Office Costs ........ 327
10.7 Terminal Value of Plant & Equipment ........ 327
10.8 Summary Value for the Mineral Assets ........ 328
10.9 Previous Valuations ........ 328
**11 CONCLUDING REMARKS ........ 329**
11.1 Introduction ........ 329
11.2 Mineral Resources and Mineral Reserves ........ 329
11.3 Principal Issues ........ 329
11.4 Chapter 18 Value ........ 330
**12 LIST OF REFERENCES, DOCUMENTS REVIEWED ........ 331**
**13 GLOSSARY OF TERMS, ABBREVIATIONS, UNITS ........ 333**

# List of Tables

Table ES1: Metorex – summary of mineral rights ... 2
Table ES2: Ruashi Mine – SRK Audited Mineral Resources and Mineral Reserves at 30 June 2013 at 0.78% Cu or 0.62% Co cut-off ... 7
Table ES3: Chibuluma South including Chifupu – SRK Audited Mineral Resource and Mineral Reserve statement at 30 June 2013 at a 1% TCu cut-off ... 8
Table ES4: Kinsenda – SRK Audited Mineral Resources and Mineral Reserves at 30 June 2013 ... 8
Table ES5: Musonoi Est – SRK Audited Mineral Resources for Dilala East at 30 June 2013 at a 1.6% Cu cut-off grade ... 8
Table ES6: Lubembe – SRK Audited Mineral Resource Estimate at 30 June 2013 at 1.15% Cu cut-off ... 8
Table ES7: Metorex – Summary of Audited Mineral Resource Estimates at 30 June 2013 ... 9
Table ES8: Metorex – Summary of Audited Mineral Reserve Estimates at 30 June 2013 ... 9
Table ES9: Ruashi – Mineral Resources and Mineral Reserves Reconciliation - 31 December 2011 to 30 June 2013 10
Table ES10: Chibuluma – Mineral Resources and Mineral Reserves Reconciliation - 31 December 2011 to 30 June 2013 ... 10
Table ES11: Kinsenda – Mineral Resources and Mineral Reserves Reconciliation - 31 December 2011 to 30 June 2013 ... 10
Table ES12: Musonoi - Mineral Resources and Mineral Reserves Reconciliation - 31 December 2011 to 30 June 2013 11
Table ES13: Lubembe – Mineral Resources and Mineral Reserves Reconciliation - 31 December 2011 to 30 June 2013 ... 11
Table ES14: Capital Expenditure (real terms) ... 11
Table ES15: Ruashi Forecast Operating Cost (real terms) ... 12
Table ES16: Chibuluma Forecast Operating Cost (real terms) ... 12
Table ES17: Kinsenda Forecast Operating Cost (real terms) ... 12
Table ES18: Metorex Summary Value ... 14
Table 2.1: World refined copper production and usage trends – 2006 to 2012 ... 42
Table 2.2: World refined cobalt production and usage trends – 2006 to 2012 (CDI, Darton) ... 45
Table 2.3: Copper and cobalt prices – H2-2010 to H1-2013 and 3-year trailing average (source: Bloomberg) ... 45
Table 3.1: Ruashi Mine – Historical Development ... 49
Table 3.2: Ruashi Mine – Historical Operating Statistics ... 50
Table 3.3: Ruashi Mining – details of Mining Licences at Ruashi Mine ... 50
Table 3.4: Average specific gravity by geological domain and weathering characteristics ... 66
Table 3.5: Summary of modelled lithological units (IGS report) ... 66
Table 3.6: Summary Statistics for 2 m composites for all geological domains ... 67
Table 3.7: Ruashi – parameters for cut-off determination for mineral resources ... 69
Table 3.8: Ruashi Mine – SRK Audited Mineral Resources and Mineral Reserves at 30 June 2013 at 0.78% Cu or 0.62% Co cut-off ... 70
Table 3.9: Ruashi Mine – Mineral Resources and Mineral Reserves Reconciliation - 31 December 2011 to 30 June 2013 ... 75
Table 3.10: Ruashi Mine – Summary of slope design recommendations ... 76
Table 3.11: Ruashi Mine – Summary of slope design recommendations ... 79
Table 3.12: Hydrostratigraphic units at Ruashi Mine (KLMCS, 2011) ... 81
Table 3.13: Summary of Laboratory Results from groundwater sampling at Ruashi Mine (KLMCS, 2011) ... 82
Table 3.14: Ruashi Mine - Pit Optimisation Parameters (VBKOM) ... 86
Table 3.15: Ruashi Mine – overall slope architecture ... 86
Table 3.16: Ruashi Mine – optimisation results (VBKOM) ... 86
Table 3.17: Ruashi Mine – Mining Capital Expenditure – H2-F2013 and F2014 ... 89
Table 3.18: Ruashi Mine – mining costs – H2-F2013 to F2018 ... 90
Table 3.19: Ruashi – Mintek Test Work Results ... 91
Table 3.20: Ruashi - Breakdown time analysis for F2012 ... 99
Table 3.21: Ruashi – Historic and Budget Metallurgical Balance ... 99
Table 3.22: Ruashi – Plant Capital Cost Budgets for H2-F2013 and F2014 ... 101
Table 3.23: Ruashi Mine – Unit plant processing and engineering costs – F2013 to F2018 ... 102
Table 3.24: Ruashi – Off-mine cost projections ... 102

Table 3.25: Ruashi Mine – power supply issues March to August 2012 .......... 107
Table 3.26: Ruashi Mine – improvement in the power availability .......... 107
Table 3.27: Ruashi Mine - Effect of power supply problems on plant availabilities .......... 110
Table 3.28: Ruashi Mine – Capital cost budget – administration and infrastructure .......... 110
Table 3.29: Ruashi Mine – operating costs – administration and infrastructure .......... 110
Table 3.30: Ruashi Mine - Mine Establishment for F2013 to F2015 .......... 111
Table 3.31: Ruashi Mine – Safety Indicator Statistics F2010 to H1-F2013 .......... 115
Table 3.32: Ruashi Mine – Health Indicator Statistics 2011 to 2013 .......... 116
Table 3.33: Ruashi Mine – summary of post-tax pre-finance cash flow model .......... 124
Table 3.34: Ruashi Mine – parameters to calculate WACC (for DRC) .......... 126
Table 3.35: Ruashi Mine – debt/equity ratios for Chinese resource-based companies on HKSE .......... 126
Table 3.36: Ruashi Mine – variation in Real NPV with discount factors .......... 127
Table 3.37: Ruashi Mine – variation in Real NPV based on twin parameter sensitivities .......... 127
Table 3.38: Ruashi Mine – variation in Real NPV based on Cu price sensitivity .......... 127
Table 3.39: Ruashi Mine – C1 cost benchmarking for F2013 .......... 127
Table 4.1: Chibuluma – Historical Development .......... 133
Table 4.2: Chibuluma South Mine – Historical Operating Statistics .......... 134
Table 4.3: Chibuluma – Details of Mineral Licences .......... 135
Table 4.4: Chibuluma – Exploration Budget H2-F2013 to F2015 .......... 140
Table 4.5: Statistics of capped 1 m composites .......... 144
Table 4.6: Classification criteria adopted for Chibuluma South .......... 145
Table 4.7: Chibuluma South including Chifupu – SRK Audited Mineral Resource and Mineral Reserve statement at 30 June 2013 at a 1% TCu cut-off .......... 151
Table 4.8: Chibuluma South including Chifupu – Mineral Resources and Mineral Reserves Reconciliation - 31 December 2011 to 30 June 2013 .......... 151
Table 4.9: Chibuluma – Mining Capital Expenditure – H2-F2013 to F2015 .......... 163
Table 4.10: Chibuluma – Mining Operating Cost – H2-F2013 to F2015 .......... 164
Table 4.11: Chibuluma – Historic and Budget Metallurgical Balance .......... 167
Table 4.12: Chibuluma Plant Capital Cost Estimate .......... 168
Table 4.13: Chibuluma Plant Operating Cost Estimate .......... 169
Table 4.14: Chibuluma Mine – Off-mine / realisation costs for H2-F2013 to F2017 .......... 169
Table 4.15: Chibuluma Mine – Engineering and Administration Capital for H2-F2013 to F2015 .......... 175
Table 4.16: Chibuluma Mine – operating costs – administration and infrastructure (F2013) .......... 175
Table 4.17: Chibuluma Mine – Mine complement for F2013 to F2015 .......... 176
Table 4.18: Chibuluma Mine – Safety Indicator Statistics F2010 to H1-F2013 .......... 177
Table 4.19: Chibuluma Mine – Health Indicator Statistics 2011 to H1-F2013 .......... 178
Table 4.20: Chibuluma Mine – summary of post-tax pre-finance cash flow model .......... 184
Table 4.21: Chibuluma Mine – parameters to calculate WACC (for Zambia) .......... 185
Table 4.22: Chibuluma Mine – variation in Real NPV with discount factors .......... 185
Table 4.23: Chibuluma Mine – variation in Real NPV based on twin parameter sensitivities .......... 186
Table 4.24: Chibuluma Mine – variation in Real NPV based on Cu price sensitivity .......... 186
Table 4.25: Chibuluma Mine – C1 cost benchmarking for F2013 .......... 186
Table 5.1: Kinsenda Mine – Historical Development .......... 193
Table 5.2: Kinsenda – details of Mineral Licences .......... 194
Table 5.3: Kinsenda – statistics of Metorex TCu CRM analyses .......... 200
Table 5.4: Kinsenda – statistics of %TCu duplicate analyses from the Metorex data .......... 201
Table 5.5: Kinsenda – comparison of composite and block estimate %TCu mean values .......... 207
Table 5.6: Kinsenda – parameters for cut-off determination for mineral resources .......... 208
Table 5.7: Kinsenda – SRK Audited Mineral Resources and Mineral Reserves at 31 December 2012 .......... 209
Table 5.8: Kinsenda – Mineral Resources and Reserves Reconciliation - 31 December 2011 to 30 June 2013 .......... 209
Table 5.9: Kinsenda – Summary thicknesses of units and middlings .......... 210
Table 5.10: Kinsenda – Mining Operating Cost for F2013 to F2018 .......... 224
Table 5.11: Kinsenda – mining capital cost .......... 224

Table 5.12: Relative abundance of the sulphide minerals in LOZ and LLOZ samples ... 225
Table 5.13: Source ore types and Mintek Test Results ... 226
Table 5.14: Kinsenda – metallurgical balance ... 227
Table 5.15: Kinsenda – capital cost for concentrator ... 229
Table 5.16: Kinsenda – plant operating cost ... 230
Table 5.17: Kinsenda Mine – Off-mine / realisation costs for F2013 to F2018 ... 230
Table 5.18: Electrical demand versus standby generator capacity for the life of mine ... 233
Table 5.19: Kinsenda – infrastructure and engineering capital cost estimates ... 235
Table 5.20: Kinsenda – Manpower complement ... 236
Table 5.21: Kinsenda Project – Safety Indicator Statistics F2010 to H1-F2013 ... 237
Table 5.22: Kinsenda Project – Health Statistics F2010 to H1-F2013 ... 238
Table 5.23: Kinsenda Mine – summary of post-tax pre-finance cash flow model ... 244
Table 5.24: Kinsenda Mine – variation in Real NPV with discount factors ... 246
Table 5.25: Kinsenda Mine – variation in Real NPV based on twin parameter sensitivities ... 246
Table 5.26: Kinsenda Mine – variation in Real NPV based on Cu price sensitivity ... 246
Table 6.1: Musonoi Est – Historical Development ... 252
Table 6.2: Details of Mineral Rights at Musonoi Est ... 252
Table 6.3: average densities by stratigraphic unit and depth ... 259
Table 6.4: Grade averages per 2 m composites ... 260
Table 6.5: Musonoi Est – classification criteria for mineral resources ... 261
Table 6.6: Musonoi Est – parameters for cut-off determination for mineral resources ... 266
Table 6.7: Musonoi Est – comparison of the mean sample statistic against the block estimates ... 268
Table 6.8: Musonoi Est – SRK Audited Mineral Resources for Musonoi at 30 June 2013 at a 1.6% Cu cut-off grade269
Table 6.9: Musonoi Est – Mineral Resources Reconciliation - 31 December 2011 to 30 June 2013 ... 269
Table 6.10: Musonoi Est – Mining capital cost estimate ... 273
Table 6.11: Musonoi Est – Mining operating cost estimate ... 273
Table 6.12: Musonoi Est – Infrastructure capital cost estimate ... 277
Table 7.1: Lubembe Project – Historical Development ... 284
Table 7.2: Lubembe – details of Mining Licences ... 285
Table 7.3: Lubembe – statistics of drill holes data used in the mineral resources ... 290
Table 7.4: Lubembe – parameters for cut-off determination for mineral resources ... 292
Table 7.5: Lubembe – SRK Audited Mineral Resource Estimate at 30 June 2013 at 1.15% Cu cut-off ... 293
Table 7.6: Lubembe – Mineral Resources Reconciliation - 31 December 2011 to 30 June 2013 ... 293
Table 7.7: Lubembe – Geotechnical characteristics determined by Snowden (Lubembe FS) ... 294
Table 7.8: Lubembe – Panel and Pillar dimensions for SLOS mining method ... 294
Table 7.9: Lubembe – Whittle optimisation input parameters ... 295
Table 7.10: Lubembe – comparison of Open Pit vs Underground Mining Methods ... 297
Table 7.11: Lubembe – Summary of bottle roll leach test results ... 298
Table 7.12: Lubembe – Comparison of Recovery and Economics of the Different Process Options ... 299
Table 8.1: Applicability of Valuation Approaches to Property Types ... 307
Table 8.2: Valuation Methods selected for different properties ... 308
Table 9.1: Risk Assessment Matrix ... 315
Table 9.2: Mineral Assets Risk Assessment before mitigation ... 316
Table 10.1: DCF Values for Ruashi, Chibuluma and Kinsenda ... 318
Table 10.2: Copper Project Transaction Information (Copyright: SNL Metals Economics Group 2012) ... 319
Table 10.3: Copper Project Transaction Information with adjusted prices ... 321
Table 10.4: Valuation metrics for two data groupings ... 321
Table 10.5: Cu Trading Comparables ... 322
Table 10.6: DRC/Zambia Copperbelt Acquisition Data ... 322
Table 10.7: Additional technical factors applied to Yardstick discounts ... 323
Table 10.8: Ruashi - Market Values ... 323
Table 10.9: Chibuluma - Market Values ... 324
Table 10.10: Kinsenda - Market Values ... 324

Table 10.11: Musonoi - Market Values ..... 324
Table 10.12: Lubembe - Market Values ..... 324
Table 10.13: Ruashi Sulphides - Market Values ..... 324
Table 10.14: Exploration Costs for Musonoi and Lubembe ..... 325
Table 10.15: Cost Approach Values for Musonoi and Lubembe ..... 325
Table 10.16: Ruashi Final Value ..... 325
Table 10.17: Chibuluma Final Value ..... 326
Table 10.18: Kinsenda Final Value ..... 326
Table 10.19: Musonoi Final Value ..... 326
Table 10.20: Lubembe Final Value ..... 327
Table 10.21: Metorex Head Office Costs ..... 327
Table 10.22: Metorex Summary Value ..... 328

# Table of Figures

Figure 1.1: Metorex – locality map of Metorex's Mineral Assets in the DRC and Zambia ..... 34
Figure 1.2: Metorex – corporate structure ..... 35
Figure 2.1: World Copper Mine Production in 2012 ..... 42
Figure 2.2: Per capita refined Cu consumption (left) and World urbanisation prospects % 1950 to 2050 (right) ..... 43
Figure 2.3: Decreasing copper grades ..... 44
Figure 2.4: World Cobalt Mine Production in 2012 ..... 44
Figure 2.5: Historical copper prices from 1989 to June 2013 (left) and last 12 months (right) ..... 46
Figure 2.6: Historical cobalt prices 2005 to June 2013 (left) and last 12 months (right) ..... 46
Figure 3.1: Locality of Ruashi Mine and extent of Mineral Rights ..... 48
Figure 3.2: Regional Geology of the Central Africa Copper Belt ..... 53
Figure 3.3: Simplified lithostratigraphic correlation of the Katangan Supergroup of the Zambian and Congolese Copper belts ..... 53
Figure 3.4: Regional stratigraphic classification of the Katangan Supergroup in DRC ..... 54
Figure 3.5: Location of the Ruashi I, II and III ore bodies within the Ruashi Mine area (blue dots represent drill hole collars) ..... 55
Figure 3.6: Typical sections showing mineralised envelope – section 200 from Ruashi I (top) and section 1100 from Ruashi II (bottom) ..... 56
Figure 3.7: Typical section showing mineralised envelope – section 1650 from Ruashi III ..... 57
Figure 3.8: Selected hand specimens of malachite from the Ruashi open pit ..... 58
Figure 3.9: Scatter plots of TCu and TCo assays for field duplicates taken during the Metorex 2005/6 drilling campaign at Ruashi ..... 62
Figure 3.10: % TCu analyses of CRMs at Ruashi Laboratory ..... 63
Figure 3.11: Scatter and HARD plots for referee samples - %TCu ..... 64
Figure 3.12: Scatter and HARD plots for referee samples - %TCo ..... 65
Figure 3.13: Comparisons of model grade and composite grade averages for Ruashi I ..... 68
Figure 3.14: Ruashi Mine - Section plots of comparison of block and drill holes grade distributions in Pit I ..... 72
Figure 3.15: Ruashi Mine – Level plots of comparison of block and drill holes grade distributions in Pit I ..... 73
Figure 3.16: Ruashi Mine - Section plots of comparison of block and drill holes grade distributions in Pit III ..... 74
Figure 3.17: Ruashi – Geological section (S to N) illustrating the distribution of RAT and CMN strata relative to the ore body sequence ..... 76
Figure 3.18: Ruashi – Layout of OHMS geotechnical investigation holes (2011) ..... 77
Figure 3.19 Ruashi – Data base of stable slope geometry – DRC and Zambian Copperbelt open pit operations ..... 78
Figure 3.20 Ruashi – View of the south face (October 2012) showing the final slope excavated in highly talcose material ..... 78
Figure 3.21: Open pit load and haul operations in the Ruashi II pit ..... 85
Figure 3.22: Ruashi Mine - Plan View of Mine Layout with Surface Footprint of Planned Stages ..... 88
Figure 3.23: Ruashi Mine – LoM mining schedule ..... 88
Figure 3.24: Ruashi Plant Simplified Flow Sheet ..... 93
Figure 3.25: Isometric view of the Ruashi Phase II hydrometallurgical plant ..... 94

Figure 3.26: Views of reduction section showing SAG mill and ball mill combination (top); and copper leach and CCD circuits (bottom) ... 95
Figure 3.27: Views of loaded copper cathode in Ruashi EW tank house (top); and cobalt hydroxide cake being bagged for shipment (bottom) ... 97
Figure 3.28: Ruashi Mine – Historic and Budget figures - Ore feed and Cu/Co Head grades (top), Cu and Co Recovery (middle) and Cu metal and Co salt production (bottom) ... 100
Figure 3.29: Metorex's Strategy roadmap for implementation of Health and Safety ... 112
Figure 3.30: Metorex – Number of fatalities at all operations 2006 to June 2013 ... 114
Figure 3.31: Metorex – Trend in occupational health related indicators for all operations 2010 to 2013 ... 115
Figure 4.1: Locality of Chibuluma and extent of Mineral Rights ... 132
Figure 4.2: Chibuluma Central – historical soil geochemistry survey and geochem targets ... 136
Figure 4.3: Regional stratigraphic classification of the Katanga Supergroup in Zambia ... 137
Figure 4.4: Regional geology of the Kalulushi district Including the Chibuluma South, Chibuluma West and Chibuluma Central licences ... 139
Figure 4.5: Stratigraphy of the Chibuluma South Mine ... 140
Figure 4.6: Chibuluma South Mine – typical section (top) and surface drill hole location plan (bottom) ... 141
Figure 4.7: Chibuluma South Mine - %TCu variogram model in plane of mineralised zone ... 144
Figure 4.8: Chibuluma South Mine - swath validation of the %TCu estimates against the composites ... 145
Figure 4.9: Reconciliation of stope resource and reserves against depleted reserves ... 146
Figure 4.10: Chibuluma South - Section along drill hole CB7713 showing ore zone (red wireframe) and waste parting (blue wireframe) (top) and block estimates (bottom) ... 147
Figure 4.11: Chibuluma South - Resource blocks within LoM with average %TCu, compared drill hole composites. 148
Figure 4.12: Chibuluma – distribution of resource estimates according to classification - Chibuluma's drill hole proximity (left) vs SRK's drill hole spacing (right) ... 149
Figure 4.13: Chibuluma – distribution of resource estimates according to classification – Chifupu Upper ... 150
Figure 4.14: Chifupu – distribution of resource estimates according to classification - Chibuluma's drill hole proximity (left) vs SRK's drill hole spacing (right) ... 150
Figure 4.15: Chibuluma South Mine – the Chibuluma South pit showing the ramp decline portal ... 157
Figure 4.16: Chibuluma South Mine – conceptual plans for development and stoping designs – LHS (top) and PPCF (bottom) ... 158
Figure 4.17: Chibuluma South Mine – Schematic sections illustrating the mining method – LHS (Top) and PPCF (Bottom) ... 159
Figure 4.18: Chibuluma South Mine – Schematic sections illustrating the mining process – top left- stope development phase, top right-reef drive sliping phase, bottom left- slot removal phase and bottom right- drilling and blasting phase ... 160
Figure 4.19: Chibuluma South Mine – section view of proposed Chifupu mine design ... 161
Figure 4.20: Chibuluma South Mine – schematic section illustrating the Cut and Fill mining method ... 162
Figure 4.21: Chibuluma South Mine – combined production schedule for Chibuluma and Chifupu ... 163
Figure 4.22: Chibuluma Plant Simplified Flow Sheet ... 166
Figure 4.23: Chibuluma – Historic and Budget - Ore feed and Cu Head grade (top) and Cu recovery and Cu grade in concentrate (bottom) ... 168
Figure 4.24: Chibuluma South Mine – surface infrastructure layout ... 172
Figure 5.1: Kinsenda – regional locality, geology and extent of mining licence (PE101) and prospecting permit (PR4724) ... 191
Figure 5.2: Kinsenda Mine – vertical shaft headgear and one of incline shafts ... 191
Figure 5.3: Kinsenda Mine – Production History from 1977 to 2003 ... 192
Figure 5.4: Kinsenda Mine – local stratigraphic subdivision on the Kinsenda and Lubembe deposits ... 195
Figure 5.5: Kinsenda Mine – geological block model of the Kinsenda deposit ... 196
Figure 5.6: Kinsenda Mine – drill cross section 10,500E (top) and plan view of the orebody showing stacked nature of mineralised zones (bottom) ... 197
Figure 5.7: Kinsenda Mine – control plot of blank analyses for Metorex 2010 data ... 200
Figure 5.8: Kinsenda Mine – control plot of %TCu CRM analyses for Metorex 2010 data ... 201
Figure 5.9: Kinsenda Mine – scatter plot of TCu duplicate analyses from Metorex 2010 data ... 202
Figure 5.10: Kinsenda Mine – HARD plot of TCu duplicate analyses from Metorex 2010 data ... 202
Figure 5.11: Kinsenda Mine – drill hole location plot and section lines (top) and Section 5 (bottom) through litho-stratigraphic model ... 204

Figure 5.12: Kinsenda Mine – 0%TCu ore grade envelopes on Section 5 .......... 205
Figure 5.13: Kinsenda Mine – %TCu grade block model superimposed on litho-stratigraphical model on Section 5. 206
Figure 5.14: Kinsenda Mine – swath analysis plots of block model files vs composite file .......... 207
Figure 5.15: Kinsenda Mine – planned development layout .......... 213
Figure 5.16: Kinsenda Mine – Conceptual Hydrogeological Model (KLMCS 2012).......... 217
Figure 5.17: Kinsenda Mine – western mine development layout .......... 220
Figure 5.18: Kinsenda Mine – western mine development layout .......... 220
Figure 5.19: Kinsenda Mine – stoping layout showing mining sequence (top) and ore access methodology (bottom)221
Figure 5.20: Kinsenda Mine – stoping layout showing mining sequence (top) and ore access methodology (bottom)223
Figure 5.21: Kinsenda Mine – Concentrator Plant Flow Sheet .......... 228
Figure 5.22: Kinsenda Mine – shaft headgear .......... 232
Figure 6.1: Locality of Musonoi Est prospect area (portion of PE4958 and PE13083) .......... 251
Figure 6.2: Regional Geology of the Kolwezi Klippe showing the general location of the Musonoi Est prospect area253
Figure 6.3: Musonoi Est - schematic geological cross section through the Dilala Syncline .......... 254
Figure 6.4: Musonoi Est - Geology of Prospect Area showing Lower Roan Group "rafts" or "fragments.......... 255
Figure 6.5: Musonoi Est - schematic section through the Dilala East deposit on grid line 2100 .......... 256
Figure 6.6: Musonoi Est - scatter and HARD plots of 2012 pulp duplicates - %TCu .......... 258
Figure 6.7: Musonoi Est - scatter and HARD plots of 2012 pulp duplicates - %TCo .......... 258
Figure 6.8: Musonoi Est - scatter and HARD plots of 2012 Co referee samples - %TCo .......... 259
Figure 6.9: Musonoi Est - Lower Orebody %TCu variography – normal to strike & dip (top), downdip (middle) and along strike (bottom).......... 262
Figure 6.10: Musonoi Est - Lower Orebody %TCo variography – normal to strike & dip (top), downdip (middle) and along strike (bottom).......... 263
Figure 6.11: Musonoi Est - Upper Orebody %TCu variography – normal to strike & dip (top), downdip (middle) and along strike (bottom).......... 264
Figure 6.12: Musonoi Est - Upper Orebody %TCo variography – normal to strike & dip (top), downdip (middle) and along strike (bottom).......... 265
Figure 6.13: Musonoi Est – Mineral Resource classification .......... 266
Figure 6.14: Musonoi Est – X-Z section showing % TCu in drill hole and block estimates - DSTRAT.......... 268
Figure 6.15: Musonoi Est – schematic of access to orebody.......... 271
Figure 6.16: Musonoi Est – LHOS mining method views - section (top) and longitudinal section (bottom) .......... 274
Figure 6.17: Musonoi Est – SLOS mining method views - section (top) and longitudinal section (bottom) .......... 275
Figure 6.18: Musonoi Est – preliminary concentrator flowsheet .......... 277
Figure 6.19: Musonoi Est – prospect in relation to high level of historical activity surrounding Kolwezi .......... 278
Figure 7.1: Lubembe – regional locality, geology and extent of mining licence (PE330), proximity to Mufulira in Zambia .......... 283
Figure 7.2: Lubembe Project – local stratigraphic subdivision on the Kinsenda and Lubembe deposits.......... 286
Figure 7.3: Geology of the Lubembe Prospect Area showing drill hole collars.......... 287
Figure 7.4: Lubembe Project – Section through Tache B (line 750, drill hole spacing 50-100 m) .......... 288
Figure 7.5: Lubembe Project – Blebs and stringers of native copper, malachite and disseminated chalcocite mineralisation in drill hole LUBD011 (source: Metorex).......... 289
Figure 7.6: Lubembe Project – Disseminated chalcocite and malachite mineralisation within a pebbly arkosic sandstone unit (drill hole LUBD008, approximately 317m) (source: Metorex).......... 289
Figure 7.7: Lubembe Project – drill hole spacing and resource classification.......... 292
Figure 7.8: Lubembe Project – schematic layouts for different mining methods – SLOS (top), SLC (middle) and PC (bottom).......... 296
Figure 7.9: Lubembe Project – pit design .......... 297
Figure 7.10: Lubembe Project – Block Flow Diagrams for Option 3 (top) and Option 5b (bottom).......... 300

srk consulting

SRK House
265 Oxford Road
Illovo 2196
P O Box 55291
Northlands 2116
South Africa
**T:** +27 (0) 11 441 1111
**F:** +27 (0) 11 880 8086
**E:** johannesburg@srk.co.za
www.srk.co.za

30 August 2013

# A COMPETENT PERSON'S REPORT AND VALUATION REPORT ON THE MINERAL ASSETS OF METOREX (PTY) LTD IN THE DEMOCRATIC REPUBLIC OF CONGO AND THE REPUBLIC OF ZAMBIA

## 1 INTRODUCTION

### 1.1 Background

[18.05(1), 18.09(2)(3), SR1.1A(ii), SR1.5A(1), SV2.2, SV2.3]

SRK Consulting (South Africa) (Pty) Ltd ("**SRK**") is an associate company of the international group holding company, SRK Global Limited (the "**SRK Group**"). SRK has been commissioned by Jinchuan Group International Resources Co. Ltd ("**Jinchuan**", also referred to as the "**Company**") to prepare a Competent Person's Report ("**CPR**") and Competent Valuation Report ("C**VR**") on the operations and projects of Metorex (Pty) Ltd ("**Metorex**") in the Democratic Republic of Congo ("**DRC**") and Republic of Zambia ("**Zambia**") according to the requirements of Chapter 18 of the Rules Governing the Listing of Securities on the Stock Exchange of Hong Kong Limited (respectively the "**Listing Rules**" and the "**HKSE**"). Both the CPR and CVR have been consolidated into this single report (the "**CPVR**").

Metorex is a private company registered in the Republic of South Africa and is a wholly-owned subsidiary of Jinchuan Group Company Limited. Metorex's interests in the operations and projects in the DRC and Zambia (collectively the "**Mineral Assets**") are as follows:

- Through its wholly-owned subsidiary Ruashi Holdings (Pty) Ltd ("**Ruashi Holdings**"), a 75% shareholding in Ruashi Mining sprl ("**Ruashi Mining**") near Lubumbashi in the DRC, which operates the Ruashi open pit mine producing Cu and Co (the "**Ruashi Mine**");
- An 85% shareholding in Chibuluma Mines plc ("**Chibuluma**"), near Kitwe in Zambia, which has the operating Chibuluma South underground mine producing Cu. The nearby Chifupu Project forms part of the Chibuluma South licence. Metorex was awarded the Chibuluma Central prospecting licence in January 2013;
- Through its effective stake in Kinsenda Copper Company sarl ("**KICC**"), a 77% shareholding in the Kinsenda Copper Project ("**Kinsenda**"), which is a brownfields underground mine under construction in the DRC;

**Partners** AH Bracken, MJ Braune, JM Brown, CD Dalgliesh, JR Dixon, DM Duthe, BM Engelsman, R Gardiner, DJD Gibson, T Hart, GC Howell, WC Joughin, DA Kilian, JC Kotze, PR Labrum, DJ Mahlangu, RRW McNeill, HAC Meintjes, JA Middleton, MJ Morris, WA Naismith, GP Nel, VS Reddy, PN Rosewarne, PE Schmidt, PJ Shepherd, VM Simposya, AA Smithen, KM Uderstadt, DJ Venter, ML Wertz, MD Wanless, A Wood

**Directors** AJ Barrett, JR Dixon, PR Labrum, DJ Mahlangu, VS Reddy, PE Schmidt, PJ Shepherd

**Associate Partners** M Hinsch, JA Lake, SA McDonald, M Ristic, MJ Sim, JJ Slabbert, HFJ Theart, DP van den Berg, D Visser

**Consultants** AC Burger, *BSC(Hons)*; IS Cameron-Clarke, *PrSciNat, MSc*; JAC Cowan, *PrSciNat, BSc(Hons)*; JH de Beer, *PrSci Nat, MSc*; GA Jones, *PrEng, PhD*; TR Stacey, *PrEng, DSc*; OKH Steffen, *PrEng, PhD*; PJ Terbrugge, *PrSciNat, MSc*; DW Warwick, *PrSciNat, BSc(Hons)*

SRK Consulting (South Africa) (Pty) Ltd Reg No 1995.012890.07

**African Offices:**

| | |
|---|---|
| Cape Town | + 27 (0) 21 659 3060 |
| Durban | + 27 (0) 31 279 1200 |
| East London | + 27 (0) 43 748 6292 |
| Johannesburg | + 27 (0) 11 441 1111 |
| Kimberley | + 27 (0) 53 861 5798 |
| Pietermaritzburg | + 27 (0) 33 345 6311 |
| Port Elizabeth | + 27 (0) 41 509 4800 |
| Pretoria | + 27 (0) 12 361 9821 |
| Rustenburg | + 27 (0) 14 594 1280 |
| Accra | + 23 (3) 24 485 0928 |
| Harare | + 263 (4) 49 6182 |
| Lubumbashi | + 243 (0) 81 999 9775 |

**Group Offices:**
Africa
Asia
Australia
Europe
North America
South America

- Via Ruashi Holdings and Ruashi Mining, an indirect 75% shareholding in the Musonoi Cu/Co Project ("**Musonoi**", also referred to as the Dilala East Project), near Kolwezi in the DRC, where a feasibility study is in progress; and
- Through its effective stake in KICC, a 77% shareholding in the Lubembe Copper Project ("**Lubembe**"), where a pre-feasibility study is in progress.

The location of the Mineral Assets in the DRC and Zambia is shown in Figure 1.1.




| srk consulting | Metorex<br>Locality Plan of Metorex's Mineral Assets in the DRC and Zambia | Project No.<br>453459 |
|---|---|---|

**Figure 1.1: Metorex – locality map of Metorex's Mineral Assets in the DRC and Zambia**

## 1.2 Corporate Structure of Metorex

The corporate structure of Metorex is set out in Figure 1.2.

Ruashi Holdings is a South African registered wholly-owned subsidiary of Metorex. Ruashi Holdings has a 75% interest in Ruashi Mining, a private limited liability company registered in the DRC. The remaining 25% of Ruashi Mining is held by Générale des Carrières et des Mines ("**Gécamines**"), a state owned mining company registered in the DRC. Ruashi Mining holds 100% interests in the Ruashi Mine and Musonoi Project.

Metorex has an 85% interest in Chibuluma, which has as its main operating asset the Chibuluma South mine. The Chibuluma East and Chibuluma West mines are now depleted, but Chibuluma remains liable for environmental rehabilitation. The remaining 15% interest is held by Zambia Consolidated Copper Mines Investment Holdings plc ("**ZCCM-IH**") and the Government of Zambia ("**GRZ**"). The Chifupu Project, located approximately 1.7 km southwest of Chibuluma South mine, forms part of the Chibuluma South mine licence.

Copper Resources Corporation ("**CRC**") is a British Virgin Islands registered, 100% owned subsidiary of Metorex. CRC has a 72.15% interest in KICC, a private limited liability company registered in the DRC. Metorex owns a direct 4.85% of KICC. The remaining 23% of KICC is held by Société de Développement Industriel et Miniere du Congo ("**Sodimico**"), a state owned mining company registered in the DRC. KICC holds 100% interests in Kinsenda, Lubembe and Kinsenda exploration permit.




| srk consulting | **Metorex**<br>Corporate Structure | Project No.<br>453459 |
|---|---|---|

**Figure 1.2: Metorex – corporate structure**

## 1.3 Terms of Reference

[18.05(1), 18.09(2)(3)]

Jinchuan requires a CPR and a CVR to be compiled on Metorex's Mineral Assets as prerequisite documents for a proposed transaction as required by the Listing Rules (the "**Proposed Transaction**"). The combined CPVR for inclusion in the Prospectus, Admission Document, Circular or similar document (the "**Circular**") in support of the Company's Proposed Transaction to the HKSE must satisfy the reporting requirements of the Listing Rules, in particular Chapter 18 – Mineral Companies.

## 1.4 Reporting Compliance, Reporting Standard and Reliance

### 1.4.1 Reporting Compliance

[SR1.1A(iii), SV2.13]

SRK confirms that this CPVR complies with the disclosure and reporting requirements of the Listing Rules, including:

- Rules 18.09 to 18.13 inclusive, relating to relevant notifiable transactions involving the acquisition or disposal of mineral assets;
- Rules 18.18, 18.19, 18.21, 18.22, 18.23, 18.24, 18.25, 18.26, and 18.30, relating to statements on Mineral Resources and Mineral Reserves;
- Rule 18.28, 18.29 and 18.34, relating to the applicable reporting standard; and
- Guidance Note 7 to the Listing Rules, titled "Suggested Risk Assessment for Mineral Companies" [Rule 18.05(5)].

SRK understands the requirements set out in the Listing Rules with regards to the qualifications and experience of the Independent Competent Person and Competent Evaluator. SRK confirms that the staff employed on the project satisfies these requirements of the HKSE Listing Rules [Rules 18.21, 18.22 and 18.23].

### 1.4.2 Reporting Standard

[18.24(3), 18.29, 18.34, SR1.1, SV2.2]

The reporting standard adopted for the reporting of the Mineral Resources and Mineral Reserves for the Mineral Assets is the 2007 Edition of "*The South African Code for the Reporting of Exploration Results, Mineral Resources and Mineral Reserves (The* ***SAMREC Code****)*" as prepared by the South African Mineral Resource Committee Working Group under the auspices of the Southern African Institute for Mining and Metallurgy ("**SAIMM**") and the Geological Society of South Africa ("**GSSA**"). The SAMREC Code is an international reporting code that is acceptable to the HKSE Listing Rules [Rule 18.29(1)(c)].

The reporting standard adopted for the reporting of the values for the Mineral Assets is the 2008 Edition of "*The South African Code for the Reporting of Mineral Asset Valuation (The* ***SAMVAL Code****)*", as prepared by the South African Mineral Asset Valuation Working Group under the auspices of the SAIMM and the GSSA. The SAMVAL Code is an international valuation code that is acceptable to the HKSE Listing Rules [Rule 18.34(1)].

### 1.4.3 Reliance

The CPVR is addressed to and may be relied upon by the Company, the Directors of the Company and the Company's various financial, legal and accounting advisors (the "**Advisors**") in support of the Proposed Transaction, specifically in respect of compliance with the requirements of the Listing Rules. SRK agrees that the CPVR may be made available to and relied upon by the Advisors.

SRK is responsible for the CPVR and for all the technical information in the circular released by the Company in connection with the Proposed Transaction and dated the same date as the CPVR (the "**Circular**") that has been extracted from this CPVR. SRK declares that it has taken all reasonable care to ensure that this CPVR and the technical information extracted from it and included in the Circular is, to the best of its knowledge, in accordance with the facts and contains no omission likely to affect its import.

SRK confirms that the presentation of information contained elsewhere in the Circular which relates to information in the CPVR is accurate, balanced and not inconsistent with the CPVR.

SRK believes that its opinion must be considered as a whole and selecting portions of the analysis or factors considered by it, without considering all factors and analyses together, could create a misleading view of the process underlying the opinions presented in this CPVR. The preparation of a CPVR is a complex process and does not lend itself to partial analysis or summary.

SRK has no obligation or undertaking to advise any person of any development in relation to the Mineral Assets which comes to its attention after the date of the CPVR or to review, revise or update the CPVR or opinion in respect of any such development occurring after the date of the CPVR.

## 1.5 Effective Date

[18.24(2), SR1.1A(ii), SR5.7C(iii), SV2.9]

The effective date of the CPVR is 30 June 2013 (the "**Effective Date**").

The Mineral Resource and Mineral Reserve statements set out in this CPVR are reported as at 30 June 2013 and represent the resources and reserves at 30 June 2013 as audited by SRK.

The associated life-of-mine ("**LoM**") plans and associated technical and economic parameters ("**TEPs**") included in the LoM plans all commence on 1 July 2013.

The values for the Mineral Assets are taken to be correct at 30 June 2013, the Effective Date of the CPVR, which is also the **Valuation Date**.

### 1.5.1 Material Change

[18.05(2), SR1.1A(ii), SR5.7C(iii), SV2.9]

Based on information provided by the Company and Metorex, the events that have occurred since the Effective Date are unlikely to have a material impact on the resource and reserve statements or the values for the Mineral Assets at the date of publication of this CPVR (the "**Publication Date**").

### 1.5.2 Legal Claims and Proceedings

[18.05(4)]

SRK has been advised by the Company and its legal advisors that there are no legal claims or proceedings which could influence Metorex's rights to explore and/or mine at the Mineral Assets. From a list of legal proceedings and outstanding liabilities provided by the Company and Metorex, SRK could not find any outstanding issues that could influence Metorex's rights or prevent it from continuing with its operations.

### 1.5.3 Sufficiency of Rehabilitation Funding

[18.05(6)(d)]

Metorex reviews the closure cost estimates for the operations on an annual basis. SRK has reviewed these and adjusted the closure costs where appropriate.

Metorex has a group-wide provision for post-closure water treatment of around USD5 million. In SRK's experience, this figure is likely to be considerably more. In the absence of any proper evaluation of the extent (quantities) and severity (pH or TDS) of water to be treated, SRK has in agreement with Metorex increased this provision for post closure water treatment to USD25 million for the group for evaluation purposes.

### 1.5.4 Claims over land

[18.05(6)(h)]

Metorex has advised SRK that there are no land claims that may exist over the land on which exploration or mining activity is being carried out. From a list of outstanding liabilities provided by the Company and Metorex, SRK could not find any outstanding claims that could materially influence Metorex's rights or prevent it from continuing with its operations.

## 1.6 Verification and Validation

[SV2.14]

SRK has conducted a review (which specifically excludes independent verification by means of re-calculation) and assessment of all material technical issues likely to influence the future performance of the operating mines and development projects and the resulting TEPs, which included the following:

- Inspection visits to the Mineral Assets as follows:
  - Ruashi 18 and 24 October 2012;
  - Chibuluma 15, 16 and 22 October 2012;
  - Chifupu 9 July 2013;
  - Kinsenda 17 and 23 October 2012;
  - Lubembe 30 July 2013;
  - Musonoi 31 July 2013.
- Enquiry of key mine management and head office personnel during October 2012 to July 2013 in respect of the Mineral Assets, the resource and reserves statements, the LoM plans, the TEPs and other related matters;
- Examination of historical information for Ruashi and Chibuluma for the financial reporting periods ended 31 December 2010 (referred to as "**F2010**"), 31 December 2011 ("**F2011**"), 31 December 2012 ("**F2012**"), and the six months from January to June of 2013 ("**H1-F2013")**;
- A review of the resource and reserve statements for the Mineral Assets. Whilst SRK has not re-estimated the Mineral Resources and Mineral Reserves, SRK has performed all necessary validation and verification procedures of the source data, sampling methods, QA/QC methods applied, geological database, geological modelling and resource classification criteria deemed appropriate to place reliance on such information and to satisfy itself that the resource estimates are valid;
- Reporting of the Mineral Resource and Mineral Reserve Statements based on the resources and reserves provided by Metorex as at 30 June 2013;
- Examination, review and where appropriate modification of TEPs drawn from technical studies and LoM plans for the Mineral Assets, and all conclusions and recommendations drawn there from;

- Assessed the reasonableness of the macro-economic and commodity price assumptions incorporated into the Mineral Resource and Mineral Reserve Statements, the TEPs and values for the Mineral Assets.

SRK confirms that it has performed all validation and verification procedures deemed necessary and/or appropriate by SRK in order to place an appropriate level of reliance on the technical information provided by Metorex and the Company.

In presenting the Mineral Resource and Mineral Reserve Statements, the TEPs and values for the Mineral Assets in this CPVR, the following apply:

- Measured and Indicated Resources are inclusive of those Mineral Resources modified to produce Mineral Reserves, i.e. Mineral Resources are reported on an inclusive basis of the Mineral Reserves;
- In accordance with Chapter 18 of the Listing Rules, SRK has not included any consideration of Inferred Mineral Resources in determining the values of the Mineral Assets. The exclusion of these sources of potential value as well as exclusion of a premium or discount related to market, strategic or other considerations, means that the values assigned to the Mineral Assets do not reflect a Fair Market Value.

## 1.7 Limitations, Reliance on Information, Declaration, Consent and Cautionary Statements

### 1.7.1 Limitations

[SV2.10]

Mineral Reserve estimates are based on many factors, including data with respect to drilling and sampling. Mineral Reserves are derived from estimates of future technical factors, operating and capital expenditures, product prices and the exchange rate between the various currencies and the United States Dollar ("**USD**"). The Mineral Reserve estimates contained in this CPVR should not be interpreted as assurances of economic life of the Mineral Assets. As Mineral Reserves are only estimates based on the factors and assumptions described herein, future Mineral Reserve estimates may need to be revised. For example, if production costs increase or product prices decrease, a portion of the current Mineral Resources, from which the Mineral Reserves are derived, may become uneconomical to recover and would therefore result in lower estimated Mineral Reserves. Furthermore, should any of the assumed factors change adversely, the TEPs and values for the Mineral Assets as reported herein may need to be revised and may result in lower estimates.

This CPVR contains statements of a forward looking nature. These forward looking statements are estimates and involve a number of risks and uncertainties that may cause the actual results to differ materially from those anticipated in this CPVR.

The achievability of the projections, LoM plans, budgets and forecast TEPs as included in this CPVR is neither warranted nor guaranteed by SRK. The projections as presented and discussed herein have been proposed by Metorex management and have been adjusted where appropriate by SRK.

The projections cannot be assured as they are based on economic assumptions, many of which are beyond the control of the Company and Metorex. Future cash flows and profits derived from such forecasts are inherently uncertain and actual results may be significantly more or less favourable.

Unless otherwise expressly stated, all the opinions and conclusions set out in this CPVR are those of SRK.

### 1.7.2 Reliance on Information

SRK has relied upon the accuracy and completeness of technical, financial and legal information and data:

- furnished by or through the Company, including information and data originating with Metorex and the Company's Advisors; and
- in respect of all aspects relating to the Mineral Assets, publicly available information published by Metorex from time to time, including but not limited to any Mineral Resources and Mineral Reserve statements and technical studies contained in such information or data.

The Company has confirmed to SRK that, to its knowledge, the information provided by it to SRK was complete and not incorrect or misleading in any material aspect. SRK has no reason to believe that any material facts have been withheld.

Whilst SRK has exercised all due care in reviewing the supplied information, SRK does not accept responsibility for finding any errors or omissions contained therein and disclaims liability for any consequences of such errors or omissions.

The technical views in this CPVR are based on information provided by the Company, Metorex and the Company's Advisors throughout the course of SRK's investigations, which in turn reflect various technical-economic conditions prevailing at the date of this CPVR. In particular, the Mineral Reserves, TEPs and values of the Mineral Assets are based on expectations regarding commodity prices and exchange rates prevailing at the Effective Date of this CPVR. These can change significantly over relatively short periods of time. Should these change materially, the TEPs could be materially different in these changed circumstances.

SRK has reviewed the information provided by Metorex and is satisfied that the extents of the properties described in the various rights are consistent with the maps and diagrams received from Metorex. Nevertheless, this does not constitute a legal due diligence and SRK does not make any claim or state any opinion as to the validity of Metorex's title to the mineral rights or surface rights held or purported to be held over Mineral Assets.

This CPVR includes technical information, which requires subsequent calculations to derive subtotals, totals and weighted averages. Such calculations may involve a degree of rounding and consequently introduce an error. Where such errors occur, SRK does not consider them to be material.

### 1.7.3 Declaration

[18.22, SR11A(ii), SV2.2, SV2.14]

SRK will be paid a fee for this work at commercial rates in accordance with normal professional consulting practice. Payment of fees is in no way contingent upon the conclusions to be reached in the CPVR.

Neither SRK nor any of its employees or associates employed in the compilation of the CPVR of the Mineral Assets, nor any of the Competent Persons and/or Competent Evaluators who are responsible for authoring this CPVR, nor any directors of SRK have at the date of this report, nor have had within the previous two years, any shareholding in the Company, Metorex, the Mineral Assets or the Company's Advisors, or any other any pecuniary, economic or beneficial interest, or the right to subscribe for such interest, whether direct or indirect, in the Company, Metorex, the Mineral Assets, any of the Company's Advisors or the outcome of the work.

Consequently, SRK, the Competent Persons and the Competent Evaluators consider themselves to be independent of the Company and Metorex, their respective directors, senior management and the Company's Advisors.

In this CPVR, SRK provides assurances to the Board of Directors of the Company, in compliance with the requirements of the reporting standards, that the Mineral Reserves and Mineral Resources, TEPs, including production profiles, operating expenditures and capital expenditures for the Mineral Assets, as provided to SRK by the Company and reviewed and where appropriate modified by SRK, are reasonable given the information currently available.

### 1.7.4 Consent

[18.13]

In compliance with Rule 18.13 of the Listing Rules, SRK has given and has not withdrawn its written consent for the inclusion in the Circular of this CPVR as set out in Appendix V of the Circular and all of the information contained in the Circular which has been extracted directly from this CPVR.

### 1.7.5 Cautionary Statements

[18.08]

The reader and any potential or existing shareholder or investor in the Company or Metorex is cautioned that Metorex is involved in exploration on the Mineral Assets and there is no guarantee that any unmodified part of the Mineral Resources will ever be converted into Mineral Reserves nor ultimately extracted at a profit.

### 1.7.6 Disclaimers and Cautionary Statements for US Investors

This CPVR uses the terms "Mineral Resource", "Measured Mineral Resource", "Indicated Mineral Resource" and "Inferred Mineral Resource". US shareholders and investors in the Company are advised that while such terms are recognised and permitted under the SAMREC Code and the Listing Rules, the US Securities and Exchange Commission ("**SEC**") does not recognise them and strictly prohibits companies from including such terms in SEC filings.

Accordingly, US investors and shareholders in the Company are cautioned not to assume that any unmodified part of the Mineral Resources in these categories will ever be converted into Mineral Reserves as such term is used in this CPVR.

## 1.8 Indemnities provided by the Company

The Company has provided the following indemnities to SRK:

- In the event that the Company discloses or distributes any SRK work product or other deliverable (including reports, analysis, opinion or similar) (the "**SRK Work Products**") to any third party, the Company shall procure that such third party complies *mutatis mutandis* with various of the Company's obligations to SRK that are contained in the engagement letter between the Company and SRK, and unless otherwise agreed in writing by SRK, no such third party shall be entitled to place reliance upon any information, warranties or representations which may be contained within the SRK Work Products and the Company shall indemnify SRK against all and any such claims, losses and costs which may be incurred by SRK arising from the breach by the Company of this obligation. This indemnity shall not apply in relation to the provision by the Company of drafts of this CPVR to the Company's Advisors and the HKSE and in relation to, or following, the public release of this CPVR in the Circular.
- The Company has confirmed to SRK that, to its knowledge, the information provided by it to SRK was complete and not incorrect or misleading in any material aspect. SRK has no reason to believe that any material facts have been withheld. Whilst SRK has exercised all due care in reviewing the supplied information, SRK does not accept responsibility for finding any errors or omissions contained therein and disclaims liability for any consequences of such errors or omissions.

## 1.9 Qualifications of Consultants, Competent Persons and Competent Evaluator

[18.21, 18.23, SR11A(i), SV2.13, SV2.14]

SRK is part of an international group (the SRK Group) that comprises more than 1 700 staff, offering expertise in a wide range of resource engineering disciplines. The SRK Group's independence is ensured by the fact that it holds no equity in any project and is totally owned by its employees. This permits SRK to provide its clients with conflict-free and objective recommendations on crucial judgement issues.

SRK has a demonstrated track record in undertaking independent assessments of resources and reserves, project evaluations and audits, Mineral Expert's Reports, Competent Person's Reports, Mineral Resource and Mineral Reserves Compliance Audits, Independent Valuation Reports and independent feasibility evaluations to bankable standards and valuation of mineral properties on behalf of exploration and mining companies and financial institutions world-wide. The SRK Group has also worked on a large number of major international mining operations and their projects, providing mining consultancy service inputs. SRK has specific experience in commissions of this nature.

This CPVR has been prepared based on a technical and economic review by a team of twelve consultants sourced from the SRK Group's offices in South Africa over an eight week period. These consultants are specialists in the field of geology, resource and reserve estimation and classification, open-pit and underground mining, geotechnical engineering, mineral processing, hydrogeology and hydrology, tailings management, infrastructure, environmental management and mineral asset valuation.

- Roger Dixon PrEng, FSAIMM, BSc(Hons), EDP — Mineral Reserves, Internal Review;
- Victor Simposya PrSciNat, MSAIMM, BSc, MSc — Geology and Mineral Resources;
- Alan Naismith PrSciNat, FSAIMM, FSANIRE, MSc, MBA — Rock Engineering;
- Gert Nel PrSciNat, MGSSA, MSc — Hydrogeology
- Mark Sturgeon PrEng, MSAIMM, BSc(Eng) — Open Pit Mining and Mineral Reserves;
- Marcin Wertz PrEng, FSAIMM, MMCC, BSc(Eng) — Underground Mining and Mineral Reserves;
- Carel Roode PrEng, MSAIMM, MMMMA, BSc(Hons), BCom — Metallurgical Processing;
- Rob McNeill PrTechEng, MSAICE, Nat.Dip (T4) — Tailings Storage and Logistics;
- Peter Shepherd PrSciNat, BSc(Hons) — Hydrology;

| | |
|---|---|
| • Steve Owen CEng, MIMechE, BSc(Hons) | Infrastructure, Capital Expenditure, Occupational Health & Safety; |
| • Andrew Smithen PrEng, MSAIMM, MSAIAE, MSc(Eng), MBL | Environmental, Community/Social; |
| • Andrew McDonald CEng, MIMMM, FSAIMM, MSc, MBL | Technical Valuation and CPVR compilation; and |
| • Michael Warren MAusIMM, FAICD, BSc, MBA | External CPVR Review |

The CPVR has been prepared under the direction of the Competent Person ("**CP**") who assumes overall professional responsibility for the document. The report, however, will be published by SRK, the commissioned entity, and accordingly SRK will assume responsibility for the views expressed therein. Consequently all references to SRK mean the CP and vice versa.

The CP with overall responsibility for the CPVR and who has reviewed the Mineral Reserve estimates as reported by Metorex, is Mr Roger Dixon PrEng (Engineering Council of SA), who is Chairman and Corporate Consultant with SRK. Mr Dixon holds a BSc(Hons) degree in mining and is a Honorary Life Fellow of the SAIMM, which is a "*Recognised Professional Organisation*" ("**RPO**") as defined in Chapter 18 of the Listing Rules. Mr Dixon is a mining engineer with 40 years' experience in the mining industry, specialising in engineering studies, due diligence audits and mine valuation, and has supervised numerous engineering studies and due diligence reviews in Southern Africa and internationally during the past 10 years. He has had specific experience in Cu and Cu/Co projects in Zambia and the DRC for more than 10 years.

The CP who has reviewed the Mineral Resource estimates as reported by Metorex, is Mr Victor Simposya PrSciNat (South African Council of Natural and Scientific Professionals), a Member of the SAIMM, and a Partner with SRK with 32 years' experience in the mining industry. Mr Simposya holds a BSc (Min.Sci.) degree in geology from the University of Zambia and a MSc (Mining) from Montana Tech in Butte, Montana. He is a resource geologist who specialises in orebody computer modelling and geostatistical modelling, and has undertaken numerous mineral resource estimations and audits in Southern Africa and internationally during the past 10 years. Mr Simposya has more than 30 years' experience of the geology and resource estimation of Cu/Co projects in the Zambian and DRC Copperbelt. For 18 of these, he was based at ZCCM's Nchanga operations.

The Competent Evaluator (as defined in Chapter 18 of the Listing Rules) is Mr Andrew McDonald, an Associate Consultant with SRK holding a MSc degree in Geophysics (cum laude) from the University of the Witwatersrand and a MBL from UNISA. He is a registered Chartered Engineer (Engineering Council of UK, Reg. No. 334897) through the Institution of Materials, Minerals and Mining ("**IoM3**") in London and is a Fellow of the SAIMM, both RPOs in terms of Chapter 18 of the Listing Rules. He has 39 years of diverse experience in a range of management, technical and financial activities in mining and light industrial industries, the past 18 of which have been involved in the fields of feasibility studies, due-diligence audits, financial evaluation and regulatory reporting for mineral projects throughout Africa and other international locations. He has undertaken numerous mineral property and project technical valuations during the past 14 years, specifically on Cu and Cu/Co projects in Zambia and the DRC since 2002.

# 2 MARKET OVERVIEW AND COMMODITY PRICES

[SR5.7C, SR5.8A/C, SV2.18]

## 2.1 Introduction

The following section provides a brief overview of the supply and demand dynamics for Cu and Co, historical commodity prices and assumptions regarding future commodity prices as these affect the value for the Mineral Assets per Chapter 18 of the Listing Rules (the "**Chapter 18 Value**"). The information as presented here has been sourced from various public domain information databases including internet sources.

This section is presented for information only and should not be considered a substitute for a detailed forecast demand-supply price analysis in respect of commodity prices.

## 2.2 Market Overview

### 2.2.1 Supply and Demand for Copper

Copper is used in a wide variety of applications, with building construction being the single largest market, followed by electronics and electronic products, transportation, industrial machinery, and consumer and general products. It is being used extensively in 'green' technologies, such as solar cells and electric vehicles, and its antimicrobial properties are used to reduce the transfer of germs and disease.

World mine copper production totalled 17.0 Mt in 2012 according to the USGS Survey, with 70% of production arising from seven countries. South America was the dominant regional producer, with Chile and Peru accounting for 32% and 7% of world production in 2012 respectively, as set out in Figure 2.1.




| srk consulting | **Metorex**<br>World Copper Mine Production in 2012 (source: USGS Mineral Commodity Summaries) | Project No. 453459 |
|---|---|---|

**Figure 2.1: World Copper Mine Production in 2012**

World refined copper production and usage trends for 2006 to 2012 are summarised in Table 2.1. Expectations for major growth in Chilean production in 2012 were not achieved, with year-on-year world production only growing by 2.8% relative to 2011. Global usage for refined copper grew 5.5% in 2012 relative to the same period in 2011 (see Table 2.1). Production of refined copper grew by only 1.7%, thereby creating a drawdown in global supplies.

**Table 2.1: World refined copper production and usage trends – 2006 to 2012**

| Item | Units | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|
| World Mine Production | (Mt) | 14.99 | 15.49 | 15.53 | 15.90 | 16.02 | 16.02 | 16.74 |
| World refined production | (Mt) | 17.29 | 17.93 | 18.24 | 18.27 | 19.00 | 19.65 | 20.12 |
| World refined usage | (Mt) | 17.03 | 18.20 | 18.05 | 18.07 | 19.35 | 19.87 | 20.47 |

The outlook for copper is focused mainly on China and India, which are forecast to make up 50% of demand by 2020:

- Projections suggest that by 2025, 220 Chinese cities will have over 1 million inhabitants. This will translate into an increased demand for buildings and transit systems, with 5 million buildings and 170 transit systems projected to be constructed by 2025. Ultimately, whether it is more people, more buildings, or more infrastructure, more copper will be needed to facilitate construction.

  However, one of the largest drivers of copper will be the growth of the Chinese consumer. More consumers, means more demand for cars, appliances, garments, and electronics (see Figure 2.2). China has set a goal of 65% urbanization rate by 2050, which translates into 300 million rural residents becoming urban residents over this time period (see Figure 2.2). Evidence of these implications can be seen in copper consumption figures between 1980 and 2010: copper consumption expanded at an annual pace of 10.1%.

- India also provides a very compelling case for copper demand, especially with respect to its power needs. According to the International Energy Agency, India's power production needs to rise by 15% to 20% annually and to meet that, India needs to invest USD1.25 trillion by 2030 into energy infrastructure. From this new infrastructure, India's annual copper demand is expected to more than double.




| srk consulting | **Metorex**<br>Per capita refined Cu consumption (left) and World urbanisation prospects % 1950 to 2050 (right) (source: Rio Tinto, after UN) | Project No.<br>453459 |
|---|---|---|

**Figure 2.2: Per capita refined Cu consumption (left) and World urbanisation prospects % 1950 to 2050 (right)**

Chinese demand is not the only major factor to consider in the outlook for copper. The world is also beginning to feel the impact of supply challenges. The industry is experiencing difficulties with respect to the production of copper from various aspects of the production cycle:

- Discoveries of higher grade deposits are becoming less frequent;
- More underground mines are producing copper, at a smaller output capacity than open pits;
- An increasing proportion of new supply is located in riskier countries;
- More challenging environments due to lack of infrastructure imply an increase in the capital intensity of new projects;
- Declining average grades (see Figure 2.3);
- Supply disruptions will continue due to:
  - Technical complexity;
  - Project delays;
  - Labour strike action.

Market commentators suggest that current production numbers are indicating that supply side issues may be starting to show. It is argued that metal prices are holding up as there have been only marginal increases in new copper mine development over the past five years, despite continued growth in demand.




| srk consulting | Metorex<br>Decreasing copper grades (source: Rio Tinto, after Brook Hunt) | Project No. 453459 |
|---|---|---|

**Figure 2.3: Decreasing copper grades**

### 2.2.2 Supply and Demand for Cobalt

Cobalt is used primarily in the form of an alloy which is either used as the base metal or as an alloying element. Cobalt is used in the production of Ni-Cad batteries and as an alloy hardening agent for aircraft jet engines, gas turbines and coatings for other metal surfaces as well as diamond tools. In the form of an oxide, cobalt is used in pigmentations for glass and porcelain as well as being used as a supplement in animal feedstock. In organic derivative forms it is used in paints and tyres. Radioactive $^{60}Co$ is used in the treatment of cancer. Cobalt is essential to many living creatures and is a component of vitamin $B_{12}$.

World mine cobalt production totalled 110 kt in 2012 according to Mineral Commodity Summaries, USGS. Africa was the dominant regional producer, with the DRC and Zambia accounting for 55% and 3% of world production in 2012 respectively, as set out in Figure 2.4. Both the DRC and Zambia produce mainly cobalt in oxide and sulphide form as derived from copper ores, whereas in Australia cobalt is found in conjunction with nickel oxide ores.




| srk consulting | Metorex<br>World Cobalt Mine Production in 2012 (source: USGS Mineral Commodity Summaries) | Project No. 453459 |
|---|---|---|

**Figure 2.4: World Cobalt Mine Production in 2012**

World refined cobalt production trends for 2006 to 2010 from the Cobalt Development Institute ("**CDI**") are summarised in Table 2.2. Production figures for 2011 and 2012 in Table 2.2 are based on information reported

by Darton Commodities. Production from the Ambatovy project in Madagascar and the Formation project in Idaho, USA, is expected to add 7.1 kt to world production from 2013. Usage trends for cobalt are not readily available from the internet. However, the market was in oversupply in 2011 and 2012, and is expected to persist through to 2016. Demand for cobalt is expected to rise at about 7% year-on-year to over 100 kt by 2016, driven mainly by demand for chemicals for the battery industry and superalloys for aircraft engines. The cobalt market is expected to continue to suffer from oversupply and weak prices at least until 2016.

**Table 2.2: World refined cobalt production and usage trends – 2006 to 2012 (CDI, Darton)**

| Item | Units | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|
| World Refined Production | (kt) | 53.6 | 53.7 | 56.8 | 59.4 | 73.9 | 79.9 | 76.0 |
| World Consumption | (kt) | n/a | 60.4 | 54.6 | 53.0 | 58.6 | 69.2 | 73.9 |

On the production side, though, policy changes, political and regional instability, power supply problems and transportation logistics in the DRC and across Africa could result in supply disruption.

Owing to the use of cobalt in rechargeable batteries that are currently used in the production of hybrid electric vehicles on a large-scale basis, the market for cobalt is poised for growth in years to come.

According to Darton Commodities, significant destocking of both unrefined and refined cobalt materials in China during 2012 should reduce the overall supply and demand imbalance, which had undermined the cobalt market for the past couple of years. This coupled with lower shipments from Africa and the booming smartphone industry should help to limit the downside for cobalt prices.

## 2.3 Commodity Prices

### 2.3.1 Copper

Historical copper prices from 1989 to June 2013 and last 12 months are shown in Figure 2.5.

The three-year trailing average price for Cu for July 2010 to June 2013 at the Valuation Date is USD8 171/t (or USD3.71/lb) Cu, as set out in Table 2.3. This is the Cu price that has been used in the forward looking statements for valuation purposes.

**Table 2.3: Copper and cobalt prices – H2-2010 to H1-2013 and 3-year trailing average (source: Bloomberg)**

| Item | Units | Historic Metal Prices | | | | |
|---|---|---|---|---|---|---|
| | | Av. H2-2010 | Av. 2011 | Av. 2012 | Av H1-2013 | 3-year trailing average |
| Copper | (USD/lb) | 3.60 | 4.00 | 3.61 | 3.42 | 3.71 |
| | (USD/t) | 7 940 | 8 813 | 7 958 | 7 543 | 8 171 |
| Cobalt | (USD/lb) | 17.49 | 16.01 | 13.12 | 12.13 | 14.66 |
| | (USD/t) | 38 561 | 35 297 | 28 931 | 26 739 | 32 328 |

### 2.3.2 Cobalt

Historical cobalt prices from 2005 to June 2013 and last 12 months are shown in Figure 2.6.

The three-year trailing average price for Co for July 2010 to June 2013 at the Valuation Date is USD14.66/lb, as set out in Table 2.3. This is the Co price that has been used in the forward-looking statements for valuation purposes.

### 2.3.3 Sulphuric Acid

Ruashi Mine operates a sulphuric acid plant, which can produce acid at the rate of around 7 750 tpm for use in its solvent extraction-electrowinning ("**SX/EW**") process. This is surplus to the requirements of the SX/EW plant, with the balance available for sale. The sale of acid is governed by the over-supply of acid from Zambia, which forced prices down during 2012 to below USD300/t.

The Ruashi acid plant was operated intermittently during 2012 due to power supply problems. With the installation of additional diesel-generating capacity at Ruashi Mine in 2013, Ruashi Mine has been able to operate the acid plant on a more continuous basis.

A by-product of the acid plant is $SO_2$ gas, which is used to control the leaching environment for cobalt. Once the acid plant can be run on a more continuous basis, a consistent supply of $SO_2$ gas can be achieved, thereby replacing the more expensive sodium meta bisulphite used to generate the $SO_2$ gas.




| | | |
|---|---|---|
| srk consulting | **Metorex**<br>Historical copper prices from 1989 to June 2013 (left) and last 12 months (right) (source: InfoMine.com) | Project No. 453459 |

**Figure 2.5: Historical copper prices from 1989 to June 2013 (left) and last 12 months (right)**




| | | |
|---|---|---|
| srk consulting | **Metorex**<br>Historical cobalt prices 2005 to June 2013 (left) and last 12 months (right) (source: InfoMine.com) | Project No. 453459 |

**Figure 2.6: Historical cobalt prices 2005 to June 2013 (left) and last 12 months (right)**

## 2.4 SRK Comments

The commodity market was extremely volatile in 2008/2009, due to the global collapse in the commodities market and the world economy. Commodity prices were driven higher by speculative dealings and market hype during 2007 and early 2008, collapsing dramatically in late 2008 and 2009. For example, the JSE All Share index decreased from around 37 000 in July 2008 to around 18 000 in mid-2009.

Use of a 3-year trailing average price is frequently done in mineral asset valuation and is a method accepted by the Securities Exchange Commission of the United States of America and the Securities Commissions of Canada. This method relies on the precept of *history being the best predictor of the future* and is based on actual results, rather than commodity price forecasts which rely on projections from historical trends and analysts' interpretations of future supply/demand positions.

SRK is satisfied that the 3-year trailing average price is acceptable for purposes of this CPVR.

# A OPERATING MINES

## 3 RUASHI MINE

### 3.1 Introduction

[SR1.5A(i)]

Ruashi Holdings is a South African registered wholly owned subsidiary of Metorex, and has a 75% interest in Ruashi Mining, a private limited liability company registered in the DRC. The remaining 25% of Ruashi Mining is held by Gécamines, a state owned mining company registered in the DRC.

Ruashi Mine is an open cast mining operation, located near Lubumbashi in the Katanga province of the DRC, at which copper cathode and cobalt hydroxide is produced, and sold under off-take contracts.

### 3.2 Location, Climate, Access and Infrastructure

[SR1.4A, SR1.5A(i), SR1.6, SV2.3]

The Ruashi Mine is located in the DRC at latitude 11°37'S and longitude 27°33'E, 10 km east of Lubumbashi, the capital city of Katanga Province. The mine is located in the peri-urban area to the northeast of Lubumbashi and on the outskirts of Ruashi Commune, consisting of the Kalukuluku, Luano and Kawama village (Figure 3.1).

The mine is located approximately 3.5 km southeast of the Lubumbashi International airport, and is accessed using either an 11 km gravel road, off the Luano International Airport road, or an unpaved commune road. Both roads connect to the Lubumbashi central business district via 5 km of tarred roads in a relatively good condition.

The Congolese Copper belt is located in a sub-tropical zone characterised by distinct wet and dry seasons. Annual rainfall is approximately 1 200 mm and occurs during a wet season (summer) lasting from October to March with the heaviest rainfall occurring between December and March.

Rainfall generally occurs as short thunderstorms any time during the day or night, and it is not uncommon to have 50 mm of rain in the space of a few hours. Mining production is frequently impacted by the high rainfall as production from the open pits is stopped to allow haul ramps to dry. Key RoM stockpiles and primary crushing installations are also impacted if material is too wet. Exploration drilling activities on the prospects are generally restricted to the dry season as vehicle access off the main bush tracks is not feasible during the wet season.

The average air temperature remains fairly constant at between 17°C and 24°C throughout the year and there is no distinct winter and summer temperature regime. Average temperatures peak during September and October at 32°C. The coldest month is July with an average daily minimum of 6°C.

The Ruashi Mine is located to the north of a northwest to southeast trending topographic high that acts as a local water divide. Topographic elevations range between 1 320 m above mean sea level ("**amsl**") at the water divide to 1 235 m amsl at the topographical low in the east. In the vicinity of the mine site, the elevation is approximately 1 285 m amsl.

The main arterial road from Lubumbashi to Kasumbalesa has been further upgraded by Chinese contractors during 2010. Border control at Kasumbalesa between the DRC and Zambia has improved as a result of infrastructure upgrade.

Water to the mine is supplied from underground aquifers. The geology is largely dolomitic and significant quantities of subsurface water are available. Return water from the tailings dam is also used in the plant.

Power in the DRC is regulated and supplied by Société Nationale de Electricité ("**SNEL**"), the national power utility. The Ruashi Mine is fed at 220 kV (40 MW) by a dedicated power line. Furthermore, as part of the Phase II capital programme, Ruashi Mining spent some USD11 million in upgrading SNEL's main supply sub-station in Lubumbashi. The mine has rented 13 diesel generators from Agrekko, capable of producing 13 MW, since February 2013 and has purchased a further 7 Caterpillar diesel generators, capable of producing 15 MW, which will be operational by August 2013. Metorex has decided to purchase the Agrekko generators during H2-F2013, which means that the Ruashi Mine will effectively be self-sufficient in power supply.

## 3.3 Mining History

### 3.3.1 Historical Development of Ruashi Mine

[SR1.3, SR1.4, SR1.5A(ii), SV2.4]

To date, mining activities at the Ruashi Mine have been carried out in two phases. The Ruashi Phase I concentrator plant ("**Phase I**") consisted of an oxide concentrator plant to treat the oxide ore stockpiles left by Union Miniére du Haut Katanga ("**UMHK**") and Gécamines.




| srk consulting | **Metorex**<br>Locality of Ruashi Mine and extent of Mineral Rights | Project No.<br>453459 |
|---|---|---|

**Figure 3.1: Locality of Ruashi Mine and extent of Mineral Rights**

The Ruashi Phase II hydrometallurgical plant ("**Phase II**") came on stream in early 2008, comprising leaching-decantation, solvent extraction/electro-winning ("**SX-EW**") and cobalt precipitation operations.

The historical development of the Ruashi Mine is summarised in Table 3.1.

**Table 3.1: Ruashi Mine – Historical Development**

| Date | Activity | Comments |
|---|---|---|
| 1907 | Earliest recorded exploration work by Tanganyika Concessions Limited | |
| 1911 | UMHK discovers Etoile orebody | |
| 1919 | UMHK discovers the Ruashi ore bodies | Three ore bodies, called Ruashi I, Ruashi II and Ruashi III. |
| 1911 – 1926; 1935 – 1946; 1953 - 1964 | Intermittent mining conducted at Etoile orebody | High grade Cu oxides (>5% Cu) were selectively mined and processed as direct feed in the UMHK Lubumbashi smelter (now defunct). Lower grade material was stockpiled. |
| 1919, 1931, 1932 – 1935; 1960 - 1963 | Intermittent mining conducted at Ruashi ore bodies. Limited underground mining carried out –limited to prospect drives and crosscuts for sampling purposes. | |
| 1967 | UMHK mines including Ruashi and Etoile nationalised; Gécamines established as the state mining company. | |
| 1980s | Gécamines completes geological reserve estimate using a manual polygonal estimation method. | Not SAMREC compliant. |
| 1980s to 1990s | Gécamines experiencing production problems due to lack of reinvestment into operations. | Cu production had declined from 450 ktpa to 30 ktpa, Co production from 10 ktpa to 4 ktpa. |
| 1996 | Commenced with the privatisation of the exploitation rights to the Ruashi Cu-Co ore body. | |
| 1997 | JCI Projects Ltd ("JCI") embarked on systematic exploration programme of Ruashi and Etoile stockpiles | Scoping study completed. |
| 2000 | Cobalt Metals Company Ltd ("**CMC**") acquired the rights to and entered into an agreement with Gécamines for the exploitation of the Ruashi orebody and the Ruashi and Etoile stockpiles. | Concession No 237 was transferred to CMC. |
| 2001 | Scoping study of Ruashi resources and reserves compiled for CMC.<br>Pre-feasibility study resource model compiled by Digital Mining Services ("DMS"). | Reviewed in 2004, but not accepted by SRK. |
| June 2003 | Ruashi Mining was created and registered in the DRC in 2003, with CMC holding a 55% interest and Gécamines a 45% interest. | Concession 237 transformed into two separate exploitation licences or permis d'exploitation ("PE"); PE578 granted exploitation rights to Ruashi Mining. |
| 2003 | Metorex conducts pre-feasibility study and sampling of the Ruashi stockpiles. | |
| May 2004 | Metorex acquires Sentinelle's 65% interest in Ruashi Holdings in exchange for USD2.5m payment, completion of a feasibility study, supply of 2nd-hand plant to Ruashi and raise development capital. | |
| 2004 | CMC's rights and obligations transferred to Ruashi Holdings. Ruashi Mining held by Ruashi Holdings (80%) and Gécamines (20%). | |
| May 2004 | Metorex entered into an agreement with Sentinelle Global Investments group in exchange for a 65% interest in Ruashi Holdings. | |
| 2005 | Mineral resources in stockpile signed off by SRK;<br>Metorex increases interest in Ruashi Holdings to 84%. | Ruashi: 1.5 Mt @ 1.84% Cu and 0.34%Co<br>Etoile:1.7 Mt @ 1.88% Cu and 0.35% Co. |
| 2005/6 | Metorex conducted verification drilling programme of 6 665 m to address concerns raised by SRK. | |
| May 2005 | Commenced construction of Phase I concentrator plant. | |
| September 2006 | First concentrate produced. | Low grade concentrate sent to the Sable plant in Zambia. Cu cathode and Co carbonate produced in SX-EW plant. |
| March 2007 | Construction of the Phase II hydrometallurgical plant commenced.<br>Metorex holds 100% interest in Ruashi Holdings | Plant was built and commissioned in phases. |
| October 2007 | Open pit mining commenced at Ruashi I ore body | |
| March 2008 | Early copper first produced | Direct EW Cu, no SX. |
| October 2008 | Copper circuit incorporating the SX plant commissioned. | |
| February 2009 | Cobalt plant commissioned. | |
| March 2009 | Phase I concentrator plant placed on care and maintenance | |
| 2009 | Metorex completes two drilling campaigns across all three ore bodies.<br>Ruashi Holdings interest in Ruashi Mining decreased to 75%. | 1 651 m (48 holes) of reverse circulation ("RC") drilling; 5 229 m (52 holes) of diamond drilling. |
| 2010 | Ruashi Mining completed three drilling programmes – 51 holes (965 m) or percussion drilling across the BOMZ in Pit 3, 78 holes (5 524 m) of in-fill drilling in Pit 1, 36 holes (7 160 m) to explore ore body extensions to east and north of Pit 3. | |

### 3.3.2 Historical Operating Statistics

Brief historical operating statistics for Ruashi Mine are summarised in Table 3.2.

**Table 3.2: Ruashi Mine – Historical Operating Statistics**

| Item | Units | 2009/10 [1] | F2011 | F2012 | H1-F2013 |
|---|---|---|---|---|---|
| **Production** | | | | | |
| RoM ore mined | (kt) | 2 038.1 | 1 456.9 | 1 273.7 | 811.0 |
| Waste mined | (bcm) | 6 343.0 | 7 557.1 | 5 281.1 | 1 495.9 |
| Strip Ratio | (bcm/t) | 6.20 | 5.19 | 4.15 | 1.84 |
| Plant feed | (kt) | 1 838.0 | 1 259.3 | 961.7 | 546.9 |
| Head grade - Cu | (%) | 2.90% | 3.25% | 3.22% | 3.31% |
| Head grade - Co | (%) | 0.51% | 0.43% | 0.46% | 0.41% |
| Plant recovery - Cu | (%) | 80.1% | 84.3% | 85.0% | 88.8% |
| Plant recovery - Co | (%) | 55.0% | 68.5% | 69.5% | 67.7% |
| Recovered Cu | (kt) | 43.0 | 34.5 | 27.0 | 16.1 |
| Recovered Co metal in hydroxide | (kt) | 5.1 | 3.7 | 3.0 | 1.5 |
| **Sales** | | | | | |
| Sales - LME grade Cu | (kt) | 43.0 | 34.6 | 26.8 | 16.1 |
| Sales - Co | (kt) | 5.1 | 4.0 | 3.2 | 1.4 |
| Av. Price received - Cu | (USD/t) | 7 067 | 8 513 | 7 731 | 7 497 |
| Av. Price received - Co | (USD/t) | 26 371 | 24 142 | 16 484 | 17 828 |
| **Operating Costs** | | | | | |
| On-mine costs | (USD m) | 194.2 | 148.3 | 164.6 | 99.3 |
| Salaries & wages | (USD m) | 20.0 | 26.7 | 31.4 | 18.3 |
| Mining Costs | (USD m) | 40.8 | 17.8 | 18.9 | 14.8 |
| Processing Costs | (USD m) | 88.6 | 70.2 | 68.5 | 43.7 |
| Engineering costs | (USD m) | 17.8 | 10.8 | 12.5 | 5.3 |
| SHEC | (USD m) | - | 5.5 | 0.9 | 1.6 |
| Administration costs | (USD m) | 27.9 | 17.3 | 32.3 | 11.4 |
| Stock movement | (USDm) | (0.9) | - | - | 4.2 |
| Off mine costs | (USDm) | 54.1 | 49.8 | 39.2 | 16.3 |
| Transport costs | (USD m) | 32.2 | 31.2 | 20.2 | 9.6 |
| Clearing costs | (USD m) | 21.9 | 18.6 | 19.0 | 6.7 |
| Royalties | (USD m) | 18.9 | 17.8 | 14.3 | 6.2 |
| **Unit Costs** | | | | | |
| On-mine cost | (USD/t milled) | 100.00 | 117.75 | 171.19 | 181.61 |
| Operating cost per t Cu produced | (USD/t Cu produced) | 4 539 | 4 294 | 6 103 | 5 914 |
| Operating Cost per t of Cu, net of Co credits | (USD/t Cu produced) | 2 627 | 2 356 | 4 146 | 4 929 |

(1) Represents 18 months from July 2009 to December 2010.

## 3.4 Title and Rights

### 3.4.1 Mineral Rights

[18.05(3), SR1.7A, SR5.1A, SV2.3]

On 11 December 2009, an agreement was entered into with Chemaf sprl for the acquisition of a portion of PE1538 to the north of, and contiguous with PE578. This portion was converted to a new mining licence (PE 11751) and ownership transferred to Ruashi Mining.

The details of the mining licences granted to Ruashi Mining related to the Ruashi Mine are summarised in Table 3.3 (see also Figure 3.1).

**Table 3.3: Ruashi Mining – details of Mining Licences at Ruashi Mine**

| Licence | Type of Title | Area (ha) | Valid From | Expiry Date | Commodity |
|---|---|---|---|---|---|
| PE578 | Exploitation Permit | 900 | 26 Sep 2001 | 25 Sep 2021 | Cu, Co, base and precious metals |
| PE11751 | Exploitation Permit | 420 | 11 Dec 2009 | 10 Dec 2039 | Cu, Co, base and precious metals |

### 3.4.2 Surface Rights

By virtue of its mining licence, Ruashi Mining is granted the exclusive right to use the land on which the stockpiles and ore bodies are situated, and to build installations and facilities required for mining exploitation.

### 3.4.3 Royalties

[SR5.7C(v)]

During 2008, the Government of the DRC, through the Department of Mines, instructed the state owned mining companies to renegotiate the terms of their partnership agreements, which included the Partnership agreement and Statutes governing the shareholder relationship between Ruashi Holdings and Gécamines. The outcome of these negotiations was that Ruashi Holdings conceded a 5% interest in Ruashi Mining, resulting in its interests reducing to 75% and Gécamines increasing from 20% to a 25% carried interest.

Ruashi is obligated to pay to Gécamines a royalty on gross revenue derived by the mine less Cu transport costs, calculated at 2.5% and furthermore, is obliged to pay the state royalty of 2.0% on mine revenue (sales less transport and clearing costs). In addition to the royalty payment, Ruashi Mining was also obligated to make payment of a deferred mineral content fee payment of USD4 million to Gécamines. By December 2012, Ruashi had paid the full amount to Gécamines.

## 3.5 Geology

[SR1.2, SR1.3, SR2.5A/B/C, SR4.1A(i), SV2.5]

### 3.5.1 History of the Project Area

The Etoile and Ruashi ore bodies were discovered by UMHK in 1911 and 1919, respectively, and were both intermittently mined as high grade **("HG")** copper oxide quarries over a period spanning half a century. UMHK mined the very HG oxide cap at the Ruashi Mine in the early part of the last century. At that stage, the deposit ran at an average grade of 7% Cu and higher. This ore was mined as Direct Shipping Ore **("DSO")** or processed through a washing plant, before being processed in the open hearth blister furnaces that were operated in Lubumbashi at the time.

The UMHK mines, including Ruashi and Etoile, were nationalised in 1967 and Gécamines was established as the state mining company to control all copper and cobalt production and exploration across the Katanga Province.

The earliest recorded exploration work commenced in 1907 by Tanganyika Concessions Ltd who excavated pits and dug trenches in the area. The Ruashi area has been extensively investigated by pitting, trenching, geophysical methods as well as diamond and reverse circulation drilling over the last century. Since discovery in 1919 and up to December 2012, 1 434 drill holes have been completed on the Ruashi property giving a total of 110 952 m.

The Ruashi ore body was evaluated by UMHK and Gécamines over a period of nearly five decades, with drilling carried out on sections spaced at 50 m intervals, along strike and intervals, and along sections of between 12 m and 50 m. Historical drilling activities at Ruashi prior to privatisation amounted to 1 047 holes over a total of 76 548 m.

In 1997, JCI Projects Ltd ("**JCI**") embarked on a systematic exploration programme to validate the existing Gécamines mineral resource information for selected Ruashi and Etoile stockpiles. JCI also undertook diamond-drilling and detailed structural and geological mapping of the ore body, and conducted detailed mineralogical and metallurgical studies on stockpile material.

Metorex completed a dump drilling campaign on the Ruashi stockpiles as part of the 2003 Phase I feasibility study, to verify the grades and mineralogy of the stockpile material to be processed through the Phase I concentrator plant. These stockpiles have largely been depleted and the mineral resources remaining to be mined at Ruashi are largely in-situ within the three separate ore bodies, commonly referred to by the Ruashi Mine as Ruashi I, Ruashi II and the Ruashi III ore bodies.

Metorex carried out a verification drilling program during 2005/6 of 6 665 m of drilling to address certain of the concerns raised by SRK in their Independent CPR dated March 2005.

A number of historical mineral resource estimates have been completed for the Ruashi ore bodies, the last performed by Integrated Geological Solutions (Pty) Ltd ("**IGS**") in July 2012.

### 3.5.2 Regional Geology

The Ruashi ore body is a stratiform, sediment-hosted copper deposit ("**SSC**") located in the Central African Copper belt. The Copper belt forms one of the world's greatest metallogenic provinces containing over a third of the world's cobalt reserves and a tenth of the world's copper reserves. The Central African Copper belt is

second only to the Chilean Porphyry belt in terms of copper endowment but lags significantly in terms of production.

The copper-cobalt deposits of the Central African Copper belt are hosted within a strongly deformed, arcuate belt of rocks that extends from north-eastern Angola through southern DRC and into Zambia, referred to as the Lufilian Arc as illustrated in Figure 3.2. The major ore bodies of both Zambia and the DRC are associated with the most strongly deformed zones along the northwest-southeast axis of the arc and occur along distinctly linear trends.

The different nomenclature for the basal Roan Supergroup reflects not only the different geological history of the belt but also a lack of correlation across national boundaries. Consequently, two sub-types of SSC deposits are distinguished in the rocks of the Central African Copper belt. These are divided on geographical lines into a northwest district in the DRC ("**Congolese Copper belt**") and a southeast district in Zambia ("**Zambian Copper belt**") (Figure 3.3).

The Katangan Sequence is divided into three Supergroups separated by two marker conglomerates (possibly glacial tillites). These units are described briefly below (from youngest to oldest) and are illustrated in the general stratigraphy of the Katanga System in Figure 3.4.

- The Upper Kundelungu Supergroup (**Ks**): formed by detrital marine sediments, predominantly dolomitic; divided into three groups (Ks 3, Ks 2, Ks l) based on sedimentary cycles. Minor sandstone units are scattered throughout the succession;
- The Lower Kundelungu Supergroup (**Ki**): formed by detrital marine sediments, predominantly dolomitic but with limestones and dolostone in the south (the Kakontwe Limestone); divided into two groups (Ki 2 and Ki 1), based on sedimentary cycles; up to 3 000 m thick; and
- The Roan Supergroup (**R**): lagoonal and fluvial marine sediments — dolostone, dolomitic siltstones and black shales with interstratified collapse breccias formed by the dissolution of evaporitic horizons; arkosic sandstones and conglomerate units; total thickness 1 500 m.

In the DRC, the Roan Supergroup is divided into the *Roches Argileuses Talceuse* ("**RAT**"), Mines, Dipeta and Mwachya Groups. The Mines Group is frequently referred to as the Series des Mines.

The metasedimentary successions in the DRC are strongly thrusted and folded into a series of broken anticlines and synclines that are commonly overturned towards the north. Despite the obvious disruption of the sequence, the pre-Katangan basement is not exposed anywhere along the belt in the DRC.

The stratiform ores in the DRC occur within two principal formations confined to a 40 m thick succession at the base of the Mines Series. The upper formation comprises sandy shale, containing some carbonates. The lower formation consists of bedded dolomitic sandstone. The ore formations average approximately 10 m in thickness separated by 20 m to 30 m of siliceous dolomite. Ore grades commonly vary between 4% and 6% Cu and around 0.4% Co, with the ratio of Cu to Co in the order of 8:1.

The weathered oxide zone generally extends to a depth of between 70 m and 150 m, but may vary considerably between deposits. The weathering process commonly leads to high-grade supergene deposits near surface, but may also result in leaching of the mineralisation in places and/or concentration in otherwise barren horizons. At depth, a mixed oxide-sulphide zone grades into sulphide ore, sometimes at depths greater than 250 m.

### 3.5.3 Project Geology

The Ruashi deposits are typical of the Congolese Copper belt deposits and are geologically similar to the Tenke Fungurume and Kamoto deposits. The stratiform Cu-Co deposits represent the largest and most important of the ore types, covering the area from Kasumbalesa in the southeast to Kolwezi in the northwest.

The Ruashi copper-cobalt ore bodies are situated within a 24 km long by 2 km wide, northwest to southeast trending fold structure. The Lukuni-Ruashi-Etoile trend consists of a recumbent, synclinal fold, Ruashi on the southern limb and Etoille on the northern limb. The flanks are made up of Roan rocks and the core by the Mines Group, all occurring to the southwest of a prominent regional northwest to southeast trending thrust fault. A local thrust fault dipping to the south, locates within the RAT formation immediately south of the Ruashi ore bodies. A listric fault-breccia pattern separates the ore bodies from one another.

Three ore bodies have been identified at the Ruashi Mine, namely Ruashi I, Ruashi II and Ruashi III. The distribution of these ore bodies is shown in Figure 3.5.




| srk consulting | Metorex<br>Regional Geology of the Central African Copper Belt | Project No.<br>453459 |
|---|---|---|

**Figure 3.2: Regional Geology of the Central Africa Copper Belt**

<table>
<tr><td rowspan="6">KATANGAN</td><td colspan="4">Lithostratigraphic Correlation of the Zambian and Congolese Copperbelts</td></tr>
<tr><td colspan="2">D.R.C</td><td colspan="2">ZAMBIA</td></tr>
<tr><td rowspan="4">ROAN SUPERGROUP</td><td>Mwashya Group</td><td colspan="2">Mwashia Group</td></tr>
<tr><td>Dipeta Group</td><td>Carbonate Unit</td><td>Upper Roan</td></tr>
<tr><td>Mines Group (Series des Mines)</td><td>Mixed Unit</td><td rowspan="2">Lower Roan</td></tr>
<tr><td>R.A.T</td><td>Siliciclastic Unit</td></tr>
<tr><td colspan="5">BASEMENT</td></tr>
</table>

| srk consulting | Metorex<br>Simplified lithostratigraphic correlation of the Katangan Supergroup of the Zambian and Congolese Copper belts | Project No.<br>453459 |
|---|---|---|

**Figure 3.3: Simplified lithostratigraphic correlation of the Katangan Supergroup of the Zambian and Congolese Copper belts**




| srk consulting | **Metorex**<br>Regional stratigraphic classification of the Katangan Supergroup in DRC | Project No. 453459 |
|---|---|---|

**Figure 3.4: Regional stratigraphic classification of the Katangan Supergroup in DRC**

Ruashi I, the largest of the three, is located in the northwest of the mining area. The lateral extent of Ruashi I measures approximately 900 m in a northwest to southeast direction and 350 m across strike. In cross-section, the oxide zone extends to approximately 130 m below surface, whilst sulphide mineralisation has been intersected to depths of more than 300 m below surface. The Ruashi I ore body terminates against a brecciated shear zone on the north-western and south-eastern edges of the pit. Some open pit and underground mining was carried out on the Ruashi I orebody in the 1920s and 1930s.

Ruashi II is a smaller fragment, extending along strike for approximately 200 m and 250 m across strike. It terminates against listric shear zones to the north-west and south-east. Currently, a flat lying thrust fault terminates the ore body in depth. Exploration is planned to confirm the lack of, or existence of a mineralised ore body below the thrust fault. A large gap of approximately 200 m of brecciated Lower Kundelungu strata separates Ruashi II from Ruashi I. Previous mining activity on a limited scale was evident at Ruashi II, but mining has now passed through this.

Ruashi III occurs at the south-easterly end and has a strike length of approximately 650 m and a cross strike width of 200 m. Unlike Ruashi I and II, the copper orebody is buried by 30 m to 80 m of cover rocks. A HG cobalt zone or "cap" with low grade copper starts at a depth of approximately 12 m below surface in the west. Ruashi III is structurally controlled within a complex fold structure. The oxide zone extends to a depth of 300 m in the east. Drilling during the latter part of 2010 exposed malachite mineralization some 200 m beyond the previous eastern limits of the ore-body, down to depths of 300 m. Artisanal mining on Ruashi III has not been as extensive as at Ruashi I and II, and was restricted to the upper near surface cobalt zone 10 to 20 m below surface.

Historically, mining by UMHK focussed on near surface oxide copper in the form of malachite and chrysocolla mineralisation. The HG oxides formed a 30 m to 60 m supergene mineralisation blanket in the saprolitic rock close to surface, overlying the primary sulphide ore bodies. This irregular blanket of mineralisation extended beyond the limits of the underlying primary sulphide ores, as portrayed schematically in Figures 3.6 and 3.7.




| | | |
|---|---|---|
| srk consulting | **Metorex**<br>Location of the Ruashi I, II and III ore bodies within the Ruashi Mine area (blue dots represent drill hole collars) | Project No.<br>453459 |

**Figure 3.5: Location of the Ruashi I, II and III ore bodies within the Ruashi Mine area (blue dots represent drill hole collars)**




| | | |
|---|---|---|
| srk consulting | **Metorex**<br>Typical sections showing mineralised envelope – section 200 from Ruashi I (top) and section 1100 from Ruashi II (bottom) | Project No. 453459 |

**Figure 3.6: Typical sections showing mineralised envelope – section 200 from Ruashi I (top) and section 1100 from Ruashi II (bottom)**




| srk consulting | **Metorex**<br>Typical section showing mineralised envelope – section 1650 from Ruashi III | Project No.<br>453459 |
|---|---|---|

**Figure 3.7: Typical section showing mineralised envelope – section 1650 from Ruashi III**

Oxide copper minerals at Ruashi include malachite (see Figure 3.8), chrysocolla, native copper, cuprite, cornetite and azurite. Other oxide minerals include magnetite and specularite. The dominant cobalt mineral in the oxide zone is heterogenite. Trace quantities of oxidised uranium minerals have been observed but are very uncommon.

Chalcopyrite and diginite dominate the copper minerals in the sulphide zone (up to 96%). Bornite is found in minor quantities. Cobalt sulphides in the form of linnaeite and carrollite are irregularly distributed in intimate mixtures with the copper sulphides, with sporadic abnormal concentrations. Extremely high quantities of cobalt may occur in veins dominated by cobalto-calcite. Disseminated pyrite is found in all the formations and occurs as small amorphous masses in the grey RAT.

Abundant pyrite mineralization occurs in the graphitic shales of the SDS zone. Chalcocite together with malachite occurs below the water table in the transition zone as replacement rims on primary bornite and chalcopyrite sulphides. Cobalt sulphides generally decrease with depth beyond the transition zone.



| srk consulting | **Metorex**<br>Selected hand specimens of malachite from the Ruashi open pit (photos courtesy of Metorex) | Project No. 453459 |
|---|---|---|

**Figure 3.8: Selected hand specimens of malachite from the Ruashi open pit**

## 3.6 Mineral Resources and Mineral Reserves

[18.8, 18.19, 18.29(1)(c),SR1.1A(iii), SR2.5A/B/C, SR7B, SR8B(i), SV2.6]

### 3.6.1 Data Quality and Quantity

[SR3.1, SR4.1]

The Ruashi Mine drill hole database contains a total of 1 434 drill holes collected over a period spanning almost 100 years.

Initial drilling of about 700 holes is understood to have been carried out by UMHK between 1920 and 1950 and comprised reverse circulation and diamond drilling. Subsequent drilling was undertaken by Gécamines in the 1970s and 1980s. The initial mining phase was based on this information.

Selected core intersections from the UMHK and Gécamines drilling were stored in the Gécamines Geological Department core yard in Likasi.

Through an exercise of verification/infill drilling programmes carried out by Ruashi Mining in 2001, assurances were made on the quality of the historical drilling information for use in the Mineral Resources modelling and estimation.

In 1997, JCI embarked on a systematic exploration programme to validate the existing Gécamines resource information of selected Ruashi and Etoile stockpiles. JCI also undertook diamond-drilling and detailed structural and geological mapping of the deposits, and conducted detailed mineralogical and metallurgical studies on stockpile material.

While the Quality Assurance/Quality Control ("**QA/QC**") for this programme was detailed, Metorex were never able to validate the drill hole data from the JCI programme and this data has not been added to the Ruashi drill hole database. Consequently, this dataset will not be commented on in further sections of the CPVR.

Metorex sub-contracted an independent geological consultant in December 2004 to undertake a verification exercise on selected cores from these drill holes. The primary objectives of the exercise were twofold: verify the sample grade values and also provide cobalt values for the core lengths reported in the logs with either a <1% or <2% cobalt assay.

Metorex carried out a verification drilling program during 2005/6 to verify and infill the existing Gécamines' drilling where possible and to provide core for assays, lithological identification, QA/QC and density determinations for the Phase II feasibility study. The QA/QC aspects of this study were independently reviewed and signed off by Golder Associates Africa (Pty) Ltd ("**Golder**") in a report dated June 2006.

Ruashi Mining undertook a 6 665 m verification drilling program during 2005/6 across the three ore bodies, of which 5 088 m (69 holes) were by RC and 1 577 m (15 holes) by diamond drilling. The exercise was documented by Golder in their June 2006 audit report.

Ruashi Mining completed two infill drilling campaigns during 2009 to test the continuity of mineralisation across structural and geological domains and to improve confidence in the geological resource model.

During this period, Ruashi Mining also carried out a drill hole geological log validation exercise to improve the level of confidence in the geological lithological coding of historical drill holes in the database. The drilling programme, data collection and recoding exercise was independently reviewed and signed off by Coffey Mining (SA) Pty Ltd ("**Coffey Mining**") in June 2009.

From June 2009 to December 2010, Ruashi Mining continued with an in-fill drilling program in Ruashi I to convert oxide ore from the Inferred to Indicated and Measured Mineral Resource categories. Some 90% of this drilling was completed on a grid of 25 x 25 m. Exploration drilling also continued in the Pit 3 area and exposed oxide and sulphide ore beyond the known limits of the ore body to the east and north.

All historical UMHK and Gécamines topocadastral data was referenced to a local mine grid coordinate system. In 2003, a copy of the detailed hand drawn Gécamines 1:5 000 scale topographic plan was obtained as well as a digitised file of the topography from DMS. Both the digital file of the topography and drill hole collars were supplied in the local mine grid co-ordinate system. This data was converted from the local co-ordinate system into the WGS84 Universal Transverse Mercator ('**UTM**") projection by obtaining accurate UTM readings from several surveyed local co-ordinate beacons in the area using a digital global positioning satellite ("**DGPS**") instrument, and applying a transformation formula to the remainder of the data.

Drill hole collars from 2006 to 2012 were surveyed by the mine surveyor using a Garmin DGPS using the WGS84 UTM projection.

Holes drilled in the 2006 campaign were surveyed down-the-hole by the drilling contractor using a multishot down-the-hole surveying instrument. Minimal hole deviation occurred due to the relatively short hole depths and drill hole diameters of HQ and NQ drilling rods. A similar instrument was used in the 2009 campaign, with all holes surveyed at 50 m intervals down the hole and at the end of hole. Since 2010, all drill holes are surveyed at 50 m intervals using a re-flex multishot camera instrument. Surveys are carried out every 50m during drilling operations as the soft clay of the oxide ore causes closure of some drill holes immediately after drilling.

### 3.6.2 Sampling Method and Approach

[SR3.2, SR3.3]

There were no details on the sampling protocol adopted during the historical drilling.

Metorex re-sampled the existing historical cores and describe the sampling method and approach on the basis of observations on the existing core.

A total of 102 samples from 16 historical holes were collected at sampling intervals mirroring the observations from the historical logs and the core boxes.

Generally, the saprolite "core" was mixed "in-situ" (to negate any possible concentration at the base of the box) and then sampled by means of "spooning" along the full length of the interval. Where larger chips/cobbles were encountered, these were broken by hammer and a representative portion included in the sample. The average sample weight was approximately 1.6 kg. Photographs were taken of all intervals selected for check sampling and made available to Metorex. Some of the un-oxidised core was photographed to give an indication of the condition of the core.

Given that there was no representative core from the early drilling phase and that fresh rock could not be split due to the lack of a core saw and water in the core yard, only 40% of the check sampling exercise requested by Metorex could be completed.

The sampling method adopted during the 2005/6 drilling campaign as described by Metorex was:

- Drilling was carried out using triple tube split core barrels to ensure the core recovery was maximised.
- Drill core from the diamond rigs was placed in pre-fabricated galvanised core trays and logged on site.
- The drilling runs were clearly marked on yellow plastic blocks.
- Core recovery was estimated on site by measuring the length of core. The observed core recovery was however not very good due to rubbly and clayey material in the oxide zone.
- Core was logged on site on standardised log sheets, capturing depth from, depth to, etc.
- Core was logged in English if the geologist was able to speak English, otherwise in French and then translated by a Metorex geologist in the warehouse to English.
- The original log sheets were kept on file, after copies were made. One copy was kept at the warehouse and one copy is collected by the project manager.
- Core was transported to a warehouse in Lubumbashi for marking and splitting.
- At the warehouse the logging was rechecked by a Metorex geologist before the core was marked for splitting and sampling.
- Core was cut in half with a diamond blade on a standard core cutter, using clean water as a lubricant. This process was done by a labourer, supervised by a Metorex geologist.
- Sampling of the core was done under the supervision of a geologist, with the help of one or two labourers.
- A new plastic bag was used for the sample, with an aluminium tag with the sample number inside the bag.
- The sample number was written on the bag as well. The bag was closed with a cable tie that can only be opened by cutting it, thus ensuring no tampering could occur with the sampled core.
- Half the core was sampled and bagged in a maximum of 1 m lengths and limited to lithological boundaries.
- The weight of each sample varied depending on the interval and recovery but was approximately 2.5 kg.
- The balance of the core was stored in labelled core trays.
- This core was relocated from the warehouse to the Ruashi Mine in 2009 and is stored in a new core yard in the Phase II plant area.

During RC drilling the following protocol was followed:

- Each additional rod was flushed by compressed air before adding it to the drill string.
- The hole was flushed after the new rod was added, so contamination with previous samples was minimised.
- All drilling and sampling equipment was cleaned by compressed air before a new hole was started.
- The whole sample (at 1 m intervals) was captured in a big poly-weave plastic bag, weighed, and then split three times with a Jones riffle to produce one eighth as the subsample.
- The subsample was sealed in a new plastic bag with the sample number on an aluminium sample tag inside, the sample number written outside and again weighed.
- It was eventually sent for sample preparation by Genalysis Laboratory Services (Pty) Ltd ("**Genalysis**") in South Africa.
- The coarse reject of the sample material (the 7/8th residue) was labelled, stacked in numerical order and stored in Lubumbashi in a locked warehouse.
- A small amount of the sample residue was washed in a sieve and logged for mineralogy and lithology.
- This data was recorded on a standardised log sheet by a geologist and the washed residue was kept in a plastic chip sample tray.
- If the sample was wet, it was first sundried at the warehouse before it was weighed, split and sent to South Africa.

Samples were dispatched by air freight in batches of approximately 300 kg and sent from Lubumbashi to the Genalysis laboratory in Johannesburg for sample preparation.

Genalysis documents the sample preparation procedures adopted as:

- Split the samples into workable jobs.
- For core samples, the total sample was dried after jaw crushing (-10 mm).
- The sample was mixed, then the whole sample was ground to nominally 90% -75 micron in an appropriately sized puck type ring mill.
- The bowl was cleaned using a barren quartz flush between samples.
- Approximately 200 g was packaged in a paper sample envelope as the laboratory portion; then sent by air freight to Genalysis in Perth for analysis.
- The rest of the pulp was retained in a new plastic bag at the sample preparation facility for a period of 60 days after the results were received.
- For every 25th sample a duplicate sample was randomly selected by Ruashi Mining at the sample preparation facility.
- For every 50th sample a blank sample was also randomly inserted. The blank sample was made up of sterile material from the Kundelungu and CMN material.

The sampling procedures for the drilling campaigns were similar to those used in 2005/6, with the exception that samples were prepared in the Ruashi Analytical Laboratory sample preparation facility before being assayed.

### 3.6.3 Sample analytical methods

[SR3.3, SR3.4]

The Metorex report indicates that samples from the UMHK / Gécamines drilling campaigns were assumed to have been analysed at the Gécamines laboratory complex in Likasi. The laboratory complex comprises eleven individual laboratories capable of a wide range of analyses. These laboratories, although used extensively, were not accredited and still remain unaccredited.

There are no details on the sample analytical methods in use during the analyses of the samples from the UMHK and Gécamines drilling campaigns.

Assumptions, based on the current methods in use at the laboratory, indicate the possibility of some form of an acid digest followed by atomic absorption spectrometry ("**AAS**") or x-ray fluorescence ("**XRF**") finish.

Of the 102 verification samples collected by Metorex, 93 were submitted to the SGS Lakefield Research Africa Laboratory ("**Lakefield**") in Johannesburg for sample preparation and assaying for %TCu and %TCo. Setpoint Laboratories ("**Setpoint**") was used as the umpire facility for 11 pulps prepared at Lakefield. Both laboratories were South African National Accreditation System ("**SANAS**") accredited for ISO 17025 base metal analyses by XRF at the time of the analyses in December 2004.

The samples were prepared at Lakefield by weighing 0.3 g of the sample, roasted and mixed with 7.5 g of potassium pyrosulphate. The mixture was then fused, ground and then pressed into a pellet for XRF. The 11 check samples sent to Setpoint were also analysed by pyrosulphate fusion XRF method.

Samples from the 2005/6 Metorex drilling campaign were analysed by Genalysis laboratory in Perth and Lakefield in Johannesburg was used as the check laboratory. The Genalysis laboratory in Perth is accredited by the National Association of Testing Authorities, of Australia and has a strong internal QA/QC system using repeats and blanks.

A total of 4 600 RC samples and 600 diamond core samples were air freighted to Genalysis in Perth and analysed for % TCu and % TCo.

The Genalysis analytical methodology involved total dissolution, using four acids, of a 0.5 g sample split, followed by AAS. The accuracy of the assay results was 0.01% for both % TCu and % TCo.

The analyses for Acid Soluble Copper ("% **ASCu**") and Acid Soluble Cobalt ("% **ASCo**") were conducted only for samples above 1.5 % TCu and / or 0.15 % TCo. The samples were subjected to a three hour sulphuric acid leach of a 0.5 g sample followed by AAS. The accuracy of the assay results was 0.01% for both %TCu and %TCo.

The Ruashi Phase II Laboratory was commissioned in Lubumbashi in January 2009 and has been used for the analyses of samples since the 2009 Metorex drilling campaign.

The Robinson International Laboratory ("**Robinsons**") in Lubumbashi is used as a checking facility.

The Ruashi Phase II Laboratory was not an accredited assay facility during the analyses of the samples, while Robinsons was accredited to a SANAS standard in January 2010, but was under accreditation review during the period of the sample analyses, between January and June 2009.

The samples were analysed for % TCu, % ASCu, % TCo, % ASCo, % Fe, % Mn, % Al. Repeat analyses were carried out by the Ruashi Laboratory on all samples greater than 2 % TCu to a maximum of 15% of the sample batch. If there were a large number of high copper samples in a batch, samples for re-assay were randomly selected.

Sample analytical methods adopted at Robinsons were:

- % TCu and % TCo analysis was carried out by total dissolution using an aqua regia digestion of a 0.5 g sample, then made up into a 250 ml aliquot and read directly on the inductive coupled plasma ("**ICP**") XRF instrument.
- Analyses for % ASCu and % ASCo were carried out by dissolving a 0.5 g sample using a sulphuric acid with sodium metabisulphite ("**SMBS**") digestion. The sample was agitated intermittently for six hours, then made up to 250 ml before being read directly on the ICP XRF.

### 3.6.4 Quality assurance and quality control

[SR2.1, SR3.1, SR3.2, SR4.1]

There is no information available on whether any QA/QC was undertaken on the UMHK / Gécamines sample database.

For the 2005/6 drilling campaign, Metorex instituted QA/QC protocols which included:

- Insertion of a blank sample in the sample stream after every 50 samples;
- field duplicates samples inserted in the sample stream after every 25 samples;
- pulp duplicates for every 25 samples was sent to umpire laboratory facility.

A total of 160 pulps prepared by Genalysis were submitted to Lakefield for % TCu and % TCo, and 47 for % ASCu and % ASCo.

Scatter plots of the results from the QA/QC analyses of duplicates samples from the 2005/6 drilling campaign (Figure 3.9) indicate good correlation between the Genalysis and Lakefield laboratory facilities.




| srk consulting | **Metorex**<br>Scatter plots of TCu and TCo assays for field duplicates taken during the Metorex 2005/6 drilling campaign at Ruashi | Project No. 453459 |
|---|---|---|

**Figure 3.9: Scatter plots of TCu and TCo assays for field duplicates taken during the Metorex 2005/6 drilling campaign at Ruashi**

Since 2009, all samples were submitted to the Ruashi Analytical Laboratory with check assaying carried out by Robinsons. The QA/QC protocols in place were similar to the 2005/6 campaign, with slight modifications:

- Blanks and field duplicates were inserted every 10 samples;
- Certified Reference Materials ("**CRM's**") obtained from African Mineral Standards ("**AMiS**") of Johannesburg South Africa were inserted every 15 samples.

Analyses of %TCu of the CRMs at the Ruashi laboratory are shown in Figure 3.10.




| srk consulting | **Metorex**<br>% TCu analyses of CRMs at Ruashi Laboratory | Project No.<br>453459 |
|---|---|---|

**Figure 3.10: % TCu analyses of CRMs at Ruashi Laboratory**

The plots of the %TCu analyses of CRMs in Figure 3.10 show periods where the assay results are significantly outside of the standard acceptable range. The validity and accuracy of the %TCu assay results that have been used in the geological database may be questionable.

The results of the pulp duplicates sent to the Robinsons laboratory plotted against the original sample assay results are shown for %TCu and %TCo in Figures 3.11 and 3.12 respectively. The Half Absolute Relative Difference ("**HARD**") plots of the Robinson referee samples for %TCu and %TCo are also shown in Figures 3.11 and 3.12 respectively.

From the analyses of QA/QC samples from the 2010 drilling, Integrated Geological Solutions (Pty) Ltd ("**IGS**") of Johannesburg concluded the following:

- **blanks:** There was a moderate level of contamination of the blanks.
- **internal laboratory duplicates**: duplicate precision within the laboratory is generally good. Copper has more than 90% better than 10% repeat precision. Cobalt is not as good with 86% better than 10% repeat precision. No external duplicates were submitted.

- **CRMs:** on the basis of the few certified standards submitted, the results from the Ruashi laboratory indicated a marked deviation from the accepted values.




| srk consulting | **Metorex**<br>Scatter and HARD plots for referee samples - %TCu | Project No.<br>453459 |
|---|---|---|

**Figure 3.11: Scatter and HARD plots for referee samples - %TCu**

- **referee samples**: All of the % TCu referee samples send to Robinsons showed better than 10% repeat precision. Cobalt was less precise.

IGS made the following conclusions with respect to the QA/QC on the Ruashi dataset:

- The 2005/6, 2009 and 2010 sampling programmes have had the appropriate QA/QC procedures in place. Independent audits of these procedures and the results have demonstrated that Ruashi Mining and Metorex have used these procedures to identify and re-assay samples and sample batches that fall outside acceptable industry assay quality norms.
- In their opinion, Metorex and Ruashi Mining have demonstrated due diligence and care in the drilling, sampling and assay of all drilling campaigns since 2005.
- However, the lack of a robust QA/QC audit trail for the historical UMHK and Gécamines data used for the resource modelling is flagged as an area of non-compliance to the SAMREC Code. Check sampling of old core by Metorex in 2004 indicated a reasonable correlation between historical UMHK / Gécamines data and check assays.
- While assays for this check sampling programme were assayed at an accredited laboratory and all the necessary QA/QC procedures were in place for this programme to ensure compliance with the SAMREC

Code, the number of check samples compared to the total database is very small (approximately 0.6%) and was biased towards samples collected in the 1970s and 1980s.




| srk consulting | Metorex<br>Scatter and HARD plots for referee samples - %TCo | Project No.<br>453459 |
|---|---|---|

**Figure 3.12: Scatter and HARD plots for referee samples - %TCo**

Metorex has accepted the historical data as suitable for mineral resources estimation work on the basis of this limited check sampling, and the results of the 2005/6 and 2009 drilling, even though the majority of the database is not supported by adequate QA/QC. However, Ruashi mine is a mature producing entity and the copper production over the years has shown consistency with the predictions of the drill hole database. This consistency in copper production largely mitigates the insufficient QA/QC so that the quality of the resources as classified can be accepted.

The areas where mining is being done at present are supported by drilling on a 25m x 25m drill spacing with good QA/QC. These resources/reserves should be sufficient for the next 4-5 years. The IGS comments remain a concern and Ruashi would be advised to conduct regular reconciliations between planned and actual metal content.

It is essential that the assay quality control programme instituted at the Ruashi Mine laboratory be strictly adhered to as a means of improving the confidence in all new assay results received. The Ruashi Mine geological and analytical laboratory staff have received training in this respect, and a procedure is in place to ensure all drill hole samples to be used for estimation purposes, are accompanied by the appropriate level of blanks, CRM and repeat samples to ensure compliance.

### 3.6.5 Bulk density and bulk tonnage data

[SR2.4]

Bulk density measurements were taken on 1 168 samples from the 2009 drilling programme across lithological domains and across a range of depths, and were measured on air dried samples. Because some black ore mineral zone **("BOMZ")** core samples would actually float on water, a dry medium (sugar) was used to calculate the volume with weight measured using a digital scale. During 2010, a standard SNOWRIX model NHV-3 digital density scale was used for all the "non-floating" rock density measurements.

Plots of grade versus SG and depth versus SG were created for the different domains but no discernible trend was evident. An average density was used for each domain and the mixed zone was assigned a value midway between the oxide and sulphide values. The dolomitic units generally have a higher density than shale, and the BOMZ shows low to very low density. The sulphide densities average 2.5 t/m$^3$. Table 3.4 shows 2009 and 2010 densities.

**Table 3.4: Average specific gravity by geological domain and weathering characteristics**

| Ore Type | Oxide | | Mixed | | Sulphide | |
|---|---|---|---|---|---|---|
| | 2009 | 2010 | 2009 | 2010 | 2009 | 2010 |
| CMN | 2.03 | 2.06 | 2.25 | 2.11 | 2.5 | 2.28 |
| Mineralised CMN | 2.03 | 2.06 | 2.25 | 2.11 | 2.5 | 2.28 |
| BOMZ | 1.78 | 1.81 | | | | |
| SD | 1.92 | 2.03 | 2.25 | 2.21 | 2.57 | 2.39 |
| Mineralised SD | 1.92 | 2.03 | 2.25 | 2.21 | 2.57 | 2.39 |
| DSTRAT / RSF | 2.17 | 2.07 | 2.35 | 2.37 | 2.52 | 2.67 |
| RSC | 2.12 | 2.15 | 2.32 | 2.43 | 2.51 | 2.5 |
| MV | 2.13 | 2.23 | 2.34 | 2.45 | 2.54 | 2.66 |

The waste rock density was based on the data from 2006 drilling. A relationship established between density and depth was applied in the definition of waste densities in the model, subject to a maximum value of 2.7 t/m$^3$.

### 3.6.6 Geological Modelling and Zones of Mineralisation

[SR4.1A(ii)(iv), SR4.1A/B, SR4.2A, SR4.2B]

The geological model for the Ruashi Mine was constructed on the basis of identification of major lithological units and the merger of thinner and discontinuous units to ensure continuity across the drill holes consistent with the major structural features including geological discontinuities.

The main geological features identified are a recumbent fold with flat lying and vertical faults causing stretching and fragmentation into three parts resulting in the Ruashi I, II and III ore bodies. Depth of oxidation and weathering intensity vary depending on the rock types. Depth of weathering varies from 50 m to 300 m below surface.

The lithological units modelled are listed in Table 3.5.

**Table 3.5: Summary of modelled lithological units (IGS report)**

| Unit | Description | Thickness, m |
|---|---|---|
| MV | Modelled as a singular unit at the base of the ore body | 3 to 8 |
| RSF/DSTRAT | Modelled as a combined unit | 5 to 20 |
| RSC | Modelled as singular unit | 12 to 25 |
| SDS and SDB | Modelled as a singular unit called the SD unit | 60 to 95 |
| BOMZ | Modelled as a singular unit called the BOMZ | 3 to 20 |
| Mineralised CMN | Modelled as a mineralised zone on the footwall side of the unit within the broader CMN envelope – not clear | 2 to 30 |
| Breccias | Modelled as distinct units around Ruashi II | N/a |

### 3.6.7 Mineral Resources estimation

[SR4.2]

Mineralised zones were defined within the lithological units on the basis of a 0.5% TCu or 0.1% TCo cut-off.

On the basis of the observations in Ruashi I and coupled with the additional data from the 2009 to 2012 drilling, the oxide oxide-sulphide interface was re-defined and included a 10 m transition or mixed zone. The transition zone was observed to be relatively shallow in the Ruashi I area deepening towards the east, where in Ruashi III, the oxide-sulphide interface is roughly 200 m deep.

For the mineral resource modelling, the mineralised envelopes were further split into oxides and sulphides zones and modelled and estimated separately. This was based on the improved geological and structural understanding from the 2009 to 2012 drilling and surface mapping.

Samples within the mineralised envelopes and below the June 2009 mining surface topography were composited to 2 m lengths and categorised according to the lithology and oxide-sulphide domains (Table 3.6). IGS stated that the exclusion of samples above the June 2009 surface was done to minimise the effect of "smearing" of HGs from the supergene zone (mined out by Gécamines).

**Table 3.6: Summary Statistics for 2 m composites for all geological domains**

| | Oxide | | | | | Sulphide | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| UNIT | No. of Comps | Mean %TCu | Mean %TCo | %TCu Cap [1] | %TCo Cap [1] | No. of Comps | Mean %TCu | Mean %TCo | %TCu Cap [1] | %TCo Cap [1] |
| MV | 704 | 6.85 | 0.5 | 25.75 | 3.63 | 325 | 4.11 | 0.48 | 16.9 | 3.52 |
| RSF / DTSRAT | 716 | 2.99 | 0.49 | 17.7 | 3.52 | 284 | 1.74 | 0.28 | 12.06 | 1.74 |
| RSC | 1 045 | 1.41 | 0.3 | 9.58 | 2.39 | 327 | 1.51 | 0.21 | 12.98 | 1.22 |
| SD | 2 871 | 0.93 | 0.19 | 8.5 | 2.07 | 474 | 0.4 | 0.06 | 8.01 | 0.51 |
| SD_MIN | 1 873 | 2.82 | 0.65 | 14.24 | 5.06 | 124 | 3.3 | 0.51 | 23.65 | 3.79 |
| BOMZ | 808 | 2.96 | 0.52 | 17.34 | 4.13 | 317 | 0.48 | 0.04 | 2.77 | 0.38 |
| CMN | 4 215 | 1.67 | 0.12 | 9.98 | 1.23 | 5 | 1.33 | 0.25 | 10.23 | 0.42 |
| CMN_MIN | 967 | 3.27 | 0.17 | 14.55 | 1.41 | 325 | 4.11 | 0.48 | 16.9 | 3.52 |
| BRECCIA | 238 | 1.93 | 0.09 | 12.93 | 0.95 | | | | | |

[1] Capping is based on the 98 Percentile for each variable

The sample data is too exhaustive to be included in the CPVR. The table of statistics is included to show the range of values intersected within the samples selected for resource estimation. In the case of the Ruashi Mine, this is a mature operation that has a history of production and that mitigates the requirement for drillhole intersections to be included.

IGS commented that oxide grades are generally higher than sulphide grades, possibly indicating enrichment in the oxide zone.

For the estimation, IGS capped the % TCu and %TCo values based on the 98th percentile value. For example, the highest composite value for the MV oxide was 36% TCu, but for estimation, the highest value used was the cap value of 25.75% TCu.

IGS indicates that this was done to avoid assigning undue influence to the highest grade values.

Ordinary kriging with omni-directional variograms were used in the estimation for the December 2010 model. According to IGS, directional variograms were attempted, but due to limited data were not developed.

IGS reported the following for each of the omni-directional variograms:

- A two structure variogram was modelled in each case, with a first structure with a range of the order of 8 m-31 m, and a second structure with a range of between 43 m-89 m;
- The nugget was modelled on the down-the-hole data and nugget effect levels were generally 20%-30% of the population variance;
- Most of the variance is described by the nugget and first structure of the variogram; and
- 'Smoother' variograms were generally obtained in populations with larger numbers of composites.

Block model parent dimensions of 25 m x 15 m x 10 m in the X, Y and Z directions respectively were used to fill in the mineralised zones with sub-blocking to allow for the accurate definition of the mineralised volumes.

The estimation was undertaken independently for each domain and for each variable based on the respective 2 m composites and the omni-directional variogram. Exceptions to this were:

- In certain sulphide domains where the number of composites was very small, the oxide variogram was used.

- The transitional zone which was estimated using the combined oxide and sulphide datasets for that stratigraphic domain.

A search neighbourhood just beyond the variogram range (1.1 x the variogram range) was used in the first pass estimation. A second estimation was carried out to fill the modelled units beyond the variogram range with estimated grades. All blocks estimated beyond the variogram range were classified as Inferred Resources.

A maximum of 20 composites was used to estimate a block with the minimum number ranging from 4 to 10, depending on the domain estimated. Thinner units such as the MV required a lower minimum be used since a single drill hole may have only a small number of composites.

Due to limited % ASCu and % ASCo data within the dataset, the % ASCu and % ASCo values were assigned based on average solubility ratios for the oxide, transitional and sulphide zone. % ASCu and % ASCo values in the oxide zone were assigned 90% of the total copper and cobalt values estimated for the block. Similarly in the transition zone, 50% acid solubility was assigned and 10% in the sulphide zone.

### 3.6.8 Validation of estimates

IGS validated the estimates by comparing the averages of the model grades within 10 m vertical slices with that of the composites in the same slice. The comparisons for Ruashi I are illustrated in Figure 3.13.




srk consulting | **Metorex** Comparisons of model grade and composite grade averages for Ruashi I | Project No. 453459

**Figure 3.13: Comparisons of model grade and composite grade averages for Ruashi I**

On average the % TCu block estimates in Ruashi I are consistently lower than the average composite values. IGS considered that the % TCo estimates on the other hand are smoothed.

IGS indicated that there is a reasonable correlation for % TCu between the estimates and composites for Ruashi II, but for Ruashi III, the estimates are consistently higher than the composites below 1 200 m elevation.

The validations for % TCo in Ruashi II and Ruashi III are similar to that observed in Ruashi I.

### 3.6.9 Mineral Resources Classification

[SR5.7B, SR7]

IGS considered the drill hole spacing of the Ruashi data at 50 m x 25 m to be adequate to classify the mineral resources into either Indicated or Measured categories using the variogram range as a guide.

Other factors considered in the classification include:

- The bulk of the data used in the mineral resource estimation comes from an old dataset where no demonstrable quality assurance measures were implemented;

- The assay technique used for the early drilling is uncertain, and only small parts of the core were stored for lithological reference;
- Historical geological and assay logs of the UMHK / Gécamines drill holes were of variable quality and in some instances almost illegible. In many cases no rock type or core recovery information was recorded;
- IGS classified the oxide in Ruashi I and II and within the lithological units MV, RSF and DSTRAT into the Measured Resources category, largely on the observed continuity of the lower ore body in Ruashi I and II together with the mapping of the ore body, the recent well controlled drilling.

IGS applied the following classification to Ruashi:

- The block estimates of the oxidised mineralisation within the lithological units MV, RSF and DSTRAT in Ruashi I and II were classified as Measured Resources largely on the observed continuity of the lower ore body in Ruashi I and II together with the mapping of the ore body and the recent well controlled drilling.
- The remainder of the block estimates within the oxidised zones in Ruashi I, II and III (with the exception of the CMN unit) were classified as Indicated Resources;
- The nature of the mineralisation within the CMN unit in Ruashi I and II was not well understood and therefore the estimates were downgraded to Inferred Resources;
- The sulphide mineralisation in Ruashi I and Ruashi III was the subject of infill drilling from 2010 to 2012, allowing for the better drilled areas to be re-classified into the Indicated Resource category and the remainder in the Inferred Mineral Resources category.

### 3.6.10 Cut-off grade determination for 2012 Mineral Resources Estimates

[SR5.7B(ii), SR5.7C(iii)]

The parameters used by Metorex for the grade cut-off determination for reporting of Mineral Resources at the Ruashi Mine are set out in Table 3.7.

**Table 3.7: Ruashi – parameters for cut-off determination for mineral resources**

| Parameter | Units | Values for Cu cut-off | Values for Co cut-off |
|---|---|---|---|
| **Unit costs** | | | |
| Time cost | (USD/t) | 39.20 | 39.20 |
| Processing | (USD/t) | 32.33 | 32.33 |
| Element processing cost | (USD/t metal in feed) | 200.00 | 2 430.00 |
| Selling costs | (USD/t metal produced) | 653.00 | 2 220.00 |
| Mine call factor | (%) | 100.0% | 100.0% |
| Dilution | (%) | 1.0% | 1.0% |
| Processing recovery | (%) | 90.0% | 80.0% |
| Revenue | (USD/t) | 12 000 | 33 069 |
| Royalty | (%) | 4.0% | 4.0% |
| Payability (% of LME) | (%) | 100% | 70% |

A cut-off grade of 0.78% TCu or 0.62% TCo results from these parameters.

The method used to determine the cut-off grades is consistent with industry practice and the cut-off grades thus determined are seen to be reasonable.

### 3.6.11 Audited Mineral Resources and Mineral Reserves

[SR9]

The Ruashi open pit Mineral Resources in Table 4.8 are reported based on a 20 June 2013 pit survey and within an optimistic economic Whittle pit shell above a cut-off grade of 0.78% Cu or 0.62% Co. The Mineral Resource estimates are deemed to be correct at 30 June 2013 and are quoted inclusive of the Mineral Reserves.

The Mineral Reserves within each practical pit were determined after the inclusion of 1% mining dilution and 0% mining losses at a 1.23% CuEq cut-off grade within an economic pit based on a Cu price of USD8 000/t. The reserves were further classified into Proved and Probable Reserves in accordance with the Guidelines of the SAMREC Code, as presented in Table 3.8. The Mineral Reserves in Table 3.8 have been audited by SRK and are seen to be acceptable.The discussion on the conversion of Mineral Resources to Mineral Reserves and the mine modifying factors used in the conversion is given in Section 3.9.

**Table 3.8: Ruashi Mine – SRK Audited Mineral Resources and Mineral Reserves at 30 June 2013 at 0.78% Cu or 0.62% Co cut-off**

| Resource Classification | Mineral Resources (@ 0.78% Cu or 0.62% Co cut-off) Tonnes (Mt) | Cu Grade (%) | Copper (kt) | Co Grade (%) | Cobalt (kt) | Reserve Classification | Mineral Reserves (@1.23% CuEq cut-off) Tonnes (Mt) | Cu Grade (%) | Copper (kt) | Co Grade (%) | Cobalt (kt) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Oxide Material (in LoM Plan)** | | | | | | **Oxide Material (in LoM Plan)** | | | | | |
| Measured | 0.7 | 4.71 | 34.7 | 0.26 | 1.9 | Proved | 0.3 | 6.12 | 19.7 | 0.26 | 0.8 |
| Indicated | 14.4 | 2.30 | 331.0 | 0.36 | 52.1 | Probable | 11.5 | 2.73 | 312.4 | 0.46 | 53.2 |
| Inferred | 6.1 | 1.00 | 61.6 | 0.10 | 6.3 | | | | | | |
| Total | **21.3** | **2.01** | **427.3** | **0.28** | **60.3** | Total | 11.8 | 2.82 | 332.1 | 0.46 | 54.1 |
| **Surface Stockpiles (in LoM Plan)** | | | | | | **Oxide Material (Surface Stockpiles)** | | | | | |
| Indicated | 1.0 | 1.21 | 11.9 | 0.41 | 4.0 | Probable | 1.0 | 1.21 | 11.91 | 0.41 | 4.05 |
| Inferred | | | | | | | | | | | |
| Total | **1.0** | **1.21** | **11.9** | **0.41** | **4.0** | Total | **1.0** | **1.21** | **11.9** | **0.41** | **4.0** |
| **Surface Tailings Dams (in LoM plan)** | | | | | | **Surface Tailings Dams** | | | | | |
| Indicated | 0.3 | 1.80 | 5.4 | 0.41 | 1.2 | Probable | 0.3 | 1.80 | 5.4 | 0.41 | 1.2 |
| Inferred | 0.5 | 1.90 | 9.5 | 0.41 | 2.1 | | | | | | |
| Total | **0.8** | **1.86** | **14.9** | **0.41** | **3.3** | Total | **0.3** | **1.80** | **5.4** | **0.41** | **1.2** |
| Total Oxide Material | **23.0** | **1.97** | **454.1** | **0.29** | **67.6** | | | | | | |
| **Sulphides in ultimate pit** | | | | | | | | | | | |
| Indicated | 0.0 | 1.24 | 0.2 | 0.37 | 0.1 | | | | | | |
| Inferred | 0.9 | 3.91 | 34.0 | 0.33 | 2.9 | | | | | | |
| Total in-pit Sulphides | **0.9** | **3.86** | **34.1** | **0.33** | **2.9** | | | | | | |
| **Sulphide below ultimate pit** | | | | | | | | | | | |
| Indicated | 2.9 | 1.78 | 51.5 | 0.44 | 12.7 | | | | | | |
| Inferred | 6.5 | 2.86 | 185.3 | 0.28 | 18.1 | | | | | | |
| **Total UG sulphides** | **9.4** | **2.53** | **236.8** | **0.33** | **30.9** | | | | | | |
| **Total Sulphide Material** | **10.3** | **2.64** | **270.9** | **0.33** | **33.8** | | | | | | |
| **Oxides + Sulphides Material** | | | | | | | | | | | |
| Measured | 0.7 | 4.7 | 34.7 | 0.26 | 1.9 | | | | | | |
| Indicated | 18.6 | 2.15 | 400.0 | 0.38 | 70.2 | | | | | | |
| Total Measured and Indicated | 19.3 | 2.25 | 434.7 | 0.37 | 72.1 | | | | | | |
| Inferred | 14.0 | 2.08 | 290.4 | 0.21 | 29.4 | | | | | | |
| **Total Mineral Resources** | **33.3** | **2.18** | **725.0** | **0.30** | **101.4** | **Total Mineral Reserves** | **13.05** | **2.68** | **349.4** | **0.45** | **59.3** |

### 3.6.12 SRK Comments

SRK's comments are based on the review of the drill hole data and the block model provided. As part of the audit process, SRK undertook a site visit to the Ruashi Mine in October 2012.

The drill hole data was provided as a Microsoft Access database from which the collar, geology, survey, sampling, core recovery stratigraphy and density worksheets were extracted for the creation of a drill hole database in Datamine.

The block model and geological surfaces were provided in Surpac format, easily imported into Datamine software.

The drill hole sample data were not coded to reflect samples falling within the zones of mineralisation. Also the actual composite files used in the estimations were not provided. In this regard, SRK could not validate the block estimates against the composites.

In this review, SRK examined:

- The quality of the grade estimates with respect to the drill hole data through plan and section plots. Section plots are at 50 m intervals in the strike directions of the mineralisation, while plan plots are at 10 m intervals;
- The Mineral Resources classification with respect to the drill hole data distribution;

Selected plots are shown for Pit I (section plots in Figure 3.14 and level plots in Figure 3.15) and for Pit III (section plots in Figure 3.16).

The plots show the colour coded % Cu grade block model with the drill holes superimposed and similarly, colour coded on % Cu. The drill holes are selected within 20 m on either side of the section line.

The outlines of the Measured and Indicated Mineral Resources are also shown as dashed red and blue dashed lines respectively. The block estimates falling outside of these two dashed lines are in the Inferred Mineral Resources category.

SRK makes the following observations from the review of the section and plan plots:

- There is limited data at depths below 1 160 m elevations in areas classified as Indicated Mineral Resources. The level plans show data coverage in the south due to the overfold and less so further to the north. The data coverage is very sparse in the extreme north-western portion of the mineralised zones shown on the level plans;
- A localised portion of the area defined as Indicated Mineral Resources in the north-west of Pit I appears to have been over projected at depth below the lowest drill hole intersection. Resources in this area are informed by data from the overfold, but the effect is limited;
- Drill holes are mostly vertical and, whereas in the supergene enriched zone in the north this is alright, in the steeply dipping limb of the mineralised zone, there is a high probability that a drillhole could be sampling the same lithological sequence within the zone of mineralisation and then these samples are used to estimate into the zone of mineralisation.

In view of these observations, SRK is of the opinion that there are risks associated with the quality of the estimates compared to the input data. The Indicated Mineral Resource classification over a localised portion of the north-west of Pit I is not supported by the limited drill hole coverage, but this represents a small proportion of the total Indicated Mineral Resources. There is limited data at depths below 1 160 m elevation.

SRK is of the opinion that any uncertainty with the quality of the estimates is reflected in the classification of the Mineral Resources as defined according to the SAMREC Code.




| srk consulting | **Metorex**<br>Ruashi Mine - Section plots of comparison of block and drill holes grade distributions in Pit I | Project No. 453459 |
|---|---|---|

**Figure 3.14: Ruashi Mine - Section plots of comparison of block and drill holes grade distributions in Pit I**

Case 1:16-cr-00515-NGG-LB Document 93-7 Filed 05/01/20 Page 471 of 811 PageID #: 5716






**Figure 3.15: Ruashi Mine – Level plots of comparison of block and drill holes grade distributions in Pit I**




| srk consulting | **Metorex**<br>Ruashi Mine - Section plots of comparison of block and drill holes grade distributions in Pit III | Project No.<br>453459 |
|---|---|---|

**Figure 3.16: Ruashi Mine - Section plots of comparison of block and drill holes grade distributions in Pit III**

### 3.6.13 Reconciliation of Mineral Resources and Reserves

[SR8B(iv), SR8C(vi)]

The previous Mineral Resources and Mineral Reserve statement for the Ruashi Mine was published by Metorex in its Annual Report for 2011. The Mineral Resources and Mineral Reserves at 31 December 2011 and at 30 June 2013 for the Ruashi Mine are compared in Table 3.9.

**Table 3.9: Ruashi Mine – Mineral Resources and Mineral Reserves Reconciliation - 31 December 2011 to 30 June 2013**

| Item | At Jun 2013 | | | At Dec 2011 | | |
|---|---|---|---|---|---|---|
| | Tonnes | Contained Metal | | Tonnes | Contained Metal | |
| | (Mt) | Cu (kt) | Co (kt) | (Mt) | Cu (kt) | Co (kt) |
| **Mineral Reserves** | | | | | | |
| Proved | 0.3 | 19.7 | 0.8 | 0.7 | 37.0 | 2.0 |
| Probable | 12.7 | 329.7 | 58.5 | 14.6 | 407.0 | 64.0 |
| Total Min. Reserves | 13.1 | 349.4 | 59.3 | 15.3 | 444.0 | 66.0 |
| **Mineral Resources** | | | | | | |
| Measured | 0.7 | 34.7 | 1.9 | 1.0 | 46.3 | 2.6 |
| Indicated | 18.6 | 400.0 | 70.2 | 25.5 | 562.4 | 99.4 |
| Inferred | 14.0 | 290.4 | 29.4 | 23.1 | 385.3 | 47.5 |
| Total Mineral. Resources | 33.3 | 725.0 | 101.4 | 49.6 | 993.9 | 149.4 |

The reliability of the geological data and resource estimates is reflected in the assigned classifications.

Historic performance and modifying factors for Ruashi are set out in Section 3.9.

The changes in the Mineral Resources and Reserves for the Ruashi Mine from December 2011 to June 2013 are attributed to:

- Mining depletion of 1.28 Mt in F2012 and 0.81 Mt in H1-F2013;
- Deep drilling below Pits I and II changed the geological interpretation and reduced the extent of the sulphide orebody at depth;
- A different cut-off grade based on changed techno-economic conditions (operating costs and metal prices) was applied to the Mineral Resources by Metorex (0.79% CuEq in December 2011, versus 0.78% TCu or 0.62% TCo for June 2013);
- Changed resource classification.

It should be noted that there were some 2.2 Mt of Inferred Mineral Resources that had been included in the initial LoM plan for Ruashi. It is normal in any mine plan to find that some Inferred Mineral Resources have to be extracted in the course of following the mining sequence. As this however is a material percentage of the LoM tonnage and the HKSE does not permit the valuation of Inferred Mineral Resources, the LoM plan was redone to be based on Measured and Indicated Mineral Resources only.

## 3.7 Rock Engineering

[SR5.4]

### 3.7.1 Geotechnical design considerations

The Ruashi deposit lies in a complex structural geological environment typical of many DRC deposits. The local structural environment possibly results from a phase of anticlinal folding followed by lateral faulting. Consequently the pit footwall slope consists of RAT (geological footwall) dipping southwards into the face while the pit hanging wall slope consists mostly of CMN (geological hanging wall) strata dipping northwards, also into the face. This structure is illustrated in Figure 3.17.

Geotechnical information for use in pit design has been generated in a study undertaken by Open House Management Solutions ("**OHMS**") in June 2009 together with information from back analyses of failures in Pit I and Pit II, supplemented by a comprehensive geotechnical study entitled "Slope design for Ruashi Pit 2 and 3" by OHMS which was presented in October 2011. As with the 2009 study, the supplementary study has used data collected from drill hole core logging and laboratory sample testing to recommend optimal slope angles

using numerical modelling. The locations of investigation holes used for the 2011 study are presented in Figure 3.18.

The slope geometry configuration applied to the 2009 and 2011 LoM planning process for the northern pit slopes of Ruashi I, II and III was based on the OHMS 2009 recommendations and remains unchanged. However, the southern pit slope configuration has undergone considerable changes to cater for the substantial thicknesses of saprolitic material, particulary talcose RAT, occurring there. Slope designs are summarised in Table 3.10.

**Table 3.10: Ruashi Mine – Summary of slope design recommendations**

| Mining Horizon | Slope angle (°) OHMS recommendation | Slope angle (°) Implemented/Ruashi preferred | Indicative Slope height (m) |
|---|---|---|---|
| Saprolites | 22 | 22 | 75 |
| Transition Zone | 40 - 45 | 28 | 20 |
| Fresh RAT | 50 - 55 | 50 - 55 | 80 |
| Overall slope angle (OSA) | 30 | 29 | 175 |




| srk consulting | Metorex<br>Geological section (S to N) illustrating the distribution of RAT and CMN strata relative to the ore body sequence | Project No. 453459 |
|---|---|---|

**Figure 3.17: Ruashi – Geological section (S to N) illustrating the distribution of RAT and CMN strata relative to the ore body sequence**

Design efforts to date have centred on the pit footwall in RAT. It has been assumed that similar designs can be applied to the pit hanging wall in CMN. In the DRC in general, the CMN sequence tends to contain more dolomite horizons which, when unweathered, are competent. Weathered CMN on the other hand can be very weak. It is recommended therefore that further geotechnical investigation is undertaken to characterise the hanging wall domain and confirm LoM designs.

An investigation into the likelihood of pit crest break back in near surface soils and saprolitic materials was undertaken by SRK in 2012 using information obtained from the OHMS 2010 report. The SRK report concluded that, given the highly variable nature of the material and the lack of data describing its long term behaviour, there is a likelihood that crest break back will occur but it is extremely unlikely that this will extend more than 50 m from the planned (current) crest position. This conclusion is borne out by observations made at other DRC

Case 1:16-cr-00515-NGG-LB Document 93-7 Filed 05/01/20 Page 475 of 811 PageID #: 5720



operations. There is not likely to be any effect on either infrastructure or adjacent stakeholders should this occur. This report recommended that a continuous programme of additional site investigation, face mapping material sampling, testing and monitoring is implemented to improve confidence in the slope designs.




| srk consulting | Metorex<br>Ruashi - Layout of OHMS geotechnical investigation holes (2011) | Project No.<br>453459 |
|---|---|---|

**Figure 3.18: Ruashi – Layout of OHMS geotechnical investigation holes (2011)**

An analysis carried out by SRK has generated a relationship between slope height and overall slope angle for a selection of DRC and Zambian Copperbelt open pit operations. An optimal frontier was defined within which no significant failures were observed. For reference, this is included as Figure 3.19. Both the OHMS recommendations and the preferred Ruashi overall slope designs lie within this optimal frontier. Although an opportunity for increasing the overall slope angle appears to exist, the occurrence of highly talcose RAT within a significant thickness of saprolitic material may mitigate against this.

Conditions prevailing on the southern face at the planned mining limit were inspected during October 2012 and found to be very good. The Ruashi south pit footwall slope would plot at H=175m and α=29° in Figure 3.19. These conditions are illustrated in Figure 3.20. It is noted however that this face has been excavated largely during the winter months of 2012 and has not yet been exposed to erosion and water pressure effects occurring during the summer months. The light colouration of the faces indicates that there is a considerable amount of talcose material within the slope.




srk consulting | **Metorex** Ruashi – Data base of stable slope geometry – DRC and Zambian Copperbelt open pit operations | Project No. 453459

**Figure 3.19 Ruashi – Data base of stable slope geometry – DRC and Zambian Copperbelt open pit operations**



srk consulting | **Metorex** Ruashi – View of the south face (October 2012) showing the final slope excavated in highly talcose material | Project No. 453459

**Figure 3.20 Ruashi – View of the south face (October 2012) showing the final slope excavated in highly talcose material**

### 3.7.2 Risk issues and their mitigation

[SR6C]

**Data Quality**

- **Saprolitic RAT**

  Data from the OHMS report indicate that, with the exception of the Chok saprolite, the properties of saprolites are very similar in both Pit II and Pit III. Statistically, all RAT saprolites can be considered to belong to a single group.

  There is a concern however that the overall core recovery achieved in saprolites is only in the range 55% to 63%. It is probable that much of the weaker material, particularly talc, which will have a major influence on stability, has not been recovered. This implies that there is a very strong bias in the test results towards stronger material.

  There exist a number of strength parameter anomalies in laboratory results presented by OHMS. Despite compliance with standard practice when sampling and testing, it appears that a range of strength values from peak to residual has been recorded. Multi stage shear box testing which is considered acceptable for soil and rock but not for saprolites may have contributed to anomalies.

  In SRK's opinion however, the quality of laboratory data, together with data based on back analysis of existing slopes, provides acceptable geotechnical parameters for design.

  To improve confidence in the analysis and to identify possible anomalous areas within the slopes, there remains the necessity to collect good quality information on the nature and distribution of the saprolitic materials which form the upper portion of the slopes. This can be achieved with a combination of geotechnical drilling and face mapping.

  The advantage of face mapping over geotechnical drilling is that more extensive areas can be inspected and samples can be selected to provide appropriate information for different saprolite domains that may be identified. In particular, talc zones can be identified, mapped and sampled.

  During discussions with the MRM Department during the site visit, it was suggested that the proposed trial of the PIMA (portable infra-red mineral analysis) technique could be extended to include development of a geotechnical data base related to mineral (talc) content.

- **Fresh RAT**

  A total of 56 samples were collected and tested by OHMS during the 2011 study. Of these, 41 were considered to be sufficiently reliable to include in a data base which is summarised in Table 3.11.

**Table 3.11: Ruashi Mine – Summary of slope design recommendations**

| Material | Shear Strength Properties | | | |
|---|---|---|---|---|
| | Friction angle ($\Phi$°) | Standard Deviation | Cohesive strength (c, kPa) | Standard Deviation |
| Transitional RAT | 36.4 | 3.7 | 1 020 | 220 |
| Fresh RAT | 39.3 | 3.5 | 1 250 | 270 |

In SRK's opinion, this range of properties is consistent with a fresh siltstone or fine grained sandstone and is likely to provide a reasonable estimate for fresh RAT.

It is noted that, as far as SRK is aware, no testing of CMN material forming the northern slopes has been carried out.

**Monitoring of Groundwater Conditions**

The stability of slopes in saprolites is very sensitive to changes in ground water pressure. Typically, suction pressure is induced in slopes as a result of excavation and acts to improve stability. With time, a slope will gradually "dry out" and the loss of suction pressure can weaken a face sufficiently to allow collapse. SRK however does not see an immediate risk of pit failure. However, it is recommended that data collection procedures, slope monitoring results and pit designs are reviewed during H2-F2013.

With respect to groundwater, the slope design in saprolite meets the minimum acceptance criteria in terms of Factor of Safety and Probability of failure provided that the pore pressure ratio does not exceed the expected value of 0.1.

To confirm the pore pressure assumptions used in slope design and to develop an understanding of the pore pressure characteristics in relation to both time and excavation rate, it is recommended that a geohydrological investigation is implemented. Due to the very low permeability of saprolitic material, conventional standpipes are not sufficiently sensitive to record pressure changes and therefore it is recommended that vibrating wire piezometers are used.

#### Slope Performance

An array of regularly spaced survey prisms is recommended to identify natural and anomalous deformation rates in all slopes during the active life of the mine. Decisions on placement of prisms should be made after benches have been excavated but while they remain accessible. At present, SRK is unable to provide guidelines on the number of prisms likely to be required or on their preferred location.

#### Proximal Infrastructure

The study carried out by SRK in 2012 concluded that break back of the southern pit crest developed in saprolitic RAT is probable but will be restricted to a maximum of 50 m and will not impact on infrastructure beyond the pit boundary.

However, as similar saprolitic materials form the upper portion of other slopes on the mine, it can be reasonably assumed that break back of these faces also will occur. Already, examples are evident in the west face of Pit I below Dump D and in the north slope of Pit 3 adjacent to the haul road. It is recommended that additional studies are conducted to assess the risks presented to proximal infrastructure during the planned mine life.

#### Future mining (underground)

Although not included in the scope of this review, SRK understands that future underground mining to extract sulphide ore remains a possibility. Cut and fill mining would be appropriate for the more steeply dipping parts of the orebody while sub-level caving could be operated in wide and flat portions. Should underground mining be implemented, it is recommended that a thorough mining rock engineering analysis is carried out to identify any deformation that may be induced in the overlying slopes, particularly the south slope. Should movements be sufficient to cause instability of the upper slope in saprolite, preventative measures must be identified and implemented to guarantee stability of the slope in perpetuity should this be warranted by the risk to proximal operations or infrastructure.

## 3.8 Hydrogeology and Hydrology

The comments which follow are based on a review of a CPR compiled by Metorex in 2010 and additional hydrogeological data collected since that report. This review aims to identify the most significant risks to ground and surface water, given the available data. No site visit was conducted as part of the hydrogeological review.

### 3.8.1 Baseline description

#### Surface Water

The Ruashi Mine is situated in the upper reaches of the Lualaba River. The Ruashi River, in which much of the mine infrastructure is located, flows via the Luano River into the Lualaba River. A tributary, the Kebumba River, drains the tailings dam area towards the NE. The Mine is located to the north of the water divide at approximate elevation of 1 285 m amsl. Surface water drainage is therefore expected to be north-northeast.

- **Storm water control** – control measures incorporating diversion of clean water away from the open pits, plant and tailings dam, and storm water capture from different disturbed areas of the mine site and return to the process plant were planned. A storm water dam was constructed and temporary pumping system to transport the storm water to the process plant was installed in 2010. Installation and commissioning of a permanent pumping system was due to be completed during the dry season of 2010. This work has been completed and storm water management receives attention as necessary.

#### Groundwater

- **Hydrogeological Units** – The hydrostratigraphic units as documented by KLM Consulting Services (Pty) Ltd ("**KLMCS**") in 2011 for the Ruashi Mine are summarised in Table 3.12. Drilling of abstraction (dewatering) and monitoring drill holes by KLMCS focused on these hydrogeological units.

**Table 3.12: Hydrostratigraphic units at Ruashi Mine (KLMCS, 2011)**

| Hydrostratigraphic Unit | Lithology | Thick (m) | Model Layer | K | S | Comments |
|---|---|---|---|---|---|---|
| 1. Laterite | Clay | 20 | | 0.1 | 0.0001 | Limited thickness and low groundwater potential, estimated yield <20m$^3$/hr |
| 2. Kundulungu | Clay, sandy clay | 100-200 | 1 | 0.1 | - | Yield <5m$^3$/hr (drill estimate) |
| 3. CMN | Highly weathered and fractured fresh siltstones, conglomerates, limestones, quartzite | 100 | 2 | 0.1-0.5 | 0.02 | Yield 10-100m$^3$/hr, from test pumping and monitoring drill holes. |
| 4. ROAN Ore body | Highly weathered and highly fractured dolomites, dolomitic sandstones of Roan Supergroup and forimg the ore body | 100 | 3 | 2-7 | Sy-0.02 S-0.0004 | Comprised of BOMZ, SDS, SDB, DSTRAT, RSF, RSC and MV sub-units. Essential to identify sub-units from drilling and respective hydraulic parameters from pump testing. Yields as high as 400m$^3$/hr. |
| 5. RAT1 | | 100 | 4 | <0.1 | | Semi-impermeable to impermeable. Yield enhanced in breccias. |
| 6. RAT2 | | - | 5 | <0.1 | | Semi-impermeable to impermeable. Yield enhanced in breccias. |
| 7. BRECCIA | | Varied | - | - | | Significant to groundwater occurrence. |

- **Groundwater Use** – Water is abstracted for domestic use from the village water supply drill hole and from the Pit I area.
- **Groundwater levels and flow directions** - A water level contour map was produced by KLMCS based on monitoring data for June/July 2011 from 41 monitoring drill holes. The results showed a regional SW-NE groundwater flow from the water divide south of the mine. Reversed groundwater flow was observed within the vicinity of the pits, attributed to mining and mine dewatering in pits 1, 2 and 3, resulting in flow towards the pits. A radiating groundwater flow from the Tailings Storage Facility ("**TSF**") was attributed due to elevated groundwater levels as a result of infiltration of mine residue water from the TSF.
- **Recharge** - No detailed study on groundwater recharge rates was available for the Ruashi Mine. KLMCS assumed recharge rates of 20% of mean annual rainfall ("**MAR**"). Given a MAR of 1 200 mm/yr, a groundwater recharge rate of 240 mm/yr was assumed for the area.
- **Water use and supply** - Water to the Ruashi Mine is supplied from groundwater, from both the open pit and drill holes. This water is delivered to the process water dam, before being used in the plant at 6 500 m$^3$ of water per day. Service water for the process plant is available from one dedicated drill hole supplying potable water to the offices, workshops and service water tank.
- **Groundwater monitoring** – KLMCS reported that groundwater quality monitoring had taken place since 2007. The work done by KLCMS resulted in the establishment of a groundwater monitoring network and a conceptual numerical hydrogeological model.

### Water Quality

- **Surface water** - there is correlation of high EC, Cl and Cu/Co concentration episodes in the Luano and Kebumba rivers with values observed from the stormwater dam, TSF and return water dam ("**RWD**") (May-July 2010 and October to November 2010). Effluent discharge from the stormwater dam and TSF/RWD, occasionally discharges direct into the river system, either as direct surface flow or seepage. Residence time for the groundwater system from groundwater recharge to discharge as baseflow is short and this is proven by immediate water level rises and decline during the rainfall season and dry season respectively (KLMCS, 2011).

  Metorex informed SRK that the water quality in the Luano and Kebumba rivers is influenced not only by the Ruashi Mine, but also by the neighbouring Chemaf mine and the Ruashi Commune, where there is no formal sewage or waste disposal system.
- **Groundwater** - The need for a surface water and groundwater quality assessment arose after low pH values were recorded from drill holes drilled in 2006-2007 around the TSF (KLMCS, 2011).

Following the drilling programme by KLMCS in 2011, seventeen groundwater samples were taken and analysed for a full suite of hydrochemical parameters, including heavy metals. The samples were taken from dewatering drill holes within the pits, monitoring drill holes outside the pits and the tailings dam sites (GCM and Ruashi tailings dams). KLMCS' conclusions from the laboratory results are summarised in Table 3.13.

**Table 3.13: Summary of Laboratory Results from groundwater sampling at Ruashi Mine (KLMCS, 2011)**

| Parameter | Typical Values | Extreme Values | Comments |
|---|---|---|---|
| pH | 7 to 9 | 6.6 (GWD5) | |
| EC | 140 to 280 mS/cm | 320 to 430 mS/cm (GWD5 and MH2-2) | Groundwater contamination |
| Na | 3 to 19 mg/l | 61.1 mg/l (GWD5) | |
| SO4 | <40 mg/l | 114 mg/l (MH2-2) | Not representative of background values |
| Cl | Low – 4 mg/l | 19 mg/l (GWD5) | Almost 5 times background, indicating groundwater pollution |
| $HCO_3$ | 60 to 160 mg/l Average 120 mg/l | | |
| Ca | 45 mg/l | | |
| Mg | 35 mg/l | | |

Groundwater pollution is indicated from the concentrations of EC, pH, Na and Cl. The highest concentrations of EC, pH, Na, Cl, Cu and Co occur in groundwater during summer or the rainy season (November-March). The concentrations decrease during the dry season (April-October) and the trend is considered cyclic due to recharge and evaporation. Further groundwater and surface water monitoring was done in 2012 and 2013. The groundwater results (no units were provided) indicate the following:

- Cu: most of the monitoring results returned values below 1.6 with the exception of three boreholes, namely "BH 2" (1.6, 6 Feb 2013), "BH 5" (1.8, 1 Nov 2012) and "Tailings Dam 1" (2.6, 3 Jan 2013). The average was 0.1 ppm (assumed) over the period monitored;
- Co: values ranged from 0 - 52.5 with the average being 7;
- EC (conductivity): values ranged from 1.1 - 11 050 with the average 2 223;
- pH: values ranged from 3.9 - 8.8 with an average of 6.6; and
- Na: values ranged from 0 - 1279 with an average of 275.

SRK was unable to verify the correctness of these data against the original laboratory results.

Water quality data for May 2012 to May 2013 indicates that the low pH readings are still being obtained in the Fish Dam. A once-off historic pollution event resulted in low pH readings in the TSF monitoring boreholes and a similar pH in the Fish Dam. Metorex drilled new scavenger boreholes between the TSF and Fish Dam whereby the low pH water plume is collected and pumped back to the TSF. The efficacy of the scavenger boreholes needs to be evaluated.

### 3.8.2 Numerical Groundwater Model

A numerical model was developed by KLMCS in 2011. The steady state groundwater model was calibrated using observed water levels taken in January 2010 and abstraction volumes from daily pumping records to simulate groundwater flow gradients, directions and abstraction rates from the mine dewatering drill holes and sumps, the plant water drill holes and the camp drill holes. Thirty four (34) observation drill holes were used as control data to calibrate the model.

Long-term water level monitoring graphs show rising water levels during the wet season (October/November – March) due to rainfall recharge and falling water levels in the dry season when there is no recharge. Groundwater level rises are shown in the pits during the wet season despite pumping, indicating recharge inflow is higher than abstraction rates and increased pumping is required.

A similar water level trend is also shown by environmental monitoring drill holes at the tailings dam, indicating groundwater recharge is higher than infiltration rates from the plant discharge.

The general observed long-term trend is declining water levels since 2010 due to dewatering from the pits, with an average decline rate of approximately 8 m/y. However, during the rainy season, recovery of water levels is experienced and water levels recover by 2 m, giving an overall decline rate of 6 m/y. Water levels in pit 1 have since decreased by 13 m since July 2011 after a new dewatering drill hole BH1-15 was connected.

### 3.8.3 Legal Framework

An Environmental Adjustment Plan ("**EAP**"), compiled jointly by Africa Mining Consultants (Kitwe, Zambia) ("**AMC**") and Bureau d"Etudes Environmentales et Minieres du Congo ("**BEMC**") in March 2005, was approved by the Ministry of Mines. The EAP was amended by BEMC in September 2007 to include Phase II of the Ruashi project and authorised by the Ministry of Mines.

The authorisation for the "Exploitation of Water Resources", as well as a permit for the discharge of water from the pit into the Luano River, was valid until the end of January 2010. Water is not discharged directly into the Luano River. A series of dewatering boreholes reduces the ingress of water in to the pit. The water that is present in the pit from seepage and rainfall is pumped to the coffer dam and not directly into the river. SRK therefore understands that the current situation is that no permit is currently required for discharge of water from the pit into the Luano River. Water from the coffer dam is used in the plant. In the case of high rainfall events water may spill over the dam into the wetland preceding the river. There is no provision in DRC law for a permit for water discharge – all environmental law pertaining to mining is in the Mining Code, which does not make provision for water discharge permits. Legal issues in this respect do not relate to permitting although periodic pollution events may have legal implications. SRK has been advised by Metorex that currently there is no historical pollution events that have legal implications.

### 3.8.4 Hydrogeological and Hydrological Risks

**Risks to Surface and Groundwater**

KLMCS conducted drilling and water sampling in 2011 and identified groundwater contamination as a risk. Based on limited data and at most 1 year monitoring, KLMCS concluded the following:

- Groundwater pollution is taking place from the tailings dam;
- Under current (2011) conditions the groundwater and surface water environment is under moderate risk of adverse pollution;
- Solute transport modelling (KLMCS, 2011) predicts an increase in concentration of pollutants in groundwater with peak concentrations achieved in 10 years (from 2011);
- The model further predicts that mine dewatering will increasingly reverse groundwater flow direction, resulting in migrating of pollutants from the tailings dam;
- Post mine closure predictive modelling indicates that the groundwater system will not recover to pre-mining background water quality. The model was run for 15 years beyond the planned LoM. This prediction implies the low pH conditions at the tailings dam will require treatment as the system will not recover naturally.

KLMCS further concluded from the monitoring data that pollutant concentrations have increased by 3 to 10 times from the background concentrations measured away from the TSF. There is a plume of low pH water seeping from the tailings dam due to the discharge of low pH tailings at the time the plant was started, and the lime plant had not been commissioned. The extent of the plume is currently unknown and the time it will take to remediate has not been determined. The pH of tailings has subsequently been stabilised, but measurements of low pH are still detected in the monitoring drill holes around the tailings dam. The pH is measured in the TSF, return water dams and monitoring drill holes on a daily basis. A pumping system whereby low pH water is pumped out of the drill holes and discharged into the return water dams has been initiated. The effectiveness of this measure will be tested through the daily monitoring.

Despite describing some of the parameters tested as "exceptionally high", KLMCS finally concluded that all values, except around the TSF, are within World Health Organisation ("**WHO**") limits for drinking water and not a hazard to the environment.

Ruashi Mining confirmed it had drilled a fence of drill holes around the TSF, which, as reported in the May 2013 monthly report has been expanded with additional holes to prevent the water from entering the surface water system. The drill holes are equipped with pumps to pump the low pH water back to the TSF for neutralisation with lime. This approach is intended to improve the quality of water seeping from the TSF with time, thereby potentially reducing post closure impacts on ground and surface water. However, the 2011 study by KMLCS indicated that the ground water system will not recover naturally.

**Expanding Drawdown**

The general observed long-term trend is declining water levels since 2010, due to dewatering from the pits, with an average decline rate of approximately 6 m/y, taking into account the recovery of water levels during the rainy seasons. As far as could be ascertained from the KLMCS report, no predictions were done regarding predicted groundwater level drawdown around the Ruashi Mine (i.e. radius of cone of depression).

## 3.9 Mining

[SR5.4]

### 3.9.1 Introduction

Ruashi Mining commenced stockpile mining operations in June 2005 for processing through the Ruashi Phase I oxide flotation concentrator plant. Stockpile reserves were depleted in F2009 with open pit mining operations commencing in October 2007 to supplement feed to the Phase I process plant. The Phase II SX-EW plant construction was completed in October 2008 and was in ramp up mode for most of 2009. The mine achieved its design milling capacity of 120 ktpm in October 2009 for the first time, and since March 2010 has been operating at a monthly production rate of between 110 ktpm and 120 ktpm.

The Phase I concentrator was placed on care and maintenance in March 2009 and subsequently all copper and cobalt production has come from the Phase II plant. RoM feed has consisted of a mix of re-mined tailings (unrecovered Cu and Co from the Phase I concentrator) and direct RoM tonnes from the open pit.

On-going LoM planning is carried out as part of an annual planning cycle by an independent mining consultant using Mine2-4D and XPac Scheduler. Short term planning is carried out on-mine and monitored to ensure adherence to a strict mining sequence. LoM planning is based on a detailed 3D mine design with Gantt chart scheduling. Ruashi Mine uses GEMCOM SURPAC Version 6.1.4 for all geological / mine design software requirements and the MINESCHED module for scheduling.

### 3.9.2 Mining method and selectivity

The Ruashi deposit is currently mined by conventional open pit mining methods using truck and excavator combinations as illustrated in Figure 3.21.

Mining operations at the Ruashi Mine are undertaken by a local contracting company, Mining Company Katanga sprl ("**MCK**"). Short term mine design and planning, grade control and pit survey is managed by Ruashi Mining.

Maintenance of MCK's mining fleet is carried out by the Original Equipment Manufacturer ("**OEM**") under a Maintenance and Repair Contract ("**MARC**").

### 3.9.3 Service infrastructure

Ruashi I is largely mined out up to a depth of approximately 52 m below surface (1 240 amsl). The design extends another 28 m down to the 1 205 level. However, a southern pushback is planned to access additional ore at depth. The pit is accessed by a ramp from the north, with the north-western and south-eastern parts being serviced by ramps branching off from the existing northern ramp.

Ruashi II is the smallest of the three ore bodies. The design extends up a depth of 90 m below surface (1 195 amsl). The pit has a diameter of roughly 400 m on surface. A single ramp provides access to all the levels in both Pit II and Pit III. The current pit floor is 41 m below surface.

Ruashi III is the largest ore body with the highest overburden stripping requirement. The pit floor of phase I stripping is now at 25 m below surface and the BOMZ horizon containing HG cobalt ore is exposed in the northern portion of the pit. The pit has a designed depth of 190 m with the lowest bench on the 1 095 m elevation and is accessed by a dual ramp system. However, the poor geotechnical qualities of the weathered RAT unit on the southern pit walls preclude the presence of permanent ramps. The ramp configuration is largely a function of the separate mining stages on the southern and northern side of the pit.

The open pits at the Ruashi Mine are accessed by a 1 km haul road extending from the process plant to the Pit I access ramp.

Power is supplied at 15 kV from the Ruashi distribution sub-station with transmission via overhead conductors mounted on timber pylons. Transformers at each pit reduce the distribution voltage from 15 kV to 500 V for use by dewatering pumps in the pit.



| | | |
|---|---|---|
| srk consulting | **Metorex**<br>Open pit load and haul operations in the Ruashi II pit<br>(photo courtesy of Metorex) | Project No.<br>453459 |

**Figure 3.21: Open pit load and haul operations in the Ruashi II pit**

The open pits are surrounded by a 2 m high windrow to prevent the ingress of surface run-off water into the pits.

Dewatering drill holes have been drilled around the perimeter of Pits I, II and III as well as within Pit I and II to maintain the groundwater level below the mining face. Potable water from some of the drill holes is supplied to Ruashi community at a rate of 260 $m^3$/hr. A hydrogeological monitoring programme has been initiated to the east of Pit III to determine future pumping capacities.

As this water from the drill holes is expected to be in excess of the requirements for Ruashi community and the mine, a discharge permit was obtained to discharge in the Chemaf lease area to the east of the Ruashi mining permit.

### 3.9.4 Modifying factors and mining efficiencies

Previous models have applied tonnage factors to account for previous mining activities. The December 2010 model modelled voids from previous underground mining activities (physically surveyed in the pit or digitised from old working plans), and these have been incorporated into the geological model. Mining activities have largely mined through this ore.

Dilution has been accounted for by reblocking the geological model to a 5 x 5 x 5 m smallest mining unit ("**SMU**") as the primary input for the Whittle 4X optimisation. Reblocking effectively includes waste dilution in the block model at the resolution that blocks will be mined, and as a result no further dilution factor is applied.

### 3.9.5 Mine Design and Planning

The ultimate pit shell was prepared by VBKOM Consulting (Pty) Ltd ("**VBKOM**") using GEMCOM Whittle 4x pit optimisation software in October 2011. The ultimate pit shell selected in the pit optimisation establishes the limits of mining for purpose of defining the economically mineable resources. The parameters used in the optimisation process are set out in Table 3.14 and are reasonable for mine design purposes. The overall slope architecture set out in Table 3.15 is according to the recommendations set out in Section 3.7.

**Table 3.14: Ruashi Mine - Pit Optimisation Parameters (VBKOM)**

| Description | Units | Value |
|---|---|---|
| Cu LME price | USD/t metal | 8 000 |
| Co LME price | USD/lb metal | 15.00 |
| Cobalt sales - % of LME price | % | 70% |
| Mining cost – average | USD/t mined | 3.25 |
| Processing Cost | USD/t milled | 32.33 |
| Element processing cost - Cu | USD/t Cu in feed | 200 |
| Element processing cost - Co | USD/t Co in feed | 2 430 |
| Time Costs | USD million | 56.44 |
| Time Costs | USD/t milled | 39.20 |
| Selling cost per tonne Cu | USD/t metal | 653 |
| Selling cost per tonne Co | USD/t metal | 2 220 |
| Acid Soluble Cu/Total Cu Ratio in Oxide | % | 95% |
| Acid Soluble Co/Total Co Ratio in Oxide | % | 85% |
| Total metal recovery – Acid Soluble Cu | % | 90% |
| Total metal recovery – Acid Soluble Cu | % | 90% |
| Factor applied to Cu Co metal price to account for royalties | | 0.96 |
| Mining Dilution | % | 1.0% |
| Mining Loss | % | 0.0% |

**Table 3.15: Ruashi Mine – overall slope architecture**

| Design Criteria | Sapriolite RAT | Weathered RAT | Fresh Sulphides |
|---|---|---|---|
| Batter Angle | 65° | 65° | 80° |
| Bench Height | 5 m | 5 m | 5 m |
| Berm Width | 10 m | 10 m | 3.3 m |
| Overall slope angle | 21° | 28° | 55° |
| Bench Stack | 4 | 4 | None |
| Catch Berm | 20 m | 20 m | None |

The overall slope design is based on the assumption that the pit floor and slopes are kept dry.

The optimisation results for the selected scenario 1B as prepared by VBKOM are set out in Table 3.16.

**Table 3.16: Ruashi Mine – optimisation results (VBKOM)**

| Scenario | Price Assumptions | Ore (kt) | Waste (kt) | Cu cathode (kt) | Contained Co (kt) | TCu (%) | TCo (%) | Pit # |
|---|---|---|---|---|---|---|---|---|
| Excluding All CMN | | | | | | | | |
| 1 | Cu USD5 000/t, Co USD15/lb | 9 765.7 | 57 165.9 | 271.0 | 31.1 | 3.27 | 0.47 | 55 |
| 2 | Cu USD8 000/t, Co USD15/lb | 14 143.2 | 96 790.1 | 351.8 | 39.1 | 2.94 | 0.41 | 70 |
| 3 | Cu USD12 000/t, Co USD15/lb | 17 273.8 | 109 492.3 | 387.6 | 42.1 | 2.66 | 0.36 | 65 |
| Including Indicated CMN | | | | | | | | |
| 4 | Cu USD5 000/t, Co USD15/lb | 10 094.6 | 57 243.4 | 279.8 | 31.7 | 3.27 | 0.46 | 55 |
| 5 | Cu USD8 000/t, Co USD15/lb | 14 970.2 | 100 063.6 | 369.1 | 40.1 | 2.92 | 0.40 | 73 |
| 6 | Cu USD12 000/t, Co USD15/lb | 18 336.0 | 114 706.2 | 406.0 | 43.4 | 2.63 | 0.35 | 66 |
| Including All CMN | | | | | | | | |
| 7 | Cu USD5 000/t, Co USD15/lb | 10 814.8 | 57 197.4 | 293.8 | 32.8 | 3.20 | 0.45 | 73 |
| 8 | Cu USD8 000/t, Co USD15/lb | 18 378.6 | 100 633.8 | 420.7 | 43.3 | 2.70 | 0.35 | 72 |
| 9 | Cu USD12 000/t, Co USD15/lb | 25 608.8 | 117 589.4 | 496.4 | 48.6 | 2.30 | 0.28 | 67 |

Mine planning which incorporates the ore and waste mining schedules that align with the plant ore feed requirements was based on the following criteria:

- Mining vertical advance rate - 3 x 5-m benches per year;
- The oxide ore classification was based on the following:
  - o Low grade – 0.9% - 1.5% TCu;
  - o Intermediate grade – 1.5% - 2.5% TCu;

- Medium grade – 2.5% - 3.5% TCu;
- High grade – above 3.5% TCu;
- BOMZ (Cobalt Ore) – TCu <0.9% and TCo >0.2%.

- The plant feed profile was based on the following assumptions:
  - power constraints continue until April 2013;
  - SAG mill relining twice per year;
  - Approximate feed rate of 100 ktpm Jan to Mar and 110 ktpm for April 2013;
  - Approximate feed rate of 120 ktpm from May 2013 to end of LoM.

The optimum pit was used as a template for practical pit designs and further refined through the application of mine design criteria and other practical mining constraints. Moreover, this part of the mine planning process also requires the identification and design of defined stages or pushbacks.

The main access for the pits is via 20 m wide ramps at a gradient of 10 % to be able to accommodate 40 t articulated dump trucks ("**ADTs**"). The minimum ramp width for this size of ADT was estimated at 15 m. However, constructing the haul roads with a width of 20 m results in higher truck productivity and allows the truck fleet to be scaled up in size at a later stage.

Ore and waste mining bench height of 5 m is suitable for the mining fleet in use. The 5 m bench height in ore allows for selective mining. The stockpiling strategy relies on accurate prediction of mining grades in order to achieve consistent feed grade into the plant. It is therefore important to have an effective grade control management programme and on-going resource definition drilling.

The final mine layout is presented in Figure 3.22. Three distinct pits (Ruashi I, II and III) can be distinguished which relate to the Ruashi ore bodies. However, the close proximity of the Ruashi II and III ore bodies results in the associated pits connecting at 60 m ("**mBs**").

### 3.9.6 Development and Production Schedule

A revised Ruashi Mine LoM plan and scheduled reserve for F2013 was completed in December 2012 by Tomahee (Pty) Limited ("**Tomahee**") using Mine2-4D and XPac mine planning software and provides the basis for the 30 June 2013 Ruashi Mine Mineral Reserve. Previous schedules prepared by VBKOM showed a fluctuating amount of finished metal by time period. The Tomahee schedule used the philosophy of Mine to Stockpile to Mill which improved the LoM results compared to the direct Mine to Mill practice. Ruashi Mining lowered the waste and ore mining volumes in the early years of the schedule so as to reduce the size of the ore stockpile and the quantum of working capital tied up in the stockpiled ore.

The LoM schedule is based on an accelerated waste mining strategy in order to expose high volumes of ore. The ore is classified into various grades in order to facilitate blending of ore to the plant to achieve a consistent copper and cobalt production profile.

Ruashi Mine currently has a life of approximately 10 years based on copper and cobalt oxide ore. The majority of this ore can be mined without drilling and blasting. Mining of ore is completed in 8 years, but the stockpiled material allows the plant to be fed for a further 2 years, hence the 10 year mine life. Sulphide ores exist at lower elevations which could extend the life of the operation if studies show this ore can be economically mined and processed.

Due to limited space the mining schedule incorporated investigations into waste dump and stockpile designs. Some of the areas identified for future dumping have infrastructure that would have to be relocated for dumping to occur. A study has been prepared for the back-filling of Pit I after the oxides of this pit have been mined out. It is scheduled that dumping of waste into Pit I will begin in 2019.

Designated areas for the stockpiling of the various ore grades have been identified and quantified.

Figure 3.23 shows graphically the LoM production schedule for the Ruashi Mine.




srk consulting | **Metorex** Ruashi Mine - Plan View of Mine Layout with Surface Footprint of Planned Stages | Project No. 453459

**Figure 3.22: Ruashi Mine - Plan View of Mine Layout with Surface Footprint of Planned Stages**




srk consulting | **Metorex** Ruashi Mine – LoM mining schedule | Project No. 453459

**Figure 3.23: Ruashi Mine – LoM mining schedule**

The production schedule in Figure 3.23 is drawn from Measured Mineral Resources and Indicated Mineral Resources and available surface stockpiles and tailings material. It should be noted that the original LoM plan for the Ruashi Mine included some 2.2 Mt of Inferred Resources, which would be mined in the normal sequence of operations. If these Inferred Resources were to be included, the LoM for Ruashi would be extended by almost two years.

### 3.9.7 Mining Operation

Grade control and pit survey is managed by Ruashi Mining. Ruashi derives its revenues from both copper and cobalt. The Ruashi Mine LoM plan is based on the assumption that a block of material should be processed if the income derived from the sale of the product covers the cost of processing the material. The marginal cut-off grade is therefore the grade of the material where the income from the sale of the product is equal or more than the processing cost.

### 3.9.8 Mining Equipment

The mining equipment is owned and maintained by MCK, the mining contractor. The majority of material can be loaded without drilling and blasting. Loading is carried out by diesel powered hydraulic excavators. Waste and ore is hauled by 40 t ADTs.

The current MCK Mining Fleet consists of the following:

- Hydraulic Excavators – 2.5 to 6.5 $m^3$ buckets 8;
- 40 t ADTs 28;
- Track Dozers 4;
- Graders 4.

To improve mining operational efficiency, a new equipment maintenance workshop has been constructed. In addition, the mine is planning to implement a fleet management system to ease and improve tracking of key fleet performance and maintenance metrics and management of material mined from the pits and stockpiles.

The current utilization of mining equipment is less than the target of 80%. In order to meet the current LoM plan, this utilization will require significant improvement in order to achieve the targets. It has been recommended that the Ruashi Mine works closely with the mining contractor so that the targets will be achieved.

### 3.9.9 Manpower

The Ruashi Mine manpower complement associated with mining activities consists of management and supervision to direct and control the activities of MCK. Further, grade control officers working in the pit and various stockpiles fall under the responsibility of the mining department. The total complement is approximately 120 people.

### 3.9.10 Capital and Operating Expenditure

Ruashi Mining has provided for mining capital expenditure during H2-F2013 and F2014 as set out in Table 3.17. Given the importance of tracking material flows and grade control for the mine to stockpile to mill strategy, the Ruashi Mine should implement a sophisticated truck dispatch / material tracking system in order to manage the mining, stockpiling and blending of ore. SRK estimates that the cost of such a system will be around USD1.0 million and has added this into the capital for F2014.

**Table 3.17: Ruashi Mine – Mining Capital Expenditure – H2-F2013 and F2014**

| Mining Capex | | H2- F2013 | F2014 |
|---|---|---|---|
| **New capital** | | | |
| Waste stripping - Pit III | (USDm) | 7.66 | 0.00 |
| Drilling | (USDm) | 0.50 | 2.00 |
| Dewatering | (USDm) | 0.25 | 0.74 |
| Radar - wall monitoring | (USDm) | 0.50 | 0.65 |
| Other | (USDm) | 0.67 | 2.14 |
| **SRK added:** | | | |
| Truck dispatch / material tracking system | | | 1.00 |
| **Total** | **(USDm)** | **9.78** | **6.53** |

The mining costs for ore and waste at the Ruashi Mine for H2-F2013 to F2018 are set out in Table 3.18. The unit costs are based on actual costs experienced by the Ruashi Mine during F2012 and H1-F2013, a detailed review by Metorex of major cost drivers at the time of developing the budget for F2013 and the terms of the mining contract with MCK. The average cost for ore and waste is a weighted average based on the percentage of ore and waste to be mined from each pit.

**Table 3.18: Ruashi Mine – mining costs – H2-F2013 to F2018**

| Item | Units | H2-F2013 | F2014 | F2015 | F2016 | F2017 | F2018 |
|---|---|---|---|---|---|---|---|
| Mining - ore | (USDm) | 2.85 | 6.78 | 4.22 | 2.38 | 5.00 | 5.14 |
| Mining - waste | (USDm) | 3.46 | 21.63 | 25.09 | 25.12 | 21.63 | 18.89 |
| Mining - other | (USDm) | 5.97 | 11.47 | 11.47 | 11.47 | 11.47 | 11.47 |
| Ore rehandling costs | (USDm) | 1.41 | 2.82 | 2.87 | 2.83 | 2.83 | 2.83 |
| **Total Mining** | **(USDm)** | 13.69 | **42.70** | **43.65** | **41.80** | **40.93** | **38.32** |

Ruashi Mining plans to implement various management initiatives during the second half of F2016 and expects to realise a saving in the unit mining rates as set out in Table 3.18. SRK is satisfied that these initiatives can be reasonably implemented.

Ruashi Mining has assumed for budgeting purposes that all ore fed to the plant will be reclaimed from the ore stockpiles, at a rehandling cost of USD2.00/t.

### 3.9.11 Sulphide Project

A pre-feasibility study for the sulphide ore bodies below Ruashi I and III open pits was prepared by Sound Mining Solution (Pty) Ltd ("**SMS**") for Metorex in January 2012. The project is sub-economic due to high off-mine costs.

In the report, SMS recommended the following:

- Complete open pit mining of oxides from Pit I;
- Back-fill Pit I with waste from Pit III;
- Carry out exploration programme for Ruashi III underground;
- Carry out in-fill exploration programme for Ruashi I underground.

The financial model in Table 4.25 excludes any production from the sulphide project. This could be considered as upside potential, notwithstanding that some changes to the process plant would be required.

### 3.9.12 SRK Comments

**Mining Operations**

The current oxide mining operations are based on a conventional truck and shovel open pit mining method. The majority of the material can be loaded without drilling and blasting. The mining is carried out by the local mining contractor MCK under the supervision of Metorex personnel.

The updated mining schedule has been based on a mine to stockpile to mill strategy in order to blend and thereby minimise the variability of finished metal by time period. To ensure that this is carried out efficiently it is imperative that the following be implemented:

- A short term evaluation drilling programme so that ore grades and rock-types can be more accurately identified for the blending process. Metorex confirmed that grade control drilling had been limited during F2012 to preserve cash during low power availability, but plans to commence using a 15 m x 15 m drill grid in H2-F2013;
- A truck dispatch / material tracking system be purchased and commissioned within the next year in order to manage the mining, stockpiling and blending of ore. Metorex had been considering such a system, but could not progress it due to cash limitations. Ruashi Mining commenced with a SQL based database to collect tally sheet monitoring information on a shift basis, which will be reconciled against survey measure data.

**Waste Dumping**

Generally there is limited space for the dumping of waste material. The latest mining schedule has taken this into account and has identified the need to mine out Pit I oxide ore before F2019 so that waste from Pit III can be backfilled in this mined out area. It has also been identified that the backfilling should take place in a set

sequence so as not to interfere with the possible access to and underground mining of the Pit I sulphide ore body. Providing the mine plan is followed, there should not be any problem regarding dumping of waste.

Metorex confirmed that the waste dumping strategy is well understood by mine management and backfilling of Pit I will commence as scheduled. A backfill design and implantation plan will be established for the Ruashi Mine waste dump in Pit I as part of the F2014 LoM plan. This will be elevated to the Ruashi risk register and work costed in the F2014 budget.

### 3.9.13 Risks and Opportunities

The following risks and opportunities have been identified which may impact on the project:

- The limited space for waste material requires that Metorex's waste dumping strategy is carefully managed. Metorex believes that three lifts adequately cater for waste to be dumped from Pit III to the end of 2018 and the in-pit dumping in Pit I will adequately cater beyond 2018;
- The successful blending of ore to the mill is dependent on effective grade control procedures and implementation of a sophisticated truck dispatch / material tracking system. Inefficiencies in such systems are a concern and could negatively influence profitability. Metorex has indicated that grade control procedures are in place for the pit to stockpile to mill mining strategy and a continuous improvement process has been embarked upon to ensure the effectiveness of the system. Capital has been provided for the purchase of a truck monitoring and dispatch system which will assist with the stockpiling strategy;
- The availability (or lack) of skilled personnel required to implement and operate sophisticated procedures is of concern. Metorex mentioned that a training programme is being embarked upon to address any skills shortfalls within the mining and mineral resource management departments at the Ruashi Mine;
- Ruashi Mine has the opportunity of extending the LoM by converting Inferred Mineral Resources into Indicated or Measured Mineral Resources. This will entail close spaced drilling of the CMN unit in Ruashi I and Ruashi II;
- The sulphide Inferred Mineral Resources need to be converted to a Mineral Reserve through completion of a feasibility study to determine the viability of mining underground and processing the RoM sulphide ore.

## 3.10 Mineral Processing

### 3.10.1 Metallurgical Testwork

The pertinent test work for the CPVR relates to hydrometallurgical test work for the Phase II plant at both laboratory and pilot scale level conducted by Mintek in South Africa. The various stages of test work evaluated the following:

- Ore characterisation by means of head grade analysis and determination of the gangue acid consumption **("GAC")**. The GAC results were used to compile a composite sample representative of RoM feed;
- Optimum feed conditions;
- Conditions for leach, solid-liquid separation and washing of leach residues, low grade and HG SX, Cu EW and Co purification and precipitation;
- Mineralogical investigation of leach residue with respect to Cu and Co leach efficiencies;
- Comminution tests comprising JKTech drop weight tests, Bond ball mill work index, Bond rod mill work index and Bond crushability (impact) work index.

The predicted Cu and Co recoveries from the Mintek test results are shown in Table 3.19.

**Table 3.19: Ruashi – Mintek Test Work Results**

| Item | Units | Test Work Results |
|---|---|---|
| Cu head grade | (%) | 3.87% |
| Co head grade | (%) | 0.62% |
| Cu recovery | (%) | 85% |
| Co recovery | (%) | 70% |

Cobalt recovery in the leach section is dependent upon achieving a reducing environment, obtained by the introduction of $SO_2$ gas. Due to an irregular supply of $SO_2$ gas from the acid plant, the $SO_2$ has been generated

through the intermittent addition of SMBS, resulting in an unstable leaching environment, and in reduced cobalt recoveries.

### 3.10.2 Process Description

The simplified process plant flow sheet for the Ruashi Mine is described in the following section and shown in Figure 3.24. An isometric view of the plant is shown in Figure 3.25.

#### Reduction Plant (Crushing and Milling)

The primary crusher consists of a ramp for tipping of RoM ores, vibrating grizzly, a feed-bin, a jaw crusher and feeders for discharging material. Material from the primary crusher is discharged onto a stockpile. It is removed from the stockpile via 4 apron feeders and 2 conveyors located in a tunnel which then feeds the mill feed belt conveyor. The standby crushing plant which primarily serves as a back-up function, discharges directly to the mill feed belt conveyor.

The mill feed belt conveyor delivers the crushed ore to the Semi Autogeneous Grind ("**SAG**") mill. Water is added to the mill. The milled ore then gravitates to the mill discharge sump. From the sump the mix is pumped to a bank of four cyclones (of which one is currently a stand by unit). The cyclone overflow from the mill circuit reports to the Pre-Leach-Thickener.

The power rating of the SAG mill is 1.2 MW and the 5 secondary ball mills each has a rating of 250 kW. Only three of these mills are in operation at any time with two mills as spare. The milling circuit capacity is 220 tph. The average grind is reported to be 65% -75 µm.

Figure 3.26 shows the milling circuit configuration of the SAG mill in combination with five ball mills.

#### Copper and Cobalt Pre- Leach

The cyclone overflow from the milling process slurry with a density of 1.25 to 1.30 t/$m^3$ reports to the Pre-Leach Thickener. In the Pre-Leach Thickener the increase in density is achieved through the mechanical action of solid liquid separation and the addition of a flocculent. The thickener underflow with a density of 1.5 to 1.6 reports to Pre-Leach Storage Tanks. The overflow reports to the mill sump / process water pond.

The name plate capacity rating of this section is 175 tph.

#### Copper Plant

The Copper Plant consists of the following sub-sections: Leaching (copper and cobalt), CCD, Tailings Neutralization, Copper SX and Copper EW.

- **Copper and Cobalt Leach**

  The Leach circuit is the first step in the refining process of copper. The aim of Copper Leaching is to leach copper and cobalt metal from the feed ore with minimal dissolution of other impurities. Sulphuric acid is used to achieve copper and cobalt dissolution.

  Leaching is performed in four leach tanks arranged in series (6 hours total residence time) under acidic and reducing conditions. The optimum acidity and oxidation/reduction potential conditions in the leach tanks are maintained by the addition of sulphuric acid (to all four leach reactors) and sulphur dioxide gas (as sulphur burner gas, to the last two reactor only) respectively.

  Milled ore in the form of slurry is received by the leach stock tanks from the reduction circuit. These tanks serve to hold the ore to prevent large fluctuations of feed into the leach tanks. The slurry is pumped from these tanks to the first of four agitated leach tanks. Here the slurry is mixed with sulphur dioxide ("**$SO_2$**") or Sodium meta bi-sulphate ("**SMBS**") solution and acidified raffinate. Sulphuric acid dissolves the copper and cobalt, removing the metals from the solid ore and creating a leach solution. The SMBS is used as an alternative to $SO_2$ gas.




Project No. 453459

**Metorex**
Ruashi plant Simplified Flow Sheet

srk consulting

Figure 3.24: **Ruashi Plant Simplified Flow Sheet**




| srk consulting | **Metorex**<br>Isometric view of the Ruashi Phase II hydrometallurgical plant | Project No. 453459 |
|---|---|---|

**Figure 3.25: Isometric view of the Ruashi Phase II hydrometallurgical plant**

The targeted leachate copper tenor of 8-10 gpl copper to the HG circuit dictates that the leach circuit be operated at a solids content of approximately 22%. The agitators in the leach reactors ensure adequate solids suspension as to allow solids discharge via the tank overflows and to prevent localized leaching. The solution overflows from the first leach tank into the second leach tank where further SMBS solution is added. The SMBS 'reduces' the cobalt ions allowing the majority of the cobalt to be leached. The overflow from leach tank 2, reports to leach tank 3 and, similarly, the overflow from leach tank 3 reports to leach tank 4.

The larger solids that are pumped to the leach tanks build-up at the bottom of the leach tanks. These solids are removed using cropping pumps which pump the slurry to the following leach tank. The cropping tank from leach tank 4 pumps solids to the leach thickener feed tank and the leach 4 overflow also reports to the leach thickener feed tank.

The thickener feed tank feeds into the thickener feed well where it is mixed with flocculent. During the thickening process the solids from the leach slurry separate by gravity from the liquids. The result is that the heavier solids make up most of the underflow, which reports to the Leach Counter Current Decantation Circuit ("**CCDs**"). The lighter liquid fraction overflows from the thickener and reports to the Pinned Bed Clarifier where remaining suspended solids are removed. The liquid product is then stored in the High Grade Pregnant Leach Solution ("**PLS**") Storage Pond.

The copper leach and CCD circuit is shown in Figure 3.26.





| | | |
|---|---|---|
| srk consulting | **Metorex**<br>Views of reduction section showing SAG mill and ball mill combination (top); and copper leach and CCD circuits (bottom) (photos courtesy of Metorex) | Project No.<br>453459 |

**Figure 3.26: Views of reduction section showing SAG mill and ball mill combination (top); and copper leach and CCD circuits (bottom)**

- **Counter Current Decantation ("CCD") and Neutralization**

The CCD process involves the separation of solids by way of a cascade of thickeners for continuous counter-current washing of the solids. The result is a concentrated pregnant leach solution (PLS) discharging from the cascade on the one end of the train and washed solids on the other.

The CCD takes its primary input as thickened leached ore slurry, which is the underflow from the high density thickener that is located after the leach reactors. The 4-stage CCD circuit uses a wash ratio of ~1.5 $m^3$/t residue. The washed residue reports to the Tailings Neutralisation circuit prior to being pumped to the tailings dam. The "spent" wash solution that is generated by overflowing the first CCD is first clarified using a dedicated pinned bed clarifier and then stored in the Low Grade Pregnant Liquor Solution **("LG-PLS"**) Storage Pond.

Following the CCD process, residue slurry reports to Tailings Neutralisation. The aim of this process is to neutralise residue slurries and precipitate any base metals left in these slurries before disposal to the tailings dam. Slurry is received from the CCDs and as well as from the Fe/Al and Magnesium Removal processes that form part of the Cobalt circuit. The pH of the residue slurry is adjusted with milk of lime (MOL) to above pH 8.0. There are two Neutralisation Tanks arranged such that overflow from the first tank will report via gravity to the second tank. Underflow slurries report to the first tank and the pH is adjusted.

The neutralised solids are pumped to the tailings dam. Due to high head requirements to the tailings dam, two centrifugal pumps in series are used to transfer the neutralised slurries.

- **Copper Solvent Extraction**

The SX process involves the extraction of copper from a leach solution. This acidic leach solution contains soluble copper, cobalt and unwanted impurities. The product from the SX circuit is a copper sulphate solution which is purified and can be used in the electro-winning process to produce (LME A grade) copper.

Extraction of copper from the solution occurs when diluted organic liquor is well mixed with the contaminated copper solution which is being pumped from the PLS pond to the SX circuit. When the regularly mixed, immiscible liquids pass through the cycle of extraction, washing, and stripping, a near-pure copper solution can be achieved.

The copper SX is arranged as a split circuit (HG SX and LG SX) in order to reduce the acid and lime requirements of the plant. The HG SX treats the bulk of the copper in solution (75%) and therefore generates large amounts of acid, which is recycled back to the leach circuit. The LG SX treats the balance of the leached copper (25%) and therefore generates lower acid tenors in its raffinate stream and is therefore suitable for sending to the cobalt circuit where the acid is neutralised.

Both the HG SX and LG SX sections comprise a two stage extraction, a one stage washing and a one stage stripping circuit. The extraction, washing and stripping equipment are conventional mixer-settlers.

The HG SX raffinate, containing ~1 200 mg/l Cu and 20 gpl sulphuric acid, is recycled to the leach circuit to make use of the free acid. The LG SX raffinate, containing ~150 mg/l Cu and ~8 gpl sulphuric acid, is forwarded to the cobalt plant.

The final step of the copper purification process is filtration of the advanced solution through Multi-Media Filters ("**MMF"**) in order to remove entrained organic so that an impurity-free, copper-rich aqueous solution reports to Electro-winning.

An auxiliary process in SX is crud treatment. Crud forms in the settlers for a number of reasons and it is required to be treated in order to maintain settler capacity as well as to reduce loss of organic. Crud is processed in a centrifuge and both the organic and aqueous salvaged from this treatment process are returned to the SX circuit. The unwanted solids are disposed of in line with best practice procedures.

It is essential to recognise the huge fire risk in the SX area. The organic reagent used for copper extraction is extremely flammable and any fire in the SX is likely to have catastrophic results. For this reason, the strict controls governing both entry into SX and SX maintenance must be enforced without compromise.

- **Copper Electro-winning**

The EW circuit is the final stage in the production of (LME A Grade) copper. Advanced/loaded electrolyte is received from the SX circuit, and is pumped to the polishing cells. The overflow from the polishing cells reports to the Circulating Tank. Electrolyte is pumped from the circulating tank into each of the commercial cells. The overflow from the commercial cells reports to the Spent Electrolyte Tank.

Copper is deposited from the loaded electrolyte onto stainless steel 'cathodes' when an electric current is passed through the cell. This current is supplied to the EW system first through a transformer and then a 12-phase rectifier. Once sufficient copper has deposited onto the stainless steel cathode, the cathode is hoisted out of the cell (see Figure 3.27) and so the copper can be 'stripped' off the cathode. Copper is stripped from the cells on a six or seven day cycle, depending on the growth rate of the copper cathode. During a strip cycle, only one third of the cathodes from a single cell are removed. These cathodes first pass through a wash stage where they are washed with high pressure hot water to remove any electrolyte and organic prior to the copper being stripped. The stripped stainless steel cathodes are replaced back into the cell.

The copper cathode which is stripped from the cells are bundled and strapped as the final product.

This is a business process that occurs once the production of copper cathode has been completed at Electro-Wining (EW). In the process copper cathode plates are cleaned, separated, packed for dispatch and loaded on to trucks to exit from the dispatch area. At this stage the material becomes the responsibility of logistics and is exported from the Ruashi Mine by truck.

The tank house is of 'open' construction and therefore naturally ventilated. Acid mist formation is minimised by the use of floating plastic balls that float on the surface of the cells.





| | | |
|---|---|---|
| srk consulting | **Metorex**<br>Views of loaded copper cathode in Ruashi EW tank house (top); and cobalt hydroxide cake being bagged for shipment (bottom)<br>(photos courtesy of Metorex) | Project No.<br>453459 |

**Figure 3.27: Views of loaded copper cathode in Ruashi EW tank house (top); and cobalt hydroxide cake being bagged for shipment (bottom)**

## Cobalt Plant

- **Iron and Aluminium Removal**

  The aim of the Iron/Aluminium Removal process is to selectively precipitate iron, aluminium and some manganese with minimal cobalt losses from the copper circuit bleed stream. Iron is precipitated in three reactors arranged in series under oxidative conditions using milk of lime ("MOL") and the introduction of a dilute SMBS/air mixture with the pH profile in the reactors being progressively increased. Aluminium is precipitated in a further reactor at a higher pH. Approximately 15% of the manganese in the bleed is taken down together with the iron and aluminium. Slurry from the final reactor reports to the Iron/Aluminium

Removal Thickener, where a flocculent is added. A fraction of the underflow from the thickener is re-circulated to the reactors for seeding purposes.

The iron removal reactors are arranged such that overflow from one reactor will report via gravity to the next reactor. Solids that build-up at the bottom of the tanks are removed using cropping pumps which re-circulate the slurry. Overflow from the thickener is forwarded to the Cobalt Precipitation process, while the thickened underflow, reports to a belt filter feed tank which feeds to two belt filters. The primary filtrate is returned to the thickener feed tank. The cake is washed and then directed a re-pulping tank and is thereafter forwarded to Tailings Neutralization.

- **Cobalt Precipitation and Magnesium Removal**

  The main aim of the process is to precipitate cobalt contained within the solution received from the Iron/Aluminium Removal process. Cobalt is precipitated using magnesia and caustic in four precipitation reactors arranged in series such that overflow from one reactor will report via gravity to the next reactor. Magnesia is added to Tank 1 at MgO:Co ratio of 1:1. Caustic is added to tanks 2 and 3. Precipitation is performed at a pH~ 8.2.

  Solids that build-up at the bottom of the tanks are removed using cropping pumps which pump the slurry to the following reactor. Reactor overflow slurry reports to the thickener feed tank before it gravitates down to the thickener. Flocculent is added at the thickener to aid solids settling. Thickener overflow solution gravitates to the thickener overflow tank where it is further transferred to a clarifier where suspended solids are removed and returned to the thickener feed tank. The overflow solution is transferred by pump to the cobalt Filter Press section. A fraction of the underflow from the Thickener is re-circulated back to the reactors for seeding purposes.

  It is necessary to remove the magnesium from the overflow which is done in the Magnesium Removal section. The magnesium content of this solution is precipitated with milk of lime in three agitated precipitation reactors. Magnesium removal slurry is fed from the reactors to a thickener. The thickener overflow solution gravitates to the Process Water Pond and the thickener underflow is transferred to Tailings Neutralisation.

  In both areas the reactors are arranged such that overflow from one reactor will report via gravity to the next reactor and thereafter to the thickener. In Cobalt Precipitation the tanks thus are arranged in such a manner that the first will overflow into the second and the third, while the second will overflow into the third and the fourth, the third will overflow to the fourth and the thickener feed tank. Solids that build-up at the bottom of the tanks are removed using cropping pumps which re-circulate the slurry reactor. Provision for bypassing tanks has been allowed for in the case of one reactor being unavailable; this will be done by changing of the valves.

- **Cobalt Salt Production**

  Underflow slurry from the Cobalt Precipitator, at 15% – 20% solids, is transferred to two Filter Feed Tanks. Filter Feed Pumps are used to transfer slurry to two Filter Presses. Moisture is separated from solids through application of air pressure. The solid product or Filter Cake is transferred to the Cobalt Drier via a conveyor.

  The Filter Presses work in a batch manner. They are loaded with slurry before completing a filtering cycle and producing a batch of solid filtered material, the Filter Cake. The solid is removed, the press re-loaded with slurry and the filtering cycle repeated. The filter press uses pressure to maximize the rate of filtration and produce a final filter cake with as low as possible water content. The moisture is currently 69% but with the new drying plant it is envisaged to reduce it to 15%.

  The Cobalt Hydroxide ($Co(OH)_2$), either directly from the Filter Press or having been routed through the Cobalt Drier, is packed (see Figure 3.28), prepared for dispatch and loaded on to trucks to exit from the dispatch area. At this stage the material becomes the responsibility of Logistics and is exported from the Ruashi Mine to Johannesburg.

### Sulphuric Acid Plant

The sulphuric acid plant is a sulphur burning plant and currently produces sulphuric acid and $SO_2$. Ruashi Mine commissioned the $SO_2$ section in H1-F2013.

### 3.10.3 Plant Availability

The average plant running time for F2012 was 87.4%. The majority of the time lost (60%) was as a result of grid electrical failures (Table 3.20). When these failures occur, the plant must be restarted each time and about an hour of production time is lost while the plant is restarted.

**Table 3.20: Ruashi - Breakdown time analysis for F2012**

| Item contributing to Down Time | Contribution (%) |
|---|---|
| In plant electrical | 3.2 |
| Instrumentation | 1.3 |
| Mechanical | 13.3 |
| Grid electrical | 59.7 |
| Planned Maintenance | 14.0 |
| Process | 8.6 |
| **Total** | **100.0** |

### 3.10.4 Metallurgical Balance

The metallurgical balance, with the actual results achieved in F2011, F2012 and H1-F2013, the forecast figures for H2-F2013 and the budgeted figures for F2014 to F2015, is set out in Table 3.21.

**Table 3.21: Ruashi – Historic and Budget Metallurgical Balance**

| Item | Units | F2011 Actual | F2012 Actual | H1-F2013 Actual | H2-F2013 Forecast | F2014 Budget | F2015 Budget |
|---|---|---|---|---|---|---|---|
| Ore feed | (ktpa) | 1 257.7 | 961.7 | 546.9 | 704.2 | 1 409.0 | 1 436.5 |
| | (ktpm) | 104.8 | 80.1 | 91.2 | 117.4 | 117.4 | 119.7 |
| Feed Grade – Cu | (%) | 3.23% | 3.22% | 3.31% | 3.23% | 3.24% | 3.22% |
| Feed Grade – Co | (%) | 0.42% | 0.49% | 0.41% | 0.37% | 0.37% | 0.45% |
| Plant Recovery – Cu (1) | (%) | 85.0% | 87.1% | 88.8% | 85.0% | 85.0% | 85.0% |
| Plant Recovery – Co | (%) | 70.0% | 69.3% | 67.7% | 71.0% | 71.0% | 71.0% |
| Metal produced – Cu | (kt) | 34.5 | 27.0 | 16.1 | 19.3 | 38.9 | 39.4 |
| Metal produced - Co | (kt) | 3.7 | 3.0 | 1.5 | 1.9 | 3.7 | 4.6 |

1 The higher Cu recovery reported in F2012 and H1-F2013 was achieved because of longer residence time in the leach circuit due to reduced plant throughput rates. This will not be realisable under normal plant throughput rates, so forecast Cu recovery for LoM is therefore kept at 85%,

The actual tonnage for F2012 in Table 3.21 is only 71% of what was originally planned, mainly due to the power interruptions suffered during F2012. The budget tonnage estimate for F2013 is seen to be reasonable given that Metorex rented 13 diesel-powered generators (13 MW) from Agrekko which were commissioned in February 2013. These were to be replaced by seven diesel-powered generators (15 MW) purchased from Caterpillar, to be commissioned in August 2013. Metorex has decided to purchase the 13 Agrekko units, which will make Ruashi effectively self-sufficient in terms of power supply. The budget tonnage estimate for H2-F2013, F2014 and F2015 is premised on improved power supply from SNEL due to various initiatives by mining companies in the DRC, coupled to the installed diesel-powered generators, but may be optimistic as these production levels have not been previously achieved (see Figure 3.28). De-bottlenecking of the leaching section was completed during H1-F2013 so that the current through-put rate was increased from an average of 150 tph to 175 tph.

The budgeted Cu head grades for H2-F2013 to F2015 (Table 3.21) are in line with what has been achieved previously, although the Co head grades are expected to be marginally lower than has been achieved in the past.

The budgeted Cu recovery for H2-F2013 to F2015 reflects past performance (Figure 3.28). The increased Co recovery is based on the the availability of $SO_2$ in the cobalt extraction.

The budgeted Co salt production for H2-F2013 to F2015 is in line with past performance at the Ruashi Mine (Figure 3.28). While the average Cu metal production for F2014 and F2015 was achieved in a number of months during F2011, this has not been achieved consistently throughout the entire year. This represents a challenge for the Ruashi Mine in F2014 and F2015. With a more consistent power supply, this should be feasible.




| srk consulting | Metorex<br>Ruashi Mine – Historic and Budget figures - Ore feed and Cu/Co Head grades (top), Cu and Co Recovery (middle) and Cu metal and Co salt production (bottom) | Project No.<br>453459 |
|---|---|---|

**Figure 3.28: Ruashi Mine – Historic and Budget figures - Ore feed and Cu/Co Head grades (top), Cu and Co Recovery (middle) and Cu metal and Co salt production (bottom)**

The F2012 budget called for 125 000 t of sulphuric acid and 10 658 t of $SO_2$ to be produced, which was not achievable due to the power interruptions. The budget for F2013 is much more realistic, with an envisaged production of 83 500 t of sulphuric acid and 9 794 t of $SO_2$. The leach plant consumption in F2013 is estimated to be 57 915 t sulphuric acid, with the balance available to be sold into offtake agreements that Metorex has in place.

### 3.10.5 Costs

#### Capital Cost Budget

The capital cost budget for H2-F2013 and F2014 is set out in Table 3.22.

The de-bottlenecking capital enabled the through-put rate of the leach section to be increased to 175 tph. This entailed the changing of the agitators in the leach tanks, the rake mechanisms from static to hydraulic, scum boards on the CCD vessels, changes to the flocculent addition, upgrading the underflow pumps and an additional CCD and leach tank.

**Table 3.22: Ruashi – Plant Capital Cost Budgets for H2-F2013 and F2014**

| Process Capex | Units | H2-F2013 | F2014 |
|---|---|---|---|
| **Processing** | | | |
| Lab equipment (AA Machine) | (USDm) | 0.24 | 0.10 |
| SFD | (USDm) | 0.80 | |
| Cathode - replacement plates | (USDm) | 0.18 | |
| Debottlenecking | (USDm) | 1.28 | |
| Lime Pulverisor | (USDm) | | 2.00 |
| CLE Floataion machine | (USDm) | | 0.50 |
| Oil skimmers for SX | (USDm) | 0.05 | |
| IT distribution to plant | (USDm) | 0.04 | |
| Phase 2 "Red truck" | (USDm) | | 0.15 |
| Capping blocks | (USDm) | 0.18 | |
| High Pressure washing system | (USDm) | 0.30 | 1.00 |
| Cathodes (1 000 off) | (USDm) | 0.25 | 0.25 |
| Replacement anodes (1 000 off) | (USDm) | 1.00 | 0.25 |
| Vehicule | (USDm) | | 0.07 |
| Acid plant shutdown | (USDm) | 2.44 | 4.43 |
| Plant drainage / storm water control | (USDm) | 0.10 | 0.06 |
| Test work | (USDm) | | 0.30 |
| **Engineering** | | | |
| Bakkie | (USDm) | 0.07 | |
| 3 SCANIA buses | (USDm) | | 0.47 |
| Concrete EW Floor | (USDm) | 1.20 | |
| Acid tanks | (USDm) | 0.57 | 0.14 |
| Plant corrosion rectification | (USDm) | 0.05 | |
| Sag Mill Trunnion ends | (USDm) | 0.27 | 0.30 |
| 50T Crane | (USDm) | 0.80 | 0.80 |
| Sag mill hydraulic jacks | (USDm) | 0.02 | |
| 2 ball mills motors | (USDm) | 0.18 | |
| Workshop mill | (USDm) | 0.03 | |
| Sulzer priming pots | (USDm) | 0.26 | |
| Aggreko gensets | (USDm) | 5.40 | |
| DMS test work | (USDm) | 0.20 | |
| Mobile DMS plant | (USDm) | | 1.50 |
| **Total New Capital** | **(USDm)** | **15.90** | **12.31** |

#### Operating Cost

The actual plant operating cost for the Ruashi Mine for F2012 was USD63.62 million (budget USD69.16 million) for plant feed of 962 kt (budget 1 352 kt). This deviation made the total actual cost lower than budget, but negatively influenced the unit costs with an actual plant cost of USD66.15/t feed (budget USD51.17/t). During H1-F2013, actual ore feed into the plant was 546.9 kt (budget 620.8 kt) at a plant cost of USD43.7 million (budget 32.8 million). Unit plant cost was then USD58.36/t feed relative to a budget of USD33.23/t, due to plant throughput and additional power costs for the Agrekko diesel generators.

During F2012, the opportunity was used to operate the cobalt circuit by itself during power restrictions to increase the cobalt recovery and purity. This practice meant that lime and caustic soda was consumed without the benefit of leach tonnes and as a result increased the unit costs of the plant.

The budget process plant unit costs at the Ruashi Mine for H2-F2013 to F2019 are set out in Table 3.23. The plant process costs reflect the inclusion of diesel-generated power in conjunction with line power supplied by SNEL (see notes below Table 3.23). Ruashi Mine plans to use limestone sourced in the DRC which will be pulverised on site, instead of relying on imported lime. Ruashi Mine has budgeted to generate a monthly saving of USD0.3 million on lime from F2015 onwards. SRK is satisfied that this saving can be achieved.

The use of sulphur dioxide, sulphuric acid for sale, 175 tph throughput rate, running time of 92% and 15% moisture in cobalt salt are key assumptions in the F2013 budget.

**Table 3.23: Ruashi Mine – Unit plant processing and engineering costs – F2013 to F2018**

| Item | Units | H2-F2013 | F2014 | F2015 | F2016 | F2017 | F2018 | F2019 |
|---|---|---|---|---|---|---|---|---|
| **Process Plant** (1,2,3,4) | | | | | | | | |
| SX-EW process | (USDm) | 36.90 | 71.10 | 66.01 | 64.71 | 64.89 | 64.14 | 43.66 |
| Co process | (USDm) | 18.27 | 33.16 | 33.91 | 39.66 | 37.14 | 25.98 | 23.34 |
| **Process Engineering** | | | | | | | | |
| SX-EW engineering | (USDm) | 5.69 | 11.44 | 11.58 | 11.35 | 11.39 | 11.25 | 8.71 |
| Co engineering | (USDm) | 0.39 | 0.79 | 0.97 | 1.13 | 1.06 | 0.74 | 0.76 |

Notes:

1. Milling costs included in SX-EW costs.
2. Process plant costs in H2-F2013 are based on power costs made up of SNEL power at a cost of USD0.6 million per month, plus USD3.0 million per month for diesel generation as follows:
3. Power costs for F2104 to F2018 are the same as for F2013, less the monthly rental for the Aggreko generators of USD0.3 million, as Metorex will purchase these during H2-F2013. Incorporates a monthly saving of USD0.3 million resulting from use of pulverised limestone instead of imported quicklime.
4. Power cost in F2019 returns to normal supply from SNEL based on USD0.89 million per month from SNEL, plus USD1.0 million per month for diesel-generated power. Incorporates a monthly saving of USD0.3 million resulting from use of pulverised limestone instead of imported quicklime.

### Off-mine / Realisation Costs

Following a review and re-tender of the Cu and Co clearing and export costs, two export clearing companies were appointed to handle the Cu and Co products, each handling 50% of the exported product. The revised contracts represented a saving in clearing costs of approximately USD100/t and USD86/t for Cu and Co respectively with effect from 1 January 2013. Actual results from H1-F2013 showed that transport costs for Cu has reduced, whilst clearing costs for Cu and Co had increased by around USD45/t and USD40/t respectively. The revised costs based on H1-F2013 have been applied in the off-mine costs for the Ruashi Mine for H2-F2013 to F2018 as shown in Table 3.24.

**Table 3.24: Ruashi – Off-mine cost projections**

| | Units | H2-F2013 | F2014 | F2015 | F2016 | F2017 | F2018 |
|---|---|---|---|---|---|---|---|
| Transport costs | (USDm) | 10.0 | 18.5 | 19.7 | 20.3 | 20.0 | 18.1 |
| Clearing costs | (USDm) | 5.4 | 9.7 | 10.6 | 11.2 | 10.9 | 9.5 |
| Total off-mine/realisation costs | (USDm) | 15.4 | 28.3 | 30.3 | 31.5 | 30.8 | 27.5 |

## 3.10.6 SRK Comments

- The metallurgical balance can be accepted provided that the tonnage can be delivered to and treated by the leach plant. There are a number of assumptions that must be realised:
  - Phase 1 de-bottlenecking is successful – Metorex is on track for this to be completed by September 2013;
  - Power supply problems are solved. Metorex had entered into a 6-month lease agreement with Agrekko for diesel powered generators to supply 13 MW, until such time as the new Caterpillar diesel powered generators it had ordered can be commissioned. The Caterpillar generators will be commissioned in August 2013. Metorex has decided to purchase the Agrekko generators in H2-F2013;

- Sulphur dioxide section can operate continuously. This plant has been commissioned and is operational. Management has scheduled two months' routine shutdown of the plan per year, during which time SMBS is used instead of the $SO_2$;
- Running time is 92%. SRK is satisfied that this should be achievable due to the improved power supply;
- Cobalt % recovery of 71% is realised. If the low Co recovery in March 2013 is excluded, Ruashi exceeded the target Co recovery in H1-F2013. SRK is satisfied that this recovery is achievable.

- The operating unit cost estimate can be accepted provided the production is there to support the budget. This is dependent on a number of assumptions that must be realised:
  - Cobalt dryer must be commissioned to reduce the moisture from 69% to 15% and save on transport costs. The first two flash driers have been commissioned and have reduced the moisture content as planned. The savings on transport costs should now be realisable;
  - Sulphur dioxide must be available to save on SMBS costs;
  - Sulphuric acid available for sale. Management is confident that the acid plant will produce acid in excess of the Ruashi Mine's requirements and be sold according to off-take agreements;
  - Diesel supply must be realised at the estimated cost and quantities. Metorex had initiated a tender process to secure sufficient diesel for the diesel powered generators. Metorex has received written confirmation that the suppliers will be able to meet the increased diesel demand due to running 20 diesel-powered generators.
- The risks that have been identified for the leach plant are:
  - Power dips affecting the availability of $SO_2$. With more stable power supply due to the 20 diesel powered generators, mine management should be able to be able to produce at normal levels;
  - Steam supply to dryer affected by power dips. Management does not foresee any problems with the generation of steam once the acid plant is operational. The superheater has been identified for replacement in the next major acid plant shutdown in F2014 to ensure a continued supply of steam;
  - Katanga grid power requirements do not get priority. Metorex confirmed that it is working closely with the DRC Government and other stakeholders to make security of grid power a priority and many initiatives are underway in an attempt to stabilise grid power.

SRK is satisfied that the budgeted target plant feed can be achieved, even though the plant throughput was considerably lower in F2012. The commissioning of the diesel-generator sets in F2013 will effectively make Ruashi self-sufficient in terms of power supply, thereby minimising the effects of the power interruptions that plagued production in F2012. As SNEL power becomes more reliable with the interventions by mining companies in the DRC, Ruashi's reliance on diesel-generated power will reduce with accompanying reduction in operating costs.

## 3.11 Tailings Storage Facilities

[SR5.6]

### 3.11.1 Introduction

The Ruashi Tailings Dam (Phase 1) was designed by Golder and commissioned during 2006, while the Phase 2 facility was commissioned during 2008. To date approximately 6.5 Mt has been deposited in the impoundment.

No recent detailed plans of the tailings dam where available, that indicated the overall dam footprint, the location and elevation of the decant intake structures or the operating pool. The plan presented to SRK was dated March 2011. The SRK team was informed that no recent surveys have been undertaken on the tailings dam facility. The only additional plans that were available formed part of the design report, the Metorex CPR effective 01 January 2011 and a Google satellite image.

The Ruashi Mine operational tailings dam has a footprint of approximately 80 ha in a near square configuration. The tailings dam incorporates ring dyke containment walls, penstock decant structures, wooden catwalks, a single gravitational penstock pipeline and a 2 compartment HDPE lined RWD complex.

The old historical (Gécamines) tailings dam located approximately 800 m to the south west of the process plant was not inspected. This historical tailings dam forms part of the mine's reserves, meaning this facility will be reprocessed and deposited at some later stage on the current operational tailing dam facility.

### 3.11.2 Geometry

The eastern closure wall, which was developed across the lowest topographical portion of the site generally on contour, is some 1.0 km long, while the northern and southern sides/flanks are of the order of 0.8 km in length each.

Engineered outer embankments have an overall downstream slope of approximately 1 vertical to 3 horizontal. The outer tailings walls are being packed out at 1(v) : 2(h) with 7 m wide step-ins every 9 m in height. The tailings dam currently has a single step-in.

Wall raising uses a day wall deposition method that allows sufficient time for consolidation and packing of tailings, which then form the outer walls.

### 3.11.3 Slurry Pipelines

The slurry delivery line comprises one adequately sized 250 mm OD HDPE pipeline, which feeds slurry from the process plant to the distribution ring-feed. The ring-feed is also 250 mm OD HDPE pipeline, with a material rating PE100, PN 10. The total length of the ring-feed is approximately 880 m and includes eight discharge points. The piping observed on site was in good condition.

### 3.11.4 Capacity and Rate of Rise

SRK has reviewed the current Ruashi Mine tailings disposal system and is of the opinion that there is sufficient capacity on the Ruashi tailings dam to accommodate the 16.7 Mt of tailings from the Ruashi Mine for the projected LoM. Taking into account an average surface area on top of the dam during that period, the expected rate of rise will be between 1.4 m and 2.1 m per annum, well below the specified 3.0 m per annum in the design report. The height of the dam is therefore expected to increase by no more than 21 m over the project life of mine giving a total projected height below 40 m, which is acceptable.

What may be of concern is the structural integrity of the interlocking ring penstock decant structure, as the industry norm is a maximum height of 25 m. Therefore the construction of an elevated penstock should be considered within the next 5 years, in order that the tailings facility can be operated until the projected end of LoM in 2024. It was reported during the site inspection that both the penstock decant intake structures are to be internally sleeved in the near future, which may negate the need for a future elevated decant structure and penstock pipeline.

### 3.11.5 Seepage

There was no evidence of uncontrolled seepage occurring around the perimeter of the facility. In isolated areas there is evidence of potential seepage resulting in aquatic reed growth and in areas sand bags have been installed to block and prevent future piping formation. The piezometers do not indicate any untoward high phreatic surfaces in the outer embankments.

### 3.11.6 Rehabilitation

Three quarters of the perimeter outer walls have been effectively rehabilitated with a local grass species under natural dry conditions (no irrigation practised), therefore a rising green wall is in place.

### 3.11.7 Water management

Due to the potential seepage concerns along the eastern and southern flanks, the south eastern decant intake structure was decommissioned in favour of the north western decant intake structure. This has resulted in the containment of the operational pool slightly towards the western and northern flanks over the tailings dam. Both decant intake structures are connected to a common 525 mm NB reinforced concrete pipeline that has been designed to decant the calculated 1:50 year (24 hour) recurrence storm event in 72 hours. At the discharge point of the penstock pipeline the water can be directed, via a splitter box, into either of the return water dam compartments.

During the October 2012 site inspection, the pool size and depth of water on the top surface of the tailings dam facility was extremely small (approximately 1 ha) and shallow (less than 150 mm maximum depth) respectively. The decanted water was extremely clear, indicating exceptionally good beach formation, pool and decanting control.

The total freeboard on the tailings dam was estimated to be approximately 5.0 m, relative to the historical minimum of 3.5 m. This provides the necessary safe storage, even under a 1:100 year storm recurrence interval.

There is a formal system of storm-water management on the outer slopes of the tailings dam with the construction of a 7 m wide berm step-in and the installation of numerous berm storm water decant structures and associated down slope drainage pipes.

### 3.11.8 Basin Management

The operational top surface of the tailings dam covers an area of approximately 69 ha and consists of approximately 10 ha of day-wall paddocks and some 59 ha basin. Wet beach deposition of the Ruashi. Mine tailings dam covers up to approximately 25 ha leaving 44 ha of dry tailings where the upper crust is susceptible to dust generation.

The dust blow areas are of concern to the mine. There are several methods of retarding the level of dust blow of tailings dams, but the most cost effective and successful is a perimeter wet beach operation. It also allows the upper perimeter of the tailings dam to be raised in a controlled manner with freeboard development a priority. During the previous two years, planned wetting of the beach at the Ruashi Mine has occurred on an ad hoc basis only. There is no formalized dust suppression programme being planned.

It would therefore be beneficial that an overall deposition and rehabilitation strategy be developed and implemented which will not only fulfil the requirements for stability and safe operations but which also meets DRC environmental legislation requirements

### 3.11.9 Stability Analysis

A Design Continuation Report was compiled for the TSF by Golder Associates in 2012. This report concludes that:

- The TSF classifies as a high risk facility but its stability classification is low hazard;
- The TSF was being operated with sufficient freeboard at the time that the report was compiled;
- The stability of the TSF was acceptable at the time that the report was compiled; and
- Return water facilities were inadequate at the time that the report was compiled.

Upgraded return water facilities were recommended in the report, as well as a review within two years of operation of tailings characteristics, return water capacity and all design parameters and assumptions.

### 3.11.10 Return Water Dam

The RWD capacity was designed with a maximum storage capacity of 540 000 $m^3$ which is based on the water balance (a return water flow, equivalent to 70% of tailings solution, a 1 in 50-year storm water event, and evaporative losses). The actual RWD installation consists of two HDPE lined dams located side by side.

It was reported that a water management strategy is being implemented which will include the RWD. Overtopping of the RWD has occurred at least once since commencement of operations with an event reported in 2008. This must be seen in the light of the findings by Golder that return water facilities are inadequate.

### 3.11.11 Capital and Operating Costs

All future wall raising is done as part of the operational costs, so no capital expenditure is required.

SRK could not find any provision in the capital budget for the relining of the RWDs (section 3.11.10) and the installation of sleeves to the penstock towers (section 3.11.4), which may eliminate the need for a future elevated penstock. The capital costs associated with the lining of the Ruashi Mine RWDs was initially obtained from the mine and the tailings dam operator. SRK then checked the areas to be relined and applied marked related supply and installation costs to determine the capital cost. SRK estimates that the cost for this work would be approximately USD 4.5 million. SRK has added this capital amount, split equally between F2014 and F2015.

Thereafter, a sum of USD0.15 million should be included in the future annual operational budgets for general repairs and maintenance to the tailings dam facility.

The tailings depositional operating costs, including the external tailings dam operators (Fraser Alexander), would be approximately USD0.50/t placed. This would equate to an annual operating expenditure of USD 0.15 million.

### 3.11.12 SRK Comments

SRK has reviewed the current Ruashi Mine tailings disposal system and is of the opinion that there is sufficient capacity on the Ruashi Mine tailings dam to accommodate the 16.7 Mt of tailings from the Ruashi Mine for the projected LoM.

Operational and storm water management of the tailings dam is very good based on observations made on site.

The tailings dam is currently being operated by mine and external personnel. Various aspects of the current and future operations of the tailings disposal system will require particular attention, for example:

- Continued re-equipping and refurbishment of the slurry pump stations to meet the operational demands;
- Maintenance of freeboard around the entire perimeter of the facility, especially on the eastern and southern flanks/faces of the dam as these are the faces that are susceptible to localised seepage/formation of localised piping failure.
- Monitor the isolated seepage areas that are moist and where aquatic reed growth is present;
- Continued rehabilitation of the outer slope and the berm step-ins with the natural grasses, that has been so successful to date;
- Continued monitoring of piezometers on a regular monthly basis to determine if the phreatic surface in the outer walls increases with time; and
- Carry out a stability analysis of the eastern closure wall at the highest section of the dam based on actual phreatic readings and under a non-functioning drain situation up to and including LoM terminal height.

If attention is given to the above issues, the existing tailings disposal system will meet the Ruashi Mine impoundment requirements for the predicted 12 year LoM. Metorex has confirmed that an audit will be conducted in F2013 which will address the issues raised by SRK.

## 3.12 Infrastructure and Engineering

[SR5.6]

The main arterial road from Kasumbalesa to Lubumbashi was upgraded by Chinese contractors in 2010. As a result, access is now greatly improved. Border control at Kasumbalesa between the DRC and Zambia has also been upgraded and service has been improved, but still remains a concern.

Lubumbashi lies along the transcontinental railroad system and has access to both the east and west coast ports of Angola, Tanzania, Mozambique and South Africa. Rail infrastructure and rolling stock owned and operated by Société Nationale des Chemins de Fer du Congo ("**SNCC**"), the state owned national railway company, is however in poor condition. Rail services are unreliable. As a result the vast majority of consumables and finished product (copper cathode and cobalt carbonate) are moved by road transport. Water to the mine is supplied from underground aquifers. The geology is largely dolomitic and significant quantities of subsurface water are available.

### 3.12.1 Electrical Infrastructure

The DRC has hydroelectric power resources which are regulated and supplied by SNEL, the national power utility. Ruashi Mine is fed at 220 kV (40 MVA) by a dedicated power line from SNEL's "Inga" sub-station. The hydroelectric power plants have underperformed due to recent low river and dam levels, and infrastructure failures.

As part of the Phase II capital program, Ruashi Mining spent some USD11 million in upgrading SNEL's main supply sub-station in Lubumbashi. Despite this investment, the power supply to the mine suffers from under voltage and unstable voltages, resulting in equipment failures and prolonged power outages.

The mine is presently supplied with power from two other sources in from Zambia, from both the Zambian Electrical Supply Commission ("**ZESCO**") and the Copperbelt Electrical Corporation ("**CEC**"). CEC supplies up to 8 MW between the hours of 6am and 6pm and is a more reliable, stable supply than SNEL. The ZESCO supply (8 MW) can supply between 10pm and 6am. Both the Zambian supplies suffer from low supply availability into the DRC, due to restrictions and maintenance issues. The SNEL supply is presently 10 MW – 12 MW, supplying the mine between the hours of 10pm and 6am. The electrical infrastructure within the DRC is very poor and often very unreliable. The mine is situated at the end of a long 220 kV industrial distribution line,

which is heavily overloaded, resulting in an unreliable, unstable supply to the mine. The mine had a number of power outages during the visit by SRK representatives.

The mine sub-station is equipped with two 40 MVA 220 kV to 15 kV step down transformers, which supply the surface and open pit pumping operations with 525 V. The only power supply requirement at the open pits is for dewatering pumping. All in pit lighting is from portable diesel generator lighting masts, one set is allocated to each of the four sets of mining loading and hauling equipment. The present site load is approximately 15 - 16 MVA.

The mine has suffered from the following problems, due to deteriorating electrical infrastructure:

- Rural demand outstripping supply capability, 100 MW available against a regional demand of approximately 600 MW;
- Many power outages, affecting plant operations, recoveries adversely affected in the plant;
- Electrical components (motors, switchgear, etc) suffering premature failures as a result of unstable, under-voltage supplies from the grid;
- Many electrical control and electronic equipment failures, due to repeated outages and unstable supply. Harmonics are responsible for various variable speed drive units ("**VSDs**") failing.

Generally, the Zambian supply is more stable and reliable than the DRC supply. In the future, the SNEL supply distribution is planned to receive various infrastructural upgrades, which will result in further extended outages to the Ruashi operations.

The Ruashi Mine had a number of back-up diesel generators with a combined generation capacity of 4 MW, which was sufficient to provide emergency power for agitation of the thickeners and leach tanks, as well as a trickle charge to the EW tank-house. In the event of a power failure, the crushing and milling sections were not operated. However, over time the units have become unreliable, due mainly to their age (running hours since new), as well as being operated continuously thereby exceeding their duty cycles. The generators were originally planned to run for up to 400 hours per year. At end September 2012, the generators had already run over 1 200 hours in F2012. To further illustrate the extent of the undersupply and unavailability of power, the power supply issues for the period March to end of August 2012 are summarised in Table 3.25.

**Table 3.25: Ruashi Mine – power supply issues March to August 2012**

| Month | Nominated maximum demand (MW) | Average power supplied (MW) | No of outages | Total time off |
|---|---|---|---|---|
| March 2012 | 15.83 | 10.14 | 44 | 73h53 |
| April 2012 | 17.81 | 13.57 | 6 | 3h56 |
| May 2012 | 18.06 | 11.57 | 24 | 18h42 |
| June 2012 | 16.96 | 10.31 | 35 | 10h39 |
| July 2012 | 16.92 | 13.10 | 20 | 16h39 |
| August 2012 | 16.84 | 12.06 | 28 | 27h59 |

In an effort to improve the availability of power supplies on the site, the mine rented thirteen 1.0 MW dieselgenerator units from Agrekko. The introduction of these units in February 2013 has had an immediate impact on improving the power availability to 99.8% since being commissioned. Table 3.26 serves to illustrate the improvement made in the power availability on site.

**Table 3.26: Ruashi Mine – improvement in the power availability**

| Month | Number of SNEL trips | Total off time | Availability (%)-SNEL | Availability (%)-with Aggreko units running |
|---|---|---|---|---|
| March 2013 | 41 | 37H17min | 93.0 | 99.9 |
| April 2013 | 57 | 57H57min | 90.1 | 99.7 |
| May 2013 | 82 | 105H15min | 80.1 | 99.84 |
| June 2013 | 58 | 63H42min | 87.9 | 99.95 |
| July 2013 | 60 | 55H04min | 89.6 | 99.86 |

The mine has purchased 7 new 2.25 MVA Caterpillar diesel generators to upgrade its present on site diesel generation capacity, which can also cogenerate power with SNEL. The units will be commissioned by August 2013. Metorex has since decided to purchase the 13 Agrekko units during H2-F2013, which will mean that the mine will be effectively self sufficient in power supply.

The present tank farm capacity must be expanded to ensure an adequate amount of diesel is stored, which means that due consideration must be made regarding the logistics involving diesel supplies across the border in the rainy seasons.

SRK suggested to mine management that detailed discussions need to be had with Caterpillar Project teams, to ensure that diesel consumption is optimised for the duty required. Experience elsewhere in Africa shows that fast running generators are being replaced with larger slower running units that consume less diesel/kWh. Due consideration should also be given to entering into an operational and maintenance contract for power, whereby Caterpillar designs, supplies, installs, operates and maintains the power plant, with the mine paying per kWh supplied.

### 3.12.2 Bulk water supplies

Bulk service water for the surface plant and infrastructure is supplied from the following sources:

- Surface drill holes;
- Return dam water from the TSF;
- In pit dewatering pumps;
- Open pit dewatering drill holes.

The tailings dewatering system supplements this water, all of which is discharged into the surface "Coffer dam". A small percentage of the drill hole water is treated and stored in sealed and vented storage vessels for potable use. There are ample water resources available, to support all the mining and processing operations at the Ruashi Mine.

### 3.12.3 Surface Infrastructure

Generally, the surface infrastructure was maintained well, with no serious defects noted at the time of the visit. The offices, stores, change-houses, etc were adequately sized for the scale of operations at the Ruashi Mine.

The main engineering surface workshops consisted of a mobile workshop and a machine workshop, which comprised of the following key equipment:

- Large 6 bay fully equipped mobiles workshop, to support the mine's mobile vehicle fleet, 3 bays were covered with a sheeted roof and equipped with a 10 t mobile overhead crane. A further three maintenance bays were in the open, and used mainly for boiler-making work and servicing;
- A 12 m wide x 60 m long fully sheeted fitting, electrical and main machine shop, equipped with a 12.5 t electric powered overhead crane that covered the entire workshops facility. The machine shops contained a pump repair bay, a plate guillotine, a band saw, a pillar drill, lathes, plate profilers, several build up/repair work benches and a powered press. New equipment was being installed into the workshops during SRK's visit. The machine shop was almost completed at the time of the visit;
- Situated adjacent to the machine shops, was a fully equipped boiler-making workshop, which supported both the mobile equipment and the processing facility.

Generally, the workshops are constructed and equipped to match the needs of the mining and processing activities at the site.

### 3.12.4 Engineering maintenance planning

The Delta computerised maintenance management system ("**CMMS**") is presently being upgraded for completion by July 2013. A review of progress with completed work and time consumed indicates the project is on track to be completed in the planned time period.

To achieve the planned upgrade, the planning department has two dedicated planning co-ordinators working on this system on a full-time basis. The day to day planned maintenance scheduling is time based and the two data inputters complete and close off all the completed planned job cards. The job cards are checked by the planning supervisor, prior to inputting data and closing off the completed job cards.

Up to 2 years of completed job cards, are stored in a secure place in hard copy format.

The need to upgrade the maintenance planning systems was recognised when the following parts of the maintenance management system were seen to be failing:

- The asset register was being completed in line with the CMMS upgrade plans;

- Foreman and supervisors have been allocated cost/work centres to better monitor equipment perfomance;
- The system does not allow a department to drill down and interrogate individual equipment and work centre costs. Cost information is provided in high-level summaries in the monthly accounting reports, which are not split down to individual machines. Efforts are underway to refine the system further;
- Stock codes and bills of materials are being set up to easily identify equipment types or spares types. This will decrease the time used to find spares in the stores, when trying to carry out repairs on machinery. The stock codes should also be linked to a bin system, to direct the artisan to the correct bin in the stores, thus saving valuable down time;
- The engineering stock codes should be cross referenced to the stores stock codes, so that both the CMMS and the accounts systems can talk to each other;
- Bills of materials need to be compiled for each piece of equipment on the asset register. This again will allow the artisan quicker access to stock information;
- The stores bin system is in need of improvement, to ensure that engineering staff have quick access to stock items in a breakdown situation.

Presently, the planning department holds weekly maintenance planning meetings on Thursdays, with the production and maintenance supervisors and managers, to plan and agree on the forthcoming weekly maintenance priorities.

### 3.12.5 Open cast mining operations

The Ruashi Mine pits are mined by the mining contractor MCK, who appeared to be well organised and well managed, when their operations were reviewed as part of the site visit.

The equipment appeared to be well maintained. The loading and hauling equipment was well matched, with 3 to 4 excavator loads required to fill each 40 t ADT. The operators appeared to be well trained and very little, if any, equipment damage was evident at the time of the visit. The contractor has its own purpose built workshops and is responsible for all the maintenance and repairs.

The average equipment availabilities for the period October 2011 to May 2012 for the in-pit loading and hauling equipment was reported to be as follows:

- Dozers 48% to 80%;
- B50 ADT trucks 65% to 85%;
- Excavators 50% to 85%.

The large fluctuations tend to suggest that stores stocking levels and logistics problems (cross border clearance, etc) have had the biggest impact, resulting in a negative influence on the equipment availability, more than poor maintenance or damage issues.

The open pits at the Ruashi Mine are accessed from a 1 km haul road extending from the process facility to the Pit I access ramp.

Power is supplied at 15 kV from the main sub-station via an overhead transmission line. Local 15 kV to 525 V step down transformers and switching panels, supply power to the various dewatering drill hole pumps situated in Pits I, II and III. The pumps dewater the ground and keep ground water levels below the mining bench levels. The open pits are surrounded by 2 m high berms, to prevent the ingress of storm water run-off entering the open pits.

### 3.12.6 Processing scheduled plant maintenance

All the process plant maintenance is scheduled on the Delta CMMS system by the Engineering planning department. All schedules are issued on timed basis, with all completed job cards inputted and closed out by the planners.

The monthly Engineering reports for periods from March 2012 to May 2012 were reviewed and the following points noted:

- The plant suffered extended plant outages due to the inability of SNEL to supply reliable electrical services.
- Milling and crushing availability was very low for two of the three months, which was solely due to power supply problems.

Table 3.27 illustrates the effect of the power supply problems caused by SNEL outages to the plant operations.

**Table 3.27: Ruashi Mine - Effect of power supply problems on plant availabilities**

| Plant area | Actual Availability (%) | | | H1-F2012 Availability (%) | |
|---|---|---|---|---|---|
| | March 2012 | April 2102 | May 2012 | Actual | Budget |
| Milling & crushing | 58.0 | 84.6 | 66.4 | 72.6 | 90.0 |
| Leach & CCDs | 79.8 | 88.1 | 85.4 | 82.2 | 90.0 |
| Solvent extraction | 79.7 | 90.4 | 85.4 | 82.2 | 88.9 |
| Electro winning (rect A) | 93.8 | 87.6 | 93.4 | 87.3 | 88.9 |
| Electro-winning (rect B) | 92.8 | 88.2 | 93.4 | 87.3 | 88.9 |
| Cobalt | 89.2 | 89.5 | 92.1 | 85.9 | 88.9 |

### 3.12.7 Capital and Operating Costs

The capital cost budget for the Ruashi Mine for H2-F2013 and F2014 is set out in Table 3.28.

**Table 3.28: Ruashi Mine – Capital cost budget – administration and infrastructure**

| Admin Capex | | H2- F2013 | F2014 |
|---|---|---|---|
| Generators | (USDm) | 2.23 | |
| SHEC / security | (USDm) | 1.87 | 0.56 |
| HR | (USDm) | 0.03 | |
| Supply chain | (USDm) | 0.01 | 0.05 |
| IT | (USDm) | 0.91 | 0.24 |
| Musonoi | (USDm) | 2.73 | 4.06 |
| **Total new capital** | **(USDm)** | **7.77** | **4.91** |

The budgeted administration and infrastructure costs for H2-F2013 to F2018 are shown in Table 3.29. There are a number of expatriate vacancies at the Ruashi Mine which will not be filled during F2013, which represents a reduction in the salaries and wages cost for F2013. In keeping with its agreement with the DRC government to develop local skills, the Ruashi Mine will implement further reductions in manpower costs in F2014.

**Table 3.29: Ruashi Mine – operating costs – administration and infrastructure**

| Item | Units | H2-F2013 | F2014 | F2015 | F2016 | F2017 | F2018 |
|---|---|---|---|---|---|---|---|
| Salaries & wages | (USDm) | 15.6 | 29.0 | 29.0 | 29.0 | 29.0 | 29.0 |
| Administration costs | (USDm) | 7.6 | 15.2 | 14.2 | 14.2 | 14.2 | 14.2 |
| Social spend | (USDm) | 3.3 | 6.1 | 2.0 | 1.0 | 1.0 | 1.0 |
| Consulting/Management Fees | (USDm) | 1.9 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 |
| SHEC | (USDm) | 1.7 | 3.2 | 3.2 | 3.2 | 3.2 | 3.2 |
| **Total admin & infrastructure** | **(USDm)** | **30.1** | **58.5** | **53.4** | **52.4** | **52.4** | **52.4** |

Metorex has provided for a training initiative during F2013 and F2014. The costs for this of almost USD1.0 million per annum are no longer required from F2015 onwards.

### 3.12.8 Conclusions

The main issue that faced the management of the Ruashi Mine in 2012 was the poor availability of electricity in the region. The mine has increased the installed diesel generation capacity on site to around 23 MW, which has drastically reduced the mine's reliance on SNEL and ZESCO for power.The introduction of the Agrekko diesel generators has drastically improved electrical power availability to the site.

The planned maintenance system needs to be refined to improve the engineering department's ability to report on equipment costs and work history. Presently unplanned job cards are not religiously completed, but the CMMS upgrade plans are in place and work is underway to include unplanned jobs cards in the reporting structure going forward. SRK supports the upgrade project presently underway at the Ruashi Mine, which if followed through should address the CMMS shortfalls outlined in the CPVR.

## 3.13 Logistics

[SR5.6]

Currently all the Cu and Co product being produced at the Ruashi Mine is transported to market by either rail or road vehicles. Previously the majority of the produce was transported by rail. However, the railway systems have lately become less reliable and more use is being made of road vehicle transport.

Possibly the highest logistics risk that the Ruashi Mine faces is the extended periods that road vehicles have to endure at the DRC-Zambia border crossing point, especially the fuel (diesel) vehicles, necessary to power the mining fleet and the standby generators. Metorex had initiated a tender process to secure sufficient diesel for the diesel powered generators. Metorex has received written confirmation that the suppliers will be able to meet the increased diesel demand due to running 20 diesel-powered generators.

## 3.14 Human Resources

[SR5.3, SR5.4C, SR5.5C]

### 3.14.1 Operating Structure

The year end audit pack for the Ruashi Mine showed that there were 1 256 permanent employees in service at December 2012. In addition, there were 1 159 casual and contract workers engaged at Ruashi Mine.

The distribution of the permanent employees within the different departments is shown in Table 3.28.

The majority of the staff reside in Lubumbashi and surrounding villages. Ruashi Mining has established a small camp which accommodates expatriates staff, certain contractors and standby engineering staff.

### 3.14.2 Mine Establishment

The budgeted mine establishment for F2013 to F2015 is set out in Table 3.30. The monthly productivity indices per total employee costed **("TEC")** are also shown in Table 3.30.

**Table 3.30: Ruashi Mine - Mine Establishment for F2013 to F2015**

| Department | | F2013 | F2014 | F2015 |
|---|---|---|---|---|
| Mining | | 86 | 86 | 86 |
| Processing | | 637 | 637 | 637 |
| Engineering | | 178 | 178 | 178 |
| Administration | | 152 | 152 | 152 |
| SHEC | | 122 | 122 | 122 |
| Logistics / supply | | 87 | 87 | 87 |
| **Total mine establishment** | | **1,262** | **1,262** | **1,262** |
| **Productivity indices:** | | | | |
| RoM ore | t/TEC/month | 153.8 | 171.2 | 99.3 |
| Cu produced | t/TEC/month | 2.2 | 2.5 | 2.6 |

### 3.14.3 Productivity Assumptions

The productivity statistics for the Ruashi Mine are estimated to average 160 tonnes processed per TEC per month and 2.5 tonnes of copper cathode per TEC per month (see Table 3.29).

### 3.14.4 Termination Benefits

In terms of labour legislation in the DRC, Ruashi Mining is required to provide termination benefits to its staff according to the following principles:

- Category 1-5 — 14 days plus 7 days per completed year of service
- Supervisor / Foreman — 1 month plus 9 days per completed year of service
- Manager — 3 months plus 16 days per completed year of service.

On this basis, Ruashi Mining has assumed a 6 month obligation at the end of the LoM. SRK considers this to be reasonable given the available information.

### 3.14.5 SRK Comments

The current LoM plan includes an allowance for the potential terminal benefits liability which may be incurred on closure. The risk that this may be understated is considered to be low. Metorex has advised SRK that these termination benefits are conservatively estimated and reviewed on an annual basis.

## 3.15 Occupational Health and Safety

### 3.15.1 Safety, Health, Environment and Community ("SHEC") Management Policy

The discussion which follows has been extracted from Metorex's "*All Mines - Health and Safety Plan*", as revised in February 2013.

#### Background

Metorex conducted a full independent survey of safety, health, environment and community ("**SHEC**") issues in June 2009 and the following conclusions were made:

- Adequate SHEC resources were not available on sites or if available were not used correctly;
- There was an absence of a clear SHEC strategy on corporate and operational levels;
- Operations would not reach a point of SHEC management excellence as there was a lack of understanding of the risks pertaining to the operations and the consequences thereof. There was a lack of consequential thinking on all organisational levels of all operations assessed;
- The organisations risks were not well covered or understood;
- The organisation needed to define directive strategies, implement a SHEC system and conduct a SHEC base line risk assessment to assist in focussing activities.

It was predicted that by following this path and implementing international best practice, a sustainable SHEC performance would be possible within 3 years.

#### Strategy Roadmap

To achieve high levels of health and safety performance, Metorex developed a health and safety strategy that would follow a systematic approach (Figure 3.29).




| srk consulting | **Metorex**<br>Metorex's Strategy roadmap for implementation of Health and Safety | Project No. 453459 |
|---|---|---|

**Figure 3.29: Metorex's Strategy roadmap for implementation of Health and Safety**

The roadmap aimed firstly at achieving rapid improvement in health and safety performance through short term measures which focused attention on physical conditions at the mine. To promote sustainability of the improvement thus achieved, Metorex has placed a focus on full application of the health and safety management system across each mine and instilling in parallel a behaviour based safety culture amongst the workforce. These two components have been incorporated into an overall SHEC initiative of visible felt leadership that is aimed at institutionalising safety excellence in the workplace and creating a workplace culture that is supported by systems, processes and structures that are integral to normal operations.

### Safety Management Practice

Following the 2009 audit, Metorex established a more comprehensive process for safety management based on a risk management framework. The current safety management practice is designed around five key elements, as follows:

1. identify hazards, assess risks and institute remedial action;
2. establish procedures and standards that reduce risk to tolerable levels;
3. train employees in correct use of the procedures and standards;
4. supply resources required for employees to implement procedures and standards; and
5. monitor compliance to procedures and standards.

This process is applied on a mine-wide basis to develop generic mine standards, and at an individual workplace level to determine special methods and precautions that must be adopted. It is configured as a continuous improvement cycle so that new learning derived from incidents is incorporated into updating of procedures and standards. Risk mitigation measures are selected through evaluation of what is reasonably practicable in the context of the assessed risk level.

Lack of compliance with standards and procedures was clearly recognised by Metorex in 2009 as a major issue, with the most pressing issues related to:

- Shortage of the resources, including people, equipment and materials, required by mining crews to engage in safe production, which is exacerbated by a shortage of experienced and well qualified mining and engineering supervisors and managers.
- There is a cultural tolerance to risk in the developing countries in which Metorex operates that is considered unacceptable in first world countries.
- The "Stop, Think, Fix and Continue" approach should be enforced more rigorously by supervision.
- There is a need for continuous re-evaluation of site specific risk and mitigation measures in response to changes in conditions or deviations from the mining plan. Change management is an intensive process that is often not conducted adequately as the required specialised skills are scarce.
- An increased focus is required on elimination of "at risk" behaviour. An unwritten ground rule that "at risk" behaviour is regarded as unacceptable needs to be established as the norm in the workplace.

SRK is satisfied that Metorex has introduced policies and procedures that have addressed the issues outlined in 2009 and listed above. All of the highlighted issues have now been addressed.

### Minimum standards and requirements

Metorex's policy has set minimum standards and requirements for the different SHEC components to be applied at each mine, as follows:

- **Safety** – formal reviews of a health and safety policy (annually), base line risk assessment and occupational base line risk assessment (at least every 3 years), and standards and procedures (every 3 years); maintain systems of measurement and continuous risk assessment on all tasks, investigate all incidents; have a comprehensive emergency plan;
- **Training** – to cover at least induction, and training for specific tasks, policy and procedures, specialised interventions and SHEC system;
- **Leading indicators** – mines are required to report monthly and quarterly on *inter alia* work place audits, incident investigations, reported hazards, planned task observations, medicals and occupational hygiene measurements;

- **Lagging indicators** – required to measure and report on *inter alia* incidents, accidents, fatalities, lost time accidents, reportable accidents, and present the rate per million man hours worked; also clinic/hospital visits and medical cases (TB, HIV/Aids, STD and silicosis);
- **Reporting** – communication and feedback is a vital part of Metorex's SHEC system, and mandatory reports are required to be submitted weekly, monthly, quarterly and annually;
- **Meetings** – to facilitate communication and feedback, mandatory meetings are to be held at each mine on a daily, weekly, monthly and quarterly basis;
- **Systems** – Metorex uses the Isometrix SHEC system for recording all safety and health issues.

**Targets – objectives for health and safety performance**

Metorex has established "Zero Harm" as a critical objective in realising its vision, so that no-one is hurt or harmed (safety), no ill health is caused because of an individual's work (occupational health) and exposure to conditions or toxins (illness). Unfortunately a fatality was recorded in March 2013, as follows:

***Fatality description**:*

*6 March; In the south west corner of the ASFD project site a Hydra mobile articulated crane belonging to Mining Chemical Services (MCS) transporting a cable drum with gross weight of 5,222kg toppled over and the boom struck and fatally injured an African Mechanical Superlift Limited (AMSL) employee, Mr. Manjunath, and narrowly missed Mr. Suresh Kumar, also from AMSL, who was standing alongside the deceased. Mr. Mwenze Kino, the Hydra crane operator was admitted to the Don Bosco Hospital in Lubumbashi for observation for trauma / shock following the accident. He was admitted to hospital under police custody. His condition was monitored by the Ruashi Mining CMO, Dr Nowa Mutangala, and regular updates were provided. He was discharged from hospital on the morning of 8 March 2013 having suffered no injuries. Mr Kino has since returned to work with Somika.*

### 3.15.2 Historical Trends in Health and Safety (All operations)

From the implementation of the SHEC Policy in 2009 up to June 2013, one fatality had been reported at Metorex's operations, with a fatality occurring at Ruashi Mine in March this year. This is a marked improvement on the six fatal accidents reported between 2006 and 2008, as shown in Figure 3.30.

The lost time injury frequency rate ("**LTIFR**") is an internationally recognised benchmark for measuring the effectiveness of a health and safety programme, where a LTIFR of 1.0 per million manhours worked is considered as the benchmark rate. The LTIFR for 2009 to 2012 for all Metorex operations is shown in Figure 3.30. The LTIFR was not recorded on a routine basis prior to 2009.




| srk consulting | **Metorex**<br>Number of fatalities and trend in LTIFR at all operations<br>2006 to June 2013 | Project No.<br>453459 |
|---|---|---|

**Figure 3.30: Metorex – Number of fatalities at all operations 2006 to June 2013**

The trend in key indicators relating to occupational health issues for the period 2010 to June 2013 is shown in Figure 3.31. It should be noted that data for prior years is not available for comparison due to a lack of consistent recording.

From the historical trends, Metorex has in general improved its safety performance across its operations in recent years. From Figure 3.31, the incidence of noise induced hearing loss and tuberculosis has reduced considerably from 2010 to 2013.




srk consulting | **Metorex** Trend in occupational health related indicators for all operations 2010 to June 2013 | Project No. 453459

**Figure 3.31: Metorex – Trend in occupational health related indicators for all operations 2010 to 2013**

### 3.15.3 Quarterly SHEC Reports

#### Safety

To gauge how successfully the SHEC policy these and systems have been implemented, the safety performance statistics for the Ruashi Mine for F2010 to H1-F2013 are shown in Table 3.31.

**Table 3.31: Ruashi Mine – Safety Indicator Statistics F2010 to H1-F2013**

| Safety indicator | Total F2010 | Total F2011 | Total F2012 | Total H1-F2013 |
|---|---|---|---|---|
| PTO | 338 | 717 | 1124 | 597 |
| NLTI | 182 | 41 | 37 | 14 |
| LTI | 7 | 3 | 4 | 0 |
| TRI | 188 | 44 | 41 | 14 |
| RI | 3 | 2 | 2 | 1 |
| LD | 76 | 28 | 193 | 181 |
| F | 0 | 0 | 0 | 1 |
| LTIFR (No/mmh) | 1.9 | 0.7 | 0.9 | 0.0 |

Legend to safety indicator descriptions:

PTO planned task observations carried out;
NLTI non-lost time injuries (accidents);
LTI lost time injuries;
TRI total recordable injuries;
RI reportable injuries (>14 days off work);
LD lost days due to accidents, not able to return to work
F fatality

Inspection of Table 3.31 shows that the lost time injuries for H1-F2013 have decreased since F2010. There have been no lost time injuries in H1-F2013. The significant increase in the number of lost days in F2012 relative to F2011 is due to a particularly serious injury where the individual was off work for a number of months before being able to return to normal duty.

Although Metorex reports a significant improvement since the implementation of the Metorex health and safety system and health and safety plan, the number of LTIs per year appears to have plateaued. This tends to suggest that there could be a behavioural issue that is impacting on safety performance, the "cultural tolerance to risk" mentioned above.

From a review of the Q3 and Q4 SHEC reports of F2012 and Q1 / Q2 SHEC reports of F2013 for the Ruashi Mine, SRK noted the following points:

- Ruashi achieved its 3 millionth fatality free shift in September 2012, which is a commendable achievement;
- The mosquito control program, has improved the situation regarding the number of malaria cases reported, as a result on the mine supplying mosquito nets and mosquito repellent to workers, unfortunately the Fatality recorded in March 2013 has undermined this performance;
- There have been a number of acid spills in the processing plants, with 20 strong acid spills reported in F2012 and 8 strong acid spills already reported in H1-F2013. SRK is concerned that this is a trend that needs to be reversed to ensure the safety of operators in the future;
- The alcohol testing of employees on a random basis reported 11 cases in the last six months of F2012. All test failures have been followed up with disciplinary action. A zero tolerance approach has been adopted by the mine, which SRK supports fully;
- The process plant has been fitted with 25 safety showers to allow prompt washing down if a worker is contaminated with any volatile substances;
- There has been a high level of violence in the community resulting in 12 workers at the mine getting injured. Efforts are underway to curb this development;
- Fly rock damage to dwellings has been reported and confirmed to dwellings adjacent to pit 3. This issue is planned to be addressed in F2013.

**Health**

Although the number of clinic visits and malaria cases decreased year on year, the number of days lost to sickness increased by 20% (Table 3.32). SRK understands that Metorex has made this a key performance indicator (KPI), to actively try and reduce the number of days lost due to sickness by implementing various wellness initiatives.

**Community**

There had been an increase in community incidents at the Ruashi Mine during F2012. The community was more volatile in Q4 of F2012, which Metorex believed was due to a large influx of people from other regions.

**Table 3.32: Ruashi Mine – Health Indicator Statistics 2011 to 2013**

| Safety indicator | Total F2011 | F2012 | | | | | F2013 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Q1 | Q2 | Q3 | Q4 | Total | Q1 | Q2 | Total |
| Medical Examinations | 15 990 | 3 052 | 3 441 | 3 102 | 3 085 | 12 680 | 3332 | 3372 | 6704 |
| Sick Leave Days | 1 275 | 495 | 492 | 165 | 243 | 1 395 | 490 | 350 | 840 |
| New TB cases | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 |
| New HIV/Aids cases | 38 | 5 | 8 | 2 | 0 | 15 | 0 | 1 | 1 |
| VCT | | 190 | 180 | 296 | 180 | 806 | 262 | 550 | 812 |
| Malaria cases | 1 735 | 411 | 398 | 298 | 286 | 1 393 | 299 | 282 | 581 |

## 3.15.4 Site visit observations – Ruashi Mine

Few safety and health issues were seen on the site visit to the Ruashi Mine. The equipment generally appeared to be well maintained and the planning department confirmed this when high plant/equipment availabilities were reported and presented.

The following safety and health issues were seen during the visit:

- The electro-winning area has inherent gas health risks associated with the acids used in the process. It also carries safety risks associated with acid burns. Despite this, workers were seen not to be wearing the proper personal protective equipment ("**PPE**"), particularly the full face respirators and safety glasses/hoods.
- The plate lifting beam used to lift the copper electrodes out of the acid baths was seen to be defective. Its lifting lug securing bolts were extremely loose and there was a risk of the plates falling back into the baths

and splashing the operators. The operators did not seem to understand that the loose lifting beam anchors represented a serious risk to their well-being. This tends to suggest that the team was not aware of all the risks present in their work stations. Also, this defect should, for example, have been picked up as part of a start of shift inspection.

### 3.15.5 SRK Comments

Generally, the Ruashi Miine has performed well, with the total reportable injuries for F2012 generally better than the performance in the previous year and zero reportable injuries for H1-F2013. Unfortunately the improving performance has been affected by the recent unfortunate fatality in March 2013. The deterioration in the lost days (LD) was due to a person whose injuries required he be off work for a number of months before he could return to his normal work. One of the serious accidents occurred when two contractors started working on a pipe filled with acid despite being told not to work on the pipes until the supervisor was present. This resulted in one of the contractors sustaining serious acid burns and the other sustaining less serious burns when he rescued his colleague from the dangerous situation.

The safety statistics now reflect the standards of safety, maintenance, repairs and operations seen on site at the Ruashi Mine operations. Given the observations made by SRK during its visit in the EW section, it does tend to suggest that there is a worker behavioural issue here - the operators were not aware of the risks present with the electrode lifting beam. The fact that the defect had not been reported to the maintenance department tends to confirm this. The level of lost time accidents and non-lost time accidents are low, compared to other world class operations.

SRK recommends that management concentrate their efforts on employees' behavioural aspects towards safety and health in the work place. This needs to include more safety awareness and risk awareness in the work place. This particular aspect could in future form part of the work based auditing and planned task observation processes currently carried out by management and supervisors.

SRK has been appraised by Metorex that policies and management systems to educate employees on workplace health and safety have been put in place.

There is no law requiring Metorex to report OHS statistics with the financial results.

## 3.16 Environmental Studies, Permitting and Social Impact

[SR5.2(B/C)]

Discussions were held with Mr Phil Wright (SHEC Manager), Mr Yvon Kusongo (Environmental Officer) and Elisa Kalasa (Social Manager) during the visit to the Ruashi Mine. Subsequent to the site visit, a telephonic discussion was held with Ms Colleen Perkins of Metorex.

### 3.16.1 Introduction and Regional Setting

The Ruashi township, adjacent to the Ruashi Mine, has encroached very close to the open pit and pedestrian traffic over the concession area occurs. The township is a peri-urban settlement within Lubumbashi, the capital of Katanga province. Subsistence farming is a significant land use and there is no commercial agriculture or forestry. Allocation of land is undertaken by the Ruashi mayoral office (elected officials) and traditional leadership is relatively insignificant. At the time that the Environmental and Social Impact Assessment ("**ESIA**") was compiled, artisanal mining was taking place on the concession, but this situation has been resolved in terms of a formal process. The area is in need of development, with electricity, water and sanitation being significant priorities in terms of a survey conducted for the ESIA.

There were mining operations in the area prior to the involvement of Metorex, with an old open pit and tailings dam on the site.

The mine is situated on a watershed between two tributaries of the Lualaba River. Hence major water courses are not an issue with respect to the operation, with only the headwaters of streams within the borders of the mining concession, limiting the volume of runoff over the disturbed area.

Apart from the issues related to pollution as a result of the operation, with air, water and soil quality likely to be the most significant concerns and the reduction in terms of land use capability, incremental biophysical impacts are limited by the existing disturbance in the area, as a result of both previous mining operations and community pressures.

### 3.16.2 Project Description

Open pit mining, using drill and blast is carried out with three pits on a total footprint area exceeding 100 ha, with an overburden dump area of some 95 ha. The foot print of the plant area is approximately 16 ha.

Tailings are disposed of on a conventional ring dyke tailings dam with a footprint of some 80 ha. The side slopes have been successfully grassed using a local stolineferous grass.

Current water management practices include the application of traditional storm water management principles, monitoring, and corrective action as necessary.

### 3.16.3 Pontential Material Environmental Risks

The Equator Principles audit undertaken in 2011 identified the management of ground and surface water resources as the key environmental challenge facing the Ruashi Mine. The audit was repeated in 2012 but this conclusion remains applicable, and also reflects SRK's view, although it is noted that significant progress has been made in addressing issues from the 2011 audit. This issue is addressed in Section 3.8 of the CPVR.

As an operational control measure to address deteriorating pH levels in ground and surface water which potentially represent a long term liability, the mine has drilled a fence of drill holes around the TSF and equipped these with pumps to pump the low pH water back to the TSF for neutralisation with lime. Since the site visit by SRK, on-going monitoring of water quality has continued. Data obtained in this way will assist in obtaining a better understanding of the potential impacts associated with ground water and possible long term liabilities.

Metorex has in this respect increased a group wide provision for water treatment as discussed under the heading "Financial Provision" below. It cannot be guaranteed that this provision will eliminate this risk but it reduces the financial impact significantly.

### 3.16.4 General Observations Regarding Environmental Management

The following general observations are made, based on the review of reports made available, including Equator Principles Audits undertaken in 2011 and 2012:

- Negative biophysical impacts of the project were predicted to be generally moderate. Parts of the Concession Area have been directly impacted by past mining, notably the old Ruashi Mine pit with its associated stockpiles and tailings which constitute the project resource. Where mining has not occurred, urbanisation and subsistence, slash-and-burn agriculture has extensively transformed natural habitats, leaving little trace of intact habitat with some conservation value.
- Air quality impacts from the plant were predicted to be minimal, due to the adoption of strict design standards for emissions. Management and ongoing rehabilitation of exposed surfaces of the new tailings disposal facility were proposed in the ESIA to limit dust generation during the operating and post-closure phases. Observations on site suggest that this is occurring or can be achieved using well understood management measures. The control of both gaseous emissions and dust are, however, a function of the effectiveness of management measures, and the effectiveness of air pollution control measures at the plant could be called into question. It was noted at the time of the site visit that an acid plant was to be commissioned and it has been subsequently reported that this has been done. No in-stack monitoring results were made available to quantify atmospheric emissions, but a survey is planned.
- Expansions to the mine (construction of acid plant and spin flash dyer) are envisaged which are not included in the existing ESIA for Phase 2. No information was provided as to whether an ESIA has been done for this expansion. It is SRK's view that corrective action in this respect should not be problematic. Metorex reports that these projects have been included in an updated EIA/EMP according to DRC requirements and that this document has been approved.
- Topsoil has not been stockpiled for rehabilitation purposes. SRK was advised during the site visit that some overburden piles contain some topsoil. Metorex reports that no topsoil had been stockpiled for future rehabilitation as a result of previous historical mining carried out by Gecamines and artisanal mining prior to Moterex acquiring its shareholding.
- The mine has recognised waste disposal as an issue and has constructed a domestic waste site which is secured and managed properly. At the time of the site visit there was evidence of sound construction and improved waste management.

- Storage of hazardous chemicals was seen as an area where improvement was needed in terms of Equator Principles. Metorex maintains that adequate protection against spillage is in place and there is no material risk associated with the storage of these chemicals. SRK understands used oil is removed under contract
- More formalization of systems, is recommended in the 2012 Equator Principles Audit, noting that the mine is committed to IS14001 certification by the end of 2014

### 3.16.5 Potential Material Social Risks

Social Issues and, in particular, resettlement requirements, have been a significant area of concern for the operation. The Equator Principles audit undertaken in 2011 identified the proximity of the surrounding communities as the key social challenge facing Ruashi Mine. At the time of the site visit it was reported that the situation regarding social problems and the implementation of the Resettlement Action Plan ("RAP") has improved. Metorex acknowledged that by virtue of the proximity of the community to the mine and the inherent volatility of communities in an African context, community dissatisfaction and possible unrest represented a potential risk (for example unrealistic expectations with regard to post closure supply of services such as water) to the operation. This finding is exacerbated by the observation in the social scan report that community representation on the Community Liaison committee seems to be slanted towards government functionaries. Discussion on site during the site visit did not provide comfort that this may not still be the case, although the 2012 Q3 SHEC report notes that the Pit III Compensation has been completed and some USD2 million approved for compensation. The Equator Principles audit for 2012 confirms that RAP requirements and compensation payments are adequately implemented.

Concern regarding representation and possible community volatility is noted as issues that need to be taken into account. It should be noted that most of these issues are related to factors beyond the control of Ruashi and Metorex. This does not reduce the potential volatility.

### 3.16.6 General Observations Regarding Social Considerations

General conclusions from the socio-economic impact assessment, as recorded in documentation reviewed and site observations include the following:

- Relatively few impacts were regarded as high. In general, the mine was not seen as a high impact.
- Community members using pathways across the mine area represent a risk in this regard and the mine has constructed walls to address this problem, with some success. During the site visit it was noted that the movement of people across the mining area is still significant.
- Water from the Fish Dam, which has been contaminated as a result of the low pH ground water plume from the tailings dam daylighting in the dam, is used by the local communities. The water quality is such that this potentially poses a health risk.
- At the time of the site visit there were still outstanding grievances from the relocation programme that was required for mine development, and further relocation was required in the vicinity of Pit III. However, the October 2012 monthly report notes that the demarcation boundary limit process in the Ruashi Mine community area is progressing well and Metorex has subsequently reported that all of the grievances related to the initial resettlement process had been resolved.
- Community farming projects have been initiated in response to the government requirement that such projects be undertaken.
- Mines in the DRC area expected to establish 500 ha of maize production. Ruashi Mine is doing this in conjunction with Kinsenda and the process seems to be going well.
- Metorex reported that there are no land claims over Metorex mining properties and also that although the influx of people onto the mine lease area is, in strict terms, illegal, it is nonetheless sanctioned by the authorities.
- Metorex has reported that the closure and retrenchment process is incorporated into the closure plan linked to the life of mine plan. Metorex does not envisage closure prior to the end of the LoM and therefore immediate mass retrenchment and other social impacts are not a risk in management's view.
- In discussing the key social issues, or challenges faced by the mine, the social scan report has identified the following, amongst others:
    - Significant levels of poverty in the area.

- Overall poor quality of basic infrastructure in communities.
- Low level of government and community capacity (staffing and other resources).
- Insufficient level and coordination of government development planning.
- High levels of corruption.
- High community expectations. Historical memories of the paternalistic nature of how Gécamines used to operate in the area.
- The challenge for government of trying to address key issues whilst trying to manage community expectations and demands.
- A neighbouring mining company (Chemaf) that, according to information provided to rePlan, is not well regarded by government and communities and that has not performed well on the social front.
- Increasing government scrutiny of mining companies and their contribution.

The mine is involved in several Corporate Social Responsibility projects in the areas of education, health, infrastructure, potable water and power. These projects, which are co-ordinated by a committee on which the mine, the mayoral office, the water and electricity utilities and local chiefs are represented, are continuing. The Q3 SHEC report notes completion of a library for use by the community in co-operation with the DRC and Belgium governments

### 3.16.7 Legal Compliance

The mine is operating in terms of an ESIA compiled according to international requirements and other permits in terms of DRC legislation are in place. Expansions to the mine (construction of the acid plant and spin flash dryer) have been included in an updated and approved EIA/EMP according to DRC requirements, and have been approved by the relevant authorities

It is SRK's view that, provided the mine adheres to the remedial measures and obligations of the ESIA, there should be no reason that would prevent the mining licence from being renewed. This does not constitute a legal review and SRK does not make any claim or state any opinion as to the ability of the mine to obtain or renew the necessary permits. It must also be noted that this view by SRK does not imply that the mine is in strict compliance with all the requirements of the ESIA or other permits.

It was reported during the site visit that both the national and provincial environmental authorities visit the mine but that they had not raised any issues with long term implications. Metorex has confirmed that external audits undertaken every two years have been approved by the authorities.

### 3.16.8 Mine Closure Planning and Financial Provision

The mine has had its closure costs estimated by a professional valuation surveyor. SRK has reviewed the list of items set out in the closure assessment and considers that there may be some possible omissions. These include:

- The need for ongoing water treatment following closure;
- Provision for the rehabilitation of the tailings dam;
- Adequate provision for re-profiling of the dumps. It is possible that this is seen as being undertaken using operational budgets, as was observed on the site visit;
- Provision for soil contamination remediation.

In terms of the first of these omissions, it is significant that measures to address the contamination of both ground and surface water quality attributed to the plume migration from the tailings dam depend on on-going treatment of the water with lime and the use of scavenger drill holes. These are operational measures which will, unless replaced by passive measures, require an on-going presence at the mine following cessation of operations. Interpretation of on-going water monitoring results will assist in the investigative work required to assess the likelihood of the post closure water treatment being required.

There has been no backfilling of the pit to date and rehabilitation of the overburden dumps will be required. Plans are in place to deposit overburden from Pits II and III into Pit I when mine scheduling allows for this, potentially reducing the rehabilitation liability. The slopes of existing overburden dumps have been flattened to facilitate rehabilitation in certain areas and this activity will greatly enhance the success of the rehabilitation programme. Disposal of future overburden in Pit I will limit the extent to which an increase in the overall dump footprint will be required for the flattening of the slopes.

Against this background the closure cost estimate determined by Steadman amounts to a sum of USD16.7 million. This figure includes a contingency of 20% and assumes that the work is carried out in house or directly sub-contracted. It is based on an estimate compiled in 2010 and escalated to 2011 at an assumed inflation rate of 10%. Including provisions for the rehabilitation of the tailings dam and the remediation of contaminated soils and escalating the estimate by a further 10% to be valid for 2012 yields a closure cost estimate of USD19.9 million. If it is not possible to do the work in house and assuming a further 30% increase to allow for a management contract, the figure increases to USD25.9 million. This latter figure has been accepted for evaluation purposes.

SRK has reviewed and modified a previous closure assessment for inclusion in the present evaluation, which is normal practice. SRK believes that the provision is sufficient for this purpose.

In terms of possible water treatment Metorex has a group-wide provision for post-closure water treatment of around USD5 million. In SRK's experience, this figure is likely to be considerably more. In the absence of any proper evaluation of the extent (quantities) and severity (pH or TDS) of water to be treated, SRK has in agreement with Metorex for evaluation purposes increased this provision for post closure water treatment to USD25 million for the group, of which USD10 million has been allocated to Ruashi. It should be noted that this provision does not eliminate this risk, but it reduces the potential financial impact on the company significantly. This provision increases the total closure cost estimate for Ruashi to USD35.9 million.

The mine has budgeted for a closure plan to be compiled in F2013. If due process is followed for this purpose, and appropriate investigative work undertaken, the plan will address some of the concerns relating to Equator Principle compliance and lead to a more accurate assessment of the closure cost.

## 3.17 Material Contracts

### 3.17.1 Off-take Agreements

[SR5.8]

Copper production is sold via two off-take agreements with Glencore International AG ("**Glencore**") and MRI Trading AG ("**MRI**"), while cobalt is purchased by Lanzhou Jinchuan Advanced Material Technology Co., Ltd. (**"Lanzhou Jinchuan")** a subsidiary of Jinchuan Group co., Ltd. (**"Jinchuan").**

- **Glencore** – the contract runs from January to December 2013 and can be extended by mutual agreement. Glencore is entitled to purchase a minimum of 50% of the annual Cu production of Ruashi Mine as London Metal Bulletin ("**LME**") Grade A copper cathode. Three different grades of copper cathode are defined, dependent on the Cu content and content of impurities relative to the LME limit. The price payable for the LME Grade A cathode is set at the LME cash settlement price plus the official long term contract premium as announced annually by Codelco. If the Cu cathode does not meet the LME Grade A cathode quality requirements, penalties as a discount on the LME cash settlement price will be levied. The cost of delivery, clearing, freight and insurance is for the account of Ruashi Mining.
- **MRI** - the contract runs from January to December 2013 and can be extended by mutual agreement. MRI is entitled to purchase 50% of the annual Cu production of Ruashi Mine as London Metal Bulletin ("**LME**") Grade A copper cathode up to a maximum of 15 kt in the calendar year. MRI will only accept LME Grade A cathode. The price payable for the LME Grade A cathode is set at the LME cash settlement price plus a defined premium per tonne. If the Cu cathode does not meet the LME Grade A cathode quality requirements, penalties as a discount on the LME cash settlement price will be levied. The cost of delivery, clearing, freight and insurance is for the account of Ruashi Mining.
- **Lanzhou Jinchuan** – all cobalt production in terms of a LoM off-take agreement used to be sold to Jinchuan Group Company Ltd. This was amended in terms of a Memorandum of Understanding ("**MoU**") in February 2011 in terms of which all cobalt would be sold to Lanzhou Jinchaun, a another company owned by Jinchuan. An agreement incorporating the terms of the MoU still has to be signed and then the contract will be novated from Jinchuan to Lanzhou Jinchuan. The price payable is linked to the LME Co price, adjusted by a payability factor which takes into account that the final product is a salt and still needs further refining. The payability is adjusted depending on the moisture content in the salt.

### 3.17.2 Power Supply

Ruashi is supplied with power from three fixed-line sources, SNEL (10 – 12 MW between 22h00 and 06h00), CEC (up to 8 MW between 06h00 and 18h00) and ZESCO (8 MW between 22h00 and 06h00).

- **SNEL** – electrical energy is to be provided with 3-phase 50 Hz alternating current at a nominal voltage of 220 kV or 120 kV. The supply agreement provided for the subscribed demand to increase in a step-wise fashion from 9 MW (2007) to 18 MW (Q1 2008) to 36 MW from April 2008 onwards and would remain in force for 15 years (until 2022). Ruashi Mining has to notify SNEL each year of its projected energy requirements for the next 5-year period. If SNEL is unable to meet the notified 5-year power demand, Ruashi Mining is "free to supply his demand from his own generation". The agreement allows SNEL to interrupt supply to carry out maintenance and emergency repairs, up to a maximum of 10 hours per calendar year. The price payable is made up of two components, a demand fee and a usage fee, which are adjusted annually by a factor linked to consumer price index ("**CPI**") in October of each year as published by the US Department of Economic Affairs. A sliding scale of penalties applies when the power factor drops below 90%. Similarly, a sliding scale of penalties, which acts as a discount to the invoiced amount, is based on the aggregate supply interruptions recorded during any month. In return for the financing of an upgrade to the Karavia substation, a discount on monthly invoices would apply until the invested amount and accumulated interests are repaid in full.

SRK has not seen the energy supply agreements with CEC and ZESCO, but understands that the terms of the agreements are similar to those of SNEL.

### 3.17.3 Mining Contract

[SR5.6]

MCK is a well-established contractor in the DRC and Ruashi Mining is one of its largest customers. MCK performs contract mining services Kinsevere (MMG), Etoile (Chemaf) and is in the process of securing the mining contract at Frontier (ENRC). MCK was selected as Ruashi'scontract miner approximately 5 years ago after a tender process. The contract was renegotiated in 2011. The mining contract has a rise and fall formula which ensures that MCK's rates are constantly adjusted for the effects of inflation. This reduces the financial risk to MCK and improves its overall sustainability as a contract miner.

There are a number of contract mining companies in Southern Africa and these could be approached if MCK were to cease operating. Ruashi Mining could also take on the mining function itself.

## 3.18 Financial Model Summary

[SR5.7, SR5.8]

The key TEPs from the FM for Ruashi Mine based on the approved LoM plan are summarised in this section.

### 3.18.1 Financial / Economic Criteria

Incorporated into the FM for Ruashi Mine are the following financial / technical / economic criteria:

- There are no hedging contracts in place;
- Depreciation allowance for tax purposes is 60% of capital expenditure in a given year plus 15% of the accumulated unredeemed capital expenditure, which excludes the 40% of that year's capital spent;
- Ruashi Mine receives a premium of USD80/t above the ruling Cu price on the London Metal Exchange for its Cu cathode;
- Metallurgical recoveries for Cu and Co are set at 85% and 71% for H2-F2013 respectively, and are kept at these levels for the LoM. The 85% Cu recovery used in the forecasts is lower than was achieved in F2012 and H1-F2013, since the longer residence time in the leach circuits due to reduced plant throughput rates will no longer be possible. If the low Co recovery in March 2013 is excluded, Ruashi exceeded the target Co recovery in H1-F2013;
- The payability of Co salts to Ruashi Mine is only 68% in H1-F2013. This is increased to 69.3% in H2-F2013 and 69.5% in F2014 once all spin flash driers are commissioned and the moisture in the Co salt is reduced;
- The revised contract terms for export / clearing of the Cu and Co final products are applied with effect from 1 January 2013;

- Terminal benefits based on a 6-month provision at end of LoM;
- SRK has included the additional capital costs for truck despatch system (USD1 million) and USD 4.5 million for relining of RWDs and installation of penstock sleeves.

### 3.18.2 Financial model summary

The key TEPs for the revised LoM FM for Ruashi Mine are summarised in Table 3.33.

The production schedule is as provided by Metorex and audited by SRK.

The process recoveries are supported by historical performance, metallurgical testwork and plant upgrade projects.

The cost components for Ruashi Mine are based on the strategic business plans and detailed one-year budgets as compiled by Metorex. SRK has reviewed these costs for reasonableness in relation to the actual costs incurred in F2012 and H1-F2013. Where deemed necessary, SRK has adjusted the forecast costs as used in the financial models.

The capital expenditures are as per the detailed budgets and forecasts supplied by Metorex and reviewed by SRK. Based on its review, SRK has added capital amounts as deemed necessary.

SRK reviewed the terms of the off-take agreements and confirmed these were correctly incorporated into the Ruashi Mine LoM FM.

Case 1:16-cr-00515-NGG-LB Document 93-7 Filed 05/01/20 Page 522 of 811 PageID #: 5767


**Table 3.33: Ruashi Mine – summary of post-tax pre-finance cash flow model**

| Item | Units | Totals/ Averages | H2-F2013 | F2014 | F2015 | F2016 | F2017 | F2018 | F2019 | F2020 | F2021 | F2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Production** | | | | | | | | | | | | |
| ROM mined | (kt) | 12 103 | 1 065 | 2 525 | 1 565 | 899 | 1 961 | 2 016 | 35 | 2 038 | | |
| Waste mined | (kt) | 74 327 | 4 203 | 8 536 | 10 374 | 11 090 | 10 092 | 8 810 | 11 548 | 9 673 | | |
| Ore milled | (kt) | 13 057 | 704 | 1 409 | 1 437 | 1 417 | 1 413 | 1 413 | 1 413 | 1 417 | 1 460 | 975 |
| Cu feed grade | (%) | 2.68% | 3.23% | 3.24% | 3.22% | 3.20% | 3.22% | 3.18% | 2.46% | 3.05% | 1.09% | 0.50% |
| Co feed grade | (%) | 0.45% | 0.37% | 0.37% | 0.45% | 0.53% | 0.50% | 0.35% | 0.36% | 0.41% | 0.46% | 0.79% |
| Total contained Cu | (kt) | 349.4 | 22.8 | 45.7 | 46.3 | 45.4 | 45.5 | 45.0 | 34.8 | 43.2 | 15.9 | 4.9 |
| Total contained Co | (kt) | 59.3 | 2.6 | 5.2 | 6.5 | 7.6 | 7.1 | 5.0 | 5.0 | 5.8 | 6.7 | 7.7 |
| **Processing** | | | | | | | | | | | | |
| Metallurgical recovery Cu | (%) | 85.0% | 85.0% | 85.0% | 85.0% | 85.0% | 85.0% | 85.0% | 85.0% | 85.0% | 85.0% | 85.0% |
| Metallurgical recovery Co | (%) | 71.0% | 71.0% | 71.0% | 71.0% | 71.0% | 71.0% | 71.0% | 71.0% | 71.0% | 71.0% | 71.0% |
| Payable Cu | (kt) | 297.0 | 19.3 | 38.9 | 39.4 | 38.6 | 38.7 | 38.2 | 29.6 | 36.7 | 13.5 | 4.1 |
| Recovered Co | (kt) | 42.1 | 1.9 | 3.7 | 4.6 | 5.4 | 5.0 | 3.5 | 3.6 | 4.1 | 4.8 | 5.5 |
| **Commodity sales** | | | | | | | | | | | | |
| Cu sales - LME grade | (kt) | 297.0 | 19.3 | 38.9 | 39.4 | 38.6 | 38.7 | 38.2 | 29.6 | 36.7 | 13.5 | 4.1 |
| Co sales | (kt) | 42.1 | 1.9 | 3.7 | 4.6 | 5.4 | 5.0 | 3.5 | 3.6 | 4.1 | 4.8 | 5.5 |
| **Commodity prices** | | | | | | | | | | | | |
| Average Cu LME | (USD/t) | 8 171 | 8 171 | 8 171 | 8 171 | 8 171 | 8 171 | 8 171 | 8 171 | 8 171 | 8 171 | 8 171 |
| Premium to LME | (USD/t) | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 |
| Average Co MB | (USD/lb) | 14.7 | 14.7 | 14.7 | 14.7 | 14.7 | 14.7 | 14.7 | 14.7 | 14.7 | 14.7 | 14.7 |
| Payability | (%) | | 69.3% | 69.5% | 69.5% | 69.5% | 69.5% | 69.5% | 69.5% | 69.5% | 69.5% | 69.5% |
| **Revenue Real** | (USDm) | **3 404.7** | 201.2 | 405.4 | 429.0 | 440.1 | 433.3 | 395.6 | 325.5 | 396.7 | 219.4 | 158.5 |
| Copper sales | (USDm) | 2 450.5 | 159.6 | 320.7 | 324.7 | 318.3 | 319.2 | 315.5 | 244.1 | 303.2 | 111.2 | 34.1 |
| Cobalt sales | (USDm) | 945.3 | 41.6 | 83.7 | 103.3 | 120.8 | 113.1 | 79.1 | 80.4 | 92.5 | 107.3 | 123.4 |
| Net revenue from acid sales | (USDm) | 9.0 | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| **Operating expenditure** | **(USDm)** | **(2 103.4)** | **( 129.1)** | **( 258.6)** | **( 252.7)** | **( 261.3)** | **( 257.1)** | **( 237.2)** | **( 204.9)** | **( 234.6)** | **( 127.5)** | **( 140.3)** |
| Mining (excl salaries) | (USDm) | ( 279.2) | ( 12.3) | ( 39.9) | ( 40.8) | ( 39.0) | ( 38.1) | ( 35.5) | ( 36.3) | ( 37.4) | 0.0 | 0.0 |
| Rehandling cost from stockpile | (USDm) | ( 26.1) | ( 1.4) | ( 2.8) | ( 2.9) | ( 2.8) | ( 2.8) | ( 2.8) | ( 2.8) | ( 2.8) | ( 2.9) | ( 2.0) |
| Processing (excluding salaries) | (USDm) | ( 796.9) | ( 55.2) | ( 104.3) | ( 99.9) | ( 104.4) | ( 102.0) | ( 90.1) | ( 67.0) | ( 81.1) | ( 51.0) | ( 41.9) |
| Engineering (excluding salaries) | (USDm) | ( 96.3) | ( 6.1) | ( 12.2) | ( 12.6) | ( 12.5) | ( 12.4) | ( 12.0) | ( 9.5) | ( 11.7) | ( 5.0) | ( 2.4) |
| Administration (incl salaries) | (USDm) | ( 474.3) | ( 30.1) | ( 58.5) | ( 53.4) | ( 52.4) | ( 52.4) | ( 52.4) | ( 52.4) | ( 52.4) | ( 39.5) | ( 30.8) |
| Environmental / closure | (USDm) | ( 25.9) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | ( 25.9) |
| Post closure water treatment | (USDm) | ( 10.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | ( 10.0) |
| Realisation / off-mine costs | (USDm) | ( 245.0) | ( 15.4) | ( 28.3) | ( 30.3) | ( 31.5) | ( 30.8) | ( 27.5) | ( 23.0) | ( 27.9) | ( 16.9) | ( 13.3) |
| Royalties | (USDm) | ( 135.2) | ( 8.6) | ( 12.7) | ( 12.9) | ( 18.8) | ( 18.5) | ( 16.9) | ( 13.9) | ( 16.9) | ( 9.4) | ( 6.8) |
| Terminal benefits | (USDm) | ( 14.5) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | ( 4.3) | ( 2.9) | ( 7.2) |
| **Operating Profit** | **(USDm)** | **1 301.3** | **72.2** | **146.8** | **176.2** | **178.8** | **176.2** | **158.4** | **120.6** | **162.1** | **91.9** | **18.1** |

| Item | Units | Totals/ Averages | H2-F2013 | F2014 | F2015 | F2016 | F2017 | F2018 | F2019 | F2020 | F2021 | F2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Capital Expenditure** | **(USDm)** | ( 120.2) | ( 32.6) | ( 25.3) | ( 9.8) | ( 7.5) | ( 7.5) | ( 7.5) | ( 7.5) | ( 7.5) | ( 7.5) | ( 7.5) |
| New capital | (USDm) | ( 60.2) | ( 32.6) | ( 25.3) | ( 2.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Sustaining capital | (USDm) | ( 60.0) | 0.0 | 0.0 | ( 7.5) | ( 7.5) | ( 7.5) | ( 7.5) | ( 7.5) | ( 7.5) | ( 7.5) | ( 7.5) |
| Working capital movements | (USDm) | 10.7 | 6.4 | ( 4.0) | ( 3.1) | ( 0.2) | ( 0.2) | ( 0.8) | ( 0.9) | 0.0 | ( 4.2) | 17.8 |
| Company taxation | (USDm) | ( 329.9) | ( 6.4) | ( 39.4) | ( 49.5) | ( 49.9) | ( 50.2) | ( 45.2) | ( 30.4) | ( 45.6) | ( 13.2) | 0.0 |
| **Free cash before debt service** | **(USDm)** | 861.8 | 39.6 | 78.0 | 113.9 | 121.1 | 118.2 | 104.9 | 81.8 | 109.0 | 67.0 | 28.4 |
| **Unit Costs** | | | | | | | | | | | | |
| On-mine cost | (USD/t milled) | 302 | 277 | 265 | 261 | 280 | 272 | 254 | 302 | 265 | 518 | 1 731 |
| Operating cost per t Cu produced | (USD/t Cu produced) | 324 | 297 | 285 | 282 | 302 | 294 | 274 | 323 | 286 | 550 | 1 805 |
| Op. Cost per t of Cu, net of Co credits | (USD/t Cu produced) | 180 | 199 | 188 | 163 | 160 | 161 | 180 | 200 | 172 | 189 | 449 |

### 3.18.3 WACC

The parameters used to generate the WACC for Ruashi Mine are set out in Table 3.34.

**Table 3.34: Ruashi Mine – parameters to calculate WACC (for DRC)**

| Parameter | Value |
|---|---|
| Un-levered beta (1) | 1.42 |
| Re-levered beta | 2.23 |
| Market risk premium (2) | 5.00% |
| Company risk premium | 11.17% |
| Risk free rate (3) | 2.49% |
| Country risk premium (4) | 6.07% |
| Cost of equity | 19.72% |
| USD cost of debt (5) | 5.68% |
| Tax rate (average LoM) | 30.00% |
| After tax cost of debt | 3.98% |

1 This is the median unlevered beta for eight mining companies at June 2013, as extracted from Bloomberg.

2 The market risk premium was based on the 2012 valuation methodology survey conducted by PriceWaterhouse Cooper, and provided by Metorex to SRK.

3 The risk free rate is the rate quoted for United States 10-year government bonds at 30 June 2013.

4 The country rating for the DRC is 30.95 relative to the United States of America given as 75.43, as extracted from http://www.euromoneycountryrisk.com/Home/Return/Countries#ucCountryTable. The country risk premium was calculated as (75.43 / 30.95) x 2.49%.

5 The cost of debt is taken as the 12-month Libor rate at 30 June 2013 of 0.68% plus a 5.00% premium, to convert the Libor rate to an equivalent interest rate in the DRC.

The debt/equity ratios of comparable Chinese resource-based companies listed on the HKSE are set out in Table 3.35. On this basis, a 45 / 55 debt / equity ratio was deemed to be appropriate for Metorex and the Mineral Assets.

**Table 3.35: Ruashi Mine – debt/equity ratios for Chinese resource-based companies on HKSE**

| Company Name | Debt / Equity | Debt |
|---|---|---|
| **Companies with significant mining assets overseas** | | |
| Minmetals Group (MMG) Limited | 49 / 51 | 49 |
| China Nonferrous Mining Corp Limited | 41 / 59 | 41 |
| Aluminium Corporation of China Limited | 86 / 14 | Excl |
| **Other Comparable companies** | | |
| Jiangxi Copper Co Ltd | 31 / 69 | 31 |
| Xinjiang Xinxin Mining Industry Co., Ltd | 22 / 78 | Excl |
| Yanzhou Coal Mining Co Ltd | 48 / 52 | 48 |
| CGN Mining Co Ltd | 32 / 68 | 32 |
| Median | | 45 |

At a 45 / 55 debt / equity ratio, the parameters in Table 3.34 yield a nominal WACC of 12.64%. The nominal WACC is according to the Capital Asset Pricing Model and is calculated using the formula [55%x cost of equity (= company risk premium (beta x market risk premium) + risk free rate + country risk premium) + 45% x after-tax cost of debt (=USD cost of debt x (1 – company tax rate)]. The effect of inflation is removed and the real WACC calculated using the formula [(1 + rate real) / (1 + inflation) – 1]. Using an indicated 2% inflation rate of the USA (as all TEPs are costed in USD), the real WACC for Ruashi Mine is 10.43%.

### 3.18.4 Sensitivities

The following tables present the NPVs of the real post-tax pre-finance cash flows as determined from the Ruashi Mine FM using mid-year discounting. In summary they include the following:

- The variation in real NPV with discount factors (Table 3.36);
- The variation in real NPV based on twin (revenue and operating expenditure) sensitivities (Table 3.37);
- The variation in real NPV based on changes to the Cu price (Table 3.38).

**Table 3.36: Ruashi Mine – variation in Real NPV with discount factors**

| Discount rate | NPV (mid-year) (USDm) |
|---|---|
| 6.00% | 676.5 |
| 7.00% | 651.8 |
| 8.00% | 628.5 |
| 9.00% | 606.5 |
| 10.00% | 585.8 |
| 10.43% | 577.2 |
| 11.00% | 566.2 |
| 12.00% | 547.6 |
| 13.00% | 530.1 |
| 15.00% | 497.7 |

**Table 3.37: Ruashi Mine – variation in Real NPV based on twin parameter sensitivities**

| | | Revenue Sensitivity | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 70% | 80% | 90% | 100% | 110% | 120% | 130% |
| Opex Sensitivity | 70% | 387.1 | 543.7 | 698.1 | 852.5 | 1 007.0 | 1 160.2 | 1 312.7 |
| | 80% | 295.1 | 451.9 | 606.3 | 760.8 | 915.2 | 1 069.6 | 1 222.4 |
| | 90% | 202.6 | 359.9 | 514.6 | 669.0 | 823.4 | 977.9 | 1 132.1 |
| | 100% | 108.0 | 267.9 | 422.8 | 577.2 | 731.7 | 886.1 | 1 040.5 |
| | 110% | 11.9 | 174.1 | 330.9 | 485.5 | 639.9 | 794.3 | 948.8 |
| | 120% | ( 109.8) | 79.3 | 238.0 | 393.7 | 548.1 | 702.6 | 857.0 |
| | 130% | ( 238.0) | ( 18.2) | 143.9 | 301.6 | 456.4 | 610.8 | 765.2 |

**Table 3.38: Ruashi Mine – variation in Real NPV based on Cu price sensitivity**

| | | Copper Price Sensitivity | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Discount Rate | USC/lb | 259 | 297 | 334 | 371 | 408 | 445 | 482 |
| | USD/t | 5 720 | 6 537 | 7 354 | 8 171 | 8 988 | 9 805 | 10 622 |
| 7.00% | 67.1% | 123.1 | 303.2 | 477.7 | 651.8 | 825.9 | 1,000.0 | 1,174.0 |
| 8.00% | 76.7% | 118.4 | 292.2 | 460.6 | 628.5 | 796.4 | 964.4 | 1,132.3 |
| 9.00% | 86.3% | 114.0 | 281.8 | 444.4 | 606.5 | 768.7 | 930.8 | 1,093.0 |
| 10.00% | 95.9% | 109.7 | 271.9 | 429.1 | 585.8 | 742.5 | 899.2 | 1,055.8 |
| 10.43% | 100.0% | 108.0 | 267.9 | 422.8 | 577.2 | 731.7 | 886.1 | 1,040.5 |
| 11.00% | 105.5% | 105.7 | 262.6 | 414.7 | 566.2 | 717.7 | 869.2 | 1,020.8 |
| 12.00% | 115.1% | 101.9 | 253.8 | 401.0 | 547.6 | 694.3 | 841.0 | 987.6 |
| 13.00% | 124.6% | 98.2 | 245.4 | 388.0 | 530.1 | 672.1 | 814.2 | 956.3 |
| 15.00% | 143.8% | 91.4 | 229.9 | 364.1 | 497.7 | 631.3 | 764.8 | 898.4 |

### 3.18.5 Benchmark Costs

In the budget pack for Ruashi Mine for F2013, Metorex had compiled benchmark cost statistics for C1 costs, which include all operating costs required to receive the sales revenue as projected. The C1 cost includes the sum of the following items: mining (waste + ore), processing, site overheads, transportation costs, refining/realisation charges and mineral royalties, but will exclude company taxation, corporate overheads, environmental closure costs, terminal benefits liabilities, financing charges and all non-cash items such as depreciation and amortization. The denominator in the determination of the unit C1 cost is based on the payable unit of metal.

The C1 cost for Ruashi Mine is compared to the benchmarked costs as determined by Metorex in Table 3.39.

**Table 3.39: Ruashi Mine – C1 cost benchmarking for F2013**

| Location | C1 Cost |
|---|---|
| Worldwide | 2 987 |
| Chile | 2 826 |
| China | 3 038 |
| South Africa | 4 931 |
| DR Congo | **3 672** |
| Zambia | 4 582 |
| Ruashi | **3 775** |

This shows that the budgeted C1 cost for Ruashi Mine in F2013 is slightly above the average for the copper producers in the DRC.

## 3.19 Summary of Key Risks

[SV2.10]

A summary of the key risks identified for Ruashi Mine is provided here. Metorex advised SRK that it has a comprehensive risk management process in place which is aimed at identifying and ranking risks across all of the group's operations to determine an overall risk profile for the group. The risks identified by SRK have broadly been incorporated into the overall group risk management process and are being addressed through this.

### 3.19.1 Tenure

The expiry date for PE578 is September 2021. Should production at Ruashi extend beyond this date, an application to renew this exploitation permit would need to be submitted timeously according to the DRC Mining Code. Metorex reports that necessary applications will be made 6 months in advance as per the DRC Mining Code.

### 3.19.2 Mineral Resources

SRK is of the opinion that there are risks associated with the quality of the estimates compared to the input data. The Indicated Mineral Resource classification over a localised portion of the north-west of Pit I is not supported by the limited drill hole coverage, but this represents a small proportion of the total Indicated Mineral Resources. There is limited data at depths below 1 160 m elevation.

Metorex accepts these comments and will be addressing them by diamond drilling in H2-F2013 and F2014.

### 3.19.3 Rock Engineering

SRK is concerned that the rock engineering properties of the saprolites are not fully quantified or understood. To improve confidence in the analysis and to identify possible anomalous areas within the slopes, there remains the necessity to collect good quality information on the nature and distribution of the saprolitic materials which form the upper portion of the slopes. This can be achieved with a combination of geotechnical drilling and face mapping. Attention will need to be given to maximise core recovery, so that the weaker materials are also recovered in the drill core.

The stability of slopes in saprolites is very sensitive to changes in ground water pressure. To confirm the pore pressure assumptions used in slope design and to develop an understanding of the pore pressure characteristics in relation to both time and excavation rate, it is recommended that a geohydrological investigation is implemented.

### 3.19.4 Hydrogeology

Contamination of groundwater has been identified as a significant risk. Pollutant concentrations have increased by 3 to 10 times from the background concentrations measured away from the TSF. Post mine closure predictive modelling indicates that the groundwater system will not recover to pre-mining background water quality and seepage will require treatment as the system will not recover naturally. Metorex reports that it has drilled a fence of drill holes around the TSF and equipped these with pumps to pump low pH water back to the TSF for neutralisation with lime.

The general observed long-term trend is declining water levels since 2010, due to dewatering from the pits. As far as could be ascertained from the KLMCS report, no predictions were done regarding predicted groundwater level drawdown around the Ruashi Mine (i.e. radius of cone of depression). Metorex maintains that whilst the water drawdown had not been predicted Ruashi Mine is currently supplying water to the surrounding communities from the on-site boreholes.

### 3.19.5 Mining

The limited space for waste material requires that Metorex's waste dumping strategy has to be carefully managed.

The successful blending of ore to the mill is dependent on effective grade control procedures and implementation of a sophisticated truck dispatch / material tracking system. Inefficiencies in such systems are a concern and could negatively influence profitability.

The availability (or lack) of skilled personnel required to implement and operate sophisticated procedures is of concern.

### 3.19.6 Mineral Processing

Metorex has provided for the installation of 15 MW of diesel-generated power to supplement the power supplied by SNEL. The Caterpillar diesel generators will be commissioned in August 2013. The Agrekko generators with a capacity of 13 MW that were on lease will be purchased during H2-F2013 and this will further decrease the dependence on SNEL. Nevertheless, the forecast production levels may be optimistic as these production levels have not been previously achieved.

Co recovery in H1-F2013 was only 67.7%. If the poor Co recovery in March 2013 is excluded, the Ruashi Mine exceeded the target 71% Co recovery in H1-F2013.

Power dips affect the availability of $SO_2$ and the supply of steam to the dryers. Metorex reports that the $SO_2$ and acid plant is connected to the back-up power supply therefore the risk in non-production due to power dips is mitigated.

The forecast production levels are based on successful debottlenecking of the plant, sustaining a 92% running time, and the successful operation of the $SO_2$ plant.

Sale of acid is dependent on the continuation of the off-take agreements.

The inventory of diesel will need to be carefully managed, given the delays through the border and the increased demand for power generation. Metorex has entered into a 12-month diesel supply agreement. Metorex has received written confirmation that the suppliers will be able to meet the increased diesel demand due to running 20 diesel-powered generators.

The commissioning of the diesel-generator sets in F2013 will effectively make Ruashi self-sufficient in terms of power supply, thereby minimising the effects of the power interruptions that plagued production in F2012. As SNEL power becomes more reliable with the interventions by mining companies in the DRC, Ruashi's reliance on diesel-generated power will reduce with accompanying reduction in operating costs.

### 3.19.7 Engineering and Surface Infrastructure

The main issue faced by Ruashi mine has been the poor availability of electricity in the region, coupled with an unstable supply when it is available. This is compounded further by the premature failures to electrical equipment such as motors, VSD drives, control and instrumentation equipment. The internet communications and IT-based equipment also suffers with damage due to the power supply issues. The mine has increased the installed diesel generation capacity on site to around 23 MW, which has drastically reduced the mine's reliance on SNEL and ZESCO for power. The introduction of the Agrekko diesel generators has drastically improved electrical power availability to the site.

The planned maintenance system needs to be refined to improve the engineering department's ability to report on equipment costs and work history. Presently unplanned job cards are not religiously completed, but the CMMS upgrade plans are in place and work is underway by Metorex to include unplanned job cards in the reporting structure going forward.

### 3.19.8 Logistics

Possibly the highest logistics risk that Ruashi Mine faces is the extended periods that road vehicles have to endure at the DRC-Zambia border crossing point, especially the fuel (diesel) vehicles, necessary to power the mining fleet and the diesel powered generators. Metorex had initiated a tender process to secure sufficient diesel for the generators. Metorex has received written confirmation that the suppliers will be able to meet the increased diesel demand due to running 20 diesel-powered generators.

Diesel supply and inventory control have been demonstrated during Q2 2013.

### 3.19.9 Human Resources

There is a risk that the termination benefit at closure which has been set equal to a 6 month obligation may be understated. Metorex reports that the termination benefits are reviewed on an annual basis to ensure that adequate provision and funding are in place. Any annual adjustment will not be material to the overall group.

### 3.19.10 Occupational Health and Safety

The safety statistics reflect the standards of safety, maintenance, repairs and operations seen on site at the Ruashi Mine operations. Given the observations made by SRK during its visit to the EW section, it does tend to suggest that there is a worker behavioural issue that is impacting on safety performance. Metorex referred to this as the "cultural tolerance to risk".

The risk is that if the work based auditing and planned task observation processes carried out by management and supervisors are not maintained, safety standards may slip. Metorex has advised SRK that management continues to concentrate its efforts on employees' behavioural attitude towards safety and health in the work place.

### 3.19.11 Environmental

The Equator Principles audit undertaken in 2011 identified the management of ground and surface water resources as the key environmental challenge facing the Ruashi Mine. The audit was repeated in 2012 but this conclusion remains applicable, although it is noted that significant progress has been made in addressing issues from the 2011 audit.

The risks associated with the closure cost estimate include:

- The possibility of ongoing long term water treatment post closure;
- Unexpected social costs due to community expectations being enforced.
- Closure related environmental, social and economic risk identification; and
- Provision for aftercare, maintenance and monitoring. (There is provision for this in the closure cost estimate by Steadman but it is possible, especially in the light of the fact that a contaminated ground water plume potentially represents the single biggest environmental risk, that the provision is inadequate.)

The Ruashi Mine is faced with several social challenges / issues related *inter alia* to poverty in the area, poor basic infrastructure in communities, high community expectations and government scrutiny. The mine is involved in several Corporate Social Responsibility projects in the areas of education, health, infrastructure, potable water and power. These projects, which are co-ordinated by a committee on which the mine, the mayoral office, the water and electricity utilities and local chiefs are represented, are continuing.

Metorex has been alerted to the potential shortcomings of its current closure planning and an action plan has been developed to mitigate their effects.

Metorex has a group-wide provision for post-closure water treatment of around USD5 million. In SRK's experience, this figure is likely to be considerably more. SRK has in agreement with Metorex increased this provision for post closure water treatment to USD25 million for the group for evaluation purposes, of which USD10 million is allocated to Ruashi. The additional provision does not eliminate this risk, but it reduces the potential financial impact on the company significantly.

Interpretation of on-going water monitoring results will assist in the investigative work required to assess the likelihood and extent of the post closure water treatment being required.

# 4 CHIBULUMA MINE

## 4.1 Introduction

[SR1.5A(i)]

Metorex has an 85% interest in Chibuluma, which has as its main operating asset the Chibuluma South mine. The Chibuluma East and Chibuluma West mines are now depleted, but Chibuluma remains liable for environmental rehabilitation. The remaining 15% interest is held by ZCCM-IH and the GRZ. The Chifupu Project, located approximately 1.7 km southwest of Chibuluma South mine, forms part of the Chibuluma South mine licence.

Chibuluma South mine is an underground, mechanised mine capable of treating 50 ktpm of RoM ore, which is located near Kalulushi in Zambia.

## 4.2 Location, Climate, Access and Infrastructure

[SR1.4A, SR1.5A(i), SR1.6, SV2.3]

The Chibuluma South mine is located at latitude 12°53'S and longitude 28°05'E, and approximately 15 km west of Kitwe. Kitwe is the second largest town on the Zambian Copperbelt and is approximately 300 km north of the capital city, Lusaka (Figure 4.1). The Chifupu deposit is located approximately 1.7 km southwest of the Chibuluma South mine.

The topography of the area is generally flat and lies at an altitude of 1 220 – 1 300 m above mean sea level. The Zambian Copperbelt is located in a sub-tropical zone characterised by distinct wet and dry seasons. Annual rainfall is approximately 1 200 mm and occurs during a wet season (summer) lasting from October to March with the heaviest rainfall occurring in December and January. Rainfall generally occurs as short thunderstorms any time during the day or night, and it is not uncommon to have 50 mm of rain in the space of a few hours.

The average air temperature remains fairly constant at between 17°C and 22°C throughout the year and there is no distinct winter and summer temperature regime. Average temperatures peak during September and October at 30°C. The coldest month is July with an average daily minimum temperature of 10°C.

The vegetation in the area is deciduous tropical woodland generally referred to as Miombo Woodland, characterised by woodland interspersed with broad grassy and seasonally waterlogged areas known as dambos in Zambia. Trees seldom grow to heights exceeding 20 m, with the majority less than 8 m high. In recent years, the area has been heavily impacted by charcoal burners.

The town of Kalulushi was developed in the 1950s by Roan Selection Trust ("**RST**") to support the Chibuluma East and West mines. It is a mining town with approximately 3 300 houses with its own hospital and clinic, schools and recreational facilities. The town is accessed by a tarred road from Kitwe which was repaired and paid for by donor funding from China in 2007. The town is supplied with electricity by the ZESCO and fresh water from local drill holes and a pipeline from Kitwe by Nkana Water and Sewerage Company. The town has its own sewage works and internal water reticulation and is linked to the National Zamtel telephone network.

The South Downs airstrip is approximately 8 km from the Chibuluma South mine and is a tarred strip capable of handling light aircraft. The Copperbelt itself is well serviced by rail, road and air services with daily international flights from Johannesburg landing at Ndola International Airport, an hour's drive from Kitwe.

The T3 road to Lusaka is all tar and in sound condition. This road network also serves as the main logistics servitude for mines in the DRC. All major towns on the Copperbelt are served by rail links to Lusaka, Dar es Salaam (Tanzania) and South Africa but in general, this network is inefficient and rolling stock and locomotives are not in a satisfactory condition.

The Chibuluma South orebody lies 10 km to the south of Kalulushi, and the Chifupu deposit is located approximately 1.7 km to the southwest of the Chibuluma South mine. The Chibuluma East and West mines are located to the north of the town of Kalulushi.

The Chibuluma South mine is accessed via a service road off the South Downs access road. This road was upgraded in 2007 from gravel to a tarred surface. Concentrate and other heavy trucks are however routed via an alternate back road to avoid damage to the new tar road.




| | |
|---|---|
| **Metorex**<br>Locality of Chibuluma and extent of Mineral Rights | Project No.<br>453459 |

**Figure 4.1: Locality of Chibuluma and extent of Mineral Rights**

An 11.4 km power line was constructed by CEC in 2000 for the Chibuluma South mine and supplies power at 66 kV which is stepped down at the Mine to 11 kV.

## 4.3 Mining History

### 4.3.1 Historical Development of Chibuluma

[SR1.3, SR1.4, SR1.5A(ii), SV2.4]

The historical development of Chibuluma is summarised in Table 4.1.

**Table 4.1: Chibuluma – Historical Development**

| Date | Activity | Comments |
|---|---|---|
| 1939 | RST discovers Chibuluma East ore body | No surface outcrop, or indication of mineralisation.<br>First indications of mineralisation at 70 m below surface. |
| 1940 | RST discovers Chibuluma West orebody | |
| 1955 | First ore hoisted from Chibuluma East mine | Produced a Cu-Co concentrate which was treated at the Nkana smelter in Kitwe. |
| 1963 | First ore hoisted from Chibuluma West mine. | Produced a Cu-Co concentrate which was treated at the Nkana smelter in Kitwe. |
| 1967 | RST discovers the Chifupu deposit by auger and diamond drilling. | |
| 1968 | GRZ announces intention to nationalise the mines | |
| 1969 | RST discovers the Chibuluma South ore body as a strike extension of the small Chifupu deposit. | A total of 113 surface diamond drill holes were drilled in the area – 77 intersected the Chibuluma South ore body. |
| 1970 | GRZ had acquired 51% shareholding in the RST mines and formed Roan Consolidated Mines Limited | |
| 1982 | Full nationalisation occurred.<br>Mining assets of RST and Nchanga Copper Mines Limited amalgamated to form Zambia Consolidated Copper Mines Limited ("**ZCCM**"), with GRZ holding 60.28% of ZCCM | |
| Mid 1990s | ZCCM effectively insolvent.<br>GRZ forced by International Finance Corporation ("**IFC**") to privatise many of the companies that were nationalised in the 1970s. | |
| 1996 | Nkana Division of ZCCM-IH using a polygonal estimation method reported "mineral reserve" of 10.9 Mt at 4.3% Cu. | |
| Oct 1997 | Metorex consortium acquired Chibuluma from ZCCM-IH, with ZCCM-IH/GRZ retaining a 15% interest. | |
| 1998 | Metorex re-coded drill hole data into a digital format for resource modelling purposes. | |
| 1999 | Metorex drilled three twin holes | Verified the thickness and grade of the ore body as defined by historical drilling. |
| 2000 | Digital Mining Solutions (Zambia) complete first digital resource model for Chibuluma South. | reported resource estimate of 9.2 Mt at 3.7% Cu. |
| May 2000 | Internal feasibility study for Chibuluma South mine completed. | |
| June 2001 | Open pit mining and processing of ores commenced.<br>Treatment involved differential flotation and leach.<br>Mining stopped due to poor leach recoveries. | Oxide zone extended to 60 m below surface. |
| Nov 2001 | Mine placed on care and maintenance. | Slump in world Cu market. |
| Feb 2003 | Refinancing agreement with Industrial Development Corporation of South Africa ("**IDC**") | |
| 2005 | Chibuluma West mine closed | |
| 2007 | Drilling at Chifupu completed – 15 holes totalling 1 082 m. | |
| 2007 | Chibuluma South mine reaches steady-state production as an underground mine. | IDC exits and Chibuluma South Mine Limited dissolved. |
| Dec 2008 | Integrated Geological Solutions (Pty) Ltd ("**IGS**") | reported a resource estimate of 9.3 Mt at 3.6% Cu and 0.02% Co. |
| 2010 | Exploration drilling of 4 drill holes totalling 1 960 m completed on Chibuluma South mine and Chifupu prospect | |
| April 2010 | Revisions to licence boundaries to conform to cadastral changes under the revised Mines and Minerals Development Act No 7 of 2008. | |
| Sept 2010 | Re-evaluation to include new drill hole data and crosscut channel sample data since May 2010 estimates pre-mining resource of 9.8 Mt at 3.9% Cu. | |
| Jan 2013 | Awarded the large prospecting licence for Chibuluma Central property | |

### 4.3.2 Historical Operating Statistics

[SR1.3, SV2.17]

Brief historical operating statistics for Chibuluma South Mine are summarised in Table 4.2.

**Table 4.2: Chibuluma South Mine – Historical Operating Statistics**

| Item | Units | 2009/10 (1) | F2011 | F2012 | H2-F2103 |
|---|---|---|---|---|---|
| **Production** | | | | | |
| RoM ore mined | (kt) | 863.1 | 559.4 | 560.1 | 274.1 |
| Plant feed | (kt) | 853.7 | 559.8 | 556.8 | 274.0 |
| Head grade - Cu | (%) | 3.39% | 3.46% | 3.46% | 3.25% |
| Plant recovery - Cu | (%) | 94.8% | 95.0% | 96.5% | 96.32% |
| Concentrate produced | (kt) | 56.8 | 40.5 | 40.5 | 18.9 |
| Concentrate grade | (% Cu) | 48.3% | 45.2% | 45.9% | 45.47% |
| Smelter recovery | (%) | 95.7% | 95.8% | 96.3% | 96.50% |
| Payable Cu (after smelting) | (kt) | 26.1 | 17.5 | 17.9 | 8.3 |
| **Sales** | | | | | |
| Sales - LME grade Cu | (kt) | 26.2 | 17.5 | 17.9 | 8.3 |
| Av. Price received - Cu | (USD/t) | 6 907 | 8 844 | 7 943 | 7 586 |
| **Operating Costs** | | | | | |
| On-mine costs | (USDm) | 47.6 | 41.1 | 44.3 | 22.4 |
| Salaries & wages | (USDm) | 16.2 | 12.9 | 15.2 | 8.1 |
| Mining Costs | (USDm) | 7.5 | 6.6 | 8.6 | 3.9 |
| Processing Costs | (USDm) | 7.3 | 1.7 | 2.2 | 0.7 |
| Engineering (including power) | (USDm) | 12.8 | 15.9 | 14.6 | 8.2 |
| SHEC | (USDm) | - | 0.8 | 0.9 | 0.2 |
| Administration costs | (USDm) | 4.3 | 3.2 | 2.8 | 1.4 |
| Stock movement | (USDm) | (0.5) | - | - | 0.0 |
| Off mine costs | (USDm) | 24.7 | 16.5 | 15.3 | 7.3 |
| Transport costs | (USDm) | 14.6 | 0.6 | 0.7 | 0.4 |
| Refining/smelting costs | (USDm) | 10.1 | 15.9 | 14.6 | 6.9 |
| Management fees | (USDm) | 2.2 | 2.5 | 2.5 | 1.3 |
| Hospital separation | (USDm) | - | - | - | 0.9 |
| Royalties | (USDm) | 5.8 | 4.6 | 7.5 | 3.8 |
| **Unit Costs** | | | | | |
| On-mine cost | (USD/t mined) | 56.31 | 77.78 | 84.14 | 98.38 |
| Operating cost per t Cu produced | (USD/t Cu produced) | 2 841 | 3 694 | 3 887 | 3 749 |

1 represents the 18 months from July 2009 to December 2010

## 4.4 Title and Rights

### 4.4.1 Mineral Rights

[SR1.7A, SR5.1A, SV2.3]

Chibuluma operates in terms of two large scale mining licences ("**LML**"):

- 7064-HQ-LML (formerly LML 23) consisting of the defunct Chibuluma West and Chibuluma East mines; and
- 7065-HQ-LML (formerly LML 24) consisting of the existing Chibuluma South mine and the Chifupu deposit.

The mining title is held in accordance with the Development Agreement ("**DA**") signed between Chibuluma and ZCCM-IH in October 1997. At the time of the sale and transfer of LML 23 to Metorex, a price reduction was agreed between ZCCM-IH and the Metorex Consortium in exchange for the transferral of all environmental liabilities as at the point of sale in 1997, to Chibuluma for the Chibuluma West and East mines.

Both licences are subject to various conditions, which include adherence to the DA, an approved programme of work and pollution prevention, together with a programme of employment and training of Zambian citizens.

The details of the LMLs granted to Chibuluma are summarised in Table 4.3 (see also Figure 4.1).

Chibuluma has an Environmental Management Plan ("**EMP**") compiled in January 2004 and updated in terms of comments from the authorities in November 2004 and approved on 19 September 2006.

Chibuluma was awarded a large scale prospecting licence ("LPL") over an area of 93 $km^2$, which surrounds the Chibuluma South tenement and abuts against the Chibuluma West tenement along its north-western boundary (Figure 4.1). The prospecting rights to two small square tenements, situated north and south of the Chibuluma South tenement, within the Chibuluma Central Tenement, are held by a third party.

The Environmental Project Brief for the Chibuluma Central area still needs to be approved by the Zambian Environmental Management Agency ("**ZEMA**"),

**Table 4.3: Chibuluma – Details of Mineral Licences**

| Licence | Type of title | Area (ha) | Valid From | Expiry Date | Commodity |
|---|---|---|---|---|---|
| **Mining Licences** | | | | | |
| 7064-HQ-LML Chibuluma West | Large-scale Mining Licence | 4 895 | 6 Oct 1997 | 5 Oct 2022 | Cu, Co, base and precious metals, |
| 7065-HQ-LML Chibuluma South | Large-scale Mining Licence | 1 120 | 6 Oct 1997 | 5 Oct 2022 | Cu, Co, base and precious metals, |
| **Prospecting Licence** | | | | | |
| HG-LPL Chibuluma Central | Large-scale Prospecting Licence | 93 000 | 9 Jan 2013 | 8 Jan 2015 | |

### 4.4.2 Surface Rights

By virtue of its LML, Chibuluma is granted the exclusive right to use the surface within the LML, and to build installations and facilities required for mining exploitation.

### 4.4.3 Royalties

[SR5.7C(v)]

The royalty rate payable by Chibuluma to the Zambian Government was at a rate of 0.6% of gross revenue and the corporate tax rate was 30% of taxable income. The Government of Zambia announced in April 2008 an increase in the royalty rate to 3.0% and the introduction of a Windfall and/or Variable Tax from April 2008. However, the Zambian Chamber of Mines rejected the proposed increase in the royalty rate and the new tax rates. Following discussions between the Chamber and the Zambian Government, the Windfall tax was abandoned in April 2009, but the royalty rate and Variable tax formula remained. The royalty rate was further increased to 6% subsequent to the change in government in Zambia during 2011.

The increase in the royalty rate and the Variable tax rate has an adverse impact on the financial result of the Group's mining operation at Chibuluma.

## 4.5 Geology

[SR1.2, SR1.3, SR2.5A/B/C, SR4.1A(i), SV2.5]

### 4.5.1 Exploration History of the Project Area

Mineralisation within the Chibuluma concession was first discovered in 1939 (Chibuluma East ore body), followed by the discovery of the Chibuluma West ore body in 1940.

In 1967, RST discovered the Chifupu deposit through a combination of auger and diamond drilling. In 1969, RST discovered the Chibuluma South orebody as a strike extent of the Chifupu deposit.

Following privatisation in the mid-1990s, a Metorex-led consortium acquired Chibuluma from ZCCM-IH. Metorex carried out exploration campaigns involving three twin drill holes in 1999 and 15 holes at Chifupu in 2007.

The Chibuluma Central tenement was previously explored by RST and Teal (now known as African Rainbow Minerals, "ARM"). Previous exploration consisted of surface geological mapping, trenching and sampling along the basement granite contact, soil geochemistry, airborne magnetic survey and several short drill holes along the basement granite contact and the Southdowns Syncline. No significant mineralisation was intersected in the drill holes. Processing of the soil sample data and interpretation of the historical airborne and surface geological mapping by the Chibuluma exploration department yielded three potential targets labelled F, G and H, which were prioritised as 1, 2 and 3, as shown in Figure 4.2. In October 2010, a low resolution airborne magnetic, electromagnetic and radiometric survey was flown over the area.

### 4.5.2 Regional Geology

This is more fully described in Section 3.5.2.

The Chibuluma deposits are SSC deposits located in the Zambian portion of the Central African Copperbelt. The Copperbelt forms one of the world's largest metallogenic provinces containing over a third of the world's cobalt mineral reserves and a tenth of the world's copper mineral reserves.

The copper-cobalt deposits of the Central African Copperbelt are hosted within a strongly deformed, arcuate belt of rocks that extends from north eastern Angola through southern DRC and into Zambia, referred to as the Lufilian Arc.




| srk consulting | **Metorex**<br>Chibuluma Central – historical soil geochemistry survey and geochem targets | Project No.<br>453459 |
|---|---|---|

**Figure 4.2: Chibuluma Central – historical soil geochemistry survey and geochem targets**

The Katangan Sequence is divided into three Supergroups (see Figure 4.3) separated by two marker conglomerates (from youngest to oldest):

- The Upper Kundelungu Supergroup (Ks);
- The Lower Kundelungu Supergroup (Ki); and
- The Roan Supergroup (R).

Mineralisation in both Zambia and the DRC is largely restricted to the Lower Roan or Mines Group, although vein style mineralisation is locally important higher in the succession (e.g. Kansanshi, Kipushi, Dikulushi).

Mineralisation in the Zambian deposits is dominantly sulphide, comprising chalcopyrite, bornite and chalcocite, variably accompanied by pyrite and pyrrhotite, carollite, covellite and diginite. Ore grades are commonly around 3% to 4% Cu and 0.1% to 0.2% Co.

There is generally a progressive transition from chalcocite to bornite to chalcopyrite to pyrite, vertically upward within the orebodies and laterally down dip. Due to the acidic nature of the silica rich host rocks on the Zambian

Copperbelt, oxidation and leaching of copper minerals is common to about 45 m to 60 m from surface, although it may be observed to depths of several hundred metres. The leached zone close to surface is commonly barren or very poorly mineralised. Supergene enrichment below the zone of leaching is highly variable with the main supergene minerals including malachite, chalcocite, cuprite, chysocolla and vermiculite.

The Zambian orebodies are thought to occupy a lower stratigraphic position than those of the DRC and mineralisation is generally not restricted to a particular lithological horizon so that several stacked orebodies may occur together.




Source: Selly, et al 2005

| srk consulting | **Metorex**<br>Regional stratigraphic classification of the Katanga Supergroup in Zambia | Project No.<br>453459 |
|---|---|---|

**Figure 4.3: Regional stratigraphic classification of the Katanga Supergroup in Zambia**

### 4.5.3 Local Geology and Mineralisation (Chibuluma South West)

The Chibuluma South and West deposits are typical of the Zambian Copperbelt deposits and are geologically similar to the Chambishi and Mufulira mines. The Regional geology of Kalulushi District is shown in Figure 4.4.

As the Chibuluma West mine has been depleted, the following discussion will refer only to the Chibuluma South mine and satellite deposits.

The Ore Shale facies which hosts the mega deposits (e.g. Konkola, Nchanga and Nkana) of the Copperbelt is absent on the Chibuluma South property, and the host formation of the orebody is correlated with the footwall formations found beneath the Ore Shale. Consequently, the Chibuluma South orebody has been termed a "footwall orebody" in the context of the Zambian Copperbelt, forming small (<10 Mt), HG (~4% Cu) deposits within a coarse grained quartzite.

Mineralisation in the Chibuluma South orebody is predominantly Cu with very minor Co and is hosted in detrital conglomerates, sandstones and argillaceous siltstones of the Lower Roan Group (see Figure 4.5). The orebody is hosted by a competent quartzite horizon overlain by a sequence of argillites and dolomites of the Upper Roan Group. Mineralisation is hosted in a mineralised quartzite known locally as the Orebody Quartzite ("**OBQ**") with the unmineralised quartzite below the OBQ referred to as the Footwall Quartzite.

The Chibuluma South orebody occurs over a strike length of 300 m, dipping at approximately 38° towards the north-west and varies in thickness from a few metres to over 30 m in places (see Figure 4.6) for a typical section through the ore body). Drilling has defined the orebody to a maximum depth of 600 m where it pinches out against a basement high. While drilling has closed off the orebody at depth, it is feasible that the ore boby opens up down-dip of the basement high.

Mineralisation occurs as oxide to a depth of 60 m and as sulphides below the 60 m level. Malachite is the dominant oxide mineral while bornite, chalcopyrite and chalcocite constitute the sulphides. Chalcocite is found immediately below the oxide cap in the sulphide zone. Bornite dominates in the thickest and richest central portion of the orebody and is the predominant sulphide mineral with chalcocite below the 400 m level currently being developed by the Mine. Chalcopyrite accounts for approximately 20% of the sulphides and becomes more evident towards the fringes. Pyrite dominates in barren fringe areas.

Cobalt mineralisation in the Chibuluma South orebody is patchy and was only found in a few drill hole intersections.

The Chifupu deposit is similar to the Chibuluma South orebody and consists of two shallow dipping zones, each approximately 5 m in width, separated by a waste parting of 20 m to 30 m. A strike length of 150 m has been defined with a maximum depth of 300 m.

### 4.5.4 Exploration Programme and Budget

The intensity of surface exploration activities carried out in the 1960s preclude the likelihood of a near surface discovery, and future exploration activities on and adjacent to the licence area will focus on buried targets at depth associated with the identification of basement structures and redox trap sites. Metorex expects that exploration will be expensive due to the need for high resolution geophysics and deep diamond drilling. A high ratio of non-mineralised holes is expected in the early period while the exploration model is being refined.

By the end of December 2010, 1 960 m of exploration drilling, 1 497 line-km of airborne electromagnetics and 79 line-km of ground gravity surveys were conducted by various contractors. These works were undertaken as follow-up to a regional desk top study conducted in 2009 where a number of high potential target areas were identified.

The previous programme located on Chibuluma West licence gave disappointing results, so this has been downgraded. The number of drill holes allocated to Chibuluma West will be used to test the Chabara Gabbro Field and the Southdown thrust fault area during H2-F2013.

Metorex's plans for Chibuluma Central include compilation of a GIS database and GEMS 3D model of historical data, soil sampling, ground geophysics and drilling of anomalous areas.

Chibuluma's exploration budget for H2-F2013 to F2015 is set out in Table 4.4.




| | | |
|---|---|---|
| srk consulting | **Metorex**<br>Regional geology of the Kalulushi district Including the Chibuluma South, Chibuluma West and Chibuluma Central licences | Project No.<br>453459 |

**Figure 4.4: Regional geology of the Kalulushi district Including the Chibuluma South, Chibuluma West and Chibuluma Central licences**

**Table 4.4: Chibuluma – Exploration Budget H2-F2013 to F2015**

| Exploration | Units | H2-F2013 | F2014 | F2015 |
|---|---|---|---|---|
| Chifupu | (USDm) | 0.84 | | |
| Chibuluma West | (USDm) | 1.32 | | |
| Chibuluma Central | (USDm) | 0.35 | 1.00 | 1.00 |
| New Projects | (USDm) | 0.29 | 0.86 | 0.86 |
| **Total Exploration** | **(USDm)** | **2.80** | **1.86** | **1.86** |

1 Provision for the exploration at Chibuluma Central (see section 1.5.1) is included in these budgeted amounts.

The budget allocated for the work planned for H2-F2013 is considered to be appropriate.




**Figure 4.5: Stratigraphy of the Chibuluma South Mine**




| srk consulting | **Metorex**<br>Chibuluma South Mine – typical section (top) and surface drill hole location plan (bottom)<br>(source: Arthurs, 2009) | Project No.<br>453459 |
|---|---|---|

**Figure 4.6: Chibuluma South Mine – typical section (top) and surface drill hole location plan (bottom)**

## 4.6 Mineral Resources and Mineral Reserves

[SR1.1A(iii), SR2.5A/B/C, SR7B, SR9A/B/C, SV2.6]

### 4.6.1 Data Quality and Quantity

[SR3.1, SR4.1]

The Chibuluma resource model is based largely on surface drill hole data collected between 1969 and 1975 by RST with limited data collected from underground drilling with the development of the underground mine. Additional information collected and used in the refinement of the resource model consists of underground mapping and channel sampling. This information is not included in the drill hole database.

About 100 drill holes, prefixed KLE, from the RST drilling were found to be proximate to Chibuluma South out of a combined database of 113 holes available within the area.

The current database contains 276 drill hole entries of which 97 are KLE holes from the RST drilling and the rest is made up of limited surface drilling and drill hole data collected from the underground developments together with channel sampling information. The count of holes is 138 prefixed KP, 7 prefixed CS, 33 prefixed CB and 1 prefixed UGCS.

There are limited down-the-hole surveys done on the RST holes with end-of holes varying from 35 m to 640 m and average 220 m. Also the underground holes are not routinely surveyed down-the-hole.

This has an impact on the spatial locations of the intersections of the mineralised zones and is reflected in the modelling discussed later in this section.

### 4.6.2 Verification of Historical Drilling

As a check on the integrity of the RST geological information, 8 of the original drill holes, (KLE 11, 16, 21, 51, 54, 61, 63 and 63a) were drawn from the Chamber of Mines core shed in Kalulushi and re-logged by a Chibuluma mine geologist shortly after acquisition by Metorex in 1997. The remaining half cores were selected to match as far as possible the original sampling widths, split into quarters and re-assayed at the ZCCM Technical Services Laboratory. The resulting grade distributions within the newly assayed cores were compared with the original grades. The grade distribution correlated extremely well with a +8 % grade variance in the re-assay.

Two holes were drilled by Metorex in 1998 to confirm previous intersections and local geology, and to provide material for metallurgical test work. Drill hole CS2 was drilled to twin KLE 2. Set up was adjacent to the collar and with the same inclination and azimuth. Drill hole CS3 served as an infill hole between original holes KLE 40 and 44. Holes were stopped in basement at depths of 140 m and 420 m respectively. Diamond drilling was carried out at NQ size (47.6 mm) and core was logged by mine geologists. Mineralised core was sampled at approximately 0.5 m intervals and assayed at the ZCCM Technical Services laboratory (now AH Knight Laboratories) in Kalulushi.

Both drill holes confirmed the depth and mineral distribution patterns indicated by earlier exploration drilling. Histograms of total copper in drill holes CS2 and KLE 2 are almost identical over core lengths of 16 m, with a grade of 3.6 % TCu in CS2 compared to 4.05 % TCu in KLE 2. However, drill hole CS2 has a further 6 m of mineralised core below this, half of which is low grade followed by 2.5 m with grades of up to 4.35 % TCu, implying additional mineable tonnage. Drill hole CS3 broadly confirmed the depth and distribution patterns of flanking drill holes KLE 40 and 44, and the grade of 3.34 % TCu over 29.3 m is similar to the overall grade of 3.38% TCu over 31.9 m of KLE 44.

The ZCCM Technical Services laboratory was not an accredited laboratory although it was used extensively by ZCCM prior to privatisation. There is limited information available as to the level of QA/QC carried out during this programme and whether any repeat samples were assayed by an independent referee. Until this can be verified in the form of a written document, it must be assumed that this was limited to the use of instrument calibration standards by the laboratory.

Whilst the new holes confirmed the presence of copper mineralisation as predicted in previous reports, they also highlighted the undulations of the footwall contact and the variation in mineral distribution across the orebody.

### 4.6.3 Sampling Method and Approach

[SR3.2, SR3.3]

There are no details on the sampling method and approach for the RST drilled holes.

### 4.6.4 Sample Analytical Methods

[SR3.3, SR3.4]

There are no details on the sample analytical methods adopted during the analyses of the RST drilled holes.

Analyses of the samples from verification work undertaken by Metorex in 1997 on the re-sampling the old core and the twin drilling of selected RST drill holes were done by AAS at the RST Research and Development Laboratory. The laboratory was not accredited during the period of the analyses.

The RST/ZCCM work was undertaken at the time when there was no emphasis on QA/QC and laboratory accreditation. This is included in the CPVR in the interests of transparency related to the historical activities.

The production reconciliation data (see Figure 4.8) provided by Metorex show good performance of the block model, which is based on these historical data supplemented with additional and more recent drilling.

### 4.6.5 Quality Assurance and Quality Control

[SR2.1, SR3.1, SR3.2, SR4.1]

No QA/QC procedures or results were available for the RST exploration drill holes.

No QA/QC information is available prior to 2009 for the surface and underground drilling and channel samples analysed at the company's laboratory at Chibuluma South mine. From January 2009 a total of 247 "blanks" have been inserted the sample stream as part of a limited QA/QC programme.

### 4.6.6 Geological Modelling

[SR4.1A(ii)(iv), SR4.1A/B, SR4.2A, SR4.2B]

The resource estimate for Chibuluma South Mine was conducted in-house using the Surpac version 6.1.3 geological and mine planning software package. The bench plans for the open pit and underground level plans to 350mL used in the 2008 estimate by IGS were used together with data from channel sampling and diamond drilling. The basement contact, orebody and the waste parting outlines used in the 2008 IGS estimate were updated with the new drill hole and channel sampling data. A combination of slices and drill hole/channel sampling intersections produced 3D wireframes. The orebody was projected up to and then truncated against the basement wireframe. The waste parting was modelled separately and projected through the orebody wireframe using the mapped horizontal slices as well as interpreted drill hole intersections at depth.

Where there is conflict in the contact position, channel sampling data was given precedence over underground drill hole data which was also given precedence over surface drill hole data. No changes to the basement surface were made. The orebody outline is based on an assay grade cut-off of 1% TCu.

A section through the orebody model is given in Figure 5.5. The orebody truncates against the basement in the north-east but moves away from the basement and eventually pinches out in the south west. The orebody model is well constrained in the areas close to the open pit, and in the mapping in the underground workings down to the 457m level. Below the current workings the orebody model is only defined by surface drill holes and while some variations in the exact geometry of the orebody are likely, they are not expected to be material.

The modelling of waste parting is done separately based on drill hole, channel sampling data and underground mapping.

### 4.6.7 Grade Estimation

[SR4.2]

An additional 4 219 samples were added to the Chibuluma database between December 2007 and November 2008, with the bulk of these samples representing underground channel samples. A total of 224 surface and underground drill holes and 9 channel crosscuts were used in the geological interpretation. Composites were selected within the modelled orebody envelope at a 1% TCu assay grade cut-off, and include surface, underground drill holes and channel samples.

For the purposes of geostatistical modelling and grade interpolation, all samples were composited to lengths of 1 m, with a minimum composite length of 0.75 m. A top-cut grade of 8.00 % TCu was applied. Sample statistics are presented in Table 4.5.

**Table 4.5: Statistics of capped 1 m composites**

| Item | % TCu |
|---|---|
| Number of samples | 2 789 |
| Minimum value | 0.01 |
| Maximum value | 8.00 |
| 25th Percentile | 2.18 |
| 50th Percentile (median) | 3.56 |
| 75th Percentile | 5.23 |
| **Mean** | **3.82** |
| Variance | 4.36 |
| Standard Deviation | 2.09 |
| Coefficient of variation | 0.55 |

The sample data is too exhaustive to be included in the CPVR. The table of statistics is included to show the range of values intersected within the samples selected for resource estimation. In the case of Chibuluma, this is a mature operation that has a history of production and that mitigates the requirement for drillhole intersections to be included.

The copper distribution is slightly positively skewed with a mean grade of 3.82% TCu and a median grade of 3.56% TCu.

The data was assumed to be a normal distribution to improve the variogram modelling. The variogram was created normal to the plane of the orebody. The experimental variogram along $0^{o}$ was chosen for spatial grade continuity analysis (Figure 4.7).




| srk consulting | **Metorex**<br>Chibuluma South Mine - %TCu variogram model in plane of mineralised zone | Project No. 453459 |
|---|---|---|

**Figure 4.7: Chibuluma South Mine - %TCu variogram model in plane of mineralised zone**

Parent blocks of dimensions 10 m x 5 m x 5 m in the X, Y and Z directions were filled inside the wireframe of the mineralised zone and the waste parting. The blocks were sub-celled for better control of the volumes at the contacts.

% TCu grades were estimated into the blocks using ordinary kriging and the capped composites within a search neighbourhood range of 300 m maximum, with a minimum of 2 and a maximum of 48 samples for estimating each block.

### 4.6.8 Validation of Estimates

The local estimate was visually validated by plotting 10 m vertical slices through the block model against the average of the composites within that slice (Figure 4.8).

It is noted that although the expected smoothening effect of kriging is observed, the locally variable grade distribution is reasonably well reproduced. A closer correlation exists where the number of samples is higher. There is no bias evident between the sample averages and the block model grades.




| srk consulting | Metorex<br>Chibuluma South Mine – swath validation of the %TCu estimates against the composites | Project No.<br>453459 |
|---|---|---|

**Figure 4.8: Chibuluma South Mine - swath validation of the %TCu estimates against the composites**

### 4.6.9 Resource Classification Matrix

[SR5.7B, SR7]

Metorex classified the Chibuluma South Mineral Resources into geological risk categories using the SAMREC Code definitions as a guideline. The Mineral Resources classification matrix was based on the range of the variogram models and the mining development, as set out in Table 4.6.

**Table 4.6: Classification criteria adopted for Chibuluma South**

| Classification | Distance from block centre to sample point, metres | Qualifying criteria |
|---|---|---|
| Measured | 0 - 40 | Blocks within a distance of two thirds of the sill variance<br>Additionally, blocks exposed by mining development are classified as Measured |
| Indicated | 40 - 60 | blocks within the range of the average variogram |
| Inferred | >60 | blocks beyond the range of the variogram |

Chibuluma South Mine stated that the resource estimates *for Chibuluma South Mine as a SAMREC compliant estimate must therefore be qualified on the basis of limited QA/QC data*. They further stated that "*In order to bring the resource estimate up to a fully SAMREC compliant standard, it is essential that the assay quality control programme recently instituted at Chibuluma South mine laboratory be strictly adhered to as a means of improving the confidence in all new assay results received*".

As a mitigation factor Chibuluma South considered the reconciliation of mineral resource estimates against mining tonnages and grades over the last 4 years as supportive of the estimates and providing confidence in the remaining resource estimates based on historical RST data (Figure 4.9).

Chibuluma South mine reconciliation data is based on exhausted stopes and compares the stope resources and reserves against the depleted stope tonnes and grade. The depleted tonnes are based on the truck tally by the mining department reconciled to milled tonnes.




| | | |
|---|---|---|
| srk consulting | **Metorex**<br>Reconciliation of stope resource and reserves against depleted reserves | Project No. 453459 |

**Figure 4.9: Reconciliation of stope resource and reserves against depleted reserves**

### 4.6.10 SRK Comments

SRK visited Chibuluma South mine in October 2012, toured the underground operations and held discussions with the geological and mine planning personnel from the mine. SRK also reviewed the data and the models on which the resource and reserves are based and made the following observations.

There are data quality issues that impact on the quality of the model and the estimates and this is demonstrated in Figure 4.10, which are sections along the path of drill hole CB7713.

In the top diagram of Figure 4.10, the % TCu colour coded drill hole CB7713 is superimposed on the wireframes of the mineralised zones (red) and waste parting (in blue). The spatial location of the waste parting wireframe is inconsistent with the % TCu grades in the drill hole.

The bottom part of Figure 4.10 shows the block model estimates in the vicinity of the drill hole CB7713. Whereas the block estimates honour the wireframe, they do not honour the drill hole intercepts or the tenor of % TCu intersections in the spatial locations.

This was discussed with Chibuluma South mine who indicated that the spatial locations of the mineralised zones are, in most cases and where information is available, based on the underground mapping and channel sampling information rather than the drill hole intercepts. This is mainly because of the lack of or inadequate down-the-hole surveys. Further, Chibuluma South mine indicated that the coded mineralised zone in the drill hole is used in the estimation into a wireframe generated from contacts from the underground pickups.

A consequence of this action is that some of the composites used in the estimation of the mineralised zones are spatially located outside the mineralised zone or within the waste parting. SRK considers this to be procedurally inaccurate and has the potential to result in inconsistent estimates. Metorex indicated that it accepts this on the basis that this was a work-around to compensate for the lack of accurate downhole survey for some of the historical drill holes.

Figure 4.11 shows the resource blocks within the LoM, colour coded with the average % TCu of a column of blocks within the mineralised zone represented by the block X and Y position. The average of the composite grades within the mineralised zone and within the superimposed drill holes is also colour coded on % TCu.




| srk consulting | **Metorex**<br>Section along drill hole CB7713 showing ore zone (red wireframe) and waste parting (blue wireframe) (top), and block estimates (bottom) | Project No.<br>453459 |
|---|---|---|

**Figure 4.10: Chibuluma South - Section along drill hole CB7713 showing ore zone (red wireframe) and waste parting (blue wireframe) (top) and block estimates (bottom)**




| srk consulting | **Metorex**<br>Resource blocks within LoM with average %TCu, compared drill hole composites | Project No. 453459 |
|---|---|---|

**Figure 4.11: Chibuluma South - Resource blocks within LoM with average %TCu, compared drill hole composites**

The following observations are made from the comparisons:

- There is concentration of drill hole data / channel samples in the centre of the LoM in the north-west (north of 8 400 m N) and also in the southern portion in the buttress with the open pit workings (south of 8 500 m N). The data density dissipates away from these nodes;

- In terms of grade distributions, generally the block estimates are consistent with the distribution of the composite grades in areas of high data density and less comparable in the fringe areas which appear to have been over-estimated;
- There are drill holes that are contained within the mineralised wireframe that do not contain copper mineralisation either as they were not sampled or are considered barren and not worthy of sampling.

From inspection of Figure 4.10, SRK observes that:

- Blocks are classified on the basis of proximity to a drill hole and annular rings are drawn around drill holes describing Measured, Indicated and Inferred as proportions of the variogram range.
- Isolated drill hole data points have annular rings of classification without accounting for proximity to other data points, geological continuity and grade domaining and continuity.

SRK is of the opinion that classification criteria should take into account the relationships between adjacent drill hole grade intersections, consistent with the SAMREC Code which requires that the locations are spaced closely enough to confirm geological and grade continuity. Isolated drill hole data points do not demonstrate continuity of any form and therefore cannot be used as a basis for classification.

Figure 4.11 (left diagram) shows the classification of the Mineral Resource blocks for Chibuluma based on the criteria adopted by Metorex and discussed above. The classification criterion of drill hole proximity is acceptable where there is minimal variability in the grade. The classification should be based on drill locations that are spaced closely enough for geological and grade continuity to be interpreted (illustrated in Figure 4.12, right diagram). SRK's revised classification for Chibuluma is shown in the right hand diagram of Figure 4.12.




| srk consulting | **Metorex**<br>Distribution of resource estimates according to classification – Chibuluma's drill hole proximity (left) vs SRK's drill hole spacing (right) | Project No. 453459 |
|---|---|---|

**Figure 4.12: Chibuluma – distribution of resource estimates according to classification - Chibuluma's drill hole proximity (left) vs SRK's drill hole spacing (right)**

The distribution of resource estimates according to the Metorex classification matrix for Chifupu Upper is shown in Figure 4.13. SRK is of the opinion that the mineral resources for Chifupu Upper should be classified as Indicated.



| srk consulting | **Metorex**<br>Distribution of resource estimates according to classification – Chifupu Upper | Project No.<br>453459 |
|---|---|---|

**Figure 4.13: Chibuluma – distribution of resource estimates according to classification – Chifupu Upper**

Figure 4.14 (left diagram) shows the classification of the Mineral Resource blocks for Chifupu Lower based on the criteria adopted by Metorex (Table 4.7). The classification criterion of drill hole proximity is acceptable where there is minimal variability in the grade. The classification should be based on drill locations that are spaced closely enough for geological and grade continuity to be interpreted (illustrated in Figure 4.14, right diagram). SRK's revised classification for Chifupu Lower is shown in the right hand diagram of Figure 4.14.



| srk consulting | **Metorex**<br>Distribution of resource estimates according to classification – Chifupu's drill hole proximity (left) vs SRK's drill hole spacing (right) | Project No.<br>453459 |
|---|---|---|

**Figure 4.14: Chifupu – distribution of resource estimates according to classification - Chibuluma's drill hole proximity (left) vs SRK's drill hole spacing (right)**

### 4.6.11 Audited Mineral Resources and Mineral Reserves

SRK has reviewed the classification of the estimated blocks in the LoM, excluding those blocks in the pillars. SRK's audited classification and statement of Mineral Resources and Mineral Reserves for Chibuluma South including Chifupu at 30 June 2013 is presented in Table 4.7. The resource modelling is based on a >1% TCu grade envelope. This is essentially a natural/geological grade cut-off governed by the limit of mineralisation and the orebody is typically a much higher grade.

The Mineral Resources are quoted inclusive of the Mineral Reserves. The discussion on the conversion of resources to reserves and the mine modifying factors used in the conversion is given in Section 4.9.

**Table 4.7: Chibuluma South including Chifupu – SRK Audited Mineral Resource and Mineral Reserve statement at 30 June 2013 at a 1% TCu cut-off**

| Classification | Mineral Resources Tonnes (Mt) | TCu grade (%) | Contained Cu (kt) | Classification | Mineral Reserves Tonnes (Mt) | TCu grade (%) | Contained Cu (kt) |
|---|---|---|---|---|---|---|---|
| **Chibuluma** | | | | **Chibuluma** | | | |
| Underground | | | | Underground | | | |
| Measured | 0.8 | 4.06 | 32.5 | Proved | 0.5 | 3.83 | 17.6 |
| Indicated | 0.8 | 4.58 | 36.6 | Probable | 0.9 | 3.95 | 35.4 |
| Inferred | 0.7 | 4.55 | 31.9 | | | | |
| **Buttress Pillars** | | | | **Buttress Pillars** | | | |
| Measured | 0.8 | 3.91 | 31.3 | Proved | 1.0 | 2.70 | 26.0 |
| Indicated | 0.4 | 3.85 | 15.4 | Probable | | | |
| **Sub-Total Chibuluma** | **3.5** | **4.22** | **147.7** | **Sub-Total Chibuluma** | **2.3** | **3.41** | **79.0** |
| **Chifupu underground** | | | | **Chifupu underground** | | | |
| Measured | | | | Proved | | | |
| Indicated | 1.3 | 2.68 | 34.8 | Probable | 1.1 | 2.12 | 22.4 |
| Inferred | 0.9 | 2.41 | 21.7 | | | | |
| **Sub-Total Chifupu** | **2.2** | **2.57** | **56.5** | **Sub-Total Chifupu** | **1.1** | **2.12** | **22.4** |
| **Total Chibuluma/Chifupu** | **5.7** | **3.58** | **204.2** | **Total Chibuluma/Chifupu** | **3.4** | **3.01** | **101.4** |

### 4.6.12 Reconciliation of Mineral Resources and Mineral Reserves

[SR8B(iv), SR8C(vi)]

The previous Mineral Resource and Mineral Reserve statement for Chibuluma was published by Metorex in its Annual Report for 2011. The Mineral Resources and Mineral Reserves at 31 December 2011 and at 30 June 2013 for Chibuluma are compared in Table 4.8.

**Table 4.8: Chibuluma South including Chifupu – Mineral Resources and Mineral Reserves Reconciliation - 31 December 2011 to 30 June 2013**

| Item | At Jun 2013 Tonnes (Mt) | At Jun 2013 Contained Metal Cu (kt) | At Dec 2011 Tonnes (Mt) | At Dec 2011 Contained Metal Cu (kt) |
|---|---|---|---|---|
| Mineral Reserves | | | | |
| Proved | 1.3 | 39.2 | 1.7 | 61.0 |
| Probable | 2.1 | 62.2 | 1.2 | 46.0 |
| Total Min. Reserves | 3.4 | 101.4 | 2.9 | 107.0 |
| **Mineral Resources** | | | | |
| Measured | 1.6 | 63.8 | 3.9 | 141.9 |
| Indicated | 2.5 | 86.8 | 2.3 | 87.1 |
| Inferred | 1.6 | 53.6 | 0.4 | 10.0 |
| Total Min. Resources | 5.7 | 204.2 | 6.6 | 239.0 |

The reliability of the geological data and resource estimates is reflected in the assigned classifications.

Historic performance and modifying factors for Chibuluma are set out in Section 4.9.

The changes in the Mineral Resourcesand Mineral Reserves for Chibuluma from 2011 to 2012 are attributed to:

- Mining depletion of 560 kt during F2012 and 274 kt in H1-F2013;
- Chifupu mine design and LoM plan completed and reserves added;
- SRK has modified the criteria applied in the classification of the resources.

It should be noted that there was some 1.2 Mt of material included in the LoM plan for Chibuluma, 0.7 Mt and 0.5 Mt from Chibuluma and Chifupu respectively, which have been removed from the Mineral Reserves as SRK had downgraded the resource classification of this material. This would extend the LoM for Chibuluma by approximately 2 years.

## 4.7 Rock Engineering

[SR5.4]

### 4.7.1 Geotechnical considerations

The general rock mass is highly weathered from surface to a depth of approximately 80 m. Above the orebody hangingwall, a competent amphibolite sill is present. The immediate hangingwall comprises calcareous sandstone to the north grading into a generally weaker argillite to the south. The orebody comprises quartzite, gritstone and conglomerate layers and, generally, is competent. The competent footwall consisting of siliceous and micaceous quartzites, grits and conglomerates hosts most of the development infrastructure.

The mining sequence is planned not to expose hanging wall argillite during ore body development. During stoping, the drill sequence is designed to leave a skin of ore, 0.5 m thick, against the argillite to maintain a competent hanging wall and reduce the risk of waste dilution.

Rock strength results obtained from laboratory testing are variable, but indicate that the orebody, footwall and basement rocks are generally strong with a uniaxial compressive strength of greater than 150 MPa. Three prominent, steep dipping joint sets (including the bedding) and a fourth random joint set have been identified. This structure creates a blocky rock mass and support systems have been designed using a combination of structural information and experience to reduce the potential for hanging wall and sidewall failures.

The near surface weathered zone forms an aquifer. Water occurs locally in the hangingwall (Upper Roan) and to a lesser extent in the fracture and joint systems of the immediate hangingwall, orebody and footwall quartzites. Dewatering has been undertaken by extending underground exploration holes into the hangingwall in areas where water has been encountered on an upper level. The majority of water encountered underground derives from short and long term drainage of backfilled stopes. The majority of water encountered underground derives from short and long term drainage of backfilled stopes.

Regional support for the Long Hole Stoping ("**LHS**") method consists of 4.5 m wide rib pillars, oriented along dip and spaced 11.5 m apart along strike (skin to skin spacing). Within any stope a pillar is over 11 m high with a height to width ratio of less than 0.4. After loading of ore, stopes are backfilled using cyclone classified tailings which provides lateral support to the pillars. The rib pillars are formed within each cut and superimposed on the previously formed pillars.

A critical element of the LHS method involves providing support to pillars by introducing backfill into stopes as soon as ore extraction has been completed. Cyclone Classified Tailings ("**CCT**") form the primary backfill product, which is reported to drain very efficiently and provide early support to the pillars. Bulkheads are constructed using an innovative geotextile bag system. CCT is supplemented by development waste when available.

Buttress pillars used previously in the cut and fill method will not be incorporated into the LHS method below 432mL.

The stope back within the 11.5 m wide rooms is supported with split sets to ensure the safety of personnel working in these excavations. No major rockfalls have been experienced, while this practice has been followed.

A number of rockfall incidents that have resulted in minor equipment damage and injury to two personnel, have been reported since January 2013. Currently Chibuluma has implemented a rockfall awareness campaign and is actively reviewing all support standards.

The LHS method is appropriate at the current depths, but may need to be modified for greater depth to cater for increased stress levels.

The portal for the primary access ramp has been constructed from the existing pit highwall, through highly weathered ground. This section of the ramp is well supported with steel sets, concreted timber shuttering and does not exhibit any significant deterioration. Mesh support has been installed on the highwall above the portal. Subsidence monitoring of the highwall above the portal is carried out. Split sets, which have been installed in the granitic footwall rocks of the 5 m-wide decline, generally are effective in controlling the blocky rock mass. The split set faceplates are monitored for signs of deterioration and indications of anomalous rock loading. There have been minor rock falls in the decline ramp primarily associated with weathered ground and faulting.

More recently a pattern of grouted rebar has been introduced in all long term excavations. Providing the quality of the grouting is controlled, this system will be more effective than split set support in the long term. The need for quality control has been identified and is being addressed.

Support and layout designs have been carried out by AMC in April 2006, June 2007 and December 2008. The 2006 design incorporates a wedge analysis for development excavations at various orientations, stope stability analysis using the Matthews/Potvin Stability Graph method and an empirical pillar analysis. SRK concurred with the conclusions and recommendations drawn from this analysis in an Independent Engineer's Report dated 8 November 2007. The design covers the current shallow portion of the orebody adequately. Support standards were drawn up taking into consideration the recommendations from the report. Additional support is installed on an ad-hoc basis where necessitated by local variations in ground conditions.

An in-house rock engineering service is available at Chibuluma South mine. Strata control functions are addressed on an on-going basis by in-house strata control and production staff, while rock engineering services are provided on a regular basis by external rock engineering consultants. This level of rock engineering services and input to mine planning and operation is considered adequate for this operation.

The 2008 report completed by AMC covers the re-evaluation of anticipated mining induced stresses using numerical modelling as well as physical rock mechanics aspects observed underground. The conclusions led to the revision of support recommendations and advice on optimising future mine planning.

The mining induced stresses used the 2008 report were calculated using the Examin Tab, a RocScience computer modelling program. The Hoek-Brown failure criterion was used for pillar evaluation. The analysis showed an increase in pillar stress as mining progressed and when panels between buttress pillars are completely mined out. The model assumed 4 m pillars and 14 m stopes. The current support standard for panels was also evaluated using the Phase2D RocScience program. This support incorporates 2.4 m split-sets at 1.5 by 1.5 m grid pattern as primary support and later with 6 m Swellex and 9 m hydrabolts at 1.5 m and 4.5 m on either side of the centre line of intersections.

It is presumed that the change to the LHS system will largely eliminate the risk associated with highly stressed buttress pillars. Closure of mining faces against the 432mL buttress pillar and abutments will however remain a risk.

No modelling of the revised LHS layout has been undertaken. In SRK's opinion, this exercise should be carried out to assist with understanding the interaction between mining faces, abutments and the 432mL buttress pillar and to identify any areas which may require additional support or a variation to the routine layout.

Development of the decline shaft system to access the Chifupu deposit has commenced with excavation of the box cut. A design for side and back wall slopes has been prepared and compared with slopes existing in the South Mine box cut.

Geological exploration has indicated that strata within the ore body sequence are similar to those encountered at South Mine. It can reasonably be expected that, for application of LHS, mining conditions will be similar to those experienced at South Mine.

### 4.7.2 SRK Comments

[SR6C]

The LHS method is appropriate at the current depths, but may need minor modifications at greater depth to cater for increased stress levels. Modelling of the revised LHS layout should be undertaken to examine the interaction between mining faces, abutments and buttress pillars and identify where support layouts may need to be changed.

The level of rock engineering services and input to mine planning and operation is considered by SRK to be adequate for Chibuluma.

SRK concludes that the LHS method is feasible in the prevailing mining environment. Detailed planning is essential to ensure that production and backfilling targets are achieved as the LHS method is implemented on a wider scale.

## 4.8 Hydrogeology and Hydrology

[SR5.4]

The comments which follow are based on a review of a CPR compiled by Metorex in 2010 and any additional hydrogeological data that may have been collected since that report. This review also aims to identify the most significant risks to ground and surface water, given the available data. No site visit was conducted as part of the hydrogeological review.

### 4.8.1 Baseline description

#### Surface Water

For Chibuluma South raw water is obtained from water pumped to surface and potable water is abstracted from the Kalulushi Stream.

#### Groundwater

- **Hydrogeological Units** – Besides stating that "the near surface weathered zone forms an aquifer" and "water occurs locally in the hybrid rocks and sporadic dolomites in the hangwall (Upper Roan) and to a lesser extent in the fracture and joint systems of the immediate hangingwall, orebody and footwall quartzites", no detailed description is given of the hydrogeological units.
- **Groundwater Use** - As far as could be ascertained from available data, no hydrocensus has been conducted around the Mine to capture information on existing drill holes, springs, dugwells, etc. The radius of the hydrocensus should be determined from the predicted radius of influence of both mine dewatering (water level drawdown) and groundwater contamination. Similarly, no numerical or hydrochemical modelling has been done to determine the predicted cone of dewatering or potential impact of contaminated groundwater (if any) on surrounding communities.
- **Groundwater levels and flow directions** - No groundwater contour map that indicates the groundwater flow directions could be found in the data provided to SRK.
- **Recharge** - No data available.
- **Water use and supply** - Chibuluma has built a water tank at a local village (Chief Nkana's village), and installed drill holes and hand pumps at the school and in the nearly communities.

  The report further states that the process plant and underground section uses 4 000 $m^3$ of water per day, which is supplied from a stream 3 km from the mine. Service water for the process plant is available from the clear water dam on surface (supplied from the underground section).

#### Water Quality

A report by Metorex, dated January 2010 notes the following:

- Mining activities at Chibuluma South have the potential of polluting ground water;
- Pollutants released on surface can impact on groundwater.
- Monitoring boreholes have been positioned both upstream and downstream of the site in order to monitor pollutants spreading from the site. Ground water monitoring at the mine is a commitment in the Chibuluma South Mine Environmental Management Plan of April 2009;
- Monitoring of the ground water should, ideally, continue even after closure of the mine.

AMC issued a report in 2012, in which sampling of standing pools in the stockpile area and different depths in Shaft 3 and 4 were done. Based on this work they state that the Co-concentrate is the obvious source of pollution of surface water, the underlying soils and most probably the underlying groundwater aquifer. AMC has therefore identified the stockpile area as a source of historical pollution. They note that all contaminated soil or waste rock samples have significant potential to generate acidic drainage with no or a very low neutralisation potential and the storage and release of acidity by secondary minerals can cause acid drainage to continue even after sulphides are depleted. The status of the groundwater in the area was not determined, but AMC expected that any receptor of seepage would be impacted upon. In their conclusions they predicted that the site would be unfit for residential or commercial use as it might pose serious health risks to humans even if the surface contamination is removed.

In March 2013 eight water samples were collected by Metorex and sent to Alfred H Knight laboratory for analysis. No comparisons against any standards were shown on the laboratory results. Since this is a once off

sample run and is not linked to any assessment of possible receptors it should not be used as an indication of potential risks and liabilities.

### 4.8.2 Groundwater Model

There is no evidence of conceptual and/or numerical groundwater models for the mine.

Surface water and groundwater monitoring have been identified by Metorex as necessary and which must be implemented. Although water samples are being collected by Metorex, no information was supplied to SRK to confirm whether a formal groundwater and surface water programme has been developed.

### 4.8.3 Legal Framework

The following licences related to water and waste, as required by Section 3.1.3 of the environmental authorisation, are in place:

- The Waste Management (licensing of Transporters of Waste and Waste Disposal Site) Regulations, 1993;
- The Hazardous Waste Management Regulations, Statutory Instrument No 125 of 2001;
- Pollution Control Regulations, 1994 (Pesticides and Toxic Substances); and
- The Water Pollution (Effluent and Waste Water) Regulations 1993 - license to discharge effluent (Regulation 5).

### 4.8.4 Risks to Surface and Groundwater

Chibuluma has water monitoring drill holes and monitors groundwater quality on a monthly basis. This is done internally, and no external report could be made available at the time of the site visit and assessment of trends could not be done. SRK understands external checking of monitoring and assessment of trends is now to be implemented, and included as a module in the mine's Environmental Management System. In addition, Metorex reports that external consultants have been commissioned to investigate the potential for Acid Mine Drainage ("**AMD**") and initial results indicate that there is a potential for AMD but that, post closure, the impact of this could be negated by rapid inflows of water.

Groundwater contamination at Chibuluma West can be expected, given soil contamination and seepage from the tailings dam that has been detected. The extent of this has not been quantified but ground water monitoring is taking place. Due to the nature of the sulphide ore mined, AMD can be expected.

Five monitoring drill holes were drilled upstream and downstream of the tailings dam at Chibuluma South. Concern was raised over possible groundwater contamination that may affect Kaputula Village, which is located approximately 500 m from the tailings dam. According to Metorex, arrangements are in place for people potentially affected by this to be moved.

Dewatering of the underground operations is being done at present. There is no indication in the information provided what the impact this may have on drawdown and other water users.

## 4.9 Mining Engineering

[SR5.4]

### 4.9.1 Introduction

***Chibuluma***

Chibuluma South mine commenced underground mining operations in 2005. The mine reached a production rate of 40 ktpm by June 2007 and has been operating since then at a production rate of between 45 ktpm and 50 ktpm. The mine is designed for use of trackless mechanised equipment for development, stoping and rock handling including hauling ore to surface. Equipment sizing is matched to the development dimensions. The ADT and Load Haul and Dump ("**LHD**") units are diesel powered, while the drill rigs are electro-hydraulically powered.

Secondary mining equipment includes the following items:

- Long hole hydro-power drill rig for drop raising of vertical development ends; and
- Mobile hydraulic rock breaker.

Pumping of dirty water to surface is via four Warman dirty water pumps with two dedicated pump columns. Underground ventilation is affected by three main axial fans located on surface.

Ongoing LoM planning is carried out as part of an annual planning cycle. Short term planning is carried out on-mine and monitored to ensure adherence to a strict mining echelon. On site discussions revealed that planning meetings are held monthly with planning and production staff in attendance. The mine plan is generated by the planning department and is then agreed to and signed by all present. SRK considers this to be a sound process.

LoM planning is based on a detailed 3-dimensional mine design with Gantt chart schedule. Chibuluma South mine uses Gemcom Surpac Version 6.1.3 software for all geological modelling and mine design, and the Minesched module for scheduling requirements.

***Chifupu***

The Chifupu deposit is located about 1.7 km south of Chibuluma. The deposit consists of two orebodies separated by a 23 m thick waste parting or barren quartzite. The ore bodies dip at approximately 40° with average thicknesses of 9 m and 15 m for the footwall and hangingwall ore bodies respectively.

The Chibuluma Mine Planning Department completed a feasibility study on the deposit in order for production from there to supplement tonnage from Chibuluma as Chibuluma nears the end of its life, currently planned for 2021, when the crown pillar is extracted. Development of a decline at Chifupu is planned to commence in the fourth quarter of 2013, with stoping commencing in 2015.

Sound Mining Solution (Pty) Ltd ("**SMS**") reviewed the Chifupu feasibility study (a copy of which was provided to SRK) and submitted a report entitled "*Chifupu Project Review*" to Metorex in June 2012. SRK has considered two subsequent reports, "*Chifupu Project - Technical Review Report"*, SMS Report SMS/081/13, March 2013 and "*Chifupu Project - Board Document Notes",* March 2013*"* in the compilation of this CPVR.

### 4.9.2 Access

***Chibuluma***

The Chibuluma mine is accessed via a single decline from the old pit. Figure 4.15 shows a view of the open pit and decline ramp portal from the base of the pit.

***Chifupu***

Chifupu is planned to be accessed by a single decline ramp from surface, development of the boxcut for the decline portal has already commenced. SRK understands that a trade-off study demonstrated the merits of this approach relative to utilising the existing underground infrastructure at Chibuluma. SRK was not provided with a copy of this study.

### 4.9.3 Mining method

***Chibuluma***

The Cu sulphide orebody dips at an average 38° and varies in thickness from a few metres to over 30 m, with a strike length generally over 200 m. Underground mining started at 70 m below surface, beneath the oxides and transitional zone. A crown pillar has been left between the open pit and underground excavations. Current development and stoping operations are taking place between 348 mL in the upper block and 516 mL in the lower block. Ramp development currently is at 550 mL.

The orebody closes off against a basement abutment at depths between 600 m and 650 m.

A Cut and Fill mining method has been applied to extract the majority of the orebody. LHS has been used in areas where the orebody is narrow or to extract the 7.5 m high buttress pillars where Cut and Fill mining approaches a mined out level above. These LHS stopes are also filled. A Post Pillar Cut and Fill ("**PPCF**") method was introduced into the 398 m L block in April 2009.

Chibuluma intends to extend the use of the LHS method to the majority of the orebody for the remaining LoM.

LHS spans are designed at 11.5 m and stopes are separated by 5.5 m pillars. The vertical stope height is 11.7 m. This approach is expected to reduce the ore reserve by 2% but to increase copper production by 11% as dilution from backfill and waste development is reduced substantially.



| srk consulting | **Metorex**<br>Chibuluma South Mine – the Chibuluma South pit showing the ramp decline portal | Project No.<br>453459 |
|---|---|---|

**Figure 4.15: Chibuluma South Mine – the Chibuluma South pit showing the ramp decline portal**

SRK reviewed a comprehensive report detailing the LHS method prepared by Chibuluma, which included recommendations to further increase confidence in the method as follows:

- additional numerical modelling of the layout and mining sequence to investigate stress changes on the centre access cross cuts;
- careful consideration of backfill sequencing and reticulation system requirements;
- further review of stope drilling layouts and blast designs to confirm their practicality and to minimise blast induced damage to rib pillars and stope backs.

SRK concludes that the LHS method has been trialled sufficiently and is feasible in the prevailing mining environment. Detailed planning is essential to ensure that production targets are achieved as the LHS method is implemented on a wider scale.

The PPCF method was selected on account of depth and resultant stress, width of orebody, availability of mining faces, pillar width-height ratio and extraction factor. The design for the method is 10.5 m wide rooms and 5.5 m pillars, and 5 m wide drives through pillars.

The orebody is mined in 40 m vertical sections as soon as they become available. Mining takes place from the bottom up, while development is from the top down.

Typical LHS and PPCF layouts are compared in plan (Figure 4.16) and section (Figure 4.17).




| srk consulting | **Metorex**<br>Chibuluma South Mine – conceptual plans for development and stoping designs – LHS (top) and PCCF (bottom) | Project No. 453459 |
|---|---|---|

**Figure 4.16: Chibuluma South Mine – conceptual plans for development and stoping designs – LHS (top) and PPCF (bottom)**

***Chifupu***

Because of the geometry and other physical characteristics of the Chifupu orebodies being broadly similar to Chibuluma, the cut and fill mining method proposed for Chifupu is the same as is practised at Chibuluma, with stopes being mined from the bottom towards the top of the orebody. The method is well understood at the mine so skills and equipment transfer could be utilised fairly easily. SMS noted, however, that more than one mining method may be appropriate, mainly because of the changing shape and width.

SRK understands that the mine has introduced a central access which entails starting stoping from the extreme fringes and retreating to the centre, thus improving the flexibility of the design.




| srk consulting | **Metorex**<br>Chibuluma South mine – schematic sections illustrating the mining method – LHS (top) and PPCF (bottom) | Project No.<br>453459 |
|---|---|---|

**Figure 4.17: Chibuluma South Mine – Schematic sections illustrating the mining method – LHS (Top) and PPCF (Bottom)**

Comment was made on the location of the main buttress pillar in a narrow HG portion the Chifupu orebody. In the redesign, the location of the pillar has now been moved from the 235 m L to a lower grade area on 227 m L.

The stope design is based on geotechnical parameters and the current operating experience at Chibuluma South Mine. The LHS method was selected due to its cost effectiveness and high levels of equipment productivity and is best described by means of illustrations.

Developing the reef drive on strike is the first stage of the mining process. Figure 4.17 illustrates the mining process starting from the development stage with the reef drive passing through the centre of the orebody. The reef drive has dimensions of 5 m wide and 4.5 m in height. Rib pillars are left in-situ every 10.5 m along strike. The rib pillars are 5.5 m in width according to geotechnical recommendations. The height of the stopes is 14.5 m. The next stage of the mining process includes sliping the stope at the height of the reef drive, to the width of the orebody. After the slot raise is developed, the slot is removed across the width of the orebody. The slot creates the free breaking face to mine the stope between the rib pillars. The final process includes the drilling and blasting, followed by loading.




| | | |
|---|---|---|
| srk consulting | **Metorex**<br>Chibuluma South mine mining process: top left- stope development phase, top right-reef drive sliping phase, bottom left- slot removal phase and bottom right-drilling and blasting phase | Project No.<br>453459 |

**Figure 4.18: Chibuluma South Mine – Schematic sections illustrating the mining process – top left-stope development phase, top right-reef drive sliping phase, bottom left- slot removal phase and bottom right-drilling and blasting phase**

### 4.9.4 Service infrastructure (ventilation, rock hoisting, men and material access)

***Chibuluma***

Access to the mine for men, material and utilities is through the decline ramp positioned from the bottom of the open pit as depicted in Figure 4.19.

Fresh air is downcast through the ramp and directed to all underground workings. A series of raises are mined in the footwall connecting between levels and finally to the 3.5 m diameter ventilation shaft bored from 113 m level to the open pit where three surface exhaust fans are located. The designed capacity of each surface fan is about 68 $m^3$/sec, at a static pressure of 2 kPa.

Currently, an average of 198 $m^3$/sec of fresh air is drawn into the mine using three surface fans at a static pressure of 1.9 kPa.

***Chifupu***

The decline ramp from surface (see Figure 4.19) will act as the main air intake airway for the underground mine. SMS considered that the exhaust raise, at 3 m x 3 m, was potentially too small in cross-section to cater for the mine's requirements. SRK understands that the excavation has now been increased to 4 m x 4 m, while internal raises are 3 m x 3 m. SRK understands further that a series of additional raises has also been added on the other side of the main access from decline to increase the exhaust capacity.




| srk consulting | **Metorex**<br>Chibuluma South mine – section view of proposed Chifupu mine design | Project No.<br>453459 |
|---|---|---|

**Figure 4.19: Chibuluma South Mine – section view of proposed Chifupu mine design**

The Chibuluma South Mine only has one decline ramp from surface and is meeting its production targets. The Chifupu Project has therefore been planned along similar principles and will have a lower production requirement compared to Chibuluma South Mine. The single decline ramp for the Chifupu Project is therefore considered adequate.

SMS also noted that the main ramp be moved closer to the orebody in order to reduce the amount of waste development. While SRK has not seen the design, SRK understands that the ramp is now 45 m to 55 m away from the orebody.

### 4.9.5 Modifying factors and mining efficiencies

***Chibuluma***

Historical performance has been used to determine dilution factors. The dilution for F2010 and for F2011 was 16% and for the first five months of 2012 has been 12%.

Dilution in the H1-F2013 was 23% relative to a budget of 21%. The high dilution is largely a function of weak ground in the hangingwall on the southern extension of the orebody, mucking of waste-rock/backfill during production and the waste parting. Support and close monitoring of the filling sequences is anticipated to bring the dilution down in the LoM. According to the LoM production schedule, dilution is planned to rise to 28% for 2014 and remains in the 24% to 30% range for the rest of the LoM, an approach that SRK considers to be appropriate.

The modifying factors applied to convert mineral resources to mineral reserves are 28% dilution factor and 88% extraction factor.

***Chifupu***

The modifying factors applied to convert mineral resources to mineral reserves are 21% dilution factor and 88% extraction factor.

### 4.9.6 Development and production schedule

***Chibuluma***

The decline ramp is planned to advance at 40 m per month. Intermittent pumping and ground problems are currently being experienced and may impact on this advance rate. The ramp is currently on the 541 m L and is being advanced to the 566 m L (Figure 4.20).

A production rate of about 50 ktpm is planned from two mining blocks at any one time. Each block is scheduled at 25 ktpm. Currently production arises from the 398 m and 457 m L blocks. The upper 314 m L block is being exhausted and the 457 m L block is its replacement. The mine staff realised that to maintain production at this level requires higher availability and utilization of the equipment than was being previously achieved and for this reason the mine recently upgraded its haul fleet from 30 t to 40 t capacity units.




| srk consulting | Metorex<br>Chibuluma South Mine – schematic section illustrating the Cut and Fill mining method | Project No. 453459 |
|---|---|---|

**Figure 4.20: Chibuluma South Mine – schematic section illustrating the Cut and Fill mining method**

***Chifupu***

The Chifupu development schedule calls for the development of 210 m during the first 12 months of development. At this point development will be at a depth of 66 m below surface (40 m deep boxcut plus 26 m vertical advance in decline). The RAW is positioned at 70 m below surface, and from that point onwards, the development advances at 90 to 110 m per month with two-end availability (RAW and the decline). SRK considers this reasonable.

Ore development at Chifupu is planned to commence in September 2014, with production from stopes slated to begin in 2016. Total tonnage from Chifupu peaks at 401 ktpa in 2018 (328 ktpa ex stoping).

The combined production schedule for Chibuluma and Chifupu is set out graphically in Figure 4.21. Total production from the two mines is shown to cease in 2019. It should be noted that there was some 1.2 Mt of material included in the LoM plan, 0.7 Mt and 0.5 Mt from Chibuluma and Chifupu respectively, which was

removed from the Mineral Reserves as SRK had downgraded the resource classification of this material. This would extend the LoM for Chibuluma by approximately 2 years.




**Figure 4.21: Chibuluma South Mine – combined production schedule for Chibuluma and Chifupu**

The Proved and Probable Mineral Reserves of 3.4 Mt at 3.01% Cu support a 6.5-year LoM plan at a steady-state production rate of 560 ktpa.

### 4.9.7 Manpower

The Chibuluma manpower complement associated with mining activities consists of management and supervision to direct and control the mining activities, production personnel, technical support services and engineering support personnel. The total complement is approximately 227 people.

### 4.9.8 Capital and Operating Costs

Chibuluma has provided a breakdown of the mining capital expenditure from F2013 to F2015 as set out in Table 4.9. The capital for the decline and underground development at Chifupu in preparation for mining is included.

**Table 4.9: Chibuluma – Mining Capital Expenditure – H2-F2013 to F2015**

| Mining | Units | H2-F2013 | F2014 | F2015 |
|---|---|---|---|---|
| Development | (USDm) | 1.97 | 2.85 | 2.85 |
| Raise development | (USDm) | 0.02 | | |
| U/G electrical | (USDm) | 0.19 | 0.19 | 0.14 |
| Power generation | (USDm) | | 0.01 | |
| Mining equipment (mechanized) | (USDm) | 3.90 | 8.63 | 5.18 |
| Other mining projects | (USDm) | 0.37 | 2.41 | 0.40 |
| Chifupu Cu project | (USDm) | 2.47 | 3.84 | 7.79 |
| **Total Mining** | **(USDm)** | **8.92** | **17.93** | **16.36** |

The unit mining costs per tonne of RoM ore (excluding manpower) at Chibuluma forecast for H2-F2013 and remainder of LoM are respectively:

- Mining including Technical Services USD13.34/t USD13.73/t;
- Mining engineering USD15.79/t USD15.75/t;
- Transport of Chifupu ore (estimated) USD2.50/t.

The budgeted mining cost for F2013 showed a 3.1% overall increase relative to the forecast mining cost for, F2012, which is seen to be reasonable. The budgeted mining operating costs for H2-F2013 to F2015 are set out in Table 4.10.

**Table 4.10: Chibuluma – Mining Operating Cost – H2-F2013 to F2015**

| Mining Costs | Units | H2-F2013 | F2014 | F2015 |
|---|---|---|---|---|
| Production | (USDm) | 3.7 | 7.4 | 7.4 |
| Technical Services | (USDm) | 0.0 | 0.3 | 0.3 |
| Mechanical Engineering | (USDm) | 0.0 | 0.1 | 0.5 |
| Ore transport (Chifupu) | (USDm) | 4.4 | 8.8 | 8.8 |
| Salaries & wages | (USDm) | 3.5 | 6.9 | 6.9 |
| **Total Mining Opex** | **(USDm)** | **11.7** | **23.5** | **23.9** |
| Unit mining cost | USD/t RoM | 41.66 | 41.91 | 42.67 |

### 4.9.9 SRK Comments

Ongoing LoM planning is carried out as part of an annual planning cycle. The short term mine plan is generated by the planning department on the mine and is then agreed to and signed by all planning and production staff in attendance at a monthly meeting. SRK considers this to be a sound process.

SRK concludes that the LHS method has been trialled sufficiently and is feasible in the prevailing mining environment. Detailed planning is essential to ensure that production targets are achieved as the LHS method is implemented on a wider scale.

The Chifupu development schedule calls for the development of 210 m during the first 12 months of development. At this point development will be at a depth of 66 m below surface (40 m deep boxcut plus 26 m vertical advance in decline). The RAW is positioned at 70 m below surface, and from that point onwards, the development advances at 90 to 110 m per month with two-end availability (RAW and the decline). SRK considers this reasonable.

## 4.10 Mineral Processing

[SR5.5]

### 4.10.1 Introduction

The Chibuluma concentrator was commissioned in 2000. Originally copper oxide and copper sulphide ores were treated. The % copper recovery and silica content of the copper oxide ore made it uneconomical to treat and currently only copper sulphide ore is treated.

The concentrator is currently receiving ore from the Chibuluma South section. The ore supply from the Chibuluma West section ceased in April 2005. The concentrator rated capacity is 48 ktpm. The average treatment rates for F2012 and H1-F2013 were 46.4 ktpm and 45.7 ktpm respectively, at average grades of 3.46% and 3.25% Cu and overall Cu recoveries of 96.5% and 96.3% resepctively. The budget for H2-F2013 allows for an average grade of 3.52% Cu and a 96.0% Cu recovery. The ore reserve report states an average of 3.04% Cu for LoM, which reflects the influence of the lower grade Chifupu ores.

### 4.10.2 Metallurgical Testwork

The bulk of the total Cu is derived from bornite while contributions from chalcocite and chalcopyrite are subordinate. Bismuthunite occurs as an intergrowth with bornite and increases with depth. Bismuth in the Cu concentrate attracts a smelter penalty at levels greater than 300 ppm. Currently, bismuth levels in the concentrate are at 1 000 ppm to 1 200 ppm. This mineralogical relationship is unique to Chibuluma South in the context of other Zambian Copperbelt mines.

Carollite and native Cu are minor contributors to the total Cu while the contribution from Co oxides in the form of malachite or chrysocolla remains negligible. The gangue mineralogy is composed of mostly quartz and feldspars with comparatively minor micas and carbonates. Other gangue constituents are negligible.

Laboratory test work indicates that the concentrator should expect recovery for Chifupuu ores. This is in line with current performance at Chibuluma South mine, and the LoM recovery rate.

Additional metallurgical testwork on 6 drill core samples showed that the Cu recovery for Chifupu ore would be 93% (versus 96% of Chibuluma), but yield a lower concentrate grade. The mineralogical analysis revealed that:

- The copper sulphides, which account for the acid insoluble copper, were represented by major chalcopyrite, subordinate bornite and minor to negligible chalcocite and carrolite,
- The copper "oxides" which were responsible for the acid soluble copper, were negligible,
- The pyrite and pyrrhotite content was negligible,
- The gangue mineralogy was similar in all the samples with the major gangue constituents, being quartz/feldspars. Micas and carbonates were minor while other constituents were negligible.

This mineralogy confirms that this material can be successfully processed by the current Chibuluma flow sheet.

### 4.10.3 Process Description

The simplified process plant flow sheet for Chibuluma is described in the following section and shown in Figure 4.22.

The ore from the South section is stockpiled on a ramp with a capacity of 20 kt. The ore with a size grading of -700 mm is fed by front-end loader directly into a jaw crusher. The product from the jaw crusher is –100 mm and is further crushed by the Hazemac impact crusher to a size of 60% -13.5 mm. This product is then deposited on a 6 kt tonne capacity stockpile. This crusher increased the concentrator capacity from 42 ktpm to 48 ktpm. The crusher can be operated in or out of circuit.

A series of conveyors feed a secondary cone crusher (which acts as a standby unit for the Hazemac impact crusher) via a vibrating scalping screen. The scalping screen undersize and the secondary crusher products are fed to a sizing screen which is in closed circuit with a tertiary cone crusher.

The product from the sizing screen is 85% –13.5 mm and is deposited on a 3 kt capacity stockpile. A conveyor fitted with a weightometer feeds a 20 t mill feed bin and two mill feeder conveyor belts fitted with weightometers feed the two ball mills at a similar rate. A cyclone is in closed circuit with each mill. The cyclone overflow is 52-55% -75 µm and feeds directly into the first rougher flotation cell. The flotation chemicals (collectors), Sodium Normal Propyl Xanthate ("**SNPX**") and Potassium Amyl Xanthate ("**PAX**"), and the frother Beta-froth are added. A combination of rougher, middling, scavenger and cleaner flotation cells produce a Cu concentrate with a grade of 46.0% Cu.

The concentrated is de-watered in a thickener and pumped to a filter press. The overflow from the thickener is recycled to the process water tank. Water from the tailings dam is also returned to the process water tank. The fresh water make-up comes from a local stream located 3 km from the processing facility. The concentrate with a moisture content of 10% is deposited on a stockpile. Trucks take the concentrate to the Chambishi Copper Smelter ("**CCS**").

The tailings from the plant go through a backfill plant with a cyclone arrangement. The cyclone underflow (20% -75 µm) is re-deposited underground with the overflow (60% -75 µm) to the tailings dam.

The single largest constraint in the process plant is the milling capacity with the two ball mills running at approximately 20% over their designed capacity. The milling plant utilisation runs at 95% with availability at 90%, giving overall plant running time of 85.5%.




**Figure 4.22: Chibuluma Plant Simplified Flow Sheet**

### 4.10.4 Metallurgical Balance

The metallurgical balance was sourced from the F2013 Budget presentation and 18-month working capital forecast. The budgeted figures for H2-F2013 to F2015 are compared to the actual results for F2010 to F2012 and H1-F2013, as set out in Table 4.11.

**Table 4.11: Chibuluma – Historic and Budget Metallurgical Balance**

| Item | Units | F2010 Actual | F2011 Actual | F2012 Actual | H1-F2013 Actual | H2-F2013 Budget | F2014 Budget | F2015 Budget |
|---|---|---|---|---|---|---|---|---|
| Ore feed – Chibuluma | (ktpa) | 552.1 | 559.8 | 556.8 | 274.0 | 281.2 | 540.1 | 369.3 |
| Ore feed - Chifupu | (ktpa) | | | | 0.0 | 0.0 | 20.8 | 191.6 |
| | (ktpm) | 46.0 | 46.7 | 46.4 | 45.7 | 46.7 | 46.7 | 46.7 |
| Feed Grade | (% Cu) | 3.46% | 3.46% | 3.46% | 3.25% | 3.52% | 3.54% | 2.94% |
| Plant recovery – Cu | (%) | 94.3% | 95.0% | 96.5% | 96.3% | 96.0% | 95.9%% | 95.0% |
| Recovered Cu conc. | (ktpa) | 36.8 | 40.7 | 40.6 | 18.9 | 20.9 | 41.6 | 34.6 |
| Cu in Concentrate | (% Cu) | 48.9% | 45.2% | 45.9% | 45.5% | 45.8% | 45.8% | 45.8% |
| Smelter recovery | (%) | 95.6% | 95.8% | 96.3% | 96.5% | 96.5% | 96.5% | 96.5% |
| Payable Cu produced | (ktpa) | 17.1 | 17.5 | 17.9 | 8.3 | 9.2 | 18.4 | 15.3 |

Based on past performance, the Concentrator should be able to handle the budgeted tonnage for H2-F2013 to F2015 (see Figure 4.22). The forecast plant feed grade is in line with historical results, except for the reduced figure in F2015 which arises from the inclusion of ore from Chifupu.

The copper recovery is set in the budget at 96.0% and 93% for Chibuluma and Chifupu ores respectively (Figure 4.23). During F2012 and H1-F2013, this recovery was achieved and with the spare flotation cells available, the concentrator should be able to maintain this recovery. The target % Cu in concentrate for H2-F2013 to F2015 has been regularly exceeded in the past, so this should be readily achievable.

Penalties are payable to CCS, where the concentrate is smelted under a toll treatment agreement, on % insoluble components, % moisture and % bismuth. The % Bi is the main factor responsible for penalties. The Bi penalty is dependent on the Bi level at the time, but is on average USD16/dmt of concentrate

Manual samples are taken for the metallurgical accounting samples. Automatic sample cutters have been included in the capital budget for F2013.

The analytical work is performed by on site with an Atomic Absorption Spectrophotometer and an electrolytic analyser is used for the concentrate copper grade determinations. Monthly composite exchange assays are done with Alfred Knight and SGS Laboratories.

The accounting is done by means of tonnes of feed recorded on the feed conveyors, a spear sample of the cyclone overflow and Cu content of the concentrate. The concentrate is weighed out of the concentrator. The mass and % moisture recorded by the smelter is taken as the accounting data. The mass and % moisture recorded by the smelter is taken as the accounting data.

SRK suggests that Chibuluma expand the metallurgical balance and calculate a % Plant Call Factor and an un-accounted Cu content.

### 4.10.5 Costs

**Capital Cost Budget**

The capital cost budget at Chibuluma for H2-F2013 to F2015 is set out in Table 4.12. This includes capital carried over from F2012.

SRK is satisfied that the capital budget reflects all the major items required to sustain the metallurgical operation.




| srk consulting | Metorex<br>Chibuluma – Historic and Budget - Ore feed and Cu Head grade (top) and Cu recovery and Cu grade in concentrate (bottom) | Project No. 453459 |
|---|---|---|

**Figure 4.23: Chibuluma – Historic and Budget - Ore feed and Cu Head grade (top) and Cu recovery and Cu grade in concentrate (bottom)**

**Table 4.12: Chibuluma Plant Capital Cost Estimate**

| Processing Plant | Units | H2-F2013 | F2014 | F2015 |
|---|---|---|---|---|
| Concrete Thickener Road | (USDm) | | 0.06 | |
| Procurement of Pump Floatation | (USDm) | | 0.02 | 0.02 |
| Tails Dam HDPE | (USDm) | | 0.03 | |
| Procurement of Automatic Samplers | (USDm) | | | 0.04 |
| Replacement of cyclone Outer Casings | (USDm) | | 0.05 | |
| Optimization & Sustaining of recovery | (USDm) | 0.03 | 0.08 | 0.05 |
| Analytical Equipment | (USDm) | | 0.03 | 0.03 |
| TSF resettlement | (USDm) | 0.10 | 0.55 | |
| **Total plant capex** | **(USDm)** | **0.13** | **0.81** | **0.14** |

### Operating Cost

The unit plant operating cost per tonne of plant feed at Chibuluma forecast for H2-F2013 and remainder of LoM are respectively:

- Process plant operations USD2.80/t USD2.88/t;
- Metallurgical engineering USD8.95/t USD9.53/t.

The budget plant operating cost for F2013 showed an increase of 6.2% relative to the actual cost for F2012, which is seen to be reasonable. The budgeted plant operating costs for H2-F2013 to F2015 are set out in Table 4.13.

**Table 4.13: Chibuluma Plant Operating Cost Estimate**

| Process Plant/Metallurgy | | H2-F2013 | F2014 | F2015 |
|---|---|---|---|---|
| Production | (USDm) | 0.8 | 1.3 | 1.3 |
| Backfill plant | (USDm) | 0.0 | 0.1 | 0.1 |
| Mobile equipment maintenance | (USDm) | 0.3 | 0.5 | 0.5 |
| Engineering | (USDm) | 2.2 | 5.3 | 5.3 |
| TSF | (USDm) | 0.0 | 0.1 | 0.1 |
| Salaries & wages | (USDm) | 1.4 | 2.6 | 2.6 |
| **Total Plant opex** | **(USDm)** | **4.8** | **10.0** | **10.0** |
| Unit plant cost | (USD/t feed) | 16.88 | 17.84 | 17.84 |

### Off-mine / Realisation Costs

The off mine / realisation costs comprise transport, smelting, refining, realisation charge and penalties. The transport and smelting costs are applied to the concentrate tonnage. The refining cost and realisation charge is calculated on the payable copper after smelting. The penalty is a percentage applied to the gross sales revenue and is dependent on certain impurities and moisture content of the concentrate sent to the refinery.

The off-mine / realisation costs for Chibuluma for H2-F2013 to F2017 are shown in Table 4.14.

**Table 4.14: Chibuluma Mine – Off-mine / realisation costs for H2-F2013 to F2017**

| Item | Units | H2-F2013 | F2014 | F2015 | F2016 | F2017 |
|---|---|---|---|---|---|---|
| Transport costs | (USDm) | 0.4 | 0.9 | 0.7 | 0.7 | 0.7 |
| Smelting/refining/realisation costs | (USDm) | 7.5 | 14.9 | 12.4 | 12.5 | 12.6 |
| Penalties | (USDm) | 0.4 | 0.8 | 0.6 | 0.6 | 0.6 |
| Total off-mine/realisation costs | (USDm) | 8.3 | 16.5 | 13.7 | 13.9 | 14.0 |

## 4.10.6 SRK Comments

- Development of the Chifupu copper sulphide deposit will supply additional ore, extending the LoM of Chibuluma;
- The metallurgical balance can be accepted, as it is in line with actual results of the past few years. The major assumptions are:
  - The feed grade must be realised.
  - The recoveries of 96% and 93% for Chibuluma and Chifupu ores resepectively should be feasible with the additional flotation cells introduced into the circuit as envisaged.
- The operating and capital cost estimates for the plant look realistic in view of past performance and envisaged enhancements to the operating process. Allowances are made for critical spares.
- The risks identified are:
  - Metorex indicated that the Chifupu ore has more chalcopyrite compared to the Chibuluma South orebody, but this has been factored into the Chifupu evaluation;
  - Engineering maintenance competency- The maintenance system is being developed on the Delta platform and critical and strategic spares are available on site;;
  - The concentrator crushing circuit is a single line plant. A breakdown of any of the major equipment pieces can stop the whole plant. The two stockpiles in the plant provide some buffer. Metorex

confirmed that it will give attention to improve the availability of critical equipment such as the crushers and conveyors;

- The stockpiles are a source of dust. Metorex has confirmed that dust suppression measures will be implemented as required;
- Increasing the back fill production to meet the mining requirements.

## 4.11 Tailings Storage Facilities

[SR5.6]

### 4.11.1 Vegetation and Rehabilitation

No untoward phenomena were seen with regard to the physical condition of the Chibuluma Tailings Dam. No toe-line seepage, cracking, bulging, sagging due to differential settlement or wet spots were observed. The outer side slopes of the starter wall and the rising tailings outer wall have been mulched in areas, grass sods and tree planted with limited success, bearing in mind the site inspection took place at the end of the dry season and as the vegetation is not irrigated. With the onset of the summer rains the vegetation coverage might improve.

During the previous 2 years, outer catchment paddocks were installed around the entire perimeter of the facility to minimise side slope erosion migrating into the surrounding environs, which were built using labour intensive methods with labour being sourced from the neighbouring communities.

### 4.11.2 Geometry

The top operational surface area of the tailings dam is approximately 15 ha, has a current maximum height of approximately 22 m and is operated using a day wall paddock and basin configuration. Underground backfill is currently being practised, that results currently in 70% to 75% of the 48 ktpm of tailings produced reporting to the tailings dam facility. Approximately 43% of the tailings deposited on the tailings dam has a -75µm grading. In the LoM plan, it suggests that 50% of the total tailings stream will report as underground backfill. SRK has assessed the LoM tailings dam storage requirements on both the 30% and 50% backfill requirements. The pool is operated within the confines of a pool wall and wing walls. The pool was relatively large in relation to the available basin. Freeboard was adequate and the condition and operation of the catwalk structure and decant structure meets industry requirements. The dam has adequate freeboard and the majority of the day walls were dry, indicating good deposition strategy.

### 4.11.3 Seepage

Even though no toe-line seepage was observed, the historical minutes indicate that seepage has been observed in the past necessitating the installation of sub-surface seepage collection drains to the western and most recently to the south western flank. Subsurface drains and piezometers are read on a monthly basis and results uploaded into the SSMS's standard risk management system. Generally the tailings dam facility is in good condition. Nevertheless, continual good operational and monitoring procedures must be maintained at all times.

### 4.11.4 Pumping and Distribution System

The tailings pumping and distribution system is adequate with no constraints.

### 4.11.5 Return Water

The Tailings Dam complex does not contain an adequately sized RWD complex. All supernatant water, storm water and collected seepage water either report into an unlined silt trap dam, which is highly silted and covered with reeds, or directly into the small HDPE lined RWD. Both the silt trap and the HDPE lined RWD are desilted on a regular basis and evidence of this is present adjacent to the dams. Overflow water from the silt trap dam, when operational, gravitates directly into a small HDPE lined dam from where the recovered water is pumped back to the plant. Observations made during the site inspection confirmed that the HDPE lined dam has some degree of tailings siltation, while the penstock outfall pipe discharge point located immediately upstream of both dams was almost completely submerged as a result of the high water level in the HDPE lined return water dam.

One of the contributing factors to why the HDPE lined RWD is subjected to siltation is due to the development of informal fines (tailings) storage containment facilities to the south of the tailings dam and the installation of a storm water cut-off drain to the outside of the overburden dumps which capture and transport all side slope

erosion into the return water dam complex. It is reported that the informal fines (tailings) storage facilities contain HG material that will be ultimately processed through the plant. However these facilities consist of pushed up, possibly uncompacted, containment walls, no under-drainage system nor formal decanting water system or formal protected spillways, therefore any major storm event could, and has, resulted in the breaching of the perimeter wall/s that in turn allows uncontrolled release of fines/tailings into the silt trap dam and the HDPE lined water dam. Any major storm event will, and has, resulted in dirty water being released into the clean water dambo located to the south of the HDPE lined dam and silt trap dam. During the inspection at the end of the dry season, the HDPE lined return water dam was overflowing, via a V notch weir, into the dambo at an estimated rate of 50 litres/second with virtually no freeboard on the return water dam. The overflow water was not clear indicating some sedimentation, however, historical documentation reviewed stated "*Effluent from the return water dam is tested monthly and complies with Zambian discharge standards - constant PH of 7 is required*". Underground water and return water exceed the plant requirements and continued overflow into the clean water dambo will continue.

### 4.11.6 Capacity and Rate of Rise

Based on the expected LoM tonnage, assuming that between 30% and 50% of the tailings stream will be used for mine backfill, the existing Tailings Dam has the capacity to cater for a worst case scenario of 70% of the expected LoM tonnage reporting to the tailings dam based on a target dry density of 1.6 $t/m^3$. It is therefore imperative that all future operations ensure that a minimum of 30% of all tailings produced reports as underground backfill. The tailings dam is not expected to rise more than 18.0 m over the projected LoM above the current top surface elevation. The termination rate of rise would be approximately 2.15 m/annum and the termination day wall to basin ratio would be in the order of 1:5.5, all of which is acceptable. As the dam approached termination elevation the management of the tailings dam will become more difficult and additional supervision and stability investigations will be required.

### 4.11.7 Capital and Operating costs

The capex that should be allowed for the desilting of the HDPE lined water dam, repairs to the HDPE lining, the construction of additional sub-surface seepage collection drain and if required buttressing the side slopes of the tailings dam towards the end of life of the facility is USD1.0 million.

The tailings depositional operating costs, including the internal tailings dam operators would be approximately USD0.15/t - USD0.20/t. This would equate to an annual opex of USD0.1 million.

### 4.11.8 SRK Comments

SRK has reviewed the current Chibuluma Mine tailings disposal system and is of the opinion that there is sufficient capacity on the Chibuluma tailings dam to accommodate the 4.83 Mt of tailings from the Chibuluma Mine Concentrator for the projected 9 years LoM.

The tailings dam is currently being operated by apparently competent mine personnel and is reviewed annually by the external designer.

No inspections were made of the old historical (Chibuluma North) tailings dam located approximately 10 km north of the Chibuluma South tailings dam.

## 4.12 Infrastructure and Engineering

[SR5.6]

The general layout of the surface infrastructure is shown in Figure 4.24.

### 4.12.1 Bulk Services

**Electrical Supply**

CEC installed an 11.5 km 66 kV overhead transmission line to Chibuluma in 2000. The mine steps this supply down to 11 kV at its

main consumer substation. The power supply from CEC and ZESCO has recently been upgraded and is a stable, reliable supply to the operations.

Chibuluma South mine has an adequate power supply to ensure continuous operations. In addition to an 11 kV CEC grid connection supplying up to 5 MW power to the mine, the mine has recently procured two backup diesel generators capable of producing 2 MW which is sufficient to provide emergency power for underground

ventilation fans and pumping. In the event of a power failure, the crushing and milling sections are not normally operated. The present site maximum demand, obtained from recent CEC monthly electrical bills, is 3.36 MW, relative to the Nominated Maximum demand which is declared at 3.5 MW. This is close to incurring under-declaration penalties from CEC, and will need to be closely monitored in future.

The mine has a power factor of 0.85, which is low compared to a world class set up and should be 0.97 to 1.0. The engineering team is planning to improve on this with installing power factor control equipment in the future. The new main pump station due to be commissioned on 483 Level will add around 370 kW to the existing site load. This coupled with 4 new final tailings pumps, new surface buildings, new Telecoms room, new ladies change house and new tyre workshops is likely to result in Maximum demand being exceeded and penalties being charged by CEC.

SRK understands that an amendment to the power supply agreement with CEC was signed which extended the term of the agreement by ten years from October 2012 to October 2022. Chibuluma should consider negotiating an increased declared maximum demand to 5 MW, especially in light of the planned electrical load increase outlined above.




| srk consulting | **Metorex**<br>Chibuluma South Mine – surface infrastructure layout | Project No.<br>453459 |
|---|---|---|

**Figure 4.24: Chibuluma South Mine – surface infrastructure layout**

### Electrical infrastructure

The main sub-stations on surface and underground are well designed and constructed, with all main (HT) switching sub-stations switched remotely on surface from outside the sub-stations, which takes away the risks associated with switching activities. SRK endorses this initiative, as it shows that the engineering management team is serious about safety to its workers.

The equipment generally consists of Steelcor supplied vacuum breaker switch-gear, ring main units and 630 kVA mini-substations. The only exception to this standard is a set of old "Yorkshire" vacuum breakers,

which have become obsolete with spares no longer available for ongoing maintenance. The engineering department plans to replace this in the near future.

The transformer oils are sampled and tested for insulation properties and water content on a 6 monthly basis, for all surface and underground transformers. Also, this is further enhanced with 6 monthly injection tests on all the HT switchgear on site.

The mine has upgraded its surface and underground electrical infrastructure over the last 2 to 3 years.

**Bulk water supply**

The process plant and underground section uses 4 000 $m^3$ of water per day. This is supplied from the Kalulushi stream 3 km from the mine which in the 9 years of operation at Chibuluma South has always delivered. Four reservoir tanks with a total capacity of 600 $m^3$ have recently been installed on the mine to mitigate pump failure or downtime related to pipeline maintenance. Service water for the process plant is also available from the clear water dam on surface (supplied from the underground section) should it be required. The surface dam is also supplemented with additional water from the tailings dam return and 3 drill holes on the site.

The surface treatment plant has recently been upgraded and potable water was available to the work force from 18 October 2012.

The engineering team has recently purchased HDPE cutting and welding equipment and trained operators to make up piping on site. This ensures that pipes and fittings are available when required at a much cheaper price.

### 4.12.2 Underground pumping system

The mine dewaters up the decline in staged pumping to the plant surface water storage dams. Each pump station is equipped with four Warman PCH 150 centrifugal pumps fitted with 185 kW drive motors. Initially the dirty water sumps were horizontal, and due the high volumes of suspended solids reporting to the sumps, resulting in the fines building up in the sumps. The maintenance teams struggled to keep the sump fines build up away from the pump suction pipes, which resulted in poor pumping performance and premature pump failures of bearing housings due to high levels of cavitation. The mine engineers redesigned the sumps, recently commissioning a series of 29 m long, 6 m diameter vertical sumps, that are agitated to reduce fines build up in the base of the sumps, the pumping operations have been drastically improved by the introduction of the vertical sumps-which has increased pumping volumes due to improved pump suction pressures and better pump availabilities due to the improved suction heads and no cavitation due to pump blockages on the suction side.

### 4.12.3 Backfill system

A cut and backfill mining method is used to extract the bulk of the ore-body, with mining taking place in vertical 40 m sections which are mined from the bottom upwards. To achieve this and ensure flexibility of mining operations, the mine operates a backfill plant that uses classified tailings as the fill material. The average daily placement of backfill has improved significantly to around 900 tpd due mainly to the employment of an experienced backfill specialist. The daily placement rates prior to engaging the backfill specialist were in the region of 250 - 400 tpd.

The main operational challenge presently is the premature wearing out of the delivery columns from the plant on surface to the underground sections. The pipes are installed at various degrees of inclination, with horizontal sections on the working levels. The changes in inclination are seen as a major contributor to pipe failures. In September 2012, the mine replaced 42 6-m long pipe sections of 75 mm bore piping, at a cost of around USD2 500.

Work is underway, to find an alternative pipe to the HDPE used presently. SRK advised that Chibuluma should consult with Patterson and Cooke, based in Cape Town, South Africa, to gain guidance on alternative pipes. They are the leaders in flow testing and specifying pipes that will guarantee laminar flow in the distribution lines.

The backfill specialist is also planning to send backfill directly to the working levels via a vertical drill hole, which will significantly shorten the delivery columns and the number of changes in line inclination. SRK supports this initiative.

### 4.12.4 Underground mobile equipment

The mine owns and operates its own fleet of underground equipment, comprising:

- Toro 6m³ front end loaders ("**FELs**") 5;
- EJC 533 truck 1;
- Toro 40 t ADT 7;
- single boom drill rig 5;
- long hole drill 2.

As a general comment, the equipment appeared to be well maintained with very little, if any, damage seen to the machinery. The stopes did have a lot of pooled water present on all the working levels from its backfilling operations, and recent torque convertor and transmission failures on loaders and trucks were as a result of water ingress into the units. The water on the roadways will adversely affect the tyre life on machinery. SRK suggests that a better road drainage system is implemented and operated in the main haulages and panel access roadways.

The mine has both surface and underground workshops fully equipped to support the maintenance effort on the mobile plant. The underground workshops are for minor repairs and are supplemented with a fully equipped hose repair bay. The hose crimping equipment and associated consignment stock for hoses and fittings is managed by a hose supply company. Monthly stock checks confirm the monthly usage and agreed on by the mine and the contractor, prior to the monthly invoice being sent through to the mine. This system undoubtedly reduces equipment downtime waiting for a replacement hose to be delivered from surface. In addition to this, the hose specification and length can be exactly copied, ensuring that the 'as built' hose routing is not altered with incorrectly sized hoses.

All machine services are carried out on surface, with 125 hour, 500 hour and 1 000 hour services carried out in the surface workshops. All main component replacements are carried out in the surface workshops.

The main production machines receive a full overhaul after 17 000 hours of operation. This allows a second operating life for the production machines of 14 000 hours, after which time the machine is sold to third parties.

### 4.12.5 Planned maintenance systems

Planned maintenance ("**PM**") runs a detailed time-based preventative maintenance plan, based on the experience of running and maintaining the equipment at Chibuluma. The Delta system is used here, but is suffers with the lack of reporting on engineering aspects outlined for Ruashi (see Section 4.12.4). Historical reporting of work done on equipment by work centre is presently not possible.

The engineering department does report on individual equipment costs. This information is used to run a very detailed operational replacement indicator ("**ORI**") whereby the operating hours since commissioning and the monthly operating costs are combined to indicate the optimum operating hours (Life of equipment) for each piece of main underground production equipment. The ORIs for the entire fleet are used to drive the 4 year capital replacement strategy. Asset management of equipment and major component tracking is used, but needs improving. In terms of utilising the Delta CMMS, Chibuluma is well advanced when compared to Ruashi.

An indicator of how effective the scheduled PM plans are - is the equipment availability. The processing plant availability is between 85% and 96%. The production equipment availability for drills, loaders and dump trucks are consistently above the planned budget of 80% which is a very good performance when benchmarked with other mechanised mines.

### 4.12.6 Capital and Operating Costs

The engineering and administration capital budget for Chibuluma for H2-F2013 to F2015 is set out in Table 4.15.

**Table 4.15: Chibuluma Mine – Engineering and Administration Capital for H2-F2013 to F2015**

| Engineering | Units | H2-F2013 | F2014 | F2015 |
|---|---|---|---|---|
| **Engineering** | | | | |
| Workshop equipment | (USDm) | | 0.06 | 0.04 |
| Concentrator engineering | (USDm) | | 0.19 | 0.07 |
| Ball mill | (USDm) | | | 0.30 |
| Roads | (USDm) | 0.12 | 0.18 | 0.18 |
| **Total engineering** | **(USDm)** | **0.12** | **0.43** | **0.59** |
| **Administration** | | | | |
| IT, systems, equipment | (USDm) | 0.05 | 0.15 | 0.11 |
| Surface vehicles | (USDm) | | 0.22 | 0.15 |
| SHEC | (USDm) | 0.09 | 0.31 | 0.02 |
| **Total administration** | **(USDm)** | **0.14** | **0.68** | **0.27** |

The unit surface engineering cost at Chibuluma is budgeted at USD1.34/t plant feed, which is line with the actual cost for F2012. Engineering costs associated with mining and the processing plant are handled in the respective sections above.

The budgeted administration and infrastructure costs for Chibuluma for H2-F2013 to F2015 are shown in Table 4.16.

**Table 4.16: Chibuluma Mine – operating costs – administration and infrastructure (F2013)**

| Item | Units | H2-F2013 | F2014 | F2015 |
|---|---|---|---|---|
| Salaries and wages (1) | (USDm) | 8.1 | 16.3 | 16.3 |
| Administration / HR / security | (USDm) | 1.9 | 4.0 | 4.0 |
| Power | (USDm) | 1.0 | 2.1 | 2.1 |
| SHEC | (USDm) | 0.1 | 0.3 | 0.3 |
| Management fees | (USDm) | 1.2 | 2.5 | 2.5 |
| Mine hospital | (USDm) | 0.0 | 0.0 | 0.0 |
| **Total admin costs** | **(USDm)** | **11.2** | **22.6** | **22.6** |

1 includes the salaries and wages for mining and plant

### 4.12.7 SRK Comments

The present site maximum demand, obtained from recent CEC monthly electrical bills, is 3.36 MW, relative to the Nominated Maximum demand which is declared at 3.5 MW. This is close to incurring under-declaration penalties from CEC, and will need to be closely monitored in future.

The mine has a power factor of 0.85, which is low compared to a world class set up and should be 0.97 to 1.0. The engineering team is planning to improve on this by installing power factor control equipment in the future. Metorex advised that the power situation is closely monitored on a daily basis to ensure the peak demand limit is not exceeded.

Chibuluma is planning to send backfill directly to the working levels via a vertical drill hole, which will significantly shorten the delivery columns and the number of changes in line inclination. SRK supports this initiative.

As a general comment, the equipment appeared to be well maintained with very little, if any, damage seen to the machinery. The stopes did have a lot of pooled water present on all the working levels, and recent torque convertor and transmission failures on loaders and trucks were as a result of water ingress into the units. The water on the roadways will adversely affect the tyre life on machinery. SRK suggests that a better road drainage system is implemented and operated in the main haulages and panel access roadways.

## 4.13 Logistics

[SR5.6]

Currently all the Cu concentrate produced at the Chibuluma South Mine is sold on a custom basis to the CCS operators. Chibuluma South Mine negotiates an annual road transport contract with a third party who is responsible for providing the vehicles and the security guards to guard the daily shipments.

It was reported that no major problems have been encountered with the road transport of the Cu concentrate to the CCS, with the exceptions of the odd breakdown or flat tyres. The independent contractor has sufficient roadworthy transport vehicles, as the current contractor also provides a similar service to other mines in the Zambian Copperbelt area.

The approximate road haulage distance, one way, between the Chibuluma South Mine and the Chambishi Smelter is 50 km and with approximately 3 500 tpm of 47% Cu concentrate containing a moisture content of 9%, the transport costs would equate to around USD100 000 per month. This method of transportation does not pose any risk to the Chibuluma South Mine.

As part of the concentrate purchase agreement of the Chibuluma South Mine Cu concentrate, the Chambishi smelter operator is responsible for the disposal of the tailings residue for the smelter operation.

## 4.14 Human Resources

[SR5.3, SR5.4C, SR5.5C]

### 4.14.1 Operating Structure

The year-end audit pack for Chibuluma showed that there were 615 permanent employees in service at December 2012. In addition, there were 207 casual and contract workers engaged at Chibuluma Mine.

The distribution of the permanent employees within the different departments is shown in Table 4.17.

### 4.14.2 Mine Complement

The budgeted mine complement for F2013 to F2015 is set out in Table 4.17. This shows that Chibuluma plans to reduce the number of casual and contract workers relative to that employed during F2012.

The distribution of the permanent employees within the different departments is shown in Table 4.17.

Chibuluma transferred the mine hospital and all staff to the Zambian government during H1-F2013, hence the reduction in hospital staff in F2014 as shown in Table 4.16.

### 4.14.3 Productivity Assumptions

The productivity statistics for Chibuluma are estimated at 62 tonnes processed per TEC per month and 2.0 tonnes of copper cathode per TEC per month (see Table 4.17).

**Table 4.17: Chibuluma Mine – Mine complement for F2013 to F2015**

| Department | | F2013 | F2014 | F2015 |
|---|---|---|---|---|
| Mining | | 245 | 245 | 245 |
| Processing | | 77 | 77 | 77 |
| Engineering | | 145 | 145 | 145 |
| Administration | | 50 | 50 | 50 |
| SHEC | | 30 | 30 | 30 |
| Hospital | | 23 | 0 | 0 |
| Trainees | | 8 | 8 | 8 |
| Exploration/projects | | 38 | 38 | 38 |
| Permanent Employees | | 616 | 593 | 593 |
| Casuals/contractors | | 168 | 161 | 161 |
| **Total mine establishment** | | **784** | **754** | **754** |
| **Productivity indices:** | | | | |
| RoM ore | t/TEC/month | 59.6 | 62.0 | 62.0 |
| Cu produced | t/TEC/month | 1.9 | 2.0 | 1.7 |

### 4.14.4 Termination Benefits

Information provided to SRK suggests that the termination benefit payable in Zambia is determined as two months' salary for every year of service. SRK queried this with Metorex as this seems to be excessive, but no

confirmation has been received whether this is indeed the case. Metorex advised that the calculation will be reviewed on an annual basis to ensure that adequate provision and funding is in place.

Metorex advised that its estimated termination benefit at closure was around USD7.0 million. This is much less than the annual salary bill at Chibuluma. Accordingly, SRK has set the termination benefit at closure to be equal to the annual cost for salaries and wages.

### 4.14.5 SRK Comments

SRK has reviewed the methodology used by Metorex to estimate the termination benefit at Chibuluma. SRK notes that the calculations assume employees reaching the age of 55 years retire and no termination benefit becomes necessary. The calculations further assume that these retirees are replaced by contract workers for which no termination liability exists. This is contrary to Metorex's stated aim of maintaining its skills base for longer, during which time it is hoped that additional resources can be located and proved (refer Section 8.2).

SRK has set the termination benefit at closure to be equal to the annual cost of salaries and wages, which is greater than the figure estimated by Metorex. The risk that this may be understated is therefore considered to be low.

## 4.15 Occupational Health and Safety

The discussion on SHEC Policy and group-wide safety statistics is set out in Sections 3.15.1 and 3.15.2 above.

### 4.15.1 Quarterly SHEC Reports

**Safety**

To gauge how successfully the SHEC policy and systems have been implemented, the safety performance statistics for Chibuluma for F2010 to F2012 are shown in Table 4.18.

SRK reviewed the Q3 and Q4 quarterly SHEC reports of F2012 and the following points were noted:

- There were 6 non lost time injuries and 4 lost time injuries for the last six months of F2012. Although this is an improvement over the previous year, SRK feels that the level of accidents of this nature is still too high, given the scale of the operation;
- The Lost time accidents are of concern, with three of the four lost time accidents occurring underground under unsupported ground. In these accidents, employees and contractors broke critical basic mine rules, which tends to suggest that workers are not working safely. The incidents were fully investigated by management and necessary corrective actions reinforced. Metorex advised SRK that the government inspector was satisfied with the standard of safety at Chibuluma.

**Table 4.18: Chibuluma Mine – Safety Indicator Statistics F2010 to H1-F2013**

| Safety indicator | Total F2010 | Total F2011 | Total F2012 | Total H1-F2013 |
|---|---|---|---|---|
| PTO | 318 | 1 730 | 2 349 | 1494 |
| NLTI | 15 | 10 | 12 | 6 |
| LTI | 8 | 9 | 4 | 4 |
| TRI | 23 | 19 | 16 | 10 |
| RI | 5 | 7 | 3 | 2 |
| LD | 71 | 562 | 57 | 59 |
| F | 0 | 0 | 0 | 0 |
| LTIFR (No/mmh) | 3.7 | 4.2 | 2.2 | 4.4 |

Legend to safety indicator descriptions:

PTO planned task observations carried out;
NLTI non-lost time injuries (accidents);
LTI lost time injuries;
TRI total recordable injuries;
RI reportable injuries (>14 days off work);
LD lost days due to accidents, not able to return to work
F fatality

The number of planned task observations carried out in the work place by supervisors and managers has increased. However, the number of lost time accidents and lost days due to accidents has unfortunately increased. Three of the four lost time injuries in 2013 were a result of fall of ground incidents underground. This

problem is receiving priority attention and special interventions have been implemented to prevent a continuance of this negative trend.

The safety statistics in F2012 had improved and reflected the efforts on the part of the supervisors and managers. However, there has been a negative trend in safety statistics in H1-F2013, with efforts underway to bring about improvements in safety performance.

SRK recommends that management concentrate their efforts on employees' behavioural aspects towards safety and health in the work place. This needs to include more safety awareness and risk awareness in the work place. This particular aspect could in future be set up as part of the work based auditing and planned task observation processes currently carried out by management and supervisors.

SRK has been appraised by Metorex that policies and management systems to educate employees on workplace health and safety have been put in place.

### Health

The sick leave days reported have remained steady when compared to F2012. However, the VCT and malaria cases have increased in H1-F2013 (Table 4.19).

**Table 4.19: Chibuluma Mine – Health Indicator Statistics 2011 to H1-F2013**

| Safety indicator | Total F2011 | F2012 | | | | | H1-F2013 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Q1 | Q2 | Q3 | Q4 | Total | Q1 | Q2 | Total |
| Medical Examinations | 4 821 | 1 354 | 887 | 1 170 | 1 229 | 4 640 | 1728 | 1453 | 3181 |
| Sick Leave Days | 1 293 | 323 | 255 | 212 | 300 | 1 090 | 319 | 232 | 551 |
| New TB cases | 1 | 2 | 0 | 1 | 1 | 4 | 1 | 1 | 2 |
| New HIV/Aids cases | 35 | 3 | 7 | 3 | 0 | 13 | 0 | 1 | 1 |
| VCT | 452 | 4 | 75 | 106 | 0 | 185 | 172 | 3 | 175 |
| Malaria cases | 121 | 41 | 18 | 0 | 14 | 73 | 23 | 22 | 55 |

### Environment

Metorex reported that the increase in Level 1 environmental incidents year on year from F2011 to F2012 was due to improved identification of incidents and reporting.

### Community

There had been an increase in community incidents at Chibuluma during F2012 related to illegal tree-cutting.

## 4.15.2 Site visit observations

Generally, the mine equipment appeared to be well maintained, with few safety issues seen during the visit. The following are seen as safety risks:

- The main operational challenge presently is the premature wearing out of the delivery columns from the backfill plant on surface to the underground sections. The pipes are installed at various degrees of inclination, with horizontal sections on the working levels. The changes in inclination are seen as a major contributor to pipe failures. In September 2012, the mine replaced 42 x 6 m long pipe sections of 75 mm bore piping, at a cost of around USD2 500/month. Work is presently underway, to find an alternative pipe to the HDPE pipes used. The failure of backfill underground can create dangerous conditions in travelling ways and access ways. The mine's backfill specialist is also planning to send backfill directly to the working levels via a vertical drill hole, which will significantly shorten the delivery columns and the number of changes in line inclination. SRK supports this initiative.
- As a general comment, the equipment appeared to be well maintained with very little, if any, damage seen to the machinery. The stopes did have a lot of pooled water present on all the working levels that can result in tyre life, due to cutting and sidewall damage. SRK suggests that a better drainage system is implemented and operated in the main haulages and panel access roadways.
- All electrical sub-stations are switched remotely on surface. This is a commendable approach and demonstrates a commitment from management with regards to safety of persons.

## 4.15.3 SRK Comments

SRK recommends that management continues to concentrate its efforts on employees' behavioural aspects towards safety and health in the work place. This needs to include more safety awareness and risk awareness

in the work place. Metorex advised that policies and procedures are in place to educate employees on workplace health and safety and monitor compliance.

The level of total reportable injuries has increased in 2013 and needs to be targeted as part of a safety drive, to ensure that the rest of this year does not see the same levels of reportable injuries.

With health, the sick leave days reported have remained steady when compared to F2012. However, the VCT and malaria cases have increased in H1-F2013.

## 4.16 Environmental

[SR5.2B/C]

### 4.16.1 Regional Setting

Chibuluma South is situated in a rural area with 86 households comprising over 400 people living on the lease area while Chibuluma West and East is adjacent to the town of Kalalushi with industrial activities in the area. The mine employs some 600 people full time as well as 200 contractors. All staff lives in Kalalushi.

### 4.16.2 Project Description

#### Chibuluma South

The pit at Chibuluma South is 30 m deep, about 550 m long and 210 m wide at its maximum. The open pit sump acts as a sedimentation pond which settles solids from slope runoff during the rainy season. Clear water is pumped to the surface settling pond for further settling and used as raw water in the plant. Excess water is discharged to the natural environment. Storm water cut-off drains and bund walls have been constructed around the open pit perimeter to prevent surface run-off flowing into the pit.

Tailings is disposed of on a ring dyke tailings dam which has a footprint area of some 25 ha.

Potable water for Chibuluma South is abstracted from the Kalulushi stream. Water from the RWD at the tailings dam is returned to the process water system or discharged into the Nseleki stream. The EMP makes provision for the treatment of this water if necessary.

#### Chibuluma West

De-commissioned infrastructure which has been addressed in a Closure Plan for Chibuluma West includes 2 tailings dams, a waste rock dump, old stockpile areas and Kalalushi Business Park. The latter incorporates redundant mine infrastructure that has been purchased for the development of the business park.

The total tailings dam footprint area is some 55 ha of which more than 40 ha is not vegetated. The height of the larger of the two dams is 7 m and the EMP identifies ponding water on the dam as a risk to its stability. Storm water runoff control measures therefore have to be planned and implemented, in addition to rehabilitation measures which will be required for air pollution control.

The rock dump footprint area is approximately 2.5 ha while old low grade stockpiles cover an area of some 13 ha and the plant area requiring rehabilitation covers an area of nearly 6 ha. Apart from these areas, the EMP states that soil contamination affecting certain other areas has been remediated but the closure plan provides for soil contamination studies in other areas, notably the old stockpile area and the area within the Kalalushi Business Park.

### 4.16.3 Potentially Material Environmental risks

Metorex acknowledges that rehabilitation costs could increase if ground water pollution problems are encountered. The possibility that water treatment following mine closure may be required therefore represents a significant potentially material liability. The significance of this potential risk has been reduced by the proactive financial provision, by Metorex on a group wide basis, for possible post closure water treatment.

### 4.16.4 General Observation Regarding Environmental Management

According to the 2012 SHEC report, sulfides in waste rock and in-situ rock in the underground workings pose a risk of AMD. An existing water treatment plant at Chibuluma West 7 Shaft area is being rehabilitated to treat water from 5 Shaft. Metorex advised that Nkana Water (state owned water utility) will manage this treatment plant with the intention of using the water for domestic use and distribution. Low pH water in 4 Shaft is noted as a concern. Effluent quality leaving the mine at the control point is monitored but a more intense monitoring

programme would provide a better understanding of impacts on the mine site. Metorex indicated that the extent of the pollution and treatment methods are being evaluated by AMC.

Observations during the site visit confirmed that there is a positive water balance and that discharges to the stream are common if not continuous. In addition to water abstracted from the river, process water is recycled as much as possible and water is made underground. Because of the excess water, use is made of settling dams which receive this water prior to its release but these are unlined dams of insufficient capacity. Local people use water flowing out of the RWD for the irrigation of vegetables.

It is reported on the mine that no problems with salinity or heavy metals content are experienced for water discharged from the mine. Results made all refer to the water quality at the mines effluent discharge control point, the Emerald Road Bridge. Compliance at this point will not necessarily address possible liabilities associated with other discharges, such as the overflow at the RWD.

Storm water management systems require, and are receiving attention.

Re-vegetation of the tailings dam at Chibuluma South is continuing. It was observed during the site visit that the need for this has been recognized and acted upon by the mine. While this is generally a routine matter, it has some significance in that dust is an issue that has been raised by stakeholders in the vicinity of the tailings dam. It is not expected to have a significant impact on the overall environmental liability in the light of the approved RAP and the fact that land has been made available by a local chief.

### 4.16.5 Potentially Material Social Risks

No potentially material risks were identified in this review.

### 4.16.6 General Observations Regarding Social Considerations

People living in close proximity to the TSF at Chibuluma South have expressed concern regarding impacts, including air quality and possible AMD. A RAP has been approved for the resettlement of these people and a local chief has made alternative land available for the purpose. Metorex reports that the mine has embarked on the RAP process. There are 80 households involved who reside in close proximity to the tailings dam. A budget of US$1 million has been set aside for this purpose. The suitability of this land for agriculture is being determined. Indications are therefore that this issue can be satisfactorily addressed. No other social issues have been identified.

Metorex reports that there are currently no land claims over Metorex mining properties.

#### Legal Compliance

A draft EIA for Chibuluma South has been submitted to the Zambian Environmental Management Authority ("**ZEMA**") for consideration. It is unlikely that there will be any problems associated with permission to mine. Environmental licences for 2012 had been issued by ZEMA.

The RAP for Chibuluma South with respect to the community in proximity to the tailings dam is approved.

It is SRK's view that provided the mine adheres to the remedial measures and obligations of the EIA, there should be no reason that would prevent the MR from being renewed. This does not constitute a legal review and SRK does not make any claim or state any opinion as to the ability of the mine to obtain or renew the necessary permits. It must also be noted that this opinion by SRK does not imply that the mine is in strict compliance with all the requirements of the EIA or other permits.

The EIS for Chifupu was approved in June 2013

### 4.16.7 Mine Closure Planning and Cost Estimate

[SR5.2C]

Mine closure costs have been estimated by AMC for both Chibuluma West (including Chibuluma East) and Chibuluma South. SRK used AMC's itemised cost estimates to develop spreadsheets in order to make certain adjustments to the estimates, which are discussed separately below. AMC deducted amounts of USD119 000 and USD264 000 from the gross closure cost estimate for Chibuluma South and West respectively, as a reduction to reflect work already completed. While this work is clearly of some benefit and the mine SHEC department is clearly committed to the rehabilitation work, onsite observations did not indicate that all work carried out was of a sufficient standard to provide comfort that the rehabilitation achieved would be maintenance free and hence possibly need to be redone on closure. It is SRK's view therefore, that it would be prudent not to apply this correction and the figures quoted below are the gross cost estimates.

Other differences between the AMC cost estimate and the reworked calculations are attributable to the following:

- Differences between the unit costs for re-vegetation of the tailings dams and waste rock dumps as calculated by AMC and SRK.
- Inflation at 5%.
- The re-vegetation costs for the tailings dams and waste rock dumps are based on labour intensive hand planting, without the use of topsoil. Consideration of the provision for topsoil at Ruashi suggests that this requirement could increase the re-vegetation cost by up to 60%. At Chibuluma the haulage costs are likely to be less than that but a provision of 50% of the re-vegetation costs has been allowed for.
- The contingency has been increased from 10% used by AMC to 20% to be consistent with that applied for Ruashi.

A provision of 30% of the total to cover EPCM costs which were not included in the AMC estimate.

**Chibuluma South**

The total closure cost estimate by AMC in 2011 amounted to some USD1.9 million. The closure cost estimate obtained by reworking the AMC estimate as described above is USD4.1 million.

**Chibuluma West**

The total cost estimate by AMC in 2011 amounted to some USD1.3 million. The closure cost estimate obtained by reworking the AMC estimate and taking into account the differences noted above is USD2.9 million. This figure includes a 10% contingency, which is also included in the AMC report.

**Chibuluma East**

No cost estimate has been seen for Chibuluma East. Based on the finding that the legal opinion obtained in this respect has been shown to be incorrect, a provision of USD1 million is proposed to address this deficiency. SRK did not visit Chibuluma East and has no way of calculating a more accurate estimate.

**Total cost and residual risk**

The possibility that on-going water treatment may be required in the post closure scenario and that closure liabilities at Chibuluma East may be greater that the provision suggested, remain a risk. Omissions identified by SRK in the report are regarded as possibilities and not certainties. Of these, in terms of environmental risk, ongoing water treatment following closure is regarded as potentially material. Neither the likelihood nor the quantum associated with this risk can be ascertained at this stage. The mine is actively assessing the situation regarding ground water contamination and has implemented measures for its control in the operational phase.

Metorex has a group-wide provision for post-closure water treatment of around USD5 million. In SRK's experience, this figure is likely to be considerably more. In the absence of any proper evaluation of the extent (quantities) and severity (pH or TDS) of water to be treated, SRK has in agreement with Metorex increased this provision for post closure water treatment to USD25 million for the group for evaluation purposes, of which USD5 Million is allocated to Chibuluma.

SRK's total closure cost estimate for Chibuluma, is therefore USD13.0 million.

## 4.17 Material Contracts

### 4.17.1 Concentrate Sale Agreement

[SR5.8]

Chibuluma sells all its copper concentrate to CCS. The agreement covers the period from 21 December 2012 to 20 December 2013 and can be extended by mutual agreement.

Chibuluma is required to provide quarterly forecasts of concentrate tonnes to CCS and to endeavour to deliver concentrate evenly on a monthly basis.

The concentrates should be free of deleterious impurities that would prevent CCS from employing its smelting and refining process. Maximum acceptable contents in the sulphide flotation concentrate are specified for moisture content, insoluble ($SiO_2$ and $Al_2O_3$) As, Bi and Se. Penalty charges are levied on each daily lot of concentrate where the content of As, Pb, Zn, Bi, Hg, Se and moisture exceeds prescribed values.

The price paid for the final copper content after smelting and refining is a percentage of the LME Grade A settlement price as published in the London Metal Bulletin (published by Metal Bulletin Journals Ltd), less

treatment and refining charges according to the 2013 Annual Benchmark between concentrate producers and custom smelting companies in Japan. Chibuluma receives credit for final agreed Au and Ag content subject to certain deductions and realisation charges.

Payment for the contained copper is made in Zambian Kwacha, with Standard Chartered Bank's 5-day average buying and selling exchange rate used to convert USD invoice value into Zambia Kwacha.

### 4.17.2 Power Supply

[SR5.7, SR5.8]

SRK understands that an amendment to the power supply agreement with CEC was signed which extended the term of the agreement by ten years from October 2012 to October 2022. Chibuluma should consider negotiating an increased declared maximum demand to 5 MW, especially in light of the planned electrical load increase outlined above.

## 4.18 Financial Model

The key TEPs from the Chibuluma FM are summarised in this section.

### 4.18.1 Financial / Economic Criteria

Incorporated into the Chibuluma FM are the following financial / economic criteria:

- The final deliveries in terms of a hedging contract were made in F2012. There are no hedging contracts in place for F2013;
- Capital allowances for tax purposes were recently changed so that capital expenditure in any given year can be offset against income at 25% per year for that plus the following three years;
- Metallurgical recovery for Cu for Chibuluma ore is set at 96.0% for H2-F2013, in line with the actual for F2012 and H1-F2013, and kept at this level for the LoM. A 93% Cu recovery is applied for Chifupu ore;
- The concentrate grade was set at 45.8% Cu in F2013, in line with the actual for F2012, and kept at this level for the LoM;
- A cost of USD2.50/t RoM allowed to transport the Chifupu ore to the Chibuluma processing facility;
- Company tax is a variable rate determined according to the formula Y=30%+[a-(ab/c)], where a=15%, b=8% and c=% ratio of assessable income to sales.

### 4.18.2 Changes to Metorex's model

SRK has incorporated certain adjustments into the Chibuluma LoM FM, as follows:

- Removed the RoM production from Chibuluma and Chifupu for F2020 to F2022, plus adjusted the tonnage and pro-rata contained copper in F2019 to match the aggregate Mineral Reserves reported in Table 4.7;
- Adjusted the process recovery on a weighted tonnage basis to incorporate the lower recovery for Chifupu ore;
- The annual safety and training budget was increased to USD0.31 million per annum, which was in line with the actual cost for H1-F2013;
- In F2019, which is when production ceases in the adjusted LoM plan for Chibuluma, maintained the following costs:
    - Security at full cost for the whole year, to prevent theft of any items;
    - Management fees for 6/12th of the whole year's cost (due to equivalent of six month's production);
    - All other costs (administration, power, human resources, environment, community, IT, sundry) set at 8/12th of the annual cost, to cater for downsizing, demolition, closure/rehabilitation activities;
    - Removed the operational capital of USD5.0 million per annum in each of F2018 to F2021, but maintained the sustaining capital of USD1.5 million in F2018.

### 4.18.3 Financial model summary

The key TEPs for the revised LoM FM for Chibuluma are summarised in Table 4.20.

The production schedule is as provided by Metorex and audited by SRK.

The process recoveries are supported by historical performance, metallurgical testwork and plant upgrade projects.

The cost components for Chibuluma are based on the strategic business plans and detailed one-year budgets as compiled by Metorex. SRK has reviewed these costs for reasonableness in relation to the actual costs incurred in F2012 and H1-F2013. Where deemed necessary, SRK has adjusted the forecast costs as used in the financial models.

The capital expenditures are as per the detailed budgets and forecasts supplied by Metorex and reviewed by SRK. Based on its review, SRK has added capital amounts as deemed necessary.

SRK reviewed the terms of the off-take agreement and confirmed these were correctly incorporated into the Chibuluma LoM FM.

**Table 4.20: Chibuluma Mine – summary of post-tax pre-finance cash flow model**

| Item | Units | Totals / Average | H2-F2013 | F2014 | F2015 | F2016 | F2017 | F2018 | F2019 |
|---|---|---|---|---|---|---|---|---|---|
| **Production** | | | | | | | | | |
| ROM mined | (kt) | 3 367.4 | 281.2 | 560.9 | 560.9 | 562.5 | 560.9 | 560.9 | 280.0 |
| Chibuluma South | (kt) | 2 312.4 | 281.2 | 540.1 | 369.3 | 431.7 | 387.6 | 159.7 | 142.7 |
| Chifupu | (kt) | 1 055.0 | 0.0 | 20.8 | 191.6 | 130.7 | 173.3 | 401.2 | 137.3 |
| Ore milled | (kt) | 3 367.4 | 281.2 | 560.9 | 560.9 | 562.5 | 560.9 | 560.9 | 280.0 |
| Cu feed grade | (%) | 3.01% | 3.52% | 3.54% | 2.94% | 2.97% | 3.00% | 2.48% | 2.73% |
| Total contained Cu | (kt) | 101.4 | 9.9 | 19.8 | 16.5 | 16.7 | 16.8 | 13.9 | 7.6 |
| **Processing** | | | | | | | | | |
| Metallurgical recovery Cu | (%) | | 96.0% | 95.9% | 95.0% | 95.3% | 95.1% | 93.9% | 94.5% |
| Payable Cu | (%) | | 96.5% | 96.5% | 96.5% | 96.5% | 96.5% | 96.5% | 96.5% |
| Payable Cu | (kt) | 93.1 | 9.2 | 18.4 | 15.1 | 15.3 | 15.4 | 12.6 | 7.0 |
| **Commodity sales** | | | | | | | | | |
| Cu sales - LME grade | (kt) | 93.1 | 9.2 | 18.4 | 15.1 | 15.3 | 15.4 | 12.6 | 7.0 |
| **Commodity prices** | | | | | | | | | |
| Average Cu LME | (USD/t) | 8 171 | 8 171 | 8 171 | 8 171 | 8 171 | 8 171 | 8 171 | 8 171 |
| **Revenue Real** | **(USDm)** | **767.2** | 75.3 | 150.1 | 123.5 | 125.4 | 126.2 | 103.1 | 63.6 |
| Copper sales | (USDm) | 767.2 | 75.3 | 150.1 | 123.5 | 125.4 | 126.2 | 103.1 | 63.6 |
| **Operating expenditure** | **(USDm)** | **( 465.5)** | ( 37.5) | ( 75.5) | ( 71.4) | ( 71.6) | ( 71.8) | ( 73.9) | ( 63.9) |
| Mining (excl salaries) | (USDm) | **( 99.2)** | ( 8.2) | ( 16.5) | ( 16.5) | ( 16.6) | ( 16.5) | ( 16.5) | ( 8.3) |
| Transport costs - Chifupu ore | (USDm) | **( 2.6)** | 0.0 | ( 0.1) | ( 0.5) | ( 0.3) | ( 0.4) | ( 1.0) | ( 0.3) |
| Processing (excluding salaries) | (USDm) | **( 41.6)** | ( 3.3) | ( 7.0) | ( 7.0) | ( 7.0) | ( 7.0) | ( 7.0) | ( 3.5) |
| Surface engineering, incl power | (USDm) | **( 17.2)** | ( 1.4) | ( 2.8) | ( 2.8) | ( 2.8) | ( 2.8) | ( 2.8) | ( 1.7) |
| Administration (incl salaries) | (USDm) | **( 128.8)** | ( 10.4) | ( 20.9) | ( 20.9) | ( 20.9) | ( 20.9) | ( 20.9) | ( 14.0) |
| Environmental / closure | (USDm) | **( 9.6)** | ( 0.1) | ( 0.3) | ( 0.3) | ( 0.3) | ( 0.3) | ( 0.3) | ( 8.2) |
| Post-closure water trreatment | (USDm) | **( 5.0)** | | | | | | | ( 5.0) |
| Management fees | (USDm) | **( 14.9)** | ( 1.2) | ( 2.5) | ( 2.5) | ( 2.5) | ( 2.5) | ( 2.5) | ( 1.2) |
| Realisation / off-mine costs | (USDm) | **( 84.4)** | ( 8.3) | ( 16.5) | ( 13.6) | ( 13.8) | ( 13.9) | ( 11.3) | ( 7.0) |
| Royalties | (USDm) | **( 46.0)** | ( 4.5) | ( 9.0) | ( 7.4) | ( 7.5) | ( 7.6) | ( 6.2) | ( 3.8) |
| Terminal benefits | (USDm) | **( 16.3)** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | ( 5.4) | ( 10.8) |
| Operating Profit | (USDm) | **301.6** | 37.8 | 74.6 | 52.1 | 53.8 | 54.4 | 29.2 | ( 0.3) |
| **Capital Expenditure** | **(USDm)** | **( 76.5)** | ( 12.1) | ( 21.7) | ( 19.2) | ( 9.5) | ( 12.5) | ( 1.5) | 0.0 |
| Operational capital | (USDm) | **( 31.9)** | ( 6.8) | ( 15.5) | ( 9.6) | 0.0 | 0.0 | 0.0 | 0.0 |
| Projects capital | (USDm) | **( 35.1)** | ( 5.3) | ( 6.3) | ( 9.7) | ( 8.0) | ( 6.0) | 0.0 | 0.0 |
| Sustaining capital | (USDm) | **( 9.5)** | | | | ( 1.5) | ( 6.5) | ( 1.5) | |
| Working capital movements | (USDm) | **12.0** | ( 1.0) | 0.1 | 1.9 | ( 0.1) | ( 0.1) | 1.7 | 7.5 |
| Company taxation | (USDm) | **( 92.7)** | ( 14.4) | ( 27.4) | ( 15.4) | ( 15.0) | ( 15.0) | ( 5.6) | 0.0 |
| **Net Free cash before debt service (real)** | **(USDm)** | **144.4** | 10.2 | 25.6 | 19.4 | 29.1 | 26.9 | 23.8 | 7.2 |
| **Reporting Statistics** | | | | | | | | | |
| Cash Operating cost | (USc/lb Cu produced) | 191 | 162 | 164 | 192 | 189 | 189 | 224 | 240 |
| Total working cost | (USc/lb Cu produced) | 225 | 185 | 186 | 214 | 212 | 211 | 266 | 372 |

### 4.18.4 WACC

The parameters used to generate the WACC for Chibuluma are set out in Table 4.21.

**Table 4.21: Chibuluma Mine – parameters to calculate WACC (for Zambia)**

| Parameter | Value |
|---|---|
| Un-levered beta (1) | 1.42 |
| Re-levered beta | 2.23 |
| Market risk premium (2) | 5.00% |
| Company risk premium | 11.17% |
| Risk free rate (3) | 2.49% |
| Country risk premium (4) | 5.11% |
| Cost of equity | 18.77% |
| USD cost of debt (5) | 5.68% |
| Tax rate (average LoM) | 42.00% |
| After tax cost of debt | 3.29% |

(1) This is the median beta for eight mining companies at June 2013, as extracted from Bloomberg.

(2) The market risk premium was based on the 2012 valuation methodology survey conducted by PriceWaterhouse Cooper, and provided by Metorex to SRK.

(3) The risk free rate is the rate quoted for United States 10-year government bonds at 30 June 2013.

(4) The country rating for Zambia is 36.76 relative to the United States of America given as 75.43, as extracted from http://www.euromoneycountryrisk.com/Home/Return/Countries#ucCountryTable. The country risk premium was calculated as as (75.43 / 36.76) x 2.49%.

(5) The cost of debt is taken as the 12-month Libor rate at 30 June 2013 of 0.68% plus a 5.00% premium, to convert the Libor rate to an equivalent interest rate in Zambia.

At a 45 / 55 debt / equity ratio (see section 3.18.4), the parameters in Table 4.21 yield a nominal WACC of 11.80%. Using a USA inflation rate of 2%, the real WACC for Chibuluma is 9.61%.

### 4.18.5 Sensitivities

The following tables present the NPVs of the real post-tax pre-finance cash flows as determined from the Chibuluma FM. In summary they include the following:

- The variation in real NPV with discount factors (Table 4.22);
- The variation in real NPV based on twin (revenue and operating expenditure) sensitivities (Table 4.23);
- The variation in real NPV based on changes to the Cu price (Table 4.24).

**Table 4.22: Chibuluma Mine – variation in Real NPV with discount factors**

| Discount rate | NPV (mid-year) (USDm) |
|---|---|
| 6.00% | 120.1 |
| 7.00% | 117.0 |
| 8.00% | 114.0 |
| 9.00% | 111.2 |
| **9.61%** | 109.5 |
| 10.00% | 108.4 |
| 11.00% | 105.8 |
| 12.00% | 103.3 |
| 13.00% | 100.8 |
| 15.00% | 96.3 |

**Table 4.23: Chibuluma Mine – variation in Real NPV based on twin parameter sensitivities**

| NPV @ WACC (USDm) | | Revenue Sensitivity | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 70% | 80% | 90% | 100% | 110% | 120% | 130% |
| Opex Sensitivity | 70.0% | 64.9 | 96.7 | 129.0 | 159.3 | 190.0 | 220.6 | 250.9 |
| | 80.0% | 47.5 | 79.5 | 111.8 | 144.0 | 174.0 | 204.8 | 235.3 |
| | 90.0% | 27.3 | 62.8 | 94.4 | 127.0 | 158.6 | 188.8 | 219.6 |
| | 100.0% | 6.6 | 44.4 | 77.4 | 109.5 | 142.1 | 173.1 | 203.5 |
| | 110.0% | ( 16.6) | 23.4 | 60.5 | 92.2 | 124.5 | 157.1 | 187.6 |
| | 120.0% | ( 42.9) | 2.6 | 40.4 | 75.3 | 107.1 | 139.6 | 172.0 |
| | 130.0% | ( 69.6) | ( 21.5) | 19.3 | 57.4 | 89.9 | 122.1 | 154.7 |

**Table 4.24: Chibuluma Mine – variation in Real NPV based on Cu price sensitivity**

| NPV in USDm | | Copper Price Sensitivity | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | (USc/lb) | 259 | 297 | 334 | 371 | 408 | 445 | 482 |
| Discount Rate | (USD/t) | 5 720 | 6 537 | 7 354 | 8 171 | 8 988 | 9 805 | 10 622 |
| | | 70% | 80% | 90% | 100% | 110% | 120% | 130% |
| 6.00% | 62.4% | 6.4 | 48.2 | 84.8 | 120.1 | 156.2 | 190.2 | 223.5 |
| 7.00% | 72.8% | 6.4 | 47.1 | 82.6 | 117.0 | 152.1 | 185.2 | 217.7 |
| 8.00% | 83.2% | 6.5 | 46.0 | 80.6 | 114.0 | 148.1 | 180.4 | 212.0 |
| 9.00% | 93.6% | 6.6 | 45.0 | 78.6 | 111.2 | 144.4 | 175.8 | 206.7 |
| **9.61%** | 100.0% | 6.6 | 44.4 | 77.4 | 109.5 | 142.1 | 173.1 | 203.5 |
| 10.00% | 104.0% | 6.6 | 44.0 | 76.7 | 108.4 | 140.7 | 171.4 | 201.5 |
| 11.00% | 114.4% | 6.7 | 43.0 | 74.9 | 105.8 | 137.3 | 167.2 | 196.6 |
| 12.00% | 124.9% | 6.7 | 42.1 | 73.1 | 103.3 | 134.0 | 163.1 | 191.9 |
| 13.00% | 135.3% | 6.7 | 41.2 | 71.5 | 100.8 | 130.8 | 159.3 | 187.3 |
| 15.00% | 156.1% | 6.7 | 39.5 | 68.3 | 96.3 | 124.8 | 152.0 | 178.8 |

### 4.18.6 Benchmarked Costs

In the budget pack for Chibuluma for F2013, Metorex had compiled benchmark cost statistics for C1 costs. The C1 cost for Chibuluma for F2013 is compared to the benchmarked costs as determined by Metorex in Table 4.25.

**Table 4.25: Chibuluma Mine – C1 cost benchmarking for F2013**

| Location | C1 Cost |
|---|---|
| Worldwide | 2 987 |
| Chile | 2 826 |
| China | 3 038 |
| South Africa | 4 931 |
| DR Congo | 3 672 |
| Zambia | **4 582** |
| Chibuluma | **4 151** |

This shows that the budgeted C1 cost for Chibuluma in F2013 is below the average for the copper producers in Zambia.

## 4.19 Summary of Key Risks

[SV2.10]

A summary of the key risks identified for Chibuluma is provided here. Metorex advised SRK that it has a comprehensive risk management process in place which is aimed at identifying and ranking risks across all of the group's operations to determine an overall risk profile for the group. The risks identified by SRK have broadly been incorporated into the overall group risk management process and are being addressed through this.

### 4.19.1 Tenure

The Government of Zambia announced an increase in the royalty rate to 6.0% in 2011. There is no guarantee that this royalty rate will remain constant during the LoM plan. Metorex reports that Chibuluma interacts with the

Zambian authorities through the Chamber of Mines. Mining companies throughout the world face the risk of increased royalties being levied by the government of the territory in which they operate.

### 4.19.2 Mineral Resources

SRK considers that there are procedural inaccuracies in the modelling and estimation process, coupled to data quality, drill hole spacing issues and lack of QA/QC. Isolated drill hole data points do not demonstrate continuity of any form and therefore cannot be used as a basis for classification. The classification should be based on drill locations that are spaced closely enough for geological and grade continuity to be interpreted. Metorex has noted SRK's concerns and accepted the reclassification of the resources.

SRK's audited Mineral Resource estimate has reduced the Measured and Indicated Resources available to support the LoM plan for Chibuluma. In the process, some 1.2 Mt of material was removed from the LoM plan and hence Mineral Reserves for Chibuluma and Chifupu. The risk that the Mineral Resources are overstated is considered low.

### 4.19.3 Rock Engineering

The LHS method is appropriate at the current depths, but may need to be modified for greater depth to cater for increased amounts of stress damage. There is a risk that revision to support layouts may reduce the extraction rate of ore. Metorex has advised that an assessment of the rock engineering requirements for the lower mining level will be initiated.

### 4.19.4 Hydrogeology

Chibuluma is at risk for claims from surrounding water users related to contaminated water, although a ground water monitoring programme is in place which should provide information to monitor and assess trends.

Groundwater contamination at Chibuluma West can be expected, given soil contamination and seepage from the tailings dam that has been detected. The extent of this has not been quantified but ground water monitoring is taking place. Initial results from an AMD investigation indicate the potential for AMD exists, but that post closure the impact could be negated by rapid inflows of water.

Concern was raised over possible groundwater contamination that may affect Kaputula Village, which is located approximately 500 m from the TSF. Metorex advised that arrangements are in place for people potentially affected by this to be moved.

### 4.19.5 Mining

Detailed planning is essential to ensure that production targets are achieved as the LHS method is implemented on a wider scale.

### 4.19.6 Metallurgical Processing

While there are some differences in the metallurgical properties between the Chifupu and Chibuluma ores, Metorex believes that the higher sulphur and iron content of the Chifupu concentrate will provide free energy units and free acid production benefits for the smelter. Metallurgical results on 6 additional boreholes confirmed that the Chifupu ore can be successfully treated in the Chibuluma plant.

The concentrator crushing circuit is a single line plant. A breakdown of any of the major equipment pieces can stop the whole plant. The two stockpiles in the plant provide a buffer. Metorex has advised that a Hazemag crusher provides some flexibility in the crushing circuit while attention is being given to improve the availability of critical equipment such as the cone crushers, screen and conveyors.

Due to single 66 kV line to the mine coupled to insufficient power in the region, there is a risk of power disruptions during the LoM. Metorex advised that 4 MW standby generator sets have been installed at Chibuluma which are sufficient to run the entire operation in the event of a loss of the grid power.

### 4.19.7 Tailings

There were no risks identified with respect to the TSF or its operation.

### 4.19.8 Engineering and Surface Infrastructure

The present site maximum demand is close to incurring under declaration penalties from CEC, and will need to be closely monitored in future. The mine has a low power factor of 0.85, which should be 0.97 to 1.0. The engineering team is planning to improve on this by installing power factor control equipment in the future.

Metorex advised that the power situation is closely monitored on a daily basis to ensure the peak demand limit is not exceeded.

SRK understands that an amendment to the power supply agreement with CEC was signed which extended the term of the agreement by ten years from October 2012 to October 2022. Chibuluma should consider negotiating an increased declared maximum demand to 5 MW, especially in light of the planned electrical load increase outlined above. The company expects to be successful in securing this power and has standby generator capacity should the need arise.

Unless the drainage system is improved, there is a risk that Chibuluma will have increasing torque convertor and transmission failures on loaders and trucks as a result of water ingress into the units.

### 4.19.9 Logistics

Currently all the Cu concentrate produced at the Chibuluma South Mine is purchased by the CCS. The risk that CCS will no longer purchase the copper concentrate from Chibuluma is minimal.

The transportation method of the copper concentrates does not pose any risk to the Chibuluma South Mine.

### 4.19.10 Human Resources

There is a risk that the termination benefit at closure which has been set equal to a 6 month obligation may be understated. Metorex advised that the calculation will be reviewed on an annual basis to ensure that adequate provision and funding is in place.

### 4.19.11 Occupational Health and Safety

The Lost time accidents are of concern, with three of the four lost time accidents occurring due to contravention of mine laws and management procedures. Contravention of safety requirements tends to suggest that workers are not working safely. The incidents were fully investigated by management and necessary corrective actions reinforced. Metorex advised SRK that the government inspector was satisfied with the standard of safety at Chibuluma.

The number of planned task observations carried out in the work place by supervisors and managers has increased. The number of lost time accidents and lost days due to accidents has reduced accordingly.

Despite a decrease of nearly 50% in reportable injuries and lost time injuries in F2012 relative to F2011, the level of total reportable injuries has increased in H1-F2013 and needs to be targeted as part of a safety drive.

SRK has been appraised by Metorex that policies and management systems to educate employees on workplace health and safety have been put in place. This needs to include increased safety awareness and risk awareness in the work place, and focus on employees' behavioural aspects towards safety and health in the work place.

### 4.19.12 Environmental

It appears that Metorex may be liable for environmental damage at Chibuluma East not caused by Chibuluma. There is thus a risk that the projected environmental rehabilitation and closure costs may be understated. Metorex reports that Chibuluma East is included in the current liability assessment.

SRK did not ascertain strict compliance with all the requirements of the EIA or other permits. However, provided the mine adheres to the remedial measures and obligations of the EIA, there should be no reason that would prevent the mining licence from being renewed.

It is reported that no problems with salinity or heavy metals content are experienced for water discharged at the mines effluent discharge control point, the Emerald Road Bridge. Compliance at this point will not necessarily address possible liabilities associated with other discharges, such as the overflow at the RWD. Effluent quality leaving the mine at the control point is monitored but a more intense monitoring programme would provide a better understanding of impacts on the mine site. Metorex indicated that the extent of the pollution and treatment methods are being evaluated by AMC.

According to the 2012 SHEC report, sulfides in waste rock and in-situ rock in the underground workings at 4 and 5 Shafts pose a risk of AMD. Metorex is rehabilitating an existing water treatment plant at Chibuluma West which will be managed by Nkana Water (state owned water utility) to treat water from 5 Shaft. The intention is to use the water for domestic use and distribution.

Storm water management systems require, and are receiving attention.

There are 80 affected households living in close proximity to the TSF at Chibuluma South that have expressed concern regarding impacts, including air quality and possible AMD. Metorex reports that it has allocated a budget of USD1 million for the resettlement of these people according to an approved RAP.

Metorex has a group-wide provision for post-closure water treatment of around USD5 million. In SRK's experience, this figure is likely to be considerably more. In the absence of any proper evaluation of the extent (quantities) and severity (pH or TDS) of water to be treated, SRK has in agreement with Metorex increased this provision for post closure water treatment to USD25 million for the group for evaluation purposes, of which USD5 Million is allocated to Chibuluma.

Metorex is actively assessing the situation regarding ground water contamination and has implemented measures for its control in the operational phase.

# B DEVELOPMENT PROJECT

## 5 KINSENDA COPPER PROJECT

### 5.1 Introduction

[SR1.5A(i)]

KICC, a private limited liability company registered in the DRC, holds mining title to the Kinsenda Cu Project. CRC, a 100% owned subsidiary of Metorex, has a 72.15% interest in KICC, with Metorex holding a direct 4.85% in KICC. The remaining 23% of KICC is held by Sodimico, a state owned mining company registered in the DRC.

Kinsenda is a brownfields underground mining project, located 5 km from the border of Zambia, near the town of Kasumbalesa, in the Pedicle region of southern Katanga Province of the DRC. The Kinsenda project is a mixed copper sulphide/oxide orebody. The decision to proceed to development and construction of the project has been taken, subject to satisfactory results from the control budget estimate ("**CBE**").

### 5.2 Location, Climate, Access and Infrastructure

[SR1.4A, SR1.5A(i), SR1.6, SV2.3]

The Kinsenda Mine is located at latitude 12°15'S and longitude 27°58'E, 18 km east of Kasumbalesa (see Figure 5.1) and 90 km by road southeast of Lubumbashi. Kinsenda is a brownfields site within 5 km of the border between the DRC and Zambia, with surface infrastructure, consisting of three incline shafts, one vertical shaft (Figure 5.2), supporting engineering and administrative infrastructure and a mine village.

Access to the Kinsenda mine is via a good paved road branching off the main Lubumbashi to Kasumbalesa road, which has recently been upgraded. A dirt airstrip exists at Kinsenda that requires refurbishment and could be used in the future. At present all personnel, emergency equipment plus spare parts are flown in to Lubumbashi. Bulk equipment and non-essential spares are trucked in to the mine.

Because the Kinsenda Mine was historically a production facility, it has considerable industrial and social infrastructure. Power is supplied via the Kasumbalesa sub-station through an 110 kV power line, forming part of the national SNEL grid system. The substation will require upgrading once the Kinsenda mine is redeveloped. The mine has two 2.5 MVA backup diesel generators and sufficient fuel storage capacity for 52 hours of operation. The generators have been well maintained, but suffer from a lack of spare parts due to their age.

The main rail link between DRC and Zambia passes through the Tshinsenda rail siding 6 km south of Kinsenda Mine. Adequate potable and industrial water is available at Kinsenda from springs and mine dewatering. Rail infrastructure and rolling stock owned by SNCC is in poor condition and it is anticipated that all stores and reagents coming in to the mine and concentrate leaving the plant area would need to be moved by road transport.

For purposes of the CBE, sulphide concentrate produced at Kinsenda will be treated at CCS in Zambia owned by CNM (~60 km by road). Oxide concentrate from Kinsenda will be treated at Ruashi's SX/EW plant.

The Zambia-DRC border forms a regional watershed between streams flowing into the Kafue River and ultimately to the Zambezi River in the south, and rivers flowing toward the Lualaba and Congo River in the north. The Kinsenda project area is located on gently undulating topography at an altitude of 1 280 m to 1 320 m amsl.

The Copperbelt region is sub-tropical and is characterised by distinct wet and dry seasons. The wet season is from November to March with annual rainfall varying between 1 000 mm to 1 500 mm. Between December and April, most field work is restricted to areas served by good roads, effectively limiting exploration to the dry season.

The average air temperature remains fairly constant at between 17°C and 24°C throughout the year and there is no distinct winter and summer temperature regime. Average temperatures peak during September and October at 32°C. The coldest month is July with an average daily minimum of 6°C.

The vegetation in the area is deciduous tropical woodland generally referred to as Miombo Woodland. Trees seldom grow to heights exceeding 20 m, with the majority less than 8 m high. The vegetation immediately adjacent to the Kinsenda Mine has been affected by nearly 40 years of human habitation and mining activities.




| srk consulting | **Metorex**<br>Kinsenda – regional locality, geology and extent of mining licence (PE101) and prospecting permit (PR4724) | Project No. 453459 |
|---|---|---|

**Figure 5.1: Kinsenda – regional locality, geology and extent of mining licence (PE101) and prospecting permit (PR4724)**



| srk consulting | **Metorex**<br>Kinsenda Mine – vertical shaft headgear and one of the incline shafts | Project No. 453459 |
|---|---|---|

**Figure 5.2: Kinsenda Mine – vertical shaft headgear and one of incline shafts**

## 5.3 Mining History

### 5.3.1 Historical Development of Kinsenda Mine

[SR1.3, SR1.4, SR1.5A(ii), SV2.4]

The historical development of Kinsenda Mine is summarised in Table 5.1.

### 5.3.2 Historical Production

[SR1.3, SV2.17]

The production history for Kinsenda Mine is shown in Figure 5.3.




| | | |
|---|---|---|
| srk consulting | **Metorex**<br>Kinsenda Mine – Production History from 1977 to 2003 | Project No.<br>453459 |

**Figure 5.3: Kinsenda Mine – Production History from 1977 to 2003**

## 5.4 Title and Rights

[SR1.7A, SR5.1A, SV2.3]

Prior to the Title Revisitation Process (the "Revisitation Process") that the Government of the DRC introduced in 2008, CRC had a 75% interest in MMK, Metorex held a direct interest of 5% in MMK with Sodimico holding the remaining 20% of the shares.

Up to that stage, MMK held exploitation rights to the Kinsenda Mine ("PE101"), the Musoshi Mine ("PE102"), the Lubembe mineral deposit ("PE330"), and exploration rights to the areas surrounding the Kinsenda ("PR4724") and Musoshi ("PR4874", "PR4875" and "PR4723") properties.

**Table 5.1: Kinsenda Mine – Historical Development**

| Date | Activity | Comments |
|---|---|---|
| 1930 | UMHK discovers Kinsenda deposit | |
| 1969 | Sodimico created as a consortium, owned 80% by Nippon Mining Company of Japan and 20% by Congolese State.<br>Sodimico granted the right to exploit the Musoshi and Kinsenda deposits. | Granted extensive mining & prospecting concession over large part of the DRC Pedicle area.<br>Progressively reduced. |
| 1970s | Development of Kinsenda commenced. | |
| 1977 | Production at Kinsenda commenced. | Ore mined at Kinsenda and transported 20 km to Musoshi, where a sulphide Cu concentrate produced. |
| June 1983 | Nippon Mining withdrew from the DRC | |
| November 1983 | Nippon Mining's shares transferred to a Canadian Company, Phillips Barratt Kaiser ("**PBK**"). | |
| April 1987 | Association with PBK terminated, Sodimico went into receivership and effectively became a Gécamines subsidiary. | |
| Ca. 1990 | Production dropped dramatically. | |
| 1997 | Operation placed on care and maintenance due to flooding of mine | Water table stabilised at 124 m below surface. |
| Early 2000s | Production reduced to a minimum due to severe capital constraints and low Cu price. | Between 1977 and 2003, 4.2 Mt of ore at 5.12% TCu was extracted from the mine, producing ca. 240 kt of Cu metal (see Figure 6.3). |
| December 2002 | Sodimico signed a memorandum of understanding ("**MoU**") with Enterprise Groupé Malta Forrest ("**EGMF**" or "Forrest Group") | Agree to undertake a feasibility study to resume mining activities at Musoshi and Kinsenda |
| 2003 | Miniére de Musoshi et Kinsenda sarl ('**MMK'**) was formed as a limited liability company (Sodimico - 20%, EGMF - 80%). | Company incorporated by presidential decree No 067/2003 in April 2003. |
| 2003 | Sodimico reported "mining reserve" of 10 Mt at 5% Cu, using manual polygonal estimate (assumed 72% extraction rate and 6.5% dilution). | Non-SAMREC compliant. |
| 2003 | EGMF compiles digital estimate for Kinsenda using SURPAC, reported mineral resource of 15.9 Mt at 5.3% Cu. | Used inverse distance squared interpolation of grades and a cut-off grade of 2% Cu.<br>Non-SAMREC compliant. |
| September 2005 | CRC took controlling interest in MMK. EGMF dilutes interest in MMK to 5% in exchange for 38.7% stake in CRC. | |
| February 2006 | Installation and refurbishment of pumping operations of the mine. | |
| 2006 | FinOre Pty Ltd of Perth, Australia complete review and re-estimation of mineral resource for CRC, reported a remaining mineral resource of 17.1 Mt at 5.1% Cu. | JORC compliant. |
| December 2006 | Feasibility study completed by Mineral Engineering Technical Services Pty Ltd ("**METS**") of Perth, Australia. | Never fully accepted by Metorex, due to concerns regarding mine design and engineering design of concentrator plant. |
| September 2007 | Metorex acquires EGMF's stake in CRC, also acquires EGMF's stake in KICC | |
| May 2008 | Metorex had increased its stake in CRC to 50.3%. | |
| 2007 - 2009 | Dewatering of the mine continued | |
| February 2009 | Part of project finance facility provided by Metorex converted to shares in CRC – Metorex holds 87% interest. | Metorex's economic interest in CRC is however 99.9% as CRC shares held by Central African Mining and Exploration Company Plc ("**CAMEC**") were disenfranchised. |
| March 2009 | Metorex gains control of Kinsenda Mine | Series of transactions and DRC mining licence review process completed.<br>As part of settlement, MMK retained the Musoshi Mine. |
| 2009 | Mine placed on care and maintenance to reduce cash outflows from CRC and Metorex. | Linked to collapse of global commodity markets in 2008. |
| July 2009 | Name of operating company changed from MMK to KICC | |
| 2010 | Surface drilling programme of 26 holes (7 790 m) completed, to verify mineral resources below 285 m level and improved confidence in geological interpretation. | |
| 2012 | Drilling of additional 45 holes (12 013 m) to finalise feasibility study. Mine design and concentrator plant undergo engineering review. | |

The Revisitation Process announced on 6 February 2009 resulted in:

- Interests in MMK were held by Sodimico (23%), CRC (72.15%) and Metorex (4.85%);
- CRC was required to pay a mineral content fee to Sodimico and the Government of the DRC totalling USD3 million. This has been paid in full;
- MMK required to pay to Sodimico and the Government a combined royalty fee of 2.5% of gross revenue;
- The Musoshi mine surface and underground infrastructure, and Exploitation (PE102) and Exploration (PR4874, PR4875 and PR4723) Permits were returned to Sodimico together with certain equipment that had been transferred to Kinsenda Mine but not used;
- Compensation was to be paid by MMK on a fair value basis for any equipment that had been removed from Musoshi mine and applied to the Kinsenda mining operations. This has been paid in full; and
- MMK would finance any upgrade required to the Kasumbalesa power station once full scale development of the Kinsenda Mine had commenced. The cost of the upgrade would be recovered from Sodimico who are the owners of the power station. KICC installed a new 40 MVA transformer at a cost of USD2.4 million. KICC is in discussions with Sodimico about the cost recovery as 20 MVA is dedicated to Kinsenda and 20 MVA is dedicated to Sodimico, so Sodimico is of the opinion that they should not be paying for the full capital cost. Once the recovery cost is determined, Kinsenda will invoice Sodimico for the agreed amount.

Subsequent to the settlement terms set out above it was agreed to change the name of MMK to KICC which more appropriately described the activity interests of the restructured company.

KICC holds the exploitation permits as set out in Table 5.2.

**Table 5.2: Kinsenda – details of Mineral Licences**

| Licence | Type of title | Area (ha) | Valid From | Expiry Date | Commodity |
|---|---|---|---|---|---|
| PE101 | Exploitation Permit | 4 928 | 6 Oct 2006 | 5 Oct 2021 | Cu, Co, Pb, Ni, Pd, W |
| PE12548 (1) | Exploitation Permit | 5 695 | 10 Mar 2012 | 9 Mar 2042 | Cu, Co, Ag, Ni, Pt, Au |

1 PE12548 has been converted from the prospecting permit PR4274, where part of the PR4274 was relinquished. While KICC has received confirmation that such permit has been converted, the ministerial order of granting such conversion has not been obtained.

## 5.5 Geology

[SR1.2, SR1.3, SR2.5A/B/C, SR4.1A(i), SV2.5]

### 5.5.1 Exploration History of the Project Area

The Kinsenda deposit was discovered by UMHK in 1930.

UMHK and Sodimico drilled a total of 231 diamond drill holes totalling 66 000 m in the period between 1944 and 1990.

Following the flooding of the mine in 1997 and minimal production up to 2003 (see Figure 5.3), EGMF compiled a digital estimate for Kinsenda using SURPAC.

A feasibility study completed in 2006 was never fully accepted by Metorex, due to concerns regarding the mine design and engineering design of the concentrator plant.

Metorex undertook four drilling campaigns between 2010 and 2012. The first campaign completed in 2010 was aimed at establishing a robust QA/QC twin sampling and infill drilling programme, which comprised 26 holes (7 790 m). A second phase of drilling comprising 16 drill holes (6 159 m) was completed in 2011 to provide further infill drilling and raise the proportion of indicated resources. A third phase of drilling comprising 13 drill holes (4 193 m) was completed by September 2011. The fourth and final phase of drilling comprising 13 geotechnical and 3 exploration drill holes (1 661 m) was completed in September 2012.

In February 2010, 27 of the historical drill hole collars were accurately resurveyed by Integrated Mapping Solutions ("**IMS**") in UTM WGS84 using a DGPS system. In July 2011, SD Geomatique reliably identified 180 historical drill hole collar positions and these were resurveyed in UTM coordinates using a DGPS. All drill holes completed by Metorex were surveyed by DGPS.

### 5.5.2 Regional Geology

The reader is referred to the discussion in Section 3.5.2.

### 5.5.3 Local Geology and Mineralisation

The Kinsenda deposit is more typical of the Zambian Copperbelt deposits and is geologically similar to the Mufulira, Chambishi and Chibuluma South mines in Zambia. The Kinsenda deposit marks the transition between the two sub-types of the Copperbelt, with deposits to the north of the Luina dome showing a strong dolomitic character with associated HG oxides close to surface.

The Kinsenda ore body is hosted in a thick sequence of coarse to fine-grained sandstones, siltstones and shales of the Lower Roan Group in the footwall of the Ore Shale Member, and is generically referred to as a "footwall orebody". Figure 5.4 illustrates the local formation naming convention and correlation with the Musoshi succession, which is typical of the Zambian Copperbelt stratigraphy.

The deposition of the Kinsenda deposit occurred in a fault-controlled, active rift environment. In the Kinsenda project area (see Figure 5.1), the Mindola Group rocks of the Lower Roan show local thickness and facies variations corresponding to pulses of sedimentation progressing from conglomerates at the base to siltstones and dirty sandstones at the top of the hosting sediment package.




| srk consulting | Metorex<br>Kinsenda Mine – local stratigraphic subdivision on the Kinsenda and Lubembe deposits | Project No.<br>453459 |
|---|---|---|

**Figure 5.4: Kinsenda Mine – local stratigraphic subdivision on the Kinsenda and Lubembe deposits**

Sub parallel horst (highs) and graben (depressions) features in the pre-deposition basement are suggested by rapid variations in the thickness of the basal units of the Lower Roan both along strike and down dip. There is a strong correlation between the position of the Kinsenda deposit and the basement granite paleotopography, very similar to that of the Chibuluma South deposit.

The host rocks occur as valley fill sediments in the down-faulted graben structures adjacent to growth faults that were active during sedimentation. The basement growth faults are oriented in a roughly ENE alignment and have a well-defined magnetic signature that can be traced into the basement rocks of the Luina Dome to the north of the Kinsenda deposit. While not a primary indicator of mineralisation, this is a key geophysical signature for future exploration on the Kinsenda exploration permit area.

### 5.5.4 Project Geology

Kinsenda is a copper-only sulphide orebody consisting of predominantly chalcocite, bornite and chalcopyrite mineralisation hosted in detrital conglomerates, sandstones and argillaceous siltstones of the Lower Roan Group. The orebody consists of a number of vertically stacked, tabular mineralised zones varying in width from 1 m to 20 m, and generally occurring in the more porous, conglomerate rich zones directly below thick, less permeable siltstone rich zones as illustrated in Figure 5.5 and Figure 5.6.

The combined orebody occurs over a strike of approximately 2 000 m, dipping moderately at 25° to 30°. In plan view, the mineralised lenses form a series of partially overlapping, wedge shaped tabular bodies with a northwest-southeast strike orientation (see Figure 5.6), which form laterally continuous lenses referred to as the upper upper ore zone ("**UUOZ**"), upper ore zone ("**UOZ**"), middle ore zone (**MOZ**"), lower ore zone ("**LOZ**") and the basal lower lower ore zone ("**LLOZ"**).




| srk consulting | **Metorex**<br>Kinsenda Mine – geological block model of the Kinsenda deposit | Project No.<br>453459 |
|---|---|---|

**Figure 5.5: Kinsenda Mine – geological block model of the Kinsenda deposit**

The UUOZ and UOZ occur above the 285mL (285 m below surface) and have been largely mined out. The UOZ is separated from the MOZ by a low grade (less than 2% Cu) zone of approximately 40 m thickness. The waste separation between the other lenses is generally in the order of only a few metres. The LOZ is laterally discontinuous and is divided into multiple zones which can split and coalesce over relatively short distances, with two main components termed LOZA and LOZB.

The MOZ is the most extensively developed and has a maximum strike length of approximately 2 000 m, while the UUOZ has the shortest strike length of 250 m. On dip, the maximum length of the ore bodies can be up to 800 m, with ore thickness ranging from 1 m in peripheral areas to 22 m in the central portions. At least 60% of the mineralisation occurs in zones between 4 m and 12 m wide with an average width of all lenses of 5.9 m. The LOZA and LOZB zones have the highest grade and also constitute 64% of total mineral resource tonnage.

The mineralisation occurs predominantly as interstitial sulphides filling pore spaces in the coarse sediments. Copper oxides represent a maximum of 20% of the mineralisation with the proportion of oxides decreasing with depth. Cobalt minerals are rare and largely restricted to cobaltiferous pyrite.

### 5.5.5 Exploration Programme and Budget

No details of any further exploration on the Kinsenda permit were provided to SRK. SRK has therefore assumed that future exploration work will be linked to the underground operations, either as part of grade

Case 1:16-cr-00515-NGG-LB Document 93-7 Filed 05/01/20 Page 595 of 811 PageID #: 5840



control or tracing extensions to the orebodies. As such, SRK has assumed these costs are included in the mine operating costs.




| srk consulting | Metorex<br>Kinsenda Mine – drill cross section 10,500E (top) and plan view of the orebody showing stacked nature of mineralised zones (bottom) | Project No.<br>453459 |
|---|---|---|

**Figure 5.6: Kinsenda Mine – drill cross section 10,500E (top) and plan view of the orebody showing stacked nature of mineralised zones (bottom)**

## 5.6 Mineral Resources and Mineral Reserves

[SR1.1A(iii), SR2.5A/B/C, SR7B, SR9A/B/C, SV2.6]

### 5.6.1 Data Quality and Quantity

[SR3.1, SR4.1]

The Kinsenda database contains a total of 269 drill holes collected over a period spanning almost 100 years. However a total of 226 drill holes were used in this evaluation. Some drill holes were excluded from this exercise because they had missing collar, assay and/or geology information.

Two distinct phases of drilling have been carried out on the Kinsenda project:

- A historical phase by UMHK and Sodimico; and
- Four campaigns by Metorex (2010 to 2012).

Metorex reports that historically, a total of 231 diamond drill holes totalling 66 000 m were drilled by UMHK and Sodimico in the Kinsenda area. Exploration at Kinsenda began with about 205 surface drill holes drilled by Nippon Mining (33 000 m) and Sodimico (18 000 m) on a 100 m centre drilling grid. In the early 2000s, four drill holes were drilled to test for near-surface open pittable resources with negative results.

The first Metorex campaign completed in 2010 was aimed at establishing a robust QA/QC twin sampling and infill drilling programme, which comprised 26 holes (7 790 m). The programme focussed on a portion of the LOZ to the west of the fracture zone. Some holes were pre-collared using RC drilling to a depth of between 80 m and 130 m. All diamond drill holes were cored at NQ size through the mineralised stratigraphies. The drill holes were laid out on an approximate 100 m by 100 m grid, infilling the historical drill hole pattern and thus bringing the effective drill spacing down to approximately 75 m by 75 m in a portion of the Kinsenda West area. Of the 26 holes drilled in 2010, four of the holes were twinned on historical drill holes, four were inclined at 70° towards the northeast as geotechnical holes and one was drilled as a metallurgical drill hole (and so was not sampled and therefore not used for grade estimation). No deflections were drilled.

Responsibility for drilling management, core logging, core sampling and dispatch to the analytical laboratory was managed by GeoQuest Ltd ("**GeoQuest**") based in Lusaka, Zambia.

Following the completion of the Kinsenda West mineral resource estimation by Snowden Mining Consultants (Pty) Ltd ("**Snowden**") in February 2011, a second phase of drilling was recommended to provide further infill drilling on the West section to raise the proportion of Indicated resources. The Phase 2 drilling programme, consisting of 18 drill holes (6 159 m), targeted the LOZ and basal LLOZ orebodies, to the south and west of the Phase 1 drilling area.

In February 2010, 27 of the historical drill hole collars were accurately using DGPS. In July 2011, 180 historical drill hole collar positions were resurveyed in UTM coordinates using a DGPS. All drill holes completed by Metorex were surveyed by DGPS.

Down-hole deviation surveys were undertaken for most historical diamond drill holes using a down-hole survey camera. All drill holes were started as vertical holes with minimal downhole deviations according to the down-hole survey data. Surveys were taken approximately every 50 m from the bottom to the top of the hole.

Downhole surveys were conducted on the 2010 drill holes with a Reflex Multishot instrument. Some anomalous deviations were noted in the survey results for the inclined drill holes and it was found that these drill holes had been surveyed while the casing was in the hole. Five of the 2010 drill holes, MKD005, MKD009, MKD016, MKD019 and MKD020, had no downhole survey as a result of drill hole collapse prior to downhole survey.

The third phase of drilling comprising 13 drill holes (4 193 m) was completed by September 2011.

The fourth and final phase of drilling was carried out from August to September 2012. 13 geotechnical holes (4 193 m) were drilled to test the rock mass for the planned mining infrastructure and 3 exploration holes (544 m) were drilled to delineate the extent of mineralisation.

### 5.6.2 Sampling Method and Approach

[SR3.2, SR3.3]

All recent prospecting activities carried out by KICC since 2007 have been guided by the Metorex Geological Standard Procedures manual which was prepared and implemented by IGS. This document sets out the minimum standards required for collecting and handling of all samples to ensure SAMREC Code compliance.

Sampling and dispatch was done by GeoQuest. Lithological contacts were marked on the core using "china marker". Mineralisation was marked using a different colour. Sampling was carried out on half core using 0.5 m intervals through mineralised zones and 1 m intervals through un-mineralised zones. Sample intervals honoured lithological contacts as well. The procedure followed was to split the core once per metre marking using a diamond saw cutter. Once the core was split, the sample intervals were marked up. Sampling continued to 2.5 m above and below the visible mineralisation, with 0.5 m samples through the mineralised zone from 0.5 m above the first visually identified mineralisation. When a second mineralised zone fell within the 2.5 m basal sampling then sampling was continuous at 0.5 m intervals through both zones including the parting to incorporate such mineralisation, unless there was at least a 10 m barren gap in which case the interval was sampled separately but again bracketed by samples above and below.

Pre-printed sample ticket counter-foils were filled in with drill hole number, depth "from" & "to", sample length and the date recorded. The 0.5 m half core sample was placed in a plastic sample bag and the tear-off sample number ticket folded over into the bag closure and fastened with a cable tie. The sample number was also written onto the outside of the bag.

### 5.6.3 Sample Analytical Methods

[SR3.3, SR3.4]

The Metorex report indicates that all Kinsenda samples obtained during the drilling programmes were sent to ALS Chemex in Johannesburg for sample processing and analyses by means of four acid digestion (method ME-OG62). Initially 2 batches of samples were analysed by Robinson Laboratory, in Lubumbashi (in 2010). However, due to high failure rates of the CRMs, the pulps from both these batches were retrieved and re-submitted for re-analysis to ALS Chemex. ALS Chemex is accredited in South Africa to ISO 17025 and the ISO 9001:2000 Standards Council of Canada accreditation is incorporated into ISO 17025.

According to the Metorex report, all the samples (RC & DDH) went through a preparation method at the laboratory Prep31 that involved the following:

- Crushing: 70% of the crushed sample passes through a 2 mm screen;
- Split off 250 g; and
- Ringing (pulverizing): 85% of the ring pulverised sample passes through a 75 µm screen (Tyler 200 mesh).

### 5.6.4 Quality Assurance and Quality Control

[SR2.1, SR3.1, SR3.2, SR4.1]

QA/QC for the programme and drill hole database management was reviewed and signed-off by IGS and implemented by GeoQuest in 2010. According to the Metorex report, there are no QA/QC data available for the Kinsenda Mine historical drill hole database, other than the check sampling carried out by FinOre in 2005.

QA/QC programme undertaken by Metorex in 2010 included the following:

- Certified standards and blank Standards used were AMIS0051 (oxide), AMIS0031 (oxide) AMIS0071 (sulphide), AMIS0072 (sulphide), and AMIS00120 (sulphide), which are within the ranges of the anticipated analyses. The standards were all derived from Lonshi ore in the DRC, with the exception of AMIS0120 which was derived from Kansanshi in Zambia;
- CRMs and blanks (of acid washed swimming pool filter sand) were inserted into the sampling stream at 1:20 intervals or at least three standards and blanks per;
- Unique sample numbers were used for each sample;
- The internal blanks reported by ALS Chemex were all either at or very close to the detection limit of the assay method. There were not any TCu values report higher than 0.002% TCu, or 0.002% TCo ;
- CRMs of oxide and sulphide material were submitted with the oxide and sulphide samples respectively;
- The CRM failure rate was 10% for TCu;
- No blind duplicates were submitted. However, the laboratory carried out its own internal lab duplicate analysis. Generally the laboratory duplicates for Cu showed an acceptable level of repeat precision, without any discernible bias.

The QA/QC program showed an acceptable level of assay precision and accuracy and hence the data collection methods employed by GeoQuest were complaint with the requirements and guidelines of the SAMREC Code as reported by IGS.

Snowden also reviewed the 2010 QA/QC procedures and findings reported by IGS and considered the assay QA/QC results to be acceptable.

SRK had analysed the QA/QC results from the 2010 drilling programme in April 2011, with the following observations:

- **Blanks** - the blank sample analytical results were plotted in sample number sequence, along with the lower detection limit, and a line representing five times the lower detection limit. Figure 5.7 shows that 62% of the results were below the five times detection limit threshold. There were two instances of significant error (values of approximately 16% and 2% TCu) which was interpreted to be swapped samples.

  This indicates that there is probably regular sample cross contamination in the sample preparation. The level of contamination is low, and is unlikely to have a material impact on any of the analyses used in the resource estimation.




| srk consulting | **Metorex**<br>Kinsenda Mine – control plot of blank analyses for Metorex 2010 data | Project No. 453459 |
|---|---|---|

**Figure 5.7: Kinsenda Mine – control plot of blank analyses for Metorex 2010 data**

- **CRMs** – Five CRMs were submitted to the laboratory as part of the normal sample stream, ranging in value from 0.88% TCu to 15.32% TCu. Statistics of the analyses for each CRM are presented in Table 5.3. None of the CRM results in Table 5.3 meet the expected criterion of 95% of results within compliance limits (two Standard Deviation limits).

**Table 5.3: Kinsenda – statistics of Metorex TCu CRM analyses**

| CRM | Number of analyses | Certified Value (%TCu) | Mean of analyses (%TCu) | % Difference | Within compliance | % Compliance |
|---|---|---|---|---|---|---|
| AMIS0071 | 7 | 0.887 | 0.85 | -4.4% | 5 | 71% |
| AMIS0072 | 10 | 1.65 | 1.63 | -1.4% | 7 | 70% |
| AMIS0031 | 6 | 3.084 | 3.13 | 1.5% | 5 | 83% |
| AMIS0051 | 30 | 8.929 | 8.94 | 0.1% | 26 | 87% |
| AMIS0120 | 8 | 15.32 | 15.04 | -1.9% | 6 | 75% |

The CRM assay results were plotted against the certified values and certified limits, and the mean of the analyses for each CRM are presented in Figure 5.8. However as is shown in Table 5.4 and Figure 5.9, there is no indication of a material bias in any of the results. SRK considered the result acceptable, but stated that the precision of the analyses could be improved.




| srk consulting | Metorex<br>Kinsenda Mine – control plot of %TCu CRM analyses for Metorex 2010 data | Project No. 453459 |
|---|---|---|

**Figure 5.8: Kinsenda Mine – control plot of %TCu CRM analyses for Metorex 2010 data**

- **Duplicates** – SRK also analysed 51 duplicate analyses included in the Metorex database for the %TCu through various statistics and graphical tools. The statistics of the analyses are presented in Table 5.4 and selected plots in Figure 5.9 and Figure 5.10. The correlation coefficients in Table 5.4 indicate good precision in the repeat analyses. The Root Mean Square Error statistic value of 8.6% is within acceptable limits, and the univariate statistics indicate very similar populations of data. In the scatter plot in Figure 5.9, the majority of the data fall within the 10% error lines around the ideal correlation line (representing where the analyses are equal). The linear trend line (RMA line) indicates that there is no material bias between the results, as is expected for within laboratory duplicates.

**Table 5.4: Kinsenda – statistics of %TCu duplicate analyses from the Metorex data**

| | | |
|---|---|---|
| Correlation Coefficient: | | 0.999 |
| Slope of RMA Line (Reduced Major Axis): | | 0.98 |
| Error on the slope of RMA Line: | | 0.005 |
| Rank Correlation Coefficient: | | 0.989 |
| Root Mean Square Error (RMSE): | | 8.61% |
| | **Original Assay** | **Duplicate Assay** |
| Count | 51 | 51 |
| Arithmetic Mean | 1.78 | 1.75 |
| Minimum | 0.0005 | 0.0005 |
| Maximum | 15.45 | 15.2 |
| Standard Deviation | 3.79 | 3.71 |
| Coefficient of Variation | 2.13 | 2.12 |

The HARD plot in Figure 5.10 shows that approximately 90% of the pairs of data have HARD values of less than 10%, which is within the benchmarks applied by SRK. The moving average line indicates that the majority of the most significant errors are for very low values, close to the detection limits.




| | | |
|---|---|---|
| srk consulting | **Metorex**<br>Kinsenda Mine – scatter plot of TCu duplicate analyses from Metorex 2010 data | Project No.<br>453459 |

**Figure 5.9: Kinsenda Mine – scatter plot of TCu duplicate analyses from Metorex 2010 data**




| | | |
|---|---|---|
| srk consulting | **Metorex**<br>Kinsenda Mine – HARD plot of TCu duplicate analyses from Metorex 2010 data | Project No.<br>453459 |

**Figure 5.10: Kinsenda Mine – HARD plot of TCu duplicate analyses from Metorex 2010 data**

The sample data is too exhaustive to be included in the CPVR. The tables of statistics are included to show the range of values intersected within the samples selected for resource estimation.

SRK considered that the duplicate analyses demonstrate acceptable precision in the sample preparation and analyses. Overall, SRK commented that in the general, the QA/QC control samples demonstrate adequate precision and accuracy in the 2010 analytical results.

### 5.6.5 Bulk Density and Bulk tonnage data

[SR2.4]

Density measurements for the Metorex 2010 drilling programmes were carried out on the half core remaining after sample submission using the Archimedes principle. Core was thoroughly dried before weighing in air and was wrapped in plastic before weighing in water. Scales were calibrated using known weights on a regular basis but calibration measurements were not recorded.

Metorex reported that Sodimico carried out bulk density on core and determined an overall bulk density of 2.5 t/m³ for material greater than 2% Cu, and 2.4 t/m³ for material below 2% Cu. SG measurements were obtained from full core samples using a cradle to weigh the dry weight and then the wet weight after being submerged in a bucket of water. The cradle weight was then subtracted from each measurement. The core was not waxed, however the core was competent and there were no minor voids and in most cases no fracture zones within the core that would bias the determination. There were however no records of test measurements available to verify the results of this procedure.

SG values were interpolated into the updated resource model where the data is relatively closely spaced in the area of recent drilling. Average SG values from the 2010 drilling programme were used within specific stratigraphic domains (e.g. UOZ, MOZ, LOZ) where recent data does not exist.

### 5.6.6 Geological Modelling and Mineralisation

[SR4.1A(ii)(iv), SR4.1A/B, SR4.2A, SR4.2B]

The geological model and orezone domaining was constructed in Leapfrog™software as reported in the Resource Update, November 2011 report compiled by CCIC MineRes ("**CCIC**"). Leapfrog is an implicit 3D modelling engine that works off a Radial Basis Function. The modelling methodology differs from the traditional way of digitising out the ore zones along section lines, then stitching them together to create a 3D wireframe representing the ore zone. Leapfrog is based on an algorithm that uses all the data points in 3D space, together with geological constraints and parameters to automatically generate volumes of interest.

Mineralisation within specific stratigraphic units is often controlled by sedimentary cycles, commencing with conglomerates or sandstones at the base and fining upwards to a capping of argillaceous shale or siltstone. Significant mineralisation tends to be concentrated in the more permeable conglomerates or sandstones. This is particularly relevant for the LOZ unit, which is the thickest and contains the most abundant mineralisation. Hence prior to ore zonation, each stratigraphical unit was interpreted and modelled separately so as to act as a constraint for mineralisation within them. The LOZ was further sub-divided into the individual upward fining sedimentary cycles, namely LOZo, LOZi, LOZii and LOZiii. Eight litho-stratigraphic units were modelled, being the 4 LOZ cycles, together with the UOZ, MOZ, LLOZ and KOZ (the Kawimba Ore Zone).

SRK reviewed the litho-stratigraphic model done for Kinsenda using Datamine software and found the modelling to be acceptable. Figure 5.11 shows the drill hole location plan and section lines and a cross section along "sect 5".

### 5.6.7 Resource Estimation

[SR4.2]

Litho-stratigraphic modelling was done using Leapfrog software, with the envelopes later exported into Datamine Studio software for resource domaining and estimations.

Orezones were domained on %TCu grades into:

- "Waste" representing all material below 0.6% TCu grade;
- "Low Grade" representing that part of the deposit containing between 0.6% TCu and 2.0% TCu grades;
- "High Grade" representing material with greater than 2.0% TCu grade.

Orezones are considered to be within the sulphide zone. A steeply dipping fracture zone trending north-south in the central regions of the study area was observed during underground mining. CCIC excluded the fracture zone plus a 15 m buffer around from the resource statement.

CCIC generated 0.6% TCu and 2.0% TCu ore grade envelopes using Leapfrog to represent Low and High grade zones respectively (Figure 5.12). All material outside of these was considered as "waste". Because drill hole sampling protocols focussed on visually mineralised zones, intervals of un-sampled core were deemed to be barren and were therefore set to trace by CCIC. Care was taken to ensure that drill holes not sampled at all, were maintained as un-sampled/absent.



| srk consulting | **Metorex**<br>Kinsenda Mine – drill hole location plot and section lines (top) and Section 5 (bottom) through litho-stratigraphic model | Project No.<br>453459 |
|---|---|---|

**Figure 5.11: Kinsenda Mine – drill hole location plot and section lines (top) and Section 5 (bottom) through litho-stratigraphic model**




| srk consulting | **Metorex**<br>Kinsenda Mine –%TCu ore grade envelopes on Section 5 | Project No.<br>453459 |
|---|---|---|

**Figure 5.12: Kinsenda Mine – 0%TCu ore grade envelopes on Section 5**

Figure 5.12 shows the ore grade envelopes that were generated using Leapfrog. SRK plotted the provided wireframes using Datamine and observed that the generated wireframes do not honour the dataset as reported in some cases. Figure 5.13 shows that the ore envelope for UOZ is over extended on drill hole KND_80 and drill hole KND_4 in the LOZ ore envelopes.

### Estimation and Modelling Techniques

For resource estimation, drill holes were coded according to the stratigraphy and the mineralised envelope. Data from each domain was then selected inside each of the orebody envelopes and assigned a mineralisation code. The coded drill hole samples were then composited downhole to 1 m lengths within each mineralised envelope using the mineralised code, because the predominant sampling interval was between 0.5 m to 1.0 m. Any samples less than 0.5 m after compositing were excluded.

Composite statistics were derived for TCu for each of the ore zones. It was found that the Coefficient of Variation ("**CoV**") values of the grade envelopes were mostly less than 1.0%, hence Ordinary Kriging would provide excellent estimates for the domains.

Variogram analysis and modelling was done using Datamine Studio. The semi-variograms generated were derived from 1 m composites from all stratigraphic units together, grouped into HG and low grade zones in order to increase the number of sample pairs and improve the variogram models. Variogram models were generated for %TCu for Low Grade, %TCu for HG, ASCu/TCu ratio for Low Grade and ASCu/TCu ratio for HG. This was done for the downhole semi-variograms together with their respective Isotropic models.

SRK has reviewed the variogram plots presented in this report and makes the following comments:

- Low grade domains, % TCu – variograms are not well developed with an almost pure nugget effect. The semi variogram isotropic model has been affected by a lot of noise and also has high second range of 99 m;
- HG domains, % TCu – similar to the low grade domains, downhole variogram seems acceptable but across strike variogram is almost pure nugget effect and the model is forced onto the variogram;
- Low grade, % AsCu – well-structured variograms with very high nugget effect for the strike variograms. The nugget variance between the downhole and the strike variograms are mismatched;

- HG, % AsCu – well-structured variograms with very high nugget effect for the strike variograms.

The modelling of the short range structures adequately reflects the continuity seen in the experimental data, and the longer ranges modelled will have little impact on the quality of the resource estimates.




| srk consulting | Metorex<br>Kinsenda Mine – %TCu grade block model superimposed on litho-stratigraphical model on Section 5 | Project No.<br>453459 |
|---|---|---|

**Figure 5.13: Kinsenda Mine – %TCu grade block model superimposed on litho-stratigraphical model on Section 5**

## Grade Estimation Method

Ordinary Kriging was used as the interpolator to inform the blocks, and SRK considers this to be an appropriate technique given the quality of the semi-variograms and the spacing of the data. Density was estimated using Inverse Power of Distance with a Power equal to 2. The search parameters used in the estimate are considered reasonable.

A block model was constructed using a parent size of 40 m x 40 m x 5 m in the X, Y and Z directions and sub-cell splitting was allowed to ensure that the volumes of the ore are correctly represented. A section illustrating the block model colour coded on %TCu is shown in Figure 5.13.

### 5.6.8 Validation of estimates

SRK conducted checks on the estimates, by comparing the estimated grades with the grades of the composites used in the estimate. These were done as a series of swath analysis plots, examples of which are presented in swath analysis plots in Figure 5.14.

Block values with each swath were compared with the corresponding composite file. Although there is an expected degree of smoothing evident in the grade estimate, the estimate generally matches the grade of the composite in the slice relatively well.

The %TCu mean values for the block estimates were compared against the %TCu values for the composites and the results summarized in Table 5.5. The mean of the samples was weighted by length, while the mean of the model estimates was weighted by volume. Except for the MOZ domain, statistical means of the grades for the samples and model estimates compare fairly well, and the grades have not been over estimated.




| srk consulting | Metorex<br>Kinsenda Mine – swath analysis plots of block model files vs composite file | Project No.<br>453459 |
|---|---|---|

**Figure 5.14: Kinsenda Mine – swath analysis plots of block model files vs composite file**

**Table 5.5: Kinsenda – comparison of composite and block estimate %TCu mean values**

| CODE | NSAMP | COMP MEAN | BLK_EST MEAN | DIFFERENCE | % DIFFERENCE |
|---|---|---|---|---|---|
| UOZLG | 91 | 1.24 | 1.22 | -0.02 | -1.64 |
| UOZHG | 224 | 3.73 | 3.26 | -0.47 | -14.42 |
| MOZLG | 224 | 1.11 | 1.39 | 0.28 | 20.14 |
| MOZHG | 340 | 4.19 | 4.98 | 0.79 | 15.86 |
| LOZiiiLG | 163 | 0.95 | 0.69 | -0.26 | -37.68 |
| LOZiiiHG | 227 | 5.41 | 5.69 | 0.28 | 4.92 |
| LOZiiLG | 202 | 1.00 | 0.49 | -0.51 | -104.08 |
| LOZiiHG | 303 | 5.75 | 6.03 | 0.28 | 4.64 |
| LOZiLG | 215 | 1.09 | 0.91 | -0.18 | -19.78 |
| LOZiHG | 340 | 6.21 | 6.16 | -0.05 | -0.81 |
| LOZOLG | 152 | 1.07 | 0.97 | -0.10 | -10.31 |
| LOZOHG | 79 | 5.43 | 4.11 | -1.32 | -32.12 |
| LLOZLG | 244 | 0.92 | 0.82 | -0.10 | -12.20 |
| LLOZHG | 208 | 4.77 | 5.08 | 0.31 | 6.10 |
| KOZLG | 78 | 1.12 | 1.03 | -0.09 | -8.74 |
| KOZHG | 71 | 4.14 | 3.02 | -1.12 | -37.09 |

### 5.6.9 Cut-off grade determination for 2012 Mineral Resource Estimates

[SR5.7B(ii), SR5.7C(iii)]

The parameters used for the grade cut-off determination for reporting of Mineral Resources at Kinsenda are set out in Table 5.6.

**Table 5.6: Kinsenda – parameters for cut-off determination for mineral resources**

| Parameter | Units | Values for Cu cut-off |
|---|---|---|
| **Unit costs** | | |
| Mining | (USD/t) | 41.50 |
| Concentrator | (USD/t) | 18.00 |
| Admin / overheads | (USD/t) | 17.00 |
| Off mine | (USD/t) | 48.00 |
| Mine call factor | (%) | 95.0% |
| Dilution | (%) | 15.0% |
| Concentrate recovery | (%) | 93.0% |
| Smelter recovery | (%) | 95.0% |
| Revenue | (USD/t) | 12 000 |
| Royalty | (%) | 2.5% |

A cut-off grade of 1.49% Cu results from these parameters.

The method used to determine the cut-off grades is consistent with industry practice and the cut-off grades thus determined are seen to be reasonable.

### 5.6.10 SRK Comments

IGS reported that the QA/QC program showed an acceptable level of assay precision and accuracy and hence the data collection methods employed by GeoQuest were compliant with the requirements and guidelines of the SAMREC Code. Snowden also reviewed the 2010 QA/QC procedures and findings reported by IGS and considered the assay QA/QC results to be acceptable.

From its analysis of the QA/QC results from the 2010 drilling programme in April 2011, SRK observed that:

- there were instances of significant errors in duplicate assays, interpreted to be swapped samples. This indicates that sample cross contamination may have occurred in the sample preparation. The level of contamination is low, and is unlikely to have a material impact on any of the analyses used in the resource estimation;
- although many of the CRM results did not satisfy the 95% compliance limit of two standard deviations, there is no indication of a material bias in any of the results. SRK considered the result acceptable, but stated that the precision of the analyses could be improved.
- the moving average line in the HARD plot in Figure 6.10 indicates that the majority of the most significant errors are for very low values, close to the detection limits.

Metorex confirmed that these QA/QC issues will be addressed in future drilling.

The ore grade wireframes in some cases do not honour the dataset as reported and are over extended.

Swath analysis plots of the estimated grades generally match the grades of the composite in the slice relatively well. Except for the MOZ domain, statistical means of the grades for the samples and model estimates compare fairly well, and the grades have not been over estimated.

### 5.6.11 Audited Mineral Resources and Mineral Reserves

[SR5.7B, SR7, SR9]

SRK's audited classification and statement of Mineral Resources and Mineral Reserves for Kinsenda at 30 June 2013 is presented in Table 5.7.

The Mineral Resources are quoted inclusive of the Mineral Reserves. The discussion on the conversion of resources to reserves and the mine modifying factors used in the conversion is given in Section 5.9.

**Table 5.7: Kinsenda – SRK Audited Mineral Resources and Mineral Reserves at 31 December 2012**

| | Mineral Resources (1.5% Cu cut-off) | | | | Mineral Reserves (@ 3.5% Cu cut-off) | | |
|---|---|---|---|---|---|---|---|
| **Classification** | **Tonnes (Mt)** | **Cu grade (%)** | **Copper (kt)** | **Classification** | **Tonnes (Mt)** | **Cu grade (%)** | **Copper (kt)** |
| Kinsenda High grade | | | | Kinsenda High grade | | | |
| Measured | 0.0 | 0.00 | 0.0 | Proved | | | |
| Indicated | 13.4 | 5.30 | 708.3 | Probable | 6.1 | 4.80 | 293.1 |
| Inferred | 7.4 | 6.03 | 443.7 | | | | |
| Kinsenda Low grade | | | | Kinsenda Low grade | | | |
| Measured | 0.0 | 0.00 | 0.0 | Proved | | | |
| Indicated | 0.2 | 1.66 | 2.8 | Probable | | | |
| Inferred | 0.1 | 1.64 | 1.9 | | | | |
| **Total Kinsenda** | **21.0** | **5.51** | **1 156.6** | **Total Kinsenda** | **6.1** | **4.80** | **293.1** |

### 5.6.12 Reconciliation of Mineral Resources and Reserves

[SR8B(iv), SR8C(vi)]

The previous Mineral Resource and Reserves statement for Kinsenda was published by Metorex in its Annual Report for 2011. The Mineral Resources and Reserves at 31 December 2011 and at 30 June 2013 for Kinsenda are compared in Table 5.8.

**Table 5.8: Kinsenda – Mineral Resources and Reserves Reconciliation - 31 December 2011 to 30 June 2013**

| **Item** | **At Dec 2012 Tonnes (Mt)** | **At Dec 2012 Contained Metal Cu (kt)** | **At Dec 2011 Tonnes (Mt)** | **At Dec 2011 Contained Metal Cu (kt)** |
|---|---|---|---|---|
| **Mineral Reserves** | | | | |
| Proved | | | | |
| Probable | 6.1 | 293.1 | 9.1 | 412.0 |
| Total Min. Reserves | 6.1 | 293.1 | 9.1 | 412.0 |
| **Mineral Resources** | | | | |
| Measured | 0.0 | 0.0 | 0.0 | 0.0 |
| Indicated | 13.5 | 711.1 | 29.7 | 905.2 |
| Inferred | 7.5 | 445.6 | 17.2 | 564.2 |
| Total Min. Resources | 21.0 | 1 156.6 | 46.9 | 1 469.4 |

The reliability of the geological data and resource estimates is reflected in the assigned classifications.

The mine design for Kinsenda draws the design parameters and modifying factors from actual results at Chibuluma, as set out in Section 5.9.

The changes in the Mineral Resourcesand Reserves for Kinsenda from 2011 to 2012 are attributed to:

- Reinterpretation of the drillhole database resulted in the extent of the mineralised zones being reduced;
- A different cut-off grade was applied.

It should be noted that there were some 2.4 Mt of Inferred Resources that had been included in the initial LoM plan for Kinsenda. As this is a material percentage of the LoM tonnage and the HKSE does not permit the valuation of Inferred Resources, the LoM plan was redone to be based on Indicated Resources only.

## 5.7 Rock Engineering

[SR5.4]

### 5.7.1 Geotechnical Investigation

#### Geology

The Kinsenda orebody consists of a number of laterally extensive, tabular mineralized zones which vary in thickness from 1m to 20m and dip in a general southerly direction at an average angle of 25°. There are areas in the ore body where the dip both steepens and flattens. A narrow but extensive north-south oriented zone of fractured rock is located immediately west of the Main shaft.

An interpretation of the fracture zone and an east-west striking, dip orientated clockwise rotational fault (see Figure 5.5) in relation to the orebody is shown in Figure 5.6. It is reported that extensive weathering is associated with the fracture zone and it is suspected that it contains water. Future development through this zone is planned to take place in underlying unweathered granite to avoid intersecting this water bearing structure. The down dip extent of the planned mining is truncated by the Kamukato fault, which throws the orebody down towards the south.

During the site visit in October 2012, SRK was unable to visit any stoping areas. Conditions observed in footwall development were considered to be good despite the occurrence of a significant amount of seepage water. Extensive leaching of copper ore was visible in many old excavations confirming that seepage had been present for a considerable time. In general howeverl, rock conditions observed were good.

A detailed understanding of the geological sequence forms a critical basis for geotechnical design of key mining elements, in particular:

- Siting access excavations (footwall haulages; shafts, shaft access cross cuts);
- Designing mining layouts (dip/thickness combinations; dilution estimates);
- Designing support systems (development and intra-stope excavations).

Although a geotechnical interpretation in terms of rock mass classification is provided, a recent geotechnical investigation by Snowden does not present geological descriptions, geological sections or stratigraphic columns against which to evaluate this interpretation. In SRK's opinion, additional investigations are required with particular reference to:

- Granite/weathered granite/conglomerate transition (regularity of the granite palaeosurface) with regard to footwall and infrastructure layout and development;
- LLOZ Footwall series with regard to layout and development of footwall drives and stope access cross cuts;
- Ore body sequences (HW; OB and FW of each unit) with regard to stope wall dilution stope back support and pillar stability related to the grade cut-off.

It is noted that stoping limits for mine design and reserve estimation purposes have been set at a cut-off grade of 3.5%T Cu. This implies that there will be a grade cut-off rather than cut-off along a distinct geological interface. This situation is common in most Zambian and DRC copper mining operations. In addition, the level of cut-off grade will restrict the number of LLOZ stopes which are economically attractive.

Thickness distribution isopach plans provided for LOZ and LLOZ ore bodies and partings are summarized in Table 5.9. In SRK's opinion, ore body sections should also be constructed to assist in visualizing thickness distributions, in formulating mining methods and in assessing inter stope interaction.

**Table 5.9: Kinsenda – Summary thicknesses of units and middlings**

| Material Zone | Thickness (m) | |
|---|---|---|
| | Average | Standard Deviation |
| LOZa hangingwall | n/a | n/a |
| LOZa | 8.63 | 5.34 |
| LOZb hangingwall (middling to LOZa) | 8.52 | 4.06 |
| LOZb | 9.97 | 5.13 |
| LLOZ hangingwall (middling to LOZb) | 10.38 | 4.52 |
| LLOZ | 4.26 | 1.55 |
| Weathered granite | 4.35 | 1.87 |
| Fresh granite | n/a | n/a |

The geological package consisting of alternating ore zones and waste partings presents a number of mining challenges which include:

- Control of the stope hanging. A trade-off study between shorter spans using rock bolt support and (possibly) post pillars against longer spans incorporating cable anchors is warranted;
- Sequence of mining individual ore bodies to avoid adverse interaction and potential ore loss;
- Siting of strike orientated access development to minimize waste dilution; maximize ore recovery and maintain stability on both hanging and footwall strata. Common practice in Zambian and DRC copper mines is to site ore body drives on the footwall contact and will this be considered at Kinsenda.

During the site visit, intense corrosion of support units (both tendons and steel sets) was observed. If further extraction of previously worked areas is contemplated, it is recommended that a comprehensive evaluation of the stability of existing access development and stoping is undertaken prior to the removal and replacement of any support. SRK understands that appropriate operating procedures are in place.

**Structure**

The north-south orientated fracture zone has been encountered during previous phases of mining at Kinsenda. It is reported that access development through the fracture zone within MOZ workings has remained intact despite the perceived poor quality rock, limited support and having been exposed to cycles of flooding and drainage. Although no further stoping of MOZ is contemplated in the mine plan, these observations provide an indication of conditions that are likely to be encountered and also provide the means of controlling them.

In SRK's opinion, a thorough investigation of the fracture zone is essential in order to quantify the geotechnical risk to future planned development together with the risk associated with ground water inflow.

The down dip extent of the orebody is truncated by the normal, east west striking Kamukato fault which downthrows towards the south. As far as SRK is aware, no information describing the characteristics of this fault zone or immediately adjacent strata is available. In SRK's opinion, the presence of the fault will have very little impact on the proposed mining plan.

**Stress and seismicity**

Snowden has suggested that a general north-east to south-west trend prevails based on data presented in the World Stress Map. It should be noted that confidence in this assessment is considered to be low as measurement locations and details are not presented.

In SRK's experience from other shallow depth (<500 m) mining operations in the Zambian and DRC Copperbelt, the major stress is likely to be vertical (or normal to bedding). Where weathering occurs, any significant horizontal concentrations are likely to have been dissipated and the tensor $\sigma_2 = \sigma_3 = 0.3*\sigma_1$ is likely to prevail. In more competent rock which has been subjected to tectonic activity, stress orientations and magnitudes can vary widely with the horizontal stress magnitude component exceeding the vertical component. In SRK's opinion, over the depth range contemplated at Kinsenda, it is unlikely that the magnitude of stress will be sufficiently great to induce significant damage in mining excavations. Should future mining be planned down dip of the Kamukato fault, it is recommended that prevailing stress conditions should be determined.

SRK notes however that a fine grained grey sandstone horizon is recorded by Snowden with a reported Uniaxial Compressive Strength ("**UCS**") of 238 MPa. This value is between 3 and 4 times greater than that of the surrounding rock and is equivalent to that of Witwatersrand quartzite. In SRK's opinion, the strength measurement is exceptionally high and should be checked. However, should this material be found to have an exceptionally high UCS, the possibility of it acting as a stress concentrator within the geological sequence must be recognised and appropriate layout and support strategies employed.

In SRK's experience, no significant natural seismicity has been experienced in Zambian and DRC Copperbelt operations, although tremors from distant (Rift Valley) events have been felt. Mining induced seismicity has been experienced in competent sandstones and quartzites at Mufulira, Konkola and Kamoto (Kolwezi).

**Rock Mass Characterization**

Twenty six holes have been used to provide geotechnical information on the Kinsenda mining sequence. Logging was carried out by GeoQuest and overseen by Middindi Consulting. No drill hole logs or rock mass classification information has been provided to permit SRK to undertake an independent evaluation of geotechnical information presented. No Quality Assurance records have been provided to demonstrate control during the geotechnical logging process.

A total of 121 samples were tested to provide geotechnical design parameters. It is noted that most tests were conducted on samples with the height to width ratio approximately equal to 2, with 20% of the samples being less than 2. The ISRM standard recommends a height to width ratio greater than 2 and preferably closer to 2.5. The test results therefore lie on lower bound of acceptability. Notwithstanding, in SRK's opinion, the UCS values obtained lie in the expected range of those encountered in Zambian and DRC Copperbelt sequences.

A considerable effort has been expended to obtain both orientated and un-orientated joint direction and spacing information. It is not clear from the Snowden report whether or not this data has been used in any kinematic

analysis to determine support requirements. It is recommended that an UNWEDGE or similar analysis is carried out using this data to provide information for:

- Support design in access drives and stopes;
- Dilution estimates.

Snowden presented Rock Mass Rating ("**RMR**") values according to the Bieniawski Rock Mass Classification as plan projections for individual strata units. The RMR values range between 40 and 60, with only a small difference in value between rock types and with depth (to 375 mbs), and minimal lateral variability within stratigraphic units. These values reflect what SRK would expect for these rock conditions, and suggest that there should be no difficulties with the planned stoping and support.

The "Q" values for the different stratigraphic units according to the Barton Rock Mass Characterization system range from 0.50 to 6.83, with the higher values associated with the ore zones. "Q" values are of use in providing guidelines for the stand up time for unsupported excavations, support requirements in access development and stopes and also stable stope spans during preliminary mine studies. Where mine workings exist, design recommendations derived from "Q" values should be calibrated against actual excavation dimensions and ground conditions to create a site specific data base and improve confidence in future design criteria.

There exists a general relationship between RMR and Q values which is not supported by the results presented. The reasons for this anomaly should be determined. Nevertheless, in SRK's opinion, the values lie within an acceptable range..

### Geohydrology

It is noted that pumping operations have managed to lower the water level to 295 mbs where it has stabilised. There is no intention to lower the water table in the immediate future. It was reported during the site visit in 2012 that the current pumping rate of 50 Ml/day is sufficient to maintain underground water at its present level. A second, back up pump station has been completed.

Geohydrological information is based on information from a KLMCS report dated 2010. In this report, it is stated that 11 aquifers are presentely with the main acquifers lying in the ore body and the weathered contact of the granite basement. No information regarding possible ground water contributions from the fracture zone or the Kamukato fault is provided.

In Zambian and DRC operations, highly porous and completely weathered zones can extend to considerable depths, often apparently randomly (as at Lubembe), but also associated with structures in arkosic sandstones and conglomerates. Current work by SRK at Musonoi is attempting to correlate geotechnical properties with geological parameters such as acid soluble copper content and bulk density as a means of predicting ground conditions in stopes and, by inference, areas potentially containing greater amounts of free water. It is recommended that a similar study is carried out at Kinsenda to assist with future planning.

In SRK's experience, it is unlikely that water pressure will contribute significantly to excavation instability at Kinsenda but highly weathered ground conditions will certainly require specific support strategies.

The presence of water adjacent to mining excavations will impact on:

- Explosive choice;
- Choice of ground support elements for long life excavations.

With short lived access and stoping excavations, significant loss of performance due to corrosion should not occur and support elements can be selected accordingly.

Dewatering will take place initially from a hanging wall drive on 209 mL, with water pumped from 312 mm diameter downward inclined holes 30 m apart. This system is planned to facilitate early access for stoping below 209 mL and will continue to 340mL after which it will be superceded by a gravity driven system. It is noted that the system is exposed to the double risks of power availability and drill hole pump reliability.

## 5.7.2 Mine Design

### Access

The planned development layout is illustrated in Figure 5.15. In SRK's opinion, the layout appears acceptable but should be reviewed in relation to the footwall geological sequence to identify possible risk areas, particularly those associated with the weathered granite palaeosurface.

### Stoping

The stoping methods are not described in detail and the report would benefit from method description with anticipated excavation dimensions shown. The variation in ore body width means that different methods will be practised in different ore bodies. It is likely that the choice will include Longitudinal Cut and Fill over the complete ore body width, Transverse Cut and Fill with longitudinal retreat, Post Pillar Cut and Fill in wide ore body areas and Long Hole Stoping with Fill in very thick ore body areas.

- Snowden have used the Matthews – Potvin method to estimate stoping dimensions. In SRK's opinion, there is a lack of clarity in the calculations whichmay give rise to conservative dimensions. There therefore exists an upside potential to increase overall recovery.




| srk consulting | **Metorex**<br>Kinsenda Mine – planned development layout | Project No.<br>453459 |
|---|---|---|

**Figure 5.15: Kinsenda Mine – planned development layout**

The mining layout proposed by DRA incorporates regional support in the form of strike orientated buttress pillars, initially located on 260 mL and at 90m vertical spacing thereafter. Empirical analysis followed by numerical modelling by Snowden indicates that the vertical pillar width should not be less than 10 m.

DRA has indicated that a total of 16% of the resource is locked up in regional support pillars with a further 18% in stope pillars (based on 3 m wide dip pillars located at 90 m intervals together with other in-stope pillars). The total ore loss in pillars amounts to 31%. There may be additional ore loss, particularly in wide stopes, if a Post Pillar Mining method is employed.

### Backfill

The Snowden report states that "backfill must be used to fill mined out voids to assist in maintaining stability….." It should be noted that backfill will be required as an integral part of the mining method to provide a working surface and support for stope walls and pillars. Backfill specifications should be provided to ensure that these requirements are satisfied.

Golder Associates carried out a backfill mass balance exercise as part of a cemented hydraulic fill design project for a production rate of 400 ktpa. A summary of this study is presented in Table 4. It is concluded that sufficient fill will be available to meet production requirements. Subsequent to this study, a decision has been made by Metorex to implement a Cyclone Classified Tailings ("**CCT**") system. It appears that this decision is based on experience from Chibuluma together with information from other Copperbelt operations. It is presumed that a proportion of the primary fill will be derived from waste generated by access development and any shortfall will be made up from CCT.

SRK understands that the +40 µm will be used by the CCT system, whereas the -40 µm will be disposed at the TSF. As only a portion of the tailings production will be suitable for CCT fill, SRK understands that a study is in progress for this system in order to determine fill plant capacity, backfill system specifications and costs with particular reference to storage requirements, underground reticulation, and placement practice and bulkhead design. The study will also need to consider the implications for the operability of the TSF, given that there will be minimal coarse material for wall building and the beaching/drainage characteristics of the very fine material disposed of on the TSF will need to be understood.

**Box Cut and decline shaft**

SRK understands that development of the pox cut has commenced.

### 5.7.3 SRK Comments

Despite the inconsistencies between the RMR and Q values, and possible errors in the application of the Mathews-Potvin HR method, the final geotechnical designs for Kinsenda are considered to be valid.

SRK has highlighted a number of areas where additional investigations should be undertaken to improve the confidence in the geotechnical designs, as follows:

- The impact on footwall and infrastructure development of granite/weathered granite/conglomerate transition, LLOZ footwall series and orebody sequences;
- Ore body sections should also be constructed to assist in visualizing thickness distributions, in formulating mining methods and in assessing inter stope interaction;
- A comprehensive evaluation of the stability of existing access development and stoping is undertaken;
- Kinematic analysis is conducted to using information gathered by Snowden to validate stope design and dilution estimates;
- The backfill mass balance exercise is required for this system in order to determine fill plant capacity, backfill system specifications and costs with particular reference to storage requirements, underground reticulation, and placement practice and bulkhead design should be undertaken as early as possible in the mine design process;
- A calibration exercise is carried out in MOZ workings to improve confidence in the design guidelines;
- In SRK's opinion, the initial dewatering system is exposed to the double risks of power availability and drill hole pump reliability. It is noted that implementation of a gravity driven drainage system has been included in the project implementation plan;

## 5.8 Hydrogeology and Hydrology

[SR5.4]

The comments which follow are based on a review of a feasibility study report compiled by Metorex in March 2012 for the Kinsenda project ("**Kinsenda FS**"), plus additional hydrogeological data made available to SRK. This review also aims to identify the most significant risks to ground and surface water, given the available data. No site visit was conducted as part of the hydrogeological review.

### 5.8.1 Baseline Description

**Topography and Climate**

The project area has a moderate topography with gentle sloping river valleys and elevations ranging from 1 350 m to 1 275 m above mean sea level (amsl). Perennial rivers are evident in the project area and are usually associated with wetland areas in their headwaters. Non-perennial rivers are also present, but mainly flow during periods of heavy rain.

The topography of the mine site will be altered, some changes temporary and some permanent (e.g. tailings dam).

**Surface Water**

The site falls within the upper reaches of the Congo River Basin, with the major drainage lines being the Kinsenda, Kitotwe and Tshinsenda Rivers. These are located to the east and south of the Kinsenda Village.

- **Storm water control** - It is stated in the Kinsenda FS report that clean stormwater from catchments upstream of the project will be diverted away from mine infrastructure. Dirty water will be fed into the mine's return water dam and used in the concentrator plant process.

### Groundwater

The groundwater was investigated and assessed in 2011 by KLMCS.

- **Hydrogeological Units** - KLMCS describes the aquifer system on the site as comprising an upper shallow weathered granite aquifer, a dolomite aquifer and the deep Roan aquifer. A siltstone/shale aquitard underlies the dolomite. Of significance to groundwater is the Kamukato Fault to the south of the mine, striking WNW-ESE.

  According to KLMCS, the fault structure could either be a groundwater flow barrier or a groundwater conduit, or both, depending on its contact with other structures. The behaviour of the fault has different impacts on the groundwater balance of the mine and test pumping of drill holes drilled into and beside the fault would be required to determine its specific impact on inflows. Also, monitoring drill holes placed either side of the fault can show the impact of the mine pumping on either side of the fault

- **Groundwater Use** – the KLMCS investigations included a hydrocensus over the site from which they concluded the following:
  - The baseline water quality varies, but is generally good;
  - A number of springs were identified on site;
  - Water levels in the area vary from between 50 and 150 m below ground level; and
  - Existing drill holes in the area are used for domestic water supply.

- **Groundwater levels and flow direction -** According to KLMCS, there was no data on regional piezometry within the Kinsenda mining concession area and that available hydrochemistry and groundwater level monitoring data was minimal. Based on available data, they calculated contours on what they conclude as the three major hydrogeological flow systems.

  This includes "Shallow aquifer groundwater flow regime-weathered and fractured granite aquifer to the north, and weathered Roan Supergroup aquifer to the south of the water divide. The flow regime within the granite aquifer is discharged as baseflow within streams flowing to the north, northeast and east" and "aquifer groundwater flow regime-Roan super group aquifer. Due to pumping from the mine within this aquifer, water levels have been lowered to below 100 m. Multiple aquifers have been identified with the deep aquifer flow regime. The elevated groundwater levels are interpreted as showing an upper aquifer defined by the Dolomite lithology. This is further supported by the presence of a groundwater spring at the head of Kinsenda River, which deposits a white precipitate at the discharge point, indicating dissolution of $CaCO_3$ and circulation of groundwater within the dolomite aquifer" (KLMCS, 2012).

- **Recharge -** The KLMCS report states that no values on groundwater recharge are available. Recharge rates are expected to be high, up to 240 mm/yr for Kinsenda, given the high mean annual rainfall of approximately 1 200 mm/yr and the highly weathered overburden. A recharge rate of 180 mm/year was calibrated against the modelled hydraulic conductivity (KLMCS, 2012).

- **Water use and supply -** The Kinsenda FS states in the section "1.5 Infrastructure" that "water is sourced from underground water". It further states that up to 22% of surrounding communities utilises unprotected surface water and would therefore be susceptible to pollution of the surface water.

### Water Quality

- **Surface water -** baseline surface water quality was obtained from a number of sites across the project area and indications are that the water is relatively clean, but pollution in the form of copper and E. coli was detected in a range of samples.

- **Groundwater -** KLMCS collected background water groundwater quality data during three field visits in 2010 and nearly 2011, to assess groundwater impacts based on hydrochemical constituents which included copper, cobalt, sulphate, chloride and TDS. The emphasis was placed on the area around TSF, probably as the potential for contamination was seen as being the highest.

  From the groundwater model, KLMCS concluded the following:
  - Contamination of the weathered and shallow groundwater aquifer is likely to be instant;
  - The plume migration is dominantly down-gradient of the groundwater flow direction towards the streams;
  - The plume migration will not cross into the Roan aquifers, which hosts the mineralization;

- No contamination is expected to take place within the ore body from the TSF;
- Background chemical concentrations within the dolomite aquifer will remain constant;
- The lower Roan aquifer displays a slight reduction in concentration levels for Cu, Co and Sulphate during life of mine. This is attributed to vertical exchange of groundwater from the upper dolomite aquifer, which has lower concentrations of Cu, Co and Sulphate than the mineralised lower Roan aquifer where groundwater abstraction is taking place;
- The solute transport model reveals that the ore body is not at risk of mineral sterilization should groundwater pollution occur below the TSF.

### 5.8.2 Conceptual Groundwater Model

A conceptual hydrogeological model compiled by KLMCS in 2012 is shown in Figure 5.16.




| srk consulting | **Metorex**<br>Kinsenda Mine – Conceptual Hydrogeological Model (KLMCS 2012) | Project No. 453459 |
|---|---|---|

**Figure 5.16: Kinsenda Mine – Conceptual Hydrogeological Model (KLMCS 2012)**

### 5.8.3 Numerical Groundwater Model

A numerical model was developed by KLMCS based on a multilayered aquifer with a siltstone horizon forming an aquitard and separating the upper dolomite aquifer from the lower sandstone, conglomerate, quartzitic sandstone and granite basement aquifers (KLMCS, 2012).

The steady state groundwater model was calibrated using observed water levels taken in January 2010 and abstraction volumes from daily pumping records to simulate groundwater flow gradients, directions and abstraction rates from the mine dewatering drill holes and sumps, the plant water drill holes and the camp drill holes. Thirty four (34) observation drill holes were used as control data to calibrate the model (KLMCS, 2012).

The model calibration estimates high recharge rates into the Roan aquifer, which recharge rates of at least 200 mm/yr and as high as 600 mm/yr. Modelled hydraulic conductivity for the Roan aquifer was 4 m/d, translating to a transmissivity of 800 $m^2$/d, assuming an aquifer thickness of 200 m. Initial estimates from the preliminary test pumping at BH3-39 gave transmissivity values of 530 $m^2$/d to 1 400 $m^2$/d (KLMCS, 2012).

Long-term water level monitoring graphs show rising water levels during the wet season (October/November – March) due to rainfall recharge and falling water levels in the dry season when there is no recharge. Groundwater level rises are shown in the pits during the wet season despite pumping, indicating recharge inflow is higher than abstraction rates and increased pumping is required (KLMCS, 2012).

### 5.8.4 Surface and Groundwater Monitoring

KLMCS found that available hydrochemistry and groundwater level monitoring data is minimal, but used long-term water level monitoring data from 2009 to 2011 from the mine to estimate aquifer hydraulic parameters." It therefore seems that although some groundwater monitoring data exists, there is currently no formal groundwater monitoring program in place. According to the Kinsenda FS there are 13 monitoring drill holes.

The Kinsenda FS acknowledged the fact that dewatering may impact surrounding groundwater use and further stated that "careful monitoring will be undertaken to understand the complexity of this issue during the operational phase of the mine". The Kinsenda FS further stated that "a groundwater monitoring programme will be established for the mine" which will "assist in the early identification of potential issues to ensure that the mine has a minimal impact on groundwater resources and surrounding users".
No evidence of surface water monitoring could be found.

### 5.8.5 Legal Framework

An EIA / EMP report for the Kinsenda project was undertaken by Metago during 2010-11. The Kinsenda FS further states that, being an international company, Metorex complies with "in-country" environmental legislation, the Equator Principles ("**EP2**") and the International Finance Corporations ("**IFC**") principles and performance standards.

No data are available to assess the status of environmental performance reviews.

### 5.8.6 Hydrogeological and Hydrological Risks

**Risks to Surface and Groundwater**

KLMCS concluded that "to accurately estimate mine inflows and groundwater pollution risks and characteristics, additional data collection is imperative in the form of groundwater monitoring and environmental monitoring drill holes" (KLMCS, 2012). Key aspects arising from KLMCS' conclusions are:

- Mine inflow volumes for Kinsenda will rise from the current 43 000 $m^3$/d to 70 000 $m^3$/d or even 100 000 $m^3$/d for LoM. Mine inflows will increase when mine development crosses the Kamukato fault to the south where the aquifer is thicker and deeper;
- Modelled maximum Cu concentrations predict values of 1 mg/l which are close to the maximum allowable limit of 1.5 mg/l in terms of DRC regulations. There is a potential risk of exceeding these values during mining (also predicted by Metago) Sampling results up to June 2013 (streams, boreholes) indicate Cu values still below 1.5 mg/;
- The numerical groundwater model and solute transport model has shown that Kinsenda spring, which is a source of drinking water for Tshinsenda village, the mine and surrounding villages is not at risk from contamination by the TSF or depletion from mine dewatering. Metorex reports that there are no communities located within the TSF areaor immediately downstream thereof;
- Groundwater abstraction for LoM for Kinsenda mine for 19 years will not have severe negative impacts for future groundwater users, as the model simulation revealed rapid aquifer rebound with 99% of groundwater level recovery achieved within 5 years of cessation of pumping;
- The solute transport model predicts that the concentrations of most of the chemical constituents from the TSF will be minimal, and within maximum allowable limits. Concentrations in the groundwater will be altered and increased by >10 times to 50 times more than background values but over a limited area;
- The solute transport model assumes an unlined floor for the TSF. With an initial estimate of only 0.00025% of the total floor area expected to be defective, (Golder 2011), the risk of significant groundwater pollution from the TSF is minimal.

Based on their investigations, KLMCS recommended the following:

- Set up a monitoring system to forewarn of pollution risks and thus protect the groundwater resources for the community.
- Expand the groundwater monitoring network for future groundwater modelling and hydrogeological investigations, which will enable the cone of drawdown created by active mine pumping to be plotted.
- Install monitoring drill holes around the TSF and undertake groundwater quality and groundwater level monitoring before mining starts.
- Collect hydrogeological data (hydraulic parameters, water levels, water balance) in the shallow weathered aquifer to increase level of confidence on the solute transport model.
- Regular (3 months) sampling of ground water quality.

Metorex confirmed that Kinsenda monitors the discharge every fortnight and analysis of these samples shows compliance with DRC discharge regulations. Ground water level is monitored in boreholes of surrounding

communities on a monthly basis. No significant lowering of the water table has been detected. The ground water monitoring network has been expanded to include boreholes drilled as part of the geotechnical investigation.

**Expanding of Drawdown**

The KLMCS report states that dewatering from the mining zone is likely to result in the lowering of groundwater levels in the shallower aquifer where the community drill holes are located and could potentially reduce the availability of water to surrounding groundwater users.

The KLMCS numerical model predicts that "The longitudinal axis of the drawdown cone will spread in a NW-SE direction due to the local tectonic stresses, the strike of the watershed divide, as well as the strike of the Kamukato fault. The radius of influence (i.e. 3 m drawdown) will be approximately 10km in the north-south and 20km in the E-W direction".

### 5.8.7 SRK Comments

From the available data, and placing reliance on the Kinsenda FS and KLMCS, the following conclusions are drawn:

**Ground water and surface water impact**

The community in Kinsenda village is supplied with water by KICC but there is a risk that they may also use untreated surface water and hence they are more vulnerable to water contamination.

The drinking / use of untreated surface water by neighbouring communities is not recommended, especially if contamination of such water from the mine can be expected. This issue should be taken up with the local authorities and preventative measures should be put in place by Kinsenda mine to prevent contamination.

SRK has been appraised by Metorex that the design of storm water trenches and berms should contain run-off from industrial areas and reduce the probability of contamination of surface water. Kinsenda will supply potable water to the neighbouring communities.

**Ground and surface water monitoring**

Discharge water from underground has been monitored by external consultants since December 2011. Surface water is monitored monthly and samples analysed externally. The EMP includes requirements for this and Metorex reports that the programme will be implemented during the construction phase. Additional monitoring drill holes will have to be drilled and incorporated into the groundwater monitoring network.

Despite the finding of KLMCS that the numerical model predicts insignificant impact on the dolomitic aquifer from dewatering in the Roan aquifer, concerns about the structural integrity of the dolomites during dewatering are raised in the Kinsenda FS report.

## 5.9 Mining

[SR5.4]

### 5.9.1 Introduction

This section includes discussion and comments on the mining aspects of the Kinsenda Project mining study.

Snowden was commissioned by Metorex to update a previous Snowden study that was completed in August 2011. SRK was provided with a draft update Snowden report dated April 2012 (the "**Snowden Report**") in 2012. Metorex has since requested DRA to update the study. DRA submitted a draft Document entitled "Mine Design Criteria" (Document Number DRAM-M1332-DC-0014-C, issued on 31-10-2012 and revised on 30 January 2013) (the "**DRA Report**"), which SRK has used as the basis for this review.

### 5.9.2 Description

The mine is a brown-fields project, having been previously operated between 1977 and 2002. At the time it was in a pillar recovery phase in accessible areas, following flooding in 1997. The main mining method was conventional Room and Pillar.

The Kinsenda orebody dips at 25-30° and varies in width from 2 to 20 m, with the average width being 6 m. Three zones are present, termed UOZ, MOZ and LOZ, which pinch and swell and merge in places.

The mine is divided into two distinct areas, the Western Mine (Figure 6.17) and the Eastern Mine, with the eastern portion being regarded as a greenfields project.

### 5.9.3 Access

Three declines from surface were used previously to access the orebody. The DRA Report states that two of these, the UOZ and LOZ (A), could be rehabilitated to use as access ways. A fourth sub-incline, the LOZ (B), reaches the two deepest levels but is currently flooded and yet to be dewatered. A vertical shaft from surface, equipped with only one cage, serves 209L and 285L.

Sinking of a decline is from surface to 209L of the existing underground infrastructure has recomended (Figure 5.17). The intention is to use this for ore transport and it will be inclined at 8%, which SRK considers to be sound practice. Figure 5.18 shows the progress on the boxcut in early July 2013.




| srk consulting | Metorex<br>Kinsenda Mine – western mine development layout<br>(source: DRA) | Project No.<br>453459 |
|---|---|---|

**Figure 5.17: Kinsenda Mine – western mine development layout**



| srk consulting | Metorex<br>Kinsenda Mine – western mine development layout<br>(source: DRA) | Project No.<br>453459 |
|---|---|---|

**Figure 5.18: Kinsenda Mine – western mine development layout**

### 5.9.4 Mining Method

Conventional room and pillar was practised previously using labour intensive methods. DRA undertook a mining method selection study, which compared long hole open stoping (previously studied) with longitudinal and transverse drift-and-fill and re-evaluated them based on current more recent geotechnical knowledge.

The mining method proposed in the DRA Report is called both mechanised cut and fill and longitudinal drift-and-fill (in the narrow orebody areas). It is essentially very similar to what is referred to as transverse drift-and-fill in the Snowden Report. There are only minor differences in the respective layouts proposed by Snowden and by DRA and SRK considers the method to be an appropriate one given the orebody geometry and geotechnical characteristics (see Section 5.7).

For the wider areas, DRA states that transverse post-pillar drift-and-fill will be used.

The mining method recovers the ore in horizontal slices, starting from the bottom slice advancing upwards. Pillars are left inside the stope to support the roof. The mined out stope is then back filled with waste rock, hydraulic tailings and the next slice mined working from the fill surface. DRA states that conventional mining will be practised in areas not suitable for trackless mining.

Main levels will be spaced at 25 m intervals (Figure 5.19) and connected to the main access via a ramp system that will be linked to current underground infrastructure.




| srk consulting | **Metorex**<br>Kinsenda Mine – stoping layout showing mining sequence (top) and ore access methodology (bottom) (source: DRA) | Project No. 453459 |
|---|---|---|

**Figure 5.19: Kinsenda Mine – stoping layout showing mining sequence (top) and ore access methodology (bottom)**

Access to the orebody will be achieved via a ramp access tunnel leading from the ramp, to the footwall drive that is developed on strike and on the same elevation as the third cut of the stope.

A strike access is developed in the footwall on each main level parallel to the orebody on the same elevation as the third mining cut, in order to gain access to the first cut of the stoping panel. From the footwall, a stope access tunnel is developed in the direction of the orebody at an angle of not more than -9°, an angle which allows all mechanical equipment to operate in that drive (Figure 5.19). SRK concurs with the philosophy.

It is proposed that the mine be divided into sets of three levels, called echelons, which are separated by 10 m thick sill pillars (top diagram in Figure 5.19).

Each stoping panel is 90 m long and consists of 6 panels.

### 5.9.5 Rock Handling

Ore and waste rock will be loaded by LHDs, which will tip the material into trucks for transport to surface, with some waste during the early stages of the mine being hoisted to surface in the vertical shaft. Once stoping commences, waste rock will be used as fill material. SRK could not find any reference as to whether the cage in the shaft would be replaced by a skip to facilitate this.

Personnel will be transported using specialized trackless utility vehicles via the main ramp.

Material will be transported in utility vehicles with interchangeable buckets (cassettes) designed for each purpose. Additional service fleet items will be scissor lifts, lube vehicles, graders, a compactor, scaler, etc.

The equipment described above is standard for this type of operation and SRK concurs with the philosophy.

### 5.9.6 Backfill

This is discussed in Section 5.7.2.

### 5.9.7 Service infrastructure (ventilation, rock transport, men and material access)

The following has been proposed by DRA to achieve the design tonnage of 50 ktpm:

- The establishment of a permanent pump station on 285L to handle all the underground water;
- The development of a proper dewatering and water reticulation system that will be capable of handling the proposed 80 kℓ per day, clean as well as dirty water;
- Rehabilitation of the LOZ (A) decline;
- Installation of an underground crusher station to feed the conveyor belt on 285L. [It is not clear from the documentation what purpose the conveyor will serve];
- Developing a new decline from surface that will connect to 209L that will act as main egress and ingress for all men and material, as well as rock transport
- Development of two ventilation shafts: one on the east side and one on the west side of the mine from 285L to surface.
- Establishment of a Backfill Plant to facilitate backfilling operations.

SRK has not had sight of the ventilation study so cannot pass comment on that aspect.

### 5.9.8 Development and production schedule

The planning parameters used in the production schedule as advised by DRA at a meeting held at Metorex's offices on 14 February 2013 were:

- Mining loss 4.5%;
- Backfill dilution 10%;
- Planned dilution 7.5%;
- Unplanned dilution 2.92%;
- Extraction 69%.

Drill rig blast rates, LHD cycle times, cleaning cycles, support rates, etc have been determined from first principles. The development advance rate determination for a drill rig has been presented in a table and determined to be 190 m per month, which SRK considers to be on the high side. The table also provides an "Effective system advance rate" of 75 m per month for the East mine and 120 m per month for the West but it is not clear which of these figures is used in the mine scheduling work going forward.

The production schedule was generated by DRA using Mine2-4D and XPac mine planning software. The planning parameters used in the production schedule as set out above are seen by SRK to be reasonable.

It should be noted that there were some 2.4 Mt of Inferred Resources that had been included in the initial LoM plan for Kinsenda. As this is a material percentage of the LoM tonnage and the HKSE does not permit the valuation of Inferred Resources, the LoM plan was redone by DRA to be based on Indicated Resources only. The resultant production schedule of plant feed tonnage and grade for the Kinsenda project is shown in Figure 5.20. The production schedule supports a mine life of 10.5 years.




| srk consulting | **Metorex**<br>Kinsenda Mine – production schedule | Project No.<br>453459 |
|---|---|---|

**Figure 5.20: Kinsenda Mine – stoping layout showing mining sequence (top) and ore access methodology (bottom)**

### 5.9.9 Manpower

Manpower schedules for mining and development were presented on a monthly basis for the first three years of the mine's life.

The total manpower complement for the Kinsenda mine according to the completed feasibility study is estimated at 640, with mining and MRM at 105 and 20 respectively.

### 5.9.10 Capital and Operating Costs

**Operating Costs**

Mining productivities and operating cost parameters from Chibuluma were used extensively by Metorex in developing the mining operating costs for Kinsenda.

The estimated mining costs for Kinsenda for F2013 to F2018 are set out in Table 5.10.

**Table 5.10: Kinsenda – Mining Operating Cost for F2013 to F2018**

| Item | Units | F2013 | F2014 | F2015 | F2016 | F2017 | F2018 |
|---|---|---|---|---|---|---|---|
| Salaries & wages | (USDm) | 0.0 | 0.2 | 4.5 | 4.5 | 4.5 | 4.5 |
| Trucking | (USDm) | 0.0 | 0.0 | 1.7 | 1.9 | 1.9 | 2.0 |
| Loading | (USDm) | 0.0 | 0.0 | 1.5 | 1.8 | 1.8 | 1.9 |
| Development - drill & blast | (USDm) | 0.0 | 0.0 | 1.8 | 1.6 | 1.4 | 2.1 |
| Production - drill & blast | (USDm) | 0.0 | 0.0 | 0.0 | 0.5 | 1.2 | 1.4 |
| Mining services | (USDm) | 0.0 | 0.0 | 1.7 | 2.1 | 2.1 | 2.2 |
| Engineering | (USDm) | 0.0 | 0.0 | 3.0 | 3.0 | 3.0 | 3.0 |
| Power | (USDm) | 0.0 | 0.0 | 9.3 | 9.3 | 9.3 | 9.3 |
| Support equipment | (USDm) | 0.0 | 0.0 | 0.9 | 1.6 | 1.6 | 1.9 |
| Sundry | (USDm) | 0.1 | 2.5 | 1.1 | 0.9 | 0.2 | 0.0 |
| **Total Mining Opex** | **(USDm)** | **0.1** | **2.7** | **25.6** | **27.2** | **27.1** | **28.3** |
| Unit mining cost | USD/t RoM | | | 50.50 | 44.66 | 44.53 | 46.62 |

## Capital Costs

The capital cost estimate in real terms for the mining operations at Kinsenda excluding contingencies as provided to SRK is set out in Table 5.11. The costs were compiled by DRA in South African Rand and converted to US Dollars at the exchange rate of ZAR8.55 = USD1.00.

**Table 5.11: Kinsenda – mining capital cost**

| Component | Capital (USDm) | | | | |
|---|---|---|---|---|---|
| | Total Project | Spent H1-F2013 | H2-F2013 | F2014 | F2105 |
| **LOZ - A DECLINE** | | | | | |
| Earthworks | 0.49 | | | | |
| Buildings | 0.64 | | | | |
| Materials Handling | 4.25 | | | | |
| Services | 2.14 | | | | |
| General | 0.12 | | | | |
| Mining (backfill) | 0.86 | | | | |
| Ventilation | 1.20 | | | | |
| P&G's | 2.30 | | | | |
| **Sub-total LOZ A** | **12.00** | | **8.52** | **3.48** | **0.00** |
| **WEST MINE** | | | | | |
| Earthworks | 3.21 | | | | |
| Buildings | 0.00 | | | | |
| Services | 10.03 | | | | |
| Ventilation | 0.02 | | | | |
| General | 0.08 | | | | |
| Mining Fleet | 7.25 | | | | |
| Mining - declines | 17.82 | | | | |
| Mining - development | 1.15 | | | | |
| P&G's | 4.60 | | | | |
| **Sub-total West Mine** | **44.15** | **2.30** | **8.74** | **26.49** | **6.62** |
| Equipment for stoping in old areas | 3.74 | | 3.74 | | |

DRA added engineering inaccuracy allowances ranging between 5% and 20% to the capital estimates, as well as a contingency to cover import duties and sundry surface civils.

SRK has reviewed the capital estimates to the extent possible according to the level of detail provided and considers the mining capital estimates to be reasonable at the Effective Date of this CPVR. According to information provided by Metorex, USD12.3 million of the F2013 capital was expended during H1-F2013. There is however insufficient detail to identify on which specific items this amount has been spent, so the capital in Table 5.11 reflects the total for H1-F2013 and the remaining balance for H2-F2013. The H2-F2013 figures are incorporated in the financial model output in Section 5.18.

The capital projections through to the end of the LoM cater for regular replacement of the mining fleet.

### 5.9.11 SRK Comments

A new decline to be used for ore transport is proposed to be sunk from surface to 209L at 8% inclination, which SRK considers to be sound practice.

SRK considers the mechanised cut and fill and longitudinal drift-and-fill mining method to be appropriate given the orebody geometry and geotechnical characteristics.

The stope access tunnel will be developed in the direction of the orebody at an angle of not more than -9°, an angle which allows all mechanical equipment to operate in that drive. SRK concurs with the philosophy.

Some waste during the early stages of the mine will be hoisted to surface in the vertical shaft. SRK could not find any reference as to whether the cage in the shaft would be replaced by a skip to facilitate this. Metorex confirmed that limited amounts of waste (less than 2 ktpm) will be hoisted to surface using hoppers inside the existing cage. No skip will be installed.

SRK is satisfied that the mining equipment is standard for this type of operation.

SRK has reviewed the capital estimates to the extent possible according to the level of detail provided and considers the mining capital estimates to be reasonable at the Effective Date of this CPVR.

The capital projections through to the end of the LoM cater for regular replacement of the mining fleet.

## 5.10 Mineral Processing

[SR5.5]

The design of the Kinsenda concentrator plant is based on a production rate of 50 ktpm and assumes the construction of a new concentrator plant at the Kinsenda site that will produce a sulphide concentrate which will be sold to a nearby smelter in Zambia and an oxide concentrate which will be transported to Lubumbashi for processing at the Ruashi SX/EW processing facility.

The latest metallurgical plant design is based on semi-autogenous (SAG) milling and flotation circuit. The plant design was conducted by MDM Engineering ("**MDM**") to typical feasibility study engineering standards for the purpose of estimating the capital and operating cost estimates to an acceptable level of accuracy. This design was reviewed and optimised by DRA.

The metallurgical test work was conducted at Mintek laboratory in Johannesburg, South Africa. The test work focussed on establishing the optimal conditions for flotation and the concentrate grade and recovery factors. Most of the test work was conducted on the LOZ composite sample (made up of sub-samples from 20 drill holes). Limited test work was conducted on a LLOZ composite sample (made up of sub-samples from 4 drill holes) and a MOZ composite sample from 5 drill holes.

### 5.10.1 Mineralogical and Metallurgical Testwork

The Kinsenda mineralization consists mainly of sulphides (75 - 80%) and copper oxides which are encountered in decreasing proportions as the depth below surface increases.

The variability of the mineralization is illustrated by the fact that Cu head grades vary from 0.5% to 2%TCu over the distance of one metre in the lower grade peripheral zone and up to 10%TCu in the higher grade zone. The relative abundance of the various sulphide minerals differed between the LOZ and LLOZ samples (Table 5.12), and will affect the grade of the flotation concentrate that can be produced.

**Table 5.12: Relative abundance of the sulphide minerals in LOZ and LLOZ samples**

| Sulphide Mineral | Distribution of Sulphide Minerals | |
|---|---|---|
| | LOZ | LLOZ |
| Chalcocite | 70% | 47% |
| Chalcopyrite | 3% | 37% |
| Covellite | 18% | 12% |
| Bornite | 4% | 1% |
| Native Cu | 5% | 3% |

The copper oxide minerals, which include mainly malachite and to a lesser extent azurite and cuprite, represent on average 24% of the cupriferous mineralization in the LOZ, 19% in the LLOZ and 39% in the MOZ. The relative amount of oxide minerals reduces as the ore body deepens. Compared to sulphide minerals, the oxide minerals are more difficult to recover by flotation, and hence, their presence negatively affects the overall

copper recovery and concentrate grade. Fortunately, the presence of the more difficult to float copper oxide minerals such as pseudomalachite and chrysocolla was not observed.

Cobalt minerals are reported to be rare.

The geological interpretation indicates that although the copper grade to the plant will be fairly continuous around the 4.5%TCu level, the mineralogy of ore feed will be variable. Flotation tests indicated the variability in metallurgical behaviour across each of the ore zones.

The LOZ and LLOZ ore zones behaved differently under flotation test conditions. The LOZ composite sample produced a concentrate containing 49%Cu whilst the LLOZ composite sample produced a concentrate containing only 39%Cu. The difference in the concentrate grades can be attributed mainly to the different proportions of chalcocite and chalcopyrite in the feeds. The recoveries from the LOZ and LLOZ composite samples were similar due to the similar proportion of oxide minerals in the feed.

The variable mineralogy suggests that the design of the concentrator plant must incorporate design safety margins and flexibility in order to maximise recovery from both sulphide and oxide ore types. More specifically, the design of the sulphide and oxide flotation circuits incorporates sufficient variability in the sulphide/oxide split – the plant design has been designed to cater for the sulphide/oxide feed ratio to range from 90:10 to 60:40.

The metallurgical flow-sheet comprises Semi-Autogenous ("**SAG**") milling followed by flotation of sulphide and oxide copper minerals to produce both sulphide and oxide copper concentrates. The production of separate concentrates for the copper sulphide and oxide minerals allows for flexibility in terms of marketing and maximises revenues for the project.

The source ore types and Mintek test results are summarised in Table 5.13.

**Table 5.13: Source ore types and Mintek Test Results**

| Ore Type | Head Grade (% Cu) | Sulphide:Oxide Ratio | % Recovery | | % Cu in Concentrate | |
|---|---|---|---|---|---|---|
| | | | Sulphide | Oxide | Sulphide | Oxide |
| LOZ | 4.5 | 76 : 24 | 93 | 72 | 49 | 28 |
| LLOZ | 4.5 | 81 : 19 | 98 | 56 | 39 | 10 |
| MOZ | 4.5 | 61 : 39 | 61 | 14 | 50 | 14 |
| Average | | | 93 | 63 | 46 | 22 |

The LoM production schedule for Kinsenda exploits only LOZ and LLOZ ore types. The weighted recoveries for sulphide and oxide minerals applied to the financial model are 96% and 63.3% respectively, for an overall recovery of 88%, with the sulphide concentrate grade averaging 49% Cu and the oxide concentrate grade averaging 28% Cu.

Due to a lack of pyro-metallurgical process plants in the DRC, it is assumed that the sulphide concentrates will be exported to Zambia for smelting and further refining.

The oxide concentrate will be trucked to Ruashi where it will be treated through the SX/EW process to produce LME A-Grade cathodes at a Cu purity of 99.99%.

### 5.10.2 Process Plant Flowsheet

The Kinsenda concentrator is designed to recover copper from a Cu sulphide/oxide ore body at a treatment rate of 50 ktpm at an average feed grade of 4.5% Cu over the LoM. The proposed Kinsenda concentrator design is based on well understood and proven technology. The process plant design criteria are based on the results of the suite of metallurgical tests carried out at Mintek. MDM did the plant design and it was completed in March 2011. Subsequently DRA was requested to finalize and optimize the design.

The simplified process plant flow sheet for Kinsenda is described in the following section and shown in Figure 5.21.

The process plant comprises three-stage crushing (primary jaw crusher, semi autogenous ("**SAG**") mill and pebble cone crusher), flash flotation, thickener, filter press and tailings backfill cyclone and plant.

The RoM stockpile will have a capacity of 100 kt. This will be utilized at the beginning of the operation before the concentrator is commissioned. The intention is to keep the ore in this stockpile at a minimum once the whole operation is commissioned in order to reduce the process pipeline time.

The mill feed will be sourced from a 24-hour live stockpile with 4 apron feeders in an attempt to keep the feed as homogeneous as possible. As the stockpile runs down, a front-end loader will be used to push in the side walls. A mill feed silo was not considered due to cost implications.

The SAG mill is a second hand mill sourced from one of the gold mines in South Africa. The mill shell will be shortened to suit the requirement of 50 ktpm.

A pebble cone crusher was included due to the rock hardness of 17 kWh/t. This feature might not operate as envisaged because cast iron steel balls must be used to enable magnetic separation of the mill steel balls. Chrome steel balls proved to be more cost effective but the balls are then not magnetic. The scats and pebbles proved in other operations to be of a lower grade and can be discarded or mixed in with the feed as a circulating load.

The flotation cells selected are self-aspirating cells and as such a compressor for creating air froth is not required. This is the principle used by Wemco Flotation Cells. SRK understands that new flotation cells have been designed for Kinsenda to optimise recovery of both sulphide and oxide copper minerals.

The flotation cell design allows for the last 4 cells in the sulphide float to be used as oxide float cells and the first two in the oxide float as sulphide float cells should the ore ratio change beyond what is envisaged.

There will be two concentrate storage tanks and filter presses. With the tonnage envisaged this should be sufficient.

The tailings thickener was deleted and as such a cyclone overflow product will be pumped to the tailings dam. With the back-fill plant off line the whole tailings stream will go to the dam. The intention is to use the water as pumped by the mine as process water. There will be large volumes coming up from underground in order to maintain the water level underground.

### 5.10.3 Metallurgical Balance

The metallurgical balance as sourced from the Kinsenda feasibility study is summarised in Table 5.14. The 88% Cu recovery was derived from a weighted calculation based on the test work recoveries reported by Mintek and the ore resource model. With the uncertain feed composition (sulphide/oxide), exclusion of the ball mill and reduction of flotation residence time, this recovery will have to be proved in practice.

**Table 5.14: Kinsenda – metallurgical balance**

| Process | Units | Value |
|---|---|---|
| Ore feed | (tpm) | 50 000 |
| Feed grade | (% Cu) | 4.5 |
| Cu content in Feed | (tpm) | 2 250 |
| Metal Recovery | (%) | 88 |
| Recovered Cu | (tpm) | 1 980 |
| Concentrate grade | | |
| Sulphide concentrate | (% Cu) | 46 |
| Oxide concentrate | (% Cu) | 22 |

From data seen at the Musoshi Concentrator, the average Cu recovery recorded was 86.5%. This was with a feed grade of 2.0% Cu and very old equipment. The recovery of 88% used in the financial model can thus be supported.

The concentrate grades appear to be reasonable.




**Figure 5.21: Kinsenda Mine – Concentrator Plant Flow Sheet**

### 5.10.4 Capital and Operating Costs

#### Capital Costs

The capital cost for the Kinsenda concentrator including contingencies as provided to SRK is set out in Table 5.15.

**Table 5.15: Kinsenda – capital cost for concentrator**

| Component | Cost (USDm) | | | | |
|---|---|---|---|---|---|
| | Total Project | Spent H1-F2013 | H2-F2013 | F2014 | F2015 |
| Concentrator plant | 49.97 | | | | |
| Infrastructure | 6.01 | | | | |
| Indirect costs | 17.94 | | | | |
| Sub total | 73.92 | | | | |
| Backfill plant | 1.27 | | | | |
| Tailings dam | 11.16 | | | | |
| **Total Concentrator** | **86.35** | **0.20** | **19.66** | **62.18** | **4.32** |

According to information provided by Metorex, USD12.3 million of the F2013 capital was expended during H1-F2013. There is however insufficient detail to identify on which specific items this amount has been spent, so the capital in Table 5.11 reflects the total for H1-F2013 and the remaining balance for H2-F2013. The H2-F2013 figures are incorporated in the financial model output in Section 5.18.

The total capital cost estimate in Table 5.15 of USD86.35 million was compiled by DRA in February 2013 and represents a plant design which has been reduced by DRA to the basic essentials relative to what had originally been provided by MDM, plus a number of additional cost saving measures introduced by Metorex, as follows:

- Mill feed stockpile reduced to 24 hour live capacity;
- Second hand SAG mill sourced from a gold mine in South Africa;
- Pebble crusher circuit replaced ball mill;
- Flotation cell residence time reduced, but allowance made for cross-over usage;
- Height of flotation cell structures decreased;
- Service water, reagent make-up and fire water sourced from a single tank;
- No tailings thickener;
- Mobile cranes will be used instead of a tower crane.

Reference is made to additional capital expenditure of USD8.0 million, although not included in the capital estimate in Table 5.15, to cover the following:

- Water treatment plant for underground water (USD1.0 million);
- Fixed primary crusher station (USD5.0 million);
- Second filter press (USD1.5 million); and
- Process water pond (USD0.5 million).

There is a risk that the capital cost for the construction of the plant may be higher than shown in Table 5.15.

#### Operating Costs

From a presentation to SRK, the financial model based on DRA's CBE Revision 11 and Metorex's revisions at June 2013, the budgeted plant operating cost for Kinsenda is set out in Table 5.16.

**Table 5.16: Kinsenda – plant operating cost**

| Component | Cost (USD/t treated) | Plant cost (USDm) F2015 | F2016 | F2017 |
|---|---|---|---|---|
| Electrical power | 4.67 | 2.36 | 2.84 | 2.84 |
| Reagent cost | 4.97 | 2.51 | 3.02 | 3.02 |
| Maintenance cost | 2.06 | 1.04 | 1.25 | 1.25 |
| SAG mill liners | 1.34 | 0.68 | 0.82 | 0.82 |
| Grinding media | 1.18 | 0.60 | 0.72 | 0.72 |
| Tailings dam cost | 0.47 | 0.24 | 0.29 | 0.29 |
| Analytical cost | 0.17 | 0.08 | 0.10 | 0.10 |
| Variable costs | 14.86 | 7.52 | 9.04 | 9.04 |
| Manpower cost | 2.42 | 1.47 | 1.47 | 1.47 |
| **Total** | 17.28 | 8.99 | 10.51 | 10.51 |

SRK has accepted the estimated variable plant operating cost of USD14.86/t treated for the Kinsenda plant.

### Off-mine costs

There are different off-mine charges for the sulphide- and oxide concentrates. KICC plans to send the sulphide concentrates to the Chambishi smelter in Zambia, whereas the oxide concentrates will be treated at the Ruashi SX/EW plant. The off mine / realisation costs comprise transport, clearing costs, smelting, refining, and realisation charges. The transport and clearing costs are applied to the wet concentrate tonnage, whereas smelting costs are applied to the dry concentrate tonnage. The refining cost and realisation charge is calculated on the payable copper after smelting.

An order signed by the DRC Minister of Mines in April 2013 banned the export of Cu/Co concentrates. Permission was obtained from the DRC Government to export the sulphide concentrates across the border to Zambia. The current export tax is USD60/t and this will increase to USD100/t as a result of the permission granted. This increase has been included in the operating cost estimate.

The off-mine / realisation costs for sulphide and oxide concentrates produced at Kinsenda for F2013 to F2018 are shown in Table 5.17.

**Table 5.17: Kinsenda Mine – Off-mine / realisation costs for F2013 to F2018**

| Item | Units | H2-F2013 | F2014 | F2015 | F2016 | F2017 | F2018 |
|---|---|---|---|---|---|---|---|
| **Sulphide concentrate** | | | | | | | |
| Transport costs | (USDm) | | | 5.5 | 6.6 | 6.4 | 6.4 |
| Clearing costs | (USDm) | | | 8.7 | 10.4 | 10.1 | 10.1 |
| Smelting/refining/realisation costs | (USDm) | | | 13.2 | 15.8 | 15.5 | 15.4 |
| Total sulphide off-mine costs | (USDm) | | | 27.4 | 32.8 | 32.1 | 31.9 |
| **Oxide concentrate** | **(USDm)** | | | | | | |
| Transport costs | (USDm) | | | 1.3 | 1.6 | 1.6 | 1.6 |
| Clearing costs | (USDm) | | | 0.5 | 0.6 | 0.6 | 0.6 |
| Treatment/realisation costs | (USDm) | | | 3.4 | 4.2 | 4.2 | 4.1 |
| Total off-mine/realisation costs | (USDm) | | | 5.2 | 6.3 | 6.4 | 6.2 |

The average off-mine costs over the LoM for the sulphide and oxide concentrates are approximately USD53/t and USD10/t plant feed respectively.

### 5.10.5 SRK Comments

The metallurgical balance can be accepted provided the feed grade of 4.5% copper and sulphide/oxide ratios as stated can be achieved. The overall copper recovery of 88% is consistent with the laboratory test work, but this will need to be confirmed in practice.

SRK has accepted the estimated variable plant operating cost of USD14.86/t treated for the Kinsenda plant as estimated by DRA.

The capital cost estimate allows for a concentrator plant that contains all the essential items required to produce the results as predicted in the metallurgical test work. A number of manual tasks were thus assumed – mobile primary crusher, front-end loader for stockpile, mobile plant crane, single units etc. The estimated capital cost can be accepted.

The metallurgical test work reviewed by SRK was performed on 20 LOZ, 4 LLOZ and 1 MOZ drill hole samples by Mintek. It appears this was used to assess the variability of the metallurgical characteristics of the ores and not to inform the plant design. Metorex confirmed that the test work was designed to test the variability of the ore, whereas the plant design was based on designs of a number of operating mines in the Copperbelt.

The further metallurgical test work to establish the correct milling and flotation design parameters conducted by Mintek confirmed the earlier findings and envisaged plant design.

## 5.11 Tailings Storage Facilities

[SR5.6]

Golder and Associates were appointed to carry out a tailings storage facility site selection study, followed by a design and capital cost estimate to an accuracy acceptable for feasibility evaluation purposes.

Seven sites were identified for tailings disposal, and the preferred site, which was inspected and discussed at the time of SRK's site visit, was selected based on technical, environmental and economic criteria. Subsequent to the site visit, SRK has been made aware that it is possible that the site will have to be moved as a result of a bigger area being required. No decision has yet been made in this respect and the new site selection process has yet to be finalised.

The tailings storage facility has been designed to store 6 Mt, with the balance of the tailings being used as underground backfill. The deposition strategy selected is impoundment with open ended deposition, which is acceptable for typical copper tailings disposal.

The tailings storage facility is to be developed in 3 distinct phases and will receive the cyclone overflow tailings (1.28 t/m$^3$ at 35% solids by mass) during underground backfill operations and the total tailings stream (1.52 t/m$^3$ at 55% solids by mass) when underground backfill is not being practised.

A comprehensive test program has confirmed the tailings characteristics, while the preliminary geotechnical investigation concludes that the underlying soils, once the topsoil and upper transported soils have been removed, should be suitable for construction of the proposed tailings storage facility embankments.

Test work undertaken for the Kinsenda tailings to date indicates that an unlined TSF will be acceptable for the operation in terms of water quality. Acid Mine Drainage from this material is not anticipated. Further testwork is underway in a final leachate test work programme and the results of this study may influence the final design. If this results in a lined facility being required, which appears unlikely in the light of test work undertaken to date. the capital cost of the TSF would have to be increased.

## 5.12 Infrastructure and Bulk Services

[SR5.6]

### 5.12.1 Mine Headgear and winding plant

The headgear (Figure 5.22) supports a single drum winder, which is equipped with a single deck man and materials cage, the cage is on four guide ropes and operates at a speed of 4 m/s. The four guide ropes and the cage rope were well greased. SRK was informed that all ropes get greased monthly as part of the shaft maintenance schedule. The shaft examination is carried out daily between 6am and 7am.

A recently conducted feasibility study has concluded that the original headgear was a sinking headgear, and it will need an additional centre tower to strengthen the headgear sufficiently to allow ore hoisting to be carried out safely.

The cage rope attachment was not acceptable from a safety standards stand point. The winding rope was attached to the cage and anchored using "bull dog clamp" attachments. Such winding operation would not be legal in South Africa. SRK is very concerned with this as it is a serious safety risk to persons and equipment.

The winder and headgear should be equipped with the following safety devices, to enhance the safety of persons in an overwind situation:

- The rope attachment to the top of the cage bridle should be by a humble hook that will automatically release the rope in an ultimate overwind situation;
- The rope termination should be "'reliance" clamp or by an internationally recognised rope splice such as Long or Bordeaux splice;

- The headgear must be fitted with a crash/spectacle plate, which initiates the separation of the winder drive from the cage by the activation of the humble hook detachment device;
- The headgear should be suitably equipped with "Jack catch" type cage arresting devices, the cage needs also to be fitted with "jack catch" engagement sections. This equipment will safely hold the overwound conveyance in the headgear-if the humble hook has detached the winding rope after hitting the crash plate. The secondary means of egress is presently by a "Cat" type ladder system. Given that the shaft is sunk to a depth of 285 m below collar, this is not an ideal situation. Due consideration should be given to equipping the shaft with a small "Mary Anne" type service cage, that would normally convey approx. 6 people.
- SRK has been informed that all of the above safety equipment has been allowed for in the capital plan, with efforts presently underway to purchase and install the above equipment. In addition to the above, Winder Controls of South Africa has recently upgraded the winder electrical safety devices and controls.
- Two new cages complete with Jack catches have been ordered and are now on site.



| srk consulting | **Metorex**<br>Kinsenda Mine – shaft headgear | Project No.<br>453459 |
|---|---|---|

**Figure 5.22: Kinsenda Mine – shaft headgear**

### 5.12.2 Electricity

The infrastructure required comprises power from the 110 kV SNEL network, whereby the SNEL Kinsenda 110 kV sub-station is supplied from the SNEL 'Kasembulesa' 110 kV sub-station, via a single overhead transmission line 26 km away.

The existing Kinsenda 110kV sub-station feeds the site plus a number of rural farms and villages via a single 10 MVA 110 kV to 3.3 kV step-down transformer, which was installed circa 1965 and in need of replacement, this coupled with the aging switchgear and no power factor correction equipment, means that the sub-station is in need of upgrading. This is particularly necessary, to support the planned increase in Maximum demand at the Kinsenda mining operations. The feeders from the Kinsenda sub-station are of very long length across the mine site, this causes a high level of voltage losses, and this coupled with the rural grid supply being unstable-results in the Mine suffering from an unstable, unreliable site supply. SRK was advised that on average, the mine suffers 45 power supply interruptions each month due to unstable supplies or power shedding on the part of the power provider.

There are presently two 2.5 MVA diesel powered emergency generator units installed at the mine to cover key drives and pumps but this is a limited amount and the diesel generators are old units.

Whilst KICC has concluded a Power Purchase Agreement with SNEL in which the agreed tariff for power is USD0.042/kWhr, the reliability of the SNEL network has deteriorated significantly over the past 2 years.

To address the power outages anticipated at Kinsenda, there are plans in place to extend the diesel generating capacity to 10 MVA in F2030/31 to support the peak installed power rating of 16 MVA that is planned for in F2031-F2035.

Table 5.18 illustrates the site build up for back-up generator and site load requirements.

**Table 5.18: Electrical demand versus standby generator capacity for the life of mine**

| Financial year | Installed stand by Generators(MVA) | Mining demand (MVA) | Concentrator demand (MVA) | Site Maximum demand (MVA) |
|---|---|---|---|---|
| 2013 | 2.5 | 1.25 | 1.25 | 2.5 |
| 2015 | 4.75 | 8.0 | 4.0 | 12.0 |
| 2016 | 5.75 | 9.0 | 4.0 | 13.0 |
| 2020 | 7.5 | 11.0 | 4.0 | 15.0 |
| 2026 | 8.0 | 11.5 | 40 | 15.5 |
| 2031 | 10.0 | 12.0 | 4.0 | 16.0 |

SRK has reviewed the planned upgrades and is satisfied with the design criteria used. SRK is satisfied that the provision of upgraded electrical services will improve the supply reliability in future. However, the level of reliability from the grid supply is still relatively poor. Hopefully, the additional systems planned to be installed, should mitigate against any future production losses. The following upgrades are planned:

- The SNEL Kinsenda 110 kV sub-station will supply the Mine main consumer sub-station with a dual supply via two 20 MVA 110 kV to 11 kV step down transformers. An additional 11 kV to 3.3 kV has been provided to continue to supply the rural areas with a 3.3 kV supply;
- The main consumer sub-station bus-bars are fitted with suitable bus couplers that will allow the mine to maintain power, if one of the two supplies becomes unavailable;
- The main consumer substation will be equipped with 5 MVAR power factor correction on both sides of the bus-bar sections (i.e. both incoming supplies);
- A new 10 MVA Generator plant will be built, which consists of four 2.5 MVA units, which are prime rated (continuous generating rated);
- The generator plant, will be equipped with automatic start up and synchronisation controls, which will allow the mine to be temporarily supplied from diesel generators, if the SNEL grid-power goes off for whatever reason;
- SCADA communications have been allowed for the control room operations to monitor the situation prevailing with the power supply and generator operations: and
- All switchgear will consist of vacuum breakers.

SRK suggests that KICC looks at installing alternative solar-voltaic/diesel hybrid back-up generators to drastically reduce the diesel consumption on site. The latest hybrid systems installed in S. African mines have reported payback periods of less than 4 years and an operational life of at least 25 years.

The communication network is reasonable with cellular telephone operators, Vodacom and Celtel, having extensive coverage in the area. Voice over IP, fibre optics and leaky feeders have been provided for operational communications on surface and underground. SRK is satisfied with the level of communications provided in the project.

### 5.12.3 Water bulk supply

The bulk water supplies required for mining and processing will mainly come from the large dewatering system, whereby up to 80 Ml/day are planned for dewatering.

A treatment plant has been provided to treat the nearby spring water, situated to the South East on the mining area. This is necessary, as water testing has revealed that e-coli was present in the spring water.

### 5.12.4 Underground dewatering

**Present pumping situation**

SRK would describe the present pumping system as a temporary arrangement on 209 and 285 levels, which utilises existing pipes in the main shaft, the LOZ decline. The pipes generally are badly corroded and many welded repairs could be seen on both 650 mm pumping columns. The two 650 mm pipe columns will have to be replaced as part of the pumping upgrades, SRK was advised that new pipes had been provided for in the project.

- Pumping presently takes place from 285 L to 209 L pump station by three Sulzer 3-stage pumps fitted with 900 kW drive motors. The 209 pumps were inspected and found to consist of three Sulzer 3-stage pumps fitted with 900 kW motors. One of the pumps was out of order with a drive motor bearing failure. The new pump rooms being constructed on 285m level will have horizontal settlers that will settle out the fines and supply the clear water Sulzer pumps. The horizontal settler sumps on 285 level do not provide enough positive suction (<2 m actual versus 8 m required), to ensure that the Sulzer pumps do not cavitate. This will be extremely detrimental to the pump lives, due to increased wear from the impact of cavitation. SRK strongly suggests that 30 m vertical settlers are blasted and equipped to feed the new pumps being installed on 285m level and minimum of 8 m positive suction designed into the pump supply system.
- SRK is also concerned that the water from the horizontal settlers will not be clear, as no mud pumping has been provided for. This will impact dramatically on pump wear, reducing the pump lives markedly. SRK advises that vertical settlers and mud pumps should be provided for.
- The above short comings are being addressed with the commissioning of three vertical 30 m settlers and one clear water vertical dam, 30 m high to ensure a flooded suction to the Sulzer clear water pumps. Additional provision has been made to install three off mud pumps, to control the level of mud in each dirty water settler. SRK fully supports this design upgrade as it addresses the present situation.

The clear water pumps are handling dewatering from four drill hole systems, equipped to dewater the mining areas.

**Proposed pumping system**

The existing system will be extended as the mine deepens, the project plans to install six Sulzer multi-stage clear water pumps, fitted with 1 MW motors on 430 level. As with the existing system 30 m long vertical settlers need to be made available to facilitate the shortcomings outlined earlier. Also mud pumping will also required to ensure that mud is pumped separately to the settler overflows reporting to the Sulzer storage dam for clear water.

### 5.12.5 Capital and Operating Costs

**Operating Costs**

Operating cost estimates for Kinsenda for salaries and wages (total mine) and administration at steady state are as follows:

- Salaries and wages USD14.14 million;
- Administration USD4.08 million.

**Capital Costs**

The capital cost estimates for infrastructure and engineering for Kinsenda are set out in Table 5.19.

**Table 5.19: Kinsenda – infrastructure and engineering capital cost estimates**

| | Capital (USDm) | | | | |
|---|---|---|---|---|---|
| | **Total Project** | **Spent H1-F2013** | **H2-F2013** | **F2014** | **F2015** |
| Central Area | | | | | |
| Earthworks | 0.46 | | | | |
| Buildings | 4.12 | | | | |
| Services | 3.88 | | | | |
| Power supply | 7.99 | | | | |
| General | 1.57 | | | | |
| Transport Vehicles | | | | | |
| Ventilation - civils | 0.32 | | | | |
| P&G's | 4.45 | | | | |
| **Sub-total Central Area** | **22.79** | 5.00 | 0.24 | 16.41 | 1.14 |
| Kinsenda Puits | | | | | |
| Earthworks | 0.17 | | | | |
| Buildings | 0.00 | | | | |
| Materials handling | 0.72 | | | | |
| Services | 2.25 | | | | |
| General | 0.01 | | | | |
| P&G's | 0.55 | | | | |
| **Sub-total Kinsenda Puits** | **3.70** | | 2.62 | 1.07 | 0.00 |
| EPCM costs | 43.91 | | 10.10 | 31.62 | 2.20 |
| Estimating Inaccuracy / contingencies | 28.68 | | 6.60 | 20.65 | 1.43 |
| Owners' costs | 40.00 | 4.80 | 11.20 | 20.00 | 5.00 |
| Ongoing capital costs | 24.44 | | | | 18.33 |
| Community Development | 5.00 | | 0.30 | 0.30 | 0.30 |
| Commissioning, ramp-up | 4.80 | | | | 3.60 |

According to information provided by Metorex, USD12.3 million of the F2013 capital was expended during H1-F2013. There is however insufficient detail to identify on which specific items this amount has been spent, so the capital in Table 5.11 reflects the total for H1-F2013 and the remaining balance for H2-F2013. The H2-F2013 figures are incorporated in the financial model output in Section 5.18.

### 5.12.6 SRK Comments

SRK is concerned with the safety standards on the cage rope attachment in the vertical shaft. On inspection of the capital budget, SRK noted that the additional safety devices for the cage have been included in the capital budget. The upgraded cages have been ordered and delivered and the Headgear strengthening work is presently underway.

SRK is satisfied with the design criteria and planned upgrade of electrical services. The level of reliability from the grid supply is still relatively poor. A number of upgrades are planned, including the installation of four 2.5 MVA diesel generators which should enable power supply to be more stable.

SRK suggests that KICC looks at installing alternative solar-voltaic/diesel hybrid back-up generators to drastically reduce the diesel consumption on site. Metorex indicated that such studies are underway.

The cellular communication network is reasonable and SRK is satisfied with the level of communications provided in the project.

The present dewatering system should be viewed as a temporary arrangement, as the pipe columns are badly corroded and many welded repairs could be seen. SRK was advised that new pipes had been provided for in the project capital.

The above short comings are being addressed with the commissioning of three vertical 30 m settlers and one clear water vertical dam, 30 m high to ensure a flooded suction to the Sulzer clear water pumps. Additional provision has been made to install three off mud pumps, to control the level of mud in each dirty water settler. SRK fully supports this design upgrade as it addresses the present situation.

The existing system will be extended as the mine deepens, but only allows for dirty water pumping, which tends to suggest that no mud pumping is taking place. SRK is concerned that the quality of the water feeding into the Sulzers will not be clean and this will have a negative impact on pump life.

## 5.13 Logistics

[SR5.6]

The Kinsenda study assumed that 65% of power required during Year 1-5 of operation will be supplied by SNEL, with the balance being generated on site using diesel powered generator sets. From Year 6-20 of operation, 85% of power required will be supplied by SNEL, with 15% being generated on site using diesel power generator sets. The large volume of diesel required will need to be road hauled in from Zambia - the congestion and long waiting periods to cross the DRC-Zambian border will subject the mine to operational risk.

It was stated that concentrate produced by the mine would possibly be road hauled, under third party contract, to the Ruashi Mine metallurgical plant in Lubumbashi. Currently, the majority of the road between the Kinsenda Mine and Ruashi Mine is blacktopped and in reasonably good condition, there are certain areas that require rehabilitation, but presently this does not pose a significant risk to the operations.

The road transport system is in a moderate state and Metorex intends fixing certain aspects of the road network as part of the project capital programme.

## 5.14 Human Resources

[SR5.3, SR5.4C, SR5.5C]

### 5.14.1 Operating Structure

Under steady state operations, approximately 656 people will be permanently employed at Kinsenda (Table 5.20). Of the permanent employees, 16 will be expatriates and the balance will be drawn from the existing pool of manpower in the area.

The distribution of the permanent employees within the different departments is shown in Table 5.20.

### 5.14.2 Mine Complement

Accommodation for skilled and unskilled personnel is reasonably available in the adjacent villages of Tshinsenda, Kinsenda, Koyo and Kasumbalesa.

**Table 5.20: Kinsenda – Manpower complement**

| Area | | Complement |
|---|---|---|
| Process plant | | 142 |
| Mining | | 105 |
| Engineering | | 122 |
| Finance | | 35 |
| MRM | | 20 |
| Services | | 217 |
| Expatriates | | 16 |
| TOTAL | | 656 |
| **Productivity indices:** | | |
| RoM ore | t/TEC/month | 77.2 |
| Cu produced | t/TEC/month | 2.6 |

### 5.14.3 Productivity Assumptions

The productivity statistics for Kinsenda are estimated at 77 tonnes processed per TEC per month and 2.6 tonnes of copper cathode per TEC per month (see Table 5.19).

### 5.14.4 Termination Benefits

Metorex stated that it had assumed a 12 month obligation at the end of the LoM, but the USD4.1 million provided in the financial model is not consistent with the annual salary bill of USD14.1 million. SRK has provided a 6 month obligation of USD7.1 million, on a similar basis as that applied for Ruashi (see Section 3.14). SRK considers this to be reasonable given the available information.

Metorex confirmed that benefits have been conservatively estimated and will be reviewed on an annual basis to ensure that adequate provision and funding is in place.

### 5.14.5 SRK Comments

The current LoM plan includes an allowance for the potential terminal benefits liability which may be incurred on closure. The risk that this may be understated is considered to be low.

## 5.15 Occupational Health and Safety

The discussion on SHEC Policy and group-wide safety statistics is set out in Sections 3.15.1 and 3.15.2 earlier in this CPVR.

### 5.15.1 Quarterly SHEC Reports

**Safety**

To gauge how successfully the SHEC policy and systems have been implemented, the safety performance statistics for Kinsenda for F2010 to H1-F2013 are shown in Table 5.21.

**Table 5.21: Kinsenda Project – Safety Indicator Statistics F2010 to H1-F2013**

| Safety indicator | Total F2010 | Total F2011 | Total F2012 | Total H1-2013 |
|---|---|---|---|---|
| PTO | 441 | 707 | 557 | 364 |
| NLTI | 1 | 3 | 6 | 0 |
| LTI | 1 | 0 | 3 | 0 |
| TRI | 2 | 3 | 9 | 0 |
| RI | 0 | 0 | 1 | 0 |
| LD | 17 | 0 | 124 | 0 |
| F | 0 | 0 | 0 | 0 |
| LTIFR (No / mmh) | 0.8 | 0.0 | 2.9 | 0 |

Legend to safety indicator descriptions:

PTO planned task observations carried out;
NLTI non-lost time injuries (accidents);
LTI lost time injuries;
TRI total recordable injuries;
RI reportable injuries (>14 days off work);
LD lost days due to accidents, not able to return to work
F fatality

The number of planned task observations increased in H1-F2013, compared to F2012. The safety statistics have deteriorated during F2012 entirely as a result of one off-site motor vehicle accident in which 3 employees were injured. This single accident resulted in the major increase in the number of days lost during F2012. During the SRK site visits, no operators were seen to be working unsafely or working without the necessary equipment and PPE. In contrast to the 2012 safety performance, the first half of 2013 has seen a marked improvement in safety performance with no lost time or non lost time accidents report to date.

Management and supervisors need to continue to concentrate their efforts on raising safety awareness in the work place. Engineering and mining needs to be more pro-active and increase the number of work place audits / PTOs, as the mine returns to production in the coming years.

SRK has reviewed the last two quarterly reports of F2012 for Kinsenda, and the following points were noted:

- PPE has been extensively introduced into the work place;
- In Q3/2012, a 25 ton crane offloading shipping containers suffered a lifting rope failure. Inspection of the photographs in the quarterly SHEC report suggests that the hoist lifting rope was not lubricated and was in a poor condition. Metorex advised SRK that the lifting rope was new, but failed due to reasons unknown. Mine management should ensure that equipment which is in a poor condition is not allowed to operate on the mine property;
- In October 2012, three hoppers and a guard's van derailed in the LOZ decline. On inspection it was found that the rails were badly worn (old second hand rails) and poorly installed, levelled and secured. The decline hoist has not got slack rope detection and protection fitted, whereby the slack rope will trip out the hoist and notify the driver of a slack rope occurring. The decline is not fitted with Marshalling derailment wires down the decline, which trips out the hoist and notifies the driver of a derailment in the decline. SRK believes this is not acceptable and these devices are critical to ensure the safety of people travelling in the decline;
- In November 2012, a contractor security vehicle overturned on a bend of a gravel road. It would appear that the driver was speeding, however, the vehicle was not serviceable as it had worn out tyres. The vehicle had seven passengers and two occupants were thrown out of the vehicle. On inspection it was found that the

seat belts were unserviceable. It is clear that the driver was not aware of the hazards associated with driving an unserviceable vehicle at speed on a gravel road;

- Planned task observations have increased relative to the numbers carried out in 2011 and 2012. The negative trend seen in 2012 has been improved on.

**Health**

Table 5.22 shows Kinsenda health statistics.

**Table 5.22: Kinsenda Project – Health Statistics F2010 to H1-F2013**

| Safety indicator | Total F2011 | F2012 | | | | | F2013 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Q1 | Q2 | Q3 | Q4 | Total | Q1 | Q2 | Total |
| Medical Examinations | 4004 | 1377 | 1270 | 1049 | 1163 | 4859 | 1221 | 1166 | 2387 |
| Sick Leave Days | 574 | 129 | 106 | 222 | 419 | 876 | 126 | 213 | 339 |
| New TB cases | 14 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 4 |
| New HIV/Aids cases | 4 | 1 | 4 | 1 | 3 | 9 | 1 | 9 | 10 |
| VCT | 71 | 21 | 30 | 25 | 69 | 145 | 17 | 154 | 171 |
| Malaria cases | 1336 | 366 | 318 | 221 | 246 | 1151 | 257 | 269 | 522 |

Sick leave has decreased in F2013 when compared to F2012, but has increased when compared to F2011. It is concerning that most of the statistics have deteriorated since 2012.

**Environment**

Water quality from underground has improved and is largely within DRC water quality standards.

**Community**

Relationships with the local community remain good.

### 5.15.2 Site visit observations

The mine equipment generally appeared to be well maintained, however, there were a number of concerns raised during the surface and underground visits:

- The winding and headgear shortcomings detailed in section 6.14 need to be addressed with some urgency;
- The 10 MVA main consumer substation is old and in need of replacement, the power factor is low for the site and power supply is unstable and unreliable;
- The LOZ decline construction, rails and sleepers are worn and need to be replaced; the winder needs slack rope detection and protection systems. The decline rails need Marshalling derailment wires run along the length of the decline that will trip the winder and notify the winding engine driver that a derailment has occurred in the decline;
- The clear water pumping columns need to be replaced in the main shaft in the LOZ decline and on the levels, as the potential of flooding exists due to worn pipes.
- The clear water pumping short comings are being ddressed with the commissioning of three vertical 30 m settlers and one clear water vertical dam, 30 m high to ensure a flooded suction to the Sulzer clear water pumps. Additional provision has been made to install three off mud pumps, to control the level of mud in each dirty water settler. SRK fully supports this design upgrade as it addresses the present situation.

### 5.15.3 SRK Comments

Kinsenda mine has improved its overall safety performance in H1-F2013, when compared to F2012. The safety statistics supplied reflect the standards of safety, maintenance, repairs and operations seen on site. The performance was poor in F2012 but has improved in H1-F2013 due to zero accidents in the year to date. The level of lost time accidents and non lost time accidents has reduced dramatically when compared to F2012.

The safe operating condition of equipment in certain areas is not up to standard and management needs to make efforts to address the equipment shortcomings detailed in this safety report. Inspection schedules when managed properly will not allow the continued use of poorly maintained equipment. All contractor equipment should be inspected and passed out as safe to operate on the mine;

SRK advises that capital needs to be made available to address the shortcomings of the Winding plants, the decline winder and the underground pipework, to reduce the risks of injuries to persons;

SRK recommends that management continue to concentrate their efforts on employees' behavioural aspects towards safety and health in the work place. This needs to include more safety awareness and risk awareness in the work place. This particular aspect could form part of the work based auditing and planned task observation processes currently carried out by management and supervisors.

SRK has been appraised by Metorex that policies and management systems to educate employees on workplace health and safety have been put in place.

Metorex reported that the mine has implemented a comprehensive Health and Safety plan in order to improve the compliance to Health and Safety standards. A number of procedures governing the behaviours of staff and contractors have been formalised and these were implemented to improve the safety culture and to improve the management of contractors. The mechanical shortcomings identified as contributors to safety incidents have been prioritised and will be addressed as part of the approved Kinsenda project. The level of expatriate staffing is increasing with the project mobilisation and upskilling of the labour force is being undertaken.

## 5.16 Environmental

[SR5.2B/C]

Discussions were held during the site visit with Mr Derek Olivier. Following the site visit, further discussions were held with Mr Trevor Faber and Ms Colleen Perkins (telephonic only) of Metorex, Mr Alkie Marais of GCS Consulting (telephonic only) and Mr Hylton Allison (SLR Consulting).

### 5.16.1 Regional Setting

Kinsenda is a brownfield site located in the Katanga Province of the RDC, some 5 km from the Zambian border, near the town of Kasumbalesa. The mine operates in the specified area according to PE101, which is within the much larger exploration rights area known as PR4724.

### 5.16.2 Project Description

KICC is proposing to expand and upgrade its current surface and underground operations at the mine from a care and maintenance state to a fully operational mine. The main components of the expansion project include:

- An increased rate of mine de-watering,
- Phased tailings dam establishment,
- A backfill plant,
- A mine workshop,
- A temporary construction camp,
- Additional power supply.
- A concentrator plant,
- A new portal to the underground workings
- Additional support infrastructure and services.

### 5.16.3 General Observations Regarding Environmental Management

**Tailings Disposal**

In addition to a planned TSF, there is provision for a tailings backfilling plant but this is also subject to further investigation and assessment of the geochemical characteristics of the tailings, to be included in an updated geohydrological model.

**Water management**

The site has a positive water balance. A water balance model was used to develop the solute transport model and the EMP makes provision in several instances to update the water balance to reduce existing uncertainties. Dewatering of the existing underground workings has been identified as a potential issue in terms of ecological impacts.

- **Ground water**

  The possibility of impacts associated with dewatering is real but from information reviewed likely to be manageable, with water treatment prior to discharge of effluent recognised as possibly being necessary. The need for treatment can, however, be minimised by separating clean and dirty water to the extent that this possible. Planned pumping therefore separates that water into two streams, Aquifer Water and Mining Water.

  Aquifer Water is pumped to surface and discharged into the surface water system, or used for irrigation. This is an acceptable approach if the water quality is acceptable, which is borne out by the Q3 and Q4 SHEC reports which indicates reducing Cu concentrations. It has however been acknowledged that certainty with respect to the interception of clean water, to prevent it flowing into the mine, has not yet been obtained. Some doubt as to the effectiveness of the separation of clean and dirty water must therefore be assumed.

  The process and mine water balance is currently being developed by DRA, while SLR will incorporate water discharges and the use of water for irrigation into the overall water balance. Water treatment is not envisaged unless IFC effluent conditions are not met. A contingency has been included in the budget for this.

  The inflow rate was estimated at 1 800 $m^3$/h or some 43 Ml/day in the current EIA . The 2011 study by KLMCS indicates that this will increase to more than 70 Ml/ day over the life of the mine. In discussion with GCS Consulting a figure of up to 100 Ml/day was mentioned. The effect of this de-watering the deeper the mine extends will be to cause a cone of depression to occur around the mine in all directions. The specialists determined that the most significant zone of impact where third party drill holes could potentially dry up is in an approximate 20 km radius around the mine. The mine dewatering from the Roan aquifer in the south of the site is unlikely to impact third party drill holes as these are limited to start and are typically confined to the fractured aquifer. In terms of current planning, communities are not expected to be affected by the dewatering. This depends to some extent on people moving away from potentially affected areas to more favourable farming areas. This approach will be encouraged by Metorex

  Metorex has indicated that test results show the aquifer water will meet discharge requirements and can therefore be discharged to the environment. Water used for mining and processing will be contaminated and treated for re-use on site. Metorex reported that from experience post flooding of the mine in 1997, the natural level of the aquifer water reverts to approximately 120m below the surface and therefore decant to surface is highly unlikely.

- **Surface Water**

  Adequate surface water management is generally achievable with sufficient planning, but the impact on surface water is rated in the EIA as being of High to Medium significance in the post mitigation scenario, which suggests the need for attention to this aspect of environmental management.

  Metorex indicated that berms and channels have been incorporated into the surface water management design, which will prevent contamination of the surface water with industrial water.

**Other Environmental Concerns**

In addition to the impacts on water resources discussed above, the EIA undertaken in 2012 identifies the following potential environmental impacts:

- Hazardous structures, including excavations, infrastructure or land forms (i.e. waste rock dumps or subsided areas).
- Loss of soil resources and associated natural land capabilities.
- Physical destruction and general disturbance of biodiversity. The proposed project will be located within areas ranging from very low to high conservation importance/sensitivity. The effluent discharge and the anthropocentric impacts on the Kitotwe Stream and the tributary of the Kinsenda River are already having a significant impact on the riparian and aquatic biodiversity in this area in the unmitigated scenario, in the mitigated scenario the situation is likely to improve.
- Contribution to air pollution.(Mainly PM10s), noting that the area is subject to temperature inversions which will prohibit the dispersion of pollutants in the atmosphere.
- Contribution to disturbing noise levels.
- Visual impacts.
- Destruction and disturbance of heritage resources (sites and landscapes of archaeological, cultural or historical importance have been identified on the site).

These impacts are manageable in terms of well understood technologies.

### 5.16.4 Potentially Material Social Risks

The Social Impact Assessment concludes that overall, the Project will result in no unacceptable impacts. However, several of the mitigatable impacts have the potential to become unacceptable if poorly managed.

It is proposed that the availability of excess water, which can be used for irrigation, can be made available in suitable agricultural areas, thereby enticing people away from the tailings dam area.

Metorex has undertaken to compile and implement a formal Relocation Action Plan should the need arise.

### 5.16.5 Legal Compliance

The approved Environmental Impact Assessment ("EIA") compiled by SLR has taken local legislation and international requirements into account. It is SRK's view that provided the mine adheres to the remedial measures and obligations of the EIA, there should be no reason that would prevent the project from going ahead. This report does not constitute a legal review and SRK does not make any claim or state any opinion as to the ability of the mine to obtain or renew the necessary permits. It must also be noted that this view by SRK does not imply that the mine is in strict compliance with all the requirements of the EIA or other permits.

### 5.16.6 Mine Closure Planning and Financial Provision

[SR5.2C]

Closure costs, in present day terms, were assessed by SLR as follows:

| | |
|---|---|
| Infrastructure Currently on site | USD0.43 million; |
| Infrastructure as at 31 December 2012 (commencement of mining) | USD4.84 million; |
| Infrastructure at end of LoM | USD13.21 million. |

These closure costs are not based on a definitive closure plan and hence may change as closure objectives are identified and/or more information becomes available. SLR used guidelines developed by the South African Department of Mineral Resources ("DMR") to check the SLR closure cost estimates. The DMR rates were escalated to account for inflation (DMR rates were last updated in 2004) and also increased by 50% to account for working outside of South Africa. On this basis, SRK did not identify any reason to change the cost estimate for demolition and rehabilitation, but notes that no allowance was made for post closure decant of contaminated water. This is regarded as a risk which may, however be regarded as relatively low in the light of the fact that no evidence of decant has been noted. In this respect Metorex has a group-wide provision for post-closure water treatment of around USD5million. In SRK's experience, this figure is likely to be considerably more. In the absence of any proper evaluation of the extent (quantities) and severity (pH or TDS) of water to be treated, SRK has for evaluation purposes increased this provision for post closure water treatment to USD25 million of which USD5 million has been allocated to Kinsenda.

Adding this provision to the closure cost estimate by SLR increases the estimate to USD18.21 million.

## 5.17 Material Contracts

### 5.17.1 Concentrate Sale Agreement

[SR5.8]

Kinsenda plans to sell its sulphide copper concentrate to CCS. SRK understands that Kinsenda still has to enter into such an agreement with CCS.

SRK expects that the terms of such an agreement would be similar to those of the agreement between Chibuluma and CCS (see section 4.17.1).

### 5.17.2 Power Supply

[SR5.6]

Kinsenda will receive it power from SNEL in terms of an H.V. electricity agreement. The copy of the agreement provided to SRK had not been signed.

Electrical energy is to be provided with 3-phase 50 Hz alternating current at a nominal voltage of 220 kV at point of supply.

The supply agreement provided for the subscribed demand to increase in a step-wise fashion from 5.1 MW (2012) to 8 MW (January to June 2013) to 15 MW from July 2013 onwards. The duration of the supply agreement is not stated.

KICC has to notify SNEL each year of its projected energy requirements for the next 5-year period. If SNEL is unable to meet the notified 5-year power demand, Ruashi Mining is "free to supply his demand from his own generation". The agreement allows SNEL to interrupt supply to carry out maintenance and emergency repairs, up to a maximum of 10 hours per calendar year. The price payable is made up of two components, a demand fee and a usage fee, which are adjusted annually by a factor linked to consumer price index ("**CPI**") in October of each year as published by the US Department of Economic Affairs. A sliding scale of penalties applies when the power factor drops below 90%. Similarly, a sliding scale of penalties, which acts as a discount to the invoiced amount, is based on the aggregate supply interruptions recorded during any month.

KICC operates the Kasumbalesa HV substation which feeds in addition to the Kinsenda mine other clients of SNEL.

## 5.18 Financial Model

[SR5.7, SR5.8]

### 5.18.1 Financial model summary

The key TEPs from the Kinsenda FM are summarised in this section.

### 5.18.2 Financial / Economic Criteria

Incorporated into the Kinsenda FM are the following financial / economic criteria:

- There are no hedging contracts in place for LoM;
- Depreciation allowance for tax purposes is 60% of capital expenditure in a given year plus 15% of the accumulated unredeemed capital expenditure, which excludes the 40% of that year's capital spent;
- Metallurgical recoveries are set at 96% and 63.3% for LoM for sulphide and oxide ores respectively;
- Sulphide and oxide concentrates are treated at CCS and Ruashi respectively;
- The revised contract terms for export / clearing of the Cu and Co final products are applied with effect from 1 January 2013;
- Terminal benefits based on a 6-month provision at end of LoM;
- A 2.5% royalty payment on gross sales.

### 5.18.3 Financial model summary

The key TEPs for the revised LoM FM for Kinsenda are summarised in Table 5.23.

The production schedule is as estimated by Metorex as part of the feasibility study and audited by SRK.

The process recoveries are supported by metallurgical testwork.

The cost components for Kinsenda are based on the feasibility study. The mining costs applied are the actual costs incurred by Chibuluma for F2012. The plant costs for Kinsenda are as estimated by DRA. SRK has reviewed these costs for reasonableness. Where deemed necessary, SRK has adjusted the forecast costs as used in the financial models.

The capital expenditures are as per the feasibility supplied by Metorex and reviewed by SRK. Based on its review, SRK has added capital amounts as deemed necessary.

SRK reviewed the terms of the toll trating arrangement for the oxide concentrates and confirmed these were correctly incorporated into the Kinsenda LoM FM. Metorex applied the same off-take terms for the treatment of the sulphide concentrates as those that apply to the Chibuluma concentrates. SRK confirmed this was correctly incorporated into the Kinsenda FM.

**Table 5.23: Kinsenda Mine – summary of post-tax pre-finance cash flow model**

| Item | Units | Total / Average | H2-F2013 | F2014 | F2015 | F2016 | F2017 | F2018 | F2019 | F2020 | F2021 | F2022 | F2023 | F2024 | F2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Production** | | | | | | | | | | | | | | | |
| ROM mined | (kt) | 6 101 | 0 | 0 | 506 | 608 | 608 | 608 | 608 | 608 | 608 | 608 | 608 | 524 | 207 |
| Ore milled | (kt) | 6 101 | 0 | 0 | 506 | 608 | 608 | 608 | 608 | 608 | 608 | 608 | 608 | 524 | 207 |
| Cu feed grade | (%) | 52.78% | 0.00% | 0.00% | 4.88% | 4.87% | 4.83% | 4.76% | 4.67% | 4.77% | 4.89% | 4.89% | 4.72% | 4.81% | 4.68% |
| Total contained Cu | (kt) | 293.1 | 0.0 | 0.0 | 24.7 | 29.6 | 29.3 | 29.0 | 28.4 | 29.0 | 29.8 | 29.8 | 28.7 | 25.2 | 9.7 |
| Percent sulphide in mill feed | (%) | 73% | 0% | 0% | 73% | 73% | 72% | 73% | 73% | 74% | 74% | 74% | 72% | 71% | 71% |
| **Processing** | | | | | | | | | | | | | | | |
| Metallurgical recovery Cu sulphide | (%) | 96.0% | 96.0% | 96.0% | 96.0% | 96.0% | 96.0% | 96.0% | 96.0% | 96.0% | 96.0% | 96.0% | 96.0% | 96.0% | 96.0% |
| Metallurgical recovery Cu oxide | (%) | 63.3% | 63.3% | 63.3% | 63.3% | 63.3% | 63.3% | 63.3% | 63.3% | 63.3% | 63.3% | 63.3% | 63.3% | 63.3% | 63.3% |
| Payability - Cu in sulphides | (%) | 96.5% | 96.5% | 96.5% | 96.5% | 96.5% | 96.5% | 96.5% | 96.5% | 96.5% | 96.5% | 96.5% | 96.5% | 96.5% | 96.5% |
| Payability - Cu in oxides | (%) | 93.0% | 93.0% | 93.0% | 93.0% | 93.0% | 93.0% | 93.0% | 93.0% | 93.0% | 93.0% | 93.0% | 93.0% | 93.0% | 93.0% |
| Payable Cu | (kt) | 244.7 | 0.0 | 0.0 | 20.6 | 24.7 | 24.4 | 24.2 | 23.7 | 24.3 | 25.0 | 25.0 | 23.8 | 20.9 | 8.0 |
| **Commodity sales** | | | | | | | | | | | | | | | |
| Cu sales - LME grade | (kt) | | 0.0 | 0.0 | 20.6 | 24.7 | 24.4 | 24.2 | 23.7 | 24.3 | 25.0 | 25.0 | 23.8 | 20.9 | 8.0 |
| **Commodity prices** | | | | | | | | | | | | | | | |
| Average Cu LME | (USD/t) | 8 171 | 8 171 | 8 171 | 8 171 | 8 171 | 8 171 | 8 171 | 8 171 | 8 171 | 8 171 | 8 171 | 8 171 | 8 171 | 8 171 |
| **Revenue Real** | (USDm) | 1 999.1 | 0.0 | 0.0 | 168.6 | 202.0 | 199.5 | 197.4 | 193.6 | 198.4 | 204.3 | 204.2 | 194.8 | 170.7 | 65.5 |
| Copper sales | (USDm) | 1 999.1 | 0.0 | 0.0 | 168.6 | 202.0 | 199.5 | 197.4 | 193.6 | 198.4 | 204.3 | 204.2 | 194.8 | 170.7 | 65.5 |
| **Operating expenditure** | **(USDm)** | ( 976.2) | ( 0.1) | ( 3.5) | ( 83.0) | ( 93.3) | ( 92.6) | ( 93.5) | ( 93.1) | ( 94.2) | ( 94.9) | ( 92.0) | ( 88.1) | ( 82.1) | ( 65.8) |
| Mining (excl salaries) | (USDm) | ( 234.7) | ( 0.1) | ( 2.5) | ( 21.1) | ( 22.7) | ( 22.6) | ( 23.9) | ( 24.4) | ( 24.4) | ( 23.7) | ( 20.8) | ( 19.1) | ( 17.8) | ( 11.5) |
| Processing (excluding salaries) | (USDm) | ( 90.7) | 0.0 | 0.0 | ( 7.5) | ( 9.0) | ( 9.0) | ( 9.0) | ( 9.0) | ( 9.0) | ( 9.0) | ( 9.0) | ( 9.0) | ( 7.8) | ( 3.1) |
| Engineering (excluding salaries) | (USDm) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Administration (incl salaries) | (USDm) | ( 196.9) | 0.0 | ( 1.0) | ( 18.2) | ( 18.2) | ( 18.2) | ( 18.2) | ( 18.2) | ( 18.2) | ( 18.2) | ( 18.2) | ( 18.2) | ( 18.2) | ( 13.7) |
| Environmental / closure | (USDm) | ( 13.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | ( 13.2) |
| Post-closure water treatment | (USDm) | ( 5.0) | | | | | | | | | | | | | ( 5.0) |
| Management fees | (USDm) | 0.0 | | | | | | | | | | | | | |
| Realisation / off-mine costs - sulphides | (USDm) | ( 325.9) | 0.0 | 0.0 | ( 27.6) | ( 33.0) | ( 32.3) | ( 32.1) | ( 31.6) | ( 32.6) | ( 33.8) | ( 33.8) | ( 31.4) | ( 27.3) | ( 10.5) |
| Realisation / off-mine costs - oxides | (USDm) | ( 62.6) | 0.0 | 0.0 | ( 5.2) | ( 6.3) | ( 6.4) | ( 6.2) | ( 6.1) | ( 6.0) | ( 6.0) | ( 6.0) | ( 6.4) | ( 5.8) | ( 2.2) |
| Royalties | (USDm) | ( 40.3) | 0.0 | 0.0 | ( 3.4) | ( 4.1) | ( 4.0) | ( 4.0) | ( 3.9) | ( 4.0) | ( 4.1) | ( 4.1) | ( 3.9) | ( 3.4) | ( 1.3) |
| Terminal benefits | (USDm) | ( 7.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | ( 1.8) | ( 5.3) |
| **Operating Profit** | **(USDm)** | 1 022.9 | ( 0.1) | ( 3.5) | 85.6 | 108.7 | 106.9 | 104.0 | 100.5 | 104.2 | 109.4 | 112.3 | 106.7 | 88.6 | ( 0.3) |
| **Capital Expenditure** | **(USDm)** | ( 390.0) | ( 70.5) | ( 182.2) | ( 46.7) | ( 11.4) | ( 11.8) | ( 13.7) | ( 4.1) | ( 11.8) | ( 4.2) | ( 4.6) | ( 14.2) | ( 12.1) | ( 2.8) |
| Project capital | (USDm) | ( 307.1) | ( 70.5) | ( 182.2) | ( 42.9) | ( 7.6) | ( 0.3) | ( 0.3) | ( 0.3) | ( 0.3) | ( 0.5) | ( 0.8) | ( 0.8) | ( 0.6) | 0.0 |
| Sustaining capital | (USDm) | ( 82.9) | 0.0 | 0.0 | ( 3.8) | ( 3.8) | ( 11.5) | ( 13.4) | ( 3.8) | ( 11.5) | ( 3.8) | ( 3.8) | ( 13.4) | ( 11.5) | ( 2.8) |

| Item | Units | Total / Average | H2-F2013 | F2014 | F2015 | F2016 | F2017 | F2018 | F2019 | F2020 | F2021 | F2022 | F2023 | F2024 | F2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Working capital movements | (USDm) | 7.5 | 17.3 | 5.5 | ( 22.9) | ( 6.3) | 0.2 | 0.5 | ( 0.9) | 0.6 | ( 1.4) | ( 0.3) | 1.6 | 1.1 | 12.3 |
| Company taxation | (USDm) | ( 149.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | ( 18.2) | ( 25.1) | ( 28.4) | ( 29.7) | ( 26.7) | ( 21.8) | 0.0 |
| **Free cash before debt service** | **(USDm)** | 490.6 | ( 53.2) | ( 180.1) | 16.0 | 91.1 | 95.3 | 90.8 | 77.4 | 67.9 | 75.3 | 77.7 | 67.5 | 55.7 | 9.2 |
| **Reporting Statistics** | | | | | | | | | | | | | | | |
| Cash Operating cost | (USc/lb Cu produced) | 101 | | | 103 | 92 | 93 | 96 | 99 | 96 | 93 | 87 | 88 | 99 | 265 |
| Total working cost | (USc/lb Cu produced) | 181 | 0 | 0 | 183 | 171 | 172 | 175 | 178 | 176 | 172 | 167 | 168 | 178 | 372 |

### 5.18.4 WACC

The parameters used to generate the WACC for Kinsenda are the same as those set out in Section 3.18.4.

At a 45 / 55 debt / equity ratio, the real WACC for Kinsenda is 10.43%.

### 5.18.5 Sensitivities

The following tables present the NPVs of the real post-tax pre-finance cash flows as determined from the Kinsenda FM using mid-year discounting. In summary they include the following:

- The variation in real NPV with discount factors (Table 5.24);
- The variation in real NPV based on twin (revenue and operating expenditure) sensitivities (Table 5.25);
- The variation in real NPV based on changes to the Cu price (Table 5.26).

**Table 5.24: Kinsenda Mine – variation in Real NPV with discount factors**

| Discount rate | NPV (mid-year) (USDm) |
|---|---|
| 6.00% | 276.2 |
| 7.00% | 249.8 |
| 8.00% | 225.5 |
| 9.00% | 203.1 |
| 10.00% | 182.4 |
| 10.43% | 174.0 |
| 11.00% | 163.2 |
| 12.00% | 145.5 |
| 13.00% | 129.0 |
| 15.00% | 99.5 |

**Table 5.25: Kinsenda Mine – variation in Real NPV based on twin parameter sensitivities**

| | | Revenue Sensitivity | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 70% | 80% | 90% | 100% | 110% | 120% | 130% |
| Opex Sensitivity | 70.0% | 49.4 | 128.1 | 204.6 | 280.0 | 354.6 | 429.0 | 503.3 |
| | 80.0% | 11.7 | 91.6 | 168.9 | 244.7 | 319.9 | 394.3 | 468.6 |
| | 90.0% | ( 27.0) | 54.7 | 133.1 | 209.5 | 284.9 | 359.5 | 433.9 |
| | 100.0% | ( 73.3) | 17.2 | 96.8 | 174.0 | 249.7 | 324.8 | 399.1 |
| | 110.0% | ( 121.6) | ( 21.3) | 60.0 | 138.2 | 214.5 | 289.9 | 364.4 |
| | 120.0% | ( 169.9) | ( 65.9) | 22.6 | 102.0 | 179.0 | 254.7 | 329.7 |
| | 130.0% | ( 218.3) | ( 114.3) | ( 15.7) | 65.3 | 143.2 | 219.5 | 294.8 |

**Table 5.26: Kinsenda Mine – variation in Real NPV based on Cu price sensitivity**

| | | Copper Price Sensitivity | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Discount Rate | USC/lb | 257 | 294 | 331 | 368 | 404 | 441 | 478 |
| | USD/t | 5 672 | 6 482 | 7 293 | 8 103 | 8 913 | 9 724 | 10 534 |
| 7.00% | 58% | ( 32.9) | 80.1 | 179.1 | 276.2 | 372.1 | 467.6 | 562.6 |
| 8.00% | 67% | ( 43.4) | 63.8 | 157.9 | 249.8 | 340.6 | 430.8 | 520.5 |
| 9.00% | 77% | ( 53.1) | 48.8 | 138.3 | 225.5 | 311.5 | 396.9 | 481.6 |
| 10.00% | 86% | ( 61.9) | 35.0 | 120.2 | 203.1 | 284.6 | 365.6 | 445.8 |
| 10.43% | 96% | ( 81.5) | 4.1 | 79.6 | 152.6 | 224.1 | 294.9 | 364.9 |
| 11.00% | 100% | ( 73.3) | 17.2 | 96.8 | 174.0 | 249.7 | 324.8 | 399.1 |
| 12.00% | 105% | ( 77.4) | 10.6 | 88.1 | 163.2 | 236.8 | 309.8 | 381.9 |
| 13.00% | 115% | ( 84.2) | ( 0.2) | 73.9 | 145.5 | 215.5 | 284.9 | 353.4 |
| 15.00% | 125% | ( 90.4) | ( 10.2) | 60.7 | 129.0 | 195.8 | 261.8 | 327.0 |

## 5.19 Summary of Key Risks

[SV2.10]

A summary of the key risks identified for Kinsenda is provided here. Metorex advised SRK that it has a comprehensive risk management process in place which is aimed at identifying and ranking risks across all of the group's operations to determine an overall risk profile for the group. The risks identified by SRK have broadly been incorporated into the overall group risk management process and are being addressed through this.

### 5.19.1 Tenure

There do not appear to be any risks to Kinsenda from a tenure perspective.

### 5.19.2 Mineral Resources

There were instances of significant errors in duplicate assays, interpreted to be swapped samples. This indicates that sample cross contamination may have occurred in the sample preparation. The level of contamination is low, and is unlikely to have a material impact on any of the analyses used in the resource estimation

Although many of the CRM results did not satisfy the 95% compliance limit of two standard deviations, there is no indication of a material bias in any of the results. The precision of the analyses could be improved. Metorex stated that the CRM material was certified for TCu only – many of the differences noted were for AsCu for which there is no certified material.

The majority of the most significant errors are for very low values, close to the detection limits. This is unlikely to pose a risk to Kinsenda.

The ore grade wireframes in some cases do not honour the dataset as reported and are over extended.

Except for the MOZ domain, statistical means of the grades for the samples and model estimates compare fairly well, and the grades have not been over estimated. As MOZ ore is not included in the LoM plan, there is minimal risk to Kinsenda.

### 5.19.3 Rock Engineering

Despite the inconsistencies between the RMR and Q values, and possible errors in the application of the Mathews-Potvin HR method, the final geotechnical designs for Kinsenda are considered to be valid.

SRK has highlighted a number of areas where additional investigations should be undertaken to improve the confidence in the geotechnical designs.

In SRK's opinion, the proposed dewatering system is exposed to the double risks of power availability and drill hole pump reliability. It is noted that implementation of a gravity driven drainage system has been included in the project implementation plan.

There is a risk associated with the deposition of the -40 µm tailings on the TSF, that it will be too fine to drain and will be inadequate for wall building. However, as only 40% of the total tailings material will be used as fill underground, Metorex believes that there will be sufficient coarse material available to provide more stability. In addition the available free board should provide adequate time for fines to settle.

### 5.19.4 Hydrogeology

The risk to surrounding groundwater users from both a water quality aspect (contamination) and water supply has been identified. In this respect, it is noted that the possible measures discussed in Section 5.16.3 refer to potential prevention / mitigation measures only and hence are not regarded by SRK as sufficient to address the risks identified in this section. The surrounding communities are currently using untreated surface water and hence they are more vulnerable to water contamination.

No clear indication is given in the Kinsenda FS report on proposed preventative / mitigation measures to reduce / prevent groundwater or surface water contamination.

The groundwater and surface monitoring programme still needs to be developed and implemented. There is a risk that Kinsenda will not have sufficient data to disprove any claims for contamination of water. Metorex maintains that the monitoring programme will provide sufficient base line information to refute any claims.

Concerns about the structural integrity of the dolomites during dewatering in the Roan aquifer are raised in the Kinsenda FS report. Metorex has advised that this will be investigated during H2-F2013.

### 5.19.5 Mining

The mine design uses standard mining methods and mining equipment that are suitable to the methods selected. From the information provided, the design parameters used are in line with industry standards.

SRK is therefore of the opinion that other than normal operational difficulties, the risk associated with the mine design and achievability of the LoM plan is minimal.

### 5.19.6 Metallurgical Processing

The capital cost estimate allows for a concentrator plant that contains all the essential items required to produce the results as predicted in the metallurgical test work. There are certain additional items identified, but not included in the capital estimate. There is a risk that the capital provided for the construction of the plant is too low. Metorex believes that the capital estimate is adequate, as it was developed by DRA to a high level of accuracy, includes contingencies and is in line with industry benchmarks.

The overall copper recovery of 88% is consistent with the laboratory test work, but this will need to be confirmed in practice.

The metallurgical test work was performed on 29 drill core samples, at laboratory scale. This is a very limited exposure on which to base a plant design. The scalability of metallurgical results from laboratory scale to full-scale plant is always problematic, and there is a risk that the recoveries may be overstated and plant operating parameters such as consumption rates may be too low. Metorex reported that additional testwork had been conducted on Kinsenda drill hole cores at Mintek and Ammtec in Australia, which confirmed the earlier findings and envisaged plant design.

An order signed by the DRC Minister of Mines in April 2013 banned the export of Cu/Co concentrates. Permission was obtained from the DRC Government to export the sulphide concentrates across the border to Zambia, subject to paying an increased export tax of USD100/t. Communiques from the DRC Government suggest that the export tax could be even higher. To mitigate against the ban and increased export taxes, Metorex has initiated an investigation into a central roasting plant to produce a calcined product that would be leachable in a conventional SX-EW plant such as that at Ruashi Mine.

### 5.19.7 Tailings

SRK is aware that the selected site for the TSF may have to be moved as a result of a bigger area being required. No decision has yet been made in this respect and the new site selection process has yet to be finalised. There is thus a risk that an area sufficiently large cannot be located. If only 60% of the tailings volumes report to the TSF, Metorex maintains that the area for the TSF should be sufficient.

The preliminary geotechnical investigation concludes that the underlying soils, once the topsoil and upper transported soils have been removed, should be suitable for construction of the proposed tailings storage facility embankments. This will have to be confirmed prior to construction.

Test work undertaken for the Kinsenda tailings to date indicates that an unlined TSF will be acceptable for the operation in terms of water quality as AMD is not anticipated. Further testwork is underway in a final leachate test work programme. If the results require that a lined facility has to be constructed, the capital cost of the TSF would have to be increased. It appears in the light of test work undertaken to date that this will be unlikely.

### 5.19.8 Engineering and Surface Infrastructure

SRK is concerned with the safety standards on the cage rope attachment in the vertical shaft. SRK noted that the additional safety devices for the cage have been included in the capital budget. On inspection of the capital budget, SRK noted that the additional safety devices for the cage have been included in the capital budget. The upgraded cages have been ordered and delivered and the Headgear strengthening work is presently underway.

The design of the proposed dewatering system has been revised to incorporate three 30 m vertical settlers and one 30 m high clear water dam, to ensure a flooded suction to the Sulzer clear water pumps. Additional provision has been made to install three mud pumps, to control the level of mud in each dirty water settler. SRK fully supports this design upgrade.

The existing system will be extended as the mine deepens, but only allows for dirty water pumping, which tends to suggest that no mud pumping is taking place. SRK is concerned that the quality of the water feeding into the Sulzers will not be clean and this will have a negative impact on pump life.

### 5.19.9 Logistics

The large volume of diesel required for the diesel powered generator sets will need to be road hauled in from Zambia. The congestion and long waiting periods to cross the DRC Zambian border will subject the mine to operational risk. The logistics risk of securing sufficient diesel to power the diesel generators will be managed by the operational team.

### 5.19.10 Human Resources

There is a risk that the termination benefit at closure which has been set equal to a 6 month obligation may be understated. Metorex confirmed that benefits have been conservatively estimated and will be reviewed on an annual basis to ensure that adequate provision and funding is in place.

### 5.19.11 Occupational Health and Safety

Kinsenda mine has improved its overall safety performance in H1-F2013, when compared to F2012. The safety statistics supplied reflect the standards of safety, maintenance, repairs and operations seen on site.

The safe operating condition of equipment in certain areas is not up to standard and management needs to make efforts to address the equipment shortcomings detailed. All contractor equipment should be inspected and passed out as safe to operate on the mine.

The shortcomings of the winding plants, the decline winder and the underground pipework, unless remedied, represent possible risk of injuries to persons. The mechanical shortcomings identified as contributors to safety incidents have been prioritised and will be addressed as part of the approved Kinsenda project.

In SRK's opinion, the operational teams may have a safety behavioural problem.

SRK recommends that management continue to concentrate their efforts on employees' behavioural aspects towards safety and health in the work place. Metorex reported that the mine has implemented a comprehensive Health and Safety plan in order to improve the compliance to Health and Safety standards. A number of procedures governing the behaviour of staff and contractors have been formalised and these were implemented to improve the safety culture and the management of contractors.

### 5.19.12 Environmental

The Social Impact Assessment concludes that overall, the Project will result in no unacceptable impacts. However, several of the mitigatable impacts have the potential to become unacceptable if poorly managed.

Kinsenda has investigated the possibility to remove the HDPE liner in the TSF, placing reliance instead on a ferricrete layer in the TSF footprint. Should material for the construction of the wall have to be imported, transport costs could be significant.

It is proposed that the availability of excess water, which can be used for irrigation, can be made available in suitable agricultural areas, thereby enticing people away from the tailings dam area. This approach is being adopted in the absence of final identification of affected households and lands, which would be required for an acceptable RAP. Metorex has subsequently responded, however, that there is no intention to resettle anyone in the area. It is also reported that a Community Development Plan has been compiled and presented to the community to address some of the development issues in the area.

The closure costs are not based on a definitive closure plan and hence may change as closure objectives are identified and/or more information becomes available. SRK notes that no allowance was made for post closure decant of contaminated water. This is regarded as a risk which may, however be regarded as relatively low in the light of the fact that no evidence of decant has been noted.

Metorex has a group-wide provision for post-closure water treatment of around USD5million. SRK has in agreement with Metorex increased this provision for post closure water treatment to USD25 million for evaluation purposes, of which USD5 million has been allocated to Kinsenda.

# C ADVANCED EXPLORATION PROPERTIES

## 6 MUSONOI COPPER PROSPECT

### 6.1 Introduction

[SR1.5A(i)]

Ruashi Mining has acquired the rights to the Musonoi Est deposit, subject to the completion of a positive feasibility study. The Musonoi Est deposit comprises a greenfields copper prospect.

### 6.2 Location, Climate, Access and Infrastructure

[SR1.4A, SR1.5A(i), SR1.6, SV2.3]

The Musonoi Est property is located in the DRC at latitude 10°42'S and longitude 25°28'E, close to the town of Kolwezi, located 300 km northwest of the provincial capital, Lubumbashi (Figure 6.1).

The Musonoi Est property as shown in Figure 6.1 includes a large portion of the town of Kolwezi in the south and the Dilala Commune in the east. The project area is bounded to the southwest and north by the Musonoi Principal / T17 and Kananga open pits respectively. The Kingamyambo tailings dam held by First Quantum lies approximately 4 km due west.

The average air temperature remains fairly constant at between 16°C and 22°C throughout the year and there is no distinct winter and summer temperature regime. Average temperatures peak during September and October at 30°C. At only 10° latitude, daylight and night hours are almost equal, daylight lasting broadly from 06:00 to 18:00. Rapid temperature drops occur after sunset during the dry season due to lack of cloud cover.

Three distinct seasons can be readily distinguished, namely:

- Cool and dry: May to July;
- Hot and dry: August to September;
- Warm and wet: October to April.

For most of the year the general wind direction is south to south easterly, while for the remaining part of the year the wind direction is predominantly north westerly.

The Musonoi Est property lies at an average elevation of 1 450 m amsl. Topographically, the property is generally fairly flat, although there are several small ranges of low hills in the surrounding area underlain by silicified dolomites generally resistant to weathering. Where less resistant lithologies are encountered, the dolomites and siltstones have been eroded to form gently sloping hillsides and shallow valleys draining to the Musonoi and Dilala rivers. The Dilala River drains into the Musonoi River near the northwest corner of the property which in turn drains into the Lualaba (Congo) River to the north.

The Kolwezi area has historically produced some 75% of the copper output of the DRC, and thus has a significant mining history and associated infrastructure. The main regional access road is via Lubumbashi. Considerable rehabilitation work has been undertaken in recent times. However, conditions are poor towards the end of the rains.

Industrial power to Kolwezi is supplied by SNEL, by a single 120 kV power line to the Répartiteur Ouest ("RO") substation (with a capacity of 200 MVA). The RO substation supplies the major users in the area. This major distribution substation is part of the broader electrical Southern Network drawing power from the Inga, Nzilo and Nseke hydroelectric schemes on the Congo River.




| srk consulting | **Metorex**<br>Locality of Musonoi Est prospect area (portion of PE4958 and PE13080) | Project No. 453459 |
|---|---|---|

**Figure 6.1: Locality of Musonoi Est prospect area (portion of PE4958 and PE13083)**

Municipal water and power supply is erratic and unreliable. Local dams, rivers, dormant mining pits, drill holes and inflow into workings will provide sufficient water for mining, concentrating and domestic requirements.

Kolwezi is connected to Lubumbashi by rail, which line continues through into Zambia linking to either Dar es Salaam or South Africa. The rail is in poor condition and the service is erratic and unreliable. Kolwezi airport has a paved runway that is in a reasonable condition and can accommodate large jets. However, no refuelling or maintenance facilities exist at the airstrip.

Exploration drilling activities on the prospects are generally restricted to the dry season as vehicle access off the main bush tracks is not feasible during the wet season.

More rental accommodation, at more realistic prices, is available in Kolwezi following the merger of the Katanga Mining and Nikanor operations in 2007. It is anticipated that all staff can be adequately accommodated in Kolwezi.

Private clinics (staffed by expatriate medical staff) are available in Kolwezi and can cater for most medical emergencies.

## 6.3 History

### 6.3.1 Historical Development of Musonoi Est Project

[SR1.3, SR1.4, SR1.5A(ii), SV2.4]

The historical development of the Musonoi Est project is summarised in Table 6.1.

### 6.3.2 Historical Production

[SR1.3, SV2.17]

Musonoi is a greenfields site, so there is no production history at the property.

**Table 6.1: Musonoi Est – Historical Development**

| Date | Activity | Comments |
|---|---|---|
| 1938 - 1990 | Exploration limited to surface mapping and drilling of 112 drill holes by UMHK and Gécamines. | None of these holes intersected the Dilala East mineralisation. |
| 1967 | All mines around Kolwezi nationalised, Gécamines established as the state mining company. | |
| 1980s to 1990s | Gécamines experiencing production problems due to lack of reinvestment into operations. | Cu production in DRC had declined from 450 ktpa to 30 ktpa, Co production from 10 ktpa to 4 ktpa. |
| 2004 onwards | Renewed interest in the mines of the Kolwezi district – Katanga Mining, Nikanor plc, Anvil Mining, First Quantum acquire concessions from Gécamines. | |
| October 2005 | RH negotiated amendment to partnership agreement with Gécamines, acquires rights to explore additional Cu/Co areas in Katangan Copperbelt region. | |
| 2007 | RH discovers Dilala East as a blind, high grade Cu and Co deposit. | |
| February 2009 | Ruashi Mining contract No.377/6713/SG/GC 2000 confirmed during licence review process | Subject to RH providing a positive feasibility study. |
| 2007 - 2010 | Drilling of 62 diamond drill holes (15 573 m) completed by RH.<br>Drilling on 100 m x 50 m grid, steeply dipping mineralisation intersected over strike of 600 m and depth of 550 m below surface. | Mineralisation open ended at depth.<br>Dilala East deposit geologically similar to Kamoto underground mine 8 km away. |
| March 2010 | RH submitted feasibility study to Gécamines. | |
| March 2012 | RH commences feasibility study. | |
| December 2012 | RM awarded exploitation permit PE13083 over part of the Musonoi Est area | |

## 6.4 Title and Rights

### 6.4.1 Mineral Rights

[SR1.7A, SR5.1A, SV2.3]

RH acquired a portion of PE4958 (to be created in respect of the Dilala East deposit) in terms of Amendment No.3 to the Creation Contract of Ruashi Mining No.377/6713/SG/GC 2000 signed on 8 December 2005. This was confirmed during the licence review process in February 2009 subject to RH providing a positive feasibility study in respect thereof. The corner beacons of the portion of PE4958 in Figure 6.1 are a revision of those defined in Amendment 3, and were agreed to by Gécamines on 28 December 2008.

RH fulfilled its obligation in terms of Article 3 of the Amendment by paying USD3 million to Gécamines for the rights attached to these deposits, and undertook prospecting work as required in terms of Article 2. Amendment 4 to the creation of Ruashi Mining was signed in February 2009. In terms of Article 5 of this amendment, RH presented a feasibility study to Gécamines in February 2010. Once accepted, the permit was to be registered in the name of Ruashi Mining.

Following extensive negotiations and the payment of USD10 million minerals content royalty, an exploitation permit was awarded to Ruashi Mining on 4 December 2012 (shown in Figure 6.1).

The details of mineral rights held by RM related to the Musonoi Est property are summarised in Table 6.2.

**Table 6.2: Details of Mineral Rights at Musonoi Est**

| Licence | Type of Title | Area (ha) | Valid From | Expiry Date | Commodity |
|---|---|---|---|---|---|
| PE13083 | Exploitation Permit | 324 | 4 Dec 2012 | 3 Apr 2024 | Cu, Co, Ni and Au |

PE13083 represents a part that has been separated from the larger surrounding permit area of the PE4958 held by Gécamines and awarded exclusively to Ruashi Mining. The extent of the PE13083 was not provided, so is not shown in Figure 6.1.

### 6.4.2 Surface Rights

In terms of the PE, Ruashi Mining has the right to use the land defined by the permit to build installations and facilities required for mining exploitation.

### 6.4.3 Royalties

[SR5.7C(v)]

In terms of the outcome of the licence review process relating to joint ventures with Congolese government subsidiary companies, a royalty of 2.5% of gross revenue is payable to Gécamines on ore treated from the mines.

## 6.5 Geology

[SR1.2, SR1.3, SR2.5A/B/C, SR4.1A(i), SV2.5]

### 6.5.1 Exploration History of the Project Area

Historical exploration of the Dilala unit was restricted to surface mapping and the drilling of 6 drill holes by UMHK between 1938 and 1950, and 106 holes by Gécamines up to 1990. None of these holes intersected the Dilala East mineralisation.

The Dilala East deposit was discovered by Ruashi Holdings as a blind, HG copper and cobalt deposit in 2007.

### 6.5.2 Regional Geology

The reader is referred to the discussion in Section 3.5.2.

### 6.5.3 Local Geology and Mineralisation

The Dilala East deposit is located at the northwestern end of the Congolese Copperbelt. The deposit is hosted in the meta-sedimentary rocks of the Lower Roan Unit of the Katangan System and occurs in a highly complex structural domain known interchangeably as either the "Kolwezi Nappe" or the "Kolwezi Klippe" as shown in Figure 6.2.




| srk consulting | Metorex<br>Detailed Geology of Musonoi Est Prospect Area showing Lower Roan Group "rafts" or "fragments" (source: IGS) | Project No.<br>453459 |
|---|---|---|

**Figure 6.2: Regional Geology of the Kolwezi Klippe showing the general location of the Musonoi Est prospect area**

The Kolwezi Klippe is an approximately elliptical, northeast striking synclinal basin with major and minor axes of approximately 20 km and 10 km, respectively. The structure is complex, with long E-W to NW-SE trending folds, the crests of which have been faulted, with Roan sediments having been thrust over rocks of younger (Kundelungu) age.

The Lower Roan stratigraphy in the Kolwezi area differs from that of Zambia in that the sediments are largely argillaceous dolomites while the Zambian Lower Roan is more arenaceous in nature. The base of the Lower Roan in the Kolwezi area has never been observed and no basement has been observed as outcrop in either mining operations or drill holes.

The surface topography is generally flat with thick soils or laterite limiting outcrop. Deep weathering has resulted in oxidation of the sulphides to depths in excess of 200 m thus mining operations to date have largely been by means of open-cast workings exploiting oxidised ores. The Kamoto Mine is the only underground mine extracting sulphide ore in the Kolwezi district at this time.

The area around the Musonoi Est permit encompasses a series of Lower Roan "rafts" including the "Commissar Syncline", "T17 East Fragment" and the "Dilala Syncline" as depicted in the Gécamines sectional interpretation in Figure 6.3.




| srk consulting | **Metorex**<br>Musonoi Est – schematic geological cross section through the Dilala Syncline (source: IGS) | Project No.<br>453459 |
|---|---|---|

**Figure 6.3: Musonoi Est - schematic geological cross section through the Dilala Syncline**

Exploration activities by RM have been restricted to the Dilala Syncline (Figure 6.4). This is primarily due to the fact that there is little surface infrastructure in this area that could affect possible mining. No artisanal workings occur on the unit, as outcrop is poor and there are no signs of visible mineralisation on surface.

The south limb of the Dilala Syncline has a strike of 2 500 m and dips at approximately 60° to the south-east. It is terminated on its eastern and western flanks by shears or faults as mapped by Gécamines. Historical exploration of the Dilala Syncline was restricted to surface mapping and the drilling. Only 6 of the total 112 drill holes completed by UMHK and Gécamines between 1938 and 1990 on the Musonoi Est permit were drilled on the Dilala Syncline. These holes were drilled to the west of the Dilala East deposit and did not intersect significant economic mineralisation. Twenty one historical drill holes were completed on the Commissar Syncline, of which only 1 km of a total 4 km of strike is covered on PE13083. In the permit area, the most significant mineralisation occurs in hole U336 with a mineralised intersection of 32.3 m @ 1.04% Cu, 0.24% Co previously being reported by Gécamines. Metorex has not carried out any drilling on the Commissar Syncline, and this mineralisation remains unverified by recent drilling activity.

In 2007, Ruashi Mining discovered a significant Cu and Co deposit on the north-eastern end of the overturned southern limb of the Dilala Syncline through step out drilling. The Dilala East deposit does not outcrop, as the mineralised sequence is terminated by a curvilinear thrust fault about 50 m below surface.




| srk consulting | Metorex<br>Musonoi Est - Geology of Prospect Area showing Lower Roan Group "rafts" or "fragments" (source: IGS) | Project No.<br>453459 |
|---|---|---|

**Figure 6.4: Musonoi Est - Geology of Prospect Area showing Lower Roan Group "rafts" or "fragments**

A strike length of 600 m to 700 m has been identified with the deepest drill intersection obtained being 550 m below surface. Mineralisation remains open ended at depth. The mineralisation is typical of that of the Kamoto and KOV Mines with two HG zones (the "**RSF**", 14 m thick and the "**SDB**", 12 m thick), separated by the lesser mineralised "**RSC**" (20 m thick) as illustrated in Figure 6.5. The host rocks dip steeply to the south (70°).

The mineralised zones consist of talc shales, breccias and siltstones forming part of the meta-sedimentary sequence. Copper and cobalt mineralisation is generally in the form of malachite and heterogenite/kolwezite in the oxide portion of the deposit and chalcocite, bornite and carrollite in the deeper sulphide zone. The depth of oxidation is approximately 190 m to 220 m below surface.

To date, the Dilala East deposit specifically has been tested by a total of 60 drill holes.

### 6.5.4 Exploration Programme and Budget

Metorex is currently busy with the work required to advance the Musonoi Est project to a feasibility study level of confidence.

Metorex's budget for the compilation of the feasibility study for Musonoi Est is USD6.8 million, split as USD2.7 million in H2-F2013 and USD4.1 million in F2014. USD1.8 million was spent during F2012 and H1-F2013.

SRK has not seen a detailed description of the planned work for the feasibility study nor the cost allocation within the budgeted amount for F2013. SRK is nevertheless satisfied that the quantum is of the right order of magnitude to advance the project to feasibility study level.




| | | |
|---|---|---|
| srk consulting | **Metorex**<br>Musonoi Est - schematic section through the Dilala East deposit on grid line 2100 (source: IGS) | Project No.<br>453459 |

**Figure 6.5: Musonoi Est - schematic section through the Dilala East deposit on grid line 2100**

## 6.6 Mineral Resources and Mineral Reserves

[SR1.1A(iii), SR2.5A/B/C, SR7B, SR9A/B/C, SV2.6]

The Mineral Resources quoted for Musonoi are based on the IGS Competent Persons Report dated 22 March 2013. While issued in March 2013, the underlying exploration work and data collection was completed during 2012, and therefore these resources are deemed acceptable at the Effective Date of this CPVR.

### 6.6.1 Quality and Quantity of Data

[SR3.1, SR4.1]

IGS indicates that as of June 2012, a total of 81 diamond drill holes have been drilled on the Musonoi Est project area totalling 21 103 m. Sixty drill holes have been collared on the Dilala East deposit (17 880 m) and 21 drill holes on the Dilala West area (3 223 m). Additionally, the drilling of 6 geotechnical holes commenced in October 2012, and was still in progress as of 28 February 2013.

Drilling at both the Dilala East and Dilala West orebodies was largely conducted along section lines spaced 100 m apart and orthogonal to the strike of the deposit, with holes sited at 50 m intervals along the section lines. Steeply dipping copper-cobalt mineralisation (at Dilala East deposit) has been drilled over a strike length of 600 m and to a depth of 550 m below surface.

There are no details on the collar pickups and whether down-the-hole surveys were done on the historical UMHK and Sodimico holes.

For the holes drilled by Metorex and supervised by IGS, the drill hole collar positions were set out in field using a hand GPS using WGS84 UTM Zone 35S Coordinates. The collars were also checked and verified by a registered surveyor, in November 2012 with the exception of 3 collars.

Down the hole surveys were undertaken using a single-shot Sperry-Sun instrument conducted by either the drilling contractor or the Metorex geologist. Down the hole surveys were conducted at 50 m intervals whenever possible.

### 6.6.2 Sampling method and approach

[SR3.2, SR3.3]

There are no details on the sampling method and approach for the UMHK and Sodimico drilled holes. The discussion on the sampling method and approach is limited to the drilling exercises undertaken by Metorex.

Half drill hole core weas sampled with a minimum sample length of 0.5 m or greater was maintained throughout, with a standard 1 m sample length being the average.

Samples were bagged and labelled and despatched directly to the analytical laboratory at frequencies determined by sample generation or objective of sampling.

Assay results were received by the RM geologists from ALS Chemex via e-mail as MS Excel spread sheets or MS Access tables. The assay certificates were then up-loaded electronically to the primary database system.

All data relating to the drilling and sampling programmes for the Dilala East project has been captured in a Microsoft Access database by the RM geologist. Visual GeoBase, a database management software, is employed to capture all logging data. Within the database, distinction has been made between primary data (i.e. observations and measurements) and interpreted data (i.e. stratigraphic units and mineralised intersections).

### 6.6.3 Sample analytical methods

[SR3.3, SR3.4]

There are no details on the sample analytical methods adopted during the analyses of the RST drilled holes.

The analyses of the samples from verification work undertaken by Metorex in 1997 on the re-sampling of the old core and the twin drilling of selected RST drill holes was done by AAS at the RST Research and Development Laboratory. The laboratory was not accredited during the period of the analyses.

All the recent sample analyses were undertaken by ALS Chemex of Johannesburg South Africa. ALS Chemex is accredited in South Africa to ISO17025 standards, which incorporates accreditation to the ISO9001:2000 by the Standards Council of Canada, and SANAS accreditation T0387.

Samples are assayed by 4 acid digest for TCu and TCo, and by sulphuric acid leach for ASCu and ASCo as follows:

- Cu-ICP02 is the determination of Acid Soluble Copper in Ores, Feeds and Tails by Acid Leach with 20% $H_2SO_4$ with Sodium Sulphite with ICP-AES Finish;
- Method Precision: ±10%;
- Reporting Limit: 0.01 – 100%.

The IGS report states that this is not an accredited analytical method, and none of the certified reference material is certified for this analytical method.

### 6.6.4 Quality assurance and quality control

[SR2.1, SR3.1, SR3.2, SR4.1]

The following QA/QC protocols were in place during the exploration drilling:

- Insertion of blanks – blank samples made up of silica sand were submitted approximately every 20th sample;
- Insertion of standards - 3 different CRM standards sourced from AMIS were submitted with the sample batches, every 20th sample.
- pulp duplicates – 3 sets of blind pulp duplicates were resubmitted to ALS Chemex under new sample numbers at different times during the drilling programme.

The duplicates submitted as part of the 2008 programmes showed a good precision, with 90% having less than 10% difference. No repeat assays were conducted for ASCu and ASCo. Good results were obtained for the 2010 duplicate assays for TCu and TCo, but the ASCu and ASCo showed poor precision.

The results for the duplicate analyses carried out in 2012 are presented as scatter and HARD plots for %TCu and %TCo in Figures 6.6 and 6.7 respectively. No duplicate assays for ASCu and ASCo were done.

Certified reference material submitted with the drill hole samples shows very good accuracy for TCu. All CRMs submitted show good accuracy, with no bias evident. Duplicates for TCu show good precision throughout the drilling programme. The quality of the TCu estimates is therefore acceptable for resource estimation purposes.




| | Metorex<br>Musonoi Est – scatter and HARD plots of 2012 pulp duplicates - %TCu (source: IGS) | Project No. 453459 |
|---|---|---|

**Figure 6.6: Musonoi Est - scatter and HARD plots of 2012 pulp duplicates - %TCu**




| | Metorex<br>Musonoi Est – scatter and HARD plots of 2012 pulp duplicates - %TCo (source: IGS) | Project No. 453459 |
|---|---|---|

**Figure 6.7: Musonoi Est - scatter and HARD plots of 2012 pulp duplicates - %TCo**

Due to the very low grade of Co in the CRM used throughout the drilling programme, a set of pulps with a spread of Co values was selected and submitted to Setpoint as referee laboratory (Figure 6.8).

The cobalt referee samples show a good correlation in the range from 0.1% to 1.3% TCo. Above 1.3% TCo, the duplicates show a lower value for the duplicates as for the original sample. This may point to a slight risk that the extremely high TCo values are overstated, but the consequence to the resource estimate will be minimal.

Acid soluble copper results obtained for CRMs show significant drift over the period of the drilling programme. The duplicates, probably as a consequence of this, show poor precision. It is likely that ASCu estimates in the resource estimate may be significantly different from those encountered in mining.

Acid soluble cobalt results obtained for certified reference are generally too low to discern and the duplicates also show poor precision. It is likely that ASCo estimates in the resource estimate may be significantly different from those encountered in mining.




srk consulting | **Metorex**<br>Musonoi Est – scatter and HARD plots of 2012 Co referee samples - %TCo (source: IGS) | Project No. 453459

**Figure 6.8: Musonoi Est - scatter and HARD plots of 2012 Co referee samples - %TCo**

### 6.6.5 Bulk density and bulk tonnage data

[SR2.4]

Horizontal slices were taken at 50 m intervals and measured bulk densities for each stratigraphic unit were averaged over each elevation range. The densities in Table 6.3 were assigned to the block model. It is unclear how many bulk density measurements were available for this.

**Table 6.3: average densities by stratigraphic unit and depth**

| Depth | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **From** | **To** | **BOMZ** | **DSTRAT** | **RATG** | **RSC** | **RSF** | **SDB** | **WASTE** |
| 1 400 | 2 000 | 1.33 | 1.67 | 1.77 | 1.87 | 1.73 | 1.31 | 1.63 |
| 1 350 | 1 400 | 1.34 | 1.53 | 1.78 | 1.68 | 1.69 | 1.47 | 1.74 |
| 1 300 | 1 350 | 1.35 | 1.49 | 1.78 | 1.69 | 1.76 | 1.72 | 1.73 |
| 1 250 | 1 300 | 1.38 | 1.70 | 2.46 | 1.76 | 1.75 | 1.81 | 1.79 |
| 1 200 | 1 250 | 1.53 | 2.41 | 2.46 | 1.99 | 2.38 | 1.84 | 1.99 |
| 1 150 | 1 200 | 2.38 | 1.89 | 2.26 | 2.10 | 2.21 | 2.09 | 2.21 |
| 1 100 | 1 150 | 1.86 | 2.34 | 2.25 | 1.88 | 1.65 | 2.14 | 1.88 |
| 1 050 | 1 100 | 2.69 | 2.45 | 2.34 | 2.22 | 2.31 | 2.51 | 2.19 |
| 1 000 | 1 050 | 2.69 | 2.10 | 2.27 | 2.15 | 1.99 | 2.27 | 2.31 |
| 950 | 1 000 | 2.41 | 2.21 | 2.19 | 2.06 | 2.10 | 2.37 | 2.07 |
| 900 | 950 | 2.44 | 2.21 | 2.25 | 2.17 | 2.10 | 2.30 | 2.23 |
| 0 | 900 | 2.39 | 2.21 | 2.25 | 2.31 | 2.10 | 2.35 | 2.40 |

### 6.6.6 Geological modelling and zones of mineralisation

[SR4.1A(ii)(iv), SR4.1A/B, SR4.2A, SR4.2B]

Two distinct domains are recognised within the project area, bounded by a sub vertical fault. These are termed Dilala West and Dilala East.

Sections were created orientated in a north-south direction on the drilling grid and triangulated to produce 3D solid models of the stratigraphic units within the Dilala East fault bounded block. The shear/breccia zone between the Dilala East and Dilala West bodies was also modelled and used to separate the Dilala East and West domains.

The ore body is open ended to depth and no flattening of the dip indicating proximity of the fold closure has been intersected thus far. The solids modelling was extrapolated 50 m east and west of the last drill hole intersection (along strike), and 50 m beyond the last drill hole intersection to depth (down dip).

Two block models were created. A primary model rotated orientated in the plane of the stratigraphy was used for the resource estimation. A second unrotated model was created for the purposes of mine planning. The

grades from the primary model were assigned to the second model. The volume difference between the two models is less than 0.5%.

Composites of varying lengths were created for the different stratigraphic units and the resultant distributions compared. Composites of 2 m lengths were selected to be used for grade interpolation as the distribution of grade approached a normal distribution more closely than any other. Table 6.4 shows the averages for the 2 m composites for Dilala East and West, for each individual stratigraphic unit.

**Table 6.4: Grade averages per 2 m composites**

| Unit | Dilala East | | Dilala West | |
|---|---|---|---|---|
| | %TCu | %TCo | %TCu | %TCo |
| RATG | 2.76 | 0.63 | 3.64 | 0.28 |
| DSTRAT | 4.37 | 0.42 | 2.60 | 0.18 |
| RSF | 4.72 | 0.76 | 0.26 | 0.14 |
| RSC | 1.02 | 0.66 | 0.04 | 0.22 |
| SDB | 3.20 | 1.38 | 0.44 | 0.44 |
| BOMZ | 1.26 | 0.40 | 0.77 | 0.27 |
| **Average** | **2.89** | **0.71** | **1.29** | **0.25** |

The sample data is too exhaustive to be included in the CPVR. The table of statistics is included to show the range of values intersected within the samples selected for resource estimation.

### 6.6.7 Variogram modelling

Variograms were modelled for the Lower Orebody comprising the combined RATG, DSTRAT, RSF and RSC composites and the Upper Orebody comprising the BOMZ and SDB. Directional variograms were created normal to the dip of the orebody and in the major and semi-major directions, according to any anisotropy identified in a variogram map in the plane of the orebody.

Variograms for the Lower Orebody for TCu and TCo are set out in Figure 6.9 and 6.10 respectively. Variograms for the Upper Orebody for TCu and TCo are set out in Figure 6.11 and 6.12 respectively.

### 6.6.8 Grade estimation

[SR4.2]

Block grades were estimated using ordinary kriging using the variogram parameters modelled above. The individual units were estimated separately using hard boundaries between the units.

The Dilala East and Dilala West domains were estimated separately using a hard boundary between the two domains. A minimum of 5 and a maximum of 30, 2 m composites were used to estimate each block. Points that were discretised on a 3 x 3 x 3 basis were used in the X, Y & Z directions.

Estimation was done into the primary dipping block model. The block estimates were then exported and assigned to the non dipping, mine planning model.

The proportion of acid soluble copper and cobalt was estimated using 50 m horizontal slices through the block model and by inverse distance estimation.

### 6.6.9 Mineral Resource Classification

[SR5.7B, SR7]

The resource is classified using a combination of distance from informing drill holes and more qualitative geological confidence considerations, as set out in Table 6.5. Any blocks further than 150 m from a data point are not assigned any resource classification.

**Table 6.5: Musonoi Est – classification criteria for mineral resources**

| Resource Category | Dilala East orebody | Dilala West orebody |
|---|---|---|
| Measured | The densely drilled area in the core of the Dilala East orebody, above 1 050 m is classified as Measured Resource. No block is further than 50 m from a data point along strike and approximately 30 m in the dip direction | - |
| Indicated | Blocks closer than 75 m to a data point are classified as Indicated Resource. The two small fault bounded ore zones to the north of the bounding breccia zone are classified as Indicated Resource due to the lower certainty in the geometry of the bodies | Blocks closer than 75 m to a data point are classified as Indicated Resource. |
| Inferred | Blocks closer than 150m to a data point are classified as Inferred Resource. | Blocks closer than 150 m to a data point are classified as Inferred Resource. The area around drill holes X and Y of Dilala West, projected 50 m from the two intersections is classified as Inferred Resource. |




| srk consulting | **Metorex**<br>Musonoi Est – Lower Orebody %TCu variography – normal to strike & dip (top), downdip (middle) and along strike (bottom) (source: IGS) | Project No.<br>453459 |
|---|---|---|

**Figure 6.9: Musonoi Est - Lower Orebody %TCu variography – normal to strike & dip (top), downdip (middle) and along strike (bottom)**




| | | |
|---|---|---|
| srk consulting | **Metorex**<br>Musonoi Est – Lower Orebody %TCo variography – normal to strike & dip (top), downdip (middle) and along strike (bottom) (source: IGS) | Project No.<br>453459 |

**Figure 6.10: Musonoi Est - Lower Orebody %TCo variography – normal to strike & dip (top), downdip (middle) and along strike (bottom)**




| | | |
|---|---|---|
| srk consulting | **Metorex**<br>Musonoi Est – Upper Orebody %TCu variography – normal to strike & dip (top), downdip (middle) and along strike (bottom) (source: IGS) | Project No.<br>453459 |

**Figure 6.11: Musonoi Est - Upper Orebody %TCu variography – normal to strike & dip (top), downdip (middle) and along strike (bottom)**

Case 1:16-cr-00515-NGG-LB Document 93-7 Filed 05/01/20 Page 663 of 811 PageID #: 5908






| srk consulting | **Metorex**<br>Musonoi Est – Upper Orebody %TCo variography – normal to strike & dip (top), downdip (middle) and along strike (bottom) (source: IGS) | Project No.<br>453459 |
|---|---|---|

**Figure 6.12: Musonoi Est - Upper Orebody %TCo variography – normal to strike & dip (top), downdip (middle) and along strike (bottom)**

The results of the application of the classification criteria are shown in Figure 6.13.



| srk consulting | **Metorex**<br>Musonoi Est – mineral resource classification (source: Metorex) | Project No. 453459 |
|---|---|---|

**Figure 6.13: Musonoi Est – Mineral Resource classification**

## 6.6.10 Cut-off Grade for 2012 Mineral Resource Estimates

[SR5.7B(ii), SR5.7C(iii)]

The parameters used by Metorex for the grade cut-off determination for reporting of Mineral Resources are set out in Table 6.6.

**Table 6.6: Musonoi Est – parameters for cut-off determination for mineral resources**

| Parameter | Units | Values for Cu cut-off | Values for Co cut-off |
|---|---|---|---|
| **Unit costs** | | | |
| Mining | (USD/t) | 38.00 | 38.00 |
| Concentrator | (USD/t) | 15.00 | 15.00 |
| Admin / overheads | (USD/t) | 10.87 | 10.87 |
| Smelter | (USD/t) | 26.00 | 26.00 |
| Off mine | (USD/t) | 24.00 | 24.00 |
| Mine call factor | (%) | 95.0% | 95.0% |
| Dilution | (%) | 13.0% | 13.0% |
| Concentrate recovery | (%) | 90.0% | 87.0% |
| Smelter recovery | (%) | 84.6% | 77.4% |
| Revenue | (USD/t) | 12 000 | 33 069 |
| Royalty | (%) | 4.5% | 4.5% |

A cut-off grade of 1.58% Cu or 0.65% Co results from these parameters.

The method used to determine the cut-off grade is consistent with industry practice and the cut-off grade thus determined is seen to be reasonable.

## 6.6.11 Mineral Reserves

To date, only mineral resources have been declared on the Musonoi Est property. The feasibility study will undertake the necessary mine planning, engineering design and costing, metallurgical testwork, environmental studies and tailings design, necessary for the full evaluation and application of modifying factors to enable the conversion of mineral resources to mineral reserves.

### 6.6.12 SRK Comments

SRK was on site at Musonoi in Kolwezi on July 30 2013 to locate the collars of the holes drilled in the field and review the core from the drilling. Collar positions from about 10 holes were found in the field with the cemented collar markers and the borehole ID clearly marked on the cement. Also marked on the holes were the end-of hole depths.

At the core shed on site, cores from 4 unsamples geotechnical holes were examined. Additional cores were also examined at the Musonoi office in Kolwezi where 4 other boreholes were laid out. The cores reviewed were from boreholes drilled in the shallower and western portion of the deposit and also from the deeper and eastern portion of the deposit where the majority of the drilling was done.

SRK made the following observations from the cores:

- The core was fresh and intact throughtout the lithological sucession from the boreholes in the eastern portion while the core from the western portion was weathered and decomposed, a consequence of depth;
- The copper minerlaisation was associated with the lithologies of the Series de Mines, with two main zones associated with the DSTRAT and RSF for the lower mineralised uone and the SDB and BOMZ for the upper minerlaised zone.
- Mineralisation in the RSC was associated with the contact zones; with the RSF for the lower contact and the SDB for the upper contact. The main portion of the RSC appeared devoid of copper minerlisation or was weakly minerlaised with cobalt. The Musonoi Project Geologist indicated that incidences of high copper mineralisation within the RSC were associated with brecciation, which introduced copper to the RSC. These incidences were observed in limited boreholes.
- The western portion of the deposit is low in copper concentration, but with elevated concetrations of the cobalt mineral heterogenite;
- The issue of the presence or absence of RATGR in the core was discussed with the Project Geologist during the review of the core the observations were that the presence of breccias masks the RATGR and therefore this material is not logged as RATGR proper but as breccia. The breccia remains mineralised and this is included in the RATGR Mineral Resources during modelling.

SRK has reviewed the Mineral Resource estimates for Musonoi and makes the following observations:

- The variography has been based on the combined lithological units of RATG, DSTRAT, RSF and RSC for the Lower Mineralised zone and the SDB and BOMZ for the Upper Mineralised Zone. The RSC is considered to be cobalt rich member at the expense of copper and has characteristics that are distinct from the adjacent overlying and underlying units. This is confirmed by SRK's observations of the core during the site visit. SRK understands that this was done to allow for variograms to be developed for the estimation of the RSC, but only RSC samples were used for the estimation of the RSC.
- Figure 6.14 is a longitudinal section along the east (X-Z) showing the drill hole data distribution by depth and the %TCu drill hole grade intersected within the DSTRAT. Similarly, the %TCu colour coded block estimates reflect the average of the column of blocks in the Y plane at the respective block centre. The colour coding of the block estimates compared to the drill hole intersections indicates an over-estimation within the DSTRAT. This is confirmed by the comparisons of the statistics of the composites against the block estimates (Table 6.7), where overall the over-estimation related to the DSTRAT is about 18%. Metorex ascribed the overestimation to a clustering of a few very HG intersections in the oxide zone skewing the estimate.




| srk consulting | **Metorex**<br>Musonoi Est – X-Z section showing % TCu in drill hole and block estimates - DSTRAT | Project No.<br>453459 |
|---|---|---|

**Figure 6.14: Musonoi Est – X-Z section showing % TCu in drill hole and block estimates - DSTRAT**

**Table 6.7: Musonoi Est – comparison of the mean sample statistic against the block estimates**

| Lithology | Variable | Sample data | | | | | Block data | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | No. Samples | Min. | Max. | Mean | Std Dev | No. Samples | Min. | Max. | Mean | Std Dev | % Diff |
| RATG | TCu | 30 | 0.01 | 8.28 | **3.14** | 2.58 | 79,446 | 1.26 | 5.42 | **2.98** | 0.53 | -5% |
| RATG | TCo | 30 | 0.01 | 2.22 | **0.59** | 0.52 | 79,446 | 0.12 | 1.47 | **0.58** | 0.24 | 0% |
| DSTR | TCu | 310 | 0.01 | 23.00 | **3.74** | 3.71 | 121,558 | 0.71 | 15.60 | **4.43** | 1.52 | 18% |
| DSTR | TCo | 310 | 0.00 | 5.56 | **0.42** | 0.61 | 121,558 | 0.06 | 1.35 | **0.42** | 0.21 | 1% |
| RSF | TCu | 622 | 0.00 | 28.30 | **3.55** | 3.81 | 171,144 | 0.04 | 9.20 | **3.45** | 2.16 | -3% |
| RSF | TCo | 622 | 0.00 | 8.01 | **0.59** | 0.89 | 171,144 | 0.03 | 2.08 | **0.61** | 0.48 | 2% |
| RSC | TCu | 1429 | 0.00 | 26.30 | **0.62** | 1.79 | 204,672 | 0.01 | 4.52 | **0.75** | 0.63 | 21% |
| RSC | TCo | 1429 | 0.00 | 12.25 | **0.51** | 0.85 | 204,672 | 0.01 | 2.25 | **0.72** | 0.43 | 42% |
| SDB | TCu | 644 | 0.01 | 15.00 | **2.33** | 2.95 | 192,426 | 0.08 | 6.84 | **1.86** | 1.45 | -20% |
| SDB | TCo | 644 | 0.00 | 15.30 | **1.19** | 1.71 | 192,426 | 0.28 | 4.22 | **0.95** | 0.43 | -20% |
| BOMZ | TCu | 414 | 0.00 | 12.35 | **1.03** | 1.50 | 137,840 | 0.30 | 2.52 | **0.75** | 0.32 | -27% |
| BOMZ | TCo | 414 | 0.00 | 11.60 | **0.32** | 0.76 | 137,840 | 0.02 | 0.78 | **0.24** | 0.10 | -22% |

After the review of the core during the site visit, SRK observed that in certain instances, the lithological unit RATGR was logged as Breccia and that this Breccia, which was mineralised, was used to model the RATGR unit during the Mineral Resources modelling process. This observation provided the understanding of the mineralisation within the "RATGR" unit. This explained the low data count for the "RATGR" proper.

### 6.6.13 SRK Audited Mineral Resources and Mineral Reserves

[SR9]

The SRK audited Mineral Resource estimates for Musonoi at 31 December 2012, using a 1.6% Cu cut-off or 0.65% Co cut-off, are set out in Table 6.8.

**Table 6.8: Musonoi Est – SRK Audited Mineral Resources for Musonoi at 30 June 2013 at a 1.6% Cu cut-off grade**

| Classification | Tonnage **(Mt)** | **Cu grade (%)** | **Copper (kt)** | Co grade **(%)** | Cobalt **(kt)** |
|---|---|---|---|---|---|
| **Oxide Material** | | | | | |
| Measured | 3.8 | 3.17 | 120.0 | 1.02 | 38.6 |
| Indicated | 1.3 | 1.72 | 22.8 | 0.84 | 11.1 |
| Inferred | 0.2 | 2.14 | 5.3 | 0.47 | 1.2 |
| Total Oxide | 5.4 | 2.76 | 148.1 | 0.95 | 50.9 |
| **Mixed + Sulphide Material** | | | | | |
| Measured | 9.2 | 3.32 | 304.3 | 0.87 | 80.3 |
| Indicated | 12.6 | 2.43 | 305.5 | 0.92 | 116.1 |
| Inferred | 4.5 | 2.54 | 115.3 | 0.89 | 40.2 |
| Total Mixed/Sulphide | **26.3** | **2.76** | **725.1** | **0.90** | **236.6** |
| **Oxide + Sulphide Material** | | | | | |
| Measured | 13.0 | 3.27 | 424.4 | 0.92 | 118.9 |
| Indicated | 13.9 | 2.36 | 328.2 | 0.92 | 127.2 |
| Inferred | 4.8 | 2.52 | 120.6 | 0.87 | 41.4 |
| **Total - Musonoi** | **31.7** | **2.76** | **873.2** | **0.91** | **287.6** |

SRK has reviewed the updated classification criteria for Musonoi and is satisfied with the process.

No Mineral Reserves have been declared for Musonoi at the Effective Date.

### 6.6.14 Reconciliation of Mineral Resources

[SR8B(iv), SR8C(vi)]

The previous Mineral Resource statement for Musonoi was published by Metorex in its Annual Report for 2011. The Mineral Resources at 31 December 2011 and at 30 June 2013 for Musonoi are compared in Table 6.9.

**Table 6.9: Musonoi Est – Mineral Resources Reconciliation - 31 December 2011 to 30 June 2013**

| **Total Resources** | **At Jun 2013** | | | **At Dec 2011** | | |
|---|---|---|---|---|---|---|
| | **Tonnes** | **Contained Metal** | | **Tonnes** | **Contained Metal** | |
| | **(Mt)** | **Cu (kt)** | **Co (kt)** | **(Mt)** | **Cu (kt)** | **Co (kt)** |
| Measured | 13.0 | 424.4 | 118.9 | 10.6 | 345.6 | 92.8 |
| Indicated | 13.9 | 328.2 | 127.2 | 8.3 | 279.2 | 71.6 |
| Inferred | 4.8 | 120.6 | 41.4 | 3.5 | 111.1 | 32.0 |
| Total Min. Resources | 31.7 | 873.2 | 287.6 | 22.5 | 735.9 | 196.4 |

The changes in the Mineral Resources for Musonoi from 2011 to 2012 are attributed to:

- Additional drilling which has increased the resource base;
- A different cut-off grade has been applied;
- SRK has modified the criteria applied in the classification of the resources.

## 6.7 Rock Engineering

[SR5.4]

Information has been extracted from a report entitled "Musonoi East Project – Feasibility Study" compiled by Ruashi Holdings in 2010 (the "**Musonoi Study**"). More recently, SRK carried out a comprehensive geotechnical investigation to provide information for the mine design being undertaken by DRA.

The rock mass quality near surface is very poor, and remains poor in the weathered zone to approximtely 200 m below surface. Transition zone of mixed oxide and sulphide ore lies between 200 m and 350 m below surface above the underlying sulphides, which are in relatively competent rocks.

A zone of poor quality ground, interpreted as a shear zone, lies close to the footwall contact. Consequently it has been decided to site access development in the hanging wall RAT to avoid the risk of traversing this zone on multiple occasions.

Primary access will be achieved via a decline shaft. Geotechnical investigations have been carried out to classify ground conditions existing in the box cut area and at some positions along the decline route.

Updip long hole retreat stoping will be practised in the two parallel steeply dipping orebodies. A competent stratum, the RSC, separates the two orebodies. Consideration is being given to siting access development in this zone. Recommended stope dip and strike dimensions for the different ground conditions to be expected have been provided to DRA to facilitate mine design.

Stopes will be backfilled with cyclone classified tailings (CCT) following ore extraction. Buttress pillars are planned at 90 m vertical intervals.

## 6.8 Hydrogeology and Hydrology

[SR5.4]

The discussion which follows has been extracted from the Musonoi Study, and some water sampling results provided by Metorex.

According to the Musonoi Study, little is known about the specific Musonoi East hydrological regime. Nevertheless, considerable water inflows are expected from the dolomitic strata and hangingwall/footwall acquifers. Water handling measures to cater for this have been considered and involve dewatering the oxide zone above the 250 Level and management of water flow below 250 m. The pumping capacity at these two levels will be designed to handle 600 l/s (50 Ml/day), but in the absence of hydrological data this could be an underestimate.

Dewatering of the weathered zone will be achieved by drives and crosscuts in the hangingwall and footwall on the 250 m level, to service dewatering crosscuts with watertight doors and concrete plugs. The crosscuts will be 100 m apart and will eventually be developed over the entire strike length. Holes under high pressure valve control will be drilled from the crosscuts to tap the water-bearing strata. Four groundwater isolation plugs were assumed for the initial capital estimate.

Below the 250 m Level, the water inflow is expected to be less because of the paste fill stoping method and general rock competence. The Musonoi Study however provided for an additional pumping capacity of 600 l/s, with 60 l/s from each of 10 development areas. Most of the water (90%) is planned to be drawn from drain holes fitted with valves drilled from ten drainage cubbies, with the remainder being service water from the workings.

Each pump station will be equipped with six high-lift clear water pumps such as a GPH 51 4-stage pump, with one on stand-by. The pumps will draw between 750 and 1 600 kVA at each station, and provision has been made for five 500 kVA generators at 11 kV for emergencies. Suitable settlers and clear water dams will be excavated at both levels. Ground water and dirty water from the sub-levels will be pumped by vertical spindle pumps to the dams and settlers via inter-level drain holes. A decline extending below shaft bottom for exploration purposes would provide an emergency sump in the event of a major inflow of water.

In terms of water quality, some water quality data covering the past year has been made available by Metorex. This could be the beginning of a water quality baseline database. It provides upstream and downstream water quality in the potentially affected rivers. The sampling results indicate elevated Cu, Fe, Mn, Mo, Se and Zn in some samples with Cu values exceeding the DRC standard of 1.5 mg/l at times.

## 6.9 Mining

[SR5.4]

The discussion which follows has been extracted from the Musonoi Study.

The Musonoi East deposit comprises two mineralised zones roughly 14 m thick separated by a siliceous dolomite zone which is approximately 20 thick. The sequence dips 70° south and the strike length is approximately 600 m. The stratigraphic sequence has been overturned and the mineralised zone sub-outcrops on a fault some 50 m below surface, which are overlain by RAT strata. The Musonoi Study assumed a depth extent for the orebody of 500 m below surface.

Two scoping studies into mining and access options were conducted by AMC of Zambia and Turgis Consulting (Pty) Ltd ("**Turgis**") of South Africa. The AMC study concentrated mainly on the oxides. The key conclusions from these studies were:

- The oxide mineral resource is insufficient to justify the erection of a full SX/EW extraction plant;

- The waste to ore stripping ratio for an opencast mine for the oxides would be about 15:1, due to the overburden of 50 m and the steep dip of the deposit. The large size of the open pit footprint cannot be accommodated within the mining permit, as well as its proximity of the Kolwezi town;
- The oxide mineral resources should not be sterilised by mining of the underlying sulphides;
- Mining of the oxide zone by sub-level stoping or caving may be feasible, depending on ground conditions and resultant subsidence effects on surface;
- The best method of access would be a four compartment concrete lined vertical shaft to accommodate the depth of the orebody and water handling requirement, and a single decline from surface to provide a second outlet, increase flexibility and reduce start-up time. A ventilation shaft to 225 m below surface would also be required (Figure 6.15);



| srk consulting | Metorex<br>Musonoi Est – schematic of access to orebody | Project No.<br>453459 |
|---|---|---|

**Figure 6.15: Musonoi Est – schematic of access to orebody**

- All major infrastructural development would be located in the hangingwall due to suspected very poor geotechnical conditions in the footwall;
- The best mining method for the sulphides would be open stoping with a paste fill;
- These access and mining methods were seen to provide several advantages:
  - o Minimise the risk of very poor ground conditions;
  - o Lowest overall cost over the LoM;
  - o Quickest start-up time;
  - o A high ore extraction percentage;
  - o Flexibility with mining and grade control;
  - o Ease of water handling;
  - o All tailings are used for paste fill;
  - o A relatively low cost of access to orebody extensions below 500 m below surface.

The Turgis study recommended the optimal extraction rate for the mine as 70 ktpm RoM, which would give a mine life of 10 years.

### 6.9.1 Mining Method

In a steeply dipping deposit such as Musonoi Est, a key factor is the vertical metre rate at which ore reserves are depleted. From an analysis of data, AMC suggested that for a mine producing less than 1 Mtpa a vertical

metre rate (drop down rate) of 40 m to 50 m would be required. At the recommended mining rate of 70 ktpm, a drop down rate of 35 m per annum was adopted.

Two open stoping methods with fill were selected, viz. top down underhand long hole open stoping ("**LHOS**") and bottom up sublevel open stoping ("**SLOS**"). Both methods have similar operating costs, maximise ore extraction, employ a vertical level interval of 25 m and permit maximum flexibility in terms of stope selection and grade control.

### Long Hole open stoping (LHOS)

Drilling, blasting and cleaning longitudinal stopes in the normal sublevel open stoping mode would be followed, but without leaving pillars and working from top downwards. When the stope has been mined to its defined strike length, it is filled with a high density cemented paste that is allowed to cure before adjacent stopes are mined. The optimum strike length at Musonoi Est is 40 m. A temporary holding pillar of 4 to 5 m on strike is left between the stopes and blasted with the slot of the next stope. Section and longitudinal section views through the LHOS method are shown schematically in Figure 6.16.

Stopes are developed by driving horizontally on the orebody footwall contact at 25 m vertical intervals and by access drives in the hangingwall of each orebody at the same elevation. A sill pillar will be left between the sulphides and oxides to permit future mining of the oxide deposits. Based on available geotechnical information, the first level was set at 300 m below surface with the top holing on the 275 m level.

Each stope will contain about 36 kt of ore. The development, drilling, blocking, cleaning and filling cycle per stope will take about 5.2 months. Eleven active stopes will be required at any time, services by 4 LHDs with 10 t buckets.

### Sub-level open stoping (SLOS)

This is the standard mechanised sublevel open stoping method where mining proceeds upwards. Similar hangingwall drives as for the LHOS method maintain the flexibility to enable up to 8 stopes to be mined simultaneously on one level. The Musonoi Study suggested that for production build-up and flexibility considerations mining should start from the 500 m and 350 m levels. Section and longitudinal section views through the LHOS method are shown schematically in Figure 6.17.

The SLOS and LHOS methods have the same development, drilling and productivity parameters, there are slight differences:

- Earlier production build-up can be achieved with LHOS;
- Stope length for SLOS is greater at 50 m;
- Drilling and cleaning are done on a filled floor;
- Return air routes comprise pipes in the fill for LHOS and raises in the hangingwall for SLOS;
- Lower dilution may be achieved with SLOS;
- Mining losses may be higher with SLOS.

## 6.9.2 Capital and Operating Costs

A total mining fleet of six 20 t trucks and 6 LHDs was required for development and stoping. With the inclusion of drills and support equipment, the capital cost for the mining fleet delivered in the DRC was estimated to be approximately USD25 million.

The mining capital cost estimate as extracted from the Musonoi Study is summarised in Table 6.10. The costs are based on data bank estimates for South African conditions, with a factor of 25% added to approximate DRC conditions to shaft sinking, underground development, pumps, settlers and backfill plant. The numbers include a 15% premium for taxes and duties on mobile equipment costs.

**Table 6.10: Musonoi Est – Mining capital cost estimate**

| Item | Cost (USDm) |
|---|---|
| Vertical shaft | 54.9 |
| Ventilation shaft | 17.4 |
| Decline from surface | 29.5 |
| Electrical installations | 49.4 |
| Backfill plant | 17.1 |
| Mobile equipment | 24.1 |
| Oxide exploration | 5.0 |
| **Total mining capital** | **197.3** |

The total underground manpower complement including supervision and technical services was estimated to be 328 people, based on a 2 shift per day operation for 24 days per month. The estimated mining operating cost as extracted from the Musonoi Study is summarised in Table 6.11.

**Table 6.11: Musonoi Est – Mining operating cost estimate**

| Item | Annual Cost (USDm) | Unit Cost (USD/t milled) |
|---|---|---|
| Manpowwer | 3.74 | 4.45 |
| Mobile equipment | 4.51 | 5.36 |
| Power | 4.11 | 4.18 |
| Paste fill | 8.55 | 10.18 |
| Stores | 5.67 | 6.75 |
| Ongoing development | 7.40 | 8.81 |
| **Total mining operating cost** | **26.58** | **39.73** |

### 6.9.3 SRK Comments

The Musonoi Study assumed a depth extent for the orebody of 500 m below surface.

The oxide mineral resource is insufficient to justify the erection of a full SX/EW extraction plant. The large size of the open pit footprint cannot be accommodated within the mining permit, as well as its proximity of the Kolwezi town. An open pit operation was therefore not seen to be possible.

The best mining method for the sulphides would be open stoping with a paste fill.

The different mining and processing options were examined at scoping study levels of investigation. The capital costs presented for the Musonoi Project are data bank estimates for South African conditions, with certain adjustments made to cater for DRC conditions.

On this basis, the Musonoi Study does not satisfy the requirements of a feasibility study. Accordingly, no Mineral Reserves can be declared for Musonoi.

The feasibility study underway at Musonoi should address the uncertainties with access, mine design, mining method and capital/operating costs.



| srk consulting | **Metorex**<br>Musonoi Est – LHOS mining method views - section (top) and longitudinal section (bottom) | Project No.<br>453459 |
|---|---|---|

**Figure 6.16: Musonoi Est – LHOS mining method views - section (top) and longitudinal section (bottom)**



| srk consulting | **Metorex**<br>Musonoi Est – SLOS mining method views - section (top) and longitudinal section (bottom) | Project No.<br>453459 |
|---|---|---|

**Figure 6.17: Musonoi Est – SLOS mining method views - section (top) and longitudinal section (bottom)**

## 6.10 Mineral Processing

[SR5.5]

The base metal sulphides occur in two parallel lithological units named the RSF ("*Roche Silicence Feuilleté*") and SDB ("*Schiste Dolomitique de Base*") which have slightly different mineralogy and tenors. For purposes of this study, it was assumed that both units are mined together over the LoM and are mixed underground before delivery to the processing plant.

Testwork was carried out by Mintek of South Africa into the mineralogy, floatability, leachability and gangue acid consumption of both sulphide and oxide samples.

The discussion which follows deals with the processing of sulphide ore and has been extracted from the Musonoi Study.

### 6.10.1 Metallurgical Testwork

Cu mineralisation occurs as fine to coarse disseminations, streaks and blobs of chalcocite, bornite, minor carrollite and chalcopyrite. The stratigraphically lower mineralised zone has higher Cu and lower Co tenors than the upper zone.

For the metallurgical testwork, two sets of NQ drill hole samples, extracted from different depths and with an approximate mass of 37 kg each, were investigated separately:

- Sample 1: extracted from a depth of 288 m to 309 m from the RSF, with an estimated head grade of 6.04% Cu and 0.40% Co; and
- Sample 2: extracted from a depth of 329 m to 344 m from the SDB, with an estimated head grade of 2.05% Cu and 1.53% Co.

The following conclusions were drawn from the qualitative mineralogical testwork on the sulphide ore samples conducted at Mintek:

- The two orebodies have similar gangue mineralogy;
- Both the SDB and RSF samples have a similar Cu-mineral assemblage, with the SDB containing more carrollite;
- The average grain size of the major Cu-minerals is approximately 100 µm for both sample;
- At a product grind of 150 µm, a larger proportion of Cu-sulphides are liberated in the SDB sample (approx. 80%) than in the RSF sample (approx. 40%).

Metallurgical testwork focused on investigating the viability of three possible "front-end" processing routes:

- **Coarse gravity separation** – entails processing a coarse feed through a DMS to yield a treatable concentrate and a floats product which can be stockpiled. The fines generated prior to the DMS are treated through a spirals plant. This is the least capital intensive route;
- **Fine gravity separation** – involves spirals processing of a finer feed to yield a flotation-treatable concentrate and discardable tails. This requires more capital; and
- **Standard crushing, milling and flotation** – involves crushing, milling and flotation of the RoM fed without prior waste rejection. This is the most capital intensive route.

The sulphide testwork results indicated the following:

- No saleable concentrate could be produced by DMS and the possibility of using DMS to reduce the capacity of the mill-float plant looks unlikely;
- Bulk flotation of the ores resulted in recoveries of 90% Cu and 63% Co, with concentrate grades of 37% Cu and 3-7% Co (depending on whether RSF or SDB material).

From the comminution and flotation variability testwork that was conducted on 15 drill hole samples, the Mintek report of June 2013 concluded that: the predicted products (combined concentrates of sulphide A cleaner + B re-cleaner) for the LOB 2, UOB and Global 2 composites determined from the locked cycles tests are:

- Global 2 composite: 28% Cu (92% recovery), 8% Co (93% recovery) and 16% S (95% recovery);
- LOB 2 composite: 34% Cu (93% recovery), 5% Co (90% recovery) and 13% S (92% recovery)
- UOB 2 composite: 19% Cu (91% recovery), 11% Co (95% recovery) and 17% S (94% recovery)

### 6.10.2 Process Plant Flow Sheet

The preliminary Musonoi Est flowsheet is shown in Figure 6.18.

Based on the June 2013 Mintek report, the envisaged flowsheet will probably entail single stage crushing followed by a RoM ball mill and flotation circuit. The optimum grind was found to be 80% -106 µm. A final decision on the flowsheet still needs to be made.

### 6.10.3 Tailings disposal

The paste fill mining method requires 80% of the tailings from the sulphide concentrator to report to the paste fill plant for return underground. There is thus no need for a large TSF, and a smaller area will be adequate for normal plant operations and for possible spirals plant tailings. It is expected that the TSF will need to be lined. Provision has been made for a polypropylene liner. The capital cost for the TSF was envisaged to USD6.0 million.




**Figure 6.18: Musonoi Est – preliminary concentrator flowsheet**

### 6.10.4 Capital and Operating Costs

Engineering design was done at a basic level to determine capital estimates for the process plant. The Musonoi Study included a contingency of 25% on the costs, as shown in Table 6.12.

**Table 6.12: Musonoi Est – Infrastructure capital cost estimate**

| Item | Cost (USDm) |
|---|---|
| Bulk earthworks and civils | 13.3 |
| Plant buildings & infrastructure | 1.3 |
| Steelwork, piping & valve supply | 6.8 |
| Mechanical supply | 11.0 |
| SMP installation | 11.1 |
| E&I supply & install | 8.6 |
| Transport & logistics | 5.9 |
| EPCM fees | 9.5 |
| First fill of reagents | 1.1 |
| Sub-total | 68.6 |
| Contingency | 17.2 |
| **Total process plant capital** | **85.8** |

The plant operating costs for Musonoi, taking into account the historical costs and manpower efficiencies experienced at Ruashi, were estimated to be USD17/t of plant feed.

### 6.10.5 SRK Comments

The Musonoi Study concluded that due to high off-mine costs associated with the transport and treatment of Cu and Co concentrates, a preferable option would be to produce a bulk Cu/Co concentrate through a flotation plant. This concentrate could then in the future be combined with the Kinsenda sulphide concentrates in a central roasting plant to produce a calcined product that would be leachable in a conventional SX-EW plant.

The Musonoi Study indicates that no commitments had been made with any of the copper of cobalt offtakers/smelters regarding how the concentrates would be treated. Metorex advised SRK that the feasibility study underway will address the concerns regarding the treatment of the bulk Cu-Co concentrate.

In the interim the concentrate can be exported to Zambia at an export tariff of USD100/t concentrate.

## 6.11 Infrastructure and Bulk Services

[SR5.6]

The general location of the Musonoi Est prospect in relation to the high level of historical mining activity surrounding Kolwezi can be seen in Figure 6.19.

### 6.11.1 Power supply

The Musonoi Est project will require approximately 25 MW of power, to be supplied by SNEL. The power is planned to be fed from SNEL's Repartiteur de Oest ("**RO**") substation via a 120 kV line which traverses the Musonoi Est property. This line was being upgraded to a 180 MW transmission capacity, to cater for various industrial facilities including the Mutoshi mine (45 MW), Mutanda mine (40 MW) and Musonoi. Indications from SNEL were that Musonoi would have to install an additional 220/120 kV transformer of 200 MW capacity at the RO substation. The indicative tariff for power is USc3.9 /kWh.




| srk consulting | **Metorex**<br>Musonoi Est – prospect in relation to high level of historical activity surrounding Kolwezi | Project No. 453459 |
|---|---|---|

**Figure 6.19: Musonoi Est – prospect in relation to high level of historical activity surrounding Kolwezi**

### 6.11.2 Water supply

Based on the high ground water inflow rates experienced by neighbouring mines, raw water will be abstracted from the weathered zone in underground pump chambers and pumped to surface. Planned installed pumping capacity will cater for inflows of 48 000 $m^3$/day, whilst the process plant will require approximately 4 000 $m^3$/day of raw water. The balance will be treated and discharged into the nearby Kolwezi River. Water treatment capital and operating costs have not been established.

A potable water plant capable of producing 200 $m^3$/day of potable water will be established on site.

#### 6.11.3 Buildings and roads

Buildings for administration, maintenance, security, laboratory, stores and change houses are required. The capital costs for these buildings and associated equipment are allowed in the mining and process plant capital estimates.

Accommodation for skilled and unskilled personnel is reasonably available in the adjacent town of Kolwezi.

All-weather access roads and internal roads will need to be constructed. The road transport system linking Kolwezi to Lubumbashi has been recently upgraded, though the border post linking Zambia to the DRC remains a significant bottleneck in the logistics pipeline.

#### 6.11.4 Communications

The communication network is reasonable with numerous cellular telephone operators having extensive coverage in the area.

#### 6.11.5 Capital costs

Infrastructure capital costs were shown to be USD25.1 million, of which USD18.5 million was for power supply.

#### 6.11.6 SRK Comments

High ground water inflow rates can be expected at Musonoi. There is a risk that the water treatment capital and operating costs may be very high.

Given the proximity of Kolwezi town, space for the development of the mine and supporting infrastructure will be limited.

### 6.12 Human Resources

[SR5.3, SR5.4C, SR5.5C]

The project staffing envisages 450 to 500 people, of whom approximately 5% will be expatriates. The balance will be drawn from the existing pool of manpower available from former Gécamines employees and the local community.

The Musonoi Study indicates that based on the experience at Ruashi, there is a dependency ratio of some 10:1 for each mine employee. On this basis, Musonoi could provide indirect income to some 4 500 to 5 000 people.

### 6.13 Occupational Health and Safety

All work at the Musonoi project is governed by the terms of Metorex's health and safety policy.

SRK could not find any occupational health and safety statistics for Musonoi in the information provided.

### 6.14 Environmental

[SR5.2B/C, SR5.3, SR5.2C]

The existing impact on the environment is recorded in the Environmental Audit of PE 4958, conducted in 2008 by DRC Green. Mining activities have taken place in the Kolwezi area for over 100 years. There are numerous open pits, rock dumps, tailings dams, concentrators and other mining-related infrastructure. Tailings and mine processing water has been discharged into the rivers, and artisanal miners have disturbed the local surface and water courses.

The Audit notes the Plan of Environmental Adjustment previously submitted by Gécamines in order to qualify for PE 525, which was prepared to facilitate the transfer of mining title in accordance with Article 405 of the Mining Regulations.

Other environmental obligations, before mining can commence, are the preparation and acceptance of an Environmental Impact Study ("EIS") and an Environmental Management Plan ("EMP"), to be prepared by third party consultants, based on the mining parameters established for a feasibility study, such as tonnage milled, location of plant and infrastructure and matters relating to water and land usage change. There is the potential that underground dewatering may be discharged into the environment – a permit will be required should this be the case.

The principal environmental issues relating to a new mine at Dilala East will be the potential impact on land use, biodiversity, water resources and air quality.

Limited resettlement of local people is envisaged. In this respect Metorex reports that a RAP is in process. Resettlement of housing and farming land will be required and surveys in this respect have commenced but no estimation of compensation requirements is yet available.

## 6.15 Summary of Key Risks

[SV2.10]

A summary of the key risks identified for Musonoi is provided here. Metorex advised SRK that it has a comprehensive risk management process in place which is aimed at identifying and ranking risks across all of the group's operations to determine an overall risk profile for the group. The risks identified by SRK have broadly been incorporated into the overall group risk management process and are being addressed through this.

### 6.15.1 Tenure

The exclusive PE has been awarded to Ruashi Mining. Ruashi Mining thus has the right to use the land to build installations and facilities required for mining exploitation.

### 6.15.2 Mineral Resources

Block estimates are not consistent with drill hole grade distributions and appear overly smoothed. Below 950 m elevation, there is limited drill hole coverage and block estimates are extrapolated over 300 m from the last known point. The quality of the TCu estimates is acceptable for resource estimation purposes. High TCo values may be overstated, but the consequence to the resource estimate will be minimal.

The ASCu and ASCo results obtained from CRMs and reference material generally showed poor precision. It is likely that ASCu and ASCo estimates in the resource estimate may be significantly different from those encountered in mining. Metorex stated that the CRM material was certified for TCu only – many of the differences noted were for AsCu for which there is no certified material.

There is a risk that the level of classification in the RATG is not supported by the available information, but it constitutes less than 10% of the Mineral Resource so it is not material.

The RSC is considered to be a cobalt rich member at the expense of copper and has characteristics that are distinct from the adjacent overlying and underlying units. Inclusion of the RSC into the Lower Mineralised Zone was done to allow for variograms to be developed for the estimation of the RSC, but only RSC samples were used for the estimation of the RSC.

Comparison of the statistics of the block grades relative to the sample data show instances where Cu and Co grades in the block estimates are both over- and under-estimated.

SRK considers that the risk of the aggregate tonnage and grade estimates being materially wrong is low.

### 6.15.3 Rock Engineering

SRK carried out a comprehensive geotechnical investigation to provide information for the mine design being undertaken by DRA.The rockmass quality of the oxide ore zones remains poor in the weathered zone to approximtely 200 m below surface. Open stoping options cannot be considered. Caving may be the only option, provided access development can remain open.

Primary access will be achieved via a decline shaft. Geotechnical investigations have been carried out to classify ground conditions existing in the box cut area and at some positions along the decline route.

Access development will be sited in the hanging wall RAT to avoid the risk of traversing poor quality ground, interpreted as a shear zone, which lies close to the footwall contact.

A competent stratum, the RSC, separates the two parallel steeply dipping orebodies. Consideration is being given to siting access development in this zone.

### 6.15.4 Hydrogeology

Although little is known about the specific Musonoi East hydrological regime, considerable water inflows are expected from the dolomitic strata and hangingwall/footwall aquifers. Water handling measures to cater for this have been considered, but in the absence of hydrological data this could be an underestimate. Metorex reported that hydrogeology is being addressed as part of the EIA process, which is in progress.

### 6.15.5 Mining

The Musonoi Study assumed a depth extent for the orebody of 500 m below surface.

The oxide mineral resource is insufficient to justify the erection of a full SX/EW extraction plant. The large size of the open pit footprint cannot be accommodated within the mining permit, as well as its proximity of the Kolwezi town. An open pit operation was therefore not seen to be possible.

The best mining method for the sulphides would be open stoping with a paste fill.

The feasibility study underway at Musonoi should address the uncertainties with access, mine design, mining method and capital/operating costs.

### 6.15.6 Metallurgical Processing

There were limitations with the Musonoi Study as it was conducted on a single sample, so there was very little comminution testwork. The comminution and flotation variability testwork described in the Mintek report of June 2013 has addressed these issues.

The Musonoi Study concluded that a preferable option would be to produce a bulk Cu/Co concentrate through a flotation plant.

To mitigate against the export ban on Cu/Co concentrates and increased export taxes, Metorex has initiated an investigation into a central roasting plant to produce a calcined product that would be leachable in a conventional SX-EW plant such as that at Ruashi Mine. This roasting plant would be able to treat the Musonoi and Kinsenda sulphide concentrates.

The Musonoi Study indicates that no commitments had been made with any of the copper of cobalt offtakers/smelters regarding how the concentrates would be treated.

Metorex advised SRK that the feasibility study underway will address the concerns regarding the treatment of the bulk Cu-Co concentrate.

### 6.15.7 Tailings

Due to 80% of the tailings from the sulphide concentrator will report to the paste fill plant for return underground, a relatively small lined TSF will be required. The risk to find a suitable area for the TSF within the mining permit boundary is reduced.

### 6.15.8 Engineering and Surface Infrastructure

High ground water inflow rates can be expected at Musonoi. There is a risk that the water treatment capital and operating costs may be very high. Metorex has initiated the design of a gravity dewatering system for Musonoi during 2013.

Given the proximity of Kolwezi town, space for the development of the mine and supporting infrastructure may be limited.

### 6.15.9 Environmental

Due to over 100 years of mining activity in the Kolwezi area, considerable degradation of the Kolwezi environment has occurred. There has been no mining on the Dilala East Mining License area to date but the area may have been impacted by a lowering of the water table or dust fall out from neighbouring mines. If not adequately defined, the closure cost for the project may be much higher than initially estimated.

Nevertheless in order to prevent any future claims of degradation, Metorex is currently performing a base line study on the Dilala East area to define its environmental background and the extent to which the background may have been impacted by mining in the region.

The principal environmental issues relating to a new mine at Dilala East will be the potential impact on land use, biodiversity, water resources and air quality. SRK has been appraised by Metorex that these issues will be addressed in the Environmental Plan and mitigating measures will be determined.

# 7 LUBEMBE COPPER PROSPECT

## 7.1 Introduction

[SR1.5A(i)]

KICC, a private limited liability company registered in the DRC, holds mining title to the Lubembe Cu Project. CRC, a 100% owned subsidiary of Metorex, has a 72.15% interest in KICC, with Metorex holding a direct 4.85% in KICC. The remaining 23% of KICC is held by Sodimico, a state owned mining company registered in the DRC.

Lubembe is a greenfield site in the Pedicle region of southern Katanga Province of the DRC.

## 7.2 Location, Climate, Access and Infrastructure

[SR1.4A, SR1.5A(i), SR1.6, SV2.3]

The Lubembe Prospect is located at latitude 12°23' and longitude 28°06' E, and is situated 30 km to the southeast of Kinsenda. Geographically, the deposit is located approximately 120 km south southeast of Lubumbashi and 25 km northwest of Mufulira in Zambia. The international border between Zambia and the DRC forms the western margin of the permit. Logistically, Lubembe is closer to the operating mines and support industries of the Zambian Copperbelt than it is to Lubumbashi (see Figure 7.1). It is possible that many of the services for the project will be sourced via Zambia.

Infrastructure is limited to the road between Kinsenda and the Mokambo border post and a railway line between DRC and Zambia crossing the property on the western side of the property. Engineering and medical facilities are available in Lubumbashi. The road from the town of Tshinsenda to the Lubembe project turn-off was upgraded to an all-weather laterite surface during 2010 by KICC. Power will need to be brought in from the Kinsenda or Kasumbalesa substations, or routed via Zambia. No studies have been completed in this regard.

The project is located on the topographic divide between the Congo river system and the Kafue-Zambezi river system. As such, there are no significant rivers or streams in the area, and water for the project will need to be sourced via a wellfield. High water yields have been encountered in water drill holes at Lubembe, although no specific hydrological studies have been completed to establish if a concentrator plant could be supported from a well field.

The Lubembe project area is located on gently undulating topography at an altitude of 1 280 m to 1 320 m amsl.

The Copperbelt region is sub-tropical and is characterised by distinct wet and dry seasons. The wet season is from November to March with annual rainfall varying between 1 000 mm to 1 500 mm. Between December and April, most field work is restricted to areas served by good roads, effectively limiting exploration to the dry season.

The average air temperature remains fairly constant at between 17°C and 24°C throughout the year and there is no distinct winter and summer temperature regime. Average temperatures peak during September and October at 32°C. The coldest month is July with an average daily minimum of 6°C.

The vegetation in the area is deciduous tropical woodland generally referred to as Miombo Woodland. Trees seldom grow to heights exceeding 20m, with the majority less than 8m high.







| | | |
|---|---|---|
| srk consulting | **Metorex**<br>Lubembe – regional locality, geology and extent of mining permit (PE330), proximity to Mufulira in Zambia | Project No.<br>453459 |

**Figure 7.1: Lubembe – regional locality, geology and extent of mining licence (PE330), proximity to Mufulira in Zambia**

# 7.3 Mining History

## 7.3.1 Historical Development of Lubembe Project

[SR1.3, SR1.4, SR1.5A(ii), SV2.4]

The historical development of the Lubembe Project is summarised in Table 7.1.

**Table 7.1: Lubembe Project – Historical Development**

| Date | Activity | Comments |
|---|---|---|
| 1933 to 1935 | Lubembe deposit first prospected by UMHK<br>3 drill holes drilled on Lubembe – UM5 and UM8 mineralised intersections, but not analysed; UM6 intersected 15 m at 1.85% Cu. | Work poorly documented, some drill hole logs and assay sheets |
| 1972 | Sodimico conducts first exploration campaign | Total of 33 drill holes (9 800 m) drilled on400 m x 200 m grid. Revealed three mineralised levels (upper, middle and lower), strike extent of 800 to 1 000 m. |
| 1985 to 1986 | Sodimico conducts second exploration campaign | |
| 1990 to 1991 | Sodimico conducts third exploration campaign | |
| 1991 | Sodimico calculates "*Reserve Certaines*" of 37.5 Mt at 2.2% Cu and "*Reserve Probables*" of 10 Mt at 1.8% Cu, using triangular polygonal method and 2% Cu cut-off grade on the main target area ("Tache B"). | Non-SAMREC compliant.<br>Total historical resource of 47.5 Mt at 2.1% Cu.<br>Tache B open along strike and down-dip. |
| 1991 | One isolated drill hole on secondary target ("Tache A") 2.5 km north of Tache B intersected 21 m at 2.22% Cu and 0.14% Co. | Tache A open along strike and down-dip. |
| 1998 | Caledonia Mining Corporation ("**Caledonia**") signed joint venture with Sodimico, carried out re-assessment of historical data. No verification of drill hole collar positions, re-logging/re-sampling and re-assaying of historical drill core done. | |
| 1998 | Caledonia concluded that Lubembe deposit had:<br>• Drill indicated resource of 82.2 Mt at 1.93% Cu;<br>• Near-surface resource (<240 m) of 41.4 Mt at 1.70% Cu;<br>• Deeper resource of 40.8 Mt at 2.16% Cu.<br>Concluded that:<br>• Extensive drilling programme required to increase confidence and knowledge of the ore body;<br>• Mineralisation open ended in a number of directions;<br>• Of particular interest was the area up dip of the drill indicated resource zone. | Non-JORC compliant.<br>Increased tonnage explained by interpreting mineralisation to be related to a gently undulating palaeo basin, vs horst and graben structure with abrupt faulted cut-offs. |
| 2003 | MMK formed, owned by EGMF (80%) and Sodimico. | EGMF completed feasibility study |
| September 2005 | CRC took controlling interest in MMK. EGMF dilutes interest in MMK to 5% in exchange for 38.7% stake in CRC. | |
| September 2007 | Metorex acquires EGMF's stake in CRC, also acquires EGMF's stake in KICC | |
| May 2008 | Metorex had increased its stake in CRC to 50.3%. | |
| 2008 | Metorex undertakes drilling programme to test Caledonia's recommendations and hypotheses.<br>91 reverse circulation (7 506 m) and 21 diamond core (5 272 m) drill holes completed. | |
| 2008 | Trial geophysical surveys using induced polarisation and natural source acoustic magneto-telluric methods conducted along 2 lines totalling 3 000 m. | Encouraging results, but insufficient post processing work done to confirm the applicability of these methods. |
| February 2009 | Part of project finance facility provided by Metorex converted to shares in CRC – Metorex holds 87% interest. | Metorex's economic interest in CRC is however 99.9% as CRC shares held by Central African Mining and Exploration Company Plc ("**CAMEC**") were disenfranchised. |
| July 2009 | Name of operating company changed from MMK to KICC | |
| 2010 | Metorex compiles SAMREC compliant resource model. | |
| 2010 | Infill drilling programme undertaken, additional 5 326 m (29 holes) drilled. | |
| 2011 | Updated SAMREC compliant Mineral Resource Estimate compiled. | |
| 2012 | Metorex completes preliminary economic assessment on Lubembe project | |

### 7.3.2 Historical Production

[SR1.3, SV2.17]

Lubembe is a greenfields site, so there is no production history at the property.

## 7.4 Title and Rights

[SR1.7A, SR5.1A, SV2.3]

KICC holds the exploration permit over the Lubembe project as set out in Table 7.2.

**Table 7.2: Lubembe – details of Mining Licences**

| Licence | Type of title | Area (ha) | Valid From | Expiry date | Commodity |
|---|---|---|---|---|---|
| PE330 | Exploitation Permit | 2 338 | 29 Jan 2002 | 28 Jan 2017 | Cu, Co, Pb, Ni, Pd, W |

Following the settlements in terms of the Revisitation Process and the change of name of MMK to KICC (refer discussion in Section 5.4), the exploitation rights to the Lubembe mineral deposit were held by KICC.

## 7.5 Geology

[SR1.2, SR1.3, SR2.5A/B/C, SR4.1A(i), SV2.5]

### 7.5.1 Exploration History of the Project Area

Historical exploration activities in the Lubembe area were carried out in three phases:

- UMHK (1933 to 1935) – a total of 2 500 m in 8 diamond drill holes were drilled in and around Lubembe, but only UM5, UM6 and UM8 were drilled on the Lubembe deposit. All three holes returned some notable copper mineralisation. This work is not well documented in the reports held by Metorex.
- Sodimico (1972 to 1991) – the deposit was explored in three different exploration campaigns in 1972, 1985 to 1986 and 1990 to 1991. Sodimico noted that the Lubembe deposit has an approximate N-S strike dipping between 20° and 25° NE, occupying faulted structures associated with horsts and grabens. Finely disseminated mineralisation (chalcocite and chalcopyrite in sulphide zones, malachite and chrysocolla in oxide zones) was deemed to be hosted in arkosic sandstones, quarts sandstones and in clastic grits. Three mineralised zones (upper, middle and lower) were identified over a strike extent of 800 to 1 000 m. A non-JORC resource of 37.57 Mt at 2.8% TCu was estimated between 90 and 450 m depth at the Tache B prospect. Sodimico noted that the Tache B and A prospects remained open along strike and both up-dip and down-dip.
- Caledonia Mining (1998) – this work comprised a review of all available information and did not involve any verification work. A new non-JORC resource was estimated using a manual cross sectional weighted average grade method. Caledonia reported that the Lubembe deposit had a total drill indicated resource of 82.18 Mt at 1.93% TCu. Caledonia interpreted the mineralisation to be related to a gently undulating palaeo-basin, in contrast to Sodimico's horst/graben structures with abrupt faulted cut-offs.

Metorex undertook exploration work from March 2008, which incorporated the following:

- Collection and compilation of all archival maps, plans and sections;
- Field location of most of drill hole collars using a hand-held GPS;
- Digitizing of relevant data and creation of first-pass geological model;
- Execution of a RC and diamond drilling programme from June 2008 to September 2011;
- Cu and Co analyses by ALS Chemex laboratory in South Africa;
- Trial induced polarisation and NSAMT surveys on two separate lines.

### 7.5.2 Regional Geology

The reader is referred to the discussion in Section 3.5.2.

### 7.5.3 Local Geology and Mineralisation

The Lubembe deposit is more typical of the Zambian Copperbelt deposits and is geologically similar to the Mufulira, Chambishi and Chibuluma South mines in Zambia. The Lubembe ore body is hosted in a thick sequence of coarse to fine-grained sandstones, siltstones and shales of the Lower Roan Group in the footwall of the Ore Shale Member, and is generically referred to as a "footwall orebody". Figure 7.2 illustrates the local

formation naming convention and correlation with the Musoshi succession, which is typical of the Zambian Copperbelt stratigraphy.

The deposition of the Lubembe deposit occurred in a fault-controlled, active rift environment. In the Lubembe project area (see Figure 7.2), the Mindola Group rocks of the Lower Roan show local thickness and facies variations corresponding to pulses of sedimentation progressing from conglomerates at the base to siltstones and dirty sandstones at the top of the hosting sediment package.

Sub parallel horst (highs) and graben (depressions) features in the pre-deposition basement are suggested by rapid variations in the thickness of the basal units of the Lower Roan both along strike and down dip. There is a strong correlation between the position of the Lubembe deposit and the basement granite paleotopography, very similar to that of the Chibuluma South deposit.

The host rocks occur as valley fill sediments in the down-faulted graben structures adjacent to growth faults that were active during sedimentation. The basement growth faults are oriented in a roughly ENE alignment and have a well-defined magnetic signature that can be traced into the basement rocks of the Luina Dome to the north of the Kinsenda deposit. While not a primary indicator of mineralisation, this is a key geophysical signature for future exploration on the KICC exploration permit areas.

### 7.5.4 Project Geology

The Lubembe deposit is located within a few hundred metres of the Zambian border and occurs along strike of the Luansobe deposit owned by Mopani Copper Mines (Glencore) in Zambia, north of Mufulira.




| srk consulting | Metorex<br>Lubembe Project – local stratigraphic subdivision on the Kinsenda and Lubembe deposits | Project No. 453459 |
|---|---|---|

**Figure 7.2: Lubembe Project – local stratigraphic subdivision on the Kinsenda and Lubembe deposits**

The Lubembe deposit has a NNW-SSE strike dipping between 20° and 25° NE. The general geology of the Lubembe area is illustrated in Figure 7.3. Copper mineralisation is hosted in arkosic sandstones, quartz sandstones and in clastic grits, occupying geologically faulted structures associated with basement horsts and

grabens. A typical section is shown in Figure 7.4, illustrating the relationship between shallow dipping mineralisation and the paleo-basement topography.




| srk consulting | **Metorex**<br>Geology of the Lubembe Prospect Area showing drill hole collars | Project No.<br>453459 |
|---|---|---|

**Figure 7.3: Geology of the Lubembe Prospect Area showing drill hole collars**

Two Lower Roan target areas ("Tache A" and "Tache B") adjacent to ENE structural trends in the basement were identified by Sodimico during the early 1980s, and led to the discovery of graben structures containing thick, sub-concordant bodies of finely disseminated mineralisation adjacent to the vertical faults bounding the basins.

The main Lubembe deposit (Tache B) is geologically similar to Kinsenda, but is limited to a single lower grade (1.8 to 2.2% Cu) mineralised zone with a strike length of 1 km and an average width of 40 m (up to a maximum of 70 m) dipping 25° to 30° to the northeast. Results to date indicate the possibility of having one or more lower width, higher grade zones within the greater mineralised package. The correlation of such zones between drill holes will be tested during F2011. Tache B mineralisation is bound to the SE by a fault that runs perpendicular to the basement granite interface. Tache B is bound to the NW by an inferred fault that trends ENE – WNW.



| srk consulting | **Metorex**<br>Lubembe Project – Section through Tache B (line 750, drill hole spacing 50-100 m) | Project No.<br>453459 |
|---|---|---|

**Figure 7.4: Lubembe Project – Section through Tache B (line 750, drill hole spacing 50-100 m)**

The oxide zone at Tache B is variable and can occur between 34 m and 250m depth. Copper mineralisation occurs mainly as finely disseminated malachite with some azurite and chrysocolla, whilst cobalt mineralisation occurs as rare heterogenite. Native copper was observed in two holes at depths of approximately 240-250 m as illustrated in Figure 7.5.

Within the sulphide zone (generally below 200 m), copper mineralisation is mainly in the form of finely disseminated chalcocite, with some chalcopyrite, minor bornite and pyrite. Mixed mineralisation however continues at depth as evident in Figure 7.6, with a sample taken at 317 m consisting of disseminated chalcocite and malachite mineralisation.

In contrast to the Kinsenda deposit, the host rock at Lubembe is finer grained, more homogeneous and less stratified. Consequently stratigraphic control on mineralisation at Lubembe is not as strong. There are, however, thin siltstone horizons which may form important marker horizons within the Lubembe Formation.

No significant Co mineralisation has been reported.




| | | |
|---|---|---|
| srk consulting | **Metorex**<br>Lubembe Project – Blebs and stringers of native copper, malachite and disseminated chalcocite mineralisation in drill hole LUBD011 | Project No.<br>453459 |

**Figure 7.5: Lubembe Project – Blebs and stringers of native copper, malachite and disseminated chalcocite mineralisation in drill hole LUBD011 (source: Metorex)**



| | | |
|---|---|---|
| srk consulting | **Metorex**<br>Lubembe Project – Disseminated chalcocite and malachite mineralisation within a pebbly arkosic sandstone unit (drill hole LUBD008, approx. 317m) | Project No.<br>453459 |

**Figure 7.6: Lubembe Project – Disseminated chalcocite and malachite mineralisation within a pebbly arkosic sandstone unit (drill hole LUBD008, approximately 317m) (source: Metorex)**

### 7.5.5 Exploration Programme and Budget

Metorex is currently busy with the work required to advance the Lubembe project to a feasibility study level of confidence. Metorex has already spent USD4.0 million on exploration at Lubembe.

SRK understands that Metorex's budget for the compilation of the feasibility study for Lubembe is USD9.0 million, split into USD3.0 million and USD6.0 million to be spent in F2014 and F2015 respectively.

SRK has not seen a detailed description of the planned work for the feasibility study nor the cost allocation within the budgeted amount for F2014 and F2015. SRK believes that the quantum should be the right order of magnitude to advance the project to feasibility study level.

## 7.6 Mineral Resources and Mineral Reserves

[SR1.1A(iii), SR2.5A/B/C, SR7B, SR9A/B/C, SV2.6]

### 7.6.1 Data Quality and Quantity

[SR3.1, SR4.1]

The Lubembe Mineral Resources are based on two sets of drillhole data: an older data set collected by Sodimico and a 2009 drilling programme undertaken by Metorex. The statistics of the drillhole data used in mineral resources is shown in Table 7.3

**Table 7.3: Lubembe – statistics of drill holes data used in the mineral resources**

| Unit | %TCu | %TCo | ASCu | ASCo |
|---|---|---|---|---|
| Number of drillholes | 96 | 81 | 85 | 81 |
| Average | 1.62 | 0.001 | 0.88 | 0.005 |
| Minimum | 0.40 | 0.001 | 0.152 | 0.005 |
| Maximim | 3.17 | 0.007 | 1.89 | 0.022 |
| Range | 2.77 | 0.006 | 1.74 | 0.017 |

According to the IGS report, the Sodimico drill holes were widely spaced, up to 300 m apart and that detail of the Sodimico database inclusive of drill hole core, assay certificates, core and data handling procedures, assay procedures and quality control results, are not available making it difficult to verify the Sodimico database.

However, IGS further states that where a Metorex hole is close to a Sodimico hole, the intersections agree quite well in terms of thickness of mineralised intersection and average assays within the intersected zones.

IGS considered the Sodimico data to be useable.

The Metorex Drilling programme carried out during 2009 drilled a total of 7 500 m of RC drilling, and 5 200 m of diamond drilling. The drill hole spacing was at 100m spacing, with some infill at 50m spacing in the shallower parts of the mineralised body. The drilling, logging, sampling was carried out to a high standard, although some of the detailed mineralogical logging remains to completed. The assay quality control results are good and show no significant errors or bias, except for the acid soluble copper assays.

The sample data is too exhaustive to be included in the CPVR.

### 7.6.2 Sample Analyses

[SR3.3, SR3.4]

There is no information available on the assay method used for analysing the Sodimico drill holes.

Samples from the Metorex drilling were submitted for assaying at the laboratory of ALS Chemex in Johannesburg and the assaying method was a 4 acid digest TCu and TCo and by sulphuric acid leach as follows:

- Cu-ICP02 is the determination of % AsCu in Ores, Feeds and Tails by Acid Leach with 20%;
- $H_2SO_4$ with Sodium Sulphite with ICP-AES Finish;
- Method Precision: ±10%
- Reporting Limit: 0.01 – 100%.

### 7.6.3 Quality Assurance and Quality Control

[SR2.1, SR3.1, SR3.2, SR4.1]

The QA/QC programme in place included insertion of blanks made from acid washed silica sand and certified standards within the sample stream at a frequency of 1:20 or 5%. No external blind duplicates were submitted.

The summary results from the QA/QC indicated the following:

- The results obtained for the submitted blanks and laboratory blanks show that a negligible amount of contamination is present.
- The results obtained for the submitted standards and laboratory standards are well within the 95% confidence limits for each standard. Where means and confidence limits are not known, the deviation is within 10% of the average value obtained for the standard.
- Acid soluble copper returns results that are significantly different from the expected value for batches JB10169444, JB10194156 and JB10194157
- Internal laboratory duplicate precision is better than 90%, less than 10% difference.

### 7.6.4 Bulk Density Data

[SR2.4]

Metorex determined the SG for Lubembe through Archimedes principle on over 400 samples obtained from diamond drill core. An SG-depth regression curve had been established and compared well with the accepted range of SGs on the Zambian Copperbelt.

SRK could not find any density information for hanging or footwall rocks.

### 7.6.5 Geological Modelling and Resource Estimation

[SR4.1A(ii)(iv), SR4.1A/B, SR4.2A, SR4.2B]

The 2 m composite length was chosen for grade estimation since it gave a better variogram due to the smoothing of the distribution, but not to the extent of smoothing of 5 m composites which gave very poor variograms.

Variograms were created in in the plane of the reef and the direction the normal to the plane of reef. There was a slight anisotropy along strike as opposed to down dip. Variograms in normal to the plane of reef gave a first structure range of 8m.

Blocks of dimensions 50 m x 50 m x 5 m in the X, Y and Z directions were used to model the mineralised zone.

Estimation of % TCu grades into the block model used a minimum of 10 composites and maximum of 70 to estimate each block.

The proportion of acid soluble copper was estimated into the blocks using inverse distance estimation within 25 m horizontal slices through the orebody. A minimum of 10 and a maximum of 50 samples were used to estimate the proportion in each block. % AsCu was then calculated using the %TCu estimates and the estimated proportion of acid soluble copper.

### 7.6.6 Resource Estimation

[SR4.2]

Of the two sets of drill hole data used in the resource estimation, the older Sodimico drill holes data cannot be verified since only limited documentation is available in the form of some scans of drill hole logs. No drill hole core, assay certificates, core and data handling procedures, assay procedures and quality control results are available. The spread of drill holes is also quite wide (up to 300 m). The drill hole dataset does however seem to agree quite well with the more recent drilling, since where recent drill holes have intersected close to a Sodimico drill hole, the mineralised intersection thickness, as well as the assay results agree quite closely.

The deeper parts of the resource, whose grade estimates are only informed by drill holes of the older Sodimico dataset, or by isolated Metorex drill holes, are therefore classified as Inferred Mineral Resource (Figure 7.7).

The part of the resource, where the grade estimates and the geological model are informed by predominantly recently drilled drill holes, was classified as Indicated Resource.

### 7.6.7 Cut-off Grade determination for 2012 Mineral Resources

[SR5.7B(ii), SR5.7C(iii)]

The parameters used for the grade cut-off determination for reporting of Mineral Resources at Lubembe are set out in Table 7.4. A cut-off grade of 1.15% Cu results from these parameters.

**Table 7.4: Lubembe – parameters for cut-off determination for mineral resources**

| Parameter | Units | Value |
|---|---|---|
| **Unit costs** | | |
| Mining | (USD/t) | 41.50 |
| Concentrator | (USD/t) | 17.10 |
| Admin / overheads | (USD/t) | 18.06 |
| Off mine | (USD/t) | 12.90 |
| Mine call factor | (%) | 95.0% |
| Dilution | (%) | 5.0% |
| Concentrate recovery | (%) | 73.0% |
| Smelter recovery | (%) | 100.0% |
| Revenue | (USD/t) | 12 000 |
| Royalty | (%) | 2.5% |




srk consulting | **Metorex** Lubembe Project – drill hole spacing and resource classification | Project No. 453459

**Figure 7.7: Lubembe Project – drill hole spacing and resource classification**

### 7.6.8 Audited Mineral Resources

[SR9]

The audited Mineral Resource estimates for Lubembe at 30 June 2013, using a 1.15% Cu cut-off, are set out in Table 7.5.

**Table 7.5: Lubembe – SRK Audited Mineral Resource Estimate at 30 June 2013 at 1.15% Cu cut-off**

| Resource classification | Tonnage (Mt) | % TCu | Cu metal contained, (kt) |
|---|---|---|---|
| Measured | - | - | - |
| Indicated | 54.0 | 1.88 | 1 015.8 |
| Inferred | 36.6 | 2.08 | 761.4 |
| **Total** | **90.6** | **1.96** | **1 777.2** |

### 7.6.9 SRK Comments

SRK visited the Lubembe deposit on 29 July 2013 and located the collars of some of the Metorex holes in the field. Collar positions from about 6 holes were found in the field with the cemented collar markers and the borehole ID clearly marked on the cement. Also marked on the holes were the end-of hole depths. The bulk of the cores from the drilling are kept in two core sheds located near the camp at Lubembe while a few are kept at the core shed at Kinsenda. SRK saw the cores stacked neatly in both core sheds but due to limited time for the visit, did not examine any of the cores from the drilling.

The Mineral Resources have been based on largely historical drill holes drilled by Sodimico supplemented in places by limited Metorex drilling information, generally in the shallower part of the mineralised body.

There is a general lack of information on the processes undertaken in the sample collection, sampling, assaying and QA/QC of the Sodimico database.

There is a risk in the quality of the estimates arising out of the areas where the Sodimico samples alone have been used for the estimation due to the lack of QA/QC.

The conversion of volume to tonnes has been based on lithologies from 8 drillholes. SRK consider the data set to be limited and is a risk in the quality of the tonnes being reported

Indicated Mineral resources have been defined in areas where Metorex drilling has infilled the Sodimico drilling and with attendant QA/QC processes in place.

Inferred Mineral Resources are based largely on Sodimico drilling.

SRK consider the classification appropriate for the level of information available and the risks identified in the data quality.

No Mineral Reserves for Lubembe have been estimated, because much of the Lubembe Study reviewed by SRK does not satisfy the requirements of a feasibility or pre-feasibility study study (see for example Sections 7.9, 7.10 and 7.12).

### 7.6.10 Reconciliation of Mineral Resources

[SR8B(iv), SR8C(vi)]

The previous resource statement for Lubembe was published by Metorex in its Annual Report for 2011. The Mineral Resources at 31 December 2011 and at 30 June 2013 for Lubembe are compared in Table 7.6.

**Table 7.6: Lubembe – Mineral Resources Reconciliation - 31 December 2011 to 30 June 2013**

| Total Resources | At Jun 2013 Tonnes (Mt) | At Jun 2013 Contained Metal Cu (kt) | At Dec 2011 Tonnes (Mt) | At Dec 2011 Contained Metal Cu (kt) |
|---|---|---|---|---|
| Measured | 0.0 | 0.0 | 0.0 | 0.0 |
| Indicated | 54.0 | 1 015.8 | 56.5 | 1 039.6 |
| Inferred | 36.6 | 761.4 | 36.6 | 761.4 |
| Total Min. Resources | 90.6 | 1 777.2 | 93.1 | 1 800.9 |

The changes in Mineral Resources from 2011 to 2013 arise primarily due to the application of a different cut-off grade.

## 7.7 Rock Engineering

[SR5.4]

Snowden Mining Consultants logged 17 of the HQ diamond drill holes for structural and geotechnical features. Samples (75 in total) were collected from the drill core and submitted for laboratory strength testing (Table 7.7).

Rock mass ratings were assessed according to the GSI and Q' methodologies. Geotechnical domains were selected on the basis of stratigraphy and degree of weathering.

**Table 7.7: Lubembe – Geotechnical characteristics determined by Snowden (Lubembe FS)**

| Geotechnical Domain | Weathering | Mean RQD (%) | Mean UCS (MPa) | Mean GSI | Mean Q' | Description |
|---|---|---|---|---|---|---|
| Musoshi | Fresh | 73 | 37 | 61 | 11 | Good |
| | Weathered | 12 | 5 | 47 | 2 | Fair |
| Kitotwe | Fresh | 91 | 75 | 72 | 20 | Good |
| | Weathered | 54 | 36 | 59 | 8 | Fair |
| Simbi | Fresh | 89 | 72 | 69 | 24 | Good |
| | Weathered | 94 | 74 | 71 | 14 | Good |
| Upper Lubembe | Fresh | 85 | 72 | 69 | 24 | Good |
| | Weathered | 72 | 14 | 59 | 15 | Fair |
| Middle Lubembe | Fresh | 92 | 39 | 74 | 23 | Good |
| | Weathered | 91 | 34 | 73 | 23 | Good |
| Lower Lubembe | Fresh | 93 | 77 | 77 | 23 | Good |
| | Weathered | 84 | 34 | 70 | 21 | Good |
| Basement | Fresh | 94 | 173 | 82 | 23 | Very Good |

Two pervasive discontinuity sets were identified as consistent features at Lubembe. The first set (bedding) dips between 13° and 59°, with a dip direction between 060° and 080°. The second set (jointing) dips between 46° and 63°, with a dip direction between 240° and 260°.

## 7.8 Hydrogeology and Hydrology

[SR5.4]

From the Lubembe feasibility report it is clear that no conceptual or numerical ground water modelling has been done and there is no detailed ground or surface water information available.

The Lubembe FS report acknowledges the fact that the following impacts are "probable":

- Lowering of water table; and
- Contamination from tailings dam or waste rock dumps.

These impacts will have to be addressed in future planning along with other impacts which will be identified in an EIA process.

## 7.9 Mining

[SR5.4]

The discussion on mining which follows has been extracted from the Lubembe Feasibility Study - Volume 1 Project Summary, compiled by Metorex in October 2012 ("**Lubembe Study**").

### 7.9.1 Mining method selection

Due to the large scale, low grade nature of the Lubembe deposit, Metorex performed a trade-off study between bulk underground and open pit mining methods. From eleven underground mining methods, Metorex selected three for evaluation – longitudinal sub-level open stoping, longitudinal sub-level cave and down dip block cave.

#### Sub-level open stoping

The SLOS method would be applied where the stope height is 20 to 40 m. The panel width has been set at 15 m based on geotechnical considerations, so the stope and pillar dimensions would be as set out in Table 7.8. The layout for the SLOS mining method is shown schematically in Figure 7.8.

**Table 7.8: Lubembe – Panel and Pillar dimensions for SLOS mining method**

| Stope Height (m) | Panel Length (m) | Pillar Width (m) |
|---|---|---|
| 20 | 55 | 10 |
| 30 | 36 | 12 |
| 40 | 20 | 15 |

The mining method would result in mining recoveries around 65%, though dilution would be expected to be low at 5%.

### Sub-level Cave ("SLC")

The SLC method would be applied where the stope height is 40 to 60 m. The sub-levels would be spaced at 15 m vertical intervals. The horizontal distance between drilling drives would be 15 m centre to centre. As the SLC stopes would be adjacent to the SLOS stopes, the scheduling allowed for the operating SLOS areas to be 100 m from the SLC zones, to minimise the risk of the cave propagating into the SLOS area. The layout for the SLC mining method is shown schematically in Figure 7.8.

The mining method would result in mining recoveries around 85%, with dilution of 15%.

### Panel Cave ("PC")

The PC method would be applied where the stope height is greater than 60 m. The dimensions of the PC are 400 m on strike and 900 m along dip. Propagation of the cave zone to surface can be expected. The PC stopes would be adjacent to the SLC stopes and the scheduling planned for the PC to commence once the SLC is 200 m from the PC zone. The layout for the PC mining method is shown schematically in Figure 7.8.

The mining method would result in mining recoveries around 90%, with dilution of 20%.

### Rock Hoisting

Rock hoisting options of trucking, conveying and winding were through a vertical shaft were evaluated for the underground mining options. On a comparative cost basis, hoisting the rock through a vertical shaft was shown to be the more cost effective option.

### Open Pit Mining

A pit optimisation study using Gemcom Whittle 4X pit optimisation software was conducted as part of the Lubembe Study to determine the economic depth of the open pit mining. Fixed mining costs and pit design parameters were used for each optimisation run, while the recoveries, processing costs and off mine costs for a number of different process scenarios were varied. Just two processing options were presented in the Lubembe Study – both involved production of Cu cathode SX/EW, but the earlier leach stages for oxide and sulphide ores were different. The Whittle input parameters used in the optimisation runs are summarised in Table 7.9.

**Table 7.9: Lubembe – Whittle optimisation input parameters**

| Parameter | Units | | Value |
|---|---|---|---|
| **Mining** | | | |
| Recovery | (%) | | 98% |
| Dilution | (%) | | 0% |
| Slope angle (weathered material) | | | 30° |
| Slope angle (fresh material) | | | 45° |
| Free-dig mining cost | (USD/t) | | 3.25 |
| Waste mining cost | (USD/t) | | 4.68 |
| Ore mining cost | (USD/t) | | 4.23 |
| **Processing** | | **Process Option 3** | **Process Option 5b** |
| Process cost | (USD/t) | 26.60 | 13.10 |
| Off-mine cost | (USD/t) | 680 | 1 254 |
| Process recovery | (%) | 77% | 74% |
| Cu price | (USD/t) | | 8 000 |




| | | |
|---|---|---|
| srk consulting | **Metorex**<br>Lubembe Project – schematic layouts for different mining methods – SLOS (top), SLC (middle) and PC (bottom) | Project No.<br>453459 |

**Figure 7.8: Lubembe Project – schematic layouts for different mining methods – SLOS (top), SLC (middle) and PC (bottom)**

Pit 16 under process option 5b was selected as the pit shell on which to base the mine design. Pit 16 contains 67.9 Mt of ore, relative to waste of 685.0 Mt for a strip ratio of 10.1. Using pit slope angles of 30° and 38° in weathered and fresh material respectively, a ramp width of 28 m and a bench height of 10 m, the pit design as shown in Figure 7.9 was produced. The large pit is planned to reach a depth of approximately 430 m with a footprint covering about 190 ha.




| srk consulting | **Metorex**<br>Lubembe Project – pit design | Project No.<br>453459 |
|---|---|---|

**Figure 7.9: Lubembe Project – pit design**

Based on an annual ore production rate of 3.6 Mtpa, the primary load and haul mining fleet was selected to be a Caterpillar 793 haul truck matched with a Terex RH340 face shovel.

Mining was planned to be conducted on a four by 8-hr shift continuous operations basis, which resulted in the total mining complement including engineering staff being around 500.The financial comparison of the open pit and underground mining methods as set out in the Lubembe Study is summarised in Table 7.10.

**Table 7.10: Lubembe – comparison of Open Pit vs Underground Mining Methods**

| Parameter | Units | Open Pit | Underground |
|---|---|---|---|
| Capital cost | (USDm) | 550.4 | 992.9 |
| Operating Cost | (USDm) | 2 541.1 | 3 149.5 |
| Total Cost | (USDm) | 3 041.5 | 4 142.4 |
| Total tonnes mined | (Mt) | 844.8 | 204.1 |
| Ore tonnes mined | (USD/t) | 64.5 | 95 |
| Unit cost per tonne mined | (USD/t) | 3.6 | 20.3 |
| Unit cost per ore tonne mined | (USD/t) | 47.2 | 45.4 |

Metorex considered that the open pit presented less of a financial risk than the underground mine as upfront capital costs are lower for similar operating costs. Further, the proposed underground mining methods are not widely practised, particularly in Africa. The availability of skills for underground mining is considered a significant risk. By contrast, open pit mining is considered to be more flexible and more inherently safer than underground mining.

### 7.9.2 SRK Comments

Consideration of different mining and processing options is usually done as part of a pre-feasibility study. Furthermore, Metorex is currently busy with a feasibility study for Lubembe.

The capital costs required to bring Lubembe into operational readiness are referred to as a "high level estimate", symptomatic of a scoping level of study.

On this basis, the Lubembe Study does not satisfy the requirements of a feasibility study, so no Mineral Reserves can be estimated.

## 7.10 Mineral Processing

[SR5.5]

### 7.10.1 Metallurgical Testwork

The summary of metallurgical testwork which follows has been extracted from the Lubembe Study.

#### Mineralogy

Of the total mass of copper in the sample of deeper ore, 72% is associated with chalcocite and 12% with bornite. Copper sulphide grains are mostly in the -160 µm size class.

#### Chemical Analysis

Mintek undertook the chemical analysis of the deeper ore and showed that the %TCu was 1.73%.

#### Diagnostic Copper Leach

The diagnostic leach tests showed that the sample contains 37% acid soluble copper (copper oxides) and 60% cyanide soluble copper (copper sulphides).

#### Comminution Tests

The results from the JKTech drop weight tests indicate the ore has a high resistance to impact breakage. Ball bond work index tests yielded results of 16.0 kWh/t and 12.1 kWh/t at 75 µm and 106 µm limiting screens respectively, putting the sample into a medium to hard classification.

#### Flotation Tests

Tests were performed to determine the effect of grind size on flotation performance. Results showed that the highest recovery of copper was achieved at a grind size of 80% passing 75 µm.

The head grades of the sulphide and oxide flotation concentrates were 50% and 10.7% Cu respectively. Overall recovery of Cu to the concentrates was 85.3%.

#### Dense Medium Separation

Results from dense medium separation ("**DMS**") testwork showed that at a density cutpoint of 2.55 g/cm$^3$, Cu recovery ranged from 53.5% to 56.8%. It was concluded that DMS is not a feasible option for upgrading the ore.

#### Bottle Roll Leach Tests

The results of bottle roll leach tests, obtained after 30 days, are summarised in Table 7.11.

**Table 7.11: Lubembe – Summary of bottle roll leach test results**

| Size | Cu Extraction (%) | Total Acid Consumption (kg/t) | Gangue Acid Consumption (kg/t) |
|---|---|---|---|
| 100% < 25 mm | 41.5 | 24.1 | 14.6 |
| 100% < 12.5 mm | 56.5 | 31.5 | 19.6 |
| 100% < 6.5 mm | 63.7 | 37.5 | 22.2 |
| 80% < 75 µm | 78.1 | 47.3 | 27.6 |

Based on the poor recovery (associated with a poor liberation) of Cu listed in Table 7.10, Mintek concluded that heap leaching of the ore is not a feasible option.

#### Agglomerate Stability Tests

The testwork indicated that the ore is only slightly amenable (15% recovery) to acid agglomeration techniques. Since practical experience shows that crushing circuits reduce about 20% of the RoM ore to fines (<1 mm)

when crushing ore to 100% passing 50 mm, the results suggest that the process route should be suitable for processing fine ore material.

### 7.10.2 Alternative Process Flowsheets

Six alternative flowsheets were considered in the Lubembe Study:

- Option 1 (whole ore leach) – crushing and milling, acid leach and ferric leach at atmospheric pressure, solvent extraction and electrowinning;
- Option 2 – crushing and milling, flotation, ferric and acid leach at atmospheric pressure, solvent extraction and electrowinning;
- Option 3 - crushing and milling, two-stage flotation, acid and ferric leach at atmospheric pressure, solvent extraction and electrowinning;
- Option 4 - crushing and milling, two-stage flotation, pressure leaching autoclave, acid leach at atmospheric pressure, solvent extraction and electrowinning;
- Option 5a - crushing and milling, two-stage flotation, acid leach at atmospheric pressure, solid/liquid separation, flotation, pressure leaching autoclave, solvent extraction and electrowinning;
- Option 5b - crushing and milling, two-stage flotation, acid leach at atmospheric pressure, solid/liquid separation, flotation, solvent extraction and electrowinning, sulphide concentrate.

The sulphide/oxide recoveries and financial feasibility of the various options are summarised in Table 7.12.

**Table 7.12: Lubembe – Comparison of Recovery and Economics of the Different Process Options**

| Parameter | Units | Option 1 | Option 2 | Option 3 | Option 4 | Option 5a | Option 5b |
|---|---|---|---|---|---|---|---|
| Sulphide recovery | (%) | 90 | 78 | 79 | 83 | 73 | 75 |
| Oxide recovery | (%) | 94 | 60 | 62 | 61 | 63 | 57 |
| Overall Recovery | (%) | 91 | 75 | 77 | 79 | 71 | 73 |
| Annual Revenue | (USDm) | 427.1 | 355.4 | 360.9 | 373.8 | 334.7 | 343.9 |
| Annual Opex | (USDm) | 315.8 | 261.6 | 266.0 | 260.1 | 249.5 | 228.6 |
| Plant capital costs | (USDm) | 790 | 456 | 456 | 588 | 566 | 405 |
| Start-up working capital | (USDm) | 93.1 | 73.5 | 77.6 | 79.5 | 64.7 | 62.1 |
| IRR | (%) | 6.8 | 11.2 | 11.3 | 10.6 | 7.5 | 16.7 |

Although Option 1 achieves the highest Cu recovery, Options 3 and 5b were seen to be the most economically feasible for processing the Lubembe ore. The block flow diagrams for Options 3 and 5b are compared in Figure 7.10.

Metorex has currently commissioned Mintek to characterise the orebody by doing the following work:

- Sequential leaching of 80 samples across the orebody (along strike and down dip);
- Mineralogy of selected samples.

## 7.11 Tailings Storage Facilities

[SR5.6]

The Lubembe Study showed that an area of 100 to 120 ha would be required for the TSF, to store approximately 42 $Mm^3$ of tailings to a height of 40 m.

The Lubembe Study concluded that there is insufficient space within the PE330 for this size TSF. Land surrounding the Lubembe Project is owned by Sodimico, Metorex's partner in the Lubembe Project and Metorex plans to enter into discussions with Sodimico during 2013 regarding utilising some of this land for purposes of dumping waste from open pit mining activities in the future.




| srk consulting | **Metorex**<br>Lubembe Project – Block Flow Diagrams for Option 3 (top) and Option 5b (bottom) | Project No.<br>453459 |
|---|---|---|

**Figure 7.10: Lubembe Project – Block Flow Diagrams for Option 3 (top) and Option 5b (bottom)**

## 7.12 Infrastructure and Engineering

[SR5.6]

SRK reviewed the Infrastructure section of the Lubembe Study which had been compiled by Metorex and SRK's findings are presented below.

### 7.12.1 Executive summary

The start of the executive study of the Lubembe Study stated that the Lubembe resource will be exploited using large scale open pit mining methods to mine 64.5 Mt over a 20 year life of mine. The planned scale of operation is 3.6 Mtpa RoM ore at an average mill feed grade of 1.92% TCu.

The Lubembe Study states that the study "considered approximately 15 alternative ore processing options and recommends one of two possible ore processing alternatives be taken to definitive feasibility study status". By definition, comparisons of options, is clearly a prefeasibility study, after this stage only then is it possible to conduct a feasibility study. The Lubembe Study goes on to state "The study recommends proceeding with a definitive feasibility study of the Lubembe Project in early 2013 with possible construction of the mine and associated infrastructure following in 2014, subject to a favourable investment decision emanating from the definitive feasibility study" - this again confirms that the study provided for review is not a feasibility study. The SRK infrastructure review therefore was carried out to see if the level of study would satisfy SRK's requirements for a prefeasibility study.

### 7.12.2 Study confidence levels

The executive study stated that the contingency level for the capital estimates was set at 25% contingency. This contingency level satisfies the requirements for a prefeasibility study.

### 7.12.3 Infrastructure capital

For a prefeasibility study, SRK would normally expect that the infrastructure costs would be broken down into sub-sections. This is not the case with this study. The total Infrastructure cost is reflected in the capital expenditure table as a single line item.

### 7.12.4 In-pit dewatering

The water pumping requirements have been assumed to be 40 Mega-litres per day, without any hydrological ground water study being carried out. No mention has been made regarding rainfall amounts in the region, during the dry and rainy seasons. No water balance has been included as part of the study.

There are no general arrangements detailing the surface and underground water reticulation systems.

In SRK's opinion, the infrastructure component of the Lubembe Study is largely at a conceptual or scoping study level, not up to the level expected for a prefeasibility study.

### 7.12.5 Electrical reticulation

This section does not have a detailed load list for the site, or a single line diagram for the site electrical supplies. This should form part the study.

The 12 x 2.5 MVA diesel driven standby generators specified for the plant is seen as excessive. Normally, with most plants the normal design practice is to list key drives, such as thickeners, pumps, driers, furnaces, and cater for supporting power for these only. SRK would have specified around 5 MVA for such a plant loading, but the necessity to cover the complete plant load with standby generators is not clearly defined in the report.

### 7.12.6 Manpower plans

The manning levels, together with manpower costs have not been broken down by discipline/department. SRK would expect to see this detailed in the study, together with the relative salary bands for each level of worker.

### 7.12.7 General arrangement drawings

There are no general arrangement drawings for the following items, which SRK would normally include in its prefeasibility study work:-

- Surface plot plan showing the site topography and surface infrastructure;
- The surface electrical reticulation;
- Surface water reticulation, storage, setters and dewatering pumping systems;

- Surface workshops.

### 7.12.8 Conclusions

In conclusion, SRK is of the opinion that there are many sections of the infrastructure study that have not been adequately covered and in some instances have been excluded from the study. For this reason, the infrastructure section of this report is seen by SRK as being to a scoping study level.

The short comings in the infrastructural aspects of this report, outlined above, need to be addressed to bring this study up to a prefeasibility or feasibility study level.

## 7.13 Human Resources

[SR5.3, SR5.4C, SR5.5C]

SRK could not find any information related to human resources in the information provided.

## 7.14 Occupational Health and Safety

All work at the Lubembe project is governed by the terms of Metorex's health and safety policy.

SRK could not find any occupational health and safety statistics for Lubembe in the information provided.

## 7.15 Environmental

[SR5.2B/C]

This section of the report is based on a desktop review of the information provided to SRK. No site visit was undertaken and no Metorex personnel were interviewed.

### 7.15.1 Regional Setting

The Lubembe deposit is located in Katanga Province within PE330 alongside the Zambian border, 24 km SE of Kinsenda Mine and approximately 25 km NW of the mining town of Mufulira in Zambia.

PE330 area can be accessed from either Kasumbalesa or Mokambo border posts via a gravel road which is badly affected during the rainy season. The main railway line from Zambia to Lubumbashi passes close to the NE edge of the Lubembe deposit. The process option selected to be taken to feasibility level involves leaching of oxide and sulphide ores and SX/EW to produce copper cathode.

If open pit mining takes place, as envisaged, the pit will be some 430 m deep and cover a footprint of 190 ha. It has been assumed that waste rock dumps will cover an area of 1 000 ha and a site for the tailings dam, which will require a footprint of 150 ha, has still to be identified.

### 7.15.2 Environmental Issues and risks

**Legal Compliance**

With adequate attention Environmental and Social Impact Assessment (ESIA) there is no reason to expect any problems in terms of legal compliance. While not identified as an issue to be addressed in the Feasibility Study by Metorex, it is likely that an ESIA will be required for the bankable feasibility study. In addition, a Relocation Action Plan will be required.

**Potentially material risks to the project**

The Lubembe Study has identified the following risks to the project which relate to environmental management:

- Significant potential for environmental degradation and AMD;
- Securing additional real estate for waste rock dump and tailings facilities.

The Lubembe Study takes the view that there is not much difference, from an environmental point of view, between underground an open pit mining (the preferred option in the study), with the pit and waste rock dumps being regarded as legacies of mining. In the increasingly stringent environmental context this view will have to be tested. Given the extent of approved open pit mining in Katanga, it is unlikely that this option will not be approved by the DRC authorities but consideration will have to be given to the assessed impacts for the feasibility study, preferably for both options. Rehabilitation costs may make underground mining preferable.

Apart from these considerations, environmental issues listed in the Lubembe Study are those normally encountered and manageable in terms of good practice.

**Tailings disposal**

It is noted that the site for the TSF still has to be identified.

**Water management**

As one of the recommendations for proceeding to a bankable feasibility study, Metorex has identified the need for detailed hydrological studies to estimate the water inflows and associated pumping costs. SRK concurs with this view. The Lubembe Study assumes inflow into the mine of 40 Ml/day.

### 7.15.3 Social Issues and Risks

[SR5.3]

A settlement of some 50 houses, comprising 400 to 500 people which may require resettlement, has been identified. Metorex advised that a full SIA on the project is to be conducted. The need to re-settle will depend on the proximity of the community to the pit, waste dumps and proposed infrastructure. The social scan contains numerous references to inadequacies in the social work and information available to date, including non-compliance with the Metorex Community Policy. The community attitude to the KICC is noted as being positive although a comment from the community that they had received no company support to date was noted. A number of social risks are identified in the social scan report, many of them very typical for mining operations in the area and it is clear that expectation management, resettlement planning, especially in the light of the proximity of the residential area to the mine, and acceptable implementation of the Corporate Social Initiatives will be critical.

In brief, the social scan report draws attention to the potential for Metorex to lose its good image in the company but notes that in general the perception of stakeholders was good. The need for adequate planning, as will be required in a bankable ESIA, is emphasized.

Metorex advised SRK that potential social impacts will be addressed in a full social and environmental impact assessment, which still has to be undertaken.

## 7.16 Summary of Key Risks

[SV2.10]

A summary of the key risks identified for Lubembe is provided here. Metorex advised SRK that it has a comprehensive risk management process in place which is aimed at identifying and ranking risks across all of the group's operations to determine an overall risk profile for the group. The risks identified by SRK have broadly been incorporated into the overall group risk management process and are being addressed through this.

### 7.16.1 Tenure

There does not appear to be any risk with Metorex's mineral rights to the Lubembe project.

### 7.16.2 Mineral Resources

SG data was obtained from 400 samples taken from drill cores. Metorex confirmed that a SG-depth regression curve had been established and compared reasonably well with the accepted range of SGs on the Zambian Copperbelt.

The lack of QA/QC support for the Sodimico drill holes used in the Lubembe resource classification implies that the assay results could be incorrect, leading to a false interpretation of geology or grade.

### 7.16.3 Rock Engineering

The additional data required to adequately define the geotechnical characteristics of the different rock types would be collected as part of the feasibility study underway at Lubembe.

### 7.16.4 Hydrogeology

No work with respect to groundwater and surface water has been done. Potential impacts (e.g. water table lowering and contamination) have been identified as probable, but the mitigation is aimed at compensation rather than prevention. There is the risk that this compensation could become quite costly, unless properly quantified via a full hydrogeological investigation.

While social issues need not represent a material risk, a considerable amount of planning will have to be done to ensure that social impacts are adequately managed.

### 7.16.5 Mining

Metorex considered that the open pit presented less of a financial risk than the underground mine as upfront capital costs are lower for similar operating costs.

The availability of skills for underground mining is considered a significant risk. By contrast, open pit mining is considered to be more flexible and more inherently safer than underground mining.

### 7.16.6 Metallurgical Processing

Additional metallurgical testwork will be required to properly define the metallurgical characteristics. Metorex has commissioned Mintek to undertake ore characterisation and leaching tests on 80 samples.

### 7.16.7 Tailings

The Lubembe Study concluded that there is insufficient space within the PE330 to accommodate a TSF of 100 to 120 ha. It is noted that the site for the TSF still has to be identified.

There is a risk that additional land will not be available, thereby restricting how much ore can be treated over the LoM. Land surrounding the Lubembe Project is owned by Sodimico, Metorex's partner in the Lubembe Project and Metorex plans to enter into discussions with Sodimico during 2013 regarding utilising some of this land for purposes of dumping waste from open pit mining activities in the future.

### 7.16.8 Engineering and Surface Infrastructure

The need to cover the complete plant load with standby generators is not clearly defined. The 12 x 2.5 MVA diesel generators specified for the plant is seen as excessive.

The water pumping requirements have been assumed to be 40 Ml/day, without any hydrological ground water study being carried out. Metorex has identified the need for detailed hydrological studies as part of the feasibility study to estimate the water inflows and associated pumping costs.

### 7.16.9 Environmental

The Lubembe Study has identified the following risks to the project which relate to environmental management:

- Significant potential for environmental degradation and AMD;
- Securing additional real estate for waste rock dump and tailings facilities.

Metorex has identified that a settlement of some 50 houses, comprising 400 to 500 people, may have to be relocated. A number of social risks are identified in the social scan report, many of them very typical for mining operations in the area and it is clear that expectation management, resettlement planning, especially in the light of the proximity of the residential area to the mine, and acceptable implementation of the Corporate Social Initiatives will be critical. Metorex has informed SRK that this will be addressed as part of the feasibility study for Lubembe.

# 8 VALUATION REPORT – METHODOLOGY

[SV2.8]

## 8.1 Introduction

There are numerous recognised methods applied in valuing "mineral assets". There is also a diversity of situations in which a valuation may be required and hence no simple formula or recipe can be used without critical appraisal of the specific situation at hand.

Valuation methods in common usage for mineral assets are dependent on numerous factors including and not necessarily limited to: the nature of the valuation undertaken; the development status of the mineral or petroleum assets; and the extent and reliability of available information.

Regardless of the technical application of various valuation methods and guidelines, the valuer should strive to adequately reflect the considered risks and potentials of the project in the valuation ranges and the preferred values.

## 8.2 Valuation Approach and Valuation Methods

The valuation of the Mineral Assets has been prepared in accordance with the SAMVAL Code.

In general there are three main and generally accepted analytical valuation approaches that are in common use for determining the "Fair Market Value" of mineral assets, each of which is described below and which largely rely on the principle of substitution, using market derived data.

The "Fair Market Value" in respect of a mineral asset is defined by the VALMIN Code 2005 as the amount of money (or the cash equivalent of some other consideration) determined by the relevant expert in accordance with the provisions of the VALMIN Code for which the Mineral or Petroleum Asset or Security should change hands on the Valuation Date in an open and unrestricted market between a willing buyer and a willing seller in an "arm's length" transaction, with each party acting knowledgeably, prudently and without compulsion. The "fair market value" of a mineral asset usually comprises two components: the underlying or "technical value" of the assets and a premium or discount relating to market, strategic and other considerations. The fair market value is therefore more likely to fluctuate with time.

The "Technical Value'" is defined in the VALMIN Code as an assessment of a Mineral or Petroleum Asset's future net economic benefit at the Valuation Date under a set of assumptions deemed most appropriate by an Expert or Specialist, excluding any premium or discount to account for factors such as market or strategic considerations.

SRK has determined the Technical Value for the Mineral Assets, which for some of the properties is based on Measured and Indicated Mineral Resources that have not been modified to Mineral Reserves. This is permitted under Chapter 18 of the Listing Rules.

In determining the values for the individual properties, SRK has:

- Not included the value of the remaining oxide Mineral Resources at Ruashi Mine because they fall outside of the current engineered mine design shell which supports the LoM plan, are based on a much higher Cu price and are covered by waste dumps and tailings dams that would have to be moved before the resources could be accessed;
- Included production from Chifupu in the Chibuluma LoM plan, even though this generates a marginal return for Chibuluma due to lower grades, as this represents a strategic decision by Metorex to lengthen the LoM at Chibuluma. This allows Metorex to maintain its skills base for longer, during which time it is hoped that additional resources can be located and proved.

In accordance with Chapter 18 of the Listing Rules, SRK has not included any consideration of Inferred Mineral Resources in determining the value for the Mineral Assets. The exclusion of these sources of potential value as well as the exclusion of a premium or discount related to market, strategic or other considerations means that the value for the Mineral Assets does not reflect a Fair Market Value (defined above).

The three generally accepted approaches to mineral asset valuation, as given in Section 20 of the SAMVAL Code and shown in italics below, are:

- "**Cash Flow Approach**" *which relies on the 'value-in-use' principle and requires determination of the present value of future cash flows over the useful life on the mineral asset*.

  The most widely used valuation method for pre-development, development and operating mines is the discounted cash flow ("**DCF**").

  This method considers the majority of factors that can influence the value of a business enterprise, including expected changes in the mineral asset or property's operating activity. Under this approach, it is necessary to utilize projections of revenues, operating expenses, depreciation, income taxes, capital expenditures and working capital requirements. The present value of the resulting cash flows provides an indicated value of the operating business enterprise.

  In order to eliminate the impact on value of the different long-term financing arrangements that have been or could be implemented, analysis is generally done on a debt-free basis. The net present value ("**NPV**") of the projected real terms pre-finance cash flows, using either mid-year or end-year discounting, provides an indication of the value for the mineral asset or property appraised. This NPV at the appropriate discount rate would have to be reduced by the value of the debt at the valuation date to derive the net value of the property or asset.

- "**Market Approach**" *which relies on the principle of 'willing buyer-willing seller' and requires that the amount obtainable from the sale of the mineral asset is determined as if in an arm's-length transaction*.

  The Market Approach utilises information relating to transactions in either public or private firms similar to the subject. The approach is based on the principle of substitution and the assumption that comparable opportunities yield appropriate values. The various methods apply multiples from such data to the subject's financial information in order to obtain comparable measures of value (Hanlin and Claywell, 2010. The Market Approach generally provides fair value, since it is based on transactions that are normally consummated between willing buyers and willing sellers in an open market.

  Hanlin and Claywell (2010) present two primary valuation methods in the Market Approach:

  - Completed Transaction Method ("**CTM**") – looks at completed sales transactions in the subject's industry that are a qualified substitute, i.e. the comparable businesses or items need only to be substantially quantitatively and qualitatively similar.
  - Guideline Company Method ("**GCM**"), also known as the Market Capitalisation Method – share prices of actively-traded publicly owned companies are applied to the subject through valuation multiples. The valuation multiple is derived from the market capitalisation, adjusted for the value of options, convertible securities, preference shares and debt.

  Where **Comparable Transactions** relating to the sale, joint venture or farm-in/farm-out of mineral assets are known, such transactions may be used as a guide to, or a means of, valuation. For a transaction to be considered comparable it should be similar to the asset being valued in terms of **location, timing and commodity**, and the transaction should be regarded as of "arm's length" (that would take place between a willing buyer and willing seller) (Lawrence, 2010). If the transaction was the result of a forced or distressed sale, the resulting unit value would not be applicable. The Comparable Transactions method is best suited to Exploration and Advanced Exploration areas, and Pre-Development Projects. Its application to more advanced mineral assets is generally restricted to recent sales (whole or part) of the actual assets under consideration.

  An alternative market approach that is frequently appropriate is the In Situ Resource (or "**Yardstick**") method of technical valuation for such assets. The In Situ Resource technique involves application of a heavy discount to the value of the total in-situ metal contained within the resource. The discount is usually taken as a range of a certain percentage of the spot metal price as at the valuation date. The actual range varies for different commodities, being typically between 2% and 4.5% for gold (Lawrence, 1994) and diamonds, and between 0.5% and 3% for base metals (including platinum group elements) (van der Merwe and Erasmus, 2006), but may also vary substantially in response to a range of additional factors such as physiography, infrastructure and the proximity of a suitable processing facility. The depth (and hence cost) of a potential mining operation on the asset is also a determining factor. It is mostly used for exploration, pre-development and development properties.

- "**Cost Approach**" *which relies on historical and/or future amounts spent on the mineral asset*.

  Where previous and future committed exploration expenditures are known, or can be reasonably estimated, the Multiple of Exploration Expenditures ("**MEE**") method can be applied to derive a cost-based technical value. The method requires establishing a relevant Expenditure Base ("**EB**") from past and future committed exploration expenditure. A premium or discount is then assigned to the EB through application of a Prospectivity Enhancement Multiplier ("**PEM**"), which reflects the success or failure of exploration done to date and the future potential of the asset. The PEM usually ranges between 0.5 and 3.0, but can be as low as 0 and as high as 5 (Lawrence, 2010). The lower factor would reflect disappointing exploration results and the higher identification of potentially economic mineral resources. The basic tenet of this approach is that the amount of exploration expenditure justified on a property is related to its intrinsic technical value. This reasoning is usually valid in a qualitative sense, but the quantity (i.e. the actual amount expended) may vary greatly for properties of similar intrinsic value, hence the experience of the valuer in carefully weighing up the PEM and the final result is of great import.

  The MEE method is best suited to Exploration and Advanced Exploration Areas.

The applicability of the three valuation approaches to the different property types as set out in the SAMVAL Code is shown in Table 8.1.

**Table 8.1: Applicability of Valuation Approaches to Property Types**

| Valuation Approach | Exploration Properties | Development Properties | Production Properties | Dormant Properties | | Defunct Properties |
|---|---|---|---|---|---|---|
| | | | | Economically Viable | Not Viable | |
| **Cash Flow** | Not generally used | Widely Used | Widely Used | Widely Used | Not generally used | Not generally used |
| **Market** | Widely Used | Less widely used | Quite widely used | Quite widely used | Widely Used | Widely Used |
| **Cost** | Quite widely used | Not generally used | Not generally used | Not generally used | Less widely used | Quite widely used |

The SAMVAL Code requires that at least two valuation approaches must be applied and the results from the valuation approaches and methods must be weighed and reconciled into a concluding opinion on value. A range of values is provided, together with the estimated value.

The currency of valuation used in this report is United States Dollars ("USD").

### 8.2.1 Materiality

The SAMVAL Code definition for materiality requires that a public report contains all the relevant information that investors and their professional advisors would reasonably require, and expect to find, for the purpose of making a reasoned and balanced judgement regarding the mineral asset valuation.

Materiality as defined within the VALMIN Code means that (a) the contents and conclusions of the CPVR; (b) any contributing assessment, calculation or the like; and (c) data and information; are of such importance that their inclusion or omission from a technical assessment or valuation may result in a reader of the CPVR reaching a different conclusion than would otherwise be the case.

The determination of what may be material depends on both qualitative and quantitative factors. Something may be material in the qualitative sense because of its very nature, e,g, country risk. In the case of quantitative issues in this CPVR, SRK considers that if omission or inclusion of an item could change the value or post-tax pre-finance annual operating cash flow by more than ten per cent (10%), the item is material and would have to be included.

### 8.2.2 Transparency

In terms of the SAMVAL Code, the reader of a Public Report (this CPVR) must be provided with sufficient information, the presentation of which is clear and unambiguous, to understand the report and not be misled.

## 8.3 Selection of Valuation Methods

[SV2.8]

SRK has derived the value for Metorex based on a "sum of the parts" where the values for the individual properties are derived as set out in Table 8.2, according to the "widely used" and "quite widely used" criteria of Table 8.1.

**Table 8.2: Valuation Methods selected for different properties**

| Property | Most Appropriate Method | Method for Reasonableness Check |
|---|---|---|
| Ruashi | DCF (Cash Flow Approach) | Market Approach (weighed from CTM, GCM, Yardstick methods) |
| Chibuluma | DCF (Cash Flow Approach) | Market Approach (weighed from CTM, GCM, Yardstick methods) |
| Kinsenda | DCF (Cash Flow Approach) | Market Approach (weighed from CTM, GCM, Yardstick methods) |
| Musonoi | Market Approach (weighed from CTM, GCM, Yardstick methods) | Cost Approach |
| Lubembe | Market Approach (weighed from CTM, GCM, Yardstick methods) | Cost Approach |
| Ruashi sulphides | Market Approach (weighed from CTM, GCM, Yardstick methods) | - |

Expected costs and cash flows for Metorex Head Office are considered over the longest LoM between Ruashi, Chibuluma and Kinsenda. The NPV of these cash flows at a 8% real discount is determined and offset against the property values derived per Table 8.2.

# 9 VALUATION REPORT – RISKS AND OPPORTUNITIES

[SR6, SV2.10]

## 9.1 Introduction

The following section presents a risk and opportunity assessment for the Mineral Assets and attempts to identify and quantify the impact should such risk or opportunity materialise. The analysis is generally limited to a qualitative assessment only, so no direct financial impact is considered. Details relating to the individual risks and opportunities have been discussed in the various sections of this CPVR above, so only a summary is provided here.

It is possible that many of the identified risks and/or opportunities will have an impact on the cash flows for Ruashi, Chibuluma / Chifupu and Kinsenda. SRK has provided sensitivity tables for simultaneous (twin) parameters, which cover the anticipated range of accuracy in respect of commodity prices, operating expenditures and capital expenditures. SRK is of the view that the general risks and opportunities are adequately covered by these sensitivity tables, as these address fluctuations in operating expenditure and commodity prices.

In addition to those identified above, the Mineral Assets are subject to specific risks and opportunities, which independently may not have a material impact, but in combination may do so.

In accordance with Guidance Note 7 of the Listing Rules, SRK has further reviewed the specific risks identified below relative to likelihood (within a seven year time frame) and consequence of risk, in order to derive an overall risk measure classified as low, medium and high. Classification of a risk as medium or high does not necessarily constitute a scenario which leads to project failure.

Certain of the risks identified comprise either generic risk elements which are adequately covered by the various twin-parameter sensitivity analyses, or which do not readily lend themselves to quantitative analysis, or will only materialise outside the ten year time frame.

## 9.2 Specific Risks

The specific risks identified for the Mineral Assets are set out below.

### 9.2.1 Commodity Price Risk

These may be influenced inter alia by commodity-supply balances for copper and cobalt, fuel (oil price related) and sulphuric acid. In the three-year period from July 2010 to June 2013, the copper price ranged between USc285/lb and USc462/lb, with a three-year trailing average of USc371/lb. Similarly, cobalt prices ranged between USc10.2/lb and USc19.6/lb, with a three-year trailing average of USc14.66/lb. Long term price forecasts for copper are well established and readily available, e.g the London Metal Exchange forward market, whereas until recently the cobalt market was opaque so similar forecasts for cobalt are relatively short dated.

The impact of movements in the prices of copper and cobalt can be readily assessed in the various sensitivity tables included in sections 4.18, 5.18 and 6.18 of this CPVR.

Metorex informed SRK that to remain cash generative under extreme pricing conditions, it will consider price hedging aimed at locking in favourable price points. In addition, it actively pursues a continual review of operating costs as part of its Continuous Improvement Programme.

### 9.2.2 Foreign Exchange and CPI Risk

CPI for each country or currency is affected by the relationship between exchange rates and the differential in inflation between the respective currencies.

Given Metorex's low exposure to non USD-related expenditures, the overall foreign exchange risk is considered immaterial.

### 9.2.3 Tenure

KICC received confirmation that PE12548 has been converted from the exploration permit PR4274. While such permit has been converted, KICC has not been provided with the ministerial decision of automatic registration ("décision d'inscription d'office") but only with the exploitation certificate. SRK has been advised that there are no outstanding steps required to be done by Metorex for such conversion and that PE12548 is valid. In terms of the DRC mining regulations, where the Minister of Mines has not granted or rejected approval for the issue of

an exploitation permit within the prescribed period of 30 days, the exploitation permit shall be deemed to be granted if the cadastral, technical and environmental recommendations are positive.

The exclusive PE for the Musonoi Project has been awarded to Ruashi Mining. Providing Ruashi Mining adheres to the requirements of the PE and the mining/environmental legislation, the risk that the right could be removed is seen to be low.

### 9.2.4 Mineral Resource Estimation Risk

The Mineral Resource estimates are largely premised on a Cu price which is higher than the price ruling at the Valuation Date which was around USD8 000/t. While this is acceptable practice in resource estimation, there is a risk that portion of the estimated resources cannot be economically extracted.

- **Ruashi** - a significant part of the data used in the resource estimation is historical data where the quality control methods applied to the data collection are unknown. There are risks associated with the quality of the estimates compared to the input data. The Indicated Mineral Resource classification over a localised portion of the north-west of Pit I is not supported by the limited drill hole coverage, but this represents a small proportion of the total Indicated Mineral Resources. There is limited data at depths below 1 160 m elevation.
- **Chibuluma/Chifupu** - SRK has reclassified the Mineral Resource estimates for Chibuluma and Chifupu, on the basis that there are procedural inaccuracies in the modelling and estimation process, coupled to data quality, drill hole spacing issues and lack of QA/QC. The risk that the aggregate tonnage and grade estimates are materially wrong is considered to be low.
- **Kinsenda** – despite problems with possible sample cross contamination or swapped samples, poor precision on analyses of standards and ore grade wireframes overextended beyond dataset, the risk that the tonnage and grade estimates are wrong is small.
- **Musonoi** – SRK notes that there are risks associated with the Mineral Resource estimate for Musonoi, with respect to classification of part of the RATGR and the over/under-estimation of some of the block grades relative to the sample data. Block estimates are not consistent with drill hole grade distributions and appear overly smoothed. Below 950 m elevation, there is limited drill hole coverage and block estimates are extrapolated over 300 m from the last known point. SRK considers that the risk of the aggregate tonnage and grade estimates being materially wrong is considered to be low.
- **Lubembe** - The lack of QA/QC support for the Sodimico drill holes used in the Lubembe resource classification implies that the assay results could be incorrect, leading to a false interpretation of geology or grade.

Metorex confirmed that its procedures and planning process ensure that all resources are extracted profitably, without sterilising any grades below the calculated cut-off grade.

### 9.2.5 Mineral Reserve Estimation Risk

The modifying factors applied by Metorex to convert Resources to Reserves are consistent with historical performance and are seen to be reasonable and appropriate for the mining methods. The risk associated with the selection of the mining methods is low.

The Mineral Reserves have been estimated at a Cu price of USD8 000/t. Under a reduced copper price scenario, there is a risk that the reserve estimates will be overstated.

Metorex indicated that in its view, a long term price of USD8 000/t for purposes of reserve estimation is reasonable and that whilst short term pricing may drop to below this level, it is unlikely to be sustained for long periods of time.

### 9.2.6 Mining Risk

The principal mining risks relate to effective grade control / material tracking and limited space for waste dumping (Ruashi), geotechnical considerations, and effectiveness of dewatering programmes:

- **Waste dumping** (Ruashi) - The limited space for waste material requires that Metorex's waste dumping strategy has to be carefully managed;
- **Grade control / material tracking system** (Ruashi) - The successful blending of ore to the mill is dependent on effective grade control procedures and implementation of a sophisticated truck dispatch / material tracking system. Inefficiencies in such systems are a concern and could negatively influence

profitability. The availability (or lack) of skilled personnel required to implement and operate sophisticated procedures is of concern;

Metorex indicated that whilst grade control procedures are in place for the pit to stockpile mining strategy, a continuous improvement process will be introduced to ensure the effectiveness of the system. Capital will be provided for the purchase of a truck monitoring and dispatch system which will assist with the stockpiling strategy.

- **Geotechnical considerations** - There is a concern that the overall core recovery achieved in saprolites at Ruashi is only in the range 55% to 63%. It is probable that the weaker material, particularly talc, which will have a major influence on stability, has not been recovered. This implies that there is a very strong bias in the test results towards stronger material.

  The LHS method is appropriate at the current depths for Chibuluma, but may need to be modified for greater depth to cater for increased amounts of stress damage.

  Diamond drilling has indicated that the rock mass quality in the weathered zone at Musonoi is very poor from surface to about 200 m below surface. This has major implications for shaft, decline, horizontal development and stoping methodology, design and support requirements. Metorex will employ appropriate soft rock mining and support techniques at Musonoi to progress mining of the long term access infrastructure.

- **Dewatering programmes** – without thorough hydrogeological assessments, there is a risk that the extent of inflows/recharge of aquifers is higher than expected. This will translate into an increased pumping cost to ensure dry mining conditions.

  The proposed dewatering system at Kinsenda is exposed to the double risks of power availability and drill hole pump reliability. It is noted that implementation of a gravity driven drainage system has been included in the project implementation plan.

  Metorex confirmed that the feasibility studies in respect of Musonoi and Lubembe will include hydrogeological aspects and these matters will be adequately addressed.

### 9.2.7 Water Management Risk

Groundwater contamination has been identified as a significant risk at Ruashi. Pollutant concentrations have increased by 3 to 10 times from the background concentrations. Metorex reports that it has drilled a fence of drill holes around the TSF and equipped these with pumps to pump low pH water back to the TSF for neutralisation with lime.

Groundwater contamination has been identified as a risk at Chibuluma, particularly from the TSF. Due to the nature of sulphide ores mined, AMD can also be expected. Metorex reported that further studies would be conducted to determine the potential for AMD at Chibuluma South and mitigating measures would be identified.

The groundwater and surface monitoring programme for Kinsenda still needs to be developed and implemented. There is a risk that Kinsenda will not have sufficient data to disprove any claims for contamination of water. Metorex maintains that the monitoring programme will provide sufficient base line information to refute any claims. No significant lowering of the water table has been detected so far.

Concerns about the structural integrity of the dolomites during dewatering in the Roan aquifer are raised in the Kinsenda FS report. Metorex has advised that this will be investigated during H2-F2013.

Knowledge of the hydrological/groundwater regime at Musonoi and Lubembe is scant. Nevertheless, considerable water inflows are expected and water handling measures have been considered. There is a risk that the inflows are higher than expected, which means that the pumps will be undersized. Metorex reported that hydrological studies at Musonoi Project and Lubembe Project will form part of the feasibility studies and mitigating factors implemented as appropriate.

### 9.2.8 Metallurgical Processing Risk

Unstable and unreliable power has affected the availability of sulphur dioxide and steam supply to the driers. The commissioning of the diesel-generator sets in F2013 will effectively make Ruashi self-sufficient in terms of power supply, thereby minimising the effects of the power interruptions that plagued production in F2012. Despite assurances from the suppliers, delayes in delivery of diesel are a significant risk to Ruashi.

The forecast production levels at Ruashi may be optimistic as these production levels have not been previously achieved.

The concentrator crushing circuit at Chibuluma is a single line plant. A breakdown of any of the major equipment pieces can stop the whole plant. The two stockpiles in the plant provide a buffer. Metorex has advised that a Hazemag crusher provides some flexibility in the crushing circuit while attention is being given to improve the availability of critical equipment such as the cone crushers, screen and conveyors.

The overall copper recovery of 88% at Kinsenda is consistent with the laboratory test work, but this will need to be confirmed in practice.

Refining of Kinsenda's oxide concentrates at CCS would be at risk if changes in export regulations occurred. To mitigate against the export ban on Cu/Co concentrates and increased export taxes, Metorex has initiated an investigation into a central roasting plant to produce a calcined product that would be leachable in a conventional SX-EW plant such as that at Ruashi Mine. This roasting plant would be able to treat the Musonoi and Kinsenda sulphide concentrates.

The Musonoi Study indicates that no commitments had been made with any of the copper of cobalt offtakers/smelters regarding how the concentrates would be treated.

### 9.2.9 Tailings Risk

SRK is aware that the selected site for the TSF at Kinsenda may have to be moved as a result of a bigger area being required. No decision has yet been made in this respect and the new site selection process has yet to be finalised. There is thus a risk that an area sufficiently large cannot be located. If only 60% of the tailings volumes report to the TSF, Metorex maintains that the area for the TSF should be sufficient.

The preliminary geotechnical investigation concludes that the underlying soils, once the topsoil and upper transported soils have been removed, should be suitable for construction of the proposed tailings storage facility embankments. This will have to be confirmed prior to construction.

Test work undertaken for the Kinsenda tailings to date indicates that an unlined TSF will be acceptable for the operation in terms of water quality as AMD is not anticipated. Further testwork is underway in a final leachate test work programme. If the results require that a lined facility has to be constructed, the capital cost of the TSF would have to be increased. It appears in the light of test work undertaken to date that this will be unlikely.

There is a risk associated with the deposition of the -40 µm tailings on the TSF, that it will be too fine to drain and will be inadequate for wall building. However, as only 40% of the total tailings material will be used as fill underground, Metorex believes that there will be sufficient coarse material available to provide more stability. In addition the available free board should provide adequate time for fines to settle.

The Lubembe FS report states that there will not be sufficient space to store the "42,000,000 $m^3$ of tailings material" that will be generated. Metorex indicated that the land surrounding the project is owned by Sodimico and it will engage with Sodimico for the use of some of this land.

### 9.2.10 Engineering Risk

The present site maximum demand at Chibuluma is close to incurring under declaration penalties from CEC, and will need to be closely monitored in future. The mine has a low power factor of 0.85, which should be 0.97 to 1.0. The engineering team is planning to improve on this by installing power factor control equipment in the future. Metorex advised that the power situation is closely monitored on a daily basis to ensure the peak demand limit is not exceeded.

Unless the drainage system is improved, there is a risk that Chibuluma will have increasing torque convertor and transmission failures on loaders and trucks as a result of water ingress into the units.

The proposed dewatering system at kinsendawill be extended as the mine deepens, but only allows for dirty water pumping, which tends to suggest that no mud pumping is taking place. SRK is concerned that the quality of the water feeding into the Sulzers will not be clean and this will have a negative impact on pump life.

High ground water inflow rates can be expected at Musonoi. There is a risk that the water treatment capital and operating costs may be very high. Metorex has initiated the design of a gravity dewatering system for Musonoi during 2013. Given the proximity of Kolwezi town, space for the development of the mine and supporting infrastructure may be limited.

The water pumping requirements at Lubembe have been assumed to be 40 Ml/day, without any hydrological ground water study being carried out. Metorex has identified the need for detailed hydrological studies as part of the feasibility study to estimate the water inflows and associated pumping costs.

### 9.2.11 Logistics Risk

Possibly the highest logistics risk that Ruashi Mine faces is the extended periods that road vehicles have to endure at the DRC-Zambia border crossing point, especially the fuel (diesel) vehicles, necessary to power the mining and the diesel generators. Metorex has entered into a 12-month diesel supply agreement. Metorex has received written confirmation that the suppliers will be able to meet the increased diesel demand due to running 20 diesel-powered generators.

### 9.2.12 Capital Risk

The estimated cost to develop the underground mine on Chifupu is included in the capital estimate. If the development rates and the cost parameters used are too aggressive/optimistic, there is a risk that the capital cost cannot be funded out of cash generated by operations. Metorex confirmed that the project would be delayed if these materialise.

There is a risk that the capital cost for the construction of the Kinsenda plant may be higher than allowed in the capital budget. Metorex indicated that the capital budget is conservative, taking into account its knowledge of the operating environment in the DRC and inclusion of adequate contingencies.

### 9.2.13 Human Resources

There is a risk that the amounts provided for terminal benefits on closure may be understated. Metorex indicated that these are conservatively estimated and reviewed annually, to ensure that adequate provision and funding is in place.

### 9.2.14 Occupational Health and Safety Risks

Metorex has developed a health and safety strategy that follows a systematic approach. The comprehensive process for safety management is based on a risk management framework and is designed around five key elements: identify hazards, establish procedures, train employees, implement procedures and monitor compliance.

Lack of compliance with standards and procedures has been recognised by Metorex as a major issue.

The safety statistics supplied do not reflect the standards of safety, maintenance, repairs and operations seen during the site visits. Given the observations made by SRK during its visits, it does tend to suggest that there is a worker behavioural issue that is impacting on safety performance. Metorex referred to this as the "cultural tolerance to risk". Metorex stated that internal compliance to the procesures is continually monitored and is non-negotiable.

The risk is that if the work based auditing and planned task observation processes carried out by management and supervisors are not maintained, safety standards may slip.

SRK could not find any information relating to a HIV/AIDS policy.

### 9.2.15 Environmental and Social Risks

There are risks associated with the closure cost estimates with respect to the possibility of ongoing long term water treatment, and unexpected social costs due to community expectations being enforced. There is a risk that the provisions for aftercare, maintenance and monitoring may be inadequate.

The Ruashi Mine is faced with several social challenges / issues related *inter alia* to poverty in the area, poor basic infrastructure in communities, high community expectations and government scrutiny. The mine is involved in several Corporate Social Responsibility projects in the areas of education, health, infrastructure, potable water and power. These projects, which are co-ordinated by a committee on which the mine, the mayoral office, the water and electricity utilities and local chiefs are represented, are continuing.

While social issues need not represent a material risk, a considerable amount of planning will have to be done to ensure that social impacts are adequately managed.

The Equator Principles audit at Ruashi identified a number of omissions from the closure cost estimate, which reflect a deviation from international best practice. This presents a risk especially if Metorex will seek to acquire debt finance at some stage.

It appears that Metorex may be liable for environmental damage at Chibuluma East not caused by Chibuluma. There is thus a risk that the projected environmental rehabilitation and closure costs may be understated. Metorex reports that Chibuluma East is included in the current liability assessment.

Effluent quality leaving the Chibuluma mine at the control point is monitored but a more intense monitoring programme would provide a better understanding of impacts on the mine site. Metorex indicated that the extent of the pollution and treatment methods are being evaluated by AMC.

Sulfides in waste rock and in-situ rock in the underground workings at 4 and 5 Shafts pose a risk of AMD. Metorex is rehabilitating an existing water treatment plant at Chibuluma West which will be managed by Nkana Water (state owned water utility) to treat water from 5 Shaft. The intention is to use the water for domestic use and distribution.

There are 80 affected households living in close proximity to the TSF at Chibuluma South that have expressed concern regarding impacts, including air quality and possible AMD. Metorex reports that it has allocated a budget of USD1 million for the resettlement of these people according to an approved RAP.

The closure costs at Kinsenda are not based on a definitive closure plan and hence may change as closure objectives are identified and/or more information becomes available.

The Lubembe Study has identified the following risks to the project which relate to environmental management:

- Significant potential for environmental degradation and AMD;
- Securing additional real estate for waste rock dump and tailings facilities.

Metorex has identified that a settlement of some 50 houses, comprising 400 to 500 people, may have to be relocated. A number of social risks are identified in the social scan report, many of them very typical for mining operations in the area and it is clear that expectation management, resettlement planning, especially in the light of the proximity of the residential area to the mine, and acceptable implementation of the Corporate Social Initiatives will be critical. Metorex has informed SRK that this will be addressed as part of the feasibility study for Lubembe

Metorex has a group-wide provision for post-closure water treatment of around USD5 million. In SRK's experience, this figure is likely to be considerably more. SRK has in agreement with Metorex increased this provision for post closure water treatment to USD25 million for the group for evaluation purposes. The additional provision does not eliminate this risk, but it reduces the potential financial impact on the company significantly.

### 9.2.16 Cost of Production Risk

As Ruashi and Chibuluma are operating mines with historical data to support its cost inputs, the risk of the operating costs being materially wrong is considered to be low. There is a fair degree of conservatism in the key cost drivers in the forecasts, such as power, diesel and realisation costs. The potential impact of changes in the operating costs can be assessed in the sensitivity tables in Sections 4.17 and 5.17.

The budgeted costs for Kinsenda are a combination of comparable costs from Chibuluma and cost estimates taken from the feasibility study. Apart from power and diesel, the off-mine cost for the refining of Kinsenda's sulphide and oxide concentrates represents the largest cost risk to Kinsenda. The sulphide concentrates are scheduled to be sent to the Chambishi smelter in Zambia, so any changes to regulations regarding the export of copper concentrates could negatively impact on this. The potential impact of changes in the operating costs can be assessed in the sensitivity tables in Section 6.17.

### 9.2.17 Economic Performance Risk

The off-take agreements for the sale of finished Cu product or concentrates are all of one year duration, but can be renewed by mutual agreement. There is a risk that one of more of the agreements is not renewed. Metorex believes that renewal of the agreements or finding an alternative does not pose any risk.

An order signed by the DRC Minister of Mines in April 2013 banned the export of Cu/Co concentrates. Permission was obtained from the DRC Government to export the sulphide concentrates across the border to Zambia, subject to paying an increased export tax of USD100/t. Communiques from the DRC Government suggest that the export tax could be even higher. To mitigate against the ban and increased export taxes, Metorex has initiated an investigation into a central roasting plant to produce a calcined product that would be leachable in a conventional SX-EW plant such as that at Ruashi Mine.

## 9.3 Risk Assessment Methodology

In accordance with Guidance Note 7 of the Listing Rules, SRK has completed a risk assessment in respect of the Mineral Assets which draws on issues highlighted in the risk sections associated with each of the Mineral Assets. SRK notes that such assessments are necessarily subjective and qualitative, however where quantification is possible the consequence rating has been classified from minor to major:

- **Major Risk**: the factor poses an immediate danger of a failure, which if not corrected, will have a material effect (>15%) on the operational/project cash flow and performance and could potentially lead to failure of the operation or project;
- **Moderate Risk**: the factor, if uncorrected, could have a significant effect (10% to 15%) on the operational/project cash flow and performance unless mitigated by some corrective action; and
- **Minor Risk**: the factor, if uncorrected, will have little or no effect (<10%) on operational/project cash flow and performance.

The likelihood of any specific risk materialising has been assessed within a 7-year time-frame as defined in the Listing Rules, as follows:

- **Likely**: will probably occur;
- **Possible**: may occur; and
- **Unlikely**: unlikely to occur.

The degree or consequence of a risk and its likelihood has been combined into a risk assessment matrix as set out in Table 9.1.

**Table 9.1: Risk Assessment Matrix**

| Likelihood of Risk | Consequence of Risk | | |
|---|---|---|---|
| | **Minor** | **Moderate** | **Major** |
| Likely | Medium | High | High |
| Possible | Low | Medium | High |
| Unlikely | Low | Low | Medium |

## 9.4 Specific Risk Assessment

The results of the specific risk assessment as considered applicable to the Mineral Assets are set out in Table 9.2. Some of these risks are specific to certain of the Mineral Assets, while others are more generic and apply to most of the Mineral Assets.

**Table 9.2: Mineral Assets Risk Assessment before mitigation**

| Hazard Risk | Likelihood | Consequence Rating | Overall Risk |
|---|---|---|---|
| **Economic Performance Risk** | | | |
| Impact of off-take agreements not being renewed | Unlikely | Moderate | Low |
| Increased export taxes on Cu/Co concentrates | Likely | Moderate | High |
| Ban on Cu/Co concentrates enforced | Possible | Major | High |
| **Mineral Resources Risk** | | | |
| Tonnage/grade estimates overstated due to data problems (Kinsenda) | Possible | Minor | Low |
| Classification of resources overstated at Ruashi, Chibuluma and Musonoi | Possible | Minor | Low |
| Incorrect geological interpretation at Lubembe | Possible | Minor | Low |
| **Mineral Reserves Risk** | | | |
| Reduced Mineral Reserves – higher cost base or reduced metal prices | Possible | Moderate | Medium |
| **Mining Risk** | | | |
| Limited space for waste (Ruashi) | Unlikely | Moderate | Low |
| Grade control/material tracking – impact on grade into plant (Ruashi) | Possible | Moderate | Medium |
| Impact of geotechnical considerations on mine stability | Possible | Minor | Low |
| Impact of increased dewatering requirements | Possible | Moderate | Medium |
| **Metallurgical Risk** | | | |
| Impact of unstable and unreliable power on Cu/Co production | Likely | Moderate | High |
| Targeted production levels at Ruashi too high | Possible | Minor | Low |
| Impact of different metallurgical characteristics of Chifupu ore | Unlikely | Moderate | Low |
| Impact of extending PE to provide sufficient space for TSF at Lubembe | Possible | Minor | Low |
| **Tailings Risk** | | | |
| Subsoil not suitable for construction of Kinsenda TSF | Possible | Minor | Low |
| Deposition of -40 µm tailings too fine to drain | Possible | Minor | Low |
| Insufficient space for the TSF at Kinsenda and Lubembe | Possible | Minor | Low |
| **Water Management Risk** | | | |
| Contamination of groundwater – impact on other users | Likely | Moderate | High |
| Post-closure water treatment – ongoing cost | Likely | Moderate | High |
| Impact of dewatering on other users | Possible | Moderate | Medium |
| **Engineering Risk** | | | |
| Pumping requirements at Lubembe and Musonoi may be understated | Possible | Minor | Low |
| Low power factor at Chibuluma incurs penalties | Possible | Minor | Low |
| **Logistics Risk** | | | |
| Impact of delays in delivery of diesel | Possible | Moderate | Medium |
| Impact of delays in delivery of plant consumables | Possible | Minor | Low |
| **Capital Cost Risk** | | | |
| Impact of low capital cost estimates for Chifupu and Kinsenda | Possible | Minor | Low |
| **Cost of Production Risk** | | | |
| Kinsenda costs understated | Possible | Minor | Low |
| **Human Resources/ Occupational Health & Safety Risk** | | | |
| Impact of cultural tolerance to risk / worker behavioural issue | Likely | Minor | Medium |
| Impact of insufficient provision for terminal benefits | Possible | Minor | Low |
| Impact of lack of HIV/AIDS policy | Possible | Minor | Low |
| **Environmental Risk** | | | |
| Impact of inadequate provisions for closure | Possible | Minor | Low |
| Impact if social issues not properly managed | Possible | Minor | Low |

To mitigate against the export ban on Cu/Co concentrates and/or increased export taxes, Metorex has initiated an investigation into a central roasting plant to treat the sulphide concentrates to be produced by Musonoi and Kinsenda. If this proves to be economically feasible, the 'High' risk against the export taxes and/or enforcement of the export ban would reduce to Low.

SRK notes that Metorex has made provision for diesel-generated power at the Mineral Assets, so the "High" risk attached to unreliable power supply would reduce to Medium to Low. This however creates increased demand for diesel, which due to delays at the border, puts the supply of diesel into a 'Medium' risk category.

Water issues related to increased dewatering, contamination of groundwater and post-closure water treatment all rate 'High'. SRK has increased the provision for post closure water treatment to USD25 million for the group. The additional provision does not eliminate this risk, but it reduces the potential financial impact on the company significantly.

Hydrogeological investigations are needed to assess the long-term dewatering and discharge requirements, as well as the extent of contamination of water and the potential impact on other water users.

Through active implementation of Metorex's Health and Safety strategy, particularly training and worker education, it may be possible to reduce the severity of the cultural tolerance to risk.

## 9.5 Opportunities

[SR10]

The principal opportunities with respect to the Mineral Assets are:

- Power supply becomes more stable and reliable;
- Supply of $SO_2$ and acid improves;
- Mineral Resources increase through:
  - Further exploration of open ended deposits;
  - Further exploration in new project areas identifies new deposits;
- Mineral Reserves increase through:
  - Upgrading of Inferred Resources;
  - Completion of technical studies which demonstrate that the treating of sulphide concentrates are both technically feasible and economically viable.

Metorex has the opportunity to reduce the unknowns surrounding environmental closure liabilities by undertaking thorough surface and ground water investigations.

## 9.6 Summary Comments

The risk and opportunity assessment undertaken for the Mineral Assets indicates that there are limited opportunities other than substantially increasing the Mineral Resources. The principal risks which require further technical analysis and/or management intervention to mitigate their negative impacts are:

- Water-related issues - the long-term dewatering and discharge requirements, extent of contamination of water and potential impact of dewatering on other water users. Hydrogeological investigations are needed to assess the magnitude and and inform the possible day-to-day management required;
- Critical evaluation of the closure provisions, especially the ongoing treatment of contaminated water after mine closure;
- Ban on the export of sulphide concentrates or increased export taxes - Metorex nneds to conduct an investigation into a central roasting plant to treat the sulphide concentrates to be produced by Musonoi and Kinsenda;
- If Kinsenda (and Musonoi) is prevented from treating its sulphide concentrates at CCS, additional capital would have to be sourced to cater for a more complex plant design;
- Delays in delivery of diesel and plant consumables may have to be addressed by increasing the stockholding levels.

# 10 VALUATION REPORT – CHAPTER 18 VALUE

[SV2.8, SV2.15]

## 10.1 Introduction

The following section presents the results of the Chapter 18 Value for the Mineral Assets as at the Valuation Date.

## 10.2 DCF (Cash Flow) Values

The DCF (Cash Flow) values as NPVs for Ruashi, Chibuluma and Kinsenda have been extracted from Tables 3.33, 4.21 and 5.22 respectively and these are set out in Table 10.1. The WACC for each property and the discount rates used in the selection of the NPVs for the upper and lower ranges of value are also shown in Table 10.1.

**Table 10.1: DCF Values for Ruashi, Chibuluma and Kinsenda**

| Property | Low / Minimum | WACC (preferred) | High / Maximum |
|---|---|---|---|
| **Selected discount rates** | | | |
| Ruashi | 12.0% | 10.4% | 8.0% |
| Chibuluma | 12.0% | 9.6% | 7.0% |
| Kinsenda | 12.0% | 10.4% | 8.0% |
| **NPVs (USDm)** | | | |
| Ruashi | 547.6 | 577.2 | 628.5 |
| Chibuluma | 103.3 | 109.5 | 117.0 |
| Kinsenda | 145.5 | 174.0 | 225.5 |

NB: The values in Table 10.1 represent a 100% interest in the respective properties.

The WACC were based on risk free rate and the country risk rate as at 30 June 2013.

## 10.3 Market Values

### 10.3.1 Comparable Transactions

SRK subscribes to the SNL Metals Economics Group ("**MEG**") database, which has been used for at least five years to obtain comparable transaction information. In SRK's experience, the information provided on the MEG database is reliable and trustworthy. Using the MEG database, SRK extracted during December 2012 data on all Cu projects on the MEG database that were located in Zambia and DRC for which transactions were reported. To ensure that a sufficiently large data set was obtained, a search criterion of January 2000 to December 2012 was used. By 30 June 2013, the Effective Date of this CPVR, no additional transactions had occurred.

The following key technical and economic parameters were extracted for the relevant projects from the MEG database:

- Project name, status and location;
- Date interest purchased;
- Interest purchased in the project;
- Price paid to acquire the interest (consideration paid, whether as cash and/or shares, including any farm-in arrangements);
- The total resources (tonnes and Cu/Co grades) declared in the Measured and Indicated ("**M&I**") and Inferred ("**Inf**") Resource categories for the project at the date the interest was purchased;
- Mining method – underground ("**UG**") or open pit ('**OP**") (tailings retreatment was included in the open pit category).

Transactional information on 41 projects was obtained from this search, with the key information summarised in Table 10.2. This is not an exhaustive list, but gives a large enough data set that provides defendable statistics.

**Table 10.2: Copper Project Transaction Information (Copyright: SNL Metals Economics Group 2012)**

| Project Name | Location | Status | Transaction Date | Acquisition Price (USDm) | % acquired | M&I Resources (Mt) | M&I Resources Grade (Mlb CuEq) | Inf Resources (Mt) | Inf Resources Grade (Mlb CuEq) | Amt paid at transaction date (USD/lb CuEq) M&I | Amt paid at transaction date (USD/lb CuEq) Inf | Mining Method | Unit price at Trans Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Congo Mines & Infr | DRC | Feas | Sep-08 | 5 | 5% | | | 206 | 19,362 | | 0.005 | n/s | 305 |
| Deziwa | DRC | Feas | May-10 | 284 | 68% | 316 | 13,623 | 3 | 183 | 0.030 | 0.025 | n/s | 332 |
| Dikulushi | DRC | RD | Aug-97 | 2 | 13% | 2 | 396 | | | 0.036 | | UG-OP | 139 |
| Dikulushi | DRC | Prod | Feb-10 | 11 | 90% | 1 | 51 | 1 | 66 | 0.183 | 0.048 | UG-OP | 349 |
| Kabolela | DRC | Prod | Oct-08 | 85 | 50% | 9 | 643 | 2 | 102 | 0.241 | 0.146 | OP | 192 |
| Kakanda | DRC | RD | Oct-11 | 4 | 88% | 19 | 756 | 19 | 1,621 | 0.003 | 0.002 | OP | 327 |
| Kamoto JV | DRC | Prod | Jul-07 | 1,483 | 59% | 179 | 22,983 | 151 | 11,877 | 0.076 | 0.065 | UG-OP | 382 |
| Kansuki | DRC | Preprod | Aug-10 | 400 | 38% | 81 | 4,587 | 117 | 3,569 | 0.151 | 0.105 | n/s | 352 |
| Kinsevere | DRC | Prod | Sep-11 | 1,300 | 100% | 41 | 2,403 | | | 0.514 | | OP | 327 |
| Kipoi | DRC | Prod | Nov-09 | 34 | 60% | 41 | 1,954 | 23 | 671 | 0.021 | 0.022 | OP | 329 |
| Kolwezi Tailings | DRC | Feas | Jan-12 | 1,250 | 100% | 113 | 6,903 | | | 0.181 | | OP | 390 |
| Luisha South | DRC | RD | Sep-10 | 1 | 18% | | | 21 | 1,141 | | 0.007 | OP | 385 |
| Mutanda | DRC | Prod | May-12 | 480 | 20% | 76 | 6,811 | 172 | 11,079 | 0.178 | 0.107 | OP | 385 |
| Ruashi-Etoile | DRC | Prod | Mar-07 | 45 | 13% | 8 | 530 | 23 | 1,339 | 0.281 | 0.149 | OP | 394 |
| Shituru | DRC | Feas | Apr-11 | 217 | 38% | 7 | 672 | | | 0.843 | | OP | 434 |
| Tenke Fungurume | DRC | Prod | Apr-07 | 1,300 | 25% | 341 | 24,757 | 247 | 15,242 | 0.147 | 0.105 | OP | 394 |
| Cheowa-Neningombe | Zambia | RD | Aug-06 | 10 | 51% | 6 | 145 | 4 | 158 | 0.079 | 0.052 | n/s | 349 |
| Chambishi | Zambia | Feas | May-98 | 120 | 85% | 34 | 1,911 | | | 0.074 | | n/s | 108 |
| Chibuluma | Zambia | Prod | Aug-97 | 18 | 85% | 10 | 851 | | | 0.024 | | UG-OP | 139 |
| Chibuluma South | Zambia | Prod | Feb-07 | 21 | 35% | 2 | 572 | | | 0.103 | | UG-OP | 349 |
| Chingola Tailings | Zambia | RD | Dec-11 | 17 | 80% | | | 99 | 3,183 | | 0.007 | OP | 363 |
| Eagle Eye | Zambia | RD | Jul-12 | 13.5 | 49% | 1 | 37 | | | 0.085 | 0.016 | UG-OP | 386 |
| Mkushi | | Feas | | | | 12 | 282 | | | | | | |
| Mokambo South | | RD | | | | 4 | 143 | 6 | 317 | | | | |
| Ndola | | RD | | | | | | 40 | 670 | | | | |
| Kalumbila (Trident) | Zambia | RD | Feb-10 | 11 | 10% | 1,277 | 26,614 | 173 | 1,534 | 0.004 | 0.003 | n/s | 341 |
| Kangaluwi | Zambia | RD | Jun-09 | 5 | 51% | 18 | 230 | 28 | 444 | 0.020 | 0.012 | n/s | 246 |
| Kansanshi | Zambia | RD | May-01 | 28 | 80% | 360 | 12,972 | 365 | 5,733 | 0.005 | | OP | 91 |
| Konkola | Zambia | Prod | Feb-08 | 214 | 28% | 104 | 17,049 | 215 | 12,993 | 0.029 | 0.020 | UG-OP | 420 |
| Konkola Deep | Zambia | Preprod | Aug-04 | 48 | 51% | 21 | 1,574 | | | 0.004 | | UG | 160 |
| Luanshya | Zambia | RD | Jul-11 | 6 | 76% | 162 | 857 | | | 0.009 | | OP | 420 |
| Luanshya Division | Zambia | Prod | Feb-98 | 104 | 85% | 53 | 2,767 | | | 0.019 | | UG | 110 |
| Luanshya Division | Zambia | Prod | Jun-09 | 50 | 75% | 196 | 3,326 | | | 0.017 | | UG | 250 |
| Lumwana | Zambia | Feas | Aug-03 | 5 | 49% | 205 | 3,589 | | | 0.001 | | OP | 100 |
| Lumwana | Zambia | Feas | Mar-06 | 30 | 6% | 152 | 2,083 | 801 | 10,661 | 0.079 | 0.031 | OP | 288 |
| Mokambo | Zambia | RD | Aug-06 | 3 | 70% | 9 | 446 | 15 | 401 | 0.009 | 0.002 | OP | 390 |
| Mufulira | Zambia | Prod | May-02 | 22 | 28% | 23 | 2,559 | 37 | 2,036 | 0.013 | 0.022 | UG | 94 |
| Mumbwa | Zambia | RD | Jun-04 | 2 | 70% | 80 | 2,343 | 107 | 2,361 | 0.001 | 0.001 | OP | 158 |
| Nkana | Zambia | Prod | May-02 | 22 | 28% | 337 | 17,253 | 35 | 1,729 | 0.004 | 0.003 | UG-OP | 94 |
| Rephidim | Zambia | RD | Jan-08 | 9 | 51% | | | 6 | 132 | | 0.129 | OP | 420 |
| Zambian copperbelt | Zambia | Targ | May-96 | 3 | 30% | 28 | 1,965 | | | 0.005 | | n/s | 169 |

All transaction metrics as presented are based on the total consideration paid divided by the total attributable 'resource' (inclusive of reserves) of contained metal transacted, expressed in USD/lb of copper equivalent contained metal ("**CuEq**").

There are four projects in Zambia in Table 10.2 that are not located within the Zambia copperbelt – these have been excluded from any further analysis.

Many of the transactions were based on Measured, Indicated and Inferred Mineral Resources. Seeing as only the M&I Mineral Resources can be valued in terms of the Listing Rules, the value for the Inferred Mineral Resources needs to stripped out of the transaction value. There were instances where the transactions had been based on Inferred Resources only. By inspection, the average of these transaction values was approximately 80% of the average USD/lb value for the combined Measured, Indicated and Inferred Resources. Accordingly, SRK has used 80% as a factor to extract the value for the Inferred Resources only out of a transaction value based on all resources. This value is applied to total Inferred Mineral Resources and the resultant value subtracted from the total consideration paid. The balance of the total consideration paid is then attributed to the M&I Mineral Resources and the resultant USD/lb for M&I Mineral Resources determined.

Comparable transactions result in market-related value estimates, but if the target commodity market or any other material influences on the market's perception of the value of a mineral asset have changed significantly during the time elapsed between the comparable transaction occurring and the Valuation Date, then an adjustment must be made. The adjustment factor is derived as the ratio of the applicable Cu price at the Valuation Date (see Figure 2.5) to the ruling Cu price at the time of each transaction. The adjustment factor converts all transaction information to be valid/usable at the Valuation date of the CPVR.

The derived value in USD/lb for a given transaction is multiplied by the appropriate adjustment factor for that month and year. This then brings all transacted USD/lb values from Table 10.2 on to the common time basis of the Valuation Date used in this CPVR. The resultant adjusted values are given in Table 10.3.

The adjusted values were further split according to the mining method for the project provided in the MEG database. Where mining was shown to be underground and open pit ("UG-OP" in Table 10.2), the adjusted unit value was assigned to both categories of mining. Mining of tailings material was deemed to be a metric for open pit mining. If the mining method was not provided, that unit value was ignored, as can be seen in Table 10.3.

The adjusted values in Table 10.3 have been grouped in two ways:

- Country with mining method; and
- Project status with mining method.

From these groupings, the minimum, median and maximum values were selected after removal of any outliers. The resultant minimum, median and maximum metrics for use in the valuation process are summarised in Table 10.4.

**Table 10.3: Copper Project Transaction Information with adjusted prices**

| Project Name | Location | Project Status (1) | Transaction Date | Amt paid for M&I Resources at transaction date (USD/lb CuEq) | Adjustment Factor | Adjusted Price (USD/lb CuEq) | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | All | OP | UG |
| Congo Mines & Infr | DRC | Feas | Sep-08 | | 1.224 | | | |
| Deziwa | DRC | Feas | May-10 | 0.030 | 1.124 | 0.034 | | |
| Dikulushi | DRC | RD | Aug-97 | 0.036 | 2.686 | 0.097 | 0.097 | 0.097 |
| Dikulushi | DRC | Prod | Feb-10 | 0.199 | 1.070 | 0.196 | 0.196 | 0.196 |
| Kabolela | DRC | Prod | Oct-08 | 0.241 | 1.944 | 0.469 | 0.469 | |
| Kakanda | DRC | RD | Oct-11 | 0.003 | 1.142 | 0.003 | 0.003 | |
| Kamoto JV | DRC | Prod | Jul-07 | 0.085 | 0.977 | 0.075 | 0.075 | 0.075 |
| Kansuki | DRC | Preprod | Aug-10 | 0.151 | 1.061 | 0.160 | | |
| Kinsevere | DRC | Prod | Sep-11 | 0.284 | 1.142 | 0.587 | 0.587 | |
| Kipoi | DRC | Prod | Nov-09 | 0.021 | 1.135 | 0.024 | 0.024 | |
| Kolwezi Tailings | DRC | Feas | Jan-12 | 0.181 | 0.957 | 0.173 | 0.173 | |
| Luisha South | DRC | RD | Sep-10 | | 0.970 | | | |
| Mutanda | DRC | Prod | May-12 | 0.178 | 0.970 | 0.172 | 0.172 | |
| Ruashi-Etoile | DRC | Prod | Mar-07 | 0.450 | 0.948 | 0.266 | 0.266 | |
| Shituru | DRC | Feas | Apr-11 | 0.843 | 0.860 | 0.725 | 0.725 | |
| Tenke Fungurume | DRC | Prod | Apr-07 | 0.147 | 0.948 | 0.140 | 0.140 | |
| Chambishi | Zambia | Feas | May-98 | 0.074 | 3.457 | 0.255 | | |
| Chibuluma | Zambia | Prod | Aug-97 | 0.024 | 2.686 | 0.065 | 0.065 | 0.065 |
| Chibuluma South | Zambia | Prod | Feb-07 | 0.103 | 1.070 | 0.110 | 0.110 | 0.110 |
| Chingola Tailings | Zambia | RD | Dec-11 | | 1.028 | | | |
| Kalumbila (Trident) | Zambia | RD | Feb-10 | 0.004 | 1.095 | 0.004 | | |
| Kangaluwi | Zambia | RD | Jun-09 | 0.020 | 1.518 | 0.031 | | |
| Kansanshi | Zambia | RD | May-01 | 0.005 | 4.103 | 0.019 | 0.019 | |
| Konkola | Zambia | Prod | Feb-08 | 0.029 | 0.889 | 0.026 | 0.026 | 0.026 |
| Konkola Deep | Zambia | Preprod | Aug-04 | 0.004 | 2.333 | 0.010 | | 0.010 |
| Luanshya | Zambia | RD | Jul-11 | 0.009 | 0.889 | 0.008 | 0.008 | |
| Luanshya Division | Zambia | Prod | Feb-98 | 0.019 | 3.394 | 0.064 | | 0.064 |
| Luanshya Division | Zambia | Prod | Jun-09 | 0.017 | 1.493 | 0.026 | | 0.026 |
| Lumwana | Zambia | Feas | Aug-03 | 0.001 | 3.733 | 0.005 | 0.005 | |
| Lumwana | Zambia | Feas | Mar-06 | 0.046 | 1.296 | 0.103 | 0.103 | |
| Mokambo | Zambia | RD | Aug-06 | 0.009 | 0.957 | 0.008 | 0.008 | |
| Mokambo South | | RD | | | | | | |
| Mkushi | Zambia | Feas | Jul-12 | 0.085 | 0.967 | 0.081 | 0.081 | 0.081 |
| Ndola | | RD | | | | | | |
| Mufulira | Zambia | Prod | May-02 | 0.013 | 3.972 | 0.051 | | 0.051 |
| Nkana | Zambia | Prod | May-02 | 0.004 | 3.972 | 0.017 | 0.017 | 0.017 |
| Rephidim | Zambia | RD | Jan-08 | | 0.889 | | | |
| Zambian copperbelt | Zambia | Targ | May-96 | 0.005 | 2.209 | 0.011 | | |

1 Prod = production; Preprod = preproduction; Feas = feasibility; RD = resource development;

**Table 10.4: Valuation metrics for two data groupings**

| Metric (USD/lb CuEq) | DRC | | Zambia | | Production - Preproduction | | Feasibility | |
|---|---|---|---|---|---|---|---|---|
| (excl. outliers) | OP | UG | OP | UG | OP | UG | OP | UG |
| Minimum | 0.049 | 0.075 | 0.017 | 0.017 | 0.019 | 0.017 | 0.019 | - |
| Median | 0.173 | 0.096 | 0.077 | 0.064 | 0.049 | 0.064 | 0.049 | - |
| Maximum | 0.583 | 0.194 | 0.146 | 0.146 | 0.273 | 0.336 | 0.273 | - |

## 10.3.2 Copper Trading Comparables

SRK was provided with a set of Cu trading comparable figures that had been compiled based on information provided by Bloomberg and company announcements (Table 10.5). SRK examined the operations/projects of the various companies and found that most were not in the DRC/Zambian copperbelt area, and therefore were deemed not to be comparable. The Cu trading comparables that have been used for evaluation purposes are highlighted in Table 10.5.

**Table 10.5: Cu Trading Comparables**

| Company | In DRC/Zambia (Y/N) | Enterprise Value (USDm) | Reserves & Resources (Mlb CuEq) | EV/Res& Res (USD/lb CuEq) |
|---|---|---|---|---|
| **Producers** | | | | |
| Inmet | N | 5,451 | 80,388 | 0.07 |
| Lundin Mining | part | 2,812 | 31,668 | 0.09 |
| OZ Minerals | N | 1,678 | 16,220 | 0.10 |
| MMG Limited | part | 3,559 | 29,502 | 0.12 |
| PanAust | N | 2,217 | 15,856 | 0.14 |
| Hudbay | N | 925 | 14,614 | 0.06 |
| Sandfire Resources | N | 1,712 | 1,714 | 1.00 |
| Katanga Mining | Y | 1,424 | 43,885 | 0.03 |
| Copper Mountain | N | 774 | 5,382 | 0.14 |
| **Developers** | | | | |
| CuDECO | N | 728 | 31,763 | 0.02 |
| Discovery Metals | N | 922 | 4,353 | 0.21 |
| Tiger Resources | Y | 247 | 1,516 | 0.16 |
| Rex Minerals | N | 84 | 5,287 | 0.02 |
| Altona Mining Ltd | N | 136 | 3,775 | 0.04 |
| Hillgrove Resources Ltd | N | 158 | 663 | 0.24 |
| Finders Resources | N | 82 | 520 | 0.16 |

From Table 10.5, the minimum, median and maximum metrics to be used for valuation purposes are 0.03, 0.09 and 0.12 (all in USD/lb CuEq).

### 10.3.3 Acquisition Data

Various acquisitions that had occurred in the DRC/Zambian copperbelt area during the past five years are summarised in Table 10.6.

**Table 10.6: DRC/Zambia Copperbelt Acquisition Data**

| Acquiring Company / Acquired Company | Transaction Date | Trans. Price (USDm) | Attributable CuEq (Mlb) M&I | Attributable CuEq (Mlb) Inf | Amt paid for M&I Resources at transation date (USD/lb CuEq) | Amt paid at transaction date (USD/lb CuEq) M&I | Amt paid at transaction date (USD/lb CuEq) Inf | Adjusted Price (USD/lb CuEq) M&I |
|---|---|---|---|---|---|---|---|---|
| Jinchuan / Metorex | Jul-11 | 1,356 | 2,724 | 1,968 | 0.131 | 0.150 | 0.105 | 0.154 |
| MMG / Anvil | Sep-11 | 1,288 | 1,591 | 408 | 0.292 | 0.307 | 0.234 | 0.315 |
| Camrose / Africo | Apr-08 | 100 | 275 | 346 | 0.073 | 0.091 | 0.058 | 0.086 |
| Katanga / Nikkanor | Nov-07 | 2,027 | 6,706 | 3,203 | 0.093 | 0.102 | 0.074 | 0.112 |
| Trafigura / Anvil | Aug-09 | 100 | 322 | 273 | 0.076 | 0.089 | 0.061 | 0.118 |
| / Camrose | Dec-12 | 550 | 2,023 | 573 | 0.096 | 0.102 | 0.077 | 0.104 |
| First Quantum / Kiwara | Nov-09 | 260 | 0 | 2,254 | 0.052 | 0.000 | 0.052 | 0.000 |
| First Quantum / Equinox | Dec-07 | 194 | 468 | 614 | 0.081 | 0.103 | 0.065 | 0.128 |

Where the transactions were based on Measured, Indicated and Inferred Resources, the same approach as discussed above was applied, viz. Inferred Resources USD/lb value was deemed to equate to 80% of the USD/lb value of the combined M&I and Inferred Resources.

From Table 10.6, the minimum, median and maximum metrics to be used for valuation purposes are 0.09, 0.12 and 0.31 (all in USD/lb CuEq).

### 10.3.4 In-Situ / Yardstick Approach

Per Section 8.2, the range of percentages of the spot metal price for base metals is 0.5% to 3.0% (van der Merwe and Erasmus, 2006). Additional factors are applied to this range to account for various technical issues *inter alia* infrastructure (or lack thereof), mining difficulty, metallurgical complexity, environmental issues, likely capital costs to develop, operating costs, logistics and stage of development of the project. The additional factors that have been applied for the various properties of the Mineral Assets are set out in Table 10.7. The resultant percentages to be applied are also shown. The technical factors follow the premise that a simple operation (mining and processing at low cost with no complexity) are assigned factors of 1.0, whereas a very complex operation (deep level mining, refractory ores, low recoveries, high environmental risks) are assigned factors of 0.1. For conditions somewhere in between, a factor of 0.5 is used.

**Table 10.7: Additional technical factors applied to Yardstick discounts**

| Factor | Ruashi | Chibuluma | Kinsenda | Musonoi | Lubembe | Ruashi Sulphides |
|---|---|---|---|---|---|---|
| Mining complexity | 1.0 | 1.0 | 0.5 | 0.1 | 1.0 | 1.0 |
| Process/recovery | 1.0 | 1.0 | 1.0 | 0.5 | 1.0 | 0.5 |
| Capex | 1.0 | 0.5 | 1.0 | 0.5 | 0.5 | 0.5 |
| Opex | 1.0 | 1.0 | 1.0 | 0.5 | 0.5 | 0.5 |
| Environmental | 1.0 | 1.0 | 1.0 | 1.0 | 0.5 | 1.0 |
| Groundwater issues | 1.0 | 1.0 | 0.1 | 0.1 | 1.0 | 1.0 |
| Logistics | 1.0 | 1.0 | 0.5 | 0.5 | 0.5 | 1.0 |
| Off-take agreements | 1.0 | 1.0 | 0.5 | 0.1 | 0.1 | 1.0 |
| Level of study/operations | 1.0 | 1.0 | 0.5 | 0.1 | 0.1 | 0.5 |
| **Weighted total** | **1.00** | **0.94** | **0.68** | **0.38** | **0.58** | **0.78** |
| **Yardstick Factors** | | | | | | |
| Low (0.5%) | 0.50% | 0.47% | 0.34% | 0.19% | 0.29% | 0.39% |
| Mid (1.75%) | 1.75% | 1.65% | 1.19% | 0.66% | 1.01% | 1.36% |
| High (3.0%) | 3.00% | 2.83% | 2.03% | 1.13% | 1.73% | 2.33% |

As the stage of development of the project has been taken into account in Table 10.7, no further discount is required to differentiate between Measured and Indicated Resources.

### 10.3.5 Derivation of Market Values

The market values are derived by applying the minimum, median and maximum metrics as developed in Sections 10.3.1 to 10.3.4 to the contained CuEq in M&I Resources for each of the Mineral Assets. The results for the various properties within the Mineral Assets are set out as follows:

- Ruashi, in Table 10.8;
- Chibuluma, in Table 10.9;
- Kinsenda, in Table 10.10;
- Musonoi, in Table 10.11;
- Lubembe, in Table 10.12; and
- Ruashi Sulphides, in Table 10.13.

SRK has taken all data sources into consideration, even if a small sample size, and compared the spread (high to low) and mid points of the different data sources to locate where these values converged. The selected values in Tables 10.8 to 10.13 arise from SRK's assessment of this convergence.

**Table 10.8: Ruashi - Market Values**

| Ruashi - market values | Market Values (USDm) | | |
|---|---|---|---|
| | Low | Mid | High |
| In-situ/Yardstick | 25.2 | 88.3 | 151.4 |
| Comp. Trans. - country & mining method | 66.2 | 235.3 | 793.4 |
| Comp. Trans. - project status & mining method | 25.3 | 66.2 | 371.5 |
| EV trading comparables | 44.2 | 109.7 | 164.2 |
| Acquisitions | 117.7 | 160.6 | 428.7 |
| **Selected** | **55.7** | **132.0** | **450.0** |

**Table 10.9: Chibuluma - Market Values**

| Chibuluma - market values | Market Values (USDm) | | |
|---|---|---|---|
| | Low | Mid | High |
| In-situ/Yardstick | 12.8 | 44.8 | 76.9 |
| Comp. Trans. - country & mining method | 5.5 | 19.7 | 48.4 |
| Comp. Trans. - project status & mining method | 6.6 | 25.9 | 135.0 |
| EV trading comparables | 13.1 | 35.7 | 48.5 |
| Acquisitions | 34.8 | 47.5 | 126.7 |
| **Selected** | **14.6** | **34.7** | **100.0** |

**Table 10.10: Kinsenda - Market Values**

| Kinsenda - market values | Market Values (USDm) | | |
|---|---|---|---|
| | Low | Mid | High |
| In-situ/Yardstick | 19.7 | 68.9 | 118.1 |
| Comp. Trans. - country & mining method | 116.8 | 150.8 | 304.4 |
| Comp. Trans. - project status & mining method | 25.9 | 101.1 | 526.2 |
| EV trading comparables | 50.9 | 139.2 | 189.1 |
| Acquisitions | 135.6 | 185.0 | 493.8 |
| **Selected** | **69.8** | **129.0** | **300.0** |

**Table 10.11: Musonoi - Market Values**

| Musonoi - market values | Market Values (USDm) | | |
|---|---|---|---|
| | Low | Mid | High |
| In-situ/Yardstick | 44.7 | 156.4 | 268.1 |
| Comp. Trans. - country & mining method | 283.7 | 366.1 | 739.3 |
| Comp. Trans. - project status & mining method | 62.9 | 245.5 | 1277.8 |
| EV trading comparables | 123.5 | 338.0 | 459.2 |
| Acquisitions | 329.2 | 449.2 | 1199.0 |
| **Selected** | **168.8** | **311.0** | **450.0** |

**Table 10.12: Lubembe - Market Values**

| Lubembe - market values | Market Values (USDm) | | |
|---|---|---|---|
| | Low | Mid | High |
| In-situ/Yardstick | 24.0 | 83.9 | 143.9 |
| Comp. Trans. - country & mining method | 108.9 | 387.2 | 1305.6 |
| Comp. Trans. - project status & mining method | 41.6 | 108.9 | 611.3 |
| EV trading comparables | 72.7 | 198.9 | 270.2 |
| Acquisitions | 193.7 | 264.3 | 705.4 |
| **Selected** | **88.2** | **208.6** | **350.0** |

**Table 10.13: Ruashi Sulphides - Market Values**

| Ruashi Sulphides - market values | Market Values (USDm) | | |
|---|---|---|---|
| | Low | Mid | High |
| In-situ/Yardstick | 3.2 | 11.4 | 19.5 |
| Comp. Trans. - country & mining method | 16.8 | 21.7 | 43.8 |
| Comp. Trans. - project status & mining method | 3.7 | 14.5 | 75.7 |
| EV trading comparables | 7.3 | 20.0 | 27.2 |
| Acquisitions | 19.5 | 26.6 | 71.0 |
| **Selected** | **10.1** | **18.8** | **60.0** |

## 10.4 Cost Approach

Where previous and future committed exploration expenditures are known, or can be reasonably estimated, the MEE method can be applied to derive values.

Feasibility studies are underway at the Musonoi and Lubembe projects. The MEE method (see Section 9.2) to derive a cost-based technical value can therefore be applied to these two properties.

The EBs from past and future committed exploration expenditure for Musonoi and Lubembe are summarised in Table 10.14.

**Table 10.14: Exploration Costs for Musonoi and Lubembe**

| Item | | Exploration Expenditure | | | |
|---|---|---|---|---|---|
| | | up to H1-F2013 | H2-F2013 | F2014 | F2015 |
| **Musonoi** | | | | | |
| Historical exploration expenditure | USDm | 6.52 | | | |
| Mineral rights payments | USDm | 10.00 | | | |
| Feasibility study | USDm | 1.80 | 2.73 | 4.06 | |
| | USDm | 18.32 | 2.73 | 4.06 | |
| **Total EB for Musonoi** | **USDm** | **25.11** | | | |
| **Lubembe** | | | | | |
| Historical expenditure | USDm | 4.04 | | | |
| Feasibility study | USDm | - | | 3.00 | 6.00 |
| | USDm | 4.04 | 0.0 | 3.00 | 6.00 |
| Probability of money spent | | | | 100% | 80% |
| **Total EB for Lubembe** | **USDm** | **9.65** | | | |

Applying a PEM of 5 (see Lawrence, 2010, on page V-305) gives values for Musonoi and Lubembe in terms of the Cost Approach of USD125.3 million and USD48.2 million respectively. The cost approach gives a single value only, so to establish ranges in value as required by the SAMVAL Code, these values have been decreased and increased by a factor of 20% (see Table 10.15).

**Table 10.15: Cost Approach Values for Musonoi and Lubembe**

| Property | Cost Approach Values (USDm) | | |
|---|---|---|---|
| | Low | Selected | High |
| Musonoi | 100.4 | 125.5 | 150.6 |
| Lubembe | 38.6 | 48.2 | 57.9 |

## 10.5 Selected Values for the Mineral Assets

The various values as have been determined above using the Cash Flow, Market and Cost Approaches for the Mineral Assets are considered here, from which the selected value for each of the Mineral Assets is determined. The reasons for the selection are given.

SRK has placed greater reliance on the values for a property that have been obtained using the more applicable valuation approach per Table 8.1 (Section 8.2).

It is not advisable to "force" values derived from different approaches to align. This can be likened to arriving at a pre-determined value.

### 10.5.1 Ruashi Mine

The two sets of values as determined for Ruashi Mine from the above are summarised in Table 10.16.

**Table 10.16: Ruashi Final Value**

| Valuation Method | Values (USDm) | | |
|---|---|---|---|
| | Low | Selected | High |
| Cash Flow Approach | 547.6 | 577.2 | 628.5 |
| Market Approach | 55.7 | 132.0 | 450.0 |
| **Ruashi** | 547.6 | 577.2 | 628.5 |

There is a poor correlation between the values determined for Ruashi by the Cash Flow and Market Approaches. However, the upper limit of the Market Approach shows reasonable alignment with the lower limit

of the Cash Flow Approach. As the values derived from the Cash Flow approach are for an operating mine, based on a formal mine plan and projected TEPs that are in line with those achieved previously, the value derived per the Cash Flow Approach is seen to be more appropriate. The sensitivity of the NPV to changes in metal price and operating cost can be seen in the tables in Section 3.18.

### 10.5.2 Chibuluma Mine (and Chifupu)

The two sets of values as determined for Chibuluma Mine including Chifupu from the above are summarised in Table 10.17.

**Table 10.17: Chibuluma Final Value**

| Valuation Method | Values (USDm) | | |
|---|---|---|---|
| | Low | Selected | High |
| Cash Flow Approach | 103.3 | 109.5 | 117.0 |
| Market Approach | 14.6 | 34.7 | 100.0 |
| **Chibuluma** | 103.3 | 109.5 | 117.0 |

There is good alignment between the upper limits determined for Chibuluma by the Cash Flow and Market Approaches. However, the Market Approach gives a much wider range than the cash Flow Approach, with the median value much lower than the NPV at the calculated WACC for Chibuluma. As the values derived from the Cash Flow approach are for an operating mine, based on a formal mine plan and projected TEPs that are in line with those achieved previously, the value derived per the Cash Flow Approach is seen to be more appropriate. The sensitivity of the NPV to changes in metal price and operating cost can be seen in the tables in Section 4.18.

### 10.5.3 Kinsenda Mine

The two sets of values as determined for Kinsenda Mine from the above are summarised in Table 10.18.

**Table 10.18: Kinsenda Final Value**

| Valuation Method | Values (USDm) | | |
|---|---|---|---|
| | Low | Selected | High |
| Cash Flow Approach | 145.5 | 174.0 | 225.5 |
| Market Approach | 69.8 | 129.0 | 300.0 |
| **Kinsenda** | 145.5 | 174.0 | 225.5 |

There is reasonable agreement between the preferred value for Kinsenda by the Cash Flow and Market Approaches. However, the Market Approach gives a much wider range than the Cash Flow Approach. As the values derived from the Cash Flow Approach are for a prospective mine supported by a feasibility study, the value derived by the Cash Flow Approach is seen to be more appropriate.

The sensitivity of the NPV to changes in metal price and operating cost can be seen in the tables in Section 5.18.

### 10.5.4 Musonoi Project

The two sets of values as determined for the Musonoi Project from the above are summarised in Table 10.19.

**Table 10.19: Musonoi Final Value**

| Valuation Method | Values (USDm) | | |
|---|---|---|---|
| | Low | Selected | High |
| Market Approach | 168.8 | 311.0 | 450.0 |
| Cost Approach | 100.4 | 125.5 | 150.6 |
| **Musonoi** | 168.8 | 311.0 | 450.0 |

There is a poor correlation between the values determined for Musonoi by the Market and Cost Approaches. However, the upper limit of the Cost Approach and the lower limit of the Market Approach align well. As a rule, the Cost Approach tends to undervalue a project in comparison to a Market Approach, unless an unrealistically high PEM (Prospectivity Enhancement Multiplier) is applied. Accordingly, the value determined by the Market Approach is seen to be more appropriate.

### 10.5.5 Lubembe Project

The two sets of values as determined for the Lubembe Project from the above are summarised in Table 10.20.

**Table 10.20: Lubembe Final Value**

| Valuation Method | Values (USDm) | | |
|---|---|---|---|
| | Low | Selected | High |
| Market Approach | 88.2 | 208.6 | 350.0 |
| Cost Approach | 38.6 | 48.2 | 57.9 |
| **Lubembe** | 88.2 | 208.6 | 350.0 |

There is a poor correlation between the values determined for Lubembe by the Market and Cost Approaches. However, there is a fair correlation between the upper limit of the Cost Approach and the lower limit of the Market Approach. As a rule, the Cost Approach tends to undervalue a project in comparison to a Market Approach, unless an unrealistically high PEM (Prospectivity Enhancement Multiplier) is applied. Accordingly, the value determined by the Market Approach is seen to be more appropriate.

### 10.5.6 Ruashi Sulphides Project

Only one set of values has been determined for the Ruashi Sulphides project using the Market Approach. The project is not at a level of development where a cash flow model can be determined, nor is there any detail regarding the exploration costs incurred in the evaluation of the sulphides at depth at Ruashi. In this instance, SRK is forced to use a set of values from only one valuation approach.

SRK believes this is not material to the overall value of Metorex and has accepted the value for Ruashi Sulphides, as set out in Table 10.13.

## 10.6 Metorex Head Office Costs

The management fees from Ruashi and Chibuluma are income in the hands of Metorex. In the case of the management fees paid by Chibuluma, withholding taxes are due to the Government of Zambia – this is modelled by taking only 85% of the management fees paid by Chibuluma into Metorex. The MCS recovery fee in Table 10.21 is a charge for consulting services provided by Metorex to Ruashi Mining.

The operating costs reduce in F2016, as the incentives paid to Metorex employees in relation to the Jinchuan transaction come to an end.

The operating costs of the Metorex head office exceed the income from management fees, so no company tax is payable in South Africa. Table 10.21 shows the income and cost items only up to F2019.

**Table 10.21: Metorex Head Office Costs**

| Item | Units | H2-F2013 | F2014 | F2015 | F2016 | F2017 | F2018 | F2019 |
|---|---|---|---|---|---|---|---|---|
| Management fee received (Ruashi) | (USDm) | 1.1 | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 |
| Management fee received (Chib) | (USDm) | 0.9 | 1.8 | 1.8 | 1.8 | 1.8 | 1.8 | 0.9 |
| Management fee received (Kinsenda) | (USDm) | - | - | - | - | - | - | - |
| MCS fee recovery | (USDm) | 0.8 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 |
| Interest received | (USDm) | - | - | - | - | - | - | - |
| Operating costs | (USDm) | -6.3 | -13.8 | -12.0 | -9.0 | -9.0 | -9.0 | -9.0 |
| Taxable income for the year | (USDm) | -3.5 | -7.0 | -5.2 | -2.2 | -2.2 | -2.2 | -3.1 |

The NPV of the net cash outflows for the Metorex Head Office using an 8% real discount rate is -USD26.7 million.

## 10.7 Terminal Value of Plant & Equipment

[SV2.16]

At the end of the LoM for Ruashi, Chibuluma and Kinsenda, there would still be economic life in the long-life assets such as the processing plant and equipment. Metorex would have a range of options for the plant and equipment at these mines at the end of the LoM, such as being able to toll treat ores for other mines in the area, transfer the equipment to another facility or to sell the plant and equipment to a third party.

Within the Cash Flow Approach of valuation, the Terminal Value method is an accepted way to attach a value to long-life assets that have an economic life after mineral reserves have been depleted. The last full-year after-tax cash flow is assigned to the year after the final year of the LoM and discounted to the Valuation Date using the appropriate WACC for the mine.

The resultant terminal values for the long-life assets at Ruashi, Chibuluma and Kinsenda at the applicable WACC are:

- Ruashi USD40.4 million;
- Chibuluma USD12.5 million;
- Kinsenda USD18.6 million.

It should be noted that these are the total terminal values of the plant and equipment, and not the value attributable to Metorex.

## 10.8 Summary Value for the Mineral Assets

The summary value for Metorex and the Mineral Assets has been done as a sum-of-the-parts, as set out in Table 10.22. All values for the Mineral Assets derived above have been done on a 100% basis, and not what is attributable to Metorex. In addition, the effects of debt/loans and debt servicing have been excluded in the derivation of the values for the individual Mineral Assets. These are netted off against the selected values for Ruashi, Chibuluma and Kinsenda to derive the equity value, before application of Metorex's attributable interest.

**Table 10.22: Metorex Summary Value**

| Item | Selected Value (USDm) | Net Debt (USDm) | Metorex Loans (USDm) | Equity Value (USDm) | Metorex Interest (%) | Value to Metorex (USDm) |
|---|---|---|---|---|---|---|
| **Operations** | | | | | | |
| Ruashi | 577.2 | -41.7 | -215.8 | 319.7 | 75.0% | 455.6 |
| Chibuluma | 109.5 | -17.8 | 0.0 | 91.7 | 85.0% | 77.9 |
| Kinsenda | 174.0 | 0.0 | -174.0 | 0.0 | 77.0% | 174.0 |
| **Projects** | | | | | | |
| Musonoi | 311.0 | | | | 75.0% | 233.3 |
| Lubembe | 208.6 | | | | 77.0% | 160.6 |
| Ruashi Sulphides | 18.8 | | | | 75.0% | 14.1 |
| Sub-total | 1 3992.0 | | | | | 1 115.6 |
| **Adjustments** | | | | | | |
| Metorex Head Office | -26.7 | -9.0 (1) | | | | -35.7 |
| Hedge contracts - mark to market | | | | | | None in force |
| Musonoi Feasibility Study costs | | | | | | Incl in Ruashi capex |
| Lubembe Feasibility Study costs | -7.8 | | | | | -7.8 |
| Environmental liabilities | | | | | | included in cash flows |
| Terminal value of plant & equipment | | | | | | |
| Ruashi | 40.4 | | | | 75.0% | 30.3 |
| Chibuluma | 12.5 | | | | 85.0% | 10.6 |
| Kinsenda | 18.6 | | | | 77.0% | 14.3 |
| **Net Metorex Value** | | | | | | 1 127.3 |

2 Net cash on hand at 30 June 2013.

The concluding value for Metorex is therefore USD1 127 million. This is not a fair market value for Metorex or the Mineral Assets, as no value has been assigned to the Inferred Resources in terms of the Listing Rules and excludes premiums or discounts to account for factors such as market or strategic considerations.

## 10.9 Previous Valuations

[SV2.12]

Jinchuan purchased Metorex for USD1.356 billion in July 2011. This was the value of the deal on the date the offer was made, versus the actual price paid which decreased due to movement in the ZAR:USD exchange rate. This effectively represents a market value for Metorex in 2011 of this amount.

SRK is not aware of any other valuations of Metorex that have appeared in the public domain in the last two years.

# 11 CONCLUDING REMARKS

[SR10, SV2.9, SV2.10, SV2.14]

## 11.1 Introduction

SRK has conducted a comprehensive review and assessment of all material issues likely to influence the future operations of the Mineral Assets of Metorex. In terms of Chapter 18 of the Listing Rules, the value for the Mineral Assets is based on Measured and Indicated Mineral Resources only.

## 11.2 Mineral Resources and Mineral Reserves

All Mineral Resources and Mineral Reserves as stated in this CPVR are reported in accordance with the terms and definitions of the SAMREC Code. Mineral Resources are reported on an inclusive basis of Mineral Reserves, and all Mineral Resources and Mineral Reserves as presented are the total resources and reserves at any deposit, and not the percentage attributable to Metorex.

## 11.3 Principal Issues

The principal technical risks which impact on the Mineral Resource statements and the Chapter 18 Value for Metorex and the Mineral Assets are summarised in Section 9.2 of this CPVR.

### Specific Risks

- Potential Water-related issues - the long-term dewatering and discharge requirements, extent of contamination of water and potential impact of dewatering on other water users;
- Potential for increased closure costs, especially the ongoing treatment of contaminated water after mine closure;
- Ban on the export of sulphide concentrates or increased export taxes;
- If Kinsenda (and Musonoi) is prevented from treating its sulphide concentrates at CCS, additional capital would have to be sourced to cater for a more complex plant design;
- Increased stockholding levels to cater for delays in delivery of diesel and plant consumables.

### Specific Opportunities

The principal opportunities with respect to the Mineral Assets are:

- Increase in Mineral Resources through exploration of open ended deposits and identification of new deposits;
- Power supply becomes more stable and reliable;
- Supply of $SO_2$ and acid improves;
- Increase in Mineral Reserves through upgrading of Inferred Mineral Resources and completion of technical studies which demonstrate that the treating of sulphide concentrates is both technically feasible and economically viable;
- Reduce the unknowns surrounding environmental closure liabilities by undertaking thorough surface and ground water investigations.

## 11.4 Chapter 18 Value

The net attributable Chapter 18 Value for the Mineral Assets on a sum-of-the-parts basis is estimated at USD1 127 million (Table 10.22).

This is not a fair market value for Metorex or the Mineral Assets, as no value has been assigned to the Inferred Resources in terms of the Listing Rules and excludes premiums or discounts to account for factors such as market or strategic considerations.

Yours faithfully

**SRK Consulting (South Africa) (Pty) Ltd**




**R DIXON** PrEng FSAIMM

Chairman and Corporate Consultant

(CP for Mineral Reserves)




**VM SIMPOSYA** PrSciNat MSAIMM

Partner & Principal Resource Geologist

(CP for Mineral Resources)




**AJ MCDONALD** CEng MIoM$^3$ FSAIMM

Principal Engineer & Competent Valuator (SAMVAL)

30 August 2013
(Effective date30 June 2013)

# 12 LIST OF REFERENCES, DOCUMENTS REVIEWED

Hanlin, WA and Claywell, JR (2010), *The Market Approach*, in Wiley Guide to Fair Value under IFRS, edited by J Catty, John Wiley & Sons Inc, pp 37 – 56, 2010.

Lawrence, M.J., (1994), *An Overview of Valuation Methods for Exploration Properties*. Valmin 1994, Mineral Valuation Methodologies 1994, Sydney, Australia, 27-28 October 1994. The Australasian Institute of Mining and Metallurgy, Australia.

Lawrence, MJ (2010), *Mineral Properties*, in Wiley Guide to Fair Value under IFRS, edited by J Catty, John Wiley & Sons Inc, pp 363 - 377, 2010.

SAMREC (2007), *The South African Code for the Reporting of Exploration Results, Mineral Resources and Mineral Reserves (The SAMREC Code):* prepared by The South African Mineral Resource Committee under the joint auspices of the Southern African Institute for mining and Metallurgy and the Geological Society of South Africa, December 2007.

SAMVAL (2008), *The South African Code for the Reporting of Mineral Asset Valuation,* prepared by the South African Mineral Asset Valuation Committee (SAMVAL) Working Group under the joint auspices of the Southern African Institute of Mining and Metallurgy and the Geological Society of South Arica, 2008 edition.

VALMIN (2005), Code for the Technical Assessment and Valuation of Mineral and Petroleum Assets and Securities for Independent Expert Reports (The VALMIN Code): prepared by the VALMIN Committee, a joint committee of the Australasian Institute of Mining and Metallurgy, the Australian Institute of Geoscientists and the Mining Industry Consultants Association, 2005 edition.

Van der Merwe, A.J. & Erasmus, J.F., (2006), *Ounces into Pounds – How much is an in situ ounce of Platinum worth?*. International Platinum Conference 2006, SAIMM, Marshalltown, South Africa.

- Competent Persons Report (CPR) and Valuation of Ruashi Holdings(Pty) Ltd and Ruashi Mining SPRL in the Democratic Republic of the Congo (DRC), Metorex Limited (2012);
- Competent Persons Report (CPR) and Valuation of Chibuluma Mines PLC in the Republic of Zambia, Metorex March 2010;
- Competent Persons' Report (CPR) and Valuation of the Metorex growth projects in the Democratic Republic of Congo (DRC), Metorex Limited, March 2011.
- Ruashi Mine Environmental and Social Impact Assessment Report SRK Consulting. June 2007
- Ruashi Mine Environmental Groundwater Project Draft Model (2008), KLM Consulting Services (2011).
- Equator Principles Audit of Ruashi Mine. SLR Global Environmental Solutions. November 2011.
- The mine water balance for October 2012.
- Ruashi monthly report for October 2012.
- Ruashi Mining sprl – Budget Presentation October 2012 – Ed Mounsey;
- Budget versus Actual – Ruashi Excel Spread sheet;
- Key Month End Statistics 2011 - Ruashi Excel Spread sheet;
- Ruashi Mine Budget 2013 V8 - Ruashi Excel Spread sheet;
- Ruashi Mine Process Description.
- Updated Investigation on the Impact of the Mine on Ground and Surface Water. KLM Consulting Services. 20 August 2011.
- Memorandum of Agreement between Ruashi and Chemaf regarding the transfer of land for the purposes of transferring land for the Ruashi tailings dam. Signed by both parties on 25November 2009.
- pH report for Ruashi
- Social Scan Project for Metorex. Ruashi Mine Report. rePlan Inc and Intersocial Consulting. 10 August 2010.
- Ruashi copper and cobalt mine – Lubumbashi DRC. Bankable feasibility study. Hydrogeological investigation. GCS Consulting. 27 June 2006.
- Ruashi Mine and Process Plant. Democratic Republic of the Congo. Estimated Closure Costs. Steadman and co. Chartered valuation surveyors. 3 February 2011.
- Quarterly Safety, Health, Environmental and Communities Report dated 20 March 2012 (Chibuluma internal SHEC report)
- ChibWest Audit 2009.
- Chibuluma South Environmental and Social Management Plan. Compiled by African Mining Consultants, May 2011.
- Chibuluma West EMP, compiled by African Mining Consultants, 2011. (This EMP constitutes a closure plan for the de-commissioned infrastructure).

- Water monitoring results for 2012.
- Soil Contamination Study for Chibuluma West. African Mining Consultants. September 2009.
- Correspondence between the Environmental Council of Zambia and Chibuluma regarding and ECZ compliance inspection. 2011.
- Chibuluma South Mine. Geochemical Assessment. African Mining Consultants. October 2011.
- Social Scan Project for Metorex. Chibuluma Report. Re Plan inc Metorex and Intersocial Consulting 2010
- Chibuluma South. Effluent water quality spreadsheet.
- Project Summary for Kinsenda Feasibility Study, Metorex Board Submission (March 2012); and
- Kinsenda Groundwater Monitoring Report, KLM Consulting Services (2011).
- Kinsenda BFS Report Project Summary for Submission to the Metorex Board dated 16 March 2012.
- Kinsenda Project Costs – Excel Spread sheet
- Kinsenda Presentation 2013 02 07
- Financial Model based on DRA CBE Revision 11.
- Environmental Impact Assessment Report for the Proposed Surface Infrastructure Expansion Project at Kinsenda Copper Corporation sprl's Underground Copper Operation at Kinsenda - Volume 1 Environmental Impact Assessment Volume 1
- Environmental Management Plan Report for the Proposed Surface Infrastructure Expansion Project at Kinsenda Copper Corporation SPRLs Underground Copper operation at Kinsenda. Volume 3 SLR Global Environmental Solutions. June 2012.
- Summary table of environmental impacts. This is a translation from another, presumably French, document. It has been scanned as a possible checklist of significant impacts, but it has also been assumed that the recent EMPs (2012) undertaken by SLR, a reputable global environmental consultancy, together with information obtained from the geohydrological modelling for the impact of mine dewatering, will have captured the most significant environmental impacts.
- Miniere de Musoshi & Kinsenda s.a.r.l. Environmental Management Plan (EMP) related to permit 101. Kinsenda Mine. December 2006.
- Kinsenda Groundwater Modelling Report. KLM Consulting Services May 2011.
- Community Development Plan. Metorex Kinsenda Project. Katanga Province, DRC. rePlan Inc./Intersocial Consulting Limited. Undated.
- Resettlement Action Plan Metorex Kinsenda Project DRC. rePlan inc./Intersocial Consulting Limited. undated.
- Social Impact Assessment. Metorex Kinsenda Project. Katanga, DRC. rePlan inc./Intersocial Consulting Limited. undated.
- Calculation Of Current and Future Financial Closure Liability Associated With The Underground Copper Operation at the Kinsenda Project. SLR Consulting May 2012.
- Feasibility Study. Lubembe Project Prepared by Metorex Limited. October 2012.
- Social Scan Project for Metorex Lubembe Mine Report (10 August 2010)
- A report entitled "Kinsenda Feasibility Study: Geotechnical Report "(Snowden Project J1132) of June 2011;
- A report entitled "Cemented Hydraulic Fill Plant: Kinsenda Mine DRC" (Golder Associates Report 10-9001-0027) 0f June 2011;
- Discussions with DRA on 14th February and 20th March 2013.
- All Mines – Safety and Health Policy, February 2013

Country Risk classifications, http://www.oecd.org/tad/xcred/cre-crc-current-english-%5B25-01-2013%5D.pdf, downloaded on 1 April 2013.

# 13 GLOSSARY OF TERMS, ABBREVIATIONS, UNITS

## TERMS

| | |
|---|---|
| Acid leach | leaching an ore or concentrate with a mineral acid, normally sulphuric acid, to dissolve one or more metals into solution |
| Agitation leaching | vigorously mixing a slurry with an acid in a tank, usually sulphuric acid, to promote the dissolution of metal values into solution |
| Anticline | rock strata folded to give a convex upward structure |
| Argillaceous | term describing sedimentary rocks with a modal grain size in the silt fraction |
| Artisanal | a term describing an informal miner using unsophisticated recovery methods |
| Assay | the chemical analysis of ore samples to determine their metal content. |
| Bornite | a widely occurring copper bearing mineral commonly called 'peacock ore' – $Cu_5FeS_4$ |
| Breccia | rocks consisting of relatively large angular fragments of durable minerals or rock in a fine matrix |
| Carrolite | cobalt bearing mineral - $(Co_2Cu)S_4$. Contains 35.2 – 36.0% cobalt |
| Chalcopyrite | an important copper mineral commonly called 'fool's gold' – $Cu_2S.Fe_2S_2$ |
| Chalcocite | one of the most important copper minerals - $Cu_2S$ |
| Chrysocolla | a copper mineral – $CuO.SiO_2.2H_2O$ |
| Conglomerate | rocks consisting of relatively large rounded fragments of durable minerals or rock in a fine matrix |
| Diapirically | refers to the action of diapirs. A diapir is typically an igneous rock mass that ascends through an overlying terrain. |
| Dip | the angle of inclination from the horizontal of a geological feature. |
| Dolomite | a common rock-forming mineral. A sedimentary rock of which more than 50% by weight consists of the mineral dolomite |
| Dolomitic | rock derived from dolomite |
| Electrostrip | the reduction of metal values in solution to a very low level using electrowinning - normally applies to the reduction of copper prior to cobalt recovery. |
| Electrowin | metallurgical process where a metal is removed from a rich electrolytic solution and electroplated on to stainless steel cathodes. |
| Heterogenite | cobalt bearing mineral – CoO(OH). Contains 64.1% cobalt |
| Hydrothermal | process of injection of hot, aqueous, generally mineral-rich solutions into existing rocks or features |
| Indicated Mineral Resource | that part of a Mineral Resource for which tonnage, densities, shape, physical characteristics, grade and mineral content can be estimated with a reasonable level of confidence. It is based on information from exploration, sampling and testing of material gathered from locations such as outcrops, trenches, pits, workings and drill holes. The locations are too widely or inappropriately spaced to confirm geological or grade continuity but are spaced closely enough for continuity to be assumed. |
| Inferred Mineral Resource | that part of a Mineral Resource for which volume or tonnage, grade and mineral content can be estimated with a low level of confidence. It is inferred from geological evidence and assumed but not verified geologically or through grade continuity. It is based on information gathered through appropriate techniques from locations such as outcrops, trenches, pits, workings and drill holes that may be limited, or of uncertain quality and reliability. |
| Kriging | an interpolation method that minimises the estimation error in the determination of a mineral resource. |
| Malachite | a common copper mineral often used as an ornamental stone – $Cu_2[(OH)_2\|CO_3]$ |
| Measured Mineral Resource | that part of a Mineral Resource for which the tonnage, densities, shape, physical characteristics, grade and mineral content can be estimated with a high level of confidence. It is based on detailed and reliable information from exploration, sampling and testing of material from locations such as outcrops, trenches, pits, workings and drill holes. The locations are spaced closely enough to confirm geological and grade continuity. |

| | |
|---|---|
| Metasedimentary | originally a sedimentary rock which has undergone a degree of metamorphism but the physical characteristics of the original material is not destroyed |
| Mineral Reserve | the economically mineable material derived from a Measured or Indicated Mineral Resource or both. It includes diluting and contaminating materials and allows for losses that are expected to occur when the material is mined. Appropriate assessments to a minimum of a Pre-Feasibility Study for a project and a Life of Mine Plan for an operation must have been completed, including consideration of, and modification by, realistically assumed mining, metallurgical, economic, marketing, legal, environmental, social and governmental factors (the modifying factors). Such modifying factors must be disclosed. |
| Mineral Resource | a concentration or occurrence of material of economic interest in or on the earth's crust in such a form, quality, and quantity that there are reasonable and realistic prospects for eventual economic extraction. The location, quantity, grade, continuity and other geological characteristics of a Mineral Resource are known, or estimated from specific geological evidence, sampling and knowledge interpreted from an appropriately constrained and portrayed geological model. |
| Orogeny | the complex series of processes which culminate in the formation of mountains |
| Overburden | material, usually barren rock overlying a useful mineral deposit. |
| Pisolitic | describes pea sized crystals forming layers around a nucleus |
| Probable Reserve | the economically mineable material derived from a Measured or Indicated Mineral Resource or both. It is estimated with a lower level of confidence than a Proved Mineral Reserve. It includes diluting and contaminating materials and allows for losses that are expected to occur when the material is mined. Appropriate assessments to a minimum of a Pre-Feasibility Study for a project or a Life of Mine Plan for an operation must have been completed, including consideration of, and modification by, realistically assumed mining, metallurgical, economic, marketing, legal, environmental, social and governmental factors. Such modifying factors must be disclosed. |
| Proterozoic | of or relating to the later of the two divisions of Precambrian time, from approximately 2.5 billion to 570 million years ago, marked by the buildup of oxygen and the appearance of the first multicellular eukaryotic life forms |
| Proved Reserve | the economically mineable material derived from a Measured Mineral Resource. It is estimated with a high level of confidence. It includes diluting and contaminating materials and allows for losses that are expected to occur when the material is mined. Appropriate assessments to a minimum of a Pre-Feasibility Study for a project or a Life of Mine Plan for an operation must have been completed, including consideration of, and modification by, realistically assumed mining, metallurgical, economic, marketing, legal, environmental, social and governmental factors. Such modifying factors must be disclosed. |
| RoM | Run-of-Mine – usually ore produced from the mine for delivery to the process plant. |
| SAMREC Code | The South African Code for Reporting of Exploration Results, Mineral Resources and Mineral Reserves (2007 Edition) as amended July 2009, compiled by The South African Mineral Resource Committee (SAMREC) Working Group. |
| SAMVAL Code | The South African Code for the Reporting of Mineral Asset Valuation (2008 Edition) as amended July 2009, compiled by the South African Mineral Asset Valuation (SAMVAL) Working Group. |
| Sandstone | medium grained clastic (mechanically formed) rocks composed usually of fragments of quartz in a cementing material |
| Saprolite | deeply weathered rock retaining certain of its rock structure but displays extensive chemical modification |
| Shale | a fine grained detrital sedimentary rock formed by the compaction of clay, silt or mud |
| Silicified | introduction of silica in hydrothermal deposits |
| Stratigraphic column | a grouping of sequences of strata onto systems |
| Stripping Ratio | ratio of waste rock to ore in an open pit mining operation |
| Stromatolitic | of fossilized biogenic structure typically found in dolomitic environments |

| | |
|---|---|
| Supergene enrichment | the process initiated at or near the surface whereby part of an ore deposit is enriched at the expense of the parts above. |
| Tailings | refuse or dross remaining after the mineral has been removed from the ore - metallurgical plant waste product |
| Unconformable | sedimentary strata are laid down on top of one another. When deposition ceases for a time and later recommences over the area so that a new sequence of sediments are laid down the new layer is said to be unconformable with one another |
| Unconformities | a surface between successive strata representing a missing interval in the geologic record of time and produced either by an interruption in deposition or by the erosion of depositionally continuous strata followed by renewed deposition |
| Variogram | a measure of the average variance between sample locations as a function of sample separation |
| Vug | during hydrothermal deposition minerals are deposited on the walls of open spaces in rocks. The opening remaining after mineralisation is known as a vug |
| Wad | insoluble residue (most commonly manganese and iron oxides) remaining after the dissolution of dolomites by rain water found in the bottom of sinkholes |

## ABBREVIATIONS

| | |
|---|---|
| AARL | Anglo American Research Laboratories. |
| AAS | Atomic Absorption Spectrometry |
| ABA | acid base accounting |
| ADT | articulated dump truck |
| AMC | African Mining Consultants, Kitwe Zambia |
| AMIS | African Mineral Standards |
| amsl | above mean sea level |
| BEMC | Bureau d"Etudes Environmentales et Minieres du Congo |
| BOMZ | black ore mineral zone |
| Capex | Capital Expenditure |
| CBE | control budget estimate |
| CCD | counter current decantation |
| CCIC | CCIC MineRes |
| CCS | Chambishi Copper Smelters (Zambia) |
| CCT | cyclone classified tailings |
| CEC | Copperbelt Electrical Corporation |
| Chapter 18 Value | the value of the Mineral Assets per Chapter 18 of the Listing Rules |
| CMC | Cobalt Metals Company Ltd |
| Coffey Mining | Coffey Mining (SA) (Pty) Ltd |
| CP | Competent Person |
| CPI | consumer price index |
| CPR | Competent Persons' Report. |
| CPVR | Competent Person's and Valuation Report |
| CRC | Copper Resources Corporation |
| CRM | certified reference material |
| CTM | completed transaction method |
| DA | development agreement |
| DCF | Discounted Cash Flow. |
| DD | Diamond Drilling. |
| DGPS | digital global positioning system |
| DMS | Digital Mining Services |
| DRA | DRA Mineral Projects (Pty) Ltd |
| DRC | Democratic Republic of Congo |
| EAP | Environmental Adjustment Plan |
| ECA | Environmental Conservation Act. |
| ECSA | Engineering Council of South Africa |
| ECZ | Environmental Council of Zambia |
| EGMF | Enterprise Groupé Malta Forrest |
| EIA | Environmental Impact Assessment |
| EIS | Environmental Impact Statement |
| EMP | Environmental Management Programme. |
| EMPR | Environmental Management Programme Report. |
| EPB | Environmental Project Brief |
| EPCM | Engineering Procurement and Construction Management. |
| EW | Electrowinning |
| FM | Financial Models. |
| GCM | guideline company method |
| Gécamines | Générale des Carrières et des Mines |

| | |
|---|---|
| GeoQuest | GeoQuest Ltd, Lusaka Zambia |
| GFL | Gold Fields Laboratories |
| Glencore | Glencore International AG |
| Golder | Golder and Associates Africa (Pty) Ltd |
| GRZ | Government of Zambia |
| GSSA | Geological Society of South Africa |
| HARD | Half Absolute Relative Difference |
| HKSE | Hong Kong Stock Exchange |
| ICP | inductive coupled plasma |
| IDS | Inverse Distance Squared |
| IGS | Integrated Geological Services (Pty) Ltd |
| IMS | Integrated Mapping Solutions |
| Inf | Inferred, Inferred Mineral Resource |
| IoM3 | Institute of Materials, Minerals and Mining (London) |
| JCI | JCI Projects (Pty) Ltd |
| Jinchuan | Jinchuan Group International Resources Co. Ltd |
| KICC | Kinsenda Copper Company sarl |
| KLMCS | KLM Consulting Services (Pty) Ltd |
| Lakefield | SGS Lakefield Research Africa Laboratory in Johannesburg |
| LHOS | long hole open stoping |
| LoM | Life-of-Mine. |
| LME | London Metals Exchange |
| LML | large mining licence |
| LOZ | lower ore zone |
| LLOZ | basal lower lower ore zone |
| LTI | lost time injury |
| LTIFR | lost time injury frequency rate |
| MAR | mean annual rainfall |
| MARC | maintenance and repair contract |
| MCK | Mining Company Katanga sprl |
| MDM | MDM Engineering (Pty) Ltd |
| MEE | multiple of exploration expenditure |
| MEG | SNL Metals Economic Group |
| Metorex | Metorex (Pty) Ltd |
| M&I | Measured and Indicated, Measured and Indicated Mineral Resources |
| MMA | Mines and Minerals Act (Zambia) |
| MMF | multi media filters |
| MMK | Miniére de Musoshi et Kinsenda sarl |
| MoU | memorandum of understanding |
| MOZ | middle ore zone |
| MR | Mining Regulations |
| MRI | MRI Trading AG |
| Musonoi | Musonoi project, also referred to as Dilala East project |
| NMC | New Mining Code (DRC) |
| NPV | Net Present Value. |
| OBQ | orebody quartzite |
| OEM | original equipment manufacturer |
| OHMS | Open House Management Solutions |
| OP | open pit |

| | |
|---|---|
| Opex | Operating Expenditure. |
| PE | Permis d' Exploitation (Exploitation Permit) |
| PEM | Prospectivity enhancement multiplier |
| pH | measure of acidity or alkalinity |
| PPE | personal protective equipment |
| QA/QC | Quality Assurance / Quality Control |
| RAP | relocation action plan |
| RAT | Roches Argileuses Talceuse |
| RC | Reverse Circulation Drilling. |
| RH | Ruashi Holdings Limited |
| Robinsons | Robinson International Laboratory in Lubumbashi |
| RoM | Run of Mine. |
| RPO | recognised professional orgainsation |
| RST | Roan Selection Trust |
| RWD | return water dam |
| SACNASP | South African Council for Natural Scientific Professions. |
| SAG | Semi Autogenous Grinding |
| SAIMM | Southern African Institute for Mining and Metallurgy |
| SANAS | South African National Accreditation System |
| Setpoint | Setpoint Laboratories |
| SG | specific gravity |
| SHEC | safety, health, environment and community |
| SLOS | sub-level open stoping |
| SLC | sub-level cave |
| SMBS | sodium metabisulphite |
| SML | Small Mining Licence |
| SNCC | Société Nationale des Chemins de Fer du Congo |
| SNEL | Société Nationale de Electricité |
| Snowden | Snowden Mining Consultants (Pty) Ltd |
| Sodimico | Société de Développement Industriel et Miniere du Congo |
| SRK | SRK Consulting (South Africa) (Pty) Limited. |
| SRK Group | SRK Global Limited. |
| SSC | stratiform sediment hosted copper deposit |
| SX | Solvent Extraction |
| TEC | Total Employees Costed. |
| TEM | Technical-economic models. |
| TEP's | Technical-economic parameters. |
| TSF | tailings storage facility |
| Turgis | Turgis Consulting (Pty) Ltd |
| TWC | Total Working Cost |
| UG | underground |
| UMHK | Union Miniére du Haut Katanga |
| VBKOM | VBKOM Consulting (Pty) Ltd |
| VSD | variable speed drive |
| XRF | X-ray fluorescence |
| WACC | weighted average cost of capital |
| WHO | World Health Organisation |
| WRD | waste rock dump |
| ZCCM-IH | Zambian Consolidated Copper Mines Investment Holdings plc |

| | |
|---|---|
| ZESCO | Zambian Electrical Supply Commission |

## CHEMICAL ELEMENTS

| | |
|---|---|
| Ag | Silver |
| Al | Aluminium |
| ASCo | Acid Soluble Cobalt |
| ASCu | Acid Soluble Copper |
| Au | gold |
| Ca | Calcium |
| CaO | Calcium Oxide |
| Co | Cobalt |
| Cr | Chrome |
| Cu | Copper |
| CuO | Copper Oxide |
| Fe | Iron |
| Mg | Magnesium |
| MgO | Magnesium Oxide |
| Mn | Manganese |
| $Na_2S_2O_5$ | Sodium Metabisulphite |
| NaHS | Sodium Hydrosulphide |
| Ni | Nickel |
| Pb | Lead |
| Pd | palladium |
| Pt | platinum |
| Si | Silicon |
| $SO_2$ | Sulphur Dioxide |
| TCo | Total Cobalt |
| TCu | Total Copper |
| W | tungsten |
| Zn | Zinc |

## UNITS

| | |
|---|---|
| A | ampere |
| bcm | bank cubic metres |
| bcm/t | bank cubic metres per tonne of ore |
| cm | a centimetre. |
| g | grammes. |
| g/t | grammes per metric tonne – metal concentration. |
| ha | a hectare. |
| kg | one thousand grammes |
| km | a kilometre. |
| kt | a thousand metric tonnes. |
| ktpa | a thousand tonnes per annum |
| ktpm | a thousand tonnes per month. |
| kV | one thousand volts |
| kVA | one thousand volt-amperes |
| kWh | kilo watt hours |
| lb | a pound (2.204lb = 1kg) |
| m | a metre. |
| $m^3$ | cubic metre |
| mm | millimetre |
| Ma | a million years before present |
| MPa | a million pascals |
| Mt | a million metric tonnes |
| Mtpa | a million tonnes per annum |
| MVA | a million volt-amperes |
| MW | a million watts |
| t | a metric tonne. |
| $t/m^3$ / $tm^{-3}$ | density measured as metric tonnes per cubic metre. |
| tpa | tonnes per annum |
| USc | United States cents (100 cents equals one dollar) |
| USc/lb | US cents per pound |
| USD | United States Dollar. |
| USDm | million dollars |
| USD/lb | US dollars per pound |
| USD/t | US Dollars per tonne |
| V | volt |
| ° | degrees. |
| ' | minutes. |
| % | percentage. |

## DRC

## INTRODUCTION

The legal system in the DRC is based on the civil law tradition influenced by Belgian law and since September 2012, the DRC is a member state of the Organization for the Harmonization of Business Law in Africa (OHADA).

The mining sector is regulated pursuant to the Mining Code ("**MC**") issued by the Law No. 007/2002 dated 11 July 2002 as supplemented by the Mining Regulation ("**MR**") issued by the Decree No. 038/2003 dated 26 March 2003.

A reform of the MC is expected, but this process is expected to take at least one year. Local experts have to work on the reforms of the code followed by international experts after which the government will have to finalize the reforms and to submit it to the Parliament, where sub-committees from National Assembly and Senate will study it. Lastly, the text will be subject to debates and voting. Such reform is expected to increase royalty regime and the percentage of shares required to be transferred to the State.

According to the MC, mineral substances, including artificial deposits, underground water and geothermal deposits on the surface or in the sub-soil or in water systems of the DRC are the exclusive, inalienable and imprescriptibly property of the State.

The MC provides for prospecting, exploration, mining, processing, transportation and marketing of mineral substances as well as artisanal mining of mineral substances and commercialization of the same.

The MC also provides for, among other things, legal, tax, customs and exchange control regimes, certain environmental provisions and provisions relating to land and property issues.

## GENERAL

The main administrative authorities in charge of mining activities are:

- the Minister in charge of mines and quarries ("**Minister**") who is responsible for granting, renewing or cancelling mining licences and plays a general supervisory role.
- the Mining Registry in charge of processing applications for mining rights and their extension, their cancellation and withdrawal and their transformation into lease rights and securities on mining assets.
- the Directorate of Mines ("**Directorate**") in charge of inspecting and supervising mining activities with regard to health and safety, work practices, production, transport, sale and social matters;

- the Department in Charge of the Protection of the Mining Environment, which has powers regarding the definition and implementation of the mining regulations concerning environmental protection and the technical evaluation of the mitigation and rehabilitation plan, the environmental impact study and the environmental management plan.

According to Article 5 of the MC, any person is permitted to engage in non-artisanal exploration or exploitation of mineral substances within the DRC provided that he is a holder of a valid mining right granted by the relevant government authority.

Companies incorporated under foreign law are only eligible for mineral exploration titles (Article 23-3 of MC) but they must first elect domicile with an authorized mining and quarry agent and act through its intermediary in order to use such titles (Article 23-2 of MC). If such persons wish to operate a mineral deposit in an industrial manner, they are required to create a commercial company under DRC law (Article 26 of MR).

Rights are granted on a first-come, first-serve basis to any applicant who is eligible to hold a mining right. The following persons are ineligible to hold mining rights in the DRC:

a) persons legally incapacitated in accordance with Article 215 of the Family Code;

b) persons incapacitated by the MC because their professional duties are incompatible with mining, such as agents and state officials, judges, members of armed forces, police and security services and employees of public organizations authorized to undertake mining operations.

According to the MC, mineral deposits are considered as being extracted from either mines or quarries. Minerals extracted for use as raw materials for industrial purposes, or as a source of power, are considered as having been extracted from mines. Minerals extracted for use as construction materials are considered as having been extracted from quarries. This note focuses on the MC’s regulations relating to mines.

Mining rights are acquired either by an individual or a company upon application in the prescribed form obtained at the Mining Registry (Art. 35 MC) and payment of a prescribed fee (Art. 37 MC). The processing of the application takes place in three stages (Art. 40 – 42 MC):

- the registrar’s examination undertaken by the Mining Registry;

- a technical evaluation by the Directorate; and

- an environmental evaluation by the Department in Charge of the Protection of the Mining Environment.

At the end of the enquiry, the Minister decides whether or not to grant the right and transmits his decision to the Mining Registry (Art.10 MC), which then registers the right, if granted, and informs the applicant.

Should the Minister fail to communicate his decision to the Mining Registry in accordance with the procedural obligations detailed above, the right is deemed to have been granted and the applicant is entitled to require the Mining Registry to proceed with the registration of his right.

If the Mining Registry does not proceed with the registration within 5 working days of filing of the application, the applicant may obtain a judgment equivalent to a Mining Title (Art. 46 MC).

On an exceptional basis, the Minister may open to tender (open or by invitation) mining and quarry rights relating to deposits which have been studied, documented or possibly worked on by the State or its entities, and which is considered "an asset of significant known value" (Art. 33 MC).

The MC regulations pertaining to mines include exploration permits and mining permits, each of which is discussed in more detail below.

**REGULATION OF EXPLORATION**

***The Mineral Exploration Title (Permis de recherche)*** entitles its holder the exclusive right, within the prescribed area and for its term of validity, to carry out mineral exploration for mineral substances defined in the Licence (Art. 50 MC).

The exploration Licence also confers to its holder the right to acquire an exploitation Licence for all or part of the substances which are the object of the Mineral Exploration Licence.

The exploration licence is a real and exclusive property right, which is assignable and transferable. Its maximum surface area is 400 $km^2$. Its holder and affiliates cannot hold more than 50 Licences, which is equivalent to 20,000 $km^2$.

This right is evidenced by a mining title called an "Exploration Certificate".

**Duration and tenure**

The application for the exploration Licence is filed by the submission of the prescribed form to the Mining Registry. The applicant must be eligible to hold the licence under the regulatory regime and is required to provide evidence of his financial capacity in terms of his eligibility, which relates to 10 times the total amount of the annual surface rights. This amount is payable for the last year of the first period of validity of the solicited exploration right. The applicant must also prepare a Mitigation and Rehabilitation Plan (MRP) which must be approved within 6 months following the delivery of the exploration licence before starting exploration.

The validity period of the exploration licence is 4 years, renewable twice for a period of 2 years at each renewal for precious stones and 5 years, renewable twice for a period of 5 years at each renewal, for other mineral substances.

The exploration licence expires on the last day of its term of validity if it has not been renewed or if it has not been transformed either into an Exploitation Licence or a Small Scale Mining Exploitation Licence.

The exploration licence/permit is renewable if its holder has not breached his obligations (payment of the annual surface rights fees and commencement of exploration works within the scheduled time) and submitted the required report concerning the exploration carried out in the former term of validity of the license.

**Transformation**

The holder of an Exploration Licence may any time request its partial transformation into a mining operating licence for a part of the surface area covered by one or several Exploration Licence(s) while retaining its exclusive rights to explore the rest of the area, subject to compliance with the MC.

**REGULATION OF MINING EXPLOITATION**

Mining exploitation may be undertaken under the authority of an Exploitation Licence, a tailings exploitation title or a small-scale mining title granted pursuant to the MC.

***The Exploitation Licence (Permis d'exploitation)*** entitles its holder to the exclusive right to carry out, within the prescribed area and during its term of validity, exploration, development, construction and mining operations and exploitation work in connection with the mineral substances defined in the Licence (Art. 64 MC).

The Licence is a real and exclusive property right, which is assignable, transferable and which may be leased.

This right is evidenced by a mining title called a "Mining Certificate".

**Duration and tenure**

The applicant files his application for the Exploitation Licence with the Mining Register, which must include the following documents:

- a copy of the valid Exploration Certificate;
- a report on the outcome of the exploration work with regard to the nature, quality, volume and geographical situation of the mineral resources identified;
- a feasibility study concerning the exploitation of the deposit and a technical framework plan for the development, construction and exploitation/mining of the mine which must demonstrate the existence of an economically profitable deposit;
- an Environment Impact Statement ("**EIS**") and Environmental Management Plan of the Project ("**EMMP**"), which require prior approval;
- a report concerning consultations with the authorities of local administrative entities and the representatives of the neighbouring communities and a plan showing how the project will contribute to the development of the surrounding communities;

- a financial plan identifying the forecast sources of finance; and
- proof of payment of the filing fees.

In order to obtain an Exploitation Licence, the applicant is also required to provide an environmental rehabilitation plan for the site when the mine closes.

The company applying for the license must transfer 5% of its shares to Government. These shares are free of all charges and cannot be diluted. This percentage of shares required to be transferred to the government is likely to be increased with the expected revision of the Mining Code. It is unclear at this stage whether such a proposal will survive the lobbying from mining operators.

The State of the DRC may refuse to award an Exploitation Licence either if the feasibility study is rejected because of its non-conformity with the directive of the Ministry of Mines or the presence of a patent error and its non-conformity with the EIS, which could entail the EIS being definitively rejected or because the applicant's financial capacity is insufficient.

The Exploitation Licence is granted for 30 years and renewable for successive periods of 15 years subject to the conditions that its holder:

- has not breached his obligation of maintaining the validity of the Licence;
- demonstrates that he has not exhausted the deposit and provides evidence of the existence of financial resources required for the carrying out of the project;
- obtains the approval of the update of the EIS and the EMMP; and
- undertakes in good faith to actively continue with the mining exploitation.

**The Licence for the Exploitation of Tailings** ***(Permis d'exploitation des rejets)*** entitles its holder the right to exploit artificial deposits located within the prescribed area.

This right is evidenced by a mining title called a "Certificate of Exploitation of Tailings".

The term of validity of the Licence for the Exploitation of Tailings is 5 years renewable several times for the same duration.

**The Small-scale Mine Exploitation Licence** entitles its holder to carry out small-scale mining operations.

Small-scale mining operations refer to mining deposits that do not allow for economically viable large-scale mining exploitation and result from exploration work undertaken by the State or the holder of an Exploration Licence.

The Small-scale Mine Licence is a real and exclusive property right, which is assignable, transferable and which may be leased.

This right is evidenced by a mining title called a "Certificate of Small-scale Mining".

**Lease Agreements**

The lease consists of renting all or a part of the rights relating to a mining authorization in return of a payment agreement between the lessor and the lessee, for a fixed or indefinite period of time without the right to sublet.

Under the mining code it is only possible to obtain lease agreements in order to exploit mining deposits and not exploration rights.

First, and prior to the conclusion of any lease agreement, the lessee has to demonstrate his eligibility for the mining title in question.

Then, as is the case for the issuing of mining rights, the conclusion of the contract must be preceded by an examination carried out by the Mining Registry.

In order to be valid the agreement must include:

- an accelerated termination clause either in case the lessee fails to pay the taxes, duties and royalties owed to the State or in case of non-compliance with laws and regulations which have financial or administrative consequences which are detrimental to the lessor;
- clauses setting out the conditions for the maintenance and the reinvestment necessary for the appropriate exploration and development of the mining deposit;
- clauses setting out the joint and several liability of the lessor and the lessee with regard to the State.

In addition, and in order to be opposable to third parties, the lease agreement must be registered with and kept at the mining registry in accordance with the procedure provided for in the MR.

The term of validity of the lease agreement corresponds to the term of validity of the lessor's unexpired title.

**Securities**

The following assets may be mortgaged:

- Exploitation Licences, Exploitation Licences for Tailings, Small-Scale Mining Exploitation Licences in full or in part;
- the immovables by incorporation which are located within the mining exploitation perimeter, notably factories, installations and machines built for the concentration, treatment and the transformation of the mineral substances contained in the deposits; and

- the fixtures used in mining exploitation.

All mortgage contracts require the prior approval of the Minister. The process requires the filing of an application by the holder of a mining title or the mortgagee with the Mining Registry which carries out the registrar examination of the application, which is followed by the Directorate's technical evaluation which forms the basis of the Minister's decision. An approved mortgage is registered against the payment of a registration fee.

Forced execution of mortgages takes place in accordance with the provisions of substantive law.

**Transfer**

Mining rights may be wholly or partially transferred to a transferee, who is required to be eligible to apply and hold a mining right. The process requires review by the Mining Registry.

The transferee is liable for civil and criminal matters vis-à-vis third parties however he may be relieved from such liability if he can prove that either the damage was caused before the transfer occurred or that it is the cause of fraudulent exploitation by a third party.

**ENVIRONMENTAL REGULATIONS**

There is no Environment Code in DRC, but the MC provides for certain environmental obligations related to mining activities.

In addition, it is to be noted that a Forestry Code was enacted in the DRC and may apply in cases of exploration or exploitation of a deposit located in a forest.

**Environmental studies**

The issuing of mining rights requires the completion of prior environmental studies.

- The issuing of an exploration right requires elaboration of a Mitigation and Rehabilitation Plan ("**MRP**") by which the applicant undertakes to carry out certain measures to mitigate the impact of activities on the environment, as well as rehabilitation measures in the area where the activities will take place, and to provide a financial guarantee to cover or guarantee the conservation measures and rehabilitation costs of the environment;

- The granting of an exploitation right requires the elaboration of an EIS which is a prior scientific analysis of the foreseeable potential effects an activity will have on the environment, as well as an analysis of the acceptable levels thereof and the measures to be taken to ensure conservation of the environment; and an EMMP which is a programme for the implementation and monitoring of measures contained in the EIS in order to eliminate, reduce and possibly offset the damaging consequences of the project on the environment.

These studies have to be approved by the Department in charge of the Protection of the Mining Environment.

The holder of a mining right is liable for environmental damage only if he has not respected the provisions of these approved studies.

The MC does not provide for civil or criminal liabilities (including shareholder/director liability) and only provides for the suspension of mining activities and the confiscation of monies paid by the mining title holder as a guarantee in respect of its environmental obligations.

## SAFETY AND HEALTH

Mineral Exploitation is subject to safety, health and protection measures decreed by the Mines Administration pursuant to prevent or remove causes of danger which the activity inflicts on public safety and health and in preservation of deposits, springs and public works.

The representatives of the Mines Administration have the capacity of Judicial Police Officers to investigate and ascertain any breach of the provisions of the MC and its implementing measures.

Holders of mining exploitation rights must publish the safety instructions and they must be made aware to the employees and any individuals who enter the mine site. The use of explosive substances is subject to special regulations.

In respect of the MC, any serious or fatal accident in a mine or pursuant to its related operations must be immediately notified to the Directorate of Mines and the competent administrative and judicial authorities.

## LAND OWNERSHIP AND ANCILLARY INFRASTRUCTURES

Holders of mining rights must build and maintain the infrastructure required for the activities relating to the titles or the environmental authorizations relating thereto, which is subject to the competent administrative authority's consent and the local authority with territorial jurisdiction's consultation.

All public utility infrastructure built by the holder of a mining right which remains in place upon expiry of the term of validity of his right, becomes part of the State's public domain, except for a written and express agreement to the contrary between the holder and the State (Art. 214 MC).

Any modification that may render land unfit for cultivation or deprive its rightful owners of enjoyment of its surface rights due to mining activity, permits the rightful owner to request fair compensation, corresponding to the value or the rent of the land plus 50%.

## COMMERCIAL COMPANIES REGIME

The DRC is a member state of the organisation of business law in Africa (OHADA). OHADA Uniform Acts entered into force in the DRC on the 12th September 2012. As a result, the DRC company law is now governed by the Uniform Act relating to Commercial Companies and Economic Interest Groups.

According to the OHADA Uniform Act on Commercial Companies, there are 6 types of commercial companies that have legal existence from the day of registration with the Commercial Registry:

Commercial companies with limited liability:

- Private limited liability company: **Société à Responsabilité Limitée (SARL)**
- Public limited or stock company: **Société Anonyme (SA)**; and

Commercial companies with unlimited liability:

- general partnership ("société en nom collectif – SNC");
- limited partnership ("société en commandite simple – SCS");
- OHADA also edicts some provisions governing joint ventures ("société en participation"); and
- facto partnership ("société de fait"), although both are not eligible for the registration at the Commercial Registry and do not have a legal existence in the strict sense.

Commercial companies with limited liability are the most commonly used company in the case of large investments, the SA notably. This note will focus below on the legal regime applicable to this type of company.

A minimum share capital of CFAF 10 million and CFAF 100 million in the case of a public offering is required.

The SA may be managed in two ways depending on its size, either by a managing director when there is a maximum of three 3 shareholders or by a board of directors when there are two (2) or more shareholders.

A sole Managing Director (MD) acting as chief executive officer running the company, taking all the day-to-day decisions on his own. Major decisions such as approval of the accounts or amendments of the Articles are also taken directly or ratified by this sole shareholder.

A Board of Directors is presided over by a Chairman who may have a casting vote.

The Board of Directors shall have a minimum 3 members and a maximum of 12 members. Two out of three members of the Board shall be shareholders of the company. The Board's decisions are taken during board meetings. The Board can be assisted by a General Manager for day-to-day decisions which do not require a board meeting. The Chairman of the Board can act as such General Manager or the General Manager can be a separate individual. Major decisions shall be ratified or directly taken in shareholders' meeting.

## FOREIGN INVESTMENT REGIME

Mining activities are not governed by the general provisions of the Investment Code enacted by the Law No. 004/2002 dated 21 February 2002.

According to Article 3 of this Code, though the Investment Code is not applicable to the mines and hydrocarbons sector, investors in the mining sector are required to lodge a copy of their investment file with the National Agency for the Promotion of Investments *(Agence Nationale pour la Promotion des Investissements, ANAPI)*.

Investments in the mining sector are governed by the MC and the MR.

### Import rules

According to the MC, the import of goods and products strictly for mining use, by the holder of the mining title, his affiliates and sub-contractors, benefit from the preferential regime, with import duties ranging between rates of 2% – 5% for the various phases of the project. Fuel, lubricants, reagents and consumer goods are subject to a single import duty of 3% throughout the duration of the project.

Before the commencement of work, the holder must submit a list including the number and value of all movable property, equipment, vehicles or mineral substances and other inputs expected to be imported. The list must be approved by a joint Decree issued by the Ministries of Mining and Finance, within 30 working days following the date of receipt of the letter of application for approval by the Ministry of Mining and the copy by the Minister of Finance.

The personal belongings of expatriate employees employed by the holder in connection with the project are exempt from import taxes and duties in accordance with customs legislation.

### Export rules

A Ministerial Decree dated 5 April 2013 bans the export of copper concentrates and cobalt concentrates as well as merchant mining products that have humidity exceeding 25%. As it is a controversial decree with no date of entering into force, it will possibly be blocked, postponed or amended. If it is enforced, the mining sector, mining operators and the climate of investment in the DRC will be adversely affected.

### Foreign exchange rules

The foreign exchange regime for mining activity in the DRC is governed by the MC.

The holder of a mining right benefits from the freedom to convert capital contributions and funds in the DRC at the best exchange rate offered by the authorized banks on a daily basis.

The holder is also authorized, after paying taxes and charges, transfer of revenue, current transfers and transfers of movement of capital, to make various numbers of payments and acquisitions in favour of non-residents, such as the payment of fees or commission of services rendered abroad and the payment of royalties and dividends.

In addition, foreign personnel residing in the National Territory, employed by the holder of a mining title, are guaranteed the free conversion and transfer of all or part of the amounts owed to them, provided that the interested parties have paid their taxes and various charges in accordance with the general legislation of the DRC. All such transfers of required funds must be undertaken through an approved bank under the condition that an exchange document is signed.

The holder who exports authorized mining products is obliged to open and manage what is called a "Main Account" with a foreign bank for the handling of funds that he is authorized to keep abroad.

The holders who exports commercial mining products must avail his main account for the servicing of foreign debt, receipts from his export sales up to a limit of 60%. The holder must also repatriate into his main national account held in the DRC, 40% of the receipts from exports within 15 days of receipt of these funds in the Main Account held abroad.

The holder must pay the Central Bank of the DRC exchange control duties of 2/1000 on any payment abroad made by the approved bank account(s) from banks in the DRC both for revenue and for expenses, with the exception of the repatriation receipts originating from the main account and any debit or credit transactions made from his main account, and transfers made for the servicing of foreign debt.

**Bilateral investment treaties**

The DRC has signed bilateral investment treaties (BIT) with the United States, the United Kingdom, Egypt, France, Guinea, Germany, Italy, Switzerland, Korea, South Africa and Benelux.

Each of these treaties provides for various investment protections to foreign investors.

## EMPLOYMENT LAW

Employment law in the DRC is governed by the Employment Code enacted by Law n° 015/2002 dated 16 October 2002, which is under revision.

The Employment Code governs work relationships between employees and companies operating on the DRC's territory.

**Practical formalities**

All individuals or corporate bodies seeking to carry out an activity which requires the hiring of employees must make a declaration to the Employment Inspection bureau (Inspection du travail) and to the National Office for Employment (Office National de l'Emploi) 15 days prior to the commencement of the activity.

In the same way, when a new employee is hired, any employer must make a declaration concerning each employee to the National Office for Employment (Office National de l'Emploi) within 48 hours.

**Employment contract**

The employment contract is either permanent or for a fixed-term duration.

A fixed term contract may not exceed 2 years. No employee may conclude more than 2 fixed term contracts with the same company nor renew his contract more than 1 time (except for certain work listed by decree of the Minister of Labour). A fixed term contract may not be terminated before it reaches its term, except in the event of gross misconduct ("faute lourde").

Any employment contract, either fixed or permanent, may contain a probationary period which cannot exceed 6 months, and in the case of manual labourers without specialised skills, the probationary period is fixed at 1 month.

The termination of a permanent employment contract by the employer is conditioned by a valid reason (concerning the aptitude or the conduct of the employee, or the necessities of the functioning of the company) and a prior written notice of a minimum of 14 working days (increased by 7 days for each working year), except in the event of dismissal due to gross misconduct.

The statutory working week is 45 hours.

**Employees' representation**

Employees' representatives must be elected in all companies employing more than 20 employees.

Employees with similar or connected jobs may freely form a trade union.

*Collective Bargaining agreements (CBA)*

No specific CBAs exist for the mining sector. The National Inter-professional Bargaining Agreements is commonly used in the mining sector and others.

**TAX REGIME**

The taxation regime applicable to the permit holder is governed by the MC and the general tax code applicable in the DRC, and it subjects the permit holder to both general and specific taxes. The holder may also benefit from tax exemptions or specific provisions according to the MC. Moreover, some taxes, in particular the corporate tax, may be arranged in a way favourable to the permit holder as provided in the MC.

According to the MC, an operating mining company is liable for the below mentioned taxes.

**Mining Royalties**

The holder of a mining exploitation title is liable for mining royalties which are calculated on the basis of the amount of sales minus the costs of transport, analysis concerning the quality control of the commercial product for sale, insurance, and costs relating to the sale transaction.

The holder is liable for these royalties on all commercial products as of the effective date the exploitation begins.

Royalty's rates are set as follows:

– 0.5% for iron or ferrous metals;

– 2% for non-ferrous metals;

– 2.5% for precious metals;

– 4% for precious stones;

– 1% for industrial minerals, solid hydrocarbons and other substances not specified; and

– 0% for standard construction materials.

*Income Tax*

The holder is legally liable for:

- business tax on salaries payable by the employees at the general rate;
- tax on lease income in accordance with the provisions of substantive law;
- tax on investment income, in accordance with the general rules of DRC law, except for:
- interest paid by the holder concerning loans in foreign currency which are exempt;
- dividends and other distributions paid by the holder to his shareholders which are subject to tax at the rate of 10%.

*Tax on profits*

The holder is liable for tax on profits at the rate of 30%.

*Value Added Tax*

The holder is liable for Value Added Tax ("VAT") on sales made and services rendered on the National Territory.

General rate: 16%. Less than 16% for some products listed by the VAT legislation.

*Exceptional Tax on the remuneration of expatriates*

The holder is liable for the exceptional tax on expatriate remuneration at the rate of 10% determined in terms of the salaries generated by the work carried out or the position held by the expatriate employee in the DRC, and deductible from the taxable base of the tax on profits.

*Other tax*

**Property tax:** The holder is liable for property tax only on the properties for which tax on the surface area of mining and hydrocarbons concessions is not due.

**Tax on Vehicles:** The holder is liable for taxes on vehicles. However, taxes on vehicles are not payable on vehicles used for transporting people or materials, vehicles used for handling or traction, which are used exclusively within the mining project area.

**Tax on the surface area of the mining and hydrocarbons concessions:** The holder of an Exploration Licence is liable for a tax on the surface area of the mining concession.

**Special road tax:** The holder is liable for special road tax.

*Tax treaties*

DRC has signed tax treaties with South Africa, Switzerland, United Kingdom and the Republic of Zimbabwe. However, these tax treaties have either not come into force or have a very limited or specific scope.

**ZAMBIA**

**INTRODUCTION**

The Zambian legal system is based on the common law tradition. Most of its private and public law has followed the English legal system or have been heavily influenced by it. Zambian civil procedure is influenced by English law and is reliant upon many of the English civil procedures and practices.

Zambia's mining industry is principally regulated by the Government of Zambia through the Mines and Minerals Development Act No. 7 of 2008 (the "**Mines Act**") which repealed and replaced the Mines and Minerals Act Chapter 213 of the Laws of Zambia ("**Mines and Minerals Act**"). The Mines Act established the office of the Director of Mines, who generally supervises and regulates the proper and effectual carrying out of the provisions of the Mines Act. The Director of Mines is responsible for issuing and renewing large and small-scale mining licenses and plays a general supervisory role. The Mines Act also establishes the office of the Director of Geological Survey, who is generally responsible for issuing

and renewing prospecting licenses and prospecting permits. Matters relating to mine safety are supervised by a Director of Mines Safety. The Mines Act also established a Mining Advisory Committee (MAC), which advises the Minister of Mines, Energy and Water Development ("**Minister**"), the Director of Mines and the Director of Geological Survey in relation to matters prescribed by or under the Mines Act.

The principal laws regulating the mining industry are the Mines Act and the Environmental Management Act No. 12 of 2011 (the "**Environment Act**"). The primary regulatory body for the mining sector is the Ministry of Mines, Energy and Water Development (the "**Ministry**"). The Ministry has several departments that supervise activities within the sector. The Environment Act on the other hand, is administered by the Zambia Environmental Management Agency ("**ZEMA**").

All rights of ownership in searching for, mining and disposing minerals wheresoever located in Zambia are vested in the President of Zambia ("**President**") on behalf of Zambia. Any right, title or interest which any person may possess in or over the soil in, on or under which minerals are found is subject to the authority of the President.

**GENERAL**

Rights of prospecting for mining and disposing of minerals are acquired and held under or in accordance with the Mines Act. It is prohibited for a person to prospect for minerals or carry on mining operations or mineral processing operations except under the authority of a mining right or mineral processing licence granted under this Act.

The following mining rights are granted under the Mines Act;

(a) A prospecting licence;

(b) A large-scale mining licence;

(c) A large-scale gemstone licence;

(d) A prospecting permit;

(e) A small-scale mining licence; and

(f) An artisans mining right.

The non-mining rights that may be granted are a mineral processing licence and a gemstone sales certificate.

Mining rights and non-mining rights are acquired upon application in the prescribed form and following payment of a prescribed fee by either an individual or a company. Rights are granted on a first-come, first-serve basis to any applicant who is eligible to hold a mining right.

A mining right or non-mining right shall not be granted to an individual who;

(a) is under the age of 18 years;

(b) becomes an undischarged bankrupt, having been adjudged or otherwise declared bankrupt under any written law, or enters into any agreement or scheme of composition with creditors, or takes advantage of any legal process for the relief of bankrupt or insolvent debtors; or

(c) has been convicted, within the previous ten years, of an offense involving fraud or dishonesty, or of any offence under the Mines Act or any other law within or outside Zambia, and been sentenced therefore to imprisonment without the option of a fine or to a fine exceeding KR9,000 (equivalent of approximately US$1,676.45).

A mining right or non-mining right cannot be granted to or held by a company:

(a) which is in liquidation, other than liquidation which forms part of a scheme for the reconstruction of the company or for its amalgamation with another company;

(b) unless the company is incorporated under the Companies Act of Zambia;

(c) which has not established an office in Zambia; or

(d) which has among its directors or shareholders any person who would be disqualified as an individual in terms of (b) and (c) above namely an undischarged bankrupt or convict.

A holder of a mining right or mineral processing licence shall maintain an office in Zambia to which communications may be sent and shall give notice to the Director, the Director of Mines Safety and the Director of Geological Survey of that address and of any changes of that address. The use by a holder of an office of a consultant or other agent of the holder for any purpose related to the requirements of the Mines Act shall not be considered as an office.

**REGULATION OF EXPLORATION**

A person may only prospect for minerals upon obtaining a large-scale prospecting license or small-scale prospecting permit which grant the right of exclusive exploration for various minerals as indicated on the license or permit within the prospecting area.

Any document or transaction purporting to grant a mining right to any person not entitled to hold the right shall be void and of no effect.

A prospecting permit, small-scale mining license, small-scale gemstone license and an artisan's mining right cannot be granted to a person who is not a citizen of Zambia or a company which is not a citizen-owned company. A "citizen-owned company" is defined as being a company in which at least 51% of its equity is owned by Zambian citizens and in which Zambian citizens have significant control of the management of the company.

A prospecting permit cannot be granted over an area in excess of 300 cadastre units. A cadastre unit means a quadrilateral formed by the intersection of meridians and parallels with a distance equal to six sexagesimal seconds and that covers an average planimetric surface of three point three four zero hectares. We understand from inquiries at the Ministry that is approximately 10 sq km) on the other hand, a person and in the case of a company or its subsidiaries shall not hold large-scale prospecting licenses whose accumulated total area of more than 149,700 cadastre units (approximately 4,990 sq km).

Further, the holder of a prospecting license is obliged by statute to comply with the following statutory requirements which are conditions attached to the license:

(a) commence prospecting operations within 90 days, or such further period as the Director of Geological Survey may allow, after the date of the grant of the license;

(b) give notice to the Director of Geological Survey of the discovery of any mineral deposit of possible commercial value within 30 days of the discovery;

(c) expend on prospecting operations not less than the amount prescribed or required by the terms and conditions of the license to he so expended;

(d) carry on prospecting operations in accordance with the program of prospecting operations;

(e) notify the Director of Geological Survey of the discovery of the mineral to which the prospecting license relates within a period of 30 days of such discovery;

(f) backfill or otherwise make safe any excavation made during the course of the prospecting operations, as the Director of Geological Survey may specify;

(g) permanently preserve and safeguard any borehole in a manner directed by the Director of Geological Survey, and to surrender to government without compensation, the drill cores, mineral samples, the boreholes and any water rights in respect therefore, on termination;

(h) unless the Director of Geological Survey stipulates otherwise, remove within 60 days of the expiry of the prospecting license, any camp, temporary buildings or machinery installed or erected, or make good any damage occasioned to the ground on account of such removal;

(i) a holder of a prospecting licence shall keep and preserve such records as the Minister may prescribe relating to the protection of the environment;

(j) subject to the conditions of the prospecting licence and the approval of the Director of Geological Survey, expend on prospecting, in accordance with the prospecting programme, not less than the amount specified in the prospecting licence;

(k) submit to the Director of Geological Survey, at least quarterly, reports containing the information required under the licence and the Act.

(l) a holder of a prospecting licence shall keep full and accurate records of the prospecting operations which should indicate:

(i) the boreholes drilled;

(ii) the strata penetrated with detailed logs of such strata;

(iii) the minerals discovered;

(iv) the results of any seismic survey or geo-chemical, geophysical and remote sensing data analysis;

(v) the result of any analysis or identification of minerals removed;

(vi) the geological interpretations of records maintained on the above matters;

(vii) the number of persons employed by the individual or company;

(viii) any other prospecting work;

(ix) the costs incurred; and

(x) such other matters as may be prescribed by the Minister in a Statutory Instrument.

Further, the holder of a prospecting permit shall furnish at least once in every three (3) months, digital and hardcopies of the records to the Director, Director of Geological Survey and Director of Mines Safety.

A person who:

(a) fails to keep any record or information required to be kept as required in (l) above;

(b) fails to supply any record or mineral samples to the Director of Mines, Director of Geological Survey and Director of Mines Safety in accordance with (l) above; or

(c) supplies any false or misleading record or information;

commits an offence and is liable, upon conviction, to a fine not exceeding two hundred thousand penalty units (KR36,000) (approximately US$6,700) or to imprisonment for a period not exceeding two years, or to both.

The Mines and Minerals Development (General) Regulations, 2008 ("**Mines Regulations**") requires the holder of a licence or mining right, subject to the direction of the Mining Cadastre Officer, at the holders own cost, to obtain or update the perimeter beacons data and obtain a pegging certificate in a prescribed form.

The Mines and Minerals Development (General) (Amendment) Regulations 2013 passed on 8th February 2013 ("**SI 17 of 2013**") provide for annual prospecting expenditures set out in the sixth schedule to the regulations. A holder of a mining right shall submit annual prospecting expenditure statements accompanied by copies of the relevant transaction documents to the Director of Geological Survey. Further, holders of mining rights are also required to pay area charges on or before the anniversary of the grant of the mining right.

It is an offence to fail to expend the minimum annual prospecting expenditure and the licence holder is liable on conviction to a fine equal to the difference between the minimum annual prospecting expenditure and the amount actually expended on prospecting operations in that year if less than five hundred thousand penalty units (KR90,000) (approximately US$16,766) or a fine of five hundred thousand penalty units (KR90,000) (approximately US$16,766) if the difference between the minimum annual prospecting expenditure and the amount actually expended on prospecting operations in that year exceeds the equivalent of five hundred thousand penalty units (KR90,000) (approximately US$16,766).

A holder of a prospecting licence who defaults on payment of the prescribed area charges commits an offence and is liable on conviction to a fine of fifteen thousand penalty units (KR2,700) (approximately US$500) for each day that the holder is in default.

In addition to the penalties above, the Mines Act provides that a mining right or a non-mining right can be cancelled or suspended where the holder fails to comply with any requirement of the Mines Act or contravenes a condition of the mining right or non-mining right. The grounds on which a mining right and a non-mining right can be cancelled or suspended are discussed below.

**Duration and tenure**

Large-scale prospecting licenses and small-scale prospecting permits are granted for periods of two years and five years respectively. While small-scale prospecting permits are non-renewable, large-scale prospecting licenses may be renewed for a further period of two years but the total maximum period shall not exceed seven (7) years.

A holder of a prospecting licence may, not later than three months before the expiry of the prospecting licence, apply to the Director of Geological Survey for the renewal of the licence in the prescribed manner and form upon payment of the prescribed fee. The Director of Geological Survey shall renew a prospecting licence for such period, not exceeding two years where the holder of the licence:

(a) is not in breach of any condition of the licence or any provision of the Mines Act;

(b) undertakes to carry out during the renewal period an adequate programme of prospecting operations; and

(c) relinquishes at least fifty per centum of the initial prospecting area on the first renewal and at least fifty per centum of the balance on the second renewal.

The Director of Geological Survey may, where the Director of Geological Survey considers it necessary for the completion of a feasibility study commenced by a holder of a prospecting licence into the prospects for recovery of any mineral deposit and its commenced significance, renew the prospecting licence for a further period but not exceeding one year.

In the event that the holder of a large-scale prospecting license applies for a mining license over a prospecting area, the prospecting license continues to be effective until the date of renewal of the prospecting license or grant of the mining license, or the date on which such application is refused.

**Transfer of licence and change of control**

A holder of a prospecting license who intends to transfer a large-scale prospecting license or any interest therein is required to notify the Minister, not less than thirty days before the intended transfer.

The holder of a prospecting license is required to provide in the notification to the Minister, details regarding the transferee as would be required in the case of an application for a prospecting licence and the transferee is required to complete an application for a mining right as if the proposed transferee were applying for a mining right. Recent amendments to the Mines Act and the Property Transfer Tax Act chapter 340 of the Laws of Zambia ("**PTT Act**") requires the payment of property transfer tax on the transfer of a mining right or an interest therein. The rate of tax is ten percent (10%) of the realized value of the mining right. The receipt of payment of the property transfer tax and a tax clearance certificate is now required to be submitted with the application for transfer.

Where the Minister is satisfied that the proposed transferee is not disqualified from holding a prospecting license under the Mines Act, the Minister may approve the transfer of the large-scale prospecting license and notify the applicant accordingly. Upon transfer of a prospecting license, the transferee assumes and becomes responsible for all the rights, liabilities and duties of the transferor under the prospecting license for the unexpired period of the license.

A holder of a small-scale prospecting permit who intends to transfer, assign, encumber or deal with the permit in any manner, is required to apply to the Director of Geological Survey for approval therefore, providing prescribed particulars concerning the proposed transferee, assignee, or other party concerned.

If the application and proposed transferee meet the requirements of the Mines Act, the Director of Geological Survey may grant approval for the transfer, assignment, encumbrance or other dealing with the exploration permit for the unexpired period of the permit.

Decisions regarding the transfer of licenses or an interest therein must be referred to MAC for its advice prior to the transfer by the Minister, Director of Mines or Director of Geological Survey.

The transfer of a mining right or a change of control may also require approval of the Competition and Consumer Protection Commission ("**CCPC**") where thresholds under the Competition and Consumer Protection Act No 24 of 2010 ("**Competition Act**") are satisfied.

Consents may also be required for public companies that hold mining licences and in which the Government has an interest. This is discussed under Regulation of Mining Operations below.

**REGULATION OF MINING OPERATIONS**

Mining operations can only be undertaken under the authority of a large or small-scale mining license granted pursuant to the Mines Act.

Mining rights are granted on a first-come, first-served basis following successful application by a holder of a prospecting license and following payment of a prescribed fee.

A mining license grants wide and exclusive rights to mine, exploit and dispose of various minerals in a mining area as indicated on the license. The area covered by a large-scale mining license cannot exceed 7,485 cadastre units (approximately 250 sq km).

A holder of a large-scale mining license is required to comply with the following statutory obligations:

(a) develop the mining area and carry on mining operations with due diligence and in compliance with the holder's program of mining operations and environmental management plan;

(b) take all reasonable measures on or under the surface to mine the mineral to which the license relates;

(c) implement the local business development proposals attached to the license;

(d) employ and train citizens of Zambia in accordance with the proposals attached to the license;

(e) to comply with the proposed forecast of capital investment attached to the license; and

(f) demarcate the mining area and keep it demarcated in the prescribed manner;

Further, a holder of a mining licence shall maintain at the holder's office:

(a) complete and accurate technical records of the operations in the mining area;

(b) copies of all maps and geological reports, including interpretations, mineral analysis, aerial photographs, core logs, analysis and test results obtained and compiled by the holder in respect of the mining area;

(c) drill cores in respect of the mining area;

(d) accurate financial records of the operations in the mining area and such other books of account and financial records as the Director of Mines may require; and

(e) where the holder is engaged in any other activity not connected with the operations under the mining license, separate books of account from the operations under the license.

A holder of a mining right shall:

(a) permit an authorized officer at any time to inspect the books and records maintained in pursuance of s30(2)(a) of the Mines Act and deliver to the Director of Mines, without charge, copies of any part of the books and records as the Director of Mines may require;

(b) keep and preserve, as the Minister may prescribe, records in relation to the protection of the environment;

(c) submit to the Director of Mines such reports, records and other information as the Director may require concerning the conduct of the operations in the mining area; and

(d) furnish the Director of Mines with a copy of the annual audited financial statements within three months of the end of the financial year showing the profit or loss for the year and the state of the financial affairs of the holder at the end of each financial year.

A person who:

(a) fails to keep any record or information required to be kept under section 30 (2) of the Mines Act;

(b) fails to supply any record to the Director in accordance with section 30 (2) of the Mines Act; and

(c) supplies any false or misleading record or information;

commits an offence and is liable, upon conviction, to a fine not exceeding two hundred thousand penalty units (KR36,000) (approximately US$6,700) or to imprisonment for a period not exceeding two years, or to both. The Mines Regulations require the holder of a licence or mining right, subject to the direction of the Mining Cadastre Officer, at the holders own cost, to obtain or update the perimeter beacons data and obtain a pegging certificate in a prescribed form.

SI 17 of 2013 has introduced further obligations on holders of mining rights which are discussed above. In addition, the holder of a mining licence or mineral processing licence shall submit to the Director of Mines not later than the 28th February in each year, a report on the operations carried out in the mining area and operations ancillary thereto during the previous year. The report should include:

(a) tonnage, type and grade of ore mined and its source;

(b) tonnages and grade of ore depleted from or added to reserves or moved from one category of ore reserve to another;

(c) a report on exploration work carried out within the mining area;

(d) the total footages of primary development, secondary development and exploratory drilling completed;

(e) calculations showing the ore recovery and waste dilution factors;

(f) the recovery percentages and efficiency of all mining and metallurgical processes and a metallurgical balance sheet showing the disposition of all metal and mineral products depleted from the ore reserves;

(g) a brief report on any research projects or major technical investigations carried out and results to date;

(h) operating cost sheet showing in detail the average cost of production expressed in cost per tonne of ore mined and treated and cost per unit of finished product;

(i) statement of work carried out on capital projects and expenditure thereon;

(j) quantities and grade of end products produced, quantities sold locally or exported and average selling prices;

(k) average number of employees broken into number and category of Zambian citizens and expatriates employed during the previous year;

(l) the holders compliance with the approved local business development programme; and

(m) a brief report on training carried out.

The holder of a mining licence or mineral processing licence shall submit to the Director of Mines not later than the last day of November in each year, a programme of operations in respect of the mining area for the ensuing year. The programme referred to in sub-regulation (1) shall include:

(a) an estimate of the tonnages and grades of ore or other material that will be mined or reclaimed and treated and their source;

(b) an estimate of primary and secondary development and exploratory drilling planned for the year;

(c) an estimate of the quantities of mineral products which will be produced, estimated average operating costs and anticipated selling prices for the year;

(d) details and estimated costs of any capital projects to be undertaken;

(e) a forecast of any changes anticipated in the mining methods, treatment processes or marketing arrangements;

(f) a statement of any research projects or major investigations to be carried out;

(g) the estimated number of staff and labour requirements, stating the number of and category of Zambians and expatriates to be employed;

(h) a brief preview of the training programme for the year; and

(i) a brief preview of the local business development programme for the year.

A small-scale license may be upgraded to a large-scale mining license at the discretion of the Minister.

**Duration and tenure**

Large-scale and small-scale mining licenses are granted for a term not exceeding twenty-five years and ten years respectively, and are renewable for similar terms. An application for renewal of a large scale mining licence must be made at any time not later than one year before the expiry of the licence while renewal of a small scale mining licence must be at least six days before expiry.

A holder of a large-scale mining licence may, at any time not later than one year before the expiry of the licence, apply to the Director of Mines for the renewal of the licence in respect of all or any part of the mining area. An application for renewal is made to the Director of Mines in the prescribed manner and form upon payment of the prescribed fee.

An application for renewal should include:

(a) a statement of the period, not exceeding twenty five years, for which the renewal is sought;

(b) details of–

- the latest proved, estimated and inferred ore reserves;
- the capital investment to be made in, and production costs and revenue forecasts in respect of, the period of renewal;
- any expected changes in methods of mining and treatment; and
- any expected increase or reduction in mining activities and the estimated life of the mine;

(c) a proposed programme of mining operations for the period of renewal; and

(d) where the renewal is sought in respect of part only of the mining area, a plan identifying that part.

The Director of Mines shall, where an application for renewal of a large-scale mining licence meets the requirements of the Mines Act, renew the large scale mining licence for a period not exceeding twenty five years. The renewal may be with or without a variation of the conditions of the licence.

An application for renewal of a large scale mining licence will be rejected where:

(a) the development of the mining area has not proceeded with reasonable diligence;

(b) minerals in workable quantities do not remain to be produced;

(c) the programme of the intended mining operations will not ensure the proper conservation and use in the national interest of the mineral resources in the mining area; or

(d) the applicant is in breach of any condition of the licence or any provision of the Mines Act.

The Director of Mines shall not reject an application on any ground referred to in paragraph (a) above, unless the Director of Mines has given the applicant the details of the default and the applicant has failed to remedy the default within three months of the notification. Similarly, he shall not reject an application under paragraph (b) above unless the Director of Mines has given the applicant an opportunity to make written representations thereon. Lastly, the Director of Mines shall not reject an application under paragraph (c) above unless the Director has notified the applicant and the applicant has failed to propose amendments to the proposed programme of mining operations within three months of the notification.

The period of renewal of a large-scale mining licence shall be such period, not exceeding twenty-five years, as is reasonably required to carry out the mining programme. The Director of Mines shall, on the renewal of a licence, attach to the licence the approved programme of mining operations to be carried out in the period of renewal.

A Holder of a mining right other than a holder of a prospecting licence or a prospecting permit or mineral processing licence shall apply to the Director of Mines Safety for an annual operating permit in the prescribed manner and form upon payment of the prescribed fee. The application will be granted where the application meets the requirements of the Mines Act and will be rejected if the holder of the mining right is in breach of any condition of the mining right or any provision of the Mines Act.

A mining right holder who conducts mining or mineral processing operations without an annual operating permit commits an offence and is liable, upon conviction to a fine of one million penalty units (KR18,000) (approximately US$33,532).

**Transfer of licence and Change of Control**

A large-scale mining license or any interest therein may not be transferred, assigned, encumbered or dealt with in any other manner without the approval of the Director of Mines.

If a license holder wishes to transfer, assign, encumber or deal in any manner with a large-scale mining license, the license holder is required to apply to the Minister giving prescribed particulars concerning the proposed transferee, assignee, or other party concerned. However, the right or interest transferred is only for the unexpired period of the license.

Recent amendments to the Mines Act and the PTT Act require the payment of property transfer tax on the transfer of a mining right or an interest therein. The rate of tax is ten percent (10%) of the realized value of the mining right. This tax has to be paid and a tax clearance certificate obtained so that these documents are submitted with the application to transfer.

Where an application and proposed transferee meet the requirements of the Mines Act, the Minister is required to grant approval to the transfer, assignment, encumbrance or other dealing with the large-scale mining license or interest therein.

A small-scale mining license or any interest therein may not be transferred, assigned, encumbered or dealt with in any other manner without the approval of the Director of Mines, to whom an application to transfer the license should be made giving the prescribed particulars concerning the proposed transferee, assignee, or other party concerned.

This tax has to be paid and a tax clearance certificate obtained so that these documents are submitted with the application to transfer.

Where an application and transferee meet the requirements of the Mines Act, the Director should grant approval to the transfer, assignment, encumbrance or other dealing with the small-scale mining license or interest therein for the unexpired period of the license.

Decisions regarding the transfer of licenses or an interest therein must be referred to MAC for its advice prior to the transfer by the Minister, Director of Mines or Director of Geological Survey.

The transfer of a mining right or a change of control may also require approval of the CCPC where thresholds under the Competition Act are satisfied.

Public Companies whose shares are registered under the Securities Act, Chapter 354 of the Law of Zambia ("**Securities Act**") are also regulated by the Securities Act. Takeovers or Substantial requisitions of Companies regulated by the Securities Act must be undertaken in accordance with the Securities (Takeovers and Mergers) Rules (the "**Takeover Rules**") issued pursuant to the Securities Act.

The Takeover Rules set an acquisition threshold of 35 percent of the voting rights of a company as the trigger for a mandatory offer. The person acquiring shares in the company must make a 35% mandatory offer to the other shareholders unless an exemption is obtained from the Securities and Exchange Commission. Prior to obtaining the SEC waiver, SEC will need to be satisfied that minority shareholders would not be interested in exercising their rights under the mandatory offer requirements. Fees are payable for an application for authorisation or waiver. Further the involvement of a stock exchange and a stockbroker may be required which entails additional fees.

In terms of section 36 of the Securities Act, dealings in securities must be done through a securities exchange such as the Lusaka Exchange ("Luse"). A notification shall be filed to Luse where any dealings in securities occur and fees to Luse and a broker shall also be paid.

## PRE-EMPTION RIGHTS

The State does not have pre-emption rights over areas that are subject to a mining right.

Therefore, as long as a person obtains the necessary consent from the Ministry, they are free to transfer, assign, encumber or deal with their mining rights in any other manner they deem fit, subject to the requisite regulatory approvals.

## ENVIRONMENT

### Regulatory Framework

Environmental protection is governed by the Environment Act which repealed the Environmental Protection and Pollution Control Act Chapter 204 of the Laws of Zambia (the "**Repealed Act**"). The Environment Act provides for integrated environmental management and the protection and conservation and the sustainable management and use of natural resources.

The Environment Act also provides for the continued existence of the Environmental Council of Zambia ("**ECZ**") which was established under the Repealed Act and has since been renamed as the ZEMA which is mandated to among others, administer, monitor and enforce measures for the protection of the environment and the prevention of pollution under the Environment Act.

Any developer seeking to undertake any project that may have an effect on the environment is required to obtain the written approval of ZEMA. The implementation of such project must be in accordance with any conditions attached in granting such approval.

A developer seeking to undertake prospecting, exploration or mining operations is required to prepare and submit an environmental project brief.

Where ZEMA in consultation with the Ministry of Mines, is satisfied that a project is unlikely to have significant impact on the environment or that the project brief discloses sufficient mitigation measures, ZEMA will issue their approval subject to certain conditions, where applicable.

If, however, ZEMA considers that the project is likely to have an adverse impact on the environment, it may direct that an Environmental Impact Statement ("**EIA**") should be prepared by the developer. The EIA would be required, even if the developer is undertaking any project as part of a previously approved project. Failure to submit a project brief or EIA or to comply in any way constitutes an offense that is punishable either by way of fines or imprisonment. Mining and Mineral processing operations require an EIA.

The approved project brief forms the basis of the Environmental Management Plan. Holders of mining rights are, as a condition to the license, required to execute the environmental management plan and conduct mining operations only upon meeting the requirements of the Environment Act and obtaining an annual operating permit.

The holder of the mining right (meaning the entity in whose name a mining right is registered) is strictly liable for any harm or damage caused by mining operations and shall compensate any person whom the harm or damage is caused. Where any harm or damage is caused to the environment or biological diversity, compensation shall include the cost of reinstatement, rehabilitation or clean-up measures which are incurred and where applicable, the costs of preventative measures. Liability also attaches to the person who directly contributes to the act which results in the harm or damage where there is more than one person responsible for the harm or damage, liability is joint and several.

**Environmental Protection Fund**

It is a requirement under the Mines Act and a condition to the grant of a mining right for mining right holders to make cash contributions to the Environmental Protection Fund ("**EPF**") on an annual basis based on the results of an EPF audit undertaken every year.

The rehabilitation cost estimate is required to be lodged with the EPF as a cash contribution over a period of five (5) years.

There are certain concessions that may be granted against the lodgment of the full cash contribution. The concession applicable depends on the developer's environmental performance and classification. The concessions applicable are as follows:

(a) category 1 – 95% of the full rehabilitation cost;

(b) category 2 – 90% of the full rehabilitation cost; and

(c) category 3 – 80% of the full rehabilitation cost.

Instead of lodging the full assessed cost in cash over a period of five years, a mine developer is, depending on its performance, entitled to the concessions set out in (a) to (c) above such that only 5% in the case of category 1, 10% in the case of category 2 and 20% in the case of category 3, of the full assessed cost is payable in cash.

The table below sets out the cash contributions payable as result of the concessions:

| | Category 1 | Category 2 | Category 3 |
|---|---|---|---|
| Concession | 95% | 90% | 80% |
| Cash contribution (of which 20% is to be lodged every year over a period of 5 years) | 5% | 10% | 20% |

In order to grant a concession against lodgment of the full assessed cost in cash, the Ministry requires that mine developers lodge a bank guarantee or bond to secure the payment of the balance of the assessed cost (i.e. the concession amount). The concession amount may be secured by way of standby letters of credit or bank guarantee.

The amount payable in cash depends on the category under which the mine is classified. The developer is required to lodge 20% of the cash amount each year.

However, the cash contribution must be deposited with the EPF over a period of five years. In the case of new projects, the cash contributions must be lodged beginning from the year the mining operation is commissioned, while in the case of existing mines, upon the submission of an acceptable environmental management plan.

Proof of financial capability to complete the rehabilitation of the mining area is a pre-requisite for classification under category 3. Although new projects are generally supposed to be classified under category 3, they can upon demonstration of capability be rated as category 2.

Notwithstanding the establishment of the EPF, the responsibility of land rehabilitation works, mine closure works and the costs associated with such works rests with the mining company and not the Government. Rehabilitation works must be undertaken upon closure of the mine, the mining company is entitled to a refund from the EPF contributions less any monies owed to the Government.

The EPF is designed to protect the government against the risk of having to expend its own resources on the rehabilitation of a mining area in the event a holder of a milling license fails to do so. The EPF also serves as assurance to the Director of Mines Safety that a mining right holder will execute the environmental impact statement in line with the Environmental Management Plan.

## HEALTH AND SAFETY

In Zambia, matters relating to health and safety in the mines are regulated by the Mines Act and the Occupational Health and Safety Act No. 36 of 2010 (the "**OHS Act**"). The provisions of the Acts are supplemented by the provisions of Mining Amendment Regulations 1973 (the "**Mining Regulations**") which provide guidelines for officials and employees in the mining industry in respect of health and safety.

The regulatory bodies responsible for mine safety and health are the Occupational Health and Safety Institute established under the OHS Act and the Mines Safety Department under the Ministry Resources. These institutions administer, monitor and enforce measures relating to health and safety contained in the OHS Act and the Mines Act and the Mining Regulations.

Under the OHS Act, the mines are under a duty to ensure the health, safety and welfare of the employees and place and maintain employees in environments adapted to the employee's physical, physiological and psychological ability. A breach of the provisions of the OHS Act will attract a fine or a term of imprisonment.

In respect of the Mines Act and Mining Regulations, the Director of Mines or the Director of Geological Survey, in deciding whether or not to grant any mining right or mineral processing license, takes into account that there is no harm to human health. The grant of such mining right or mineral processing license is required to include such conditions as may be prescribed, by way of statutory instrument, in relation to the protection of human health.

The holder of the mining right (meaning the entity in whose name a mining right is registered) is strictly liable for any harm caused to human health by mining operations or mineral processing operations.. Liability also attaches to the person who directly contributes to the act which results in the harm or damage where there is more than one person responsible for the harm or damage, liability is joint and several.

## PROPERTY RIGHTS

### Expropriation

Under the Zambian Constitution, property of any description cannot be compulsorily acquired unless under the authority of an Act of the Parliament which provides for payment of adequate compensation. One exception to this provision allows for the possession or acquisition of any mineral, mineral oil or natural gas, or any right accruing by virtue of any title or license for the purpose of searching for or mining and mineral, mineral oil or natural gas. Where however, there is a failure to comply with any provision of the law relating to such title or license, the exercise of such rights or the development or exploitation of any mineral, such property may be compulsorily repossessed without payment of adequate compensation. The repossession must nevertheless be in accordance with the provisions of the Mines Act, failing which the repossession may be deemed unconstitutional and subject to challenge in the courts of law.

### Cancellation/suspension of a mining right

The Directors of Mines or Geological Survey may cancel a mining license on the grounds that the license holder:

(a) contravenes a condition of the mining right;

(b) fails to comply with any requirements of the Mines Act relating to the mining right;

(c) fails to comply with a direction lawfully given under the Mines Act;

(d) fails to comply with a condition on which any certificate of abandonment of the mining area is issued or on which any exemption or consent is given under the Mines Act;

(e) is convicted on account of safety, health or environmental matters;

(f) in the case of large-scale mining license, has failed to carry on mining operations in accordance with its proposed plan of mining operations and the gross proceeds of sale of minerals from the mining area in each of any three successive years are less than half of the deemed turnover applicable to that license in each of those years;

(g) is convicted for giving false information on recovery of ores and mineral products, production costs or sale; or

(f) is considered by the Director to be using wasteful mining practices and fails to cease such practices or remedy any damage causes thereby within the time specified by the Director.

The Director of Mines or Director of Geological Survey cannot cancel a mining right on any of the grounds in (a) to (c) above unless notice of default has been issued to the mining right holder and such mining right holder has failed to remedy the default following the expiration of a period of 60 days.

Before the Director of Mines or Director of Geological Survey can exercise his power to cancel or terminate a mining right, he is required to refer the matter to the MAC for consideration. The MAC is under the obligation to consult any person who is likely to be affected by the termination or cancellation of the license. Although the advice of the MAC is not binding, the Director of Mines or Director of Geological Survey must furnish MAC with a statement in writing where he proposes to deal with a matter otherwise than in accordance with MAC advice. A mining right holder aggrieved by the decision of the Director with respect to the cancellation of a mining right can appeal to the Minister and, subsequently, the High Court of Zambia. The Mines Act does not provide guidance as to the status of the mining right during the period that the appeal is pending determination nor the stage at which a mining license is finally deemed to be cancelled.

**Surface rights and access**

There is a distinction under Zambian law between a surface right and a mining right, which distinction may affect how a mining right is exercised.

Surface rights and mining rights are clearly distinct concepts administered under separate and distinct legal frameworks. Surface rights may only be granted under the Lands Act (the "**Lands Act**"), under which the term 'land' is defined to exclude any mining right as defined in the Mines Act and include any interest in land whether virgin, bare or with improvements. All land (as defined under the Lands Act) is vested perpetually in the President in trust for the people of Zambia who are generally granted a leasehold tenure of up to 99 years.

A mining right on the other hand, may only be granted under the Mines Act which vests all such rights in the President on behalf of the people of Zambia.

Where surface rights independent of the mining right pre-date the mining right, the mining right holder is entitled to exercise such rights with the consent of the surface right holder. The mining right may not be exercised on any land which is the site of, or which is within 180 meters of, any inhabited, occupied or temporarily uninhabited house or building unless the consent of the owner of such land is obtained.

In the event of the owner of such land unreasonably withholding consent to access the area as a result of which a dispute arises, the Director of Mines may require that the matter be settled by arbitration.

The surface right holder is entitled on demand, to fair and reasonable compensation from the mining right holder for any disturbance of such surface right referred to above and failure to pay such compensation by the mining right holder has to be referred to arbitration. A demand for compensation does not, however, entitle the surface right holder to prevent or hinder the exercise by the mining right holder of access to the area pending the determination of the compensation to be paid. A claim for compensation is statute barred if not made by the surface right holder within three years from the date such claim accrued.

The holder of a surface right or occupier thereof which is subject to a mining right can only retain, in a case where there is no building or structure on a pre-existing surface right, the following rights unless an access agreement between the mining right holder and the surface right holder provides otherwise:

(a) the right to use and access water;

(b) the right to graze stock; and

(c) the right to cultivate the surface of the land.

Such rights cannot, however, be exercised in such a way by the surface right holder that interferes with the proper working of the mining right and any buildings or structures on such surface right can only be erected by the surface right holder with the consent of the mining right holder. Where consent is unreasonably withheld, the Director of mines may grant the consent.

**Mineral exports, sales and processing**

In the case of a holder of a mining license, the right to undertake mineral processing is an incident of the right to carry on mining operations.

In the absence of a mining license, a person intending to undertake mineral processing must apply to the Director of Geological Survey for a mineral processing license. Once granted, the mineral processing license entitles its holder to exclusive rights to carry on mineral processing operations over the area covered by the license.

The sale of minerals recovered in the process of mining operations is a right incidental to a mining license. However, an export permit is required for all exports of minerals, ores or mineral products.

The government has the right to check actual volumes of minerals declared by mining companies before exportation.

## IMMIGRATION

Foreign employees working in the mining and other sectors in Zambia must hold a valid employment permit. Employment permit applications must be completed and approved before arrival into the country. Other permits of importance include a temporary employment permit, investors permit and business permit.

## INVESTMENT

Investment in Zambia is largely promoted by the Zambia Development Agency (the "**ZDA**") created pursuant to the Zambia Development Agency Act No. 6 of 2008 (the "**ZDA Act**"). There are various incentives available to investors who hold investment licenses, permits or certificates of registration issued by the ZDA under the ZDA Act.

Incentives under the ZDA Act are largely limited to priority products, priority sectors, rural enterprises and businesses operating in Multi-Facility Economic Zones, which do not include mining Notwithstanding the foregoing, an investor in the mining sector may in practice enter into an Investment Promotion and Protection Agreement ("**IPPA**") with the government, under which various incentives may be provided through the ZDA's declaration of its investment as an identified sector under the ZDA Act.

The ZDA board screens all investment applications for which incentives are requested and usually makes its decision within thirty (30) days of submission. Applicants have the right to appeal investment board decisions.

## TAX

Taxation in Zambia is governed by the Income Tax Act Chapter 323 of the Laws of Zambia ("**Income Tax Act**"), Customs and Excise Duty Act Chapter 322 of the Laws of Zambia ("**Customs Act**"), the PTT Act and the Value Added Tax Act, Chapter 331 of the Laws of Zambia ("**VAT Act**").

### Income Tax Act

Under the Income Tax Act, corporate tax on mining companies holding a large-scale mining license and carrying on mining of base metals is generally charged at 30% per annum. In addition to income tax, there is a variable profit tax payable which is intended to capture any windfall gains that may arise in the mining sector (and which replaced the windfall tax) payable at a rate not exceeding 15%. Companies that do not hold large-scale mining licenses and do not carry out mining activities are charged the usual corporate tax at 35% per annum. Withholding tax at a rate of 15% is also charged on dividends, rentals, royalties, bank interest, and management and consultancy fees. Withholding tax on payments to non-

residents of Management and Consultancy fees and payments to non-residents of royalties attracts withholding tax of 20%.

**Customs and Excise Duty Act**

Exportation of goods might attract export duty under the Customs Act, depending on the nature of goods. Exports of copper ore and concentrate attract export duty of 10%. Import duty and import value added tax is also payable on certain goods under the Customs Act.

**Value Added Tax Act**

Export of goods from Zambia is considered to be a zero-rated supply. The tax authorities may require evidence that the export of goods from Zambia is by or on behalf of a taxable supplier.

**Royalties**

Mineral royalties are payable at the rate of 6% of the gross value of industrial and energy minerals produced and 6% of the norm value of base metals produced. Mineral royalties for precious metals and gemstones is payable at the rate of 6% of norm value and gross value respectively.

**Tax relief**

Investment in mining and prospecting attract the following income tax deductions:

(a) capital expenditure allowances of 25% on plant, machinery and commercial vehicles, 20% on non-commercial vehicles, and 5% on industrial buildings;

(b) prospecting expenditure deductions, under special circumstances;

(c) mining expenditure deductions, under special circumstances;

(d) mining expenditure on a non-producing mine; and

(e) mining expenses incurred by a mine or irregular production close to the end of its life.

A holder of a mining right is exempt from customs and excise duties and VAT in respect of all machinery and equipment required for exploration or mining activities.

**Remission**

There is currently no restriction in respect of the amount of profits, dividends, or royalties that may be externalized by mining companies, although a withholding tax of 15% and 20% is levied as noted above.

Interest payments on debt made to mining companies are subject to thin capitalization rules and also transfer pricing rules where interest rates between related parties are not at arm's length. Previously, interest payments by mining companies to related parties such as inter company financing arrangements were not subject to transfer pricing rules under the Income Tax Act, Chapter 323 of the Laws of Zambia ("**Income Tax Act**"). The Minister of Finance and National Planning ("**Minister of finance**") in his 2013 budget announced the introduction of a provision to subject interest payments on debt made by mining companies to transfer pricing rules. This was effected by an amendment to the Income Tax Act. The Income Tax (Amendment) Act, 2012, which came into operation on 1st January 2013, repealed the restriction on the application of transfer pricing rules to interest payment by mining companies. This entails that mining companies are now subject to greater scrutiny of intercompany arrangements by the Zambia Revenue Authority ("**ZRA**") which under the transfer pricing rules has power to make an assessment on Income of a business engaged in related party transactions.

**Tax stability agreements**

Prior to the enactment of the Mines Act, investors were able to enter into Development Agreements with the Government under which concessions where provided generally in the form of suspensions or reductions of all applicable taxes and tax stability periods. Following the enactment of the Mines Act, however, the Development Agreements ceased to be binding on the Republic and the Minister could no longer enter into any agreement relating to the grant of mining rights. The Zambian Government is currently in discussions with previous holders of Development Agreements in order to resolve disputes precipitated by their abolishment.

**CURRENCY EXCHANGE, EXCHANGE CONTROLS AND REPATRIATION OF PROFITS**

Following the liberalization of Zambia's economy in the early 1990s, the Exchange Control Act and ancillary regulations were repealed in January 1994.

There is a restriction on 'over-the-counter' cash transactions of foreign currencies in bureau de changes, which limits such transactions to US$5,000 (or equivalent) per person per business day. This directive, however, does not affect normal bank transactions or transfers.

The regulatory environment regarding currency control is still developing. Previously there was no exchange control. The new Patriotic Front Government that came into office at the end of 2011 has demonstrated an intention to regulate the use of foreign currency in Zambia and to monitor foreign currency payments into and out of Zambia. The extent of the regulation of foreign currency is not known and the extent of regulation cannot be determined.

In May 2011 the Government issued Statutory Instrument No. 33 of 2012 ("**S.I. 33 of 2012**") which made it illegal to pay in foreign currency for domestic transactions. The statute was not clear and after clarification notes from the Bank of Zambia Statutory Instrument No. 78 of 2012 ("**S.I. 78 of 2012**") was passed which amended S.I. 33 of 2012. While clarifying what an international transaction was S.I. 78 of 2012 expressly made it illegal to set pricing for domestic transactions based on indexing to a foreign currency. This law may have an effect of the Target Company's ability to set its pricing linked to foreign currency when selling or buying from other Zambian registered companies.

More recently, the Bank of Zambia (Amendment) Act No 1 of 2013 ("**BOZ Act 2013**") was enacted. The BOZ Act 2013 provides that the Bank of Zambia may, to promote the efficient operation of the foreign exchange system, take measures to monitor:

(a) Foreign exchange inflows and other outflows and amounts remitted;

(b) Imports and exports of goods and other inflows and outflows;

(c) International transactions in services;

(d) International transfers to or from non-residents;

(e) Profits or dividends received in respect of investments abroad;

(f) Borrowings and trade credits from non-residents;

(g) Investment in the form of equity and debts securities abroad;

(h) Receipts of both principal and interest on loans to non-residents; and

(i) International money transfers into and out of Zambia.

In light of this, the Bank of Zambia (Monitoring of Balance of Payments) Regulations, 2013, (the "**Regulations**") have been enacted to provide for the implementation of measures to monitor the import and export of goods and services, financial capital and any financial transfers to and from Zambia. The Regulations have introduced the requirement that exporter, importer or foreign investor shall open and maintain a foreign currency denominated account with a financial service provider licensed under the Banking and Financial Services Act, ("**FSP**").

Foreign investors seeking to enjoy the incentives accorded to them under the Zambia Development Agency Act, 2006 (the "**ZDA Act**") are required to deposit their 'pledged capital' into the foreign currency account. However, what amounts to "pledged capital" is not defined under the Regulations or under the ZDA Act and as such clarification from Bank of Zambia ("**BOZ**") would be required as to what amount needs to be deposited.

The Regulations also cover transactions in respect of the import or export of goods or services whose value exceeds the equivalent of ten thousand dollars, With respect to imports, the Regulations require that importers open and maintain a foreign currency account with a FSP. The Regulations further require that any person that makes a foreign exchange payment for imported goods or services shall submit the import and remittance monitoring form to a FSP.

The import and remittance monitoring form shall contain a declaration that the funds sent abroad will have corresponding prescribed genuine support original documents will be made available to the FSP and the acquittal documents (e.g. customs clearance) will be availed the FSP within 60 days.

With respect to exports, the Regulations set out the requirement for exporters to remit the proceeds of exports into the foreign currency account within 60 days of the date of the shipment of any goods. Therefore, exporters will have to ensure that they receive payment for exports within 60 days of shipment and such proceeds are in the foreign currency account held with a FSP.

An exporter shall also be required to complete the export proceeds monitoring forms which contain a declaration that the foreign currency proceeds of the sale have been deposited or will be received within 60 days. However, it appears that the requirement to complete the export proceeds monitoring forms does not apply to the export of services as it appears to only relate to the export of goods.

The Regulations also provide that certain payments to a foreign bank account or non-resident person shall be processed through a FSP. With respect to the payment of dividends in foreign exchange, the Regulations require that the following documents are submitted to the FSP –

(a) a board resolution of the declaration of the dividend;

(b) a tax clearance certificate issued by the Zambia Revenue Authority in the name of the business paying the dividends;

(c) evidence of payment of applicable taxes on the dividends concerned;

(d) evidence of payment of corporate or income tax;

(e) where tax is zero-rated, whether under the provisions of any written law or agreement, or where withholding tax is exempt, a withholding tax exemption letter or dispensation in the nature of a "limited deduction direction" issued under the hand of the Commissioner-General; and

(f) audited accounts certified by an accountant registered with the Zambia Institute of Chartered Accountants.

Where the payment to foreign bank account or non-resident in foreign exchange is either a royalty, management fee, technical fee, commission or consultancy fee, such a payment will be required to be accompanied by the following documents:

(a) tax clearance certificate;

(b) an invoice in the name of the declared recipient of the funds;

(c) the agreement governing the payment of royalties or management fees;

(d) where tax is zero-rated or withholding tax is exempt, a withholding tax exemption letter or dispensation in the nature of a "limited deduction direction" issued under the hand of the Commissioner-General;

(e) evidence of payment of applicable taxes; and

(f) management or audited accounts certified by an accountant registered with the Zambia Institute of Chartered Accountants.

For payments relating to imports, including those eligible for capital allowance under the Income Tax Act, exceeding in value the amount of one hundred thousand United States Dollars or the equivalent in any foreign currency, an invoice or invoices in the name of the declared recipient of funds have to be made available to the FSP.

With respect to credit financing, the Regulations require that any person who obtains any foreign exchange loan or letter of credit from a non-resident lender shall report the borrowing to BOZ. The report to BOZ shall be supported by a repayment schedule and, in the case of an existing or proposed debt service remittance obligation, proof of a signed facility or loan agreement between the borrower and the lender.

In respect of foreign exchange denominated loan obligations contracted by a subsidiary from a parent company, shareholder, partner or affiliated entity, the subsidiary shall provide a FSP with a a signed facility, loan or similar agreement and shall disclose the rate of interest and tenure of the loan and the repayment schedule.

Further, a person who contracts a private external debt shall register the obligation with a FSP, and the FSP shall register the debt with the BOZ. Therefore, in addition to the report to be submitted to the BOZ in respect of the foreign exchange loan obligation, the loan should be registered with a FSP and BOZ.

Where the Regulations are breached, the person who contravenes any provision of the Regulations commits an offence and is liable, upon conviction, to a fine not exceeding one hundred thousand penalty units or to imprisonment for a period not exceeding ten years, or to both.

However, the regulations do not appear to introduce any foreign exchange restrictions.

## EMPLOYMENT

The Employment Act is the principal law governing employment in Zambia but there are specific laws governing various aspects of employment law, such as the Minimum Wages and Conditions of Employment Act which sets minimum conditions applicable to certain categories of employees, Industrial and Labor Relations Act, the Workers Compensation Act and the National Pension Scheme Act.

Zambia also applies common law principles and doctrines of equity to employment matters, subject to statutory law.

### Employment contracts

The terms of an employment contract are principally determined by the agreement of the parties, which must comply with the minimum terms and condition prescribed by statute.

The law recognizes oral and written contracts, as well as collective agreements in the case of unionized employees.

**Oral contracts**

Oral contracts, which include daily, weekly and monthly contracts, are recognized under the Employment Act Chapter 268 of the Laws of Zambia ("**Employment Act**") and may not exceed a period of six months. They may be terminated by either party through verbal or written notice, such notice period depending on the length of the contract. A party to an oral contract may also terminate the contract by payment of a sum equal to an employee's wages. Thus, for example, one month's salary would be paid in lieu of notice for a monthly contract.

All employers who engage employees on oral contracts are required by law to maintain a record of oral contracts for every employee employed under an oral contract. A record of contract is in a prescribed from and contains information including employees' name, sex, nationality, date of engagement and type of contract. Every record of oral contract shall be prepared in duplicate and a copy given to the employee. Failure to comply with these requirements is an offence. Further, where a dispute arises pertaining to the conditions of the oral contract, an employee's statement as to the nature of the terms and conditions shall be receivable as evidence of such terms and conditions where the employer fails to produce such a register.

**Written contracts**

Every contract exceeding a period of six months must be in writing and executed by the parties signing or affixing a thumb or fingerprint thereto. Contracts of Foreign Service and any contract for the performance of specific work which cannot be completed within six months are also required to be in writing.

A written contract must contain the full names of the employer and employee, the name of the business and place of engagement, date of engagement, date of commencement, wages payable under that contract, and the nature of employment. Written contracts can be terminated by expiry of the term, death of the employee, or in any other manner in which a contract may be lawfully terminated, for instance by giving notice of termination or payment of salary in lieu of notice.

Written contracts can either be for a fixed period or permanent, i.e. until an employee reaches retirement age.

**Minimum Wages and Conditions of Service**

There are categories of protected employees in Zambia under the Minimum Wages and Conditions of Service Act, Chapter 276 of the Laws of Zambia ("**Minimum Wages Act**"). The regulations issued under the Minimum Wages Act provide for minimum wages and conditions of service that an employer must comply with in relation to protected workers.

**Obligations of employers in relation to statutory deductions**

An employer is under an obligation to make deductions from the wages payable to employees in respect of pension contributions to the National Pension Scheme Authority ("**NAPSA**"). Under the National Pension Scheme Act (the "**NAPSA Act**"), every person, firm, institution or association registered as a taxpayer with employment contracts must register as a contributing employer.

Contributions must be accompanied by supporting documentation showing an employee's identity, length of employment and earnings. It is an offense under the NAPSA Act for an employer to fail to remit contributions to NAPSA, the penalty for which is a fine and/or imprisonment.

Similarly, employers have an obligation to subscribe to and make contributions to the Workers Compensation Fund, which was established to provide for the compensation of workers disabled by accidents occurring or diseases contracted in the course of employment, as well as to dependents of workers who die as a result thereof.

An employer may also deduct a reasonable amount from an employee's wages to cover any amount in repayment of a loan made by the employer to the employee or in such instances where loss of property has been occasioned by the employee's willful neglect.

**Union Membership**

Under the Industrial and Labor Relations Act, every employee has the right to be a member of a trade union within the sector, trade, undertaking, establishment or industry in which that employee is engaged.

Employees also have the right to take part in the activities of a trade union and are entitled to leave of absence for the purpose of attending union meetings, which should not be unreasonably withheld by the employer. The only employees exempted from union membership are members of the armed and security forces and judiciary.

According to the law, every person employing 25 or more employees eligible to be members of a trade union must register with the Commissioner of Labor within three months from the commencement of operations. Furthermore, it is the obligation of the employer to enter into a recognition agreement with a trade union within three months of registration with the Commissioner of Labor.

## SOUTH AFRICA

## INTRODUCTION

While South African mining law is not codified and a body of common law remains applicable, the industry is today largely regulated by the Mineral and Petroleum Resources Development Act 2002 ("**MPRDA**") which was promulgated by the South African legislature with the intention that it forms the base of a new regulatory framework for the industry. The MPRDA must be read with the Regulations made in terms of the MPRDA, published in 2004; the Broad-Based Socio-Economic Empowerment Charter for the South African Mining Industry ("**the Mining Charter**") published in 2004; the Amendment of the Broad-Based Socio-Economic Empowerment Charter for the South African Mining and Minerals Industry ("**the Amendment to the Charter**"); the Codes of Good Practice for the Minerals Industry ("**the Code**") published in 2009; and the Housing and Living Conditions Standard for the Minerals Industry ("**the Standard**") published in 2009.

Other important pieces of legislation include the Precious Metals Act 2005, the Diamonds Act 1986, the National Water Act 1998 ("**the NWA"**), the National Environmental Management Act 1998 ("**NEMA**"), the National Environmental Management Air Quality Act 2004 ("**the Air Quality Act**"), the National Environmental Management Waste Act 2008 ("**the Waste Act**"), the Mineral and Petroleum Resources Royalty Act 2008 ("**the Royalty Act**"), the Mine Health and Safety Act 1996 ("**the MHSA**") and the Mining Titles Registration Act 1967.

The mining industry is regulated at a national level. According to Section 3(1) of the MPRDA, the mineral resources of South Africa are a common heritage of the people of South Africa and the State, acting through the Minister of Mineral Resources, is the custodian of these resources. The MPRDA came into force on 1 May 2004 and replaced the Minerals Act 1991, in terms of which it was possible for private individuals to hold mineral rights or titles to minerals.

## GENERAL

The Department of Mineral Resources ("**the DMR**") is the primary administrator of the mining industry on behalf of the State. The three important divisions of the DMR for purposes of mineral regulation are the following: the Directorate, Mineral Development; the Health and Safety Inspectorate; and the Mining Titles Registration Office.

All applications for the various types of mining authorizations must be made to the regional office of the DMR and are processed in the regional offices before they are sent to the Head Office for approval. When the Minister considers applications received on the same date, she must give preference to applications received from 'historically disadvantaged persons'. Once prospecting and mining rights have been granted and notarially executed, they must be registered at the Mineral and Petroleum Titles Registration Office. This office serves as a specialized registry in relation only to mining titles and documents incidental thereto. The Inspectorate of Health and Safety is charged with the responsibility of ensuring that mining operations and mining works are both safe and healthy.

## REGULATION OF PROSPECTING RIGHTS AND MINING RIGHTS

Under Sections 21 and 28 of the MPRDA, holders of prospecting and mining rights are required to submit certain prescribed information in relation to their activities to the DMR. This information includes prescribed monthly returns regarding mining and prospecting operations as well as audited annual financial reports and annual reports in relation to compliance with the requirements to introduce historically disadvantaged South Africans to the minerals industry (the Black Economic Empowerment ("**BEE**") requirements). In addition, and in terms of the standard terms and conditions of mining rights, holders of such rights are required to maintain books, plans and records in respect of mining operations and to furnish such reports as the DMR may require. Every holder of a mining right is supposed to furnish monthly returns in accordance with the MPRDA and also give the DMR plans for future mining activities.

In order for an applicant to be granted prospecting and mining rights, an applicant must apply in the prescribed manner together with the prescribed non-refundable application fee. Sections 16 and 17 apply to applications for prospecting rights while Sections 22 and 23 apply to applications for mining rights. The applicant must apply at the regional office of the DMR in the region in which the land to which the application relates is situated. The essential requirements for applying for a prospecting right are that an applicant must prove both financial and technical ability to conduct prospecting operations optimally in accordance with the prospecting work programme. In addition, the applicant must show that the prospecting operations will not lead to environmental degradation. This is normally done by way of an Environmental Management Plan (EMP), which is approved by the DMR. The procedure for applying for mining rights is similar to the aforementioned procedure. The main difference between the two procedures is that in respect of mining rights, an applicant must also comply with the Black Economic Empowerment (BEE) requirements and also provide a Social and Labour Plan as part of the application process. The Social and Labour Plan is a document designed to transform the South African mining industry from its discriminatory past and to counter the reality that when most mining operations shut down, the host areas go from being vibrant economies to very marginalized economies. Mining companies must have programmes designed to transform and empower employees as well as the host communities from a developmental as well as a socio-economic point of view to make sure that the host community can sustain itself after the end of life of mine.

The MPRDA does not impose deadlines by which the DMR must have granted prospecting and mining rights. It only provides deadlines by which an applicant must have taken certain administrative steps before its application can be assessed. This is an inherent weakness in the MPRDA and, consequently, it takes the DMR anything from a couple of months to a couple of years to grant or refuse applications.

Section 5 of the MPRDA provides that prospecting and mining rights are limited real rights, binding throughout the world. These rights are notarially executed and are registrable at the Mineral and Petroleum Titles Registration Office. These rights are subject to standard terms and conditions that are not negotiable and have been predetermined by the DMR. By and large, the terms and conditions of prospecting and mining rights follow the MPRDA provisions but, as can be expected, the terms and conditions tend to go beyond the statutory provisions.

**Duration and tenure**

Prospecting rights are granted for a period of anything between 12 (twelve) months and 5 (five) years. These rights are renewable once for a period not exceeding 3 (three) years. Mining rights are granted for a period up to 30 (thirty) years and are also renewable.

Since prospecting and mining rights are limited real rights, they enjoy all the benefits of real rights and are attended by the legal incidents attaching to real rights. For instance, and in terms of the doctrine of constructive notice, once prospecting and mining rights are registered at the Mineral and Petroleum Titles Registration Office, the whole world is presumed to know of their existence and registration.

**Transformation of prospecting rights to mining rights**

Section 19 grants the prospecting right holder the exclusive right to apply for and be granted a mining right in respect of the mineral and prospecting area in question.

**Small Scale Mining**

Section 27 of the MPRDA provides that a mining permit may only be issued if the mineral in question can be mined optimally within a period of 2 (two) years and the mining area in question does not exceed 1.5 hectares in extent.

**Additional Permits and Licences**

There are various additional permits and licences that are required by different types of mining operations in South Africa.

Some permits are sector-specific and others are of general application. Depending on the nature and type of the mining operations in question, it may be necessary for the holder of the mining rights to also apply for and be granted a separate environmental authorization in terms of the NEMA, as well as various other environmental permissions. In addition, and in terms of the NWA, the holder of a mining right requires a Water Use licence to be able to use water for purposes of mining operations. Mining companies are required to have a certificate in respect of explosives manufacturing sites, should they operate an explosives manufacturing site. In addition, they are required to have an Explosive licence in cases where explosives magazines are handled. Depending on their operations, mining companies may also require a Nuclear Installation or Vessel licence and the certification of registration under the Nuclear Regulatory Act (NRA). Mining companies are also required by the Air Quality Act to have an Atmospheric Emissions licence. Various provincial and local government town planning laws may also require that mining companies be appropriately zoned for the purposes of conducting mining operations before such operations are implemented on a specified piece of land.

**Transferability of rights**

Section 11 provides that a prospecting right or mining right or an interest in any such right, or a controlling interest in a company or close corporation, may not be ceded, transferred, let, sublet, assigned, alienated or otherwise disposed of without the written consent of the Minister, except in the case of changes of controlling interest in listed companies. Prospecting and mining rights are thus transferable to either individuals or companies subject to the consent of the Minister in terms of Section 11 of the MPRDA.

This consent is not required in respect of encumbrance by mortgage of right or interest as security to obtain a loan or guarantee for the purpose of funding or financing a prospecting or mining project by a bank or financial institution on request by the Minister, if the bank or financial institution in question undertakes in writing that any sale in execution or any other disposal pursuant to the foreclosure of the mortgage is subject to ministerial consent.

**Closure and remediation of mining projects**

A holder of a mining right is obliged to have an environmental management programme that ensures that the mining operations will not result in unacceptable pollution, ecological degradation or damage to the environment. A right holder must make financial provision for the rehabilitation or management of negative environmental impact caused by mining operations. There are a number of methods that are prescribed for making the requisite financial provision. A holder may choose to contribute an amount into an approved environmental rehabilitation trust established in accordance with Section 37A of the Income Tax Act 1962. A holder may alternatively procure a financial guarantee from a South African registered bank or other bank or financial institution approved by the Director General guaranteeing the financial provision relating to the environmental management programme. A holder may also deposit the financial provision into an account specified by the DMR. Lastly, the holder may use any method of financial provision that the Director General may approve from time to time. In practice, mining companies have bought financial instruments from insurance companies to support their rehabilitation obligations. The DMR has approved some of these products and mining companies can use them without further dealings with the DMR. In all other instances where mining companies wish to procure financial instruments from insurance houses, it is prudent for them to first get the approval of the DMR before they do so. The most popular methods of financial provision are the establishment of the environmental rehabilitation trust or providing financial guarantees by banks or registered financial institutions.

The holder of a mining right remains responsible for all environmental liability, pollution or ecological degradation and the management thereafter until the Minister has issued a closure certificate to the holder concerned in terms of Section 43 of the MPRDA; for this, the holder must apply to the Minister. The holder of a mining right can apply for a closure certificate upon the occurring of any of the following:

1. the lapse, abandonment or cancellation of the mining right in question;

2. the cessation of mining operations;

3. the relinquishment of any portion of the land on which mining operations occurred; or

4. completion of the prescribed closing plan to which the mining right relates.

If the holder of a right wants to apply for a closure certificate upon the completion of mining operations, the prescribed closing plan must be completed, after which the holder must apply for a closure certificate within 180 (one hundred and eighty) days. Such application must be accompanied by a prescribed environmental risk report.

The closure plan must contain the following:

1. description of the closure objective and how the objective relates to the operations and its environmental and social setting;

2. a summary of the results of the environmental risk report detailing and identifying the residual and latent impact;

3. a summary of the results of progressive rehabilitation undertaken;

4. a description of the methods to decommission each operation and the mitigation or management strategy proposed to avoid, minimise and manage residual or latent impact;

5. details of any long term management and maintenance expected;

6. details of proposed closure costs and financial provision for monitory maintenance and post closure management; and

7. technical appendices supporting the closure plan.

**EMPOWERMENT**

BEE is one of the strategic measures adopted by the Government of South Africa ("**the Government**") to redress the legacies of apartheid. The apartheid system was designed to restrict black people from any or meaningful participation in the South African economy. Wealth was confined to a racial minority. The result was an economic structure, still in existence today, which excludes the vast majority of black South Africans.

In recent years the Government set about adopting strategies and policies that would include the participation of the majority of South Africans in its economy.

One such strategy was BEE. The strategy was formally recognized through the submission of the Integrated National BEE Strategy Report by the BEE Commission to President Thabo Mbeki in 2001. This submission culminated in Government's publication of the policy document on a strategy for Broad-Based BEE in 2003. Finally, on 21 April 2004, the BEE Act came into being.

In terms of Section 2 of the MPRDA, its objects are, *inter alia*, to:

*"(c) promote equitable access to the nation's mineral and petroleum resources to all the people of South Africa;*

*(d) substantially and meaningfully expand opportunities for historically disadvantaged persons, including women, to enter the mineral and petroleum industries and to benefit from the exploitation of the nation's mineral and petroleum resources;*

*(e) promote economic growth and mineral and petroleum resources development in the Republic;*

*(f) promote employment and advance the social and economic welfare of all South Africans; and*

*(i) ensure that holders of mining and production rights contribute towards the socio-economic development of the areas in which they are operating.".*

In terms of Section 100(2)(a) of the MPRDA, the Minister of Mineral and Energy (now Mineral Resources) was obliged to develop a Broad-Based Socio-economic Empowerment Charter within 6 (six) months of 1 May 2004. On 11 October 2002, and as a result of a tripartite process (involving government, labour and the mining industry), the Mining Charter was signed by the representatives of the participants of the tripartite process. By GNR 1639 of 13 August 2004, the Mining Charter was gazetted as the charter contemplated in Section 100(2)(a) of the MPRDA. The Mining Charter was envisaged to set the framework and timetable, amongst other things, for the entry of historically disadvantaged persons into the mining sector in South Africa.

In terms of the Mining Charter, stakeholders agreed to reconvene after 5 (five) years in order to review the progress and to determine further steps, if any, which needed to be taken. At the end of the 5 (five) year period contemplated in the Mining Charter, the DMR started a "review" process. This process included stakeholders in what is known as the Mining Industry Growth, Development and Employment Task Team ("**MIGDETT**"). At the end of the MIGDETT review process on 20 September 2010, by General Notice 838, the Amendment of the Mining Charter was published.

There is some confusion in the market about the status of the 2010 Mining Charter. Some commentators hold the view that the Amendment to the Mining Charter is a "replacement" of the Mining Charter. Others argue that it is an "amendment to" the Mining Charter. Yet others argue that it is an "amended" charter (i.e. it retains the existing Mining Charter and adds new provisions to it). The better view is that the Amendment to the Mining Charter is not a replacement of the Mining Charter. In fact, the two instruments interrelate and must be read together.

The definitions section of the Amendment to the Mining Charter introduces a litany of new definitions in an attempt to tackle the inadequacies of the Mining Charter. Significantly, the Amendment to the Mining Charter does not define "HDSA Companies" and "Ownership of a business" (which definitions are contained in the Mining Charter).

The objectives of transforming the mining industry are sought to be met through the attainment of specific transformation goals contained in the Original and the 2010 Mining Charters. These include "ownership". In paragraph 4.7 of the Mining Charter ownership is measured with regard to "active involvement" (ownership or control of 51% or strategic joint venture or partnerships of 26%) or "passive involvement" of between 0 to 100% ownership with no involvement in management. In paragraph 2.1 of the 2010 Mining Charter, the primary ownership compliance target is described in the following terms: ("*a minimum target of 26 per cent ownership to enable meaningful participation of HDSA by 2014*"). In the Scorecard to the 2010 Mining Charter, the description of the ownership target is in the following terms: "minimum target for effective HDSA ownership" and is divided into two measures, namely "meaningful economic participation" (target of 26%) and "full shareholder rights" (target also 26%).

The terms "effective ownership" and "meaningful economic participation" are defined in the 2010 Mining Charter, but the term "full shareholder rights" is not. "Effective ownership" is defined as "the meaningful participation of HDSAs in the ownership, voting rights, economic interest and management control of mining entities". Meaningful economic participation is defined as follows:

*"Meaningful economic participation" includes, inter alia, the following key attributes–*

- *BEE transactions shall be concluded with clearly identifiable beneficiaries in the form of BEE entrepreneurs, workers (including ESOPs) and communities;*

- *Barring any unfavourable market conditions, some of the cash flow should flow to the BEE partner throughout the term of the investment, and for this purpose, stakeholders will engage the financing entities in order to structure the BEE financing in a manner where a percentage of the cash-flow is used to service the funding of the structure, while the remaining amount is paid to the BEE beneficiaries. Accordingly, BEE entities are enabled to leverage equity henceforth in proportion to vested interest over the life of the transaction in order to facilitate sustainable growth of BEE entities.*

- *BEE shall have full shareholder rights such as being entitled to full participation at annual general meetings and exercising of voting rights, regardless of the legal form of the instruments used;*

- *Ownership shall vest within the timeframes agreed with the BEE entity, taking into account market conditions"."*

As described above, the requirements under the Amendment to the Mining Charter for compliance with the ownership targets are difficult to ascertain. The target is stated variously as "26 per cent ownership to enable meaningful economic participation by HDSA"; "effective HDSA ownership of 26%"; 26% "meaningful economic participation"; and 26% "full shareholder rights". Apart from the fact that the target is stated in different ways, there is the problem that while the term HDSA is generally used in those formulations to refer to the beneficiaries, the defined term "BEE entity" is used in the definition of "meaningful economic participation", as are the undefined terms "BEE transactions", "BEE entrepreneurs", "BEE partner" and "BEE" (referring to persons).

The term "BEE entity" is defined as "an entity of which a minimum of 25% + 1 vote of share capital is directly owned by HDSA as measured in accordance with flow through principle". That term, in addition to being used in relation to "meaningful economic participation", is used in the measurement of the procurement targets under the 2010 Mining Charter.

Unfortunately, neither the Mining Charter nor the Amendment to the Mining Charter specifies how the 26% HDSA ownership in a measured entity is to be calculated. The only reference to the flow-through principle is in the definition of BEE entity in the 2010 Mining Charter, and there is no reference to the modified flow-through principle, unlike in the Codes published in terms of the Broad Based Black Economic Empowerment Act.

The Mining Charters are not easy to interpret. They contain inconsistencies that are internal to each of them and also as against one another. Despite this, they have to be interpreted in a way that best gives meaning to them. Our view is that, the ownership requirement of 51% (which is contained in the Mining Charter) has not been replaced and continues to exist. To interpret the effect of the Amendment to the Mining Charter otherwise does not seem to be in keeping with the object of transforming the mining industry.

All mining companies must have 26% BEE ownership by 2014.

**The Mining Code**

Section 100(1)(b) of the MPRDA required the Minister within 5 (five) years from the effective date of the MPRDA, to develop a code of good practice for the minerals industry. On 29 April 2009, the Mining Code was published in the Government Gazette. The mining industry reacted with (justified) alarm to the Mining Code. The purpose of the Mining Code is to set out administrative principles in order to facilitate the effective implementation of the Mining legislation and to enhance the implementation of the Mining Charter.

The Mining Code does not replace the key legislation and laws relating to the minerals and the petroleum industry but serves as a statement of present policy providing an overview and confirmation of the existing mineral and mining policy that is in place. The applicability and the enforcement of this Code cannot be divorced from the MPRDA and the Original and 2010 Mining Charters and the key legislation in relation to the measurement of the socio-economic transformation of the mining industry. The Code can be amended by the Minister when there is a change in mining policy and legislation.

Unfortunately, the content of the Mining Code departs fundamentally from its purpose in several material respects and furthermore seeks, impermissibly, to attach legal sanctions to failures to comply with the Mining Code.

Section 100(1)(b) does not permit the Minister to establish obligations in addition to those which have already been imposed by the MPRDA, the Mining Charter or other legislation. To the extent therefore that the Mining Code seeks to do so, it is ultra vires the Minister's powers. As the Mining Code itself explains, its purpose is to facilitate the implementation of the existing legislation by setting out the Minister's policy.

We are aware that the Chamber of Mines and the DMR have agreed to resolve the issues in respect of the Mining Code through the Minerals and Mining Development Board and to then commence a public participation process in respect of the Mining Code before it is republished.

## SOCIAL CONSIDERATIONS

The MPRDA recognizes the need to promote local and rural development and the social rise of communities affected by mining. An applicant for a mining right is therefore required to compile a Social and Labour Plan that includes a Human Resources Development Plan, a Local Economic Development Plan, as well as a process for managing downscaling and retrenchment. The purpose of a Social and Labour Plan is to:

1. promote employment and advance the social and economic welfare of all South Africans;

2. contribute to the transformation of the mining industry; and

3. ensure that holders of mining rights contribute towards the socio-economic development of the areas in which they are operating.

## ENVIRONMENTAL REGULATIONS

The MPRDA provides that any prospecting or mining operation must be conducted in accordance with generally accepted principles of sustainable development. Sustainable development requires that social, economic and environmental factors be integrated into planning and implementation of prospecting and mining projects in order to ensure that exploitation of mineral resources serves present and future generations.

Section 37 of the MPRDA provides that certain principles set out in the NEMA (which include considerations relevant to sustainable development) serve as a guideline for the interpretation, administration and implementation of the environmental requirements of the MPRDA.

### Environmental compliance

In the case of a prospecting right, an applicant must submit an Environmental Management Plan (EMP) to the relevant regional manager. The EMP must be submitted within 60 (sixty) days from the date on which the regional manager instructs that it be submitted. In the case of a mining right, an applicant must conduct an Environmental Impact Assessment (EIA) and submit an EMP to the regional manager. Such an EMP must be lodged for review and approval within 180 (one hundred and eighty) days of the date on which the regional manager instructs that it be submitted.

A holder of a prospecting right cannot commence prospecting operations without an approved EMP. Similarly, a holder of a mining right cannot commence mining operations without an approved EMP. Sometimes prospecting and mining operations require the undertaking of additional activities that may not commence without prior approval in terms of the various environmental laws. In terms of NEMA, an environmental authorization must be obtained from the Department of Environmental Affairs in order to undertake certain listed activities.

Depending on the nature and scale of the activity, either a Basic Assessment or a Scoping and Environmental Impact Assessment must be undertaken in order to obtain environmental authorization. The NWA requires that a Water Use licence be obtained from the Department of Water Affairs for undertaking certain water uses. A Waste Management licence from the Department of Environmental Affairs is required under the Waste Act in order to undertake waste management activities. Where there will be a release of atmospheric emissions, an atmospheric emissions licence must be obtained under the Air Quality Act.

Further to legislation directly related to environmental management, there is legislation such as the Hazardous Substances Act, 15 of 1973 ("the HSA"), which governs matters that may indirectly have an effect on the environment. In terms of the HSA, a licence is required where certain hazardous substances will be sold, used or installed.

**Third-party rights**

Extensive provision is made for consultation of interested and affected parties. The MPRDA requires an applicant who prepares an environmental management plan or programme to investigate, assess and evaluate the impact of the proposed mining operations on the socio-economic conditions of any person who might be directly affected by mining operations. NEMA requires that the interests, needs and values of interested and affected parties be taken into account. The concerns raised by interested and affected parties must be reported on and addressed. Furthermore, the MPRDA requires that the owner or occupier of the relevant land be notified and consulted prior to the commencement of mining operations or any incidental work.

**Duty of care**

The environmental laws create a duty of care towards the environment to which a prospecting or mining right applicant or holder must adhere at all times.

**SAFETY AND HEALTH**

The protection of the health and safety of employees and other persons at mines is provided for in the MHSA and its regulations. An applicant for a prospecting or mining right must show the ability to comply with the provisions of the MHSA. The right holder is required to implement the procedures prescribed by the MHSA, which regulates all matters pertaining to the health and safety of any person at a mine or within a mining area. The definition of "mining area" and "mine" in Section 1 of the MPRDA are sufficiently wide to cover adjacent and non-adjacent areas on which operations incidental to mining take place.

## LAND OWNERSHIP AND ANCILLARY INFRASTRUCTURES

South Africa has an efficient system of registration of title to land, based on a land survey system. Each portion of land is determined by a diagram prepared by a surveyor and registered in the Surveyor General's Office. This gives rise to a certain and definite basis of registration of land.

Pursuant to the land survey, property registers have been established in the various Deeds Registries within the different Provinces of South Africa. Those registers are properly indexed and are now accessible electronically, the originals of title deeds and other documentation having been digitised. The deeds registries are established under the relevant government department, and all fall under a Chief Registrar of Deeds.

Given the definite underlying survey system, the property registers are very accurate and create a definite form of land registration. All ownership of land is recorded in a Deeds Registry.

Ownership of land is evidenced by a title deed issued by the Deeds Registry, which will record the owner's details and the conditions under which the land is held. These conditions are normally imposed by local authorities and by private agreement.

If ownership is not registered in a deeds registry, then it is most likely that ownership of the property has not passed. Transfer of ownership of property is also evidenced by registration in the deeds registry. The law applicable to the transfer and registration of land is, in the first instance, the Deeds Registries Act 47 of 1937, together with its regulations. There are a number of other statutes that govern the ownership and transfer of land, but in essence, there is no restriction on ownership of land in South Africa and any natural person or juristic person may own land. A statutory legal framework for real estate in South Africa gives rise to a definite and comprehensive legislative framework within which property is owned. Actual ownership vests in the owner and not the state.

It is possible to own units in buildings through the Sectional Titles Act 95 of 1986. These are known as Sectional Title Units, and are registered in a deeds registry, by reference to a sectional title plan, prepared by a Surveyor registered with the Surveyor General. Both the Deeds Registries Act and the Sectional Titles Act create the environment and legislative framework within which properties are transferred from one party to another.

Property rights are protected in the Constitution of South Africa 1996. The Bill of Rights in the Constitution restricts the deprivation of property, except in the case of expropriation in terms of a law of general application, and then must be subject to compensation, which must be agreed by the affected persons or approved by a court. That compensation must be just and equitable and generally requires that regard be given to the fair value principle.

There is a process of restitution of land to persons dispossessed of land through racially discriminatory laws, which is governed by the Restitution of Land Rights Act 22 of 1994 ("**RLRA**").

## BUSINESS ENTITIES REGIME

There are various investment vehicles available to investors interested in setting up a business in South Africa. The decision as to which is appropriate will depend on numerous factors, including the need for limited liability and tax considerations. The most commonly utilised entity is the limited liability company, which is governed by the Companies Act 71 of 2008 ("**Companies Act**").

Two types of companies are recognised in the Companies Act. These are the 'profit company' and the 'non-profit company'. A 'profit company' will include state owned companies, privately owned companies (in terms of which the company's constitutional document and the memorandum of incorporation ("**MOI**") must prohibit the offer of shares to the public), personal liability companies (in terms of which the directors and the company are jointly and severally liable for contractual debts) and public companies. The second category of companies is 'non-profit companies'.

### Profit Limited Liability Companies

A limited liability company is generally the most suitable investment vehicle. The most common type of limited liability company in South Africa is the private company (as opposed to the public company). Both public and private companies are regulated by the Companies Act.

The following are salient characteristics of private companies: separate legal personality and limited liability; a private company is not obliged to appoint an auditor (unless required to do so in terms of the Companies Act, the Regulations to the Companies Act or the company's MOI), however, the company can elect to comply voluntarily with the accounting requirements contained in Chapter 3 of the Companies Act; there is no requirement that there be local shareholders or directors; the company's MOI must restrict the right to transfer the shares of the company and prohibit any offer to the public for the subscription of any shares or debentures of the company; a private company must have a minimum of one shareholder and at least one director; a quorum at meetings of shareholders where there is more than two shareholders is three shareholders with voting rights. Voting rights in a private company may be unequal; private companies are identified by the words "Proprietary Limited" or "(Pty) Ltd" after the name of the company; and the incorporation of a private company involves the reservation of a company name, the filing of the MOI of the company (the constitution of a company), written consent of auditors to act for the company (if any), notice of the company's registered office and the submission of a register of directors. The process of incorporation itself takes on average 1 to 2 (one to two) months. However, this is largely dependent on the time taken by the Companies and Intellectual Property Commission ("**CIPC**") to effect the registration.

The following are salient characteristics of public companies: a minimum of one shareholder and three directors; the company's MOI do not restrict the right to transfer shares of the company; the quorum for general meetings where there are more than two shareholders, three shareholders with voting rights; and companies are identified by the suffix "Limited" or "Ltd".

**Personal Liability Companies**

Companies may be incorporated in terms of Section 8(2)(c) of the Companies Act. In short, companies incorporated in terms of this section shall provide, in terms of the MOI, that the directors and past directors are jointly and severally liable, together with the company, for any debts and liabilities of the company as are or were contracted during their respective periods of office. Persons practising in professions, such as attorneys and accountants typically make use of Section 8(2)(c) of the Companies Act. Companies incorporated under Section 8(2)(c) are identified by the suffix "Incorporated" or "Inc.". Certain interest groups are currently lobbying for the introduction of limited liability partnerships.

**Branch Office (External Company)**

A foreign company not wishing to incorporate a subsidiary in South Africa may set up a branch office. The key requirements and characteristics of a branch office are the following: the foreign company must register as an "external company" within 20 (twenty) business days after it first begins to "conduct business, or non-profit activities", as the case may be, within South Africa; a foreign company "conducts business or non-profit activities" in terms of Sections 23(2) and 23(2A) if that foreign company is a party to one or more employment contracts within the Republic; or subject to Subsection (2A) (as summarised below), is engaging in a course of conduct, or has engaged in a course or pattern of activities within South Africa over a period of at least 6 (six) months, such as would lead a person to reasonably conclude that the company intended to continually engage in business or non-profit activities within South Africa; when applying the test described above, a foreign company must not be regarded as "conducting business activities, or non-profit activities, as the case may be, within the Republic" solely on the ground that the foreign company is or has engaged in one or more of the following activities: holding a meeting or meetings within South Africa of the shareholders or board of the foreign company, or otherwise conducting any of the company's internal affairs within South Africa; establishing or maintaining any bank or other financial accounts within South Africa; establishing or maintaining offices or agencies within South Africa for the transfer, exchange, or registration of the foreign company's own securities; creating or acquiring any debts within the Republic, or any mortgages or security interests in any property within South Africa; securing or collecting any debt, or enforcing any mortgage or security interest within South Africa; or acquiring any interest in any property within South Africa; a notarially certified copy of the memorandum and articles or association (constitutional documents) of the parent company must be filed with CIPC to effect registration; external companies must comply with the Companies Act by appointing a South African auditor if required to do so, and by submitting statutory returns; there is no need to appoint a local board of directors, but simply one person residing in South Africa to accept service of any process and notices; and accounting records similar to those prescribed for local companies must be kept in respect of the local operations.

**Partnerships**

A partnership is not a legal entity distinct from the persons comprising the partnership, including for income tax purposes. However, for Value Added Tax ("**VAT**") purposes, a partnership is a person and therefore registers as a vendor in its own name. Every partner in a general partnership is liable jointly and severally for all the debts and obligations of the partnership.

**Business Trusts**

A business trust is constituted by the lodgement of a deed of trust with the Master of the High Court of South Africa. Trusts obtain separate legal personality only for certain purposes, such as for taxation, and perpetual succession is usually provided for in the deed of trust. Ownership of the trust assets vests in the trustees who are limited to a maximum of 20 persons. Limited liability can be achieved via the business trust. Trusts are regulated by the Trust Property Control Act 57 of 1988 and are at present subject to a higher rate of income tax at 40% and capital gains tax at an effective rate of 20%.

**Sole Proprietorship**

A sole proprietorship does not give rise to separate legal personality, perpetual succession or limited liability. There are few formal requirements for the establishment and maintenance of a sole proprietorship.

**Non-profit Companies**

Companies may also be incorporated under the Companies Act which regulates the incorporation of non-profit companies/associations not for gain. Such companies must have as a public benefit object or an object relating to one or more cultural or social activities, or communal or group interests and must apply all of its assets and income to advance its stated objects.

**Salient features of the Companies Act**

The Companies Act contains alterable, unalterable and default provisions. Alterable provisions are those provisions that can be varied in the MOI. The unalterable provisions will not be capable of being varied, thus the provisions of the Companies Act will prevail in those instances. Where the alterable provisions are not varied in the MOI, the default provisions of the Companies Act will apply.

The provisions of the 2008 Companies Act are, in most instances, peremptory over other legislation save for seven names statutes. In the event of an inconsistency between the 2008 Companies Act and any other national legislation, both Acts will apply concurrently to the extent possible. The following seven statutes will however prevail over the 2008 Companies Act where there is a conflict:

1. Auditing Profession Act;

2. Labour Relations Act;

3. Promotion of Access to Information Act 2 of 2000;

4. Promotion of Administrative Justice Act 3 of 2000;

5. Public Finance Management Act;

6. Securities Services Act; and

7. Banks Act.

Naturally, the 2008 Companies Act, like all other legislation, is subject to the Constitution of the Republic of South Africa 1996 (the "**Constitution**").

The Companies Act codifies director's duties so as to make more accessible knowledge of the standards to which directors are held. These duties are categorised into fiduciary duties and the duty of care, skill and diligence. Reliance is however still placed on the common law's development and interpretation of these duties and the liability that flows from a failure to fulfil them.

A business judgment test is included, in terms of which a director will be deemed to have complied with the duty of care, skill and diligence and his/her fiduciary duties if he/she took reasonably diligent steps to become informed of the matter; he/she has no material personal financial interest in the decision in question or, in the alternative, has disclosed any such interest; and he/she reasonably believed and did in fact believe that the decision was in the best interest of the company.

In addition, the Companies Act highlights employee activism. Employees are entitled, in terms of Section 20(4) of the Companies Act, to bring an application for an interdict against the directors of a company if such directors propose to do something inconsistent with the Companies Act. Furthermore Section 165 of Companies Act empowers employees and any other individual seeking to protect a legal right (subject to certain requirements), to bring a derivative action on behalf of a company against delinquent directors for the recovery of loss or compensation of damage to the company.

The Companies Act also includes a Business Rescue regime. In terms of the regime the management of an insolvent company or a company that may imminently become insolvent may institute certain proceedings to facilitate the rehabilitation of the Company. This is in line with international trends to attempt where possible to rehabilitate rather than liquidate companies that are in financial distress.

**Takeover Provisions in terms of the Companies Act**

The Takeover Provisions (contained in Sections 117 to 127 of the Companies Act and Chapter 5 of the Regulations thereto) apply to an "affected transaction" (or offer which would give rise to an affected transaction) involving a "regulated company".

Regulated companies include public companies, state-owned companies and any private company in which 10% or more of the issued securities have been transferred (other than by transfer between or among related or inter-related persons) within a 24 month period immediately before the date of a particular affected transaction, or if the MOI of such private company expressly provides that the company and its securities are subject to the Takeover Provisions.

An affected transaction is defined in the Companies Act and includes the disposal of all or the greater part of the assets/undertaking of a regulated company; an amalgamation/merger involving a regulated company; a scheme of arrangement between a regulated company and its shareholders; an acquisition of (or announced intention to acquire) a beneficial interest in any voting securities of a regulated company amounting to 5% (or any other particular multiple of 5%) of the issued securities of a class; an announced intention to acquire a beneficial interest in the remaining voting securities of a regulated company not already held by the acquirer (or a concert party); a mandatory offer or a compulsory acquisition as contemplated in the Companies Act.

Affected transactions involving regulated companies are subject to regulation by the Takeover Regulation Panel ("**TRP**"), which is charged with the enforcement of the Takeover Provisions. The Takeover Provisions set out compulsory compliance and disclosure requirements in respect of affected transactions, which may include mandatory offers and compulsory acquisitions.

Upon disclosure of an affected transaction to the TRP, the TRP may issue a compliance certificate if it is satisfied that the requirements of the Takeover Provisions have been met in relation to an offer/transaction. The TRP also has the power to exempt an offeror to an affected transaction or an offer from the application of the Takeover Provisions. The obligation to ensure compliance with the Takeover Provisions lies with the offeror, and the offeror may not give effect to an affected transaction unless the TRP has issued a compliance certificate in respect of the transaction, or granted an exemption for that transaction.

**FOREIGN INVESTMENT REGIME**

South Africa has a system of exchange control regulation. Exchange control is regulated under the Currency and Exchange Act 9 of 1933 and the Exchange Control Regulations 1961. The system is not unique to South Africa but very few countries now operate a system of exchange control. The exchange control regulations in South Africa control the flow of money both in and out of South Africa. They affect every transaction, regardless of what amount is transferred and who the sender or recipient of the money is. The Reserve Bank of South Africa is the repository of the power in relation to exchange control and oversees all capital in and out flows; it has designated power to authorized dealers to oversee and regulate the market on behalf of the bank.

The following are the key features of the exchange control regulations: (1) they apply to transactions of any size; (2) no South African resident may effect a transfer of money without prior approval; (3) no company or legal entity may effect transfer without prior approval; (4) only authorized dealers are allowed to effect currency transfer; and (5) all outward payments may only be made for permissible reasons and under conditions that are approved by the authorized dealers on behalf of the Reserve Bank. Although there is no general prohibition of money transfer, all money transfer transactions are subject to the approval of authorized dealers.

All domestic and foreign investment in South Africa enjoys the same protection. There are no special features or categories of protection afforded to foreign investment. In addition to the normal investment protections applicable generally in South Africa, and under the Royalty Act, the Minister of Finance is empowered to enter into fiscal stability agreements that guarantee investors that the royalty rate applicable at the time of entering into the stability agreement will remain in place for the term of the investment.

There is no general prohibition against the use of foreign labour and service in the South African mining sector, but the normal human capital restrictions that apply to the employment of foreigners are applicable in South Africa. For instance, every foreign person who seeks employment in South Africa must apply for and be granted a work permit. Generally, work permits are not granted to those job seekers whose skills are easily obtainable in South Africa.

The South African economy is regulated by a fairly liberal set of regulations, which impose a limited number of restrictions. Consequently, there is nothing to stop mining companies from procuring services from foreign entities or persons. The only limitation is found in the procurement provisions of the mining charter in terms of which mining companies must procure 70% of their services from "BEE entities". This means that foreign services providers who do not have BEE ownership can only participate in 30% of the procurement opportunities available.

**Processing of extracted minerals**

In relation to the processing of extracted minerals, any operations conducted to process minerals must comply with the national environmental, water and air quality laws designed to protect the environment against the adverse effects of mineral processing operations. This means that any processing operations must have some form of environmental management authorization (under the MPRDA or under NEMA), a Water Use licence under the NWA as well as an Atmospheric Emissions licence under the Air Quality Act. The processing of precious metals as well as diamonds may require beneficiation or similar licence in terms of the Precious Metals Act as well as the Diamonds Act.

**Import of equipment and machinery**

The Mining Charter requires international suppliers of capital goods in the mining industry to contribute 0.5% of their South African annual profits to a social development fund aimed at developing mining communities. This requirement imposes a restriction on the ability of the international or multinational suppliers of capital goods in regard to the enjoyment of the profits they make in South Africa.

In addition to this, and in terms of the Customs and Excise Act No. 91 of 1964 multinational suppliers of capital goods must pay a customs duty, which is a percentage of the value of the goods.

There is no general regulation regarding the importation of machinery in South Africa. The South African Bureau of Standards obviously imposes various standards on all machinery that is imported into the country. Further, all used or second-hand goods (including machinery) are subject to import control measures.

**Sale, import and export of extracted or processed minerals**

There is no general restriction in relation to the sale of extracted or processed minerals in South Africa. The pro forma standard terms and conditions of mining rights in South Africa have a clause dealing with conditions and disposal of minerals; the holder of the mining right must dispose of all minerals or products derived from the exploitation of the minerals at competitive market prices (i.e., non-discriminatory prices or non-export parity prices).

In addition, the government has made beneficiation of minerals in South Africa a priority matter. Section 26 of the MPRDA provides that any person who intends to beneficiate any mineral mined in South Africa outside the country may only do so after written notice and consultation with the Minister. The intention here is to promote local beneficiation. In addition to this, there are various tax incentives for local beneficiation. Concomitantly, mining companies may pay an increased tax rate for beneficiating minerals abroad.

**EMPLOYMENT LAW**

The main laws governing the employment relationship are the:

**Labour Relations Act 66 of 1995 ("LRA")**

This governs protections for employees against unfair dismissal and unfair labour practices in employment, and regulates the resolution of disputes between employers and employees, as well as strikes, lockouts and the relationship between employers and trade unions.

**Basic Conditions of Employment Act 75 of 1997 ("BCEA")**

This sets minimum conditions of employment for employees, with a few exclusions such as unpaid volunteers working for a charity. These minimum terms and conditions apply to any contract of employment unless either a more favourable term has been negotiated or is provided for in another law, or a term has been excluded under the BCEA's variation or exemption provisions.

Minimum terms and conditions for specific sectors or industries are often regulated separately, either through bargaining councils set up for specific industries (if agreements are negotiated between representative employers and unions), or sectoral determinations (sector-specific rules) published by the Minister for Labour (usually after consultation with all interested parties). South African employment laws are mandatory for any employees that fall within their jurisdiction. Therefore, they apply to foreign nationals working in South Africa. This is the case even if the foreign nationals are working here illegally. South African employment laws generally do not apply to nationals working abroad. However, they may apply to a South African national who works abroad temporarily on secondment, especially if the employment contract provides for this.

**Employment Equity Act of 1998 ("EEA")**

The EEA is aimed at redressing the imbalances which for many years applied in the employment sphere. It is also clear that the general purpose of the Act is to foster democracy in the workplace and to ensure equality in the workplace (Section 1).

In terms of the provisions of Section 31 an employee or a trade union representative may bring an alleged contravention of the Act to the attention of any person including:

1. another employee;
2. an employer;
3. a trade union;
4. a workplace forum;
5. a labour inspector;
6. the Director-General; or
7. the commission.

**Skills Development Act of 1999**

The Act aims to provide an institutional framework to devise and implement national, sector and work-place strategies to develop and improve the skills of the South African workforce; to integrate those strategies within the National Qualifications Framework contemplated in the National Qualifications Framework Act 2008; to provide for learnerships that lead to recognised occupational qualifications; to provide for the financing of skills development by means of a levy-financing scheme and a National Skills Fund; and to provide for and regulate employment services; and to provide for matters connected therewith.

**Permits Required By Foreign Employees**

There are a number of changes to the prevailing Immigration Law which have been approved by Parliament, but these are not currently in effect. Foreign employees must obtain a work permit, except where they can take advantage of the following mechanisms: visitor's visas with consent to work (for placements up to 90 days, with the option of one renewal in-country for a further 90 days, to provide services or to attend business meetings or provide training in South Africa); exchange permits either as part of a recognised exchange programme or in the case of foreigners aged 25 years or younger, for any employment which does not exceed the period of one year. A period of mandatory physical absence from South Africa may be imposed upon expiry of the exchange permit; obtaining consent to work on a retired person's permit; part-time work of up to 20 hours per week on a study permit authorising study at a recognised tertiary institution (unlimited employment during vacation periods). Foreign employees do

not require a separate residence permit, as a work permit confers the right to temporarily work and reside in South Africa. Accompanying family members require temporary residence permits allowing them to reside with the main work permit holder or to study, as appropriate. There are various categories of work permits, including general work permits which allow a foreigner to compete in the open market against South African citizens and permanent residents for employment; intra-company transfer permits which allow for employees to be transferred from a business abroad to a local branch, subsidiary or affiliate; exceptional skills permits which are granted to candidates who possesses special expertise and know-how in relation to a particular industry; quota permits which allow for the employment of a certain number of foreigners annually within specific professional categories which have been identified as skills shortage areas; corporate permits which are granted to companies to allow them to employ a predetermined number of foreigners in specific positions. Applications in each of these permit categories require that particular supporting documents must be filed.

A foreigner can apply for consent to study whilst employed in South Africa on a work permit. Permits are obtained by applying to the South African consulate office in either the employee's country of ordinary residence or home country. If there is no consular office, permits are obtained by applying by courier to either the closest South African foreign mission (that is, the nearest South African embassy in another country) or the Department of Home Affairs in South Africa. The application must be to the office that has jurisdiction over the area in which the employee will work.

Application times vary widely, depending on the type of permit applied for and the country in which the application is lodged. It can take between five days and two months to obtain a work, residence or study permit. Applications at most consulate offices take thirty days to process. US, Canadian and EU applications are generally processed within 10 (ten) to 30 (thirty) days, while countries in the Far East usually take 6 (six) to 8 (eight) weeks to process an application.

## TAX REGIME

### Royalties

Section 3(2) of the MPRDA provides that the state may determine and levy a fee or consideration payable by holders of mining companies for the exploitation of the mineral resources. In 2008, Parliament passed the Royalty Act, which gives effect to Section 3(2)(b) of the MPRDA. The Royalty Act thus implements the concept of state custodianship of mineral resources in that it provides compensation sometimes referred to as a "resource rent", to the state (as custodian) for the country's permanent loss of nonrenewable resources.

Section 2 of the Royalty Act provides that a person that wins or recovers a mineral resource from within South Africa must pay a royalty for the benefit of the National Revenue Fund in respect of the transfer of that mineral resource, which applies only to resources recovered in South Africa. The obligation to pay this royalty is only triggered by first transfer of the mineral resource. The requirement that the mineral resource must have been won or recovered has the consequence that no royalty will be imposed in respect of unmined mineral resources in the ground when land is transferred or when a prospecting right, exploration right, mining right or production right is transferred because in those circumstance the mineral resources have not yet been won or recovered from the land.

There is no fixed royalty percentage. Instead, a formula-based royalty is imposed by Section 4 of the MPRDA. Section 9 provides rollover relief where a mine of which a mineral stockpile or a residue stockpile forms a part or where such a mineral stockpile or residue stockpile that, in itself, constitutes a going concern, is disposed of as a going concern or as part of a going concern that is capable of separate operation.

The Royalty Act does not contain any exemption, set-off or deduction of royalties that continue to be payable to communities or certain other persons in terms of Item 11 in Schedule II to the MPRDA, against state royalties. The origin of the royalties payable to communities is that the communities were the holders of the mineral rights in respect of their land. As such they conferred on mining companies the right to mine for minerals on their land in return for a royalty, this being achieved in various ways such as mineral leases or cessions of mining leases.

Item 11 in Schedule II to the MPRDA makes a special arrangement insofar as communities (and certain other persons) are concerned: royalties payable to communities continue to be payable notwithstanding that the communities" mineral rights were taken away and notwithstanding that the mineral resources that previously vested in the communities now fall under the custodianship of the state. In essence, therefore, the state stipulated that the mining companies should, instead of paying the state as custodian of the mineral rights, pay the state's creditors – the communities – the royalties of which the state had deprived the communities and thus now owes to the communities.

Until recently, South African mining companies used to pay private royalties to the holder of old order mineral rights. Since the old order mineral rights are now extinct, the basis for paying private royalties has also fallen away.

**Taxes**

In the period between 2002 and 2010, a number of new mining laws have been introduced or revised. New legislation has been introduced for precious metals and the existing legislation for diamonds has been amended. The health and safety legislation has also been amended and the MPRDA has been passed as the new principal regulatory legislation in the mining industry. In addition, new mineral royalty legislation has also been passed. All of this necessitated an alignment of the tax legislation to respond to the new mineral regulatory regime. This resulted in various amendments to the Income Tax Act 1962 between the period 2004 and 2011. Most of the tax provisions for the mining sector are outlined in the Income Tax Act. Its key provisions are the following:

**Income tax**

The standard corporate income tax rate for all mining companies except gold miners averaged 28 per cent between 2008 and 2011. Until recently, mining companies were also required to pay secondary tax on companies of 10% of the net amounts of dividends declared. This tax has now been replaced by a withholding tax on dividends paid to shareholders.

A gold mine's taxable income is derived from a formula that takes account the ratio of profits to revenue. As profits rise, the state takes a larger portion in tax; if the company makes no profit (or low profits at around 5% of revenues), the state receives no tax but shareholders can still receive dividends during this time.

**Capital expenditure allowance**

South African law offers generous capital expenditure allowances to mining companies.

Considerable capital expenditure by mining companies can be fully deducted against tax including spending on prospecting, mining equipment and shaft sinking, development, general administration and management prior to commencement of production.

Mining companies are allowed to deduct this capital expenditure in the year in which they occur. The Income Tax Act also provides further capital allowances for gold mines, which are deducted against capital expenditure and which serve as an incentive for new mining development. The allowance is calculated as a percentage of capital expenditure ranging from 10% to 12% per year, depending on the mine. Mining companies can also offset against their taxes the obligatory environmental rehabilitation expenditure. Mining companies can also carry forward any losses for an indefinite period and set these off against future profits. There are new restrictions on the repatriation of profits.

**Ringfencing**

The Income Tax Act has ring-fencing provisions that allow capital expenditure in relation to a mine to be restricted to a taxable income of that mine and not to other mines owned by the same company. The Minister of Finance can, however, rule that company costs can be offset against another mine. In such event, mining companies can then transfer up to 25% of the capital expenditure from unprofitable mines to offset income from profitable mines.

**VAT**

Value added tax is applied at the standard rate of 14% but all exports are zero-rated.

Since most mineral production is exported, this means that mining companies not only pay no VAT on those exports but are also entitled to a refund for all the input taxes paid by them. This is a major gain for gold and diamond companies, for instance, who export virtually 100% of their products.

**Diamonds**

As part of the government's beneficiation strategy, and to promote local beneficiation, there is a 5% export duty on rough diamonds that are being exported for processing.

**Duties**

Mining companies pay normal duties (such as transfer duty for the transfer of prospecting and mining rights), customs duty for importing goods and the like.

**Other fees**

Holders of rights are expected to make financial resources available to implement their social and labour plans.

In addition to this, and in terms of the regulations to the MPRDA, various fees are payable in respect of applications for rights, administrative appeals in terms of the MPRDA, prospecting fees, renewal fees and the like.

## 1. RESPONSIBILITY STATEMENT

This circular, for which the Directors collectively and individually accept full responsibility, includes the particulars given in compliance with the Listing Rules for the purpose of giving information with regard to the Enlarged Group. The Directors, having made all reasonable enquiries, confirm that to the best of their knowledge and belief, the information contained in this circular is accurate and complete in all material respects and not misleading or deceptive, and there are no other matters the omission of which would make any statement herein or this circular misleading.

## 2. DIRECTORS' INTERESTS

As at the Latest Practicable Date, none of the Directors, the chief executive of the Company nor their associates, had any interests or short positions in the Shares, underlying Shares and debentures of the Company or any of its associated corporations (within the meaning of Part XV of the SFO) which (a) were required to be notified to the Company and the Stock Exchange pursuant to Divisions 7 and 8 of Part XV of the SFO (including interests or short positions which any such Director or the chief executive of the Company is taken or deemed to have under such provisions of the SFO); or which (b) were required, pursuant to section 352 of the SFO, to be entered in the register maintained by the Company; or which (c) were required, pursuant to the Model Code for Securities Transactions by Directors of Listed Issuers (the "**Model Code**"), to be notified to the Company or the Stock Exchange.

## 3. COMPETING BUSINESS

Save as disclosed in the section headed "Substantial Shareholders' Interests" in this Appendix VII, as at the Latest Practicable Date, none of the Directors and their respective associates (as defined in the Listing Rules) had an interest in a business which competes or may compete with the business of the Enlarged Group (which would be required to be disclosed under Rule 8.10 of the Listing Rules if each of them was a controlling shareholder of the Company).

## 4. DIRECTORS' INTEREST IN THE TRANSACTIONS

Save for Mr. Zhang Zhong who is a director of the Seller and the Target Company, Mr. Zhang Sanlin who is a director of Newshelf and Mr. Gao Tianpeng and Ms. Zhou Xiaoyin who are directors of Metorex, none of the Directors have any material interest in the Acquisition for which they shall be required to abstain from voting on the board resolutions approving the terms of the Acquisition Agreement and the Transactions. However, for good corporate governance, Mr. Yang Zhiqiang and Mr. Qiao Fugui had also voluntarily abstained from voting in the meeting of the Board in which the Acquisition is to be approved. Notwithstanding the above, all of these Directors do not require to, and did not, abstain from voting on the other resolutions considered at the meeting of the Board.

## 5. ADDITIONAL DISCLOSURE OF INTEREST

There was no contract or arrangement subsisting as at the Latest Practicable Date, in which any of the Directors was materially interested and which was significant in relation to the businesses of the Enlarged Group.

Save as disclosed herein, none of the Directors had any direct or indirect interest in any assets which had since 31 December 2012 (being the date to which the latest published audited financial statements of the Company were made up) been acquired or disposed of by or leased to any member of the Enlarged Group, or were proposed to be acquired or disposed of by or leased to any member of the Enlarged Group.

## 6. SUBSTANTIAL SHAREHOLDERS' INTERESTS

So far as is known to the Directors and the chief executive of the Company, as at the Latest Practicable Date, the following persons had interests or short positions in the Shares or underlying Shares which would fall to be disclosed to the Company (being 5% or more of the Company's issued share capital) under the provisions of Divisions 2 and 3 of Part XV of the SFO, or which were recorded in the register of substantial shareholders maintained under section 336 of the SFO. These interests are in addition to those disclosed above in respect of the Directors and the chief executive of the Company.

| Name of Shareholder | Capacity/nature of interest | Number of Shares | Percentage of the total number of Shares in issue[2] |
|---|---|---|---|
| Jinchuan Group[1] | Interest of a controlled corporation | 1,667,142,857 | 60.52% |
| Jinchuan HK[1] | Interest of a controlled corporation | 1,667,142,857 | 60.52% |
| Jinchuan (BVI) Limited[1] | Interest of a controlled corporation | 1,667,142,857 | 60.52% |
| Jinchuan (BVI) 1 Limited | Beneficial owner | 956,557,377 | 34.72% |
| Jinchuan (BVI) 2 Limited | Beneficial owner | 437,283,372 | 15.87% |
| Jinchuan (BVI) 3 Limited | Beneficial owner | 273,302,108 | 9.92% |

*Notes:*

(1) Jinchuan Group directly owns 100% of the issued share capital of Jinchuan HK which in turn owns 100% of the issued share capital of Jinchuan (BVI) Limited which owns 100% of the issued share capital of Jinchuan (BVI) 1 Limited, Jinchuan (BVI) 2 Limited and Jinchuan (BVI) 3 Limited. Therefore, Jinchuan Group, Jinchuan HK and Jinchuan (BVI) Limited are deemed to have an interest in 1,667,142,857 shares under the SFO.

(2) The calculation is based on the number of Shares as a percentage of the total number of issued shares of the Company (i.e. 2,754,873,051 shares) as at the Latest Practicable Date.

(3) Save as disclosed below, as at the Latest Practicable Date, none of the Directors is a director or employee of a company which had interests or short positions in the Shares or underlying Shares which would fall to be disclosed to the Company and the Stock Exchange under the provisions of Divisions 2 and 3 of Part XV of the SFO.

| **Name of Director** | **Posts held in Jinchuan Group** |
|---|---|
| Mr. Yang Zhiqiang | President, chairman and director |
| Mr. Zhang Sanlin | Deputy general manager and director |
| Mr. Gao Tianpeng | General manager of the asset management division |
| Mr. Qiao Fugui | Assistant to the general manager and the general manager of the mineral resources division |
| Ms. Zhou Xiaoyin | Legal counsel |

| **Name of Director** | **Posts held in Jinchuan HK** |
|---|---|
| Mr. Yang Zhiqiang | Chairman and director |
| Mr. Zhang Sanlin | Director |
| Mr. Zhang Zhong | General manager and director |

| **Name of Director** | **Posts held in Jinchuan (BVI) Limited, Jinchuan (BVI) 1 Limited, Jinchuan (BVI) 2 Limited and Jinchuan (BVI) 3 Limited** |
|---|---|
| Mr. Yang Zhiqiang | Director |
| Mr. Zhang Sanlin | Director |
| Mr. Zhang Zhong | Director |

Save as disclosed above, as at the Latest Practicable Date, the Directors and the chief executive of the Company were not aware of any person (other than a Director or the chief executive of the Company) who had any interest or short position in the Shares or underlying Shares of the Company which would fall to be disclosed to the Company under Divisions 2 and 3 of Part XV of the SFO, or, which were recorded in the register required to be kept by the Company under Section 336 of the SFO.

## 7. SERVICE CONTRACT

As at the Latest Practicable Date, none of the Directors has any service contract with any member of the Enlarged Group which will not expire or be terminable by the Enlarged Group within one year without payment of compensation (other than statutory compensation).

## 8. MATERIAL CONTRACTS

The Enlarged Group had entered into the following material contracts (not being contracts entered into in the ordinary course of business of the Enlarged Group) within two years immediately preceding the Latest Practicable Date:

***The Group***

(a) two trademark licensing agreements both dated 7 December 2011 entered into between Monita Trademark Limited and Guangzhou CMM Cosmetic Company Limited, pursuant to which Monita Trademark Limited authorized Guangzhou CMM Cosmetic Company Limited to apply the trademarks of Monita and Fairlady onto its products in accordance with the terms and conditions in the respective agreement;

(b) a mutual deed of release dated 16 January 2012 entered into between Winning Elite Investment Limited ("**LP**"), Lakeshore Investment Group, Inc. ("**GP**") and LCF Macau Co-Investors, L.P. ("**Partnership**"), pursuant to which (i) GP sold all its interest in the Partnership for a net sum of HK$65 million (the "**Transaction**"); (ii) LP received a distribution of HK$17.25 million from the Partnership and no longer had any ownership in the Partnership; and (iii) GP and LP released each other and its affiliate(s) from all liability arising out of the Transaction;

(c) a sale and purchase agreement dated 24 June 2013 entered into between the Company as seller, Ambleside Associates Limited as purchaser and Cheng Ho Ming (alias Cheng Ming Ming) as purchaser's guarantor, pursuant to which the Company agreed to sell and the Purchaser agreed to purchase the entire issued share capital of Carissa Bay Inc. for a consideration of HK$24,750,000; and

(d) the Acquisition Agreement.

***The Target Group***

(a) a second addendum to sale of shares and claims agreement dated 21 September 2011 entered into between Metorex, Glencore Investments B.V. and Sable Zinc Kabwe Limited to amend the sale of shares and claims agreement dated 7 June 2011 as amended by a first addendum dated 29 July 2011;

(b) an addendum No. 5 dated 11 October 2012 to the Ruashi JVA dated 9 June 2000 entered into between Gécamines and Ruashi Holdings in terms of which Gécamines undertakes to transfer a portion of PE4958 containing the Dilala Est and Dilala Ouest deposits to Ruashi Mining and providing for the payment of an additional pas de porte (mineral content fee) of US$10,500,000 and providing for further pas de porte at $35/tonne of copper to the extent that copper reserves exceed 1,500,000 tonnes; and

(c) a third addendum to a sale of business and relationship agreement dated 2 May 2013 entered into between Consolidated Murchison (A Division of Metorex), Cons Murch Mine (Proprietary) Limited, To The Point Growth Specialists (Proprietary) Limited, the trustees for the time being of the Cons Murch Employee Share Trust, Nebavest 49 (Proprietary) Limited and Business Venture Investments No.1423 (Proprietary) Limited to amend the sale of business agreement dated 20 August 2010, as amended by a first addendum dated 17 November 2010 and a second addendum dated 3 March 2011.

Save as disclosed above, no material contracts (not being a contract entered into the ordinary course of business carried on by the Enlarged Group) have been entered into by any member of the Group within two years preceding the Latest Practicable Date which are or may be material.

## 9. LITIGATION

As at the Latest Practicable Date, no litigation or claims of material importance (including any litigation or claims that may have any material influence on rights to explore or mine) was known to the Directors to be pending or threatened against any member of the Enlarged Group.

## 10. MATERIAL ADVERSE CHANGE

The Directors were not aware of any material adverse change in the financial or trading position of the Group since 31 December 2012 (being the date to which the latest published audited financial statements of the Company have been made up) and up to the Latest Practicable Date.

## 11. QUALIFICATION AND CONSENT OF EXPERTS

The following are the qualifications of the experts who have given opinion or advice which is contained in this circular:

| Name | Qualification |
|---|---|
| Deloitte Touche Tohmatsu | Certified Public Accountants, Hong Kong |
| Deloitte & Touche | Registered Auditors, South Africa |
| Investec | A corporation licensed to carry on Type 1 (dealing in securities), Type 4 (advising on securities), Type 6 (advising on corporate finance) and Type 9 (asset management) regulated activities under the SFO |
| SRK | Competent Person and Competent Evaluator |

Each of the experts referred to above has given and has not withdrawn its written consent to the issue of this circular with the expert's statement included in the form and context in which it is included.

As at the Latest Practicable Date, all the experts above were not beneficially interested in the share capital of any member of the Enlarged Group nor did they have any right (whether legally enforceable or not) to subscribe for or to nominate persons to subscribe for securities in any member of the Enlarged Group.

As at the Latest Practicable Date, none of the experts referred to above, directly or indirectly, has had any interest in any assets which had since 31 December 2012 (being the date to which the latest published audited financial statements of the Company were made up) been acquired or disposed of by or leased to any member of the Enlarged Group, or are proposed to be acquired or disposed of by or leased to any member of the Enlarged Group.

## 12. MISCELLANEOUS

(a) The company secretary of the Company is Mr. Wong Tak Chuen. Mr. Wong Tak Chuen is a fellow member of both the Hong Kong Institute of Certified Public Accountants and the Association of Chartered Certified Accountants in the United Kingdom, as well as a member of the Institute of Chartered Accountants in England and Wales, Mr. Wong has over 20 years of experience in auditing, financial management, mergers and acquisitions gained from various senior finance related positions in an international accounting firm in Hong Kong, companies listed in Hong Kong and a company listed in the United States.

(b) The registered office of the Company is at P.O. Box 309, Ugland House, Grand Cayman KY1-1104, Cayman Islands.

(c) The Cayman Islands principal share registrar and transfer office of the Company is Butterfield Bank (Cayman) Limited and the Hong Kong Branch share registrar and transfer office of the Company is Hong Kong Registrars Limited.

(d) All references to times in this circular refer to Hong Kong times.

(e) The English text of this circular shall prevail over the Chinese text, in case of any inconsistency.

## 13. DOCUMENTS AVAILABLE FOR INSPECTION

Copies of the following documents will be available for inspection during business hours at the principal place of business of the Company in Hong Kong at Suite 1203B, Tower 1, Admiralty Centre, 18 Harcourt Road, Hong Kong from the date of this circular up to and including 19 September 2013:

(a) the memorandum and articles of association of the Company;

(b) the letter from the Independent Board Committee to the Independent Shareholders dated 30 August 2013, the text of which is set out on pages 50 to 51 of this circular;

(c) the letter from the Independent Financial Adviser dated 30 August 2013, the text of which is set out on pages 52 to 96 of this circular;

(d) the accountants' report of the Target Company prepared by Deloitte Touche Tohmatsu for the period from 30 November 2011 to 31 December 2011, for the year ended 31 December 2012 and for the six months ended 30 June 2013, the text of which is set out in Appendix I to this circular;

(e) the accountants' report of the Metorex Group prepared by Deloitte & Touche for the period from 1 July 2009 to 31 December 2011, for the years ended 31 December 2011 and 31 December 2012 and for the six months ended 30 June 2013;

(f) the published annual reports of the Company for each of the financial years ended 31 December 2010, 31 December 2011 and 31 December 2012;

(g) the report on unaudited pro forma financial information of the Enlarged Group dated 30 August 2013 prepared by Deloitte Touche Tohmatsu, the text of which is set out in Appendix IV to this circular;

(h) the Competent Person's Report and Valuation Report dated 30 August 2013 prepared by SRK, the text of which is set out in Appendix V to this circular;

(i) copies of each of the material contracts referred to in the section headed "Material Contracts" in paragraph 8 of this appendix;

(j) this circular; and

(k) the written consents referred to in the section headed "Qualification and Consent of Experts" in paragraph 11 of this appendix.

# JINCHUAN GROUP INTERNATIONAL RESOURCES CO. LTD
# 金川集團國際資源有限公司

*(Incorporated in the Cayman Islands with limited liability)*

**(Stock Code: 2362)**

NOTICE IS HEREBY GIVEN THAT the extraordinary general meeting (the "**Meeting**") of Jinchuan Group International Resources Co. Ltd (the "**Company**") will be held at 10:30 a.m. on Monday, 23 September 2013 at Boardroom 6, Mezzanine Floor, Renaissance Harbour View Hotel Hong Kong, 1 Harbour Road, Wanchai, Hong Kong for the purpose of considering and, if thought fit, passing, with or without modification, the following resolutions as ordinary resolutions of the Company:

## ORDINARY RESOLUTIONS

1. "**THAT:**

(a) conditional upon the passing of the resolution 2 below, the conditional acquisition agreement (the "**Acquisition Agreement**") dated 27 August 2013 entered into between Jintai Mining Investment Limited (as the "**Seller**"), Jinchuan Group (Hongkong) Resources Holdings Limited ("**Jinchuan HK**") and the Company (as the buyer) and the instrument constituting the PSCS (as defined below) in relation to the proposed acquisition of the entire issued share capital of Jin Rui Mining Investment Limited (the "**Sale Share**") and certain loans amounting to approximately US$925.8 million (equivalent to approximately HK$7,221.0 million) outstanding and owing as at completion (as defined below) (the "**Sale Loans**") at an aggregate consideration of US$1,290.0 million (equivalent to approximately HK$10,062.0 million) (the "**Purchase Price**"), a copy of each which has been produced at the Meeting and marked "A" and signed by the chairman of the Meeting for the purpose of identification, and all the transactions contemplated thereunder, including, but not limited to:

(i) the allotment and issue by the Company of 1,595,880,000 new ordinary shares (the "**Consideration Shares**") of HK$0.01 each in the issued share capital of the Company (each, a "**Share**") at an issue price of HK$1.00 per Share to the Seller and/or its nominee(s) on completion of the sale and purchase of the Sale Share and the Sale Loans pursuant to the terms and conditions of the Acquisition Agreement ("**Completion**"), to satisfy part of the Purchase Price in the amount of US$204.6 million; and

(ii) the issue by the Company of the perpetual subordinated convertible securities (the "**PSCS**") in the principal amount of US$1,085.4 million (equivalent to approximately HK$8,466.1 million) to the Seller and/or its nominee(s) pursuant to the terms and conditions of the Acquisition Agreement and the PSCS, such

PSCS being convertible into 8,466,120,000 new Shares at an initial conversion price of HK$1.00 per Share, on Completion, to satisfy the remaining part of the Purchase Price in the amount of US$1,085.4 million (equivalent to approximately HK$8,466.1 million), be and are hereby approved, confirmed and ratified;

(b) any one of the directors of the Company be and is hereby authorised to sign, execute, perfect, deliver, negotiate and agree all such documents, agreement and deeds, and to do, take and make all acts, matters and things for and on behalf of the Company, as he/she may in his/her opinion or discretion consider reasonable, necessary, desirable or expedient to implement and/or give effect to the Acquisition Agreement and all the transactions contemplated thereunder with any changes as such director of the Company may consider reasonable, necessary, desirable or expedient including but not limited to the taking or making of all steps, actions, applications, filings and consultations with all necessary regulatory authorities in Hong Kong, the PRC, the DRC, Zambia and South Africa.

2. "**THAT:**

conditional upon the passing of the resolution 1 above, the increase in the authorised share capital of the Company from HK$50,000,000 divided into 5,000,000,000 Shares to HK$200,000,000 divided into 20,000,000,000 Shares by the creation of an additional 15,000,000,000 unissued Shares be and is hereby approved;

3. "**THAT:**

(a) conditional upon the passing of the resolutions 1 and 2 above, the grant of a specific mandate (the "**Specific Mandate**") for the board of directors of the Company to issue not more than 4,000,000,000 new Shares at a price of no less than HK$0.74 per Share and at a discount of not more than 20% to the higher of:

(i) the closing price on the date of any relevant placing agreement or other agreement involving the proposed issue of securities under the Specific Mandate; and

(ii) the average closing price in the five trading days immediately prior to the earlier of:

(1) the date of announcement of the placing or the proposed transaction or arrangement involving the proposed issue of securities under the Specific Mandate;

(2) the date of the placing agreement or other agreement involving the proposed issue of securities under the Specific Mandate; and

(3) the date on which the placing or subscription price is fixed, and

for the period from the date of the passing of this resolution at the Meeting and up to the earlier of (a) the date falling 90 days after the date of the passing of this resolution at the Meeting; or (b) the revocation or variation of the authority given under this resolution at the Meeting by ordinary resolution(s) of the Shareholders in a general meeting of the Company;

(b) any one director of the Company be and is hereby authorised to negotiate, agree, sign, execute and deliver the placing agreement(s) in relation to the issue of Shares under the Specific Mandate, and to do, take and make all acts, matters, and things, for and on behalf of the Company, as he/she may in his/her opinion or discretion consider reasonable, necessary, desirable or expedient to effect the issue of Shares under the Specific Mandate.

By Order of the Board
**Jinchuan Group International Resources Co. Ltd**
**Mr. Yang Zhiqiang**
*Chairman*

Jianchang City, Gansu Province, the PRC

30 August 2013

*Notes:*

1. A member entitled to attend and vote at the Meeting is entitled to appoint more than one proxy to attend and, on poll, vote on his behalf. A proxy need not be a member of the Company.

2. A form of proxy for use at the Meeting is enclosed. Whether or not you intend to attend the Meeting in person, you are urged to complete and return the form of proxy in accordance with the instructions printed thereon as soon as possible. Completion and return of the form of proxy will not preclude you from attending and voting in person at the Meeting or any adjourned meeting thereof if you so wish. In the event that you attend the Meeting after having returned the completed form of proxy, your form of proxy will be deemed to have been revoked.

3. To be valid, the form of proxy, together with any power of attorney or other authority (if any) under which it is signed or a notarially certified copy of such power of attorney, must be deposited at Hong Kong Registrars Limited at 17M Floor, Hopewell Centre, 183 Queen's Road East, Wanchai, Hong Kong, not less than 48 hours before the time appointed for holding the Meeting or any adjournment thereof.

4. In the case of joint registered holders of any Shares, any one of such joint registered holders may vote at the Meeting, either in person or by proxy, in respect of such shares as if he/she/it were solely entitled thereto; but if more than one of such joint registered holders be present at the Meeting, either in person or by proxy, the vote of that one of them so present, either in person or by proxy, whose name stands first on the register of members in respect of such Shares shall be accepted to the exclusion of the votes of the other joint registered holder(s).