# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

OZ AFRICA MANAGEMENT GP, LLC,

Defendant.

Case No.: 1:16-cr-00515-NGG-LB

Sur-Reply Expert Report of Ronnie Barnes, Ph.D.

May 15, 2020

Table of Contents


I. Introduction, and Professional and Educational Background ........ 1

II. Assignment and Compensation ........ 1

III. Summary of Opinions ........ 2

IV. Introduction ........ 3

V. Response to Dr. Salve's Claim that My Finding that Eight of 23 Days Reflect Statistically-Significant Movement is Itself Not Statistically Significant ........ 4

VI. Response to Dr. Salve's Claim that I Failed to Define "Event Windows" Contrary to Standard Practice ........ 8

VII. Response to Dr. Salve's Criticisms of My Event Study Specifications ........ 9

- A. Model Fit ........ 9
- B. Market and Industry Indices ........ 11
- C. Confounding Factor ........ 12

VIII. Response to Dr. Salve's Claim that the Impact of the "Day-of-the-Week" Variable on my Regression Model Indicates the Market for Africo Shares Could Be Inefficient ........ 13

IX. Response to Dr. Salve's Claim that Africo Daily Returns Are Correlated Over Time, Which Could Indicate Market Inefficiency ........ 14

X. Response to Dr. Salve's Claim that I Do Not Address the Other *Cammer* and *Krogman* Factors, Which Could Support the Conclusion that Africo did not Trade on an Efficient Market" ........ 15

XI. Conclusion ........ 17

## I. Introduction, and Professional and Educational Background

1. I, Dr. Ronnie Barnes, previously filed a report in this matter on March 6, 2020 (the "Initial Barnes Report"). Section I of that report contained a summary of my professional and educational background, while a copy of my curriculum vitae was attached as Appendix A, and a list of cases in which I have testified or provided expert reports over the past four years was attached as Appendix B.

## II. Assignment and Compensation

2. I have been asked to review the Rebuttal Expert Report of Michael P. Salve, Ph.D., dated April 29, 2020 ("Salve Report") and to consider whether anything therein changes any of the opinions expressed in the Initial Barnes Report, and in particular my opinion that:

> The facts and circumstances of this matter are of a company with a single material operating asset whose common shares were publicly traded in a market that, during the period from December 2006 through July 2008, exhibits the key, defining characteristic of an efficient market. Consequently, the most reliable methodology by which to value that asset is, during the period from December 2006 through April 2007 when Africo's ownership of the asset was undisputed, an approach that uses the public price of these shares.[1]

3. I have been assisted in this matter by Cornerstone Research staff, who worked under my direction. Cornerstone Research is being compensated for my time at my standard billing rate of $760 per hour. The payment of Cornerstone Research's fees is in no way contingent or based upon the opinions I provide, or upon the outcome of this litigation or any other matter. The analyses and opinions expressed in this declaration are my own.

---

[1] Initial Barnes Report, ¶ 60.

## III. Summary of Opinions

4. My opinion—that Africo's "common shares were publicly traded in a market that, during the period from December 2006 through July 2008, exhibits the key, defining characteristic of an efficient market,"[2] and that "the most reliable methodology by which to value [Africo's single material operating asset] is, during the period from December 2006 through April 2007..., an approach that uses the public price of these shares"[3]—remains unchanged after reviewing Dr. Salve's report.

5. Dr. Salve's conclusion that my finding of significance on eight out of 23 news days[4] is itself not statistically significant[5] is conceptually flawed. In fact, this finding provides strong evidence of a cause and effect relationship between Africo-specific news and movements in the company's share price.

6. Using the one-day event window that was implicit in my initial report, Dr. Salve has provided no evidence, nor is there any such evidence, that Africo's share price "[did] not respond quickly *and* fully to news,"[6] making Dr. Salve's criticism regarding event windows irrelevant.

7. Dr. Salve does not conduct his own event study, nor does he provide any suggestions as to how the supposed flaws in the design of my event study should be rectified. Further, robustness checks indicate that even after addressing Dr. Salve's criticisms, my results, and my finding of a cause and effect relationship between Africo-specific news and movements in the company's share price, are unchanged.

---

[2] Initial Barnes Report, ¶ 60.

[3] Initial Barnes Report, ¶ 60.

[4] As explained in the Initial Barnes Report, it is important to distinguish between the "news-date" (the date on which the news was released) and the "market impact date" (the first day on which the Africo stock price could have been impacted by the news). "The market impact date is the same as the news-date for news that were released during trading hours, and is the next trading day for news that were released after market close, or during a trading halt in Africo's common shares that was not resolved until the next trading day." Initial Barnes Report, FN 67. A **news-date** is classified as significant if the residual (Africo-specific) return on the **market impact date** is statistically significant at the 95% confidence level. Dr. Salve's term "news day" is essentially synonymous with my term "market impact date."

[5] Salve Report, Section IV.C.1.

[6] Salve Report, ¶ 33.

8. Dr. Salve's "day-of-the-week" and "autocorrelation" analyses are flawed, and after correcting for these flaws, the evidence of inefficiency that he purports to have evinced disappears.

## IV. Introduction

9. In the Initial Barnes Report, I opined that "an analysis of Africo's public share price is the most accurate and reliable basis for measuring Claimants' loss, particularly as compared to a [discounted cash flow ("DCF")] valuation, which is based on subjective and deterministic inputs."[7] In large part, this opinion was based on the inherent weaknesses of the DCF methodology "in situations where, as here, there is no historic basis from which to project future cash flows,"[8] and on the results from my "event study which demonstrates that, at least for the period from December 15, 2006 through July 24, 2008..., Africo's public share price responded to new, value-relevant information, a finding that is strongly supportive of a conclusion that Africo's common shares traded in an efficient market."[9]

10. In that report, I noted that "even if the market for a given company's shares is not perfectly efficient, the conclusion...regarding the potential supremacy of a market share price analysis over the results of a valuation performed by a single valuer is still valid. Market efficiency is not a 'zero-one' question:

> The concept of market efficiency has been adopted by courts in a variety of contexts. In reality, markets can never be perfectly efficient or inefficient, but exist somewhere in between depending on the facts and circumstances." [10]

---

[7] Initial Barnes Report, ¶ 11.

[8] Initial Barnes Report, ¶ 59.

[9] Initial Barnes Report, ¶ 8, internal citation omitted.

[10] Initial Barnes Report, ¶ 29 (quote from Cornell, Bradford and John Haut, "How Efficient Is Sufficient: Applying the Concept of Market Efficiency in Litigation," *The Business Lawyer* Vol. 74, Spring 2019, pp. 417–434, p. 417).

I also noted that "'[t]he bottom line is that although the market may not be perfectly efficient, there is no evidence that any other pricing mechanism works consistently better.'"[11]

11. Dr. Salve purports to have demonstrated that "there exists no credible basis to conclude that Africo's shares traded in an efficient market during the relevant time period."[12] It is important to note that Dr. Salve "does not do an event study of his own, nor does he conclude that [Africo] traded on an inefficient market."[13] Rather, he concludes that "trading data and analyses used by Dr. Barnes **could** indicate that the market for Africo shares was inefficient."[14] This conclusion is based on various criticisms of both the execution of my event study, and my interpretation of the results from that study, criticisms that, as I discuss in detail below, are unfounded.

## V. Response to Dr. Salve's Claim that My Finding that Eight of 23 Days Reflect Statistically-Significant Movement is Itself Not Statistically Significant[15]

12. Dr. Salve claims that "[my] sample of 23 'news days' was not a random sample and would be expected to have a higher percentage of statistically significant [residual] returns, since it was designed to include only days with important, Africo-specific events."[16] However, this claim mischaracterizes the method by which the news days were selected. As described in the Initial Barnes Report, "I...reviewed news articles relating to Africo over the relevant period and identified 23 news-dates. News-dates were selected by searching Factiva articles published

---

[11] Initial Barnes Report, ¶ 31 (quote from Cornell, Bradford, *Corporate Valuation: Tools for Effective Appraisal and Decision Making*, Homewood, IL: Business One Irwin, 1993, p. 46).

[12] Salve Report, ¶ 10, emphasis omitted.

[13] Opinion and Order, *Menaldi v. Och-Ziff Capital Management Group LLC,* United States District Court Southern District of New York, Case No. 1:14-cv-03251-JPO, September 14, 2018, ("Menaldi Opinion and Order"), p. 17. The Opinion and Order comments on an expert's failure to perform an event study of his own. See Menaldi Opinion and Order, FN 1. This is one of the cases to which Dr. Salve refers in support of his arguments. See Salve Report, ¶ 34.

[14] Salve Report, ¶ 75, emphasis added.

[15] Salve Report, Section IV.C.1.

[16] Salve Report, ¶ 46, emphasis omitted.

about Africo during this time period for new information that could impact the valuation of Africo, including, but not limited to, progress updates on the development of the Kalukundi mine, any corporate transactions such as financing agreements, and news regarding the ownership of Kalukundi, Africo, and Camrose."[17] Importantly, the news days were selected as days on which **any** (not just "important") news "that **could** impact the valuation of Africo" was released. Crucially, as is appropriate in an event study of this nature, the magnitude of the stock price reaction was **not** a factor in determining whether a given day was, or was not, a news day. Consequently, the question of whether and, if so, to what extent Africo's share price moved in response to the news released on these days is precisely the question that the event study is designed to answer.

13. The magnitude of the share price response to a given news release is a function of both (i) whether or not the news was expected by the market, and (ii) to the extent that the news was unexpected by the market, the importance or materiality of the news. If the news was simply confirmatory of market expectations (which may be unobservable), we would not expect there to be a share price response. Moreover, even if the news was unexpected by the market, it may not have been material (i.e., it may not have "significantly altered the 'total mix' of information made available"[18] to investors). In such a case, we might expect to observe a share price response, but only an insignificant one. Indeed, in securities fraud class actions, examining the share price response to a corrective disclosure is often a key element of an examination of whether or not the disclosure was material. Dr. Salve's claim that "[I] should have compared [my] results to a scenario where the market for Africo's stock is perfectly efficient and the price movement is expected to be statistically significant on all 23 news days"[19] is essentially an assertion that the news released was, in all cases, totally unanticipated by the market and material, but he has provided no evidence to support that assertion. Further, if a significant share price response had to be observed for every news day, it is virtually impossible that any stock, even that of the largest and most actively traded company in the market, would be determined to

---

[17] Initial Barnes Report, ¶ 39.

[18] *Basic Inc. v. Levinson*, 485 U.S. 224, March 7, 1988.

[19] Salve Report, ¶ 47.

be efficient using Dr. Salve's standard. Finally, as noted earlier, market efficiency is not a "zero-one" question.

14. Dr. Salve goes on to claim that a determination of market efficiency can be made by observing the proportion of news days that are significant, and comparing this to some arbitrary and unspecified threshold. He states: "[a] percentage [of eight out of 23] is not sufficiently significant, and I understand that an even higher percentage has been determined by a Court in the Second Circuit as being insufficient to establish market efficiency."[20] It is important to note that my conclusion regarding efficiency was not, as Dr. Salve appears to suggest, based solely on a comparison of the actual number of significant news days (eight) to the expected number (1.15). Rather, it is based on my finding—something that Dr. Salve does not address—that if "23 days were chosen at random, the expected number of days with a statistically significant residual return is 5% × 23 = 1.15, **while the probability of observing eight or more days with a statistically significant residual return is only 0.001%**."[21] This vanishingly small probability, approximately 5,000 times smaller than the threshold of 5%,[22] means that I am able to rule out random chance or coincidence as the explanation, which conclusively demonstrates that the Africo stock price moved promptly in response to news. Such price response is the hallmark of market efficiency.[23]

---

[20] Salve Report, ¶ 42.

[21] Initial Barnes Report, ¶ 39, emphasis added. Having observed that eight out of 23 news days were statistically significant, in order to determine whether this result (much higher than the expected number of significant news days) can be attributed to the Africo share price responding promptly to news, I first considered whether the result was a coincidence that could be explained by random chance. At the 95% confidence level, there is a 5% likelihood that a day chosen at random will be significant, and a 95% likelihood that it will not be. From this starting point, a simple calculation enabled me to calculate the likelihood that eight or more days out of 23 could be significant if random chance was the only factor at play. The result of this calculation is the 0.001% referenced here.

[22] 5% is the appropriate threshold, given the fact that the confidence level to which I am working is 95% (as is standard), and 0.05 = 1 – 0.95.

[23] As I explained in the Initial Barnes Report, "the much higher than expected number of statistically significant days is supportive of the conclusion that Africo's public share price typically reacted in response to new information, the defining characteristic of an efficient market." Initial Barnes Report, ¶ 39.

15. In the case cited by Dr. Salve,[24] there is no mention in the Order and Opinion of plaintiffs' expert having provided the court with a statistically robust benchmark of the type described above. In that case, Dr. Salve's recitation of the court's observation that "showing that only seven out of sixteen days resulted in a market reaction is an insufficient foundation upon which to pronounce market efficiency" should be viewed in the context of the fact that "[plaintiffs' expert] predefined [sixteen] events...that were **expected to impact the stock price**: analyst rating changes and earnings guidance releases."[25] Similarly, as Dr. Kleidon observed, plaintiffs' expert in *Menaldi v. Och-Ziff Capital Management Group LLC* selected specific days to form the basis of his event study that he had determined in advance should show price movement, including days upon which quarterly and yearly financial disclosures were made.[26] As discussed above, the news days I selected were **not** based on any prior considerations outside of the determination that a news article about Africo that could potentially impact the company's valuation was published on each day. Therefore, my event study differs fundamentally from that of plaintiffs' expert's study in *Menaldi* and Dr. Salve's comparisons are misplaced. Additionally, Dr. Kleidon noted that "[plaintiffs' expert] presents no benchmark as to how many significant days should exist in his non-random sample of events if the market were efficient."[27]

16. Finally, Dr. Salve's observation that my "regression model indicates that there are statistically-significant movements in Africo's stock (i.e., movements that are not explained by the Industry and Market indexes) on days where there was no Africo-specific event identified"[28] is irrelevant to a consideration of market efficiency. Any event study that is based on a regression model estimated (as is mine—see FN5 to Exhibit 1 of the Initial Barnes Report) on "non-news days" will, **by definition**, have approximately 5% of such days that are significant at

---

[24] *George v. China Auto. Sys., Inc.*, United States District Court Southern District of New York, Case No. 1:11-cv-07533-KBF, July 3, 2013. See Salve Report, FN 25.

[25] Order and Opinion, *George v. China Auto. Sys., Inc.*, United States District Court Southern District of New York, Case No. 1:11-cv-07533-KBF, July 3, 2013, pp. 24, 25–26, emphasis added; Salve Report, FN 25.

[26] Expert Report of Allan W. Kleidon, Ph.D, *Menaldi v. Och-Ziff Capital Management Group LLC*, United States District Court Southern District of New York, Case No. 1:14-cv-03251-JPO, November 10, 2017 ("Kleidon Report"), ¶¶ 23, 38.

[27] Kleidon Report, ¶ 35.

[28] Salve Report, ¶ 48, emphasis omitted.

the 95% level.[29] Were Dr. Salve's observation given any credence, it is tautological that every such event study would lead inevitably to a conclusion of inefficiency.

## VI. Response to Dr. Salve's Claim that I Failed to Define "Event Windows" Contrary to Standard Practice[30]

17. Dr. Salve is essentially arguing as follows. Had I (i) specified that I would only conclude that the market for Africo's stock were efficient if I found that the share price response to a given news occurred in its entirety on the market impact date, and (ii) found that there was in fact a delayed response e.g., consistently significant share price movements on the day(s) following the market impact date, then I would necessarily have been forced to conclude that the market was, in fact, inefficient. His purported rationale is that "if stock prices do not respond quickly and fully to news (for example, if it takes several days for the full impact of news to be reflected in a stock price), investors could trade on such information earning higher returns, thus establishing market inefficiency."[31]

18. However, Dr. Salve fails to investigate whether there is any evidence of such a delayed response. In fact, for only one of the 23 news days (August 13, 2007) is there a statistically significant share price movement on the following day—and this movement is in the *opposite* direction to that on the market impact date.[32] In other words, using the one-day event window that was implicit in my initial report, there is no evidence of the Africo stock price "not respond[ing] quickly and fully to news."

19. Dr. Salve also fails to note that the definition of an event window was important in *Menaldi* because, as Dr. Kleidon noted, "[plaintiffs' expert's] deposition testimony indicates that he is totally flexible in terms of how long the market should take in processing information, which is the antithesis of a test of market efficiency. In essence, [his] view is that whatever time

---

[29] In fact, my regression model is estimated over 365 non-news days, of which 20 (5.5%) are significant at the 95% level. Initial Barnes Report, Exhibit 1 Backup Materials.

[30] Salve Report, Section IV.B.3.

[31] Salve Report, ¶ 33.

[32] Exhibit 1.

period is observed for the market to react is, by definition, the time period that an efficient market will take."[33] By contrast, my test for market efficiency uses an implicit event window of one day that is applied consistently across all news days.

20. Moreover, I again stress that "[m]arket efficiency is not a 'zero-one' question."[34] To the extent that one example (out of 23) of a delayed response to news is interpreted as marginal evidence of a limited degree of market inefficiency, this does not alter either the fact that there is a consistent cause-and-effect relationship between Africo-specific news events and Africo's stock price, or my opinion that "the most reliable methodology by which to value that asset is, during the period from December 2006 through April 2007 when Africo's ownership of the asset was undisputed, an approach that uses the public price of these shares."[35]

## VII. Response to Dr. Salve's Criticisms of My Event Study Specifications[36]

21. Dr. Salve raises several issues with the specifications of the event study that I use in the Initial Barnes Report, specifically: (i) model fit;[37] (ii) choice of market index;[38] (iii) choice of industry index;[39] and (iv) introduction of a confounding factor.[40] I address each of these alleged issues in turn.

### A. Model Fit

22. Despite the fact that he acknowledges that "an event study can test whether the trading market for a company's shares reacted to company-specific news in a statistically significant

---

[33] Kleidon Report, ¶ 22.

[34] Initial Barnes Report, ¶ 29.

[35] Initial Barnes Report, ¶ 60.

[36] Salve Report, Sections IV.B, IV.C.

[37] Salve Report, Section IV.C.2.

[38] Salve Report, Section IV.C.3.

[39] Salve Report, Section IV.B.1.

[40] Salve Report, Section IV.B.2.

manner,"[41] Dr. Salve does not conduct his own event study, nor does he provide any suggestions as to how the supposed flaws in the design of my event study should be rectified. That notwithstanding, Dr. Salve's criticisms are misplaced and irrelevant to the conclusions I draw regarding the "cause-and-effect relationship between Africo-specific news events and Africo's stock price."[42] To understand this, it is worthwhile spending a little time setting out the basic idea behind an event study. Broadly speaking, a company's share price moves in response to news regarding (i) the market as a whole, (ii) the industry in which the company operates, and (iii) the company itself. Consequently, the extent to which the share price moves in response to a given piece of company-specific news can only be assessed after the share price movements that are attributable to market-wide and industry news have been removed. These effects need to be estimated, and a regression model is the standard technique for performing this estimation.

23. The relative importance of the three types of news will differ from company to company—for one firm, a large proportion of the movements in its share price may be attributable to market-wide and industry effects, while for a second firm, company-specific news may be the most significant element. This is what the $R^2$ from the regression model[43] is capturing—so, for example, the $R^2$ of 6% from my regression model simply means that only 6% of Africo's share price movements are attributable to market-wide and industry effects, with the remaining 94% being attributable to company-specific factors.

24. Dr. Salve characterizes a low $R^2$ as a "poor model fit" and claims that "[t]his poor model fit calls into question whether the regression can be used for any type of predictions at all, let alone for testing for statistical significance on Dr. Barnes's news days."[44] However, I am not using the model for "predictions"—I am using it to extract from Africo's raw share price returns those elements that are attributable to market-wide and industry news. Moreover, and this is something that Dr. Salve fails to point out, a lower $R^2$ will, all other things equal, make it less

---

[41] Salve Report, ¶ 11.

[42] Salve Report, ¶ 43.

[43] Exhibit 2; Salve Report, Section IV.C.2.

[44] Salve Report, ¶ 53.

likely that a news day will be found to be significant. In this sense, therefore, my approach was conservative.

### B. Market and Industry Indices

25. Dr. Salve's statement that "[t]he coefficient for the daily Market return is not statistically significant. This means that there is no statistically significant relationship between the Market returns and the Africo returns. Therefore, the daily Market return variable does not add any value to Dr. Barnes's regression model, and it should be excluded"[45] is factually incorrect. I have estimated a regression model excluding the industry index, i.e. where the only independent variable is the market index, and in this regression, the market coefficient **is** significant.[46] In other words, the insignificant market coefficient in the regression model in the Initial Barnes Report merely indicates that the market return does not add any additional explanatory power after controlling for the industry return. In such a case, there is no *a priori* reason that the market return should be excluded—whether or not to include it is simply a model specification choice, and I chose to include it.

26. Moreover, since Dr. Salve does not advance his own event study, it is not clear whether he believes that the appropriate regression model should exclude a market index completely (which would be an extremely non-standard approach), or should use a different market index (and if so, what that index should be). Essentially, this criticism is the same as that relating to the low $R^2$—the insignificance of the market index is intrinsically related to the fact that company-specific factors account for a vast proportion of the variability in Africo returns—and is equally irrelevant.

27. Similarly, when Dr. Salve criticizes my choice of industry index on the grounds that "[my] analysis uses an inappropriate and incompatible Industry index, the Solactive Global Copper Miners Total Returns Index, which is composed of firms that are at different stages of firm maturity, perform different functions, operate in different markets, and have different risks

---

[45] Salve Report, ¶ 58, emphasis omitted.

[46] Exhibit 2.

than Africo,"[47] he does not specify whether the appropriate regression model should exclude an industry index completely, or should use a different industry index (and if so, what that index should be). If the latter, the alternative index would presumably be one which is composed of firms that are at the same stage of firm maturity, perform the same functions, operate in the same market, and have the same risks as Africo. Dr. Salve does not say how such an index might be constructed or even identified, nor to my knowledge does such an index exist. Further, Dr. Salve once again fails to note that these supposed issues with my choice of industry index actually work to make it less likely, all other things equal, that a given news day will be found to be significant.

### C. Confounding Factor

28. Finally, Dr. Salve's criticism of my conversion of the industry index from USD to CAD is completely irrelevant. My regression model estimates the relationship over non-news days between CAD returns on Africo stock and CAD returns on the market and industry indices, and then uses this estimated relationship to extract the CAD return on the market and industry indices from the CAD return on Africo stock on each news day to estimate the residual return on that day. I could equally have chosen (which Dr. Salve argues I should have done) to estimate the relationship over non-news days between CAD returns on Africo stock and the CAD return on the market index and the USD return on the industry index, and then use this estimated relationship to extract the CAD return on the market index and the USD return on the industry index from the CAD return on Africo stock on each news day to estimate the residual return on that day. Providing that the estimation of the regression model and the use of the results from the model to estimate residual returns are performed consistently, this is purely a benign modelling choice—Dr. Salve is wrong when he says that it "[i]ntroduce[s] a [c]onfounding [f]actor [i]nto [my] [a]nalysis."[48]

29. Indeed, alternate specifications of the event study solidify my points further. In order to respond to Dr. Salve's criticisms, I have run the following event study sensitivities, all of them

[47] Salve Report, ¶ 24, internal citation and emphasis omitted.

[48] Salve Report, Section IV.B.2.

over the same time period as the base model and excluding news days from the regression: (i) a model with only the market index; (ii) a model with only the industry index; and (iii) a two-factor model but with the industry returns in USD.[49] All three models yield the exact same set of statistically significant news days. As noted above, the coefficient for the market index becomes statistically significant when the industry index is omitted in Model (i), and the coefficient of the industry index taken in USD in Model (iii) is similar to that in the base model and is again statistically significant. Taken as a whole, these results underscore my conclusion that Dr. Salve's criticisms relating to model specification are baseless, and that my identification of statistically significant news days is not sensitive to the particular specification I chose to use.

## VIII. Response to Dr. Salve's Claim that the Impact of the "Day-of-the-Week" Variable on my Regression Model Indicates the Market for Africo Shares Could Be Inefficient[50]

30. Dr. Salve claims that my "data and regression model display a classic market anomaly that is indicative of an inefficient market, the 'Day-of-the-week effect,'"[51] as a result of which "traders would be able to anticipate these irregularities in ARL returns and capture abnormal returns, an indicator of an *inefficient market*."[52] This claim is unfounded.

31. As an initial matter, Dr. Salve has made a fundamental conceptual error when presenting the results shown in the table on page 22 of his Report.[53] When this error is corrected for, only the Monday (and not the Tuesday or Friday) coefficient is actually statistically significant.[54]

---

[49] Exhibit 2.

[50] Salve Report, Section IV.C.4.

[51] Salve Report, ¶ 59.

[52] Salve Report, ¶ 60.

[53] Specifically, his Monday coefficient represents the average return on Mondays, assuming that the market and industry returns are both zero, while—for example—his Tuesday coefficient represents the average **difference** between returns on Mondays and those on Tuesdays, again assuming that the market and industry returns are both zero. Thus, when Dr. Salve concludes that the Tuesday coefficient is statistically significant, he is actually concluding that the average return on Tuesdays is significantly different from the average return on Mondays, and not—which is the appropriate test—that the average return on Tuesdays is significantly different from zero.

[54] Exhibit 3 – "Dr. Salve's Corrected Analysis."

32. More importantly, the significance of the Monday coefficient is likely heavily influenced by the large average negative returns on news days that were Monday—the average return across the six Mondays on which news relating to Africo was released was -17.4%,[55] and so it is not surprising that there is a statistically significant and negative Monday coefficient. Confirming this observation, when I run this regression excluding the news days, I find that none of the day-of-the-week coefficients are statistically significant.[56]

33. Consequently, absent an ability to know in advance when news relating to Africo would be released—and as Exhibit 4 indicates, there is no discernible pattern to the days of the week on which news was released—these results provide no evidence of an opportunity that market participants would have been able to exploit. In fact, all that these results show is that, over the time period in question, average residual returns on Mondays were negative, and (according to Dr. Salve) on Tuesdays and Fridays were positive. For "traders [to] be able to anticipate these irregularities in ARL returns and capture abnormal returns,"[57] it would need to be the case that (i) there was conclusive evidence of this pattern earlier in the period (if it only becomes apparent at the end of the period, how can traders exploit it?) and (ii) the returns that traders would have earned from (presumably) buying at the open every Tuesday and selling at the close every Friday would have been economically (not statistically) significant. At a minimum, the returns would need to exceed transactions costs, and this is something that Dr. Salve does not address.

## IX. Response to Dr. Salve's Claim that Africo Daily Returns Are Correlated Over Time, Which Could Indicate Market Inefficiency[58]

34. Dr. Salve's claims regarding the supposed autocorrelation in Africo's stock returns are equally spurious and again do not provide evidence of inefficiency—similar to his day-of-the-week results, his results are driven by the news days and do not therefore represent an

---

[55] Exhibit 4.

[56] Exhibit 3 – "Dr. Salve's Corrected Analysis Excluding 23 News Days."

[57] Salve Report, ¶ 60.

[58] Salve Report, Section IV.C.5.

"irregularity" that traders could have exploited. Specifically, if the 23 news days are excluded from his regression,[59] the statistical significance of his result disappears, and is reduced even further if the day after each of the news days is also excluded. Indeed, simply removing the three outliers (the days where the magnitude of the residual return exceeds 40% and the following days) is sufficient to extinguish any statistical significance.[60]

## X. Response to Dr. Salve's Claim that I Do Not Address the Other *Cammer* and *Krogman* Factors, Which Could Support the Conclusion that Africo did not Trade on an Efficient Market"[61]

35. Dr. Salve claims that I "fail[] to consider any of the other factors (typically referred to as *Cammer* and *Krogman* factors) routinely relied on by Courts to determine market efficiency."[62] He does not cite anything from the financial economics literature that uses any of these factors in tests of market efficiency. For a financial economist, the defining characteristic of market efficiency is the impounding of information in the share price, or in Dr. Salve's words, "the demonstration of a cause and effect relationship between unexpected, material disclosures and changes in the stock's price."[63] Further, an event study is the accepted approach to testing for such a cause and effect relationship.[64]

36. Besides the event study I conducted, I addressed the volume of trade in the Initial Barnes Report:

> The ability of the price of a stock to react on a timely basis to the release of new value relevant information is a function of, *inter alia*, the volume of trading in the shares. Broadly speaking, a stock with a high turnover in

---

[59] Meaning the 23 observations where the dependent (left hand side) variable is a market impact date.

[60] Exhibit 5.

[61] Salve Report, Section IV.D.

[62] Salve Report, ¶ 68.

[63] Salve Report, ¶ 69.

[64] MacKinlay, Craig A., "Event Studies in Economics and Finance," *Journal of Economic Literature*, Vol XXXV, March 1997, pp. 13–39, at p. 13.

> its shares on a regular basis indicates that many market participants are buying and selling shares and constantly assessing the stock's value. During the relevant period, Africo's average weekly trading volume was 1.50% of its outstanding shares, again consistent with the notion that it was trading in an efficient market. Following a request by counsel, I have also calculated Africo's average weekly trading volume between April 2007 and November 2007, which was even higher at 2.14%.[65]

37. I find Dr. Salve's comments regarding this calculation somewhat confusing, and irrelevant to my conclusion. He notes that "[his] review revealed that approximately 48% of the weeks had a weekly trading volume below 1%, which could be indicative of market inefficiency."[66] Dr. Salve does not explain why **some** weeks being below an arbitrarily specified threshold **could be** indicative of market inefficiency. In addition, given an average weekly turnover of 1.50% and assuming that Dr. Salve's calculations are correct,[67] it follows that the average weekly turnover over the remaining 52% of weeks is likely to exceed 2%.[68] Similarly, for the additional relevant time period between April 2007 and November 2007 (that had an average weekly trading volume of 2.14%), if I were to use Dr. Salve's methodology and identify individual weeks that had a relatively low weekly trading volume, it follows automatically that the average weekly turnover for the remaining weeks would be even higher than 2.14%. This is a very simple observation. When any data set is averaged, it is tautological that there are data points that are below the average, and data points that are above the average—this in no way affects the validity of the way in which the average is calculated or interpreted.

38. Further, Dr. Salve claims that "Dr. Barnes did not provide sufficient details regarding his calculation of the average weekly trading volume,"[69] but in fact in FN 69 in the Initial Barnes Report I noted that "[t]o calculate the average weekly trading volume, I first calculate the average daily trading volume and multiply this number by five. The trading volume for a given

---

[65] Initial Barnes Report, ¶ 40, internal citation omitted.

[66] Salve Report, ¶ 71.

[67] In his report, Dr. Salve does not detail how he reached 48% nor was I provided with a backup file to his calculation. As a result, I am unable to verify the value he calculates.

[68] The exact value would depend on how Dr. Salve identified that "48% of the weeks had a weekly trading volume below 1%." Salve Report, ¶ 71.

[69] Salve Report, FN 43.

day is the number of shares traded on that day divided by the number of shares outstanding. As the count of Africo's shares outstanding was unavailable from Bloomberg from December 15, 2006 through December 31, 2006 I used the first available value (from January 2, 2007) for this period." This is again a very simple and straightforward calculation, and based on my experience, an entirely standard approach for calculating average weekly volume. Dr. Salve appears to suggest in his FN 43 that this calculation does not result in a "reliable calculation[] of weekly trading volumes," but does not offer his own calculation, nor does he explain how the various factors that I should supposedly have taken into account would have affected—if at all—my calculation.

## XI. Conclusion

39. Dr. Salve's criticisms of the Initial Barnes Report are conceptually flawed and/or irrelevant to the conclusions that I reached in that report. My opinion—that Africo's "common shares were publicly traded in a market that, during the period from December 2006 through July 2008, exhibits the key, defining characteristic of an efficient market,"[70] and that "the most reliable methodology by which to value [Africo's single material operating asset] is, during the period from December 2006 through April 2007..., an approach that uses the public price of these shares"[71]—remains unchanged after reviewing Dr. Salve's report.

Executed this 15th day of May, 2020

Ronnie Barnes, Ph.D.

[70] Initial Barnes Report, ¶ 60.

[71] Initial Barnes Report, ¶ 60.

**Exhibit 1**

# Event Study Analysis
# Next Day Returns
## 12/15/06 – 7/24/08 [1]

| | | | | | | | Returns on Next Day [2] | |
|---|---|---|---|---|---|---|---|---|
| News Date | Market Impact Date [3] | Raw Return | Market Return [4] | Industry Return [5] | Residual Return [6] | Significant [7] | Residual Return [6] | Significant [7] |
| 1/30/07 | 1/30/07 | 4.70% | 0.54% | 0.35% | 4.33% | | 1.91% | |
| 2/1/07 | 2/1/07 | 4.68% | 0.85% | 1.24% | 3.57% | | 2.11% | |
| 2/23/07 | 2/23/07 | 0.50% | 0.19% | 1.37% | -0.51% | | -1.34% | |
| 4/13/07 | 4/13/07 | 3.85% | 0.58% | 1.26% | 2.80% | | -1.56% | |
| 4/18/07 | 4/18/07 | -2.25% | 0.40% | -1.12% | -1.51% | | -0.85% | |
| 4/27/07 | 4/30/07 | -26.32% | -1.32% | -1.30% | -24.94% | ✓ | -12.27% | |
| 5/7/07 | 5/7/07 | -4.58% | 0.69% | 0.63% | -5.20% | | 4.97% | |
| 5/29/07 | 5/29/07 | -16.67% | -0.38% | -0.16% | -16.40% | ✓ | -0.37% | |
| 6/25/07 | 6/25/07 | -12.00% | -1.02% | -0.96% | -10.96% | | -2.34% | |
| 7/24/07 | 7/24/07 | 5.66% | -2.73% | -2.43% | 8.27% | | 0.73% | |
| 8/13/07 | 8/13/07 | -40.38% | -0.28% | 3.46% | -42.77% | ✓ | 16.58% | ✓ |
| 9/5/07 | 9/5/07 | 17.98% | -0.51% | -0.58% | 18.59% | ✓ | -5.98% | |
| 9/13/07 | 9/14/07 | 61.02% | 0.65% | 0.41% | 60.57% | ✓ | -9.31% | |
| 9/19/07 | 9/20/07 | 27.27% | -0.72% | 0.12% | 27.44% | ✓ | 0.86% | |
| 10/24/07 | 10/25/07 | 10.87% | 0.26% | 0.63% | 10.38% | | 3.67% | |
| 11/7/07 | 11/7/07 | 19.16% | -1.75% | -1.30% | 20.66% | ✓ | -7.98% | |
| 11/16/07 | 11/16/07 | 6.22% | 0.05% | -1.10% | 7.05% | | 1.62% | |
| 2/7/08 | 2/7/08 | -5.29% | 0.45% | 0.31% | -5.61% | | -2.44% | |
| 2/20/08 | 2/20/08 | -3.31% | 0.78% | 1.20% | -4.38% | | 0.93% | |
| 3/31/08 | 3/31/08 | -11.18% | 0.88% | -0.19% | -11.25% | | 12.29% | |
| 4/21/08 | 4/21/08 | -10.00% | 0.59% | 1.18% | -10.99% | | -4.13% | |
| 6/13/08 | 6/13/08 | 0.00% | 1.20% | 1.00% | -1.03% | | -1.09% | |
| 7/24/08 | 7/24/08 | 12.64% | -2.27% | -3.72% | 16.05% | ✓ | -2.30% | |

Source: Bloomberg; Factiva; Thomson Reuters Refinitiv Eikon.

Note:

[1] The regression model is estimated over December 18, 2006 through July 24, 2008. Africo held its IPO on Friday December 15, 2006, therefore the first day for which returns are available is Monday December 18, 2006.

[2] Returns on Next Day represent Africo's returns on the first available day following each Market Impact Date.

[3] Market Impact Date is the same as the News Date for news that was released during trading hours, and is the next trading day for news that was released after market close, or during a trading halt in Africo's common shares that was not resolved until the next trading day.

[4] Market Returns are calculated using the S&P TSX Composite Total Returns Index.

[5] Industry Returns are calculated using the Solactive Global Copper Miners Total Return Index. Closing index prices are converted to CAD on each day using end-of-day USD-to-CAD exchange rate.

[6] Residual returns represent the Africo-specific portion of the stock price movement on a given day, after accounting for market and industry movements. The results are based on a two-factor regression model estimated over a period from December 18, 2006 through July 24, 2008 inclusive. Market Impact Dates of the news displayed in the exhibit are excluded from the estimation. When closing prices are missing for Africo or one of the indices, returns on the next day are calculated over two-day windows for Africo as well as the market and the industry indices.

[7] "✓" denotes statistical significance at the 95% confidence level or greater.

# Alternate Event Study Specifications [1] [2]

| | Base Model | Market Only | Industry Only | Two Factor (Industry in USD) |
|---|---|---|---|---|
| Market [3] | 0.292 | **1.217*** | | 0.202 |
| | *0.492* | *0.000* | | *0.651* |
| Industry [4] | **0.729*** | | **0.834*** | **0.685*** |
| | *0.002* | | *0.000* | *0.002* |
| Number of Observations | 365 | 372 | 365 | 365 |
| $R^2$ | 0.061 | 0.037 | 0.060 | 0.060 |
| Adjusted $R^2$ | 0.056 | 0.034 | 0.057 | 0.055 |

Source: Bloomberg; Factiva; Thomson Reuters Refinitiv Eikon.

Note:

[1] The regression models are estimated over December 18, 2006 through July 24, 2008. Africo held its IPO on Friday December 15, 2006, therefore the first day for which returns are available is Monday December 18, 2006. Market impact dates associated with news dates are excluded. Market impact date is the same as the news date for news that was released during trading hours, and is the next trading day for news that was released after market close, or during a trading halt in Africo's common shares that was not resolved until the next trading day.

[2] "*" indicates statistical significance at the 95% confidence level or greater. P-values are indicated in italics.

[3] Market returns are calculated using the S&P TSX Composite Total Returns Index.

[4] Industry returns are calculated using the Solactive Global Copper Miners Total Return Index. Closing index prices are converted to CAD on each day using the end-of-day USD-to-CAD exchange rate, except where noted otherwise.

# Dr. Salve's "Day-of-the-Week" Analysis [1] [2]

| | Dr. Salve's Analysis | Dr. Salve's Corrected Analysis | Dr. Salve's Corrected Analysis Excluding 23 News Days [3] |
|---|---|---|---|
| Industry | 0.518 | 0.518 | **0.718*** |
| | *0.062* | *0.062* | *0.002* |
| Market | 0.401 | 0.401 | 0.303 |
| | *0.423* | *0.423* | *0.476* |
| Monday | **-0.023*** | **-0.023*** | -0.008 |
| | *0.015* | *0.015* | *0.318* |
| Tuesday | **0.033*** | 0.010 | 0.011 |
| | *0.011* | *0.253* | *0.138* |
| Wednesday | 0.022 | -0.001 | -0.005 |
| | *0.084* | *0.939* | *0.515* |
| Thursday | 0.023 | 0.000 | -0.007 |
| | *0.073* | *1.000* | *0.348* |
| Friday | **0.038*** | 0.015 | 0.006 |
| | *0.004* | *0.103* | *0.444* |
| Number of Observations | 388 | 388 | 365 |
| $R^2$ | 0.054 | 0.054 | 0.074 |
| Adjusted $R^2$ | 0.039 | 0.037 | 0.056 |

Source: Rebuttal Expert Report of Michael P. Salve, Ph.D., April 29, 2020; Bloomberg; Factiva; Thomson Reuters Refinitiv Eikon.

Note:

[1] The regression models are estimated over December 18, 2006 through July 24, 2008. Africo held its IPO on Friday December 15, 2006, therefore the first day for which returns are available is Monday December 18, 2006.

[2] "*" indicates statistical significance at the 95% confidence level or greater. P-values are indicated in italics.

[3] News Days refer to market impact dates associated with each news date. Market impact date is the same as the news date for news that was released during trading hours, and is the next trading day for news that was released after market close, or during a trading halt in Africo's common shares that was not resolved until the next trading day.

**Exhibit 4**

# Africo Returns by Weekday [1] [2]

| Weekday | Number of News Days | Average Daily Africo Return: All Days | Average Daily Africo Return: Only News Days | Average Daily Africo Return: Excluding News Days |
|---|---|---|---|---|
| Monday | 6 | -2.41% | -17.41% | -0.98% |
| Tuesday | 3 | 0.98% | -2.10% | 1.10% |
| Wednesday | 4 | -0.07% | 7.89% | -0.49% |
| Thursday | 5 | 0.09% | 10.03% | -0.56% |
| Friday | 5 | 1.60% | 14.32% | 0.73% |
| **Total** | **23** | **0.10%** | **1.85%** | **-0.01%** |

Source: Bloomberg; Factiva; Thomson Reuters Refinitiv Eikon.

Note:

[1] The statistics are obtained for the period from December 18, 2006 through July 24, 2008. Africo held its IPO on Friday December 15, 2006, therefore the first day for which returns are available is Monday December 18, 2006. Days on which closing prices are missing for Africo or Solactive Global Copper Miners Total Return Index (the industry index used in the base model), are excluded, and returns on the next day are calculated over two-day windows. This is consistent with how returns are calculated in the base model.

[2] News Days refer to market impact dates associated with each news date. Market impact date is the same as the news date for news that was released during trading hours, and is the next trading day for news that was released after market close, or during a trading halt in Africo's common shares that was not resolved until the next trading day.

**Exhibit 5**

# Dr. Salve's Autocorrelation Model [1] [2]

| | | Dr. Salve's Model: Alternate Specifications | | |
|---|---|---|---|---|
| | **Dr. Salve's Model** | **Excluding 23 News Days** [3] | **Excluding 23 News Days and Days After News Days** [3] | **Excluding 3 Largest Outliers** [4] |
| Lagged Return | **-0.103*** | -0.065 | -0.021 | -0.065 |
| | *0.025* | *0.153* | *0.725* | *0.187* |
| Number of Observations | 386 | 365 | 343 | 381 |
| $R^2$ | 0.013 | 0.006 | 0.000 | 0.005 |
| Adjusted $R^2$ | 0.010 | 0.003 | -0.003 | 0.002 |

Source: Rebuttal Expert Report of Michael P. Salve, Ph.D., April 29, 2020; Bloomberg; Factiva; Thomson Reuters Refinitiv Eikon.

Note:

[1] The regression model is estimated over December 18, 2006 through July 24, 2008. Africo held its IPO on Friday December 15, 2006, therefore the first day for which returns are available is Monday December 18, 2006.

[2] "*" indicates statistical significance at the 95% confidence level or greater. P-values are indicated in italics.

[3] News Days refer to market impact dates associated with each news date. Market impact date is the same as the news date for news that was released during trading hours, and is the next trading day for news that was released after market close, or during a trading halt in Africo's common shares that was not resolved until the next trading day.

[4] Days on which the magnitude of the residual return exceeds 40% and the following days.