# Exhibit 3

RPA
Now part of SLR

# SUPPLEMENTAL COMMENTS TO SRK REPLY REPORT DATED APRIL 30, 2020

## 1. INTRODUCTION

This report provides the supplemental comments of Graham Clow and Richard Lambert on the SRK Reply Report dated April 30, 2020 filed in Case No. 1:16-cr-00515-NGG-LB (USA v. OZ Africa Management GP, LLC).

We find nothing in the SRK Report that would cause us to change any conclusions in our Expert Report dated March 6, 2020. In that report, we commented on and criticized technical, physical, and cost assumptions in SRK's November 2019 Addendum to the Valuation of Kalukundi, particularly in the following areas:

- Metallurgical recovery
- Pit slopes and stripping ratio
- Capital costs
- Operating costs
- Resource volume
- Comparable transactions

## 2. RPA REVIEW OF SRK'S REPLY REPORT

RPA has identified key points outlined in the SRK Report, identified below as numbered paragraphs in bold and italicized typeface, which RPA disagrees with. RPA's comments follow immediately below in unnumbered paragraphs in regular font.

### *SRK'S CONCLUSIONS*

### SRK's Key Points (Paras. 3 to 4)

1. ***In SRK's opinion, Kalukundi is a "world class deposit" and one of the best "shovel ready" undeveloped copper/cobalt deposits in the world today.***

   Kalukundi would definitely not be classified as a "World Class Deposit". After a period of 15 years since the 2006 FS, the so called "shovel ready" project has yet to be developed. This is because it is <u>not an economically viable project</u> under the assumed conditions (as demonstrated by Quadrant's conclusions (Quadrant First Report Para. 7) on the SRK DCF after making corrections based on RPA's analysis). According to papers on the subject, the term "World Class Deposit" is reserved for those deposits, in the case of copper that have either 1) CuEq of greater than 2 Mt of Cu or 2) an NPV of greater than US$250 million. Kalukundi meets neither of these conditions as it contains ~600 kt of CuEq and is not economic.

2. ***The economic models of Kalukundi that SRK prepared in 2017 and 2019 intentionally represent a conservative assessment of the value of Kalukundi as it is based on very conservative inputs.***

   SRK's inputs are far from conservative. The following is a brief summary of RPA's conclusions on SRK's key assumptions which will be discussed in further detail in this report:

   SRK states: "the models assume that only 17Mt of mineable material will be extracted, out of a total established resource of 55Mt" – this is because the Project is an oxide-only project. In other words, the resource that was left behind could not be economically processed in the proposed oxide plant.

   SRK's assumption that the oxide (the ore that is amenable to leaching and extraction of metals) extends to 150 m is wrong. Both the metallurgical testwork (2006 FS Table 10.4.2_1) and the analysis carried out by AMEC show that the oxide portion of the deposit is much shallower, in some cases as shallow as only 40 m. **This means that copper and cobalt metal would not be recoverable in an oxide recovery plant below these depths contrary to SRK assumptions. This is a fatal flaw in SRK's valuation.**

   SRK uses arbitrarily steep pits slopes (45 degrees) in lieu of using the geotechnical data provided in the 2006 FS which recommended much flatter slopes (effective slopes of approximately 30 degrees). SRK's mine plan is not feasible from an operational point of view (the pit walls would not be stable) and unfairly excludes a large quantity of waste material, thus artificially reducing the overall mining cost.

   SRK's capital cost estimates are much too low and do not follow the advice of its own contemporaneous SRK 2008 Report wherein it was identified that there were serious deficiencies in the 2006 FS capital cost estimate that SRK uses as its basis.

   Furthermore, SRK's "conservative" use of the additional year and the 30% discount rate in its DCF analysis does not make a material difference in terms of being more conservative. We estimate that the use of 30% in year one and 12% thereafter is equivalent to approximately 13% throughout. Thus, the 30% for the first year can hardly be considered as having a significant impact in terms of being more conservative.

## *SUPER PROFITS TAX*

### SRK's Key Points (Paras. 21 to 33)

3. ***SRK's states that the operator of Kalukundi would need to update the 2006 feasibility study prior to commencing mining.***

   SRK supposes that a new feasibility study (FS) would be required and carried out prior to operations, however it has not accounted for the time or costs to carry out this new FS in its cash flow model. RPA expects the following work program items would need to be carried out to complete the updated FS, and would take approximately 24 months at a budget of approximately US$10 million, with other holding and running costs in addition to that:

- Drilling program for additional metallurgical samples: For Kalukundi there are five deposits each deposit would require roughly five holes, each perhaps 300 metres to 400 metres deep for a total of approximately 1,600 metres drilled per deposit with a cost of approximately US$100 per meter drilled for a total of US$0.8 million to US$1.0 million over a period of 60 to 90 days.
- Oxide confirmatory test work: three to four months for comminution and hydrometallurgical testing using representative samples collected from the drilling program at an estimated budget of US$150,000 to US$300,000. Additional work is required to confirm the 2006 MDM FS test results, which were based on bulk samples taken from surface exposures and limited samples of borehole core fines.
- Mineralogical analysis of transition and sulphide zones: two to three months for mineralogical evaluation at an estimated budget of US$50,000.
- Sulphide flowsheet development: six months to more than a year depending on complexity, at an estimated budget of US$0.5 million to more than US$1 million. Process design for transition and sulphide material needs to be based on the mineralogy to be treated. For example, the sulphide mineralization could be treated by flotation methods.
- Feasibility Study – carry out complete feasibility study over a period of approximately 12 months at a budget of US$7 million to US$10 million.
- All-in time and cost for FS – approximately 24 months at a budget of approximately US$10 million, with other holding and running costs in addition to that.

### *METALLURGICAL RECOVERY*

**SRK's Key Points (Paras. 87 to 92)**

4. ***2006 FS stated overall recovery rate for copper of 89%-93% and 70%-78% for cobalt. In SRK's opinion, it was reasonable to extend these recoveries down to 150 m below surface for all deposits.***

   RPA agrees that the above-mentioned recoveries are correct for the oxide portion of the deposit, however, the oxide does not extend to 150 m below the surface and, as the analysis carried out by AMEC shows, the oxide portion of the deposit is much shallower, in some cases as shallow as only 40 m.

   The 2006 RSG independent Technical Report clearly identify decreased recoveries at depth (below the oxide) as shown by the data in red text and italics in Table 23.2_2 (see below).

Table 23.2_2
Kalukundi Project
Leach Recoveries and Operating Costs with Depth.

| Depth | Composited Fragments | | | | Predicted Recoveries | | | | Individual Fragments | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Recovery to Metal | Estimate Average | Recovery to Metal | Estimate Average | Principle Rec. to Metal | | Anticline Rec. to Metal | | Kalukundi Rec. to Metal | | Kii Rec. to Metal | |
| | Cu | | Co | | Cu | Co | Cu | Co | Cu | Co | Cu | Co |
| 0-10m | 93 | | 78 | | 93 | 78 | 93 | 78 | 93 | 78 | 93 | 78 |
| 10-20m | | 91 | | 74 | 91 | 74 | 91 | 74 | 91 | 74 | 91 | 74 |
| 20-30m | | 91 | | 74 | 91 | 74 | 91 | 74 | 91 | 74 | 91 | 74 |
| 30-40m | 89 | | 70 | | 89 | 70 | 89 | 70 | 89 | 70 | 89 | 70 |
| 40-50m | 89 | | 70 | | 89 | 70 | 89 | 70 | 20 | 50 | 89 | 70 |
| 50-60m | 89 | | 70 | | 89 | 70 | 89 | 70 | 10 | 30 | 89 | 70 |
| 60-70m | | 83 | | 70 | 89 | 70 | 89 | 70 | 5 | 20 | 89 | 70 |
| 70-80m | 78 | | 70 | | 89 | 70 | 89 | 70 | 5 | 0 | 89 | 70 |
| 80-90m | 78 | | 70 | | 89 | 70 | 89 | 70 | 5 | 0 | 89 | 70 |
| 90-100m | 78 | | 70 | | 89 | 70 | 89 | 70 | 5 | 0 | 89 | 70 |
| 100-110m | | | | | 89 | 70 | 60 | 55 | 5 | 0 | 60 | 55 |
| 110-120m | | | | | 89 | 70 | 40 | 20 | 5 | 0 | 40 | 20 |
| 120-130m | | | | | 60 | 55 | 20 | 0 | 5 | 0 | 20 | 0 |
| 130-140m | | | | | 40 | 20 | 10 | 0 | 5 | 0 | 10 | 0 |
| 140-150m | | | | | 20 | 0 | 5 | 0 | 5 | 0 | 5 | 0 |

The reference in the overall recovery of 89%-93% and 70%-78% for cobalt is for that portion of material amenable to leaching (i.e., oxide). **It is inarguable that SRK included material in its plan that is not amenable to oxide leaching recoveries (as shown in Table 23.2_2)**.

Based on the metallurgical testwork shown in Table 23.2_2, the oxide (with reported recoveries of 89%-93% and 70%-78%) extends from surface to the following depths (the AMEC 2013 estimated depths shown in parentheses):

**Principal**: 90% Cu and 71% Co to 120 m - (The review indicated that the zone of oxidation related to weathering extends down to between 100 and 130 m below surface for the Principal, Anticline and Kii fragments.)

**Anticline**: 90% Cu and 72% Co to 100 m (The review indicated that the zone of oxidation related to weathering extends down to between 100 and 130 m below surface for the Principal, Anticline and Kii fragments.)

**Kalukundi**: 91% Cu and 74% Co to 40 m (40 m in central part, reaches depth of as much as 70 m near the faulted edges)

**Kii**: 90% Cu and 72% Co to 100 m (Oxide mineralization is known, from drill intercepts, to extend to about 150 m vertical depth. The review indicated that the zone of oxidation related to weathering extends down to between 100 and 130 m below surface for the Principal, Anticline and Kii fragments.)

**Kesho**: N/A. (Oxide mineralization extends down to the fault cut-off point at a vertical depth of just over 120 m.)

**There is no conclusion in the 2006 FS that there was an overall recovery rate for copper of 89%-93% and 70%-78% for cobalt to a depth of 150 metres.**

It is not reasonable to arbitrarily select a depth of 150m as the depth of the oxide. In the 2017 SRK report it states the 150 m is based on "numerous references in the feasibility study and resource estimation reports to support the assumption of a 150 meter depth cut-off for the oxide and transition ore." SRK does not provide any references to support this claim and in RPA's review of the 2006 FS we could find no such reference.

The drill hole "which intersected primarily sulphide ore" is a clear indication that the Kalukundi ore body did not have oxides that extended down to the 150 m level. This should not have "provided comfort" to SRK to extend the oxide down to the 150 m level.

5. ***Using fixed recovery rates simplifies the analysis.***

   Simplification of the analysis should not be the goal – there is more detailed recovery information by depth (as shown in Table 23.2_2), and it cannot be ignored.

6. ***The 2006 FS makes clear the lower recovery in the one fragment is based solely on the results of a single drill core, which intersected primarily sulfide ore (and thus reflected lower recovery rates possible for the oxide processing planned for Kalukundi in the first instance). SRK does not believe it is necessary or proper to adjust the fixed recovery rates in the 2006 Feasibility Study based on a single drill core result.***

   The drill hole "which intersected primarily sulphide ore" is a clear indication that the Kalukundi ore body did not have oxides that extended down to the 150 m level. The information in that drill hole is so materially different from the oxide recovery data that it cannot be ignored or dismissed out of hand.

7. ***SRK cites an example of the nearby Mutanda Mine having 90% and 80% recoveries for copper and cobalt.***

   The Mutanda Mine may well have oxide recoveries of 90% and 80% respectively. This is not relevant to the argument since 1) this is a different mine, and 2) those recoveries pertain to oxide leaching only. RPA agrees that the 90%/70% recoveries for the Kalukundi Project are reasonable for the oxide zones (the recoveries drop in Table 23.2_2 as a result of trying to leach sulphide-bearing material).

8. ***SRK claims there is an error in RPA's calculation of annual recoveries since RPA would need to calculate the volume of ore processed from each fragment, and the depth from which the ore was extracted. Then, RPA would need to calculate a weighted average recovery rate for that year to accurately represent the resulting plant recovery performance. RPA does a simple average calculation.***

   This is not correct - RPA used the information that was available from SRK's Whittle runs to assign recoveries by depth based on SRK's reported tonnages by depth to determine a weighted average life of mine (LOM) recovery of 62% and 49% for copper and cobalt, respectively. The only appropriate method was to "weight" the recoveries and is evidenced by the fact that recoveries in the RPA adjusted mine plan start at 92%/77% (Cu/Co) and progressively decrease to 16%/5% (Cu/Co). Our methodology of applying

recoveries by depth is more accurate given the detailed recovery information available in Table 23.2_2.

9. ***RPA's model included loss making ore – this would never occur in any mine.***

We agree that this material would not be included in a rational mine plan, however we were making the appropriate adjustments to the SRK mine plan in order to provide apples to apples comparison. RPA's adjusted plan uses the full SRK mine production plan with RPA's adjustments applied to it. RPA agrees that there are economic losses in the final years due to the low recovery rates, however these years were included to show just how inappropriate SRK's plan was – with the recoveries shown in the testwork, and the corrections made to account for the pit slopes, there was no way that SRK's production plan would have been reasonable/economic.

10. ***Even assuming the recovery rates proposed by RPA, the impact of this adjustment on SRK's model is not substantial and only results in a decrease in NPV @ 12% of US$24 million.***

SRK's own Exhibit B (below) shows just how incorrect the use of a constant (flat) recovery is since the pits that were generated using the variable grade are much smaller than those using the flat grades.




With regard to materiality, RPA ran its own Oxide case with variable and fixed recoveries:

- RPA Variable Oxide Recoveries Pre-Tax NPV at 12% discount: US$(170.1) million
- RPA 90/70 Fixed Oxide Recoveries Pre-Tax NPV at 12% discount: US$(102.6) million

Therefore, there is a difference of US$67.5 million between the use of a flat recovery and a variable recovery, a large overall impact.

***PIT SLOPES***

**SRK's Key Points (Paras. 93 to 96)**

11. ***SRK's design criteria stated a maximum pit slope of 45 degrees and the resulting pits slopes are consistent with the 2013 AMEC report indicating the use of slopes between 33 and 40 degrees.***

RPA Now part of SLR

The AMEC report is a resource report – not a geotechnical report. The geotechnical work that was carried out by Knight Piesold (KP) as part of the 2006 FS is the appropriate reference to use for pit slopes. The slopes in oxide material range from approximately 15 to 40 degrees. The pit slopes are steeper in the deeper (sulphide) material with angles in the 45 to 56 degree range (Tables 3.2.1 to 3.2.6 in 2006 FS copied below). KP has also recommended a step out berm of 10 to 20 m in the transition areas between oxide/sulphide zones which would effectively further flatten the pit walls.

12. ***The 45-degree pit slope angle referenced in the 2017 SRK report is merely a constraint on the maximum allowable slope for the optimization software. SRK's optimized pit design slope angles, in fact, range between 33-40 degrees, with an average at approximately 37 degrees.***

RPA has reviewed the Whittle project that was supplied by SRK and confirms that pit slopes were set at 45 degrees for all pits. RPA also confirms that in the Whittle input tables for both the SRK 2017 and SRK 2019 report it is stated that the pit slope is 45 degrees. Nowhere does it state that the 45 degrees was a "maximum" nor does it state it used a range of slopes from 33 to 40 degrees.

**Pit Optimization Input Assumptions**

| Whittle™ Parameter | Type | Base Assumptions |
|---|---|---|
| Mining Cost | Reference Mining Cost (US$/st) | 2.5 |
| | Mine Cost Adjustment per Bench (US$) | 0 |
| Processing Cost | Selection Method | Cash flow |
| | Process Name | SXEW |
| | Process Cost (US$/ore-st) | $45.955 |
| | Process Cost Depth Adjustment ($/5m) | $5.525 |
| | Pit Slopes | 450 |

(note that RPA interprets the "0" to be a typo for the degrees symbol "o")

Furthermore, RPA has reviewed the Whittle project that SRK provided to RPA which clearly shows that 45 degrees was the default slope used for all pits:



Nowhere in SRK's 2017 or 2019 report do they state they use a range of pit slopes from 33 to 40. Even if they did, the 33 to 40 degree range is still not the appropriate range to use according to the Knight Piesold (KP) geotechnical recommendations shown below. In some sections of the pits they recommend using angles as low as 15 degrees. 10 to 20 metre berms are also recommended which will further flatten the pit slopes. RPA has adjusted SRK's pit slope angles to a fixed 30 degrees to better match the recommendations provided by KP (RPA notes that some of the recommendations from KP are not able to be modelled effectively in Whittle)

Table 3.2_3
Kalukundi Fragment, Section 5 – Slope Design Parameters

| Pit Slope | Elevation (masl) | Overall Angle (toe-to-crest) (degrees) | Number of Benches | Bench Batter Angle (degrees) | Berm Width (m) |
|---|---|---|---|---|---|
| NW, footwall | 1330-1395 | 45 | 13 | 75 | 3.97 |
| | 1395-1435 | 33 | 8 | 60 | 5.50 |
| SE, hangingwall | 1330-1390 | 45 | 12 | 75 | 3.99 |
| | 1390-1425 | 33 | 7 | 60 | 5.61 |

Table 3.2_4
Kii Fragment, Section 3 – Slope Design Parameters

| Pit Slope | Elevation (masl) | Overall Angle (toe-to-crest) (degrees) | Number of Benches | Bench Batter Angle (degrees) | Berm Width (m) |
|---|---|---|---|---|---|
| NW, footwall | 1330-1355 | 51 | 5 | 60 | 1.45 |
| | | 20m wide berm as step-out at 1355 masl. | | | |
| | 1355-1400 | 51 | 9 | 60 | 1.31 |
| | 1400-1430 | 33 | 6 | 60 | 5.78 |
| SE, hangingwall | 1330-1430 | 22 | 20 | 60 | 9.99 |

Table 3.2_5
Anticline Fragment, Section 3 – Slope Design Parameters

| Pit Slope | Elevation (masl) | Overall Angle (toe-to-crest) (degrees) | Number of Benches | Bench Batter Angle (degrees) | Berm Width (m) |
|---|---|---|---|---|---|
| SW, footwall | 1345-1375 | 35 | 6 | 75 | 6.96 |
| | 1375-1405 | 40 | 6 | 60 | 3.69 |
| | 1405-1430 | 33 | 5 | 60 | 6.02 |
| NE, hangingwall | 1345-1380 | 46 | 7 | 60 | 2.27 |
| | | 10m wide berm as step-out at 1380 masl. | | | |
| | 1380-1435 | 27 | 11 | 60 | 7.62 |

Table 3.2_6
Anticline Fragment, NW-SE Section – Slope Design Parameters

| Pit Slope | Elevation (masl) | Overall Angle (toe-to-crest) (degrees) | Number of Benches | Bench Batter Angle (degrees) | Berm Width (m) |
|---|---|---|---|---|---|
| NW | 1350-1450 | 35 | 20 | 75 | 6.11 |
| SE | 1350-1440 | 15 | 18 | 60 | 16.70 |

***STRIPPING RATIOS***

**SRK's Key Points (Paras. 97 to 102)**

**13.** ***RPA wrongly states that SRK used 45-degree pit slopes. This effectively ends the discussion about the stripping ratio. Because RPA misrepresents SRK's pit slopes, RPA's suppositions about stripping ratios are entirely flawed.***

The much flatter slopes discussed previously, would absolutely result in a higher strip ratio.

14. ***RPA goes on to argue that that the life of mine stripping ratio should be in excess of 7 to 1 (waste to ore ratio). But RPA offers no explanation regarding how it derived this stripping ratio. In fact, it is SRK's opinion that RPA's +7 stripping ratio is not based on any rational mine design – and no mine design is offered by RPA.***

    RPA estimated the adjusted strip ratio using the correct pit slopes (KP geotechnical recommendations) by adjusting SRK's Whittle pits using an average slope of 30 degrees. This results in an increased strip ratio of approximately 69% (calculation shown in Strip Ratio tab in RPA 2020 Model). SRK has a copy of our calculations.

15. ***The feasibility study and the SRK model based on the 2013 AMEC Resource Update determined stripping ratios of 4.02 and 4.29 respectively.***

    This is not an appropriate comparison – there were only 7.8 Mt of ore in the 2006 FS and 14.0 Mt in the SRK report – this means that the pits extend deeper in the SRK whittle runs. Generally, strip ratios increase with depth, and this would be further impacted by using the correct KP Geotech recommendations.

16. ***SRK states the feasibility study and the SRK model based on the 2013 AMEC Resource Update determined stripping ratios of 4.02 and 4.29 respectively, and as a result, SRK maintains that its stripping ratio of 4.29 is appropriate and conservative.***

    With regards to the 2006 FS, this is not an appropriate comparison – there were only 7.8 Mt in the 2006 FS and 14.0 Mt in the SRK report – this means that the pits extend deeper in the SRK whittle runs to achieve the higher tonnage. Generally, strip ratios increase with depth, and this would be further impacted by using the correct KP Geotech recommendations.

    The reference to the strip ratio in the 2013 AMEC Resource Update appears to be unsupported as there is no mention of stripping ratio in this document (SRK provides no support of its calculated 4.02 and 4.29 strip ratios). There is a mention of using a 45 degree pit slope angle as part of the resource constraint pit shell (AMEC 2013 Report, Table 1-1, note 5.). It is common practice to use a default 45 degree slope in this instance (resource constraint), however, it is not appropriate to use a default 45 degree slope when developing the mine plan (reserves) since SRK should have followed the KP geotechnical recommendations.

***ADDITION OF A TERMINAL VALUE IS JUSTIFIED***

**SRK's Key Points (Paras. 103 to 107)**

17. ***RPA should have assigned some value to the residual resources, even if they were sulphides since these could also be extracted using an alternative processing method (flotation).***

    RPA agrees that the additional sulphide material may have some value, however, the Kalukundi project only evaluated the project based on oxides. If the sulphides had value (i.e., could generate a profit after the capital investment and operating costs to extract

them), it would be reasonable to assume that they would have been considered in the original 2006 FS.

18. ***The reason that these 40 million tonnes of material was not included in the previous studies and in SRK's current mine plan was because logic dictates that the oxide must be mined before the deeper sulfide.***

This argument does not make any sense. If the material were economic, it would have been included.

19. ***SRK would expect a subsequent sulfide operation (mining the materials left untouched in SRK's mine plan) on the Kalukundi property to be much larger in scale and total tonnage and recovered metal than the present pit under SRK's very conservative mine plan.***

There has been no such study to support this additional sulphide plan. If there were value in the sulphides, why were they not included as part of the plan, even if this were at the end of the mine life?

### *CAPITAL COSTS*

**SRK's Key Points (Paras. 114 to 118)**

20. ***RPA misunderstands or misstates the capital costs used by SRK, which are consistent with the quotes provided by MDM, the engineering firm hired to build the processing plant. SRK calculated the 2006 Capital Cost (including contingencies and 2% export duty) to be US$249 million. SRK compared the updated MDM FEED costs from 2008 and when escalated to 2010, SRK announced that they were broadly similar to the numbers SRK used in its model.***

RPA neither misunderstands nor misstates the capital cost used by SRK. The capital cost used by SRK is clearly stated in its report and cash flow model as being US$327.1 million (2017) and US$346 million (2019) (based on escalated cost of US$249 "from the 2006 FS" (which there is no mention of in the 2006 FS)).

To begin with, SRK has not provided a source for its 2006 capital cost estimate of US$249 million. The 2006 cost estimate by MDM in the FS was for US$163.7 million for an 800 ktpa plant. Subsequently, MDM estimated revised capital costs to October 2008 of US$238.4 million for the 800 ktpa plant (MDM 2008 Update, p.8) and US$275.7 million for the 1.25 Mtpa plant. (MDM 2008 Update, p.14). RPA can find no reference to a 2006 FS capital cost figure of US$249 million.

We used the independent estimate in SRK 2008 as a starting point. This estimate is dismissed out of hand by SRK in para 117 because it was not done for Africo – see point 3 below.

SRK's own team in 2008 came up with the following conclusion on capital costs: "The capital cost in November 2008 terms for this processing plant and infrastructure will have escalated by approximately 2% per month since March 2006, or about 64%. It is estimated that the capital cost will be about US$348 million, US$24.6 million for owner's costs,

US$5.0 million per annum for sustaining capital and a 15% contingency provision." RPA has based its assessment on this review using SRK (2019) escalation assumptions. In other words, all of the underlying inputs for RPA's evaluation of capital costs come from SRK.

21. ***SRK has confirmed the reasonableness of the prices used in its model by comparing them with capital costs incurred by nearby projects. This is also the amount Stout used in its model.***

SRK compares the capex to the Deziwa project, which they state cost US$880 million and treats 4.5 Mtpa. SRK has not provided a source for these figures and RPA is unable to confirm these numbers or to review the detail of the actual capital spent.

RPA has benchmarked its US$633 million estimate against another operation (confidential). This operation, completed in 2018, spent US$534 million for a 0.9 Mtpa plant. When adjusted for capacity to 1.25 Mtpa (using power of 0.6 rule), the approximate capital cost would be in the range of US$650 million, similar to our estimate of US$633 million which was based on escalating the SRK 2008 estimate using SRK's own cost escalation figures.

22. ***SRK understands that the 2008 SRK (Johannesburg) Report relied on by RPA (i) was not commissioned or authorized by Africo, and (ii) Africo's management and technical team did not participate in the preparation of it, nor did MDM.***

The very first sentence of the 2008 SRK Report : "SRK Consulting (South Africa) (Pty) Ltd ("SRK") was commissioned by Africo Resources Ltd and Comide s.p.r.l. to determine independent values for the Kalukundi and Mashitu Projects (the "Projects") which are situated east of Kolwezi in the Katanga Province of the Democratic Republic of Congo."

This first sentence clearly states that the intention of the report was to value both Kalukundi and Mashitu, despite SRK's claim was that the report was intended to focus solely on Mashitu.

The argument about MDM not participating in the 2008 SRK valuation is baseless. SRK's own consultants reviewed the Project in 2008 and came up with an appropriate capital cost estimate after finding several deficiencies in the so called "bankable" 2006 FS (missing owner's costs, contingencies, etc.). Dr. Rigby was Chairman of SRK at the time this was done.

SRK was hired to do an independent review of MDM's work – of course MDM did not participate.

## *OPERATING COSTS*

**SRK's Key Points (Paras. 119 to 122)**

23. ***RPA argues that SRK's operating expenses are too low. However, RPA does not offer support for its operating costs beyond generalization of benchmarking for mining costs.***

RPA only states that SRK's numbers are slightly too low and makes a modest adjustment upwards based on benchmarks.

24. ***SRK states that typical mining costs are between US$1.75 to US$2.75 per tonne moved, and SRK used US$2.91 costs, which is higher than the average range, and which results in a more conservative valuation.***

Mining contractor costs were US$4.32/t of material, as identified in the 2006 FS and in the SRK 2008 Report. As this number appeared slightly high in RPA's opinion, and after reviewing benchmarks, RPA has adjusted this downward to US$3.50. Despite having read the 2006 FS, SRK fails to recognize that there were mining cost estimates (as mentioned above) and instead arbitrarily assign a value of US$2.50/t (later escalated to US$2.91 in 2019 dollars.).

SRK provides absolutely no explanation for its arbitrary US$2.50/t mining cost. SRK's mining cost is 67% of the mining cost estimated in the 2006 FS. This is hardly conservative.

***RESOURCE VOLUME USED BY SRK***

**SRK's Key Points (Paras. 123 to 128)**

25. ***SRK claims RPA argues that the volume SRK includes in its mine plan overstates the volume of economically viable material at Kalukundi because SRK did not recognize the difference between measured, indicated and inferred resources. While SRK could not "classify" the resources it calculated into measured, indicated and inferred resource categories, this was not because of a lack of confidence in the resources, but rather due to the fact that it did not have access to the complete drillhole database and geological block model; moreover, nor was a site visit by a Qualified Person (QP) possible.***

It matters not that SRK had or did not have confidence in the resource estimate. SRK states that it relies on the AMEC 2013 Mineral Resource estimate – it was not SRK's mandate to determine the classification of the Mineral Resources. The AMEC 2013 estimate identifies a large portion of Inferred Mineral Resources (25 Mt out of 55 Mt). As RPA explains in its report, these need to have some discount applied to them to account for the lower level of uncertainty per CIMVal guidelines. As part of the cash flow modelling carried out in the 2008 SRK Report, Inferred Resources were discounted by 30% (2008 Report, Section 6.4.4 at p.64) – this is appropriate in RPA's opinion. The SRK 2019 Report makes no such discount to the Inferred Resources and proper valuation methodology requires it.

26. ***SRK states that "at that time, of course, the Victims had no ability to arrange a QP visit to the site to have these additional resources classified."***

The AMEC report is an independent technical review carried out by Qualified Persons. AMEC classified the 55 Mt into ~30 Mt Indicated and ~25 Mt Inferred based on drill hole spacing and the deposit characteristics – this has nothing to do with a site visit. The QP

for AMEC's 2013 estimate was Mr. Gordon Seibel who visited the Project during 24-25 July 2012 and again in November 2012 with Africo personnel (AMEC 2013 Report, p. 2-2).

Similar to the disparaging comments made by SRK regarding its own 2008 report as being unfavourable because it was not commissioned by Africo, SRK is saying here, without even visiting the site, that had they been retained by the Victims, they would have come up with a more favourable classification.

**27.** ***Under SRK's mine plan, less than 30% of the resource identified at Kalukundi is being exploited. The plan leaves approximately 40 million tonnes of the resource identified in the 2013 AMEC Resource Update unmined.***

RPA agrees that this is a very poor conversion rate and indicates that the majority of the resource is not economically mineable (otherwise it would be part of the reserves).

**28.** ***SRK claims that Kalukundi should be considered an economic project since there are other projects in the world that are operating economically at lower grades than Kalukundi.***

It appears that SRK is arguing that there are companies that mine ore with grades that are lower than those at Kalukundi and make money, therefore Kalukundi would also make money. It is incorrect to state that the economics of a project are based solely on grade. There are many high-grade projects that are not economic as a result of a variety of factors including: high operating costs, low metallurgical recoveries, high capital costs to develop the project, insufficient tonnage, etc.