# Exhibit A

# EXHIBIT A

| | | |
|---|---|---|
| Model: | 2020.5.6 Stout Model | |
| WSGR Identified Victims | 68% | |
| Sales Offset for WSGR Victims | $13,652,344 | [Offset to restitution from proceeds of share sales] |
| Legal Fees & Costs | $3,000,000 | |

**Inputs:**

| | | |
|---|---|---|
| Discount Rate | 16.66% | Cell E9 - "Assumptions" Tab |
| Other Inputs | | As per original Stout model |

**Outputs:**

| | | |
|---|---|---|
| Mineral Rights Valuation [100% of Kalukundi] | | |
| DCF | $337,813,853 | Cell I21 - "Terminal Value" Tab |
| Terminal Value | $9,149,249 | Cell I17 - "Terminal Value" Tab |
| **Total FMV** | $346,963,102 | Cell I27 - "Terminal Value" Tab |
| | | |
| Total Value for 100% Africo | $215,665,212 | Cell I21 - "Terminal Value" Tab |
| | | |
| Value of 68% WSGR Victims | $146,652,344 | |
| Less offset of relevant share sales | ($13,652,344) | |
| Legal fees & costs | $3,000,000 | |
| | | |
| **Total Due to 68% WSGR Identified Victims** | $136,000,000 | |