# CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, NY 10005-1702

| | | | | |
|---|---|---|---|---|
| HELENE R. BANKS | JONATHAN J. FRANKEL | | JOEL H. LEVITIN | DARREN SILVER |
| ANIRUDH BANSAL | ARIEL GOLDMAN | TELEPHONE: (212) 701-3000 | GEOFFREY E. LIEBMANN | JOSIAH M. SLOTNICK |
| DAVID L. BARASH | JASON M. HALL | WWW.CAHILL.COM | BRIAN T. MARKLEY | RICHARD A. STIEGLITZ JR. |
| LANDIS C. BEST | WILLIAM M. HARTNETT | | MEGHAN N. McDERMOTT | ROSS E. STURMAN |
| BRADLEY J. BONDI | NOLA B. HELLER | 1990 K STREET, N.W. | WILLIAM J. MILLER | SUSANNA M. SUH |
| BROCKTON B. BOSSON | CRAIG M. HOROWITZ | WASHINGTON, DC 20006-1181 | NOAH B. NEWITZ | ANTHONY K. TAMA |
| JAMES J. CLARK | DOUGLAS S. HOROWITZ | (202) 862-8900 | DAVID R. OWEN | JONATHAN D. THIER |
| CHRISTOPHER W. CLEMENT | TIMOTHY B. HOWELL | | JOHN PAPACHRISTOS | SEAN P. TONOLLI |
| LISA COLLIER | DAVID G. JANUSZEWSKI | CAHILL GORDON & REINDEL (UK) LLP | LUIS R. PENALVER | JOHN A. TRIPODORO |
| AYANO K. CREED | ELAI KATZ | 24 MONUMENT STREET | KIMBERLY PETILLO-DÉCOSSARD | GLENN J. WALDRIP, JR. |
| SEAN M. DAVIS | BRIAN S. KELLEHER | LONDON EC3R 8AJ | SHEILA C. RAMESH | HERBERT S. WASHER |
| STUART G. DOWNING | RICHARD KELLY | +44 (0) 20 7920 9800 | MICHAEL W. REDDY | MICHAEL B. WEISS |
| ADAM M. DWORKIN | CHÉRIE R. KISER* | | OLEG REZZY | DAVID WISHENGRAD |
| ANASTASIA EFIMOVA | JOEL KURTZBERG | | THORN ROSENTHAL | COREY WRIGHT |
| JENNIFER B. EZRING | TED B. LACEY | WRITER'S DIRECT NUMBER | TAMMY L. ROY | JOSHUA M. ZELIG |
| HELENA S. FRANCESCHI | MARC R. LASHBROOK | | JONATHAN A. SCHAFFZIN | DANIEL J. ZUBKOFF |
| JOAN MURTAGH FRANKEL | ALIZA R. LEVINE | | MICHAEL A. SHERMAN | |

* ADMITTED IN DC ONLY

(212) 701-3207

July 29, 2020

Re:   *United States* v. *OZ Africa Management GP, LLC*,
      No. 16-cr-515 (NGG-LB)

Dear Judge Garaufis:

OZ Africa respectfully submits this letter to briefly correct two statements concerning OZ Africa's position made in the Claimants' July 28, 2020 letter.

First, the Claimants state at page 2 of their letter that "the Parties have . . . agreed to adopt" "the DCF model prepared by the Government's financial expert" for these purposes, "using a discount rate of approximately 16.66%." This is incorrect. OZ Africa has never accepted, and does not accept, the validity of a DCF model to value the Claimants' property, nor has it ever accepted a discount rate of 16.66% as the Claimants suggest. Rather, as stated during the July 23 conference and again in OZ Africa's July 28 letter, OZ Africa continues to believe that the Claimants' losses should be measured by the loss to the publicly-traded price of their Africo shares (their property), but for the sake of finality and closure, and in the spirit of the compromise the parties are trying to reach, would be willing to pay $136 million in full and final satisfaction of its restitution obligations to *all* victims.

Second, it is *not* correct that "[i]f the number of new victims does not materially change the percentage of shares represented, the Defendant will go forward with the contingent settlement with [the Claimants] by paying the agreed upon $136 million to the [Claimants], plus an additional amount to any newly identified victims." (Claimants' July 28, 2020 Letter at 4). As OZ Africa made clear during the July 23 conference and again in its July 28 submission, OZ Africa would conditionally agree to pay $136 million, and no more, in full and final satisfaction of its restitution

CAHILL GORDON & REINDEL LLP

-2-

obligations to all identified victims, including the Claimants and any other victims identified in advance of sentencing.  No other formulation of OZ Africa's position would be accurate.[1]

OZ Africa naturally defers to the Court on next steps, but believes it is very important that the record be completely clear on its position and intentions.

Respectfully submitted,

CAHILL GORDON & REINDEL LLP

By:   /s/ Anirudh Bansal

Anirudh Bansal
Tara H. Curtin
Benjamen Starkweather
80 Pine Street
New York, New York 10005
Tel.: (212) 701-3000

*Attorneys for OZ Africa Management GP, LLC*

VIA ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court for the Eastern District of New York
United States Courthouse, Room 1426 S
225 Cadman Plaza East
Brooklyn, New York 11201

cc:   All Counsel of Record via ECF

---

[1] As we informed the Claimants, and as noted during the July 23 conference, if a *de minimis* number of additional victims were to come forward, OZ Africa *might* be inclined to go forward with a settlement on terms to be negotiated, but would have no obligation to do so.  *See* July 23, 2020 Tr. at 13-15.