# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 212.999.5899

October 15, 2020

<u>VIA CM/ECF</u>

The Honorable Nicholas G. Garaufis
Senior United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  <u>United States v. OZ Africa Management GP, LLC</u>, No. 1:16-cr-00515-NGG

Dear Judge Garaufis:

This letter is respectfully submitted on behalf of the victims represented by this law firm (the "Identified Victims") and defendant OZ Africa Management GP, LLC ("OZ Africa" or "Defendant") in response to the Court's Order of earlier today requesting an update on the status of the settlement agreement between Defendant and the Identified Victims in light of the Government's letter of Monday reporting on the final accounting of victim restitution claims and indicating that sentencing can now promptly move forward.

The status of the settlement agreement between Defendant and the Identified Victims is that it is intact, and operative, and provided the Court at sentencing enters a final order of restitution consistent with the Government's final accounting of victim restitution claims (under which OZ Africa will pay the additional $1,826,067.64 to other victims), the Settlement Agreement will be consummated.

Finally, Defendant and the Identified Victims also agree with the Government that there remains no further barrier to an immediate sentencing of Defendant, and join the Government in requesting the very earliest sentencing date the Court can accommodate, including as early as tomorrow.

WILSON SONSINI

The Honorable Nicholas G. Garaufis
October 15, 2020
Page 2

        Respectfully submitted,

        WILSON SONSINI GOODRICH & ROSATI
        Professional Corporation

        *s/ Morris J. Fodeman*
        Morris J. Fodeman
        Michael S. Sommer
        Kate T. McCarthy
        1301 Avenue of the Americas, 40th Floor
        New York, New York 10019
        Telephone: (212)-999-5800
        Facsimile: (212) 999-5899
        mfodeman@wsgr.com
        msommer@wsgr.com
        kmccarthy@wsgr.com

        *Counsel for the Identified Victims*

cc:    All Counsel of Record (via CM/ECF)